# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sullivan & Cromwell LLP and Landis Rath & Cobb LLP hereby appear in the above-referenced chapter 11 cases to represent FTX Trading Ltd. and certain of its affiliates as debtors and debtors-in-possession (collectively, the "Debtors") and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby request that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further request to be added to the master service list established in this case:

| | |
|---|---|
| Andrew G. Dietderich | Adam G. Landis |
| James L. Bromley | Kimberly A. Brown |
| Brian D. Glueckstein | Matthew R. Pierce |
| Alexa J. Kranzley | LANDIS RATH & COBB LLP |
| SULLIVAN & CROMWELL LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, Delaware 19801 |
| New York, New York 10004 | Telephone: (302) 467-4400 |
| Telephone: (212) 558-4000 | Facsimile: (302) 467-4450 |
| Facsimile: (212) 558-3588 | E-mail: landis@lrclaw.com |
| E-mail: dietdericha@sullcrom.com | brown@lrclaw.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

{1368.002-W0068940.2}

      bromleyj@sullcrom.com            pierce@lrclaw.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of any or all of the Debtors including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the Debtors' right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which the Debtors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

|  |  |
|---|---|
| Dated: November 14, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:    dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Proposed Co-Counsel to the Debtors* |