UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068(JTD)<br><br>(Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE PURSUANT TO BANKRUPTCY RULE 9010**

**PLEASE TAKE NOTICE** that the undersigned appear for Chainalysis Inc., Creditor.

**REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which Chainalysis Inc. is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
       November 16, 2022

                                      /s/Nicholas A. Pasalides
                                      Nicholas A. Pasalides, Esq.
                                      REICH REICH & REICH, P.C.
                                      Attorneys for Creditor Chainalysis Inc.
                                      235 Main Street, Suite 450
                                      White Plains, NY 10601
                                      (914) 949-2126
                                      npasalides@reichpc.com

To:    U.S. Bankruptcy Court
        824 Market Street N, 3rd Floor
        Wilmington, DE 19801

        Sullivan & Cromwell LLP
        125 Broad Street
        New York, NY 10004
        Attn: Andrew G. Dietderich, Esq.
        James L. Bromley, Esq.
        Brian D. Glueckstein, Esq.
        Alexa J. Kranzley, Esq.

        Landis Rath & Cobb LLP
        919 Market Street, Suite 1800
        Wilmington, DE 19801
        Attn: Adam G. Landis, Esq.
        Kimberly A. Brown, Esq.
        Matthew R. Pierce, Esq.