# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068(JTD) |
| Debtors. | (Joint Administration Pending) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )SS:

    SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

    On November 16, 2022, I served true copies of the annexed Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 9010, together with the notice of electronic filing, by mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated below:

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>824 Market Street N<br>3rd Floor<br>Wilmington, DE 19801 | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Attn: Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq. | Landis Rath & Cobb LLP<br>919 Market Street, Ste 1800<br>Wilmington, DE 19801<br>Attn: Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq. |

Sworn to before me on
November 16, 2022

/s/Samara Neal
SAMARA NEAL

/s/Nicholas A. Pasalides
NICHOLAS ALEXANDER PASALIDES
Notary Public, State of New York
No. 02PA6408235
Qualified in Westchester County
Commission Expires August 17, 2024