# Exhibit B

**Redline**

{1368.002-W0069030.3}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending)<br><br>Ref. Nos. ~~22~~22, 23, 29 & ~~23~~ |

### <ins>AMENDED</ins> ORDER GRANTING MOTION TO SHORTEN TIME FOR NOTICE OF EMERGENCY MOTION PURSUANT TO FED R. BANKR. P. 1014(B) (I) TO TRANSFER CHAPTER 15 PROCEEDING RELATING TO FTX DIGITAL MARKETS LTD. AND (II) FOR A STAY

Upon consideration of the motion of the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>" or "<u>FTX</u>"), for entry of an order shortening the time (the "<u>Motion to Shorten</u>") for notice to consider the *Emergency Motion Pursuant to Fed R. Bankr. P. 1014(b) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) For a Stay* (the "<u>Motion to Transfer</u>"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED with respect to the Motion to Transfer.

2. The Motion to Transfer shall be heard at the hearing on November ~~21, 2022~~22, 2022, at ~~10~~11:00 a.m. (ET).

3. Objections to the relief requested in the Motion to Transfer, if any, shall be filed before or presented at the hearing on the Motion to Transfer.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: November ___, 2022
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN T. DORSEY
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE