# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending)<br><br>**Hearing Date: November 22, 2022 at 11:00 a.m. (ET)**<br>**Objection Deadline: Before or Presented at the Hearing.**<br><br>**Ref. Nos. 22, 23, 29 & 32** |

## NOTICE OF HEARING

TO: (a) counsel for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation); (b) the Office of the United States Trustee for the District of Delaware; (c) the Internal Revenue Service; (d) the United States Department of Justice; (e) the United States Attorney for the District of Delaware; (f) the parties identified on the Debtors' consolidated list of 50 largest unsecured creditors; and (g) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on November 17, 2022, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay* [D.I. 22] (the "Motion to Transfer"). The Debtors previously served you with a copy of the Motion to Transfer.

**PLEASE TAKE FURTHER NOTICE** that on November 17, 2022, the Debtors filed the *Motion for Entry of an Order Shortening Time for Notice of Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay* [D.I. 23] (the "Motion to Shorten"). The Debtors previously served you with a copy of the Motion to Shorten.

**PLEASE TAKE FURTHER NOTICE** that on November 17, 2022, the Court entered the *Order Granting Motion to Shorten Time for Notice of Order Shortening Time for Notice of Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay* [D.I. 29].

**PLEASE TAKE FURTHER NOTICE** that on November 18, 2022, the Court entered the *Amended Order Granting Motion to Shorten Time for Notice of Order Shortening Time for Notice of Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay* [D.I. 32] rescheduling the hearing on the Motion to Transfer for November 22, 2022 at 11:00 a.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069021.}

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion to Transfer may be filed with the United States Bankruptcy Court, 824 North Market Street, 2nd Floor, Wilmington, Delaware 19801, before or presented at the Hearing (defined below).

A HEARING ON THE MOTION TO TRANSFER WILL BE HELD ON **NOVEMBER 22, 2022 AT 11:00 A.M. (ET)** (THE "HEARING") BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANTS MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE PURSUANT TO THE INSTRUCTIONS TO BE SET FORTH IN THE AGENDA FOR THE HEARING. COURT CALL WILL NOT BE USED TO DIAL IN.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO TRANSFER WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 18, 2022<br>       Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |