IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | Chapter 11 |
| FTX TRADING LTD., *et al*[1] | § § | Case No. 22-11068 (JTD) |
| | § | |
| Debtors. | § | (Pending Joint Administration) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Cloudflare, Inc., creditor herein, requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that copies of all notices, documents, and pleadings filed and/or served in the above referenced bankruptcy case be sent to its attorneys of record, STREUSAND, LANDON, OZBURN & LEMMON, LLP, as addressed below:

> Sabrina L. Streusand
> Anh Nguyen
> Streusand, Landon, Ozburn & Lemmon, LLP
> 1801 S. MoPac Expressway
> Suite 320
> Austin, Texas 78746
> (512) 236-9904 (Facsimile)
> streusand@slollp.com
> nguyen@slollp.com

This request includes all papers, reports, orders, notices, applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and transmitted or conveyed by mail, courier service, telephone, facsimile, electronically, or otherwise.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors 'proposed claims and noticing agent at [.].

Dated: November 18, 2022

        Respectfully submitted,

        By: /s/ *Sabrina L. Streusand*
            Sabrina L. Streusand
            Texas Bar No. 11701700
            Streusand, Landon, Ozburn & Lemmon, LLP
            1801 S. MoPac Expressway, Ste. 320
            Austin, Texas 78746
            Telephone: (512) 236-9901
            Facsimile: (512) 236-9904
            streusand@slollp.com

**ATTORNEYS FOR CLOUDFLARE, INC.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 18th day of November 2022 upon all parties requesting service via ECF notification.

        */s/ Sabrina L. Streusand*
        Sabrina L. Streusand