# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Melissa J. Lee, Esquire, of Manier & Herod, P.C. to represent Philadelphia Indemnity Insurance Company in the above action.

Dated: November 18, 2022

 */s/ Gary D. Bressler*
Gary D. Bressler, Esq. (No. 5544)
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
*Counsel to Philadelphia Indemnity Insurance Company*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Tennessee, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: November 18, 2022

 */s/ Melissa J. Lee*
Melissa J. Lee, Esq.
**MANIER & HEROD, P.C.**
1201 Demonbreun Street, Suite 900
Nashville, TN  37213
Telephone: 615-742-9372

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

**ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 18th, 2022**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**