IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Scott C. Williams, Esquire, of Manier & Herod, P.C. to represent Philadelphia Indemnity Insurance Company in the above action.

Dated: November 18, 2022   */s/ Gary D. Bressler*
Gary D. Bressler, Esq. (No. 5544)
**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
*Counsel to Philadelphia Indemnity Insurance Company*

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:**

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of Tennessee, Missouri & Virginia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: November 18, 2022   */s/ Scott C. Williams*
Scott C. Williams, Esq.
**MANIER & HEROD, P.C.**
1201 Demonbreun Street, Suite 900
Nashville, TN 37213
Telephone: 615-742-9358

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

**ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: November 18th, 2022**  
**Wilmington, Delaware**

**JOHN T. DORSEY**  
**UNITED STATES BANKRUPTCY JUDGE**