# Exhibit C

## Bank Accounts

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | AKBANK | 9236 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | AKBANK | 9227 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | AKBANK | 3390 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | AKBANK | 3454 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | AKBANK | 3397 |
| Blockfolio, Inc. | Bank of America | 9027 |
| FTX EU Ltd | Bank of Cyprus | 9920 |
| FTX EU Ltd | Bank of Cyprus | 3219 |
| FTX EU Ltd | Bank of Cyprus | 3308 |
| FTX EU Ltd | Bank of Cyprus | 5961 |
| FTX EU Ltd | Bank of Cyprus | 7240 |
| FTX EU Ltd | Bank of Cyprus | 9981 |
| FTX EU Ltd | Bank of Cyprus | 1771 |
| FTX EU Ltd | Bank of Cyprus | 2035 |
| FTX EU Ltd | Bank of Cyprus | 3219 |
| FTX EU Ltd | Bank of Cyprus | 3308 |
| FTX EU Ltd | Bank of Cyprus | 7240 |
| FTX EU Ltd | Bank of Cyprus | 9981 |
| FTX EU Ltd | Bank of Cyprus | 5961 |
| FTX Exchange FZE | Commercial Bank of Dubai | 2909 |
| FTX Exchange FZE | Commercial Bank of Dubai | 2891 |
| FTX Exchange FZE | Commercial Bank of Dubai | 2037 |
| FTX Digital Holdings (Singapore) Pte Ltd | DBS Bank Limited | 4931 |
| Alameda Research Ltd | Deltec | 1115_AUD |
| Alameda Research Ltd | Deltec | 1115_CAD |
| Alameda Research Ltd | Deltec | 1115_CHF |
| Alameda Research Ltd | Deltec | 1115_EUR |
| Alameda Research Ltd | Deltec | 1115_GBP |
| Alameda Research Ltd | Deltec | 1115_HKD |
| Alameda Research Ltd | Deltec | 1115_SGD |
| Alameda Research Ltd | Deltec | 1115_ZAR |
| Alameda Research Ltd | Deltec | 1115_USD |
| FTX Trading Ltd | Deltec | 1596 |
| West Realm Shires Services Inc. | Deltec | 1992_EUR |
| West Realm Shires Services Inc. | Deltec | 1992_USD |
| West Realm Shires Services Inc. | Deltec | 1992_CHF |
| West Realm Shires Services Inc. | Deltec | 1992_CAD |
| West Realm Shires Services Inc. | Deltec | 1992_GBP |
| West Realm Shires Services Inc. | Deltec | 1992_AUD |
| West Realm Shires Services Inc. | Deltec | 1992_SGD |
| FTX Exchange FZE | Emirate NBD Bank | 2602 |
| FTX Exchange FZE | Emirate NBD Bank | 2601 |
| FTX EU Ltd | Eurobank | 7852 |
| FTX EU Ltd | Eurobank | 5957 |

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| FTX EU Ltd | Eurobank | 0472 |
| FTX EU Ltd | Eurobank | 3587 |
| FTX EU Ltd | Eurobank | 3880 |
| FTX EU Ltd | Eurobank | 0456 |
| FTX EU Ltd | Eurobank | 5340 |
| FTX EU Ltd | Eurobank | 6562 |
| FTX EU Ltd | Eurobank | 0464 |
| West Realm Shires Services Inc. | Evolve | 0066 |
| West Realm Shires Services Inc. | Evolve | 0078 |
| West Realm Shires Services Inc. | Evolve | 0076 |
| West Realm Shires Services Inc. | Evolve | 0082 |
| FTX Japan K.K. | Far Eastern Int'l Bank | 6117 |
| FTX Japan K.K. | Far Eastern Int'l Bank | 6125 |
| FTX Japan K.K. | Far Eastern Int'l Bank | 6133 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Fibabanka | 6922 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Fibabanka | 8868 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Fibabanka | 8860 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Fibabanka | 8852 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Fibabanka | 4958 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Garanti BBVA | 294254 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Garanti BBVA | 063955 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Garanti BBVA | 063954 |
| Hive Empire Trading Pty Ltd | Goldfields Money | 1676 |
| FTX EU Ltd | Klarpay | 0011 |
| FTX EU Ltd | Klarpay | 0092 |
| FTX EU Ltd | Klarpay | 0010 |
| FTX EU Ltd | Klarpay | 0024 |
| FTX Europe AG | Klarpay | 0016 |
| FTX Europe AG | Klarpay | 0014 |
| FTX Exchange FZE | Klarpay | 0059 |
| FTX Exchange FZE | Klarpay | 0051 |
| FTX Switzerland GmbH | Klarpay | 0014 |
| FTX Switzerland GmbH | Klarpay | 0012 |
| FTX Trading GmbH | Klarpay | 0015 |
| FTX Trading GmbH | Klarpay | 0013 |
| Ledger Holdings Inc. | LendingClub | 4128 |
| FTX Europe AG | Maerki Baumann & Co. AG | 0001 |
| FTX Europe AG | Maerki Baumann & Co. AG | 2333 |
| FTX Europe AG | Maerki Baumann & Co. AG | 1814 |
| Hive Empire Trading Pty Ltd | Moneytech | 4079 |
| FTX Japan K.K. | MUFG Bank, LTD. | 4459 |

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| FTX Japan K.K. | MUFG Bank, LTD. | 8002 |
| FTX Japan K.K. | MUFG Bank, LTD. | 8028 |
| FTX Japan K.K. | MUFG Bank, LTD. | 8044 |
| FTX Japan K.K. | MUFG Bank, LTD. | 8015 |
| FTX Japan K.K. | MUFG Bank, LTD. | 7996 |
| FTX Japan K.K. | MUFG Bank, LTD. | 8031 |
| FTX Trading Ltd | Nium | 6659 |
| FTX Trading Ltd | Nium | 2309 |
| FTX Trading Ltd | Nium | 1554 |
| FTX Trading Ltd | Nium | 5701 |
| FTX Trading Ltd | Nium | 8735 |
| FTX Trading Ltd | Nium | 7787 |
| FTX Trading Ltd | Nium | 2403 |
| West Realm Shires Services Inc. | Nium | 6451 |
| West Realm Shires Services Inc. | Nium | 2692 |
| West Realm Shires Services Inc. | Nium | 7832 |
| West Realm Shires Services Inc. | Nium | 5895 |
| West Realm Shires Services Inc. | Nium | 2551 |
| FTX Japan K.K. | PayPay Bank | 6659 |
| FTX Japan K.K. | PayPay Bank | 6667 |
| FTX Japan K.K. | PayPay Bank | 6675 |
| FTX Japan K.K. | PayPay Bank | 6683 |
| FTX Japan K.K. | PayPay Bank | 6691 |
| FTX Japan K.K. | PayPay Bank | 2111 |
| FTX Japan K.K. | PayPay Bank | 2129 |
| FTX EU Ltd | Paysafe | 0903 |
| Alameda Research LLC | Prime Trust | 8169 |
| Alameda Research Ltd | Prime Trust | 4016_USD |
| Alameda Research Ltd | Prime Trust | 4016_CAD |
| Alameda Research Ltd | Prime Trust | 4016_GBP |
| Alameda Research Ltd | Prime Trust | 4016_AUD |
| Alameda Research Ltd | Prime Trust | 2505 |
| Alameda Research Ltd | Prime Trust | 2872 |
| FTX Trading Ltd | Prime Trust | 8563 |
| FTX Trading Ltd | Prime Trust | 9884 |
| Paper Bird Inc | Prime Trust | 7946 |
| West Realm Shires Inc. | Prime Trust | 5371 |
| West Realm Shires Inc. | Prime Trust | 5105 |
| West Realm Shires Services Inc. | Prime Trust | 4168 |
| West Realm Shires Services Inc. | Prime Trust | 5581 |
| West Realm Shires Services Inc. | Prime Trust | 2773 |
| West Realm Shires Financial Services Inc. | Prime Trust | 4404 |
| West Realm Shires Financial Services Inc. | Prime Trust | 5107 |
| FTX Japan K.K. | Rakuten Bank | 9448 |
| FTX Japan K.K. | Rakuten Bank | 9458 |
| FTX Japan K.K. | Rakuten Bank | 9430 |
| FTX Japan K.K. | Rakuten Bank | 9440 |
| Alameda Research KK | SBI Sumishin Net Bank Ltd. | 4783 |
| FTX Japan K.K. | SBI Sumishin Net Bank Ltd. | 4679 |

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| FTX Japan K.K. | SBI Sumishin Net Bank Ltd. | 7502 |
| FTX Japan K.K. | SBI Sumishin Net Bank Ltd. | 3065 |
| FTX Japan K.K. | SBI Sumishin Net Bank Ltd. | 0109 |
| FTX Japan K.K. | SBI Sumishin Net Bank Ltd. | 0110 |
| Alameda Research LLC | Signature Bank | 5489 |
| Alameda Research Ltd | Signature Bank | 9485 |
| Maclaurin Investments Ltd. | Signature Bank | 2685 |
| Blockfolio, Inc. | Signature Bank | 4174 |
| FTX Europe AG | Signature Bank | 7500 |
| FTX Trading Ltd | Signature Bank | 9964 |
| FTX Trading Ltd | Signature Bank | 9018 |
| FTX Ventures Ltd | Signature Bank | 7872 |
| Hive Empire Trading Pty Ltd | Signature Bank | 3087 |
| Ledger Holdings Inc. | Signature Bank | 8106 |
| Ledger Prime LLC | Signature Bank | 5385 |
| Ledger Prime LLC | Signature Bank | 5377 |
| Paper Bird Inc | Signature Bank | 8701 |
| West Realm Shires Inc. | Signature Bank | 7436 |
| West Realm Shires Services Inc. | Signature Bank | 2804 |
| West Realm Shires Services Inc. | Signature Bank | 3976 |
| West Realm Shires Services Inc. | Signature Bank | 6989 |
| West Realm Shires Services Inc. | Signature Bank | 6989 |
| FTX Lend Inc. | Signature Bank | 7651 |
| Crypto Bahamas LLC | Signature Bank | 5171 |
| Good Luck Games, LLC | Signature Bank | 7432 |
| Goodman Investments Ltd. | Signature Bank | 2903 |
| West Realm Shires Financial Services Inc. | Signature Bank | 9812 |
| Alameda Research LLC | Signet | 5489 |
| Ledger Holdings Inc. | Silicon Valley Bank | 7808 |
| Alameda Research KK | Silvergate Bank | 3433 |
| Alameda Research KK | Silvergate Bank | 4621 |
| Alameda Research LLC | Silvergate Bank | 5587 |
| Alameda Research LLC | Silvergate Bank | 6056 |
| Alameda Research LLC | Silvergate Bank | 6080 |
| Alameda Research Ltd | Silvergate Bank | 4456 |
| Alameda Research Ltd | Silvergate Bank | 4464 |
| Alameda Research Ltd | Silvergate Bank | 4605 |
| FTX Europe AG | Silvergate Bank | 4439 |
| FTX Europe AG | Silvergate Bank | 8182 |
| FTX Europe AG | Silvergate Bank | 8190 |
| FTX Japan K.K. | Silvergate Bank | 8169 |
| FTX Japan K.K. | Silvergate Bank | 8185 |
| FTX Japan K.K. | Silvergate Bank | 8193 |
| Ledger Holdings Inc. | Silvergate Bank | 1235 |
| Ledger Prime LLC | Silvergate Bank | 1223 |
| Ledger Prime LLC | Silvergate Bank | 3145 |
| North Dimension Inc | Silvergate Bank | 8738 |
| North Dimension Inc | Silvergate Bank | 8746 |
| West Realm Shires Services Inc. | Silvergate Bank | 8589 |

{1368.002-W0069060.}

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| West Realm Shires Services Inc. | Silvergate Bank | 1239 |
| West Realm Shires Services Inc. | Silvergate Bank | 8597 |
| West Realm Shires Services Inc. | Silvergate Bank | 8605 |
| FTX Ventures Ltd | Silvergate Bank | 3181 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5007 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5006 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5005 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5004 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5003 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5009 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5001 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Siraat Banksai | 5001 |
| Alameda Research KK | Sumitomo Mitsui Banking Corporation (SMBC) | 8851 |
| FTX Japan K.K. | Sumitomo Mitsui Banking Corporation (SMBC) | 9233 |
| FTX Japan K.K. | Sumitomo Mitsui Banking Corporation (SMBC) | 9244 |
| FTX Japan K.K. | Tokyo Star Bank | 8071 |
| FTX Japan K.K. | Tokyo Star Bank | 8604 |
| Innovatia Ltd | Turicum | 1001 |
| Zubr Exchange Ltd | Turicum | 1001 |
| Zubr Exchange Ltd | Turicum | 1001 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 0892 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 6576 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 1789 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 9808 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 7310 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 8840 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 9860 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 5817 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Vakifbank | 6563 |

| Debtor | Bank Name | Last Four Digits of Account No. |
|---|---|---|
| FTX Trading GmbH | Volksbank Bayern Mitte eG | 6316 |
| Blockfolio, Inc. | Wells Fargo | 3408 |
| Blockfolio, Inc. | Wells Fargo | 7079 |
| FTX Exchange FZE | Zand Bank | 6501 |