# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

## NOTICE OF FILING OF CONSOLIDATED LIST OF TOP 50 CREDITORS

**PLEASE TAKE NOTICE** that on the date hereof, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, filed the consolidated list of top 50 creditors (the "Top 50 List") attached hereto as Exhibit A, with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** the Top 50 List is based on the Debtors' currently available creditor information, including customer information that was able to be viewed but is not otherwise accessible at this time. The Debtors' investigation continues regarding amounts listed, including payments that may have been made but are not yet reflected on the Debtors' books and records. The Debtors are also working to obtain full access to customer data. *See Declaration of John J. Ray III in Support of Chapter 11 Petition and the First Day Pleadings* ¶ 75 [D.I. 24]. The Debtors will update the Top 50 List, if appropriate, when additional information is available.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice may be obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.001-W0069070.}

free of charge by accessing the website of the Debtors' claims and noticing agent,

https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: November 19, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |