**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**NOVEMBER 22, 2022, AT 11:00 A.M. (ET), BEFORE THE HONORABLE JOHN T.**
**DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT**
**OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,**
**COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

---

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING**
**TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY**
**PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY VIEW**
**THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT**
**THE LINK BELOW BY NOVEMBER 22, 2022 AT 9:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIscemgqTIjHfz_mY2rymF_ItW5zwwudKM

**After registering your appearance by Zoom, you will receive a confirmation**
**email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When: November 22, 2022 at 11:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**
**OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**ADJOURNED MATTER**:

1.    Motion of Debtors for Entry of an Order (I) Extending the Time to File (A) Schedules of
      Assets and Liabilities and Statements of Financial Affairs and (B) Rule 2015.3 Financial
      Reports and (II) Granting Certain Related Relief [D.I. 26, filed on November 17, 2022]

---

[1]    The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of
debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal
tax identification numbers is not provided herein.  A complete list of such information may be obtained on the
website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

Responses Received:

A.      Informal Comments from the Office of the United States Trustee

Related Documents:

A.      Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.      Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.      Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.      Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.      Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter has been adjourned to the second day hearing.

**MATTERS GOING FORWARD:**

2.      Motion of Debtors for Entry of an Order (I) Authorizing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief [D.I. 3, filed on November 14, 2022]

Responses Received:

A.      Informal comments from the Office of the United States Trustee

Related Documents:

A.      Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.      Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.      Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.      Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.      Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:    This matter will go forward.

3.    Motion of Debtors for Entry of an Order (I) Modifying Certain Creditor List Requirements; (II) Authorizing the Debtors to Serve Certain Parties by E-Mail; and (III) Granting Related Relief [D.I. 9, filed on November 14, 2022]

Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Notice of Filing of Consolidated List of Top 50 Creditors [D.I. 51, filed on November 19, 2022]

D.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

E.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

F.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:    This matter will go forward.

4.    Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay [D.I. 22, filed on November 17, 2022]

Responses Received: None.

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Order Granting Motion to Shorten Time for Notice of Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay [D.I. 29, entered on November 17, 2022]

C.    Certification of Counsel [D.I. 31, filed on November 17, 2022]

D.    Amended Order Granting Motion to Shorten Time for Notice of Emergency Motion Pursuant to Fed R. Bankr. P. 1014(B) (I) to Transfer Chapter 15 Proceeding Relating to FTX Digital Markets Ltd. and (II) for a Stay [D.I. 32, entered on November 18, 2022]

E.    Notice of Hearing [D.I. 33, filed on November 18, 2022]

F.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

G.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

H.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

I.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:    Counsel to the Joint Provisional Liquidators (the "JPLs") has advised the Debtors that the JPLs consent to transfer of the Chapter 15 Petition for Recognition of a Foreign Proceeding relating to FTX Digital Markets Ltd. to the United States Bankruptcy Court for the District of Delaware.  This matter will go forward.

5.    Motion of Debtors for Entry of an Order Enforcing Sections 362, 365(e)(1),525 and 541 of the Bankruptcy Code [D.I. 25, filed on November 17, 2022]

Responses Received:

A.    Informal Comments from the Office of the United States Trustee

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

6.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective *Nunc Pro Tunc* to the Petition Date [D.I. 28, filed on November 17, 2022]

Responses Received:

A.    Informal Comments from the Office of the United States Trustee

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

7.    Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief [D.I. 45, filed on November 19, 2022]

Responses Received:

A.    Informal comments received from the United States Trustee.

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.      Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.      Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

8.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Foreign Vendors, 503(B)(9) Claimants and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing All Financial Institutions to Honor All Related Payment Requests and (IV) Granting Certain Related Relief [D.I. 46, filed on November 19, 2022]

Responses Received:

A.      Informal comments received from the United States Trustee.

Related Documents:

A.      Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.      Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.      Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.      Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.      Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

9.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate A Postpetition Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(B), and (III) Granting Certain Related Relief [D.I. 47, filed on November 19, 2022]

Responses Received:

A.      Informal comments received from the United States Trustee.

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

10.    Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions and (II) Granting Certain Related Relief [D.I. 49, filed on November 19, 2022]

Responses Received:

A.    Informal comments received from the United States Trustee.

Related Documents:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

Status:   This matter will go forward.

11.    Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Compensation and Benefits and (B) Continue Compensation and Benefits and

(II) Granting Certain Related Relief [D.I. 50, filed on November 19, 2022]

<u>Responses Received</u>:

A.    Informal comments received from the United States Trustee.

<u>Related Documents</u>:

A.    Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

B.    Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022]

C.    Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022]

D.    Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022]

E.    Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022]

<u>Status</u>:  This matter will go forward.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: November 21, 2022
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*