**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

**NOTICE OF APPEARANCE BY THE UNITED STATES**
**AND CERTIFICATION OF U.S. GOVERNMENT ATTORNEY**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 515, 516, 517 and 518, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of the United States of America. All notices and papers that are required to be served upon the United States must be given to and served upon me at the addresses (including electronic mail address), telephone and facsimile number and email address indicated below:

> Stanton C. McManus
> Trial Attorney
> U.S. Department of Justice
> Civil Division
> 1100 L Street, NW
> Room 7208
> Washington DC, 20005
> (202) 307-5832 (direct)
> (202) 514-9163 (fax)
> stanton.c.mcmanus@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

PLEASE TAKE FURTHER NOTICE THAT I hereby submit this certification of a government attorney in compliance with Local Rule 9010-1(e)(i):

1.    I am admitted to the bars of:  Minnesota (MN Bar No. 0402131); the U.S. Court of Appeals for the Sixth Circuit; and the United States District Courts for the Northern District of Florida and the District of Minnesota.

2.    I am in good standing in all jurisdictions in which I have been admitted.

3.    I will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submit to the jurisdiction of this Court for disciplinary purposes.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

2

Dated:  November 21, 2022                    Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

DAVID C. WEISS
United States Attorney

/s/ Stanton C. McManus
RUTH A. HARVEY
MARGARET M. NEWELL
SETH B. SHAPIRO
STANTON C. MCMANUS (MN Bar No. 0402131)
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Tel: (202) 307-5832
Email: stanton.c.mcmanus@usdoj.gov

ATTORNEYS FOR THE UNITED STATES
OF AMERICA

CERTIFICATE OF SERVICE

On November 21, 2022, I caused a copy of the foregoing to be served electronically

through the Court's ECF system upon those who have entered an appearance in this proceeding,

and through electronic mail on the parties listed below.


Dated: November 21, 2022                    /s/ Stanton C. McManus
                                             Stanton C. McManus