# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

## NOTICE OF APPEARANCE BY THE UNITED STATES
## AND CERTIFICATION OF U.S. GOVERNMENT ATTORNEY

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 515, 516, 517 and 518, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of the United States of America. All notices and papers that are required to be served upon the United States must be given to and served upon me at the addresses (including electronic mail address), telephone and facsimile number and email address indicated below:

> Seth B. Shapiro
> Senior Trial Counsel
> U.S. Department of Justice
> Civil Division
> 1100 L Street, NW – 7th Floor
> Room 7114
> Washington DC, 20005
> (202) 514-7164 (direct)
> seth.shapiro@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

PLEASE TAKE FURTHER NOTICE THAT I hereby submit this certification of a government attorney in compliance with Local Rule 9010-1(e)(i):

1. I am admitted to the bars of: the District of Columbia (D.C. Bar No. 433988); the United States Supreme Court, the U.S. Courts of Appeals for the Fourth Circuit and Ninth Circuit, the United States District Courts for the Southern District of New York, the Eastern District of New York, the District of Columbia, the District of Maryland and the Eastern District of Virginia.

2. I am in good standing in all jurisdictions in which I have been admitted.

3. I will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submit to the jurisdiction of this Court for disciplinary purposes.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: November 21, 2022

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

DAVID C. WEISS
United States Attorney

/s/ Seth B. Shapiro
RUTH A. HARVEY
MARGARET M. NEWELL
SETH B. SHAPIRO (D.C. Bar No. 433988)
STANTON MCMANUS
U.S. Department of Justice – Civil Division
Commercial Litigation Branch,
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
TEL: (202) 514-7164
Email: seth.shapiro@usdoj.gov

ATTORNEYS FOR THE UNITED STATES
OF AMERICA

CERTIFICATE OF SERVICE

On November 21, 2022, I caused a copy of the foregoing to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: November 21, 2022        /s/ Seth B. Shapiro
                                                   Seth B. Shapiro