# **EXHIBIT 2**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Joint Administration Pending) |

## AGREED ORDER TO TRANSFER VENUE

Upon the emergency motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (I) transferring the Chapter 15 Petition for Recognition of a Foreign Proceeding relating to FTX Digital Markets Ltd. ("FTX DM"), filed on November 15, 2022 in the United States Bankruptcy Court for the Southern District of New York ("SDNY") and captioned *In re FTX Digital Markets Ltd. (in Provisional Liquidation)*, Case No. 22-bk-11516 (MEW) (the "Chapter 15 Case"), to this Court, and (II) for a stay of the Chapter 15 Case until ~~this~~the Motion can be considered; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;[2] and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion

other notice need be provided; and the Court having reviewed the Motion; and ~~the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing~~<u>given the consent (subject to the limitations and conditions agreed herein) of the JPLs to the Motion</u>; and the Court having ~~determined that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest;~~<u>reviewed and considered the Motion after due deliberation and sufficient cause appearing</u> therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, as set forth herein.

2. Pursuant to Bankruptcy Rule 1014(b), the Chapter 15 Case shall be transferred to this Court.

3. Pursuant to 28 U.S.C. § 1412, the SDNY court shall transfer the Chapter 15 Case to this Court.

4. <u>Notwithstanding the consent of the JPLs to the entry of this Order, nothing contained herein or in the Motion shall: (i) impair any rights or remedies of the JPLs with respect to the Chapter 15 Case, including, but not limited to, with respect to the *Verified Petition For Recognition of Foreign Insolvency Proceeding and Related Relief*, Chapter 15 Case [ECF 1] (the "Verified Petition") and the *Emergency Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 105(A), 1519, and 1521*, Chapter 15 Case [ECF 7] (the "Provisional Relief Motion"); or (ii) shall be construed as consent or acquiescence to any relief sought by the Debtors in the Chapter 11 Cases, including without limitation, any relief sought with respect to the assets of FTX DM.</u>

2

3

5. All of the Debtors' and JPLs' rights and remedies with respect to the Debtors' Chapter 11 Case and the Chapter 15 Case, including without limitation, the Verified Petition and the Provisional Relief Motion, are hereby preserved.

6. ~~4.~~ This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

~~Dated: _____~~
~~Wilmington, Delaware~~              ~~The Honorable John T. Dorsey~~
                                      ~~United States Bankruptcy Judge~~


Dated:  November ___, 2022
        Wilmington, Delaware          The Honorable John T. Dorsey
                                      United States Bankruptcy Judge