IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) |
| | ) Case No. 22-11068 (JTD) |
| Debtor. | ) |
| | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the Texas Department of Banking, by and through the Office of the Attorney General of Texas, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Roma N. Desai
Layla D. Milligan
Abigail R. Ryan
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Phone: 512/463-2173  Fax: 512/936-1409

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

*[Remainder of Page Intentionally Left Blank]*

|  |  |
|---|---|
| Dated:  November 21, 2022, | Respectfully submitted,<br><br>KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br><br>RACHEL R. OBALDO<br>Assistant Attorney General<br>Chief, Bankruptcy & Collections Division<br><br>*/s/ Roma N. Desai*<br>ROMA N. DESAI<br>Texas State Bar No. 24095553<br>LAYLA D. MILLIGAN<br>Texas State Bar No. 24026015<br>ABIGAIL R. RYAN<br>Texas State Bar No.  24035956<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2173<br>Facsimile: (512) 936-1409<br>roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov<br><br>ATTORNEYS FOR THE TEXAS DEPARTMENT OF BANKING |

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 21, 2022.

                                      */s/ Roma N. Desai*
                                      ROMA N. DESAI
                                      Assistant Attorney General