IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) |
| | ) Case No. 22-11068 (JTD) |
| Debtor. | ) |
| | ) (Joint Administration Requested) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas State Securities Board, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern, and Southern Districts of Texas. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

(*Remainder of Page Intentionally Left Blank*)

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        GRANT DORFMAN
        Deputy First Assistant Attorney General

        SHAWN E. COWLES
        Deputy Attorney General for Civil Litigation

        RACHEL R. OBALDO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Abigail R. Ryan*
        ABIGAIL R. RYAN
        Texas State Bar No. 24035956
        Office of the Attorney General of Texas
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        Telephone: (512) 463-2173
        Facsimile: (512) 936-1409
        abigail.ryan@oag.texas.gov

        ATTORNEYS FOR THE TEXAS STATE SECURITIES
        BOARD & THE TEXAS DEPARTMENT OF BANKING

## CERTIFICATE OF SERVICE

I certify that on November 21, 2022, a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

        */s/ Abigail R. Ryan*
        ABIGAIL R. RYAN
        Assistant Attorney General