IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |

**SUPPLEMENTAL DECLARATION OF JOHN J. RAY III
IN SUPPORT OF FIRST DAY PLEADINGS**

I, John Jr. Ray III, hereby declare under penalty of perjury as follows:

1. I am the Chief Executive Officer of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

2. To organize the conduct of the Debtors' chapter 11 cases, with the assistance of the Debtors' advisors, I have organized the Debtors into four "silos" for organizational purposes. Four Debtors were not initially allocated to any silo: Paper Bird Inc, Hilltop Technology Services LLC, Cedar Grove Technology Services, Ltd and Deck Technologies Holdings LLC. After review, I have decided to include Paper Bird Inc, Hilltop Technology Services LLC and Cedar Grove Technology Services, Ltd in the "Ventures Silo" for organizational purposes and, pursuant to my authority under the Omnibus Corporate Authority, dated November 11, 2022, to appoint Rishi Jain as sole director of each of these Debtors.

3. I have not yet decided the appropriate silo for Deck Technologies Holdings LLC.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

4891-1239-2511 v.2

-2-

    4.    Attached as Schedule 1 is an updated organizational chart showing this change.

Dated: November 21, 2022

*/s/ John J. Ray III*
Name: John J. Ray III
Title: Chief Executive Officer

## Schedule 1

4891-1239-2511 v.2

## FOUR SILOS FOR RECOVERY PURPOSES



* Certain entities in the Venture Silo may have interests directly or indirectly held by Gary Wang and Nishad Singh.

**PRELIMINARY ORGANIZATIONAL CHART**
Last updated: Draft of November 20, 2022



* Percentages directly held by each of Sam Bankman-Fried, Gary Wang and Nishad Singh in individual entities varies.
** Indicates non-operational subsidiary entity.
*** 99% held by FTX Trading Ltd.