IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending) |

**SUPPLEMENTAL DECLARATION OF EDGAR W. MOSLEY II
IN SUPPORT OF FIRST DAY PLEADINGS**

I, Edgar W. Mosley II, hereby declare under penalty of perjury as follows:

1. I supervise the team at Alvarez & Marsal North America LLC ("A&M") that works as proposed financial advisor to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

2. Except as otherwise indicated, all facts set forth in this declaration (the "Declaration") are based on my personal knowledge, information obtained from the Debtors and their advisors, including the A&M team working under my supervision, my review of relevant documents and information concerning the Debtors' operations, financial affairs or restructuring initiatives or my opinions based on my experience and knowledge. If called as a witness, I would testify competently to the statements set forth in this Declaration.

3. Attached as Schedule 1 is a consolidated cash projection for the Debtors for the five week period beginning November 21, 2022 as well as a separate cash projection over the same period for each of the four primary groups of Debtors identified to me by the Chief Executive Officer of the Debtors (the "Silos"). I supervised the creation of these cash

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

4863-6491-5263 v.2

-2-

projections by A&M. The Debtors' situation is fluid and the projection of the Debtors' receipts, expenses, professional fees and other disbursements may prove to be inaccurate. Nevertheless, I believe the projections to be reasonable ones based on the facts as I understand them and the inputs that I have received.

4. The Debtors and the A&M team continue to identify and verify assets of the Debtors on a rolling basis since the Petition Date. I supervise the A&M team involved in this process. Attached as Schedule 2 is an updated summary of cash balances in the name of the Debtors and Non-Debtors with banking and other financial institutions that A&M has been able to substantiate as of the date of this Declaration. Schedule 2 identifies substantially higher cash balances than the Debtors were in a position to substantiate as of Wednesday, November 16, for purposes of the *Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings* [D.I. 24]. The Debtors and A&M continue to identify and verify Debtor assets.

5. I have reviewed the proposed Postpetition Cash Management System in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief* [D.I. 47] and find them to be reasonable for the management of the Debtors' cash during the next five weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 21, 2022                    */s/ Edgar W. Mosley II*
                                                              Name:  Edgar W. Mosley II
                                                              Alvarez & Marsal North America, LLC
                                                              Title:  Senior Managing Director

# **Schedule 1**

**FTX Group**
**5-Week Cash Flow Forecast**
*Dated: November 21, 2022*

### CONSOLIDATED
*($ in 000s)*

| *Forecast Week:* | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---:|---:|---:|---:|---:|---:|
| *Week Ending Date:* | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (2,739) | $ - | $ - | $ (1,276) | $ (545) | $ (4,560) |
| Critical Vendor Payments | - | (5,110) | (1,396) | (1,396) | (1,396) | (9,299) |
| Other Operating Disbursements | - | - | (5,722) | (1,623) | (1,623) | (8,968) |
| Total Operating Disbursements | $ (2,739) | $ (5,110) | $ (7,119) | $ (4,295) | $ (3,565) | $ (22,827) |
| **Net Cash Flow** | $ (2,739) | $ (5,110) | $ (7,119) | $ (4,295) | $ (3,565) | $ (22,827) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 481,874 | $ 479,135 | $ 474,025 | $ 466,906 | $ 462,611 | $ 481,874 |
| (+/-) Net Cash Flow | (2,739) | (5,110) | (7,119) | (4,295) | (3,565) | (22,827) |
| Ending Available Cash | $ 479,135 | $ 474,025 | $ 466,906 | $ 462,611 | $ 459,047 | $ 459,047 |

### WRS SILO
*($ in 000s)*

| *Forecast Week:* | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---:|---:|---:|---:|---:|---:|
| *Week Ending Date:* | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (774) | $ - | $ - | $ (774) | $ - | $ (1,549) |
| Critical Vendor Payments | - | (2,450) | (883) | (883) | (883) | (5,100) |
| Other Operating Disbursements | - | - | (4,972) | (872) | (872) | (6,716) |
| Total Operating Disbursements | $ (774) | $ (2,450) | $ (5,855) | $ (2,530) | $ (1,755) | $ (13,365) |
| **Net Cash Flow** | $ (774) | $ (2,450) | $ (5,855) | $ (2,530) | $ (1,755) | $ (13,365) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 68,911 | $ 68,137 | $ 65,687 | $ 59,832 | $ 57,302 | $ 68,911 |
| (+/-) Net Cash Flow | (774) | (2,450) | (5,855) | (2,530) | (1,755) | (13,365) |
| Ending Available Cash | $ 68,137 | $ 65,687 | $ 59,832 | $ 57,302 | $ 55,547 | $ 55,547 |

**FTX Group**

**5-Week Cash Flow Forecast**

*Dated: November 21, 2022*

### DOTCOM SILO
*($ in 000s)*

| *Forecast Week:* | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---:|---:|---:|---:|---:|---:|
| *Week Ending Date:* | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (1,442) | $ - | $ - | $ (231) | $ (293) | $ (1,966) |
| Critical Vendor Payments | - | (2,450) | (304) | (304) | (304) | (3,361) |
| Other Operating Disbursements | - | - | (521) | (521) | (521) | (1,562) |
| **Total Operating Disbursements** | $ (1,442) | $ (2,450) | $ (824) | $ (1,055) | $ (1,118) | $ (6,889) |
| **Net Cash Flow** | $ (1,442) | $ (2,450) | $ (824) | $ (1,055) | $ (1,118) | $ (6,889) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash [a] | $ 33,692 | $ 32,251 | $ 29,801 | $ 28,976 | $ 27,921 | $ 33,692 |
| (+/-) Net Cash Flow | (1,442) | (2,450) | (824) | (1,055) | (1,118) | (6,889) |
| Ending Available Cash | $ 32,251 | $ 29,801 | $ 28,976 | $ 27,921 | $ 26,804 | $ 26,804 |

(a) Excludes cash held at non-US banking institutions

### ALAMEDA SILO
*($ in 000s)*

| *Forecast Week:* | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---:|---:|---:|---:|---:|---:|
| *Week Ending Date:* | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (523) | $ - | $ - | $ (271) | $ (252) | $ (1,046) |
| Critical Vendor Payments | - | (200) | (200) | (200) | (200) | (798) |
| Other Operating Disbursements | - | - | (195) | (195) | (195) | (586) |
| **Total Operating Disbursements** | $ (523) | $ (200) | $ (395) | $ (666) | $ (647) | $ (2,430) |
| **Net Cash Flow** | $ (523) | $ (200) | $ (395) | $ (666) | $ (647) | $ (2,430) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 370,584 | $ 370,061 | $ 369,861 | $ 369,466 | $ 368,801 | $ 370,584 |
| (+/-) Net Cash Flow | (523) | (200) | (395) | (666) | (647) | (2,430) |
| Ending Available Cash | $ 370,061 | $ 369,861 | $ 369,466 | $ 368,801 | $ 368,154 | $ 368,154 |

**FTX Group**
**5-Week Cash Flow Forecast**
*Dated: November 21, 2022*

### VENTURES SILO
*($ in 000s)*

| *Forecast Week:* | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---|---|---|---|---|---|
| *Week Ending Date:* | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Critical Vendor Payments | $ - | $ (10) | $ (10) | $ (10) | $ (10) | $ (40) |
| Other Operating Disbursements | - | - | (35) | (35) | (35) | (104) |
| **Total Operating Disbursements** | $ - | $ (10) | $ (45) | $ (45) | $ (45) | $ (144) |
| **Net Cash Flow** | $ - | $ (10) | $ (45) | $ (45) | $ (45) | $ (144) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 8,686 | $ 8,686 | $ 8,676 | $ 8,632 | $ 8,587 | $ 8,686 |
| (+/-) Net Cash Flow | - | (10) | (45) | (45) | (45) | (144) |
| Ending Available Cash | $ 8,686 | $ 8,676 | $ 8,632 | $ 8,587 | $ 8,543 | $ 8,543 |

# Schedule 2

4863-6491-5263 v.2

**FTX Group**
**Summary of Cash Balances**
*November 20, 2022*

| ('000s in USD) | Filing Type | Unrestricted Cash | Custodial Cash | Other Restricted Cash | Total Cash |
|---|---|---|---|---|---|
| **Alameda Silo** | | | | | |
| Alameda Research Ltd | Debtor | $ 364,040 | $ 14,296 | $ 14,800 | $ 393,136 |
| Maclaurin Investments Ltd. | Debtor | 2,752 | - | - | 2,752 |
| Ledger Prime LLC | Debtor | 2,231 | - | - | 2,231 |
| North Dimension Inc | Debtor | 801 | - | - | 801 |
| Alameda Research LLC | Debtor | 759 | 2 | - | 761 |
| Alameda Research KK | Debtor | 1 | - | - | 1 |
| LedgerPrime Digital Asset Opportunities Fund, LLC | Debtor | - | - | 524 | 524 |
| LedgerPrime Digital Asset Opportunities Master Fund LP | Debtor | - | - | 630 | 630 |
| **Alameda Debtor Accounts** | | $ 370,584 | $ 14,298 | $ 15,955 | $ 400,836 |
| **Dotcom Silo** | | | | | |
| FTX Japan K.K. | Debtor | $ 30,000 | $ 52,057 | $ 89,595 | $ 171,651 |
| FTX EU Ltd (K-DNA Financial Services Ltd) | Debtor | 1,251 | 47,926 | 176 | 49,352 |
| Quoine Pte Ltd | Debtor | - | 8,477 | 2,676 | 11,153 |
| FTX Exchange FZE | Debtor | - | - | 5,813 | 5,813 |
| FTX Trading Ltd | Debtor | 376 | 2,738 | - | 3,114 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Debtor | - | 3,070 | 37 | 3,106 |
| FTX Europe AG | Debtor | - | - | 2,793 | 2,793 |
| Blockfolio, Inc. | Debtor | 2,417 | - | - | 2,417 |
| Crypto Bahamas LLC | Debtor | 900 | - | - | 900 |
| FTX Japan Services KK | Debtor | 752 | - | - | 752 |
| Quoine Vietnam Co. Ltd | Debtor | 495 | - | - | 495 |
| FTX Japan Holdings K.K. | Debtor | 379 | - | - | 379 |
| FTX Digital Holdings (Singapore) Pte Ltd | Debtor | 254 | - | - | 254 |
| FTX Trading GmbH | Debtor | 146 | - | - | 146 |
| Liquid Securities Singapore Pte Ltd | Debtor | - | - | 111 | 111 |
| FTX Switzerland GmbH | Debtor | 17 | - | - | 17 |
| Quoine India Pte Ltd | Debtor | 3,183 | - | - | 3,183 |
| **Dotcom Debtor Accounts** | | $ 40,169 | $ 114,267 | $ 101,200 | $ 255,635 |
| **Ventures Silo** | | | | | |
| Paper Bird Inc | Debtor | $ 7,907 | $ - | $ - | $ 7,907 |
| FTX Ventures Ltd | Debtor | 780 | - | - | 780 |
| **Ventures Debtor Accounts** | | $ 8,686 | $ - | $ - | $ 8,686 |
| **WRS Silo** | | | | | |
| West Realm Shires Services Inc. | Debtor | $ 32,340 | $ 15,194 | $ 1,271 | $ 48,804 |
| West Realm Shires Inc. | Debtor | 35,412 | - | - | 35,412 |
| West Realm Shires Financial Services Inc. | Debtor | 577 | - | - | 577 |
| FTX Lend Inc. | Debtor | 485 | - | - | 485 |
| Ledger Holdings Inc. | Debtor | 98 | - | - | 98 |
| Digital Custody Inc. | Debtor | - | - | 982 | 982 |
| **WRS Debtor Accounts** | | $ 68,911 | $ 15,194 | $ 2,253 | $ 86,358 |
| **Total Debtor Entities** | | $ 488,350 | $ 143,758 | $ 119,407 | $ 751,515 |
| **Alameda Silo** | | | | | |
| **Alameda Non-Debtor Accounts** | | - | - | - | - |
| **Dotcom Silo** | | | | | |
| FTX Digital Markets Ltd | Non-Debtor | $ 617 | $ 92,572 | $ 50,000 | $ 143,189 |
| FTX Philanthropy Inc | Non-Debtor | 10,877 | - | - | 10,877 |
| **Dotcom Non-Debtor Accounts** | | $ 11,495 | $ 92,572 | $ 50,000 | $ 154,066 |
| **WRS Silo** | | | | | |
| Embed Clearing LLC. | Non-Debtor | - | - | 29,979 | 29,979 |
| Embed Financial Technologies Inc | Non-Debtor | 395 | - | - | 395 |
| LedgerX LLC | Non-Debtor | 13,644 | 24,103 | 265,603 | 303,350 |
| **WRS Non-Debtor Accounts** | | 14,040 | 24,103 | 295,582 | 333,725 |
| **Total Non-Debtor Entities** | | $ 25,534 | $ 116,675 | $ 345,581 | $ 487,791 |
| **Grand Total** | | $ 513,884 | $ 260,433 | $ 464,989 | $ 1,239,306 |