There is some error in the claim, it shall be withdrawn