**Exhibit B-1**

**(Revised Rule 1007 Interim Order)**

{1368.002-W0069091.4}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Pending) |
| | Ref. No. 9 |

**INTERIM ORDER (I) MODIFYING CERTAIN CREDITOR LIST REQUIREMENTS, (II) AUTHORIZING THE DEBTORS TO SERVE CERTAIN PARTIES BY E-MAIL AND (III) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for Entry an Order (I) Modifying Certain Creditor List Filing Requirements; (II) Authorizing the Debtors to Provide E-Mail Service to Certain Parties; and (III) Granting Related Relief* (the "Motion");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

4890-1642-1951 v.3

relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted on an interim basis as set forth herein.

2. The Creditor List Procedures are approved on an interim basis as set forth herein.

3. The Debtors are authorized to and shall file, to the extent applicable, a single consolidated Top 50 List for each of (a) Debtor West Realm Shires Inc. and its Debtor subsidiaries, (b) Debtor Alameda Research LLC and its Debtor subsidiaries, (c) Debtor Clifton Bay Investments LLC and its Debtor affiliates and (d) Debtors FTX Trading Ltd. and its Debtor subsidiaries, in lieu of each Debtor filing a list of its twenty (20) largest unsecured creditors.

4. The service requirements of Bankruptcy Rule 2002(g) hereby are modified to permit e-mail service to (i) customers that (a) have not designated a mailing address under Bankruptcy Rule 2002(g)(1) or 5003(e); (b) do not request to be served hard copies by mail and (c) have a valid e-mail address on file with the Debtors; and (ii) non-customer creditors that (a) have not designated a mailing address under Bankruptcy Rule 2002(g)(l) or 5003(e); (b) do not request to be served hard copies by mail and (c) have a valid e-mail address on file with the Debtors, but no physical address information.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

8.      The final hearing with respect to the relief requested in the Motion shall be held on _____**, 2022 at** _____ **(prevailing Eastern Time)**.  Any objections or responses to entry of the proposed Final Order shall be filed on or before **4:00 p.m. (prevailing Eastern Time) on** _____**, 2022** and served on the following parties: (a) proposed co-counsel to the Debtors, (i) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Alexa J. Kranzley and (ii) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis and Kimberly A. Brown; (b) counsel to any statutory committee appointed in these Chapter 11 Cases; (c) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Juliet Sarkessian); and (d) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.  If no objections are timely filed, this Court may enter the Final Order without further notice or a hearing

Dated: November \_\_, 2022
       Wilmington, Delaware

                                              THE HONORABLE JOHN T. DORSEY
                                              UNITED STATES BANKRUPTCY JUDGE