Dear Judge John T. Dorsey,


I am OU YANG CHIH KUANG,I have registered on website (ftx.com) of

FTX Trading Ltd. (''Debtor'') as a user according to the Terms of Service

(link:https://help.ftx.com/hc/enus/article_attachments/9719619779348/FT

X_Terms_of_Service.pdf) of Debtor, my user name is OU YANG CHIH

KUANG 歐陽智光 and email is joe0985099@gmail.com , my user ID in

FTX is 73068606 (ATTACHMENT I).

On November 8th-9th, 2022 I applied for withdrawal of total 16641512.95

USDT (ATTACHMENT II) aggregately on Debtor's Platform (ftx.com) and

received confirmation from Debtor via email (ATTACHMENT III), but my

application has not been processed yet by now. All the attachments shows

that Debtor shall return me 16641512.95 USDT (or equivalent currency)

but till now they did not perform the obligation under Terms of Service.


My deposit record on the blockchain (ATTACHMENT IV)


Best regard,

OU YANG CHIH KUANG

# ATTACHMENT I -ACCOUNT INFORMATION



# ATTACHMENT II -USDT WITHDRAWAL LIST

| No. | Date | USDT Amount | Screen capture number | Email number |
|---|---|---|---|---|
| 1 | 2022/11/08 | 9925.55532189 | C-1 | E-1 |
| 2 | 2022/11/08 | 1000000 | C-1 | E-2 |
| 3 | 2022/11/08 | 1000000 | C-1 | E-3 |
| 4 | 2022/11/08 | 1000000 | C-1 | E-4 |
| 5 | 2022/11/08 | 1000000 | C-1 | E-5 |
| 6 | 2022/11/08 | 1000000 | C-1 | E-6 |
| 7 | 2022/11/08 | 1000000 | C-1 | E-7 |
| 8 | 2022/11/08 | 1000000 | C-1 | E-8 |
| 9 | 2022/11/08 | 1000000 | C-1 | E-9 |
| 10 | 2022/11/08 | 1000000 | C-2 | E-10 |
| 11 | 2022/11/08 | 1000000 | C-2 | E-11 |
| 12 | 2022/11/08 | 1000000 | C-2 | E-12 |
| 13 | 2022/11/08 | 1000000 | C-2 | E-13 |
| 14 | 2022/11/08 | 1000000 | C-2 | E-14 |
| 15 | 2022/11/08 | 1000000 | C-2 | E-15 |
| 16 | 2022/11/08 | 500165.59000001 | C-2 | E-16 |
| 17 | 2022/11/08 | 500165.59 | C-2 | E-17 |
| 18 | 2022/11/08 | 500171.3 | C-2 | E-18 |
| 19 | 2022/11/08 | 177.01 | C-2 | E-19 |
| 20 | 2022/11/08 | 20000.00000001 | C-3 | E-20 |

| 21 | 2022/11/08 | 20000 | C-3 | E-21 |
|----|------------|-------|-----|------|
| 22 | 2022/11/08 | 20000 | C-3 | E-22 |
| 23 | 2022/11/08 | 20000 | C-3 | E-23 |
| 24 | 2022/11/08 | 20000 | C-3 | E-24 |
| 25 | 2022/11/08 | 20000 | C-3 | E-25 |
| 26 | 2022/11/08 | 20000 | C-3 | E-26 |
| 27 | 2022/11/08 | 20000 | C-3 | E-27 |
| 28 | 2022/11/08 | 20000 | C-3 | E-28 |
| 29 | 2022/11/08 | 20000 | C-3 | E-29 |
| 30 | 2022/11/08 | 20000 | C-4 | E-30 |
| 31 | 2022/11/08 | 30000 | C-4 | E-31 |
| 32 | 2022/11/08 | 20000 | C-4 | E-32 |
| 33 | 2022/11/08 | 20000 | C-4 | E-33 |
| 34 | 2022/11/08 | 20000 | C-4 | E-34 |
| 35 | 2022/11/08 | 20000 | C-4 | E-35 |
| 36 | 2022/11/08 | 20000 | C-4 | E-36 |
| 37 | 2022/11/08 | 20000 | C-4 | E-37 |
| 38 | 2022/11/08 | 20000 | C-4 | E-38 |
| 39 | 2022/11/08 | 20000 | C-4 | E-39 |
| 40 | 2022/11/08 | 20000 | C-5 | E-40 |
| 41 | 2022/11/08 | 20000 | C-5 | E-41 |
| 42 | 2022/11/08 | 10000 | C-5 | E-42 |

| 43 | 2022/11/08 | 10000 | C-5 | E-43 |
|----|------------|-------|-----|------|
| 44 | 2022/11/08 | 10725.17625999 | C-5 | E-44 |
| 45 | 2022/11/08 | 10000 | C-5 | E-45 |
| 46 | 2022/11/08 | 10000 | C-5 | E-46 |
| 47 | 2022/11/08 | 182.72626007 | C-5 | E-47 |
| 48 | 2022/11/08 | 9999.99999999 | C-5 | E-48 |
| 49 | 2022/11/08 | 10000 | C-5 | E-49 |
| 50 | 2022/11/08 | 10000 | C-6 | E-50 |
| 51 | 2022/11/08 | 50000 | C-6 | E-51 |
| 52 | 2022/11/08 | 50000 | C-6 | E-52 |
| 53 | 2022/11/08 | 50000 | C-6 | E-53 |
| 54 | 2022/11/08 | 50000 | C-6 | E-54 |
| 55 | 2022/11/08 | 50000 | C-6 | E-55 |
| 56 | 2022/11/08 | 50000 | C-6 | E-56 |
| 57 | 2022/11/08 | 50000 | C-7 | E-57 |
| 58 | 2022/11/08 | 50000 | C-7 | E-58 |
| 59 | 2022/11/08 | 50000 | C-7 | E-59 |
| 60 | 2022/11/08 | 50000 | C-7 | E-60 |
| 61 | 2022/11/08 | 50000 | C-7 | E-61 |
| 62 | 2022/11/08 | 50000 | C-8 | E-62 |
| | **TOTAL** | **16641512.95** | | |

**C-1**

| Time | Coin | Amount | Destination | Status |
|------|------|--------|-------------|--------|
| 2022/11/11 上午12:36:56 | USDT | 9,925.555532189 USDT | ROYALQCOOL (TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb) | Requested |
| 2022/11/10 下午2:24:11 | TRX | 9699696 TRX | RQCOOL (TYoV16WEk6sgtRHf5UUWC9VhJLhS277yGd) | Requested |
| 2022/11/9 上午6:14:46 | USDT | 1000.000 USDT | 幣安定存 (THKTDJrAK8B7t1k82HYX9scqCspmAzKn7H) | Requested |
| 2022/11/9 上午6:11:49 | USDT | 1000.000 USDT | 幣安定存 (THKTDJrAK8B7t1k82HYX9scqCspmAzKn7H) | Requested |
| 2022/11/9 上午6:10:14 | USDT | 1000.000 USDT | ROYALQCOOL (TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午6:08:54 | USDT | 1000.000 USDT | 幣安定存 (THKTDJrAK8B7t1k82HYX9scqCspmAzKn7H) | Requested |
| 2022/11/9 上午6:07:52 | USDT | 1000.000 USDT | ROYALQCOOL (TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午6:05:43 | USDT | 1000.000 USDT | ROYALQCOOL (TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午6:04:10 | USDT | 1000.000 USDT | ROYALQCOOL (TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午6:03:10 | USDT | 1000.000 USDT | 幣安定存 (THKTDJrAK8B7t1k82HYX9scqCspmAzKn7H) | Requested |

Rows per page: 10 ▼   1-10 / 100   < >

## C-2



| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/9 上午6:02:07 | USDT | 1,000,000 USDT | 需买定存 (T1HKTDJ1AK8B7TtkB2HYY9scqCspmAzKri7H) | Requested |
| 2022/11/9 上午5:59:25 | USDT | 1,000,000 USDT | 需买定存 (T1HKTDJ1AK8B7TtkB2HYY9scqCspmAzKri7H) | Requested |
| 2022/11/9 上午5:56:13 | USDT | 1,000,000 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午5:55:11 | USDT | 1,000,000 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午5:54:04 | USDT | 1,000,000 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午5:53:04 | USDT | 1,000,000 USDT | 需买定存 (T1HKTDJ1AK8B7TtkB2HYY9scqCspmAzKri7H) | Requested |
| 2022/11/9 上午5:51:04 | USDT | 500,165.59000001 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午2:09:05 | USDT | 500,165.59 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午1:14:00 | USDT | 500,171.29999999 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |
| 2022/11/9 上午12:13:35 | USDT | 17701 USDT | ROYALOCOOL (TXZwTjx6CAld2G3gqfInGrYKjEuPwm61HFb) | Requested |

Rows per page: 10 ▾    11-20 / 100

**C-3**



| Time | Coin | Amount | Destination | Status |
|------|------|--------|-------------|--------|
| 2022/11/8 下午11:56:42 | USDT | 20,000.0000000001 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:55:47 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:51:46 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:50:52 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:47:42 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:46:47 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:45:40 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:44:03 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:43:10 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |
| 2022/11/8 下午11:40:34 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTJx6CAid2G3gqfhGrY KjELiPwm61HFb) | Requested |

Rows per page:    10 ▾    21-30 / 100    ‹    ›

**C-4**

| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/8 下午11:37:33 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:33:31 | USDT | 30,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:30:26 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:29:05 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:28:25 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:26:37 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:23:34 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:22:54 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:22:14 | USDT | 20,000 USDT | ROYALQCOOL (TXZwTjx6CAd2G3gqfhGrYKjEuPwm61HFb) | Requested |
| 2022/11/8 下午11:20:11 | USDT | 20,000 USDT | 火幣2 (TA6PGV2YEc78al18NCeGWZG2J1NvjvyTz9) | Requested |

FTX   Markets ∨   More ∨   Help ∨   Search market   Deposit   Wallet ∨   Orders ∨

FTT -27.34%   BTC -7.16%   ETH -7.69%   SOL -8.44%   SRM -10.4%   TRX/USD 30.36%   TRX/USDT 31.52%   HT/USD -15.37%   BTT/USD 27.70%   SUN/USD 10.46%   FTT/USDT -33.35%   SOL/USDT -8.49%   BTC-PERP -7.16%   ETH-PERP -7.69%   BTC/USD -5.19%

Rows per page: 10 ▾   31-40 / 100   ‹ ›

**C-5**



| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/8 下午11:19:23 | USDT | 20,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:18:33 | USDT | 20,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:17:25 | USDT | 10,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:16:09 | USDT | 10,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:12:36 | USDT | 10,725.17625999 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:09:23 | USDT | 10,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午11:07:38 | USDT | 10,000 USDT | ROYALOCOOL (TXZwTjx6CAd2G3gqfnGrYKJEuPwm61HFb) | Requested |
| 2022/11/8 下午10:35:47 | USDT | 182.72626007 USDT | 火幣2 (TA6PGYzYEc78aiI8NCe6WZG21jNvjvyTz9) | Requested |
| 2022/11/8 下午6:50:25 | USDT | 9.99999999999 USDT | 火幣2 (TA6PGYzYEc78aiI8NCe6WZG21jNvjvyTz9) | Requested |
| 2022/11/8 下午6:48:51 | USDT | 10,000 USDT | 火幣2 (TA6PGYzYEc78aiI8NCe6WZG21jNvjvyTz9) | Requested |

Rows per page: 10 ▾        41-50 / 100      ‹   ›

**C-6**

FTX — Markets ∨  More ∨  Help ∨  Search market  | Deposit  Wallet ∨  Orders ∨

| Coin | FTT -28.01% | BTC -7.11% | ETH -7.69% | SOL -8.37% | SRM -104% | TRX/USD 29.21% | TRX/USDT 30.47% | HT/USD -15.37% | BTT/USD 27.70% | SUN/USD 10.46% | FTT/USDT -34.47% | SOL/USDT -8.40% | BTC-PERP -7.11% | ETH-PERP -7.69% | BTC/USD -5.20% |

| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/8 下午 6:47:52 | USDT | 10,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 6:47:16 | USDT | 10,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Cancelled |
| 2022/11/8 下午 6:46:31 | USDT | 10,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Cancelled |
| 2022/11/8 下午 5:40:30 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:39:13 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:37:46 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:36:08 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:35:30 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:31:54 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:30:25 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aII8NCeGWZG21NVjvyTz9) | Complete (bd9bb273548c0957a0af22b0782d1a3b4c55ba32f1e660c9e86ad4ece1fd03b8e8) |

Rows per page: 10 ▾    51-60 / 100    ‹ ›

**C-7**

FTX · Markets ⌄ · More ⌄ · Help ⌄ · Search market · Deposit · Wallet ⌄ · Orders ⌄

| FTT | BTC | ETH | SOL | SRM | TRX/USD | TRX/USDT | HT/USD | BTT/USD | SUN/USD | FTT/USDT | SOL/USDT | BTC-PERP | ETH-PERP | BTC/USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -28.19% | -7.12% | -7.78% | -8.40% | -1.04% | 29.76% | 31.46% | -15.37% | 27.70% | 10.46% | -34.75% | -7.68% | -7.12% | -7.78% | -5.20% |

| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/8 下午 5:28:54 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:27:44 | USDT | 40,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Complete (59ad6dc2561f510e8SO4b3739eaee469f966 9b3299ce00d30ccf7o6c68bc85db5) |
| 2022/11/8 下午 5:26:22 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:24:21 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Complete (trf4cd23c0c85d8f51ca2371eeb944e4863b19 d35ed3186d16fa2343de51ce69c) |
| 2022/11/8 下午 5:23:19 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:22:45 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Complete (4dcb3ac4c77c7a640 1a369f820ee3b7d4d5cc b6df1ee90cda2095bbf16401cf8) |
| 2022/11/8 下午 5:22:03 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Complete (438616d14cf1107814ef9bbae1a43830aaa7f89c f1f544ca5b4a852cec03b6cde) |
| 2022/11/8 下午 5:16:29 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 5:14:25 | USDT | 50,000 USDT | 火幣2 (TA6PGV2YEc78aiI8NCeGWZG21NVjvyTz9) | Requested |
| 2022/11/8 下午 | | 50,000 | 火幣2 | Complete |

在這裡輸入文字來搜尋

02:53 2022/11/12

## C-8

| Ξ | ≡FTX | Markets ∨ | More ∨ | Help ∨ | Q Search market | | | | | | Deposit | Wallet ∨ | Orders ∨ | ⌂ ✿ ⌀ 顯示全光 ∨ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| FTT -28.24% -7.07% | BTC -7.83% | ETH -8.45% | SOL SRM -1.04% | TRX/USD 29.21% | TRX/USDT 30.69% | HT/USD -15.37% | BTT/USD 27.70% | SUN/USD 10.46% | FTT/USDT -34.53% -7.67% | SOL/USDT | BTC-PERP -7.07% | ETH-PERP -7.83% | BTC/USD -5.20% | ∨ |

| Time | Coin | Amount | Destination | Status |
|---|---|---|---|---|
| 2022/11/8 下午 5:12:29 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Requested |
| 2022/11/8 下午 5:11:21 | USDT | 50,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Cancelled |
| 2022/11/8 下午 5:10:22 | USDT | 20,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Complete (b7f70e70642884e6d086d87be7b014 c91c39a80a03a5fc3657e8515f1f6221 b8) |
| 2022/11/8 下午 5:09:13 | USDT | 20,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Complete (6ec3292e8f8aceeb2acf92d3ad538b 3130f2fb5153d707aa84023d4f7689d 3f5f) |
| 2022/11/8 下午 5:08:23 | USDT | 20,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Complete (7aaf23c2ad90aee845ecf50d6d2b9f1 4d1c5307f1218c7d02bd95c7bdd59b1 78) |
| 2022/11/8 下午 4:00:14 | USDT | 40,936.34653201 USDT | 幣安定存 (THKTDJAK887ttk82HYx9scqCspmAzKh7H) | Complete (5f2x5c0ca4701064962321d15034519 67be15f0614a0479e0e82d1623c7fd7c e5) |
| 2022/11/8 下午 3:49:26 | USDT | 1,000,000 USDT | 火幣2 (TA6PGVzYEc78aiI8NCeGWZG21JNvjvyTz9) | Cancelled |
| 2022/11/8 下午 3:44:46 | USDT | 9,000,000 USDT | 幣安定存 (THKTDJAK887ttk82HYx9scqCspmAzKh7H) | Cancelled |
| 2022/11/8 下午 | | 40,936.34653201 | 幣安定存 | |

🔎 在這裡輸入文字來搜尋

∧ 中 ● ■ 📶 ⏸ 小 英 02:53 2022/11/2

# ATTACHMENT III- WITHDRAWAL REQUEST EMAIL

## E-1



## E-2



## E-3



## E-4



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

Wed, Nov 9, 6:10 AM (11 days ago)

## E-5



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to THKTDJtAK887ttkB2HYx9scqCspmAzKn7H.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

Wed, Nov 9, 6:09 AM (11 days ago)

## E-6



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>

to me

•••

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

Wed, Nov 9, 6:07 AM (11 days ago)

## E-7



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>

to me

•••

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

Wed, Nov 9, 6:05 AM (11 days ago)

# E-8



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>



Wed, Nov 9, 6:04 AM (11 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-9



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>



Wed, Nov 9, 6:03 AM (11 days ago)

to me

...

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to THKTDJtAK887ttkB2HYx9scqCspmAzKn7H.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-10



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>



Wed, Nov 9, 6:02 AM (11 days ago)

to me

...

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to THKTDJtAK887ttkB2HYx9scqCspmAzKn7H.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-11



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>



Wed, Nov 9, 5:59 AM (11 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to THKTDJtAK887ttkB2HYx9scqCspmAzKn7H.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-12



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Wed, Nov 9, 5:56 AM (11 days ago)    

•••

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-13



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Wed, Nov 9, 5:55 AM (11 days ago)    

•••

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-14



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Wed, Nov 9, 5:54 AM (11 days ago)     

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-15



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Wed, Nov 9, 5:53 AM (11 days ago)     

Hello 歐陽智光,

We have received a request to withdraw 1000000.00000000 USDT from your FTX account to THKTDJtAK887ttkB2HYx9scqCspmAzKn7H.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-16



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Wed, Nov 9, 5:51 AM (11 days ago)

Hello 歐陽智光,

We have received a request to withdraw 500165.59000001 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-17



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Wed, Nov 9, 2:09 AM (11 days ago)

Hello 歐陽智光,

We have received a request to withdraw 500165.59000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-18



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Wed, Nov 9, 1:14 AM (11 days ago)

Hello 歐陽智光,

We have received a request to withdraw 500171.29999999 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-19



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Wed, Nov 9, 12:13 AM (11 days ago)

Hello 歐陽智光,

We have received a request to withdraw 177.01000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

...

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-20



# E-21



# E-22



# E-23



# E-24



# E-25



# E-26



# E-27



# E-28



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>    Tue, Nov 8, 11:43 PM (12 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-29



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>    Tue, Nov 8, 11:40 PM (12 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-30



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>    Tue, Nov 8, 11:37 PM (12 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-31



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>    Tue, Nov 8, 11:33 PM (12 days ago)

to me

Hello 歐陽智光,

We have received a request to withdraw 30000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-32



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-33



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-34



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-35



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

to me

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

## E-36



## E-37



## E-38



## E-39



# E-40



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

Tue, Nov 8, 11:19 PM (12 days ago)  

to me ▾

•••

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-41



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

Tue, Nov 8, 11:18 PM (12 days ago)  

to me ▾

Hello 歐陽智光,

We have received a request to withdraw 20000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-42



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

Nov 8, 2022, 11:17 PM (12 days ago)   

to me ▾

•••

Hello 歐陽智光,

We have received a request to withdraw 10000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-43



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>

Tue, Nov 8, 11:16 PM (12 days ago)   

to me ▾

Hello 歐陽智光,

We have received a request to withdraw 10000.00000000 USDT from your FTX account to TXZwTjx6CAld2G3gqfnGrYKjEuPwm61HFb.

•••

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-44



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me ▾
Tue, Nov 8, 11:12 PM (12 days ago)

Hello 歐陽智光,

We have received a request to withdraw 10725.17625999 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

···

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-45



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me ▾
Tue, Nov 8, 11:09 PM (12 days ago)

···

Hello 歐陽智光,

We have received a request to withdraw 10000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-46



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me ▾
Tue, Nov 8, 11:07 PM (12 days ago)

Hello 歐陽智光,

We have received a request to withdraw 10000.00000000 USDT from your FTX account to TXZwTjx6CAid2G3gqfnGrYKjEuPwm61HFb.

···

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-47



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me ▾
Tue, Nov 8, 10:35 PM (12 days ago)

Hello 歐陽智光,

We have received a request to withdraw 182.72626007 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.

···

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

## E-48



## E-49



## E-50



## E-51



# E-52



# E-53



# E-54



# E-55



# E-56



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-57



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-58



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-59



FTX Cryptocurrency Derivatives Exchange <support@ftx.com>
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-60



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>
Nov 8, 2022, 5:16 PM (12 days ago)
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-61



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>
Nov 8, 2022, 5:14 PM (12 days ago)
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# E-62



**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>
Nov 8, 2022, 5:12 PM (12 days ago)
to me

Hello 歐陽智光,

We have received a request to withdraw 50000.00000000 USDT from your FTX account to TA6PGVzYEc78ai18NCeGWZG21jNvjvyTz9.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# ATTACHMENT III- DEPOSIT RECORD

(txid 9ae3e27794e889024b84ba858f12652b1cb577187fca98e3c9fb1266cbffcc7a)

MY FTX TRC-20 ADDRESS:    TLuDBAqrNmV8xct1Qy81BdCNGHmqM94kzC





