Creditor's rights data uploaded incorrectly, please allow to withdraw