# **CERTIFICATE OF SERVICE**

I, Scott D. Jones, hereby certify that, on November 22, 2022, I caused a copy of the **Objection of Evolve Bank & Trust to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief** to be served via CM/ECF and by email on the below parties.

| **LANDIS RATH & COBB LLP** | **SULLIVAN & CROMWELL LLP** |
|---|---|
| Adam G. Landis, Esq. | Andrew G. Dietderich, Esq. |
| Kimberly A. Brown, Esq. | James L. Bromley, Esq. |
| Matthew R. Pierce, Esq. | Brian D. Glueckstein, Esq. |
| E-mail: landis@lrclaw.com | Alexa J. Kranzley, Esq. |
| brown@lrclaw.com | E-mail: dietdericha@sullcrom.com |
| pierce@lrclaw.com | bromleyj@sullcrom.com |
|  | gluecksteinb@sullcrom.com |
|  | kranzleya@sullcrom.com |

Dated:  November 22, 2022        */s/ Scott D. Jones*
                                                       Scott D. Jones (No. 6672)