# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd.                                           Chapter 11

Debtor.                                                    Case No.22-11068

## NOTICE OF WITHDRAWAL OF CLAIM

Reference the Creditor name:    OU YANG CHIH KUANG

Claim number:    16

Filling date of the claim being withdrawn:    2022/11/22