# <u>EXHIBIT A</u>

*In re FTX Trading LTD., et al.*, Case No. 22-11068 (JTD)

**First Day Hearing
November 22, 2022**

# FIVE CORE OBJECTIVES

 **Implementation of Controls**

 **Asset Protection & Recovery**

 **Transparency & Investigation**

 **Efficiency & Coordination**

 **Maximization of Value**

# FOUR SILOS FOR RECOVERY PURPOSES



**Sam Bankman-Fried**

Third Party Investors — 22.25%

52.99%

16.93%: Gary Wang
7.83%: Nishad Singh

90.0%

10.0%: Gary Wang

100% *

75.0%

Third Party Investors — 25.0%

| WRS SILO | ALAMEDA SILO | VENTURES SILO | DOTCOM SILO |
|---|---|---|---|
| Independent Director: Mitchell Sonkin | Independent Director: Matt Rosenberg | Independent Director: Rishi Jain | Independent Directors: Joseph Farnan and Matt Doheny |

## Indicative Assets by Silo

| | | | |
|---|---|---|---|
| ▪ Cash and Cash Equivalents<br>▪ Cryptocurrency<br>▪ FTX US<br>▪ LedgerX<br>▪ FTX Derivatives<br>▪ FTX Capital Markets<br>▪ Embed Clearing<br>▪ FTX Vault<br>▪ FTX Gaming<br>▪ FTX NFTs<br>▪ BlockFi Loans | ▪ Cash and Cash Equivalents<br>▪ Cryptocurrency<br>▪ Other Digital Assets<br>▪ Treasuries<br>▪ Crypto ETFs<br>▪ Venture Investments<br>  ➤ *Genesis Digital Assets*<br>  ➤ *Modulo Capital*<br>  ➤ *Pionic (Toss)*<br>  ➤ *Others* | ▪ Venture Investments<br>  ➤ *Anthropic*<br>  ➤ *K5*<br>  ➤ *Dave Inc.*<br>  ➤ *Sequoia Capital*<br>  ➤ *Mysten Labs*<br>  ➤ *Others* | ▪ Cash and Cash Equivalents<br>▪ Cryptocurrency<br>▪ FTX.com<br>▪ Real Estate<br>▪ Licensed Subsidiaries in Non-US Jurisdictions |

\* Certain entities in the Venture Silo may have interests directly or indirectly held by Gary Wang and Nishad Singh.

# HISTORY



Cambridge, MA

Berkeley, CA

Hong Kong

Delaware

Bahamas

Chicago, IL

Miami, FL

**1**
- SBF joins MIT
- SBF and Gary meet
- SBF graduates in 2014
- Gary graduates in 2015

**2 Nov. 2017**
SBF and Gary found Alameda Research (crypto hedge fund)

**4 Jul. 2020**
Clifton Bay Investments LLC formed in Delaware

**5 Nov. 2020**
The Bahamas pass the DARE Act

**7 Sept. 2022**
WRS in process to move headquarters to Miami

2010 – 2015    2017    2019    2020    2021    2022

**2 Jun. 2017**
Nishad graduates from U.C. Berkeley

**3 Apr. 2019**
SBF, Gary and Nishad found Dotcom Silo
**July 2019**
FTT Token Launched

**2 Jan. 2020**
SBF, Gary and Nishad found WRS (FTX US)

**5 Jul. 2021**
FTX Digital Markets is formed
**Sept. 2021**
SBF announces FTX DM registration with SCB

**6 May 2022**
WRS moves headquarters to Chicago

# INVESTMENTS / VALUATION



# GLOBAL EMPLOYEE BASE
## AS OF OCTOBER 31, 2022



## DEBTOR EMPLOYEES

USA, 127
Japan, 50
Turkey, 29
Cyprus, 21
Bahamas, 15
UAE, 12
China, 8
Germany, 6
Singapore, 6
Australia, 5
Norway, 5
Taiwan, 4
Switzerland, 3
Canada, 3
Russia, 3
United Kingdom, 2
Other, 31

**~330 EMPLOYEES**

## DEBTOR & NON-DEBTOR EMPLOYEES

USA, 158
Japan, 50
Turkey, 29
Cyprus, 21
Bahamas, 84
UAE, 12
China, 9
Germany, 6
Singapore, 7
Australia, 6
Norway, 5
Taiwan, 4
Switzerland, 3
Canada, 4
Russia, 3
United Kingdom, 2
Other, 116

**~520 EMPLOYEES**

# GLOBAL CUSTOMER DISTRIBUTION (WRS AND DOTCOM SILOS)
## AS OF THE PETITION DATE



# DOTCOM SILO CUSTOMER DISTRIBUTION
## AS OF THE PETITION DATE



**DOTCOM SILO CUSTOMER SPLIT**

FTX Trading Ltd: 94%
FTX Digital Markets: 6%

# FOUR SILOS FOR RECOVERY PURPOSES



## Indicative Assets by Silo

| | | | |
|---|---|---|---|
| ■ Cash and Cash Equivalents<br>■ Cryptocurrency<br>■ FTX US<br>■ LedgerX<br>■ FTX Derivatives<br>■ FTX Capital Markets<br>■ Embed Clearing<br>■ FTX Vault<br>■ FTX Gaming<br>■ FTX NFTs<br>■ BlockFi Loans | ■ Cash and Cash Equivalents<br>■ Cryptocurrency<br>■ Other Digital Assets<br>■ Treasuries<br>■ Crypto ETFs<br>■ Venture Investments<br>   ➤ *Genesis Digital Assets*<br>   ➤ *Modulo Capital*<br>   ➤ *Pionic (Toss)*<br>   ➤ *Others* | ■ Venture Investments<br>   ➤ *Anthropic*<br>   ➤ *K5*<br>   ➤ *Dave Inc.*<br>   ➤ *Sequoia Capital*<br>   ➤ *Mysten Labs*<br>   ➤ *Others* | ■ Cash and Cash Equivalents<br>■ Cryptocurrency<br>■ FTX.com<br>■ Real Estate<br>■ Licensed Subsidiaries in Non-US Jurisdictions |

\* Certain entities in the Venture Silo may have interests directly or indirectly held by Gary Wang and Nishad Singh.

# PRELIMINARY ORG CHART
## AS OF NOVEMBER 20, 2022



* Percentages directly held by each of Sam Bankman-Fried, Gary Wang and Nishad Singh in individual entities varies.
** Indicates non-operational subsidiary entity.
*** 99% held by FTX Trading Ltd.

## SELECTED ASSETS BY SILO[1]

| VENTURES SILO | ALAMEDA SILO | WRS SILO | DOTCOM SILO |
|---|---|---|---|

### Venture Capital Investments and Other Businesses (Ventures Silo / Alameda Silo) | Regulated Exchanges (WRS / DOTCOM)

**VENTURES SILO — Venture Capital Investments and Other Businesses**

**ANTHROP\C**


APTOS


MystenLabs


CHIPPER™


tripledot

Stocktwits


ANCHORAGE DIGITAL


DriveWealth

ALTIMETER
Fund Investment




SEQUOIA
Fund Investment


SKYBRIDGE
Fund Investment

Ivy
Fund Investment

**ALAMEDA SILO — Venture Capital Investments and Other Businesses**

Genesis Digital Assets

brinc


LayerZero.

MPL MOBILE PREMIER LEAGUE


CIRCLE


VYBE NETWORK


STARKWARE

MÓDULO CAPITAL
Fund Investment


ROK CAPITAL
Fund Investment


Paradigm
Fund Investment


SINO GLOBAL CAPITAL
Liquid Value Fund
Fund Investment

**WRS SILO — Regulated Exchanges**

FTX US


LedgerX
d/b/a FTX US Derivatives

**Licensed Broker Dealers**

Embed
Embed Clearing

FTX US Capital Markets LLC

**WRS SILO — Venture Capital Investments and Other Businesses**


STORYBOOK BRAWL


FTX NFT
NFT Marketplace

FTX Vault Trust Company


BITNOMIAL


BlockFi
$250M loan made in FTT


iex

**DOTCOM SILO — Regulated Exchanges**


FTX
FTX.com


DAAG
Digital Assets AG
d/b/a FTX Europe

Liquid
d/b/a FTX Japan K.K.


ZUBR
Gibraltar exchange


BITOCTO
Indonesia exchange

**DOTCOM SILO — Venture Capital Investments and Other Businesses**

Real Estate


Blockfolio
51% stake


CM-EQUITY
GLOBAL INVESTMENT SOLUTIONS
9.9% stake


CONCEDUS DIGITAL ASSETS
9.9% stake

**Notes:**   (1) Includes select investments from each silo

# COLLAPSE

**Nov. 2**

Documents leaked showing large FTT position in the Alameda Silo balance sheet

**Nov. 6**

## Caroline Ellison, Alameda Research CEO, Tweets

Caroline
@carolinecapital

A few notes on the balance sheet info that has been circulating recently:
- that specific balance sheet is for a subset of our corporate entities, we have > $10b of assets that aren't reflected there

## Changpeng Zhao, Binance's CEO, Tweets:

CZ 🔶 Binance
@cz_binance

As part of Binance's exit from FTX equity last year, Binance received roughly $2.1 billion USD equivalent in cash (BUSD and FTT). Due to recent revelations that have came to light, we have decided to liquidate any remaining FTT on our books. 1/4

**Nov. 8**

FTX pauses all customer withdrawals and FTT price falls ~80%

## Binance CEO Tweets Potential Deal

CZ 🔶 Binance
@cz_binance

This afternoon, FTX asked for our help. There is a significant liquidity crunch. To protect users, we signed a non-binding LOI, intending to fully acquire FTX.com and help cover the liquidity crunch. We will be conducting a full DD in the coming days.

**Nov. 9**

## Binance Tweets End of FTX Deal Talks

Binance
@binance

As a result of corporate due diligence, as well as the latest news reports regarding mishandled customer funds and alleged US agency investigations, we have decided that we will not pursue the potential acquisition of FTX.com.

SBF requests emergency funding from investors to cover a shortfall of up to $8bn

**Nov. 10**

Bahamas freezes assets of FTX Digital Markets and appoints a provisional liquidator

Alameda Research announces trading winding down

**Nov. 11**

SBF resigns at 4:30 am ET and authorizes Mr. Ray to commence these Chapter 11 Cases

The FTX Group files chapter 11 petitions with this Court



# COLLAPSE OF FTX TOKEN



Source: Coinmarketcap.com (11.21.2022)

# VERIFIED LIQUIDITY IN ALL SILOS

| WRS SILO | ALAMEDA SILO | VENTURES SILO | DOTCOM SILO |
|----------|--------------|---------------|-------------|

## Projected Interim Liquidity (Five Weeks)

$ in millions

| WRS SILO | | ALAMEDA SILO | | VENTURES SILO | | DOTCOM SILO | |
|---|---|---|---|---|---|---|---|
| Initial Unrestricted Cash[1] | $68.9 | Initial Unrestricted Cash[1] | $370.6 | Initial Unrestricted Cash[1] | $8.7 | Initial Unrestricted Cash[1] | $33.7 |
| Projected Interim Use[2] | (13.4) | Projected Interim Use[2] | (2.4) | Projected Interim Use[2] | (0.1) | Projected Interim Use[2] | (6.9) |
| **Ending Balance** | **$55.5** | **Ending Balance** | **$368.2** | **Ending Balance** | **$8.5** | **Ending Balance** | **$26.8** |

Notes:
(1)   Available Cash reflects substantiated, unrestricted cash balances on deposit at US financial institutions as of November 18, 2022 – continued investigation of the Debtors' bank accounts may determine additional balances to be available.
(2)   Interim cash use includes five-weeks of projected disbursements for payroll, critical vendors and other operating expenses based on the latest information available.

## CONSOLIDATED FIVE-WEEK CASH FORECAST

**CONSOLIDATED**
*($ in 000s)*

| | Forecast Week: | 1 | 2 | 3 | 4 | 5 | 5-Week |
|---|---|---|---|---|---|---|---|
| | Week Ending Date: | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | Total |
| **OPERATING DISBURSEMENTS** | | | | | | | |
| Payroll & Benefits | | $ (2,739) | $ - | $ - | $ (1,276) | $ (545) | $ (4,560) |
| Critical Vendor Payments | | - | (5,110) | (1,396) | (1,396) | (1,396) | (9,299) |
| Other Operating Disbursements | | - | - | (5,722) | (1,623) | (1,623) | (8,968) |
| **Total Operating Disbursements** | | $ (2,739) | $ (5,110) | $ (7,119) | $ (4,295) | $ (3,565) | $ (22,827) |
| **Net Cash Flow** | | $ (2,739) | $ (5,110) | $ (7,119) | $ (4,295) | $ (3,565) | $ (22,827) |
| **AVAILABLE CASH** | | | | | | | |
| Beginning Available Cash | | $ 481,874 | $ 479,135 | $ 474,025 | $ 466,906 | $ 462,611 | $ 481,874 |
| (+/-) Net Cash Flow | | (2,739) | (5,110) | (7,119) | (4,295) | (3,565) | (22,827) |
| Ending Available Cash | | $ 479,135 | $ 474,025 | $ 466,906 | $ 462,611 | $ 459,047 | $ 459,047 |

# WRS SILO FIVE-WEEK CASH FORECAST

**WRS SILO**
*($ in 000s)*

| Forecast Week: | 1 | 2 | 3 | 4 | 5 | 5-Week Total |
|---|---|---|---|---|---|---|
| Week Ending Date: | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (774) | $ - | $ - | $ (774) | $ - | $ (1,549) |
| Critical Vendor Payments | - | (2,450) | (883) | (883) | (883) | (5,100) |
| Other Operating Disbursements | - | - | (4,972) | (872) | (872) | (6,716) |
| **Total Operating Disbursements** | $ (774) | $ (2,450) | $ (5,855) | $ (2,530) | $ (1,755) | $ (13,365) |
| **Net Cash Flow** | $ (774) | $ (2,450) | $ (5,855) | $ (2,530) | $ (1,755) | $ (13,365) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 68,911 | $ 68,137 | $ 65,687 | $ 59,832 | $ 57,302 | $ 68,911 |
| (+/-) Net Cash Flow | (774) | (2,450) | (5,855) | (2,530) | (1,755) | (13,365) |
| Ending Available Cash | $ 68,137 | $ 65,687 | $ 59,832 | $ 57,302 | $ 55,547 | $ 55,547 |

# ALAMEDA SILO FIVE-WEEK CASH FORECAST

**ALAMEDA SILO**
*($ in 000s)*

| | 1 | 2 | 3 | 4 | 5 | 5-Week Total |
|---|---|---|---|---|---|---|
| **Forecast Week:** | | | | | | |
| **Week Ending Date:** | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (523) | $ - | $ - | $ (271) | $ (252) | $ (1,046) |
| Critical Vendor Payments | - | (200) | (200) | (200) | (200) | (798) |
| Other Operating Disbursements | - | - | (195) | (195) | (195) | (586) |
| **Total Operating Disbursements** | **$ (523)** | **$ (200)** | **$ (395)** | **$ (666)** | **$ (647)** | **$ (2,430)** |
| **Net Cash Flow** | **$ (523)** | **$ (200)** | **$ (395)** | **$ (666)** | **$ (647)** | **$ (2,430)** |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 370,584 | $ 370,061 | $ 369,861 | $ 369,466 | $ 368,801 | $ 370,584 |
| (+/-) Net Cash Flow | (523) | (200) | (395) | (666) | (647) | (2,430) |
| Ending Available Cash | $ 370,061 | $ 369,861 | $ 369,466 | $ 368,801 | $ 368,154 | $ 368,154 |

# VENTURES SILO FIVE-WEEK CASH FORECAST

**VENTURES SILO**
*($ in 000s)*

| | Forecast Week: 1 | 2 | 3 | 4 | 5 | 5-Week Total |
|---|---|---|---|---|---|---|
| **Week Ending Date:** | 11/25/22 | 12/02/22 | 12/09/22 | 12/16/22 | 12/23/22 | |
| **OPERATING DISBURSEMENTS** | | | | | | |
| Critical Vendor Payments | $    - | $    (10) | $    (10) | $    (10) | $    (10) | $    (40) |
| Other Operating Disbursements | - | - | (35) | (35) | (35) | (104) |
| **Total Operating Disbursements** | $    - | $    (10) | $    (45) | $    (45) | $    (45) | $    (144) |
| **Net Cash Flow** | $    - | $    (10) | $    (45) | $    (45) | $    (45) | $    (144) |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $    8,686 | $    8,686 | $    8,676 | $    8,632 | $    8,587 | $    8,686 |
| (+/-) Net Cash Flow | - | (10) | (45) | (45) | (45) | (144) |
| Ending Available Cash | $    8,686 | $    8,676 | $    8,632 | $    8,587 | $    8,543 | $    8,543 |

## DOTCOM SILO FIVE-WEEK CASH FORECAST

**DOTCOM SILO**
*($ in 000s)*

| Forecast Week:<br>Week Ending Date: | 1<br>11/25/22 | 2<br>12/02/22 | 3<br>12/09/22 | 4<br>12/16/22 | 5<br>12/23/22 | 5-Week<br>Total |
|---|---|---|---|---|---|---|
| **OPERATING DISBURSEMENTS** | | | | | | |
| Payroll & Benefits | $ (1,442) | $ - | $ - | $ (231) | $ (293) | $ (1,966) |
| Critical Vendor Payments | - | (2,450) | (304) | (304) | (304) | (3,361) |
| Other Operating Disbursements | - | - | (521) | (521) | (521) | (1,562) |
| **Total Operating Disbursements** | **$ (1,442)** | **$ (2,450)** | **$ (824)** | **$ (1,055)** | **$ (1,118)** | **$ (6,889)** |
| **Net Cash Flow** | **$ (1,442)** | **$ (2,450)** | **$ (824)** | **$ (1,055)** | **$ (1,118)** | **$ (6,889)** |
| **AVAILABLE CASH** | | | | | | |
| Beginning Available Cash | $ 33,692 | $ 32,251 | $ 29,801 | $ 28,976 | $ 27,921 | $ 33,692 |
| (+/-) Net Cash Flow | (1,442) | (2,450) | (824) | (1,055) | (1,118) | (6,889) |
| Ending Available Cash | $ 32,251 | $ 29,801 | $ 28,976 | $ 27,921 | $ 26,804 | $ 26,804 |

## SELECTED ASSETS BY SILO[1]

| VENTURES SILO | ALAMEDA SILO | WRS SILO | DOTCOM SILO |
|---|---|---|---|

### Venture Capital Investments and Other Businesses (Ventures & Alameda spanning)

**VENTURES SILO — Venture Capital Investments and Other Businesses**

ANTHROP\C

 APT●S

 MystenLabs

 CHIPPER™

 tripledot

Stocktwits

 ANCHORAGE DIGITAL

 DriveWealth

 ALTIMETER
*Fund Investment*

 SEQUOIA
*Fund Investment*

 SKYBRIDGE
*Fund Investment*

 toy
*Fund Investment*

**ALAMEDA SILO — Venture Capital Investments and Other Businesses**

 Genesis Digital Assets

brinc

LayerZero.

MPL MOBILE PREMIER LEAGUE

 CIRCLE

 VYBE NETWORK

 STARKWARE

MÓDULO CAPITAL
*Fund Investment*

 ROK CAPITAL
*Fund Investment*

 SINO GLOBAL CAPITAL
*Liquid Value Fund*
*Fund Investment*

 Paradigm
*Fund Investment*

### WRS SILO

**Regulated Exchanges**

 FTX US

 LedgerX
*d/b/a FTX US Derivatives*

**Licensed Broker Dealers**

Embed
*Embed Clearing*

FTX US Capital Markets LLC

**Venture Capital Investments and Other Businesses**

 STORYBOOK BRAWL

 FTX NFT
*NFT Marketplace*

FTX Vault Trust Company

 BITNOMIAL

 BlockFi
*$250M loan made in FTT*

iex

### DOTCOM SILO

**Regulated Exchanges**

 FTX
*FTX.com*

 DAAG Digital Assets AG
*d/b/a FTX Europe*

 Liquid
*d/b/a FTX Japan K.K.*

 ZUBR
*Gibraltar exchange*

 BITOCTO
*Indonesia exchange*

**Venture Capital Investments and Other Businesses**

Real Estate

 Blockfolio
*51% stake*

 CM-EQUITY GLOBAL INVESTMENT SOLUTIONS
*9.9% stake*

 CONCEOUS DIGITAL ASSETS
*9.9% stake*