# Exhibit 2

**RECEIPT FOR PAYMENT OF CAPITAL CONTRIBUTION**

The undersigned acknowledges receipt of the following capital contributions to WEST REALM SHIRES INC, a Delaware company (the "Company").

The undersigned agrees to ask Dan Friedberg, Executive Vice President, to deposit these funds into the bank account of the Company at the earliest practical date after appropriate bank account has been set up, but that these contributions are deemed PAID IN FULL to the Company as of March 1, 2020.

| Name | Value of Consideration | Means of Payment |
|---|---|---|
| Changpeng Zhao | $0.93 | Cash Payment. Friedberg holding cash as payment agent for the Company |
| Dinghua Xiao | $0.54 | Cash Payment. Friedberg holding cash as payment agent for the Company |
| Samuel Wenjun LIM | $0.54 | Cash Payment. Friedberg holding cash as payment agent for the Company |

Dated: 3/18/2020 _____.

DocuSigned by:

*Sam Bankman-Fried*

24A1FE756BE4410

Samuel Bankman-Fried, CEO