# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of J. Christopher Shore of White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095, to represent Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd., in the above-captioned cases.

Date: November 22, 2022
      Wilmington, Delaware

 

/s/ Kevin Gross
Kevin Gross (Bar No. 209)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28258749v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice before the United States District Courts for the Southern District of New York and the Federal Circuit, the United States Court of Appeals for the Second and Third Circuits, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 22, 2022

/s/ *J. Christopher Shore*
J. Christopher Shore
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Email: cshore@whitecase.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 22nd, 2022
Wilmington, Delaware

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**