IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending) |

# MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Richard S. Kebrdle of White & Case LLP, Southeast Financial Center, 200 South Biscayne Blvd., Suite 4900, Miami, Florida 33131, to represent Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd., in the above-captioned cases.

Date:   November 22, 2022
        Wilmington, Delaware

 

/s/   Kevin Gross
Kevin Gross (Bar No. 209)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: gross@rlf.com

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28258753v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and am admitted to practice before the United States District Court for the Southern District of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 22, 2022

/s/ Richard S. Kebrdle
Richard S. Kebrdle
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Email: rkebrdle@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: November 22nd, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE