IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Joint Administration Pending) |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Brian C. Simms, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint provisional liquidators and foreign representatives of FTX Digital Markets Ltd. (the "**JPLs**"), in the above-referenced cases, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brett Bakemeyer<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br>    cshore@whitecase.com | Kevin Gross<br>Paul N. Heath<br>David T. Queroli<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: gross@rlf.com<br>    heath@rlf.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

    brian.pfeiffer@whitecase.com           queroli@rlf.com
    mark.franke@whitecase.com
    brett.bakemeyer@whitecase.com

Thomas E Lauria
Richard S. Kebrdle
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
      rkebrdle@whitecase.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

    **PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice shall not be deemed or construed to be a (i) consent to the jurisdiction and/or venue of the Bankruptcy Court, or (ii) a waiver of the JPLs' rights (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which the JPLs are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the JPLs expressly reserve.

RLF1 28258742v.2

Dated: November 22, 2022
    Wilmington, Delaware

/s/ Kevin Gross
Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
David T. Queroli (Bar No. 6318)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com
       heath@rlf.com
       queroli@rlf.com

-and-

Jessica C. Lauria (*pro hac vice* pending)
J. Christopher Shore (*pro hac vice* pending)
Brian D. Pfeiffer (*pro hac vice* pending)
Mark Franke (*pro hac vice* pending)
Brett Bakemeyer (*pro hac vice* pending)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
       cshore@whitecase.com
       brian.pfeiffer@whitecase.com
       mark.franke@whitecase.com
       brett.bakemeyer@whitecase.com

-and-

Thomas E Lauria (*pro hac vice* pending)
Richard S. Kebrdle (*pro hac vice* pending)
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
       rkebrdle@whitecase.com

*Counsel to the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)*