IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter: 11 |
| FTX Trading LTD., et al. | Case No: 22-11068 (JTD) |
| Debtors. | Jointly Administered |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, I, Michael D. Morris an Assistant Attorney General for the State of Wisconsin, request admission, *pro hac vice*, to represent the State of Wisconsin in this action.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Wisconsin and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 17, 2022.

                                            s/ Michael D. Morris
                                            Michael D. Morris
                                            State Bar #1112934
                                            Wisconsin Department of Justice
                                            P. O. Box 7857
                                            Madison, WI 53707-7857
                                            Telephone: 608-266-3936
                                            morrismd@doj.state.wi.us

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, counsel's motion for admission pro hac vice is granted.

**Dated: November 22nd, 2022**                                JOHN T. DORSEY
**Wilmington, Delaware**                                         UNITED STATES BANKRUPTCY JUDGE