## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX Trading LTD., et al.,<br><br>        Debtors.<br><br>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD..<br><br>        Plaintiffs,<br><br>    - against –<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>        Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 24-50222 (KBO)<br><br>**Related Docket Nos. 80, 95, 96, 97, 114, and 124** |

## REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANT DINGHUA XIAO'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendant Dinghua Xiao (the "Defendant") by and through his undersigned counsel, hereby requests oral argument on Defendant's *Motion to Dismiss the Complaint* (Adv. D.I. 95) (the "Motion"). Defendant submits that oral argument will be beneficial to the Court and hereby request that oral argument on the Motion be scheduled at the Court's convenience.

Dated: September 15, 2025
      Wilmington, Delaware

**MELUNEY ALLEMAN & SPENCE LLC**

/s/  *William M. Alleman, Jr.*
William M. Alleman, Jr. (#5449)
Matthew D. Beebe (#5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
Telephone: (302) 551-6740
Facsimile: (302) 551-6840
Email: Bill.Alleman@maslawde.com
      Matt.Beebe@maslawde.com

**DECHERT LLP**

Matthew L. Mazur (Admitted *pro hac vice*)
May Chiang (Admitted *pro hac vice*)
Hayoung Park (Admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email:  matthew.mazur@dechert.com
      may.chiang@dechert.com
      hayoung.park@dechert.com

*Counsel for Defendant Dinghua Xiao*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of September 2025, a true and correct copy of the foregoing Request for Oral Argument Regarding Defendant Dinghua Xiao's Motion to Dismiss the Complaint was sent via ECF Noticing to all parties receiving ECF Notices in this adversary proceeding.

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr.

3