**CASE NAME:** *FTX Trading Ltd., et al.*  
**CASE NO: 22-11068 (JTD)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 5**  
**DATE: 11/22/2022 at 11:00 a.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Andy Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Steve Peikin | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James McDonald | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Sascha Rand | Quinn Emanuel Urquhart and Sullivan, LLP | FTX Trading Ltd. *et al.* |

**CASE NAME:** *FTX Trading Ltd., et al.*
**CASE NO: 22-11068 (JTD)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 5**
**DATE: 11/22/2022 at 11:00 a.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| John Shaffer | Quinn Emanuel Urquhart and Sullivan, LLP | FTX Trading Ltd. *et al.* |
| William Burck | Quinn Emanuel Urquhart and Sullivan, LLP | FTX Trading Ltd. *et al.* |
| Katherine Lemire | Quinn Emanuel Urquhart and Sullivan, LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 22-11068, *et al.*  **CASE NAME:** FTX Trading Ltd.  **DATE:** 11/22/2022 (11:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| J. Christopher Shore | White & Case | Joint Provisional Liquidators of FTX Digital |
| Brian Pfeiffer | " | " |
| Brett Bakemeyer | " | " |
| Kevin Gross | Richards Layton | " |
| Paul Heath | " | " |
| Scott Cousins | Cousins Law | Evolve Bank |
| Matthew Kelsey | Alston & Bird | Ad Hoc Group of Account Holders |
| Eric Wise | " | " |
| Juliet Sarkessian | U.S. Trustee | |
| Ben Hackman | U.S. Trustee | |
| Margaret Newell | U.S. ~~Trustee~~ DOJ | |
| Mike Roeschenthaler | Whiteford Taylor & Preston | Certain Customers |
| Richard Riley | " | " |
| Derek Abbott | Morris Nichols | BlockFi |
| Jeff Sabin | Venable | Digital Aurean LLC |
| Andrew Currie | " | |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 22-11068, *et al.*   **CASE NAME:** FTX Trading Ltd.   **DATE:** 11/22/2022 (11:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gaston Loomis | McElroy Deutsch | Phil. Indemnity Ins. Co. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| First Name | Last Name | Organization | Party Representing | Firm Name |
|---|---|---|---|---|
| | | | | |
| Elizabeth | Abdelmasieh | | court staff | |
| DEB | YouTube | US Courts | Court | |
| Stanton | McManus | Department of Justice - Civil Division | United States | |
| Christian | Jensen | SULLIVAN & CROMWELL LLP | Debtors | SULLIVAN & CROMWELL LLP |
| Bruce | Mendelsohn | Perella Weinberg Partners LP | Debtors | Perella Weinberg Partners LP |
| Hudson | Trent | ALVAREZ & MARSAL | Debtors | ALVAREZ & MARSAL |
| Benjamin | Steele | Kroll Claims Agent | Debtors | Kroll Claims Agent |
| Gabriel | Brunswick | Kroll Claims Agent | Debtors | Kroll Claims Agent |
| Ryne | Miller | FTX US | Debtors | FTX US |
| Tim | Wilson | FTX US | Debtors | FTX US |
| Rahul | Sharma | FTX US | Debtors | FTX US |
| Ellen | Slights | | United States | |
| Seth | Shapiro | United States Dept. of Justice | United States | |
| Margaret | Newell | United States Department of Justice | United States of America | |
| Lyle | Weston | Joele Frank, Wilkinson Brimmer Katcher | FTX Trading Ltd. | Joele Frank,  Wilkinson Brimmer Katcher |
| Sam | Kahane | Joele Frank, Wilkinson Brimmer Katcher | FTX Trading Ltd. | Joele Frank,  Wilkinson Brimmer Katcher |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| Katie | Wright | Joele Frank, Wilkinson Brimmer Katcher | FTX Trading Ltd. | Joele Frank, Wilkinson Brimmer Katcher |
|---|---|---|---|---|
| Meaghan | Repko | Joele Frank, Wilkinson Brimmer Katcher | FTX Trading Ltd. | Joele Frank, Wilkinson Brimmer Katcher |
| David | Gerardi | DOJ-UST | DOJ-UST | |
| Nicholas | Sabatino | | Party in Interest | |
| Alex | Rovira | Sidley Austin LLP | Interested party | |
| Jason | Kean | Tyr | Creditors | Tyr |
| Paul | Apathy | | None | |
| Juan | Velasquez | | Creditors | |
| Lora | Crouse | | Myself | |
| Mathew | Laskowski | | Interested Party | |
| Sandali | Handagama | CoinDesk | Media | |
| Gihoon | Jung | HoonLabs | Creditor | |
| Jaemyoung | Kim | | Individual | |
| John | doe | | lorem | |
| Adam | Goldberg | | Interested Party | |
| Nacif | Taousse | | Interested Party | |
| Taylor | Sherman | CohnReznick | Unsecured Creditors | |
| William | Hawkinson | | Non-participant | N/A |
| Hai Jack | Huang | | Hai Jack Huang | |
| Jeff | Kaplan | BCAS | BCAS | BCAS |
| Victor | Ubierna de las Heras | | Public | |
| Quentin | Soubranne | Capital | Capital | Prisma Media |
| olivier | duboucheron | | customer | duboucheron |
| Angela | Schmith | Aurelius Capital Management, LP | Interested Party | Aurelius Capital Management, LP |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC | |
| Alison | Ambeault | | Interested Party | Willkie Farr & Gallagher LLP |
| David | Hollerith | Yahoo Finance | media | Yahoo Finance |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| | | | | |
|---|---|---|---|---|
| Hsin-Chieh | Pan | Personal | Personal | |
| Hsin-Chieh | Pan | | Personal | |
| Michael | Morris | Wisconsin Department of Justice | State of Wisconsin, Department of Financial Instutions | Wisconsin Department of Justice |
| Joshua | Oliver | Financial Times | Media/Press | Financial Times |
| Daniel | Wallach | Wallach Legal,  LLC | None | |
| Steven | Church | | Non party | |
| Etan | Kissling | | Myself (Customer) | |
| Timothy | Reilly | | Other professional | |
| Nikou | Asgari | Financial Times | / | |
| Shriram | Chandra | JPMorgan Chase | Customer | |
| Elaine | Sun | | client | |
| Michael | Gordon | CFRA | CFRA | Accounting Research & Analytics,  LLC d/b/a CFRA |
| Justin | Magner | Cowen | Listen only | Cowen |
| Ben | Delo | | N/A | |
| Anandkumar | Thakkar | | Creditor | |
| Colin | Aamot | | NA - Observer | |
| Ryan | Kennedy | Wells Fargo | Wells Fargo | Wells Fargo |
| Jonathan | Bier | none | none | |
| Michael | Torkin | Simpson Thacher & Bartlett LLP | N/A | |
| George | Schultze | Schultze Asset Mgmt. | Pro Se | Schultze Asset Mgmt. |
| Jeffrey | Margolin | Hughes Hubbard & Reed LLP | Interested Party | |
| Brent | Medina | Gillson Capital | Investors | |
| Jack | Chan | | Interested Party,  Imperial Capital | |
| Amer | Tiwana | | Interested Party,  Imperial Capital | |
| Eric | Friel | Cowen | Cowen | Cowen |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| Jason | DiBattista | | LevFin Insights (media) | LevFin Insights |
|---|---|---|---|---|
| Hugh | Bellamy | | N/A | |
| Xhon | Daulle | | Cowen & Co | |
| Lynn | Harrison | Dentons US LLP | Interested | |
| David | Wender | Eversheds Sutherland | Investors | Eversheds Sutherland |
| Marc | Veilleux | | Interested Party | |
| Sam | Alberts | | Interested Party | Dentons US LLP |
| Claude | Montgomery | | Interested Party | Dentons US LLP |
| Bart | Hoyng | Attestor Limited | Attestor Limited | |
| David | Cook | | Interested Party | Dentons US LLP |
| Andrew | Matott | | Interested Party | Seward & Kissel LLP |
| Matt | Talmo | MNAT | N/A | MNAT |
| Jonathan | Dunworth | Shearman & Sterling LLP | Party in Interest | |
| Negisa | Balluku | Bloomberg LP | N/A | |
| Robert | Gayda | | Interested Party | Seward & Kissel LLP |
| Sara | Coelho | Shearman & Sterling LLP | Party in Interest | |
| James | Lathrop | Goodwin Procter | N/a | Goodwin |
| Chris | Ward | Polsinelli | FTX Digital Marketing LTd. | Polsinelli |
| Mark | Shapiro | Shearman & Sterling LLP | Party in Interest | |
| Christopher | Gastelu | | Self | |
| José | Simon | | None | |
| Jordan | Gaglione | Greenhill & Co. | Observer | Greenhill & Co. |
| Gordon | Novod | Grant & Eisenhofer | Interested Party | |
| Artem | Skorostensky | Goodwin Procter LLP | Party-In-Interest | Goodwin Procter LLP |
| Eric | Sutty | Armstrong Teasdale LLP | Armstrong Teasdale LLP | Armstrong Teasdale LLP |
| Judge | Dorsey | | U.S. Bankruptcy Judge | |
| Nikolai | Sands | | N/A | |
| Kadhim | Shubber | Financial Times | NA / Media | |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| Eric | Carlson | | VR Capital | |
| Caroline | Salls | New Generation Research | media | |
| Dabin | Chung | | Interested Parties | |
| Craig | Rasile | Winston & Strawn LLP | Unknown | Winston & Strawn, LLP |
| Lily | Yarborough | NovaWulf Digital Management | N/A | |
| Lauren | Wray | | Interested Parties | |
| Marianna | Udem | | interested party | ASK LLP |
| Kenneth | Perkins | | Unknown | Winston & Strawn, LLP |
| Ido | Alexander | AlignX Law | Observing | |
| Nicholas | Weaver | Self | Self | |
| Adam | Swingle | White & Case LLP | N/A | |
| Holly | Dice | Auditor - U.S. Trustee Program | Auditor - U.S. Trustee Program | |
| Kimberly | Gianis | | NA | Park Walk |
| Charlie | Jones | | BlockFi Inc. | Haynes and Boone, LLP |
| Steven | Bodzin | REDD Intelligence | Press | |
| Jeremy | Hill | Bloomberg News | N/A — media | |
| Rick | Anigian | | BlockFi Inc. | Haynes and Boone, LLP |
| Phillip | Khezri | Lowenstein Sandler LLP | Interested Party | Lowenstein Sandler LLP |
| Peter | Siddiqui | Katten Muchin Rosenman LLP | Jump Trading LLC | |
| Daniel | Eggermann | Kramer Levin | interested Party | |
| Jon | Reisman | | MFN Partners | MFN Partners |
| Una | Marie | | court | |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor | Katten Muchin Rosenman LLP |
| Kenneth | Coleman | | Interested party | |
| Monica | Perrigino | | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Laura | Metzger | | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Noah | Schottenstein | | Interested Parties | DLA Piper LLP (US) |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| | | | | |
|---|---|---|---|---|
| Justin | Winerman | Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom | Skadden, Arps, Slate, Meagher & Flom |
| William | Curtin | Sidley Austin LLP | Interested Party | |
| Abby | Zwick | | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Dennis | O'Donnell | | Interested Parties | DLA Piper LLP (US) |
| Philip | Yang | | None | Stikeman Elliott LLP |
| Stuart | Brown | | Interested Parties | DLA Piper LLP (US) |
| Jacob | Silverman | Abrams Press (journalist) | Journalist | |
| Benjamin | Taylor | | Interested Party | |
| dom | brown | | db newswire | |
| Nikhilesh | De | CoinDesk | N/A | |
| Andrew | Miller | | Andrew Miller | |
| George | Shuster | WilmerHale | LedgerX | |
| Cheyenne | Ligon | | N/A (Journalist) | CoinDesk |
| Jessica | Bonteque | Moses & Singer LLP | N/A | Moses & Singer LLP |
| Austin | Viny | Primeshares | n/a | vonwin |
| Becky | Yerak | Wall Street Journal | News Corp | |
| David | Gura | NPR | N/A (Business Correspondent) | NPR |
| Alexander | Nicas | | Various interested parties | Goodwin Procter |
| meredith | MITNICK | | Various Interested Parties | Goodwin Procter |
| hamish | wilson | | FTX Pending ACH Transfer | |
| Allison | Durrett | | Non-Participant | |
| Howard | Fischer | Moses & Singer LLP | N/A | Moses & Singer LLP |
| Lauren | Lundy | White & Case LLP | Joint Provisional Liquidators of FTX Digital Markets Ltd. | White & Case LLP |
| Morgan | Willis | Kirkland & Ellis | Interested Party | Kirkland & Ellis |
| Jean-David | Barnea | | United States of America | |
| Brian | Stout | 507 Capital LLC | 507 Capital LLC | 507 Capital LLC |

**FTX Trading Ltd.   22-11068   Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| | | | | |
|---|---|---|---|---|
| Lawrence | A Larose | Sheppard Mullin Richter & Hampton LLP | Prospective Interested Party | |
| Jeremy | Ryan | | Party In Interest | |
| Kelly | Knight | | Interested Party | |
| Robert | Brown | | Interested Party | |
| Timothy | Walsh | | Unknown | Winston & Strawn |
| Joshua | Porter | Entwistle & Cappucci LLP | Certain Customers | |
| Philip | Berg | | Interested Party | Otterbourg P.C. |
| Thomas | Davis | WilmerHale | LedgerX | WilmerHale |
| Jack | Newsham | Business Insider | N/A | |
| Michael | Jacobs | | Not applicable | |
| Robert | Schechter | | Interested Party | |
| Haydn | Davies | | Interest Party | |
| Kizzy | Jarashow | Goodwin Procter | Interested Party | |
| Andrew | Entwistle | Entwistle & Cappucci LLP | Certain Customers | Entwistle & Cappucci LLP |
| Ileana | Cruz | Miami-Dade County | Miami-Dade County | Miami-Dade County |
| Krisztian | Sandor | | CoinDesk | CoinDesk |
| Benjamin | Loveland | Wilmer Cutler Pickering Hale and Dorr LLP | LedgerX | |
| Robert | Cappucci | Entwistle & Cappucci LLP | Certain Customers | Entwistle & Cappucci LLP |
| Sari | Rosenfeld | Goodwin Procter | various interested parties | |
| Jason | Lu | | n/a | |
| Nova | Alindogan | Ropes & Gray LLP | Ropes & Gray LLP | Ropes & Gray LLP |
| Arjun | Mehra | Architect Partners | Architect Partners | Architect Partners |
| Sal | Lee | Entwistle & Cappucci LLP | Certain Customers | Entwistle & Cappucci LLP |
| Ryan | Sims | | n/a | Jones Day |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| | | | | |
|---|---|---|---|---|
| Abigail | Ryan | Texas Attorney General's Office | Texas State Securities Board & Texas Dept. of Banking | Texas Attorney General's Office |
| Shannon | Wolf | | Interested Party | |
| Soma | Biswas | The Wall Street Journal | WSJ | WSJ |
| Dan | Moss | | n/a | Jones Day |
| Alco | Pieren | | myself | |
| Vince | Sullivan | Law360 | Law360 | |
| Patricia | Tomasco | Quinn Emanuel Urquhart & Sullivan, LLP | FTX | |
| Hamilton | Mitchell | | N/A | |
| Tamara | Mann | | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Tori | Remington | | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Emiy | Katz-Turner | Morgan Stanley | Interested Party | |
| Evanthea | Hammer | | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Jonathan | Mitnick | | None | Simpson Thacher & Bartlett LLP |
| Derek | Abbott | | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Cameron | Kelly | Quinn Emanuel Urquhart & Sullivan, LLP | FTX | |
| Mike | Richards | Jefferies | Interested party | Jefferies |
| Steven | Barbee | Morgan Stanley | Interested Party | Morgan Stanley |
| Luke | Beltnick | Arcola Advisory | Self | |
| Erin | Fay | | N/A | |
| Dan | Latona | | N/A | |
| Sujeet | Indap | Financial Times | Financial Times | |
| Brad | Kahn | Akin Gump Strauss Hauer & Feld LLP | Interested Party | |
| Barbara | Howell | Quinn Emanuel Urquhart & Sullivan, LLP | FTX | |
| Vicky | Huang | | n/a | |
| Angela | Herring | | Interested Party | Wachtell, Lipton, Rosen & Katz |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| Daniel | Park | ATMTA, Inc. | ATMTA, Inc. | ATMTA, Inc. |
|---|---|---|---|---|
| Jonathan | Randles | Wall Street Journal / Dow Jones & Co. | WSJ / Dow Jones | |
| Ellen | Bardash | | Delaware Business Court Insider | |
| Ian | Silverbrand | | N/A | |
| Bill | Schatz | Chicago Trading Company | Chicago Trading Company | |
| Joseph | Mulvihill | | Interested Party | Young Conaway |
| Elizabeth | Justison | | Interested Party | Young Conaway |
| Mia | Cooper | Linklaters LLP | N/A Listen Only | Linklaters LLP |
| Thongprata | Thongyai Na Ayudhya | | Creditor | |
| Alexandra | Scaggs | Financial Times | NA | |
| Francesca | Castagnola | Western Alliance Bank | Francesca Castagnola | Western Alliance Bank |
| Dominic | Rushe | The Guardian | The Guardian | The Guardian |
| Kelly | O'Grady | Fox Business Network | Fox Business Network | |
| Keith | McCormack | Contrarian Capital Management | Contrarian Capital Management | |
| Colin | Davidson | Sheppard Mullin Richter Hampton LLP | Observing | Sheppard Mullin Richter & Hampton LLP |
| Alexa | Angelus | FOX Business | Media | FOX Business |
| Aaron | Javian | Reed Smith LLP | Various customers | |
| Josh | Brant | RBC Capital Markets | RBC Capital Markets | RBC Capital Markets |
| Ken | Sweet | The Associated Press | Ken Sweet | |
| Jacquelyn | Melinek | TechCrunch | N/A | |
| Matthew | Silverman | | Brett Harrison | Pryor Cashman LLP |
| Alan | Martin | | FTX Creditors | Saugatuck Trading Advisors |
| Nan | Eitel | DOJ | EOUST | |

**FTX Trading Ltd.   22-11068   Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| | | | | |
|---|---|---|---|---|
| Jonathan | Lozano | | None | Bracewell LLP |
| Marguerite | DeVoll | | Arch Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP |
| Luke | Porcari | Davis Polk & Wardwell LLP | Certain Interested Parties | Davis Polk & Wardwell LLP |
| Jennifer | Kneeland | | Arch Insurance Company | Watt, Tieder, Hoffar & Fitzgerald, LLP |
| Chase | Marsh | | Self | N/A |
| Stephen | Lam | Corre Partners | interested party | Corre Partners |
| Ward | Benson | | Internal Revenue Service | U.S. Dept. of Justice |
| Molly | White | | n/a | |
| Serhat | Aydin | | FTX | |
| Kyle | Mason | | Interested Party | |
| Ben | Clifford | | Ben Clifford | |
| Patrick | Jackson | | Interested Party | Faegre Drinker Biddle & Reath LLP |
| Ian | Bambrick | | Interested Party | Faegre Drinker Biddle & Reath LLP |
| Jaclyn | Marasco | | Interested Party | Faegre Drinker Biddle & Reath LLP |
| Alec | Weinberg | | Interested Party | Faegre Drinker Biddle & Reath LLP |
| Emily | Lam | | Emco | |
| Anthony | Alden | Quinn Emanuel Urquhart & Sullivan, LLP | FTX Debtors | Quinn Emanuel Urquhart & Sullivan, LLP |
| Roma | Desai | Office of the Texas Attorney General | Texas State Securities Board | |
| Scott | Cousins | | '- | Cousins Law LLC |
| Scott | Jones | | '- | Cousins Law LLC |
| Richard | Riley | Whiteford Taylor & Prestion | Potential Client | |
| Sonya | Kleykamp | | Party of interest in observing for Ou Yang Chih Kuang | |
| Jonathan | Weyand | | N/A | |
| Adam | Levitin | Gordian Crypto Advisors LLC | n/a | |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| Andy | Le | | N/A | |
| Thomas | Ritter | Multiplicity Partners AG | Clients of a Swiss bank. | One Swiss Bank SA |
| Jacqueline | Creme | Judge Lane Law Clerk | None - Judge Lane Law Clerk | |
| George | Roberts | Onix Capital | Onix Capital | Onix Capital |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Interested Party | |
| Alexander | Trunk | Kiel University | Alexander Trunk | Kiel University |
| Rachel | Anderson Rynders | Texas State Securities Board | Texas State Securities Board | |
| Sarah | Rosenthal | | None- observer | |
| Andrew | Schaffer | Dechert LLP | Interested Party | Dechert LLP |
| Nicholas | Pierce | Gordian Crypto | None | |
| Qiu | Jin | | Account Owner | |
| Scott | Williams | Manier & Herod | Philadelphia Indemnity Insurance Company | Manier & Herod |
| Joven | Wu | | na | |
| Karlo | Pastrovic | Fox News Digital | Karlo Pastrovic | Fox News Digital |
| Jason | Rosell | Pachulski Stang Ziehl & Jones LLP | Interested Party | |
| Mark | Litz | | N/A | |
| Gregory | Xethalis | Multicoin Capital | Multicoin Capital | |
| Debbie | Felder | | Orrick | |
| Gregory | Pepin | IO Finnet | Gregory Pepin | |
| Daniel | Besikof | Loeb & Loeb LLP | Interested Party | |
| Mary Nell | Browning | | Interested Party | |
| Andrew | Polansky | | Self | |
| Lavender | Au | | CoinDesk | |
| Ali | Sasani | | Self | |
| Deborah | Ferraro | | Multicoin Capital | |
| Lauren | Pringle | The Chancery Daily | n/a | |
| Charlotte | Donnelly | Oxford University | N/A | Charlotte Donnelly |
| Natasha | Mascarenhas | TechCrunch | TechCrunch | |

**FTX Trading Ltd.   22-11068    Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| Oliver | Goddard | BNP Paribas | BNP Paribas | |
| Oliver | Goddard | | BNP Paribas | |
| Brendan | Hall | Brean Asset Management, LLC | Brean | |
| Douglas | Mintz | | Interested Party | |
| Matthew | Harvey | | N/A | Morris, Nichols, Arsht & Tunnell |
| Gregg | Steinman | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| Joseph | Caneco | Fox Rothschild LLP | N/A | Fox Rothschild LLP |
| Claire | Boston | | Bloomberg News | |
| Matthew | Gold | | Undisclosed | |
| Dov | Kleiner | | Undisclosed | |
| Grayson | Williams | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| Teodor | Teofilov | Global Restructuring Review | Global Restructuring Review | |
| Andrew | Rosenblatt | Norton Rose Fulbright US LLP | Interested Party | Norton Rose Fulbright US LLP |
| Mark | Dendinger | Bracewell LLP | Interested Party | Bracewell LLP |
| Caroline | Gange | Kramer Levin Naftalis & Frankel LLP | Interested Party | |
| Ashish | Virmani | Kramer Levin Naftalis & Frankel LLP | Interested Party | |
| Hirofumi | Takeuchi | Nikkei | Press | |
| Evan | Miller | | interested party | Bayard, P.A. |
| Michael | Blackmon | Kramer Levin Naftalis & Frankel LLP | Interested Party | |
| Erin | Broderick | Eversheds Sutherland (US) LLP | Confidential Customers | |

**FTX Trading Ltd.   22-11068   Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| | | | | |
|---|---|---|---|---|
| Darren | Azman | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| William | Hameline | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| Aaron | Brogan | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| Joseph | Evans | McDermott Will & Emery LLP | Interested Party | McDermott Will & Emery LLP |
| David | Mayo | | Reorg | |
| Tina | Lawrence | Texas State Securities Board | n/a - counsel will represent Texas State Securities Board | |
| Chad | Smith | | Commonwealth | |
| Luke | Burnham | | Civilian Observer | |
| Steve | Krause | Owl Creek | Owl Creek | Owl Creek |
| Jane | VanLare | | BitGo | Cleary Gottlieb Steen & Hamilton |
| Daniel | Krueger | Owl Creek | Interested party | Owl Creek |
| Onder | Ozbelli | | Onder Ozbelli | |
| Landis Rath & Cobb LLP | Landis Rath & Cobb LLP | Landis Rath & Cobb | Debtor | Landis Rath & Cobb |
| Timothy | Spangler | Dechert LLP | Interested Party | Dechert LLP |
| Douglas | Mannal | Dechert LLP | Interested Party | Dechert LLP |
| Thomas | Horan | | n/a | Court |
| Stephen | Zide | Dechert LLP | Interested Party | Dechert LLP |
| Samuel | Seneczko | | N/A | |
| Stephen | Wolpert | Dechert LLP | Interested Party | Dechert LLP |
| James | Moser | Dechert LLP | Interested Party | Dechert LLP |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor | Katten Muchin Rosenman LLP |
| Charu | Chitwan | | NA | |
| Allison | Yager | Katten Muchin Rosenman LLP | Jump Capital | Katten Muchin Rosenman LLP |
| Paul | Vigna | The Wall Street Journal | Media company | |
| Tabby | Kinder | Financial Times | Financial Times | |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| GUILHERME | OLIVEIRA | | Guilherme Henrique | Guilherme |
|---|---|---|---|---|
| Roland | Young | | none | |
| Melissa | Jacoby | University of North Carolina at Chapel Hill | n/a member of public | |
| Sonali | Basak | Bloomberg Television | Bloomberg Television | Bloomberg LP |
| Jeffrey | Dilley | | Jeffrey Dilley | |
| Robert | Burns | Bracewell LLP | Interested Party | Bracewell LLP |
| Alexander | Saeedy | | WSJ | |
| Adam | Qayum | | CoinShares | |
| Maria Gracia | Santillana | | n/a | |
| Emily | Mason | forbes | forbes | |
| Travis | Kling | | Ikigai Asset Management | |
| Michael | Roeschenthaler | Whiteford Taylor & Preston | Potential Client | Whiteford Taylor & Preston |
| Brian | Guiney | | Olifant Fund, Ltd. | |
| Jacinta | Johnson | | Myself | |
| Yueqi | Yang | | Press | Bloomberg |
| David | Shim | | N/A | |
| Jeffrey | Olinsky | Goldman Sachs Asset Management | n/a | |
| Josh | StOnge | | Self - Creditor | |
| Kevin | Barnes | | Pro Se | |
| Francisco | Vazquez | Norton Rose Fulbright US LLP | Interested Party | Norton Rose Fulbright US LLP |
| Jon | Taylor | Federal Reserve Bank of St. Louis | no affiliation | |
| Alexis | Delancy | Alexisdelancy@hotmail.com | Alexis Delancy | |
| David | Yaffe-Bellany | New York Times | none | |
| Brady | Dale | Axios | No one | Axios |

**FTX Trading Ltd.   22-11068    Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| James | Bailey III | Butler Snow LLP | Evolve Bank & Trust | Butler Snow LLP |
|---|---|---|---|---|
| J B | Tien | Symetra | self | |
| Meredith | Challender | | N/A | |
| Chris | Kosachuk | | Pro Se | |
| Alicia | Lewis | | CFTC | |
| Mary Elizabeth | Heard | M.E. Heard, Attorney, PLLC | observing only | |
| Jasmine | Ball | | Equity Investor | |
| Yvette | Valdez | | Interested Party | |
| Sidney | Levinson | | Equity Investor | |
| Harneet | Kaur | | NA | |
| Magali | Duque | | Equity Investor | |
| Gabriela | Urias | | Equity Investor | |
| Adam | Fovent | | Interested Party | |
| Matthew | Bentley | | n/a | |
| Jessica | Moser | | Jessica Moser | |
| Paul | Hage | Jaffe Raitt Heuer & Weiss, P.C. | Voyager Creditors' Committee | |
| Gregory | Werkheiser | Benesch, Friedlander, Coplan & Aronoff, LLP | Interested Party | Benesch, Friedlander, Coplan & Aronoff, LLP |
| Michael | Medved | | Anonymous Creditor | Moses & Singer |
| David | Katz | Acquilla Consulting LLC | None | Not a law firm |
| Mark | Conlan | Gibbons P.C. | Listening only | Gibbons P.C. |
| Nathaniel | Rabin | | interested party | |
| Philip | Brendel | Bloomberg Intelligence | self | |
| John | Sosnowski | Seaport Global | Seaport | |
| Christine | Xu | | Interested Party | |
| Andrew | Helman | Dentons | None | |
| Scott | Cohn | CNBC | Media - CNBC | |
| Krishna | Juvvadi | | Interested Party | |

**FTX Trading Ltd.    22-11068    Emergency Motion to Transfer Venue + First Day Hearing    11-22-2022**

| | | | | |
|---|---|---|---|---|
| Andrew | Thau | Whitebox Advisors LLC | Whitebox Advisors LLC | |
| DEB | Clerk's Office | | self | |
| Colin | Wilhelm | | The Block | |
| KBO | Chambers | | KBO Chambers | |
| Christian | Ribeiro | | CGSH | |
| Joseph | Otchin | | n/a | |
| Ira | Wurcel | | BitGo | |
| Michelle | Kainen | BDO USA, LLP | None | |
| Dallas | Taylor | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | ED & F Man Capital Markets Inc. | |
| Marie | Larsen | Holland & Knight LLP | FTX Digital Markets Ltd. | Holland & Knight LLP |
| Vladimir | Jelisavcic | Cherokee Acquisition | Cherokee Acquisition | Cherokee Acquisition |
| Michael | Small | Foley & Lardner LLP | Interested party creditor | |
| Taylor | Haga | | Governmental entity | |
| Meghana | Vunnamadala | | Interested Party | |
| Robert | Honeywell | K&L Gates LLP | Various FTX customers | K&L Gates LLP |
| Taylor | Harrison | Debtwire | Debtwire | |
| Kaitlin | Walsh | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | ED & F Man Capital Markets Inc. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Patrick | Holohan | | Debtwire | |
| Wes | Johnson | Goodman Tovrov Hardy & Johnson LLC | Potential Claimants located outside of US | Goodman Tovrov Hardy & Johnson LLC |
| Karen | Cordry | Natl Assn of Attoneys General | States | |
| John | Melko | | Interested Party/Creditor | |

**FTX Trading Ltd.   22-11068   Emergency Motion to Transfer Venue + First Day Hearing   11-22-2022**

| | | | | |
|---|---|---|---|---|
| Nicholas | Brumm | QVT Financial LP | QVT Financial LP | QVT Financial LP |
| Ryan | Beil | | FTX Digital Markets LTD. | White & Case |
| James | MacInnis | | DB | |
| JOHN | Sosnowski | | Seaport | Seaportglobal |
| Elliott | Horner | | Individual | |
| | | | | |
| | | | | |