IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| | : | |
| | : | (Joint Administration Pending) |
| Debtors. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of Eduardo William Gonzalez, Assistant County Attorney of Miami-Dade County, Florida, Stephen P. Clark Center, Suite 2810, Miami, FL 33128 to represent Miami-Dade County, Florida in the above-captioned cases.

Dated: November 22, 2022                ARMSTRONG TEASDALE LLP

                                                */s/ Eric M. Sutty*
                                                Eric M. Sutty (No. 4007)
                                                1008 North Market Street, Third Floor
                                                Wilmington, DE 19801
                                                Telephone: (302) 416-9671
                                                Email: esutty@atllp.com

                                                *Counsel to Miami-Dade County, Florida*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 22, 2022         */s/ Eduardo William Gonzalez*
                                 Eduardo William Gonzalez, Esq.
                                 Assistant County Attorney
                                 Miami-Dade County, Florida
                                 Stephen P. Clark Center
                                 111 N.W. First Street, Suite 2810
                                 Mami, FL 33128
                                 Telephone: (305) 375-1057
                                 Email: ewg@miamidade.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.