IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtors. | **(**Jointly Administered) <br> **RE:  D.I. \_\_\_\_** |

### ORDER GRANTING MOTION OF MIAMI-DADE COUNTY, FLORIDA, FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE NAMING RIGHTS AGREEMENT

Upon consideration of the motion (the "Motion") of Miami-Dade County, a political subdivision of the State of Florida ("Miami-Dade County"), for entry of an Order granting relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code to permit Miami-Dade County to terminate that certain Naming Rights Agreement between it and West Realm Shires Services, Inc., dba FTX.US ("FTX.US"), which is guaranteed by FTX Trading, Ltd. ("FTX Trading," and together with FTX.US, the "Debtors"), as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby modified to permit Miami-Dade County to terminate that certain Naming Rights Agreement more particularly described in the Motion.

3. The relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.