# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtors. | **(**Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, hereby certify that on November 22, 2022, a true and correct copy of the foregoing **MOTION OF MIAMI-DADE COUNTY, FLORIDA, FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE THE NAMING RIGHTS AGREEMENT** was served on the parties listed on the attached service list via electronic mail and that all CM/ECF participants in this case were served electronically through the Court's CM/ECF noticing system.

Dated: November 22, 2022

ARMSTRONG TEASDALE LLP

*/s/ Eric M. Sutty*
Eric M. Sutty (No. 4007)
1008 North Market Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 416-9671
Email: esutty@atllp.com

*Counsel for Miami-Dade County, Florida*

| | | |
|---|---|---|
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | RICHARD.KANOWITZ@HAYNESBOONE.COM |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS | HOLLAND & KNIGHT LLP | WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>SHARDUL.DESAI@HKLAW.COM |
| COUNSEL TO DEBTORS AND DEBTORS IN | LANDIS RATH & COBB LLP | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | MMORANO@MDMC-LAW.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | DABBOTT@MORRISNICHOLS.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS | NATIONAL ASSOCIATION OF ATTORNEYS | KCORDRY@NAAG.ORG |
| COUNSEL TO THE TEXAS STATE SECURITIES | OFFICE OF THE ATTORNEY GENERAL OF | ROMA.DESAI@OAG.TEXAS.GOV |
| UNITED STATES TRUSTEE DISTRICT OF | OFFICE OF THE UNITED STATES TRUSTEE | JULIET.M.SARKESSIAN@USDOJ.GOV |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL | PROVISIONAL LIQUIDATOR OF FTX | BSIMMS@LENNOXPATON.COM |

| | | |
|---|---|---|
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | NPASALIDES@REICHPC.COM |
| SECURITIES AND EXCHANGE COMMISSION - | SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - | SECURITIES & EXCHANGE COMMISSION | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - | SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY | ATTORNEY.GENERAL@STATE.DE.US |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & | STREUSAND@SLOLLP.COM |
| COUNSEL TO DEBTORS AND DEBTORS IN | SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE | INFO@SCB.GOV.BS |
| ATTORNEYS FOR THE UNITED STATES OF | U.S. DEPARTMENT OF JUSTICE – CIVIL | STANTON.C.MCMANUS@USDOJ.GOV |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | AJCURRIE@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | DAOBRIEN@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | JSSABIN@VENABLE.COM |