## EXHIBIT 1

**Form of Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF ENTRY OF AN ORDER ENFORCING
### SECTIONS 362, 365(e)(1), 525 AND 541 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on November 11, 2022 and, with respect to

Debtor West Realm Shires Inc., on November 14, 2022, FTX Trading Ltd. and its affiliated

debtors and debtors-in-possession (collectively, the "Debtors"), filed voluntary petitions for

relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the

"Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the

"Court").  The Debtors' chapter 11 cases (the "Chapter 11 Cases") are pending before the

Honorable John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered

under the lead case *In re FTX Trading Ltd.,* et al., No. 22-11068 (JTD).

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the

Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a self-

effectuating, statutory stay or injunction, applicable to all entities and protecting the Debtors from,

among other things:  (a) the commencement or continuation of a judicial, administrative, or other

action or proceeding against the Debtors (i) that was or could have been commenced before the

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete
list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX.

commencement of these Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose

before the commencement of these Chapter 11 Cases; (b) the enforcement, against the Debtors or

against any property of the Debtors' bankruptcy estates, of a judgment obtained before the

commencement of these Chapter 11 Cases; or (c) any act to obtain possession of property of or

from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors'

bankruptcy estates.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Enforcing*

*Sections 362, 365(e)(1), 525 and 541 of the Bankruptcy Code* (the "Order"), D.I. [__], entered on

November [__], 2022, and attached hereto as Exhibit A, all persons wherever located (including

individuals, partnerships, corporations, and other entities and all those acting on their behalf) and

all governmental units, whether of the United States, any state or locality therein or any territory

or possession thereof, or any non-U.S. jurisdiction (including any division, department, agency,

instrumentality or service thereof, and all those acting on their behalf), are hereby put on notice

that they are subject to the Order and must comply with its terms and provisions.

   **PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims

or interests against, seeks to assert causes of action or other legal or equitable remedies against, or

otherwise exercise any rights in law or equity against the Debtors or their estates must do so in

front of the Court pursuant to the Order, the Bankruptcy Code and applicable law.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any

governmental agency, department, division or subdivision, or any similar governing authority is

prohibited from, among other things:  (a) denying, revoking, suspending, or refusing to renew any

license, permit, charter, franchise, or other similar grant to the Debtors; (b) placing conditions

upon such a grant to the Debtors; or (c) discriminating against the Debtors with respect to such a

-2-

grant, solely because the Debtors are debtors under the Bankruptcy Code, may have been insolvent before the commencement of these Chapter 11 Cases or are insolvent during the pendency of these Chapter 11 Cases as set forth more particularly in the Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, parties to contracts or agreements with the Debtors are prohibited from terminating such contracts or agreements because of a Debtor's bankruptcy filing—except as permitted by the Court under applicable law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code and applicable law may be subject to proceedings in front of the Court for failure to comply with the Order and applicable law—including contempt proceedings resulting in fines, sanctions and punitive damages against the entity and its assets inside the United States.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding these Chapter 11 Cases, including copies of pleadings filed therein, may be obtained by (a) reviewing the publicly available docket of the Debtors' Chapter 11 Cases at http://ecf.deb.uscourts.gov (PACER login and password required), (b) accessing the Debtors' publicly available website providing information regarding these Chapter 11 Cases, located online at https://cases.ra.kroll.com/FTX or (c) contacting the following proposed counsel for the Debtors.

4891-1701-9711 v.2

Dated: [_____], 2022
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____

Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Proposed Counsel for the Debtors*
*and Debtors-in-Possession*

**<u>EXHIBIT A</u>**

**Order**

4891-1701-9711 v.2