IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: January 11, 2023 at 10:00 a.m. (ET)<br>Objection Deadline: December 14, 2022 at 4:00 p.m. (ET)<br><br>Ref. Nos. 9, 26, 46, 47, 49, 50 & 94 |

## OMNIBUS NOTICE OF SECOND DAY HEARING

**PLEASE TAKE NOTICE** that on November 14, 2022, November 17, 2022, November 19, 2022 and November 22, 2022, as applicable, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the following motions (collectively, the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court")

1. Motion of Debtors for Entry of an Order (I) Modifying Certain Creditor List Requirements; (II) Authorizing the Debtors to Serve Certain Parties by E-Mail; and (III) Granting Related Relief [D.I. 9, filed on November 14, 2022]

2. Motion of Debtors for Entry of an Order (I) Extending the Time to File (A) Schedules of Assets and Liabilities and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports and (II) Granting Certain Related Relief [D.I. 26, filed on November 17, 2022]

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Foreign Vendors, 503(B)(9) Claimants and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing All Financial Institutions to Honor All Related Payment Requests and (IV) Granting Certain Related Relief [D.I. 46, filed on November 19, 2022]

4. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(B) and (III) Granting Certain Related Relief [D.I. 47, filed on November 19, 2022]

5. Motion of Debtors for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.001-W0069094.2}

      Worthless Stock Deductions and (II) Granting Certain Related Relief [D.I. 49, filed on November 19, 2022]

6.    Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Compensation and Benefits and (B) Continue Compensation and Benefits and (II) Granting Certain Related Relief [D.I. 50, filed on November 19, 2022]

7.    [SEALED] Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors, In Their Sole Discretion, to Provide Indemnification and Exculpation to Certain Individuals, (B) Authorizing Certain Actions Pursuant to Section 363 of the Bankruptcy Code, and (C) Granting Certain Related Relief [D.I. 94, filed on November 22, 2022]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions listed at 1, 3, 4, 5, 6 and 7 above was held on November 22, 2022 at 11:00 a.m. (ET) after which the Court entered orders granting these Motions on an interim basis [D.I.s 138, 139, 140, 145, 146 & 150] (collectively, the "First Day Orders"). Concurrently herewith, you are being served with the First Day Orders.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider all of the Motions listed above is scheduled for **January 11, 2023 at 10:00 a.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Motions must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 14, 2022 at 4:00 p.m. (ET)**. At the same time, you must also serve a copy of the objection upon the following parties so as to be received no later than **December 14, 2022 at 4:00 P.M. (ET)**: (a) proposed co-counsel to the Debtors, (i) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn: Alexa J. Kranzley, Esq., kranzleya@sullcrom.com); and (ii) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801 (Attn: Adam G. Landis, Esq., landis@lrclaw.com and Kimberly A. Brown, Esq., brown@lrclaw.com); (b) Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, (Attn: Juliette Sarkessian, Esq.); (c) counsel to statutorily appointed committee (if any); and (d) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above may be obtained free of charge from the website of the Debtors' notice and claims agent at https://cases.ra.kroll.com/FTX. You may also obtain copies from the Court's website at www.deb.uscourts.gov for a fee.

A FINAL HEARING ON THE MOTIONS WILL BE HELD ON **JANUARY 11, 2023 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 25, 2022
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*