UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

---

In re:

FTX Trading Ltd., *et al.*,

    Debtors.[1]

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**341 Meeting Date:
Tuesday, December 20, 2022, at 10:00 a.m.
(Eastern Time)**

---

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Tuesday, December 20, 2022, at 10:00 a.m. (Eastern Time)** will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, that is, someone who may be owed money by the Debtors. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the section 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.** The purpose of the section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtors' financial affairs. The purpose of the section 341 meeting is not to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting.

- You must use a touch-tone phone.
- If you have a choice, please use a landline phone, instead of a cell phone.
- Dial the call-in number, 888-790-3561, and then enter the passcode, 7861992, followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

- o Do not put the phone on hold at any time after the call is connected.
- o Once the meeting of creditors is finished, please hang up.
- o If you become disconnected before the meeting is finished, please call back.
- o The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- o **Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors.**

A copy of this notice will be posted on the claims agent's (Kroll's) website at: https://cases.ra.kroll.com/FTX.

**Dated:** November 28, 2022

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street
Room 2207, Lockbox 35
Wilmington, DE 19801