# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF CONSOLIDATED LISTS OF TOP 50 CREDITORS

**PLEASE TAKE NOTICE** that on the date hereof, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed a consolidated list of top 50 creditors for each of (a) Debtor West Realm Shires Inc. and its Debtor subsidiaries, attached as Exhibit A (the "WRS Top 50 List"), (b) Debtor Alameda Research LLC and its Debtor subsidiaries, attached as Exhibit B (the "Alameda Top 50 List"), (c) Debtor Clifton Bay Investments LLC and its Debtor affiliates, attached as Exhibit C (the "Ventures Top 50 List") and (d) Debtor FTX Trading Ltd. and its Debtors subsidiaries, attached as Exhibit D (the "Dotcom Top 50 List" and, together with the WRS Top 50 List, Alameda Top 50 List and Ventures Top 50 List, the "Top 50 Lists"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** the Top 50 Lists are based on the Debtors' currently available creditor information, including customer information that was able to be viewed but is not otherwise accessible at this time.  The Debtors' investigation continues regarding amounts listed, including payments that may have been made but are not yet reflected

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

on the Debtors' books and records.  The Debtors are also working to obtain full access to customer data.  *See Declaration of John J. Ray III in Support of Chapter 11 Petition and the First Day Pleadings* ¶ 75 [D.I. 24].  The Debtors will update the Top 50 Lists, if appropriate, when additional information is available.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice may be obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 5 of the *Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the Debtors have redacted the names, addresses and e-mail addresses of their customers from the Top 50 Lists.

| | |
|---|---|
| Dated: November 28, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |