# EXHIBIT A

## WRS Top 50 List

4860-9133-6256 v.2

**Consolidated List of Creditors for Debtor West Realm Shires Inc. and its Debtor subsidiaries**

Fill in this information to identify the case:

Debtor name: FTX Trading, Ltd.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 22-11068 (JTD)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 36,180,640 |
| 2 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 25,000,000 |
| 3 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 6,500,000 |
| 4 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 5,815,243 |
| 5 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 4,000,000 |
| 6 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,791,703 |
| 7 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,516,391 |
| 8 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,404,020 |
| 9 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,290,349 |
| 10 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,192,447 |
| 11 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,158,310 |
| 12 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,156,799 |
| 13 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 2,000,000 |

**Consolidated List of Creditors for Debtor West Realm Shires Inc. and its Debtor subsidiaries**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 1,968,002 |
| 15 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 1,387,369 |
| 16 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 1,040,177 |
| 17 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 1,033,116 |
| 18 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 696,402 |
| 19 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 646,713 |
| 20 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 632,276 |
| 21 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 624,800 |
| 22 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 615,221 |
| 23 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 550,000 |
| 24 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 534,903 |
| 25 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 500,225 |
| 26 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 495,173 |
| 27 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 487,261 |
| 28 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 449,619 |
| 29 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 432,593 |

**Consolidated List of Creditors for Debtor West Realm Shires Inc. and its Debtor subsidiaries**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 414,128 |
| 31 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 400,346 |
| 32 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 372,585 |
| 33 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 370,497 |
| 34 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 367,999 |
| 35 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 350,000 |
| 36 | BRAZE<br>330 W 34th St<br>18th Floor<br>New York, NY 10001 United States | Attn: William Magnuson<br>Title: Chief Executive Officer<br>Email: bill@braze.com<br>Phone: (504) 327-7269 | Trade Payable | Unliquidated | | | $ 335,645 |
| 37 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 335,376 |
| 38 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 325,000 |
| 39 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 307,839 |
| 40 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 282,552 |
| 41 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 275,000 |
| 42 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 271,502 |
| 43 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 254,246 |
| 44 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 247,669 |
| 45 | [On File] | Attn:<br>Title:<br>Email: [On File]<br>Phone: | Customer | Unliquidated | | | $ 236,167 |

**Consolidated List of Creditors for Debtor West Realm Shires Inc. and its Debtor subsidiaries**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 46 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 229,697 |
| 47 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 225,900 |
| 48 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 223,201 |
| 49 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 221,037 |
| 50 | [On File] | Attn: Title: Email: [On File] Phone: | Customer | Unliquidated | | | $ 220,050 |