## **EXHIBIT B**

**Alameda Top 50 List**

**Consolidated List of Creditors for Debtor Alameda Research LLC and its Debtor subsidiaries**

| Fill in this information to identify the case: |
|---|
| Debtor name:  FTX Trading, Ltd. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (If known):  22-11068 (JTD) |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amazon Web Services (AWS)<br>440 Terry Ave N<br>Seattle, WA 98109 | Attn: Adam Selipsky<br>Title: Chief Executive Officer<br>Email:<br>Phone: (206) 266-1000 | Trade Payable | Unliquidated | | | $ 4,664,966 |
| 2 | Herbert Smith Freehills<br>Exchange House<br>Primrose Street<br>London, EC2A 2EG United Kingdom | Attn: Justin D'Agostino<br>Title: Chief Executive Officer<br>Email: Justin.Dagostino@hsf.com<br>Phone: +44 20 7374 0888 | Trade Payable | Unliquidated | | | $ 120,304 |
| 3 | Bloomberg Finance LP<br>731 Lexington Ave.<br>New York, NY 10022 | Attn: Beth Mazzeo<br>Title: Chief Operating Officer<br>Email:<br>Phone: (212) 318-2000 | Trade Payable | Unliquidated | | | $ 80,256 |
| 4 | Margaritaville Beach Resort<br>2 Bay Street<br>Nassau, Bahamas | Attn:<br>Title:<br>Email:<br>Phone: (242) 603-8400 | Trade Payable | Unliquidated | | | $ 55,319 |
| 5 | Piper Alderman Law<br>Level 23, Governor Macquarie Tower<br>1 Farrer Place<br>Sydney, NSW 2000 Australia | Attn: Tony Britten-Jones<br>Title: Managing Partner<br>Email: tbrittenjones@piperalderman.com.au<br>Phone: + 61 8 8205 3380 | Trade Payable | Unliquidated | | | $ 48,608 |
| 6 | MaxLaw Global<br>c/o Ince Gordon Dadds LLP<br>Aldgate Tower<br>2 Leman Street<br>London, E1 8QN United Kingdom | Attn:<br>Title:<br>Email: info@maxlawglobal.com<br>Phone: | Trade Payable | Unliquidated | | | $ 33,975 |
| 7 | Kim and Chang (KOREA)<br>39, Sajik-ro 8-gil, Jongno-gu<br>Seoul, 03170- Korea | Attn:<br>Title:<br>Email: lawkim@kimchang.com<br>Phone: 82-2-3703-1114 | Trade Payable | Unliquidated | | | $ 25,281 |
| 8 | Garcia De Paredes Law<br>Oceania Business Plaza<br>21st Floor, Tower 1000<br>Isaac Hanono Missri Street, Punta Pacifica<br>Panama City, Republic of Panama | Attn: Mario García de Paredes<br>Title: Managing Partner<br>Email: mario@gdeplaw.com<br>Phone: (507) 6674-2111 | Trade Payable | Unliquidated | | | $ 13,889 |
| 9 | Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036 | Attn: Christopher L. Slaughter<br>Title: Chief Executive Officer<br>Email: chris.slaughter@steptoe-johnson.com<br>Phone: (202) 429-3000 | Trade Payable | Unliquidated | | | $ 8,513 |
| 10 | Cole-Frieman & Mallon<br>201 California Street<br>Suite 350<br>San Francisco, CA 94111 | Attn: Karl Coleman-Frieman<br>Title: Managing Partner<br>Email: karl@colefrieman.com<br>Phone: (415) 762-2841 | Trade Payable | Unliquidated | | | $ 1,744 |
| 11 | And-Now<br>109 Sunnyside Ave.<br>Pleasantville, NY 10570 | Attn:<br>Title:<br>Email: info@andnow.com<br>Phone: (646) 450-3450 | Trade Payable | Unliquidated | | | $ 1,291 |