IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
| FTX TRADING, LTD., *et al.*[1] | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | (Joint administration requested) |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

***PLEASE TAKE NOTICE*** that the attorney set forth below hereby appears as counsel for the Georgia Department of Banking and Finance by and through counsel, Christopher M. Carr, Attorney General of the State of Georgia pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

Amy L. Patterson
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3567
apatterson@law.ga.gov
Ga. Bar No. 887808

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: November 28, 2022

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LOGAN B. WINKLES<br>Deputy Attorney General | 136906 |
| BROOKE HEINZ CHAPLAIN<br>Senior Assistant Attorney General | 927752 |
| /s/ Amy L. Patterson<br>AMY L. PATTERSON<br>Assistant Attorney General | 887808 |

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 28, 2022.

/s/ Amy L. Patterson
AMY L. PATTERSON    887808
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Amy L. Patterson
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3567
Fax: (404) 657-3239
apatterson@law.ga.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
| FTX Trading, LTD., *et al.*[1] | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | (Joint administration requested) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Georgia in this action: I am admitted to practice law in the state of Georgia and the United States District Courts for the: Northern District of Georgia; Middle District of Georgia; and Southern District of Georgia.

[*Continued on next page*]

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

I am in good standing in all jurisdictions to which I have been admitted. I consent to be bound by the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit to the jurisdiction of this Court for disciplinary purposes.

Dated: November 28, 2022

                                                        Respectfully submitted,

                                                        /s/ Amy L. Patterson
                                                        AMY L. PATTERSON        887808
                                                        Assistant Attorney General

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 28, 2022.

/s/ Amy L. Patterson
AMY L. PATTERSON    887808
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Amy L. Patterson
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Telephone: (404) 458-3567
Fax: (404) 657-3239
apatterson@law.ga.gov