# Notice Recipients

District/Off: 0311−1         User: admin                  Date Created: 11/28/2022
Case: 22−11068−JTD           Form ID: van472              Total: 21

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Adam G. Landis | landis@lrclaw.com |
| aty | Alexa J. Kranzley | kranzleya@sullcrom.com |
| aty | Andrew G. Dietderich | dietdericha@sullcrom.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Juliet M. Sarkessian | juliet.m.sarkessian@usdoj.gov |
| aty | Kimberly A. Brown | brown@lrclaw.com |
| aty | Matthew R Pierce | Pierce@lrclaw.com |

                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | FTX Trading Ltd. | 10−11 Mandolin Place, Friars Hill Road    St. John's, AG AG−04 ANTIGUA AND BARBUDA |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Jacob M. Croke | Sullivan & Cromwell LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| aty | James L. Bromley | SULLIVAN & CROMWELL LLP    125 Broad Street    New York, NY 10004 |
| aty | James M. McDonald | SULLIVAN & CROMWELL LLP    125 Broad Street    New York, NY 10004 |
| aty | K. John Shaffer | Quinn Emanuel Urquhart & Sullivan, LLP    865 S. Figueroa Street    10th Floor    Los Angeles, CA 90017 |
| aty | Katherine A. Lemire | Quinn Emanuel Urquhart & Sullivan, LLP    51 Madison Avenue    22nd Floor    New York, NY 10010 |
| aty | Matthew R. Pierce | Landis Rath & Cobb LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| aty | Nicole Friedlander | Sullivan & Cromwell    125 Broad Street    New York, NY 10004 |
| aty | Sascha Rand | Quinn Emanuel Urquhart & Sullivan LLP    51 Madison Avenue    22nd Floor    New York, NY 10010 |
| aty | Steven R. Peikin | SULLIVAN & CROMWELL LLP    125 Broad Street    New York, NY 10004 |
| aty | William A. Burck | Quinn Emanuel Urquhart & Sullivan, LLP    51 Madison Avenue    22nd Floor    New York, NY 10010 |
| aty | William A. Burck | Quinn Emanuel Urquhart & Sullivan, LLP    51 Madison Avenue    22nd Floor    New York, NY 10010 |

                                                                                TOTAL: 13