**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Bastion Worldwide Limited ("Creditor"), a creditor and party in interest in the above-captioned bankruptcy cases (collectively, the "Bankruptcy Cases"), by and through its undersigned counsel, hereby requests that the undersigned counsel be added to the official mailing matrix, CM/ECF and/or any other electronic notice lists, and service lists in the above-referenced Bankruptcy Cases.

Creditor further requests that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases, including, but not limited to, all notices, orders, other pleadings or papers served in the Bankruptcy Cases, including in adversary proceedings, be given and served upon RIMON, P.C., at the following address:

Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel/Fax: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Frederick Chang
RIMON, P.C.
506 2nd Ave., Suite 1400
Seattle, WA 98104
Tel/Fax: (206) 331-3231
Email: frederick.chang@rimonlaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Bankruptcy Cases, for which the Debtors have sought joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information can be obtained from the Debtors' claims and noticing agent.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands or whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that affects or purports to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in this case.

**PLEASE TAKE FURTHER NOTICE** that the Creditor does not, by filing this Request for Service of Notices, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Request for Service of Notices constitute a waiver of any of its rights: (i) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) to trial by jury in any proceedings so triable in this case, or any controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which the Creditor expressly reserves.

Dated: November 29, 2022         Respectfully Submitted,

By: _____
Jacquelyn H. Choi
RIMON, P.C.
2029 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Esteban Garcia, am an employee with the firm of RIMON, P.C., and hereby certify that on November 29, 2022, the **REQUEST FOR SERVICEOF NOTICES** was served by electronic transmission via the Court's CM/ECF System on all counsel of record who are authorized to receive Notices. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: November 29, 2022

By: */s/ Esteban Garcia*
ESTEBAN GARCIA