| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | FTX Trading Ltd.<br>Name | EIN | 8 4 – 2 8 1 3 2 8 8 |
| United States Bankruptcy Court for the: | District of Delaware | | |
| Case number: | 22-11608 (JTD) | Date case filed for chapter 11: | 11/11/2022 *<br>MM / DD / YYYY |

# Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302-573-6491).**

| 1. | Debtor's full name | FTX Trading Ltd. |
|---|---|---|
| 2. | All other names used in the last 8 years | FTX.com |
| 3. | Address | 10-11 Mandolin Place, Friars Hill Road, St. John's Antigua and Barbuda AG-04 |

**Jointly Administered Cases**

| Debtor | Other Names Used in Last 8 Years | Address | Case No. | EIN |
|---|---|---|---|---|
| Alameda Aus Pty Ltd | | 31 Egerton Street, Silverwater NSW 2128 Australia | 22-11104 | |
| Alameda Global Services Ltd. | | Fishers Lane Ellen L. Skelton Building, 2nd Floor Road Town Tortola British Virgin Islands | 22-11134 | |
| Alameda Research (Bahamas) Ltd | | Shirley Street, G.K. Symonette Building, Nassau New Providence, Bahamas | 22-11105 | |
| Alameda Research Holdings Inc. | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11069 | 87-2845653 |
| Alameda Research KK | | 3-19-23 Minami-Azabu Oak Minami-Azabu Building 2F, Tokyo, Japan | 22-11106 | |
| Alameda Research LLC | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11066 | 83-2084063 |
| Alameda Research Ltd | | Tortola Pier Park, Building 1, Second Floor Wickhams Cay 1, Roadtown, Tortola VG1110, British Virgin Islands | 22-11067 | 98-1631725 |
| Alameda Research Pte Ltd | | 1 George Street #10-01 Singapore 049145 | 22-11107 | |
| Alameda Research Yankari Ltd | | 35 Moloney Street, Obalende, Lagos Island, Lagos 102273 Nigeria | 22-11108 | |

* Debtor West Realm Shires Inc.'s Petition Date is November 14, 2022. November 11, 2022 is the Petition Date for all other Debtors.

For more information, see page 2 ▶

| Debtor | FTX Trading Ltd. | | Case number (if known) | 22-11068 (JTD) |
|---|---|---|---|---|
| | Name | | | |

## Jointly Administered Cases (continued)

| Debtor | Other Names Used in Last 8 Years | Address | Case No. | EIN |
|---|---|---|---|---|
| Alameda TR Ltd | | Lower Factory Road, St. John's, Antigua and Barbuda | 22-11078 | 98-1685981 |
| Alameda TR Systems S. de R.L. | | 21st Fl. Oceania Business Plaza, Punta Pacifica, Panama City, Panama | 22-11109 | 98-1696209 |
| Allston Way Ltd | | Lower Factory Road, St. John's, Antigua and Barbuda | 22-11079 | |
| Analisya Pte Ltd | | 8 Orange Grove Road #06-02 Singapore 258342 | 22-11080 | |
| Atlantis Technology Ltd. | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11081 | |
| Bancroft Way Ltd | | Lower Factory Road, St. John's, Antigua and Barbuda | 22-11082 | |
| Blockfolio, Inc. | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11110 | |
| Blue Ridge Ltd | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11083 | |
| Cardinal Ventures Ltd | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11084 | |
| Cedar Bay Ltd | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11085 | |
| Cedar Grove Technology Services, Ltd. | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11162 | |
| Clifton Bay Investments LLC | Alameda Research Ventures LLC | 3500 South Dupont Highway, Dover, DE 19901 | 22-11070 | 85-2736465 |
| Clifton Bay Investments Ltd | Alameda Research Ventures Ltd. | Fisher's Lane, Ellen L. Skelton Building, 2nd Floor, Road Town, Tortola VG1110, British Virgin Islands | 22-11111 | 98-1631725 |
| Cottonwood Grove Ltd | | 2 Pacific Place, Unit 3532-36, 88 Queensway, Hong Kong, China | 22-11112 | 98-1676084 |
| Cottonwood Technologies Ltd | Dwinelle Hall Ltd | Lower Factory Road, St. John's, Antigua and Barbuda | 22-11136 | |
| Crypto Bahamas LLC | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11113 | 88-2735393 |
| DAAG Trading, DMCC | | Unit 2617 DMCC Business Centre, Level No. 1, Jewelry & Gemplex 3, Dubai, United Arab Emirates | 22-11163 | |
| Deck Technologies Holdings LLC | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11138 | |
| Deck Technologies Inc. | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11139 | |
| Deep Creek Ltd | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's, Antigua and Barbuda | 22-11114 | |
| Digital Custody Inc. | | 122 S Phillips Ave, Suite 250, Sioux Falls, SD 57104 | 22-11115 | 35-2669879 |
| Euclid Way Ltd | | Lower Factory Road, St. John's, Antigua and Barbuda | 22-11141 | |
| FTX (Gibraltar) Ltd | | Madison Building, Midtown, Queensway, GX11 1AA, Gibraltar | 22-11116 | |
| FTX Canada Inc | | 421 7 Ave SW, Suite 4000, Calgary, Alberta, AB T2P, Canada | 22-11117 | |
| FTX Certificates GmbH | DAAG Certificates GmbH | Churerstrasse 135, 8808 Pfäffikon, Switzerland | 22-11164 | |
| FTX Crypto Services Ltd. | | Ave 23 Spyrou Kyprianou, 3rd floor, 4001, Limassol, Cyprus | 22-11165 | |
| FTX Digital Assets LLC | | 60 Broad St., Suite 2501, New York, NY 10004 | 22-11143 | |
| FTX Digital Holdings (Singapore) Pte Ltd | | 8 Marine Boulevard, #11 Marina Bay Financial Centre, Singapore, 018981 | 22-11118 | |
| FTX EMEA Ltd. | | Ave 23 Spyrou Kyprianou, 3rd floor, 4001, Limassol, Cyprus | 22-11145 | |
| FTX Equity Record Holdings Ltd | ARBT Inc | F20 Eden Plaza, 1st Floor, Eden Island, Seychelles | 22-11099 | |
| FTX EU Ltd. | K-DNA Financial Services Ltd | Churerstrasse 135, 8808 Pfäffikon, Switzerland | 22-11166 | |
| FTX Europe AG | Digital Assets DA AG | Churerstrasse 135, 8808 Pfäffikon, Switzerland | 22-11075 | |
| FTX Exchange FZE | DAAG Exchange FTZ | c/o FTX Europe AG, Churerstrasse 135, 8808 Pfäffikon, Switzerland | 22-11100 | |
| FTX Hong Kong Ltd | | 135 Bonham Strand, Room 1405, 135 Bonham Strand Trade Centre, Hong Kong, China | 22-11101 | |

For more information, see page 3 ▶

| Debtor | FTX Trading Ltd. | | Case number (if known) | 22-11068 (JTD) |

## Jointly Administered Cases (continued)

| Debtor | Other Names Used in Last 8 Years | Address | Case No. | EIN |
|---|---|---|---|---|
| FTX Japan Holdings K.K. | Liquid Group Inc. | 3 Chome- Nishikicho, Kanda, Chiyoda City, Hirose Building 4F Tokyo 010054 Japan | 22-11074 | |
| FTX Japan K.K. | Quoine Corporation | 3 Chome-17 Nishikicho, Kanda, Chiyoda City, Hirose Building 4F Tokyo 010054 Japan | 22-11102 | |
| FTX Japan Services KK | | 3 Chome-17 Nishikicho, Kanda, Chiyoda City, Hirose Building 4F Tokyo 010054 Japan | 22-11103 | |
| FTX Lend Inc. | West Realm Shires Finance Inc. | 167 N Green Street, Suite 1102, Chicago, Il 60607 | 22-11167 | |
| FTX Marketplace, Inc. | | 167 N Green Street, Suite 1102, Chicago, Il 60607 | 22-11168 | |
| FTX Products (Singapore) Pte Ltd | Jondal Partners Pte. Ltd. | 1 George Street #10-11 Singapore 049145 | 22-11119 | |
| FTX Property Holdings Ltd | | Shirley Street G.K. Symonette Building, Nassau, New Providence, Bahamas | 22-11076 | 98-1628635 |
| FTX Services Solutions Ltd. | | Fisher's Lane, Ellen L. Selkton Building, 2nd Floor, Road Town, Tortola VG1110 British Virgin islands | 22-11120 | |
| FTX Structured Products AG | DAAG Capital GmbH | 13 Schaanerstrasse, Vaduz 9490 Liechtenstein | 22-11122 | |
| FTX Switzerland GmbH | Canco GmbH | Churerstrasse 135, 8808 Pfäffikon Switzerland | 22-11169 | |
| FTX Trading GmbH | | 63 Wülfeler Straße, Hannover 30539 Germany | 22-11123 | |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | | Maslak Mah. Maslak Meydan Sk., Beybi Giz Plaza A Blok No: 1 Is Kapi No: 55, Sariyer, Istanbul, Turkey | 22-11170 | |
| FTX US Services, Inc. | | 167 N Green Street, Suite 1102, Chicago Il 60607 | 22-11171 | |
| FTX US Trading, Inc. | | 2000 Center Street, Floor 4, Berkeley CA 94704 | 22-11149 | 87-2550264 |
| FTX Ventures Ltd. | | Fisher's Lane, Ellen L. Skelton Building, 2nd floor, Road Town, Tortola VG1110 British Virgin Islands | 22-11172 | 98-1652184 |
| FTX Zuma Ltd | | 35 Moloney Street, Obalende, Lagos Island, Lagos 102273, Nigeria | 22-11124 | |
| GG Trading Terminal Ltd | | 70 Sir John Rogerson's Quay, Dublin D02R296 Ireland | 22-11173 | |
| Global Compass Dynamics Ltd. | | Friar's Hill Road Unit 3B, Bryson's Commercial Complex St. John's Antigua and Barbuda | 22-11125 | |
| Good Luck Games, LLC | | 167 N Green Street, Suite 1102, Chicago, Il 60607 | 22-11174 | |
| Goodman Investments Ltd | Alameda Research Investments Ltd. | Trinity Chambers PO Box 4301 Road town Tortola VG 110 British Virgin Islands | 22-11126 | 98-1631725 |
| Hannam Group Inc | | Changjin-dong, Tower 8, 7, Jongno 5-gil, Jongno-gu, Seoul, Korea | 22-11175 | |
| Hawaii Digital Assets Inc. | | 167 N Green Street, Suite 1102, Chicago, Il 60607 | 22-11127 | 88-2663993 |
| Hilltop Technology Services LLC | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11176 | 82-4977150 |
| Hive Empire Trading Pty Ltd | | c/o FTX Trading Ltd. 10-11 Mandolin Place, Friar's Hill Road St. John's AG-04 Antigua and Barbuda | 22-11150 | |
| Innovatia Ltd | | 30 Karpenisiou, Nicosia 1077 Cyprus | 22-11128 | |
| Island Bay Ventures Inc | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11129 | 88-4118955 |
| Killarney Lake Investments Ltd | | Fisher's Lane, Ellen L. Skelton Building, 2nd floor, Road Town, Tortola VG1110 British Virgin Islands | 22-11131 | |
| Ledger Holdings Inc. | | 1110 Brickell Ave, Suite 430k-200, Miami, FL 33131 | 22-11073 | |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | | c/o Harneys Fiduciary (Cayman) Ltd 103 South Church Street 4th Floor, Harbour Place George Town KY1-1002 Cayman Islands | 22-11177 | |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | | c/o Harneys Fiduciary (Cayman) Ltd 103 South Church Street 4th Floor, Harbour Place George Town Cayman Islands | 22-11155 | |
| LedgerPrime Digital Asset Opportunities Fund, LLC | | c/o United Corporate Services, Inc. 874 Walker Rd Suite C, Dover, DE 19904 | 22-11156 | |
| LedgerPrime Digital Asset Opportunities Master Fund LP | | c/o Harneys Fiduciary (Cayman) Ltd 103 South Church Street 4th Floor, Harbour Place George Town KY1-100 Cayman Islands | 22-11157 | |
| LedgerPrime LLC | | 1209 Orange St Corporation Trust Center, Wilmington, DE 19801 | 22-11158 | |
| LedgerPrime Ventures, LP | | 103 South Church Street 4th Floor, Harbour Place, George Town KY1-1002 Cayman Islands | 22-11159 | |
| Liquid Financial USA Inc. | | c/o FTX Japan Holdings K.K. 3 Chome-17 Nishikicho, Kanda, Chiyoda City Hirose Building 4F Tokyo 1010054 Japan | 22-11151 | |
| Liquid Securities Singapore Pte Ltd | | 30 Cecil Street #19-08 Prudential Tower, Singapore 049712 | 22-11086 | |

For more information, see page 4 ▶

Debtor **FTX Trading Ltd.**
Name

Case number (if known) __22-11068 (JTD)__

## Jointly Administered Cases (continued)

| Debtor | Other Names Used in Last 8 Years | Address | Case No. | EIN |
|---|---|---|---|---|
| LiquidEX LLC | | c/o FTX Japan Holdings K.K. 3 Chome - 17 Nishikicho, Kanda, Chiyoda City Hirose Building 4F Tokyo 1010054 Japan | 22-11152 | |
| LT Baskets Ltd. | | Lower Factory Road St. John's Antigua and Barbuda | 22-11077 | |
| Maclaurin Investments Ltd. | Alameda Ventures Ltd. | F20 Eden Plaza 1st floor Eden Island Seychelles | 22-11087 | |
| Mangrove Cay Ltd | | Friar's Hill Road Unit 3B, Bryson's Commercial Complex, St John's Antigua and Barbuda | 22-11088 | |
| North Dimension Inc | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11153 | 85-2697676 |
| North Dimension Ltd | | Tortola Pier Park, Building 1, Second Floor, Wickhams Cay 1, Road Town VG1110 British Virgin Islands | 22-11160 | |
| North Wireless Dimension Inc. | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11154 | 85-2697858 |
| Paper Bird Inc | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11089 | 84-4269237 |
| Pioneer Street Inc. | | 167 N Green Street, Suite 1102, Chicago Il 60607 | 22-11090 | |
| Quoine India Pte Ltd | | F-143 Richmond Park DLF City, Phase-4 Gurugram 122009 India | 22-11091 | |
| Quoine Pte Ltd | | 8 Orange Grove Road, #06-02 Singapore 258342 Singapore | 22-11161 | |
| Quoine Vietnam Co. Ltd | | 138-142 Hai Ba Trung Street, Da Kao Ward, District 1, Empress Tower, Ho Chi Minh City Vietnam | 22-11092 | |
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | | 55 Maslak Mah., Beybi Giz Plaza A Blok No: 1 IC Kapi, Istanbul, Turkey | 22-11093 | |
| Strategy Ark Collective Ltd. | | Friar's Hill Road Unit 3B, Bryson's Commercial Complex St. John's Antigua and Barbuda | 22-11094 | |
| Technology Services Bahamas Limited | | Johnny Cake Ln, Marsh Harbour, Abaco, Bahamas | 22-11095 | |
| Verdant Canyon Capital LLC | | 3500 South Dupont Highway, Dover, DE 19901 | 22-11096 | |
| Western Concord Enterprises Ltd. | | Friar's Hill Road Unit 3B, Bryson's Commercial Complex, St. John's Antigua and Barbuda | 22-11098 | |
| West Innovative Barista Ltd. | | Friar's Hill Road, Unit 3B, Bryson's Commercial Complex, St. John's Antigua and Barbuda | 22-11097 | |
| West Realm Shires Financial Services Inc. | | 167 N Green Street Suite, 1102, Chicago Il 60607 | 22-11072 | 85-4142828 |
| West Realm Shires Inc. | | 167 N Green Street, Suite 1102, Chicago IL 60607 | 22-11183 | 84-4598237 |
| West Realm Shires Services Inc. | FTX US | 167 N Green Street, Suite 1102, Chicago, Il 60607 | 22-11071 | 84-4554002 |
| Zubr Exchange Ltd | | Suite 23, Portland House Glacis Road GX11 1AA Gibraltar | 22-11132 | |

For more information, see page 5 ▶

| Debtor | FTX Trading Ltd. | Case number (if known) | 22-11068 (JTD) |
|---|---|---|---|
| | Name | | |

**4. Debtors' attorneys and claims agent**

**LANDIS RATH & COBB LLP**
919 Market Street, Suite 1800
Wilmington, DE 19801

and

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498

**Debtors' Claims and Noticing Agent:**

If you have questions about this notice, please contact Kroll Restructuring Administration

Contact phone: **888-482-0049 (US/Canada Toll-Free)**
**646-440-4176 (International)**

Email: **FTXInfo@ra.kroll.com**

Website: **https://restructuring.ra.kroll.com/FTX**

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.
You may inspect all records filed in this case at this office or online at www.pacer.gov.

**U.S. Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801**

Hours open: **Monday-Friday,
8:00 a.m.-4:00 p.m. (Eastern Time)**

Contact phone: **(302) 252-2900**

**6. Meeting of creditors**

The Debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.

**Tuesday, December 20, 2022**
Date

at **10:00 a.m. (Eastern Time)**
Time

Location: **To be held telephonically. To join the meeting, please call 888-790-3561 and use access code 7861992.**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For more information, see page 6 ▶

Debtor  **FTX Trading Ltd.**  Case number (*if known*) **22-11068 (JTD**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** **Not yet set. If a deadline is set, notice will be sent at a later time.** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at: https://www.deb.uscourts.gov/claims-information. |
| | | Your claim will be allowed in the amount scheduled unless:<br>▪ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>▪ you file a proof of claim in a different amount; or<br>▪ you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov or https://restructuring.ra.kroll.com/FTX. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** **To be determined** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |