# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Adam G. Landis*
*Landis Rath & Cobb LLP*
*919 Market Street*
*Suite 1800*
*Wilmington, DE 19801*

**RE:** *22−11068 (JTD)*
*FTX Trading Ltd., et al.*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Tuesday, December 20, 2022** at **10:00 a.m. (ET)** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before November 30, 2022 and file the Notice and Certificate of Service with the Court no later than December 7, 2022.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 11/28/22

_____
Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:  
FTX Trading Ltd.  
    Debtor

Case No. 22-11068-JTD  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 8 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: van472 | Total Noticed: 12 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | FTX Trading Ltd., 10-11 Mandolin Place, Friars Hill Road, St. John's, AG AG-04, ANTIGUA AND BARBUDA |
| aty | + | Brian D. Glueckstein, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Jacob M. Croke, Sullivan & Cromwell LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | + | James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | James M. McDonald, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | K. John Shaffer, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa Street, 10th Floor, Los Angeles, CA 90017-5003 |
| aty | + | Katherine A. Lemire, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |
| aty | + | Matthew R. Pierce, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | + | Nicole Friedlander, Sullivan & Cromwell, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Sascha Rand, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |
| aty | + | Steven R. Peikin, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | William A. Burck, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | William A. Burck, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010-1603 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 8 |
| Date Rcvd: Nov 28, 2022 | Form ID: van472 | Total Noticed: 12 |

| Name | Email Address |
|---|---|
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board abigail.ryan@oag.texas.gov |
| Abigail Rushing Ryan | on behalf of Interested Party Texas Dept. of Banking abigail.ryan@oag.texas.gov |
| Adam G. Landis | on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Alameda Research KK landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Lend Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Canada Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Blockfolio Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Paper Bird Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com |

District/off: 0311-1                         User: admin                              Page 3 of 8
Date Rcvd: Nov 28, 2022                      Form ID: van472                          Total Noticed: 12

Adam G. Landis
    on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor LiquidEX LLC landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor North Dimension Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com,
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com,
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Innovatia Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com,
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
    on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Trading GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Europe AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Allston Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

District/off: 0311-1 User: admin Page 5 of 8
Date Rcvd: Nov 28, 2022 Form ID: van472 Total Noticed: 12

| | | |
|---|---|---|
| Adam G. Landis | on behalf of Debtor Euclid Way Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Alameda TR Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor North Dimension Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor LedgerPrime LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |
| Adam G. Landis | on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com | |

Adam G. Landis
on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Cedar Grove Technology Services Ltd. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Structured Products AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Hannam Group Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX US Trading Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor DAAG Trading DMCC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Adam G. Landis
on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Alexa J. Kranzley
on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

District/off: 0311-1               User: admin                              Page 7 of 8
Date Rcvd: Nov 28, 2022            Form ID: van472                          Total Noticed: 12

Andrew G. Dietderich
 on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com

Anh Nguyen
 on behalf of Creditor Cloudflare Inc. nguyen@slollp.com, rangel@slollp.com

Benjamin A. Hackman
 on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Daniel A. O'Brien
 on behalf of Interested Party Digital Augean LLC daobrien@venable.com

David T Queroli
 on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) queroli@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Derek C. Abbott
 on behalf of Interested Party BlockFi Inc and affiliates dabbott@morrisnichols.com derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Eric M. Sutty
 on behalf of Creditor Miami-Dade County Florida esutty@atllp.com, mmillis@atllp.com

Gary D. Bressler
 on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com scarney@mdmc-law.com

Jeffrey S. Sabin
 on behalf of Interested Party Digital Augean LLC JSSabin@Venable.com

Jessica Lauria
 on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) jessica.lauria@whitecase.com

John Christopher Shore
 on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) cshore@whitecase.com caverch@whitecase.com;gsedlik@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;charles.koster@whitecase.com;hannah.lee@whitecase.com

Juliet M. Sarkessian
 on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Kevin Gross
 on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) gross@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kimberly A. Brown
 on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com

Layla Milligan
 on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Layla Milligan
 on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Martin A. Sosland
 on behalf of Creditor Evolve Bank & Trust Martin.Sosland@butlersnow.com ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Matthew R Pierce
 on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com

Michael Morris
 on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions Morrismd@doj.state.wi.us radkeke@doj.state.wi.us

Nicholas Alexander Pasalides
 on behalf of Creditor Chainalysis Inc. npasalides@reichpc.com

Reliable Companies
 gmatthews@reliable-co.com

Richard S. Kanowitz
 on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com margaret.salvatore@haynesboone.com

Richard S. Kebrdle
 on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) rkebrdle@whitecase.com mco@whitecase.com

Roma N. Desai
 on behalf of Interested Party Texas Dept. of Banking Roma.Desai@oag.texas.gov

| District/off: 0311-1 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: van472 | Total Noticed: 12 |

Roma N. Desai
    on behalf of Interested Party Texas State Securities Board Roma.Desai@oag.texas.gov

Sabrina L. Streusand
    on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Scott D Jones
    on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com kmccloskey@bayardlaw.com

Scott D. Cousins
    on behalf of Creditor Evolve Bank & Trust scott.cousins@cousins-law.com

Seth B. Shapiro
    on behalf of Interested Party United States seth.shapiro@usdoj.gov

Stanton C. McManus
    on behalf of Interested Party United States stanton.c.mcmanus@usdoj.gov

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 136

| District/off: 0311-1 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: van472 | Total Noticed: 12 |

Roma N. Desai
    on behalf of Interested Party Texas State Securities Board Roma.Desai@oag.texas.gov

Sabrina L. Streusand
    on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Scott D Jones
    on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com kmccloskey@bayardlaw.com