# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, ) | |
| ) | Case No. 22-11068 (JTD) |
| Debtor. ) | |
| ) | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the attorney set forth below hereby appears as counsel for the Illinois Department of Financial & Professional Regulation, by and through the Office of the Attorney General of Illinois, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

John P. Reding
Office of the Illinois Attorney General
100 W. Randolph St., Suite 13-225
Chicago, Illinois 60601
Phone: (312) 848-5380

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written

or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: December 1, 2022,                                                      Respectfully submitted,

                                                                              John P. Reding
                                                                              Assistant Attorney General

                                                                              */s/John P. Reding*
                                                                              State Bar No. 6330805
                                                                              Office of the IL Attorney General
                                                                              100 W. Randolph St, Suite 13-225
                                                                              Chicago, IL 60601
                                                                              Telephone: (312) 848-5380
                                                                              John.reding@ilag.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on December 1, 2022.

                              */s/ John P. Reding*
                              JOHN P. REDING
                              Assistant Attorney General