# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, ) | |
| ) | Case No. 22-11068 (JTD) |
| Debtor. ) | |
| ) | (Joint Administration Requested) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Illinois Department of Financial & Professional Regulation, by and through the Office of the Attorney General of Illinois, in this action: I am admitted to practice law in the U.S. Northern District Court of Illinois. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

*(Remainder of Page Intentionally Left Blank)*

Dated: December 1, 2022,                                         Respectfully submitted,

                                                                 John P. Reding
                                                                 Assistant Attorney General


                                                                 */s/John P. Reding*
                                                                 State Bar No. 6330805
                                                                 Office of the IL Attorney General
                                                                 100 W. Randolph St, Suite 13-225
                                                                 Chicago, IL 60601
                                                                 Telephone: (312) 848-5380
                                                                 John.reding@ilag.gov


## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on December 1, 2022.

                                    */s/ John P. Reding*
                                    JOHN P. REDING
                                    Assistant Attorney General