IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Katherine B. Kramer of DGW Kramer LLP to represent Yingkai Xu, Weiyang Zhou, Hongyuan Zhai, Simin Jiang, Huayang Zhou, Yijian Feng, Shupei Chen, Ke Wang, Jingkuan Hou, Jyunyu Chen, Wenchao Tan, Yan Tang, Lingling Li, Xiao Li, Chris Curl Lee, Ben Li, Tianqi Huang, Hongcheng Huang, Qilin Chen, Siyuan Yan, Haici Gao, Lu Yu, DAG Holdings Limited in the above-captioned matter.

Dated: December 1, 2022

*/s/ Jason A. Gibson*
Jason A. Gibson (DE No. 6091)
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
T: (302) 777-1111
Email: gibson@teamrosner.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Vermont and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 1, 2022

*/s/ Katherine B. Kramer*
Katherine B. Kramer, Esq.
DGW Kramer LLP
One Rockefeller Plaza, Suite 1060
New York, NY 10020
kkramer@dgwllp.com
Direct Dial: (917) 688-2585

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 1st, 2022**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

{00034199. }