IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Joint Administration Requested) <br> ) |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Washington Department of Financial Institutions, by and through the Office of the Attorney General of Washington, in this action: I am admitted to practice law in the US District Court for the Western District of Washington. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

*(Remainder of Page Intentionally Left Blank)*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

Dated: December 5, 2022

Respectfully submitted,

*/s/ Stephen Manning*
STEPHEN MANNING
Washington State Bar No. 36965
Attorney General of Washington
Government Enforcement and Compliance
P. O. Box 40100
Olympia, WA  98504-0100
Telephone: (360) 534-4846
Facsimile: (360) 664-0229
stephen.manning@atg.wa.gov
Attorney for Washington State
Department of Financial Institutions

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on December 5, 2022.

*/s/ Stephen Manning*
STEPHEN MANNING
Assistant Attorney General