### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BitGo Trust Company, Inc. ("BitGo") hereby appears in

the above-captioned case through its counsel Cleary Gottlieb Steen & Hamilton LLP and Ashby

& Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to

be given in this case or any related adversary proceeding and all papers served or required to be

served in this case be given and served upon:

| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| Jane VanLare, Esq. | Ricardo Palacio, Esq. |
| Brandon M. Hammer, Esq. | 500 Delaware Avenue, 8th Floor |
| One Liberty Plaza | P.O. Box 1150 |
| New York, NY 10006 | Wilmington, DE 19899 |
| Tel: (212) 225-2872 | Tel: (302) 654-1888 |
| Fax: (212) 225-3999 | Fax: (302) 654-2067 |
| Email(s): jvanlare@cgsh.com | Email: RPalacio@ashbygeddes.com |
| bhammer@cgsh.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes

copies of all papers, including, but not limited to, reports, pleadings, motions, applications or

petitions, schedules, plans, disclosure statements and answering or reply papers filed in these

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that BitGo intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which BitGo is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: December 8, 2022
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/  Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jane VanLare, Esq. (*pro hac vice* forthcoming)
Brandon M. Hammer, Esq. (*pro hac vice* forthcoming)
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2872
Fax: (212) 225-3999
Email(s): jvanlare@cgsh.com
                  bhammer@cgsh.com

*Counsel to BitGo Trust Company, Inc.*