## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 8th day of December 2022, a copy of the *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: December 8, 2022                             */s/ Ricardo Palacio*
                                                                        Ricardo Palacio (DE Bar No. 3765)

{01862943;v1}                                                    1