IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., *et al*., | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Jane VanLare, Esq. to represent BitGo Trust Company, Inc. in the above-captioned bankruptcy cases and any related proceedings.

Dated: December 8, 2022

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Tel: (302) 654-1888/Fax: (302) 654-2067
Email: RPalacio@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016.  I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Jane VanLare*
Jane VanLare, Esq.
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2872/Fax: (212) 225-3999
Email: jvanlare@cgsh.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 8th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{01862969;v1 }