IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al<br><br>Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068-JTD <br> ) <br> ) <br> ) |

### GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Vermont, by and through the Vermont Department of Financial Regulation, in this action: I am admitted to practice law in the U.S. District Court for District of Vermont. I am also admitted to practice, but on inactive status, in the Districts of Maine and New Hampshire. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Dated December 9, 2022

          Respectfully submitted,

          STATE OF VERMONT
          Vermont Department of Financial Regulation

          */s/ Jennifer Rood*
          Jennifer Rood, Assistant General Counsel

          Vermont Bar #5515

          89 Main Street, Third Floor

          Montpelier, VT 05620

          (802)828-5672

          Jennifer.rood@vermont.gov

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on December 9, 2022 via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

          */s/ Jennifer Rood*
          Jennifer Rood
          Assistant General Counsel