## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | Hearing: Dec. 16, 2022 at 10:00 a.m. |

**NOTICE OF EXPEDITED MOTION OF BLOOMBERG L.P., DOW JONES & COMPANY, INC., THE NEW YORK TIMES COMPANY AND THE FINANCIAL TIMES LTD. TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING TO THE MOTION OF DEBTORS FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTORS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS AND PERSONAL INFORMATION OF INDIVIDUALS**

To: All parties on the attached Certificate of Service.

Movants have filed an Expedited Motion to Intervene for the limited purpose of presenting an Objection to Debtors' Motion for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals.

In accordance with Del. Bankr. L. R. 9013-1(h), responses may be presented orally at the hearing on DECEMBER 16, 2022, AT 10:00 A.M.

You must serve a copy of any written response on Movants' counsel: David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange St., 7th fl., Wilmington, DE 19801.

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801.
(302) 573-2525