**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF
<u>BLOOMBERG, L.P.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Bloomberg L.P. states that it is a limited partnership; that its general partner is Bloomberg Inc.; and that no publicly held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

Dated:  December 9, 2022

<u>/s/ David L. Finger</u>
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE  19801.
(302) 573-2525
Attorney for Bloomberg L.P.