**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DOW JONES & COMPANY, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Dow Jones & Company, Inc., a private non-governmental party ("Dow Jones"), hereby certifies that News Corporation, a publicly held company, is the indirect parent corporation of Dow Jones. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No publicly traded corporation currently owns 10 percent or more of the stock of Dow Jones.

Dated: December 9, 2022

    /s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE  19801.
(302) 573-2525
Attorney for Dow Jones & Company, Inc.