**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**THE NEW YORK TIMES COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for The New York Times Company, a non-governmental publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: December 9, 2022

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801.
(302) 573-2525
Attorney for The New York Times Company