# CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 9th day of December, 2022, in accordance with Del. Bankr. Local Rule 9036-1(b), I caused the foregoing Motion to Intervene for The Limited Purpose of Objecting to Debtors' Motion for Entry of a Final Order Authorizing the Debtors To Redact Or Withhold Certain Confidential Information Of Customers And Personal Information Of Individuals to be served via CM/ECF upon the below-listed counsel and parties of record:

Alexa J. Kranzley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
kranzleya@sullcrom.com

Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800,
Wilmington, DE 19801
landis@lrclaw.com
brown@lrclaw.com

Juliet Sarkessian, Esq.
U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Suite 1600
Wilmington, DE 19801
dabbott@morrisnichols.com

Mary E. Augustine, Esq.
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
meg@saccullolegal.com

Gary D. Bressler, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Ave.
Suite 1014
Wilmington, DE 19801
gbressler@mdmc-law.com

Nicholas A. Pasalides, Esq.
Reich Reich & Reich, P.C.
235 Main Street, Suite 450
White Plains, NY 10601
npasalides@reichpc.com

Morris, Nichols, Arsht & Tunnell, LLP
Derek C. Abbott, Esq.
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email: dabbott@morrisnichols.com

Sabrina L. Streusand, Esq.
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. MoPac Expressway, Ste. 320
Austin, Texas 78746
streusand@slollp.com

Daniel A. O'Brien, Esq.
Venable LLP
1201 N. Market St., Suite 1400
Wilmington, DE 19801
Tel: (302) 298-3535
Fax: (302) 298-3550
daobrien@venable.com

Stanton C. McManus, Esq.
U.S. Department of Justice
Civil Division
1100 L Street, NW, Room 7208
Washington DC, 20005
stanton.c.mcmanus@usdoj.gov

Seth B. Shapiro, Esq.
U.S. Department of Justice
Civil Division
1100 L Street, NW, Room 7114
Washington DC, 20005
seth.shapiro@usdoj.gov

Roma N. Desai, Esq.
Layla D. Milligan, Esq.
Abigail R. Ryan, Esq.
Assistant Attorneys General
Office of the A.G. of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

Scott D. Cousins, Esq.
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
scott.cousins@cousins-law.com
scott.jones@cousins-law.com

Kevin Gross, Esq.
Paul N. Heath, Esq.
David T. Queroli, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: gross@rlf.com
heath@rlf.com

Amy L. Patterson, Esq.
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
apatterson@law.ga.gov

John P. Reding, Esq.
Office of the Illinois Attorney General
100 W. Randolph St., Suite 13-225
Chicago, Illinois 60601

| | |
|---|---|
| Christopher M. Samis, Esq.<br>Aaron H. Stulman, Esq.<br>Sameen Rizvi, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com<br><br>Anthony M. Saccullo, Esq.<br>Mary E. Augustine, Esq.<br>A. M. Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>(302) 836-8877<br>(302) 836-8787 (facsimile)<br>ams@saccullolegal.com<br>meg@saccullolegal.com | Matthew B. Harvey, Esq.<br>Paige N. Topper, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br><br>Stephen Manning, Esq.<br>Assistant Attorney General<br>Office of the Attorney General of Washington<br>Government Compliance and Enforcement Division<br>P. O. Box 40100<br>Olympia, WA 98504-4010<br><br>Ashby & Geddes, P.A.<br>Ricardo Palacio, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: RPalacio@ashbygeddes.com |

/s/ David L. Finger_____
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
Attorney for Bloomberg, L.P., Dow Jones & Company, The New York Times Inc. and the Financial Times, Ltd.