IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| In re<br><br>FTX DIGITAL MARKETS LTD.,[2]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-11217 (JTD)<br><br>**Objection Deadline: To be determined**<br>**Hearing Date: To be determined** |

## NOTICE OF MOTIONS AND HEARING

**PLEASE TAKE NOTICE** that, on December 9, 2022, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves ("**Joint Provisional Liquidators**"), in their capacity as duly appointed joint provisional liquidators of FTX Digital Markets Ltd. ("**FTX Digital**") and foreign representatives of the Provisional Liquidation of FTX Digital, filed the *Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(a)(3), 1521(a)(7) and 1522 of the Bankruptcy Code* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX..

[2] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

RLF1 28337132v.1

2

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the Joint Provisional Liquidators also filed a motion to shorten the notice and objection periods with respect to the Motion (the "**Motion to Shorten**").

**PLEASE TAKE FURTHER NOTICE** that, if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **a date to be scheduled** before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion may be made by **a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

Dated: December 9, 2022

| | |
|---|---|
| */s/ Brendan J. Schlauch*<br>**RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*) |
| Kevin Gross (No. 209)<br>Paul N. Heath (Bar No. 3704)<br>Brendan J. Schlauch (Bar No. 6115)<br>David T. Queroli (Bar No. 6318)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:     (302) 651-7700<br>Facsimile:     (302) 651-7701<br>gross@rlf.com<br>heath@rlf.com<br>schlauch@rlf.com<br>queroli@rlf.com | J. Christopher Shore (admitted *pro hac vice*)<br>Brian D. Pfeiffer (admitted *pro hac vice*)<br>Mark Franke (admitted *pro hac vice*)<br>Brett L. Bakemeyer (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:     (212) 819-8200<br>jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brett.bakemeyer@whitecase.com |
| —and— | Thomas E Lauria (admitted *pro hac vice*)<br>Richard S. Kebrdle (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone:     (305) 371-2700<br>tlauria@whitecase.com<br>rkebrdle@whitecase.com |
| | *Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)* |