IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068-JTD |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) | Judge John T. Dorsey |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL**

The undersigned attorney, Ward W. Benson, appears in this matter as counsel of record for the United States of America, on behalf of its agency the Internal Revenue Service, and files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i).

1. Mr. Benson is admitted to the bars of the State of New York (Registration No. 4939278) and to the United States District Courts for the Southern District of New York and the District of Puerto Rico.

2. Mr. Benson is in good standing in all jurisdictions in which he has been admitted.

3. Mr. Benson will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

//

//

//

DATE:  December 12, 2022

Respectfully submitted,

DAVID A. HUBBERT
Principal Deputy Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: ward.w.benson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court on December 12, 2022, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ Ward W. Benson
WARD W. BENSON