# Exhibit G



Our Ref: RKA/sjs 08363-2949

7 December 2022

***BY EMAIL*** *jason.maynard@maynardlaw.com*

**PETER D. MAYNARD & CO.**
Counsel and Attorneys At Law
Chambers
Bay & Deveaux Street
Nassau, New Providence
The Bahamas

Attention: Mr Jason Maynard

**Re: FTX Digital Markets Ltd.**

We represent Securities Commission of The Bahamas ("the Commission") in proceedings commenced before The Bahamas Supreme Court on 10 November, 2022, by way of a regulator's petition, for a winding-up order to be made in relation to FTX Digital Markets Ltd ("Digital Markets").

We also represent the Commission in the proceedings initiated on 12 November, 2022, with the court's permission, for the Commission to take necessary additional regulatory action in the interest of the clients and creditors of Digital Markets to safeguard the digital assets within the possession, custody and/or under the control of Digital Markets, or of its officers, directors, employees and agents, including any digital assets held by Digital Markets upon trust ("the digital assets").

We are given to understand that your Firm has been appointed Bahamas counsel to certain, but not, all affiliates of Digital Markets (The "US Debtors') as represented by their Chief Restructuring Officer, Mr. John J Ray, III ("your clients").

The Commission has received a copy of your clients' letter dated 1 December 2022 addressed to The Honourable Prime Minister and The Honourable Attorney-General of The Commonwealth of The Bahamas concerning the action taken by the Commission in relation to the digital assets. We have also reviewed a copy of the earlier letter dated 13 November, 2022 from US counsel for the

COUNSEL & ATTORNEYS-AT-LAW | NOTARIES PUBLIC

Lyford Manor, West Building, Lyford Cay, West Bay Street, P. O. Box CB-13007, Nassau, NP, The Bahamas
T. (242) 702-4500 | F. (242) 702-4524 | info@delaneypartners.com | www.delaneypartners.com
Member of The Bahamas Financial Services Board. *A list of the names of the Partners & Associates is available at the above address and website.*





US Debtors, Messrs Sullivan & Cromwell, LLP, addressed to the Commission and Mr. Brian Simms, K.C., provisional liquidator of Digital Markets.

On behalf of the Commission, we respond as follows:

1. As noted above, the proceedings initiated by the Commission against Digital Markets before The Supreme Court of The Bahamas were commenced on 10 November, 2022. A copy of the Petition presented by the Commission on 10 November 2022 is enclosed for your reference.

2. On 12 November 2022, pursuant to the exercise of its power as regulator under the Digital Assets and Registered Exchanges Act, the Commission made an urgent application to The Bahamas Supreme Court for permission to take further necessary action to protect the interest of clients and creditors in the digital assets.

3. On the same day, under the authority of an Order made by The Bahamas Supreme Court, the Commission was granted permission to file additional proceedings against Digital Markets and, in the exercise of its regulatory authority, to cause the digital assets to be transferred to an account and/or digital wallet(s) established and maintained by the Commission, because such action was necessary to protect the interests of clients and creditors.. Copies of the Orders granting the Commission permission to commence the additional proceedings and to take the regulatory action described above are also enclosed.

4. Thereafter, on 21 November, 2022, The Chief Justice of The Bahamas Supreme Court issued a 'Supplemental Order' that confirmed the digital assets are being held by the Commission as regulator and trustee. Accordingly, the rights of indemnity and re-imbursement accorded a trustee under the law, apply with equal force and effect to the action taken and the digital assets held by Commission under the authority of the earlier Order made on 12 November, 2022. A filed copy of the Supplemental Order is also enclosed. In these and all related respects, the digital assets, Digital Markets and its officers, directors, agents and employees, and the Commission, remain subject to the jurisdiction of the Bahamas Supreme Court.

5. Importantly, it should also be noted that your clients' assertion that "… no documents in the FTX Digital Markets file are available to the public" is erroneous.

6. The originating process and orders filed in the proceedings are available for inspection by the public in accordance with Order 60 Rule 3 of The Bahamas Rule of The Supreme Court, which provides –

    "(1) Any person shall, on payment of the prescribed fee, be entitled during office hours to search for, inspect and take a copy of any of the following documents filed in the Registry, namely –

    (a) the copy of any writ of summons or other originating process;



(b) any judgment or order given or made in court or the copy of any such judgment or order; and

(c) with leave of the Court, which may be granted on an application made ex parte, any other documents.

(2) Nothing in the foregoing provisions shall be taken as preventing any party to a cause or matter searching for, inspecting and taking or bespeaking a copy of any affidavit or other document filed in the Registry in that cause or matter, but made with a view to its commencement."

7. The affidavit evidence filed in the proceedings are subjected to a confidentiality order issued by court. We also enclose a copy of that Order for your reference.

8. The originating processes and orders filed in the proceedings, however, are not confidential documents.

9. The Commission's regulatory investigation into matters concerning Digital Markets and its businesses, operations, relationships, transfers and affairs continues. The regulatory investigation is not conducted in public.

10. The Commission, however, has communicated with, and will continue to communicate with, other regulatory authorities as appropriate, in confidence, and will continue to take such regulatory actions it deems appropriate to protect the public and any parties that may be directly affected by the failure of Digital Markets and its affiliates.

11. The Commission appreciates that, as a fiduciary for certain affiliates of Digital Markets in the Chapter 11 proceedings, your clients have certain duties and rights prescribed by the United States Bankruptcy Code. The Commission respects your clients' responsibilities and recognizes the important work ahead in all civil proceedings in The Bahamas, The United States of America, and possibly other jurisdictions. Respectfully, however, those duties and rights of your clients do not include the right to impede the Commission's due exercise of its regulatory powers, actions and investigation. Given the confidentiality of the Commission's investigation, it declines to provide certain information your clients seek as to the regulatory actions taken to date.

12. The Commission makes no comment on your suggestion that your clients and The Bahamian Joint Provisional Liquidators enter into one or more joint protocols to facilitate the efficient conduct and mutual respect for the pending insolvency proceedings, except to make clear that we do not speak for the Joint Provisional Liquidators.

13. To the extent the Commission is able to assist in the efficient and mutually respectful conduct of the several pending proceedings without impairing the conduct or confidentiality of its ongoing regulatory investigation, including by participating in a meeting with your clients, the Joint Provisional Liquidators and/or their respective counsel, they are prepared to do so. An appropriate and necessary part of any arrangement reached during such meeting, would be your clients' assurance that they will take no

3



further action to interfere with the Commission's investigation and other regulatory measures.

We look forward to hearing from you.

Yours faithfully,
**DELANEY PARTNERS**

Robert K. Adams KC
Partner
Direct line: 242 702 4512
Email: radams@delaneypartners.com

cc. Securities Commission of The Bahamas

Encls.

4

**COMMONWEALTH OF THE BAHAMAS**

**IN THE SUPREME COURT**

**COMMERCIAL DIVISION**

> SUPREME COURT
>
> NOV 1 1 2022
>
> NASSAU, BAHAMAS

2022

COM/com/

**IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020 (as amended)**

**AND IN THE MATTER OF the Companies (Winding Up Amendment) Act, 2011**

**AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.**
(A Registered Digital Asset Business)

---

**PETITION**

---

TO: The Supreme Court of the Commonwealth of The Bahamas

The Humble Petition of **THE SECURITIES COMMISSION OF THE BAHAMAS ("the Commission"** or **"the Petitioner")** a statutory body continued pursuant to the Securities Industry Act, 2011 show as follows:

1.  This Petition relates to FTX Digital Markets Ltd **("FTX Digital")**.

2.  FTX Digital was incorporated in the Commonwealth of The Bahamas on 22 July 2021 as an International Business Company.

3.  The registered number of the FTX Digital is **No.207269B** and the principal address and office for FTX Digital is Building 27, Veridian Corporate Centre, West Bay Street, Nassau, N.P., The Bahamas.

4.  FTX Digital is registered as a digital asset business under the ***Digital Assets and Registered Exchanges Act, 2020* ("the DARE Act")**. FTX Digital is a subsidiary of FTX Trading Ltd, a company incorporated in Antigua and Barbuda (collectively referred to as **"FTX")**. Under the DARE Act, FTX Digital is registered to provide: (i) an exchange

between digital assets and fiat currency and (ii) an exchange between one or more forms of digital assets.

5.    To the best of the Petitioner's information and belief FTX Digital operates its business in Antigua and Barbuda and the United States of America.

6.    The ultimate beneficial owner of the company is Mr. Samuel Bankman-Fried **("SBF")**.

## The Grounds and Jurisdiction

7.    The grounds on which a winding up order by this Honourable Court is sought as follows:

    7.1.    FTX Digital is a company within the meaning of the Companies (Winding Up Amendment) Act 2011 **("the CWUA Act),** s.185 (b).

    7.2.    The Petitioner is a regulator within the meaning of the CWUA Act, s.183.

    7.3.    The Petitioner, in its capacity as regulator, may apply to wind up a company under CWUA Act, if the company is carrying on a regulated business in The Bahamas for any reason as provided under the regulatory laws or any other law: CWUA Act, s. 190(1)(d) and s.190(4).

    7.4.    Under the CWUA Act, this Honourable Court may make an order winding up a company on the application of the Petitioner if the company is insolvent and a company is insolvent if it is unable to pay its debts as they fall due or the value of the company's liabilities exceeds its assets: CWUA Act s. 186(c) and s.187.

    7.5.    Also, a company is deemed to be unable to pay its debts if it is proved to the satisfaction of the court that the company is unable to pay its debts: s.188(c).

    7.6.    The Petitioner believes that FTX Digital is insolvent for the reasons set out in the affidavit of Christina R. Rolle sworn on 10th November 2022.

8.    There are other additional or alternative grounds on which a winding up order is sought to be made by this Honourable Court as follows:

8.1.    On 10 November 2022 the Commission suspended FTX Digital's licence. The CWUA Act, s.186(4) authorises the Commission to petition for the winding up of a company over which it has regulatory authority and whose licence has been suspended.

8.2.    Further, the DARE Act, s.24 requires FTX Digital to act honestly and fairly, to act with due care and diligence, observe and maintain a high standard of professional conduct and maintain adequate financial resources and solvency. The affidavit of Christina R. Rolle evidences that these duties have been breached. The DARE Act, s.46(1)(f) permits the Commission to apply to this Honourable Court for an order to take such action as the Commission considers necessary to protect the interests of clients or creditors of a regulated company. The Commission considers that it is necessary to take action by presenting a winding up petition and obtaining the appointment of a provisional liquidator.  In light of the wide power afforded to the Commission by CWUA Act s.190(1)(d) and s.190(4), a petition can be presented where the DARE Act has been breached. The fact that FTX Digital is not complying with its duties under the DARE Act constitutes sufficient and alternative grounds for a winding up order to be made.

## Appointment of Provisional Liquidator

9.    The Petitioner also seeks an immediate order that a provisional liquidator be appointed in respect of FTX Digital, the order to continue until further order of this Honourable Court.

10.    The grounds for the appointment of a provisional liquidator as required by the CWUA Act, s.199 are:

10.1.    There is a prima facie case for making a winding up order: CWUA Act s.199(2)(a) and

10.2.    The appointment of a provisional liquidator is necessary: CWUA Act s.199(2)(b) –

(i)     To prevent the dissipation or misuse of the company's assets; and/or

(ii)    To prevent mismanagement or misconduct on the part of the company's directors; and/or

(iii)   In the public interest.

11. It is proposed that Mr. Brian Cecil Simms KC of 3 Bayside Executive Park, Nassau, N.P., The Bahamas be appointed as a provisional liquidator of FTX Digital pending the determination of the Petition.

12. The purpose of such an appointment is to protect the interests of investors and creditors of FTX Digital and the wider public interest in the orderly and secure management of the business of digital and crypto assets in the Commonwealth of the Bahamas pending the determination of the Petition

13. For the reasons set out above the Petitioner makes this application for FTX Digital to be wound up on the following grounds:

   13.1. That FTX Digital is insolvent: CWUA Act, s.186(b)

   13.2. That it is just and equitable that FTX Digital be wound up: CWUA Act, s.186(e)

   13.3. That FTX Digital's licence has been revoked: CWUA Act, s.186 (f)

**AND YOUR PETITIONER** therefore humbly prays that:

   i. FTX Digital be wound up in accordance with the Companies (Winding Up Amendment) Act, 2011.

   ii. Mr. Brian Simms KC of 3 Bayside Executive Park, Nassau, N.P., The Bahamas be appointed as provisional liquidator of FTX Digital forthwith pending the determination of the Petition.

   iii. All costs incurred by Mr. Brian Simms KC, and his advisors to date, if any, shall be costs in the winding-up; and

   iv. Such further Order or directions as the Court thinks fit.

**AND YOUR PETITIONER** will ever pray.

**DATED this 10th day of November A.D., 2022**

*Securities Commission of The Bahamas*
**Securities Commission of The Bahamas**
2nd Floor Poinciana House,
North Building
31A East Bay Street
Nassau, N.P., The Bahamas

**NOTE:** This petition is intended to be served on FTX Digital and Samuel Bankman-Fried whose last known address is Nassau, N.P., The Bahamas.

This Petition was presented by the Securities Commission of The Bahamas whose address for service is **Securities Commission of The Bahamas** 2nd Floor Poinciana House, North Building, 31A East Bay Street.

### NOTICE OF HEARING

**TAKE NOTICE THAT** the hearing of this petition will take place at the Supreme Court in the city of Nassau on the Island of New Providence one of the Islands of the Commonwealth of The Bahamas on the **10th** day of **February** A.D., 2023 at **10** o'clock in the fore-noon.

Any correspondence or communication with the Court relating to the hearing of this petition should be addressed to the Registrar of the Commercial Division of the Supreme Court at Nassau, The Bahamas.

**COMMONWEALTH OF THE BAHAMAS**

**IN THE SUPREME COURT**

**Commercial Division**

**IN THE MATTER OF the Digital Assets and
Registered Exchanges Act, 2020 (as amended)**

**AND IN THE MATTER OF
FTX DIGITAL MARKETS LTD.**
(A Registered Digital Asset Business)

**AND IN THE MATTER OF the
Companies (Winding Up Amendment) Act, 2011**

---

**PETITION**

---

2022
COM/com

Securities Commission of The Bahamas

**Securities Commission of The Bahamas**
2nd Floor Poinciana House,
North Building
31A East Bay Street
Nassau, N.P., The Bahamas

COMMONWEALTH OF THE BAHAMAS

IN THE SUPREME COURT

COMMERCIAL DIVISION

2022/COM/com

> SUPREME COURT
> NOV 1 5 2022
> NASSAU, BAHAMAS

IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020

(as amended)


AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.

(A Registered Digital Asset Business)


SECURITIES COMMISSION OF THE BAHAMAS

Plaintiff

AND

FTX DIGITAL MARKETS LTD.

Defendant

---

# ORDER

---


**Before The Honourable Justice Loren Klein**

**Dated the 12th day of November, A.D., 2022**


**UPON AN URGENT APPLICATION**, made orally and ex parte, on behalf of The Securities Commission of The Bahamas ("the Application").

**AND UPON HEARING** Mr. Robert K. Adams, KC and Edward J. Marshall II of Counsel for The Securities Commission of The Bahamas

**AND THE COURT,** being satisfied by Counsel appearing for The Securities Commission that the Provisional Liquidator of the FTX Digital Markets Ltd had been notified of the Application

**AND UPON THE UNDERTAKING** of Counsel for the Applicant to file herein an Originating Summons and Affidavit in support thereof on Monday, 14 November 2022

**IT IS ORDERED THAT** The Securities Commission of The Bahamas is hereby granted leave to commence proceedings against FTX Digital Markets Ltd for relief under section 46 of the Digital Assets and Registered Exchanges Act, 2020.

**AND IT IS ORDERED** that the costs of and occasioned by this application are to be costs in the cause.

**BY ORDER OF THE COURT**

**REGISTRAR**

COMMONWEALTH OF THE BAHAMAS
IN THE SUPREME COURT
COMMERCIAL DIVISION

IN THE MATTER OF the Digital Assets and
Registered Exchanges Act, 2020
(as amended)

AND IN THE MATTER OF FTX DIGITAL
MARKETS LTD.
(A Registered Digital Asset Business)

SECURITIES COMMISSION OF THE
BAHAMAS

Plaintiff

AND

FTX DIGITAL MARKETS LTD.

Defendant

_____

# ORDER

_____

2022/COM/com

DELANEY PARTNERS
Lyford Manor (West Bldg)
Western Road, Lyford Cay
New Providence, The Bahamas

Attorneys for the Plaintiff

RKA/EJM/sjs

**COMMONWEALTH OF THE BAHAMAS**                     2022/COM/com

**IN THE SUPREME COURT**

**COMMERCIAL DIVISION**

SUPREME COURT

NOV 1 4 2022

NASSAU, BAHAMAS

IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020

(as amended)


AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.

(A Registered Digital Asset Business)


SECURITIES COMMISSION OF THE BAHAMAS

Plaintiff

AND

FTX DIGITAL MARKETS LTD.

Defendant

---

# ORDER

---

**Before The Honourable Justice Loren Klein**

**Dated the 12th day of November, A.D., 2022**


**UPON AN URGENT APPLICATION**, made orally and ex parte, on behalf of The Securities Commission of The Bahamas ("the Application").

**AND UPON HEARING** Mr. Robert K. Adams, KC and Edward J. Marshall II of Counsel for The Securities Commission of The Bahamas

**AND THE COURT,** being satisfied by Counsel appearing for The Securities Commission that the Provisional Liquidator of the FTX Digital Markets Ltd had been notified of the Application

**AND UPON THE UNDERTAKING** of Counsel for the Applicant to file herein an Originating Summons and Affidavit in support thereof on Monday, 14 November 2022

**IT IS HEREBY ORDERED THAT** The Securities Commission of The Bahamas, as regulator, do take the action of directing FTX Digital Markets Ltd, whether by its Provisional Liquidator or otherwise, to transfer forthwith to an account and/or digital wallet(s) established and maintained by The Securities Commission of The Bahamas all of the digital assets on the FTX.com platform within the possession, custody and/or under the control of FTX Digital Markets Ltd, its officers, directors, employees and/or agents, including any digital assets held upon trust by FTX Digital Markets Ltd, on the grounds that such action is necessary to protect the interests of clients and creditors of FTX Digital Markets Ltd and otherwise in the public interest to do so

**AND IT IS ORDERED** that the costs of and occasioned by this application are to be costs in the cause.

**THIS ORDER** shall remain in force until varied or discharged upon application being made on two clear days' notice **AND** the parties shall be at liberty to apply.

**BY ORDER OF THE COURT**

**REGISTRAR**

COMMONWEALTH OF THE BAHAMAS

IN THE SUPREME COURT

COMMERCIAL DIVISION

IN THE MATTER OF the Digital Assets and
Registered Exchanges Act, 2020
(as amended)

AND IN THE MATTER OF FTX DIGITAL
MARKETS LTD.
(A Registered Digital Asset Business)

SECURITIES COMMISSION OF THE
BAHAMAS

**Plaintiff**

AND

FTX DIGITAL MARKETS LTD.

**Defendant**

---

# ORDER

---

**2022/COM/com**

*Delaney Partners*
**DELANEY PARTNERS**
Lyford Manor (West Bldg)
Western Road, Lyford Cay
New Providence, The Bahamas

Attorneys for the Plaintiff

RKA/EJM/sjs

COMMONWEALTH OF THE BAHAMAS    2022/COM/com

IN THE SUPREME COURT

COMMERCIAL DIVISION

SUPREME COURT

NOV 2 2 2022

IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020

(as amended)

AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.

(A Registered Digital Asset Business)

SECURITIES COMMISSION OF THE BAHAMAS

**Plaintiff**

**AND**

FTX DIGITAL MARKETS LTD.

**Defendant**

---

## SUPPLEMENTAL ORDER

---

**Before The Honourable Chief Justice Ian Winder**

**Dated the 21st day of November, A.D., 2022**

**UPON THE APPLICATION** of the Plaintiff, Securities Commission of The Bahamas, made by Summons dated 18th November and filed herein on 21st November, 2022.

**AND UPON HEARING** Mr. Robert K. Adams, KC and Mr. Edward J. Marshall II of Counsel for the Securities Commission of The Bahamas, and Mrs. Sophia T. Rolle-Kapousouzoglou with Mr Valdere J. Murphy of Counsel for the Joint Provisional Liquidators of FTX Digital Markets Ltd.

**AND UPON READING** the Second Affidavit of Christina R. Rolle sworn on 18th November, 2022 and filed herein on 21st November, 2022.

**IT IS HEREBY ORDERED THAT:**

1. The digital assets transferred by FTX Digital Markets Ltd ("FTXDM") to digital wallet(s) established and maintained by the Securities Commission of The Bahamas ("the Commission") under the authority of the Order of The Honourable Justice Loren Klein made on 12th November 2022 to enable to regulatory and administrative action by the Commission to protect the assets of FTXDM in the interest of the clients and creditors of FTXDM, shall continue to be held in the custody of the Commission as regulator under the continuing direction of this Honourable Court and so long as held by the Commission, the Commission shall be regarded as acting as trustee in the administration of trust assets within the meaning of the Trustee Act Ch.176 for the benefit of the clients and/or creditors of FTXDM, pending directions for the continued safe custody of the said assets issued by this Honourable Court to the joint provisional liquidators and/or the Commission in the proceeding for the winding-up of FTXDM or further order.

2. For the avoidance of doubt, the Commission is entitled to be indemnified as a trustee under the law, including without limitation, pursuant to The Trustee Act, Ch. 176.

3. Further, for the avoidance of doubt, the Commission is entitled to be reimbursed out of the said assets held upon trust, with respect to the expenses, costs and charges reasonably incurred in connection with, or by reason of, the action taken by the Commission under the authority of the said Order made on 12th November, 2022 to protect the said assets in the interest of the clients and/or creditors of FTXDM, including but not limited to, costs associated with establishing and maintaining the digital wallet(s).

4. Any indemnifying payment to be made under paragraph 2 herein and/or re-imbursement to be made under paragraph 3 herein to the Commission shall require prior approval of the Court.

5. The Second Affidavit of Christina Rolle and other documents filed herein (including counsel's skeleton argument) and the affidavits and documents filed herein in the future, save for the Originating Notice of Motion, Orders

of The Honourable Justice Klein made on 12th November and 16th November, 2022 and this Order, shall be sealed and kept confidential until further Order.

6. The costs of and occasioned by this application are to be paid to the Commission as a trustee of the said assets.

7. The parties be at liberty to apply.

**BY ORDER OF THE COURT**

**REGISTRAR**

COMMONWEALTH OF THE BAHAMAS
IN THE SUPREME COURT
COMMERCIAL DIVISION

IN THE MATTER OF the Digital Assets and
Registered Exchanges Act, 2020
(as amended)

AND IN THE MATTER OF FTX DIGITAL
MARKETS LTD.
(A Registered Digital Asset Business)

SECURITIES COMMISSION OF THE
BAHAMAS

**Plaintiff**

AND

FTX DIGITAL MARKETS LTD.

**Defendant**

---

## SUPPLEMENTAL ORDER

---

**2022/COM/com**

*Delaney Partners*
**DELANEY PARTNERS**
Lyford Manor (West Bldg)
Western Road, Lyford Cay
New Providence, The Bahamas

Attorneys for the Plaintiff

RKA/EJM/sjs 0833-2949

COMMONWEALTH OF THE BAHAMAS

IN THE SUPREME COURT

COMMERCIAL DIVISION

SUPREME COURT

NOV 1 6 2022

NASSAU, BAHAMAS

2022/COM/com

IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020

(as amended)

AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.

(A Registered Digital Asset Business)

BETWEEN

SECURITIES COMMISSION OF THE BAHAMAS

Plaintiff

AND

FTX DIGITAL MARKETS LTD.

Defendant

---

# ORDER

---

**Before The Honourable Justice Loren Klein**

**Dated the 16th day of November, A.D., 2022**

**UPON THE URGENT APPLICATION** of the Plaintiff by Summons filed herein on 16 November 2022

**AND UPON HEARING** Mr. Robert K. Adams, KC and Edward J. Marshall II of Counsel for the Plaintiff

**AND THE COURT,** being satisfied by Counsel appearing for the Plaintiff that the Provisional Liquidator of the FTX Digital Markets Ltd had been notified of the Application

**IT IS ORDERED THAT** the Affidavit of Christina Rolle and other documents to be filed save for the Originating Notice of Motion and the Orders made herein on 12th November 2022 and filed on 14th and 15th November 2022, respectively, shall be sealed and kept confidential until further Order **AND IT IS ORDERED** that the costs of and occasioned by this application are to be costs in the cause.

**THIS ORDER** shall remain in force until varied or discharged upon application being made on two clear days' notice **AND** the parties shall be at liberty to apply.

**BY ORDER OF THE COURT**

**REGISTRAR**

**COMMONWEALTH OF THE BAHAMAS**
**IN THE SUPREME COURT**
**COMMERCIAL DIVISION**

**IN THE MATTER OF the Digital Assets and**
**Registered Exchanges Act, 2020**
**(as amended)**

**AND IN THE MATTER OF FTX DIGITAL**
**MARKETS LTD.**
**(A Registered Digital Asset Business)**

**BETWEEN**

**SECURITIES COMMISSION OF THE**
**BAHAMAS**

**Plaintiff**

**AND**

**FTX DIGITAL MARKETS LTD.**

**Defendant**

---

## ORDER

---

**2022/COM/com**

*Delaney Partners*
**DELANEY PARTNERS**
Lyford Manor (West Bldg)
Western Road, Lyford Cay
New Providence, The Bahamas

Attorneys for the Plaintiff

RKA/EJM/sjs 0833-2949