# Exhibit H

WHITE & CASE

December 7, 2022

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: James Bromley
    Andrew Dietderich
    Brian Gluckstein

**RE:** *In re FTX Digital Markets Ltd.*, Case No. 22-11217 (Bankr. D. Del.)

Dear Gentlemen:

As you know, we represent Brian Simms KC, Kevin Cambridge and Peter Greaves in their capacities as joint provisional liquidators ("***JPLs***") of FTX Digital Markets Ltd. (the "***Company***"), which was placed into provisional liquidation by the Supreme Court of the Commonwealth of The Bahamas upon a petition presented by the Securities Commission of The Bahamas for the winding up of the Company.

Thank you for taking the time to speak with us on Thursday, December 1, 2022. As discussed, the JPLs urgently require immediate access to the Company's electronic records that are contained on certain of the systems controlled by the Chapter 11 Debtors. The JPLs have been cut off from those systems and their access must be immediately restored. Without access, there are potentially severe adverse impacts and possible damage to the Company because the Company's assets are at real risk of dissipation. Moreover, information key to the JPLs' investigation is expected to be automatically wiped over time if not preserved. The specific systems at issue were identified in my November 30, 2022 letter and include:

1. Slack
2. Google Mail / Google Chat
3. Google Drive
4. AWS Cloud Platform
5. Google Cloud Platform BigQuery

Please restore access to the JPLs by no later than 5PM EST on Thursday, December 8, 2022. We understand that for certain sensitive systems you have created a recent "clone" of the live database. For immediate purposes, access to these clones will be sufficient.

WHITE & CASE

Sullivan & Cromwell LLP
December 7, 2022

While we strongly prefer to work with you consensually on this matter, we are prepared to seek urgent assistance from the Bankruptcy Court if necessary. Thank you in advance for your cooperation. We are available to discuss this matter further if helpful.

Best regards,

Brian Pfeiffer
Partner