## Exhibit A

**Voluntary Chapter 11 Petition filed in Case No. 22-11076 (Bankr. D. Del)**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                    (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    FTX Property Holdings Ltd

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number** (EIN)        9  8  –  1  6  2  8  6  3  5

4. **Debtor's address**     Principal place of business

   | | |
   |---|---|
   | Shirley Street | |
   | Number     Street | |
   | G.K. Symonette Building | |
   | Nassau, New Providence | |
   | City              State       ZIP Code | |
   | Bahamas | |
   | County | |

   Mailing address, if different from principal place
   of business

   Number        Street

   P.O. Box

   City                   State        ZIP Code

   **Location of principal assets, if different from
   principal place of business**

   Number        Street

   City                   State        ZIP Code

5. **Debtor's website** (URL)

| Debtor | FTX Property Holdings Ltd | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>   <u>2</u>   <u>3</u>   <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor    FTX Property Holdings Ltd
          _____
          Name                                                    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.   District _____ When _____ Case number _____
                                              MM / DD / YYYY

            District _____ When _____ Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes.   Debtor    See Annex 1                         Relationship _____

             District _____ When _____
                                                                 MM / DD / YYYY

             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number        Street

                                _____

                                _____
                                City                          State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

| Debtor | FTX Property Holdings Ltd | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☑ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets***

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☑ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities***

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☑ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/11/2022
　　　　　　　　 MM  / DD / YYYY

✖ /s/ John J. Ray

Signature of authorized representative of debtor

John J. Ray III

Printed name

Title    Chief Executive Officer

*Estimates provided on a consolidated basis as of December 31, 2021.

| Debtor | FTX Property Holdings Ltd | Case number (*if known*)_____ |
| --- | --- | --- |
| | Name | |

**18. Signature of attorney**

✖   /s/ Adam G. Landis                                    Date   11/11/2022

Signature of attorney for debtor                          MM   / DD / YYYY

Adam G. Landis
Printed name

Landis Rath & Cobb LLP
Firm name

919          North Market Street, Suite 1800
Number       Street

Wilmington                                    DE          19801
City                                          State       ZIP Code

(302) 467-4400                                landis@lrclaw.com
Contact phone                                 Email address

3407                                          DE
Bar number                                    State

**Fill in this information to identify the case and this filing:**

Debtor Name __FTX Property Holdings Ltd_____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/11/2022__          ✗ _/s/ John J. Ray_____
              MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                        __John J. Ray III_____
                                        Printed name

                                        __Chief Executive Officer_____
                                        Position or relationship to debtor

**ANNEX 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the U.S. Bankruptcy Court for the District of Delaware for relief under Title 11 of the United States Code.  The Debtors intend to move for joint administration of these cases under the case number assigned to the Chapter 11 case of FTX Trading Ltd.

1.     Alameda Aus Pty Ltd

2.     Alameda Global Services Ltd.

3.     Alameda Research (Bahamas) Ltd

4.     Alameda Research Holdings Inc.

5.     Alameda Research KK

6.     Alameda Research LLC

7.     Alameda Research Ltd

8.     Alameda Research Pte Ltd

9.     Alameda Research Yankari Ltd

10.     Alameda TR Ltd

11.     Alameda TR Systems S. de R. L.

12.     Allston Way Ltd

13.     Altalix Ltd

14.     Analisya Pte Ltd

15.     Atlantis Technology Ltd.

16.     B for Transfer Egypt

17.     B Payment Services Nigeria

18.     B Transfer Services Ltd

19.     B Transfer Services Ltd. UAE

20.     B Transfer Services Uganda

21.     Bancroft Way Ltd

22.     BitPesa Kenya Ltd.

23.     BitPesa RDC SARL

24.     BitPesa Senegal Ltd.

25.     BitPesa South Africa

26.     BitPesa Tanzania Ltd.

27.     BitPesa Uganda Ltd.

28.     Bitvo, Inc.

29.     Blockfolio Holdings, Inc.

30.     Blockfolio, Inc.

31.     Blue Ridge Ltd

32.     BT Payment Services Ghana

33.     BT Payment Services South Africa

34.     BT Payments Uganda

35.     BT Pesa Nigeria Ltd.

36.     BTC Africa S.A.

37.     BTLS Limited Tanzania

38.     Cardinal Ventures Ltd

39.     Cedar Bay Ltd

40.     Cedar Grove Technology Services, Ltd

41.     Clifton Bay Investments LLC

42.     Clifton Bay Investments Ltd

43.     CM-Equity AG

44.     Corner Stone Staffing

45.     Cottonwood Grove Ltd

46.     Cottonwood Technologies Ltd.

47.     Crypto Bahamas LLC

48.     DAAG Trading, DMCC

49.     Deck Technologies Holdings LLC

50.     Deck Technologies Inc.

51.     Deep Creek Ltd

52.     Digital Custody Inc.

53.     Euclid Way Ltd

54.     Exchange 4 Free Seychellen

55.     Exchange 4Free Australia Br.

56.     Exchange 4Free Ltd.

57.     Exchange 4Free South Africa Br.

58.     Exchange 4Free Swiss Branch

59.     Finfax Company

60.     FTX (Gibraltar) Ltd

61.     FTX Canada Inc

62.     FTX Certificates GmbH

63.     FTX Crypto Services Ltd.

64.     FTX Digital Assets LLC

65.     FTX Digital Holdings (Singapore) Pte Ltd

66.     FTX EMEA Ltd.

67.     FTX Equity Record Holdings Ltd

68.     FTX Europe AG

69.     FTX Exchange FZE

70.     FTX Hong Kong Ltd

71.     FTX Japan Holdings K.K.

72.     FTX Japan K.K.

73.     FTX Japan Services KK

74.     FTX Lend Inc.

75.     FTX Marketplace, Inc.

76.     FTX Products (Singapore) Pte Ltd

77.     FTX Property Holdings Ltd

78.     FTX Services Solutions Ltd.

79.     FTX Structured Products AG

80.     FTX Switzerland GmbH

81.     FTX Trading GmbH

82.     FTX Trading Ltd

83.     FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET

84.     FTX US Derivatives LLC

85.     FTX US Services, Inc.

86.     FTX US Trading, Inc

87.     FTX Vault Trust Company

88.     FTX Ventures Ltd

89.     FTX Ventures Partnership

90.     FTX Zuma Ltd

91.     GG Trading Terminal Ltd

92.     Global Compass Dynamics Ltd.

93.     Good Luck Games, LLC

94.     Goodman Investments Ltd.

95.     Hannam Group Inc

96.     Hawaii Digital Assets Inc.

97.     Hilltop Technology Services LLC

98.     Hive Empire Trading Pty Ltd

99.     Innovatia Ltd

100.    Island Bay Ventures Inc

101.    K-DNA Financial Services Ltd

102.    Killarney Lake Investments Ltd

103.    Ledger Holdings Inc.

104.    LedgerPrime Bitcoin Yield Enhancement Fund, LLC

105.    LedgerPrime Bitcoin Yield Enhancement Master Fund LP

106.    LedgerPrime Digital Asset Opportunities Fund, LLC

107.    LedgerPrime Digital Asset Opportunities Master Fund LP

108.    Ledger Prime LLC

109.    LedgerPrime Ventures, LP

110.    Liquid Financial USA Inc.

111.    LiquidEX LLC

112.    Liquid Securities Singapore Pte Ltd

113.    LT Baskets Ltd.

114.    Maclaurin Investments Ltd.

115.    Mangrove Cay Ltd

116.    North Dimension Inc

117.    North Dimension Ltd

118.    North Wireless Dimension Inc

119. Paper Bird Inc

120. Pioneer Street Inc.

121. Quoine India Pte Ltd

122. Quoine Pte Ltd

123. Quoine Vietnam Co. Ltd

124. SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ

125. Strategy Ark Collective Ltd.

126. Technology Services Bahamas Limited

127. Tigetwit Ltd

128. TransferZero

129. Verdant Canyon Capital LLC

130. West Innovative Barista Ltd.

131. West Realm Shires Financial Services Inc.

132. West Realm Shires Services Inc.

133. Western Concord Enterprises Ltd.

134. Zubr Exchange Ltd

Omnibus Corporate Authority

I, Samuel Benjamin Bankman-Fried, as controlling owner, director, officer, manager or other authorized person with respect to West Realm Shires Inc., Paper Bird Inc., Hilltop Technology Services LLC, Cedar Grove Technologies Services, Ltd., FTX Trading Ltd, Alameda Research LLC and Clifton Bay Investments LLC (the "Top Companies"), and all of their directly and indirectly owned subsidiaries (together with the Top Companies, the "FTX Group"), hereby authorize, instruct and consent to the following corporate actions with respect to all members of the FTX Group:

(i)     the appointment of John J. Ray III (the "CEO") as Chief Executive Officer with plenary authority to exercise all powers and authority capable of delegation to an officer under applicable law, including without limitation in connection with a voluntary filing for protection from creditors under Title 11 of the United States Code and any restructuring and insolvency-related proceeding that may be appropriate or necessary, or may be commenced by third parties, with respect to all members of the FTX Group;

(ii)     the execution and delivery of any agreements, documents or instruments the CEO determines to be appropriate in connection with the foregoing;

(iii)     the retention of counsel and other advisors, and the execution and delivery of any agreements, documents or instruments in connection with the foregoing;

(iv)     the appointment of Stephen Neal (if willing to serve) as Chairman of the Board, to the extent applicable law permits me to so designate him as such, and one to three other individuals chosen by the CEO and not affiliated with me or the CEO as new directors of FTX Trading Ltd.;

(v)     the appointment of Stephen Neal (if willing to serve) as Chairman of the Board, to the extent applicable law permits me to so designate him as such, and one to three other individuals chosen by the CEO and not affiliated with me or the CEO as new directors of Alameda Research Ltd.;

(vi)     the appointment of Stephen Neal (if willing to serve) as Chairman of the Board, to the extent applicable law permits me to so designate him as such, and one to three other individuals chosen by the CEO and not affiliated with me or the CEO as new directors of West Realm Shires Inc.;

(vii)     if the CEO shall so determine, the appointment of one or more individuals chosen by the CEO and not affiliated with me as director of other members of the FTX Group;

(iv)     the performance of any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing.

It is my wish that the CEO consult with my counsel at Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to the foregoing director appointments.

Date:  November 10, 2022

*Samuel Benjamin Bankman-Fried*
672DA88132804B9

Samuel Benjamin Bankman-Fried

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, FTX Trading Ltd., on behalf of itself and certain of its affiliates as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), respectfully represents:

1. 100% of the equity of Alameda Aus Pty Ltd is owned by Alameda Research Ltd.

2. 100% of the equity of Alameda Global Services Ltd. is owned by Alameda Research LLC.

3. 100% of the equity of Alameda Research (Bahamas) Ltd is owned by Alameda Research Ltd.

4. 100% of the equity of Alameda Research Holdings Inc. is owned by Alameda Research LLC.

5. 100% of the equity of Alameda Research KK is owned by Alameda Research LLC.

6. There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Alameda Research LLC.

7. 100% of the equity of Alameda Research Ltd is owned by Alameda Research LLC.

8. 100% of the equity of Alameda Research Pte Ltd is owned by Alameda Research Ltd.

9. 100% of the equity of Alameda Research Yankari Ltd is owned by Alameda Research Ltd.

10.     100% of the equity of Alameda TR Ltd is owned by Alameda Research Ltd.

11.     100% of the equity of Alameda TR Systems S. de R. L. is owned by Alameda Research Ltd.

12.     100% of the equity of Allston Way Ltd is owned by FTX Trading Ltd.

13.     100% of the equity of Altalix Ltd is owned by FTX Europe AG.

14.     100% of the equity of Analisya Pte Ltd is owned by FTX Trading Ltd.

15.     100% of the equity of Atlantis Technology Ltd. is owned by Alameda Research Holdings Inc.

16.     100% of the equity of B For Transfer Egypt is owned by B Transfer Services Ltd.

17.     Approximately 90% of B Payment Services Nigeria is owned by B Transfer Services Ltd, and approximately 10% is owned by third party investors.

18.     100% of the equity of B Transfer Services Ltd is owned by BTC Africa S.A.

19.     100% of the equity of B Transfer Services Ltd. UAE is owned by B Transfer Services Ltd.

20.     100% of the equity of B Transfer Services Uganda is owned by B Transfer Services Ltd.

21.     100% of the equity of Bancroft Way Ltd is owned by FTX Trading Ltd.

22.     100% of the equity of BitPesa Kenya Ltd. is owned by BTC Africa S.A.

23.     100% of the equity of BitPesa RDC SARL is owned by BTC Africa S.A.

24.     100% of the equity of BitPesa Senegal Ltd. is owned by BTC Africa S.A.

25.     100% of the equity of BitPesa South Africa is owned by BTC Africa S.A.

26.     100% of the equity of BitPesa Tanzania Ltd. is owned by BTC Africa S.A.

27.     100% of the equity of BitPesa Uganda Ltd. is owned by BTC Africa S.A.

28.     100% of the equity of Bitvo, Inc is owned by FTX Canada Inc.

29.     100% of the equity of Blockfolio Holdings, Inc. is owned by FTX Trading Ltd.

30.     Approximately 52% of the equity of Blockfolio, Inc. is owned by Blockfolio Holdings, Inc., and approximately 48% is owned by third party investors.

31.     100% of the equity of Blue Ridge Ltd is owned by Alameda Research Ltd.

32.     Approximately 70% of BT Payment Services Ghana is owned by B Transfer Services Ltd, and approximately 10% is owned by third party investors.

33.     100% of the equity of BT Payment Services South Africa is owned by B Transfer Services Ltd.

34.     100% of the equity of BT Payments Uganda is owned by B Transfer Services Ltd.

35.     100% of the equity of BT Pesa Nigeria Ltd. is owned by BTC Africa S.A.

36.     100% of the equity of BTC Africa S.A. is owned by FTX Europe AG.

37.     100% of the equity of BTLS Limited Tanzania is owned by B Transfer Services Ltd.

38.     100% of the equity of Cardinal Ventures Ltd is owned by Alameda Research Ltd.

39.     100% of the equity of Cedar Bay Ltd is owned by Alameda Research Ltd.

40.     There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Cedar Grove Technology Services, Ltd.

41.     There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Clifton Bay Investments LLC.

42.     100% of the equity of Clifton Bay Investments Ltd is owned by Clifton Bay Investments LLC.

43.     Approximately 10% of the equity of CM-Equity AG is owned by FTX Europe AG, and approximately 90% is owned by third party investors.

44.     100% of the equity of Corner Stone Staffing is owned by BTC Africa S.A.

45.     100% of the equity of Cottonwood Grove Ltd is owned by Alameda Research Ltd.

46.     100% of the equity of Cottonwood Technologies Ltd is owned by Alameda Research Ltd.

47.     100% of the equity of Crypto Bahamas LLC is owned by FTX Trading Ltd.

48.     100% of the equity of DAAG Trading, DMCC is owned by FTX Europe AG.

49.     There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Deck Technologies Holdings LLC.

50.     100% of the equity of Deck Technologies Inc.is owned by Deck Technologies Holdings LLC.

51.     100% of the equity of Deep Creek Ltd is owned by FTX Trading Ltd.

52.    100% of the equity of Digital Custody Inc. is owned by West Realm Shires Inc.

53.    100% of the equity of Euclid Way Ltd is owned by Alameda Research Ltd.

54.    100% of the equity of Exchange 4 Free Seychellen is owned by Exchange 4Free Ltd.

55.    100% of the equity of Exchange 4Free Australia Br is owned by Exchange 4Free South Africa Br.

56.    100% of the equity of Exchange 4Free Ltd. is owned by BTC Africa S.A.

57.    100% of the equity of Exchange 4Free South Africa Br. is owned by Exchange 4Free Ltd.

58.    100% of the equity of Exchange 4Free Swiss Branch is owned by Exchange 4Free Australia Br.

59.    100% of the equity of Finfax Company is owned by BTC Africa S.A.

60.    100% of the equity of FTX (Gibraltar) Ltd is owned by FTX Trading Ltd.

61.    100% of the equity of FTX Canada Inc is owned by FTX Trading Ltd.

62.    100% of the equity of FTX Certificates GmbH is owned by FTX Europe AG.

63.    100% of the equity of FTX Crypto Services Ltd. is owned by FTX Trading Ltd.

64.    100% of the equity of FTX Digital Assets LLC is owned by West Realm Shires Financial Services Inc.

65.     100% of the equity of FTX Digital Holdings (Singapore) Pte Ltd is owned by FTX Trading Ltd.

66.     100% of the equity of FTX EMEA Ltd. is owned by FTX Trading Ltd.

67.     100% of the equity of FTX Equity Record Holdings Ltd is owned by FTX Trading Ltd.

68.     100% of the equity of FTX Europe AG is owned by FTX Trading Ltd.

69.     100% of the equity of FTX Exchange FZE is owned by FTX Europe AG.

70.     100% of the equity of FTX Hong Kong Ltd is owned by FTX Trading Ltd.

71.     100% of the equity of FTX Japan Holdings K.K. is owned by FTX Trading Ltd.

72.     100% of the equity of FTX Japan K.K. is owned by FTX Japan Holdings K.K.

73.     100% of the equity of FTX Japan Services KK is owned by FTX Japan Holdings K.K.

74.     100% of the equity of FTX Lend Inc. is owned by West Realm Shires Inc.

75.     100% of the equity of FTX Marketplace, Inc. is owned by West Realm Shires Inc.

76.     100% of the equity of FTX Products (Singapore) Pte Ltd is owned by FTX Trading Ltd.

77.     100% of the equity of FTX Property Holdings Ltd is owned by FTX Trading Ltd.

78.     100% of the equity of FTX Services Solutions Ltd. is owned by FTX Trading Ltd.

79.     100% of the equity of FTX Structured Products AG is owned by FTX Europe AG.

80.     100% of the equity of FTX Switzerland GmbH is owned by FTX Europe AG.

81.     100% of the equity of FTX Trading GmbH is owned by FTX Trading Ltd.

82.     Approximately 75% of FTX Trading Ltd. is owned by Paper Bird Inc., and approximately 25% is owned by third party investors.

83.     100% of the equity of FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET is owned by FTX Trading Ltd.

84.     100% of the equity of FTX US Derivatives LLC is owned by Ledger Holdings Inc.

85.     100% of the equity of FTX US Services, Inc. is owned by West Realm Shires Services Inc.

86.     100% of the equity of FTX US Trading, Inc. is owned by West Realm Shires Services Inc.

87.     100% of the interest in FTX Vault Trust Company is held by Digital Custody Inc.

88.     100% of the equity of FTX Ventures Ltd is owned by Paper Bird Inc.

89.     100% of the equity of FTX Ventures Partnership is owned by FTX Ventures Ltd.

90.     100% of the equity of FTX Zuma Ltd is owned by FTX Trading Ltd.

91.     100% of the equity of GG Trading Terminal Ltd is owned by FTX Trading Ltd.

92.     100% of the equity of Global Compass Dynamics Ltd. is owned by FTX Trading Ltd.

93.     100% of the equity of Good Luck Games, LLC. is owned by West Realm Shires Inc.

94.     100% of the equity of Goodman Investments Ltd is owned by Alameda Research Holdings Inc.

95.     100% of the equity of Hannam Group Inc is owned by Alameda Research LLC.

96.     100% of the equity of Hawaii Digital Assets Inc. is owned by West Realm Shires Inc.

97.     There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Hilltop Technology Services LLC.

98.     100% of the equity of Hive Empire Trading Pty Ltd is owned by FTX Trading Ltd.

99.     100% of the equity of Innovatia Ltd. is owned by FTX Trading Ltd.

100.    100% of the equity of Island Bay Ventures Inc is owned by Paper Bird Inc.

101.    100% of the equity of K-DNA Financial Services Ltd is owned by FTX Europe AG.

102.    100% of the equity of Killarney Lake Investments Ltd is owned by Alameda Research Holdings Inc.

103.    100% of the equity of Ledger Holdings Inc. is owned by West Realm Shires Inc.

104.    100% of the equity of LedgerPrime Bitcoin Yield Enhancement Fund, LLC is owned by Ledger Prime LLC.

105.    100% of the equity of LedgerPrime Bitcoin Yield Enhancement Master Fund LP is owned by LedgerPrime Bitcoin Yield Enhancement Fund, LLC.

106.    100% of the equity of LedgerPrime Digital Asset Opportunities Fund, LLC is owned by Ledger Prime LLC.

107.    100% of the equity of LedgerPrime Digital Asset Opportunities Master Fund LP is owned by LedgerPrime Digital Asset Opportunities Fund, LLC.

108.    100% of the equity of Ledger Prime LLC is owned by Alameda Research LLC.

109.    100% of the equity of LedgerPrime Ventures, LP is owned by Ledger Prime LLC.

110.    Approximately 50% of the equity of Liquid Financial USA Inc. is owned by FTX Japan Holdings K.K. and approximately 50% is owned by third party investors.

111.    100% of the equity of LiquidEX LLC is owned by Liquid Financial USA Inc.

112.    100% of the equity of Liquid Securities Singapore Pte Ltd is owned by FTX Trading Ltd.

113.    100% of the equity of LT Baskets Ltd. is owned by FTX Trading Ltd.

114.    100% of the equity of Maclaurin Investments Ltd. is owned by Alameda Research Ltd.

115.    100% of the equity of Mangrove Cay Ltd is owned by FTX Trading Ltd.

116. 100% of the equity of North Dimension Inc is owned by Alameda Research LLC.

117. 100% of the equity of North Dimension Ltd is owned by Alameda Research Ltd.

118. 100% of the equity of North Wireless Dimension Inc is owned by Alameda Research LLC.

119. There is no parent corporation or publically held corporation that has been identified owning 10% or more of the equity of Paper Bird Inc.

120. 100% of the equity of Pioneer Street Inc. is owned by West Realm Shires Inc.

121. 100% of the equity of Quoine India Pte Ltd is owned by FTX Japan K.K.

122. 100% of the equity of Quoine Pte Ltd is owned by FTX Japan Holdings K.K.

123. 100% of the equity of Quoine Vietnam Co. Ltd is owned by FTX Japan K.K.

124. 100% of the equity of SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ is owned by Alameda Research Ltd.

125. 100% of the equity of Strategy Ark Collective Ltd.  is owned by Alameda Research Ltd.

126. 100% of the equity of Technology Services Bahamas Limited is owned by FTX Trading Ltd.

127. 100% of the equity of Tigetwit Ltd is owned by FTX Europe AG.

128. 100% of the equity of TransferZero is owned by BTC Africa S.A.

129.    100% of the equity of Verdant Canyon Capital LLC is owned by Alameda Research LLC.

130.    100% of the equity of West Innovative Barista Ltd. is owned by FTX Trading Ltd.

131.    100% of the equity of West Realm Shires Financial Services Inc. is owned by West Realm Shires Inc.

132.    100% of the equity of West Realm Shires Services Inc. is owned by West Realm Shires Inc.

133.    100% of the equity of Western Concord Enterprises Ltd. is owned by FTX Trading Ltd.

134.    100% of the equity of Zubr Exchange Ltd is owned by Innovatia Ltd.