**<u>Exhibit A</u>**

**FTX Property Holdings Ltd.'s Register of Directors**

# FTX PROPERTY HOLDINGS LTD.
## REGISTER OF DIRECTORS

Incorporation date: 22nd July, 2021

## COMPANY REGISTRATION NO. 207268 B

| Name | Address | Occupation | Date of Election | Date when ceased to be a Director | Remarks |
|---|---|---|---|---|---|
| Samuel Bankman-Fried | Flat C, 12/F, Star Studios I, 8-10 Wing Fung Street, Hong Kong | CEO of a Crypto Currency Exchange | 22nd July, 2021 | | |
| Ryan Salame | Gramercy 15A, 38 Caine Road, Hong Kong | Head of OTC | 22nd July, 2021 | | |



REGISTRAR GENERAL'S DEPARTMENT
AUG 0 5 2021
ACCOUNTS
NASSAU, BAHAMAS

COPY