IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Erin E. Broderick of Eversheds Sutherland (US) LLP to represent the Ad Hoc Committee of Non-US Customers of FTX.com in the above-captioned cases.

Dated: December 12, 2022

*/s/ Matthew B. Harvey*
Matthew B. Harvey (No. 5186)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
Email: mharvey@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Illinois, the State of New York, the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 12, 2022

*/s/ Erin E. Broderick*
Erin E. Broderick
EVERSHEDS SUTHERLAND (US) LLP
227 West Monroe Street, Suite 6000
Chicago, IL  60606
Telephone: (312) 724-9006
Facsimile:  (312) 724-9322
Email: erinbroderick@eversheds-sutherland.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 13th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE