**<u>EXHIBIT A</u>**

**WHITE & CASE**

November 30, 2022

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: James Bromley
      Andrew Dietderich

**RE: Preservation Notice in respect of Electronically Stored and Other Information and Data of FTX Digital Markets Ltd.**

Dear Jim and Andy:

As you know, we represent Brian Simms KC, Kevin Cambridge and Peter Greaves in their capacities as joint provisional liquidators ("***JPLs***") of FTX Digital Markets Ltd. (the "***Company***"), which was placed into provisional liquidation by the Supreme Court of Commonwealth of The Bahamas upon a petition made by the Securities Commission of The Bahamas for the winding up of the Company.

We understand that FTX Trading Ltd. and/or certain of its affiliates that are debtors in the pending chapter 11 cases in Delaware (the "***Chapter 11 Debtors***"), or certain employees of the Chapter 11 Debtors, may control access rights to systems containing the Company's records, including, without limitation:

1. Slack
2. Google Mail / Google Chat
3. Google Drive
4. AWS Cloud Platform
5. Google Cloud Platform BigQuery

While we reserve all rights with respect to any actions that have deprived the Company of access to its own business records, the purpose of this letter is to ask that you instruct the Chapter 11 Debtors and their employees to immediately take all necessary and appropriate steps to preserve all information, including all paper copies of documents and all electronically stored information and data (collectively "***ESI***") you may have, whether on the above-mentioned systems or otherwise, that is the property of the Company or that concerns, or is or may be considered relevant to the Company. You should suspend immediately any document destruction policy that, if not suspended, might result in the destruction of such information. The suspension should be applied to paper documents and to ESI.

ESI includes, but is not necessarily limited to, all logs recording access to the above-mentioned systems, or activity within them, and any initial, interim, draft, and final versions of the following: e-mail, voice mail, and other electronic communications (e.g., logged IM); databases; digitized images; spreadsheets;

WHITE & CASE

Sullivan & Cromwell LLP
November 30, 2022

word processing documents; PowerPoint slides and presentations; computerized calendars and personal information manager (PIM) or personal digital assistant (PDA) information; Internet usage; telephone, and network access logs; recorded telephone calls; billing, accounting, or ledger entries; Web sites and Web pages; and all similar data that is stored on, utilized on, or transmitted via computer or computer network, including the Internet.

ESI may be found or stored on laptop or desktop computers (on or offsite, including, potentially, on employees' home computers); network servers or drives; fixed or portable hard drives; floppy drives; thumb drives; flash memory or flash drives; backup tapes or drives; CD-ROM; DVD; secure digital "SD") and similar memory "cards"; cell phones; pagers; PDAs/PIMs; handheld wireless devices (e.g., iPhone, Android, BlackBerry or Palm devices); and iPod, MP3 and similar mobile digital devices and portable hard drives.  Such storage locations and devices fall within the scope of this preservation directive to the extent that you or your employees exercise dominion, care, custody or control over the locations or devices.
Please instruct the Chapter 11 Debtors to forward a copy of this preservation notice to any individuals under any Chapter 11 Debtor's supervision, direction, or control who are, or have been, involved with creating, preparing, storing, or working with documents and other data covered by this preservation notice them and ensure that they comply with it.  Please copy **gbl_fdm_jpl@pwc.com** on the email.

This preservation notice shall remain in effect until you receive written notice of its termination from the JPLs.

Best regards,

Brian Pfeiffer
Partner

2