**EXHIBIT B**

| | |
|---|---|
| **From:** | Bakemeyer, Brett |
| **To:** | Bakemeyer, Brett |
| **Subject:** | FW: [EXTERNAL] RE: FTX |
| **Date:** | Wednesday, December 14, 2022 8:09:35 AM |

**From:** Pfeiffer, Brian <brian.pfeiffer@whitecase.com>
**Date:** Monday, Dec 12, 2022 at 5:55 PM
**To:** Bromley, James L. <bromleyj@sullcrom.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Subject:** RE: FTX

We were referring to Wednesday, December 14.  Please let us know who will be attending from S&C for security purposes.  In terms of other participants, let us know whether cousnel to the Commission will attend and if so, who it will be.

Brian

**From:** Bromley, James L. <bromleyj@sullcrom.com>
**Date:** Monday, Dec 12, 2022 at 5:38 PM
**To:** Pfeiffer, Brian <brian.pfeiffer@whitecase.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Subject:** RE: FTX

Brian,
Thanks for getting back to us.  I want to make sure we're talking about the same Wednesday.  We suggested, Wednesday, December 14.  Are you suggesting Wednesday, December 21?  In any event, we believe that counsel to the Commission should be present.  Your office is fine with us.
Jim

James L. Bromley
T: (212) 558-4923 | F: (212) 291-3588 | C: (973) 901-6898
bromleyj@sullcrom.com

**From:** Pfeiffer, Brian <brian.pfeiffer@whitecase.com>
**Sent:** Monday, December 12, 2022 12:52 PM
**To:** Bromley, James L. <bromleyj@sullcrom.com>; Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Subject:** [EXTERNAL] RE: FTX

Jim,
With respect to an in person meeting, next Wednesday morning at 10 am could work for Jessica and me.   If that works, we would like to host at our office as I have a client meeting on

another deal that immediately follows.  Let us know.   In terms of whether you want to invite counsel to the Securities Commission, we'll leave that to you.   We're ok either way.   Best, Brian

---

**From:** Pfeiffer, Brian <brian.pfeiffer@whitecase.com>
**Date:** Friday, Dec 09, 2022 at 10:49 AM
**To:** Bromley, James L. <bromleyj@sullcrom.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Subject:** RE: FTX

Thanks Jim.  We'll discuss on our end and consider schedules/availability and will get back to you.   Best, Brian

---

**From:** Bromley, James L. <bromleyj@sullcrom.com>
**Date:** Thursday, Dec 08, 2022 at 7:28 PM
**To:** Pfeiffer, Brian <brian.pfeiffer@whitecase.com>, Lauria (Boelter), Jessica <jessica.lauria@whitecase.com>
**Cc:** Dietderich, Andrew G. <dietdericha@sullcrom.com>
**Subject:** FTX

Brian/Jessica,

We have been chatting here and would like to suggest an in person meeting next Wednesday to see if we can take the temperature down.  There are a number of issues of mutual interest that would benefit from transparency and cooperation from both sides of the fence.  We think it would also be helpful to include counsel for the Securities Commission, so that we can have all issues on the table.  Please check with your clients and let us know what they think.

Thanks,

Jim

Btw, Brian, this is what I was calling about earlier.

James L. Bromley

Sullivan & Cromwell LLP | 125 Broad Street |
   New York, NY  10004-2498

T: (212) 558-4923 | F: (212) 291-3588 | C: (973) 901-6898

bromleyj@sullcrom.com | http://www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here [whitecase.com].

================================================================================

**This is an external message from:** brian.pfeiffer@whitecase.com **

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here [whitecase.com].

================================================================================