| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Kevin | Gross | Joint Provisional Liquidators | Richards Layton and Finger |
| Alexa | Kranzley | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Brian | Glueckstein | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Andy | Dietderich | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| James | Bromley | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Adam | Landis | Debtors | Landis Rath & Cobb |
| Kimberly | Brown | Debtors | Landis Rath & Cobb |
| Matthew | Pierce | Debtors | Landis Rath & Cobb |
| Howard | Robertson | Debtors | Landis Rath & Cobb |
| Kadhim | Shubber | NA/Media | Financial Times |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Mia | Cooper | N/A (Listen Only) | |
| Ward | Benson | United States of America/IRS | U.S. Dept. of Justice |
| Stanton | McManus | United States | |
| Daniel | Eggermann | Interested Party | |
| Dabin | Chung | Interested Party | |
| Lawrence | Larose | Proposed Party In Interest | Sheppard Mullin Richter & Hampton LLP |
| Luke | Porcari | Certain Interested Parties | |
| Kimberly | Griffin | n/a | |
| Debbie | Felder | Orrick | Orrick |
| Layla | Milligan | Texas State Securities Board, Dept of Banking | Office of the Texas Attorney General |
| Stuart | Brown | DLA Piper LLP (US) | DLA Piper LLP (US) |
| juliet | sarkessian | US Trustee | |
| Ian | Silverbrand | N/A | |
| Noah | Schotenstein | DLA Piper LLP (US) | DLA Piper LLP (US) |
| LAUREN | WRAY | Interested Party | |
| Sean | Hickey | Interested Party | |
| Chad | Flick | n/a | |
| Dan | Moss | Interested Party | |
| Michael | Gordon | CFRA | Accounting Research & Analytics, LLC d/b/a CFRA |
| Kenneth | Aulet | Securities Commission of The Bahamas | Brown Rudnick LLP |
| Ryan | Sims | Interested Party | Jones Day |
| Jonathan | Dunworth | Party-in-Interest | Shearman & Sterling |
| Jason | Rosell | None | |
| Roma | Desai | TX States Sec. Brd. and Dept. of Banking | Office of the Texas Attorney General |
| Rick | Anigian | BlockFi | Haynes and Boone LLP |
| Randall | Chase | Associated Press | Associated Press |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Tori | Remington | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Tamara | Mann | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| James | Nani | Bloomberg Law | |

| | | | |
|---|---|---|---|
| Lydia | Yale | Interested Party | |
| Eric | Daucher | Interested party | Norton Rose Fulbright US LLP |
| Adam | Goldberg | Interested Party | |
| Meghana | Vunnamadala | Interested Party | |
| Ellen | Bardash | Delaware Business Court | |
| Steven | Church | non-part | |
| Andrew | Rosenblatt | Interested party | Norton Rose Fulbright US LLP |
| Francisco | Vazquez | Interested party | Norton Rose Fulbright US LLP |
| Alexander | Steiger | Joint Provisional Liquidators | Richards, Layton & Finger |
| Timothy | Reilly | Member of the Public | |
| Craig | Rasile | Unknown | Winston & Strawn LLP |
| Kenneth | Perkins | Unknown | WINSTON & STRAWN LLP |
| Sean | Lee | N/A | Simpson Thacher & Bartlett LLP |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan, LLP |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Scott | Jones | Evolve Bank | Cousins Law LLC |
| John | Melko | Interested Party | |
| Scott | Cousins | Evolve Bank | Cousins Law LLC |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Mike | Legge | Reorg | |
| Anthony | Greene | CWT | Cadwalader, Wickersham & Taft |
| jeffrey | sabin | Digital Augean, LLc | Venable, LLp |
| Keith | McCormack | Contrarian Capital | |
| Michael | Small | contract counterparty with a debtor | Foley & Lardner LLP |
| Jane | VanLare | BitGo | CGSH |
| Christian | Ribeiro | CGSH | |
| Sabrina | Streusand | Cloudflare, Inc. | Streusand, Landon, Ozburn & Lemmon, LLP |
| Caroline | Gange | Interested | Kramer Levin Naftalis & Frankel LLP |
| Justin | Magner | '- | |
| Charu | Chitwan | JPLs | White & Case LLP |
| Jasmine | Ball | Equity Party in Interest | Debevoise & Plimpton LLP |
| Paul | Heath | Joint Provisional Liquidators | Richards Layton and Finger |
| Edward | Schnitzer | interested party | Montgomery McCracken Walker & Rhoads LLP |
| David | Queroli | Joint Provisional Liquidators | Richards Layton and Finger |
| Jessica | Lauria (Boelter) | Joint Provisional Liquidators | White & Case |
| Chris | Shore | Joint Provisional Liquidators | White & Case |
| Jason | Zakia | Joint Provisional Liquidators | White & Case |
| Brian | Pfeiffer | Joint Provisional Liquidators | White & Case |
| Joe | Sullivan | Interested Party | |
| William | Gray | Interested Party | Foley Hoag LLP |
| Bob | Teoh | Interested Party | Foley Hoag LLP |
| Philip | Brendel | self | Bloomberg Intelligence |
| Justin | Wohler | Ellington | Ellington |
| Scott | Williams | Arch Insurance Company | Manier & Herod |
| Jeremy | Ryan | Interested Party | Potter Anderson & Corroon LLP |

| | | | |
|---|---|---|---|
| Candice | Korkis | BMO Financial Group | |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Kollen | Post | The Block | |
| Margaret | Newell | United States | Department of Justice |
| Thompson | Tondera | Guest | |
| Kyle | Druding | U.S. Commodity Futures Trading Commission | CFTC |
| John | Penn | Interested Party | Perkins Coie LLP |
| Henry | Curtis | Myself | |
| Amanda | Schaefer | Interested Party | |
| Jordan | Gaglione | Observer | |
| Jeremy | Hill | N/A -- Media | Bloomberg News |
| Mathew | Laskowski | Interested Party | |
| Michael | Blackmon | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Dietrich | Knauth | media observer, Reuters | |
| Sam | Alberts | Interested | Dentons US LLP |
| Claude | Montgomery | Interested | Dentons US LLP |
| Brad | Axelrod | undisclosed | Wollmuth Maher & Deutsch LLP |
| Andrew | Helman | Interested | Dentons US LLP |
| Christian | Garcia | Interested Party | Foley Hoag LLP |
| Grenville | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Marc | Veilleux | CWT | Cadwalader, Wickersham & Taft LLP |
| Loren | Harman | Bank of America | |
| Hugh | McDonald | Interested Party | Pillsbury Winthrop Shaw Pittman LLP |
| Ryan | Beil | FTX Digital Markets | |
| Magali | Duque | Observing | |
| Gabriela | Urias | observing | |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Taylor | Harrison | Debtwire | |
| Vince | Sullivan | Law360 | |
| Ernie | Sadashige | None | |
| Colin | Wilhelm | The Block/Media | The Block |
| Ruth | Ramjit | Observer | Debevoise and Plimpton LLC |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Mark | Hurford | Celsius Network LLC | A.M. Saccullo Legal, LLC |
| Matthew | Ferris | BlockFi | |
| Kat | Phan | FBN | |
| meredith | MITNICK | Various Interested Parties | Goodwin Procter LLP |
| Curtis | Miller | Interested Party | |
| Karlo | Pastrovic | Fox News Digital | |
| David | Grycz | Self | |
| Haydn | Davies | Interested Party | |
| Sophie | Rogers Churchill | Artz Entertainment | Morris, Nichols, Arsht & Tunnell |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Madeline | Prince | Myself | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Blair | Rinne | Interested Party | Brown Rudnick LLP |

| | | | |
|---|---|---|---|
| Grayson | Williams | Interested Party | McDermott Will & Emery LLP |
| Neil | Hartnell | Media | The Tribune |
| eric | reubel | interested party | Dundon Advisers |
| Andy | Morrow | None | |
| Hong Liang | Tan | Hong Liang Gabriel Tan | |
| Thongprata | Thongyai Na Ayudh | Creditor | |
| Jack | Schickler | CoinDesk | CoinDesk |
| Joshua | Oliver | Financial Times - journalist | |
| Barry | Meloen | '- | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Vladimir | Lisin | claim | |
| Therese | Scheuer | SEC | |
| Rex | Chatterjee | Titan Grey, LLC | Titan Grey, LLC |
| Soma | Biswas | Dow Jones | Dow Jones |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Sameen | Rizvi | Interested Party | Potter Anderson & Corroon LLP |
| Shardul | Desai | FTX DM | Holland & Knight LLP |
| Eric | Meyer | Newton AC/DC Fund LP | ESM Management LLC |
| Alex | Englander | FTX DM | Holland & Knight LLP |
| Warren | Gluck | FTX DM | Holland & Knight LLP |
| Jessica | Magree | FTX DM | Holland & Knight LLP |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |
| Nikhilesh | De | N/A | |
| Angela | Schmith | Interested Party | Aurelius Capital Management, LP |
| hamish | wilson | Pending ACH group | |
| Catherine | Choe | Non-Party | Akerman |
| Negisa | Balluku | N/A | Bloomberg LP |
| Julian | Beach | United States | Department of Justice |
| Michael | Godbe | Observer | Debevoise & Plimpton |
| William | Foster | Creditors | MIII Partners |
| Autumn | Highsmith | Texas State Securities Board | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Connor | Finemore | Creditor | Galaxy |
| Andrew | Thau | Whitebox Advisors LLC | Whitebox Advisors LLC |
| Laura | Haney | Court | |
| Abigail | Ryan | TX Securities Board & Dep. of Banking | TX Atty General's Office |
| Yauhen | Fiad | Creditors | |
| Una | O'Boyle | court | |
| Brett | Bakemeyer | Joint Provisional Liquidators | White & Case |
| Jasper | Williams | The Nassau Guardian | |
| Alex | Wolf | Bloomberg Law | |