UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　Debtors. | : : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>NOTICE OF APPOINTMENT OF<br>COMMITTEE OF UNSECURED<br>CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Zachary Bruch**, an individual creditor, Attn: Peter S. Partee, Sr., Esq., Hunton Andrews Kurth LLP, 200 Park Ave., New York, NY 10166, Phone: (212) 309-1056; E-mail: ppartee@huntonAK.com.

2. **Coincident Capital International, Ltd.**, c/o Sunil Shah, 1805 N. Carson City St., Suite X-108, Carson City, NV 89701; Phone: (714) 586-7703; E-mail: ftxcc@coincidentcapital.com.

3. **GGC International Ltd.**, Attn: Alex van Voorhees, New Venture House, 3 Mill Creek Road, Pembroke HM 05, Bermuda; Phone:+1-646-493-2248.

4. **Octopus Information Ltd.**, OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands; E-mail: octopus_ftx@teamb.cn.

5. **Pulsar Global Ltd.**, Attn: Michele Wan and Jacky Yip, Unit 903-905, K11 Atelier Victoria Dockside, 18 Salisbury Road, Kowloon, Hong Kong; Phone: (+852 90176586); michele.wan@pulsar.com; jacky.yip@pulsar.com.

6. **Larry Qian,** an individual creditor.

7. **Acaena Amoros Romero,** an individual creditor.

8. **Wincent Investment Fund PCC Ltd.**, c/o Wincent Capital Management, Old Police Station, 120B Irish Town, Gibraltar, GX11 1AA; E-mail: legal@wincent.co.

9. **Wintermute Asia PTE. Ltd.**, 1 Ashley Road, Altrincham, Greater Manchester, United Kingdom, WA14 2DT; E-mail: legal@wintermute.com.

                        **ANDREW R. VARA**
                        **UNITED STATES TRUSTEE,**
                        **REGIONS 3 & 9**

                        /s/ *Juliet Sarkessian*  for
                        JOSEPH J. MCMAHON, JR.
                        ASSISTANT U.S. TRUSTEE
                        juliet.m.sarkessian@usdoj.gov

DATED: December 15, 2022

Attorney assigned to these cases: Juliet Sarkessian, Phone: (302) 573-6491, Fax: (302) 573-6497, Email: juliet.m.sarkessian@usdoj.gov

Debtors' proposed counsel:  Adam G. Landis, Landis Rath & Cobb LLP, Phone: 302-467-4400, Fax: 302-467-4450, Email: landis@lrclaw.com