# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR DECEMBER 16, 2022, AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801

**THE HEARING WILL BE HELD VIA ZOOM ONLY. PLEASE REGISTER IN ADVANCE AT THE LINK BELOW BY DECEMBER 16, 2022 AT 8:00 A.M. (ET)**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItduCoqzoqG_9Dx0M5I33lN4aVuLmxnLs

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al.* - Case No. 22-11068 (JTD)
When: December 16, 2022 at 10:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**RESOLVED MATTER**:

1. Motion of Debtors for Entry of an Order Extending the Time to File Lists of Equity Security Holders [D.I. 164, filed on November 28, 2022]

   Response Deadline: December 9, 2022 at 4:00 p.m. (ET)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] **Amended items appear in bold.**

Responses Received: None.

Related Documents:

A. Certificate of No Objection [D.I. 212, filed on December 12, 2022]

B. Order Extending the Time to File Lists of Equity Security Holders [D.I. 223, entered on December 13, 2022]

Status: The requested relief has been granted and an order entered by the Court. Accordingly, a hearing on this matter is not required.

**ADJOURNED MATTERS:**

2. Motion of Miami-Dade County, Florida, for Relief from the Automatic Stay to Terminate the Naming Rights Agreement [D.I. 135, filed on November 22, 2022]

    Response Deadline: December 9, 2022 at 4:00 p.m. (ET). Extended to January 4, 2023 at 4:00 p.m. (ET) for the Debtors.

    Responses Received: None

    Related Documents: None.

    Status: This matter is adjourned to the hearing on January 11, 2023 at 10:00 a.m. (ET).

**MATTERS GOING FORWARD:**

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief [D.I. 45, filed on November 19, 2022]

    Response Deadline: December 9, 2022 at 4:00 p.m. (ET). Extended to December 12, 2022 at 12:00 p.m. (ET) for the Office of the United States Trustee.

    Responses Received:

    A. Objection of the U.S. Trustee to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief [D.I. 200, filed on December 12, 2022]

    Related Documents:

    A. Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day

|     |     |
| --- | --- |
|     | Pleadings [D.I. 24, filed on November 17, 2022] |
| B.  | Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 48, filed on November 19, 2022] |
| C.  | Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 52, filed on November 20, 2022] |
| D.  | Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 57, filed on November 20, 2022] |
| E.  | Second Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 58, filed on November 20, 2022] |
| F.  | Supplemental Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 92, filed on November 21, 2022] |
| G.  | Supplemental Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 93, filed on November 21, 2022] |
| H.  | Notice of Revised Proposed Orders [D.I. 98, filed on November 22, 2022] |
| I.  | Third Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 99, filed on November 22, 2022] |
| J.  | Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief [D.I. 157, entered on November 23, 2022] |

Status:  **At the direction of the Court, this matter is adjourned to the hearing on January 11, 2023 at 10:00 a.m. (ET).**

4. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File the Indemnification and Exculpation Motion Under Seal and (B) Granting Related Relief [D.I. 95, filed on November 22, 2022]

   Response Deadline: December 9, 2022 at 4:00 p.m. (ET)

   Responses Received: Informal comments from the Office of the United States Trustee and the Department of Justice.

   Related Documents:

   A. Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 24, filed on November 17, 2022]

   B. Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day

        Pleadings [D.I. 57, filed on November 20, 2022]

   C.    Supplemental Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 92, filed on November 21, 2022]

   D.    Supplemental Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 93, filed on November 21, 2022]

   E.    Third Amended Notice of Filing of Chapter 11 Petitions and Related Motions and Declarations [D.I. 99, filed on November 22, 2022]

   F.    Interim Order (A) Authorizing the Debtors to File the Indemnification and Exculpation Motion Under Seal and (B) Granting Related Relief [D.I. 141, entered on November 22, 2022]

Status: This matter will go forward. The Debtors are not seeking continued sealing of the Motion and Interim Order on a final basis.

5. Motion of the Debtors for Entry of an Order Authorizing the Debtors' Assumption of, and Entry into, the Custodial Services Agreement [D.I. 156, filed on November 23, 2022]

Response Deadline: December 7, 2022 at 4:00 p.m. (ET). Extended to December 9, 2022 at 12:00 p.m. (ET) for the joint provisional liquidators of FTX Digital Markets Ltd. and to December 12, 2022 at 12:00 p.m. (ET) for the Office of the United States Trustee.

Responses Received:

   A.    Informal comments from the Office of the United States Trustee and the joint provisional liquidators of FTX Digital Markets Ltd.

Related Documents: None.

Status: **This matter is adjourned to the hearing on January 11, 2023 at 10:00 a.m. (ET).**

6. Amended Expedited Motion of Bloomberg L.P., Dow Jones & Company, Inc., the New York Times Company and the Financial Times Ltd. to Intervene for the Limited Purpose of Objecting to the Motion of Debtors for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 196, filed on December 9, 2022]

Response Deadline: At or before the hearing.

Responses Received: As of the filing of this agenda, no responses have been filed.

Related Documents:

A. Expedited Motion of Bloomberg L.P., Dow Jones & Company, Inc., the New York Times Company and the Financial Times Ltd. to Intervene for the Limited Purpose of Objecting to the Motion of Debtors for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 195, filed on December 9, 2022]

Status:   This matter is going forward. **Objections to the motion are due at the hearing.**

## STATUS CONFERENCE:

7. **Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521(A)(7) and 1522 of the Bankruptcy Code [D.I. 197, filed on December 9, 2022]**

   **Response Deadline:** N/A

   **Responses Received:** N/A

   **Related Documents**:

   A. **Declaration of Peter Greaves in Support of Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521(A)(7) and 1522 of the Bankruptcy Code [D.I. 198, filed on December 9, 2022]**

   B. **Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521(A)(7) and 1522 of the Bankruptcy Code [D.I. 199, filed on December 9, 2022]**

   C. **Debtors' Objection to Motion for Entry of an Order Shortening the Notice and Objection Periods with Respect to Emergency Motion (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521(A)(7) and 1522 of the Bankruptcy Code [D.I. 203, filed on December 12, 2022]**

   D. **Declaration of James L. Bromley in Support of the Debtors' Objection to Motion for Entry of an Order Shortening the Notice and Objection Periods with Respect to Emergency Motion (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521(A)(7) and 1522 of the Bankruptcy Code [D.I. 205, filed on December 12, 2022]**

    **E.**     **Reply In Support of Motion of the Joint Provisional Liquidators of FTX Digital Markets LTD. for Entry of an Order Shortening the Notice and Objection Periods with Respect to the Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(A)(3), 1521 (A)(7) and 1552 of the Bankruptcy Code [D.I. 225, filed on December 14, 2022]**

    <u>**Status**</u>**:**   **This matter is going forward as a status conference.**

Dated: December 15, 2022  
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ Matthew R. Pierce</u>
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*