**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date**: January 11, 2023 at 9:00 a.m. (ET)<br><br>**Objection Deadline**: December 29, 2022 at 4:00 p.m. (ET) |

## NOTICE OF HEARING

TO:    (a) the Office of the United States Trustee for the District of Delaware; (b) the Official Committee of Unsecured Creditors; (c) the Securities and Exchange Commission; (d) all taxing authorities having jurisdiction over the Businesses,[2] including the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney for the District of Delaware; (g) the Commodity Futures Trading Commission; (h) all persons and entities known by the Debtors to have expressed interest to the Debtors in acquiring all or a material portion of any of the Businesses during the past 12 months; (i) all persons and entities known by the Debtors to have asserted any lien, claim, interest or encumbrance on, in, to or against the Businesses (for whom identifying information and addresses are available to the Debtors); (j) the attorneys general for the states in which the Debtors conduct business; (k) the Financial Services Agency of Japan; (l) the Kanto Local Finance Bureau (*Kanto Zaimu Kyoku*); (m) the Financial Industry Regulatory Authority, Inc.; (n) the Cyprus Securities and Exchange Commission; (o) the Swiss Financial Market Supervisory Authority; (p) any other applicable governmental entities; (q) the parties identified on the Debtors' consolidated lists of 50 largest unsecured creditors; and (r) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

    On December 15, 2022, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of the Certain Businesses; (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens,*

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

-2-

*Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 29, 2022 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on December 29, 2022.**

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 11, 2023 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

-3-

Dated: December 15, 2022
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*