FTX Trading Ltd.    22-11068    Status Conference + Motion to Intervene    12-16-2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| David | Finger | Bloomberg, L.P., Dow Jones & Company, The New York Times Inc. and the Financial Times, Ltd. | Finger & Slanina, LLC |
| Howard | Robertson | Debtors | Landis Rath & Cobb LLP |
| Adam | Landis | Debtors | Landis Rath & Cobb |
| Kimberly | Brown | Debtors | Landis Rath & Cobb |
| Matthew | Pierce | Debtors | Landis Rath & Cobb |
| Andy | Dietderich | Debtors | SULLIVAN & CROMWELL LLP |
| James | Bromley | Debtors | SULLIVAN & CROMWELL LLP |
| Brian | Glueckstein | Debtors | SULLIVAN & CROMWELL LLP |
| Alexa | Kranzley | Debtors | SULLIVAN & CROMWELL LLP |
| Christian | Jensen | Debtors | SULLIVAN & CROMWELL LLP |
| Kevin | Cofsky | Debtors | Perella Weinberg Partners |
| Bruce | Mendelsohn | Debtors | Perella Weinberg Partners LP |
| John | Ray | Debtors | Owl Hill |
| Ed | Mosley | Debtors | Alvarez & Marsal Holdings, LLC |
| Samantha | Ruppenthal | Interested Party | Foley & Lardner LLP |
| Ella | Gaspar | n/a | Proskauer Rose LLP |
| Stanton | McManus | United States | |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Sean | Lee | N/A | Simpson Thacher & Bartlett LLP |
| Dabin | Chung | Interested Party | |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Justin | Magner | '- | |
| LAUREN | WRAY | Interested Party | |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Luke | Porcari | Certain Interested Parties | |
| Rohan | Goswami | N/A | CNBC |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene   12-16-2022

| meredith | MITNICK | Various interested parties | Goodwin Procter LLP |
|---|---|---|---|
| Nan | Eitel | EOUST/DOJ | n/a |
| Randall | Chase | Associated Press | Associated Press |
| Edward | Schnitzer | interested party | Montgomery McCracken Walker & Rhoads LLP |
| Jonathan | Dunworth | Party-in-Interest | Shearman & Sterling LLP |
| Jeremy | Ryan | Interested Party | Potter Anderson & Corroon LLP |
| Michael | Small | contract counterparty creditor | Foley & Lardner LLP |
| Madeline | Prince | Myself | |
| juliet | sarkessian | US Trustee | |
| Sascha | Rand | FTX Group Debtors | Quinn Emanuel Urquhart & Sullivan LLP |
| Ryan | Sims | Interested Party | Jones Day |
| Dan | Moss | N/A | Jones Day |
| Juan | Velasquez | Creditors | |
| Gabriela | Urias | observing | |
| Jasmine | Ball | Equity Party In Interest | Debevoise & Plimpton LLP |
| Kadhim | Shubber | NA/Media | Financial Times |
| eric | reubel | Interested party | Dundon Advisers |
| Andy | Morrow | None | |
| Thongprata | Thongyai Na Ayudhya | Creditor | |
| Kevin | Gross | Joint Provisional Liquidators | Richards Layton and Finger |
| Joshua | Oliver | Financial Times - journalist | |
| Eric | Friel | Cowen | Cowen |
| Timothy | Reilly | Member of the Public | |
| Michael | Gordon | CFRA | Accounting Research & Analytics, LLC d/b/a |
| Therese | Scheuer | SEC | |
| Meghana | Vunnamadala | Interested Party | |
| Sameen | Rizvi | Voyager | Potter Anderson & Corroon |
| Jasper | Williams | The Nasasu Guardian | |
| jeffrey | sabin | Digital Augean, LLc | Venable, LLP |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene   12-16-2022

| | | | |
|---|---|---|---|
| Angela | Schmith | Interested Party | Aurelius Capital Management, LP |
| Negisa | Balluku | N/A | Bloomberg LP |
| Keertan | Chauhan | ATMTA, Inc. | |
| Andrew | Thau | Whitebox Advisors LLC | Whitebox Advisors LLC |
| Caroline | Salls | New Generation Research | |
| Marc | Veilleux | CWT | Cadwalader, Wickersham & Taft LLP |
| Anthony | Greene | CWT | Cadwalader, Wickersham & Taft LLP |
| Alex | Wolf | Bloomberg Law | |
| Nikhilesh | De | N/A | |
| Thomas | Davis | LedgerX | WilmerHale |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| James | Nani | Bloomberg Law | |
| Richard | Kanowitz | BlockFi Inc. | Haynes and Boone, LLP |
| David | Trausch | BlockFi Inc. | Haynes and Boone, LLP |
| Kenneth | Perkins | unknown | WINSTON & STRAWN LLP |
| Craig | Rasile | unknown | Winston & Strawn LLP |
| Connor | Finemore | Creditor | Galaxy |
| Akiko | Matsuda | Wall Street Journal | |
| Roma | Desai | TX State Sec. Brd. and Dept. of Banking | Office of the Texas Attorney General |
| Layla | Milligan | Texas State Securities Board, Texas Dept of Banking | Office of the Texas Attorney General |
| Marguerite | DeVoll | Arch Insurance Company | |
| Stuart | Brown | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Noah | Schottenstein | DLA Piper LLP (US) | DLA Piper LLP (US) |
| Brian | Stout | 507 Capital LLC | |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC |
| David | Adler | Certain Borrowers of Celsius | McCarter & English, LLP |
| Magali | Duque | Interested Party | |
| Vladimir | Jelisavcic | Cherokee Acquisition | Cherokee Acquisition |
| Colin | Wilhelm | Media | The Block |
| ryan | encarnacion | ryan encarnacion | |
| Seb | T | Users | |

FTX Trading Ltd.    22-11068    Status Conference + Motion to Intervene   12-16-2022

| | | | |
|---|---|---|---|
| G | Jung | Creditor | |
| Mary | P | Self | |
| David | Prince | Public | |
| Bill | Smith | Observer | |
| Chris | Lamb | None | |
| Carlos | Guilhon | Democratic Party | Quality S/A |
| Alex | Mathew | AMC Investors | Stratlogics LLC |
| Ravi | Atwal | Customers | |
| Edward | Tolson | Kbit Global Limited | Kbit |
| Mark | Heppner | Self | |
| Mike | Corvasce | None | |
| Arjun | Mehra | Architect Partners | Architect Partners |
| Aaron | Frank | Self | |
| Tiffany | Fong | Tiffany Fong | |
| Justin | Iggher | Bitstrike Press | |
| Nicolas | Robin | myself | |
| derrick | test | related party | |
| Jonas | Widegren | Non | |
| Davon | Davis | Davis and other brothers (NY) | |
| Clara | Levin | Clara Levin | |
| Kayla | Cummings | Prosecution / SDNY | |
| elie | worenklein | Equityholder | |
| Amy | Castor | Independent Reporter | Independent Reporter |
| Caroline | Papadopoulos | Caroline Papadopoulos | |
| F | Vega | Both | FV |
| Buzzy | Morse | Me | |
| Yueqi | Yang | Press | Bloomberg |
| Jamie | Edmonson | Riot Games | Robinson+Cole LLP |
| Georgia | Gee | Project Brazen: Media | |
| Patrick | Jordan | n/a | |
| Jeremiah | Marg | Blockchain Entertainment | |
| Robin | Jacobs | creditor | Wisconsin Department of Financial Institutions |

FTX Trading Ltd.    22-11068    Status Conference + Motion to Intervene   12-16-2022

| | | | |
|---|---|---|---|
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC |
| aziz | nawaz | self | |
| Hannah | Waldman | North America League of Legends LLC | Greenberg Glusker LLP |
| Nicholas | Westlake | sFOX | |
| Sunil | Kavuri | N/a | |
| Alicia | Katz | DeFi | DeFi |
| Francisco | Vazquez | Interested party | Norton Rose Fulbright US LLP |
| Alex | Rovira | interested party | Sidley Austin LLP |
| Andrew | Rosenblatt | Interested party | Norton Rose Fulbright US LLP |
| Eric | Daucher | Interested party | Norton Rose Fulbright US LLP |
| Alex | More | Self | Carrington Coleman |
| Alexander | Saeedy | WSJ | |
| Michael | Panacio | UST Office in Wilmington | |
| Vicky | Huang | Media | The Wall Street Journal |
| Michael | Wishart | Michael James Wishart | |
| Ariel Toby | Cohen | ATC | ATC |
| Dirk | Martin | Creditor | |
| Robert | Cappucci | Certain Customers | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Greg | Petrick | CWT | Cadwalader, Wickersham & Taft LLP |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Lydia | Yale | Interested Party | |
| David | Katz | None | |
| Khing | Oei | AlphaSwap | |
| Issa | Saunders | Self | |
| Joanne | Gelfand | Observing | Akerman LLP |
| Brad | Miklovich | Press | |
| Bam | Boo | N/A | |
| John | Sullivan | Listener | |
| David | Kozlowski | Interested Party | Morrison Cohen LLP |
| John | Mays | None | |
| Paul | Musser | Non-party | Akerman LLP |
| Matthew | Gold | Interested Party | |
| Brian | Tran | Self | |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene   12-16-2022

| | | | |
|---|---|---|---|
| FAHEEM | ADAM | cryptoco | cryptoco |
| Kevin | Lar | Noom | |
| Jonathan | Tan | Creditor | |
| Jack | Schickler | Media | CoinDesk |
| Candice | Korkis | BMO Financial Group | |
| Debra | Felder | Orrick | |
| Nikou | Asgari | '- | |
| James | Garvey | EM Credit Partners | EM Credit Partners |
| Mike | Legge | Reorg | |
| Keith | McCormack | Contrarian | Contrarian |
| Lauren | Walker | Willkie Farr and Gallagher | |
| Monica | Perrigino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Letitia | Chai | Personal | |
| Justin | Wohler | Ellington | Ellington |
| Charu | Chitwan | JPLs | White & Case LLP |
| Nikolai | Sands | None (Viewer) | |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Ward | Benson | United States of America/IRS | U.S. Dept. of Justice |
| Andrew | Remming | Artz Fund Investments Pte. Ltd. | Morris, Nichols, Arsht & Tunnell LLP |
| Mathew | Di Salvo | FTX | |
| Ronald | Howard | Interested Party | Togut, Segal & Segal LLP |
| John | Sosnowski | Listen only. | Seaport |
| Scott | Friedberg | Seaport Global | Seaport Global |
| Eitan | Blander | Interested Party | Togut, Segal & Segal LLP |
| Jason | Rosell | None | Pachulski Stang Ziehl & Jones LLP |
| Nova | Alindogan | Ropes & Gray LLP | Ropes & Gray LLP |
| James | Murphy | self | |
| Lawrence | Larose | Party In Interest | Sheppard Mullin Richter & Hampton LLP |
| Henry | Curtis | Myself | |
| John | Melko | Interested Party | |
| JOseph | Brown | Cooley LLP | Cooley LLP |
| Sam | Alberts | Interested Party | Dentons US LLP |
| Kara | Scannell | CNN | CNN |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene  12-16-2022

| First | Last | Party | Firm |
|---|---|---|---|
| Andrew | Helman | Interested Party | Dentons US LLP |
| Jessica | Magree | FTX DM | Holland & Knight |
| Shardul | Desai | FTX DM | Holland & Knight |
| Alex | Englander | FTX DM | Holland & Knight |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | |
| Mathew | Laskowski | Interested Party | |
| Andrew | O'Neill | Joint Provisional Liquidators | White & Case LLP |
| Philip | Yang | None | Stikeman Elliott LLP |
| Salik | Rahman | Guest | |
| Paul | Heath | Joint Provisional Liquidators | Richards Layton and Finger |
| Harold | Kaplan | Interested Party | Foley & Lardner, LLP |
| Claude | Montgomery | Interested | Dentons US LLP |
| Dave | Queroli | Joint Provisional Liquidators | Richards Layton and Finger |
| Jessica | Lauria Boelter | Joint Provisional Liquidators | White & Case |
| Chris | Shore | Joint Provisional Liquidators | White & Case |
| Jason | Zakia | Joint Provisional Liquidators | White & Case |
| Brian | Pfeiffer | Joint Provisional Liquidators | White & Case |
| Brett | Bakemeyer | Joint Provisional Liquidators | White & Case |
| William | Gray | Interested Party | Foley Hoag LLP |
| Jiun-Wen | Teoh | Interested Party | Foley Hoag LLP |
| Michael | Blackmon | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Daniel | Eggermann | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Michele | Bowman | Interested Party | |
| William | Sullivan | Word of God Fellowship, Inc. | Sullivan Hazeltine Allinson LLC |
| Santa | Claus | North Pole Capital | North Pole Capital |
| Soma | Biswas | Dow Jones | Dow Jones |
| Ian | Silverbrand | N/A | |
| Caroline | Gange | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Thomas | Mayer | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Ryan | Messina | N/A | Robinson & Cole, LLP |
| Michael | Morris | State of Wisconsin | Wisconsin Department of Justice |
| Matthew | Kerfoot | Party in interest | |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene   12-16-2022

| | | | |
|---|---|---|---|
| Andrew | Dix | Crowdfund Insider | Crowded Media Group |
| Tori | Remington | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Steven | Church | Non party | |
| Mark | Hurford | Celsius Network LLC | A.M. Saccullo Legal, LLC |
| Becky | Yerak | Wall Street Journal | News Corp |
| Loren | Harman | Interested party | |
| Dianna | Henry | N/A | |
| Huiyan | Wang | myself | |
| KBO | Chambers | KBO Chambers | |
| Catherine | Choe | Non-party | |
| Evanthea | Hammer | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Stephanie | Murray | The Block | The Block |
| Ellen | Bardash | Delaware Business Court Insider | |
| Taylor | Harrison | Debtwire | |
| Hugh | McDonald | Interested Party | Pillsbury Winthrop Shaw Pittman LLP |
| Ruth | Ramjit | Observer | |
| Rodrigo | Stumpf | Rodrigo Stumpf | |
| Dylan | Cassidy | Ad Hoc Group of Customers | Alston & Bird |
| David | Weitman | party in interest | K&L Gates LLP |
| Charlene | Ni | N/A | |
| Abigail | Ryan | TX State Securities Board & TX Dept. of Banking | Texas Attorney General's Office |
| Crystal | Kim | Reporter | Axios |
| Vince | Sullivan | Law360 | |
| Ryan | Chen | self | |
| Mike | Kim | None | |
| David | Silver | NA | Silver Miller |
| Wes | TW | Wes | |
| NIna | LaFleur | TBD | LaFleur Law Firm |
| Ezra | Serrur | Serrur & Co. LLC | Serrur & Co. LLC |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan, LLP |
| Markus Oliver | Hoffmann | Markus Oliver Hoffmann | |
| Benjamin | Taylor | Interested Party | |

FTX Trading Ltd.   22-11068   Status Conference + Motion to Intervene   12-16-2022

| Alexander | Steiger | Joint Provisional Liquidators | Richards, Layton & Finger |
|---|---|---|---|
| Guillermo | Jimenez | Decrypt | |
| Joe | Sullivan | Interested Party | |
| Brad | Kahn | Interested Party | |
| Christian | Ribeiro | CGSH | |
| Jane | VanLare | BitGo | |
| Yu-Chi | Chen | Creditor | |
| MacKenzie | Sigalos | CNBC | |
| Neil | Hartnell | Media | The Tribune |
| David | Yaffe-Bellany | New York Times | |
| Timothy | Wilson | FTX | |
| Jamie | Moss | Interested party | |
| Nag | Kol | Employee | |
| Rex | Chatterjee | Titan Grey, LLC | Titan Grey, LLC |
| Nicky | Morris | Journalist | |
| Hugh | Bellamy | N/A | |
| Dan | Kaplan | Atlas Grove Partners | Atlas Grove Partners |
| Larry | Hardcastle | Self | |
| Bryce | Albin | MFN Partners | Bryce Albin |
| Jay | Patel | Jay patel | |
| Mark | Pesso | Interested Party | Clifford Chance |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Una | O'Boyle | court | |
| David | Hollerith | Media | Yahoo Finance |
| Gregory | Xethalis | Multicoin Capital | |
| Jung | Song | myself | |
| Margaret | Newell | United States | U.S. Department of Justice |
| Michele | Michaelis | Interested Party | BDO |