IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: January 4, 2023 at 4:00 p.m.**<br>**Hearing Date: January 11, 2023 at 10:00 a.m.** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on December 16, 2022, North American League of Legends Championship Series, LLC, by and through its undersigned attorneys, filed the *Motion to Compel Rejection of Executory Contrat or in the Alternative for Relief from Automatic Stay to Terminate Agreement Under Sections 365 and 362(d), of the Bankruptcy Code* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following, so as to be received **no later than 4:00 p.m.** (prevailing Eastern Time) on **January 4, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 11, 2023 AT 10:00 A.M.** BEFORE THE HONORABLE JOHN T. DORSEY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "U.S. Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 16, 2022
Wilmington, Delaware

                            **ROBINSON & COLE LLP**

                            By: *Jamie L. Edmonson*
                            Jamie L. Edmonson (No. 4247)
                            1201 N. Market Street, Suite 1406
                            Wilmington, Delaware 19801
                            Tel: (302) 516-1700
                            Fax: (302) 516-1699
                            jedmonson@rc.com

                            *Attorneys for Creditor North America League of Legends Championship Series, LLC*