## **CERTIFICATE OF SERVICE**

I, Jamie L. Edmonson, hereby certify that, on December 16, 2022, I caused a copy of the *Motion to Compel Rejection of Executory Contracts or in the Alternative for Relief from Automatic Stay to Terminate Agreement Under Sections 365 and 362(D), of the Bankruptcy Code* to be served via C/M ECF and by email on the below parties.

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Juliet M. Sarkessian
Benjamin A. Hackman
JULIET.M.SARKESSIAN@USDOJ.GOV
BENJAMIN.A.HACKMAN@USDOJ.GOV

DELAWARE DIVISION OF REVENUE DELAWARE DIVISION OF REVENUE
FASNOTIFY@STATE.DE.US

DELAWARE SECRETARY OF STATE DELAWARE SECRETARY OF STATE
DOSDOC_FTAX@STATE.DE.US

DELAWARE STATE TREASURY DELAWARE STATE TREASURY
STATETREASURER@STATE.DE.US

COUNSEL TO BLOCKFI INC. AND AFFILIATES HAYNES AND BOONE, LLP
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

COUNSEL TO BLOCKFI INC. AND AFFILIATES HAYNES AND BOONE, LLP
RICHARD.KANOWITZ@HAYNESBOONE.COM

COUNSEL TO JOINT PROVISIONAL LIQUIDATORS HOLLAND & KNIGHT LLP
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM
SHARDUL.DESAI@HKLAW.COM

COUNSEL TO PHILADELPHIA INDEMNITY
INSURANCE COMPANY MANIER HEROD, P.C.
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

COUNSEL TO PHILADELPHIA INDEMNITY
INSURANCE COMPANY
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
GBRESSLER@MDMC-LAW.COM

COUNSEL TO PHILADELPHIA INDEMNITY
INSURANCE COMPANY
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
MMORANO@MDMC-LAW.COM

COUNSEL TO BLOCKFI INC. AND AFFILIATES MORRIS NICHOLS ARSHT &
TUNNELL LLP DABBOTT@MORRISNICHOLS.COM

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
KCORDRY@NAAG.ORG

COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND COUNSEL TO THE TEXAS OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ROMA.DESAI@OAG.TEXAS.GOV
LAYLAMILLIGAN@OAG.TEXAS.GOV

PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD
BSIMMS@LENNOXPATON.COM

COUNSEL TO CHAINALYSIS INC.
REICH REICH & REICH, P.C.
NPASALIDES@REICHPC.COM

SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS
SECURITIES & EXCHANGE COMMISSION SECBANKRUPTCY@SEC.GOV
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
SECURITIES & EXCHANGE COMMISSION NY OFFICE
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE
SECBANKRUPTCY@SEC.GOV

STATE ATTORNEY GENERAL STATE OF DELAWARE ATTORNEY GENERAL
ATTORNEY.GENERAL@STATE.DE.US

COUNSEL TO CLOUDFLARE, INC. STREUSAND, LANDON, OZBURN & LEMMON LLP
STREUSAND@SLOLLP.COM
NGUYEN@SLOLLP.COM

COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION
SULLIVAN & CROMWELL LLP DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
THE SECURITIES COMMISSION OF THE BAHAMAS THE SECURITIES COMMISSION OF THE BAHAMAS

INFO@SCB.GOV.BS

ATTORNEYS FOR THE UNITED STATES OF AMERICA
U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

US ATTORNEY FOR THE DISTRICT OF DELAWARE US ATTORNEY FOR DELAWARE
USADE.ECFBANKRUPTCY@USDOJ.GOV
COUNSEL TO DIGITAL AUGEAN, LLC VENABLE LLP
AJCURRIE@VENABLE.COM

COUNSEL TO DIGITAL AUGEAN, LLC VENABLE LLP
DAOBRIEN@VENABLE.COM

COUNSEL TO DIGITAL AUGEAN, LLC VENABLE LLP
JSSABIN@VENABLE.COM


Dated: December 16, 2022                    */s/ Jamie L. Edmonson*
                                            Jamie L. Edmonson (No. 4247)