IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | (Joint Administration Pending) |
| Debtors. | Chapter 11 |
| | **Re: D.I. 243** |

**DECLARATION OF BRIAN L. DAVIDOFF
IN SUPPORT OF MOTION TO COMPEL REJECTION OF
EXECUTORY CONTRACT OR IN THE ALTERNATIVE FOR
<u>RELIEF FROM AUTOMATIC STAY TO TERMINATE AGREEMENT</u>**

I, Brian L. Davidoff, hereby declare:

1. I am an attorney qualified to practice in the Federal and State courts in California and the facts herein contained are within my own personal knowledge and belief and I could and would competently testify thereto if called upon to do so.

2. On November 23, 2022 I emailed a letter to attorneys Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein and Alexa J. Kranzley at Sullivan & Cromwell LLP, counsel for FTX. A copy of the letter is attached hereto as <u>Exhibit A</u>. I have never received any response to the letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California this 16th day of December, 2022.

_____
Brian L. Davidoff