IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 22-11068 (JTD) |
| FTX TRADING, LTD.,[1] | : | (*Jointly Administered*) |
| | : | |
| Debtors. | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010 and the below certification, counsel moves for the admission *pro hac vice* of Walter W. Gouldsbury III, Esq. of Ciardi Ciardi & Astin to represent parties-in-interest Peter Lau and Charles Mason in the above- captioned cases.

Dated: December 19, 2022

*/s/ Daniel K. Astin*
Daniel K. Astin, Esq. (No. 4068)
CIARDI CIARDI & ASTIN
1204 North King Street
Wilmington, Delaware 19801
Telephone: 302-384-9542
Email: dastin@ciardilaw.com

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, California, and New Jersey, and the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 19, 2022

    */s/ Walter W. Gouldsbury III*
Walter W. Gouldsbury III, Esq.
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Ph: 215-557-3550
Fax: 215-557-3551
Email: wgouldsbury@ciardilaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.