IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING CERTAIN MEDIA PARTIES' EXPEDITED MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF PRESENTING AN OBJECTION TO DEBTORS' MOTION FOR ENTRY OF A FINAL ORDER AUTHORIZING THE DEBTORS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS AND PERSONAL INFORMATION OF INDIVIDUALS**

On this 19th day of December, 2022, after a hearing at which there was no objection to the Expedited Motion To Intervene For The Limited Purpose Of Presenting An Objection To Debtors' Motion For Entry Of A Final Order Authorizing The Debtors To Redact Or Withhold Certain Confidential Information Of Customers And Personal Information Of Individuals (D.I. 45),

IT IS HEREBY ORDERED that the Motion to Intervene of Bloomberg, Inc., Dow Jones & Company, New York Times, Inc. and The Financial Times Ltd. (collectively, the "Media Intervenors") is GRANTED. The Media Intervenors are permitted to intervene for the limited purpose of presenting an objection to Debtors' motion for entry of a final order authorizing the debtors to redact or withhold certain confidential information of customers and personal information of individuals.

Dated: December 19th, 2022
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE