**CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 19th day of December, 2022, I served or caused to be served the foregoing **Notice of Entry of Appearance and Demand for Notices and Papers** by email upon the following parties:

*(Proposed Counsel for Debtors)*
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
Landis Rath & Cobb LLP
919 N. Market Street
Suite 1800
PO Box 2087
Wilmington, DE 19899
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

*(Proposed Counsel for Debtors)*
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Juliet M. Sarkessian
United States Department of Justice
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*/s/ Evelyn J. Meltzer*
　　　　　　　　　　　　　　　　　　　　Evelyn J. Meltzer (DE No. 4581)