**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------x
In re:                              :     Chapter 11
                                    :
FTX TRADING LTD., *et al.*,         :     Case No. 22-11068 (JTD)
                                    :
         Debtors.                   :     (Jointly Administered)
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SIDNEY P. LEVINSON

      Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Sidney P. Levinson, Esq., of Debevoise & Plimpton LLP to represent Paradigm Operations LP in the above-captioned cases and any adversary proceedings related thereto.

Date: December 19, 2022  
Wilmington, Delaware

      */s/ Evelyn J. Meltzer*  
      Evelyn J. Meltzer (No. 4581)  
      TROUTMAN PEPPER HAMILTON SANDERS LLP  
      1313 N. Market Street, Suite 5100  
      Wilmington, Delaware 19801  
      Telephone: (302) 777-6500  
      Email: evelyn.meltzer@troutman.com

      *Counsel to Paradigm Operations LP*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: December 19, 2022

      */s/ Sidney P. Levinson*  
      Sidney P. Levinson  
      DEBEVOISE & PLIMPTON LLP  
      919 Third Avenue  
      New York, New York 10022  
      Telephone: (212) 909-6000  
      E-mail: slevinson@debevoise.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.