IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                   :    Chapter 11
                                         :
FTX TRADING LTD., *et al.*,              :    Case No. 22-11068 (JTD)
                                         :
                    Debtors.             :    (Jointly Administered)
------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SIDNEY P. LEVINSON

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Sidney P. Levinson, Esq., of Debevoise & Plimpton LLP to represent Paradigm Operations LP in the above-captioned cases and any adversary proceedings related thereto.

Date: December 19, 2022          */s/ Evelyn J. Meltzer*
Wilmington, Delaware             Evelyn J. Meltzer (No. 4581)
                                 TROUTMAN PEPPER HAMILTON SANDERS LLP
                                 1313 N. Market Street, Suite 5100
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 777-6500
                                 Email: evelyn.meltzer@troutman.com

                                 *Counsel to Paradigm Operations LP*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: December 19, 2022          */s/ Sidney P. Levinson*
                                  Sidney P. Levinson
                                  DEBEVOISE & PLIMPTON LLP
                                  919 Third Avenue
                                  New York, New York 10022
                                  Telephone: (212) 909-6000
                                  E-mail: slevinson@debevoise.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 19th, 2022**                    **JOHN T. DORSEY**
**Wilmington, Delaware**                          **UNITED STATES BANKRUPTCY JUDGE**

136994793v1