UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**AMENDED**[1] NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Zachary Bruch**, an individual creditor, Attn: Peter S. Partee, Sr., Esq., Hunton Andrews Kurth LLP, 200 Park Ave., New York, NY 10166, Phone: (212) 309-1056; E-mail: ppartee@huntonAK.com.

2. **Coincident Capital International, Ltd.**, c/o Sunil Shah, 1805 N. Carson City St., Suite X-108, Carson City, NV 89701; Phone: (714) 586-7703; E-mail: ftxcc@coincidentcapital.com.

3. **GGC International Ltd.**, Attn: Alex van Voorhees, New Venture House, 3 Mill Creek Road, Pembroke HM 05, Bermuda; Phone:+1-646-493-2248.

4. **Octopus Information Ltd.**, Attn: Linfeng Dong, OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands; E-mail: octopus_ftx@teamb.cn.

5. **Pulsar Global Ltd.**, Attn: Michele Wan and Jacky Yip, Unit 903-905, K11 Atelier Victoria Dockside, 18 Salisbury Road, Kowloon, Hong Kong; Phone: (+852 90176586); michele.wan@pulsar.com; jacky.yip@pulsar.com.

6. **Larry Qian,** an individual creditor.

---

[1] The amendment reflected in this Notice are the addition of contact names for Octopus Information Ltd., and Wincent Investment Fund PCC Ltd., and the correction of the street address of Wintermute Asia PTE. Ltd.

7. **Acaena Amoros Romero,** an individual creditor.

8. **Wincent Investment Fund PCC Ltd.**, Attn: Charles Melvin, c/o Wincent Capital Management, Old Police Station, 120B Irish Town, Gibraltar, GX11 1AA; E-mail: legal@wincent.co.

9. **Wintermute Asia PTE. Ltd.**, Attn: Legal Department, 24 EAN KIAM PLACE Singapore 429115; E-mail: legal@wintermute.com.

                        **ANDREW R. VARA**
                        **UNITED STATES TRUSTEE,**
                        **REGIONS 3 & 9**

                        /s/ *Juliet Sarkessian* for
                        JOSEPH J. MCMAHON, JR.
                        ASSISTANT U.S. TRUSTEE
                        juliet.m.sarkessian@usdoj.gov

DATED: December 19, 2022

Attorney assigned to these cases: Juliet Sarkessian, Phone: (302) 573-6491, Fax: (302) 573-6497, Email: juliet.m.sarkessian@usdoj.gov

Debtors' proposed counsel: Adam G. Landis, Landis Rath & Cobb LLP, Phone: 302-467-4400, Fax: 302-467-4450, Email: landis@lrclaw.com