**<u>EXHIBIT B</u>**

**Ray Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN J. RAY III IN SUPPORT OF DEBTORS' MOTION
FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING
(I) THE EMPLOYMENT AND RETENTION OF OWL HILL ADVISORY, LLC AND
(II) THE DESIGNATION OF JOHN J. RAY III AS CHIEF EXECUTIVE OFFICER
*NUNC PRO TUNC* TO THE PETITION DATE**

I, John J. Ray III, hereby make this declaration (the "Declaration") under penalty of perjury pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am a Senior Managing Director and sole member of Owl Hill Advisory, LLC, a reorganization and consulting firm ("Owl Hill"). I am duly authorized to make this Declaration on behalf of Owl Hill and submit this Declaration in support of the Debtors' motion (this "Motion")[2] for entry of an order (the "Order"), pursuant to sections 105(a) and 363(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and rule 6004 of the Federal Rules of Bankruptcy Procedure, authorizing and approving (a) the employment and retention of Owl Hill, pursuant to the terms and conditions of that certain letter agreement between Owl Hill and FTX Trading Ltd. dated as of November 10, 2022 (the "Engagement Letter"), *nunc pro tunc* to the Petition Date and (b) my designation as the Chief

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Executive Officer ("CEO") of the Debtors *nunc pro tunc* to the Petition Date.[3] Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto.

### Owl Hill's Qualifications

2.      I have extensive experience in areas relevant to financial reorganization. From 1998 through 2002, I served as Chief Administrative Officer and General Counsel of Fruit of the Loom.  During my tenure, on December 29, 1999, Fruit of the Loom filed for Chapter 11 bankruptcy protection (Case No. 99-04497) in the United States Bankruptcy Court for the District of Delaware.  I continued as General Counsel to Fruit of the Loom through its reorganization process and was appointed as post confirmation Chapter 11 trustee in those proceedings on April 30, 2002.  In connection with my roles as General Counsel and Chapter 11 trustee to Fruit of the Loom, I was primarily responsible for the sale process, the wind down of the estates, the administrative, secured and priority claims resolution process, the distribution of sale proceeds to creditors, the sale of notes, bonds and receivables and the prosecution of litigation related to the plan of reorganization.

3.      From 2004 to 2009, I served as Chairman of the Board and from 2005 to 2009 as President (the most senior officer) of Enron Corp., now known as Enron Creditors Recovery Corp ("Enron").  As President and Chairman of Enron, I managed the business through its post-confirmation Chapter 11 proceedings and was principally involved in overseeing Enron's proceedings which included a multitude of stock and asset sales, including a going concern business of multiple billion in sales, a public offering of stock, prosecution of approximately

---

[3]     On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

1,000 avoidance, fraud and other actions, and the resolution of filed and scheduled claims exceeding several hundred billion dollars.

4.      From 2010, I have served as Principal Officer of Nortel Networks Inc. and its U.S. based affiliates (collectively, "Nortel"), certain of which filed for Chapter 11 bankruptcy protection (Case No. 09-10138) in the United States Bankruptcy Court for the District of Delaware on January 14, 2009 (the "Nortel Cases").[4]  In that capacity, I am the most senior officer of Nortel, and oversaw the liquidation of the company, which returned $7.3 billion to creditors.  As Principal Officer, I oversaw the sale of Nortel's business lines, the sale of its residual property assets, and negotiations among Nortel and its global affiliates regarding the allocation of proceeds from these sales.

5.      From 2019, I served as the principal officer of Ditech Holding Corporation and its affiliates (collectively, "Ditech"), certain of which filed for Chapter 11 bankruptcy protection (Case No. 19-10412) in the United States Bankruptcy Court for the Southern District of New York, on February 11, 2019 (the "Ditech Cases").  In that capacity, I was the most senior officer of Ditech and oversaw the winding down of the business.  I also serve as co-plan administrator of Ditech through a special purpose limited liability company.

6.      From 2012 to 2014, I served as the Chief Reorganization Officer for Overseas Shipholding Group, Inc. and certain of its affiliates (collectively, "OSG"), which filed for Chapter 11 bankruptcy protection (Case No. 12-20000) in the United States Bankruptcy Court for the District of Delaware, on November 14, 2012 (the "OSG Cases").[5]  In that capacity, I served as the most senior officer of OSG, providing oversight and support to the other

---

[4]    I and a bankruptcy services company that I wholly owned were retained by Nortel in this role.

[5]    I and a predecessor company to Owl Hill were retained by Nortel in this role.

professions involved in the execution of OSG's business plan, sales process and administration

of the Chapter 11 cases.  Ultimately, I oversaw the confirmation of the Chapter 11 plan, which

allowed OSG to exit from bankruptcy in 2014, listed its Class B common stock on the New York

Stock Exchange and closed exit financing of $1.35 billion.

7.      In addition to my roles at Fruit of the Loom, Enron, Nortel, Ditech and

OSG, I have also served as a Chapter 11 trustee of Burlington Industries, Pac-West, National

Century Healthcare and Hayes Lemmerz International, among others.  In this capacity, I have

experience collecting receivables, resolving contract and lease disputes, managing the

termination of 401(k) plans, liquidating assets and entities, prosecuting avoidance and preference

actions, resolving claims and distributing assets to creditors.

8.      I have been licensed as an attorney in Illinois since 1985.

9.      Owl Hill and I are well-qualified and able to continue to provide

reorganization management and advisory services to the Debtors in a cost-effective, efficient,

and timely manner.  I have assumed the position of CEO of the Debtors, effective as of

November 11, 2022, and agreed to continue my service to the Debtors in such capacity and to

subject myself to the jurisdiction and supervision of the Court.

### Services to Be Provided

10.     The Debtors have hired Owl Hill pursuant to terms and conditions set

forth in the Engagement Letter.  A copy of the Engagement Letter is attached to the Motion as

Exhibit A.  I have been duly appointed as CEO of the Debtors, effective as of November 11,

2022, pursuant to an omnibus corporate authority executed by Mr. Samuel Bankman-Fried prior

the commencement of the Debtors' chapter 11 cases (the "Chapter 11 Cases").

11.     Pursuant to the Engagement Letter, as CEO, I have assumed in all respects the management of the business and properties of the Debtors, including aiding in the restructuring of the Debtors, development of turn around and stabilization plans and leadership in negotiating and executing any corporate transactions.  Working collaboratively with the Debtors' management team, as well as the Debtors' other professionals, I, as CEO, will continue to provide the following services, among others:

- Direct and oversee the business of the Debtors;

- Assist in managing the "working group" professionals who are assisting the Debtors in the reorganization process or who are working for the Debtors' various stakeholders to improve coordination of their effort and individual work product to be consistent with the Debtors' overall restructuring goals;

- Provide oversight and assistance with the preparation of required financial-related, including schedules of assets and liabilities, statement of financial affairs and monthly operating reports, and disclosures by the Debtors in any required regulatory or other filings;

- Provide oversight and assistance with the preparation of financial information, including, but not limited to, cash flow budgets, cash receipts and disbursements analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

- Participate in meetings and provide assistance to potential buyers of the Debtors' assets, any official committee(s) appointed in the case, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), other parties-in-interest, including contractual counterparties, and professionals hired by the same, as requested;

- Assist the Debtors with respect to the analysis of contract rejections and assumption;

- Assist the Debtors with respect to communications with employees and vendors;

- Assist the Debtors regarding process improvement and advice related to business efficiencies;

- Provide support to the Debtors regarding IT infrastructure;

- Provide oversight and assistance with the evaluation of potential sources of cash and asset recovery for the Debtors;

- Evaluate and make recommendations in connection with strategic alternatives as needed to maximize the value of the Debtors' assets;

- Provide oversight and assistance with the preparation of analysis of creditor claims by type, entity, and/or individual claim, including assistance with the development of databases, as necessary, to track such claims;

- Provide oversight and assistance with the evaluation and analysis of avoidance actions, including, fraudulent conveyances and preferential transfers, if necessary;

- Provide testimony as required;

- Provide oversight and assistance in connection with communications and negotiations with constituents including trade vendors, investors and other critical constituents to the successful execution of the Debtors' near-term business plan;

- Assist in development of a chapter 11 plan and in the preparation of information and analysis necessary for the confirmation of a plan in Chapter 11 proceedings, if necessary; and

- Perform other tasks as agreed to among Owl Hill and the Debtors.

### Owl Hill's Disinterestedness

12.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, other than in connection with this engagement, neither I, nor Owl Hill, nor any of its employees, agents or affiliates, have any connection with the Debtors, their creditors, the U.S. Trustee, or any other party with an actual or potential interest in these Chapter 11 Cases, or their respective attorneys or accountants, except as set forth below.

13.     Owl Hill is not employed by, and has not been employed by, any entity other than the Debtors in matters related to these Chapter 11 Cases, except as described herein.

14.     I provide services in connection with other cases, proceedings and transactions unrelated to these Chapter 11 Cases.  Those unrelated matters involve numerous attorneys, financial advisors and creditors, some of whom may be claimants or parties with actual or potential interests in these Chapter 11 Cases, or may represent such parties.

15.     Owl Hill's personnel may have business associations with certain creditors of the Debtors unrelated to these Chapter 11 Cases.  In addition, in the ordinary course of its business, Owl Hill may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties-in-interest in these Chapter 11 Cases.

16.     In connection with the preparation of this Declaration, Owl Hill conducted a review of its (and its affiliates' and employees') contacts with the Debtors, their non-debtor affiliates, and certain entities holding large claims against or interest in the Debtors that were made reasonably known to Owl Hill.  A listing of the parties reviewed is reflected in Schedule 1 attached to this Declaration.  Owl Hill's review consisted of a query of the Schedule 1 parties containing names of individuals and entities that are represented by Owl Hill.

17.     Based on the results of its review, Owl Hill (including its affiliates and employees) does not have a relationship with any of the parties listed in Schedule 1 in matters related to these Chapter 11 Cases except as set forth herein.  Owl Hill's assistance to these parties has been related to providing various consulting services.  To the best of my knowledge, no services have been provided to these parties-in-interest which involve their rights in these Chapter 11 Cases, nor does Owl Hill's involvement in this case compromise its ability to continue such consulting services.

18.     Further, as part of its diverse practice, Owl Hill or its professional affiliates appear in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in these Chapter 11 Cases.  Further, Owl Hill (including its affiliates and employees) has performed, in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  Based on Owl Hill's current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors, and none is in connection with these Chapter 11 Cases.

19.     On a going forward basis, Owl Hill shall disclose any and all facts that may have a bearing on whether the firm, its affiliates, and/or any individuals working on the engagement hold or represent any interest adverse to the Debtors, their creditors, or other parties-in-interest.

20.     Owl Hill (including its affiliates and employees) and I do not believe either of us is a "creditor" of any of the Debtors within the meaning of section 101(1) of the Bankruptcy Code.  Further, neither I nor Owl Hill (including its affiliates and employees), to the best of my knowledge, is a holder of any of the Debtors' outstanding debt, equity or preferred stock investments.

21.     Other than my recent appointment prior to the Petition Date as CEO of the Debtors effective as of November 11, 2022, Owl Hill is otherwise a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), in that Owl Hill (including its affiliates and employees):

a.      Is not a creditor (including by reason of unpaid fees and expenses for pre-petition services), equity security holder or insider of the Debtors;

b.      Is not and was not, within two (2) years before the date of the filing of the Chapter 11 Cases, a director, officer, or employee of the Debtors; and

c.      Does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

22.     From 2010, as senior managing director and sole member of a bankruptcy services company that I wholly owned, I served as Principal Officer of Nortel.  The Nortel Cases are unrelated to these Chapter 11 Cases, and the Nortel debtors are not creditors of the Debtors.

23.     In addition, from 2012 to 2014, as a senior managing director of a predecessor company to Owl Hill, I served as the Chief Reorganization Officer of OSG.  The OSG Cases are unrelated to these Chapter 11 Cases, and the OSG debtors are not creditors of the Debtors.

24.     From 2016, I served as liquidating trust manager for ResCap Liquidating Trust (the "ResCap Trust") and reported to the board of directors of ResCap Trust.  The ResCap Trust board included, among others, Mr. Mitchell Sonkin, the independent director for the WRS Silo, and Mr. Matt Doheny, one of the independent directors for the Dotcom Silo.

25.     From 2019, I served as principal officer of Ditech.  The Ditech Cases are unrelated to these Chapter 11 Cases, and the Ditech debtors are not creditors of the Debtors.  In the Ditech Cases, Mr. Rishi Jain, the independent director of the Ventures Silo, serves as co-plan administrator and Mr. Matthew Rosenberg, the independent director of the Alameda Silo, has been engaged as a consultant to provide certain services to the Ditech debtors.

26.     In the Nortel Cases, I worked with certain principals of RLKS Executive Solutions LLC ("RLKS") who were employed as consultants to the Nortel debtors.  In addition, in the OSG Cases and Ditech Cases, I worked with certain principals of RLKS.  In these Chapter 11 Cases, RLKS is being retained separately from Owl Hill, and is filing its own retention motion with this Court pursuant to section 363(b) of the Bankruptcy Code.

27.     I also currently served as a trustee for a non-profit organization with Mr. Joseph Farnan, one of the independent directors for the Dotcom Silo.

28.     Despite the efforts described above to identify and disclose Owl Hill's connections with parties-in-interest in these Chapter 11 Cases, Owl Hill is unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if Owl Hill discovers additional information that requires disclosure, Owl Hill will file a supplemental disclosure with the Court.

29.     Subject to Court approval, Owl Hill will seek payment for compensation on an hourly basis for the services outlined in the Motion, and reimbursement of actual and necessary expenses incurred by Owl Hill.

30.     Prior to the Petition Date, Owl Hill received a retainer of approximately $200,000 (the "Retainer") from the Debtors.  The Retainer will be credited against any amounts due at termination of the engagement with the net amount returned to the Debtors upon satisfaction of all obligations under the Engagement Letter.  Owl Hill will invoice the Debtors for its fees and expenses monthly or more frequently as agreed upon with the Debtors.

31.     To the best of my knowledge, (a) no commitments have been made or received by Owl Hill with respect to compensation or payment in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, and (b) Owl Hill

has no agreement with any other entity to share with such entity any compensation received by

Owl Hill in connection with these Chapter 11 Cases.

32.     I have read the Motion and, to the best of my knowledge, information and

belief, the contents of the Motion are true and correct.

33.     Owl Hill reserves the right to supplement this Declaration in the event that

Owl Hill discovers any facts bearing on matters described in this Declaration regarding Owl

Hill's employment with the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 21, 2022                    Respectfully submitted,
      New York, New York

*/s/ John J. Ray III*
John J. Ray III
Chief Executive Officer

**SCHEDULE 1**

## FTX Trading – Redacted Parties in Interest[1]

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

{1368.002-W0069413.}

Wells Fargo
Western Alliance
Zand Bank
**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File

Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd
**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax

Arnac

Arrow

Artemis

Asymmetric Technologies LP

ATMTA, Inc. / Star Atlas

Atomic Vaults

ATTN (EVOSverse)

Auradine, Inc.

Aurigami / Vaus Limited

Aurory

Autograph

Automata

Avara Labs / LENS

AVECRIS Research Corporation Pte. Ltd. (Project Door)

Aver Protocol

Axelar Network

Bastion / Bengine, Inc.

BetDEX

BiLira (Series A - Class E)

Bitmain Fund L.P.

Bitnob Technologies

Bitnomial

BitOasis

Bitocto (exchange Indo) / PT Triniti

Blockbeats News

Blockchain Space / Solutions Lab Consultancy Pte Ltd

Blocto

Bluebook Cities

Bond Fund III

Bonzai Finance

Bridge Technologies (BRG Token)

Brinc Drones

Browder Capital

BTC Africa, S.A., (dba AZA Finance)

Burnt

Canonical Crypto Fund

Cardinal (Nexus Pro)

Causal Inc

CCAI / Aldin

Cega Pte Ltd

Celesita Network

Ceres Protocol Inc / Mythos tokens

Change Up

chillchat

China V Investors L.P.

China Venture Capital Fund

Chingari

Chipper Cash / Critical Ideas Inc

Circle Internet Financial, Inc.

Clover

Coderrect Inc.

Cogni

Coin98

Coinfeeds / Docsi18n

CoinMARA

Collide Capital Fund I

Com2Us

Composable

Compound Financial

Confirm Solutions Inc

Conjecture

Connect3 / Lab3 Technology Limited

Consensys

Critical Ideas, Inc.

Cryowar

Curated

DaoSqaure

Darkfi

Dave Inc

decimated

Defi

Defi Alliance

Delphia Holdings Corp

Delta One

Delysium / KUROSEMI INC.

Digital Assets DA AG

Distributed Ledger Technology

DLT Climate Tech

DoDo

DoinGud

DoNotPay

Doodles

Doppel Inc

Dorahack

Drift

DriveWealth

Dropp

Dtrade

Dune Analytics

Dust Labs, Inc

edenbrawl / Worldspark Studios, Inc

EFAS / Kepler Space Industries

Efficient Frontier / Odyssey  Technologies  Limited

Eizper Chain

Elementus

Elumia

Equator Therapeutics

EquiLibre Tecnologies Inc.

Ethereal Ventures Fund I LP

Euclid Labs / Magic Eden Secondary Shares

Euler

Evme Inc

Exodus

exotic / Pier3 Ventures Limited

Exponent Founders Capital I, LP

Exponential DeFi Inc

FairSide

Fanatics

Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depository Corporation

Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space

Storybook

SubSocial

Subspace Network

Sugarwork

Sui Token Warrant (FTX Ventures)

Sundaeswap

SupraOracle / ENTROPY PROTOCOL LTD.

Swim

SwitchBoard

Swoop

Symmetry

Synthetify

T Tauri Ltd -  Token Purchase Agreement

Tactic / Spoak Inc

Taki Network Pte Ltd

Taleverse

TaxBit

Telis Bioscience

The Giving Block

Thirdverse

TipLink

Tools For Humanity

Tortuga

Torus

Toy Ventures

TradeWind

TripleDot

TrueFi

Trustless Media

TrySpace / SPACE Metaverse AG

TTAC

Twilight / Cyberprep Corp

Umee

UVM Signum Blockchain Fund VCC

UXD

VALR Proprietary Limited

VerifyVASP Pte. Ltd.

Vibe Labs Inc.

Virtualness Inc

VolMex

VolumeFi Software, Inc.

Vosbor

VOYAGER DIGITAL LTD.

VY DHARANA EM TECHNOLOGY FUND, L.P.

VY SPACE

VY Space II LP

Vybe

WAEV

Wave Mobile Money Holdings

Wordcel

Xdefi

X-Margin

Xterio

Yuga Labs (BAYC)

Zebec

Zenlink

zero one

Zeta

ZKlend / BLUE HORIZON GLOBAL CORP

ZKX / LTIC, Inc.

ZRO (LayerZero)

Zubr Exchange Ltd

**Joint Provisional Liquidators**

Brian C. Simms

Holland & Knight LLP

Kevin G. Cambridge

Peter Greaves

Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**

Alameda Systems Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Concedus Digital Assets

Embed Clearing LLC

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Derivatives Gmbh

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX Foundation, Inc.

FTX Malta Gaming Services Limited

FTX Malta Holdings Ltd.

FTX Vault Trust Company

LedgerX LLC

Salameda Ltd

**Landlords**

101 Second Street, Inc.

1450 Brickell, LLC

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Boca Pay

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Madison Real Estate Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Executive Center

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Name On File

Different Rules, LLC

Name On File

Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section

11

Department of Justice - National Crypto Currency Enforcement Team

Department of Justice - Southern District of New York

Department of Justice - US Attorney Southern District of Florida

Department of Labour (Bahamas)

Department of Local Government (Bahamas)

District of Columbia Department of Insurance, Securities and Banking

Drew Stillman

Dubai Virtual Assets Regulatory Authority

Dustin Physioc

Elizabeth Pendleton

Erin Wilk

Ethan McLaughlin

Financial Intelligence Unit (Bahamas)

FINMA SRO-Treuhand Suisee

Florida Office of Financial Regulation

Georgia Department of Banking and Finance

Gibraltar Financial Services Commission

Hawaii Department of Commerce and Consumer Affairs

Hong Kong Securities & Futures Commission

House Committee on Oversight and Reform

Idaho Department of Finance

Illinois Department of Financial and Professional Regulation

Ingrid White

Internal Revenue Service

Iowa Division of Banking

Iris Ikeda

Jack McClellan

James Westrin

Japan Financial Services Agency

Jason Gworek

Jay Kim

Jeanju Choi

Jeffrey Loimo

Jennifer Biretz

Jesse Moore

Jesse Saucillo

Jessica Peck

Jesus (/Jesse) Saucillo

Jonathan Misk

Jonathan Vruwink

Karyn Tierney

Kelley Reed

Kevin Webb

Kristen Anderson

Kristin Rice

Lucinda Fazio

Mark Largent

Maryland Department of Labor

Matthew Dyer

Michigan Department of Insurance and Financial Services

Ministry of Finance (Bahamas)

Ministry of Works and Utilities (Bahamas)

Monetary Authority of Singapore

Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance

New York Department of Financial Services

Nicolas Roos

Nina Ruvinsky

North Carolina Department of Commerce

North Carolina Department of Justice

North Dakota Department of Financial Institutions

Office of Internal Audit (Bahamas)

Office of the Attorney General & Ministry of Legal Affairs (Bahamas)

Office of the Auditor General (Bahamas)

Office of the Data Protection Commissioner (Bahamas)

Office of the Prime Minister (Bahamas)

Ohio Department of Commerce

Ontario Securities Commission

Oregon Division of Financial Regulation

Patricia Straughn

Paul Balzano

Peter Frank

Peter Marton

Registrar Generals Department (Bahamas)

Rhode Island Department of Business Regulation Financial Services

Richard Childers

Samuel Fuller

Samuel Raymond

Sara Cabral

Secretary of State

Securities and Exchange Commission

Securities Commission of The Bahamas

South Dakota Division of Banking

State of Connecticut Department of Banking

Stephanie Ryals

Steven Buchholz

Supreme Court (Bahamas)

Tammy Seto

Texas Department of Banking

Thane Rehn

The Department of Inland Revenue (Bahamas)

The Foreign Account Tax Compliance Act (FATCA) (Bahamas)

The National Insurance Board

Tom Stevens

Treasury Department (Bahamas)

Utilities Regulation & Competition Authority (URCA) (Bahamas)

VAT Bahamas

Vermont Department of Financial Regulation

Virginia Bureau of Financial Institutions

Washington State Department of Financial Institutions

Zak Hingst

**U.S. Trustee Office**

Andrew R. Vara

Benjamin Hackman

Christine Green

Denis Cooke

Diane Giordano

Dion Wynn

Edith A. Serrano

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**

Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**

Hunton Andrews Kurth LLP

**Utilities**

AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**

101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

14

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD
Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch

TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File