# **EXHIBIT A**

{1368.002-W0069408.}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF ADAM G. LANDIS IN SUPPORT OF THE
APPLICATION OF THE DEBTORS TO APPROVE THE EMPLOYMENT AND
RETENTION OF LANDIS RATH & COBB LLP AS BANKRUPTCY CO-COUNSEL,
*NUNC PRO TUNC* TO THE PETITION DATE, PURSUANT TO BANKRUPTCY CODE
SECTION 327(a), BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULE 2014-1**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) ss: |
| COUNTY OF NEW CASTLE | ) |

I, Adam G. Landis, being duly sworn, does depose and say as follows:

1.      I am a partner in the firm of Landis Rath & Cobb LLP ("LRC") and I am duly authorized to make this Affidavit on behalf of LRC. I submit this Affidavit in accordance with Bankruptcy Code section 327(a), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the *Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel, Nunc Pro Tunc to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1* (the "Application").[2] I make this Affidavit on personal knowledge or on information and belief as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

2.      I am admitted to practice law in the states of Delaware and New York, the Commonwealth of Massachusetts, and the United States Court of Appeals for the Third Circuit.

**INTRODUCTION**

3.      On November 11, 2022 and, with respect to Debtor West Realm Shires Inc., on November 14, 2022 (collectively, the "Petition Date"), the Debtors commenced the above-captioned chapter 11 cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

4.      LRC was retained by the Debtors by letter agreement executed November 10, 2022 (the "Engagement Agreement") to provide the Debtors advice in connection with the restructuring issues it was facing.

5.      I believe that LRC is a "disinterested person," as the term is defined in Bankruptcy Code section 101(14) because LRC, its partners, associates, and employees: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within the two (2) years before the Petition Date, members, officers or employees of the Debtors; (c) have not been an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of a security of the Debtors; (d) are not and never have been a member, officer or employee of the Debtors or of an investment banker; and (e) do not have any interest materially adverse to the interests of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in, the Debtors or an investment banker.

6.      LRC did not represent the Debtors prior to the execution of the Engagement Agreement.

7.      LRC presently employs ten (10) full-time attorneys and has a sophisticated and diversified practice that includes representation of many financial institutions and commercial entities, some of which or its affiliates may be creditors or parties-in-interest in these Chapter 11 Cases.  Consequently, LRC's attorneys may in the past have represented and may presently or in the future represent entities that are or were related to claimants or interest holders of the Debtors in matters unrelated to these Chapter 11 Cases.  No LRC attorney, however, represents or will represent any party other than the Debtors in connection with these Chapter 11 Cases.

## LRC DISCLOSURE PROCEDURES

8.      In connection with LRC's proposed retention in these Chapter 11 Cases, and in preparing this Affidavit, I followed a set of procedures developed by LRC to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of this Court (the "LRC Disclosure Procedures").

9.      Under the LRC Disclosure Procedures, I have reviewed the names of all known parties-in-interest in these cases provided to me by the Debtors (each, a "Potential Party," and all such entities, collectively, the "Potential Parties") as of the date hereof.

10.     I make this Affidavit based in material part on the list of Potential Parties the Debtors have been able to identify to date, as well as LRC's business records, including its conflict database, and the responses to conflict checks circulated throughout LRC (generally, the "LRC Conflict Identification System").   LRC maintains and updates the LRC Conflict Identification System in the ordinary course of its business, and it is the regular practice of the firm to make and maintain such records.

11.     The LRC Conflict Identification System was created to include: (a) every matter for which the firm is now or has been engaged; (b) the entity by which the firm is now or has

been engaged; (c) the identity of related parties; (d) the identity of adverse parties; and (e) the responsible attorney in the firm who handles the matter.

12.     It is LRC's policy that no new matter may be accepted or opened without the attorney responsible for such matter completing and submitting to the LRC Conflict Identification System all information necessary to check each matter for conflicts, including the identity of the prospective client, the matter and, to the extent known, any adverse, potentially adverse and related parties.  Accordingly, the LRC Conflict Identification System is updated for every new matter undertaken by LRC.  Of course, the LRC Conflict Identification System relies on the completeness of the information submitted by individual attorneys in any new matter.

13.     Following the submission of the Potential Parties, a list was created of all potential matches between the Potential Parties and the names already included in the LRC Conflict Identification System.  When it is determined that there is an existing relationship with a Potential Party, LRC attorneys discuss the nature of the representations of, respectively, the debtor, all known creditors, and the Potential Party.  In all cases, I concluded that LRC did not represent a Potential Party in connection with the Debtors.

14.     LRC's corporate restructuring and bankruptcy practice, corporate practice and litigation practice involve the representation of a wide variety of clients with various interests in matters unrelated to these Chapter 11 Cases.  As such, LRC appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom may now or in the future represent claimants or other parties-in-interest in these Chapter 11 Cases.

## **LRC'S CONNECTIONS WITH POTENTIAL PARTIES**

15.    Based on my review of the Potential Parties and the report from LRC's Conflict Identification System, I determined that LRC has or had a relationship with certain Potential Parties identified in "**Exhibit 1**" attached hereto.  Parties included in LRC's conflict check are identified in "**Exhibit 2**" attached hereto.

16.    Except as set forth on "**Exhibit 1**," LRC does not have any connection with the Debtors, any creditor or party-in-interest, or its respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

17.    LRC does not represent, has not represented, and will not represent any entities, other than the Debtors, in matters related to these Chapter 11 Cases.

18.    I believe that the proposed retention of LRC is not prohibited by or improper under Bankruptcy Rule 5002.

19.    Neither I, nor LRC, nor any partner or associate thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors.  Accordingly, I believe LRC is a "disinterested person" as defined in Bankruptcy Code section 101(14).

20.    The Debtors have numerous relationships and creditors.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of conflict, including the efforts outlined above, LRC is unable to state with absolute certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party-in-interest in these Chapter 11 Cases.  To the extent that any information disclosed herein requires supplementation, amendment or modification on LRC's completion of further analysis or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court.

21.     Based on the foregoing, I believe that LRC and the professionals it employs are qualified to represent the Debtors in the matters for which LRC is proposed to be retained.

**COMPENSATION**

22.     Subject to this Court's approval, LRC will charge for its legal services on an hourly basis in accordance with its standard hourly rates in effect on the date services are rendered.  The current rates of LRC partners range from $750.00 - $1,075.00 per hour; associates range from $410.00 - $550.00 per hour; paralegals are $295.00 per hour; and legal assistants range from $145.00 - $180.00 per hour.  The hourly rates set forth above are LRC's standard hourly rates for work of this nature.  These rates are set at a level designed to compensate fairly the firm for the work of its attorneys and professional staff, and to cover fixed and other routine overhead expenses.  These rates may increase from time-to-time in accordance with LRC's established billing practices and procedures, and other LRC partners and associates may be involved in the Debtors' Chapter 11 Cases, as required.  LRC will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of legal services described in the Application by category and nature of the service rendered, consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the United States Trustee's Guidelines.

23.     In addition to the hourly rates set forth above, it is LRC's policy to charge its clients for certain other expenses incurred in connection with its representation of the client. These charges include, among other things, telecopier (outgoing only) toll and other charges, mail and express mail charges, special or hand delivery charges, photocopying charges (at the rate of $0.10 per page in cases in which LRC is paid by a debtor's estate), travel expenses, expenses for "working meals," computerized legal research, transcription costs, document

retrieval charges, as well as non-ordinary overhead expenses such as secretarial overtime.  LRC will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the firm's other clients, or as required by the Local Rules.

24.     Within ninety (90) days of the Petition Date, LRC received a retainer payment on November 14, 2022 from Debtor West Realm Shires Inc. in the amount of $300,000 (the "Retainer").[3]  As set forth in the *Statement Pursuant to Bankruptcy Code sections 329 and 504, Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2016-1* (the "Rule 2016 Statement") attached to the Application as **Exhibit C** LRC will hold the Retainer balance as an evergreen retainer to be held by LRC as security throughout these Chapter 11 Cases until LRC's fees and expenses are awarded by final order and payable to LRC.

25.     LRC intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other orders entered in these Chapter 11 Cases for all services performed and expenses incurred after the Petition Date.

26.     No promises have been received by LRC, or any partner or associate thereof, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  Neither LRC nor any of its attorneys has entered into an agreement or understanding to share compensation with respect to the representation of the Debtors as described in Bankruptcy Rule 2016(b).

27.     LRC has agreed to accept as compensation such sums as may be allowed by the Court based on the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time spent in relation

---

[3] Aside from payment of the Retainer as disclosed herein, LRC was not paid any amounts by or on behalf of the Debtors prior to the Petition Date.  To the extent LRC had unbilled prepetition fees and expenses, it hereby waives any such claims against the Debtors and their estates with respect to any such prepetition, unsecured amounts.

to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in this case.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

28.     As this Court is aware, the Executive Office of the United States Trustees (the "EOUST") adopted *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"). By their terms, the U.S. Trustee Guidelines "apply to the [U.S. Trustee's] review of applications for compensation filed by attorneys in larger chapter 11 cases," and are intend as an update to the original guidelines adopted by the EOUST in 1996.

29.     Among other things, the U.S. Trustee Guidelines ask attorneys in larger chapter 11 cases to provide additional documentation and make significant disclosures in connection with their retention under Bankruptcy Code section 1103 and for compensation under Bankruptcy Code section 330. As the U.S. Trustee Guidelines themselves acknowledge, "the Guidelines do not supersede local rules, court orders, or other controlling authority[.]"

30.     The Debtors and LRC intend to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines both in connection with this Application and the interim and final fee applications to be filed by LRC.

## ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES

31.     The following is provided in response to the request for additional information set forth in paragraph D.1 of the U.S. Trustee Guidelines.

**Question**:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

**<u>Question</u>**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

<u>Response</u>:    No.

**<u>Question</u>**:    If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference?

<u>Response</u>:    Other than the periodic adjustments described in the Application, LRC's hourly rates and financial terms for the services performed prior to the Petition Date are identical to the hourly rates and financial terms of the postpetition engagement proposed herein.

**<u>Question</u>**:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

<u>Response</u>:    LRC, in conjunction with the Debtors, is developing a prospective budget and staffing plan for these Chapter 11 Cases.

****

32.     In conclusion, insofar as I have been able to ascertain and subject to the disclosures herein contained, neither LRC nor any member, counsel or associate thereof, represents any interest adverse to the Debtors or their estates in the matters upon which LRC is to be engaged.  Accordingly, I believe that LRC is a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

Dated: December 21, 2022                              _/s/ Adam G. Landis_____
                                                       Adam G. Landis

**EXHIBIT 1**

**LRC'S CONNECTIONS WITH POTENTIAL PARTIES**

| Entity | Relationship to Debtor | Firm Relationship |
|---|---|---|
| Latham & Watkins LLP | Ordinary Course Professional | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Twitter, Inc. | Vendors | LRC currently represents this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| JPMorgan Chase Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | LRC currently represents, and has in the past represented, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Bank of America | Banks/Lender/UCC Lien Parties/Administrative Agents | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| BMO Harris Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Zurich Insurance Plc | Insurance | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |
| Kroll Restructuring Administration | Bankruptcy Professionals | LRC has, in the past, represented entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |

| Entity | Relationship to Debtor | Firm Relationship |
|--------|------------------------|-------------------|
| Jumio | Vendor | LRC has, in the past, represented this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors. |

## **EXHIBIT 2**

**Potential Parties in Interest**

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

{1368.002-W0069413.}

Wells Fargo
Western Alliance
Zand Bank
**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File

Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulos
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax
Arnac
Arrow
Artemis
Asymmetric Technologies LP
ATMTA, Inc. / Star Atlas
Atomic Vaults
ATTN (EVOSverse)
Auradine, Inc.
Aurigami / Vaus Limited
Aurory
Autograph
Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n

CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey Technologies Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III

MultiSafe/ Coinshift

Mysten Labs

Mythical Games

Nas Education Pte Ltd

NEAR

Nestcoin

New Gen Minting LLC

Nifty Island

Nod Labs, Inc.

NodeGuardians

Nural Capital

O'daily News

Offchain Labs

Only1

Open Loot Ecosystem Fund I Ltd.

Optim

Orderly

OTC Service Ltd / OTC Service AG

OTOY International

OVEX

Owner.com

Pacer

Pangea Cayman Fund I Ltd

Paradigm One (Cayman) Feeder LP

Parallel Finance

Parastate

Paraswap

Paxos

Pembrock

Perion / BUZZ DEVELOPMENT INC

Phastasia

PINE

Pionic (Toss)

Pixelynx

PlanetQuest

Platform Lifesciences Inc

Play Up

Point

Point Up

Polygon Network

Pontem Network

Pontis - ZK Oracle (42 Labs INc)

Port Finance / Contrarian Defi LLC

Pragma

Protego

Pstake

Psyoption

QP-Fund I, a series of Generalist Capital, LP

Questbook / CreatorOS

Race Capital II

Rainmaker

Ratio Finance

Rebittance (SCI)

Receipts Depository Corporation

Red Sea Research

REF

Rejuveron

Resonant Health Inc

Revault

Rockbird LLC

Rocket

Roco Finance

Rok Capital Offshore Fund Ltd

ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd

Saddle Finance / Incite Technologies Inc

SahiCoin

Salad Ventures Ltd

Samudai

Samuel Bankman-Fried

Satori Research

Scopely

SEBA Bank

SECRET Network / Enigma MPC, Inc.

SecureSave

Senate

Sequoia Capital Fund, L.P.

SH Fund, LP

Sherlock Bioscience

Sidus

SifChain

Sintra

Sipher

Size

Sky Mavis (Axie Infinity)

Skybridge

Slope

Snickerdoodle Labs

Soba Studios / Good Game Inc

SOJ Trading Ltd (JoePEGS NFT Project)

Solana Restricted Token Purchase

SolCial / Social Research

Solend / Concurrent C Inc

SolFarm

Solice

Solidus

Solrise

Solscan

SolStarter

Sommelier

SperaX

Spruce Systems Inc

Stacked

Star Atlas

Stargate (LayerZero)

Starkware

Step Finance

StepN (Find Satoshi Lab)

Stocktwits

Stoke Space

Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec

Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd

**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case

**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets
Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd

**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd

Name On File

Marisa Mcknight

ONE Studios Pte Ltd

**Ordinary Course Professionals**

ABNR

Anderson Mori & Tomotsune

Anthony Astaphan

Antis Triantafyllides

Appleby

ARIFA

Armanino LLP

Arthur Cox

Baker McKenzie

Baptista Luz

Bär & Karrer

Binder Grösswang

BlackOak

Clayton Utz

Clement Maynard & Co

CMS Legal - Italy

Covington & Burling LLP

Durukan Partners

Fenwick & West

Gibson Dunn

Gorriceta Africa Cauton & Saavedra

Hadef & Partners

Hogan Lovells

Kim & Chang

King & Spalding LLP

King Wood Mallesons

Kramer Levin

Latham & Watkins

Lenz & Staehelin

Lexcomm Vietnam

Loyens&Loeff

McCarthy Tetrault

MLL Meyerlustenberger Lachenal Froriep Ltd

Nishit Desai

Norton Rose

Olaniwun Ajayi

Peter Maynard

Piper Alderman

Prager Metis CPA's, LLC

Ronny Domröse

Schurti Partners

Shardul Amarchand Mangaldas

Silicon Valley Accountants

Slaughter & May

TSN LIMITED

Walkers

WilmerHale

**Other Significant Creditors**

BITVO Inc.

Celsius Network LLC

FTX Ventures Partnership

**Significant Competitors**

Binance

BlockFi, Inc.

Coinbase

Crypto.com

Gemini

Kraken

KuKoin

**Surety & Letters of Credit**

Lockton Insurance Brokers, LLC

Philadelphia Indemnity Insurance Company

RLI Insurance Co.

Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development

Amber Eutsey

Anne Cappelli

Arizona Department of Insurance and Financial Institutions

Arkansas Securities Department

Aurora Fagan

Bahamas ACP Secretariat

Bahamas Agricultural & Industrial Corporation (BAIC)

Bahamas Bureau of Standards and Quality (BBSQ)

Bahamas Development Bank

Bahamas Electricity Corporation (BEC)

Bahamas Environment Science and Technology Commission (BEST)

Bahamas Investment Authority

Bahamas Trade Commission

Bahamasair Holding Ltd

Bank of The Bahamas

Bo Fears

Brandi Smith

Brock Jensen

Bryan Hsueh

Business Licence - Valuation Unit (Bahamas)

Campbell McLaurin

Catherine Reyer

Central Bank of The Bahamas

Christopher German

Clifford Charland

Commodity Futures Trading Commission

Compliance Commission (Bahamas)

Corey Krebs

Craig Christensen

Cyprus Securities and Exchange Commission

Danielle Sassoon

David Berland

David Buchalter

David O'Brien

David Venerables

Delaware State Treasury

Department of Insurance and Financial Services

Department of Justice - Computer Crime and Intellectual Property Section

11

Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano

{1368.002-W0069413.}

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

{1368.002-W0069413.}

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD
Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch

TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File