# **<u>EXHIBIT C</u>**

{1368.002-W0069408.}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**STATEMENT PURSUANT TO BANKRUPTCY CODE SECTIONS 329 AND 504, BANKRUPTCY RULE 2016 AND LOCAL RULE 2016-1**

1.  Pursuant to Bankruptcy Code sections 329 and 504, Bankruptcy Rule 2016, and Local Rule 2016-1, Landis Rath and Cobb LLP ("LRC")[2] states that the undersigned is one of the primary attorneys responsible for LRC's representation of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") in these Chapter 11 Cases.

2.  Pursuant to the engagement agreement dated November 11, 2022 (the "Engagement Agreement") between the Debtors and LRC, the Debtors agreed to compensate LRC for legal services provided or to be provided in connection with the Debtors' Chapter 11 Cases. The Engagement Agreement also called for the Debtors to reimburse LRC for all actual and necessary expenses incurred in connection with the Debtors' Chapter 11 Cases.

3.  Within ninety (90) days of the Petition Date, LRC received a retainer payment from Debtor West Realm Shires Inc. in the total amount of $300,000.00 (the "Retainer") to secure payment of postpetition fees and expenses.[3] LRC will hold the balance of the Retainer,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not otherwise defined shall have the same meanings ascribed to them in the Application.

[3] Aside from payment of the Retainer as disclosed herein, LRC was not paid any amounts by or on behalf of the Debtors prior to the Petition Date. To the extent LRC had unbilled prepetition fees and expenses, it hereby waives any such claims against the Debtors and their estates with respect to any such prepetition, unsecured amounts.

{1368.002-W0069408.}

subject to further order of the Court, as a retainer for postpetition fees and expenses in connection with these Chapter 11 Cases.

4.  LRC has not shared or agreed to share any compensation it has received or will receive in connection with the Debtors' Chapter 11 Cases with any individual who is not a full-time employee of LRC.

| | |
|---|---|
| Dated: December 21, 2022<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br> /s/ Adam G. Landis<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>            brown@lrclaw.com<br>            pierce@lrclaw.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-In-Possession* |