# **EXHIBIT B**

## **Declaration of Edgar W. Mosley II**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE NUNC PRO TUNC TO THE PETITION DATE

Edgar W. Mosley II, being duly sworn, hereby states as follows:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration on behalf of A&M (the "Declaration") in support of the Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date (the "Application") on the terms and conditions set forth in the Application and the engagement letter between Debtors and A&M attached to the Application as

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Exhibit C (the "Engagement Letter").  Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

2.    I have more than 20 years of restructuring and distressed investment experience across various industries, including oil & gas, manufacturing, transportation, automotive, retail, industrial construction, telecommunications, healthcare, and consumer products. I have a bachelor's degree from Harvard University, and have been recognized as a Certified Insolvency and Restructuring Advisor by the Association of Insolvency and Restructuring Advisors, where I served on the board from 2019 until 2020.

3.    Since joining A&M, I have been involved in numerous Chapter 11 restructurings including Seadrill Limited (2020 and 2017), Valaris plc, Diamond Offshore Drilling, Inc., Imerys Talc America, White Star Petroleum, Southcross Energy, Magnum Hunter Resources, Exide Technologies (where I served as the Chief Restructuring Officer), and Visteon Corporation.

## DISINTERESTEDNESS AND ELIGIBILITY

4.    A&M together with its professional service provider affiliates (the "Firm") utilize certain procedures ("Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a connection to a client debtor.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors, and the Firm's relationship with such parties:

5.    A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties in Interest").[3]  The list of

---

[2]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

Potential Parties in Interest which A&M reviewed is annexed hereto as Schedule A.  The

Potential Parties in Interest reviewed include, among others, the Debtors, non-debtor affiliates,

directors, significant customers, vendors, parties holding ownership interests in the Debtors,

counterparties to certain agreements, certain regulatory authorities, recipients of donations and

litigation claimants.[4]

6.      A&M then compared the names of each of the Potential Parties in Interest

to the names in its master electronic database of the Firm's current and recent clients (the "Client

Database").  The Client Database generally includes the name of each client of the Firm, the

name of each party who is or was known to be adverse to the client of the Firm in connection

with the matter in which the Firm is representing such client, the name of each party that has, or

had, a substantial role with regard to the subject matter of the Firm's retention, and the names of

the Firm professionals who are, or were, primarily responsible for matters for such clients.

7.      An email was issued to all Firm professionals requesting disclosure of

information regarding:  (i) any known personal connections between the respondent and/or the

Firm on the one hand, and certain significant Potential Parties in Interest or the Debtors, on the

other hand,[5] (ii) any known connections or representation by the respondent and/or the Firm of

---

[3]    The list of Potential Parties in Interest is expected to be updated during these cases.  A&M continues to review the relationships its personnel may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest through the filing of statements of financial affairs or statements under Rule 2019.  A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

[4]    The list of Potential Parties in Interest and the financial information that A&M used to process it is subject to future revision as more information becomes available in these cases.  As stated in the Ray First Day Declaration, the Debtors' professionals have faced "a complete failure of corporate controls and such a complete absence of trustworthy financial information" that the situation is "unprecedented".  Ray First Day Declaration at 5.

[5]    In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate family: (a) indirectly owns, through a public mutual

any of those Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why A&M may be unable to represent the Debtors.

8.      Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.  These connections are listed in Schedule B annexed hereto.

9.      As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

a)  is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),[6] an equity security holder of the Debtors, or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

b)  is not, and has not been, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c)  does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

---

fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest.  If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments in various parties in interest, including but not limited to AT&T, Bank of America, Bank of Cyprus, Comcast, Equinix, Facebook/Meta, Google, JP Morgan, Microsoft, Morgan Stanley, UBS AG, Verizon and Wells Fargo.

[6]    See paragraph 25 below.

10.    As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' Chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' Chapter 11 Cases.

11.    In addition to the relationships disclosed on Schedule B, I note the following:

12.    JPMorgan Chase Bank, N.A. together with certain of its affiliates (collectively, "JPMC"), Wells Fargo Bank, N.A. together with certain of its affiliates (collectively, "Wells Fargo"), and HSBC Bank USA, N.A. together with certain of its affiliates (collectively "HSBC") are Potential Parties in Interest. Under a credit facility (the "Credit Facility") to A&M's parent company Alvarez & Marsal Holdings, LLC: Wells Fargo is administrative agent, swingline lender and issuing lender, and JPMC is a lender and the syndication agent; Wells Fargo and JPMC are joint lead arrangers and joint book runners; and HSBC is a participating lender and documentation agent. In addition to Wells Fargo's receipt of interest in its capacity as a lender under the Credit Facility, Wells Fargo, JPMC, and HSBC receive certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facility.

13.    In June 2022, A&M's affiliate Alvarez & Marsal Disputes and Investigations, LLC ("A&M DI") was engaged by Debtor entity Alameda Research to provide forensic services in connection with an SEC investigation.  A&M DI's engagement was limited to the conversion of data from Slack to Relativity Short Message Format.  The services were completed on or about June 30, 2022, and the total fees were less than $5,000.

14.     Rishi Jain was appointed as an independent director of the Ventures Silo. He was part of A&M's corporate restructuring and turnaround practice between 2006 and 2017.

15.     We note that A&M has made certain personnel available to provide financial advisory services to Celsius Network LLC, and its affiliated debtors and debtors-in-possession ("Celsius") in connection with Celsius' Chapter 11 bankruptcy cases.  Celsius and the Debtors are creditors in each other's Chapter 11 cases.  A&M personnel will recuse themselves in both engagements from any involvement in disputes between Celsius and the Debtors.

16.     A&M has made certain personnel available to Genesis Global Holdco, LLC and its subsidiaries and affiliates ("Genesis") to provide financial advisory services. The Debtors' have made a substantial investment in Genesis.  In addition, Genesis is a member of the Unsecured Creditors Committee in these cases.  A&M has elected to institute a formal information barrier between those A&M personnel that work on the Debtors' engagement and those A&M personnel that work on the Genesis engagement and A&M teams on both sides will recuse themselves from any involvement in disputes between Genesis and the Debtors.

17.     On July 5, 2022, Voyager Digital Ltd. and two subsidiaries ("VDL") commenced chapter 11 proceedings.  Alvarez & Marsal Canada Inc. is the Information Officer in the Canadian recognition proceedings under the CCAA.  As part of VDL's Chapter 11 process, the Debtors were to acquire VDL's assets (the Court had approved the Asset Purchase Agreement, and confirmation for the plan was being sought).  Due to the Debtors' entering into Chapter 11 proceedings, the proposed transaction could not go forward and the Asset Purchase Agreement has now been terminated.  In addition, the Debtors are a creditor of VDL.  A&M's role as the Information Officer does not include advising VDL on issues related to the Debtors. As an Information Officer, A&M Canada is an officer of the Ontario Superior Court of Justice

(the "Canadian Court") and does not represent VDL directly. The Information Officer will report to the Canadian Court from time to time on the status of the VDL Chapter 11 proceeding, the proposed restructuring of VDL, the U.S. orders sought to be recognized and given effect by the Canadian Court, and any other information that may be material to the Canadian Court or Canadian stakeholders. The Information Officer's role is not to collect assets of VDL from the Debtors or any other party. The Information Officer has no relationship to the VDL business operations or plan development, and therefore A&M's role as Information Officer, does not result in A&M Canada representing an interest adverse to the Debtors.

18.     A&M's affiliate, Alvarez & Marsal Valuation Services, LLC ("A&M VS"), provides portfolio valuation consulting services to various clients in the financial industry and A&M VS has previously provided such services solely for financial reporting purposes to SkyBridge Capital and/or its affiliates ("SkyBridge") regarding certain interests held by SkyBridge in the Debtors. No persons providing services for the Debtors have been involved in such valuation services for SkyBridge and A&M VS has an understanding with SkyBridge that A&M VS personnel will recuse themselves during the term of this engagement from any future valuation services for SkyBridge related to the Debtors.

19.     In the email issued to all Firm professionals referred to in paragraph 7 above, A&M specifically requested disclosure of whether such persons (or any members of their household) have accounts with the Debtors or are otherwise a creditor in these Chapter 11 Cases. Seven employees responded that they (or their family member) had accounts with the Debtors containing *de minimis* amounts. One A&M Managing Director has an investment of approximately $100,000 in an account with the Debtors and is also invested in a hedge fund that is a creditor of the Debtors. None of the 7 responding employees are a part of the A&M team

providing services to the Debtors.  A&M established an information barrier between those

responding employees and the A&M personnel who are staffed on the Debtors' engagement.[7]

20.     Further, as part of its diverse practice, the Firm appears in numerous cases

and proceedings, and participates in transactions that involve many different professionals,

including attorneys, accountants, and financial consultants, who represent claimants and parties-

in-interest in the Debtors' Chapter 11 Cases.  Further, the Firm has performed in the past, and

may perform in the future, advisory consulting services for various attorneys and law firms, and

has been represented by several attorneys and law firms, some of whom may be involved in

these proceedings.  Based on our current knowledge of the professionals involved, and to the

best of my knowledge, none of these relationships create interests materially adverse to the

Debtors in matters upon which A&M is to be employed, and none are in connection with these

cases.

21.     To the best of my knowledge, no employee of the Firm is a relative of, or

has been connected with the United States Trustee in this district or its employees.

22.     Accordingly, to the best of my knowledge, A&M is a "disinterested

person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M:  (i) is

not a creditor, equity security holder, or insider of the Debtors; (ii) was not, within two years

before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of

the Debtors; and (iii) does not have an interest materially adverse to the interest of the Debtors'

estates or of any class of creditors or equity security holders.

23.     If any new material relevant facts or relationships are discovered or arise,

A&M will promptly file a supplemental declaration.

---

[7]     In addition, two employees (one who is staffed on this matter) reported receiving a free account with FTX as part of a promotion at a concert event.  Those accounts were never activated by establishing login credentials.

**Compensation**

24.     Subject to Court approval and in accordance with the applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable United States Trustee

guidelines, and the Local Rules of this Court, A&M will seek from the Debtors payment for

compensation on an hourly basis and reimbursement of actual and necessary expenses incurred

by A&M.  A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters

of this type by the professionals assigned to this engagement are outlined in the Application.

These hourly rates are adjusted annually.

25.     To the best of my knowledge, (i) no commitments have been made or

received by A&M with respect to compensation or payment in connection with these cases other

than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules,

and (ii) A&M has no agreement with any other entity to share with such entity any compensation

received by A&M in connection with these Chapter 11 Cases.

26.     By reason of the foregoing, I believe A&M is eligible for employment and

retention by the Debtors pursuant to sections 327(a) (as modified by sections 1107(b)), 328, 330

and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.


Dated this 21st day of December 2022



By: *Edgar W. Mosley II*
Edgar W. Mosley II
Managing Director

**Schedule A List of Potential Parties in Interest**

## FTX Trading – Redacted Parties in Interest[1]

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang

**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)

**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

{1368.002-W0069413.}

Wells Fargo

Western Alliance

Zand Bank

**Contract Counter-Parties**

AC Revocable Trust

Adresana Limited

AIM Sports, LLC

Name On File

Name On File

Name On File

Alpaca Crypto LLC

AlteumX International S.A.

Name On File

Name On File

Name On File

Name On File

Barstool Sports Inc.

Billboard Media, LLC

Binance Capital Management Co. Ltd.

BitGo

BITOCTO

BlockFi Inc.

Brandon Williams

Brave Software International SEZC

Name On File

Cal Athletics

Chainalysis

Coachella Music Festival, LLC

David Ortiz

David Ortiz Children's Fund

Name On File

Diego Perez de Ayala

Digital Assets DA AG

Digital Finance Group Company

Dolphin Entertainment, Inc.

Name On File

Elvia Delgadillo

Exodus Movement, Inc.

Fortune Cookie

FOX SPORTS SUN, LLC

Name On File

FTI Consulting, Inc.

Furia ESports LLC

Galois Capital

Gisele Caroline Bündchen

Golden State Warriors

Gpay Network Pte. Ltd.

Growflint Technologies Pvt. Ltd.

HashKey Blockchain Investment Fund

HODL Media, Inc.

ICC Business Corporation FZ LLC

Idealex Services OU

IEX Group, Inc.

iVest+

Name On File

Name On File

Jeremy Cranford

Name On File

Joele Frank

Kariya Kayamori

Name On File

Kevin O'Leary

Name On File

Larnabell Enterprises Limited

Laura Larissa Hanna

Ledger SAS

Lightspeed Management Company, LLC

Lincoln Holdings LLC DBA Monumental Sports & Entertainment

Lorem Ipsum UG

Name On File

Name On File

Major League Baseball Clubs

Major League Baseball Properties, Inc

Mark Khalil

Medium Rare Live, LLC

Meow Technologies Inc.

Mercedes-Benz Grand Prix Limited

Name On File

MLB Advanced Media, L.P

MMBOC, LLC

MPG Live Ltd

Multicoin Capital

Nardello & Co. LLC

Naomi Osaka

O'Leary Productions Inc.

Office of the Commissioner of Baseball

Paradigm

Patrick Gruhn

Paul Forest

Paxos Trust Company, LLC

Name On File

Play Magnus Group

PointUp Inc.

Proper Trust AG

PT Datindo Infonet Prima

Race Capital

Radegen Sports Management LLC

Rebecca Lowe

Reddit, Inc.

Ribbit Capital

Rick Fox

Riot

Name On File

SC30 Inc.

Name On File

Shohei Ohtani

Name On File

Stephen Curry

StockTwits, Inc.

Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd
**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax
Arnac
Arrow
Artemis
Asymmetric Technologies LP
ATMTA, Inc. / Star Atlas
Atomic Vaults
ATTN (EVOSverse)
Auradine, Inc.
Aurigami / Vaus Limited
Aurory
Autograph
Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n

CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey  Technologies  Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depository Corporation

Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space

9

Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd - Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec

Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd
**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case
**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets
Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd
**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.
**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd
**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale
**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin
**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International
**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section

Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP

Skyline Construction

Slack Technologies, Inc

Snap Inc

Sol Stores

Solana Spaces

Solidus Labs

Spiralyze LLC

SSB Trust

Stanford Law School

Stripe, Inc.

Sullivan & Cromwell LLP

Swift Media Entertainment - TSM FTX

Swift Media Entertainment Inc.

TagNitecrest Ltd

Takashi Hidaka

Takedown Media

Talent Resources Sports

TaxBit

Teknos Associates LLC

Tevora

The Block Crypto

The Drop Media

The Drop NFT Media, Inc

The Executive Centre

The Executive Centre Singapore Pte Ltd

THE GOODLY INSTITUTE

The Metropolitan Museum of Art

The Working Policy Project

Thirdverse, Co, Ltd

TigerWit

TikTok

Time Magazine

Time Magazine UK LTD

Name On File

Name On File

TL International

TONGLE X LLC

Top Drawer Merch

TOP Worldwide, LLC

TransPerfect (Chancery Staffing)

Treasury Forfeiture Fund

Tribe Payments Ltd

Trident

TriNet

Trip Actions, Inc.

Triton One Limited

TRM Labs, Inc.

Turner Digital AD Sales (INC)

Twilio

Twitter

Two More Glasses

UBS Financial Services Inc

UJH Enterprise, Inc

Underground Creative

United Healthcare

USI

Valuz LLP

VARA

Name On File

VKR Insights

Wasserman

Wasserman - Operating

Wasserman Client Trust

We Are One World

Weekly Open

West Realm Shires Services Inc

West Realm Shires, Inc. WRS

WH Sports

Wifi Bread

William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP

WME Entertainment

Wondros

W-SF Goldfinger Owner VIII, LLC

XReg Consulting- GBP

Name On File

**Schedule B Potential connections or related parties**

**FTX Trading – Redacted Schedule B[1]**

**Current and Former Clients of A&M and/or its Affiliates** [2]

Adobe Systems Inc.
American Express
Name on File
Apple Inc.
Aptos
AirBnB
Amazon
Ascot Insurance Company
AT&T
Azora LLC
Baker McKenzie
Bank of America
Bank of Cyprus
Bartstool Sports Inc.
Binance Capital Management Co. Ltd.
Bitmain Fund L.P.
Bloomberg
BMO Harris Bank, N.A.
Celsius Network LLC
Chicago Mercantile Exchange Inc.
Circle
Name on File
Comcast
Commercial Bank of Dubai
Conde Nast
Covington & Burling LLP
Curated
DBS
Defi
Dlocal LLP
DoDo
Duane Morris LLP
ED&F Man Holdings Inc.

Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, HDI Global Specialty SE
Equinox Group LLC
Ernst & Young
Eurobank
Eventus Systems, Inc.
Evolve
Facebook/Meta
Fedex
Fidelity Bank (Bahamas)
Figma Inc.
Fox Broadcasting Company
FTI Consulting, Inc.
Genesis Digital Assets Limited
Google
Name on File
Hanover Insurance Group, The
Holland & Knight LLP
HSBC Bank
Insight
Interactive Brokers
JPMorgan Chase Bank, N.A.
JLL Law Firm
Jumio
Kroll Restructuring Administration
Learfield
LendingClub
Lido
Lockton Insurance Brokers, LLC
M Group
Major League Baseball Clubs
Microsoft
Morgan Stanley
MUFG Bank, Ltd.
Ooma Inc.
Perella Weinberg Partners

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

[2] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

Philadelphia Indemnity Insurance Company
PWC – S.A. Evangelou and Co LLC
QBE Insurance Corporation
Rainmaker
Reddit
Ribbit Capital
RLI Insurance Co.
SafetyPay
Skybridge
Signature Bank
Silicon Valley Bank
Skadden, Arps, Slate, Meagher & Flom LLP
Slack Technologies, Inc.
Sompo International
Stanford University
Stripe
Sumitomo Mitsui Banking Corporation
Thoma Bravo

Travelers Insurance Company, The
TriNet
UBS Financial Services Inc.
UC Berkeley Foundation
United Healthcare
USI
Verizon Wireless
Volksbank Bayern Mitte eG
Voyager Digital Ltd.
Walkers
WeWork Companies LLC
Wells Fargo
WME Entertainment
Yahoo!

**Significant Equity Holders of Current
and Former A&M Clients**[3]
Adobe Systems Inc.
AirBnB
AlixPartners, LLP
Amazon
American Express
AngelList

Apple Inc.
Artemis
Ascot Insurance Company
AT&T
Bank of America
Bank of Cyprus
Bloomberg
BMO Harris Bank, N.A.
Chicago Mercantile Exchange
Comcast
Conde Nast
Consensys
DBS
Deltec
ED&F Man Holdings Inc.
Ellison, Caroline
Emirate NBD Bank
Ernst & Young
Evolve
Excel Sports Management
Fidelity Bank (Bahamas)
Name on File
Goodman Investments Ltd.
Google
Group One Holdings Pte Ltd
HDFC Bank
HSBC Bank
INCO, LLC
Jafco SV4 Investment Limited
Name on File
JLL Law Firm
Name on File
JPMorgan Chase Bank, N.A.
Liftoff
Lightspeed Management Company, LLC
Liquid 2 Venture Fund III, L.P.
Lloyd's America, Inc.
Microsoft
Morgan Stanley
MUFG Bank, Ltd.
Multicoin Capital
National Australia Bank

---

[3] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

O'Leary Productions Inc.
Paradigm
PCCW Netvigator Now
Perella Weinberg Partners
Playground Ventures
QBE Insurance Corporation
Rakuten Bank
Name on File
Refactor Capital
Ribbit Capital
Rocket
SBI
Sequoia
Silicon Valley Bank
Sompo International
Stanford University
Sumitomo Mitsui Banking Corporation
Name on File
Thoma Bravo
Travelers Insurance Company, The
Twitter
UBS Financial Services Inc.
UC Berkeley Foundation
United Healthcare
USI
Verizon Wireless
Walkers
Wells Fargo
Williams, Brandon

**Professionals & Advisors**[4]
Akin Gump Strauss Hauer & Feld LLP
AlixPartners, LLP
Anderson Kill LLP
Appleby
Arifa
Arthur Cox
Bank of America
Baker McKenzie
Bär & Karrer
Binder Grosswäng
BMO Harris Bank, N.A.
CMS Legal - Italy

Covington & Burling LLP
Deacons Lawyers
Duane Morris LLP
Ernst & Young
Executive Centre Singapore Pte Ltd, The
Eversheds Sutherland (US) LLP
Fedex
Fenwick & West
FTI Consulting, Inc.
Gibson Dunn
Name on File
Hogan Lovells
Holland & Knight LLP
JLL Law Firm
Joele Frank
Katten
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Latham & Watkins LLP
Lenz & Staehelin
Lockton Insurance Brokers, LLC
Loyens&Loeff
Lowenstein Sandler LLP
McCarthy Tetrault
Morgan Lewis
Morgan Stanley
Morris, Nichols, Arsht & Tunnell LLP
Morrison and Foerster LLP
Nardello & Co. LLC
Nishit Desai
Norton Rose
NYSE
Orrick, Herrington & Sutcliffe LLP
Osler, Hoskin & Harcourt LLP
Perella Weinberg Partners
Perkins Coie LLP
PWC – S.A. Evangelou and Co LLC
Quinn Emanuel Urquhart & Sullivan, LLP
Ray, John J.

---

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client.  In certain cases, these professionals may have engaged A&M on behalf of such client.

Richards, Layton & Finger, P.A.
Shardul Amarchand Mangaldas
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Slaughter & May
Sullivan & Cromwell LLP
Walkers
Wells Fargo
White & Case
Willkie Farr & Gallagher LLP
WilmerHale
Yahoo!

**Significant Joint Venture Partners**[5]
Adobe Systems Inc.
AT&T
Bank of America
Ernst & Young
JPMorgan Chase Bank, N.A.
Microsoft
Morgan Stanley
Sumitomo Mitsui Banking Corporation
Wells Fargo

**Board Members**[6]
Fisher, Andy
Doheny, Matthew
Pompliano, Anthony – Lunch Money Group
Watson, Michael

**Government and Regulatory**[7]
Department of Justice – Computer Crime
    and Intellectual Property Section
District of Columbia Department of
    Insurance, Securities and Banking
Gibraltar Financial Services Commission

Hong Kong Securities & Futures
    Commission
Internal Revenue Service
Monetary Authority of Singapore
New York Department of Financial Services
North Carolina Department of Justice
Securities and Exchange Commission

**A&M Vendors**[8]
Akin Gump Strauss Hauer & Feld LLP
Amazon
American Express
Appleby
AT&T
Bank of America
Bloomberg
BMO Harris Bank, N.A.
Chartwell
Comcast
ED&F Man Holdings Inc.
Equinox Group LLC
Elite Protection LLC
Endurance Worldwide Insurance Ltd.,
    Zurich Insurance Plc, HDI Global
    Specialty SE
Ernst & Young
Executive Center, The
Fedex
Fidelity Bank (Bahamas)
Name on File
Hogan Lovells
HSBC Bank
Insight
JLL Law Firm
JPMorgan Chase Bank, N.A.
Katten
King & Spalding LLP

---

[5] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[6] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[7] A&M and/or an affiliate is currently providing or has provided certain consulting or interim

management services to these government entities or regulatory agencies in wholly unrelated matters.

[8] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

King Wood Mallesons
Kramer Levin
Kroll Restructuring Administration
Latham & Watkins LLP
Lexis Nexis
Lockton Insurance Brokers, LLC
Morgan Lewis
Morris, Nichols, Arsht & Tunnell LLP
Morrison and Foerster LLP
Norton Rose
Orrick, Herrington & Sutcliffe LLP
PCCW Netvigator Now
Perella Weinberg Partners
Perkins Coie LLP
PWC – S.A. Evangelou and Co LLC
Quinn Emanuel Urquhart & Sullivan, LLP
Sidley Austin LLP
Skadden, Arps, Slate, Meagher & Flom LLP
UBS Financial Services Inc.
USI
Verizon Wireless
Wells Fargo
White & Case
Willkie Farr & Gallagher LLP
WilmerHale