# **EXHIBIT B**

**Mendelsohn Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF BRUCE MENDELSOHN IN SUPPORT OF THE**
**DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF PERELLA WEINBERG PARTNERS LP AS INVESTMENT**
**BANKER TO THE DEBTORS *NUNC PRO TUNC* TO NOVEMBER 16, 2022 AND**
**(II) WAIVING CERTAIN REPORTING REQUIREMENTS**
**PURSUANT TO LOCAL RULE 2016-2(H)**

I, Bruce Mendelsohn, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of

perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a Partner at Perella Weinberg Partners LP (and together with its corporate

advisory affiliates, "PWP" or the "Firm"), which has its principal office at 767 Fifth Avenue, New

York, New York 10153.  PWP is part of a global financial services firm that provides corporate

advisory and asset management services.  I am duly authorized to make this declaration (the

"Declaration") on behalf of PWP.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete
list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX.

2.      I submit this Declaration in support of the application (the "Application") of FTX Trading Ltd. and it affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned Chapter 11 Cases, for an order authorizing the employment and retention of PWP as the Debtors' investment banker *nunc pro tunc* to November 16, 2022.

3.      The Application seeks an order authorizing the Debtors' retention and employment of PWP as investment banker on the terms and conditions set forth in that certain engagement letter dated November 19, 2022 (the "Engagement Agreement"). I submit this Declaration in compliance with sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), and to provide the disclosure required under rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1, 2016-1, and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  Unless otherwise stated, all matters set forth in this Declaration are based on my personal knowledge, my review of relevant documents, information supplied to me by other professionals at PWP, or my views, including as based upon my experience and knowledge of the Debtors' business and financial condition. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[2]

## PWP's Qualifications

4.      PWP is a leading global independent advisory firm that provides strategic and financial advice to clients across a range of the most active industry sectors and international

---

[2]   Certain of the disclosures herein relate to matters within the knowledge of other professionals at PWP and are based on information provided by them.

markets, with offices in New York, London, Houston, Calgary, Chicago, Denver, Los Angeles, Munich, Paris and San Francisco. PWP's corporate advisory practice is focused on providing clients with advice related to mergers and acquisitions and financial restructurings. Its financial restructuring practice works with companies, investors, and other parties-in-interest in turn-around and distressed situations.

5.      PWP and its professionals have extensive experience working with financially troubled companies across a variety of industries in complex financial restructurings, both out of court and in chapter 11 cases. Major in-court restructurings in which PWP has recently been involved include: *In re Talen Energy Supply, LLC,* Case No. 22-90054 (MI) (Bankr. S.D. Tex.); *In re TPC Grp. Inc.,* Case No. 22-10493 (CTG) (Bankr. D. Del.); *In re Ion Geophysical Corp., et al.,* Case No. 22-30987 (MI) (Bankr. S.D. Tex.); *In re Ector Cty. Energy Ctr. LLC,* Case No. 22-10320 (JTD) (Bankr. D. Del.); *In re Nine Point Energy Holdings, Inc.*, Case No. 21-10570 (MFW) (Bankr. D. Del.); *In re HighPoint Res. Corp.*, No. 21-10565 (CSS) (Bankr D. Del.); *In re Garrett Motion Inc.*, Case No. 20-12212 (MEW) (Bankr. S.D.N.Y.); *In re Cal. Res. Corp.,* Case No. 20-33568 (DRJ) (Bankr. S.D. Tex.); *In re CARBO Ceramics Inc.*, Case No. 20-31973 (MI) (Bankr. S.D. Tex.); *In re Hartshorne Holdings, LLC*, Case No. 20-40133 (THF) (Bankr. W.D. Ky.). PWP's professionals have also provided services in connection with the out-of-court restructurings of numerous companies, including Algeco Group, Blackhawk Mining, Danaos Corporation, International Automotive Components Group, Del Monte, Jack Cooper, Key Energy Services,

Medical Depot Holdings, Pernix Therapeutics, Proserv, Salt Creek Midstream, Savers, SM Energy Company, Sprint Industrial Holdings, Titan Energy and WeWork Companies.

6.      PWP was engaged by the Debtors effective November 16, 2022 pursuant to the Engagement Letter.  PWP believes the resources, capabilities, and experience of PWP will be instrumental in advising the Debtors in their restructuring efforts, including through provision of general investment banking services, restructuring services, sale services, and financing services.

7.      I believe that PWP and the professionals it employs are uniquely qualified to advise the Debtors in the matters for which PWP is proposed to be employed.  I also believe that (a) the resources, capabilities, and experience of PWP in advising the Debtors are important to the Debtors' chapter 11 strategy; (b) an investment banker with deep experience, such as PWP, fulfills a critical need that complements the services offered by the Debtors' other restructuring professionals, and (c) the Debtors requires the services of a capable and experienced investment banker such as PWP.

## Scope of Services

8.      The terms of the Engagement Agreement were negotiated at arm's length between the Debtors and PWP and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.  The terms of the Engagement Agreement will govern the relationship between PWP and the Debtors.

13737616

9.      As stated in the Engagement Agreement, subject to the Court's approval, the Debtors anticipate that PWP will provide the following investment banking services to the Debtors, to the extent requested by the Debtors:[3]

### *Financial Advisory Services*

1. Familiarize PWP with the business, operations, properties, financial condition and prospects of the Debtors and their assets;

2. Review the Debtors' financial condition and outlook and assist in analyzing the range of options available to the Debtors;

3. Assist in the development of financial data, analysis and presentations to the Debtors' Board of Directors, various creditors, and other parties;

4. Analyze the Debtors' financial liquidity and evaluate alternatives to improve such liquidity;

5. Evaluate the Debtors' debt capacity, if any, and alternative capital structures;

6. Participate in negotiations among the Debtors and their vendors, creditors, suppliers, lessors and other interested parties with respect to any of the transactions contemplated by the Engagement Agreement;

7. Advise the Debtors and negotiate with lenders with respect to potential waivers or amendments of any credit facilities; and

8. Provide such other advisory services as are customarily provided in connection with the analysis and negotiation of any of the transactions contemplated by the Engagement Agreement, as requested and mutually agreed.

---

[3]     The description of the Engagement Agreement in this Declaration is a summary. To the extent that this Declaration and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement control.

13737616

*Restructuring Services*

    a.    Analyze various Restructuring (as defined in the Engagement Agreement) scenarios and the potential impact of these scenarios on the value of the Debtors and the recoveries of those stakeholders impacted by the Restructuring;

    9.    Provide strategic advice with regard to restructuring or refinancing the Debtors' obligations;

    10.    Provide financial advice and assistance to the Debtors in developing a Restructuring and/or asset monetization process;

    11.    In connection therewith, provide financial advice and assistance to the Debtors in structuring any new securities to be issued under a Restructuring; and

    12.    Assist the Debtors and/or participate in negotiations with entities or groups affected by the Restructuring.

*Financing Services*

    a.    Provide financial advice to the Debtors in structuring and effecting a Financing (as defined in the Engagement Agreement), identify potential Investors (as defined in the Engagement Agreement) and, at the Debtors' request, contact and solicit such Investors; and

    13.    Assist in the arranging of a Financing, including identifying potential sources of capital, assisting in the due diligence process, and negotiating the terms of any proposed Financing, as requested.

*Sale Services*

    a.    Provide financial advice to the Debtors in structuring, evaluating and effecting a Sale (as defined in the Engagement Agreement), including a monetization of individual or multiple assets, identify potential acquirers and, at the Debtors' request, contact and solicit potential acquirers; and

    14.    Assist in the arranging and executing a Sale, including identifying potential buyers or parties-in-interest, assisting in the due diligence process and marketing process, and negotiating the terms of any proposed Sale.

13737616

**No Duplication of Services**

10.     PWP will work closely with the Debtors and their other advisors in an effort to prevent unnecessary duplication of efforts in the course of advising the Debtors.  Rather than resulting in any extra expense to the Debtors' estates, it is anticipated that the efficient coordination of efforts of the Debtors' professionals will greatly add to the progress and effective administration of the Chapter 11 Cases.

**Professional Compensation**

11.     Investment bankers such as PWP do not customarily charge for their services on an hourly basis. Instead, they charge a monthly advisory fee, plus additional fees contingent on the occurrence of specified transactions or events.  The Engagement Agreement follows this fee structure, and the terms of PWP's proposed compensation are fully set forth in the Engagement Agreement (the "Fee Structure").  In summary, under the terms of the Engagement Agreement and subject to the Court's approval, PWP will be compensated for its services as follows:[4]

   a.      a monthly financial advisory fee of $450,000 (the "Monthly Fee"), due and payable on the first day of each month (the "Payment Date") during the Engagement, provided that such Monthly Fee shall be on a prorated basis from the Engagement Date through the end of the month in which the Engagement Agreement is dated; plus

      15. a Sale Fee (as defined in the Engagement Agreement) based on the Transaction Value (as defined in the Engagement Agreement), determined in accordance with the table set forth below, provided that in the event of multiple Sales, each Sale Fee for each respective Dale will be calculated independently of any other Sale Fee, and payable promptly upon consummation of each respective Sale:

---

[4]     The description of the Fee Structure in this Declaration is a summary. To the extent that this Declaration and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement control.

13737616

| Transaction Value | Fee Percentage |
|---|---|
| Less than $50 million | 0.00% |
| Equal to $50 million but less than $250 million | 2.50% |
| Equal to $250 but less than $500 million | 2.00% |
| Equal to $500 but less than $1,000 million | 1.75% |
| Equal to $1,000 but less than $2,000 million | 1.25% |
| Equal to or greater than $2,000 million | 1.00% |

plus

16. a Financing Fee (as defined in the Engagement Agreement) payable promptly upon consummation of any Financing in an amount equal to the sum of (i) 1.00% of all gross proceeds from the issuance of secured debt financing, plus (ii) 2.5% of all gross proceeds from the issuance of unsecured debt financing, plus (iii) 5.00% of all gross proceeds from the issuance of equity or equity-linked financing.

12.     The Engagement Agreement also provides for a Restructuring Fee payable promptly upon consummation of any Restructuring, in an amount to be mutually agreed in good faith between the Debtors and PWP and subject to court approval. By this Application, the Debtors are not seeking approval of the Restructuring Fee.

13.     The Engagement Agreement also provides that, in addition to PWP's fees for professional services, the Debtors will reimburse PWP for its reasonable out-of-pocket expenses (including, but not limited to, professional and legal fees, charges and disbursements of PWP's legal counsel), any sales, use or similar taxes (including additions to such taxes, if any) arising in

13737616

connection with any matter referred to in the Engagement Agreement, travel and hotel expenses, printing costs, data processing and communication charges, research expenses and courier and postage services) incurred in connection with PWP's engagement; provided that expenses in connection with the preparation of the Engagement and the approval of the Engagement by the Bankruptcy Court shall not exceed $25,000.

### Timekeeping Obligations of PWP

14.    It is not the general practice of investment banking firms—including PWP—to keep detailed time records similar to those customarily kept by attorneys. PWP does not ordinarily maintain contemporaneous time records in tenth-hour increments or provide or conform to a schedule of hourly rates for its professionals.

15.    PWP, therefore, respectfully requests that, notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, other applicable orders of this Court, or any other guidelines regarding the submission and approval of fee applications, PWP be excused from complying with any such requirements in connection with the services to be rendered pursuant to the Engagement Agreement.

16.    Notwithstanding the foregoing, PWP will apply to the Court for the allowance of compensation for the services rendered and reimbursement of expenses incurred. Such applications will include time records setting forth, in summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors in one-half (.5) hour increments. PWP

will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the services discussed above.  PWP's applications for compensation and expenses will be paid by the Debtors pursuant to the terms of the Engagement Agreement in accordance with any related procedures established by the Court.  Courts in other large chapter 11 cases have excused flat-fee professionals from timekeeping requirements under similar circumstances. *See, e.g.*, *In re TPC Grp. Inc.*, Case No. 22-10493 (CTG) (Bankr. D. Del. July 20, 2022); *In re Ruby Pipeline, L.L.C.*, Case No. 22-10278 (CTG) (Bankr. D. Del. July 19, 2022); *In re MD Helicopters, Inc.*, Case No. 22-10263 (KBO) (Bankr. D. Del. May 6, 2022); *In re RTI Holding Co.*, Case No. 20-12456 (JTD) (Bankr. D. Del. Nov. 9, 2020); *In re Joerns WoundCo Holdings, Inc.*, Case No. 19-11401 (JTD) (Bankr. D. Del. July 25, 2019); *In re EdgeMarc Energy Holdings, LLC*, Case No. 19-11104 (JTD) (Bankr. D. Del. July 19, 2019); *In re Rex Energy Corp.*, Case No. 18-22043 (JAD) (Bankr. W.D. Pa. June 26, 2018).

## Indemnification Provisions

17.    As a material part of the consideration for which PWP has agreed to provide the services described herein, **Annex A** to the Engagement Agreement[5] provides for certain indemnification obligations to PWP and its affiliates and its and their respective officers, directors, partners, members, employees, consultants and agents and each other person, if any, controlling PWP or any of its affiliates (PWP and each such other person being an "Indemnified Person")

---

[5]    To the extent there is any inconsistency between the summary of the indemnification, contribution, or exculpation provisions set forth in this Declaration and the indemnification, contribution, or exculpation provisions set forth in **Annex A** to the Engagement Agreement, the terms of **Annex A** to the Engagement Agreement shall control.

10

from and against any losses, claims, damages or liabilities related to, or arising out of or in connection with PWP's engagement or any matter referred to in the Engagement Agreement, and will reimburse each Indemnified Person for all expenses (including fees, charges and disbursements of counsel) as they are incurred in connection with investigating, preparing, pursuing or defending any action, claim, suit, investigation or proceeding related to, arising out of or in connection with the Engagement Agreement, whether or not pending or threatened and whether or not any Indemnified Person is a party; *provided*, *however*, that the Debtors will not be responsible for any losses, claims, damages or liabilities (or expenses relating thereto) that are finally judicially determined to have resulted primarily from the gross negligence, bad faith, intentional fraud or willful misconduct of any Indemnified Person.  In the Engagement Agreement, the Debtors also agree that no Indemnified Person shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Debtors for or in connection with the Engagement Agreement, except for any such liability for losses, claims, damages or liabilities incurred by the Debtors that are finally judicially determined to have resulted primarily from gross negligence, bad faith, intentional fraud or willful misconduct of such Indemnified Person.

18.     If the indemnification provided for in **Annex A** to the Engagement Agreement is, for any reason not available to an Indemnified Person or is insufficient to hold an Indemnified Person harmless in respect of any losses, claims, damages or liabilities referred to therein, then, in lieu of indemnifying such Indemnified Person thereunder, the Debtors shall contribute to the amount paid or payable by such Indemnified Person as a result of such losses, claims, damages or

liabilities (and expenses relating thereto) (a) in such proportion as is appropriate to reflect the relative benefits to PWP, on the one hand, and the Debtors, on the other hand, of the Engagement Agreement or (b) if the allocation provided by clause (a) above is not available, in such proportion as is appropriate to reflect not only the relative benefits referred to in such clause (a) but also the relative fault of each of PWP and the Debtors, as well as any other relevant equitable considerations; *provided*, *however*, to the extent permitted by applicable law, in no event shall PWP's aggregate contribution to the amount paid or payable exceed the aggregate amount of fees actually received by PWP under the Engagement Agreement.[6]

19.     The indemnity, contribution, and other obligations and agreements of the Debtors set forth in **Annex A** and the Engagement Agreement to which it is attached (a) shall apply to any services provided by PWP in connection with the Engagement Agreement prior to the date of the Engagement Agreement, and (b) shall survive the completion or termination of the engagement.

20.     I believe that the indemnification, exculpation, and contribution provisions set forth in the Engagement Agreement are customary and reasonable terms of consideration for investment bankers such as PWP for engagements both out of court and in chapter 11.  Similar indemnification arrangements have been approved and implemented in other large chapter 11 cases. *See, e.g., See, e.g., In re TPC Grp. Inc.*, Case No. 22-10493 (CTG) (Bankr. D. Del. July 20, 2022); *In re Ruby*

---

[6] The Engagement Agreement provides that the relative benefits to PWP and the Debtors under the Engagement Agreement shall be deemed to be in the same proportion as (i) the fees paid or to be paid to PWP under the Engagement Agreement, bears to (ii) the total value paid or contemplated to be paid to or received or contemplated to be received by the Debtors or their stockholders, as the case may be, in the transaction or transactions that are the subject of the Engagement Agreement, whether or not any such transaction is consummated.

12

*Pipeline, L.L.C.,* Case No. 22-10278 (CTG) (Bankr. D. Del. July 19, 2022); *In re MD Helicopters, Inc.*, Case No. 22-10263 (KBO) (Bankr. D. Del. May 6, 2022); *In re RTI Holding Co.*, Case No. 20-12456 (JTD) (Bankr. D. Del. Nov. 9, 2020); *In re Joerns WoundCo Holdings, Inc.*, Case No. 19-11401 (JTD) (Bankr. D. Del. July 25, 2019); *In re EdgeMarc Energy Holdings, LLC*, Case No. 19-11104 (JTD) (Bankr. D. Del. July 19, 2019).

**PWP's Prepetition Compensation**

21.      PWP did not receive any compensation from the Debtors, prepetition or otherwise, pursuant to the Engagement Agreement.

22.      PWP has informed the Debtors that there is no agreement or understanding between PWP and another entity or person, other than employees of PWP, for the sharing of compensation received or to be received for services rendered in connection with the Chapter 11 Cases.

**PWP's Disinterestedness**

**A.      PWP's Review Protocol**

23.      The following disclosures provide a summary of the Firm's businesses and structure:

(a)      The Firm provides corporate advisory, research, and sales and trading services to clients and investors around the world (collectively, the "Clients"). The corporate advisory practice (the "Advisory Practice") provides Clients with M&A advisory services, debt advisory services, capital markets advisory services, restructuring advisory services, private placement services, and underwriting, as applicable which are collectively referred to herein as the "Advisory Services". The Firm does not engage in proprietary sales and trading activities. As described more fully below, the Firm also has (i) a research business ("Research") and (ii) a sales and trading business ("Sales and Trading"). Perella Weinberg Partners is an indirect investor in PWP Forward Sponsor I LLC, a Delaware limited liability company and the sponsor of PWP Forward Acquisition Corp. I, a special purpose acquisition vehicle. In

13

addition, a company related to the Firm ("AmCo") provides asset management services offering multiple investment vehicles to Clients (the "Investment Services").

(b)    The Firm maintains internal procedures designed to preclude the dissemination of material non-public, confidential and proprietary information from PWP's principals, partners, members, or professionals (collectively, the "Professionals") who are providing Advisory Services on the one hand, to Professionals providing services for the Firm's other businesses (the "Confidentiality Procedures"). The Confidentiality Procedures include the following protections: the Investment Services, Research and Sales and Trading business units are separate legal entities from the Advisory Services business unit that will provide services to the Debtors in the Chapter 11 Cases. No Professionals who provide services to the Debtors in the Chapter 11 Cases are or will be involved in any of the activities of the Investment Services, Research and Sales and Trading businesses. For the avoidance of doubt, since the commencement of the engagement, no Professionals who have directly provided services to the Debtors have provided services to the Investment Services, Research and Sales and Trading businesses. Perella Weinberg Partners Group LP ("PWP Group") is the parent company of PWP, and PWP Group's Global Policies on Use of Confidential Information (the "Information Barrier Policies") apply equally to each subsidiary of PWP Group, including PWP. Pursuant to the Information Barrier Policies, PWP has established and maintains internal information barrier policies and procedures between its Advisory Practice and its other business units. All Professionals, including those advising the Debtors (i) receive training with respect to the Information Barrier Policies and are required to certify annually that they have read, understood and complied with the Information Barrier Policies; (ii) may not directly or indirectly share any material, non-public, confidential and proprietary information generated by, received from or relating to any Advisory Services Clients, including the Debtors or the Chapter 11 Cases, with any employees, representatives or agents solely involved in the Investment Services, Research and Sales and Trading businesses, and (iii) work in offices that are physically separated from and restricted by key card access to the Investment Services, Research and Sales and Trading business. Furthermore, PWP Group's Legal and Compliance Department regularly reviews investment, sales and trading transactions in monitoring the Information Barrier Policies and maintains confidential records of such reviews; and periodically monitors a sampling of emails (including those of PWP Professionals advising the Debtors in these cases) for, among other things, compliance with the Information Barrier Policies. The Information Barrier Policies are designed to prevent the sharing of information between Professionals who will directly provide services to the Debtors in the

14

Chapter 11 Cases and Professionals of the Investment Services, Research and Sales and Trading businesses. Accordingly, pursuant to U.S. securities law, no material non-public, confidential, and proprietary information concerning the Debtors will be used by the Firm in trading securities.

(c)     Notwithstanding the foregoing, the Professionals advising the Debtors in the Chapter 11 Cases may share information with (i) certain senior management of the Firm who, due to their duties and responsibilities, have a legitimate need to know such information such as in the case of clearing conflicts for a new matter, provided that such individuals (y) otherwise comply with the Information Barrier Policies described in the previous paragraph of this Declaration and (z) use such information solely in connection with their managerial responsibilities, (ii) regulatory and other similar authorities, and Legal, Compliance, Finance, Accounting and other shared internal control functions within PWP Group that need to know such information for purposes of carrying out their functions. Such information sharing is conducted at all times in accordance with the Information Barrier Policies which are designed to ensure that use of the information is limited to the narrowly tailored reasons for which it was shared.

(d)     In connection with Investment Services, parties related to PWP may currently or in the future serve as general partners for and manage a number of investment vehicles (collectively, the "PWP Funds"). The investors in the PWP Funds invest as limited partners. The limited partners in the PWP Funds will be principally unrelated third parties (and may include Parties-in-Interest), but also may include affiliates of PWP and various of its Professionals. PWP Professionals, in the aggregate, currently hold less than 2.5% of the interests in the PWP Funds and the remaining over 97.5% is held by unrelated third parties. As described below, none of the PWP Professionals directly involved in this engagement are investors in the PWP Funds. Among other things, the PWP Funds may, directly or indirectly, be (i) passive investors in other investment vehicles (the "Investment Funds"), or (ii) active, direct investors in various securities, financial instruments (including options, derivatives, and debt instruments), and businesses or assets (including real estate) (collectively, the "Equity Funds"). It is possible that companies in which the PWP Funds may, directly or indirectly, own securities, or which the PWP Funds may, directly or indirectly, engage in discussions regarding a possible investment or transaction in connection with the PWP Funds, may have a relationship with the Debtors or otherwise be a Party-in-Interest. These relationships are unrelated to the services PWP intends to provide in the Chapter 11 Cases. As would be the case with respect to a mutual fund investment, none of PWP, its affiliates, the PWP Funds, or the Professionals advising the Debtors in the Chapter 11 Cases will have any control over the investments made by the Investment Funds in which the PWP Funds are invested, including purchases, sales, and the timing of such

15

activities, nor will they have day-to-day knowledge of investment decisions of the PWP Funds. The historical investments of the PWP Funds are periodically reported in public filings. Typically, such filings disclose the investments of the PWP Funds for the prior quarter. However, such historical investments may have no bearing to the current investments of the PWP Funds. This is because the PWP Funds trade on a day-to-day basis and therefore the historical investments that are reported on a quarterly basis in public filings may differ from the current investments of the PWP Funds. The Professionals directly involved in this engagement have no knowledge of the current investments of the PWP Funds. The Professionals directly involved in this engagement have no knowledge of the current investments of the PWP Funds. As of the last public filing covering the period ending September 30, 2022, the PWP Funds had less than 0.1% of investments in the Parties-in-interest listed on **Schedule 1**. AmCo maintains investment control over the Equity Funds that could (x) have Parties-in-interest as investors, (y) purchase the securities or assets of Parties-in-Interest, or (z) conduct business with Parties-in-interest in the ordinary course of operation. To the best of my knowledge, none of these business relationships constitute or will constitute interests materially adverse to the Debtors' estates. As described above, the Firm maintains Confidentiality Procedures to preclude the dissemination of material non-public, confidential, and proprietary information from its Professionals assigned to the Chapter 11 Cases to the Professionals assigned to the PWP Funds.

(e)     As a result of a Business Combination (defined below), Perella Weinberg Partners is a publicly-traded company (Nasdaq: PWP) and is required to file periodic reports with the SEC. On June 24, 2021, Perella Weinberg Partners (formerly known as FinTech Acquisition Corp. IV ("FTIV")) consummated its previously announced business combination pursuant to that certain Business Combination Agreement, dated as of December 29, 2020 (the "Business Combination Agreement"). As contemplated by the Business Combination Agreement, (i) FTIV acquired certain partnership interests in PWP Holdings LP ("PWP OpCo"), (ii) PWP OpCo became jointly-owned by Perella Weinberg Partners, PWP Professional Partners LP and certain existing partners of PWP OpCo, and (iii) PWP OpCo serves as Perella Weinberg Partners' operating partnership as part of an umbrella limited partnership C-corporation (Up-C) structure (collectively with the other transactions contemplated by the Business Combination Agreement, the "Business Combination"). The combined company now operates as Perella Weinberg Partners. Perella Weinberg Partners' shares trade on a day-to-day basis, and the Professionals directly involved in this engagement have no knowledge of the current investments of Perella Weinberg Partners' stockholders or those stockholders' potential connections with any of the Parties-in-Interest listed on **Schedule 1**.

24.    As described herein, PWP (a) employs comprehensive Information Barrier Policies, (b) is subject to both Securities Registration and Regulatory Oversight, and (c) obtains most or all of its assets under management from third parties (i.e., parties other than Related Investors). Specifically:

(a)    The Investment Services business, including the PWP Funds, are the subject of significant Information Barrier Policies, which include written policies and procedures, physical barriers, electronic barriers, and oversight by compliance with respect to any potential crossing of barriers.

(b)    The investors in the PWP Funds are overwhelmingly outside third-party investors. PWP Professionals, in the aggregate, currently hold less than 2.5% of the interests in the PWP Funds and the remaining over 97.5% is held by unrelated third parties. None of the PWP Professionals directly involved in this engagement are investors in the PWP Funds. As of December 31, 2021, the PWP Funds had less than 0.1% of total assets under management invested in the Parties-in-Interest listed on **Schedule 1**.

(c)    The PWP Funds are registered with the SEC and CF TC.

(d)    The PWP Funds are highly regulated and subject to periodic exams and other regulatory oversight by, among others, the SEC and NFA.

(e)    PWP Professionals have no access to any information, including information regarding investments of the PWP Funds (unless such information is later reported in public filings or similar public disclosures), on account of the Information Barrier Policies.

(f)    PWP Professionals also have no control over investment decisions of the PWP Funds.

25.    In connection with its proposed retention by the Debtors in the Chapter 11 Cases, PWP reviewed relationships between it and the individuals and entities that PWP has been informed by the Debtors may have an interest in the Chapter 11 Cases (the "Parties-in-Interest"), and such parties are listed on **Schedule 1** annexed hereto.

17

13737616

26.    Specifically, PWP performed the following research and inquiries to determine whether it, or any of its Professionals, had any present or former connections with Parties-in-interest:

(a)    <u>Database</u>. PWP searched its databases (consisting of entities for which it has in the recent past been or is currently engaged to provide Advisory Services and entities that are currently or have in the recent past provided goods or services to PWP or its affiliates) against the list of Parties-in-interest looking back a period of at least three years. The results of that search are reflected on **Schedule 2** hereto. Where PWP's search of its databases identified connections with entities with names similar to names of Parties-in-Interest, PWP investigated whether such entities were related to such Parties-in-Interest and, if so, reflected such connection on **Schedule 2** hereto. PWP has disclosed any known connections to the Parties-in-Interest, including *de minimis* connections. To the best of my knowledge based on the information received in PWP's connections check performed for the purposes of the Application, except as otherwise set forth herein, no relationships identified in such searches constitute interests materially adverse to the Debtors in matters upon which PWP is to be engaged in the Chapter 11 Cases.

(b)    <u>Employee Database</u>. PWP searched its databases of current directorships held by its Professionals against the list of Parties-in-Interest. Except as otherwise disclosed herein, PWP's search of directorships indicated no relationship between any such directorships when compared to the Parties-in-interest.

(c)    <u>Confidentiality Agreements</u>. PWP searched its databases of executed confidentiality agreements with third parties (other than confidentiality agreements with vendors to PWP executed in the ordinary course of business). To the best of my knowledge, no confidentiality agreement business relationship constitutes an interest materially adverse to the Debtors' estates in matters upon which PWP is to be engaged in the Chapter 11 Cases.

(d)    <u>Professionals Inquiry</u>. PWP inquired among Professionals in PWP's Advisory Practice whether they were aware of any actual conflict that would arise as a result of this engagement as investment banker for the Debtors, and sought information regarding other potential connections with the Debtors and the Chapter 11 Cases. This inquiry was in the form of a firm-wide email which sought information regarding any connections or relationships with the Debtors, the Bankruptcy Judges for the District of Delaware, or the United States Trustee or any person employed by the Office of the United States Trustee for the District of Delaware. As of

18

December 20 2022, no person contacted responded with any information regarding any such connections or conflicts. In addition, PWP made an additional inquiry in the form of an email to its Professionals providing services to the Debtors in the Chapter 11 Cases (the "<u>Deal Team</u>") which sought information regarding any known connections or relationships with any of the Parties-in-Interest. As of December 20, 2022, four persons contacted responded with information regarding any such connections or conflicts. PWP will file an amended declaration if any additional members of the Deal Team respond with any additional information regarding any such connections or conflicts.

(e)    <u>PWP Professional Investments</u>. PWP searched its databases of current direct investments held by PWP Professionals in PWP's Advisory Practice against the list of Parties-in-Interest (other than affiliates of PWP) to identify any known investments by such PWP Professionals in any such Parties-in-interest. PWP's search of direct investments held by such PWP Professionals indicated investments in the following Parties-in-Interest and/or their affiliates: Airbnb; Amazon; American Airlines; American Express; Apple; Arrow Exploration; AT&T; Atlassian; Bank of America; Best Buy; Bond Fund of America; Braze; Clear Secure; Cloudfare; Coinbase; Comcast; CVS; Datadog; Dell Inc; Deutsche Lufthansa; DocuSign; DraftKings; Dropbox; Equinix; Etsy; Facebook; GameStop; Gemini; Hubspot; Hyatt; JP Morgan Chase; National Australia Bank; Paysafe; Roku; Snap Inc; Target; The Container Store, The Loop; Twilio; Twitter; Uber; UBS Financial Services Inc; United Airlines; United Healthcare; UPS; Verizon Wireless; Virgin Atlantic; Wells Fargo; Wix; Zoom; Nasdaq, Inc.; New Relic; OTC Markets; PagerDuty Inc.; PayPal; Peloton; Robinhood; Rocket; Shopify; Southwest Airlines; Spirit Airlines; Spotify; Squarespace Inc.; Starbucks; Sterling Trust (Seychelles); Intuit Inc.; Lufthansa; Lyft; Marriott; Matheson; McDonalds; Merge; Meta Platforms, Inc.; Microsoft; Morgan Stanley. All such investments were in amounts representing less than 0.1% of any issuer and 13 of such investments were held by PWP Professionals working on the Debtors' Chapter 11 Cases.

**B.    PWP's Disclosures**

27.    Based on the results of PWP's connections check performed for the  purpose of the

Application, to date, to the best of my knowledge insofar as I have been able to ascertain based on

the procedures employed in PWP's review, none of myself, PWP, nor any of PWP's Professionals,

(i) have any connection with the Debtors, any of the Parties-in-Interest, or the U.S. Trustee, or any

13737616

person employed in the Office of the U.S. Trustee, or (ii) holds or represents an interest that is materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders in the Chapter 11 Cases, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason of which I know or about which I have been informed, with respect to the services to be performed pursuant to the Engagement Agreement, except as disclosed or otherwise described herein.

28.     To the best of my knowledge, and based on the results of PWP's review, PWP is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, in that, except as otherwise set forth herein, its Professionals:

(a)     are not creditors of the Debtors, equity security holders of the Debtors, or "insiders" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b)     are not and have not been, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

29.     On October 18, 2022, an order approving PWP's retention as investment banker to the Official Committee of Unsecured Creditors in the case styled *Celsius Network LLC, et al.*, Case No. 22-10964 (MG) filed in the United States Bankruptcy Court for the Southern District (the "*Celsius* Cases") of Texas was signed by the court in that case. Prior to the Chapter 11 Cases, FTX was widely reported to be a potential buyer for certain assets of the Debtors in those cases. According to public reporting, Celsius is exposed to FTX/Alameda based on four outstanding loans owed from Celsius to Alameda totaling about $12 million with additional transactions

20

subject to investigation. To the best of my knowledge, PWP's retention by the Official Committee of Unsecured Creditors in the *Celsius* Cases does not represent a material conflict with the Debtors in these Chapter 11 Cases.

30.     In response to the firm-wide inquiry described above, one Professional in PWP's Advisory Practice identified that they have an account with the Debtors. Such account held between $5,000 and $6,000 and such Professional has requested all holdings in such account to be liquidated and cash withdrawn. At the time of this filing, such request has not been fulfilled. Such Professional is not a member of the Deal Team providing services to the Debtors in these Chapter 11 Cases.

31.     Some Professionals, in connection with their employment before joining PWP, appeared or were engaged in cases, proceedings, and transactions involving attorneys, accountants, investment bankers, financial consultants, and claimants and Parties-in-Interest in these Chapter 11 Cases. To the best of my knowledge, none of these relationships relate to the Debtors or the Chapter 11 Cases nor constitute interests materially adverse to the Debtors in matters upon which PWP is to be engaged in the Chapter 11 Cases.

32.     As part of PWP's diverse business, PWP appears or may appear in cases, proceedings, and transactions involving attorneys, accountants, investment bankers, and financial consultants, some of which may represent claimants and Parties-in-Interest in the Chapter 11 Cases. Further, PWP (including its Professionals prior to their employment with the Firm) has in the past, and may in the future, be represented by several attorneys and law firms in the legal community,

13737616

some of whom may be involved in the Chapter 11 Cases. In addition, PWP (including its Professionals prior to their employment with the Firm) has in the past and will likely in the future be working with or against other professionals involved in the Chapter 11 Cases in matters unrelated to these cases. To the best of my knowledge, none of these relationships relate to the Debtors or the Chapter 11 Cases nor constitute interests materially adverse to the Debtors in matters upon which PWP is to be engaged in these cases.

33.    PWP (including its Professionals prior to their employment with the Firm) may have in the past represented, may currently represent, and likely in the future will represent, Parties-in-Interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases (except as described below). The parties listed on **Schedule 2** annexed hereto and identified thereon as such have been identified as Clients of PWP's Advisory Services business who are also Parties-in-Interest. In addition, PWP makes the following specific disclosures:

(a)    Some Professionals have assets managed by financial advisors or hold mutual funds that are managed by third party fund managers. Neither the Firm nor its Professionals have any control over the investments in such funds, including investment purchases, sales, and the timing of such activities. Securities of the Debtors or Parties-in-interest may be held through the foregoing investments. In addition, certain Professionals may hold securities of Parties-in-interest or their affiliates in the ordinary course. To the best of my knowledge after reasonable inquiry, none of the Professionals have or hold investments in the Debtors, except as otherwise set forth herein.

(b)    The parties listed on **Schedule 2** annexed hereto and identified thereon as such have been identified as Advisory Services Clients who are also Parties-in-interest. As set forth above, the Firm has not conducted (and could not conduct) an inquiry of its Investment Services, Research, and Sales and Trading businesses because of the integrity of the Information Barrier Policies. Other Advisory Services, Investment Services, Research, and Sales and Trading Clients of PWP may also have a business

relationship or potential business relationship with Parties-in-interest or their affiliates that have not been made known to the Firm.

(c)     As described above, the Firm also operates the Research and Sales and Trading businesses. As part of these regular business operations, such business units engage in sales, trading and research activities with institutional clients, some of which may be creditors, equity holders or other Parties-in-interest in the Chapter 11 Cases. Some of these Clients may now or in the future hold debt or equity securities of the Debtors or other Parties-in-interest in the Chapter 11 Cases. In addition, Professionals in the Research business may make statements or investment recommendations or publish reports regarding the Debtors or any other Parties-in-interest. As noted above, such Research Professionals are separated by information barriers from those Professionals advising the Debtors in the Chapter 11 Cases.

(d)     The Firm has a large and diverse Advisory Practice. Accordingly, PWP and its Professionals may have in the past represented, may currently represent, and may in the future represent, in matters unrelated to the Chapter 11 Cases, numerous entities, some of which may be Parties-in-interest and which, from time to time, may invest in securities of the Debtors. The parties listed on **Schedule 2** annexed hereto and identified thereon as such have been identified as Parties-in-interest who are or within the last three years have been Clients of the Firm's Advisory Practice. PWP has not represented, does not represent, and, if PWP's retention is approved by the Court, will not represent any entity's separate interest in the Chapter 11 Cases. Accordingly, PWP does not believe that any relationship it may have with any Party in Interest will interfere with or impair its representation of the Debtors in the Chapter 11 Cases.

(e)     The Debtors may supply services to or be creditors of one or more companies that may be Clients or in which the PWP Funds may invest. The Debtors may also purchase goods or services from and be obligors to one or more companies that may be Clients or in which the PWP Funds may invest. However, as set forth above PWP has not conducted an inquiry of the Investment Services business or the PWP Funds because of the integrity of the Information Barrier Policies.

(f)     One or more financial institutions that have, or may in the future have, an independent financial or other relationship with PWP or an affiliate of PWP may also be a creditor, counterparty, or professional of the Debtors. The financial institutions listed on **Schedule 2** annexed hereto and identified thereon as such have been identified as Parties-in-interest that have or had an independent relationship with PWP. To the best of my knowledge, none of these business relations constitute interests materially

23

adverse to the Debtors' estates in matters upon which PWP is to be engaged in the Chapter 11 Cases.

34.     Except as otherwise disclosed herein, PWP has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, the Chapter 11 Cases. If the Court approves the proposed retention and employment of PWP by the Debtors, PWP will not accept any engagement or perform any services in relation to this case for any entity or person other than the Debtors. PWP will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or Parties-in-interest in this case or their affiliates; *provided, however*, that such services do not directly relate to, or have any direct connection with, the Debtors and the Chapter 11 Cases.

35.     Except as otherwise set forth herein, to the best of my knowledge based on PWP's review, neither PWP nor its Professionals that are to perform the services set forth in the Engagement Agreement (i) have any connections with any Parties-in-interest or (ii) represent an interest that is materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason of which I know or about which I have been informed, with respect to the services to be performed pursuant to the Engagement Agreement.

36.     In light of the extensive number of the Debtors' creditors, Parties-in-interest, and potential unknown additional parties-in-interest, neither I nor PWP are able conclusively to identify all potential relationships at this time, and we reserve the right to supplement this disclosure as additional relevant relationships come to our attention. In particular, among other

24

things, the Firm may have relationships with persons who are beneficial owners of Parties-in-interest and persons whose beneficial owners include Parties-in-interest or persons who otherwise have relationships with Parties-in-interest. Moreover, PWP employees may have relationships with Parties-in-interest, persons that may become parties-in-interest in the Chapter 11 Cases, or persons that have business relationships with the Debtors, are competitors of the Debtors, or are customers of the Debtors. If any new relevant facts or relationships are discovered or arise in the future, PWP will use reasonable efforts to identify such further relevant facts or relationships and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014.

37.    Based on PWP's review conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (i) PWP is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors' estates, and (ii) PWP has no connection to the Debtors, its creditors, or its related parties, except as may be disclosed herein.

*[Remainder of Page Intentionally Blank]*

25

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2022.

Bruce Mendelsohn
Partner
Perella Weinberg Partners LP

13737616

## SCHEDULE 1

## LIST OF POTENTIAL PARTIES-IN-INTEREST

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

Wells Fargo
Western Alliance
Zand Bank
**<u>Contract Counter-Parties</u>**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File

Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax

Arnac

Arrow

Artemis

Asymmetric Technologies LP

ATMTA, Inc. / Star Atlas

Atomic Vaults

ATTN (EVOSverse)

Auradine, Inc.

Aurigami / Vaus Limited

Aurory

Autograph

Automata

Avara Labs / LENS

AVECRIS Research Corporation Pte. Ltd. (Project Door)

Aver Protocol

Axelar Network

Bastion / Bengine, Inc.

BetDEX

BiLira (Series A - Class E)

Bitmain Fund L.P.

Bitnob Technologies

Bitnomial

BitOasis

Bitocto (exchange Indo) / PT Triniti

Blockbeats News

Blockchain Space / Solutions Lab Consultancy Pte Ltd

Blocto

Bluebook Cities

Bond Fund III

Bonzai Finance

Bridge Technologies (BRG Token)

Brinc Drones

Browder Capital

BTC Africa, S.A., (dba AZA Finance)

Burnt

Canonical Crypto Fund

Cardinal (Nexus Pro)

Causal Inc

CCAI / Aldin

Cega Pte Ltd

Celesita Network

Ceres Protocol Inc / Mythos tokens

Change Up

chillchat

China V Investors L.P.

China Venture Capital Fund

Chingari

Chipper Cash / Critical Ideas Inc

Circle Internet Financial, Inc.

Clover

Coderrect Inc.

Cogni

Coin98

Coinfeeds / Docsi18n

CoinMARA

Collide Capital Fund I

Com2Us

Composable

Compound Financial

Confirm Solutions Inc

Conjecture

Connect3 / Lab3 Technology Limited

Consensys

Critical Ideas, Inc.

Cryowar

Curated

DaoSqaure

Darkfi

Dave Inc

decimated

Defi

Defi Alliance

Delphia Holdings Corp

Delta One

Delysium / KUROSEMI INC.

Digital Assets DA AG

Distributed Ledger Technology

DLT Climate Tech

DoDo

DoinGud

DoNotPay

Doodles

Doppel Inc

Dorahack

Drift

DriveWealth

Dropp

Dtrade

Dune Analytics

Dust Labs, Inc

edenbrawl / Worldspark Studios, Inc

EFAS / Kepler Space Industries

Efficient Frontier / Odyssey  Technologies  Limited

Eizper Chain

Elementus

Elumia

Equator Therapeutics

EquiLibre Tecnologies Inc.

Ethereal Ventures Fund I LP

Euclid Labs / Magic Eden Secondary Shares

Euler

Evme Inc

Exodus

exotic / Pier3 Ventures Limited

Exponent Founders Capital I, LP

Exponential DeFi Inc

FairSide

Fanatics

Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depository Corporation

Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space

Storybook

SubSocial

Subspace Network

Sugarwork

Sui Token Warrant (FTX Ventures)

Sundaeswap

SupraOracle / ENTROPY PROTOCOL LTD.

Swim

SwitchBoard

Swoop

Symmetry

Synthetify

T Tauri Ltd -  Token Purchase Agreement

Tactic / Spoak Inc

Taki Network Pte Ltd

Taleverse

TaxBit

Telis Bioscience

The Giving Block

Thirdverse

TipLink

Tools For Humanity

Tortuga

Torus

Toy Ventures

TradeWind

TripleDot

TrueFi

Trustless Media

TrySpace / SPACE Metaverse AG

TTAC

Twilight / Cyberprep Corp

Umee

UVM Signum Blockchain Fund VCC

UXD

VALR Proprietary Limited

VerifyVASP Pte. Ltd.

Vibe Labs Inc.

Virtualness Inc

VolMex

VolumeFi Software, Inc.

Vosbor

VOYAGER DIGITAL LTD.

VY DHARANA EM TECHNOLOGY FUND, L.P.

VY SPACE

VY Space II LP

Vybe

WAEV

Wave Mobile Money Holdings

Wordcel

Xdefi

X-Margin

Xterio

Yuga Labs (BAYC)

Zebec

Zenlink

zero one

Zeta

ZKlend / BLUE HORIZON GLOBAL CORP

ZKX / LTIC, Inc.

ZRO (LayerZero)

Zubr Exchange Ltd

**Joint Provisional Liquidators**

Brian C. Simms

Holland & Knight LLP

Kevin G. Cambridge

Peter Greaves

Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**

Alameda Systems Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Concedus Digital Assets

Embed Clearing LLC

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Derivatives Gmbh

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX Foundation, Inc.

FTX Malta Gaming Services Limited

FTX Malta Holdings Ltd.

FTX Vault Trust Company

LedgerX LLC

Salameda Ltd

**Landlords**

101 Second Street, Inc.

1450 Brickell, LLC

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Boca Pay

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Madison Real Estate Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Executive Center

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Name On File

Different Rules, LLC

Name On File

Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section

{1368.002-W0069413.}

Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

14

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited│Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP

Skyline Construction

Slack Technologies, Inc

Snap Inc

Sol Stores

Solana Spaces

Solidus Labs

Spiralyze LLC

SSB Trust

Stanford Law School

Stripe, Inc.

Sullivan & Cromwell LLP

Swift Media Entertainment - TSM FTX

Swift Media Entertainment Inc.

TagNitecrest Ltd

Takashi Hidaka

Takedown Media

Talent Resources Sports

TaxBit

Teknos Associates LLC

Tevora

The Block Crypto

The Drop Media

The Drop NFT Media, Inc

The Executive Centre

The Executive Centre Singapore Pte Ltd

THE GOODLY INSTITUTE

The Metropolitan Museum of Art

The Working Policy Project

Thirdverse, Co, Ltd

TigerWit

TikTok

Time Magazine

Time Magazine UK LTD

Name On File

Name On File

TL International

TONGLE X LLC

Top Drawer Merch

TOP Worldwide, LLC

TransPerfect (Chancery Staffing)

Treasury Forfeiture Fund

Tribe Payments Ltd

Trident

TriNet

Trip Actions, Inc.

Triton One Limited

TRM Labs, Inc.

Turner Digital AD Sales (INC)

Twilio

Twitter

Two More Glasses

UBS Financial Services Inc

UJH Enterprise, Inc

Underground Creative

United Healthcare

USI

Valuz LLP

VARA

Name On File

VKR Insights

Wasserman

Wasserman - Operating

Wasserman Client Trust

We Are One World

Weekly Open

West Realm Shires Services Inc

West Realm Shires, Inc. WRS

WH Sports

Wifi Bread

William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP

WME Entertainment

Wondros

W-SF Goldfinger Owner VIII, LLC

XReg Consulting- GBP

Name On File

**Schedule 2**

**Results of Conflicts Check**

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Vendor | Vendor |
| Alvarez & Marsal North America | Bankruptcy Professionals - Retained | Vendor Affiliate |
| Amazon | Vendor | Vendor Affiliate |
| American Express | Vendor | Vendor |
| Amplitude | Vendor | Vendor Affiliate |
| Arthur Cox | Ordinary Course Professionals | Vendor |
| Ashurst LLP | Vendor | Vendor |
| Asana Inc | Vendor | Advisory Client |
| AT&T | Utilities; Vendor | Advisory Client; Vendor Affiliate |
| Atlassian Pty Ltd | Vendor | Advisory Client; Vendor |
| Bloomberg | Vendor | Vendor Affiliate |
| Celsius Network LLC | Other Significant Creditors | Advisory Client |
| Comcast | Utilities; Vendor | Vendor |
| Comcast Business | Utilities | Vendor |
| Continental Casualty Company | Insurance | Insurance Carrier |

1

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Covington & Burling LLP | Bankruptcy Professionals – Other | Vendor |
| CT Corporation System | Vendors | Vendor Affiliate |
| Debevoise and Plimpton | Vendors | Vendor |
| Dell Inc | Vendors | Vendor Affiliate |
| Delta Airlines | Vendors | Advisory Client |
| Deutsche Lufthansa | Vendors | Advisory Client |
| DHL | Vendors | Vendor Affiliate |
| DocuSign | Vendors | Vendor |
| EFax | Vendors | Vendor |
| Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, HDI Global Specialty SE | Insurance | Vendor Affiliate |
| Equinix | Vendors | Vendor |
| Equinix INC | Vendors | Vendor |
| Equinix - JPY | Vendors | Vendor |
| Ernst & Young | Bankruptcy Professionals - Other | Vendor |
| Eurobank | Banks/Lender/UCC Lien Parties/Administrative Agents | Advisory Client Affiliate |

2

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Exodus Movement Inc | Contract Counter-Parties | Advisory Client |
| EY | Vendors | Vendor |
| Federal Trade Commission FTC | Vendors | Vendor Affiliate |
| FEDEX | Vendors | Vendor |
| Franchise Tax Board | Vendors | Vendor |
| FruitGuys, LLC | Vendors | Vendor |
| GameStop | Vendors | Advisory Client |
| GENSLER INC | Vendors | Vendor |
| Gibson Dunn | Ordinary Course Professionals | Vendor Affiliate |
| Google | Vendors | Advisory Client |
| Google Cloud Platform | Vendors | Advisory Client Affiliate |
| Hadef & Partners | Ordinary Course Professionals | Vendor |
| Haynes and Boone LLP | Vendors | Vendor |
| Hilton | Vendors | Vendor Affiliate |
| Hogan Lovells | Ordinary Course Professionals | Vendor Affiliate |

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Hogan Lovells International LLP | Vendors | Vendor |
| Holland & Knight LLP | Vendors | Vendor |
| HSBC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Vendor |
| Hunton Andrews Kurth LLP | UCC Professionals | Vendor |
| Iron Mountain | Vendors | Vendor Affiliate |
| JPMorgan Chase Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | Advisory Client Affiliate; Vendor Affiliate |
| Katten | Vendors | Vendor Affiliate |
| Katten Muchin Rosenman LLP | Vendors | Vendor |
| King Wood Mallesons | Ordinary Course Professionals; Vendor | Vendor |
| Kirkland & Ellis LLP | Vendors | Vendor |
| Latham & Watkins | Ordinary Course Professionals; Vendors | Vendor |
| LinkedIn | Vendors | Vendor |
| Looker (Google LLC) | Vendors | Advisory Client Affiliate |

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Managed Funds Association | Donations | Vendor |
| Microsoft | Vendors | Vendor |
| Morgan Lewis | Vendors | Vendor |
| Morgan Stanley | Banks/Lender/UCC Lien Parties/Administrative Agents | Advisory Client; Vendor |
| Morrison & Foerster LLP | Vendors | Vendor |
| NASDAQ, Inc | Vendors | Vendor Affiliate |
| Nespresso | Vendors | Vendor Affiliate |
| Norton Rose | Ordinary Course Professionals | Vendor Affiliate |
| Norton Rose Fulbright LLP | Vendors | Vendor |
| Norton Rose Fulbright South Africa | Vendors | Vendor Affiliate |
| NYSE | Vendors | Vendor |
| Octagon | Vendors | Advisory Client |
| Office Depot | Vendors | Advisory Client |
| Ontario Securities Commission | Taxing Authority/Governmental/ Regulatory Agencies | Vendor |
| Paul Hastings LLP | Vendors | Vendor |

5

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Paypal | Vendors | Advisory Client |
| Practising Law Institute | Vendors | Vendor |
| Pricewater House Coopers LLP | Vendors | Vendor Affiliate |
| Quinn Emanuel Urquhart & Sullivan, LLP | Bankruptcy Professionals - Other | Vendor |
| RBC Capital Markets, LLC | Vendors | Vendor |
| Refinitiv | Vendors | Vendor Affiliate |
| Refinitiv US, LLC | Vendors | Vendor |
| Revolut Ltd | Vendors | Vendor |
| Ritz | Vendors | Vendor Affiliate |
| Securities and Exchange Commission | Taxing Authority/Governmental/ Regulatory Agencies | Vendor Affiliate |
| Sequoia | Contract Counter-Parties | Vendor Affiliate |
| Sidley Austin LLP | Vendors | Vendor |
| Simmons & Simmons JWS Pte. Ltd. | Vendors | Vendor Affiliate |
| Skadden, Arps, Slate, Meagher & Flom LLP | Vendors | Vendor |
| Snap Inc. | Vendors | Advisory Clients |

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Sparkletts | Vendors | Vendor Affiliate |
| Staples | Vendors | Vendor Affiliate |
| Stout | Vendors | Vendor Affiliate |
| Sullivan & Cromwell LLP | Vendors | Vendor |
| TeamViewer | Vendors | Vendor |
| TransPerfect (Chancery Staffing) | Vendors | Vendor |
| TSX INC | Vendors | Vendor |
| Uber | Vendors | Vendor |
| Uber Cornershop | Vendors | Vendor Affiliate |
| Uber Eats | Vendors | Vendor Affiliate |
| Uber Pass | Vendors | Vendor Affiliate |
| Uber Trip | Vendors | Vendor Affiliate |
| UBS Financial Services Inc | Vendors | Advisory Client Affiliate; Vendor Affiliate |
| UPS | Vendors | Vendor |
| USI | Vendors | Vendor Affiliate |
| Verizon Wireless | Vendors; Utilities | Vendor |
| Virgin Atlantic | Vendors | Advisory Client |

| Party-in-Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| Virgin Australia | Vendors | Advisory Client |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | Vendor |
| WeWork | Vendors | Advisory Client |
| WeWork Companies LLC | Landlords | Advisory Client Affiliate |
| White & Case | Vendors | Vendor |
| Willkie Farr & Gallagher LLP | Vendors | Vendor |
| WilmerHale | Ordinary Course Professionals | Vendor Affiliate |
| Zoom | Vendors | Vendor |