# **EXHIBIT C**

**Evans Declaration**

{1368.002-W0069454.}

4860-6071-1491 v.3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MATTHEW EVANS IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF ALIXPARTNERS, LLP AS FORENSIC INVESTIGATION**
**CONSULTANT *NUNC PRO TUNC* TO NOVEMBER 28, 2022**

I, Matthew Evans, make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Managing Director of AlixPartners, LLP ("AlixPartners"), which has a principal place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      I submit this declaration (the "Declaration") on behalf of AlixPartners in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant* Nunc Pro Tunc *to November 28, 2022* (the "Application"),[2] by which the Debtors are seeking retention and employment of AlixPartners on the terms and conditions set forth in the Application and the engagement letter between the Debtors and AlixPartners attached to the Application as Exhibit B (the "Engagement Letter").  Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein.  If called and sworn

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings set forth in the Application.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at AlixPartners and are based on information provided by them.

as a witness, I could, and would, testify competently to the matters set forth herein.

### AlixPartners' Qualifications

3.     AlixPartners is an internationally recognized consulting firm with substantial experience in providing restructuring and turnaround services as well as forensic accounting and investigative services. AlixPartners has an excellent reputation for its work in large and complex chapter 11 cases in the United States, in financial exchange and trading inquiries, and in the most complex legal and regulatory investigations around the globe. AlixPartners works closely with market participants, exchanges and clients in cryptocurrency-related matters and its consultants are thought-leaders on the implications of blockchain technology for disputes and investigations. AlixPartners has a full suite of cryptocurrency-relevant experience including investigations, expert testimony, litigation support, compliance, and regulatory related matters.

4.     Individuals working on these Chapter 11 Cases on behalf of AlixPartners are highly sought for their expertise and skillsets associated with forensic accounting, financial services disputes, financial derivatives markets and cryptocurrency matters, amongst other applicable experience. I am a Managing Director at AlixPartners and an expert in global financial derivatives markets. I lead a highly specialized economic and forensic research team which, for almost twenty years, has been dedicated to the investigation of exchange and OTC trading activity, investment fraud, market manipulation, collusion and other trading conduct issues. I was a testifying expert regarding customer accounts in proceedings regarding the bankruptcy of MF Global and have testified as an expert in exchange markets and trading data analytics many times over the past fifteen years. Matthew Jacques is a Managing Director at AlixPartners and a former Chief Accountant for the Enforcement Division for the U.S. Securities Exchange Commission. Mr. Jacques has extensive investigative experience in the private sector and as a regulator and has performed or supervised hundreds of matters involving asset misappropriation and offering fraud

across a wide array of industries. David White is a Managing Director at AlixPartners and a Certified Cryptocurrency Forensic Investigator who has provided digital forensic investigations expertise in disputes involving various forms of digital assets and blockchain technologies. Mr. White's experience includes tracing asset movement, deanonymizing entities on blockchains, and serving as testifying expert on technical issues in multiple crypto-related engagements including a multi-billion-dollar crypto dispute. Charles Cipione is a Managing Director at AlixPartners who specializes in software application processes, auditability, and data management. Mr. Cipione is an expert in information systems interrogation and has served as such in cases involving source code review, oversight of data assets, and the investigation and remediation of alleged deficiencies in daily financial transactions. The real-world, high-impact expertise that AlixPartners has to offer is exceptional and will function as a crucial benefit in these Chapter 11 Cases.

5.      In light of the size and complexity of these Chapter 11 Cases, the Debtors require a qualified and experienced forensic investigation consultant with the resources, capabilities, and experience of AlixPartners to assist them in taking steps that are crucial to the success of the Chapter 11 Cases.

6.      AlixPartners has assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases of similar size and complexity to these Chapter 11 Cases. AlixPartners' professionals have provided services in numerous large cases, including recent filings in this district. *See, e.g.*, *In re Phoenix Services Topco, LLC*, No. 22-10906 (MFW) (Bankr. D. Del. Oct. 25, 2022); *In re Kabbage Inc. d/b/a KServicing*, No. 22-10951 (CTG) (Bankr. D. Del. Oct. 21, 20220; *In re Carestream Health, Inc.*, No. 22-10778 (JKS) (Bankr. D. Del. Oct. 7, 2022); *In re MD Helicopters, Inc.,* No. 22-10263 (KBO) (Bankr. D. Del. Apr. 25, 2022); *In re Alto Maipo Delaware LLC*, No. 21-11507 (KBO)

(Bankr. D. Del. Dec. 16, 2021); *In re Riverbed Tech., Inc.*, No. 21-11503 (CTG) (Bankr. D. Del. Dec. 8, 2021); *In re Alpha Latam Mgmt., LLC*, No. 21-11109 (JKS) (Bankr. D. Del. Sept. 15, 2021); *In re Nine Point Energy, LLC*, No. 21-10570 (MFW) (Bankr. D. Del. Apr. 20, 2021); *In re HighPoint Res. Corp.*, No. 21-10565 (CSS) (Bankr. D. Del. Apr. 13, 2021); *In re Mallinckrodt plc*, No. 20-12522 (JTD) (Bankr. D. Del. Nov. 19, 2020); *In re RGN-Grp. Holdings, LLC*, No. 20-11961 (BLS) (Bankr. D. Del. Sept. 15, 2020); *In re Skillsoft Corp.*, No. 20-11532 (MFW) (Bankr. D. Del. July 23, 2020); *In re Celadon Grp., Inc.*, No. 19-12606 (KBO) (Bankr. D. Del. Jan. 3, 2020); *In re Bumble Bee Parent, Inc.*, No. 19-12505 (LSS) (Bankr. D. Del. Dec. 26, 2019); *In re Hexion Holdings LLC*, No. 19-10684 (KG) (Bankr. D. Del. May 1, 2019; *In re David's Bridal*, No. 18-12635 (LSS) (Bankr. D. Del. Dec. 18, 2018); *In re Mattress Firm, Inc.*, No. 18-12241 (CSS) (Bankr. D. Del. Nov. 7, 2018); *In re Am. Tire Distribs.*, No. 18-12221 (KJC) (Bankr. D. Del. Nov. 1, 2018); *In re The Bon-Ton Stores, Inc.,* No. 18-10248 (MFW) (Bankr. D. Del. Mar. 6, 2018; and *In re Charming Charlie Holdings, Inc.*, No. 17-12906 (CSS) (Bankr. D. Del. Jan. 20, 2018).

7.      AlixPartners has experience and expertise that will assist it in providing effective and efficient services in these Chapter 11 Cases.  AlixPartners performs critical services that complement, and are not duplicative of, the services provided by other professionals in these Chapter 11 Cases.  The retention of AlixPartners on the terms and conditions set forth herein are necessary and appropriate, are in the best interest of the Debtors and their estates, and should be granted in all respects.

8.      If the Application is approved, AlixPartners personnel, all with substantial expertise in the areas discussed above, will provide necessary services to the Debtors.  Such personnel will work closely with the Debtors' management and other professionals throughout the reorganization

process.  By virtue of the expertise of its personnel, AlixPartners is well qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases.

### Services to be Provided

9.      On November 28, 2022, the Debtors and AlixPartners entered into the Engagement Letter, which governs the relationship between them.  The terms and conditions of the Engagement Letter were negotiated between the Debtors and AlixPartners and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.  Subject to further order of the Court, AlixPartners may provide services at the direction of Sullivan & Cromwell LLP that relate to internal investigative inquiries and those raised by regulatory agencies including, but not limited to, the following:

- Conduct investigatory review of the Debtors' current and historical books, records and other financial information and other documents and information sources to supplement missing or incomplete books and records;

- Investigate transactional level data and financial records;

- Perform market event studies and analyze trading patterns for key trading accounts, entities and persons of interest;

- Evaluate the cryptocurrency markets, the Debtors' risk monitoring measures, asset transfer activities, collateralization and other exchange related matters;

- Review and report on Debtors' blockchain activity, assets and liabilities, daily cash and cryptocurrency asset movements and third party spend analysis for specific investigative inquiries;

- Trace and investigate historical intercompany transactions across the Debtors and related parties and review accounts and related information for specific investigative inquiries;

- Search and review company communications and documents using advanced analytical tools to identify key investigative evidence;

- Assist the Debtors and its legal counsel to respond to third-party inquiries, including from regulatory agencies; and

- Assist the Debtors with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable and are consistent with and reasonably related to the services outlined above.

- Assist the Debtors with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable as are consistent with and reasonably related to the services outlined above.

10.     Such forensic investigation services are necessary to the Debtors' restructuring efforts and in the ongoing management of the Debtors' businesses while subject to chapter 11 of the Bankruptcy Code.

11.     When necessary, the individuals working on this matter (the "AlixPartners Personnel") will be assisted by or replaced by various professionals at various levels.

## No Duplication of Services

12.     The services provided by AlixPartners will complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 Cases.

## Fee and Expense Structure

13.     AlixPartners' decision to accept this engagement to provide services to the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in **Schedule 1** of the Engagement Letter (the "Fee and Expense Structure").

14.     AlixPartners' standard hourly rates for 2023, subject to periodic adjustments, are as follows:[4]

---

[4] As a result of a clerical error, the incorrect rate table was included in the Engagement Letter. The correct 2023 rate table is reflected herein.

| Title | Hourly Rate |
|---|---|
| Managing Director | $1,140 – $1,400 |
| Partner | $1,115 |
| Director | $880 – $1,070 |
| Senior Vice President | $735 – $860 |
| Vice President | $585 – $725 |
| Consultant | $215 – $565 |
| Paraprofessional | $360 – $380 |

15.     AlixPartners generally reviews and revises its billing rates semi-annually.  Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

16.     In addition to compensation for services rendered by AlixPartners Personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases, including but not limited to transportation costs, lodging, meals, and expenses associated with data management.

17.     AlixPartners intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, including sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court and consistent with the proposed terms of compensation set forth in the Engagement Letter.

18.     AlixPartners will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in these Chapter

11 Cases.  Records will be arranged by category and nature of the services rendered and will include reasonably detailed descriptions of those services provided on behalf of the Debtors.

19.    AlixPartners often works for compensation that includes hourly-based fees and performance-based, contingent-incentive compensation earned upon achieving meaningful results. AlixPartners does not seek a success fee in connection with these Chapter 11 Cases.

20.    To the extent the Debtors request services related to electronic discovery and data collection, certain monthly hosting fees and consulting fees will apply.

21.    To the extent that AlixPartners requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

22.    To the extent AlixPartners uses the services of independent contractors (the "Contractors") in these Chapter 11 Cases, AlixPartners shall:  (a) pass through the cost of such Contractors to the Debtors at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for AlixPartners; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

23.    The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by AlixPartners and other comparable firms that render similar services. AlixPartners believes that the Fee and Expense Structure is reasonable, market-based, and designed to compensate AlixPartners fairly for its work and to cover fixed and routine overhead expenses.

## Indemnification Provisions

24. The Engagement Letter contains standard indemnification language with respect to AlixPartners' services including, without limitation, an agreement by the Debtors to indemnify AlixPartners and its affiliates, partners, directors, officers, employees and agents (each, an "AlixPartners Party" and collectively, the "AlixPartners Parties") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Engagement Letter, except to the extent caused by gross negligence, willful misconduct, or fraud of any AlixPartners Party.

25. The Debtors and AlixPartners believe that the indemnification provisions contained in the Engagement Letter, as may be amended in the Order, are customary and reasonable for AlixPartners and comparable firms providing similar advisory services, and as would be modified pursuant to the foregoing limitations, reflect the qualifications and limitations on indemnification provisions that are customary in this district and others. *See, e.g., In re TNT Crane & Rigging, Inc.*, No. 20-11982 (BLS) (Bankr. D. Del. Sept. 18, 2020) (approving similar modified indemnification provisions for the retention and employment of FTI Consulting, Inc.); *In re VIVUS, Inc.*, No. 20-11779 (LSS) (Bankr. D. Del. Aug. 24, 2020) (approving similar modified indemnification provisions for the retention and employment of Ernst & Young LLP); *In re Lucky Brand Dungarees, LLC*, No. 20-11768 (CSS) (Bankr. D. Del. July 29, 2020) (approving similar modified indemnification provisions for the retention and employment of Houlihan Lokey Capital, Inc.); *In re Paddock Enters., LLC*, No. 20-10028 (LSS) (Bankr. D. Del. June 24, 2020) (approving similar modified indemnification provisions for the retention and employment of Alvarez & Marsal North America, LLC); *In re Longview Power, LLC*, No. 20-10951 (BLS) (Bankr. D. Del. May 18, 2020) (approving similar modified indemnification provisions for the retention and

employment of Houlihan Lokey Capital, Inc.); *In re Fred's Inc.*, No. 19-11984 (CSS) (Bankr. D. Del. Oct. 30, 2019) (approving similar modified indemnification provisions for the retention and employment of Alvarez & Marsal North America, LLC).

26.     Moreover, the terms and conditions of the indemnification provisions were negotiated by the Debtors and AlixPartners at arm's length and in good faith.  The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of AlixPartners' proposed retention, are reasonable and in the best interest of the Debtors and their estates in light of the fact that the Debtors require AlixPartners' services to administer these Chapter 11 Cases. Accordingly, as part of this Application, the Debtors request that the Court approve the indemnification provisions as set forth in the Engagement Letter, as may be amended by the Proposed Order.

**AlixPartners' Disinterestedness**

27.     In connection with its proposed retention by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth in **Schedule 2**, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.  Specifically, AlixPartners obtained from the Debtors and/or their representatives a potential parties-in-interest list in these Chapter 11 Cases (each party a "Party in Interest", and collectively the "Parties-in-Interest List").   The Parties-in-Interest List is attached hereto as **Schedule 1.**   A search was performed for connections to each Party in Interest as to AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), and each of Holdings' U.S. and non-U.S. subsidiaries ("Holdings Enterprise", collectively "AP").   Results for connections to the Parties-in-Interest List are disclosed on **Schedule 2**.

28.     Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates.

29.     AlixPartners and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of its diverse practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties-in-interest in these Chapter 11 Cases.  Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these Chapter 11 Cases.  In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases. Moreover, AlixPartners might have referred work to other professionals who are retained in these Chapter 11 Cases.  Likewise, certain such professionals who are retained in these Chapter 11 Cases might have referred work to AlixPartners.  To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors.

30.     From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases.  As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider or other party in interest in such unrelated matters.

31.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners Personnel (a) have any connection with the United States Trustee for the District of Delaware (the "U.S. Trustee"), or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, except as otherwise set forth **Schedule 2**.

32.    To the best of my knowledge, none of the members of the engagement team or AP is a direct holder of any of the Debtors' securities.  It is possible that members of the engagement team or certain of AlixPartners employees, Managing Directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties-in-interest's debt or equity securities or other financial instruments, including bank loans and other obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

33.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties-in-interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases.

34.    Certain of AlixPartners' employees, Managing Directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party-in-interest.

35.    Despite the efforts described above to identify and disclose the connections that AP and its affiliates have with parties-in-interest in these Chapter 11 Cases, because the Debtors form a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

36.    In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

37.    Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners nor any AlixPartners Personnel holds or represents any interest adverse to the Debtors or their estates, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that AlixPartners and its professionals and employees who will work on the engagement:

(a)    are not creditors, equity security holders, or insiders of the Debtors;

(b) were not, within two years before the Petition Date,[5] a director, officer or employee of the Debtors; and

(c) do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

38.     If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.  AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 21, 2022

ALIXPARTNERS, LLP

By:      */s/ Matthew Evans*
         Matthew Evans
         Managing Director

---

[5]     November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

## **SCHEDULE 1**

**Potential Parties-in-Interest**

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

{1368.002-W0069413.}

Wells Fargo
Western Alliance
Zand Bank
**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File

Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax

Arnac

Arrow

Artemis

Asymmetric Technologies LP

ATMTA, Inc. / Star Atlas

Atomic Vaults

ATTN (EVOSverse)

Auradine, Inc.

Aurigami / Vaus Limited

Aurory

Autograph

Automata

Avara Labs / LENS

AVECRIS Research Corporation Pte. Ltd. (Project Door)

Aver Protocol

Axelar Network

Bastion / Bengine, Inc.

BetDEX

BiLira (Series A - Class E)

Bitmain Fund L.P.

Bitnob Technologies

Bitnomial

BitOasis

Bitocto (exchange Indo) / PT Triniti

Blockbeats News

Blockchain Space / Solutions Lab Consultancy Pte Ltd

Blocto

Bluebook Cities

Bond Fund III

Bonzai Finance

Bridge Technologies (BRG Token)

Brinc Drones

Browder Capital

BTC Africa, S.A., (dba AZA Finance)

Burnt

Canonical Crypto Fund

Cardinal (Nexus Pro)

Causal Inc

CCAI / Aldin

Cega Pte Ltd

Celesita Network

Ceres Protocol Inc / Mythos tokens

Change Up

chillchat

China V Investors L.P.

China Venture Capital Fund

Chingari

Chipper Cash / Critical Ideas Inc

Circle Internet Financial, Inc.

Clover

Coderrect Inc.

Cogni

Coin98

Coinfeeds / Docsi18n

CoinMARA

Collide Capital Fund I

Com2Us

Composable

Compound Financial

Confirm Solutions Inc

Conjecture

Connect3 / Lab3 Technology Limited

Consensys

Critical Ideas, Inc.

Cryowar

Curated

DaoSqaure

Darkfi

Dave Inc

decimated

Defi

Defi Alliance

Delphia Holdings Corp

Delta One

Delysium / KUROSEMI INC.

Digital Assets DA AG

Distributed Ledger Technology

DLT Climate Tech

DoDo

DoinGud

DoNotPay

Doodles

Doppel Inc

Dorahack

Drift

DriveWealth

Dropp

Dtrade

Dune Analytics

Dust Labs, Inc

edenbrawl / Worldspark Studios, Inc

EFAS / Kepler Space Industries

Efficient Frontier / Odyssey  Technologies  Limited

Eizper Chain

Elementus

Elumia

Equator Therapeutics

EquiLibre Tecnologies Inc.

Ethereal Ventures Fund I LP

Euclid Labs / Magic Eden Secondary Shares

Euler

Evme Inc

Exodus

exotic / Pier3 Ventures Limited

Exponent Founders Capital I, LP

Exponential DeFi Inc

FairSide

Fanatics

Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depository Corporation

Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space

Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec

Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd
**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case
**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets
Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd
**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.
**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**

ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**

BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**

Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**

Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section

{1368.002-W0069413.}

Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

14

{1368.002-W0069413.}

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R&G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD
Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch

TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

## SCHEDULE 2

**AlixPartners' Disinterestedness**

- In connection with the proposed employment and retention of AlixPartners, LLP ("AlixPartners") by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth below, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.

AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), directly or indirectly owns Holdings' U.S. and non-U.S. subsidiaries (collectively, the "Holdings Enterprise"). The equity capital of Holdings is owned by the following investors:

    (i)       Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other trusts established by Jay Alix (collectively the "Lakeview Parties");

    (ii)      Caisse de dépôt et placement du Québec ("CDPQ");

    (iii)     Investcorp Holdings B.S.C. ("IVC");

    (iv)     Public Sector Pension Investment Board ("PSP"); and

    (v)      current and certain former Managing Directors of AP (as defined below) and their individual and family trusts, as well as certain other individuals, including current members of the Boards (as hereinafter defined) and employees of the Lakeview Parties, and their individual and family trusts.

(Collectively, (i) – (v) above are hereinafter referred to as the "Investors", and the subset (ii) – (iv) above are hereinafter referred to as the "Institutional Investors").

Holdings and AlixPartners, each have a board of directors (together, the "Boards"). No individual or entity controls either of the Boards.  Designees of each of the Investors (i) – (iv) above serve as members of the Boards. The Holdings Enterprise does not invest in distressed assets of any class, nor does it have any investment affiliates.

CDPQ is one of Canada's largest institutional investment managers.  It manages investments on behalf of most of Quebec Canada's public and parapublic pension and insurance funds. CDPQ invests globally in numerous industries.

IVC is a leading global provider and manager of alternative investment products.

PSP is one of Canada's largest pension investment managers. It invests funds for the pension plans of the Public Service, the Canadian Armed Forces, the Royal Canadian Mounted Police and the Reserve Force. PSP manages a diversified global portfolio in numerous industries throughout the world.

The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

In addition to their investments in Holdings, the Institutional Investors have substantial investments unrelated to AlixPartners.

The Boards are not involved in the delivery of client services and their members do not have access to client files, except for a minority of members of the Boards that are AlixPartners employees. As a precautionary matter, AlixPartners maintains information barriers and guidelines designed to prevent certain confidential client information, including the names of clients likely to be involved in a not-yet-filed case under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors (including, before the filing of these Chapter 11 Cases, the fact that AlixPartners was about to undertake an assignment involving the Debtors) has been or will be furnished by AlixPartners to the Investors or their Board designees, and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. Each Investor is independent of each other Investor and is governed by its own board of directors or similar body and managed by its own management team.   AlixPartners operates independently and does not share employees, officers or other management with any of the Investors. AlixPartners and each of the Investors have separate offices in separate buildings, use separate internet email addresses, and do not otherwise share IT systems.

AlixPartners formed and currently holds a majority and controlling ownership interest in GSS UK Holdings Limited ("GSS").  GSS and its subsidiaries developed a regulatory technology platform to provide global, centralized sanctions screening services to financial institutions. Various Investors, including certain AlixPartners managing directors and Board members, hold minority ownership interests in GSS.  AlixPartners currently has a majority of the seats on the board of directors of GSS.  GSS does not share office space or IT systems with AlixPartners, but does share certain employees and services such as finance systems. The names of GSS's investors and customers (but not its vendors and employees) are loaded into the database where AlixPartners' connections are stored and are disclosed as part of the disclosure process described herein.

AlixPartners has one database where connections are stored for all entities in the Holdings Enterprise. The process for the preparation of disclosures is as follows: upon receipt of a potential parties in interest list from the Debtors and/or its representatives (the "Parties in Interest List"), all such parties are input to the database by team members familiar with the database.  A report of the "hits" is generated, and the team members review those "hits" for connections. Where there is a connection, a disclosure is drafted. After the team completes draft disclosures, the disclosures are reviewed by an in-house bankruptcy attorney. The attorney coordinates with the team to finalize the disclosures, which are then reviewed by the engagement AlixPartners Managing Director. These initial disclosures (the "Initial Disclosures") are thereafter filed with the Bankruptcy Court as part of the retention pleadings.

Promptly thereafter, a bankruptcy paralegal in the firm uses the Initial Disclosures and the parties in interest list to draft a firmwide email for each bankruptcy filing, including the Debtors' case. This email is sent to every firm employee as well as the members of the Boards and the Lakeview Parties.  The firmwide email requests each recipient to review the attached file that includes the parties in interest and corresponding disclosures,

and asks that every recipient: (a) contact the legal department in the event that they have a connection or relationship with an interested party that is not included in our disclosures; (b) if they have a connection or relationship with an interested party that is included in our disclosures, confirm that it is accurately described; and (c) contact the legal department if they own securities of the Debtors. Members of the legal team review all email responses and draft any supplemental disclosures appropriate to reflect information received in response to the firmwide email. After the review process described in the immediately preceding paragraph, supplemental disclosures are thereafter filed with the Bankruptcy Court.

After the Initial Disclosures are filed with the Bankruptcy Court, AlixPartners also provides the names of the Debtors, its owners/investors, lenders and, on a case-by-case basis, other named entities (collectively, the "Investor Search Parties"), to the Institutional Investors, and requests that each Institutional Investor run a check of the Investor Search Parties across all investment portfolios including, upon reasonable investigation, (i) private and public funds, (ii) loan positions, and (iii) known positions across CLO holdings (all of the foregoing subject to the exceptions listed below, the "Investor Connections Check"). The exceptions to the Investor Connections Check are (i) investments over which the Institutional Investors do not possess actual investment authority and discretion ("direct control"), (ii) index replication position, (iii) investments owned in separate accounts managed by independent parties not affiliated with the Institutional Investors, and (iv) pooled investment vehicles in which the Institutional Investors do not exercise actual control or in which the Institutional Investors do not have visibility sufficient to ascertain such vehicle's investments. Members of the legal team review all responses received from the Institutional Investors and draft disclosures appropriate to reflect information received from the Institutional Investors that, following review, are filed with the Bankruptcy Court.

Upon receipt of the responses from the Institutional Investors to the Investor Connections Check, AlixPartners will file any supplemental disclosures which may be required.

To the extent AlixPartners learns of connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Institutional Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors and its affiliates in these Chapter 11 Cases. Based on, among other things, the business separation between each of the Investors and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to any such engagement.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investors may have with the Investor Search Parties, the Debtors and its affiliates, and other parties in interest in these Chapter 11 Cases.

Specifically, AlixPartners obtained from the Debtors and/or its representatives the Parties in Interest List, which is attached hereto as Schedule 1 and conducted a search for connections in accordance with the procedures set forth above.

AlixPartners represents that, to the best of its knowledge, it knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates, and furthermore wishes to the disclose the following with respect to the Holdings Enterprise (collectively, "<u>AP</u>", unless otherwise noted):

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "<u>Term Loans</u>"), as well as a Revolving Credit Facility.

  Bank of America, N.A. serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors. Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "<u>Fund Managers</u>") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors. The identities of the investors in the pools cannot be ascertained by AP. The Term Loans are actively traded. Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly. On a monthly basis, AP reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases. As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of the combined US-denominated and Euro-denominated Term Loans. In the event that any entity accumulates a 10% or greater interest in the combined US-denominated and Euro-denominated Term Loans, AP will disclose the name of such entity.

  The participants in the Revolving Credit Facility are Bank of America, N.A., Credit Suisse, Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("<u>IRS</u>") is a current and former AP client in matters unrelated to the Debtors. The IRS is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. The IRS is a former employer of a current AP employee.

- The United States Department of Justice ("<u>DOJ</u>"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the

Debtors.  The DOJ is a litigation party, adverse litigation party, lessor and professional to current and former AP clients in matters unrelated to the Debtors.

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP.  In response, one or more of the members of its Boards have offered the following disclosures:

  o American Express, a vendor to the Debtors, is a vendor to an AP investor or one of its affiliates.

  o AT&T, a utility provider to the Debtors, and affiliates, are vendors to an AP investor or one of its affiliates.

  o Bank of America, a bank/lender/UCC lien party/administrative agent to the Debtors, is a lender to an AP investor or one of its affiliates.

  o Fidelity Bank (Bahamas), a bank/lender/UCC lien party/administrative agent, and affiliates, are vendors to an AP investor or one of its affiliates.

  o Hogan Lovells and Hogan Lovells International LLP, ordinary course professionals and vendors to the Debtors, are current or former legal services providers to an AP investor or one of its affiliates.

  o Holland & Knight LLP, counsel to the joint provisional liquidators to Debtor affiliates, is a current or former legal services provider to an AP investor or one of its affiliates.

  o JPMorgan Chase Bank, N.A., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are vendors to an AP investor or one of its affiliates.

  o Nardello & Co. LLC, a contract counterparty to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

  o PricewaterhouseCoopers LLP ("PwC") is a vendor to the Debtors.  An AP board member and an employee of one of his affiliates are former employees of PwC.

  o Quinn Emanuel Urquhart & Sullivan, LLP, a vendor to the Debtors and professional in this bankruptcy matter, is a current or former legal services provider to an AP investor or one of its affiliates.

  o The Travelers Insurance Company and Travelers Property Casualty Company of America, insurance providers to the Debtors, and affiliates, are vendors to an AP investor or one of its affiliates.

  o United Healthcare is a vendor to AP.  An AP board member is on the Board of Directors of UnitedHealth Group, Inc.

- o  Willkie Farr & Gallagher, a vendor to the Debtors, is a current or former legal services provider to an AP investor or one of its affiliates.

- Adobe Systems Inc., a vendor to the Debtors, and affiliates, are vendors to AP.

- AirBnB, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), a vendor to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Akin Gump is a current and former AP client in matters unrelated to the Debtors.  Akin Gump is a legal services provider to AP.

- Altimeter Growth Partners Fund VI, L.P., an investment/acquisition party to the Debtors, and affiliates, are former AP clients in matters unrelated to the Debtors.

- Alvarez & Marsal North America, LLC, a professional in this bankruptcy matter, and affiliates ("A&M") are professionals, parent companies, adverse litigation parties, and litigation parties to current and former AP clients in matters unrelated to the Debtors.  A&M is a former AP client in matters unrelated to the Debtors.  A&M is a former employer of current AP employees.

- Amazon and Amazon Web Services (AWS), vendors to the Debtors, and affiliates ("Amazon") are litigation parties, adverse litigation parties, related parties, and professionals to current and former AP clients in matters unrelated to the Debtors.  Amazon is a current and former AP client in matters unrelated to the Debtors.  Amazon is a former employer of current AP employees.  Amazon is a vendor to AP.

- American Express, a vendor to the Debtors, and affiliates ("AmEx") are lessors, lienholders, adverse litigation parties, and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.  AmEx is a former employer of current AP employees.  AmEx was a member of the Official Committee of Unsecured Creditors that retained AP in Aegean Marine Petroleum Network Inc., a former bankruptcy matter unrelated to the Debtors.  AmEx is a vendor to AP which includes an incentive program based on value, but it is not attributed to any particular person or any specific purchases.

- Anchorage, an investment/acquisition party to the Debtors, and affiliates, are bondholders, litigation parties, adverse litigation parties, investors, lenders, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Anderson Kill LLP, a vendor to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  Anderson Kill is a former employer of current AP employees.  Anderson Kill is a former legal services provider to AP.

- Anderson Mori & Tomotsune and Anderson Mori & Tomotsune (Japan), vendors and ordinary course professionals to the Debtors, are professionals and counsel to current and former AP clients in matters unrelated to the Debtors.

- Apple Business, Apple Inc., and Apple Search Ads, vendors and banks/lender/UCC lien parties/administrative agents to the Debtors, and affiliates ("Apple") are adverse litigation parties, investors, lessors, and litigation parties to current and former AP clients in matters unrelated to the Debtors. Apple is a former AP client in matters unrelated to the Debtors. Apple is a vendor to AP.

- Appleby, an ordinary course professional to the Debtors, and affiliates, are professionals to current and former AP clients in matters unrelated to the Debtors.

- Arkansas Securities Department, a taxing authority/governmental/regulatory agency to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Artemis, an investment/acquisition party to the Debtors, is a shareholder to a former AP client in matters unrelated to the Debtors.

- Arthur Cox, an ordinary course professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Ascot Insurance Company, an insurance provider to the Debtors, and affiliates, are litigation parties to a former AP client in matters unrelated to the Debtors.

- AT&T, a utility provider to the Debtors, and affiliates, are director-affiliated companies, lessors, litigation parties, adverse litigation parties, and lessees to current and former AP clients in matters unrelated to the Debtors. AT&T is a former AP client in matters unrelated to the Debtors. AT&T was a member of the official committee of unsecured creditor that retained AP in Windstream Holdings, Inc., Forever 21, Inc., and Fusion Connect, former bankruptcy matters unrelated to the Debtors. AT&T is a member of the Official Committee of Unsecured Creditors that retained AP in Pareteum Corporation, a current bankruptcy matter unrelated to the Debtors. AT&T is a vendor to AP.

- Atlassian Pty Ltd, a vendor to the Debtors, and affiliates ("Atlassian") are former AP clients in matters unrelated to the Debtors. Atlassian is a vendor to AP.

- Baker McKenzie, an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Baker McKenzie is a current and former AP client in matters unrelated to the Debtors. Baker McKenzie is a former employer of current AP employees.

- Bally Sports Sun, a vendor to the Debtors, and affiliates ("Bally") are litigation parties to current AP clients in matters unrelated to the Debtors. Bally is a current and former AP client in matters unrelated to the Debtors.

- Bank of America, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("BofA") are bondholders, litigation parties, adverse litigation parties, investors, lenders, lessees, lessors, lienholders, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. BofA is a current and former AP client in matters unrelated to the Debtors. BofA is a former employer of current AP employees. A current employee of AP who is an attorney in AP's Legal department was previously employed by a law firm where BofA was a primary client. BofA is a vendor to AP.

- Bank of Cyprus, a bank/lender/UCC lien party/administrative agent to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Bär & Karrer, an ordinary course professional to the Debtors, is counsel to current and former AP clients in matters unrelated to the Debtors. Bar & Karrer is a vendor to AP.

- Binance and Binance Capital Management Co. Ltd., significant competitors and contract counterparties to the Debtors, are associated companies and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- BitGo, a vendor and contract counterparty to the Debtors, is a current AP client in matters unrelated to the Debtors.

- [Name on File][1], a customer to the Debtors, and affiliates are current AP clients in matters unrelated to the Debtors.

- BlackOak, an ordinary course professional to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Blockchain Australia and Blockchain Space/Solutions Lab Consultancy Pte Ltd., investment/acquisition parties and vendors to the Debtors, and affiliates, are current AP clients in matters unrelated to the Debtors.

- Bloomberg, a vendor to the Debtors, and affiliates ("Bloomberg") are adverse litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors. Bloomberg is a vendor to AP.

---

[1] Pursuant to the Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

- BMO Harris Bank, N.A., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("BMO") are bondholders, litigation parties, adverse litigation parties, lenders, lessors, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtors.  BMO is a former AP client in matters unrelated to the Debtors.  BMO is a former employer of a current AP employee.

- Brex Credit Card, a vendor to the Debtors, and affiliates, are former AP clients in matters unrelated to the Debtors.

- [Name on File] is a customer to the Debtors.  A [Name on File] is an adverse litigation party to a current AP client in matters unrelated to the Debtors.  It is unclear whether they are the same individual.

- BTC Africa, S.A. (d/b/a AZA Finance), an investment/acquisition party to the Debtors, and affiliates, are bondholders and lenders to current and former AP clients in matters unrelated to the Debtors.

- Celsius Network LLC ("Celsius"), a significant creditor to the Debtors, is a former AP client in matters unrelated to the Debtors.  Celsius is a former employer of a current AP employee.

- Chainalysis and Chainalysis Inc., contract counterparties and vendors to the Debtors, are vendors to AP.

- Chicago Mercantile Exchange Inc., a vendor to the Debtors, is a litigation party and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Circle Internet Financial, Inc., an investment/acquisition party and bank/lender/UCC lien party/administrative agent to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Clayton Utz, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Clover, an investment/acquisition party to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Coinbase is a significant competitor to the Debtors.  Coinbase, Inc. is a current AP client in matters unrelated to the Debtors.

- Comcast and Comcast Business, utility providers to the Debtors, and affiliates, are litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors.  Comcast is a current and former AP client in matters unrelated to the Debtors.  Comcast is a vendor to AP.

- Commodity Futures Trading Commission, a taxing authority/governmental/regulatory agency to the Debtors, is a related party, litigation party, and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- Continental Casualty Company, an insurance provider to the Debtors, and affiliates ("Continental") are bondholders, litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors.  Continental is an insurance provider to AP.

- Covington & Burling LLP, an ordinary course professional to the Debtors, is counsel and professional to current and former AP clients in matters unrelated to the Debtors. Covington & Burling is a current and former AP client in matters unrelated to the Debtors.

- CSL Mobile Limited Hong Kong, a vendor to the Debtors, and affiliates, are vendors to AP.

- Customers Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, is a litigation party to a current AP client in matters unrelated to the Debtors.

- DBS Bank Limited, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are lenders to a current AP client in matters unrelated to the Debtors.  DBS is a former AP client in matters unrelated to the Debtors.

- Delta One, an investment/acquisition party to the Debtors, and affiliates ("Delta") are litigation parties, adverse litigation parties, affiliates, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Delta is a current AP client in matters unrelated to the Debtors.

- Deltec, a bank/lender/UCC lien party/administrative agent to the Debtors, is a former AP client in matters unrelated to the Debtors.

- [Name on File], a contract counterparty, customer, and investment/acquisition party to the Debtors, is a litigation party to a former AP client in matters unrelated to the Debtors.

- District of Columbia Department of Insurance, Securities and Banking, a taxing authority/governmental/regulatory agency to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Dotdash, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Duane Morris LLP, a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Duane Morris is a legal services provider to AP.

- ED&F Man Holdings Inc., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("ED&F Man") are bondholders to current and former AP clients in matters unrelated to the Debtors.  ED&F Man is a former AP client in matters unrelated to the Debtors.

- Emirates NBD Bank ("Emirates NBD"), a bank/lender/UCC lien party/administrative agent to the Debtors, is a lender to a former AP client in matters unrelated to the Debtors.  Emirates NBD is a former AP client in matters unrelated to the Debtors.  Emirates NBD is a GSS client.

- Endurance Worldwide Insurance Ltd., an insurance provider to the Debtors, and affiliates ("Endurance") are bondholders, litigation parties, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Endurance is an insurance provider to AP.

- Equinix-JPY and Equinix Inc., vendors to the Debtors, and affiliates ("Equinix") are lessors to a current AP client in matters unrelated to the Debtors.  Equinix is a former AP client in matters unrelated to the Debtors.  Equinix was a member of the Official Committee of Unsecured Creditors that retained AP in Fusion Connect, a former bankruptcy matter unrelated to the Debtors.  Equinix is a vendor to AP.

- Equity Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, is a lender to a current AP client in matters unrelated to the Debtors.

- Ernst & Young, a professional in this bankruptcy matter, and affiliates ("E&Y") are adverse litigation parties, director-affiliated companies, professionals, and shareholder to current and former AP clients in matters unrelated to the Debtors.  E&Y is a current and former AP client in matters unrelated to the Debtors.  E&Y is a former employer of current AP employees.  E&Y is a tax advisor to AP.

- Eversheds Sutherland (US) LLP, counsel to the ad hoc committee of non-US customers of FTX.com, and affiliates ("Eversheds") are professionals and counsel to current and former AP clients in matters unrelated to the Debtors.  Eversheds is a current and former AP client in matters unrelated to the Debtors.  Eversheds is a former employer of current AP employees.  Eversheds is a current legal services provider to AP.

- Exponent Founders Capital I, LP, an investment/acquisition party to the Debtors, and affiliates, are former AP clients in matters unrelated to the Debtors.

- Facebook/Meta and Meta Platforms, Inc., vendors to the Debtors, and affiliates, ("Facebook") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Facebook is a current and former AP client in matters unrelated to the Debtors.

- Fanatics, an investment/acquisition party to the Debtors, and affiliates, are related parties to current AP clients in matters unrelated to the Debtors.  Fanatics is a current and former AP client in matters unrelated to the Debtors.

- The Federal Trade Commission, a vendor to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- FedEx, a vendor to the Debtors, and affiliates, are adverse litigation parties, investors, lessees, and lienholders to current and former AP clients in matters unrelated to the Debtors.  FedEx is a former employer of current AP employees.  FedEx is a vendor to AP.

- Fenwick & West, a vendor and ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Fenwick & West is a former AP client in matters unrelated to the Debtors.

- Fidelity Bank (Bahamas), a bank/lender/UCC lien party/administrative agent, and affiliates ("Fidelity") are bondholders, adverse litigation parties, lenders, lessors, lienholders, parent companies, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors.  Fidelity is a current and former AP client in matters unrelated to the Debtors.  Fidelity is a former employer of a current AP employee.  Fidelity is an employee benefits provider to AP.

- Fox Broadcasting Company and Fox Sports Sun, LLC, vendors and contract counterparties to the Debtors, and affiliates ("Fox") are related parties, affiliates, litigation parties, lenders, lessors, and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Fox is a current and former AP client in matters unrelated to the Debtors.

- FTI Consulting, Inc. ("FTI"), a contract counterparty to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.  FTI is a former employer of current AP employees.

- Gamestop, a vendor to the Debtors, and affiliates, are related parties and parent companies to former AP clients in matters unrelated to the Debtors.  Gamestop is a former AP client in matters unrelated to the Debtors.  Gamestop is a former employer of current AP employees.

- Garanti BBVA, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are lenders to a current AP client in matters unrelated to the Debtors.

- Gemini, a significant competitor to the Debtors, and affiliates are adverse litigation parties to former AP clients in matters unrelated to the Debtors.

- Gibraltar Financial Services Commission, a taxing authority/governmental/regulatory agency to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Gibson Dunn is a current and former AP client in matters unrelated to the Debtors.  Gibson Dunn is a former legal services provider to AP.

- GitHub, a vendor to the Debtors, is a vendor to AP.

- GoDaddy, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Google, a vendor to the Debtors, and affiliates, are adverse litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors.  Google is a current and former AP client in matters unrelated to the Debtors.  Google is a former employer of a current AP employee.

- Group One Holdings and Group One Holdings Pte. Ltd., vendors and litigation parties to the Debtors, and affiliates, are shareholders to a former AP client in matters unrelated to the Debtors.

- HDI Global Specialty SE, an insurance provider to the Debtors, and affiliates ("HDI") are litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  HDI is an insurance provider to AP.

- Hogan Lovells and Hogan Lovells International LLP ("Hogan Lovells"), ordinary course professionals and vendors to the Debtors, are professionals, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Hogan Lovells is a current and former AP client in matters unrelated to the Debtors.  Hogan Lovells is a former employer of current AP employees.  Hogan Lovells is a current legal services provider to AP.

- Holland & Knight LLP, counsel to joint provisional liquidators to Debtor affiliates, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Holland & Knight is a current AP client in matters unrelated to the Debtors.

- Honeycomb, a vendor to the Debtors, and affiliates, are associated companies to a current AP client in matters unrelated to the Debtors.

- Hong Kong Securities & Futures Commission, a taxing authority/governmental/regulatory agency to the Debtors, is a former AP client in matters unrelated to the Debtors.

- HSBC Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("HSBC") are bondholders, litigation parties, adverse litigation parties, lenders, lessors, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtors.  HSBC is a current and former AP client in matters unrelated to the Debtors.

HSBC is a former employer of current AP employees.  HSBC is a vendor to AP.  HSBC is a GSS client.

- Hunton Andrews Kurth LLP ("Hunton Andrews"), a UCC professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Hunton Andrews is a current and former AP client in matters unrelated to the Debtors.

- ICC and ICC Business Corporation FZ LLC, vendors and contract counterparties to the Debtors, are subsidiaries of a former AP client in matters unrelated to the Debtors.  ICC is a former AP client in matters unrelated to the Debtors.

- Insight Direct USA Inc. and Insight Software Co. ("Insight"), vendors to the Debtors, are professionals to a former AP client in matters unrelated to the Debtors.  Insight is a vendor to AP.

- Interactive Brokers, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are bondholders, adverse litigation parties, and shareholders to current AP clients in matters unrelated to the Debtors.

- [Name on File], a customer to the Debtors, and affiliates, are adverse litigation parties to a current AP client in matters unrelated to the Debtors.

- Joele Frank, a contract counterparty to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- JPMorgan Chase Bank, N.A., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("JPM") are affiliates, bondholders, litigation parties, adverse litigation parties, related parties, investors, lenders, lessees, lessors, lienholders, limited partners, parent companies, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. JPM is a current and former AP client in matters unrelated to the Debtors.  JPM is a former employer of current AP employees.  The spouse of an attorney who works in AP's Legal department is a lawyer employed by JPM advising on distressed investments.   Strict confidentiality obligations pertaining to all AP employees, as well as general legal professional responsibility, prohibit the AP attorney from discussing or exchanging non-public information related to AP's client engagements, including this bankruptcy matter, with third parties, including spouses.

- Katten Muchin Rosenman LLP ("Katten"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Katten is a current and former AP client in matters unrelated to the Debtors.

- Kim & Chang, a vendor and ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Kim & Chang is a current legal services provider to AP.

- King & Spalding LLP ("King & Spalding"), an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. King & Spalding is a former AP client in matters unrelated to the Debtors.

- King and Wood Mallesons (HK) and King Wood Mallesons, vendors and ordinary course professionals to the Debtors, and affiliates ("K&W") are professionals and counsel to current and former AP clients in matters unrelated to the Debtors. K&W is a current and former AP client in matters unrelated to the Debtors. K&W is a former legal services provider to AP.

- Kraken and Kraken Ventures Fund I LP, investment/acquisition parties and significant competitors to the Debtors, and affiliates, are joint venture entities to a former AP client in matters unrelated to the Debtors.

- Kramer Levin, an ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Kramer Levin is a former AP client in matters unrelated to the Debtors.

- Kroll Restructuring Administration, a professional in this bankruptcy matter, and affiliates ("Kroll") are affiliates and professionals to current and former AP clients in matters unrelated to the Debtors. Kroll is a current and former AP client in matters unrelated to the Debtors. Kroll is a former employer of current AP employees. The brother of an AP director who is working on this matter is an employee at Kroll. Kroll is a vendor to AP.

- [Name on File], a customer to the Debtors, and affiliates, are litigation parties to a current AP client in matters unrelated to the Debtors.

- Lake Nona Fund/LN Sports & Health Tech Fund I, LP, an investment/acquisition party to the Debtors, and affiliates, are lessors to a former AP client in matters unrelated to the Debtors.

- Landis Rath & Cobb LLP ("Landis"), a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Landis is a former AP client in matters unrelated to the Debtors.

- Larry Thompson is a director to the Debtors. A Larry D. Thompson is a former AP client in matters unrelated to the Debtors. It is unclear whether these are the same individual.

- Latham & Watkins LLP ("Latham"), a vendor and ordinary course professional to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Latham is a former AP client in matters unrelated to the Debtors. Latham is a former employer of a current AP employee.

- Lenz & Staehelin, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Lexis Nexis, a vendor to the Debtors, and affiliates, are professionals to current AP clients in matters unrelated to the Debtors.  Lexis Nexis is a former AP client in matters unrelated to the Debtors.  Lexis Nexis is a vendor to AP.  Lexis Nexis is a GSS client.

- Lincoln Place Inc., a vendor to the Debtors, and affiliates, are lessors to former AP clients in matters unrelated to the Debtors.

- Lloyd's America, Inc., an insurance provider to the Debtors, and affiliates ("Lloyd's") are adverse litigation parties to a current AP client in matters unrelated to the Debtors.  Lloyd's is an insurance provider to AP.

- Lockton Insurance Brokers, LLC, a vendor and surety/letters of credit party to the Debtors, and affiliates ("Lockton") are professionals to current and former AP clients in matters unrelated to the Debtors.  Lockton is a former AP client in matters unrelated to the Debtors.

- Lowenstein Sandler LLP ("Lowenstein"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Lowenstein is a former AP client in matters unrelated to the Debtors.

- Loyens & Loeff, an ordinary course professional to the Debtors, is a professional to current and former AP client in matters unrelated to the Debtors.

- Major League Baseball Clubs, Major League Baseball Properties, Inc., MLB Advanced Media, L.P., and the MLB Network, LLC, contract counterparties and vendors to the Debtors, and affiliates, are litigation parties to current AP clients in matters unrelated to the Debtors.

- Massachusetts Bay Insurance Company, an insurance provider to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- McCarthy Tetrault, an ordinary course professional and vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Mercedes-Benz Grand Prix Limited, a contract counterparty and vendor to the Debtors, and affiliates ("Mercedes") are litigation parties, adverse litigation parties, and lessors to current and former AP clients in matters unrelated to the Debtors.  Mercedes is a current and former AP client in matters unrelated to the Debtors.  Mercedes is a former employer of current AP employees.  Mercedes is a vendor to AP.

- Miami Dade County, a vendor to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.

- Michigan Department of Insurance and Financial Services, a taxing authority/governmental/regulatory agency to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- Microsoft and Microsoft Online Inc., vendors to the Debtors, and affiliates, are adverse litigation parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Microsoft is a former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- [Name on File], a vendor to the Debtors, is a vendor to AP.

- MLL Myerlustenberger Lachenal Froriep Ltd., a professional to the Debtors, and affiliates, are vendors to AP.

- Morgan Stanley, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are associated companies, bondholders, litigation parties, adverse litigation parties, investors, lenders, lessors, lienholders, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors. Morgan Stanley is a current and former AP client in matters unrelated to the Debtors. Morgan Stanley was a member of the Official Committee of Unsecured Creditors that retained AP in 24 Hour Fitness Worldwide, Inc., a former bankruptcy matter unrelated to the Debtors. Morgan Stanley is a former employer of current AP employees.

- Morris, Nichols, Arsht & Tunnell LLP ("MNAT"), counsel to the ad hoc committee of non-US customers of FTX.com, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. MNAT is a former AP client in matters unrelated to the Debtors. MNAT is a legal services provider to AP.

- Morrison and Foerster LLP ("MoFo"), a vendor to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors. MoFo is a former AP client in matters unrelated to the Debtors.

- MUFG Bank, Ltd., a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("MUFG") are bondholders, litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors. MUFG is a former AP client in matters unrelated to the Debtors. MUFG was a member of the Official Committee of Unsecured Creditors that retained AP in Chesapeake Energy Corporation, a former bankruptcy matter unrelated to the Debtors. MUFG is a former employer of current AP employees. MUFG has an accounts receivable factoring arrangement with AP and one of AP's clients whereby AP's invoices to that client are sold to MUFG in a way that improves payment terms to AP in exchange for an invoice discount. MUFG is a GSS client.

- Nardello & Co. LLC, a contract counterparty to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- National Australia Bank ("NAB"), a bank/lender/UCC lien party/administrative agent to the Debtors, is a litigation party and lender to current and former AP clients in matters unrelated to the Debtors.  NAB is a GSS client.

- Nebraska Department of Banking and Finance, a taxing authority/governmental/regulatory agency to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- New York Department of Financial Services ("NYDFS") is a regulatory agency.  AP provides and has provided services for NYDFS in matters unrelated to the Debtors.

- Nishith Desai Associates, an ordinary course professional to the Debtors, is a professional to a former AP client in matters unrelated to the Debtors.

- North Carolina Department of Justice, a taxing authority/governmental/regulatory agency to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Norton Rose Fulbright LLP, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Norton Rose is a current and former AP client in matters unrelated to the Debtors.

- NYSE, a vendor to the Debtors, and affiliates ("NYSE") are adverse litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.  NYSE is a former employer of a current AP employee.

- Office of the Commissioner of Baseball, a contract counterparty to the Debtors, is a former AP client in matters unrelated to the Debtors.

- Orrick, Herrington & Sutcliffe LLP, a vendor to the Debtors, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Osler, Hoskin & Harcourt LLP, a vendor to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Paysafe, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are former AP clients in matters unrelated to the Debtors.

- PCCW Netvigator Now, a vendor to the Debtors, and affiliates, are lenders to a current AP client in matters unrelated to the Debtors.

- Perella Weinberg Partners, a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Perkins Coie LLP, a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Perkins Coie is a former AP client in matters unrelated to the Debtors.  Perkins Coie is a former legal services provider to AP.

- Philadelphia Indemnity Insurance Company, a surety/letter of credit party to the Debtors, is a bondholder, lienholder, and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, a vendor to the Debtors, and affiliates ("PwC") are related parties, litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors.  PwC is a former employer of current AP employees.  PwC is an accountant and auditor to AP.

- Prime Trust LLC, a bank/lender/UCC lien party/administrative agent and vendor to the Debtors, is a former employer of a current AP employee.

- QBE Insurance Corporation, an insurance provider to the Debtors, and affiliates, are litigation parties, adverse litigation parties, and lenders to current and former AP clients in matters unrelated to the Debtors.  QBE is a former AP client in matters unrelated to the Debtors.  QBE is an insurance provider to AP.

- Quinn Emanuel Urquhart & Sullivan, LLP, a vendor to the Debtors and professional in this bankruptcy matter, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Quinn is a former AP client in matters unrelated to the Debtors.

- Rakuten Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("Rakuten") are former AP clients in matters unrelated to the Debtors.  Rakuten is a former employer of a current AP employee.  Rakuten is a vendor to AP.

- Refinitiv, a vendor to the Debtors, is a former AP client in matters unrelated to the Debtors.  Refinitiv is a vendor to AP.

- Richards, Layton & Finger, P.A. ("RLF"), counsel to joint provisional liquidators to Debtor affiliates, is a professional and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  RLF is a former AP client in matters unrelated to the Debtors.

- Riot, a contract counterparty to the Debtors, is a current AP client in matters unrelated to the Debtors.

- RLI Insurance Company, a surety/letter of credit party to the Debtors, is a joint venture entity and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Sentry, a vendor to the Debtors, and affiliates, are lenders, limited partners, adverse litigation parties, and shareholders to current and former AP clients in matters unrelated to the Debtors.

- Sequoia Capital Fund, L.P., an investment/acquisition party to the Debtors, and affiliates ("Sequoia") are adverse litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors. Sequoia is a current AP client in matters unrelated to the Debtors.

- Shardul Amarchand Mangaldas, an ordinary course professional to the Debtors, is a vendor to AP.

- Sidley Austin LLP ("Sidley"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Sidley is a former AP client in matters unrelated to the Debtors. Sidley is a current legal services provider to AP.

- Signature Bank, a bank/lender/UCC lien party/administrative agent to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Signet, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are lessors and parent companies to former AP clients in matters unrelated to the Debtors. Signet is a former AP client in matters unrelated to the Debtors.

- Silicon Valley Bank, a bank/lender/UCC lien party, administrative agent to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors. Silicon Valley Bank is a current AP client in matters unrelated to the Debtors.

- Sintra, an investment/acquisition party to the Debtors, is a parent company to a current AP client in matters unrelated to the Debtors.

- Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Skadden is a former AP client in matters unrelated to the Debtors. Skadden is a former employer of current AP employees.

- Slaughter & May, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Slaughter & May is a current AP client in matters unrelated to the Debtors.

- Sompo International, a surety/letter of credit party to the Debtors, and affiliates, are bondholders and litigation parties to current and former AP clients in matters unrelated to the Debtors. Sompo is a current AP client in matters unrelated to the Debtors. Sompo is an insurance provider to AP.

- SSB Trust, a vendor to the Debtors, and affiliates, are bondholders, adverse litigation parties, and shareholders to current AP clients in matters unrelated to the Debtors.

- Sullivan & Cromwell LLP ("S&C"), a vendor to the Debtors and professional in this bankruptcy matter, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  S&C is a former AP client in matters unrelated to the Debtors.  S&C is a former employer of current AP employees.  S&C is a vendor to AP.

- Sumitomo Mitsui Banking Corporation (SMBC), a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates ("SMBC") are litigation parties, lenders, lessors, lienholders, and shareholders to current and former AP clients in matters unrelated to the Debtors.  SMBC is a current and former AP client in matters unrelated to the Debtors.  SMBC is a former employer of current AP employees.

- The Executive Center, The Executive Centre, and The Executive Centre Singapore Pte. Ltd., landlords and vendors to the Debtors, are lessors to a former AP client in matters unrelated to the Debtors.

- The Hanover Insurance Group, an insurance provider to the Debtors, is a bondholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The Travelers Insurance Company and Travelers Property Casualty Company of America, insurance providers to the Debtors, and affiliates ("Travelers") are bondholders, litigation parties, adverse litigation parties, investors, lenders, lessors, limited partners, and professionals to current and former AP clients in matters unrelated to the Debtors. Travelers is a current and former AP client in matters unrelated to the Debtors.  Travelers is a former employer of a current AP employee.  Travelers is an insurance provider to AP.

- Thoma Bravo, a contract counterparty to the Debtors, and affiliates, are lenders, parent companies, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Thoma Bravo is a current AP client in matters unrelated to the Debtors.

- TikTok, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- TransPerfect (Chancery Staffing), a vendor to the Debtors, and affiliates ("TransPerfect") are professionals to a former AP client in matters unrelated to the Debtors.  TransPerfect is a former employer of current AP employees.

- TriNet, a vendor to the Debtors, is an affiliate and lessor to former AP clients in matters unrelated to the Debtors.

- Twilio, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Twitter, a vendor to the Debtors, is an adverse litigation party to current AP clients in matters unrelated to the Debtors.  Twitter is a current AP client in matters unrelated to the Debtors.

- UBS Financial Services Inc., a vendor to the Debtors, and affiliates ("UBS") are bondholders, adverse litigation parties, lessors, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  UBS is a current and former AP client in matters unrelated to the Debtors.

- United Healthcare, a vendor to the Debtors, and affiliates ("UnitedHealth") are litigation parties, adverse litigation parties, lenders, and lienholders to current and former AP clients in matters unrelated to the Debtors.  UnitedHealth is a former AP client in matters unrelated to the Debtors.  UnitedHealth is an employee benefits provider to AP.

- Verizon Wireless, a utility provider to the Debtors, and affiliates ("Verizon") are related parties, lessors, adverse litigation parties, and parent companies to current and former AP clients in matters unrelated to the Debtors.  Verizon is a former AP client in matters unrelated to the Debtors.  Verizon is a former employer of current AP employees.  Verizon is a vendor to AP.

- Walkers, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Walkers is a current legal services provider to AP.

- Wells Fargo, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are bondholders, litigation parties, adverse litigation parties, director-affiliated companies, investors, lenders, lessees, lessors, lenders, professionals, and shareholders to current and former AP clients in matters unrelated to the Debtors.  Wells Fargo is a current and former AP client in matters unrelated to the Debtors. Wells Fargo was a member of the official committees of unsecured creditors that retained AP in 24 Hour Fitness Worldwide, Inc. and Extraction Oil & Gas, Inc., former bankruptcy matters unrelated to the Debtors.  Wells Fargo was a member of the ad hoc committee of noteholders that retained AP in LBI Media, Inc., a former bankruptcy matter unrelated to the Debtors.  Wells Fargo is a former employer of current AP employees.

- Western Alliance, a bank/lender/UCC lien party/administrative agent to the Debtors, and affiliates, are lessors to a current AP client in matters unrelated to the Debtors.

- WeWork Companies LLC, a landlord to the Debtors, and affiliates, are lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- White & Case, counsel to joint provisional liquidators to Debtor affiliates, is a professional, counsel, and opposing counsel to current and former AP clients in matters unrelated to the

Debtors.  White & Case is a current and former AP client in matters unrelated to the Debtors.  White & Case is a former employer of current AP employees.

- Willkie Farr & Gallagher LLP ("Willkie"), a vendor to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  Willkie is a current and former AP client in matters unrelated to the Debtors.  Willkie is a current legal services provider to AP.

- WilmerHale, an ordinary course professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  WilmerHale is a current and former AP client in matters unrelated to the Debtors.  WilmerHale is a legal services provider to AP.

- Yahoo Inc., a contract counterparty to the Debtors, and affiliates, are subsidiaries of a former AP client in matters unrelated to the Debtors.  Yahoo is a current and former AP client in matters unrelated to the Debtors.

- Zurich Insurance Plc, an insurance provider to the Debtors, and affiliates ("Zurich") are bondholders, litigation parties, adverse litigation parties, joint venture entities and lienholders to current and former AP clients in matters unrelated to the Debtors.  Zurich is a current and former AP client in matters unrelated to the Debtors.  Zurich is a former employer of a current AP employee.  Zurich is an insurance provider to AP.