**Exhibit B**

**Declaration of William Burck**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF WILLIAM A. BURCK IN SUPPORT OF THE
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART &
SULLIVAN, LLP AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN
POSSESSION, *NUNC PRO TUNC* TO NOVEMBER 13, 2022**

The undersigned proposed attorney for FTX Trading Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby submits this verified declaration of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1.      My name is William A. Burck.  I am over the age of 18 years.  I am competent to make this declaration (this "Declaration").  Unless otherwise stated in the Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto. Certain of the disclosures set forth herein relate to matters not within my personal knowledge but rather within the knowledge of other attorneys and employees at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and are based on information provided to me by them.  Each and every statement contained herein is true and correct to the best of my knowledge, information, and belief.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2.      I am the global co-managing partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") proposed special counsel to the Debtors, which maintains offices for the practice of law at 1300 I Street NW, Suite 900, Washington, D.C. 20005, among other domestic and international offices.  I am admitted in, practicing in, and a member in good standing of, the bars of the State of New York and the District of Columbia, among others.  I am admitted to practice *pro hac vice* in this specific bankruptcy case filed in the District of Delaware.

3.      I submit this Declaration on behalf of Quinn Emanuel in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and the Debtors in Possession, Nunc Pro Tunc to November 13, 2022* (the "Application") to employ and retain Quinn Emanuel as special counsel to the Debtors.  This declaration is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code, Bankruptcy Rule 2016(b), and Local Rule 2016-1.

## QUINN EMANUEL'S QUALIFICATIONS

4.      Quinn Emanuel is the largest law firm in the world devoted solely to business litigation, investigations and other disputes.  The firm has unparalleled expertise in the core subject of its retention—litigating complex financial and bankruptcy-related matters against third-parties and developing, investigating, and prosecuting a wide range of claims and asset recovery actions designed to return assets to and increase the Debtors' estates.

5.      The firm's experience in financial litigation and asset recovery actions brought on behalf of debtors, creditors, trustees, and governmental agencies is without parallel.  Quinn Emanuel's collective recoveries in complex financial actions asserted against all variety of defendants, including global financial institutions, exceeds $40 billion, including recoveries

secured in connection with highly complex bankruptcy proceedings including *Lehman Brothers*, *Residential Capital*, *SemGroup, Refco, Parmalat, Enron*, and in dozens of residential mortgage loan matters, including on behalf of the *Federal Housing Finance Authority*.

6.     The firm's unrivaled experience in complex financial litigation and asset recovery is complemented by an elite investigations and government enforcement practice that has repeatedly been recognized as being among the very best by numerous legal publications, including *Chambers USA*, *Chambers UK*, *Chambers Europe*, *Law360*, *The American Lawyer*, *The National Law Journal*, *The International Who's Who of Business Lawyers*, *Legal 500*, *The Expert's Guide to the World's Leading Lawyers*, and *Best Lawyers*.  The firm's regulatory and enforcement experience extends, moreover, to matters relating specifically to blockchain and digital assets.  By way of example, prior to joining Quinn Emanuel, Katherine Lemire served as Executive Deputy Superintendent at the New York State Department of Financial Services (DFS), overseeing the Consumer Protection and Financial Enforcement Division.  Ms. Lemire led the initial enforcement investigations into violations of DFS cybersecurity regulations, and initiated multiple enforcement investigations into cryptocurrency businesses.

7.     Quinn Emanuel has also served as counsel to independent directors and/or special committees in numerous bankruptcy cases.  I am informed these include:  *Altera Infrastructure L.P.*, *J. Crew Group, Inc.*, *J.C. Penney Company, Inc.*, *Intelsat S.A.*, *Belk, Inc.*, and *NII Holdings, Inc.*  Quinn Emanuel also has served as counsel or special counsel to debtors, official committees, non-debtor affiliates, and creditors in numerous bankruptcy cases.  I am informed these include: *Garrett Motion Inc.*, *Avianca Airlines*, *Toys "R" Us, Inc.*, *Motors Liquidation Company, f/k/a General Motors Corporation*, *Peabody Energy Corporation*, *Sanchez Energy Corp.*, *Ultra Petroleum Corp.*, *Alpha Natural Resources, Inc.*, *China Fishery Group Limited (Cayman), DPH*

*Holdings Corp.*, *UTGR, Inc. (d/b/a Twin River)*, *Lehman Brothers Holdings, Inc.*, *Nortel Networks, Inc.*, *Fisker Automotive, Inc.*, *RadioShack Corporation*, *Velo Holdings, Inc.*, *SemGroup, L.P.*, *American Home Mortgage Holdings, Inc.*, *Sentinel Management Group, Buffets, Inc.*, *New Stream Secured Capital, L.P.*, *Refco Inc.*, *Enron Corp.*, *Safety-Kleen Corp.*, *RCN Corp.*, *Adelphia Communications Corp.*, *Mirant Corp.*, *Tower Automotive, Inc.*, and *Fruit of the Loom, Inc*, and in the Title III readjustments of the *Commonwealth of Puerto Rico* and *COFINA*. Quinn Emanuel was also counsel for the court-appointed Examiner in *Dynegy*.

8.     I believe that Quinn Emanuel's extensive experience as special counsel representing debtors, independent directors, and special committees, conducting investigations, and serving as special litigation counsel, developing and prosecuting estate causes of action and asset recovery strategies, as well as their knowledge of complex bankruptcy, cryptocurrency, and fiduciary issues, and experience practicing before this Court, make Quinn Emanuel ideal to effectively serve the needs of the Debtors.

## NO DUPLICATION OF SERVICES

9.     I understand that the Debtors have retained various other restructuring professionals in these chapter 11 cases. I also understand that the Debtors may also file further applications to employ additional counsel in these chapter 11 cases for particular purposes. In particular, pursuant to a separate retention application filed with this Court, the Debtors have retained Sullivan & Cromwell LLP ("S&C") and Landis Rath & Cobb ("LRC") as general bankruptcy co-counsel to the Debtors. Quinn Emanuel will work to ensure that the services to be rendered and performed by Quinn Emanuel are not duplicative of work performed by S&C, LRC, or other law firms retained by the Debtors. Quinn Emanuel is not acting as the Debtors' general bankruptcy counsel in these chapter 11 cases.

## SERVICES TO BE PROVIDED

10.     The Debtors seek to retain Quinn Emanuel as special counsel to assist the Debtors and their boards of directors, in coordination with the Debtors' other professionals, in: (1) determining the existence of, and if the Debtors deem it appropriate, prosecuting and/or settling, any claim or cause of action available to any of the Debtors' estates; (2) in connection with the development of such claims or causes of action, conducting independent investigations into the acts, conduct, assets, liabilities, and financial condition of the Debtors, including any facts bearing on fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the affairs of the Debtors or any party receiving assets from, or transacting with, the Debtors; and (3) addressing other litigation involving third-parties and any other matter the Debtors deem relevant to the Debtors' cases or to the formulation of a plan, in each case as specifically identified by the Debtors.  In all matters, Quinn Emanuel will avoid duplication with the Debtors' other counsel.

## QUINN EMANUEL'S DISCLOSURE PROCEDURES

11.     Quinn Emanuel has a large and diversified legal practice that encompasses the representation of, and representations adverse to, select individuals, funds, institutions, partnerships, limited liability companies, and corporations, some of which are or may consider themselves to be (or in the case of committees, the members may consider themselves to be) creditors or parties-in-interest in the Chapter 11 Cases, or otherwise to have interests in these cases.

12.     In preparing this Declaration, I, or persons acting at my direction, used a set of procedures developed by Quinn Emanuel to comply with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules (the "Quinn Emanuel Disclosure Procedures"). Pursuant to the Quinn Emanuel Disclosure Procedures, I performed, or caused to be performed,

the following actions to identify the parties relevant to this Declaration and to ascertain Quinn Emanuel's connection to such parties:

a.     Quinn Emanuel requested and obtained from the Debtors extensive lists of interested parties and significant creditors. From those lists, Quinn Emanuel identified the parties in interests (the "Potential Parties in Interest") that are related to the Engagement. The Potential Parties in Interest, as identified by the Debtors, include: (i) potential parties that may acquire assets in the Chapter 11 Cases pursuant to Bankruptcy Code section 363; (ii) holders of more than 5% of equity in any of the Debtors; (iii) Judges of the United States Bankruptcy Court for the District of Delaware; (iv) the Debtors' restructuring professionals; (v) banks, lenders, UCC lien parties, and administrative agents; (vi) contract counterparties; (vii) 180 of the largest retail customers from West Realm Shires Inc. and FTX Trading Ltd.; (viii) the Debtors; (ix) current and former directors and officers of the Debtors; (x) entities or persons receiving donations from the Debtors; (xi) insurance providers; (xii) investments/acquisitions of the Debtors; (xiii) current and former known affiliates of the Debtors; (xiv) landlords; (xv) litigation counterparties; (xvi) ordinary course professionals; (xvii) other significant creditors; (xviii) significant competitors; (xix) surety and letters of credit providers; (xx) taxing authorities and governmental and regulatory agencies relevant to the Debtors; (xxi) top 50 creditors; (xxii) office of the United States Trustee; (xxiii) UCC members; (xxiv) UCC professionals; (xxv) unions; (xxvi) utility providers; (xxvii) the Joint Provisional Liquidators of FTX Digital Markets Ltd.; and (xxviii) vendors. A copy of the list of the Potential Parties in Interest searched by Quinn Emanuel is annexed hereto as **Schedule 1**.

b.     Quinn Emanuel then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "Client Database"). The Client Database generally includes the name of each current and former client of the Firm, the name of the parties who are or were related or adverse to such current or former client, and the names of the Quinn Emanuel personnel who are or were responsible for the current or former matters for such client since 1999. Quinn Emanuel maintains the Client Database to include additional entities that become related to current and former clients.

c.     Quinn Emanuel compared the names included on the Potential Parties in Interest list to the names in the Client Database to identify any matches and to determine whether such matches are current or former clients..

d.      Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **Schedule 2** attached hereto

13.      As a matter of retention and disclosure policy, Quinn Emanuel will continue to apply the Quinn Emanuel Disclosure Procedures as additional information concerning entities having a connection to the Engagement is developed and will file appropriate supplemental disclosures with this Court, if warranted.

## CONNECTIONS WITH PARTIES IN INTEREST

14.      As a result of the Quinn Emanuel Disclosure Procedures, Quinn Emanuel has thus far ascertained that, in each case upon information and belief, Quinn Emanuel has connections with certain of the Potential Parties in Interest.  To the best of my knowledge, information, and belief, Quinn Emanuel does not have any connection to the Potential Parties in Interest except as described in this Declaration and the attached **Schedule 2**.  Out of an abundance of caution, I am disclosing certain representations, which are not, to my understanding, disqualifying or problematic under either section 327(e) of the Bankruptcy Code or applicable standards of professional ethics.

a.      To the best of my knowledge, information, and belief, and except as set forth in in subparagraph 14b below, Quinn Emanuel has represented or currently represents the entities identified on **Schedule 2** in matters unrelated to these chapter 11 cases or to the Debtors (including the Debtor and non-Debtor affiliates).

b.      Commencing in July, 2022, Quinn Emanuel has represented Voyager Digital Holdings, LLC ("Voyager Digital"), as special counsel in the chapter 11 cases of that entity and those of its affiliates currently pending in the United States Bankruptcy Court for the Southern District of New York. The scope of the special counsel representation was to conduct an internal investigation into the historical transactions of Voyager Digital, with a particular focus on loan transactions between Voyager Digital and Three Arrows Capital, LLC, which precipitated the collapse of Voyager Digital. Alameda Research Venture, West Realm Shires, Inc., and certain of the Debtors and non-Debtor affiliates are creditors and/or parties in interest in

the chapter 11 cases of Voyager Digital and its affiliates.  As a condition to its engagement by Voyager Digital, with the consent of the Debtors, Quinn Emanuel terminated its representation of the Debtors with respect to Voyager Digital and its affiliates, and the Debtors retained other counsel (S&C) to represent them in that regard.  The scope of Quinn Emanuel's services for Voyager Digital expressly excluded advice concerning any transactions with the Debtors, and the firm has not and will not represent Voyager Digital in any matters related to the Debtors or the Debtors' chapter 11 cases.  Similarly, Quinn Emanuel will continue to exclude all matters relating to Voyager Digital or its affiliates from its representation of the Debtors.  I do not believe that Quinn Emanuel's representation of Voyager Digital on matters unrelated to the Debtors precludes Quinn Emanuel from meeting the disinterestedness standard under the Bankruptcy Code.

15.     Although Quinn Emanuel represents and has represented several other Potential Parties in Interest listed on **Schedule 2**, those matters are not substantially related to the Debtors' bankruptcy cases; the representation is of an affiliate of the Debtors' particular creditor or borrower; the representation has concluded; or the representations and the claims of those creditors are immaterial and *de minimis*.  Moreover, Quinn Emanuel will serve as counsel only with respect to the scope of services provided in the Application.

16.     No partner, of counsel, or associate of Quinn Emanuel, as far as I have been able to ascertain, has any connection with any Potential Party in Interest, except as set forth below or otherwise in this Declaration, including **Schedule 2**.

17.     In the event that Quinn Emanuel must become adverse to any party listed on **Schedule 2**, Quinn Emanuel will first endeavor to obtain an applicable written conflict waiver from that party.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to be adverse to that client, they will be represented in such particular matter by separate counsel.

18.     Of the entities listed on **Schedule 2**, I am informed that only one, Google LLC (together with its affiliates, "Google"), represented more than 1% of the Quinn Emanuel's annual

revenues. I am informed that Google is a vendor to the Debtors. Quinn Emanuel has not represented and will not represent Google in any matters related to the Debtors or these Chapter 11 Cases. I do not believe that Quinn Emanuel's current or prior representations of Google preclude it from meeting the disinterested standard under the Bankruptcy Code.

19.      Quinn Emanuel represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the Debtors.

20.      From time to time, Quinn Emanuel has referred work to other professionals retained or that may be retained in these chapter 11 cases. Likewise, certain such professionals have referred work to Quinn Emanuel.

21.      It is possible that certain Quinn Emanuel attorneys or employees hold interests in mutual funds or other investment vehicles that may own interests in the Debtors or creditors of the Debtors.

22.      Despite the efforts described above to identify and disclose Quinn Emanuel's connections with Parties in Interest, because Quinn Emanuel is an international law firm with hundreds of attorneys in several offices worldwide, and because the Debtors are a multi-national corporate enterprise with numerous creditors and other relationships, I am unable to state with absolute certainty that every client representation or other connection has been disclosed. If I discover additional information that requires disclosure or modification of this Declaration, I will file a supplemental declaration with the Court.

23.      I do not believe that any of the representations or relationships recited above or listed in **<u>Schedule 2</u>** would give rise to a finding that Quinn Emanuel represents or holds an interest adverse to the Debtors with respect to the services for which Quinn Emanuel would be retained.

24.     Accordingly, to the best of my knowledge, Quinn Emanuel: (a) is not a creditor, equity security holder, or insider of the Debtors; (b) was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

25.     Quinn Emanuel will review its client database periodically during the course of its engagement in these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Quinn Emanuel will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## PROFESSIONAL COMPENSATION

26.     In February 2022, Quinn Emanuel executed engagement letters for the provision of legal services concerning litigation matters with Debtor West Realm Shires, Inc. and its subsidiaries (collectively, "WRS"), Debtor Alameda Research LLC and various of its subsidiaries (collectively, "Alameda Research"), Debtor FTX Trading Ltd. and various of its subsidiaries (collectively, "FTX Trading" and, with Alameda Research and WRS, the "FTX Clients").  Quinn Emanuel subsequently performed legal services for WRS, Alameda Research and FTX Trading. To effect enterprise-wide representation, Quinn Emanuel also executed engagement letters with non-Debtor Samuel Bankman-Fried ("SBF") and "existing or future entities majority-owned or controlled by [SBF] that are identified to [Quinn Emanuel]."  Quinn Emanuel, however, was not asked to and did not perform any services for SBF and to the best of the firm's knowledge was not provided with or otherwise privy to any confidential information concerning SBF or, except as

relevant to the specific litigation matters Quinn Emanuel advised on, management's conduct.

Quinn Emanuel is not presently engaged by SBF or any of his other non-Debtor entities.

27.     I am informed and believe that the specific engagements on which Quinn Emanuel

provided prepetition services to the Debtors include the following:

a.  Quinn Emanuel advised the FTX Clients regarding certain intellectual property disputes, employment agreements, and confidentiality requirements, and provided advice concerning general Foreign Corrupt Practices Act compliance. Quinn Emanuel also provided general litigation advice and strategy to FTX Trading regarding cross-border discovery issues, including depositions, subpoenas, and fact-gathering procedures.

b.  Quinn Emanuel advised Alameda Research LLC regarding certain blockchain and cryptocurrency arbitration proceedings, disputes, and litigation. Quinn Emanuel provided factual analysis of certain potential cryptocurrency disputes, including litigation strategy related to international arbitration, and prepared agreements and supporting documentation related to certain of Alameda Research LLC's cryptocurrency investments.

c.  Quinn Emanuel advised West Realm Shires Inc regarding an antitrust litigation claim and prepared a draft comment letter for potential submission to a rule making agency in support of a non-FTX-related market participant's exemptive application.

d.  Finally, ending in July, 2022, Quinn Emanuel provided Alameda Research and FTX Trading with advice concerning the chapter 11 cases of Voyager Digital and Celsius.[2]

28.     On April 12, 2022, Quinn Emanuel received a retainer payment from FTX Trading

Ltd. of $500,000.  The retainer was an advanced payment of FTX Trading's agreement to pay

Quinn Emanuel a minimum fee of $100,000 per month until the earlier of four years from the date

of the engagement letter or the termination thereof.  This agreement was terminated in light of the

Debtors' chapter 11 filings.

---

[2]     With respect to Voyager Digital, Quinn Emanuel ceased providing advice to the Debtors and established an ethical wall upon the firm's engagement as special counsel for Voyager Digital.  As set forth above in this Declaration, the firm advised Voyager Digital on matters unrelated to the Debtors.

29.     During the ninety days immediately preceding the Petition Date, Quinn Emanuel's records show that it billed and collected from the Debtors $577,863.57, including $311,608.01 in drawdowns on the retainer and $266,255.56 in payments from the Debtors.  As of the Petition Date, Quinn Emanuel did not hold any retainer amounts in connection with its prepetition services, but as noted below, Quinn Emanuel received a $300,000 retainer to be used for its postpetition services.

36     During the year prior to the Petition Date, Quinn Emanuel billed and collected from the Debtors a total of $766,255.56, which includes the $577,863.57 billed and collected in the ninety days immediately preceding the Petition Date.  In addition, as of the Petition Date, Quinn Emanuel had incurred $97,644.36 in unpaid fees and expenses, and waives all claims for such unpaid amounts as a condition to its employment by the estates.  None of those amounts were in contemplation of or in connection with the Debtors' chapter 11 cases.

30.     On November 13, 2022, Quinn Emanuel received a retainer payment of $300,000 from West Realm Shires Inc. in connection with its proposed retention in these chapter 11 cases. West Realm Shires Inc. subsequently filed its own chapter 11 petition on November 14.  The retainer will be held on account and applied, to the extent allowed by the Court, to the payment of fees for services rendered and the reimbursement of expenses incurred by Quinn Emanuel in the course of the chapter 11 cases.

31.     Quinn Emanuel intends to apply to the Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  Quinn Emanuel also will make a reasonable effort to comply with the requests for information and

additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "US Trustee Guidelines"), both in connection with this Application and any application for compensation and reimbursement of expenses to be filed by Quinn Emanuel in these chapter 11 cases.

32.     Quinn Emanuel will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered, less a 10% discount.  Applying the 10% discount, Quinn Emanuel's current billing rates are: $1,192.50 to $1,917 for partners and counsel; $747 to $1,183.50 for associates; and $432 to $603 for paraprofessionals.  Quinn Emanuel also will charge for reimbursement of all costs and expenses incurred by Quinn Emanuel in connection with its representation of the Debtors.  All compensation will be subject to the Court's approval.

33.     Quinn Emanuel sets its hourly rates on an annual basis.  These hourly rates are subject to periodic adjustments (typically on September 1st of each year) to reflect economic and other conditions.  Quinn Emanuel will provide ten business days' notice of any rate increases to the Debtors, the United States Trustee for the District of Delaware, and any official committee appointed in these cases.

34.     In addition to the hourly rates set forth above, Quinn Emanuel customarily charges its clients for the variable costs and expenses incurred in connection with its services, including mail and express mail charges, courier charges, Federal Express charges, photocopying charges, travel expenses, computerized research cost, and charges and fees of outside vendors, consultants, and service providers.  Consistent with Local Rule 2016-2(e), Quinn Emanuel will charge no more than $0.10 per page for standard black and white duplication services in these chapter 11 cases.

35.     Quinn Emanuel's hourly rates are set at a level designed to compensate Quinn Emanuel fairly for the work of its attorneys and legal assistants and to cover fixed and routine expenses.  The rates and rate structure provided by Quinn Emanuel are appropriate and reflect the complex and time sensitive nature of the matters Quinn Emanuel will be handling.  The Debtors have been informed that Quinn Emanuel sets its hourly rates on an annual basis.  Moreover, the hourly rates that Quinn Emanuel will use in these chapter 11 cases are the same hourly rates that Quinn Emanuel uses in non-restructuring matters.

36.     Pursuant to Bankruptcy Rule 2016(b), Quinn Emanuel has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Quinn Emanuel or (b) any compensation another person or party has received or may receive.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

37.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the US Trustee Fee Guidelines:

**Question**:     Did Quinn Emanuel agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

**Answer**:     Yes.  Quinn Emanuel agreed to provide a 10% discount to its standard billing rates for this Engagement, which standard rates are not different from (a) the rates that Quinn Emanuel charges for most other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

**Question**:     Do any of the Firm's professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 case?

**Answer**:     No.  The hourly rates used by Quinn Emanuel in representing the Debtors are consistent with the rates that Quinn Emanuel charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

**Question**:     If Quinn Emanuel has represented the Debtors or any of the other Debtors in the 12 months prepetition, disclose Quinn Emanuel's billing rates and

material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Quinn Emanuel's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:   Quinn Emanuel was first retained in February 2022 by WRS, Alameda Research, and FTX Trading. Quinn Emanuel's fees are determined on the basis of time billed at hourly rates. The hourly rates billed by Quinn Emanuel pre-petition are the same hourly rates requested post-petition.

**Question**:   Have the Debtors approved the Firm's budget and staffing plan, and if so, for what budget period?

**Answer**:   Quinn Emanuel and the Debtors intend to develop a prospective budget and staffing plan in a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures. Consistent with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

38.   Quinn Emanuel will use reasonable efforts to comply with the U.S. Trustee Guidelines.

39.   By reason of the foregoing, I believe Quinn Emanuel is eligible for employment and retention by the Debtors pursuant to sections 327(e) and 328(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Washington D.C., District of Columbia
         December 21, 2022

*/s/ William A. Burck*
William A. Burck
Partner, Quinn Emanuel Urquhart &
Sullivan LP

## **Schedule 1**

**Potential Parties In Interest**

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank

Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

{1368.002-W0069413.}

Wells Fargo

Western Alliance

Zand Bank

**Contract Counter-Parties**

AC Revocable Trust

Adresana Limited

AIM Sports, LLC

Name On File

Name On File

Name On File

Alpaca Crypto LLC

AlteumX International S.A.

Name On File

Name On File

Name On File

Name On File

Barstool Sports Inc.

Billboard Media, LLC

Binance Capital Management Co. Ltd.

BitGo

BITOCTO

BlockFi Inc.

Brandon Williams

Brave Software International SEZC

Name On File

Cal Athletics

Chainalysis

Coachella Music Festival, LLC

David Ortiz

David Ortiz Children's Fund

Name On File

Diego Perez de Ayala

Digital Assets DA AG

Digital Finance Group Company

Dolphin Entertainment, Inc.

Name On File

Elvia Delgadillo

Exodus Movement, Inc.

Fortune Cookie

FOX SPORTS SUN, LLC

Name On File

FTI Consulting, Inc.

Furia ESports LLC

Galois Capital

Gisele Caroline Bündchen

Golden State Warriors

Gpay Network Pte. Ltd.

Growflint Technologies Pvt. Ltd.

HashKey Blockchain Investment Fund

HODL Media, Inc.

ICC Business Corporation FZ LLC

Idealex Services OU

IEX Group, Inc.

iVest+

Name On File

Name On File

Jeremy Cranford

Name On File

Joele Frank

Kariya Kayamori

Name On File

Kevin O'Leary

Name On File

Larnabell Enterprises Limited

Laura Larissa Hanna

Ledger SAS

Lightspeed Management Company, LLC

Lincoln Holdings LLC DBA Monumental Sports & Entertainment

Lorem Ipsum UG

Name On File

Name On File

Major League Baseball Clubs

Major League Baseball Properties, Inc

Mark Khalil

Medium Rare Live, LLC

Meow Technologies Inc.

Mercedes-Benz Grand Prix Limited

Name On File

MLB Advanced Media, L.P

MMBOC, LLC

MPG Live Ltd

Multicoin Capital

Nardello & Co. LLC

Naomi Osaka

O'Leary Productions Inc.

Office of the Commissioner of Baseball

Paradigm

Patrick Gruhn

Paul Forest

Paxos Trust Company, LLC

Name On File

Play Magnus Group

PointUp Inc.

Proper Trust AG

PT Datindo Infonet Prima

Race Capital

Radegen Sports Management LLC

Rebecca Lowe

Reddit, Inc.

Ribbit Capital

Rick Fox

Riot

Name On File

SC30 Inc.

Name On File

Shohei Ohtani

Name On File

Stephen Curry

StockTwits, Inc.

Swift Media Entertainment, Inc

| | |
|---|---|
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |

Crypto Bahamas LLC
DAAG Trading, DMCC
Deck Technologies Holdings LLC
Deck Technologies Inc.
Deep Creek Ltd
Digital Custody Inc.
Euclid Way Ltd
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.

Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File

Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**
amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation

Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**
Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**
1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana

Archax
Arnac
Arrow
Artemis
Asymmetric Technologies LP
ATMTA, Inc. / Star Atlas
Atomic Vaults
ATTN (EVOSverse)
Auradine, Inc.
Aurigami / Vaus Limited
Aurory
Autograph
Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n

CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey  Technologies  Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway

Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori

Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II

Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depository Corporation

Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space

Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec

Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd
**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case
**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets
Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd
**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.
**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section

{1368.002-W0069413.}

Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano

Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting

Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast

Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association

GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley

Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange

Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited│Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller

Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD
Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch

TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

**Schedule 2**

**Connections to Potential Parties in Interest**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Ace Global | Ace Aviation, if related | Current |
| AIA SG Pte Ltd | AIA Australia Limited | Current |
| Air Canada | Air Canada | Current |
| Air France | Air France | Former |
| AIRBNB | Airbnb, Inc. | Former |
| Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP | Former |
| Alameda Aus Pty Ltd<br>Alameda Global Services Ltd.<br>Alameda Research (Bahamas) Ltd<br>Alameda Research Holdings Inc.<br>Alameda Research KK<br>Alameda Research LLC<br>Alameda Research Ltd<br>Alameda Research Pte Ltd<br>Alameda Research Yankari Ltd<br>Alameda TR Ltd<br>Alameda TR Systems S. de R. L. | Alameda Research LLC<br>Alameda Research Ventures, LLC<br>Alameda Research Ltd.<br>Alameda Research (Bahamas) ltd.<br>Cottonwood Grove Ltd.<br>Alameda Ventures Ltd.<br>Alameda Research Holdings Inc. | Former (current with respect to Debtors) |
| Alameda County Tax | Waste Management of Alameda County | Former |
| AlixPartners, LLP | AlixPartners, LLP | Former |
| Allianz Insurance | Allianz Global Investors | Current |
| | Allianz Capital Partners<br>Allianz Global Corporate & Specialty North America | Former |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
|  | Allianz Global Corporate & Specialty SE<br>Allianz Global Investors<br>Allianz Global Investors Asia Pacific Limited<br>Allianz Global Investors GmbH<br>Allianz Global Investors Singapore Limited<br>Allianz Global Investors Taiwan Limited<br>Allianz Global Investors U.S. LLC<br>Allianz Global Risks US Insurance Company<br>Allianz Insurance Company<br>Allianz Life Insurance Co. of North America<br>Allianz Retirement Plan - Property/Casualty<br>Allianz Seguros |  |
| Alloy | Alloy Construction, if related | Current |
| | Alloy Die Casting Company, if related | Former |
| | Alloy FAB, if related | Former |
| Altimeter Growth Partners Fund VI, L.P. | Altimeter Capital Management, if related | Current |
| Alvarez & Marsal North America, LLC | Alvarez & Marsal North America, LLC | Current |
| [Name on File][1] | [Name on File] | Former |
| American Airlines | American Airlines | Former |
| American Express | American Express<br>Amex Assurance Travel | Former |

---

[1]  Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Amtrak | The National Railroad Passenger Corporation, d/b/a Amtrak | Former |
| Anchorage | Anchorage Capital Europe LLP, if related<br>Anchorage Capital Group LLC, if related | Current |
| | Anchorage Capital Group LLC | Former |
| Anderson Mori & Tomotsune | Anderson Mori & Tomotsune (Japan) | Former |
| AngelList | Angel List Holdings | Former |
| Apple Inc. | Board of Directors of Apple Computer Inc., Special Committee | Former |
| Apollo Jets LLC | Apollo Jets LLC | Former |
| Arrow | Arrow | Former |
| Ashurst LLP | Ashurst LLP | Former |
| AT&T | AT&T<br>AT&T Mobility Holdings BV | Current |
| | AT&T Inc.<br>AT&T Mobility | Former |
| Autodesk, Inc. | Autodesk, Inc. | Former |
| Bally Sports Sun | Bally Sports Sun | Former |
| Bank of America | Bank of America Corporation | Former |
| B.A.R. Hilton | Hilton Hotels Corp., if related | Former |
| BCC Research | BCC Partners, if related | Former |
| Best Buy | Best Buy | Former |
| [Name on File] | [Name on File] | Current |
| Bitmain Fund L.P. | Bitmain Technologies<br>Bitmain Inc. | Former |
| Bleacher Report - Warner Media | Warner Bros Entertainment Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| | Warner Bros. Entertainment France | |
| | AOL Time Warner<br>AOL TIME WARNER BOOK GROUP<br>Oceanic Time Warner Cable LLC<br>Time Warner<br>Time Warner Cable<br>Time Warner Cable Information Services (Kansas), LLC<br>Time Warner Cable LLC f/k/a TWE Holding I LLC (subsidiary of Charter Communications, Inc.)<br>Time Warner Cable, Inc.<br>Time Warner Cable, LLC<br>Time Warner Entertainment<br>Time Warner Entertainment Co., L.P. (subsidiary of Charter Communications, Inc.)<br>Time Warner Entertainment-Advance/Newhouse Partnership d/b/a Time Warner Cable(subsidiary of Charter Communications, Inc.)<br>Time Warner Inc.<br>TIME WARNER L.P.<br>Warner Bros.<br>Warner Bros. Entertainment France<br>Warner Bros. Entertainment Inc.<br>Warner Bros. International Television Distribution<br>Warner Bros. Records<br>Warner Bros. Studios<br>Warner Brothers Enterprises<br>WARNER CABLE COMMUNICATIONS<br>Warner Communications Inc.<br>Warner Home Video Inc.<br>Warner Music Group<br>Warner Music Group, Inc. (WMG) | Former |
| Blockchain Australia | Blockchain Association, if related | Current |
| Bloomberg | Bloomberg L.P. | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Boomerang | Boomerang Tube LLC | Former |
| Bluestone Designs & Creations | Bluestone Group, if related<br>Bluestone Resources, if related | Former |
| Brink | Brink Biologics | Former |
| British Airways | British Airways | Current |
| Circle | Circle Internet Financial Limited | Current |
| Cloudflare Inc. | Cloudflare Inc. | Former |
| [Name on File] | [Name on File] | Current |
| Comcast | Comcast Corporation | Former |
| Continental Casualty Company | Continental Casualty Company | Former |
| CVS | CVS Pharmacy, Inc. | Former |
| DBS | DBS Bank Limited | Former |
| Delta Airlines | Delta Airlines | Former |
| Dell Inc. | Dell Inc. | Former |
| DHL | Post AG d/b/a Deutsche Post DHL | Current |
| DOCUSIGN | DocuSign, Inc. | Former |
| DoorDash<br>DoorDash US | DoorDash, Inc. | Former |
| Dropbox | Dropbox | Former |
| DSM Safety Products | DSM entities, if related | Former |
| Dubai World Trade Centre LLC | Dubai Ports World, if related<br>Dubai World, if related | Former |
| Edison Company | Edison Company | Former |
| Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, HDI Global | Zurich Insurance Plc<br>HDI Global Specialty SE | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Entrust Corporation | Entrust Corporation | Former |
| Equinox Group LLC | Equinox Group LLC | Former |
| Epsilon Trading | Epsilon Litigation Funding Pty Ltd. | Former |
| Eurobank | Eurobank | Current |
| Expedia | Expedia Group | Former |
| Expensify | Expensify | Former |
| FedEx | FedEx | Former |
| Felix | Felix | Current |
| Fenix Down | Fenix Down | Current |
| FINMA SRO-Treuhand Suisee | FINMA | Current |
| Fortress Real Property Ltd | Fortress Real Property Ltd | Current |
| Fox Broadcasting Company | Fox Broadcasting Company | Current |
| Franz | FRANZ BINDER GmbH & Co., if related | Former |
| FTI Consulting, Inc. | FTI Consulting, Inc. | Former |
| FTX | West Realm Shires, Inc.<br>FTX Capital Markets LLC<br>LedgerX LLC d/b/a FTX US Derivatives<br>FTX Marketplace Inc.<br>West Realm Shires, Finance Inc. a/k/a FTX Lend Inc.<br>Paper Bird Inc<br>FTX Ventures Ltd.<br>Blockfolio, Inc.<br>[Name on File]<br>Hive Empire Trading Pty Ltd.<br>IFS Markets Pty Ltd<br>FTX Trading GmbH<br>FTX Digital Markets Ltd<br>FTX Digital Holdings (Singapore) Pte Ltd | Former (current with respect to Debtors) |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| | Innovatia Ltd<br>FTX Turkey TEKNOLOJIVE TICARET ANONIM SIRKET<br>FTX Equity Record Holdings Ltd<br>Canco GmBH<br>CM-Equity AG<br>DAAG Trading, DMCC<br>DAAG Exchange Ltd<br>DAAG Certificates Gmbh<br>Samhaber & Partners<br>Zuber Exchange Ltd | |
| FYI.FYI Inc. | FYI, Ltd., if related | Current |
| | FYI Direct LLC<br>FYI Direct Canada Corp., if related | Former |
| Galaxy | Galaxy Resources Limited , if related | |
| Galaxy Protocol (Galxe) | GALAXY WAY FINANCE COMPANY, INC., if related<br>GALAXY WAY PRODUCTIONS, INC., if related | Former |
| GameStop | GameStop Corp. | Former |
| Garanti BBVA | Reso Garantia, if related | Current |
| Gemini | Gemini  Arts  Initiative, Inc., if related | Current |
| | Gemini Motorsports Inc., if related | Former |
| | Gemini IP Technologies LLC, if related | Former |
| GENESIS DIGITAL ASSETS LIMITED | Genesis, if related | Former |
| | Genesis Investment Management/Genesis Asset Management LLP, if related | Former |
| | Genesis Lease Ltd., if related | Former |
| | Genesis Video Entertainment Inc., if related | Former |
| Gibson Dunn & Crutcher LLP | Gibson Dunn & Crutcher LLP | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Gusto | Gusto | Former |
| Golden State Warriors<br>Golden State Warriors Community Foundation | Golden State Warriors | Former |
| Google<br>Looker (Google LLC) | Google LLC<br>Google Cloud Platform | Current |
| [Name on File] | [Name on File] | Former |
| Helix Nanotechnologies | Helix Medical, if related | Current |
| Hertz | Hertz | Former |
| Hilton | Hilton | Former |
| Hogan Lovells<br>Hogan Lovells International LLP | Hogan Lovells<br>Hogan Lovells International LLP | Former |
| Honeycomb | Honeycomb | Former |
| Hotels.com | Hotels.com | Former |
| Hotwire | Hotwire Preemptive Intelligence, if related | Former |
| Houzz | Houzz | Former |
| HSBC Bank | HSBC Bank plc | Current |
| | HSBC Financial Services | Former |
| [Name on File] | [Name on File] | Former |
| Iberia | Iberiabank, if related | Former |
| ICC | International Chamber of Commerce, if related | Former |
| Iceberg Thermal Inc. | Iceberg Thermal Inc. | Former |
| IEX Group, Inc. | IEX Group, Inc. | Former |
| IMG Technologies Inc. | IMG Technologies Inc. | Former |
| Imperial PFS | Imperial Capital Bank | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| | Imperial Gold Corporation<br>Imperial Jet<br>Imperial Tobacco Canada Ltd.<br>Imperial Antiques Art Gallery, Inc.<br>Imperial Thrift & Loan | Former |
| Incorporating Services | CSC Lawyers incorporating Services | Former |
| Industrial llc | Industria de Compensados Guararapes Ltda | Current |
| | Industria Brasileira de Filmes | Former |
| Insight Software CO | Insight Software CO | Former |
| InstaCart | InstaCart | Former |
| InterContinental Lodging | Luxury Hotel International Lodging, if related | Current |
| Internal Revenue Service | Internal Revenue Service | Former |
| Intuit Inc. | Intuit Inc. | Current |
| IP3 Cripco (Line Friends) | IP3 Cripco (Line Friends) | Former |
| [Name on File] | [Name on File] | Current |
| Japan Financial Services Agency | Government of Japan | Current |
| Jet Blue Airways | Jet Blue Airways | Current |
| JetBrains | JetBrains | Current |
| John J. Ray | John Ray | Former |
| JPMorgan Chase Bank, N.A. | JPMorgan | Current |
| Jtrust Bank | Jtrust Co. Ltd. | Current |
| Juan Bartolomé García Martínez | Juan Bartolomé García Martínez | Former |
| Kaiser Group | Kaiser Permanente | Current |
| Kevin Webb | Kevin Webb | Former |
| Kim & Chang | Kim & Chang | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Kramer Levin | Kramer Levin Naftalis & Frankel LLP | Former |
| Larry Thompson | Larry Thompson | Former |
| Latham & Watkins | Latham & Watkins LLP | Former |
| Laura Gonzalez | Laura Gonzalez | Former |
| LendingClub | LendingClub | Former |
| LinkedIn | LinkedIn | Former |
| Lloyd's America, Inc. | Lloyd's America, Inc. | Former |
| Lockton Insurance Brokers, LLC | Lockton, Inc. | Current |
| Lyft | Lyft | Former |
| Marriott | Marriott | Current |
| Massachusetts Bay Insurance Company | Massachusetts Mutual Life Insurance | Former |
| Matonee Inc. | Matonee Inc. | Current |
| Matthew Doheny | Matthew Doheny | Former |
| Mayfield XV | Mayfield Fund | Current |
| McDonalds | McDonalds | Current |
| Mercedes-Benz Grand Prix Limited | Mercedes-Benz | Current |
| Microsoft<br>Microsoft Advertising | Microsoft Corporation | Former |
| Mina | Mina | Former |
| Ministry of Foreign Affairs | Ministry of Foreign Affairs for the Republic of Azerbaijian, if related | Current |
| Mitch Sonkin | Mitch Sonkin | Former |
| MONACO / BetDEX / STRAMASH PROTOCOL LTD. | Monaco Increase Management SARL | Current |
| Morgan Lewis | Morgan Lewis & Bockius LLP | Former |
| Morgan Stanley | Morgan Stanley | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| MPL | MPL Investments | Former |
| MUFG Bank, LTD. | MUFG Bank, LTD. | Former |
| Naomi Osaka | Naomi Osaka | Former |
| NASDAQ, INC. | NASDAQ, INC. | Former |
| National Australia Bank | National Australia Bank | Former |
| Nespresso | Nestle Nespresso | Former |
| Netflix.com | Netflix.com | Current |
| NFL | NFL | Former |
| NOTION LABS INC | NOTION LABS INC | Current |
| Nuvei | Nuvei | Current |
| Paradigm | Paradigm Advanced Technologies, Inc.<br>Paradigm Spine LLC f/k/a Spine Motion LLC | Former |
| Paragon International Insurance Brokers Limited | Paragon Offshore plc | Former |
| Paul Hastings LLP | Paul Hastings LLP | Former |
| PayPal | PayPal | Former |
| Peloton | Peloton | Former |
| Perella Weinberg Partners | Perella Weinberg Partners | Current |
| Perkins Coie LLP | Perkins Coie LLP | Former |
| Peter Lee | Peter Pui Tak Lee | Former |
| Plaid | Plaid Technologies, Inc. | Former |
| Postmates | Postmates | Former |
| Pricewater House Coopers LLP<br>PWC - S.A. Evangelou and Co LLC | PricewaterhouseCoopers<br>PWC Investments Group, LLC | Former |
| Qantas | Qantas | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| QBE Insurance Corporation | QBE Insurance Corporation | Former |
| Quicken | Quicken Loans | Former |
| Rainmaker | Rainmaker Productions<br>Rainmaker Securities | Former |
| RBC Capital Markets, LLC | RBC Regent Strategy Fund | Current |
| | RBC Canadian master Trust (Royal Bank of Canada) | Former |
| Reddit, Inc. | Reddit, Inc. | Former |
| Redwood Valuation Partners, LLC | Redwood Capital<br>Redwood Group | Current |
| Resource | ZC Resource, if related | Former |
| Rhapsody Cabot VT | Rhapsody International | Current |
| Riot | Riot | Former |
| Ripple Labs Singapore PTE. LTD. | Ripple Labs Singapore PTE. LTD. | Current |
| Rishi Jain | Rishi Jain | Former |
| Robinhood | Robinhood | Former |
| Rocket | Rocket Lab, if related<br>Rocket Fuel, if related | Former |
| Roku | Roku, Inc. | Former |
| Samuel Bankman-Fried | Samuel Bankman-Fried | Former |
| Scopely | Scopely | Former |
| Secretary of State | Secretary of State Cortes-Vazquez | Former |
| Sequoia<br>Sequoia Capital Fund, L.P. | Sequoia Capital | Former |
| Sequor Trends Limited | Sequor Partners, if related | Former |
| Shutterstock | Shutterstock | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Skyline Construction | Skyline General Partner Limited Skyline Investment Company Limited | Former |
| Slack Technologies, Inc | Slack Technologies, Inc | Former |
| Slaughter & May | Slaughter & May | Former |
| Snap Inc | Snap Inc | Former |
| Soho Hotel | Soho Properties | Former |
| Sol Stores | SOL Global Investments | Current |
| Solana Restricted Token Purchase Solana Spaces | Solana Foundation Solana Labs | Current |
| Solidus | Solidus Networks | Former |
| Sompo International | Sompo International | Former |
| Spotify | Spotify | Current |
| St. Jude Children's Hospital | St. Jude Medical | Former |
| Stanford Law School Stanford School of Medicine | Stanford University | Former |
| Stargate (LayerZero) | Stargate (LayerZero) | Former |
| State of Louisiana | Louisiana State Employees Retirement System Louisiana Sheriffs' Pension Relief Fund | Former |
| Stripe, Inc. | Stripe, Inc. | Former |
| Symmetry | Symmetry Labs | Former |
| Sullivan & Cromwell LLP | Sullivan & Cromwell LLP | Former |
| Sumitomo Mitsui Banking Corporation (SMBC) | Sumitomo Corporation Mitsui Group | Current |
| Target | Target | Former |
| The Hanover Insurance Group | The Hanover Insurance Group | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| Thoma Bravo | Thoma Bravo | Current |
| TikTok | TikTok | Current |
| TLB Corporate Services | TLB Corporate Services<br>TLB Corporate Services (Singapore)<br>TLB CS Pte. Ltd. | Former |
| Tom Brady | Tom Brady | Current |
| Torus | Torus | Current |
| TradeWind | Tradewinds International | Former |
| Travelers Property Casualty Company of America | Travelers Property Casualty Company of America | Former |
| Travelong | Travelong | Former |
| Trident | Trident | Current |
| Twitter | Twitter | Current |
| Tyco Integrated Security | Tyco Healthcare Group LP | Current |
| | Tyco<br>Tyco Healthcare Group LP<br>Tyco Fire<br>Tyco Fire Products<br>Tyco Fire Protection LP<br>Tyco Fire Products LP f/k/a Tyco International PLC (subsidiary of Johnson Controls International PLC)<br>Tyco Plastics | Former |
| Uber<br>Uber Cornershop<br>Uber Eats<br>Uber Pass<br>Uber Trip | Uber Technologies | Former |
| UBS Financial Services Inc. | UBS Financial Services Inc. | Former |
| United Airlines | United Airlines | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is Client | Status |
|---|---|---|
| United Talent Agency | United Talent Agency | Former |
| UPS | UPS | Current |
| USI | USI | Former |
| Vanta | Vanta | Current |
| Venmo | Venmo | Former |
| Verdant Canyon Capital LLC | Verdant Canyon Capital LLC | Current |
| Verizon Wireless | Verizon Wireless | Current |
| Virgin Atlantic<br>Virgin Australia | Virgin Atlantic<br>Virgin Australia | Former |
| Voyager Digital Ltd. | Voyager Digital Ltd. | Current |
| White & Case | White & Case | Former |
| Wells Fargo | Wells Fargo | Former |
| Willkie Farr & Gallagher LLP | Willkie Farr & Gallagher LLP | Former |
| Yardi Service | Yardi Service | Current |
| WME Entertainment | WME Entertainment | Former |
| Yahoo Inc. | Yahoo Inc. | Former |
| Zendesk<br>ZENDESK INC | Zendesk<br>ZENDESK INC | Former |
| Zeta | Zeta | Former |