**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date**: January 11, 2023 at 9:00 a.m. (ET)<br>**Objection Deadline**: January 4, 2023 at 4:00 p.m. (ET) |
| | **Ref. Nos.  266, 267, 268, 269, 270, 272, 273, 275,<br>276, 277, 279, 280, 282, 283, 284, & 286** |

## NOTICE OF HEARING

On December 21, 2022, the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") filed the below (collectively, the "<u>Second Day Motions and Applications</u>"):

1.   Supplement to Motion of Debtors for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports [D. I. 266].

2.   Motion of Debtors for Entry of an Order Authorizing (I) Debtors to Pay Certain Taxes and Fees and (II) Financial Institutions to Honor Related Payment Requests [D. I. 267].

3.   Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases Effective as of the Rejection Date and (II) Abandon Personal Property, if Any, Associated Therewith [D. I. 268].

4.   Debtors' Motion for an Order Authorizing and Approving (I) the Employment and Retention of Owl Hill Advisory, LLC and (II) the Designation John J. Ray III as Chief Executive Officer *Nunc Pro Tunc* to the Petition Date [D.I. 269].

5.   Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date [D. I. 270].

6.   Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel, *Nunc Pro Tunc* to the Petition

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Date, Pursuant to Bankruptcy Code Sections 327(a), Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 [D.I. 272].

7. Debtors' Application for an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession Pursuant to Section 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 273]

8. Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors *Nunc Pro Tunc* to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(H) [D. I. 275].

9. Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of RLKS Executive Solutions LLC and (II) Designating the Chief Officers as Officers of the Debtors *Nunc Pro Tunc* to November 15, 2022 [D.I. 276].

10. Debtors' Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors *Nunc Pro Tunc* to November 28, 2022 [D. I. 277].

11. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D. I. 279].

12. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and the Debtors in Possession, *Nunc Pro Tunc* to November 13, 2022 [D. I. 280].

13. Motion of Debtors for Entry of an Order Implementing Certain Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business [D. I. 282].

14. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into the Stipulation with Voyager Digital, LLC and (B) Granting Related Relief [D. I. 283].

15. Debtors' Application for an Order Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider *Nunc Pro Tunc* to November 28, 2022 [D. I. 284].

16. Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D. I. 286].

Objections, if any, to the relief requested in the Second Day Motions and Applications must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor,

Wilmington, Delaware 19801, on or before **January 4, 2023 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on January 4, 2023.**

A HEARING ON THE SECOND DAY MOTIONS AND APPLICATIONS WILL BE HELD ON **JANUARY 11, 2023 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE SECOND DAY MOTIONS AND APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 21, 2022
          Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*