# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as proposed counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and request that all notices given or required to be given in these chapter 11 cases (collectively, the "**Chapter 11 Cases**"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Kristopher M. Hansen, Esq. | Matthew B. Lunn, Esq. |
| Luc A. Despins, Esq. | Robert F. Poppiti, Jr., Esq. |
| Kenneth Pasquale, Esq. | YOUNG CONAWAY STARGATT |
| Erez E. Gilad, Esq. | & TAYLOR, LLP |
| Gabriel E. Sasson, Esq. | 1000 North King Street |
| PAUL HASTINGS LLP | Wilmington, DE 19801 |
| 200 Park Avenue | Telephone: (302) 571-6600 |
| New York, NY 10166 | Facsimile: (302) 571-1253 |
| Telephone: (212) 318-6000 | CM/ECF Noticing: |
| Facsimile: (212) 319-4090 | bankfilings@ycst.com |
| Email: krishansen@paulhastings.com | Email: mlunn@ycst.com |
| lucdespins@paulhastings.com | rpoppiti@ycst.com |
| kenpasquale@paulhastings.com | |
| erezgilad@paulhastings.com | |
| gabesasson@paulhastings.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

complaint, demand, request or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the above-captioned debtors (collectively, the "**Debtors**"), or property of the Debtors, or the Committee.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, claims or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver of: (i) any rights of the Committee to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) any other rights, claims, actions, and defenses of the Committee, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

[*Remainder of page intentionally left blank*]

29888647.1

| | |
|---|---|
| Dated: December 22, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>     rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>     lucdespins@paulhastings.com<br>     kenpasquale@paulhastings.com<br>     erezgilad@paulhastings.com<br>     gabesasson@paulhastings.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |