IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 200 |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, hereby certify that I served copies of the Objection to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief ("Objection") through the CM/ECF notification system, with courtesy copies by email on December 12, 2022, upon the following persons:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>Landis Roth & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| Dated: Wilmington, Delaware<br>December 23, 2022 | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (Fax)<br>Juliet.M.Sarkessian@usdoj.gov |

2