# **<u>Exhibit A</u>**

{1368.002-W0069478.}

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 94, 95, 140, 141, & ___ |

**ORDER (A) AUTHORIZING THE DEBTORS' INDEMNIFICATION AND EXCULPATION MOTION AND THE INTERIM INDEMNIFICATION AND EXCULPATION ORDER TO BE UNSEALED (B) GRANTING RELATED RELIEF**

Upon the Certification of Counsel (the "Certification")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing the Indemnification and Exculpation Motion and the Interim Indemnification and Exculpation Order to be unsealed; and this Court having jurisdiction to consider the Certification pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Certification in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and upon the record of the Hearing and all of the proceedings had before this Court; and this Court having found and determined that there is good and just cause for the relief set forth in this Order; and after due deliberation and sufficient cause appearing therefor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Certification.

{1368.002-W0069484.2}

-2-

**IT IS HEREBY ORDERED THAT:**

1. The Indemnification and Exculpation Motion [D.I. 94] and the Interim Indemnification and Exculpation Order [D.I. 140] shall be unsealed.

2. The Clerk of the Court is authorized and directed to take all actions necessary to unseal the Indemnification and Exculpation Motion and the Interim Indemnification and Exculpation Order and make them publicly available on the Court's docket.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the interpretation or implementation of this Order.

Dated: _____
       Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge