# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ann Kashishian of Kashishian Law LLC, counsel to Gabriel Recchia ("Mr. Recchia"), hereby enters her appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon her at the following address, telephone number, facsimile number, and email address:

> Ann Kashishian
> **KASHISHIAN LAW LLC**
> 501 Silverside Road, Suite 85
> Wilmington, DE  19809
> T. (484) 302-8417
> F. (484) 930-0091
> E. amk@kashishianlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX

statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to this case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Recchia's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, set-offs, or recoupments to which the Parties are or may be entitled to under agreements in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments expressly are reserved.

Dated: December 26, 2022                    **KASHISHIAN LAW LLC,**

                                                 */s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road, Suite 85
Wilmington, DE 19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Gabriel Recchia*