**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., et al., | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kenneth Pasquale of Paul Hastings LLP as proposed counsel to the Official Committee of Unsecured Creditors.

*/s/ Robert F. Poppiti, Jr.*
Robert F. Poppiti, Jr. (No. 5052)
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: rpoppiti@ycst.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: December 24, 2022

*/s/ Kenneth Pasquale*
Kenneth Pasquale
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: kenpasquale@paulhastings.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: December 27th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

29983579.1