**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: | ) Chapter 11 ) |
| FTX TRADING LTD., | ) Case No. 22-11068 (JTD) ) ) |
| Debtor. | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR
### PLEADINGS, NOTICES AND DOCUMENTS

The Missouri Department of Revenue enters its appearance as a creditor of the captioned Debtor(s). This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at deecf@dor.mo.gov or by mail at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attention: Steven A. Ginther, PO Box 475, Jefferson City, MO  65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

        Eric Schmitt, Attorney General
        State of Missouri

        <u>By: /s/ Steven A. Ginther</u>
        Steven A. Ginther, Mo. Bar #43556
        Special Assistant Attorney General
        Missouri Department of Revenue
        General Counsel's Office
        301 W. High Street, Room 670
        PO Box 475
        Jefferson City, MO  65105-0475
        (573) 751-5531  FAX (573) 751-7232
        Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Pleadings, Notices, and Documents were electronically filed and served upon all those who receive electronic notification on December 27, 2022.

/s/ Steven A. Ginther