# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on December 22, 2022, the undersigned counsel to Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves ("**Joint Provisional Liquidators**"), in their capacity as duly appointed joint provisional liquidators of FTX Digital Markets Ltd. ("**FTX Digital**") and foreign representatives of the Provisional Liquidation of FTX Digital, served the *Joint Provisional Liquidators' First Set of Requests for Production to Sullivan & Cromwell LLP* and the *Joint Provisional Liquidators' Second Set of Requests for Production to Debtors* on the following counsel in the manner indicated below:

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Andrew G. Dietderich | Adam G. Landis |
| James L. Bromley | Kimberly A. Brown |
| Brian D. Glueckstein | Matthew R. Pierce |
| Alexa J. Kranzley | LANDIS RATH & COBB LLP |
| SULLIVAN & CROMWELL LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, DE 19801 |
| New York, NY 10004 | landis@lrclaw.com |
| dietdericha@sullcrom.com | brown@lrclaw.com |
| bromleyj@sullcrom.com | pierce@lrclaw.com |
| gluecksteinb@sullcrom.com | |
| kransleya@sullcrom.com | |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 28, 2022

| | |
|---|---|
| */s/ David T. Queroli* <br> **RICHARDS, LAYTON & FINGER, P.A.** <br> Kevin Gross (No. 209) <br> Paul N. Heath (Bar No. 3704) <br> Brendan J. Schlauch (Bar No. 6115) <br> David T. Queroli (Bar No. 6318) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Telephone:    (302) 651-7700 <br> Facsimile:    (302) 651-7701 <br> gross@rlf.com <br> heath@rlf.com <br> schlauch@rlf.com <br> queroli@rlf.com <br><br> —and— | **WHITE & CASE LLP** <br> Jessica C. Lauria (admitted *pro hac vice*) <br> J. Christopher Shore (admitted *pro hac vice*) <br> Brian D. Pfeiffer (admitted *pro hac vice*) <br> Mark Franke (admitted *pro hac vice*) <br> Brett L. Bakemeyer (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone:    (212) 819-8200 <br> jessica.lauria@whitecase.com <br> cshore@whitecase.com <br> brian.pfeiffer@whitecase.com <br> mark.franke@whitecase.com <br> brett.bakemeyer@whitecase.com <br><br> Thomas E Lauria (admitted *pro hac vice*) <br> Richard S. Kebrdle (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone:    (305) 371-2700 <br> tlauria@whitecase.com <br> rkebrdle@whitecase.com <br><br> *Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)* |

## **CERTIFICATE OF SERVICE**

I, David T. Queroli, hereby certify that on December 28, 2022, I caused a copy of the foregoing *Notice of Service of Discovery* to be served upon the counsel below in the manner indicated.

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Andrew G. Dietderich | Adam G. Landis |
| James L. Bromley | Kimberly A. Brown |
| Brian D. Glueckstein | Matthew R. Pierce |
| Alexa J. Kranzley | LANDIS RATH & COBB LLP |
| SULLIVAN & CROMWELL LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, DE 19801 |
| New York, NY 10004 | landis@lrclaw.com |
| dietdericha@sullcrom.com | brown@lrclaw.com |
| bromleyj@sullcrom.com | pierce@lrclaw.com |
| gluecksteinb@sullcrom.com | |
| kransleya@sullcrom.com | |

    */s/ David T. Queroli*
David T. Queroli (No. 6318)