# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on December 23, 2022, the undersigned counsel to Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves ("**Joint Provisional Liquidators**"), in their capacity as duly appointed joint provisional liquidators of FTX Digital Markets Ltd. ("**FTX Digital**") and foreign representatives of the Provisional Liquidation of FTX Digital, served the *Joint Provisional Liquidators' Second Set of Interrogatories to Debtors* and the *Joint Provisional Liquidators' Third Set of Requests for Production to Debtors* on the following counsel in the manner indicated below:

| | |
|---|---|
| **VIA EMAIL**<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kransleya@sullcrom.com | **VIA EMAIL**<br>Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28399095v.1

Dated: December 28, 2022

| | |
|---|---|
| <u>/s/ David T. Queroli</u><br>**RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*) |
| Kevin Gross (No. 209)<br>Paul N. Heath (Bar No. 3704)<br>Brendan J. Schlauch (Bar No. 6115)<br>David T. Queroli (Bar No. 6318)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 651-7700<br>Facsimile:     (302) 651-7701<br>gross@rlf.com<br>heath@rlf.com<br>schlauch@rlf.com<br>queroli@rlf.com | J. Christopher Shore (admitted *pro hac vice*)<br>Brian D. Pfeiffer (admitted *pro hac vice*)<br>Mark Franke (admitted *pro hac vice*)<br>Brett L. Bakemeyer (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    (212) 819-8200<br>jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brett.bakemeyer@whitecase.com |
| —and— | Thomas E Lauria (admitted *pro hac vice*)<br>Richard S. Kebrdle (admitted *pro hac vice*)<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>Telephone:    (305) 371-2700<br>tlauria@whitecase.com<br>rkebrdle@whitecase.com |
| | *Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)* |

RLF1 28399095v.1

## **CERTIFICATE OF SERVICE**

I, David T. Queroli, hereby certify that on December 28, 2022, I caused a copy of the foregoing *Notice of Service of Discovery* to be served upon the counsel below in the manner indicated.

| **VIA EMAIL** | **VIA EMAIL** |
|---|---|
| Andrew G. Dietderich | Adam G. Landis |
| James L. Bromley | Kimberly A. Brown |
| Brian D. Glueckstein | Matthew R. Pierce |
| Alexa J. Kranzley | LANDIS RATH & COBB LLP |
| SULLIVAN & CROMWELL LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, DE 19801 |
| New York, NY 10004 | landis@lrclaw.com |
| dietdericha@sullcrom.com | brown@lrclaw.com |
| bromleyj@sullcrom.com | pierce@lrclaw.com |
| gluecksteinb@sullcrom.com | |
| kransleya@sullcrom.com | |

                                                */s/ David T. Queroli*
                                                David T. Queroli (No. 6318)