## CERTIFICATE OF SERVICE

I, Brian Loughnane, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on December 28, 2022, in the manner indicated on the counsel below.

Date: December 28, 2022
      Wilmington, Delaware

                                  */s/ Brian Loughnane*
                                  Brian Loughnane (No. 6853)

***VIA EMAIL & CM/ECF***

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
T: 302-467-4400
F: 302-467-4450
Email: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Juliet Sarkessian, Esq.
Trial Attorney
United States Department of Justice
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
302-573-6491
Email: Juliet.M.Sarkessian@usdog.gov

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Krantzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gleucksteinb@sullcrom.com
        krantzleya@sullcrom.com

**FINGER & SLANINA, LLC**
David L. Finger
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
302-573-2525
Email: dfinger@delawgroup.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
F: 302-571-1253
Email: mlunn@ycst.com
　　　　rpoppiti@ycst.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
T: 212-318-600
F: 212-319-4090
Email: krishansen@paulhastings.com
　　　　lucdepsins@paulhastings.com
　　　　kenpasquale@paulhastings.com
　　　　erezgilad@paulhastings.com
　　　　gabesasson@paulhastings.com