**Exhibit A**

**Single listing of the Debtors' names:**

FTX Trading Ltd.
Alameda Research LLC
Alameda Research Ltd
Alameda Research Holdings Inc.
Clifton Bay Investments LLC
West Realm Shires Services Inc.
West Realm Shires Financial Services Inc.
Ledger Holdings Inc.
FTX Japan Holdings K.K.
FTX Europe AG
FTX Property Holdings Ltd
LT Baskets Ltd
Alameda TR Ltd
Allston Way Ltd
Analisya Pte Ltd
Atlantis Technology Ltd.
Bancroft Way Ltd
Blue Ridge Ltd
Cardinal Ventures Ltd
Cedar Bay Ltd
Liquid Securities Singapore Pte Ltd
Maclaurin Investments Ltd.
Mangrove Cay Ltd
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
Western Concord Enterprises Ltd.
FTX Equity Record Holdings Ltd
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan K.K.
FTX Japan Services KK
Alameda Aus Pty Ltd
Alameda Research (Bahamas) Ltd
Alameda Research KK
Alameda Research Pte Ltd
Alameda Research Yankari Ltd
Alameda TR Systems S. de R. L.

Blockfolio, Inc.
Clifton Bay Investments Ltd
Cottonwood Grove Ltd
Crypto Bahamas LLC
Deep Creek Ltd
Digital Custody Inc.
FTX (Gibraltar) Ltd
FTX Canada Inc
FTX Digital Holdings (Singapore) Pte Ltd
FTX Products (Singapore) Pte Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Trading GmbH
FTX Zuma Ltd
Global Compass Dynamics Ltd.
Goodman Investments Ltd.
Hawaii Digital Assets Inc.
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Zubr Exchange Ltd
Alameda Global Services Ltd.
Cottonwood Technologies Ltd
Deck Technologies Holdings LLC
Deck Technologies Inc.
Euclid Way Ltd
FTX Digital Assets LLC
FTX EMEA Ltd.
FTX US Trading, Inc.
Hive Empire Trading Pty Ltd
Liquid Financial USA Inc.
LiquidEX LLC
North Dimension Inc
North Wireless Dimension Inc.
LedgerPrime Bitcoin Yield Enhancement Master Fund, LLC
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime LLC
LedgerPrime Ventures, LP
North Dimension Ltd
Quoine Pte Ltd
Cedar Grove Technology Services, Ltd.
DAAG Trading, DMCC
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX EU Ltd.

FTX Lend Inc.
FTX Marketplace, Inc.
FTX Switzerland GmbH
FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET
FTX US Services, Inc.
FTX Ventures Ltd.
GG Trading Terminal Ltd
Good Luck Games, LLC
Hannam Group Inc
Hilltop Technology Services LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
West Realm Shires Inc.