# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR STATUS CONFERENCE SCHEDULED FOR JANUARY 4, 2023, AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**THE STATUS CONFERENCE WILL BE HELD VIA ZOOM ONLY. PLEASE REGISTER IN ADVANCE AT THE LINK BELOW BY JANUARY 4, 2023 AT 12:00 P.M. (ET)**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-ispj0uE3aJkUM0qVUz3JSsF1OgW_0

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al*. - Case Nos. 22-11068 (JTD)
When: January 4, 2023 at 2:00 p.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**STATUS CONFERENCE:**

1. Status Conference on Outstanding Scheduling Issues

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069523.4}

Related Documents:[2]

A. Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Dismiss the Chapter 11 Case of FTX Property Holdings Ltd. [D.I. 213, filed on December 12, 2022]

B. Motion to Compel Rejection of Executory Contract or in the Alternative for Relief from Automatic Stay to Terminate Agreement Under Sections 365 and 362(d), of the Bankruptcy Code [D.I. 243, filed on December 16, 2022]

C. Motion for Entry of an Order Authorizing North America League of Legends, LLC to File the Unredacted Strategic Sponsorship Agreement Under Seal [D.I. 289, filed on December 22, 2022]

Status: At the direction of the Court, a status conference will go forward regarding outstanding scheduling issues in the above-captioned Chapter 11 Cases and in the Chapter 15 Case of *In re FTX Digital Markets LTD.*, Case No. 22-11217 (JTD).

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[2] Only items filed with open scheduling issues in the above-captioned Chapter 11 Cases are listed herein. Parties should refer to the agenda filed in case number 22-11068 (JTD) with respect to matters filed in FTX Digital Markets LTD.'s Chapter 15 case that have open scheduling issues, which include for convenience of the Court and parties-in-interest: (i) *Recognition Hearing to Consider the Voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding* [Ch. 15 Case No. 22-11217 (JTD), D.I. 1] and (ii) *Motion of the Joint Provisional Liquidators of FTX Digital Markets LTD. for Provisional Relief Under 11 U.S.C. §§ 105(a), 542(e), 1519(a), 1519(e), 1521(a)(7), and 1522* [Ch. 15 Case No. 22-11217 (JTD), D.I. 55].

| | |
|---|---|
| Dated: December 30, 2022<br>      Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |