### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*,[1] | |
| Debtors. | |
| | **Re: Docket No. 330** |

### CERTIFICATE OF SERVICE

I, David T. Queroli, hereby certify that on December 29, 2022, I caused a copy of the following to be served upon the attached service list via email (where available) and/or First Class Mail:

- *Preliminary Statement and Reservation of Rights of the Foreign Representatives of the Chapter 15 Debtor Regarding the Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of the Certain Businesses; (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 330].

        */s/ David T. Queroli*
        David T. Queroli (No. 6318)

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**Chapter 11 Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Chapter 11 Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28407220v.1

FDM JPL Notice List

| Chapter 11 Debtors | |
|---|---|
| Landis Rath & Cobb LLP | 919 MARKET STREET, SUITE 1800 WILMINGTON, DELAWARE 19801 ATTN: ADAM G. LANDIS LANDIS@LRCLAW.COM KIMBERLY A. BROWN BROWN@LRCLAW.COM MATTHEW R. PIERCE PIERCE@LRCLAW.COM |
| Sullivan & Cromwell LLP | 125 BROAD STREET NEW YORK, NEW YORK 10004 ATTN: ANDREW G. DIETDERICH, DIETDERICHA@SULLCROM.COM; JAMES L. BROMLEY, BROMLEYJ@SULLCROM.COM; BRIAN D. GLUECKSTEIN, GLUECKSTEINB@SULLCROM.COM; ALEXA J. KRANZLEY, KRANSLEYA@SULLCROM.COM |

| Chapter 15 Debtors | |
|---|---|
| FTX Digital Markets Ltd. (In Provisional Liquidation) | 3 BAYSIDE EXECUTIVE PARK NASSAU, THE BAHAMAS ATTN: BRIAN C. SIMMS, BSIMMS@LENNOXPATON.COM; KEVIN G. CAMBRIDGE, KEVIN.CAMBRIDGE@PWC.COM; PETER GREAVES, PETER.GREAVES@HK.PWC.COM |

| Government Agencies | |
|---|---|
| Office of the United States Trustee for the District of Delaware | 844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19899-0035<br>ATTN: JULIET M. SARKESSIAN,<br>JULIET.M.SARKESSIAN@USDOJ.GOV |
| The United States Securities and Exchange Commission (Headquarters) | 100 F ST NE<br>WASHINGTON, DC 20549<br>SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (Philadelphia Regional Office) | ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103<br>ATTN: BANKRUPTCY DEPT,<br>SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (New York Regional Office) | BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022<br>ATTN: BANKRUPTCY DEPT,<br>NYROBANKRUPTCY@SEC.GOV;<br>BANKRUPTCYNOTICESHR@SEC.GOV |
| The United States Department of Justice | 950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001<br>ATTN: BANKRUPTCY DEPT |

| | |
|---|---|
| The Securities Commission of the Bahamas | POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A EAST BAY STREET<br>P.O. BOX N-8347<br>NASSAU, THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>INFO@SCB.GOV.BS |
| Internal Revenue Service (IRS) | WARD W. BENSON<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br>TEL: (202) 514-9642<br>FAX: (202) 514-6866<br>EMAIL: WARD.W.BENSON@USDOJ.GOV |

| **Parties with Notice of Appearances Filed** ||
|---|---|
| Party | Service Address |
| Missouri Department of Revenue | Steven A. Ginther, Mo. Bar #43556<br>Special Assistant Attorney General Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>(573) 751-5531 FAX (573) 751-7232 |
| Gabriel Recchia | Ann Kashishian<br>KASHISHIAN LAW LLC<br>501 Silverside Road, Suite 85<br>Wilmington, DE 19809<br>T. (484) 302-8417<br>F. (484) 930-0091<br>E. amk@kashishianlaw.com |

| | |
|---|---|
| **Official Committee of Unsecured Creditors**<br><br>PAUL HASTINGS LLP<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP | Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com<br><br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>CM/ECF Noticing: bankfilings@ycst.com<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |
| **Paradigm Operations LP**<br><br>DEBEVOISE & PLIMPTON LLP<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP | Sidney P. Levinson<br>Jasmine Ball<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6839<br>E-mail: slevinson@debevoise.com<br>jball@debevoise.com<br><br>Evelyn J. Meltzer<br>Marcy J. McLaughlin Smith<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: evelyn.meltzer@troutman.com<br>marcy.smith@troutman.com |

| | |
|---|---|
| **North American League of Legends Championship Series, LLC**<br><br>ROBINSON & COLE LLP<br><br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ROBINSON & COLE LLP<br>Jamie L. Edmonson, Esq.<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: jedmonson@rc.com<br><br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>Brian Davidoff (pro hac vice pending)<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br>Email: bdavidoff@greenbergglusker.com |
| **BitGo Trust Company**<br><br>Cleary Gottlieb Steen & Hamilton LLP | Jane VanLare, Esq.<br>Brandon M. Hammer, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2872<br>Fax: (212) 225-3999<br>Email(s): jvanlare@cgsh.com<br> bhammer@cgsh.com |
| **BitGo Trust Company**<br><br>Ashby & Geddes, P.A. | Ricardo Palacio, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: RPalacio@ashbygeddes.com |
| **Washington State Department of Financial Institutions**<br><br>Office of the Attorney General for Washington | Stephen Manning<br>Assistant Attorney General<br>Office of the Attorney General of Washington<br>Government Compliance and Enforcement Division<br>P. O. Box 40100<br>Olympia, WA 98504-4010<br>Phone: 360-534-4846<br>Fax: 360-664-0229 |

| | |
|---|---|
| **Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>EVERSHEDS SUTHERLAND (US) LLP | Peter A. Ivanick<br>Sarah E. Paul<br>Philip H. Ehrlich<br>Lynn W. Holbert<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com<br>philipehrlich@eversheds-sutherland.com<br>lynnholbert@eversheds-sutherland.com<br><br>Erin E. Broderick 227 West Monroe Street, Suite 6000 Chicago, Illinois 60606 Telephone: (312) 724-9006 Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Mark D. Sherrill<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>marksherrill@eversheds-sutherland.com<br><br>Andrea L. Gordon<br>700 Sixth Street NW, Suite 700,<br>Washington, District of Columbia<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>andreagordon@eversheds-sutherland.com |
| **Ad Hoc Committee of Non-US Customers of FTX.com**<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Matthew B. Harvey<br>Paige N. Topper<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com |

| | |
|---|---|
| **Celsius Network LLC**<br><br>Saccullo Legal | Anthony M. Saccullo<br>Mary E. Augustine<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>(302) 836-8877<br>(302) 836-8787 (facsimile)<br>ams@saccullolegal.com<br>meg@saccullolegal.com |
| **Voyager Digital LLC, and affiliates**<br><br>Potter Anderson & Corroon LLP | Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com |
| **Illinois Department of Financial & Professional Regulation**<br><br>Office of the Illinois Attorney General | John P. Reding<br>Office of the Illinois Attorney General<br>100 W. Randolph St., Suite 13-225<br>Chicago, Illinois 60601<br>Phone: (312) 848-5380 |
| **Georgia Department of Banking and Finance**<br><br>Office of the Georgia Attorney General | Amy L. Patterson<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 458-3567<br>apatterson@law.ga.gov |
| **Evolve Bank & Trust**<br><br>Cousins Law LLC | Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>COUSINS LAW LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Phone: (302) 824-7081<br>E-Mail: scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com |

7

| | |
|---|---|
| **Evolve Bank & Trust**<br>Butler Snow LLP | Martin Sosland<br>BUTLER SNOW LLP<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>Phone: (469) 680-5502<br>E-Mail: martin.sosland@butlersnow.com<br><br>James E. Bailey III<br>Robert Campbell Hillyer<br>BUTLER SNOW LLP<br>Crescent Center, Suite 500<br>6075 Poplar Avenue<br>P.O. Box 171443<br>Memphis, TN 38187<br>Phone: (901) 680-7347<br>E-Mail: jeb.bailey@butlersnow.com<br>cam.hillyer@butlersnow.com |
| **Texas Department of Banking**<br><br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512/463-2173 Fax: 512/936-1409 |
| **Texas Securities Board**<br><br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512/463-2173 Fax: 512/936-1409 |

| **U.S. Department of Justice** | Seth B. Shapiro |
|---|---|
| | Senior Trial Counsel |
| | U.S. Department of Justice |
| | Civil Division |
| | 1100 L Street, NW – 7th Floor |
| | Room 7114 |
| | Washington DC, 20005 |
| | (202) 514-7164 (direct) |
| | seth.shapiro@usdoj.gov |
| | |
| | Stanton C. McManus |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division |
| | 1100 L Street, NW |
| | Room 7208 |
| | Washington DC, 20005 |
| | (202) 307-5832 (direct) |
| | (202) 514-9163 (fax) |
| | stanton.c.mcmanus@usdoj.gov |

RLF1 28336503v.3

| | |
|---|---|
| **Digital Augean, LLC**<br><br>Venable LLP | Daniel A. O'Brien<br>VENABLE LLP<br>1201 N. Market St.<br>Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 298-3535<br>Fax: (302) 298-3550<br>daobrien@venable.com<br><br>Jeffrey S. Sabin<br>Xochitl S. Strohbehn<br>Carol A. Weiner<br>Arie A. Peled<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>xsstrohbehn@venable.com<br>cweinerlevy@venable.com<br>aapeled@venable.com<br><br>Andrew J. Currie<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>ajcurrie@venable.com |

| | |
|---|---|
| **Philadelphia Indemnity Insurance Co.**<br><br>McElroy, Deutsch, Mulvaney, & Carpenter, LLP | Gary D. Bressler, Esq.<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>(T): (302) 300-4515; (F): (302) 654-4031<br>gbressler@mdmc-law.com<br><br>Michael R. Morano, Esq. (pro hac vice pending)<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>(T): (973) 993-8100; (F) (973) 425-0161<br>mmorano@mdmc-law.com |
| **Philadelphia Indemnity Insurance Co.**<br><br>Manier Herod, P.C. | Jeffrey S. Price, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9358; (F): (615) 242-4203<br>jprice@manierherod.com<br><br>Melissa J. Lee, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9372; (F): (615) 242-4203<br>mlee@manierherod.com<br><br>Scott C. Williams, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9370; (F) (615) 242-4203<br>swilliams@manierherod.com |
| **Chainanalysis, Inc.**<br><br>Reich Reich & Reich, P.C. | Nicholas A. Pasalides, Esq.<br>REICH REICH & REICH, P.C.<br>Attorneys for Creditor Chainalysis Inc.<br>235 Main Street, Suite 450<br>White Plains, NY 10601<br>(914) 949-2126<br>npasalides@reichpc.com |

| **Cloudfare, Inc.**<br><br>Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand<br>Anh Nguyen<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin, Texas 78746<br>(512) 236-9904 (Facsimile)<br>streusand@slollp.com<br>nguyen@slollp.com |
|---|---|
| **BlockFi Inc. and Affiliates**<br>Haynes & Boone, LLP | Richard Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian<br>Charles M. Jones II<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: Rick.Anigian@haynesboone.com<br>  Charlie.Jones@haynesboone.com |
| **BlockFi Inc. and Affiliates**<br>Morris, Nichols, Arsht & Tunnell LLP | Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com |
| **Vermont Department of Financial Regulation** | Jennifer Rood<br>Assistant General Counsel<br>Vermont Department of Financial Regulation<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>(802) 828-5672<br>Jennifer.rood@vermont.gov |

RLF1 28336503v.3

| | |
|---|---|
| **Word of God Fellowship, Inc.**<br><br>Sullivan Hazeltine Allinson LLC and Kelly Hart & Hallman LLP | William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>bsullivan@sha-llc.com<br><br>Louis M. Phillips, Esq.<br>Kelly Hart & Hallman LLP<br>301 Main St., Suite 1600<br>Baton Rouge, LA 70801<br>Tel: (225) 338-5308<br>louis.phillips@kellyhart.com<br><br>Michael D. Anderson, Esq.<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Tel: (817) 878-3506<br>michael.anderson@kellyhart.com |