IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 197** |
| In re<br><br>FTX DIGITAL MARKETS LTD.,[2]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-11217 (JTD)<br><br>**Re: Docket No. 27** |

**NOTICE OF FILING OF PROPOSED
JOINT PRETRIAL ORDER**

  **PLEASE TAKE NOTICE** that, on December 9, 2022, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves (the "**Joint Provisional Liquidators**," together with the U.S. Debtors and the Committee,[3] the "**Parties**"), in their capacity as the duly appointed joint provisional liquidators of FTX Digital Markets Ltd (the "**Chapter 15 Debtor**") and foreign representatives of the Provisional Liquidation of the Chapter 15 Debtor, filed the *Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(a)(3), 1521(a)(7) and 1522 of the Bankruptcy Code* [Case No. 22-11068 (JTD), Docket No. 197; Case No. 22-11217 (JTD), Docket No. 27] (the "**Emergency Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

[3] On December 15, 2022, the Office of United States Trustee appointed an official committee of unsecured creditors (the "**Committee**"). *See* Docket Nos. 231 & 261.

**PLEASE TAKE FURTHER NOTICE** that, on December 16, 2022, the Court held a status conference regarding, among other things, the Emergency Motion and (i) scheduled a hearing to consider the relief requested in the Emergency Motion for January 6, 2023 at 9:30 a.m. (ET) (the "**Hearing**") and (ii) directed that the Joint Provisional Liquidators and the U.S Debtors submit a form of joint pretrial order to govern the proceedings at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as requested by the Court, the Parties have conferred and negotiated an agreed upon proposed form of joint pretrial order attached hereto as **Exhibit 1** (the "**Proposed Joint Pretrial Order**").

**PLEASE TAKE FURTHER NOTICE** that the Parties intend to request that the Court enter the Proposed Joint Pretrial Order, substantially in the form attached hereto, prior to or at the Hearing. To the extent the Parties make revisions to the Proposed Joint Pretrial Order, the Parties will present a blacklined copy of the revised form of order to the Court at the Hearing.

[*Remainder of page intentionally left blank*]

Dated: January 2, 2023

<u>*/s/ Brendan J. Schlauch*</u>
**RICHARDS, LAYTON & FINGER, P.A.**

Kevin Gross (No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
David T. Queroli (Bar No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

—and—

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com
brandon.batzel@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)*

RLF1 28411435v.2