**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING, LTD., *et al.*,

    Debtors.

_____/

Chapter 11
Case No. 22-11068
Jointly Administered
Hon. John T. Dorsey

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned firm of attorneys are appearing in the above-captioned case on behalf of Ikigai Opportunities Master Fund, Ltd.  The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

Taft, Stettinius & Hollister, LLP
Attn: Paul R. Hage
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone:  (248) 351-3000
phage@taftlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

Respectfully submitted by,

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: January 3, 2022

By: /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone:  (248) 351-3000
phage@taftlaw.com

*Counsel to Ikigai Opportunities Master Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

FTX TRADING, LTD., *et al.*,

    Debtors.

_____/

Chapter 11
Case No. 22-11068
Jointly Administered
Hon. John T. Dorsey

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I caused to be served a copy of the *Notice Of Appearance And Request For Service Of Notices And Documents* and this *Certificate of Service* using the Court electronic filing system which will send notification of such filing to all parties who have filed appearances in this case.

    Respectfully submitted by,

    **TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: January 3, 2022

By:   /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
phage@taftlaw.com

*Counsel to Ikigai Opportunities Master Fund, Ltd.*