**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors.[1] | ) | Case No. 22-11068 (JTD) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to the duly appointed Joint Provisional Liquidators (the "JPLs") of Emergent Fidelity Technologies Ltd ("Emergent"), and pursuant to Fed. R. Bankr. P. 2002, 3017 and 9010 and 11 U.S.C. § 1109(b), request that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare (Bar No. 5107) | John C. Goodchild III |
| Morgan, Lewis & Bockius LLP | Matthew C. Ziegler |
| 1201 N. Market Street, Suite 2201 | Morgan Lewis & Bockius LLP |
| Wilmington, DE 19801 | 1701 Market Street |
| Telephone: (302) 574-3000 | Philadelphia, PA 19103 |
| Facsimile: (302) 574-3001 | Telephone: (215) 963-5000 |
| jody.barillare@morganlewis.com | Facsimile: (215) 963-5001 |
| | john.goodchild@morganlewis.com |
| | matthew.ziegler@morganlewis.com |

Joshua Dorchak
David K. Shim
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
joshua.dorchak@morganlewis.com
david.shim@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which EFT is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance shall not be construed as submission to the jurisdiction of any U.S. court by the JPLs and/or Emergent or with respect to any asset of Emergent, and all rights to contest jurisdiction are reserved.

Dated: January 3, 2023  
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com

- and -

John C. Goodchild, III  
Matthew C. Ziegler  
1701 Market Street  
Philadelphia, PA 19103  
Telephone: (215) 963-5000  
Email: john.goodchild@morganlewis.com  
Email: matthew.ziegler@morganlewis.com

- and -

Joshua Dorchak  
David K. Shim  
101 Park Avenue  
New York, NY 10178  
Telephone: (212) 309-6000  
Email: joshua.dorchak@morganlewis.com  
Email: david.shim@morganlewis.com

*Counsel to the Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of January 2023, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

　　　　　　　　　　　　　　　　　　　　*/s/ Jody C. Barillare*
　　　　　　　　　　　　　　　　　　　　Jody C. Barillare, Esq.