**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Matthew C. Ziegler of Morgan, Lewis & Bockius LLP as counsel to the duly appointed Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd in the above-captioned cases.

Dated: January 3, 2023  /s/ *Jody C. Barillare*
Wilmington, DE  Jody C. Barillare (Bar No. 5107)
  **MORGAN, LEWIS & BOCKIUS LLP**
  1201 N. Market Street, Suite 2201
  Wilmington, DE 19801
  Telephone: (302) 574-7294
  Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 3, 2023  /s/ *Matthew C. Ziegler*
Philadelphia, PA  Matthew C. Ziegler
  **MORGAN, LEWIS & BOCKIUS LLP**
  1701 Market Street
  Philadelphia, PA 19103
  Telephone: (215) 963-5000
  Email: matthew.ziegler@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.