**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Case No. 22-11068 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of David K. Shim of Morgan, Lewis & Bockius LLP as counsel to the duly appointed Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd in the above-captioned cases.

Dated: January 3, 2023                    /s/ *Jody C. Barillare*
Wilmington, DE                              Jody C. Barillare (Bar No. 5107)
                                            **MORGAN, LEWIS & BOCKIUS LLP**
                                            1201 N. Market Street, Suite 2201
                                            Wilmington, DE 19801
                                            Telephone: (302) 574-3000
                                            Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York, Massachusetts and Connecticut, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 3, 2023                    /s/ *David K. Shim*
New York, NY                                David K. Shim
                                            **MORGAN, LEWIS & BOCKIUS LLP**
                                            101 Park Avenue
                                            New York, NY 10178
                                            Telephone: (212) 309-6000
                                            Email: david.shim@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.