# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al*.,[1] <br><br>     Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| In re <br><br> FTX DIGITAL MARKETS LTD.,[2] <br><br>     Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 22-11217 (JTD) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on January 2, 2023, the *Notice of Deposition on Peter Greaves* was served on the following counsel to the Joint Provisional Liquidators of FTX Digital Markets Ltd. in the manner indicated below:

| | |
|---|---|
| **VIA E-MAIL** <br> Kevin Gross (No. 209) <br> Paul N. Heath (Bar No. 3704) <br> Brendan J. Schlauch (Bar No. 6115) <br> David T. Queroli (Bar No. 6318) <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> E-mail: gross@rlf.com <br>         heath@rlf.com <br>         schlauch@rlf.com <br>         queroli@rlf.com | **VIA E-MAIL** <br> Jessica C. Lauria <br> J. Christopher Shore <br> Brian D. Pfeiffer <br> Mark Franke <br> Brett L. Bakemeyer <br> WHITE & CASE LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> E-mail: jessica.lauria@whitecase.com <br>         cshore@whitecase.com <br>         brian.pfeiffer@whitecase.com <br>         mark.franke@whitecase.com <br>         brett.bakemeyer@whitecase.com |

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

{1368.002-W0069571.}

|  |  |
|---|---|
|  | **VIA E-MAIL**<br>Thomas E Lauria<br>Richard S. Kebrdle<br>WHITE & CASE LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>E-mail: tlauria@whitecase.com<br>rkebrdle@whitecase.com |
| Dated: January 3, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |