**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| FTX Trading, Ltd., *et al.* , ) | Chapter 11 |
| ) | Case No: 22-11068-JTD |
| ) | |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**BY THE**
**COMMISSIONER OF THE**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for the Massachusetts Department of Revenue ("MDOR"), a creditor of the Debtors and whose address is 100 Cambridge Street, PO Box 9565, Boston, MA 02114, and who, pursuant to Fed. R. Bankr. P. 9010 and 2002, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, order and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of MDOR with respect to (a) the debtor; or

*[Remainder of page left intentionally blank]*

(b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which may otherwise affect the Debtor or property of the Debtor.

        Respectfully submitted,

        GEOFFREY E. SNYDER
        COMMISSIONER
        MASSACHUSETTS DEPARTMENT OF REVENUE

        By his attorneys,

        MAURA HEALEY
        ATTORNEY GENERAL OF MASSACHUSETTS

        Michael T. Fatale, General Counsel and
        Special Assistant Attorney General

        */s/ Celine E. de la Foscade-Condon*
        Celine E. de la Foscade-Condon
        Massachusetts BBO # 658016
        Counsel to the Commissioner
        Massachusetts Department of Revenue
        Litigation Bureau
        100 Cambridge Street, P. O. Box 9565
        Boston, MA 02114
        (617) 626-3854
        delafoscac@dor.state.ma.us

Dated: January 4, 2023

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| FTX Trading, Ltd., *et al.*, ) | Chapter 11 |
| ) | Case No: 22-11068-JTD |
| ) | |
| Debtors. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Celine E. de la Foscade-Condon, hereby declare that on this 4th day of January 2023, I have caused to be served a true and accurate copy of the *Notice of Appearance and Request for Service of Papers by the Commissioner of Massachusetts Department of Revenue* upon all parties registered to receive the ECF notice.

*/s/ Celine E. de la Foscade-Condon*
Celine de la Foscade-Condon