**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| In re:<br><br>FTX DIGITAL MARKETS LTD., *et al.*,[2]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 22-11217 (JTD) |

**CERTIFICATE OF SERVICE**

I, Debbie Laskin, employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel for the Official Committee of Unsecured Creditors, hereby certify that on December 30, 2022, I caused a copy of the following document(s) to be served via NEF on those parties receiving such service and via email and/or overnight mail on the parties on the attached list:

Objection of Official Committee of Unsecured Creditors to Emergency Motion of Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief From Automatic Stay and (II) to Compel Turnover of Electronic Records Under Section 542, 1519(a)(3), 1521(a)(7) and 1522 of Bankruptcy Code [D.I. 334, D.I. 70]

*/s/ Debbie Laskin*
Debbie Laskin

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Bankruptcy Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas (the "Bahamas") as an International Business Company, registered number 207269B.

| | |
|---|---|
| Juliet Sarkessian<br>Office of the United States Trustee<br>844 King Street<br>Wilmington, DE 19801<br>(email and overnight) | Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com<br>(email) |
| Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>(email) | Kevin Gross<br>Paul N. Heath<br>Brendan J. Schlauch<br>David T. Queroli<br>Richard, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com<br>heath@rlf.com<br>schlauch@rlf.com<br>queroli@rlf.com<br>(email) |
| Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brett L. Bakemeyer<br>Brandon Batzel<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brett.bakemeyer@whitecase.com<br>brandon.batzel@whitecase.com<br>(email) | Thomas E Lauria<br>Richard S. Kebrdle<br>White & Case LLP<br>200 South Biscayne Boulevard, Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>rkebrdle@whitecase.com<br>(email) |