

L S & Associates

Paralegals and Investigators

P.O. Box N1671

Nassau, Bahamas

Phone 242-810-5291

E-mail: Lsassociates@outlook.com

22- 11068 JTD

---

**DATE: 19th December 2022**

## PRELIMINARY WITNESS STATEMENT OF MR. LESLIE STUART TO FTX BANKRUPTCY COURT IN DELAWARE USA.

**Re: Leslie Stuart v. The Attorney General CLE/gen/00684/2022.**

After my email to Attorney Andrew Vara, Trustee for the creditors, the Bahamian Government realised that their application for the FTX Bankruptcy proceedings to be moved to Nassau Bahamas was in jeopardy and that members of the Bahamas Government could be indicted by the FBI for using their Supreme Court Judge to take money of the FTX Exchange for Sam Bank-man Fried, and for using their Supreme Court Judge to muzzle my case against the Bahamian Government for corruption, so the Bahamian Government caved to the indictment pressure put on them by the FBI and arrested Sam Bank-man Fried.

The corrupt Bahamian Government has now thrown Sam Bank-man Fried to the wolves and my hope and prayer is that he is kept safe while being kept in that very dangerous Fox Hill prison.

In the attachment provided you will see that my case in the caption is directly tied to the FTX Bankruptcy proceedings, wherein my case establishes the evidence to prove that The Bahamas Government is not a competent jurisdiction and should not be granted the centre of main interest (COMI), designation to hold the FTX Bankruptcy proceedings within The Commonwealth of Bahamas.

Without any request from me, my Bahamian court case in the caption, has now been transferred from one Bahamian Supreme Court Judge to another Bahamian Supreme Court Judge who is a partner in the law firm of Mr. Brian Simms who is representing the interests of Sam Bank-man Fried and the Bahamian Government.

This Judge has a conflict of interest, in that she stands to make a whole lot of money if she rules against me and her law firm's application is successful in getting the US Bankruptcy Court to allow the FTX Bankruptcy proceedings to take place here in the Bahamas.

If this Bahamian Judge rules in my favor at this time, and the Bahamas Government is declared to be a corrupt and incompetent jurisdiction, then that Declaration would negatively affect Mr. Brian Simms's application before the US Bankruptcy Court in Delaware USA to Transfer the FTX Bankruptcy proceedings to The Bahamas, and this Bahamian Judge will lose thousands of dollars in the process.

As you can see from my Skeleton submission that, a ruling against me would be in error, and would be ultimately overturned by His Majesty's Privy Council in London England, so as a result this Bahamian Judge has decided to delay hearing my court case until after the hearing of Mr. Brian Simms's application before the FTX Bankruptcy court in Delaware USA, for the Bahamas to be awarded centre of main interest (COMI).

My case was scheduled for a hearing on the 6th of December 2022, and this Judge who is a partner in the law firm representing Sam Bank-man Fried and the Bahamas Government, sent me an email informing me that my hearing would not be heard because she has to take part in a training exercise, but she deliberately failed to assign me an adjourned hearing date in that regard.

My fate and the fate of the seven people I represent are now hanging in the balance, due to this Bahamian Judge's intent to defraud the FTX Bankruptcy Court in Delaware USA., by delaying the hearing of my court case of corruption against the Bahamian Government, in order to assist the application of Mr. Brian Simms for the FTX Bankruptcy COMI designation for the Bahamas before the FTX Bankruptcy court in Delaware USA, and a big payday for the Judge in the process.

My clients and I have a legal right to intervene in these FTX Bankruptcy proceedings in the United States to protect our interests, and the trustee Mr. Andrew Vara of the Department of Justice has a duty to provide transparency to the creditors and to inform the FTX Bankruptcy court in Delaware USA., of these sets of facts before the Bankruptcy court rules on the Bahamian Government's motion for COMI.

On the 22nd of November 2022, shortly after the FTX Exchange collapsed, I sent an email to Chairwoman Mrs. Maxine Waters, to inform her that I have evidence in my case in the caption to show that the Bahamas Government is a corrupt Government

and that their Chapter 15 application to the Bankruptcy court in the US to have the FTX Bankruptcy proceedings transferred to the Bahamas should be denied.

I later found out that Sam Bank-man Fried had donated to Mrs. Maxine Waters's election campaign, which may have been the reason why my information to Mrs. Maxine Waters was ignored.

I also found evidence that Mrs. Maxine Waters was photographed along with Sam Bank-man Fried and a Bahamian Government official in the local Bahamian newspaper in regards to FTX setting up shop in The Bahamas.

It appears that Sam Bank-man Fried left the United States in search of a corrupt Jurisdiction friendly to the United States and Great Britain to set up his fraudulent FTX Cryptocurrency Exchange.

This is further substantiated by the fact that former US president Bill Clinton and former British prime minister Tony Blair, appeared with Sam Bank-man Fried when he arrived in The Bahamas to set up FTX, where he later defrauded millions of Americans of Billions of dollars.

After the Chapter 11 Bankruptcy application was filed in Delaware USA, a Bahamian Supreme Court Judge usurped the US Bankruptcy court's order and allowed Sam Bank-man Fried to take billions of dollars off the FTX Exchange which is now being held by the Bahamian Government on behalf of themselves, Sam Bank-man Fried and FTX Digital Markets Bahamas, (FDM).

Sam Bank-man Fried has not been charged with any crimes in the Bahamas where he is now safe from the FBI and all the people and companies he defrauded within the United States.

Sam Bank-man Fried has recently been arrested by The Bahamian Government on request from the United States Government for extradition to the United States, but Sam Bank-man Fried can only be lawfully extradited to the United States, if the charges against him in the United States are considered crimes within The Commonwealth of The Bahamas, and the fact that Sam Bank-man Fried has not been charged with any crimes within The Commonwealth of The Bahamas, this extradition proceeding will become a long drawn out charade.

like I said, Sam Bank-man Fried was in search of a corrupt Jurisdiction to launch his fraudulent FTX cryptocurrency Exchange, and the Bahamas Government is the

perfect candidate, under the leadership of Prime Minister The Honourable Philip Brave Davis, former lawyer for Ninety Knowles who was eventually extradited to the United States for Drug trafficking, after years of proceedings before the Bahamas Supreme Court in Nassau Bahamas.

As I explained to Mrs. Maxine Waters, that I am in fear for my life here in The Bahamas because of the evidence I have in my possession, and the enormous amount of money involved together with the culpability of Bahamian Government Officials here in The Bahamas, where murder for hire is as cheap as $500 dollars, which can be confirmed by The United States Embassy in Nassau Bahamas.

You may want to consider putting me in witness protection within the United States immediately, before I disappear along with my Court case and all the evidence I have of a corrupt Bahamian Government, which may be allowed to hold the FTX Bankruptcy proceedings within the Commonwealth of the Bahamas, wherein all creditors will have to contend with a dysfunctional and corrupt Judicial system.

Please contact me for the evidence of a corrupt Bahamian Government which will provide the FBI with probable cause to prosecute FTX Digital Markets and all its accomplices under the R.I.C.O. Criminal Statute.

Sincerely
**Mr. Leslie Stuart**
Telephone: 1-242-810-5291
Email: Lsassociates@outlook.com

**THIS EMAIL IS FOR THE SECRETARY OF STATE:**

5th December 2022

Good morning **Mr. Antony J. Blinken**
U.S Secretary of State

**Re: Leslie Stuart v. The Attorney General CLE/gen/00684/2022.**

Please find in the attachment an email I sent to **Madam Chairwoman Mrs. Maxine Waters** on the 22nd of November 2022.

In that email, I informed **Mrs. Maxine Waters** that I am in possession of court documents that will show that The Bahamian Government is guilty of corrupt practices which is evidence that they should not be allowed to hold the FTX Bankruptcy proceedings here in the Commonwealth of the Bahamas wherein Bahamian Government Officials may be complicit in the fraud committed against thousands of American citizens in the FTX criminal Bankruptcy enterprise.

I have yet to hear back from **Mrs. Maxine Waters**, but in the interim I have discovered that **Mrs. Maxine Waters** was a recipient of campaign contributions from **Mr. Sam Bank-man Fried**, and there is a photograph of **Mrs. Maxine Waters, Sam Bank-man Fried** and a Bahamian Government official together in the local Bahamian newspaper.

I am writing to you because my Court case in the caption, is in jeopardy of being decided against me in order to cover up the evidence of corruption committed against me by the Bahamian Government, and I need your permission to travel to the United States to file an application to intervene in the Bankruptcy proceedings in Delaware, to make these matters known to the Bankruptcy Court which directly affects my interest, before they make their decision on the Bahamas Government's application to hold the FTX Bankruptcy proceedings in the Bahamas.

I am writing to you because the US Embassy in Nassau has refused to grant me a US Visa because I do not have sufficient ties to my home country here in The Bahamas.

I look forward to your urgent response, as I stated to **Mrs. Maxine Waters** that I fear for my safety here in The Bahamas because the evidence I have in my possession is detrimental to the Bahamas Government's application for (COMI) in the FTX Bankruptcy proceedings in Delaware USA.

Sincerely
**Mr. Leslie Stuart**
Phone 1-242-810-5291