| First Name | Last Name | Party Representing | Firm Name | | |
|---|---|---|---|---|---|
| Brendan | Schlauch | Joint Provisional Liquidat | Richards, Layton & Finger, P.A. | | |
| Matthew | Lunn | Committee of Unsecured | Young Conaway | | |
| Robert | Poppiti | Committee of Unsecured | Young Conaway | | |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP | | |
| Stanton | McManus | United States of America | | | |
| Becky | Yerak | Wall Street Journal | News Corp | | |
| John | Penn | Silvergate Bank | Perkins Coie LLP | | |
| Jason | DiBattista | LevFin Insights | LevFin Insights | | |
| Seth | Shapiro | United States of America | United States Department of Justice | | |
| Lauren | Wray | Interested Party | | | |
| Dabin | Chung | Interested Party | | | |
| Hannah | Waldman | North America League o | Greenberg Glusker | | |
| Jamie | Edmonson | North American League | Robinson+Cole LLP | | |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP | | |
| juliet | sarkessian | US Trustee | | | |
| Michael | Kim | N/A | | | |
| Ian | Silverbrand | N/A | | | |
| Sean | Lee | N/A | Simpson Thacher & Bartlett LLP | | |
| Andres | Martinez | R40 | Room40 | | |
| Luke | Porcari | Interested Parties | | | |
| Jonathan | Dunworth | Party-in-Interest | Shearman & Sterling LLP | | |
| Alex | Englander | FTX Digital Markets | Holland & Knight LLP | | |
| Aidan | Ryan | The Information | | | |
| Jessica | Magee | FTX Digital Markets | Holland & Knight LLP | | |
| Warren | Gluck | FTX Digital Markets | Holland & Knight LLP | | |
| Shardul | Desai | FTX Digital Markets | Holland & Knight LLP | | |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP | | |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC | | |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC | | |
| Soma | Biswas | WSJ | WSJ | | |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP | | |
| Edward | Schnitzer | party in interest | Montgomery McCracken Walker & Rhoads LLP | | |
| Julian | Beach | United States (DOJ) | Department of Justice | | |
| Dietrich | Knauth | media observer, Reuters | | | |
| Wes | TW | R40 | | | |
| Rick | Anigian | BlockFi Inc. | Haynes and Boone, LLP | | |
| G | Jung | Creditor | HoonLabs | | |
| David | Banker | Interested Party | Montgomery McCracken Walker & Rhoads LLP | | |
| Stephen | Diamond | Academic research | Santa Clara University | | |
| Peter | Sprofera | Self (Interested Party) | | | |
| Casey | PURINGTON | Pro Se | JustUS | | |
| Evanthea | Hammer | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP | | |
| Tori | Remington | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP | | |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP | | |
| Richard | Kanowitz | BlockFi Inc. | Haynes and Boone, LLP | | |
| Mat | Laskowski | Proposed Counsel - Unse | Paul Hastings LLP | | |

| | | | | | |
|---|---|---|---|---|---|
| Kris | Hansen | Proposed Counsel Unsec | Paul Hastings LLP | | |
| Gabe | Sasson | Proposed Counsel - Unse | Paul Hastings LLP | | |
| Ken | Pasquale | Proposed Counsel - Unse | Paul Hastings LLP | | |
| Erez | Gilad | Proposed Counsel - Unse | Paul Hastings LLP | | |
| Brian | Davidoff | North America League o | Greenberg Glusker LLP | | |
| Evan | Maass | NA | | | |
| James | Murphy | self | | | |
| Henry | Curtis | Interested Party | | | |
| Frank | Friemel | Frank Friemel | | | |
| Travis | Cartwright-Ca | Media | The Nassau Guardian | | |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP | | |
| James | Bromley | FTX Trading Ltd. and its a | Sullivan & Cromwell LLP | | |
| Brian | Glueckstein | FTX Trading Ltd. and its a | Sullivan & Cromwell LLP | | |
| Alexa | Kranzley | FTX Trading Ltd. and its a | Sullivan & Cromwell LLP | | |
| Andy | Dietderich | FTX Trading Ltd. and its a | Sullivan & Cromwell LLP | | |
| Loren | Harman | Interested party | | | |
| KEVIN | GROSS | Joint Provisional Liquidto | Richards, Layton & Finger | | |
| Amy | Castor | FTX | | | |
| Jack | Schickler | Media | CoinDesk | | |
| Peter | Milken | Jakal Intel | Jakal intel | | |
| Timothy | Reilly | Member of the Public | | | |
| David | Gerardi | DOJ-UST | | | |
| jeffrey | sabin | Digital Augean llc | Venable, llp | | |
| Sascha | Rand | FTX Debtors | Quinn Emanuel Urquhart & Sullivan LLP | | |
| Benjamin | Hackman | Andrew R. Vara, U.S. Trustee for Region 3 | | | |
| Brett | Fallon | Interested Party | Faegre Drinker Biddle & Reath LLP | | |
| Aaron | Stulman | Voyager | Potter Anderson and Corroon | | |
| Sam | Alberts | Interested | Dentons US LLP | | |
| Claude | Montgomery | Interested | Dentons US LLP | | |
| Sidney | Levinson | Paradigm Operations LP | Debevoise & Plimpton LLP | | |
| Andrew | Helman | Interested | Dentons Bingham Greenbaum | | |
| Jasmine | Ball | Paradigm Operations LP | Debevoise & Plimpton LLP | | |
| Nikou | Asgari | Media - FT | | | |
| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper Hamilton Sanders LLP | | |
| Lynn | Harrison | Interested | Dentons US LLP | | |
| Matthew | Harvey | Ad Hoc Committee of No | Morris, Nichols, Arsht & Tunnell LLP | | |
| Ruth | Ramjit | Observer | | | |
| Connor | Naughton | Interested Outside Observer | | | |
| Dan | Moss | N/A | Jones Day | | |
| Kimberly | Brown | FTX | Landis Rath & Cobb LLP | | |
| Ryan | Sims | N/A | Jones Day | | |
| Adam | Landis | FTX | Landis Rath & Cobb LLP | | |
| Matthew | Pierce | FTX | Landis Rath & Cobb LLP | | |
| Lauren | Walker | Willkie Farr & Gallagher | | | |
| Nathan | Rugg | Interested Party | BFKN | | |
| Curtis | Miller | Interested party | Morris Nichols | | |
| Mia | Cooper | n/a (listen only) | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Candice | Korkis | BMO Financial Group | | | | |
| Brandon | Batzel | Joint Provisional Liquida | White & Case LLP | | | |
| Patricia | Tomasco | FTX | Quinn Emanuel Urquhart & Sullivan, LLP | | | |
| Cameron | Kelly | FTX | Quinn Emanuel Urquhart & Sullivan, LLP | | | |
| Barbara | Howell | FTX | Quinn Emanuel Urquhart & Sullivan, LLP | | | |
| Margaret | Newell | United States | Department of Justice | | | |
| Mike | Legge | Reorg | | | | |
| Negisa | Balluku | N/A | Bloomberg LP | | | |
| Howard | Robertson IV | FTX | Landis Rath & Cobb LLP | | | |
| Christophe | Stauble | Interested Party | Weil, Gotshal & Manges LLP | | | |
| Michael | Small | creditor - contract count | Foley & Lardner LLP | | | |
| Ty | Kelly | Interested Party | Baker Donelson | | | |
| Daniel | Carrigan | Interested Party | Baker Donelson | | | |
| Autumn | Highsmith | Texas Department of Ba | Texas Attorney General | | | |
| Isaac | Sasson | Proposed Counsel - Unse | Paul Hastings LLP | | | |
| Bria | Cousins | press | CNBC | | | |
| Jeremy | Hill | N/A -- Media | Bloomberg News | | | |
| Vince | Sullivan | Law360 | | | | |
| Philip | Brendel | self | Bloomberg Intelligence | | | |
| Steven | Church | non party | | | | |
| Andrew | Perry | Public Observer | | | | |
| Colin | Wilhelm | The Block | | | | |
| Stephanie | Murray | Press | | | | |
| Elad | Zentner | Jacob Grossman | Jacob Grossman | | | |
| William | Sullivan | WOGF, Inc. | Sullivan Hazeltine Allinson LLC | | | |
| John | Goodchild | Joint Provisional Liquida | Morgan, Lewis & Bockius LLP | | | |
| Jody | Barillare | Joint Provisional Liquida | Morgan, Lewis & Bockius LLP | | | |
| Joshua | Dorchak | Joint Provisional Liquida | Morgan, Lewis & Bockius LLP | | | |
| Matthew | Ziegler | Joint Provisional Liquida | Morgan, Lewis & Bockius LLP | | | |
| David | Shim | Joint Provisional Liquida | Morgan, Lewis & Bockius LLP | | | |
| Jacob | Baltaytis | Official Committee of Ur | FTI Consulting, Inc. | | | |
| Justin | Wohler | Ellington | Ellington | | | |
| Melissa | Ku | N/A | Federal Reserve Board | | | |
| Taylor | Harrison | Debtwire | | | | |
| Lauren | Lundy | Joint Provisional Liquida | White & Case LLP | | | |
| Ryan | Beil | FTX Digital Markets | | | | |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP | | | |
| Madeline | Prince | Myself | | | | |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan, LLP | | | |
| William | Chipman | Silvergate Bank | Chipman Brown | | | |
| Eric | Meyer | ESM Management LLC | | | | |
| Kenneth | Perkins | N/A | | | | |
| Therese | Doherty | Marex Capital Markets, | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | | | |
| Juan | Velasquez | Creditors | | | | |
| Randall | Chase | Associated press | Associated press | | | |
| Jorian | Rose | Interested party | Baker Hostetler | | | |
| Chris | Lamb | None | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ryne | Miller | Observer | | | |
| AZ | During | NA | | | |
| Jonathan | Tan | Creditor | | | |
| Melissa | Mitchell | Ftx | | | |
| Kenneth | Friedman | Self- non party | | | |
| Judge | Dorsey | U.S. Bankruptcy Judge | | | |
| James | Kacergis | Observer | NovaWulf | | |
| Una | O'Boyle | court | | | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP | | |
| Ellen | Bardash | Delaware Business Court Insider | | | |
| Erin | Broderick | Ad Hoc Committee of No | Eversheds Sutherland (US) LLC | | |
| Brett | Bakemeyer | Joint Provisional Liquida | White & Case | | |
| Jason | Zakia | Joint Provisional Liquida | White & Case | | |
| Brian | Pfeiffer | Joint Provisional Liquida | White & Case | | |
| Dennis | O'Donnell | Committee member | DLA Piper | | |
| Therese | Scheuer | SEC (listen only) | | | |
| Rahul | Sharma | observer | | | |
| Michael | Godbe | Observation | Debevoise & Plimpton | | |
| Kadhim | Shubber | Media / NA | Financial Times | | |
| Laura | Haney | Court | | | |
| David | Queroli | JPLs | | | |
| Tom | Hals | member of the media | Reuters | | |
| Scott | Williams | Philadelphia Insurance C | Manier & Herod | | |
| Steven | Knipfelberg | Okcoin | | | |