## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., | Case No. 22-11068 (JTD) |
| Debtor. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew J. Currie, Esq. of the law firm Venable LLP to represent Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in this action.

Dated: January 4, 2023

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Tel: (302) 298-3535
Fax: (302) 298-3550
daobrien@venable.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland, State of Michigan, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

January 4, 2023

*/s/ Andrew J. Currie*
Andrew J. Currie
VENABLE LLP
600 Massachusetts Avenue, NW
New York, New York 10020
Tel: (212) 307-5500
ajcurrie@venable.com

### ORDER GRANTING MOTION
IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.