# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, a copy of the foregoing was served electronically through the U.S. Bankruptcy Court, District of Delaware ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System, and upon the following by electronic mail:

James J. Bromley, Esquire
Bromleyj@sullcrom.com

Adam G. Landis, Esquire
landis@lrclaw.com

William A. Burck, Esquire
Williamburck@quinnemanuael.com

Benjamin A. Hackman, Esquire
Benjamin.a.hackman@usdoj.com

Juliet M. Sarkessian, Esquire
Juliet.m.sarkessian@usdoj.com

Luc A. Despins, Esquire
lucdespins@paulhastings.com

Matthew Barry Lunn, Esquire
bankfilings@ycst.com

/s/ *John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr. (No. 4123)