IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Daniel A. O'Brien, hereby certify that on the 4th day of January 2023, a true and correct copy of the foregoing *Objection of the Ad Hoc Committee of Customers and Creditors of FTX Trading LTD. and Its Affiliated Debtors and Debtors-In-Possession to the Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements* was served on the parties below in the manner(s) indicated and all ECF participants in this case were served electronically through the Court's ECF noticing system.

                                                                                         */s/ Daniel A. O'Brien*
                                                                                         Daniel A. O'Brien (No. 4897)

**Via Hand Delivery**

Adam G. Landis
Kimberly A. Brown
Landis Rath & Cobb LLP
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Matthew B. Lunn
Robert F. Poppiti, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Juliet Sarkessian
Benjamin Hackman
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801