## CERTIFICATE OF SERVICE

I, Brian Loughnane, hereby certify that I am not less than 18 years of age, and that

service of the foregoing was caused to be made on January 4, 2023, in the manner indicated on the

counsel below.

Date: January 4, 2023
      Wilmington, Delaware

*/s/ Brian Loughnane*
Brian Loughnane (No. 6853)

***VIA EMAIL & CM/ECF***

| **LANDIS RATH & COBB LLP** | **OFFICE OF THE UNITED STATES TRUSTEE** |
|---|---|
| Adam G. Landis | Juliet Sarkessian, Esq. |
| Kimberly A. Brown | Trial Attorney |
| Matthew R. Pierce | United States Department of Justice |
| 919 Market Street, Suite 1800 | J. Caleb Boggs Federal Building |
| Wilmington, Delaware 19801 | 844 N. King Street, Room 2207, Lockbox 35 |
| T: 302-467-4400 | Wilmington, DE 19801 |
| F: 302-467-4450 | 302-573-6491 |
| Email: landis@lrclaw.com | Email: Juliet.M.Sarkessian@usdog.gov |
|    brown@lrclaw.com | |
|    pierce@lrclaw.com | |

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Krantzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gleucksteinb@sullcrom.com
       krantzleya@sullcrom.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
F: 302-571-1253
Email:  mlunn@ycst.com
          rpoppiti@ycst.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
T: 212-318-600
F: 212-319-4090
Email:  krishansen@paulhastings.com
          lucdepsins@paulhastings.com
          kenpasquale@paulhastings.com
          erezgilad@paulhastings.com
          gabesasson@paulhastings.com