IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*[1] | Case No. 22-11068 (JTD) |
| *Debtors*. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **PATRICK YARBOROUGH, Esquire** to represent Warren Winter, in the above bankruptcy case.

*/s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr.  (No. 4123)
FERRY JOSEPH, P.A.
Brandywine Plaza West
1521 Concord Pike, Suite 202
Wilmington, DE 19803
Phone: 302-575-1555, ext. 107
Email: jmclaughlin@ferryjoseph.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

2

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of **Texas** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: *January 5, 2023*   Respectfully submitted,

*/s/ Patrick Yarborough*
_____
Patrick Yarborough, Esq.
Texas Bar No. 24084129
917 Franklin Street, Suite 220
Houston, Texas 77002
O: (713) 331-5254
F: (713) 513-5202
patrick@fosteryarborough.com
**FOSTER YARBOROUGH PLLC**

*Counsel for Warren Winter*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

2