# EXHIBIT A

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Richard D. Anigian, Esq. (*pro hac vice* pending)
Charles M. Jones II, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
rick.anigian@haynesboone.com
charlie.jones@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

In re:
BLOCKFI INC., *et al.*,

Debtors.[1]

---

BLOCKFI INC., BLOCKFI LENDING LLC AND
BLOCKFI INTERNATIONAL LLC,

Plaintiffs,

-against-

EMERGENT FIDELITY TECHNOLOGIES LTD.
AND ED&F MAN CAPITAL MARKETS, INC.,

Defendants.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No. 22-19361 (MBK)

(Joint Administration Requested)

Chapter 11

Adv. Pro. No. 22-01382 (MBK)

**DECLARATION OF ZACHARY PRINCE IN SUPPORT OF**
**THE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO**
**SECTIONS 105(a), 542, AND 543 OF THE BANKRUPTCY CODE**
**(I) DIRECTING THE COLLATERAL BE TRANSFERRED TO A**
**NEUTRAL BROKER OR ESCROW UNDER THE COURT'S SUPERVISION**
**OR (II) ENJOINING THE DEFENDANTS FROM TRANSFERRING**
**OR USING THE COLLATERAL PENDING FINAL**
**RESOLUTION OF THE TURNOVER  CLAIMS**

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

I, Zachary Prince, hereby declare as follows under penalty of perjury:

1.      I am over eighteen and have never been convicted of a felony or other crime involving moral turpitude, and do not suffer from any mental or physical disability that would render me incompetent to make this declaration.  I am able to swear, and I hereby do swear, that all of the facts stated in this declaration are true and correct and within my personal knowledge or are known to me by reason of my position and involvement in this proceeding.

2.      I am employed by BLOCKFI, INC. ("BlockFi Inc.") as its Chief Executive Officer. I am also the President of BlockFi Lending LLC ("BlockFi Lending") and the Chief Executive Office of  BlockFi International LLC ("BlockFi International" and together with BlockFi Inc. and BlockFi Lending, "BlockFi").  Accordingly, I am generally familiar with the business operations, business and financial affairs, and books and records of BlockFi.

3.      I am authorized to submit this declaration on behalf of BlockFi in support of the *Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow under the Court's Supervision or (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims* (the "Motion").[2]  If I were called upon to testify, I could and would testify to each of the factual allegations contained in the Motion (and hereby affirm them) as set forth herein.

4.      BlockFi entered into a pledge agreement with Emergent Fidelity Technologies Ltd. ("Emergent") as of November 9, 2022 (the "Pledge Agreement").  The Pledge Agreement was

---

[2] Capitalized terms not otherwise defined in this declaration shall have the same meanings ascribed to such terms in the Motion.

given in consideration for BlockFi Lending and BlockFi International entering into an Amendment

& Forbearance Agreement also dated November 9, 2022 (the "Forbearance Agreement").

5.      Under the Forbearance Agreement, BlockFi Lending and BlockFi International

agreed to forbear from exercising certain rights and remedies then available to them under various

loan documents as a result of multiple events of default.  BlockFi Lending and BlockFi

International also agreed to extend certain payment obligations, provided the borrower complied

with its obligations under the Forbearance Agreement, including making timely payments in

accordance with a payment schedule described therein.

6.      Emergent acknowledged it would receive a direct or indirect benefit from BlockFi

entering into the Forbearance Agreement.

7.      Under the Pledge Agreement, Emergent absolutely, unconditionally, and

irrevocably guaranteed the payment obligations of the borrower under the Forbearance Agreement.

Emergent's guaranty was secured by a first priority security interest—in favor of BlockFi—in all

of Emergent's rights, titles, and interests in, among other things, the Collateral which  includes

certain shares of common stock.  The Collateral has value to the BlockFi bankruptcy estates.

8.      Emergent did not satisfy its payment obligations under the Pledge Agreement or

promptly deliver the Collateral to BlockFi Inc.  BlockFi Inc. has perfected its security interest in

the Collateral through the filing of a UCC-1 Financing Statement.

9.      In the Pledge Agreement, Emergent granted BlockFi a power of attorney to act as

its true and lawful attorney-in-fact with full and irrevocable power and authority in Emergent's

name or in its own name, to take after an event of default, any and all action and to execute any

and all documents and instruments which BlockFi deems necessary or desirable to accomplish the

purposes of the Pledge Agreement.

10.     According to the Pledge Agreement, ED&F Man Capital Markets Inc. ("EDFM")—Emergent's broker who is designated as the custodial entity under the Pledge Agreement—holds the Collateral in a specified numbered account.

11.     On November 10, 2022, BlockFi Lending and BlockFi International sent a letter (the "Notice Letter") to Emergent notifying it that the forbearance period had ended due to an event of default, including borrower's failure to timely make a required payment in accordance with the payment schedule and that all obligations were immediately due and payable.  A true and correct copy of the Notice Letter (without the attachment) is attached hereto as **Exhibit A-1**.

12.     BlockFi reasonably believes all of the Collateral is currently in the possession, custody, and/or control of EDFM.  Following the event of default, BlockFi sought to have the Collateral transferred to it, but EDFM has refused to transfer the Collateral to BlockFi.

13.     On November 28, 2022, BlockFi and its debtor affiliates as debtors and debtors-in-possession (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code thereby commencing the above-captioned  chapter 11 cases (the "Chapter 11 Cases").  Emergent and EDFM have been or will be served with notice of the Chapter 11 Cases.

*[Signature Page Follows]*

4

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing

statements are true and correct.

Executed on November 27, 2022 By: _____

Name: Zachary Prince
Title: Chief Executive Office
BLOCKFI, INC.