# EXHIBIT B-1

# HAYNES BOONE



November 14, 2022

Thomas A. Hayes Jr.   *via email*
Senior Vice President
General Counsel
E D & F Man Capital Markets Inc.
140 East 45th Street, 10th Floor
New York, New York 10017
thayes@edfmancapital.com

RE:   E D & F Man Capital Markets Inc ("**EDFM**"). Account Number 49*-305**COMBINED (the "**Account**") holding Collateral Shares of Class A Common Stock of Robinhood (Ticker: HOOD) (the "**Collateral**") securing that certain Pledge Agreement (the "**Emergent Pledge Agreement**") entered into as of November 9, 2022, by and among BlockFi Lending LLC ("**BlockFi Lending**"), BlockFi International Ltd ("**BlockFi International**" and together, "**BlockFi**")), and Emergent Fidelity Technologies Ltd. ("**Emergent**").  Unless specified otherwise, capitalized terms not defined herein shall have the same meanings assigned in the Emergent Pledge Agreement.

Dear Mr. Hayes:

We represent BlockFi Lending and BlockFi International.  Emergent has guaranteed the repayment of certain obligations of Alameda Research Limited to BlockFi and has pledged a first priority security interest in and to all of Emergent's rights, titles and interests in the Collateral pursuant to the terms of the Emergent Pledge Agreement, a copy of which is attached.  This notice follows up on your email communications with, among others, Jonathan Mayers and Zac Prince at BlockFi on November 10 and 11, 2022 (the "**Communications**").

As EDFM was notified in the Communications, BlockFi notified Emergent of an Event of Default under the Emergent Pledge Agreement, that Emergent's Guaranteed Obligations were immediately due and payable, and that BlockFi intended to exercise all available remedies thereunder.

Pursuant to Section 6 of the Emergent Pledge Agreement, Emergent irrevocably appointed BlockFi and any of its officers or agents as its lawful attorney-in-fact with irrevocable power and authority in the name of Emergent or in its own name, to cause, among other things, the Collateral to be transferred or sold after the occurrence of an Event of Default.  BlockFi hereby demands, pursuant to the powers granted to it as attorney-in-fact for Emergent pursuant to Section 6 of the Emergent Pledge Agreement that EDFM immediately transfer to it all of the Collateral.  Upon EDFM's confirmation that it will comply with this demand, BlockFi will provide written instructions for the transfer of the Collateral.

**Haynes and Boone, LLP**        2323 Victory Avenue | Suite 700 | Dallas, TX 75219
                               T: 214.651.5000 | haynesboone.com

# HAYNES BOONE

Thomas A. Hayes Jr.
November 14, 2022
Page 2

In the event that EDFM refuses to comply with this demand, BlockFi hereby demands based on its first priority security interest in the Collateral, that EDFM take all steps necessary to preserve the Collateral and to confirm that none of the Collateral will be transferred to any party other than BlockFi absent a valid, enforceable, and non-appealable order from a court of competent jurisdiction. The transfer of all or any part of the Collateral to any party other than BlockFi will cause BlockFi to suffer irreparable harm.

Please confirm that EDFM will either (i) comply with our demand to transfer the Collateral to us, or (ii) hold all Collateral subject to (a) further instructions from BlockFi in accordance with its rights as attorney-in-fact under Section 6 of the Emergent Pledge Agreement (which may include instructions to liquidate the Collateral) and/or (b) court order as described herein.

Time is of the essence with respect to these matters. Therefore, BlockFi requests a response to this demand and request at your earliest convenience, but no later than 12 noon, New York time, on Tuesday, November 15, 2022.

Should you have any questions or wish to discuss this matter in more detail, please do not hesitate to contact me.

Very truly yours,

Richard D. Anigian
Direct Phone Number: (214) 651-5633
Direct Fax Number: (214) 200-0354
rick.anigian@haynesboone.com

RDA/pam

cc: Emergent Fidelity Technologies Ltd.    *via email*
    Unit 3B Bryson's Commercial Complex
    Friars Hill Road
    St. Johns, Antigua
    Attn: Sam Bankman-Fried
    sam@ftx.com

Attachment