# EXHIBIT B-2

**Therese M. Doherty**
212 692 6722
tdoherty@mintz.com



Chrysler Center
666 Third Avenue
New York, NY
212 935 3000
mintz.com

November 14, 2022

<u>**VIA EMAIL: rick.anigian@haynesboone.com**</u>

Richard D. Anigian, Esq.
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219

    Re:    E D & F Man Capital Markets Inc. Account Number 49*-305**COMBINED / BlockFi / Alameda Research Limited / Emergent Fidelity Technologies Inc.

Dear Mr. Anigian:

    This firm is counsel to E D & F Man Capital Markets Inc. ("MCM"). We write in response to your letter to Thomas A. Hayes, Jr., Esq. dated November 14, 2022.

    In light of the Chapter 11 petitions filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by FTX Trading Ltd,, Case No. 22-11068, Alameda Research Limited, Case No. 22-11067, and their affiliated entities (the "Bankruptcy"), and the automatic stay pursuant to 11 U.S.C. § 362, MCM hereby rejects the demand made on behalf of of BlockFi Lending LLC and/or BlockFi International Ltd. (collectively, "BlockFi") to transfer to BlockFi assets held at MCM in account number 499-30500 (the "Assets").

    MCM hereby confirms that MCM will not transfer, or grant control over, to any third party any of the Assets absent an order from the Bankruptcy Court or other court with jurisdiction over the Assets.

    Please direct all future communications regarding this matter to me.

                              Sincerely,

                              /s/ Therese M. Doherty

cc: Thomas A. Hayes, Jr., Esq.