# EXHIBIT B-3

| From: | Collins, LisaMarie |
|---|---|
| To: | Anigian, Rick |
| Cc: | Walsh, Kaitlin; Jones, Charlie; Doherty, Therese |
| Subject: | RE: BlockFi Lending and BlockFi International |
| Date: | Wednesday, November 16, 2022 4:59:49 PM |

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Rick-

This will confirm that it appears that Emergent Fidelity Technologies Ltd. is an affiliate of Alameda Research Ltd. and that the assets in the accounts at ED&F in the names of Alameda Research Ltd. and Emergent Fidelity Technologies Ltd. are property of the estate of one or more debtors in bankruptcy and subject to the automatic stay imposed by 11 U.S.C. § 362. In all events, all assets in accounts at ED&F in the name of Alameda Research Ltd. and Emergent Fidelity Technologies Ltd. will remain at ED&F until ordered otherwise by a court with jurisdiction over the assets.

Regards,

**LisaMarie Collins** (*she/her/hers*)
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6252
LCollins@mintz.com | Mintz.com

**From:** Anigian, Rick <Rick.Anigian@haynesboone.com>
**Sent:** Wednesday, November 16, 2022 8:45 AM
**To:** Doherty, Therese <TDoherty@mintz.com>
**Cc:** Collins, LisaMarie <LCollins@mintz.com>; Walsh, Kaitlin <KRWalsh@mintz.com>; Jones, Charlie <Charlie.Jones@haynesboone.com>
**Subject:** RE: BlockFi Lending and BlockFi International

Therese,

Thanks for your response. Do you have some time this afternoon to discuss this matter? If so, please let us know your availability.

Thanks,

Rick

**Rick Anigian** | Partner
rick.anigian@haynesboone.com | (t) +1 214.651.5633

**From:** Doherty, Therese <TDoherty@mintz.com>
**Sent:** Monday, November 14, 2022 1:43 PM
**To:** Anigian, Rick <Rick.Anigian@haynesboone.com>
**Cc:** Thomas A. Hayes (thayes@edfmancapital.com) <thayes@edfmancapital.com>; Collins, LisaMarie <LCollins@mintz.com>; Walsh, Kaitlin <KRWalsh@mintz.com>
**Subject:** BlockFi Lending and BlockFi International

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Dear Mr. Angian,

Please see the attached letter.

Sincerely,

**Therese M. Doherty**
*Member / Co-Chair, Financial Services Practice*
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue, New York, NY 10017
+1.212.692.6722 Direct
+1.646.379.2780 Cell
TDoherty@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments
to this message are intended for the exclusive use of the addressee(s)
and may contain confidential or privileged information. If you are not
the intended recipient, or the person responsible for delivering the
email to the intended recipient, be advised you have received this
message in error and that any use, dissemination, forwarding, printing,
or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn,
Ferris, Glovsky and Popeo sender immediately, and destroy all copies
of this message and any attachments.