# EXHIBIT  D

DocuSign Envelope ID: 2509276CC-904D-432F-93BA-3533DF16593

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Richard D. Anigian, Esq. (*pro hac vice*)
Charles M. Jones II, Esq. (*pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
rick.anigian@haynesboone.com
charlie.jones@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

|  |  |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br><br><div align=right>Debtors.[1]</div> | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| BLOCKFI INC., BLOCKFI LENDING LLC AND<br>BLOCKFI INTERNATIONAL LLC,<br><br><div align=center>Plaintiffs,</div><br><div align=center>-against-</div><br>EMERGENT FIDELITY TECHNOLOGIES LTD.<br>AND ED&F MAN CAPITAL MARKETS, INC.,<br><br><div align=center>Defendants.</div> | Adv. Pro. No. 22-01382 (MBK) |

**SUPPLEMENTAL DECLARATION OF ZACHARY PRINCE IN
SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO SECTIONS 105(a), 542, AND 543 OF THE BANKRUPTCY
CODE (I) DIRECTING THE COLLATERAL BE TRANSFERRED TO A
NEUTRAL BROKER OR ESCROW UNDER THE COURT'S SUPERVISION
OR (II) ENJOINING THE DEFENDANTS FROM TRANSFERRING
OR USING THE COLLATERAL PENDING FINAL
<u>RESOLUTION OF THE TURNOVER  CLAIMS</u>**

---

[1] The Debtors in these chapter 11 cases (the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

DocuSign Envelope ID: 2509766C-994D-48BF-93BA-35320212E502

I, Zachary Prince, hereby declare as follows under penalty of perjury:

1. I am over eighteen and have never been convicted of a felony or other crime involving moral turpitude, and do not suffer from any mental or physical disability that would render me incompetent to make this declaration. I am able to swear, and I hereby do swear, that all of the facts stated in this declaration are true and correct and within my personal knowledge or are known to me by reason of my position and involvement in this proceeding.

2. I am employed by BLOCKFI INC. ("BlockFi Inc.") as its Chief Executive Officer. I am also the President of BlockFi Lending LLC ("BlockFi Lending") and the Chief Executive Officer of BlockFi International LLC ("BlockFi International" and together with BlockFi Inc. and BlockFi Lending, "BlockFi"). Accordingly, I am generally familiar with the business operations, business and financial affairs, and books and records of BlockFi.

3. I am authorized to submit this supplemental declaration on behalf of BlockFi in support of the *Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow under the Court's Supervision or (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims* (the "Motion").[2] If I was called upon to testify, I could and would testify to each of the factual allegations contained in the Motion (and hereby affirm them) as set forth herein.

4. BlockFi Lending and Alameda Research Limited ("Alameda") entered into a Master Digital Currency Loan Agreement (the "US Loan Agreement") as of July 15, 2019, whereby BlockFi Lending agreed to lend Digital Currency (as defined in the US Loan Agreement)

---

[2] Capitalized terms not otherwise defined in this declaration shall have the same meanings ascribed to such terms in the Motion.

DocuSign Envelope ID: 250B76GC-9940-42BF-93BA-35320B1E693B

to Alameda on the terms and conditions set forth in the US Loan Agreement. A true and correct copy of the US Loan Agreement is attached hereto **Exhibit D-1**.

5.       BlockFi International and Alameda entered into a Master Loan Agreement as of August 14, 2020, whereby BlockFi International agreed to lend Digital Currency, Dollars, or Alternative Currency (as those terms are defined therein) to Alameda on the terms and conditions set forth in the August 14, 2020 Master Loan Agreement. A true and correct copy of the August 14, 2020 Master Loan Agreement is attached hereto as **Exhibit D-2**.

6.       BlockFi International and Alameda entered into an Amended and Restated Master Loan Agreement (the "International Loan Agreement") as of January 26, 2022, that replaced the August 14, 2020 Master Loan Agreement. Under the International Loan Agreement, BlockFi International agreed to lend Digital Currency, Dollars, or Alternative Currency (as those terms are defined therein) to Alameda on the terms and conditions set forth in the International Loan Agreement. A true and correct copy of the International Loan Agreement is attached hereto as **Exhibit D-3**.

7.       In early November 2022, Alameda was in default under the US Loan Agreement and the International Loan Agreement.

8.       Thereafter, BlockFi Lending and BlockFi International entered into an Amendment & Forbearance Agreement with Alameda (the "Forbearance Agreement") as of November 9, 2022. A true and correct copy of the Forbearance Agreement is attached hereto as **Exhibit D-4**.

9.       As a condition to the effectiveness of the Forbearance Agreement, BlockFi Inc., BlockFi Lending, and BlockFi International entered into a pledge agreement with Alameda as of November 9, 2022 (the "Alameda Pledge Agreement"). A true and correct copy of the Alameda Pledge Agreement is attached hereto as **Exhibit D-5**.

10.     As a condition to the effectiveness of the Forbearance Agreement, BlockFi Inc., BlockFi Lending, and BlockFi International entered into a pledge agreement with Emergent Fidelity Technologies Limited ("Emergent") as of November 9, 2022 (the "Emergent Pledge Agreement").  A true and correct copy of the Pledge Agreement is attached hereto as **Exhibit D-6**.

11.     Under the Emergent Pledge Agreement, Emergent "guarant[ied], irrevocably, absolutely and unconditionally, as primary obligor and not merely as surety, to [BlockFi], the due and punctual payment (now existing or hereinafter incurred, direct or indirect, matured or unmatured, absolute or contingent, whether at stated maturity, by acceleration or otherwise)" of Alameda's debts to BlockFi International and BlockFi Lending under the International Loan Agreement and the US Loan Agreement, respectively.  To secure its payment obligations under the Pledge Agreement, Emergent pledged certain collateral to BlockFi Lending and BlockFi International (the "Collateral") as set forth in the Pledge Agreement.

12.     On November 10, 2022, BlockFi Inc. filed a UCC-1 Financing Statement concerning the Collateral.  A true and correct copy of the file stamped UCC-1 Financing Statement is attached hereto as **Exhibit D-7**.

13.     Alameda defaulted on its obligations under the International Loan Agreement.  As of November 28, 2022, the amount due and owing to BlockFi International under the International Loan Agreement was approximately $540 million.

14.     Alameda also defaulted on its obligations under the US Loan Agreement.  As of November 28, 2022, the amount due and owing to BlockFi Lending under the US Loan Agreement was approximately $120 million.

*[Signature Page Follows]*

DocuSign Envelope ID: 250076CC-984D-432F-93BA-353302F1C932

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing

statements are true and correct.

Executed on December 18, 2022

By: _____

Name: Zachary Prince