# EXHIBIT E

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>*Proposed Attorneys for Debtors and*<br>*Debtors in Possession* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Richard D. Anigian, Esq. (*pro hac vice*)<br>Charles M. Jones II, Esq. (*pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>rick.anigian@haynesboone.com<br>charlie.jones@haynesboone.com<br><br>*Proposed Attorneys for Debtors and*<br>*Debtors in Possession* |

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>Debtors.[1]<br><br>BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br>Plaintiffs,<br>-against-<br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC.,<br>Defendants. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Pro. No. 22-01382 (MBK) |

**SUPPLEMENTAL DECLARATION OF RICHARD D. ANIGIAN IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(a), 542, AND 543 OF THE BANKRUPTCY CODE (I) DIRECTING THE COLLATERAL BE TRANSFERRED TO A NEUTRAL BROKER OR ESCROW UNDER THE COURT'S SUPERVISION OR (II) ENJOINING THE DEFENDANTS FROM TRANSFERRING OR USING THE COLLATERAL <u>PENDING FINAL RESOLUTION OF THE TURNOVER CLAIMS</u>**

I, Richard D. Anigian, hereby declare as follows under penalty of perjury:

---

[1] The Debtors in these chapter 11 cases (the "<u>Debtors</u>"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

1. I am over eighteen and have never been convicted of a felony or other crime involving moral turpitude, and do not suffer from any mental or physical disability that would render me incompetent to make this declaration. I am able to swear, and I hereby do swear, that all of the facts stated in this declaration are true and correct and within my personal knowledge or are known to me by reason of my position and involvement in this proceeding.

2. I am an attorney licensed to practice in the State of Texas since November 1985. I have at all times thereafter been a member in good standing with the State Bar of Texas. I have been admitted *pro hac vice* to this Court to represent the Debtors in this Adversary Proceeding.

3. I am a partner in the law firm of Haynes and Boone, LLP and have been a member of the law firm's litigation department since 1987.

4. I submit this supplemental declaration in order to present documents relevant to and in support of the *Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow under the Court's Supervision or (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims* (the "Motion") on behalf of BLOCKFI INC. ("BlockFi Inc."), BlockFi Lending LLC ("BlockFi Lending") and BlockFi International LLC ("BlockFi International" and together with BlockFi Inc. and BlockFi Lending, "BlockFi"). If I were called upon to testify, I could and would competently testify to the facts set forth herein.

5. Our firm requested and received copies of the following documents from the Antigua and Barbuda Financial Services Regulatory Commission (where I understand items of this kind are maintained) that reflect the application and associated documents to certify the incorporation of Emergent Fidelity Technologies Ltd. ("Emergent") as an International Business

2

Corporation in Antigua and Barbuda:

- Certificate of Incorporation for Emergent, a copy of the certificate with seal is attached hereto as **Exhibit E-1**

    o Reflecting certification by the Financial Services Regulatory Commission of Emergent pursuant to Section 9 of the International Business Corporations Act;

- Application for International Business Charter for Emergent, a file-stamped copy of which is attached hereto as **Exhibit E-2;**

- Articles of Incorporation and General By-Law (No. 1) of Emergent, a file-stamped copy of which is attached hereto as **Exhibit E-3**

    o The General By-Laws of Emergent indicate Samuel Bankman-Fried as the sole director of Emergent;

- Notice of Registered Office for Emergent, a file-stamped copy of which is attached hereto as **Exhibit E-4**; and

- Notice of Directors of Emergent, a file-stamped copy of which is attached hereto as **Exhibit E-5**

    o Identifying Samuel Bankman-Fried as the sole director of Emergent.

6. On May 12, 2022, Emergent filed a Schedule 13D with the United States Securities and Exchange Commission ("SEC"), reflecting its ownership of 56,273,469 Class A Common Stock in Robinhood Markets, Inc. A certified copy of the SEC Schedule 13D is attached hereto as **Exhibit E-6**.

- Item 2 of Schedule 13D provides in part:

    o This Statement relates to Shares held by Emergent; and

    o The principal business of Emergent is the making of investments in securities and other assets.

- Item 3 of Schedule 13D provides in part:

    o The Shares reported herein were purchased by Emergent using working capital. . . . All or part of the Shares owned by the Reporting Persons [Emergent and Samuel Bankman-Fried] may from time to time be pledged

3

with one or more banking institutions or brokerage firms as collateral for loans . . . .

7. On December 12, 2022, Mr. Samuel Benjamin Bankman-Fried, on behalf of himself and Emergent, submitted an affidavit to the Eastern Caribbean Supreme Court in the High Court of Justice of Antigua and Barbuda in claim number ANUHCV2022/0480. A file-marked copy of Mr. Bankman-Fried's affidavit and the exhibits attached thereto are attached hereto as **Exhibit E-7**.

- In his Affidavit, Mr. Bankman-Fried averred that he is the 90 percent shareholder in Emergent.

*[Signature Page Follows]*

4

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on December 19, 2022

By: _____
Name: Richard D. Anigian
Title: Partner, Haynes and Boone, LLP