# EXHIBIT E-1

**IBC No.: 17532**



**ANTIGUA AND BARBUDA**
**FINANCIAL SERVICES REGULATORY COMMISSION**

# CERTIFICATE OF INCORPORATION

## EMERGENT FIDELITY TECHNOLOGIES LTD.

The undersigned **HEREBY CERTIFIES**, pursuant to Section 9 of the International Business Corporations Act, Cap. 222, of the Revised Laws of Antigua and Barbuda, that the above named company was incorporated under the laws of Antigua and Barbuda having complied with the applicable requirements of the said Act.

**Chief Executive Officer**
Financial Services Regulatory Commission

**REGISTERED AT: ST. JOHN'S ANTIGUA, ON APRIL 22, 2022**