# EXHIBIT E-2



# Antigua and Barbuda
# Financial Services Regulatory Commission

FINANCIAL SERVICES
REGULATORY COMMISSION

APR 2 2 2022

FILED

## THE INTERNATIONAL BUSINESS CORPORATIONS ACT
## APPLICATION FOR INTERNATIONAL BUSINESS CHARTER

This form must be submitted with all supporting documentation and a fee of US$302.00 and can be downloaded from our website in Adobe Acrobat format and information can be entered directly into the form. Alternatively, the form can be printed and completed with the use of a typewriter. Any information provided on additional sheets must be signed and dated. Where there is a question which is not applicable, please write "N/A" beside the question. All dates should be completed in the form: Day/Month/Year.

We hereby submit an application for International Business Charter for the below-named International Business Corporation.

**1. Date of Application:** 20/4/2022

## SECTION: I DETAILS OF CORPORATE MANAGEMENT & TRUST SERVICE PROVIDER (CMTSP)

**2. Name and address of Corporate Management and Trust Service Provider:**

| | |
|---|---|
| Name of CMTSP: | Corporate & Trust Services (Caribbean) Limited |
| Licence Number: | CMTSP0015 |
| Contact Person: | Arthur G. B. Thomas |
| Address: | Lower Factory Road, St. John's, Antigua |
| Telephone Number: | 460-5860 |
| Fax Number: | 562-1810 |

| Mobile Number: | (268) 764-0592 |
|---|---|
| E-mail Address: | athomas@thomasjohnlawyers.com |

| Website address, if any: | www.thomasjohn.com |
|---|---|

## SECTION: II DETAILS OF INTERNATIONAL BUSINESS CORPORATION (IBC)

**3. Name and address of International Business Corporation:**

| | |
|---|---|
| Name of IBC to be incorporated: | Emergent Fidelity Technologies Ltd. |
| Operating address: | Unit 3B Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua |

**4. Name and address of Registered Office:**

| | |
|---|---|
| Name of Registered Office: | Corporate & Trust Services (Caribbean) Limited |
| Address of Registered Office: | Lower Factory Road, St. John's, Antigua |

**5. Authorised number of shares by class (Bearer Shares are not allowed for licensed institutions):**

| | | | | | |
|---|---|---|---|---|---|
| ☑ No. of Registered Shares | 5,000 | ☐ No. of Common Shares | | ☐ No. of Other | |
| ☐ No. of Preferred Shares | | ☐ No. of Bearer Shares | | ☐ No. of Other | |

**6. Transferability restrictions on shares:** ☐ Yes ☑ No

**7. Number of Directors - Maximum:** 1  **Number of Directors - Minimum:** 3

**APPLICATION FOR INTERNATIONAL BUSINESS CHARTER**

| 8. Restrictions to Corporate purpose Clause: | ☑ Yes (Please specify below) | ☐ No |
|---|---|---|

The Company shall not engage in International Banking, Trust, Insurance, Betting and Bookmaking or any other activity which requires a Licence under the IBC Act.

| 9. Securities Regulations Documents: | ☐ Attached if applicable | ☑ Not applicable |
|---|---|---|

**10. Licence Application**

| ☐ Banking | ☐ Trust | ☐ Insurance | ☐ Gaming |
|---|---|---|---|

| 11. Unanimous shareholder Agreement: | ☐ Attached if applicable | ☑ Not applicable |
|---|---|---|

## SECTION: III  DOCUMENTATION WHICH FORMS PART OF THIS APPLICATION

| Documents | | Attached |
|---|---|---|
| 1. | Application for International Business Corporation Charter [original & two (2) copies (one certified copy returned)] | ☑ |
| 2. | Article of Incorporation [Original & two (2) copies] | ☑ |
| 3. | Licence Application [original & (2) copies] | ☐ |
| 4. | Unanimous Shareholders Agreement [original & two (2) copies] | ☐ |

## SECTION: IV  AUTHORIZATION

| Authorized Name: | Arthur G. B. Thomas | Signature: | |
|---|---|---|---|
| Title: | for Corporate & Trust Services (Caribbean) Ltd. | Date: | 20/04/2022 |

## SECTION: V  CONTACT DETAILS

Please forward completed form with any supporting material to:

**Manager of International Business Corporations and Other Non-Banking Financial Institutions**
**Financial Services Regulatory Commission**
P.O. Box 2674
St. John's, Antigua
**Tel:** (268)481-1194 ● **Fax:** (268)463-0422
**Email:** terry.smith@fsrc.gov.ag
Website: http://www.fsrc.gov.ag

FINANCIAL SERVICES
REGULATORY COMMISSION
APR 2 2 2022
FILED

C:\Documents and Settings\mfoster.FSRC\Desktop\IBC Forms\IBC Forms (Word Version)\IBC Schedule 1
Application for International Business Charter 08132010 v2.docx

Last Revised: 9/10/2010 10:24:59 AM

Page 2 of 2