# EXHIBIT E-4



# Antigua and Barbuda
# Financial Services Regulatory Commission



FINANCIAL SERVICES REGULATORY COMMISSION
APR 2 2 2022
FILED

### THE INTERNATIONAL BUSINESS CORPORATIONS ACT, [ Section 129]
### FORM 2 (a): NOTICE OF REGISTERED OFFICE

The form can be downloaded from our website in Adobe Acrobat format and information can be entered directly into the form. Alternatively, the form can be printed and completed with the use of a typewriter. Any information provided on additional sheets must be signed and dated. Where there is a question which is not applicable, please write "N/A" beside the question. All dates should be completed in the form: Day/Month/Year.

We hereby submit a notice of registered office for the below-named International Business Corporation.

**1. Date Submitted:** 20/04/2022

## SECTION: I  DETAILS OF CORPORATE MANAGEMENT & TRUST SERVICE PROVIDER (CMTSP)

**2. Name and address of Corporate Management and Trust Service Provider:**

| Field | Value |
|---|---|
| Name of CMTSP: | Corporate & Trust Services (Caribbean) Limited |
| Licence Number: | CMTSP0015 |
| Contact Person: | Arthur G. B. Thomas |
| Address: | Lower Factory Rd., St. John's, Antigua |
| Telephone Number: | (268) 460-5860 |
| Mobile Number: | (268) 764-0592 |
| Fax Number: | (268) 562-1810 |
| E-mail Address: | a.thomas@thomasjohnlawyers.com |
| Website address, if any: | www.thomasjohn.com |

## SECTION: II  DETAILS OF INTERNATIONAL BUSINESS CORPORATION (IBC)

**3. Name and address of International Business Corporation:**

| Field | Value |
|---|---|
| Name of IBC: | Emergent Fidelity Technologies Ltd. |
| Operating Address: | Unit 3B Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua |

**4. Name and address of Registered Office:**

| Field | Value |
|---|---|
| Name of Registered Office: | Corporate & Trust Services (Caribbean) Limited |
| Address of Registered Office: | Lower Factory Rd., St. John's, Antigua |

## SECTION: III  AUTHORIZATION

| Field | Value | Field | Value |
|---|---|---|---|
| Authorised Name: | Arthur G. B. Thomas | Signature: | [signed] |
| Title: | for Corporate & Trust Services (Caribbean) Limited | Date: | 20/04/2022 |

## SECTION: IV  CONTACT DETAILS

Please forward completed form with any supporting material to: