# EXHIBIT E-5




# Antigua and Barbuda
# Financial Services Regulatory Commission

FINANCIAL SERVICES REGULATORY COMMISSION
APR 2 2 2022
FILED

## THE INTERNATIONAL BUSINESS CORPORATIONS ACT, [ Section 67 (7) & 129]
### FORM 5 (a): NOTICE OF DIRECTORS

The form can be downloaded from our website in Adobe Acrobat format and can be completed by entering information directly into the form. Alternatively, the form can be printed and completed with the use of a typewriter. Any information provided on additional sheets must be signed and dated. Where there is a question which is not applicable, please write "N/A" beside the question. All dates should be completed in the form: Day/Month/Year.

We hereby submit a notice of appointment or removal of Directors for the below-named International Business Corporation.

**1. Date of Notice:** 20/04/2022

## SECTION: I  DETAILS OF CORPORATE MANAGEMENT & TRUST SERVICE PROVIDER (CMTSP)

**2. Name and address of Corporate Management and Trust Service Provider:**

| Field | Value |
|---|---|
| Name of CMTSP: | Corporate & Trust Services (Caribbean) Limited |
| Licence Number: | CMTSP0015 |
| Contact Person: | Arthur G. B. Thomas |
| Address: | Lower Factory Rd., St. John's, Antigua |
| Telephone Number: | (268) 460-5860 |
| Mobile Number: | (268) 164-0592 |
| Fax Number: | (268) 562-1810 |
| E-mail Address: | a.thomas@thomasjohnlawyers.com |
| Website address, if any: | www.thomasjohn.com |

## SECTION: II  DETAILS OF INTERNATIONAL BUSINESS CORPORATION (IBC)

**3. Name and address of International Business Corporation:**

| Field | Value |
|---|---|
| Name of IBC: | Emergent Fidelity Technologies Ltd. |
| IBC Number: | |
| Operating Address: | Unit 3B Bryson's Commercial Complex, Friar's Hill Road, St. John's, Antigua |

**4. Name and address of Registered Office:**

| Field | Value |
|---|---|
| Name of Registered Office: | Corporate & Trust Services (Caribbean) Limited |
| Address of Registered Office: | Lower Factory Rd., St. John's, Antigua |

## SECTION: III  DETAILS OF DIRECTORS

**5. The Directors of the above-named Corporation are:**

| Field | Value |
|---|---|
| Director Name 1: | Samuel Bankman-Fried |
| Residential Address: | Albany, New Providence, Bahamas |

FORM 5 (a): NOTICE OF DIRECTORS FOR INTERNATIONAL BUSINESS CORPORATION

| | |
|---|---|
| Occupation: | Businessman |
| Citizenship: | USA |
| Effective Date: | 20/04/2022 |
| **Director Name 2:** | N/A |
| Residential Address: | |
| Occupation: | |
| Citizenship: | |
| Effective Date: | |
| **Director Name 3:** | N/A |
| Residential Address: | |
| Occupation: | |
| Citizenship: | |
| Effective Date: | |
| **Director Name 4:** | N/A |
| Residential Address: | |
| Occupation: | |
| Citizenship: | |
| Effective Date: | |

## SECTION: IV AUTHORIZATION

| | | | |
|---|---|---|---|
| Authorised Name: | Arthur Thomas | Signature: | *[signed]* |
| Title: | for Corporate & Trust Services (Caribbean) Limited | Date: | 20/04/2022 |

## SECTION: V CONTACT DETAILS

Please forward completed form with any supporting material to:
**Manager of International Business Corporations and Other Non-Banking Financial Institutions**
**Financial Services Regulatory Commission**
P.O. Box 2674, St. John's, Antigua
**Tel:** (268)481-1194
**Fax:** (268)463-0422
**Email:** terry.smith@fsrc.gov.ag
**Website:** http://www.fsrc.gov.ag

FINANCIAL SERVICES REGULATORY COMMISSION
APR 2 2 2022
FILED