**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>**January 13, 2023, at 4:00 p.m. (ET)** |
| | **Hearing Date:**<br>**January 20, 2023, at 10:00 a.m. (ET)** |

**NOTICE OF BLOCKFI'S MOTION TO STRIKE PORTIONS OF THE DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, EXTEND THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that, on January 5, 2023, BlockFi, Inc. and its affiliates ("BlockFi") filed the *BlockFi's Motion to Strike Portions of the Declaration of Brian D. Glueckstein in Support of Debtors' Motion to Enforce the Automatic Stay or, in the Alternative, Extend the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before 4:00 p.m. (prevailing Eastern Time) on January 13, 2023,** and shall be served on so as to be received on or before the Objection Deadline by the undersigned counsel to BlockFi.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served, a hearing will be held before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware, 19801 on **January 20, 2023, at 10:00 a.m. (ET) (prevailing Eastern Time)**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 5, 2023 | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbot@morrisnichols.com<br><br>and<br><br>**HAYNES AND BOONE, LLP**<br><br>Richard S. Kanowitz (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian (admitted *pro hac vice*)<br>Charles M. Jones II (admitted *pro hac vice*)<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email:  Rick.Anigian@haynesboone.com<br>            Charlie.Jones@haynesboone.com<br><br>*Counsel for BlockFi Inc. and its affiliates* |