# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 378, 381 and 382** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 5, 2023, the undersigned counsel caused a copy of *BlockFi's Objection to the Debtors' Motion to Enforce the Automatic Stay or, in the Alternative, Extend the Automatic Stay* (D.I. 378), *Declaration of Richard D. Anigian in Support of BlockFi's Objection to the Debtors' Motion to Enforce the Automatic Stay* (D.I. 381), and *Blockfi's Motion to Strike Portions of the Declaration of Brian D. Glueckstein in Support of Debtors' Motion to Enforce the Automatic Stay or, in the Alternative, Extend the Automatic Stay* (D.I. 382) to be served in the manner indicated upon the parties on **Exhibit A**.

(*Signature page follows.*)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

| | |
|---|---|
| Dated: January 5, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br><br>and<br><br>**HAYNES AND BOONE, LLP**<br><br>Richard S. Kanowitz (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian (admitted *pro hac vice*)<br>Charles M. Jones II (admitted *pro hac vice*)<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email:  Rick.Anigian@haynesboone.com<br>           Charlie.Jones@haynesboone.com<br><br>*Counsel for BlockFi Inc. and its affiliates* |