# EXHIBIT A

| NAME | ADDRESS | EMAIL |
|---|---|---|
| A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | AMS@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, ESQ. | RPALACIO@ASHBYGEDDES.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| BUTLER SNOW LLP | ATTN: MARTIN SOSLAND | MARTIN.SOSLAND@BUTLERSNOW.COM |
| BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER | JEB.BAILEY@BUTLERSNOW.COM; CAM.HILLYER@BUTLERSNOW.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLAR, BRANDON M. HAMMER | JVANLARE@CGSH.COM; BHAMMER@CGSH.COM |
| COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ. | SCOTT.COUSINS@COUSINS-LAW.COM; SCOTT.JONES@COUSINS-LAW.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | STATETREASURER@STATE.DE.US |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM; |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ | RICHARD.KANOWITZ@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II | RICK.ANIGIAN@HAYNESBOONE.COM; CHARLIE.JONES@HAYNESBOONE.COM |
| HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI | WARREN.GLUCK@HKLAW.COM; MARIE.LARSEN@HKLAW.COM; DAVID.WIRT@HKLAW.COM; JESSICA.MAGEE@HKLAW.COM; SHARDUL.DESAI@HKLAW.COM |
| KASHISHIAN LAW LLC | ATTN: ANN KASHISHIAN | AMK@KASHISHIANLAW.COM |

| | | |
|---|---|---|
| KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS | LOUIS.PHILLIPS@KELLYHART.COM |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON | MICHAEL.ANDERSON@KELLYHART.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM; PIERCE@LRCLAW.COM |
| MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS | JPRICE@MANIERHEROD.COM; MLEE@MANIERHEROD.COM; SWILLIAMS@MANIERHEROD.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. | MMORANO@MDMC-LAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWISLAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III, MATTHEW C. ZIEGLER | JOHN.GOODCHILD@MORGANLEWIS.COM; MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK, DAVID K. SHIM | JOSHUA.DORCHAK@MORGANLEWIS.COM; DAVID.SHIM@MORGANLEWIS.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER | MHARVEY@MORRISNICHOLS.COM; PTOPPER@MORRISNICHOLS.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON | APATTERSON@LAW.GA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF MASSACHUSETTS | ATTN: CELINE E. DE LA FOSCADE-CONDON | DELAFOSCAC@DOR.STATE.MA.US |
| OFFICE OF THE ATTORNEY GENERAL OF MISSOURI | ATTN: STEVEN A. GINTHER | DEECF@DOR.MO.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN | ROMA.DESAI@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING | STEPHEN.MANNING@ATG.WA.GOV |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING | JOHN.REDING@ILAG.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |

| Firm | Attention | Email |
|---|---|---|
| PAUL HASTINGS LLP | ATTN: LUC A. DESPINS, EREZ GILAD; KRISTOPHER M. HANSEN; SAMANTHA MARTIN, KENNETH PASQUALE, GABRIEL SASSON, ISAAC SASSON | LUCDESPINS@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; GABESASSON@PAULHASTINGS.COM; ISAACSASSON@PAULHASTINGS.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN, SAMEEN RIZVI | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM; SRIZVI@POTTERANDERSON.COM |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES | BSIMMS@LENNOXPATON.COM; KEVIN.CAMBRIDGE@PWC.COM; PETER.GREAVES@HK.PWC.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: WILLIAM A. BURCK, KATHERINE A. LEMIRE, SASCHA RAND, K. JOHN SHAFFER, | WILLIAMBURCK@QUINNEMANUEL.COM; KATHERINELEMIRE@QUINNEMANUEL.COM; SASCHARAND@QUINNEMANUEL.COM; |
| REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. | NPASALIDES@REICHPC.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH | GROSS@RLF.COM; HEATH@RLF.COM; QUEROLI@RLF.COM; SCHLAUCH@RLF.COM |
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | JACQUELYN.CHOI@RIMONLAW.COM |
| RIMON, P.C. | ATTN: FREDERICK CHANG | FREDERICK.CHANG@RIMONLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, JACOB M. CROKE, NICOLE FRIEDLANDER, STEVEN R. PEIKIN, JAMES M. MCDONALD | DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM; CROKEJ@SULLCROM.COM; FRIEDLANDERN@SULLCROM.COM; PEIKINS@SULLCROM.COM; MCDONALDJ@SULLCROM.COM |

| | | |
|---|---|---|
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN | BSULLIVAN@SHA-LLC.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL | INFO@SCB.GOV.BS |
| TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE | PHAGE@TAFTLAW.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON | WARD.W.BENSON@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS | STANTON.C.MCMANUS@USDOJ.GOV; SETH.SHAPIRO@USDOJ.GOV |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | JENNIFER.ROOD@VERMONT.GOV |
| WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER | JESSICA.LAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; BRIAN.PFEIFFER@WHITECASE.COM; MARK.FRANKE@WHITECASE.COM; BRETT.BAKEMEYER@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE | TLAURIA@WHITECASE.COM; RKEBRDLE@WHITECASE.COM |
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | ATTN: MATTHEW BARRY LUNN, ROBERT F. POPPITI, JR. | BANKFILINGS@YCST.COM; MLUNN@YCST.COM; RPOPPITI@YCST.COM |