**CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 6th day of January, 2023, I caused the foregoing *Limited Objection and Reservation of Rights of Paradigm Operations LP to Motion of Debtors for Entry of Final Order (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b), and (III) Granting Related Relief* to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

*/s/ Evelyn J. Meltzer*
Evelyn Meltzer (DE Bar No. 4581)

#137792160 v1

## Service List

**By Email & First Class Mail**
*(Proposed Counsel to the Debtors)*
Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, and Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

**By Email & First Class Mail**
*(Proposed Counsel to the Debtors)*
Adam G. Landis, Kimberly A. Brown, and Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

**By Email & First Class Mail**
Benjamin A. Hackman, Juliet M. Sarkessian, and David Gerardi
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
benjamin.a.hackman@usdoj.gov
Juliet.M.Sarkessian@usdoj.gov
david.gerardi@usdoj.gov

**By Email & First Class Mail**
*(Proposed Counsel to the Official Committee of Unsecured Creditors)*
Kristopher M. Hansen, Luc A. Despins, Kenneth Pasquale, Erez E. Gilad. and Gabriel E. Sasson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

**By Email & First Class Mail**
*(Proposed Counsel to the Official Committee of Unsecured Creditors)*
Matthew B. Lunn and Robert F. Poppiti, Jr.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com
mlunn@ycst.com
rpoppiti@ycst.com

#137792160 v1