# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 389** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a true and correct copy of the **Reservation of Rights of the Lightspeed Funds With Respect to the Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief** [Docket No. 389] was served upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

Dated: January 6, 2023

**COLE SCHOTZ P.C.**

*/s/ Andrew J. Roth-Moore*
Andrew J. Roth-Moore (No. 5988)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: aroth-moore@coleschotz.com

*Counsel for Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.