**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| In re | |
| FTX DIGITAL MARKETS LTD.,[2] | Chapter 15 |
| | Case No. 22-11217 (JTD) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF ENTRY INTO AGREEMENT REGARDING MUTUAL COOPERATION**

**PLEASE TAKE NOTICE THAT:**

        1.      On December 9, 2022, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves (the "**Joint Provisional Liquidators**," in their capacity as the duly appointed joint provisional liquidators of FTX Digital Markets Ltd (the "**Chapter 15 Debtor**") and foreign representatives of the Provisional Liquidation of the Chapter 15 Debtor, filed the *Emergency Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. (I) for Relief from Automatic Stay and (II) to Compel Turnover of Electronic Records Under Sections 542, 1519(a)(3), 1521(a)(7) and 1522 of the Bankruptcy Code* [Case No. 22-11068 (JTD), Docket No.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtors (the "**Chapter 11 Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Chapter 11 Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] FTX Digital Markets Ltd. (in Provisional Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

197; Case No. 22-11217 (JTD), Docket No. 27] (the "**Emergency Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.     The Joint Provisional Liquidators and Chapter 11 Debtors (the "**Parties**") have negotiated and entered into an agreement regarding mutual cooperation, which is attached hereto as **Exhibit 1** (the "**Cooperation Agreement**").  The Cooperation Agreement is subject to approval of this Court and sanction of the Supreme Court of the Commonwealth of the Bahamas as contemplated in the Cooperation Agreement.

3.     In light of their entry into the Cooperation Agreement, the Parties believe the hearing on the Emergency Motion currently scheduled for January 13, 2023 at 11:00 a.m. (Eastern Time) (the "**January 13th Hearing**") is no longer necessary.  Accordingly, the Parties intend to seek permission from the Court to cancel the January 13th Hearing.

*[Remainder of page intentionally left blank]*

January 7, 2023

/s/ Kevin Gross
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
David T. Queroli (Bar No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Mark Franke (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Brandon Batzel (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
jessica.lauria@whitecase.com
cshore@whitecase.com
mark.franke@whitecase.com
brett.bakemeyer@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
brian.pfeiffer@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators*
*of FTX Digital Markets Ltd.*

/s/ Adam G. Landis
**LANDIS RATH & COBB LLP**
Adam G. Landis (Bar No. 3407)
Kimberly A. Brown (Bar No. 5138)
Matthew R. Pierce (Bar No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

– and –

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Proposed Counsel for the Debtors*
*and Debtors-in-Possession*