IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref No. 268 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
BETWEEN THE DEBTORS AND 1450 BRICKELL, LLC**

The undersigned proposed counsel for FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") hereby certifies that:

1. On December 21, 2022, the Debtors filed with the Court *Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Leases Effective as of the Rejection Date and (II) Abandon Personal Property, if any, Associated Therewith* [D.I. 268] (the "Motion") seeking to, among other things, reject the Office Lease Agreement (the "Lease") with 1450 Brickell, LLC (the "Counterparty").

2. On January 6, 2023, the Debtors and the Counterparty entered into a stipulation (the "Stipulation") consensually resolving the Motion and agreeing to mutual rejection of the Lease. Attached hereto as Exhibit A is a proposed form of order approving the Stipulation (the "Order"). Attached as Exhibit 1 to the Order is the Stipulation.

3. The Order has been circulated to counsel to the Counterparty, the Office of the United States Trustee and the Official Committee of Unsecured Creditors appointed in

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4870-7017-8376 v.3

these Chapter 11 Cases (collectively, the "Parties"). The Parties have advised that they do not object to the entry of the Order.

    4.  Accordingly, the Debtors respectfully request entry of the Order attached hereto as Exhibit A at the Court's earliest convenience.

Dated: January 7, 2023
   Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
    brown@lrclaw.com
    pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
    bromleyj@sullcrom.com
    gluecksteinb@sullcrom.com
    kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*