**EXHIBIT 2**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. —45 & 157** |

**FINAL ORDER (I) AUTHORIZING THE DEBTORS TO MAINTAIN A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MATRIX FOR EACH DEBTOR, (II) AUTHORIZING THE DEBTORS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS AND PERSONAL INFORMATION OF INDIVIDUALS ON A FINAL BASIS AND (III) GRANTING CERTAIN RELATED RELIEF**

─────────Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Final Order") (a) authorizing the Debtors to (i) maintain the Creditor Matrix in lieu of submitting a separate creditor matrix for each Debtor and (ii) redact or withhold certain confidential information of customers and personal information of individuals, (b) establishing procedures for notifying the parties of the commencement of these Chapter 11 Cases and (c) granting related relief; and this Court having entered the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. —];157];  and this Court having jurisdiction to consider

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

{1368.002-W0069056.}

the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, and their creditors ~~and all other parties in interest~~; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.  The Motion is GRANTED on a final basis as set forth herein.

    2.  The requirements of Local Rules 1007(a)(2) and 2002-1(f)(v) that separate mailing matrices be submitted for each Debtor are waived, and the Debtors are authorized to submit a consolidated list of creditors; *provided* that if any of these Chapter 11 Cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its own creditor mailing matrix.

3. The Debtors shall cause such list to be made available in readable electronic format (or in non-electronic format at such requesting party's sole cost and expense) upon reasonable request by parties-in-interest.

4. The Debtors are authorized, on a final basis, <ins>pursuant to section 107(b)(1) of the Bankruptcy Code,</ins> to redact the names, addresses and e-mail address~~es~~ of their customers from any filing<ins>s</ins> with the Court or made publicly available in these Chapter 11 Cases~~.~~<ins>, *provided, however*, that the authorization to redact the names of customers and the addresses of institutional customers is only until the date that is 180 days from the date of the entry of this Order (such date, the "Redaction Deadline").</ins>

5. The Debtors are authorized, on a final basis, to redact (a) the addresses and e-mail addresses of their individual creditors and <ins>individual</ins> equity holders<ins>,</ins> and (b) the name, addresses and e-mail address of any individual creditors or <ins>individual</ins> equity holders ~~protected by~~<ins>who are citizens of</ins> the ~~GDPR~~<ins>United Kingdom or any European Union member country</ins>, from any filing<ins>s</ins> with the Court or made publicly available in these Chapter 11 Cases.

<ins>6. The rights of the Debtors, the Official Committee of Unsecured Creditors, and all other parties in interest to seek an extension of the Redaction Deadline, or to request authorization to redact any personal information of customers, creditors or equity holders on any other grounds, are reserved.</ins>

<ins>7. For the absence of doubt, the Debtors shall file an unredacted creditor matrix under seal with the Court.</ins>

~~6.~~<ins>8.</ins> Notwithstanding anything to the contrary in the order relating to the retention of a claims agent, or any Local Rules or Bankruptcy Rules, the Claims and Noticing Agent is authorized, on a final basis<ins>,</ins> to (a) suppress from the Claims Register (i) the names,

addresses and e-mail addresses of the Debtors' customers ~~and of~~ until the Redaction Deadline, (ii) the names, addresses and e-mail addresses of any other individual creditors or individual equity holders ~~protected by the GDPR~~who are citizens of the United Kingdom or any European Union member country and (ii~~i~~) the addresses and e-mail addresses of the Debtors' customers (following the Redaction Deadline), other individual creditors or individual equity holders, (b) file affidavits of service ~~without disclosing~~redacting the (i) the names, addresses ~~or~~and e-mail addresses of the Debtors' customers ~~or of any~~ until the Redaction Deadline, (ii) the names, addresses and e-mail addresses of any other individual creditors or individual equity holders ~~protected by~~who are citizens of the ~~GDPR~~United Kingdom or (~~ii~~any European Union member country and (iii) the addresses ~~or~~and e-mail addresses of the Debtors' customers (following the Redaction Deadline), other individual creditors or individual equity holders, and (c) ~~to~~ withhold publication of proofs of claims filed by ~~individual creditors~~customers until the Redaction Deadline, *provided* that the Claims and Noticing Agent shall serve the Debtors' customers and creditors at their actual addresses and e-mail addresses, as necessary.

       ~~7.~~9.    The Debtors shall provide an unredacted Creditor Matrix, unredacted Consolidated Top 50 Creditor List, unredacted Schedules and Statements, an unredacted Claims Register, unredacted affidavits of service, withheld proofs of claim, and any other filings redacted pursuant to this Final Order, to (a) upon request, the ~~Court~~U.S. Trustee, the U.S. ~~Trustee~~Department of Justice, counsel to the U.S. Securities and Exchange Commission, counsel to state governmental agencies of the State of Texas, and any trustee, examiner and official committee appointed in these Chapter 11 Cases and (b) upon further order of the Court, any other party.

~~8.~~10.    Upon request of a party in interest, the Court may, upon a showing of good cause, release some or all of the ~~personally identifiable~~ information that is being redacted pursuant to the authority granted by this Final Order.  All parties' rights in this regard are reserved.

11.    To the extent a party in interest files a document on the docket in these Chapter 11 Cases that is required to be served on creditors whose information is under seal pursuant to this Final Order, such party in interest should contact counsel for the Debtors who shall work in good faith, with the assistance of their Claims and Noticing Agent, to effectuate the service on such party's behalf.

12.    Nothing in this Final Order prohibits any customer, creditor or equity holder from voluntarily identifying itself in connection with these Chapter 11 Cases.  In addition, nothing in this Final Order exempts any customer, creditor or equity holder from compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

~~9.~~13.    The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Final Order.

~~10.~~14.    This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Order.

Dated: _____        _____
    Wilmington, Delaware            The Honorable John T. Dorsey
                                    United States Bankruptcy Judge

-6-

{1368.002-W0069056.}