**EXHIBIT A**

| Party In Interest | Category | Relationship to Owl Hill |
|---|---|---|
| Sullivan & Cromwell LLP | Bankruptcy Professionals | Engaged in connection with the Ditech Cases, where I served as an officer; S&C partner James Bromley (through his former law firm) was previously engaged on Nortel Cases and OSG Cases, where I served as an officer in each case |
| Ernst & Young | Bankruptcy Professionals | Engaged as an advisor on Enron, where I served as director and officer, as well as on Nortel Cases and Ditech Cases |
| AlixPartners, LLP | Bankruptcy Professionals | Engaged on Ditech Cases and provided expert testimony in connection with the ResCap Trust, where I served as trustee |
| Quinn Emanuel Urquhart & Sullivan, LLP | Bankruptcy Professionals | Engaged on Ditech Cases and as trustee in connection with the ResCap Trust, prior to my appointment as trustee |
| Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee (Non US Customers of FTX.com) | Engaged as local counsel for Nortel Cases and OSG Cases |
| Kramer, Levin, Naftalis & Frankel LLP | Bankruptcy Professionals | Provided advice to ResCap Trust |
| Paul Hastings LLP | Bankruptcy Professionals | Counsel to GT Advanced Technologies Inc., where I served as a director |
| Jefferies | Bankruptcy Professionals | Engaged to provide exit financing for OSG Cases |
| Perella Weinberg Partners | Bankruptcy Professionals | PWP partner Bruce Mendelsohn (through his former banking firm) was engaged on the OSG Cases |
| Mary F. Walrath | Bankruptcy Judges | Assigned to Nortel Cases |
| Pricewater House Coopers LLP | Vendors | Engaged as tax advisor on Ditech Cases |

| Party In Interest | Category | Relationship to Owl Hill |
|---|---|---|
| JPMorgan Chase Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | Ordinary course personal and commercial banking services |
| TriNet | Vendors | Engaged as a payroll provider on Ditech Cases |
| FTI Consulting, Inc. | Contract Counter-Parties | Engaged in various capacities on Enron, Nortel and OSG Cases |
| Nardello & Co. LLC | Contract Counter-Parties | Previously engaged on Ditech Cases |
| Perkins Coie LLP | Vendors | Engaged on Ditech Cases and in connection with the ResCap Trust |
| Kathryn Schultea | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Mary Cilia | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Raj Perubhatla | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Joseph J. Farnan | Director/Officer | Engaged as a mediator on Nortel Cases and Ditech Cases; serves with John Ray as trustee for non-profit organization |
| Matt Rosenberg | Director/Officer | Engaged in various other capacities on Nortel Cases, OSG Cases and Ditech Cases |
| Rishi Jain | Director/Officer | Engaged as a director on Ditech Cases |
| Matthew Doheny | Director/Officer | Engaged as a director at ResCap Trust |
| Mitch Sonkin | Director/Officer | Engaged as a director at ResCap Trust |
| American Express | Vendors | Ordinary course Owl Hill account |
| Google | Vendors | Ordinary course personal accounts |
| Pacer | Investments/Acquisitions | Ordinary course Owl Hill account |
| Comcast | Utilities | Ordinary course personal accounts |
| Verizon Wireless | Utilities | Ordinary course personal accounts |

| Party In Interest | Category | Relationship to Owl Hill |
|---|---|---|
| Amazon | Vendors | Ordinary course personal accounts |
| Amazon Web Services (AWS) | Vendors | Ordinary course accounts; professional use by Owl Hill on Ditech Cases |
| GoDaddy | Vendors | Ordinary course personal accounts |
| Insight Direct USA Inc | Vendors | User account for Ditech Cases |
| Roku | Vendors | Ordinary course personal product use |

4862-9388-7815 v.3