**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref No. 276 |

**SUPPLEMENTAL DECLARATION OF KATHRYN SCHULTEA IN SUPPORT OF
DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING
(I) THE RETENTION AND EMPLOYMENT OF RLKS EXECUTIVE SOLUTIONS LLC
AND (II) DESIGNATING THE CHIEF OFFICERS AS OFFICERS OF THE DEBTORS
*NUNC PRO TUNC* TO NOVEMBER 15, 2022**

I, Kathryn Schultea, hereby make this declaration (the "Declaration") under penalty of perjury pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am the President and Chief Operating Officer of RLKS Executive Solutions LLC, a reorganization and consulting firm ("RLKS"). On December 21, 2022, I submitted a declaration (the "Original Declaration") in support of the *Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of RLKS Executive Solutions LLC and (II) Designating the Chief Officers as Officers of the Debtors Nunc Pro Tunc to November 15, 2022* [D. I. 276] (the "Motion").[2] I submit this supplemental declaration (this "Supplemental Declaration") in further support of the Motion. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. RLKS does not have any affiliates.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion or the Original Declaration, as applicable.

-2-

3. <u>Exhibit A</u> attached hereto sets forth additional disclosures regarding connections between RLKS and its employees and the parties listed in Schedule 1 to the Original Declaration. In each case, these relationships are unrelated to the Debtors and these Chapter 11 Cases. The disclosures in the Original Declaration and this Supplemental Declaration set forth all connections between RLKS and its employees and the parties listed on Schedule 1 of the Original Declaration that RLKS is presently aware.

4. None of the Chief Officers, RLKS or its employees have any accounts with any of the Debtors.

5. Paragraph 19 of the Original Declaration is replaced with the following: Other than the appointment of the Chief Officers as of November 15, 2022, RLKS is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14), in that RLKS (including its affiliates and employees):

    a. Is not a creditor (including by reason of unpaid fees and expenses for pre-petition services), equity security holder or insider of the Debtors;

    b. Is not and was not, within two (2) years before the date of the filing of the Chapter 11 Cases, a director, officer, or employee of the Debtors; and

    c. Does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

6. On a going forward basis, RLKS will disclose any connections it or its employees have with any parties-in-interest that have not been previously disclosed, regardless of whether they rise to the level of representing an interest adverse to the Debtors, their creditors or other parties-in-interest.

-3-

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: January 9, 2023<br>　　　New York, New York | Respectfully submitted,<br><br>*/s/ Kathryn Schultea*<br>Kathryn Schultea<br>Chief Administrative Officer |

**EXHIBIT A**

| Party in Interest | Category | Relationship to RLKS |
|---|---|---|
| Sullivan & Cromwell LLP | Bankruptcy Professionals | Engaged in connection with the Ditech Cases, where I served as an officer; S&C partner James Bromley (through his former law firm) previously engaged on Nortel Cases, where I served as an officer, and OSG Cases, where I served as a consultant |
| Ernst & Young | Bankruptcy Professionals | Engaged as tax advisors on Enron, where I served as an officer, Nortel Cases and Ditech Cases |
| AlixPartners, LLP | Bankruptcy Professionals | Engaged on Ditech Cases |
| Quinn Emanuel Urquhart & Sullivan, LLP | Bankruptcy Professionals and Vendors | Engaged on Ditech Cases |
| Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee (Non US Customers of FTX.com) | Engaged as local counsel for Nortel Cases and OSG Cases |
| Jefferies | Bankruptcy Professionals | Engaged to provide exit financing for OSG Cases |
| Perella Weinberg Partners | Bankruptcy Professionals | PWP partner Bruce Mendelsohn (through his former banking firm) was engaged on the OSG Cases |
| Mary F. Walrath | Bankruptcy Judges | Assigned to the Nortel Cases |
| Pricewater House Coopers LLP | Vendors | Engaged as tax advisors on Ditech Cases |
| JPMorgan Chase Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | Ordinary course personal banking services |
| TriNet | Vendors | Engaged as a payroll provider on Ditech Cases |
| FTI Consulting, Inc. | Contract Counter-Parties | Engaged in various capacities on Enron and Nortel Cases; my temporary employer in connection with and limited to Enron wind down services in 2009 |
| Nardello & Co, LLC | Contract Counter-Parties | Previously engaged on Ditech Cases |
| Perkins Coie LLP | Vendors | Engaged on Ditech Cases |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | Ordinary course personal banking services |

-2-

| Party in Interest | Category | Relationship to RLKS |
|---|---|---|
| John J. Ray | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Mary Cilia | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Raj Perubhatla | Director/Officer | Engaged in various other capacities on Enron, Abitibi Bowater, Nortel Cases, OSG Cases and Ditech Cases |
| Joseph J. Farnan | Director/Officer | Engaged as a mediator on Nortel Cases and Ditech Cases |
| Matt Rosenberg | Director/Officer | Engaged in various other capacities on Nortel Cases, OSG Cases and Ditech Cases |
| Rishi Jain | Director/Officer | Engaged as a director on Ditech Cases |
| HSBC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Ordinary course personal accounts |
| Bank of America | Banks/Lender/UCC Lien Parties/Administrative Agents | Ordinary course personal accounts |
| AT&T | Utilities | Ordinary course personal accounts |
| The Hanover Insurance Group | Insurance | Ordinary course personal account |
| American Express | Vendors | Ordinary course personal accounts |
| Door Dash | Vendors | Ordinary course personal accounts |
| FEDEX | Vendors | Ordinary course RLKS business and personal accounts |
| Google | Vendors | Ordinary course personal accounts |
| Microsoft and Microsoft Online Inc | Vendors | Ordinary course personal and small business accounts |
| Pacer | Investments/Acquisitions | Ordinary course RLKS account |
| Comcast | Utilities | Ordinary course personal accounts |
| Facebook/Meta | Vendors | Ordinary course personal accounts |
| United Healthcare | Vendors | Ordinary course personal accounts |
| Verizon Wireless | Utilities | Ordinary course personal accounts |
| Amazon | Vendors | Ordinary course personal accounts |
| Twitter | Vendors | Ordinary course personal accounts |
| Apple Inc. | Vendors | Ordinary course personal accounts |
| Yahoo Inc. | Contract Counter-Parties | Ordinary course personal accounts |

4867-2806-7143 v.3

-3-

| Party in Interest | Category | Relationship to RLKS |
|---|---|---|
| Adobe Systems Inc. | Vendors | Ordinary course RLKS business and personal accounts |
| Amazon Web Services (AWS) | Vendors | Ordinary course accounts; professional use by RLKS on Ditech Cases |
| GoDaddy | Vendors | Ordinary course RLKS business and other personal accounts |
| Insight Direct USA Inc | Vendors | User account for Ditech Cases |
| Roku | Vendors | Ordinary course personal product use |
| Gamestop | Vendors | Ordinary course personal accounts |
| MLB Advanced Media, L.P and The MLB Network, LLC and MLB Advanced Media | Contract Counter-Parties and Vendors | Ordinary course personal accounts |
| TikTok | Vendors | Ordinary course personal accounts |
| AIRBNB | Vendors | Ordinary course personal accounts |
| Crypto.com | Significant Competitors | Ordinary course personal accounts |
| Coinbase | Significant Competitors | Ordinary course personal account |

-3-