IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 268 & 403** |

### ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND 1450 BRICKELL, LLC

Upon the *Certification of Counsel Regarding Stipulation between the Debtors and 1450 Brickell, LLC* (the "Certification of Counsel"),[2] and the *Stipulation Regarding Mutual Lease Termination With 1450 Brickell, LLC For Premises Located At 1450 Brickell Avenue, Miami, Florida 33131* (the "Stipulation") entered into between the Debtors and 1450 Brickell, LLC, attached hereto as Exhibit 1; and this Court having jurisdiction to consider the Certification of Counsel and the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby APPROVED.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Certification of Counsel.

2. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

3. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to Stipulation and implementation of this Order.

Dated: January 9th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE