**EXHIBIT 2**

**Declaration**

4858-4740-8454 v.7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
|     Debtors. | (Jointly Administered) |

## DECLARATION

I, _____, declare under penalty of perjury:

       1.      I am a [POSITION] of [FIRM], located at [STREET, CITY, STATE, ZIP CODE, COUNTRY] (the "Firm").

       2.      FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), have requested that the Firm provide [SPECIFIC DESCRIPTION] services to the Debtors, and the Firm has consented to provide such services.

       3.      This Declaration is submitted in compliance with the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"), which I have reviewed. I understand the limitations on compensation and reimbursement under such OCP Order.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4858-4740-8454 v.7

4. The Firm [HAS/HAS NOT] provided services to the Debtors prior to the Petition Date. [The Firm has provided the following services since [INSERT MONTH AND YEAR WORK STARTED]: [INSERT DESCRIPTION OF SERVICES].]

5. The Debtors have requested, and the Firm has agreed, to provide services to the Debtors, and the Firm has consented to provide such services (the "Services"). The Services include, without limitation, the following: [INSERT DESCRIPTION OF SERVICES TO BE RENDERED AND, IF SERVICES ARE LEGAL SERVICES, SPECIF AREA OF LAW].

6. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties-in-interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections: [INSERT DESCRIPTION].

7. To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties-in-interest, the U.S. Trustee or any person employed by the U.S. Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above. [IF THE FIRM IS NOT A LAW FIRM: The Firm does

not hold or represent an interest adverse to the estate and is a "disinterested person," as that term is defined in 11 U.S.C. § 101(14).]

8.  Neither I, nor any principal, partner, director, officer of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

9.  The Firm's current customary [HOURLY] rates, subject to change from time to time, are $_____.  In the normal course of business, the Firm revises its regular [HOURLY] rates on __ of each year and requests that effective __ of each year, the aforementioned rates be revised to the regular [HOURLY] rates which will be in effect at that time.  The Firm shall seek reimbursement of only actual and necessary expenses and other charges incurred by the Firm, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

10.  The Debtors owe the Firm $_____ for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.  [As of the Petition Date, the Firm held a prepetition retainer of $_____.  In the event the Firm's employment is authorized, the Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to the OCP Procedures.]  [IF THE FIRM IS NOT A LAW FIRM: To the extent that the Debtors have not already paid such amounts to the Firm, the Firm has agreed to waive any such unpaid amount for services rendered prior to the Petition Date.]  [IF THE FIRM IS A LAW FIRM: The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.]

11. The Firm [DOES / DOES NOT] keep time records in one-tenth of an hour increments in the ordinary course of business. [IF THE FIRM DOES NOT KEEP TIME IN ONE-TENTH OF AN HOUR INCREMENTS, PLEASE EXPLAIN HOW TIME RECORDS ARE KEPT.]

12. [IF THE FIRM IS NOT A LAW FIRM: The Firm received the following payments/transfers from the Debtors during the year period prior to the Petition Date: (list in spreadsheet/grid format: (i) invoice date, (ii) invoice amount, (iii) date(s) of service covered by invoice; (iv) payment date; and (v) payment amount. Retainers/draws thereon should be specifically notes as such.)]

13. As of the Petition Date, the Firm [WAS / WAS NOT] party to a services agreement with the Debtors. [To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration.]

14. The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

15. [The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

-5-

Dated: _____, _____    _____
                                                    [DECLARANT]

4858-4740-8454 v.7

**Key Parties-in-Interest List**