# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David M. Banker, Esquire of Montgomery McCracken Walker & Rhoads LLP to represent Samuel Bankman-Fried in the above-captioned cases.

Dated:  January 9, 2023         */s/ Gregory T. Donilon*
                                Gregory T. Donilon Donilon (No. 4244)
                                **MONTGOMERY McCRACKEN**
                                 **WALKER & RHOADS LLP**
                                1105 N. Market Street, Suite 1500
                                Wilmington, DE 19801
                                Telephone: (302) 504-7800
                                Email: gdonilon@mmwr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and I am admitted to practice in the United States District Courts for the Northern, Eastern, and Southern Districts of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 9, 2023

*/s/ David M. Banker*
David M. Banker
**MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP**
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-7759
Email: dbanker@mmwr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.