IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Edward L. Schnitzer, Esquire of Montgomery McCracken Walker & Rhoads LLP to represent Samuel Bankman-Fried in the above-captioned cases.

Dated: January 9, 2023

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
**MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP**
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Email: gdonilon@mmwr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and I am admitted to practice in the United States District Courts for the Northern, Eastern and Southern Districts of New York and the Second Circuit Court of Appeals. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 9, 2023                */s/ Edward L. Schnitzer*
                                                          Edward L. Schnitzer
                                                          **MONTGOMERY McCRACKEN**
                                                          **WALKER & RHOADS LLP**
                                                          437 Madison Avenue
                                                          New York, NY 10022
                                                          Telephone: (212) 551-7781
                                                          Email: eschnitzer@mmwr.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: January 9th, 2023                              JOHN T. DORSEY
Wilmington, Delaware                                  UNITED STATES BANKRUPTCY JUDGE