**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF LISTS OF EQUITY HOLDERS**

**PLEASE TAKE NOTICE** that on the date hereof, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed a list of equity holders for each of (a) Debtor West Realm Shires Inc., attached as Exhibit A (the "WRS Equity Holders List"), (b) Debtor FTX Trading Ltd., attached as Exhibit B (the "FTX Trading Equity Holders List"), (c) Debtor Alameda Research LLC, attached as Exhibit C (the "Alameda Equity Holders List"), (d) Debtor Blockfolio, Inc., attached as Exhibit D (the "Blockfolio Equity Holders List"), (e) Debtor Cedar Grove Technology Services, Ltd, attached as Exhibit E (the "Cedar Grove Equity Holders List"), (f) Clifton Bay Investments LLC, attached as Exhibit F (the "Clifton Bay Equity Holders List"), (g) Debtor Deck Technologies Holdings LLC, attached as Exhibit G (the "Deck Technologies Equity Holders List"), (h) Debtor Hilltop Technology Services LLC, attached as Exhibit H (the "Hilltop Equity Holders List"), (i) Debtor Paper Bird Inc., attached as Exhibit I (the "Paper Bird Equity Holders List"), (j) Debtor Alameda Research Yankari Ltd, attached as Exhibit J (the "Alameda Research Yankari Equity Holders List"), (k) Debtor FTX Zuma Ltd, attached as Exhibit K (the "FTX Zuma Equity Holders List"), and

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

-2-

(l) Debtor FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET, attached as

Exhibit L (the "FTX Turkey Equity Holders List" and, together with the WRS Equity Holders

List, FTX Trading Equity Holders List, Alameda Equity Holders List, Blockfolio Equity Holders

List, Cedar Grove Equity Holders List, Clifton Bay Equity Holders List, Deck Technologies

Equity Holders List, Hilltop Equity Holders List, Paper Bird Equity Holders List, Alameda

Research Yankari Equity Holders List and FTX Zuma Equity Holders List, the "Equity Holders

Lists"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market

Street, Wilmington, Delaware 19801.[2]

PLEASE TAKE FURTHER NOTICE the Equity Holders Lists are based on

the Debtors' currently available information.  The Debtors' investigation continues regarding the

individuals and interests listed on the Equity Holders Lists.  The Debtors will update the Equity

Holders Lists, if appropriate, when additional information is available.

PLEASE TAKE FURTHER NOTICE that copies of this notice may be

obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained

free of charge by accessing the website of the Debtors' claims and noticing agent,

https://cases.ra.kroll.com/FTX.

---

[2]     Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the Debtors are redacting from the public filing version of the Equity Holders Lists the names of equity holders that are also customers of the Debtors.  The unredacted Equity Holders Lists will be filed under seal.

4853-5741-9328 v.2

Dated: January 9, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

4853-5741-9328 v.2