# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 370** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 370

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Ad Hoc Committee"), by and through undersigned counsel, hereby withdraws its Objection [Dkt. No. 370] to the (i) *Motion of Debtors for Entry of an Order (I) Extending the Time to File (A) Schedules of Assets and Liabilities and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports and (II) Granting Certain Related Relief* [Dkt. No. 26], and (ii) the *Supplement to the Motion* [Dkt. No. 266] (together, the "Motion to Extend"). The Ad Hoc Committee does not object to entry of the revised proposed form of order granting the Motion to Extend filed as Exhibit 1 to the Debtors' *Reply in Support of the Motion to Extend* [Dkt. No. 406].

Dated: January 10, 2023
      Wilmington, Delaware

                                        **VENABLE LLP**

                                        */s/ Daniel A. O'Brien*
                                        Daniel A. O'Brien (No. 4897)
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        Tel: 302.298.3535
                                        Fax: 302.298.3550
                                        daobrien@venable.com

                                        and

Jeffrey S. Sabin
Carol A. Levy
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
jssabin@venable.com
cweinerlevy@venable.com

       and

Andrew J. Currie
600 Massachusetts Avenue, NW
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
ajcurrie@venable.com

*Attorneys for the Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd., et al.*