

| | |
|---|---|
| Document title: | Ryne Miller - General Counsel - FTX US \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/ryne-miller-78a6b84 |
| Page loaded at (UTC): | Fri, 06 Jan 2023 12:49:05 GMT |
| Capture timestamp (UTC): | Fri, 06 Jan 2023 12:49:54 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 6 |
| Capture ID: | qZyLtb4cJuYoSHJrRemXMC |
| User: | marshal-hoda |

PDF REFERENCE #:     sJsNReArmiS1ta9QzLZLmz

Exhibit 3



     

USA

 **Sullivan & Cromwell LLP**
8 years

 **Partner**
Jan 2019 - Aug 2021 · 2 years 8 months
New York, New York

**Associate Attorney**
Sep 2013 - Dec 2018 · 5 years 4 months
New York City
General Practice:
* Commodities, Futures & Derivatives
* Corp & Finance; Capital Markets
* Financial Services
* FinTech

 **Commodity Futures Trading Commission**
3 years 4 months

 **Legal Counsel to Chairman Gary Gensler**
May 2012 - Sep 2013 · 1 year 5 months
Washington D.C. Metro Area
Other:
* Guest Lecturer - Stanford Law School (Stanford University), Policy & Strategy Issues in Financial Engineering (Apr. 2013)

* Guest Lecturer - NYU School of Law, Financial Instruments and the Capital Markets (Feb. 2013)

* Presentation to American Gas Association Federal Regulatory Committee - Dodd Frank, Trade Options, etc. (June 2013)

* Presentation to Illinois Agricultural Leadership Foundation (IALF), re: Dodd-Frank and Derivatives Reform; at World Bank...

Show more

**Attorney Advisor**
Jun 2010 - May 2012 · 2 years
Chief Counsel's Office, Division of Market Oversight.

Other:
* Commodity Options Presentation - DC Bar Association (Derivatives, Securitization, and Project Finance Committee of the Corporation, Finance and Securities Section) (Apr. 2012)

* Guest Lecturer - Georgetown University Law Center - Energy Trading & Market Regulation II (Jan. 2012)

 **Judicial Law Clerk**
U.S. District Court for the Eastern District of Oklahoma
Jun 2009 - Jun 2010 · 1 year 1 month

Commercial Dispute Resolution (civil case docket).
Other Administrative Appeals.

 **Legal Research Assistant & LL.M.**
NYU School of Law
Aug 2008 - May 2009 · 10 months



 **Ryne Miller**
Automation Engineer at Miller-Eads Company, Automation Division
Greenwood, IN

 **Ryne Miller**
Grade Control Specalist at Parisi Construction Co., Inc.
Verona, WI

 **Ryne miller**
sales at national oilwell varco
Midland County, TX

7 others named Ryne Miller are on LinkedIn

See others named **Ryne Miller**

### Ryne's public profile badge

Include this LinkedIn profile on other websites



View profile badges

     

 **Legal Research Assistant & LL.M.**
NYU School of Law
Aug 2008 - May 2009 · 10 months

Derivatives Law/ Financial Instruments.
Capital Markets Regulation (SEC and CFTC).
Investment Arbitration.

 **Associate**
McAfee & Taft
Jul 2007 - Aug 2008 · 1 year 2 months

Financial Institution Regulation (Banking).
ISDA Documentation.
General Corporate Transactions.

## Education

 **New York University School of Law**
LL.M.
2008 - 2009
NYU Journal of International Law and Politics - Graduate Editor.
Research Assistant - Professor Jose Alvarez.

 **University of Oklahoma College of Law**
JD
2004 - 2007
JD with honors.
Oklahoma Law Review.
President, Oklahoma International Law Society.
Research Assistant.
Study Abroad - Chulalongkorn University Faculty of Law (Bangkok, TH).
Bangkok Southerners Rugby Club.

 **Oklahoma State University**
B.S. · Economics
2001 - 2004
Honors College Degree, Summa Cum Laude (4.0/4.0).
Economic Club of Oklahoma Award (top graduating senior in economics).
OSU Men's Rugby Team.
Exchange Student - University of Hertfordshire (U.K.); Hertfordshire Hurricanes (British Universities American Football League); College Bowl XVII (2003).
Oklahoma State Regent's for Higher Education Scholarship.

## Licenses & Certifications

 **New York State Bar - Appellate Division, First Department**
Registered Attorney
Credential ID Registration No. 5002795

 **State Bar of Oklahoma - Oklahoma Bar Association**
Registered Attorney
Credential ID Registration No. 21754

Document title: Ryne Miller - General Counsel - FTX US | LinkedIn
Capture URL: https://www.linkedin.com/in/ryne-miller-78a6b84
Capture timestamp (UTC): Fri, 06 Jan 2023 12:49:54 GMT

    
 State Bar of Oklahoma - Oklahoma Bar Association
Registered Attorney
Credential ID Registration No. 21754

## More activity by Ryne

 It's a case of the industry has outgrown the space. Hopefully we can work towards reshaping the "dock" as it's affectionately called in order to…
Liked by Ryne Miller

 2023 is the year of the rabbit. Do not be a tortoise in registering for the 2023 Options Industry Conference in Nashville, TN. There are plenty of…
Liked by Ryne Miller

 As we near the end of December, I wanted to take a moment and reflect on what a year this has been. If 2020 and 2021 limited our travels, 2022 let us…
Liked by Ryne Miller

 Today is my 🎂 birthday. As I stand a couple years from 50, I have never worked harder, run 🏃 faster, loved more deeply or had more fun. 😁 And…
Liked by Ryne Miller

 https://lnkd.in/eJyM9GjH Great news! #irishwhiskey #whiskey
Liked by Ryne Miller

 The Senate voted in bipartisan fashion to confirm Magistrate Judge Dana M. Douglas to the Fifth Circuit Tuesday, making her the first woman of color…
Liked by Ryne Miller

 Photo
Liked by Ryne Miller

 It was a difficult year in crypto for sure, but I've seen far worse. On this day in 2004, this piece of shrapnel nearly

    


Liked by Ryne Miller


Photo
Liked by Ryne Miller


It was a difficult year in crypto for sure, but I've seen far worse. On this day in 2004, this piece of shrapnel nearly took my life. So every year…
Liked by Ryne Miller


I'm so thrilled and honored to have been selected to join the partnership along with such talented colleagues!
Liked by Ryne Miller


Transparency is often the answer to any problem. "Hi, I'm George and I am an #economics nerd, recovering banker & hedge fund trader, writer, teacher,…
Liked by Ryne Miller


The folks at CoinDesk asked me to write something for their Crypto 2023 feature. I wrote the following op ed: https://lnkd.in/dnqzx_8h In short…
Liked by Ryne Miller


Happy Holidays! Perhaps my inner Scrooge is coming out during this blessed season, but here's a "humbug" of a rant, below… (1) It used to be that…
Liked by Ryne Miller

### View Ryne's full profile

- ∞ See who you know in common
- ⧉ Get introduced
- 👥 Contact Ryne directly

**Sign in to view full profile**

LinkedIn © 2023   About   Accessibility   User Agreement   Privacy Policy   Your California Privacy Choices   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls

Community Guidelines   Language ⌄