

| | |
|---|---|
| Document title: | Tim Wilson \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/timwilson-newyork-shanghai/ |
| Page loaded at (UTC): | Mon, 09 Jan 2023 14:55:09 GMT |
| Capture timestamp (UTC): | Mon, 09 Jan 2023 14:55:52 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 4 |
| Capture ID: | r61g9RswujHy1KxA4VSK13 |
| User: | marshal-hoda |

PDF REFERENCE #:    iSA1nh92grxQbaPbbWaUK2

Exhibit
4



Document title: Tim Wilson | LinkedIn
Capture URL: https://www.linkedin.com/in/timwilson-newyork-shanghai/
Capture timestamp (UTC): Mon, 09 Jan 2023 14:55:52 GMT


Document title: Tim Wilson | LinkedIn
Capture URL: https://www.linkedin.com/in/timwilson-newyork-shanghai/
Capture timestamp (UTC): Mon, 09 Jan 2023 14:55:52 GMT
Page 2 of 3

