

| | |
|---|---|
| Document title: | FTX Invests $100M in Banking App Dave, Forms Partnership for Crypto Payments |
| Capture URL: | https://www.coindesk.com/business/2022/03/21/ftx-invests-100m-in-banking-app-dave-forms-partnership-for-crypto-payments/ |
| Page loaded at (UTC): | Tue, 10 Jan 2023 12:26:47 GMT |
| Capture timestamp (UTC): | Tue, 10 Jan 2023 12:28:01 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 4 |
| Capture ID: | 2UX3XQUwu9JneP3Tw4yoZe |
| User: | marshal-hoda |

PDF REFERENCE #:        vguXTjXciZQe6xe2a95mBJ

Exhibit

8


# Business

# FTX Invests $100M in Banking App Dave, Forms Partnership for Crypto Payments

FTX US will serve as the exclusive partner for any crypto offerings offered by Dave

By Brandy Betz  Mar 21, 2022 at 9:22 p.m. UTC   Updated Dec 28, 2022 at 9:21 p.m. UTC









Join the most important conversation in crypto and Web3 taking place in Austin, Texas, April 26-28.

**Secure Your Seat**



| | |
|---|---|
| BTC | $17,229.07 |
| ETH | $1,325.85 |
| BNB | $274.28 |
| XRP | $0.34781174 |
| BUSD | $1.00 |

**View All Prices**

Dave (DAVE), a publicly traded banking app, has made a strategic partnership with FTX US, the stateside arm of cryptocurrency exchange giant FTX. The company also received a $100 million investment from FTX Ventures, the exchange's $2 billion venture capital fund.

- FTX US and Dave are currently exploring how to introduce digital asset payments onto Dave's platform. FTX US will serve as the exclusive partner for any crypto offerings.

- The $100 million investment from FTX Ventures was through a convertible note, a type of short-term debt.

- "We consistently look to align with companies that share our vision, have unique and disruptive business models,

- FTX US and Dave are currently exploring how to introduce digital asset payments onto Dave's platform. FTX US will serve as the exclusive partner for any crypto offerings.

- The $100 million investment from FTX Ventures was through a convertible note, a type of short-term debt.

- "We consistently look to align with companies that share our vision, have unique and disruptive business models, and can help drive widespread adoption of digital assets. Dave is a great fit as they check all three boxes," said FTX US President Brett Harrison in a press release.

- Dave, which counts billionaire Mark Cuban among its backers, went public in January through a $4 billion merger with special purpose acquisition company (SPAC) VPC Impact Acquisition Holdings III.

- Earlier this year, FTX US raised $400 million at an $8 billion valuation in one of the crypto industry's largest Series A rounds.

- Shares of Dave closed up 4.85% in Monday's trading, and were up about 3% in after-hours trading. The company also reported fourth-quarter earnings after the close on Monday.



## Read more about

FTX    investment

---

### Sign up for The Node, our daily newsletter bringing you the biggest crypto news and ideas.

Email address    Sign Up

By signing up, you will receive emails about CoinDesk product updates, events and marketing and you agree to our terms of services and privacy policy.

---

**DISCLOSURE**

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

---



**Brandy Betz**

Brandy covers crypto-related venture capital deals for CoinDesk.

Follow @BrandyBetz on Twitter

---

Learn more about **Consensus 2023**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Trending

**1** Business
Coinbase Plans to Cut 950 Jobs by End of Q2


**2** Markets
Bernstein: Recent Gains in Some Cryptocurrencies




BTC $17,229.07
ETH $1,325.85
BNB $274.28
XRP $0.34781174
BUSD $1.00
View All Prices

CURIOUS ABOUT A CAREER IN CRYPTO?
Learn and grow with us: innovation is part of our DNA.
FIND YOUR FIDELITY
Fidelity CAREERS

Document title: FTX Invests $100M in Banking App Dave, Forms Partnership for Crypto Payments
Capture URL: https://www.coindesk.com/business/2022/03/21/ftx-invests-100m-in-banking-app-dave-forms-partnership-for-crypto-payments/
Capture timestamp (UTC): Tue, 10 Jan 2023 12:28:01 GMT
Page 2 of 3

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.



BUSD $1.00

View All Prices



**Brandy Betz**

Brandy covers crypto-related venture capital deals for CoinDesk.

Follow @BrandyBetz on Twitter



CURIOUS ABOUT A CAREER IN CRYPTO?

Learn and grow with us: innovation is part of our DNA.

FIND YOUR FIDELITY

Fidelity CAREERS

Learn more about **Consensus 2023**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Trending

**1** Business
Coinbase Plans to Cut 950 Jobs by End of Q2
Jan 10, 2023



**2** Markets
Bernstein: Recent Gains in Some Cryptocurrencies Caused by Short Covering
Jan 10, 2023



**3** Markets
Bonk Inu to Mint NFTs on Solana-Based Marketplace Magic Eden. But There's a Catch
Jan 10, 2023



**4** Markets
Poor Bitcoin Market Liquidity Keeps Crypto Whales at Bay
Jan 10, 2023



# CoinDesk

### About
About
Masthead
Contributors
Careers
Company News

### Stay Updated
Consensus
Newsletters
Follow

### Get In Touch
Contact Us
Advertise
Accessibility Help
Sitemap

### The Fine Print
Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2022 CoinDesk    English