

| | |
|---|---|
| Document title: | Crypto Startup Mysten Labs Raises $300 Million in FTX-Led Round - WSJ |
| Capture URL: | https://www.wsj.com/articles/crypto-startup-mysten-labs-raises-300-million-in-ftx-led-round-11662609293 |
| Page loaded at (UTC): | Tue, 10 Jan 2023 12:29:03 GMT |
| Capture timestamp (UTC): | Tue, 10 Jan 2023 12:30:07 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 7 |
| Capture ID: | oXPRVbf7SgbijLx1wFYSEz |
| User: | marshal-hoda |

PDF REFERENCE #:    1CvgovZx6PFgKsoHRkdVXj

Exhibit

9

DOW JONES, A NEWS CORP COMPANY ▼ | About WSJ

DJIA Futures **33517.00** 0.45% ▼ | S&P 500 F **3895.00** 0.48% ▼ | Stoxx 600 **445.24** 0.69% ▼ | U.S. 10 Yr **-2/32** 3.567% ▼ | Crude Oil **74.86** 0.31% ▲ | Euro **1.0731**

# THE WALL STREET JOURNAL.

TANYA URBAN ▼

PLAY WSJ PUZZLES

English Edition ▼ | Print Edition | Video | Podcasts | Latest Headlines | More ▼

Home | World | U.S. | Politics | Economy | Business | Tech | **Markets** | Opinion | Books & Arts | Real Estate | Life & Work | Style | Sports



MARKETS | FINANCE

## Crypto Startup Mysten Labs Raises $300 Million in FTX-Led Round

Year-to-date venture investment in crypto companies has already outpaced last year's total



Mysten Labs' CEO Evan Cheng (center, with fellow co-founders Sam Blackshear and Adeniyi Abiodun) said the funding will help with the company's expansion.
PHOTO: MYSTEN LABS

By *Vicky Ge Huang* [Follow]
Updated Sept. 8, 2022 12:07 pm ET

SAVE  PRINT  TEXT

▶ Listen to article (3 minutes)    ＋ Queue

Mysten Labs, a startup founded by former executives of Meta Platforms Inc.'s  META **-0.42%** ▼  crypto unit, said it has raised $300 million in a funding round that values the company at more than $2 billion.

Mysten Chief Executive Evan Cheng said the cash infusion will help the company build out its Sui blockchain, hire more staff and expand

Document title: Crypto Startup Mysten Labs Raises $300 Million in FTX-Led Round - WSJ
Capture URL: https://www.wsj.com/articles/crypto-startup-mysten-labs-raises-300-million-in-ftx-led-round-11662609293
Capture timestamp (UTC): Tue, 10 Jan 2023 12:30:07 GMT





Mysten Labs, a startup founded by former executives of Meta Platforms Inc.'s META -0.42% ▼ crypto unit, said it has raised $300 million in a funding round that values the company at more than $2 billion.

Mysten Chief Executive Evan Cheng said the cash infusion will help the company build out its Sui blockchain, hire more staff and expand into the Asia-Pacific region.



FTX Ventures led the round, which also included a roster of prominent investors including a16z crypto, Jump Crypto, Apollo, Binance Labs, Franklin Templeton, Coinbase Ventures, Circle Ventures and Lightspeed Venture Partners.

Despite the crypto market crash, it has been a strong year for venture funding. Venture-capital investors poured $33.8 billion into crypto and blockchain-related startups through the end of August, according to data from the crypto research firm Messari. That partial-year spending has already exceeded the $31.6 billion raised by crypto firms in all of 2021.



WSJ's Dion Rabouin explains why many investors are still betting on crypto, even with the very real threat of losing all their money. Illustration: Rami Abukalam

Crypto-focused venture funds are sitting on mountains of cash they raised before the market downturn. Earlier this year Andreessen Horowitz's a16z crypto raised $4.5 billion for its fourth crypto fund, and the crypto exchange FTX launched its venture arm with a $2 billion fund.

The broader market decline and the subsequent failure of several once-buzzy crypto firms likely contributed to the late-summer investment slowdown. In July and August, venture-investment fell more than 30% from the same months last year, according to Messari.

"Investors have been a lot more careful about making investments in this space, and the slowdown is pretty obvious," said Robert Le, a crypto analyst at PitchBook.

Mysten executives started

MOST POPULAR NEWS

1. When Having It All Means It's All Falling Apart 

2. Russian Ship's Secretive South Africa Stop Prompts U.S. Questions 

3. Noma, One of the World's Top-Rated Restaurants, Is Closing 

4. HR Departments Debate How to Lay Off Workers 

5. Sam Bankman-Fried Turns to Battle-Tested Lawyers 

MOST POPULAR OPINION

1. Opinion: The White House Covid Censorship Machine 

2. Opinion: The U.S. Navy's Stranded Lieutenant 

3. Opinion: 'Experts' Are Fueling Distrust in Vaccines 

4. Opinion: Judicial Thunder Out of Ohio 

5. Opinion: Defense Is Now a Republican Target 

SHARE

"Investors have been a lot more careful about making investments in this space, and the slowdown is pretty obvious," said Robert Le, a crypto analyst at PitchBook.

**NEWSLETTER SIGN-UP**

**WSJ Crypto**

Smart and accessible crypto market analysis for investors.

Preview    ⬤ Subscribe

Mysten executives started talking to investors for a funding round in May as the collapse of TerraUSD and sister token Luna wiped out $40 billion in market value and inflamed a plunge in cryptocurrency prices. The market rout was further exacerbated by a credit crunch induced by the collapse of several crypto lenders and the hedge fund Three Arrows Capital Ltd.

Mr. Cheng said the fundraising process ended up being slower and more challenging as a result. "Some investors were not able to come into the round even though they expressed interest in the past or expressed confidence in the company," Mr. Cheng said.

Mysten was founded by alumni of Novi Research, the blockchain and crypto research unit of Meta. Mr. Cheng, who served as the director of research and development at Novi, helped develop the Diem blockchain and Move programming language.

Write to Vicky Ge Huang at vicky.huang@wsj.com

*Advertisement - Scroll to Continue*

5. Opinion: Defense Is Now a Republican Target 

**RECOMMENDED VIDEOS**

1. Watch: Kevin McCarthy Is Elected Speaker, Swears In House Lawmakers 

2. Watch: Thousands of Bolsonaro Supporters Storm Brazil's Congress Buildings 

3. Tensions Rise in House as Boebert, Gaetz Block 14th Ballot 

4. California Storm Causes Flooding, Prompts Evacuation Orders 

5. Watch: Funeral of Pope Benedict XVI Led by Pope Francis 

---

## The Effects of FTX

Coverage of the crypto exchange's bankruptcy, selected by the editors

SIGN UP FOR THE WSJ CRYPTO NEWSLETTER

   

Sam Bankman-Fried's Defense Led by Battle-Tested Lawyers | Onetime Crypto Fans Call It Quits | Silvergate Raced to Cover $8.1 Billion in Withdrawals | Alameda Troubles Began Before Crypto Crash

   

Does FTX's CEO Have the Worst Job in Corporate America? | Crypto Giant Offers Little Transparency | Your Guide to FTX and the Crypto Crash | Justice Department Sharpens Crypto Focus

Does FTX's CEO Have the Worst Job in Corporate America?

Crypto Giant Offers Little Transparency

Your Guide to FTX and the Crypto Crash

Justice Department Sharpens Crypto Focus

SHARE



*Appeared in the September 9, 2022, print edition as 'Crypto Startup Mysten Raises $300 Million'.*

## WHAT TO READ NEXT...



◆ **WSJ EXCLUSIVE**

**Crypto Lender Genesis Considers Bankruptcy, Lays Off 30% of Staff**

Jan 5, 2023



**A-HED**

**Do You Have a 'Failure Résumé'? The Latest Profession Broadcasting Its Misses and Flubs**

20 hours ago



**Enjoy a World of Complimentary Benefits**

MEMBER MESSAGE



THE WALL STREET JOURNAL

**Stock Market Today: Dow Edges Down Ahead of Powell Comments**

3 hours ago



**POLITICS**

**Classified Documents Found at Biden's Vice Presidential Center**

13 hours ago



**BUSINESS**

**The Companies Conducting Layoffs in 2023: Here's the List**

18 hours ago



*Independent of The Wall Street Journal newsroom*

**MARKETWATCH**



*Independent of The Wall Street Journal newsroom*

**MANSION GLOBAL**










Document title: Crypto Startup Mysten Labs Raises $300 Million in FTX-Led Round - WSJ
Capture URL: https://www.wsj.com/articles/crypto-startup-mysten-labs-raises-300-million-in-ftx-led-round-11662609293
Capture timestamp (UTC): Tue, 10 Jan 2023 12:30:07 GMT
Page 5 of 6


Stansberry Research


**8 Ways to Prepare for Tax Filing Season**
Charles Schwab


**Hands Down One of the Best Cards for Good Credit**
The Motley Fool


**5 Things You Should Never Do With Your Money, According to Experts**
The Penny Hoarder


**Washington: The List Of The Top Financial Advisor Firms Is Out**
smartasset

---

## SPONSORED OFFERS

**THE MOTLEY FOOL:**
Sign up to Stock Advisor for $79 for 1 year

**WAYFAIR:**
Up to 15% off + free shipping at Wayfair

**AMERICAN EAGLE OUTFITTERS:**
All Jeans + Pants 25% off! Plus, 60% off clearance with American Eagle promo code

**KOHL'S:**
Kohl's Coupon 30% off sitewide

**WALMART:**
Winter 2023 Clearance Sale - Up to 50% off

**CHASE:**
Open a new Chase Private Client Checking account and get a $2000 bonus!

BACK TO TOP

---

THE WALL STREET JOURNAL.
a Dow Jones company

English Edition ▼                                             Sign Out

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| WSJ+ Membership Benefits | Customer Center | Newsletters & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Content Partnerships |
| Why Subscribe? | Cancel My Subscription | Topics | Place a Classified Ad | Corrections |
| Corporate Subscriptions | | My News | Sell Your Business | Jobs at WSJ |
| Professor Journal | | RSS Feeds | Sell Your Home | News Archive |
| Student Journal | | Video Center | Recruitment & Career Ads | Register for Free |
| WSJ High School Program | | Watchlist | Coupons | Reprints & Licensing |
| Public Library Program | | Podcasts | Digital Self Service | Buy Issues |
| WSJ Live | | Visual Stories | | WSJ Shop |
| Commercial Partnerships | | | | |

         

Dow Jones Products   Barron's   BigCharts   Dow Jones Newswires   Factiva   Financial News   Mansion Global   MarketWatch   Risk & Compliance
Buy Side from WSJ   WSJ Pro   WSJ Video   WSJ Wine

Privacy Notice   Cookie Notice   Copyright Policy   Data Policy   Subscriber Agreement & Terms of Use   Your Ad Choices   Accessibility

Copyright ©2023 Dow Jones & Company, Inc. All Rights Reserved.