

| | |
|---|---|
| Document title: | Matt Stoller on Twitter: "The real story of crypto Ponziboi is that the most prestigious law firm on Wall Street - Sullivan and Cromwell - still has a press release up bragging about their work for FTX. This is the story, Rodge Cohen was slumming. https://t.co/ceVDMQfyv7" / Twitter |
| Capture URL: | https://twitter.com/matthewstoller/status/1591054270442663937 |
| Page loaded at (UTC): | Fri, 06 Jan 2023 13:24:37 GMT |
| Capture timestamp (UTC): | Fri, 06 Jan 2023 13:27:24 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 2 |
| Capture ID: | 7ejh5RdPR62nEwjYotqh5Y |
| User: | marshal-hoda |

PDF REFERENCE #: 6uc8p3qdsKgpm6YBB5zqaB

Exhibit

10



Document title: Matt Stoller on Twitter: &quot;The real story of crypto Ponziboi is that the most prestigious law firm on Wall Street - Sullivan and Cromwell - still has a…
Capture URL: https://twitter.com/matthewstoller/status/1591054270442663937
Capture timestamp (UTC): Fri, 06 Jan 2023 13:27:24 GMT