

| | |
|---|---|
| Document title: | Publications & Learning |
| Capture URL: | https://www.sullcrom.com/resource-search-results?keyword=ftx&resourceType=all&practice=0&professional=0&from_date=&to_date= |
| Page loaded at (UTC): | Fri, 06 Jan 2023 13:33:26 GMT |
| Capture timestamp (UTC): | Fri, 06 Jan 2023 13:34:11 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 2 |
| Capture ID: | 4MM4kdWSVD2gdKdx4mGbJe |
| User: | marshal-hoda |

PDF REFERENCE #:   wLaoFm6um3Ps6nSWNkbvno

Exhibit 11



## PUBLICATIONS  NEWS  EVENTS  AUDIO & VIDEO

**1 MATCHING RESULTS**    HIDE SEARCH FILTERS

### SEARCH

**KEYWORDS**
FTX

**SEARCH WITHIN**
ALL

SEARCH    MORE OPTIONS

**NEWS (1)**                                                                 HIDE GROUP

| TYPE | DATE | TITLE |
| --- | --- | --- |
| CLIENT HIGHLIGHTS | November 1, 2021 | S&C Advises FTX in Acquisition of Regulated Crypto Exchange LedgerX |

Home | Careers | Contact Us | Site Map | Information Policy Relating to Cookies | Privacy Policy | California Privacy Notice
Web Site Notice | Attorney Advertising Notice | © 2023 Sullivan & Cromwell LLP