

| | |
|---|---|
| Document title: | Publications & Learning |
| Capture URL: | https://www.sullcrom.com/resource-search-results?keyword=%22ftx+us%22&resourceType=all&practice=0&professional=0&from_date=&to_date= |
| Page loaded at (UTC): | Fri, 06 Jan 2023 13:35:44 GMT |
| Capture timestamp (UTC): | Fri, 06 Jan 2023 13:36:16 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 3 |
| Capture ID: | eggMTGuJm1W3doeizcEe2T |
| User: | marshal-hoda |

PDF REFERENCE #:    4thDo56Vf5TkMPpddfyrtc

Exhibit 12

# Publications & Learning

PUBLICATIONS    NEWS    EVENTS    AUDIO & VIDEO

**10 MATCHING RESULTS**    HIDE SEARCH FILTERS

## SEARCH

**KEYWORDS**
"FTX US"

**SEARCH WITHIN**
ALL

SEARCH    MORE OPTIONS

## PUBLICATIONS (9)    HIDE GROUP

| TYPE | DATE | TITLE |
| --- | --- | --- |
| S&C MEMOS | July 22, 2014 | **Cross-Border Security-Based Swaps**<br>SEC Adopts Initial Final Rules on Cross-Border Security-Based Swap Activities<br>SULLIVAN & CROMWELL LLP - JULY 22, 2014 |
| S&C MEMOS | July 22, 2013 | **CFTC Cross-Border Application of Dodd-Frank Title VII**<br>CFTC Approves Final Guidance and Exemptive Order on Cross-Border Application of the Swaps Provisions of Dodd-Frank<br>SULLIVAN & CROMWELL LLP - JULY 22, 2013 |
| S&C MEMOS | December 16, 2012 | **Regulation of U.S. Operations of Non-U.S. Banks**<br>Federal Reserve Issues Proposed Rules That Would Fundamentally Revise the Regulation and Structure of the U.S. Operations of Foreign Banking Organizations<br>SULLIVAN & CROMWELL LLP - DECEMBER 16, 2012 |
| S&C MEMOS | November 30, 2012 | **Regulation of U.S. Operations of Non-U.S. Banks**<br>Federal Reserve Governor Tarullo Previews Proposals for Major Revisions to the Regulation of U.S. Operations of Non-U.S. Banks<br>SULLIVAN & CROMWELL - NOVEMBER 30, 2012 |
| S&C MEMOS | July 19, 2010 | **U.S. Financial Regulatory Reform Bill Significantly Affects Non-U.S. Financial Institutions: Non-U.S. Companies with Banking Operations in the United States Are Subject to Extensive New Regulations**<br>SULLIVAN & CROMWELL LLP - JULY 19, 2010 |
| S&C MEMOS | October 1, 2009 | **U.S. International Taxation - Interest Expense of Foreign Corporations: Treasury Department Issues Final Regulations on the Interest Expense of a U.S. Branch of a Foreign Bank or Other Foreign Corporation**<br>SULLIVAN & CROMWELL LLP - OCTOBER 1, 2009 |
| S&C MEMOS | June 24, 2009 | **U.S. FBAR Filing Requirements Can Impact Non-U.S. Persons and Corporations: U.S. FBAR Filing Requirements Apply to Non-U.S. Individuals and to Non-U.S. Corporations That Have U.S. Signatories For Their Accounts**<br>SULLIVAN & CROMWELL LLP - JUNE 24, 2009 |

## PUBLICATIONS (9)

| TYPE | DATE | TITLE |
|---|---|---|
| S&C MEMOS | July 22, 2014 | **Cross-Border Security-Based Swaps**<br>SEC Adopts Initial Final Rules on Cross-Border Security-Based Swap Activities<br>SULLIVAN & CROMWELL LLP - JULY 22, 2014 |
| S&C MEMOS | July 22, 2013 | **CFTC Cross-Border Application of Dodd-Frank Title VII**<br>CFTC Approves Final Guidance and Exemptive Order on Cross-Border Application of the Swaps Provisions of Dodd-Frank<br>SULLIVAN & CROMWELL LLP - JULY 22, 2013 |
| S&C MEMOS | December 16, 2012 | **Regulation of U.S. Operations of Non-U.S. Banks**<br>Federal Reserve Issues Proposed Rules That Would Fundamentally Revise the Regulation and Structure of the U.S. Operations of Foreign Banking Organizations<br>SULLIVAN & CROMWELL LLP - DECEMBER 16, 2012 |
| S&C MEMOS | November 30, 2012 | **Regulation of U.S. Operations of Non-U.S. Banks**<br>Federal Reserve Governor Tarullo Previews Proposals for Major Revisions to the Regulation of U.S. Operations of Non-U.S. Banks<br>SULLIVAN & CROMWELL - NOVEMBER 30, 2012 |
| S&C MEMOS | July 19, 2010 | **U.S. Financial Regulatory Reform Bill Significantly Affects Non-U.S. Financial Institutions: Non-U.S. Companies with Banking Operations in the United States Are Subject to Extensive New Regulations**<br>SULLIVAN & CROMWELL LLP - JULY 19, 2010 |
| S&C MEMOS | October 1, 2009 | **U.S. International Taxation - Interest Expense of Foreign Corporations: Treasury Department Issues Final Regulations on the Interest Expense of a U.S. Branch of a Foreign Bank or Other Foreign Corporation**<br>SULLIVAN & CROMWELL LLP - OCTOBER 1, 2009 |
| S&C MEMOS | June 24, 2009 | **U.S. FBAR Filing Requirements Can Impact Non-U.S. Persons and Corporations: U.S. FBAR Filing Requirements Apply to Non-U.S. Individuals and to Non-U.S. Corporations That Have U.S. Signatories For Their Accounts**<br>SULLIVAN & CROMWELL LLP - JUNE 24, 2009 |
| S&C MEMOS | October 30, 2008 | **U.S. Securities Litigation Against Non-U.S. Issuers by Non-U.S. Plaintiffs: Second Circuit Appellate Court Tightens Rules Governing "Foreign-Cubed" Claims**<br>SULLIVAN & CROMWELL LLP - OCTOBER 30, 2008 |
| S&C MEMOS | July 14, 2008 | **Expansion of Exemptions from Registration for Non-U.S. Broker-Dealers: SEC Proposes to Broaden Exemptions under Rule 15a-6**<br>SULLIVAN & CROMWELL LLP - JULY 14, 2008 |

## NEWS (1)

| TYPE | DATE | TITLE |
|---|---|---|
| CLIENT HIGHLIGHTS | November 1, 2021 | **S&C Advises FTX in Acquisition of Regulated Crypto Exchange LedgerX** |