

| | |
|---|---|
| Document title: | Publications & Learning |
| Capture URL: | https://www.sullcrom.com/resource-search-results?keyword=voyager&resourceType=all&practice=0&professional=0&from_date=&to_date= |
| Page loaded at (UTC): | Fri, 06 Jan 2023 13:36:56 GMT |
| Capture timestamp (UTC): | Fri, 06 Jan 2023 13:37:23 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 2 |
| Capture ID: | 3j9zSkcoEFXabBALFRDYEi |
| User: | marshal-hoda |

PDF REFERENCE #: jrynysshvqA3wHhebZU7Pm

Exhibit 13

