

| | |
|---|---|
| Document title: | Sullivan & Cromwell, Fenwick & West Trim FTX Relationship From Sites \| The American Lawyer |
| Capture URL: | https://www.law.com/americanlawyer/2022/11/14/sullivan-cromwell-fenwick-west-scrub-ftx-relationship-from-sites/ |
| Page loaded at (UTC): | Tue, 10 Jan 2023 13:16:27 GMT |
| Capture timestamp (UTC): | Tue, 10 Jan 2023 13:16:57 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 7 |
| Capture ID: | b3UecbaBHA3oTXk8UXd8uc |
| User: | marshal-hoda |

PDF REFERENCE #: taSb5L27tZVnJHaneTZhKd

Exhibit 14



MENU SEARCH


LAW.COM PRO

AMERICAN LAWYER | Law Topics ∨ | Surveys & Rankings ∨ | Litigation Daily | Law.com Radar | All Sections ∨









Sam Bankman-Fried, founder and chief executive officer of FTX. (Photo: Ting Shen/Bloomberg)

NEWS

# Sullivan & Cromwell, Fenwick & West Trim FTX Relationship From Sites

Both firms had previously advised the cryptocurrency trading platform on transactional work.

November 14, 2022 at 03:34 PM

⏱ 3 minute read

Law Firm Client Relationships


Justin Henry →
Reporter

## What You Need to Know

- Sullivan & Cromwell and Fenwick & West removed material showing a client relationship between them and embattled trading platform FTX.
- Sullivan & Cromwell advised the U.S. arm of FTX in the Chapter 11 acquisition of Voyager Digital.
- Fenwick & West no longer lists FTX's logo on its homepage.

Am Law 100 firms Sullivan & Cromwell and Fenwick & West have removed promotional materials from their websites that stated a client relationship with FTX over the last week, a tumultuous interval that saw the cryptocurrency trading platform file for bankruptcy.

After announcing the firm advised the U.S. arm of FTX in the successful bid for a Chapter 11 acquisition of Voyager Digital in an Oct. 6 press release, Sullivan & Cromwell's statement on that transaction could be seen on the firm's website as late as Friday, according to a review of internet archives by The American Lawyer, but has since been removed.

A representative for the firm did note that an earlier press release highlighting its work guiding FTX's acquisition of crypto exchange Ledger X in November 2021 remains live, but declined to comment further.

FTX's logo could be found on Fenwick & West's homepage as late as Nov. 7, according to a review of the firm's archived web pages, but the firm has since removed the logo from its website. Fenwick & West, which represented FTX Trading in a series B financing round



guiding FTX's acquisition of crypto exchange Ledger X in November 2021 remains live, but declined to comment further.

FTX's logo could be found on Fenwick & West's homepage as late as Nov. 7, according to a review of the firm's archived web pages, but the firm has since removed the logo from its website. Fenwick & West, which represented FTX Trading in a series B financing round that raised $900 million, has removed press material stating the firm represented FTX in that transaction.

In the now-removed press release, Fenwick said of the Series B financing round that it would "expand FTX's global presence, accelerate the company's growth, and represents one of the largest raises for a crypto company."

Press representatives for Fenwick & West did not respond to a request for comment for this story.

Sullivan & Cromwell's efforts to distance itself from the troubled crypto trading platform come as a Friday article from Reuters stated that the firm is representing FTX in its restructuring. The American Lawyer has not independently confirmed this news.

FTX and its vast network of international business affiliates filed for Chapter 11 protection on Friday after a tumultuous week for the trading platform, once hailed as the future of the industry.

That image was shattered in less than a week when an ill-fated buy-out by another trading platform was halted. Potential buyer Binance, in talks to save the liquidity-starved FTX, cited news reports of the platform's balance sheets that revealed "mishandling customer funds" to prop up an affiliated trading firm.

Reports have since surfaced that FTX faces a criminal investigation in the Bahamas, where the company is registered and founder Sam Bankman-Fried resides. The Wall Street Journal reported Monday that the U.S. attorney's office in Manhattan is also looking into FTX's collapse.

Many law firms prominent in the finance and technology industries were revealed to be affiliated with FTX when Forbes published a report on FTX's business partners.

Morrison Foerster; Skadden, Arps, Slate, Meagher & Flom; White & Case and Quinn Emanuel Urquhart & Sullivan have all done business in some capacity with FTX, Forbes said. The firms did not respond to requests for comment.

**Event**
**Legalweek New York 2023**
Legalweek New York explores Business and Regulatory Trends, Technology and Talent drivers impacting law firms.

Get More Information →



**LAW FIRMS MENTIONED**

Fenwick & West

Skadden, Arps, Slate, Meagher & Flom LLP

Morrison & Foerster LLP

Quinn Emanuel Urquhart & Sullivan

White & Case

Sullivan & Cromwell LLP

**TRENDING STORIES**

Goodwin's Layoffs Spotlight Balancing Act Between Associate and Partner Preferences
THE AMERICAN LAWYER

Ex-Proskauer COO Was Headed for Paul Hastings Before Trade Secrets Lawsuit
THE AMERICAN LAWYER

Stroock Latest Big Law Firm to Lay Off Staff, Attorneys
THE AMERICAN LAWYER

Suspended Brooklyn Judge Under Investigation for Bias Allegations to Step Down From the Bench
NEW YORK LAW JOURNAL

Goodwin's Layoffs Spotlight Challenge in Balancing Partner

**RELATED STORIES**
For Crypto Attorneys, FTX Bankruptcy Is a 'Black Swan Event'

**You Might Like**

December 29, 2022
A Law 'Supernova'



January 09, 2023
Stroock Latest Big

Document title: Sullivan &amp; Cromwell, Fenwick &amp; West Trim FTX Relationship From Sites | The American Lawyer
Capture URL: https://www.law.com/americanlawyer/2022/11/14/sullivan-cromwell-fenwick-west-scrub-ftx-relationship-from-sites/
Capture timestamp (UTC): Tue, 10 Jan 2023 13:16:57 GMT

## You Might Like



December 29, 2022

### A Law 'Supernova' Has Landed—But He Won't Be Part of the Durie Tangri Merger as Expected

By Scott Graham

⏱ 3 minute read



**CLASS ACTIONS | MASS TORTS**

### Critical Mass

Class actions and mass torts—big wins, novel legal strategies, appellate battles and who's getting the work. Amanda Bronstad keeps you in-the-loop on the key class action developments that matter.

By Amanda Bronstad



January 09, 2023

### Stroock Latest Big Law Firm to Lay Off Staff, Attorneys

By Patrick Smith

⏱ 3 minute read

December 15, 2022

### SBF Planned Testimony: Sullivan & Cromwell Pressured Me to File for Chapter 11, Reneged on Promises

By Dan Roe

⏱ 2 minute read

**EVERYTHING IP**

### Skilled in the Art

This week, Scott Graham digests the latest developments on everything IP and helps make sense of the trends, data, and politics around patents.

By Scott Graham

November 28, 2022

### BlockFi Turns to Familiar Name for Crypto Bankruptcies: Kirkland & Ellis

By Dan Roe

⏱ 2 minute read

---

### Suspended Brooklyn Judge Under Investigation for Bias Allegations to Step Down From the Bench

NEW YORK LAW JOURNAL

### Goodwin's Layoffs Spotlight Challenge in Balancing Partner and Associate Preferences

INTERNATIONAL EDITION



The Vendor to the Vendors

We license the most advanced eDiscovery software including Relativity, Nuix, and more

Oasis

Open >

---

## LAW.COM PRO

### With Such Low Win Rates, Should Law Firms Respond to So Many RFPs?

Document title: Sullivan &amp; Cromwell, Fenwick &amp; West Trim FTX Relationship From Sites | The American Lawyer
Capture URL: https://www.law.com/americanlawyer/2022/11/14/sullivan-cromwell-fenwick-west-scrub-ftx-relationship-from-sites/
Capture timestamp (UTC): Tue, 10 Jan 2023 13:16:57 GMT

LAW.COM PRO

**With Such Low Win Rates, Should Law Firms Respond to So Many RFPs?**

**A Roadmap For Identifying and Addressing Mental Health Needs By Role in Your Firm**

**Are Law Firms Focused on ESG?**

The Vendor to the Vendors

We license the most advanced eDiscovery software including Relativity, Nuix, and more

Oasis

Open

ALM REPRINTS & LICENSING



**FEATURED FIRMS**

**Law Offices of Gary Martin Hays & Associates P.C.**
(470) 294-1674

**Law Offices of Mark E. Salomone**
(857) 444-6468

**Smith & Hassler**
(713) 739-1250



Document title: Sullivan &amp; Cromwell, Fenwick &amp; West Trim FTX Relationship From Sites | The American Lawyer
Capture URL: https://www.law.com/americanlawyer/2022/11/14/sullivan-cromwell-fenwick-west-scrub-ftx-relationship-from-sites/
Capture timestamp (UTC): Tue, 10 Jan 2023 13:16:57 GMT
Page 5 of 6

# More From ALM

**Resources** | CLE Center | Law.com Compass | Events & Webcasts | Lawjobs | Professional Announcements

**Law Firm Security: How to Safeguard Your Data in the Cloud**
Brought to you by Filevine
Download Now ↓

**The Complete Guide: Law Firm Website Essentials for 2023**
Brought to you by Sage Marketing Solutions
Download Now ↓

**The Ultimate Guide to Going Paperless for Law Firms**
Brought to you by Filevine
Download Now ↓

[Go to Resources]

## Legal Newswire

**Professional And Personalized Estate Planning Services in California**

**Blake Mather, the former Head of Bank Loan Sales, and Co-Head of High Yield and ...**

**Miles Mediation and Arbitration Announces CEO Transition**

**Jury Verdict for 33-Year-Old Tom Bosworth is Largest for Youngest Attorney in Me...**

[Submit a press release]

## Sign Up Today and Never Miss Another Story

As a part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

[Subscribe to ALM Legal Publications Newsletters]

**LAW.COM**

The industry-leading media platform offering competitive intelligence to prepare for today and anticipate opportunities for future success.

About Us | Contact Us | Site Map | Advertise With Us | Customer Service | Terms of Service | FAQ | Privacy Policy



Copyright © 2023 ALM Global, LLC. All Rights Reserved.

Document title: Sullivan &amp; Cromwell, Fenwick &amp; West Trim FTX Relationship From Sites | The American Lawyer
Capture URL: https://www.law.com/americanlawyer/2022/11/14/sullivan-cromwell-fenwick-west-scrub-ftx-relationship-from-sites/
Capture timestamp (UTC): Tue, 10 Jan 2023 13:16:57 GMT