# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, a copy of the foregoing was served electronically through the U.S. Bankruptcy Court, District of Delaware ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System, and upon the following by electronic mail:

James J. Bromley, Esquire
Bromleyj@sullcrom.com

Andrew G. Dieterich, Esquire
dietericha@sullcrom.com

Brian D. Glueckstein, Esquire
gluecksteinB@sullcrom.com

Alexa J. Kranzley, Esquire
kranzleya@sullcrom.com

Adam G. Landis, Esquire
landis@lrclaw.com

Kimberly A. Brown, Esquire
Brown@lrclaw.com

Matthew R. Pierce, Esquire
pierce@lrclaw.com

William A. Burck, Esquire
Williamburck@quinnemanuel.com

Benjamin A. Hackman, Esquire
Benjamin.a.hackman@usdoj.com

Juliet M. Sarkessian, Esquire
Juliet.m.sarkessian@usdoj.com

Luc A. Despins, Esquire
lucdespins@paulhastings.com

Matthew Barry Lunn, Esquire
bankfilings@ycst.com

                                           */s/ John D. McLaughlin, Jr.*
                                      _____
                                      John D. McLaughlin, Jr. (No. 4123)