## EXHIBIT 1

**Leases**

| **Debtor Counterparty** | **Non-Debtor Counterparty** | **Non-Debtor Counterparty Address** | **Name of Contract** | **Rejection Date** |
|---|---|---|---|---|
| West Realm Shires Services Inc. (D/B/A FTX US) | 101 Second Street, Inc. | Hines<br>101 Second Street, Suite 1225<br>San Francisco, CA 94105<br>Attn: Property Manager<br><br>With a copy to:<br>101 Second Street, Inc.<br>c/o Invesco Real Estate<br>101 California Street, Suite 1800<br>San Francisco, CA 94111<br>Attn: Kevin Pirozzoli<br><br>And a copy to:<br>Shartsis Friese LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111<br>Attn: Scott Schneider/Kathleen Keeler Bryski | Lease, dated January 5, 2022 | January 11, 2023 |
| West Realm Shires Inc. (D/B/A FTX.US) | W-SF Goldfinger Owner VIII, L.L.C | W-SF Goldfinger Owner VIII, L.L.C.<br>917 W. Washington Blvd., Suite 308<br>Chicago, Illinois 60607<br>Attention: Legal Notices<br>Email: 167notices@shapack.com<br><br>With a copy via email to:<br><br>notices@strategicleasinglaw.com | Office Lease Agreement, dated September 10, 2021 | December 21, 2022 |
| FTX Digital Holdings (Singapore) Pte Ltd | The Executive Centre Singapore Pte Ltd | Level 11, Marina Bay Financial Centre Tower 1<br>8 Marina Blvd.<br>Singapore, Singapore 018981 | Exclusive Workspace License Agreement, dated August 20, 2021 | December 21, 2022 |