IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Related Doc: 289** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR ENTRY OF AN ORDER AUTHORIZING NORTH AMERICA LEAGUE OF LEGENDS, LLC TO FILE THE UNREDACTED STRATEGIC SPONSORSHIP AGREEMENT UNDER SEAL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion for Entry of an Order Authorizing North America League of Legends, LLC to File the Unredacted Strategic Sponsorship Agreement Under Seal* (the "Motion") [D.I. 289] filed on December 22, 2022. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than January 4, 2023 at 4:00 p.m. prevailing Eastern time.

Accordingly, it is hereby requested that the proposed order attached hereto as Exhibit A be entered at the Court's convenience.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "U.S. Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 11, 2023

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
jedmonson@rc.com

*Attorneys for Creditor North America League of Legends Championship Series, LLC*

- 7 -

## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Joint Administration Pending)<br>Re: D.I. 243 |

**ORDER GRANTING MOTION OF NORTH AMERICA LEAGUE OF LEGENDS, LLC TO FILE UNREDACTED AGREEMENT UNDER SEAL**

Upon consideration of the motion (the "Motion") of North America League of Legends Championship Series, LLC ("Riot"), pursuant to section 107(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), authorizing Riot to file the unredacted Agreement[2] under seal; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of all parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Absent further order of the Court, the redacted portions of the Agreement shall not be made available to anyone except for the Court, the Office of the United States Trustee and counsel to any official committee of unsecured creditors.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Riot is authorized and empowered to perform all actions necessary to implement and effectuate the relief granted in this Order.

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.