| CASE NAME: *FTX Trading Ltd., et al.* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: 01/11/2023 at 9:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson IV | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

1

# SIGN-IN SHEET

JUDGE: Dorsey    COURTROOM: 5

CASE NUMBER(S): 22-11068    CASE NAME: FTX Trading Ltd.    DATE: 1/11/2023 (9:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kris Hansen | Paul Hastings | Committee |
| Erez Gilod | Paul Hastings | |
| Gabe Sasson | Paul Hastings | |
| Matt Lunn | Young Conaway | |
| Rob Poppiti | Young Conaway | |
| Eric Sutly | Armstrong Teasdale | Miami Dade County |
| Scott Cousins | Cousins Law | Evolve Bank |
| Brian Pfeiffer | White & Case | JPLs |
| Jason Zakia | White & Case | JPLs |
| Brett Bakemeyer | White & Case | JPLs |
| Paul Heath | RLF | JPLs |
| David L Finger | Finger & Slanina LLC | Media Objectors |
| Sidney Levinson | Debevoise + Plimpton | Paradigm |
| Jasmine Ball | Debevoise + Plimpton | Paradigm |
| Elie Worenklein | Debevoise + Plimpton | Lightspeed Funds |
| Andrew Roth-Moore | Cole Schotz | " |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 1/11/2023 (9:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Evelyn Meltzer | Troutman Pepper | Paradigm |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Comm. of Non-US Customers of FTX.com |
| Brian Loughnane | " " " " " | " " " " " " " |
| Juliet Sarkessian | | U.S. Trustee |
| Benjamin Hackman | | U.S. Trustee |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Debbie | Felder | Orrick | |
| Ethan | Trotz | Confidential Creditor | Katten Muchin Rosenman LLP |
| Daniel | Eggermann | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Lauren | Wray | Interested Party | |
| Dabin | Chung | Interested Party | |
| David | Kozlowski | Interested Party | Morrison Cohen LLP |
| Abigail | Zwick | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Adam | Goldberg | Interested Party | Latham & Watkins LLP |
| Monica | Perrigino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Mark | Sherrill | Ad Hoc Committee of Non-US Cu | Eversheds Sutherland |
| Sean | Whitney | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Laura | Metzger | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Amanda | Lindner | Cooley LLP | Cooley LLP |
| Nicholas | Sabatino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Mia | Cooper | n/a (listen only) | |
| Ileana | Cruz | Miami-Dade County | Miami-Dade County |
| Dan | Moss | N/A | Jones Day |
| Ryan | Sims | N/A | Jones Day |
| Eric | Meyer | Newton ACDC Fund | |
| Aaron | Stulman | Voyager | Potter Anderson & Corroon LLP |
| Stanton | McManus | United States | |
| Edward | Schnitzer | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| Robert | Wasserman | CFTC | |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |
| Jennifer | Kneeland | Interested Party | Watt Tieder Hoffar and Fitzgerald, LLP |
| Sean | Lee | Party in interest | Simpson Thacher & Bartlett LLP |
| Charles | Jones | BlockFi Parties | Haynes and Boone LLP |
| Margaret | Newell | United States | Department of Justice |
| Gabriela | Urias | Observing | |
| Loren | Harman | Interested party | |
| James | Nani | bloomberg law | |
| Kadhim | Shubber | Media / NA | Financial Times |
| Paul | Hage | Ikigai | |
| Scott | Williams | Philadelphia Indemnity Insuranc | Manier & Herod |
| Marshal | Hoda | Warren Winter | The Hoda Law Firm, PLLC |
| Sam | Alberts | Interested | Dentons US LLP |
| Claude | Montgomery | Interested | Dentons US LLP |
| Andrew | Helman | Interested | Dentons Bingham Greenbuam |
| Lynn | Harrison | Interested | Dentons US LLP |
| Jasmine | Ball | Paradigm Funds | Debevoise & Plimpton LLP |
| Michael | Sweet | Seth Melamed | Fox Rothschild |
| John | Mallon | Self | |
| Jack | Schickler | Media | CoinDesk |
| Sandali | Handagama | Press | CoinDesk |
| Angel | Wildschut | Angel Wildschut | |
| Timothy | Reilly | Member of the public | |
| Zhe | Lee | Client | |
| Michael | Ingrassia | Ad Hoc Committee of Non-Us Cu | Morris, Nichols, Arsht & Tunnell |
| Brian | Loughnane | Ad Hoc Committee of Non-Us Cu | Morris, Nichols, Arsht & Tunnell |
| jeffrey | sabin | Digital Augean | Venable |
| G | Jung | Creditor | HoonLabs |
| Mathew | Laskowski | Proposed Counsel to the Unsecu | Paul Hastings LLP |
| Tori | Remington | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Evanthea | Hammer | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Norman | Pernick | by Lightspeed Strategic Partners | Cole Schotz P.C. |
| Jonathan | Lozano | None | Bracewell LLP |
| Ella | Gaspar | n/a | Proskauer Rose LLP |
| Justin | Magner | '- | |

| First | Last | Party | Firm |
|---|---|---|---|
| Nikhilesh | De | N/A | |
| Autumn | Highsmith | Texas State Securities Board | Texas Attorney General |
| Julian | Beach | United States | Department of Justice |
| Layla | Milligan | Texas Department of Banking | Texas Attorney General |
| Alexander | Steiger | JPLs | Richards, Layton & Finger |
| Abigail | Ryan | Texas Department of Banker | Texas Attorney General |
| Caitlin | Cahow | N/A | |
| Eitan | Blander | Interested Party | Togut Segal & Segal |
| Andrew | Perry | Relm Insurance | |
| Susan | Gummow | Relm Insurance | |
| Eric | Friel | Cowen | Cowen |
| Joshua | Oliver | Financial Times - journalist | |
| Lauren | Lundy | Joint Provisional Liquidators of F | White & Case LLP |
| Daniel | O'Brien | Ad Hoc Committee of Customers | Venable LLP |
| Candice | Korkis | BMO Financial Group | |
| Catherine | Choe | Non-Party | |
| Ruth | Ramjit | Observer | |
| M. Natasha | Labovitz | Lightspeed Value Partners | Debevoise & Plimpton LLP |
| Hudson | Trent | FTX Trading Ltd. | Alvarez & Marsal North America, LLC |
| Becky | Yerak | Wall Street Journal | News Corp |
| Dietrich | Knauth | Reuters, non-participant media | |
| Ryan | Messina | N/A | Robinson & Cole, LLP |
| John | Melko | Interested Party | Foley & Lardner |
| James | Murphy | self | |
| Thomas | Davis | LedgerX | WilmerHale |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Randall | Chase | associated press | associated press |
| Tom | Hals | member of the media | Reuters |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Sascha | Rand | FTX Group Debtors | Quinn Emanuel Urquhart & Sullivan LLP |
| Mike | Legge | Reorg | |
| Caroline | Salls | BankruptcyData - media | |
| Gren | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Jiun-Wen | Teoh | Interested Party | Foley Hoag LLP |
| Bryan | Cimala | None | |
| Christiana | Johnson | N/A | Schulte Roth & Zabel LLP |
| Tim | Lin | N/A | Ingram Yuzek Gainen Carroll & Bertolotti, LLP |
| James | Bailey III | Evolve Bank & Trust | Butler Snow LLP |
| Lydia | Yale | Interested Party | |
| William | Uptegrove | U.S. Securities and Exchange Commission (Listen only) | |
| Craig | Rasile | Confidential Creditor | Winston & Strawn |
| Ken | Pasquale | Proposed Counsel Unsecured Cr | Paul Hastings LLP |
| Christian | Ribeiro | CGSH | |
| Jane | VanLare | CGSH | |
| Nikolaos | Chagias | Party-in-Interest | |
| Sabrina | Bremer | CGSH | Cleary Gottlieb Steen and Hamilton |
| Paul | Musser | Non-Party | Akerman |
| David | Shim | N/A | |
| Miranda | Hatch | CGSH | Cleary Gottlieb Steen & Hamilton |
| Abigail | Purdon | Angela Barkhouse and Toni Shuk | Morgan Lewis and Bockius |
| Peter | Ivanick | Ad Hoc Committee of Non-US Cu | Eversheds-Sutherland (US) LLP |
| Sarah | Paul | Ad Hoc Committee of the Non-U | Eversheds Sutherland (US) LLP |
| Negisa | Balluku | N/A | Bloomberg LP |
| Eamon | Javers | CNBC | CNBC |
| Dennis | O'Donnell | Pulsar Trading | DLA Piper |
| Lynn | Holbert | Ad Hoc Committee of the Non-U | Eversheds Sutherland (US) LLP |
| Michael | Morris | State of Wisconsin | Department of Justice |
| Ellen | Bardash | Delaware Business Court Insider | |
| Christopher | Stauble | Interested Party | Weil, Gotshal & Manges LLP |

| First | Last | Representing | Firm |
|---|---|---|---|
| Steven | Church | non party | |
| Karen | Rinehart | OMM as Info | O'Melveny & Myers LLP |
| Laura | Wides-Munoz | Media | NBC News |
| Mark | Hurford | Celsius | A.M. Saccullo Legal, LLC |
| Elizabeth | Abdelmasieh | Staff | |
| William | Sullivan | Word of God Fellowship | Sullivan Hazeltine Allinson LLC |
| Stephen | Warren | OMM Info Only | O'Melveny & Myers LLP |
| Steven | Knipfelberg | Digital Augean | |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |
| Mary Cathe | Wellons | CNBC | None |
| Una | O'Boyle | court | |
| Rahul | Sharma | LedgerX | |
| Timothy | Walsh | Various constituents/creditors | Winston & Strawn LLC |
| Alexander | Thorson | Interested non-participant | |
| Taylor | Harrison | Debtwire | |
| David | Yaffe-Bellany | N/A | |
| Brian | Davidoff | North America League of Legends | Greenberg Glusker LLP |
| Jacob | Baltaytis | Official Committee of Unsecured | FTI Consulting, Inc. |
| Sujeet | Indap | none | |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition, LLC | Cherokee Debt Acquisition, LLC |
| Madeline | Prince | Myself | |
| Meredith | Mitnick | various interested parties | Goodwin Procter LLP |
| Melissa | Ramirez | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Molly | White | n/a | |
| Noah | Weingarten | Observing | Loeb & Loeb LLP |
| Emily | Kapur | FTX | Quinn Emanuel |
| Rick | Anigian | BlockFi | Haynes and Boone LLP |
| Robert | Fitzgerald | N/A | N/A |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan |
| Matthew | Livingston | Certain Insurers | Foran Glennon |
| Gregory | Donilon | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| William | Hawkins | None before the court. | Loeb & Loeb |
| Michele | Wan | Pulsar Global Limited | |
| Christophe | Gastelu | self | |
| Hilary | H | Self | |
| Erin | Broderick | Ad Hoc Committee of Non-US FT | Eversheds Sutherland |
| Rex | Chatterjee | Interested Party | Titan Grey |
| Thomas | Ritter | Swiss Bank | Multiplicity Partners AG |
| Henry | Curtis | Interested Party | |
| Sophie | Rogers Church | Artz Investment | Morris, Nichols, Arsht & Tunnell |
| DIMITRIS | HATZISARROS | STARBOARD DIGITAL STRATEGIE | Glafka Capital |
| Victor | Scott | FTX traders community | |
| Jamie | Edmonson | Riot Games | Robinson+Cole LLP |
| Ashlyn | Gallagher | Cleary Gottlieb Steen and Hamilton | |
| Samira | Saran | Cleary Gottlieb Steen and Hamilton | |
| Akosua | Adubofour | Cleary Gottlieb Steen and Hamilton | |
| Vince | Sullivan | Law360 | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Brian | Stout | 507 Capital LLC | 507 Capital LLC |
| Joanne | Gelfand | Unknown | |
| Ivan | Vice | Triple Lemniscate Techno | Triple Lemniscate Techno |
| Azamat | Akylov | Creditor | |
| Maegan | Quejada | Interested Party | |
| Thongprata | Thongyai | Creditor | |
| David | Gerardi | DOJ-UST | |