**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

      I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

      On December 16, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on (ADRID: 10277878) and (ADRID: 10277808), whose information has been redacted in the interest of privacy:

- Omnibus Notice of Second Day Hearing [Docket No. 159]

      On December 16, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A:**

- Notice of Telephonic Section 341 Meeting [Docket No. 161]

- Notice of Chapter 11 Bankruptcy Case [Docket No. 171]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 11, 2023

                                                           */s/ Melissa Diaz*
                                                           Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 11, 2023, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

## Exhibit A
Supplemental Service List
Served via first class mail

| ADRID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 10278265 | API LAW OFFICE | 201 SPEAR ST STE 1100 | SAN FRANCISCO | CA | 94105-6164 |
| 10276845 | NAME ON FILE | ADDRESS ON FILE | | | |
| 10276846 | NAME ON FILE | ADDRESS ON FILE | | | |