IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068-JTD |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) | Judge John T. Dorsey |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE AND SUBSTITUTION OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL**

Please enter the appearance of the undersigned attorney, Elisabeth M. Bruce, as counsel of record for the United States of America, on behalf of its agency the Internal Revenue Service and in substitution for Ward W. Benson. Please withdraw the appearance of Ward W. Benson.

Ms. Bruce files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i):

1. Ms. Bruce is admitted to the bar of the State of Virginia (Registration No. 92132) and to the United States District Courts for the Eastern District of Virginia, Western District of Virginia, and Western District of Tennessee.

2. Ms. Bruce is in good standing in all jurisdictions in which he has been admitted.

//

//

//

3. Ms. Bruce will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

DATE:  January 12, 2023 

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Elisabeth Bruce*
ELISABETH M. BRUCE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-598-0969 (t)
202-514-6866 (f)
Elisabeth.M.Bruce@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court on JANUARY 12, 2023, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

<u>/s/ Elisabeth M. Bruce</u>
ELISABETH M. BRUCE