## Exhibit 1

**List of Authorized Persons**

Filed Under Seal at Docket No. 463