| | Time | Coin | Amount | Status | Additional info | Transaction ID |
|---|---|---|---|---|---|---|
| 45319281 | 2022-11-07T15:39:26.040149+00 00 | | | | | |
| 45160611 | 2022-11-06T05:36:41.231734+00 00 | | | | | |
| 1292708 | 2022-10-26T14:27:58.566778+00 00 | | | | | |
| 30523172 | 2022-10-22T14:02:59.220901+00 00 | | | | | |
| 44007349 | 2022-10-20T12:42:33.783987+00 00 | | | | | |
| 30357995 | 2022-10-19T22:45 06.516317+00 00 | | | | | |
| 30357874 | 2022-10-19T22:43:36.497316+00 00 | | | | | |
| 1239322 | 2022-10-13T07:57:52.088470+00 00 | | | | | |
| 43340591 | 2022-10-07T13:04:40.261417+00 00 | | | | | |
| 42790331 | 2022-09-28T23:42:37.960243+00 00 | | | | | |
| 28758734 | 2022-09-21T09:02:44.881616+00 00 | | | | | |
| 41780843 | 2022-09-15T20:36:52.488654+00 00 | | | | | |
| 41777893 | 2022-09-15T19:23:43.258904+00 00 | | | | | |
| 41728178 | 2022-09-15T06:22:14.526386+00 00 | | | | | |
| 41727791 | 2022-09-15T06:20:19.856777+00 00 | | | | | |
| 28412668 | 2022-09-14T16:01 02.758252+00 00 | | | | | |
| 40915569 | 2022-09-03T23:39:31.751508+00 00 | | | | | |
| 1107909 | 2022-08-31T12:35:33.823733+00 00 | | | | | |
| 27372217 | 2022-08-25T10:17 02.717723+00 00 | | | | | |
| 40295480 | 2022-08-23T12:35 09.292303+00 00 | | | | | |
| 39943796 | 2022-08-17T19:04:57.118037+00 00 | | | | | |
| 39815400 | 2022-08-15T16:44:34.498879+00 00 | | | | | |
| 1059839 | 2022-08-12T06:21:38.427299+00 00 | | | | | |
| 26647315 | 2022-08-10T14:47:50.650546+00 00 | | | | | |
| 26647068 | 2022-08-10T14:44:25.639769+00 00 | | | | | |
| 26646895 | 2022-08-10T14:41:50.630964+00 00 | | | | | |
| 26646842 | 2022-08-10T14:40:54.481097+00 00 | | | | | |
| 26646820 | 2022-08-10T14:40:22.461207+00 00 | | | | | |
| 24640935 | 2022-07-06T22:15:13.910743+00 00 | | | | | |
| 37398213 | 2022-07-06T21:37:13.487075+00 00 | | | | | |
| 37379213 | 2022-07-06T11:34:46.772922+00 00 | | | | | |
| 927309 | 2022-07-06T06:38:19.464982+00 00 | | | | | |
| 24326361 | 2022-07-01T21:39:52.043708+00 00 | | | | | |
| 37179063 | 2022-07-01T18:00 00.605527+00 00 | | | | | |
| 37029216 | 2022-06-28T22:17:40.081278+00 00 | | | | | |
| 24080014 | 2022-06-28T22:16:57.392805+00 00 | | | | | |
| 36950401 | 2022-06-27T11:33:18.315426+00 00 | | | | | |
| 36692491 | 2022-06-22T16:03 05.879452+00 00 | | | | | |
| 23507564 | 2022-06-21T09:16:39.528808+00 00 | | | | | |
| 23196624 | 2022-06-18T13:10:31.110053+00 00 | | | | | |
| 23196612 | 2022-06-18T13:11:34.108020+00 00 | | | | | |
| 23196611 | 2022-06-18T13:11:34.111862+00 00 | | | | | |
| 23196525 | 2022-06-18T13:11:36.232660+00 00 | | | | | |
| 23052024 | 2022-06-16T18:55:27.390360+00 00 | | | | | |
| 23049170 | 2022-06-16T18:01:41.666137+00 00 | | | | | |
| 23048469 | 2022-06-16T17:48:41.015292+00 00 | | | | | |
| 22970045 | 2022-06-15T18:07:59.934279+00 00 | | | | | |
| 22970022 | 2022-06-15T18:09:31.279939+00 00 | | | | | |
| 35827150 | 2022-06-11T12:31:18.716579+00 00 | | | | | |
| 35827095 | 2022-06-11T12:30:57.393485+00 00 | | | | | |
| 35623371 | 2022-06-07T17:45:55.237537+00 00 | | | | | |
| 35623368 | 2022-06-07T17:45:46.914293+00 00 | | | | | |
| 35585045 | 2022-06-07T01:27:23.048899+00 00 | | | | | |
| 825302 | 2022-06-07T06:25:28.810938+00 00 | | | | | |
| 20767300 | 2022-05-13T18:35:22.002333+00 00 | | | | | |
| 20552070 | 2022-05-11T17:37:41.067677+00 00 | | | | | |
| 17882529 | 2022-03-21T20:37:32.061033+00 00 | | | | | |



EXHIBIT 1

```
16720431 2022-02-21T23:22:32.126275+00 00
16720320 2022-02-21T23:18:35.970301+00 00
16713953 2022-02-21T19:34:39.481845+00 00
```