

EXHIBIT

2

exhibitsticker.com



