| Time | Coin | Amount | Destination | Status | Transaction ID | fee |
|---|---|---|---|---|---|---|
| 2022-11-10T19:51:19.291854+00 00 | | | | | | |
| 2022-11-10T18:16:42.067609+00 00 | | | | | | |
| 2022-11-10T18:01:23.054310+00 00 | | | | | | |
| 2022-11-10T17:58:10.526626+00 00 | | | | | | |
| 2022-11-09T20:51:43.838662+00 00 | | | | | | |
| 2022-11-09T20:25:18.711826+00 00 | | | | | | |
| 2022-11-09T00:26:31.431869+00 00 | | | | | | |
| 2022-11-08T15:48:47.505465+00 00 | | | | | | |
| 2022-11-08T15:16:12.840764+00 00 | | | | | | |
| 2022-11-08T15:12:06.751790+00 00 | | | | | | |
| 2022-11-06T14:10:06.693781+00 00 | | | | | | |
| 2022-10-26T14:37:45.198860+00 00 | | | | | | |
| 2022-10-22T14:19:33.845414+00 00 | | | | | | |
| 2022-10-20T12:43:44.349274+00 00 | | | | | | |
| 2022-10-19T22:51:00.451481+00 00 | | | | | | |
| 2022-10-19T22:49:34.984434+00 00 | | | | | | |
| 2022-10-13T08:15:03.777850+00 00 | | | | | | |
| 2022-10-09T15:10:38.150038+00 00 | | | | | | |
| 2022-09-28T23:43:32.125558+00 00 | | | | | | |
| 2022-09-21T09:23:10.248572+00 00 | | | | | | |
| 2022-09-18T19:19:50.187051+00 00 | | | | | | |
| 2022-09-15T19:27:07.697571+00 00 | | | | | | |
| 2022-09-15T14:27:26.264059+00 00 | | | | | | |
| 2022-09-15T06:20:54.734275+00 00 | | | | | | |
| 2022-09-14T16:02:37.612000+00 00 | | | | | | |
| 2022-09-03T23:40:15.266606+00 00 | | | | | | |
| 2022-08-31T13:06:39.514650+00 00 | | | | | | |
| 2022-08-25T10:17:35.835355+00 00 | | | | | | |
| 2022-08-23T12:36:01.980931+00 00 | | | | | | |
| 2022-08-23T12:35:46.525131+00 00 | | | | | | |
| 2022-08-15T16:47:24.734636+00 00 | | | | | | |
| 2022-08-12T09:16:40.180847+00 00 | | | | | | |
| 2022-08-10T14:48:27.389398+00 00 | | | | | | |
| 2022-07-07T01:30:12.877571+00 00 | | | | | | |
| 2022-07-07T01:25:15.863709+00 00 | | | | | | |
| 2022-07-07T01:16:44.703237+00 00 | | | | | | |
| 2022-07-06T07:50:37.256247+00 00 | | | | | | |
| 2022-07-04T14:58:26.598584+00 00 | | | | | | |
| 2022-06-28T22:18:01.837143+00 00 | | | | | | |
| 2022-06-28T22:17:17.321209+00 00 | | | | | | |
| 2022-06-27T11:33:48.643622+00 00 | | | | | | |
| 2022-06-22T16:04:35.953972+00 00 | | | | | | |
| 2022-06-22T09:50:39.281395+00 00 | | | | | | |
| 2022-06-16T18:48:45.344963+00 00 | | | | | | |
| 2022-06-16T18:41:50.468899+00 00 | | | | | | |
| 2022-06-16T17:38:44.623523+00 00 | | | | | | |
| 2022-06-16T17:04:50.649185+00 00 | | | | | | |
| 2022-06-16T16:50:09.730214+00 00 | | | | | | |
| 2022-06-07T21:00:55.996259+00 00 | | | | | | |
| 2022-06-07T21:00:47.678390+00 00 | | | | | | |
| 2022-06-07T10:03:38.267436+00 00 | | | | | | |
| 2022-06-07T10:03:23.607088+00 00 | | | | | | |
| 2022-05-13T18:37:03.428408+00 00 | | | | | | |
| 2022-05-11T17:38:15.719744+00 00 | | | | | | |
| 2022-03-21T20:38:02.021057+00 00 | | | | | | |
| 2022-03-07T03:09:38.266192+00 00 | | | | | | |
| 2022-03-06T18:49:51.034899+00 00 | | | | | | |
| 2022-03-02T13:43:29.492680+00 00 | | | | | | |
| 2022-03-02T13:39:15.891402+00 00 | | | | | | |
| 2022-02-21T23:25:27.756617+00 00 | | | | | | |



EXHIBIT

3