

# TRANSFER CONFIRMATION

, 24.11.2022

To whom it may concern, we confirm having received the following transfer order:

## USER DETAILS

| | |
|---|---|
| Account holder: | Warren Bradley Macartney Winter |
| IBAN: | |
| BIC: | |
| Transfer date: | 26.10.2022 |
| Amount: | 2.983,00 EUR |
| Reference text: | |

## RECIPIENT

| | |
|---|---|
| Account holder: | FTX Trading Ltd. |
| IBAN: | LT503780000038612134 |
| BIC: | TRYULT21XXX |

**EXHIBIT 8**

Please note that this document is merely a confirmation of your transaction request and does not constitute proof for the execution of the transaction. We will execute your order once we finish our mandatory verification process