Gmail

## USDC withdrawal request
3 messages

---

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>                              Thu, Nov 10, 2022 at 6:58 PM
To: ██████████████

Hello Warren B Winter,

We have received a request to withdraw 3.33644647 USDC from your FTX account to ██████████████████████████.

If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

---

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>                              Thu, Nov 10, 2022 at 7:16 PM
To: ██████████████

Hello Warren B Winter,

We have received a request to withdraw 349936.91000000 USDC from your FTX account to

[Quoted text hidden]

---

**FTX Cryptocurrency Derivatives Exchange** <support@ftx.com>                              Thu, Nov 10, 2022 at 8:51 PM
To: ██████████████

Hello Warren B Winter,

We have received a request to withdraw 3.33644647 USDC from your FTX account to

[Quoted text hidden]

**EXHIBIT**

**13**