Warren

## Change of Payment Details
1 message

**FTX** <no-reply@marketing.ftx.com>  Fri, Aug 26, 2022 at 12:51 PM
To:



Dear valued clients,

We would like to inform you that FTX EU, brand name of K-DNA Financial Service Limited, will no longer be collaborating with Paysafe Payment Solutions Limited as of September 19, 2022. Following this date, you will **no longer** be able to deposit funds via Paysafe Payment Solutions Limited, and any transfers to Paysafe will result in your funds being returned to your bank account. Please note that FTX EU has no liability for delayed returns and/or mislocation of funds.

***Given the above, we kindly ask you to use alternative deposit methods available for your SEPA and SWIFT transfers.***

Should you need any further information and/or advice, please feel free to contact the Customer Support Department by filling in a support ticket on https://ftx.com/eu/support.

Yours faithfully,

**Customer Support Unit**

Contact us



EXHIBIT

16

FTX EU is a brand name of K-DNA Financial Services Ltd, a company authorized and regulated by the Cyprus Securities and Exchange Commission (license no. 273/15) with registered office at 23 Spyrou Kyprianou Protopapas Building 3rd floor 4001, Limassol, Cyprus.