# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: January 20, 2023 at 10:00 a.m. |

### NOTICE OF JOINDER IN AMENDED OBJECTION TO DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

  Richard L. Brummond hereby fully joins in Warren Winter's *Amended Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* (Dkt. 459).

  Mr. Brummond is a United States citizen residing in Sacramento, California, who has standing to join the objection as a customer and creditor of the FTX Group entities. Mr. Brummond had over ten thousand dollars of assets in his FTX US account when the FTX Group collapsed, which he has been unable to access. In

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

support of this joinder, Mr. Brummond will file a Declaration with documentation of his FTX-related transaction history.

Dated: January 16, 2023                                   Respectfully submitted,

| */s/ John D. McLaughlin, Jr.* | */s/ Marshal J. Hoda* |
|---|---|
| John D. McLaughlin, Jr.<br>Delaware Bar No. 4123<br>1521 Concord Pike, Suite 202<br>Wilmington, DE 19803<br>Tel: (302) 575-1555, ext. 107<br>Fax: (302) 575-1714<br>jmclaughlin@ferryjoseph.com<br>**FERRY JOSEPH, P.A.** | Marshal J. Hoda<br>Texas Bar No. 24110009<br>(Admitted *pro hac vice*)<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>Tel: (832) 848-0036<br>marshal@thehodalawfirm.com<br>**THE HODA LAW FIRM, PLLC**<br><br>*/s/ Patrick Yarborough*<br>Patrick Yarborough, Esq.<br>Texas Bar No. 24084129<br>(Admitted *pro hac vice*)<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>Tel: (713) 331-5084<br>patrick@fosteryarborough.com<br>**FOSTER YARBOROUGH, PLLC**<br><br>*Counsel for Objectors Warren Winter & Richard L. Brummond* |