**us bank**

P O Box 1800
Saint Paul  Minnesota  55101 0800

## Uni-Statement

Account Number:
■■■■ 4952
Statement Per od:
Aug 14, 2021
through
Sep 15, 2021

Page 1 of 3



RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ■■■■■

☎                              *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                               *(1-800-872-2657)*

*U.S. Bank accepts Relay Calls*

*Internet:*                    usbank.com

---

## U.S. BANK GOLD CHECKING
U S Bank National Association                                   *Member FDIC*

Account Number ■■■■ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beg nn ng Ba ance on Aug 14 | $ ■■■■ | Number of Days n Statement Per od | 33 |
| Depos ts / Cred ts | | Average Account Ba ance | $ ■■■■ |
| Card W thdrawa s | ■■■■ | | |
| Other W thdrawa s | ■■■■ | | |
| **Ending Balance on Sep 15, 2021** | $ ■■■■ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

**Total Deposits / Credits   $ ■■■■**

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

Card Number: ■■■■ -5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|



## BALANCE YOUR ACCOUNT

To keep track of your transactions, you should balance your account every month.  P ease exam ne th s statement  mmed ate y.  We w  assume that the ba ance and transact ons shown are correct un ess you not fy us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. L st any depos ts that do not appear on your statement  n the Outstand ng Depos ts sect on at the  eft. Record the tota .

2. Check off  n your checkbook reg ster a  checks, w thdrawa s ( nc ud ng Deb t Card and ATM) and automat c payments that appear on your statement.  W thdrawa s that are NOT checked  off shou d be recorded  n the Outstand ng W thdrawa s sect on at the  eft.  Record the tota .

3. Enter the end ng ba ance shown on th s statement.                                                              $

4. Enter the tota  depos ts recorded  n the Outstand ng Depos ts sect on.                              $

5. Tota   nes 3 and 4.                                                                                                          $

6. Enter the tota  w thdrawa s recorded  n the Outstand ng W thdrawa s sect on.              $

7. Subtract  ne 6 from  ne 5. Th s s your ba ance.                                                                  $

8. Enter  n your reg ster and subtract from your reg ster ba ance any checks, w thdrawa s or other deb ts ( nc ud ng fees,  f any)  that appear on your statement but have not been recorded  n your reg ster.

9. Enter  n your reg ster and add to your reg ster ba ance any depos ts or other cred ts ( nc ud ng  nterest,  f any) that appear  n your statement but have not been recorded  n your reg ster.

10. The ba ance  n your reg ster shou d be the same as the ba ance shown at #7.  If  t does not match, rev ew and check a  f gures used, and check the add t on and subtract on  n your reg ster. If necessary, rev ew and ba ance your statement from the prev ous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

 f you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt  we must hear from you no later than 60 days* after we sent you the F RST statement on which the error or problem appeared  Telephone us at the number listed on the front of this statement or write to us at U S  Bank  EP MN WS5D  60 Livingston Ave  St  Paul  MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly  f we need more time  we may take up to 45 days to investigate your complaint  For errors involving new accounts  point of sa e  or foreign initiated transactions  we will take up to 90 days to investigate your complaint  f we decide to do this  we will credit your account within 10 business days for the amount you think is in error  so that you will have the use of the money during the time it takes us to complete our investigation  f we ask you to put your complaint or question in writing and we do not receive it within 10 business days  we may not credit your account

*Please note  Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions  including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time   f you think this statement is wrong  please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement

 f you think there is an error on your statement  write to us at
U S  Bank  P O  Box 3528  Oshkosh  W  54903 3528
n your letter  give us the following information
- **Account information:** Your name and account number
- **Dollar Amount:** The dollar amount of the suspected error
- **Description of problem:**  f you think there is an error on your bill  describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*  You may call us  but if you do we are not required to investigate any potential errors and you may have to pay the amount in question While we investigate whether or not there has been an error  the following are true
- We cannot try to collect the amount in question  or report you as delinquent on that amount
- The charge in question may remain on your statement  and we may continue to charge you interest on that amount  But  if we determine that we made a mistake  you will not have to pay the amount in question  or any interest or other fees related to that amount
- While you do not have to pay the amount in question  you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**  use the dates and balances provided in the Reserve Line Balance Summary section  The date next to the first Balance Subject to  nterest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one)  We multiply the Balance Subject to  nterest by the number of days it is applicable and add them up to get the same number of days in the billing cycle  We then divide the result by the number of billing days in the cycle  This is your **Balance Subject to Interest Rate**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to  nterest  The *** NTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus  Late payments  missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA)  As a result  this may prevent you from obtaining services at other financial institutions   f you believe we have inaccurately reported information to a CRA  you may submit a dispute by calling 844 624 8230 or by writing to  U S  Bank Attn  Consumer Bureau Dispute Handling (CBDH)  P O  Box 3447  Oshkosh  W  54903 3447  n order for us to assist you with your dispute  you must provide your name  address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g  affidavit of identity theft)  if applicable


EQUAL HOUSING LENDER

Member FDIC



RICHARD L BRUMMOND
RICHARD L BRUMMOND
[redacted]
SACRAMENTO CA [redacted]

## U.S. BANK GOLD CHECKING (CONTINUED)

U S Bank National Association
**Account Number [redacted]4952**

### Card Withdrawals (continued)

Card Number: [redacted]5697

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | **Card 5697 Withdrawals Subtotal** | $ [redacted] |
| | | | **Total Card Withdrawals** | $ [redacted] |

### Other Withdrawals

| *Date* | *Description of Transaction* | | *Ref Number* | *Amount* |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Aug 26 | E ectron c W thdrawa REF=212380057736740N00SD | To FTXUS BLOCKFOLIO Y463394676BP21082606CIRBTRUXFQ | | 100.00- |
| [redacted] | [redacted] | [redacted] | | [redacted] |
| | | | **Total Other Withdrawals** | $ [redacted] |

### Balance Summary

| *Date* | *Ending Balance* | *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |



RICHARD L BRUMMOND
███████████
SACRAMENTO CA █████

**Uni-Statement**

Account Number:
█████4952
Statement Period:
Aug 14, 2021
through
Sep 15, 2021
Page 3 of 3

| **U.S. BANK GOLD CHECKING** | **(CONTINUED)** |
|---|---|

U S  Bank National Association                                                    **Account Number** █████**4952**

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| ████ | ████ | | ████ | ████ | ████ |

Balances only appear for days reflecting change.



**Uni-Statement**

Account Number:
███ 4952

Statement Period:
Sep 16, 2021
through
Oct 15, 2021

Page 1 of 3

P O Box 1800
Saint Paul Minnesota 55101 0800

RICHARD L BRUMMOND
RICHARD L BRUMMOND
SACRAMENTO CA ███

☎ **To Contact U.S. Bank**

**By Phone:** 1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## U.S. BANK GOLD CHECKING

U S Bank National Association

**Member FDIC**

**Account Number** ███ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Sep 16 | $ ███ | Number of Days in Statement Period | 30 |
| Deposits / Credits | ███ | Average Account Balance | $ ███ |
| Card Withdrawals | ███ | | |
| Other Withdrawals | | | |
| **Ending Balance on  Oct 15, 2021** | **$ ███** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| | | | | | |

**Total Deposits / Credits** $ ███

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|

Card Number: ███ 5697

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|



## BALANCE YOUR ACCOUNT

To keep track of your transactions and balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.    $

4. Enter the total deposits recorded in the Outstanding Deposits section.    $

5. Total lines 3 and 4.    $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $

7. Subtract line 6 from line 5. This is your balance.    $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St. Paul, MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we will take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- **Account information:** Your name and account number
- **Dollar Amount:** The dollar amount of the suspected error
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447, in order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING LENDER

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA ▉

**Uni-Statement**

Account Number:
▉ 4952
Statement Period:
Sep 16, 2021
through
Oct 15, 2021
Page 2 of 3



## U.S. BANK GOLD CHECKING                    (CONTINUED)

U S Bank National Association

**Account Number** ▉ **4952**

### Card Withdrawals (continued)

Card Number: ▉5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

| | | **Card 5697 Withdrawals Subtotal** | $ ▉ |
| | | **Total Card Withdrawals** | $ ▉ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Sep 16 | Electronic Withdrawal REF=212590098723680N00SD To FTXUS BLOCKFOLIO Y463394676BP21091606CIRYT5N7MI | | $ 100.00- |
| Sep 27 | Electronic Withdrawal REF=212700102335890N00SD To FTXUS BLOCKFOLIO Y463394676BP21092706CIRCYYGBCA | | 100.00- |
| Oct 1 | Electronic Withdrawal REF=212740057634590N00SD To FTXUS BLOCKFOLIO Y463394676BP21100106CIRF3MY3XI | | 100.00- |



**us bank**    Case 22-11068-JTD    Doc 502-2    Filed 01/16/23    Page 8 of 60

RICHARD L BRUMMOND
SACRAMENTO CA

**Uni-Statement**

Account Number:

████ 4952

Statement Per od:
Sep 16, 2021
through
Oct 15, 2021

Page 3 of 3

# U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S  Bank National Association

**Account Number** ████-4952

## Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| ███ | ████████ | ██████ | | ███ |
| ███ | ████████ | ██████ | | ███ |
| ███ | ████████ | ██████ ████ | | ███ |
| | | **Total Other Withdrawals** | $ | ████ |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| ████ | ████ | ██ | ████ | █ █ | ████ |
| ████ | ████ | █ █ | ████ | ████ | ████ |
| ████ | ████ | █ █ | ████ | ████ | ████ |
| ████ | ████ | █ █ | ████ | ████ | ████ |
| ████ | ████ | | | | |

Ba ances on y appear for days ref ect ng change.

**Uni-Statement**

Account Number:
█████ 4952

Statement Period:
Oct 16, 2021
through
Nov 15, 2021

Page 1 of 3

P O Box 1800
Saint Paul Minnesota 55101 0800



RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ████

☎ **To Contact U.S. Bank**

**By Phone:** 1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## NEWS FOR YOU



Scan here with your phone's camera to download the U.S. Bank Mobile App.

## U.S. BANK GOLD CHECKING

*Member FDIC*

U S Bank National Association

**Account Number** ████ 4952

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Oct 16 | $ | ███ | Number of Days in Statement Period | 31 |
| Deposits / Credits | | ███ | Average Account Balance $ | ███ |
| Card Withdrawals | | ███ | | |
| Other Withdrawals | | ███ | | |
| **Ending Balance on Nov 15, 2021** | $ | ███ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | █ | ███ |
| | ███ | | |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | | ███ |
| ███ | | | |
| | **Total Deposits / Credits** | $ | ███ |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | █ | ███ |
| ███ | ███ | ███ | ███ |

Card Number: ████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | ███ | █ | ███ |

**us bank**

**BALANCE YOUR ACCOUNT**

To keep track of your finances and balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                                        $

4. Enter the total deposits recorded in the Outstanding Deposits section.                      $

5. Total lines 3 and 4.                                                                                                       $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $

7. Subtract line 6 from line 5. This is your balance.                                                        $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St. Paul, MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale) or foreign initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- ***Account information:*** Your name and account number
- ***Dollar Amount:*** The dollar amount of the suspected error
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447. In order for us to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING LENDER

Member FDIC


22-11068-JTD Doc 502-2   Filed 01/16/23   Page 11 of 60

**Uni-Statement**
Account Number:
███ 4952
Statement Period:
Oct 16, 2021
through
Nov 15, 2021
Page 2 of 3

RICHARD L BRUMMOND
███████████████
SACRAMENTO CA ████████



## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S Bank National Association                    Account Number ████████ **4952**

### Card Withdrawals (continued)
Card Number: ██████████ 5697

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| ███ | ██████████ | ██████████ | | ███ |
| ███ | ██████████ | ██████████ | | ███ |
| ███ | ██████████ | ██████████ | | ███ |
| ███ | ██████████ | ██████████ | | ███ |
| | ██████████ | ██████████ | | |

|  | Card 5697 Withdrawals Subtotal | $ | ███ |
|--|---|---|---|
|  | **Total Card Withdrawals** | $ | ███ |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| ███ | ██████████ | ██████████ | ▪ | ███ |
| | ██████████ | ██████████ | | |
| ███ | | ██████████ | | ███ |
| Oct 25 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 100.00- |
| | REF=212980166004230N00SD | Y463394676BP21102506CIRN4H5S4Q | | |
| ███ | ██████████ | ██████████ | | ███ |
| | ██████████ | ██████████ | | ███ |
| | ██████████ | ██████████ | | |
| Oct 28 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 100.00- |
| | REF=213010092143120N00SD | Y463394676BP21102806CIRB4I6JRI | | |
| ███ | ██████████ | ██████████ | | ███ |
| | ██████████ | ██████████ | | ███ |
| | ██████████ | ██████████ | | |
| ███ | ██████████ | ██████████ | | |
| Nov 3 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 100.00- |
| | REF=213070081934720N00SD | Y463394676BP21110306CIRTURRPQI | | |
| ███ | ██████████ | | | ███ |
| Nov 9 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 3,000.00- |
| | REF=213130115392370N00SD | Y463394676BP21110906CIRSMEW2BQ | | |
| ██ | | | | ███ |
| Nov 10 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 1,000.00- |
| | REF=213140123855820N00SD | Y463394676BP21111006CIR7HZ7ZRA | | |
| | ██████████ | | | ███ |

![us bank logo]

RICHARD L BRUMMOND
████████████████
SACRAMENTO CA ████████

**Uni-Statement**

Account Number:
████████ 4952
Statement Per od:
Oct 16, 2021
through
Nov 15, 2021
Page 3 of 3

## U.S. BANK GOLD CHECKING                           (CONTINUED)

U S  Bank National Association

Account Number ████████ **4952**

**Other Withdrawals (continued)**



| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov 12 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 100.00- |
| | REF=213160175996460N00SD | Y463394676BP21111206CIRYHGF5IQ | | |
| ████ | ████████████ | ████████████████ | | ████████ |
| ████ | ████████████████ | ████████████████ | | ████ ████ |
| Nov 12 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | 20,000.00- |
| | REF=213160175996400N00SD | Y463394676BP21111206CIRKK4HR5Y | | |
| ████ | ████████ ████ | █████████████████████ | | ████████ |

**Total Other Withdrawals**   $   ████████

**Balance Summary**

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|---|---|---|---|---|---|---|---|
| ████ | ████████ | | ████ | ████████ | | ██ █ | ████████ |
| ████ | ████████ | | ██ █ | ████████ | | ████ | ████████ |
| ████ | ████████ | | ██ █ | ████████ | | ████ | ████████ |
| ████ | ████████ | | █ | ████████ | | ████ | ████████ |

Ba ances on y appear for days ref ect ng change.

# **us**bank

P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:
███ 4952
Statement Per od:
Nov 16, 2021
through
Dec 14, 2021

Page 1 of 3



RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ███

☎ ***To Contact U.S. Bank***

***By Phone:*** 1-800-US BANKS
(1-800-872-2657)

***U.S. Bank accepts Relay Calls***

***Internet:*** usbank.com

---

## INFORMATION YOU SHOULD KNOW

Protect ng your accounts s our h ghest pr or ty. We have many safeguards n p ace to he p ensure your accounts are secure. One of these s to c ose ong-term nact ve cards. If your U.S. Bank V sa Deb t or ATM Card has not been used w th n the ast 12 months, t may be c osed. P ease ca us w th any quest ons at 800-USBANKS (800-872-2657).

Effect ve February 14, 2022 the "Your Depos t Account Agreement" and "Consumer Pr c ng Informat on" d sc osures w nc ude update(s) and may affect your r ghts.

**Primary update(s):**

- For consumer accounts, the *Overdraft Returned Fee* has been e m nated. In both d sc osures, a references to the *Overdraft Returned Fee* have been removed.

**Additional updates in your revised "Your Deposit Account Agreement" disclosure:**

- ***UTMA/UGMA (Uniform Transfers to Minors Act/Uniform Gift to Minors Act)*** sect on: Adjusted the anguage to h gh ght the custod an s ro e and respons b t es, nc ud ng the ob gat on to transfer funds to the benef c ary at the age of term nat on under app cab e state aw (usua y 21 years o d). Changes a so descr be the bank s r ght to re ease funds to the benef c ary upon reach ng the age of term nat on f the custod an fa s to make the transfer.

- ***Stop Payments*** sect on, ***Checks and Drafts*** sub-sect on: Add t ona opt ons were added to ut ze the stop payment too n on ne bank ng, the U.S. Bank Mob e App, and U.S. Bank 24-Hour Bank ng.

- ***Determining the availability of a deposit*** sect on: Branch cutoff t mes references were removed.

- ***Account Access at Automated Teller Machines*** sect on: "Non-enve ope ATMs" references were removed. Add t ona y, ATM cutoff t mes were updated to 8 p.m. oca t me.

- ***Notice of ATM/night deposit facility user*** sect on and ***Limits on transfers*** sect on, ***Security*** sub-sect on: Transact on m ts for send ng and rece v ng money were updated to $10,000 per day.

- ***Deposits*** sect on, ***Business Account Cash Deposits*** sub-sect on: Added anguage regard ng requ rements for process ng cash depos ts n the branch or the cash vau t. Add t ona y, c ar f ed funds ava ab ty based on where a depos t s made and how prov s ona cred t w be hand ed.

Beg nn ng February 14, 2022, cop es of both d sc osures w be ava ab e at your oca U.S. Bank branch, on ne at **usbank.com**, or by ca ng 800-USBANKS (872-2657) to request cop es.

If you have any quest ons, our bankers are ava ab e to he p at your oca branch. You can a so ca us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s.

---

## U.S. BANK GOLD CHECKING
U S Bank National Association

***Member FDIC***

Account Number ███-4952

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beg nn ng Ba ance on Nov 16 | $ | ███ | Number of Days n Statement Per od | 29 |
| Depos ts / Cred ts | | ███ | Average Account Ba ance | $ ███ |
| Other W thdrawa s | | ███ | | |
| **Ending Balance on  Dec 14, 2021** | $ | ███ | | |



## BALANCE YOUR ACCOUNT

To keep track of your money and avoid being charged a fee, do this every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.    $

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $

5.  Total lines 3 and 4.    $

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $

7.  Subtract line 6 from line 5.  This is your balance.    $

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U S Bank, EP MN WS5D, 60 Livingston Ave, St Paul MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (30 days) or foreign initiated transactions, we may take up to 90 days to investigate your complaint.  If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.  If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at
U S Bank, P O Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section
The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one)  We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle  We then divide the result by the number of billing days in the cycle  This is your **Balance Subject to Interest Rate**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest  The *** INTEREST CHARGE*** begins from the date of each advance

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

### CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA)  As a result, this may prevent you from obtaining services at other financial institutions  If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U S Bank Attn  Consumer Bureau Dispute Handling (CBDH), P O Box 3447  Oshkosh  WI 54903 3447  In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g affidavit of identity theft)  if applicable



EQUAL HOUSING
LENDER



**u.s. bank**

RICHARD L BRUMMOND
SACRAMENTO CA

**Uni-Statement**

Account Number:
███████ 4952

Statement Per od:
Nov 16, 2021
through
Dec 14, 2021

Page 2 of 3



## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S Bank National Association

**Account Number** ███████ **4952**

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |

| | | **Total Deposits / Credits** | $ ████ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ███ | ████████ ████████ | ████████ | ████ |
| Nov 18 | E ectron c W thdrawa<br>REF=213220124637630N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP21111806CIRF557RZY | 100.00- |
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |
| Nov 19 | E ectron c W thdrawa<br>REF=213230119949090N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP21111906CIRBWYEGDY | 3,000.00- |
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |
| Dec 9 | E ectron c W thdrawa<br>REF=213430135243920N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP21120906CIR2DIWURA | 100.00- |
| ███ | ████████ ████████ | ████████ | ████ |
| ███ | ████████ ████████ | ████████ | ████ |

| | | **Total Other Withdrawals** | $ ████ |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| ███ | ████ | ███ | | ███ | |



**Uni-Statement**

Account Number:

████ 4952

Statement Period:

Nov 16, 2021

through

Dec 14, 2021

Page 3 of 3

RICHARD L BRUMMOND

████████

SACRAMENTO CA ████████

## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S Bank National Association

**Account Number** ████ **4952**

## Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| ██ ██ | ██████ | ██ ██ | ██████ | ████ | ██████ |

Balances only appear for days reflecting change.

# **US bank**

P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:
████4952

Statement Per od:
Dec 15, 2021
through
Jan 14, 2022

Page 1 of 3



RICHARD L BRUMMOND
RICHARD L BRUMMOND
SACRAMENTO CA ████

☎                                          **To Contact U.S. Bank**

**By Phone:**                    1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                            usbank.com

---

## INFORMATION YOU SHOULD KNOW

Protect ng your accounts s our h ghest pr or ty.  We have many safeguards n p ace to he p ensure your accounts are secure.
One of these s to c ose ong-term nact ve cards.  If your U.S. Bank V sa Deb t or ATM Card has not been used w th n the ast 12
months, t may be c osed. P ease ca us w th any quest ons at 800-USBANKS (800-872-2657).

Effect ve February 14, 2022 the "Your Depos t Account Agreement" and "Consumer Pr c ng Informat on" d sc osures w nc ude
update(s) and may affect your r ghts.

**Primary update(s):**

- For consumer accounts, the *Overdraft Returned Fee* has been e m nated. In both d sc osures, a references to the
*Overdraft Returned Fee* have been removed.

**Additional updates in your revised "Your Deposit Account Agreement" disclosure:**

- *UTMA/UGMA (Uniform Transfers to Minors Act/Uniform Gift to Minors Act)* sect on: Adjusted the anguage to
h gh ght the custod an s ro e and respons b t es, nc ud ng the ob gat on to transfer funds to the benef c ary at the age of
term nat on under app cab e state aw (usua y 21 years o d). Changes a so descr be the bank s r ght to re ease funds to
the benef c ary upon reach ng the age of term nat on f the custod an fa s to make the transfer.

- *Stop Payments* sect on, *Checks and Drafts* sub-sect on: Add t ona opt ons were added to ut ze the stop payment too
n on ne bank ng, the U.S. Bank Mob e App, and U.S. Bank 24-Hour Bank ng.

- *Determining the availability of a deposit* sect on: Branch cutoff t mes references were removed.

- *Account Access at Automated Teller Machines* sect on: "Non-enve ope ATMs" references were removed.
Add t ona y, ATM cutoff t mes were updated to 8 p.m. oca t me.

- *Notice of ATM/night deposit facility user* sect on and *Limits on transfers* sect on, *Security* sub-sect on: Transact on
m ts for send ng and rece v ng money were updated to $10,000 per day.

- *Deposits* sect on, *Business Account Cash Deposits* sub-sect on: Added anguage regard ng requ rements for
process ng cash depos ts n the branch or the cash vau t. Add t ona y, c ar f ed funds ava ab ty based on where a
depos t s made and how prov s ona cred t w be hand ed.

Beg nn ng February 14, 2022, cop es of both d sc osures w be ava ab e at your oca U.S. Bank branch, on ne at **usbank.com**,
or by ca ng 800-USBANKS (872-2657) to request cop es.

If you have any quest ons, our bankers are ava ab e to he p at your oca branch. You can a so ca us at U.S. Bank 24-Hour
Bank ng at 800-USBANKS (872-2657). We accept re ay ca s.

---

## U.S. BANK GOLD CHECKING                                                              *Member FDIC*

U S Bank National Association                                                    **Account Number** ████4952

### Account Summary

| | | | |
|---|---|---|---|
| Beg nn ng Ba ance on Dec 15 | $ ████ | Number of Days n Statement Per od | 31 |
| Depos ts / Cred ts | ████ | Average Account Ba ance | $ ████ |
| Card W thdrawa s | ████ | | |
| Other W thdrawa s | ████ | | |
| **Ending Balance on Jan 14, 2022** | **$ ████** | | |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $

4. Enter the total deposits recorded in the Outstanding Deposits section.                 $

5. Total lines 3 and 4.                                                                    $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.            $

7. Subtract line 6 from line 5. This is your balance.                                      $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U S Bank, EP MN WS5D, 60 Livingston Ave, St Paul, MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at
U S Bank, P O Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- **Account information:** Your name and account number
- **Dollar Amount:** The dollar amount of the suspected error
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U S Bank Attn Consumer Bureau Dispute Handling (CBDH), P O Box 3447, Oshkosh, WI 54903 3447, In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g affidavit of identity theft), if applicable



EQUAL HOUSING
**LENDER**

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA ███████

**Uni-Statement**

Account Number:
███████ 4952

Statement Per od:
Dec 15, 2021
through
Jan 14, 2022

Page 2 of 3



## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S  Bank National Association                    Account Number  ███████4952

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

**Total Deposits / Credits**   $ ████

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

Card Number: ███████5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

**Card 5697  Withdrawals Subtotal**   $ ████

**Total Card Withdrawals**   $ ████

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Dec 20 | E ectron c W thdrawa    To FTXUS BLOCKFOLIO | | 100.00- |
|  | REF=213540137425540N00    Y463394676BP21121706CIRMWCIKEA | | |
| Dec 23 | E ectron c W thdrawa    To FTXUS BLOCKFOLIO | | 100.00- |
|  | REF=213570102675070N00SD    Y463394676BP21122306CIR4OH7YHY | | |



# us bank

RICHARD L BRUMMOND
SACRAMENTO CA

**Uni-Statement**

Account Number:
████ 4952

Statement Per od:
Dec 15, 2021
through
Jan 14, 2022

Page 3 of 3

---

## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S  Bank National Association                                    **Account Number** ████-4952

### Other Withdrawals (continued)



| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan  6 | E ectron c W thdrawa REF=220060047100100N00SD | To FTXUS BLOCKFOLIO Y463394676BP22010606CIRHHNCV7Y | | 50.00- |
| Jan  13 | E ectron c W thdrawa REF=220130044721200N00SD | To FTXUS BLOCKFOLIO Y463394676BP22011306CIRDQTP5HI | | 50.00- |

|  |  | **Total Other Withdrawals** | **$** | ████ |

---

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| | | | | | |

Ba ances on y appear for days ref ect ng change.



**Uni-Statement**

Account Number:
█████ 4952

Statement Period:
Jan 15, 2022
through
Feb 14, 2022

Page 1 of 3

P O Box 1800
Saint Paul Minnesota 55101 0800

RICHARD L BRUMMOND
RICHARD L BRUMMOND
SACRAMENTO CA █████

☎    **To Contact U.S. Bank**

**By Phone:**    1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## U.S. BANK GOLD CHECKING

*Member FDIC*

U S  Bank National Association    **Account Number** █████ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Jan 15 | $ ████ | Number of Days in Statement Period | 31 |
| Deposits / Credits | ████ | Average Account Balance | $ ████ |
| Card Withdrawals | ████ | | |
| Other Withdrawals | | | |
| **Ending Balance on  Feb 14, 2022** | **$ ████** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ |
| ████ | ████ | | ████ |
| ██ | ████ | | ████ |
| ██ | ████ | | ████ |
| ██ | ████ | ████ | ████ |
| ██ | ████ | | ████ |
| | | **Total Deposits / Credits** | **$ ████** |

### Card Withdrawals

Card Number: ████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ██ |
| | ████ | | |



**BALANCE YOUR ACCOUNT**

To keep track of your finances and be sure your account is up to date, balance it every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left.  Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                         $

4. Enter the total deposits recorded in the Outstanding Deposits section.                     $

5. Total lines 3 and 4.                                                                       $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.               $

7. Subtract line 6 from line 5.  This is your balance.                                        $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance on your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction on your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave., St. Paul, MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (debit card or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI  54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447. In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA

**Uni-Statement**

Account Number:
████ 4952
Statement Period:
Jan 15, 2022
through
Feb 14, 2022
Page 2 of 3



## U.S. BANK GOLD CHECKING (CONTINUED)
U S Bank National Association

**Account Number** ████ **4952**

### Card Withdrawals (continued)
Card Number: ████ 5697

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ██ | ████ | ████ | ████ | ██ |
| ██ | ████ | ████ | ████ | ██ |
| ██ | ██ | ████ | | ██ |

| | | Card 5697 Withdrawals Subtotal | $ | ██ |
| | | Total Card Withdrawals | $ | ██ |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ██ | ████ | ████ | ██ | ██ |
| ██ | ████ | ████ | | ██ |
| Jan 20 | E ectron c W thdrawa<br>REF=220200041074880N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22012006CIRLJO7PYA | | 50.50- |
| | | | | ██ |
| Jan 24 | E ectron c W thdrawa<br>REF=220240156066680N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22012406CIRODLKUKQ | | 350.00- |
| ██ | ████ | ████ | | ██ |
| ██ | ████ | ████ | | ██ |
| ██ | ████ | ████ | | ██ |
| Jan 27 | E ectron c W thdrawa<br>REF=220270054210680N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22012706CIRAR2IIPQ | | 50.50- |
| ██ | ████ | | | ██ |
| ██ | ██ | | | ████ |
| ██ | ████ | ████ | | ██ |
| ██ | ████ | ████ | | ██ |
| Feb 4 | E ectron c W thdrawa<br>REF=220350068328400N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22020406CIREAEW7PA | | 50.00- |
| ██ | ████ | ████ | | ██ |
| ██ | ████ | ██ | | |
| ██ | ████ | ████ | | ██ |
| Feb 10 | E ectron c W thdrawa<br>REF=220410092320610N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22021006CIRM4MTFYI | | 50.50- |
| ██ | ████ | | | ██ |



**Uni-Statement**

Account Number:
████4952
Statement Per od:
Jan 15, 2022
through
Feb 14, 2022

Page 3 of 3

# U.S. BANK GOLD CHECKING (CONTINUED)
U S  Bank National Association

Account Number ████4952

## Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|

**Total Other Withdrawals** $ ████

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|

Ba ances on y appear for days ref ect ng change.

RICHARD L BRUMMOND
SACRAMENTO CA

# **US bank**
P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:
█████4952
Statement Per od:
Feb 15, 2022
through
Mar 14, 2022

Page 1 of 3



Il••Il•Ilmmm•I•IIl•IIl•Il•|•I•I•l•I•|•mIl•Il••I•Il

RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ████

☎                                        **To Contact U.S. Bank**

**By Phone:**                                     1-800-US BANKS
                                              (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                                         usbank.com

---

## NEWS FOR YOU



Scan here w th your phone s camera to down oad the U.S. Bank Mob e App.

---

## INFORMATION YOU SHOULD KNOW

Effect ve May 26, 2022 the "Your Depos t Account Agreement" and "Consumer Pr c ng Informat on" d sc osures w nc ude update(s) and may affect your r ghts.

**Primary updates for consumer checking accounts (excluding Safe Debit accounts):**

- We offer most customers extra t me to br ng the r account to a zero or pos t ve ba ance to wa ve Overdraft Pa d Fee(s). Th s s ca ed U.S. Bank Overdraft Fee Forg ven.
- We w no onger charge an Overdraft Pa d Fee(s) or Extended Overdraft Fee(s) when your negat ve Ava ab e Ba ance s ess than $50.00.
- We w no onger charge an Overdraft Protect on Transfer Fee for transfers of $50.00 or ess.

**Primary updates for all consumer accounts:**

- The preferred rates w th autopay on new auto oans w be d scont nued.
- We w no onger charge the Express De very Fee for a new or rep acement ATM or deb t card.

**Additional updates in your revised "Your Deposit Account Agreement" disclosure:**

- Updates to Unauthor zed Transact ons and Lost or Sto en Cards sect on.

Beg nn ng May 26, 2022, cop es of both d sc osures w be ava ab e on ne at usbank.com, by ca ng 800-USBANKS (872-2657) or at your oca U.S. Bank branch.

If you have any quest ons, you can ca us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your oca branch v a appo ntment.

---

## U.S. BANK GOLD CHECKING                                   *Member FDIC*

U S Bank National Association                          **Account Number** █████4952

### Account Summary

| | | |
|---|---|---|
| Beg nn ng Ba ance on Feb 15 | $ ████ | Number of Days n Statement Per od         28 |
| Depos ts / Cred ts | ████ | Average Account Ba ance         $ ████ |
| Card W thdrawa s | ████ | |
| Other W thdrawa s | ████ | |
| **Ending Balance on Mar 14, 2022** | $ ████ | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ ████ | █ | ████ |



**BALANCE YOUR ACCOUNT**

To keep track of your financial records and balance your account every month. Please examine this statement immediately. We will assume that the balances and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                      $

4. Enter the total deposits recorded in the Outstanding Deposits section.                $

5. Total lines 3 and 4.                                                                   $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $

7. Subtract line 6 from line 5. This is your balance.                                    $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U S Bank, EP MN WS5D, 60 Livingston Ave, St Paul, MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at
U S Bank, P O Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- ***Account information:*** Your name and account number
- ***Dollar Amount:*** The dollar amount of the suspected error
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U S Bank Attn Consumer Bureau Dispute Handling (CBDH), P O Box 3447, Oshkosh, WI 54903 3447. In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g affidavit of identity theft), if applicable


EQUAL HOUSING LENDER

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA ███████

**Uni-Statement**

Account Number:
████ 4952

Statement Per od:
Feb 15, 2022
through
Mar 14, 2022

Page 2 of 3



## U.S. BANK GOLD CHECKING          (CONTINUED)

U S Bank National Association          Account Number ████ 4952

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| ██ ██ | ████████ | ████████ | ████████ |
| | | **Total Deposits / Credits** $ | ████████ |

### Card Withdrawals

Card Number: ████ 5697

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| ████ | ████████ | ████████ | ████████ | █ | ████ |
| ████ | ████████ | ████████ | ████████ | | |
| ██ ██ | ████████ | ████████ | ████████ | | ████ |
| ████ | ████████ | ████████ | ████████ | | ████ |
| ████ | ████████ | ████████ | ████████ | | ████ |
| | ████████ | | | | |
| | | **Card 5697 Withdrawals Subtotal** $ | | | ████ |
| | | **Total Card Withdrawals** $ | | | ████ |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|------------|---|--------|
| | ████████ | ████████ | | █ | |
| Feb 17 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | | 50.00- |
| | REF=220480134762550N00SD | Y463394676BP22021706CIRBJ7E6FA | | | |
| | ████████ | ████████ | | | ████ |
| | ████████ | ████████ | | | ████ |
| | ████████ | ████████ | | | ████ |
| | ████████ | ████████ | | | ████ |
| | ████████ | ████████ | | | |
| Feb 24 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | | 50.00- |
| | REF=220550065523930N00SD | Y463394676BP22022406CIR4YI2YMY | | | |
| | ████████ | ████████ | | | ████ |
| | ██ █ | ████████ | | | |
| Mar 3 | E ectron c W thdrawa | To FTXUS BLOCKFOLIO | | | 50.50- |
| | REF=220620122755050N00SD | Y463394676BP22030306CIR4IG235Y | | | |
| | ████████ | ████████ | | | ████ |
| | ██ ██ | ████████ | | | ████ |
| | ████████ | ████████ | | | ████ |

RICHARD L BRUMMOND
███████████████████
SACRAMENTO CA ████████

**Uni-Statement**

Account Number:
████████ 4952
Statement Per od:
Feb 15, 2022
through
Mar 14, 2022

Page 3 of 3



## U.S. BANK GOLD CHECKING **(CONTINUED)**

U S  Bank National Association                Account Number ████████ **4952**

## Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Mar 11 | E ectron c W thdrawa     To FTXUS BLOCKFOLIO | | 50.00- |
| | REF=220700068974190N00SD        Y463394676BP22031106CIRJ4FGFLY | | |

**Total Other Withdrawals**   $ ████████

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|

Ba ances on y appear for days ref ect ng change.

# us bank

P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:
■■■■ 4952
Statement Per od:
Mar 15, 2022
through
Apr 14, 2022

Page 1 of 3



ılı'lıı'ıı||lı··ıll||ı·ıll||lıʼlı|ı|ı·ı·ılı··ıll||·ılll||ıll

RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ■■■■■

☎                                    **To Contact U.S. Bank**

**By Phone:**                        1-800-US BANKS
                                     (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                        usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effect ve May 26, 2022 the "Your Depos t Account Agreement" and "Consumer Pr c ng Informat on" d sc osures w nc ude update(s) and may affect your r ghts.

**Primary updates for consumer checking accounts (excluding Safe Debit accounts):**

- We offer most customers extra t me to br ng the r account to a zero or pos t ve ba ance to wa ve Overdraft Pa d Fee(s). Th s s ca ed U.S. Bank Overdraft Fee Forg ven.
- We w no onger charge an Overdraft Pa d Fee(s) or Extended Overdraft Fee(s) when your negat ve Ava ab e Ba ance s ess than $50.00.
- We w no onger charge an Overdraft Protect on Transfer Fee for transfers of $50.00 or ess.

**Primary updates for all consumer accounts:**

- The preferred rates w th autopay on new auto oans w be d scont nued.
- We w no onger charge the Express De very Fee for a new or rep acement ATM or deb t card.

**Additional updates in your revised "Your Deposit Account Agreement" disclosure:**

- Updates to Unauthor zed Transact ons and Lost or Sto en Cards sect on.

Beg nn ng May 26, 2022, cop es of both d sc osures w be ava ab e on ne at usbank.com, by ca ng 800-USBANKS (872-2657) or at your oca U.S. Bank branch.

If you have any quest ons, you can ca us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your oca branch v a appo ntment.

---

## U.S. BANK GOLD CHECKING                                    *Member FDIC*

U S Bank National Association                              **Account Number** ■■■■ 4952

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beg nn ng Ba ance on Mar 15 | $ | ■■■ | Number of Days n Statement Per od | 31 |
| Depos ts / Cred ts | | ■■■ | Average Account Ba ance | $ ■■■ |
| Card W thdrawa s | | ■■■ | | |
| Other W thdrawa s | | ■■■ | | |
| **Ending Balance on  Apr 14, 2022** | **$** | ■■■ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**BALANCE YOUR ACCOUNT**

To keep track of your money, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left.  Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                          $

4. Enter the total deposits recorded in the Outstanding Deposits section.          $

5. Total lines 3 and 4.                                                                                  $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $

7. Subtract line 6 from line 5.  This is your balance.                                      $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance on your register should be the same as the balance shown for #7.  If it does not match, review and check all figures used, and check the addition and subtraction on your register.  If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St. Paul, MN 55107
• Tell us your name and account number
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
• Tell us the dollar amount of the suspected error
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions), we may take up to 90 days to investigate your complaint.  If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.  If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI  54903 3528
In your letter, give us the following information
• **Account information:** Your name and account number
• **Dollar Amount:** The dollar amount of the suspected error
• **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
• We cannot try to collect the amount in question or report you as delinquent on that amount
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance
• We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section.  The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to  U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447, in order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA ███

**Uni-Statement**

Account Number:
████ 4952
Statement Period:
Mar 15, 2022
through
Apr 14, 2022
Page 2 of 3



---

## U.S. BANK GOLD CHECKING                                          (CONTINUED)

U S  Bank National Association                          **Account Number** ████**4952**

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ██ | ████ | ████ | |
| | **Total Deposits / Credits** | $ | ████ |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|

Card Number: ████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ██ | ████ | ████ | ██ | ████ |
| ██ | ████ | | | |
| ██ | ████ | | | |
| | | **Card 5697  Withdrawals Subtotal** | $ | ████ |
| | | **Total Card Withdrawals** | $ | ████ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ██ | ████ | | ██ | |
| Mar 17 | Electronic Withdrawal<br>REF=220760126034640N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22031706CIR4C4P7ZQ | | 50.50- |
| ██ | ████ | ████ | | ████ |
| ██ | ████ | ████ | | ████ |
| ██ | ████ | | | |
| ██ | ████ | | | ████ |
| Mar 24 | Electronic Withdrawal<br>REF=220830139153470N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22032406CIR2WAFS6I | | 50.00- |
| ██ | ████ | ████ | | ████ |
| ██ | ████ | ████ | | ████ |
| Mar 31 | Electronic Withdrawal<br>REF=220900089389090N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP22033106CIRD6C6HHA | | 50.00- |
| ██ | ████ | ████ | | ████ |
| ██ | ████ | ████ | | ████ |
| ██ | ████ | ████ | | ████ |



**Uni-Statement**

Account Number:
███████ 4952
Statement Period:
Mar 15, 2022
through
Apr 14, 2022

Page 3 of 3

RICHARD L BRUMMOND
███████
SACRAMENTO CA ███████

## U.S. BANK GOLD CHECKING                                              (CONTINUED)
U S  Bank National Association

**Account Number**    ███████ 4952

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| Apr 14 | Electronic W thdrawal To FTXUS BLOCKFOLIO | | 25.00- |
| | REF=221040136340270N00SD    Y463394676BP22041406CIRNYDQ5JI | | |
| Apr 14 | Electronic W thdrawal To FTXUS BLOCKFOLIO | | 25.50- |
| | REF=221040136340260N00SD    Y463394676BP22041406CIRSULXP7Y | | |

**Total Other Withdrawals**    $    ███████

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|

Balances only appear for days reflecting change.

# **us bank**

P O Box 1800
Saint Paul  Minnesota  55101 0800

**Uni-Statement**

Account Number:
▮▮▮▮4952

Statement Per od:
Apr 15, 2022
through
May 13, 2022

Page 1 of 3



RICHARD L BRUMMOND
RICHARD L BRUMMOND

SACRAMENTO CA ▮▮▮▮

☎     **To Contact U.S. Bank**

**By Phone:**      1-800-US BANKS
                (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**         usbank.com

## INFORMATION YOU SHOULD KNOW

Effect ve May 26, 2022 the "Your Depos t Account Agreement" and "Consumer Pr c ng Informat on" d sc osures w   nc ude update(s) and may affect your r ghts.

**Primary updates for consumer checking accounts (excluding Safe Debit accounts):**

- We offer most customers extra t me to br ng the r account to a zero or pos t ve ba ance to wa ve Overdraft Pa d Fee(s). Th s s ca ed U.S. Bank Overdraft Fee Forg ven.
- We w  no onger charge an Overdraft Pa d Fee(s) or Extended Overdraft Fee(s) when your negat ve Ava ab e Ba ance s ess than $50.00.
- We w  no onger charge an Overdraft Protect on Transfer Fee for transfers of $50.00 or ess.

**Primary updates for all consumer accounts:**

- The preferred rates w th autopay on new auto oans w  be d scont nued.
- We w  no onger charge the Express De very Fee for a new or rep acement ATM or deb t card.

**Additional updates in your revised "Your Deposit Account Agreement" disclosure:**

- Updates to Unauthor zed Transact ons and Lost or Sto en Cards sect on.

Beg nn ng May 26, 2022, cop es of both d sc osures w  be ava ab e on ne at usbank.com, by ca ng 800-USBANKS (872-2657) or at your oca U.S. Bank branch.

If you have any quest ons, you can ca us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your oca branch v a appo ntment.

## U.S. BANK GOLD CHECKING                                          *Member FDIC*

U S  Bank National Association                              **Account Number** ▮▮▮▮4952

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beg nn ng Ba ance on Apr 15 | $ | ▮▮▮ | Number of Days n Statement Per od | 29 |
| Depos ts / Cred ts | | ▮▮▮ | Average Account Ba ance | $ ▮▮▮ |
| Card W thdrawa s | | ▮▮▮ | | |
| Other W thdrawa s | | ▮▮▮ | | |
| **Ending Balance on  May 13, 2022** | $ | ▮▮▮ | | |

## Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ▮▮ | ▮▮▮ | ▮▮▮ | ▮ ▮ |
| ▮▮ | ▮▮▮ | ▮▮▮ | ▮▮ |
| ▮▮ | ▮▮▮ | | ▮ |
| ▮▮ | ▮▮▮ | | ▮ |
| | | **Total Deposits / Credits** | $ ▮▮ |

## Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ▮▮ | ▮▮▮ | ▮▮▮ | ▮ ▮ |



**BALANCE YOUR ACCOUNT**

To keep track of your finances and balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                         $

4.  Enter the total deposits recorded in the Outstanding Deposits section.     $

5.  Total lines 3 and 4.                                                      $

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $

7.  Subtract line 6 from line 5. This is your balance.                        $

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave, St Paul MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days we may not credit your account

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844-624-8230 or by writing to U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC



RICHARD L BRUMMOND
SACRAMENTO CA ███████

**Uni-Statement**

Account Number:
███████ 4952

Statement Per od:
Apr 15, 2022
through
May 13, 2022

Page 2 of 3

 

## U.S. BANK GOLD CHECKING                                      (CONTINUED)

U S Bank National Association

Account Number ███████ 4952

### Card Withdrawals (continued)

Card Number: ███████ 5697

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|--|--------|
| ███ | ███████ | | ▮ | ███ |
| ███ | ███████ | | | ███ |
| ███ | ███████ | ███ | | ███ |
| ███ | ███████ | ███ | | ███ |
| ███ | ███████ | ███ | | ███ |
| ███ | ███████ | ███ | | ███ |
| ███ | ███████ | ███ | | ███ |

| | | Card 5697  Withdrawals Subtotal | $ | ███ |
| | | Total Card Withdrawals | $ | ███ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|------|---------------------------|------------|--|--------|
| ███ | ███████ | ███ | ▮ | ███ |
| ███ | ███████ | ███ | | ███ |
| Apr 21 | E ectron c W thdrawa<br>REF=221110105408690N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2204210QCIR6LNYBCY | | 35.00- |
| ███ | ███████ | ███ | | ███ |
| Apr 28 | E ectron c W thdrawa<br>REF=221180080110150N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2204280RCIRPFTHD6A | | 50.50- |
| ███ | ███████ | ███ | | ███ |
| ███ | ███████ | ███ | | ███ |
| May  4 | E ectron c W thdrawa<br>REF=221240088681530N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2205040OCIRBIFEVIY | | 50.00- |
| ███ | ███████ | ███ | | ███ |
| May 10 | E ectron c W thdrawa<br>REF=221300119910170N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2205100OCIRRAIMHUA | | 100.00- |

# usbank

RICHARD L BRUMMOND

SACRAMENTO CA ▓▓▓▓▓

**Uni-Statement**

Account Number:

▓▓▓▓ 4952

Statement Per od:

Apr 15, 2022

through

May 13, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING                                 (CONTINUED)

U S  Bank National Association                                **Account Number** ▓▓▓▓ **4952**

### Other Withdrawals (continued)



| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| ▓▓ | ▓▓▓▓▓▓ ▓▓▓▓▓ | | ▓▓▓ |
| ▓▓ | ▓▓▓▓▓▓ ▓▓▓▓▓ | | ▓▓▓ |
| | **Total Other Withdrawals** | **$** | ▓▓▓▓ |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ |
| ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ |
| ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ |
| ▓▓ | ▓▓▓▓ | ▓▓ ▓ | ▓▓▓▓ | ▓▓ | ▓▓▓▓ |

Ba ances on y appear for days ref ect ng change.

# us bank

P O Box 1800
Saint Paul Minnesota 55101 0800

Account Number:
█████ 4952
Statement Per od:
May 14, 2022
through
Jun 14, 2022

Page 1 of 3

RICHARD L BRUMMOND

SACRAMENTO CA ████

☎ ***To Contact U.S. Bank***

**By Phone:** *1-800-US BANKS*
*(1-800-872-2657)*

***U.S. Bank accepts Relay Calls***

**Internet:** *usbank.com*

## NEWS FOR YOU

Scan here w th your phone s camera to down oad the U.S. Bank Mob e App.

---



## U.S. BANK GOLD CHECKING

U S Bank National Association

**Member FDIC**

**Account Number** █████ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beg nn ng Ba ance on May 14 | $ ████ | Number of Days n Statement Per od | 32 |
| Depos ts / Cred ts | ████ | Average Account Ba ance | $ ████ |
| Card W thdrawa s | ████ | | |
| Other W thdrawa s | ████ | | |
| **Ending Balance on Jun 14, 2022** | **$ ████** | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ████ |
| | | | |
| | | **Total Deposits / Credits** | **$ ████** |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

Card Number: █████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ████ |





**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left.  Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.  $

4. Enter the total deposits recorded in the Outstanding Deposits section.  $

5. Total lines 3 and 4.  $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $

7. Subtract line 6 from line 5.  This is your balance.  $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt  we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared  Telephone us at the number listed on the front of this statement or write to us at U S  Bank  EP MN WS5D  60 Livingston Ave  St  Paul  MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about  and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly  If we need more time  we may take up to 45 days to investigate your complaint  For errors involving new accounts (point of sale  or foreign initiated transactions  we may take up to 90 days to investigate your complaint  If we decide to do this  we will credit your account within 10 business days for the amount you think is in error  so that you will have the use of the money during the time it takes us to complete our investigation  If we ask you to put your complaint or question in writing and we do not receive it within 10 business days  we may not credit your account
    *Please note  Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions  including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time  If you think this statement is wrong  please telephone us at the number listed on the front of this statement immediately

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement  write to us at
U S  Bank  P O  Box 3528  Oshkosh  W  54903 3528
In your letter  give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:*  If you think there is an error on your bill  describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*  You may call us  but if you do we are not required to investigate any potential errors and you may have to pay the amount in question  While we investigate whether or not there has been an error  the following are true
- We cannot try to collect the amount in question  or report you as delinquent on that amount
- The charge in question may remain on your statement  and we may continue to charge you interest on that amount  But  if we determine that we made a mistake  you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question  you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**  use the dates and balances provided in the Reserve Line Balance Summary section  The date next to the first Balance Subject to  nterest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one)  We multiply the Balance Subject to  nterest by the number of days it is applicable and add them up to get the same number of days in the billing cycle  We then divide the result by the number of billing days in the cycle  This is your **Balance Subject to Interest Rate**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to  nterest  The *** NTEREST CHARGE*** begins from the date of each advance

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus  Late payments  missed payments or other defaults on your account may be reflected in your credit report

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA)  As a result  this may prevent you from obtaining services at other financial institutions  If you believe we have inaccurately reported information to a CRA  you may submit a dispute by calling 844 624 8230  or by writing to  U S  Bank Attn  Consumer Bureau Dispute Handling (CBDH)  P O  Box 3447  Oshkosh  W  54903 3447  In order for us to assist you with your dispute  you must provide your name  address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g  affidavit of identity theft)  if applicable


EQUAL HOUSING
LENDER

Member FDIC



RICHARD L BRUMMOND
Case 22-11⬛⬛⬛⬛⬛⬛⬛⬛⬛ Doc 502-2   Filed 01/16/23   Page 39 of 60
SACRAMENTO CA ⬛⬛⬛⬛⬛

**Uni-Statement**

Account Number:
⬛⬛⬛⬛⬛4952

Statement Per od:
May 14, 2022
through
Jun 14, 2022

Page 2 of 3



---

## U.S. BANK GOLD CHECKING (CONTINUED)

U S Bank National Association

**Account Number** ⬛⬛⬛⬛⬛4952

### Card Withdrawals (continued)

Card Number: ⬛⬛⬛⬛⬛5697

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| | | Card 5697 Withdrawals Subtotal | $ | ⬛ |
| | | Total Card Withdrawals | $ | ⬛ |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| May 19 | E ectron c W thdrawa REF=221390044016890N00SD | To FTXUS BLOCKFOLIO Y463394676BP2205190PCIRN5P52WA | ⬛ | 50.00- |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| Jun 3 | E ectron c W thdrawa REF=221540136982330N00SD | To FTXUS BLOCKFOLIO Y463394676BP2206030OCIRO2Y6D6I | | 50.00- |
| Jun 9 | E ectron c W thdrawa REF=221600056450420N00SD | To FTXUS BLOCKFOLIO Y463394676BP2206090JCIRKOGUNCI | | 50.00- |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| ⬛ | ⬛ | ⬛ | | ⬛ |
| | | Total Other Withdrawals | $ | ⬛ |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |
| ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ |




Case 22-11 Doc 502-2    Filed 01/16/23    Page 40 of 60

**Uni-Statement**

RICHARD L BRUMMOND
SACRAMENTO CA

Account Number:
4952
Statement Per od:
May 14, 2022
through
Jun 14, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S  Bank National Association                         **Account Number** 4952

### Balance Summary (continued)

| *Date* | *Ending Balance* | *Date* | *Ending Balance* |
|---|---|---|---|
| Jun  13 | | Jun  14 | |

Ba ances on y appear for days ref ect ng change.

# us**bank**

**Uni-Statement**

P O Box 1800
Saint Paul Minnesota 55101 0800

Account Number:
██████ 4952
Statement Per od:
Jun 15, 2022
through
Ju 15, 2022

Page 1 of 3



ıİıİıİıılıİıİıılıİıılıİıılıİılılıİılıİılıİılılıİılıİılıİıİılıİıı

RICHARD L BRUMMOND
SACRAMENTO CA ██████

☎                          **To Contact U.S. Bank**

**By Phone:**                 1-800-US BANKS
                              (1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                          usbank.com

---

## NEWS FOR YOU

Scan here w th your phone s camera to down oad the U.S. Bank Mob e App.



---

## INFORMATION YOU SHOULD KNOW

Effect ve August 17, 2022, the *Consumer Pricing Information* d sc osure w  be updated to h gh ght new U.S. Bank products. Some of the ex st ng check ng and sav ngs products w  no onger be ava ab e for sa e. These updates may affect your r ghts.

**Change for Platinum Checking accounts, Gold Checking accounts, Easy Checking accounts, Platinum Select Money Market Savings accounts, and Package Money Market Savings accounts:**

- These accounts w  no onger be ava ab e for new accounts or upgrades n the future.

**Changes for Platinum Checking accounts:**

- The ab ty to open an un m ted number of Easy Check ng accounts w th no Month y Ma ntenance Fee s unava ab e as the Easy Check ng account s not be ng offered for new accounts n the future.
- The M tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

**Changes for Gold Checking accounts:**

- The ab ty to open two (2) Easy Check ng accounts w th no Month y Ma ntenance Fee s unava ab e as the Easy Check ng account s not be ng offered for new accounts n the future.
- The M tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

**Change for Easy Checking accounts:**

- The M tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

Beg nn ng August 17, 2022, obta n nformat on about the new U.S. Bank Smart y Check ng account and U.S. Bank Smart Rewards™ n the *Consumer Pricing Information* d sc osure by ca ng 24-Hour Bank ng at 800-USBANKS (872-2657) or at your oca U.S. Bank branch. We accept re ay ca s.

As of August 25, 2022, nformat on about the new U.S. Bank Smart y Check ng account and U.S. Bank Smart Rewards program w  be ava ab e n the *Consumer Pricing Information* d sc osure by v s t ng **usbank.com**.

If you have any quest ons, you can ca us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your oca branch v a appo ntment.



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balance every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                      $

4. Enter the total deposits recorded in the Outstanding Deposits section.                 $

5. Total lines 3 and 4.                                                                    $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.           $

7. Subtract line 6 from line 5. This is your balance.                                     $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St Paul, MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions), we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
            *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447 Oshkosh, WI 54903 3447. In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable


EQUAL HOUSING
LENDER

Member FDIC



**us bank**

**Uni-Statement**
Account Number:
█████ 4952
Statement Period:
Jun 15, 2022
through
Jul 15, 2022
Page 2 of 3



## U.S. BANK GOLD CHECKING

U S Bank National Association

**Member FDIC**

**Account Number** █████-4952

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Jun 15 | $ ███ | Number of Days in Statement Period | 31 |
| Deposits / Credits | ███ | Average Account Balance $ | ███ |
| Card Withdrawals | ███ | | |
| Other Withdrawals | ███ | | |
| **Ending Balance on Jul 15, 2022** $ | ███ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ██ ██ | ███ | | |
| ██ ██ | ███ | | |
| | **Total Deposits / Credits** | $ | ███ |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

Card Number: █████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | | ███ |
| ███ | ███ | | ███ |
| ███ | ███ | ███ | |
| ███ | ███ | ███ | |
| | **Card 5697 Withdrawals Subtotal** | $ | ███ |
| | **Total Card Withdrawals** | $ | ███ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| Jun 27 | Electronic Withdrawal<br>REF=221780096011720N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2206270HCIREZSTXSQ | 50.00- |
| ███ | ███ | ███ | ███ |
| Jun 30 | Electronic Withdrawal<br>REF=221810140898800N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2206300KCIRGNSC2DI | 50.50- |
| ██ ██ | ███ | ███ | ███ |



RICHARD L BRUMMOND
SACRAMENTO CA ■■■■■

**Uni-Statement**

Account Number:
■■■■4952
Statement Per od:
Jun 15, 2022
through
Ju  15, 2022

Page 3 of 3

---

**U.S. BANK GOLD CHECKING**                      **(CONTINUED)**

U S  Bank National Association            **Account Number**   ■■■■**4952**

**Other Withdrawals (continued)**



| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| ■■ ■ | ■■■■■■ ■■■■■ | ■■■■■■ | ■■ |
| ■■ ■ | ■■■■■■ | ■■■■■■ | ■■ |
| ■■ ■ | ■■■■■■■■ | ■■■■■■ | ■■■ |
| Ju  8 | E ectron c W thdrawa  REF=221890107541820N00SD | To FTXUS BLOCKFOLIO  Y463394676BP2207080HCIRBRQWF4I | 50.00- |
| ■■ ■■ | ■■■■■■ | ■■■■ | ■■■ |
| ■■ ■■ | ■■■■■■■ | | ■■■ |
| Ju  15 | E ectron c W thdrawa  REF=221960133412820N00SD | To FTXUS BLOCKFOLIO  Y463394676BP2207150JCIR7ELJJ5Y | 50.00- |

                                  **Total Other Withdrawals**    **$**    ■■■■

---

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| ■■ | ■■■ | ■■ | ■■■ | ■■ | ■■■ |
| ■■ | ■■■ | ■ ■ | ■■■ | ■ ■ | ■■■ |
| ■■ | ■■■ | ■ | ■■■ | ■ ■ | ■■■ |
| ■■ | ■■■ | | | | |

Ba ances on y appear for days ref ect ng change.

# us bank

P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:

■■■■ 4952

Statement Per od:

Ju  16, 2022

through

Aug 12, 2022

Page 1 of 3



RICHARD L BRUMMOND

SACRAMENTO CA ■■■■

☎ _To Contact U.S. Bank_

**By Phone:** 1-800-US BANKS
(1-800-872-2657)

_U.S. Bank accepts Relay Calls_

**Internet:** usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effect ve August 17, 2022, the _Consumer Pricing Information_ d sc osure w  be updated to h gh ght new U.S. Bank products. Some of the ex st ng check ng and sav ngs products w  no  onger be ava ab e for sa e. These updates may affect your r ghts.

**Change for Platinum Checking accounts, Gold Checking accounts, Easy Checking accounts, Platinum Select Money Market Savings accounts, and Package Money Market Savings accounts:**
- These accounts w  no  onger be ava ab e for new accounts or upgrades n the future.

**Changes for Platinum Checking accounts:**
- The ab  ty to open an un  m ted number of Easy Check ng accounts w th no Month y Ma ntenance Fee s unava ab e as the Easy Check ng account s not be ng offered for new accounts n the future.
- The M  tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no  onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

**Changes for Gold Checking accounts:**
- The ab  ty to open two (2) Easy Check ng accounts w th no Month y Ma ntenance Fee s unava ab e as the Easy Check ng account s not be ng offered for new accounts n the future.
- The M  tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no  onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

**Change for Easy Checking accounts:**
- The M  tary Serv ce Member benef t, Student benef t and/or Workp ace benef t w  no  onger be ava ab e for new enro ment effect ve August 15, 2022. These benef ts w  be ava ab e as part of the new U.S. Bank Smart y™ Check ng account product.

Beg nn ng August 17, 2022, obta n nformat on about the new U.S. Bank Smart y Check ng account and U.S. Bank Smart Rewards™ n the _Consumer Pricing Information_ d sc osure by ca ng 24-Hour Bank ng at 800-USBANKS (872-2657) or at your oca  U.S. Bank branch. We accept re ay ca s.

As of August 25, 2022, nformat on about the new U.S. Bank Smart y Check ng account and U.S. Bank Smart Rewards program w  be ava ab e n the _Consumer Pricing Information_ d sc osure by v s t ng **usbank.com.**

If you have any quest ons, you can ca  us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your  oca  branch v a appo ntment.

---

## U.S. BANK GOLD CHECKING
U S  Bank National Association

_Member FDIC_

Account Number ■■■■ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beg nn ng Ba ance on Ju  16 | $ ■■■■ | Number of Days n Statement Per od | 28 |
| Depos ts / Cred ts | ■■■■ | Average Account Ba ance | $ ■■■■ |
| Card W thdrawa s | ■■■■ | | |
| Other W thdrawa s | ■■■■ | | |
| **Ending Balance on  Aug 12, 2022** | $ ■■■■ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ■■ | ■■■■ | ■■■■ | ■ ■■ |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                                     $

4. Enter the total deposits recorded in the Outstanding Deposits section.                       $

5. Total lines 3 and 4.                                                                                                             $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $

7. Subtract line 6 from line 5. This is your balance.                                                         $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U S Bank, EP MN WS5D, 60 Livingston Ave, St Paul, MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
        *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U S Bank, P O Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U S Bank Attn Consumer Bureau Dispute Handling (CBDH), P O Box 3447, Oshkosh, WI 54903 3447. In order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e g affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC


RICHARD L BRUMMOND
Case 22-11○○○○○○○○○○ Doc 502-2   Filed 01/16/23   Page 47 of 60
SACRAMENTO CA ████████

**Uni-Statement**
Account Number:
████████ 4952
Statement Per od:
Ju 16, 2022
through
Aug 12, 2022
Page 2 of 3



## U.S. BANK GOLD CHECKING                                            (CONTINUED)

U S Bank National Association                         **Account Number** ████████ **4952**

### Deposits / Credits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| ██ ██ | ████████ | ████████ ████ | |
| ██ █ | ████████ | | |
| | ████████ | | |
| | | **Total Deposits / Credits** | $ ████ |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| ██ | ████████ | | █ |

Card Number: ████████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| | ████████ | ████ | █ |
| ██ | ████████ | ████████ | ████ |
| ██ ██ | ████████ | ████████ | ████ |
| ██ █ | ████████ | ████████ | ████ |
| | ████ | | |
| | | **Card 5697 Withdrawals Subtotal** | $ ████ |
| | | **Total Card Withdrawals** | $ ████ |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| ██ ██ | ████████ | ████████ | █ ████ |
| Ju 25 | E ectron c W thdrawa<br>REF=222060173078990N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2207250HCIRMSLKC4A | 50.00- |
| ██ ██ | ████████ | ████████ | ████ |
| | ████████ | ████████ | |
| Ju 28 | E ectron c W thdrawa<br>REF=222090108698430N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2207280MCIR7BNJFJI | 50.50- |
| ██ ██ | ████████ | ████████ | ████ |
| ██ █ | ████████ | ████████ | ████ |
| ██ █ | ████ | ████████ | ████ |
| ██ █ | ████████ | ████████ | |
| Aug 4 | E ectron c W thdrawa<br>REF=222160107878610N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2208040MCIRKFTBYDQ | 50.00- |
| ██ ██ | ████████ | ████████ | ████ |
| ██ █ | ████████ | ████████ | ████ |
| | ████████ | ████████ | |
| ██ | ████████ | ████████ | |
| | ████████ | ████████ | █ |

**us bank**

RICHARD L BRUMMOND
SACRAMENTO CA ████████

**Uni-Statement**

Account Number:
████████ 4952

Statement Period:
Jul 16, 2022
through
Aug 12, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING                                              (CONTINUED)

U S Bank National Association

**Account Number** ████████ **4952**

### Other Withdrawals (continued)



| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ███ | ████████ | ████████ | | ███ |
| ███ | ████████ | ████████ | | ███ |
| | | | **Total Other Withdrawals** $ | ███ |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |

Balances only appear for days reflecting change.



# US bank

P O Box 1800
Saint Paul Minnesota 55101 0800

RICHARD L BRUMMOND
SACRAMENTO CA ████

**Uni-Statement**

Account Number:
████ 4952

Statement Per od:
Aug 13, 2022
through
Sep 15, 2022

Page 1 of 3



☎

*To Contact U.S. Bank*

**By Phone:**          800-US BANKS
                       (800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**          usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effect ve November 14, 2022, the *Your Deposit Account Agreement* and *Consumer Pricing Information* d sc osures w  nc ude update(s) and may affect your r ghts.

**Primary updates for all consumer accounts:**

- Start ng September 12, 2022, we w  no  onger charge an Extended Overdraft Fee(s) for consumer accounts.

**Primary updates in your revised *Your Deposit Account Agreement* document for all accounts:**

- Updates to **Deposits** sect on, **Foreign Currency** sub sect on: Added  anguage to  nc ude fore gn currency notes and fore gn currency note process ng.
- Updates to **Insufficient Funds and Overdrafts** sect on, **Insufficient Funds** sub sect on, **Our Fees** sub sect on: Removed Extended Overdraft Fee  anguage for consumer accounts.
- Updates to **Levies, Garnishments and Other Legal Process** sect on: Unnecessary and unut  zed  anguage removed for s mp c ty of the agreement.
- Updates to **Resolution of Disputes by Arbitration** sect on: Added  anguage to  nc ude c a ms re ated to use of any d g ta  serv ces made ava ab e through our webs te, on  ne bank ng p atforms and mob e apps.

**Primary updates in your revised *Your Deposit Account Agreement* for consumer accounts:**

- Updates to **Overdraft Handling** sect on, **U.S. Bank Overdraft Fee Forgiven** sub sect on: Added  anguage to  nc ude app cab e fees charged.
- Removed the **S.T.A.R.T. Program Agreement** sect on: A copy of the S.T.A.R.T. Program Agreement w  be ava ab e at your  oca  U.S. Bank branch.
- Updates to **Electronic Banking Agreement for Consumer Customers** sect on: to  nc ude U.S. Bank Fraud L a son Center for unauthor zed transact ons.
  - **Types of Transactions** sect on, **Purchases at Merchants** sub sect on: Added money transfers us ng your card through a th rd party.
  - **Limits on Transfers** sect on, **Security** sub sect on: Added money transfer for c ar f cat on on the transact on  m t for send ng money through a U.S. Bank Deb t Card.
  - **Unauthorized Transactions and Lost or Stolen Cards** sect on: Removed  anguage re at ng to author zed transact ons.

Beg nn ng November 14, 2022, cop es of these d sc osures w  be ava ab e on  ne at **usbank.com**, by ca  ng 800-USBANKS (872-2657) or at your  oca  U.S. Bank branch.

If you have any quest ons, you can ca  us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava ab e to he p at your  oca  branch v a appo ntment.

---

## U.S. BANK GOLD CHECKING

*Member FDIC*

U S  Bank National Association

Account Number ████ 4952

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beg nn ng Ba ance on Aug 13 | $ | ████ | Number of Days  n Statement Per od | 34 |
| Depos ts / Cred ts | | ████ | Average Account Ba ance | $ ████ |
| Card W thdrawa s | | ████ | | |
| Other W thdrawa s | | ████ | | |
| **Ending Balance on Sep 15, 2022** | $ | ████ | | |



**BALANCE YOUR ACCOUNT**

To keep track of your financial records, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

| Outstanding Deposits | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| TOTAL | $ |

| Outstanding Withdrawals | |
|---|---|
| DATE | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                      $

4. Enter the total deposits recorded in the Outstanding Deposits section.                 $

5. Total lines 3 and 4.                                                                    $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.           $

7. Subtract line 6 from line 5. This is your balance.                                     $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance on your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction on your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave. St. Paul, MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions), we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447, in order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC

 RICHARD L BRUMMOND
Case 22-11... Doc 502-2    Filed 01/16/23    Page 51 of 60

**Uni-Statement**
Account Number:
███████ 4952
Statement Per od:
Aug 13, 2022
through
Sep 15, 2022
Page 2 of 3



## U.S. BANK GOLD CHECKING (CONTINUED)

U S Bank National Association                    Account Number ██████ 4952

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|  |  |  |  |

**Total Deposits / Credits**    $ ████

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|  |  |  |  |

Card Number: ████████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
|  |  |  |  |

**Card 5697  Withdrawals Subtotal**    $ ████

**Total Card Withdrawals**    $ ████

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| Aug 18 | E ectron c W thdrawa<br>REF=222300054159470N00SD | To FTXUS BLOCKFOLIO<br>BP2208180PY463394676 | 50.00- |
| Aug 22 | E ectron c W thdrawa<br>REF=222340164913070N00SD | To FTXUS BLOCKFOLIO<br>BP2208220NY463394676 | 50.50- |
| Aug 25 | E ectron c W thdrawa<br>REF=222370058636310N00SD | To FTXUS BLOCKFOLIO<br>BP2208250MY463394676 | 50.50- |



RICHARD L BRUMMOND
SACRAMENTO CA ████

**Uni-Statement**

Account Number:
████ 4952

Statement Per od:
Aug 13, 2022
through
Sep 15, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING      (CONTINUED)

U S  Bank National Association        **Account Number** ████ **4952**

### Other Withdrawals (continued)



| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Sep 1 | E ectron c W thdrawa<br>REF=222440138174070N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2209010NCIRR5HSHFI | | 50.00- |

**Total Other Withdrawals**    $ ████

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|

Ba ances on y appear for days ref ect ng change.



**Uni-Statement**

Account Number:
███████ 4952

Statement Per od:
Sep 16, 2022
through
Oct 17, 2022

Page 1 of 3

**us bank**

P O Box 1800
Saint Paul Minnesota 55101 0800

RICHARD L BRUMMOND
SACRAMENTO CA ████████

☎ **To Contact U.S. Bank**

**By Phone:** *800-US BANKS*
*(800-872-2657)*

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

---

## NEWS FOR YOU



Scan here w th your phone s camera to down oad the U.S. Bank Mob e App.

---

## INFORMATION YOU SHOULD KNOW

Effect ve November 14, 2022, the *Your Deposit Account Agreement* and *Consumer Pricing Information* d sc osures w  nc ude update(s) and may affect your r ghts.

**Primary updates for all consumer accounts:**

- Start ng September 12, 2022, we w  no  onger charge an Extended Overdraft Fee(s) for consumer accounts.

**Primary updates in your revised *Your Deposit Account Agreement* document for all accounts:**

- Updates to **Deposits** sect on, **Foreign Currency** sub sect on: Added  anguage to  nc ude fore gn currency notes and fore gn currency note process ng.
- Updates to **Insufficient Funds and Overdrafts** sect on, **Insufficient Funds** sub sect on, **Our Fees** sub sect on: Removed Extended Overdraft Fee  anguage for consumer accounts.
- Updates to **Levies, Garnishments and Other Legal Process** sect on: Unnecessary and unut zed  anguage removed for s mp c ty of the agreement.
- Updates to **Resolution of Disputes by Arbitration** sect on: Added  anguage to  nc ude c a ms re ated to use of any d g ta  serv ces made ava ab e through our webs te, on  ne bank ng p atforms and mob e apps.

**Primary updates in your revised *Your Deposit Account Agreement* for consumer accounts:**

- Updates to **Overdraft Handling** sect on, **U.S. Bank Overdraft Fee Forgiven** sub sect on: Added  anguage to  nc ude app cab e fees charged.
- Removed the **S.T.A.R.T. Program Agreement** sect on: A copy of the S.T.A.R.T. Program Agreement w  be ava ab e at your  oca  U.S. Bank branch.
- Updates to **Electronic Banking Agreement for Consumer Customers** sect on: to  nc ude U.S. Bank Fraud L a son Center for unauthor zed transact ons.
  - ○ **Types of Transactions** sect on, **Purchases at Merchants** sub sect on: Added money transfers us ng your card through a th rd party.
  - ○ **Limits on Transfers** sect on, **Security** sub sect on: Added money transfer for c ar f cat on on the transact on  m t for send ng money through a U.S. Bank Deb t Card.
  - ○ **Unauthorized Transactions and Lost or Stolen Cards** sect on: Removed  anguage re at ng to author zed transact ons.

Beg nn ng November 14, 2022, cop es of these d sc osures w  be ava ab e on  ne at **usbank.com**, by ca  ng 800-USBANKS (872-2657) or at your  oca  U.S. Bank branch.



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                            $

4. Enter the total deposits recorded in the Outstanding Deposits section.                        $

5. Total lines 3 and 4.                                                                          $

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.                  $

7. Subtract line 6 from line 5. This is your balance.                                            $

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance on your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction on your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St Paul, MN 55107
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions) we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information
- *Account information:* Your name and account number
- *Dollar Amount:* The dollar amount of the suspected error
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake
You must contact us within 60 days after the error appeared on your statement
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question
While we investigate whether or not there has been an error, the following are true
- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447, in order for us to assist you with your dispute you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable


EQUAL HOUSING
LENDER

Member FDIC


# us bank

RICHARD L BRUMMOND
SACRAMENTO CA ████

**Uni-Statement**

Account Number:
████ 4952
Statement Period:
Sep 16, 2022
through
Oct 17, 2022
Page 2 of 3



---

## INFORMATION YOU SHOULD KNOW                                   (CONTINUED)

If you have any questions, you can call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls.
Our bankers are also available to help at your local branch via appointment.

---

## U.S. BANK GOLD CHECKING                                        *Member FDIC*

U S Bank National Association                          **Account Number** ████ 4952

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Sep 16 | $ ████ | |
| Deposits / Credits | ████ | Number of Days in Statement Period: 32 |
| Card Withdrawals | | Average Account Balance $ ████ |
| Other Withdrawals | ████ | |
| **Ending Balance on Oct 17, 2022** | $ ████ | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | **Total Deposits / Credits** | **$** | **████** |

### Card Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |

Card Number: ████ 5697

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |
| | **Card 5697 Withdrawals Subtotal** | **$** | **████** |
| | **Total Card Withdrawals** | **$** | **████** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| | | | |



RICHARD L BRUMMOND
Case 22-11... Doc 502-2    Filed 01/16/23    Page 56 of 60
SACRAMENTO CA

**Uni-Statement**

Account Number:
████ 4952
Statement Per od:
Sep 16, 2022
through
Oct 17, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING    (CONTINUED)

U S  Bank National Association    Account Number ████ 4952

**Other Withdrawals (continued)**



| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Oct 4 | E ectron c W thdrawa<br>REF=222770096705520N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2210040OCIROLCA4FQ | 50.00- |
| Oct 13 | E ectron c W thdrawa<br>REF=222860066223000N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2210130PCIRHPNRKBA | 50.00- |

Total Other Withdrawals    $ ████

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| | | | | | |

Ba ances on y appear for days ref ect ng change.

**us bank**

P O Box 1800
Saint Paul Minnesota 55101 0800

**Uni-Statement**

Account Number:
████ 4952
Statement Per od:
Oct 18, 2022
through
Nov 15, 2022

Page 1 of 3



|·|ı|·|'|·|ı|·|ı|ı|·|·····|ı|·····|ı|ı|ı|ı|ı|·|·····|ı|ı|ı|·|·|ı|·|ı

RICHARD L BRUMMOND ████
SACRAMENTO CA ████

☎                           **To Contact U.S. Bank**

**By Phone:**              800-US BANKS
                           (800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**              usbank.com

## NEWS FOR YOU

Scan here w th your phone s camera to down oad the U.S. Bank Mob e App.



## INFORMATION YOU SHOULD KNOW

Effect ve November 14, 2022, the *Your Deposit Account Agreement* d sc osure w  nc ude update(s) and may affect your r ghts.

**Primary updates in your revised *Your Deposit Account Agreement* document for all accounts:**

- Update to move **Special Provisions for Third-Party Accounts** sect on to a subsect on under the add t on of **FDIC Part 370 Record-Keeping** sect on.

- Add t on of **FDIC Part 370 Record-Keeping** sect on: Added  anguage under FDIC Part 370 that add t ona  nformat on may be needed to accurate y ca cu ate FDIC  nsurance coverage.

Beg nn ng November 14, 2022, a copy of th s d sc osure w  be ava  ab e on ne at **usbank.com**, by ca ng 800-USBANKS (872-2657) or at your  oca U.S. Bank branch.

If you have any quest ons, you can ca  us at U.S. Bank 24-Hour Bank ng at 800-USBANKS (872-2657). We accept re ay ca s. Our bankers are a so ava  ab e to he p at your  oca branch v a appo ntment.

## U.S. BANK GOLD CHECKING                                          *Member FDIC*

U S  Bank National Association                    **Account Number** ████ 4952

### Account Summary

| | | | |
|---|---|---|---|
| Beg nn ng Ba ance on Oct 18 | $ ████ | Number of Days  n Statement Per od | 29 |
| Depos ts / Cred ts | ████ | Average Account Ba ance | $ ████ |
| Card W thdrawa s | ████ | | |
| Other W thdrawa s | ████ | | |
| **Ending Balance on  Nov 15, 2022** | $ ████ | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | |
| ████ | ████ | | ████ |
| | **Total Deposits / Credits** | $ | ████ |



**BALANCE YOUR ACCOUNT**

To keep track of your transactions and balances, you should do it every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                          $

4.  Enter the total deposits recorded in the Outstanding Deposits section.                      $

5.  Total lines 3 and 4.                                                                        $

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.                $

7.  Subtract line 6 from line 5. This is your balance.                                          $

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP MN WS5D, 60 Livingston Ave, St. Paul, MN 55107

- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
- Tell us the dollar amount of the suspected error

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts (point of sale or foreign initiated transactions, we may take up to 90 days to investigate your complaint). If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your statement, write to us at
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903 3528
In your letter, give us the following information

- **Account information:** Your name and account number
- **Dollar Amount:** The dollar amount of the suspected error
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake

You must contact us within 60 days after the error appeared on your statement

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question While we investigate whether or not there has been an error, the following are true

- We cannot try to collect the amount in question or report you as delinquent on that amount
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The *** INTEREST CHARGE*** begins from the date of each advance

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 or by writing to U.S. Bank Attn. Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903 3447. In order for us to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g. affidavit of identity theft), if applicable



EQUAL HOUSING
LENDER

Member FDIC

 RICHARD L BRUMMOND
Case 22-11██████████c 502-2   Filed 01/16/23   Page 59 of 60
SACRAMENTO CA ████

**Uni-Statement**
Account Number:
████ 4952
Statement Per od:
Oct 18, 2022
through
Nov 15, 2022
Page 2 of 3



---

## U.S. BANK GOLD CHECKING                                    (CONTINUED)

U S  Bank National Association                    **Account Number** ████ **4952**

### Card Withdrawals
Card Number: ████5697

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| █ | ████ | ███ | █ |
| ██ | ████ | ███ | ███ |
| ██ | ████ | ███ | ███ |
| ██ | ████ | ███ | ███ |
| ██ | ████ | ███ | ███ |
| █ █ | ████ | ███ | ███ |

|  | **Card 5697  Withdrawals Subtotal** | $ | ███ |
|  | **Total Card Withdrawals** | $ | ███ |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Oct 20 | E ectron c W thdrawa<br>REF=222930044650030N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2210200LCIRMDQEBCA | $ | 50.00- |
| ██ | ███ | ███ | | ███ |
| | ███ | ███ | | ███ |
| ██ | ███ | ███ | | ███ |
| ██ | ███ | ███ | | ███ |
| ██ | ███ | ███ | | ███ |
| Oct 28 | E ectron c W thdrawa<br>REF=223010107633910N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2210280MCIRUICFK3Y | | 50.00- |
| █ █ | ███ | ███ | | ███ |
| Nov 3 | E ectron c W thdrawa<br>REF=223070119838010N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2211030OCIRN3YAMLY | | 50.50- |
| Nov 9 | E ectron c W thdrawa<br>REF=223130089403750N00SD | To FTXUS BLOCKFOLIO<br>Y463394676BP2211090PCIRU4F7DTI | | 50.00- |
| █ █ | ███ | ███ | | ███ |
| | ███ | ███ | | ███ |
| | ███ | ███ | | ███ |

|  | **Total Other Withdrawals** | $ | ███ |

---

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| ██ | ██ | ██ | ██ | █ █ | ██ |
| ██ | ██ | ██ | ██ | █ █ | ██ |
| ██ | ██ | ██ | ██ | █ █ | ██ |



**Uni-Statement**

Account Number:
█████ 4952

Statement Period:
Oct 18, 2022
through
Nov 15, 2022

Page 3 of 3

## U.S. BANK GOLD CHECKING (CONTINUED)

U S Bank National Association                                           **Account Number** █████ 4952

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| ██ █ | ████ | ███ | ████ | ███ | ████ |

Balances only appear for days reflecting change.