

1:56

← **Linked banks & cards**

Spend your crypto anytime, anywhere with the FTX card

## Accounts

🏛 Personal Checking - 4952

**ADD NEW ACCOUNT**

Exhibit 2