

Exhibit 4

Case 3:22-11068-JTD    Doc 502-5    Filed 01/16/23    Page 2 of 3

# Bitcoin

## $5,747.62
0.34055962 BTC

| APY | Total earned |
|---|---|
| **7.90 %** | **0.02079793 BTC** |

## History

**Buy** 0.0040577 BTC
Dec 3, 2021 — With $200.00

**Buy** 0.00085556 BTC
Dec 1, 2021 — With $50.00

**Deposit** 0.05692537 BTC
Nov 24, 2021

**Buy** 0.01730051 BTC
Nov 23, 2021 — With $1,000.00

**Deposit** 0.00013452 BTC
Nov 23, 2021

**Deposit** 0.00174031 BTC
Nov 23, 2021

**DEPOSIT** | **SEND**

10:23

⊗ Looks like something went wrong. Please try again.

**$5,747.62**
0.34055962 BTC

| APY ⓘ | Total earned ⓘ |
|---|---|
| **7.90 %** | **0.02079793 BTC** |

## History

**Deposit**  0.00267085 BTC
Feb 9, 2022

**Buy** ⬆  0.00127687 BTC
Feb 1, 2022  With $50.00

**Buy** ⬆  0.00035167 BTC
Jan 19, 2022  With $15.00

**Buy** ⬆  0.00117129 BTC
Jan 14, 2022  With $50.00

**Buy** ⬆  0.00105126 BTC
Jan 1, 2022  With $50.00

**Buy** ⬆  0.0040577 BTC
With $200.00

| DEPOSIT | SEND |