# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) <br> (Jointly Administered) |
| Debtors. | Re: D.I. 496 |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on January 13, 2023, I served a copy of the *Objection of the United States Trustee to Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

| | |
|---|---|
| Landis Rath & Cobb LLP <br> Adam G. Landis <br> Kimberly A. Brown <br> Matthew R. Pierce <br> 919 Market Street, Suite 1800 <br> Wilmington, Delaware 19801 <br> E-mail: landis@lrclaw.com <br> brown@lrclaw.com <br> pierce@lrclaw.com | Sullivan & Cromwell LLP <br> Andrew G. Dietderich <br> James L. Bromley <br> Brian D. Glueckstein <br> Alexa J. Kranzley <br> 125 Broad Street <br> New York, NY 10004 <br> E-mail: dietdericha@sullcrom.com <br> bromleyj@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Paul Hastings LLP | Young Conaway Stargatt & Taylor, LLP |
| Kristopher M. Hansen, Esq. | Matthew B. Lunn, Esq. |
| Luc A. Despins, Esq. | Robert F. Poppiti, Jr., Esq. |
| Kenneth Pasquale, Esq. | 1000 North King Street |
| Erez E. Gilad, Esq. | Wilmington, DE 19801 |
| Gabriel E. Sasson, Esq. | Email: mlunn@ycst.com |
| 200 Park Avenue | rpoppiti@ycst.com |
| New York, NY 10166 | |
| Email: krishansen@paulhastings.com | |
| lucdespins@paulhastings.com | |
| kenpasquale@paulhastings.com | |
| erezgilad@paulhastings.com | |
| gabesasson@paulhastings.com | |
| | |
| Dated: January 18, 2023 | By: */s/ Juliet Sarkessian* |
| Wilmington, Delaware | Juliet Sarkessian |
| | Trial Attorney |
| | United States Department of Justice |
| | Office of the United States Trustee |
| | J. Caleb Boggs Federal Building |
| | 844 N. King Street, Room 2207, Lockbox 35 |
| | Wilmington, DE 19801 |
| | (302) 573-6491 |
| | juliet.m.sarkessian@usdoj.gov |