**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**JANUARY 20, 2023, AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T.**
**DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT**
**OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,**
**COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING**
**TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY**
**PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY VIEW**
**THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT**
**THE LINK BELOW BY JANUARY 20, 2023 AT 8:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-urqjIuE515mU9YfR4fFk_V0-lsqNU

**After registering your appearance by Zoom, you will receive a confirmation**
**email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When: January 20, 2023 at 10:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**
**OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**ADJOURNED MATTER:**

1.   Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors *Nunc Pro Tunc* to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h) [D.I. 275, filed on December 21, 2022]

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Status: This matter has been adjourned to the omnibus hearing scheduled for February 8, 2023.

**RESOLVED MATTER:**

2.    Debtors' Application for an Order Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider *Nunc Pro Tunc* to November 28, 2022 [D.I. 284, filed on December 21, 2022]

Status: On January 17, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD:**

3.    Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date [D.I. 270, filed on December 21, 2022]

Response Deadline: January 4, 2023 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to January 12, 2023 at 4:00 p.m. (ET) and the United States Trustee to January 14, 2023 at 12:00 p.m. (ET)

Responses Received:

A.    Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

B.    Objection to the Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date. [D.I. 369, filed on January 4, 2023]

C.    Amended Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date. [D.I. 459, filed on January 10, 2023]

D.    Declaration of Warren Winter in Support of Amended Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date. [D.I. 495, filed on January 13, 2023]

E.    Objection of the United States Trustee to Debtors Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 496, filed on January 13, 2023]

F.      Notice of Joinder in Amended Objection to Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date. [D.I. 502, filed on January 16, 2023]

Related Documents:

A.      [SEALED] Schedule 2 to the Declaration of Andrew G. Dietderich in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date [D.I. 271, filed on December 21, 2022]

B.      Notice of Hearing [D.I. 287, filed on December 21, 2022]

C.      [SEALED] Notice of Filing Under Seal Unredacted Parties in Interest List [D.I. 288, filed on December 21, 2022]

D.      Statement of Official Committee of Unsecured Creditors Regarding U.S. Trustee's Objections to Retention of Certain Professionals of Debtors [D.I. 508, filed on January 17, 2023]

E.      Debtors' Omnibus Reply in Support of Debtors' Retention Applications [D.I. 509, filed on January 17, 2023]

F.      Supplemental Declaration of Andrew G. Dietderich in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date [D.I. 510, filed on January 17, 2023]

G.      Supplemental Declaration of John J. Ray III in Support of Debtors' Applications for Orders Authorizing the Retention and Employment of Sullivan & Cromwell LLP, Alix Partners LLP and Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 511, filed on January 17, 2023]

H.      Declaration of Alexa J. Kranzley in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession *Nunc Pro Tunc* to the Petition Date [D.I. 512, filed on January 17, 2023]

Status: This matter is going forward.

4.      Debtors' Application for an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-In-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 273, filed on December 21, 2022]

Response Deadline: January 4, 2023 at 4:00 p.m. (ET), extended for the United States Trustee and the Official Committee of Unsecured Creditors to January 12, 2023 at 4:00 p.m. (ET)

Responses Received:

A.     Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Related Documents:

A.     [SEALED] Schedule B to the Declaration of Edgar W. Mosley II in Support of Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors-In-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date [D.I. 274, filed on December 21, 2022]

B.     Notice of Hearing [D.I. 287, filed on December 21, 2022]

C.     [SEALED] Notice of Filing Under Seal Unredacted Parties in Interest List [D.I. 288, filed on December 21, 2022]

Status: This matter is going forward.

5.     Debtors' Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors *Nunc Pro Tunc* to November 28, 2022 [D.I. 277, filed on December 21, 2022]

Response Deadline: January 4, 2023 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to January 12, 2023 at 4:00 p.m. (ET) and the United States Trustee to January 14, 2023 at 12:00 p.m. (ET)

Responses Received:

A.     Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

B.     Omnibus Objection of the United States Trustee to the Debtors Applications to Retain AlixPartners, LLP and Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 498, filed on January 14, 2023]

Related Documents:

A.     [SEALED] Schedule 2 to the Declaration of Matthew Evans in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant *Nunc Pro Tunc* to November 28, 2022 [D.I. 278, filed on December 21, 2022]

B.     Notice of Hearing [D.I. 287, filed on December 21, 2022]

C.     [SEALED] Notice of Filing Under Seal Unredacted Parties in Interest List [D.I. 288, filed on December 21, 2022]

D. Supplemental Declaration of Matthew Evans of AlixPartners, LLP [D.I. 506, filed on January 17, 2023]

E. Statement of Official Committee of Unsecured Creditors Regarding U.S. Trustee's Objections to Retention of Certain Professionals of Debtors [D.I. 508, filed on January 17, 2023]

F. Debtors' Omnibus Reply in Support of Debtors' Retention Applications [D.I. 509, filed on January 17, 2023]

G. Supplemental Declaration of John J. Ray III in Support of Debtors' Applications for Orders Authorizing the Retention and Employment of Sullivan & Cromwell LLP, Alix Partners LLP and Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 511, filed on January 17, 2023]

Status: This matter is going forward.

6. Debtors' Application for Entry of an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 279, filed on December 21, 2022]

Response Deadline: January 4, 2023 at 4:00 p.m. (ET), extended for the United States Trustee to January 6, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Related Documents:

A. Notice of Hearing [D.I. 287, filed on December 21, 2022]

B. [SEALED] Notice of Filing Under Seal Unredacted Parties in Interest List [D.I. 288, filed on December 21, 2022]

Status:   This matter is going forward.

7. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and the Debtors in Possession, *Nunc Pro Tunc* to November 13, 2022 [D.I. 280, filed on December 21, 2022]

Response Deadline: January 4, 2023 at 4:00 p.m. (ET), extended for the Official Committee of Unsecured Creditors to January 12, 2023 at 4:00 p.m. (ET) and the United States Trustee to January 14, 2023 at 12:00 p.m. (ET)

Responses Received:

A.    Informal comments received from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

B.    Omnibus Objection of the United States Trustee to the Debtors Applications to Retain AlixPartners, LLP and Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 498, filed on January 14, 2023]

Related Documents:

A.    [SEALED] Schedule 2 to the Declaration of William A. Burck in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for the Debtors and the Debtors in Possession, *Nunc Pro Tunc* to November 13, 2022 [D.I. 281, filed on December 21, 2022]

B.    Notice of Hearing [D.I. 287, filed on December 21, 2022]

C.    [SEALED] Notice of Filing Under Seal Unredacted Parties in Interest List [D.I. 288, filed on December 21, 2022]

D.    Supplemental Declaration of William A. Burck in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel for Debtors and Debtors in Possession, *Nunc Pro Tunc* to November 13, 2022 [D.I. 497, filed on January 14, 2023]

E.    Statement of Official Committee of Unsecured Creditors Regarding U.S. Trustee's Objections to Retention of Certain Professionals of Debtors [D.I. 508, filed on January 17, 2023]

F.    Debtors' Omnibus Reply in Support of Debtors' Retention Applications [D.I. 509, filed on January 17, 2023]

G.    Supplemental Declaration of John J. Ray III in Support of Debtors' Applications for Orders Authorizing the Retention and Employment of Sullivan & Cromwell LLP, Alix Partners LLP and Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 511, filed on January 17, 2023]

Status: This matter is going forward.

**STATUS CONFERENCE:**

8.     Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to
       Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for
       Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential
       Information of Customers and Personal Information of Individuals and (III) Granting
       Certain Related Relief [D.I. 45, filed on November 19, 2022]

       Status:   This matter is going forward as a status conference.


Dated: January 18, 2023                    **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

                                           */s/ Matthew R. Pierce*
                                           Adam G. Landis (No. 3407)
                                           Kimberly A. Brown (No. 5138)
                                           Matthew R. Pierce (No. 5946)
                                           919 Market Street, Suite 1800
                                           Wilmington, Delaware 19801
                                           Telephone: (302) 467-4400
                                           Facsimile: (302) 467-4450
                                           E-mail: landis@lrclaw.com
                                                   brown@lrclaw.com
                                                   pierce@lrclaw.com

                                           -and-

                                           **SULLIVAN & CROMWELL LLP**
                                           Andrew G. Dietderich (admitted *pro hac vice*)
                                           James L. Bromley (admitted *pro hac vice*)
                                           Brian D. Glueckstein (admitted *pro hac vice*)
                                           Alexa J. Kranzley (admitted *pro hac vice*)
                                           125 Broad Street
                                           New York, NY 10004
                                           Telephone: (212) 558-4000
                                           Facsimile: (212) 558-3588
                                           E-mail: dietdericha@sullcrom.com
                                                   bromleyj@sullcrom.com
                                                   gluecksteinb@sullcrom.com
                                                   kranzleya@sullcrom.com

                                           *Proposed Counsel for the Debtors
                                           and Debtors-in-Possession*

{1368.002-W0069592.4}                      7