## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline: February 1, 2023 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: February 8, 2023 at 1:00 p.m. (ET)** |

### NOTICE OF APPLICATION

TO:   (I) THE DEBTORS; (II) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) THE SECURITIES AND EXCHANGE COMMISSION; (IV) THE INTERNAL REVENUE SERVICE; (V) THE UNITED STATES DEPARTMENT OF JUSTICE; (VI) THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; AND (VII) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AS OF THE FILING OF THE APPLICATION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors in the above-captioned chapter 11 cases (the "Committee") has filed the attached *Application for Entry of an Order, Pursuant to Sections 328, 330 and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **February 1, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Application must be served upon the undersigned proposed counsel to the Committee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING (THE "HEARING") TO CONSIDER THE RELIEF REQUESTED IN THE APPLICATION WILL BE HELD ON **FEBRUARY 8, 2023 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30046422.1

NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

      **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: January 18, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>       rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Luc A. Despins*<br>Kenneth Pasquale*<br>Frank Merola*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>       lucdespins@paulhastings.com<br>       kenpasquale@paulhastings.com<br>       frankmerola@paulhastings.com<br>       erezgilad@paulhastings.com<br>       gabesasson@paulhastings.com<br><br>\* *Admitted pro hac vice*<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |