**<u>EXHIBIT B</u>**

**Gilad Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

### DECLARATION OF EREZ E. GILAD IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE RETENTION AND EMPLOYMENT OF PAUL HASTINGS LLP AS LEAD COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF DECEMBER 20, 2022

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Erez E. Gilad, declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), located at, among other offices worldwide, 200 Park Avenue, New York, New York 10166.

2.      I am an attorney-at-law, duly admitted and in good standing to practice in the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. I have also been admitted before the United States Court of Appeals for the Second Circuit.

3.      I submit this declaration (this "Declaration") in support of the *Application for Entry of an Order, Pursuant to Bankruptcy Code Sections 328, 330, and 1103, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the*

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Official Committee of Unsecured Creditors, Effective as of December 20, 2022* (the

"Application"), which has been filed contemporaneously herewith.[2]

        4.      Except as otherwise set forth herein, the facts set forth in this Declaration

are based upon my personal knowledge, discussions with other Paul Hastings attorneys and

employees, the firm's client/matter records that were reviewed by me and/or other Paul Hastings

attorneys or employees acting under my supervision or direction, and other information provided

to me by other Paul Hastings attorneys and employees.

        5.      To the extent any information disclosed in this declaration requires

amendment or modification upon Paul Hastings' completion of further review or as additional

information becomes available, a supplemental declaration will be submitted to the Court

reflecting such amendments or modifications.

**Paul Hastings' Qualifications**

        6.      Paul Hastings is well qualified to serve as the Committee's counsel in the

Chapter 11 Cases. Paul Hastings, as one of the largest law firms in the world, with a national and

international practice, has substantial experience and expertise in virtually all aspects of law that

may be relevant to these Chapter 11 Cases. In particular, Paul Hastings has extensive bankruptcy

and restructuring, fintech and payments, corporate, finance, intellectual property, litigation, real

estate, labor and employment, securities, and tax expertise.

        7.      Paul Hastings' financial restructuring group provides an array of services

to assist financially distressed businesses and their creditors in maximizing values and ultimate

recoveries in a broad range of challenging circumstances. Paul Hastings' lawyers have played a

significant role in many of the largest and most complex restructurings and chapter 11 cases,

---

[2]    Each capitalized term that is not defined herein shall have the meaning set forth in the Application.

including, among many others:[3] (a) the official creditors' committees in the chapter 11 cases of, among others, *Aceto*, *Advanced Glassfiber Yarns, Dayton Superior*, *Enron*, *EP Energy*, *Extraction Oil & Gas, Fieldwood Energy*, *Formica*, *Global Brands Group*, *ICO Global*, *K-V Pharmaceutical Company*, *Lehman Brothers*, *LSC Communications*, *Molycorp*, *NewPage Corporation*, *OneWeb*, *Refco*, *The McClatchy Company, Sable Permian Resources*, and *Tropicana Entertainment*; (b) ad hoc committees and significant creditors in the chapter 11 cases of, among others, *American Gilsonite Company*, *Avaya*, *Brookstone*, *Caesars*, *Carlson Wagonlit Travel*, *Cenveo, Core Scientific, Inc.*, *Deluxe Entertainment*, *Guitar Center*, *J.C. Penney*, *Monitronics International*, *New Gulf Resources*, *Party City*, *PG&E Corporation*, *Pyxus*, *Sandy Creek*, *Seadrill Limited*, *Sears*, *SFX Entertainment, Toys "R" Us*, *Trump Entertainment Resorts, Inc.*, *Texas Petrochemical Corp.*, *The Great Atlantic & Pacific Tea Co.*, and *TPC Group*; and (c) debtors in the chapter 11 cases of, among others, *Compute North*, *Cred, Inc.*, *Fruit of the Loom*, *GT Advanced Technologies, Inc.*, *Haggen, Inc.*, and *Recoton*. Paul Hastings' lawyers also play a lead role as counsel to the official creditors' committee in Puerto Rico's cases under Title III of PROMESA.

## Paul Hastings' Disclosure Procedures

8.      Paul Hastings has a large and diversified legal practice that encompasses the representation of many individuals and entities across the globe. In preparing this Declaration, I utilized a set of procedures developed by Paul Hastings to ensure compliance with the applicable requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of estate professionals (the "Firm Disclosure Procedures"). Pursuant to the Firm

---

[3]     This list includes representations lead by Paul Hastings attorneys while at Paul Hastings and/or prior law firms.

Disclosure Procedures, I caused to be performed the actions described below to identify Paul
Hastings' connections to parties-in-interest in these Chapter 11 Cases.

9.      In preparing this Declaration, I (or others acting at my direction or supervision)
caused to be submitted for review under our conflicts check system the names of the parties-in-
interest in these Chapter 11 Cases identified on <u>Schedule 1</u> hereto (collectively, the "<u>Interested
Parties</u>"), which reflects the list of interested parties provided by counsel to the Debtors, as well
as additional parties-in-interest identified as a result of discussions with the Debtors and/or a
review of pleadings filed in the Chapter 11 Cases. In addition, a firm-wide email was issued to
all Paul Hastings attorneys requesting disclosure of whether any attorney (i) holds a prepetition
claim against the Debtors, (ii) is employed by any Debtor or non-Debtor affiliate, (iii) was,
within the two years prior to the Petition Date, a director, officer or employee of any Debtor,
(iv) holds stock in the Debtors or their affiliates, or (v) has an FTX account or otherwise used
any of the FTX platforms.

**<u>Paul Hastings' Connections with Interested Parties</u>**

10.     The results of our conflict check were compiled and analyzed by
Paul Hastings attorneys and employees acting under my direction or supervision. To the extent
such searches indicated that Paul Hastings has performed any services for any such person or
entity within the last three (3) years, the identity of such person or entity and the nature of Paul
Hastings' relationship with such person or entity is set forth in <u>Schedule 2</u> hereto.

11.     To the best of my knowledge, information and belief, based on the Firm
Disclosure Procedures described above and the information provided to me by other Paul
Hastings attorneys and employees, Paul Hastings does not have any "connections" to the
Interested Parties, except as described in this Declaration and <u>Schedule 2</u> hereto. Neither the term

"connection" as used in Bankruptcy Rule 2014, nor the proper scope of an estate professional's

search for "connection" has been expressly defined under the Bankruptcy Code. Accordingly,

out of an abundance of caution, I am disclosing many representations that would not, to my

understanding, preclude Paul Hastings from representing the Committee under the Bankruptcy

Code, the Bankruptcy Rules, the Local Rules or applicable standards of professional ethics.

12.     To the best of my knowledge, information and belief, based on the Firm

Disclosure Procedures described above and the information provided to me by other Paul

Hastings attorneys and employees, neither I, nor any partner, of counsel or associate of Paul

Hastings, as far as I have been able to ascertain, has any "connection" with the Committee, the

Debtors or any Interested Party, except as set forth below or otherwise in this Declaration

(including the Schedules hereto):[4]

(a)     Attached hereto as Schedule 2 and incorporated herein by reference is a
list of Interested Parties[5] whom Paul Hastings represents, or has
represented within the last three (3) years, in matters unrelated to the
Debtors or the Chapter 11 Cases, except as described therein or in this
Declaration.

(b)     On or about May 2022, Paul Hastings was retained by Debtor West Realm
Shires Services Inc. ("WRS") to provide limited regulatory and
transactional advice. Over the course of such engagement, Paul Hastings
was paid an aggregate amount of $17,678 on account of such
representation. Such payment was made on August 17, 2022 (the "WRS
Payment"), which date is within the 90-day period prior to the Petition
Date, and approximately $40,125 remained due and unpaid as of the
Petition Date on account of such representation. This engagement has
since terminated. From and after the Petition Date, Paul Hastings has not
(and will not) perform any services for WRS or any other Debtor. Out of

---

[4] In the event a conflict of interest should arise over the course of Paul Hastings' engagement, it is expected that the
Committee will utilize the services of YCST as conflicts counsel.

[5] The list of Interested Parties identified in Schedule 2 includes corporate affiliates or related parties of such
Interested Parties known to Paul Hastings based on searches conducted by Paul Hastings employees pursuant to the
Firm Disclosure Procedures. It is possible that such search did not identify all corporate affiliates or related parties
of each of the Interested Parties, and Paul Hastings will supplement this disclosure as and when additional
information becomes known.

an abundance of caution, Paul Hastings has (i) returned the WRS Payment to the Debtors based on wire instructions provided by the Debtors, and (ii) waived payment of any outstanding balance on account of such representation.

(c)     From on or about May 2018 to on or about March 2021, Paul Hastings provided (i) regulatory and transactional advice to Virtual Currency Partners, LLC ("VCP") with respect to the formation of a joint venture, Debtor Liquid Financial USA, between VCP and Liquid Global, Inc., and (ii) regulatory and transactional advice to Debtor Liquid Financial USA. The foregoing engagements terminated in March 2021, and Paul Hastings has not performed any services for Liquid Global, VCP, or Debtor Liquid Financial USA since that time. Total fees collected by Paul Hastings for the foregoing representations were approximately $214,433 in the aggregate for all work performed on account of such representations.

(d)     BAM Trading Services Inc. (d/b/a Binance U.S.) is a current client of Paul Hastings in regulatory and transactional matters unrelated to the Debtors. The fees collected by Paul Hastings in connection with such representation accounted for less than approximately 0.07% of the aggregate fees collected by Paul Hastings during the firm's fiscal year ending January 31, 2022.

(e)     Binance Capital Management Co. Ltd. is a former client of Paul Hastings. By way of additional disclosure out of an abundance of caution, as part of such representation, in 2019, Paul Hastings advised Binance Capital Management Co., Ltd. in connection with an equity investment in Debtor FTX Trading, Ltd., and in 2021, Paul Hastings advised Binance Capital Management Co., Ltd. in connection with the sale of its equity stake in Debtor FTX Trading, Ltd. The fees collected by Paul Hastings in connection with such representation accounted for less than approximately 0.02% of the aggregate fees collected by Paul Hastings during the firm's fiscal year ending January 31, 2022.

(f)     Voyager Digital, LLC and certain of its affiliates ("Voyager") are current clients of Paul Hastings. Paul Hastings is currently serving as an "ordinary course professional" in Voyager's pending chapter 11 cases for the limited role of providing the company with regulatory advice and acting as conflicts counsel with respect to a preference action brought by Celsius Network LLC against Voyager. Paul Hastings will seek to be retained as special counsel to Voyager pursuant to section 327(e) of the Bankruptcy Code for these purposes. By way of additional disclosure out of an abundance of caution, as part of Paul Hasting's representation of Voyager prior to the Petition Date, Paul Hastings attorneys provided regulatory and transactional advice to Voyager with respect to the asset purchase agreement previously entered into between Voyager and certain of the FTX Debtors. The fees collected by Paul Hastings in connection with such

representation accounted for less than approximately 0.03% of the aggregate fees collected by Paul Hastings during the firm's fiscal year ending January 31, 2022.

(g)     Paul Hastings currently represents Coincident Management, LLC, an affiliate of Coincident Capital International, Ltd., a member of the Committee, in matters unrelated to the Chapter 11 Cases.

(h)     Each of the entities and individuals identified on Schedule 2 for whom Paul Hastings has performed services accounted for 1.0% or less of the aggregate fees collected by Paul Hastings for the firm's fiscal year ending January 31, 2022, except for Morgan Stanley, J.P.Morgan Chase & Co., Alphabet, Inc., Bank of America Corporation, and Wells Fargo & Company, whose fees each exceeded 1.0% but in no instance exceeded 1.77%. I do not believe that Paul Hastings' connection to such entities precludes it from representing the Committee, but disclose such connections out of an abundance of caution.[6]

(i)     In addition to the representations disclosed herein and in Schedule 2, based on the Firm Disclosure Procedures described above and the information provided to me by other Paul Hastings attorneys and employees as part of Paul Hastings' conflicts check system, Paul Hastings represented certain financial institutions, investors and other entities in matters related to the Debtors, each of which matters are currently closed. The fees billed for work performed by Paul Hastings in 2022 in connection with such representations were less than $135,000 in the aggregate for all such representations combined.

(j)     Given the complexity and scope of the Debtors' businesses, it is difficult to specify which individuals or entities might be identified as competitors of the Debtors or their affiliates. Paul Hastings provides legal services to a broad range of individuals or entities within the Debtors' industry that may compete directly or indirectly with the Debtors and/or its affiliates.

(k)     Certain Interested Parties may be creditors of existing debtor clients of Paul Hastings or may have been creditors of former clients of Paul Hastings. In addition, certain Interested Parties may have been members of other official creditors' committees or ad hoc committees represented by Paul Hastings attorneys.

(l)     Paul Hastings may have represented in the past, may currently represent, and may in the future represent certain Interested Parties actually or

---

[6] Certain of the parties-in-interest identified in Schedule 2 are, or were, members of an ad hoc committee represented by Paul Hasting attorneys in matters that (unless noted herein) are or were unrelated to the Debtors or the Chapter 11 Cases. Paul Hastings' fees and expenses incurred in connection those representations are often paid directly by the applicable borrower or debtor, and such fees and expenses are not included in the fee revenue calculations described herein.

potentially adverse to the Committee, its members, or other unsecured creditors, in matters unrelated to the Chapter 11 Cases.

(m)     In matters entirely unrelated to the Chapter 11 Cases, Paul Hastings has worked in the past with, or been involved in the same matters as, individuals and firms employed by (or proposed to be employed by) or acting on behalf of the Debtors or other currently known parties-in-interest in the Chapter 11 Cases. From time to time in the past, in matters entirely unrelated to the Chapter 11 Cases, Paul Hastings may have made referrals to such parties referenced herein and such parties may have referred work to Paul Hastings.

(n)     Given the number of attorneys in its various offices, several attorneys at Paul Hastings have professional or social relationships with judges or their families, firms or professionals at firms that represent clients with interests adverse to the Committee. In addition, several attorneys at Paul Hastings have spouses, parents, children, siblings, fiancés or fiancées who are attorneys at other law firms or companies. Also, certain attorneys at Paul Hastings may have spouses, parents, children, siblings, fiancés or fiancées who are employees of one or more of the Debtors or the Committee members. Paul Hastings has strict policies against disclosing confidential information to anyone outside of Paul Hastings, including spouses, parents, children, siblings, fiancés and fiancées.

(o)     Paul Hastings attorneys may have, in the past, clerked or interned for certain Judges in the U.S. Bankruptcy Court or the U.S. District Court for the District of Delaware. In addition, Paul Hastings attorneys may have, in the past, worked at law firms at which certain Judges in the U.S. Bankruptcy Court or the U.S. District Court for the District of Delaware were employed or were partners.

(p)     Certain Paul Hastings attorneys, paraprofessionals and/or employees may hold interests in mutual funds or other investment vehicles that may be creditors of the Debtors, and certain Paul Hastings attorneys, paraprofessionals and/or employees maintain accounts and have deposited funds with the Debtors.

13.     Despite the efforts described above to identify and disclose Paul Hastings' connections with parties in interest in the Chapter 11 Cases, it is possible that connections with some parties-in-interest have not yet been identified and/or that Paul Hastings is unable to state with certainty which of its clients (or such client's affiliates) hold claims or otherwise are parties-in-interest in these Chapter 11 Cases. Accordingly, to the extent any information disclosed in this

Declaration requires amendment or modification upon Paul Hastings' further review, or in the event additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amendments, modifications or disclosures.

14.    I am not related to and, to the best of my knowledge, no other attorney at Paul Hastings is related to: (a) any United States Bankruptcy Court Judge for the District of Delaware, or (b) the United States Trustee for the District of Delaware, or any person employed by the Office of such United States Trustee.

15.    To the best of my knowledge, information, and belief formed after reasonable inquiry, Paul Hastings is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and Paul Hastings:

(a)    is not a creditor, equity security holder, or insider of the Debtors;

(b)    is not and was not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c)    does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

16.    Based on the foregoing and except as provided herein, to the best of my knowledge, information, and belief formed after reasonable inquiry, neither Paul Hastings nor any partner, counsel, or associate thereof holds or represents any other entity having an adverse interest in connection with the Chapter 11 Cases.

## Compensation of Paul Hastings

17.    Paul Hastings will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable

provisions of the Bankruptcy Rules, the Local Rules and any orders of the Court, including any interim compensation procedures order.

18.    Paul Hastings will seek compensation for its legal services based on its standard hourly rates then in effect, plus reimbursement of actual, necessary expenses incurred by Paul Hastings, in connection with services performed on behalf of the Committee. The current standard hourly rates of the Paul Hastings attorneys and paraprofessionals expected to assist the Committee are set forth below:

| Title | U.S. Hourly Rate Range[7] |
|---|---|
| Partners | $1,385 - $1,935 |
| Of Counsel | $1,310 - $1,860 |
| Associates | $755 - $1,230 |
| Paraprofessionals | $240 - $580 |

Paul Hastings' hourly rates are subject to periodic adjustments. Paul Hastings will only charge its regular hourly rates in effect at the time services are rendered to the Committee.

19.    The hourly rates set forth above are Paul Hastings' standard hourly rates for work of this nature, and that these rates are set at a level designed to fairly compensate Paul Hastings for the work of its attorneys based on each professional's level of experience and to cover fixed and routine overhead expenses. These rates are reasonable and commensurate with the hourly rates of other firms of similar size and expertise.

20.    Paul Hastings will also seek reimbursement for expenses incurred in connection with the rendering of services to the Committee, including transportation,

---

[7] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.

photocopying, delivery services, postage and package delivery, vendor charges, court fees, transcript costs, computer-aided research, airfare, "work" meals and overtime meals, lodging and other out-of-pocket expenses incurred in connection with providing professional services to the Committee.

21.     Paul Hastings will maintain detailed contemporaneous records of time and any costs and expenses incurred in connection with the rendering of legal services described above. It is Paul Hastings' policy to charge its clients in all areas of practice for all other expenses incurred in connection with the clients' cases.

22.     Subject to any interim compensation orders entered by the Court, Paul Hastings shall submit interim and final fee applications that shall be subject to the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and, to the extent required by the foregoing, the U.S. Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases effective as of November 1, 2013* (the "Appendix B Guidelines"). All allowed compensation and expenses of Paul Hastings will be paid by the Debtors and their estates (and other chapter 11 debtor(s), if any, for which the Committee acts as the official committee of unsecured creditors).

23.     Paul Hasting, acting at the direction of the Committee, will include in its fee applications a request for the reimbursement of the expenses of Committee members incurred in connection with their service on the Committee. The Committee understands that under no circumstances shall the Committee members be responsible for the payment of Paul Hastings' fees and expenses.

24.     Paul Hastings has not received a retainer in connection with the Chapter 11 Cases.

25.     No promises have been received by Paul Hastings, nor by any of its partners, counsel, or associates, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Paul Hastings has no agreement with any other entity to share with such entity any compensation received by Paul Hastings in connection with the Chapter 11 Cases.

<u>**Statement Regarding U.S. Trustee Guidelines**</u>

26.     Paul Hastings intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and disclosures both in connection with the Application and the interim and final fee applications the firm will file in the course of its engagement. Paul Hastings reserves all rights as to the relevance and substantive legal effect of the Appendix B Guidelines in the Chapter 11 Cases.

27.     Paul Hastings provides the following response to the request for information set forth in Paragraph D.1. of the Appendix B Guidelines.

| | |
|---|---|
| Question: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response:** | **No.** |
| Question: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response:** | **No.** |
| Question: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Response:** | **Not Applicable** |

Question:        Has your client approved your prospective budget and staffing
                 plan, and, if so, for what budget period?

**Response:**        **The Committee and Paul Hastings expect to work together to
                 develop a budget and staffing plan for the Chapter 11 Cases.**


I declare under penalty of perjury that, to the best of my knowledge and after

reasonable inquiry, the foregoing is true and correct.

Executed this 18th day of January, 2023

                              */s/* Erez E. Gilad
                              Erez E. Gilad

## Schedule 1

## Interested Parties

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang

**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)

**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)

Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance
Zand Bank

**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

| | |
|---|---|
| Name On File | Lightspeed Management Company, LLC |
| Name On File | Lincoln Holdings LLC DBA Monumental Sports & Entertainment |
| Alpaca Crypto LLC | Lorem Ipsum UG |
| AlteumX International S.A. | Name On File |
| Name On File | Name On File |
| Name On File | Major League Baseball Clubs |
| Name On File | Major League Baseball Properties, Inc |
| Name On File | Mark Khalil |
| Barstool Sports Inc. | Medium Rare Live, LLC |
| Billboard Media, LLC | Meow Technologies Inc. |
| Binance Capital Management Co. Ltd. | Mercedes-Benz Grand Prix Limited |
| BitGo | Name On File |
| BITOCTO | MLB Advanced Media, L.P |
| BlockFi Inc. | MMBOC, LLC |
| Brandon Williams | MPG Live Ltd |
| Brave Software International SEZC | Multicoin Capital |
| Name On File | Nardello & Co. LLC |
| Cal Athletics | Naomi Osaka |
| Chainalysis | O'Leary Productions Inc. |
| Coachella Music Festival, LLC | Office of the Commissioner of Baseball |
| David Ortiz | Paradigm |
| David Ortiz Children's Fund | Patrick Gruhn |
| Name On File | Paul Forest |
| Diego Perez de Ayala | Paxos Trust Company, LLC |
| Digital Assets DA AG | Name On File |
| Digital Finance Group Company | Play Magnus Group |
| Dolphin Entertainment, Inc. | PointUp Inc. |
| Name On File | Proper Trust AG |
| Elvia Delgadillo | PT Datindo Infonet Prima |
| Exodus Movement, Inc. | Race Capital |
| Fortune Cookie | Radegen Sports Management LLC |
| FOX SPORTS SUN, LLC | Rebecca Lowe |
| Name On File | Reddit, Inc. |
| FTI Consulting, Inc. | Ribbit Capital |
| Furia ESports LLC | Rick Fox |
| Galois Capital | Riot |
| Gisele Caroline Bündchen | Name On File |
| Golden State Warriors | SC30 Inc. |
| Gpay Network Pte. Ltd. | Name On File |
| Growflint Technologies Pvt. Ltd. | Shohei Ohtani |
| HashKey Blockchain Investment Fund | Name On File |
| HODL Media, Inc. | Stephen Curry |
| ICC Business Corporation FZ LLC | StockTwits, Inc. |
| Idealex Services OU | Swift Media Entertainment, Inc |
| IEX Group, Inc. | Sygnia Consulting |
| iVest+ | The MLB Network, LLC |
| Name On File | The Sequoia Fund, L.P. |
| Name On File | Thoma Bravo |
| Jeremy Cranford | TL INTERNATIONAL BV |
| Name On File | TokenBot International Ltd. |
| Joele Frank | Tom Brady |
| Kariya Kayamori | TradingView Inc |
| Name On File | Trevor Lawrence |
| Kevin O'Leary | TrustToken |
| Name On File | Twig USA Inc |
| Larnabell Enterprises Limited | Udonis Haslem |
| Laura Larissa Hanna | UJH Enterprises |
| Ledger SAS | Veridian Development Group Ltd. |

| | |
|---|---|
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |
| Name On File | FTX Canada Inc |
| Name On File | FTX Certificates GmbH |
| Name On File | FTX Crypto Services Ltd. |
| Name On File | FTX Digital Assets LLC |
| Name On File | FTX Digital Holdings (Singapore) Pte Ltd |
| Name On File | FTX EMEA Ltd. |
| Name On File | FTX Equity Record Holdings Ltd |
| Name On File | FTX EU Ltd. |
| Name On File | FTX Europe AG |
| Name On File | FTX Exchange FZE |
| Name On File | FTX Hong Kong Ltd |
| Name On File | FTX Japan Holdings K.K. |
| Name On File | FTX Japan K.K. |
| Name On File | FTX Japan Services KK |
| Name On File | FTX Lend Inc. |
| Name On File | FTX Marketplace, Inc. |
| Name On File | FTX Products (Singapore) Pte Ltd |
| Name On File | FTX Property Holdings Ltd |

| | |
|---|---|
| FTX Services Solutions Ltd. | Name On File |
| FTX Structured Products AG | Can Sun |
| FTX Switzerland GmbH | Caroline Ellison |
| FTX Trading GmbH | Caroline Papadopoulas |
| FTX Trading Ltd | Name On File |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Name On File |
| FTX US Services, Inc. | Constance Wang |
| FTX US Trading, Inc | Corporate & Trust Services Limited |
| FTX Ventures Ltd | Dan Friedberg |
| FTX Zuma Ltd | Name On File |
| GG Trading Terminal Ltd | Diana Aidee Munoz Maclao De Camargo |
| Global Compass Dynamics Ltd. | Edward Moncada |
| Good Luck Games, LLC | Gary Wang |
| Goodman Investments Ltd. | Name On File |
| Hannam Group Inc | Name On File |
| Hawaii Digital Assets Inc. | Name On File |
| Hilltop Technology Services LLC | Jen Chan |
| Hive Empire Trading Pty Ltd | John J. Ray |
| Innovatia Ltd | John Samuel Trabucco |
| Island Bay Ventures Inc | Jonathan Cheesman |
| Killarney Lake Investments Ltd | Joseph J. Farnan |
| Ledger Holdings Inc. | Name On File |
| Ledger Prime LLC | Kariya Kayamori |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Name On File |
| LedgerPrime Bitcoin Yield Enhancement Master Fund | Larry Thompson |
| LedgerPrime Digital Asset Opportunities Fund, LLC | Name On File |
| LedgerPrime Digital Asset Opportunities Master Fund LP | Luk Wai Chan |
| LedgerPrime Ventures, LP | Name On File |
| Liquid Financial USA Inc. | Name On File |
| Liquid Securities Singapore Pte Ltd. | Mark Wetjen |
| LiquidEX LLC | Name On File |
| LT Baskets Ltd. | Name On File |
| Maclaurin Investments Ltd. | Name On File |
| Mangrove Cay Ltd | Matt Rosenberg |
| North Dimension Inc | Matthew Doheny |
| North Dimension Ltd | Matthew Ness |
| North Wireless Dimension Inc | Name On File |
| Paper Bird Inc | Michael McCarty |
| Pioneer Street Inc. | Michael Watson |
| Quoine India Pte Ltd | Mitch Sonkin |
| Quoine Pte Ltd | Name On File |
| Quoine Vietnam Co. Ltd | Name On File |
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | Name On File |
| Strategy Ark Collective Ltd. | Nishad Singh |
| Technology Services Bahamas Limited | Name On File |
| Verdant Canyon Capital LLC | Name On File |
| West Innovative Barista Ltd. | Name On File |
| West Realm Shires Financial Services Inc. | Name On File |
| West Realm Shires Inc. | Rishi Jain |
| West Realm Shires Services Inc. | Name On File |
| Western Concord Enterprises Ltd. | Ryan Salame |
| Zubr Exchange Ltd | Ryne Miller |
| **Director/Officer** | Samuel Bankman-Fried |
| Name On File | Name On File |
| Name On File | Serhat Aydin |
| Andy Fisher | Name On File |
| Arthur Thomas | Shiliang Tang |
| Name On File | Name On File |

| | |
|---|---|
| Sina Nader | 3Commas Technologies |
| Name On File | 5D |
| Takashi Hidaka | 6529 NFT Fund |
| Terence Choo | 6th Man Ventures Fund |
| Name On File | 80 Acres |
| Venu Palaparthi | Acala |
| Wang Zhe | AFK Ventures LLC |
| Wing Man Charis Law (Charis Law) | Name On File |
| Wong Jing Yu | Alder Labs |
| Zach Dexter | Alethea |
| Zhe Wang | Aligned AI |
| **Donations** | Altimeter Growth Partners Fund VI, L.P. |
| amfAR | Alvea, LLC |
| Arbor Day Foundation | Anchorage |
| Berkley Existential Risk Initiative | Ancient8 |
| Care for Special Needs Children Foundation | AngelList |
| Center for Effective Altruism | Anthropic |
| Clinton Health Access | Anysphere Inc |
| David Ortiz Children's Fund | Aptos |
| Eat.Learn.Play | Arcana |
| Eldera, Inc. | Archax |
| GWWC | Arnac |
| Honnold Foundation | Arrow |
| Hurry Up Slowly | Artemis |
| Laureus Sport for Good | Asymmetric Technologies LP |
| Majority Forward | ATMTA, Inc. / Star Atlas |
| Managed Funds Association | Atomic Vaults |
| National Council of Social Service | ATTN (EVOSverse) |
| New Jersey Scholars | Auradine, Inc. |
| Neworld One Bay Street - Margaritaville Beach Resort Nassau | Aurigami / Vaus Limited |
| RESource D.C | Aurory |
| Rethink Priorities | Autograph |
| Seattle Approves | Automata |
| Stanford School of Medicine | Avara Labs / LENS |
| Stanford University | AVECRIS Research Corporation Pte. Ltd. (Project Door) |
| Stanford University Development | Aver Protocol |
| The Center for Election | Axelar Network |
| Name On File | Bastion / Bengine, Inc. |
| UC Berkeley Foundation | BetDEX |
| UDONIS HASLEM CHILDRENS FOUNDATION | BiLira (Series A - Class E) |
| **Insurance** | Bitmain Fund L.P. |
| Ascot Insurance Company | Bitnob Technologies |
| Continental Casualty Company | Bitnomial |
| Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, | BitOasis |
| HDI Global Specialty SE | Bitocto (exchange Indo) / PT Triniti |
| Lloyd's America, Inc. | Blockbeats News |
| Massachusetts Bay Insurance Company | Blockchain Space / Solutions Lab Consultancy Pte Ltd |
| Paragon International Insurance Brokers Limited | Blocto |
| QBE Insurance Corporation | Bluebook Cities |
| Relm Insurance Ltd. | Bond Fund III |
| StarStone National Insurance Company | Bonzai Finance |
| The Hanover Insurance Group | Bridge Technologies (BRG Token) |
| The Travelers Insurance Company | Brinc Drones |
| Travelers Property Caualty Company of America | Browder Capital |
| United Fire Group | BTC Africa, S.A., (dba AZA Finance) |
| USI Insurance Services, LLC-CL | Burnt |
| **Investments/Acquisitions** | Canonical Crypto Fund |
| 1Inch | Cardinal (Nexus Pro) |

Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey Technologies Limited
Eizper Chain
Elementus

Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal

Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo

Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS

Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)

Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink

zero one

Zeta

ZKlend / BLUE HORIZON GLOBAL CORP

ZKX / LTIC, Inc.

ZRO (LayerZero)

Zubr Exchange Ltd

**Joint Provisional Liquidators**

Brian C. Simms

Holland & Knight LLP

Kevin G. Cambridge

Peter Greaves

Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**

Alameda Systems Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Concedus Digital Assets

Embed Clearing LLC

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Derivatives Gmbh

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX Foundation, Inc.

FTX Malta Gaming Services Limited

FTX Malta Holdings Ltd.

FTX Vault Trust Company

LedgerX LLC

Salameda Ltd

**Landlords**

101 Second Street, Inc.

1450 Brickell, LLC

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Boca Pay

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Madison Real Estate Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Executive Center

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Name On File

Different Rules, LLC

Name On File

Group One Holdings Pte Ltd

Name On File

Marisa Mcknight

ONE Studios Pte Ltd

**Ordinary Course Professionals**

ABNR

Anderson Mori & Tomotsune

Anthony Astaphan

Antis Triantafyllides

Appleby

ARIFA

Armanino LLP

Arthur Cox

Baker McKenzie

Baptista Luz

Bär & Karrer

Binder Grösswang

BlackOak

Clayton Utz

Clement Maynard & Co

CMS Legal - Italy

Covington & Burling LLP

Durukan Partners

Fenwick & West

Gibson Dunn

Gorriceta Africa Cauton & Saavedra

Hadef & Partners

Hogan Lovells

Kim & Chang

King & Spalding LLP

King Wood Mallesons

Kramer Levin

Latham & Watkins

Lenz & Staehelin

Lexcomm Vietnam

Loyens&Loeff

McCarthy Tetrault

MLL Meyerlustenberger Lachenal Froriep Ltd

Nishit Desai

Norton Rose

Olaniwun Ajayi

Peter Maynard

Piper Alderman

Prager Metis CPA's, LLC

Ronny Domröse

Schurti Partners

Shardul Amarchand Mangaldas

Silicon Valley Accountants

Slaughter & May

TSN LIMITED

Walkers

WilmerHale

**Other Significant Creditors**

BITVO Inc.

Celsius Network LLC

FTX Ventures Partnership

**Significant Competitors**

Binance

BlockFi, Inc.

Coinbase

Crypto.com

Gemini

Kraken

KuKoin

**Surety & Letters of Credit**

Lockton Insurance Brokers, LLC

Philadelphia Indemnity Insurance Company

RLI Insurance Co.

Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development

Amber Eutsey

Anne Cappelli

Arizona Department of Insurance and Financial Institutions

Arkansas Securities Department

Aurora Fagan

Bahamas ACP Secretariat

Bahamas Agricultural & Industrial Corporation (BAIC)

Bahamas Bureau of Standards and Quality (BBSQ)

Bahamas Development Bank

Bahamas Electricity Corporation (BEC)

Bahamas Environment Science and Technology Commission (BEST)

Bahamas Investment Authority

Bahamas Trade Commission

Bahamasair Holding Ltd

Bank of The Bahamas

Bo Fears

Brandi Smith

Brock Jensen

Bryan Hsueh

Business Licence - Valuation Unit (Bahamas)

Campbell McLaurin

Catherine Reyer

Central Bank of The Bahamas

Christopher German

Clifford Charland

Commodity Futures Trading Commission

Compliance Commission (Bahamas)

Corey Krebs

Craig Christensen

Cyprus Securities and Exchange Commission

Danielle Sassoon

David Berland

David Buchalter

David O'Brien

David Venerables

Delaware State Treasury

Department of Insurance and Financial Services

Department of Justice - Computer Crime and Intellectual Property Section

Department of Justice - National Crypto Currency Enforcement Team

Department of Justice - Southern District of New York

Department of Justice - US Attorney Southern District of Florida

Department of Labour (Bahamas)

Department of Local Government (Bahamas)

District of Columbia Department of Insurance, Securities and Banking

Drew Stillman

Dubai Virtual Assets Regulatory Authority

Dustin Physioc

Elizabeth Pendleton

Erin Wilk

Ethan McLaughlin

Financial Intelligence Unit (Bahamas)

FINMA SRO-Treuhand Suisee

Florida Office of Financial Regulation

Georgia Department of Banking and Finance

Gibraltar Financial Services Commission

Hawaii Department of Commerce and Consumer Affairs

Hong Kong Securities & Futures Commission

House Committee on Oversight and Reform

Idaho Department of Finance

Illinois Department of Financial and Professional Regulation

Ingrid White

Internal Revenue Service

Iowa Division of Banking

Iris Ikeda

Jack McClellan

James Westrin

Japan Financial Services Agency

Jason Gworek

Jay Kim

Jeanju Choi

Jeffrey Loimo

Jennifer Biretz

Jesse Moore

Jesse Saucillo

Jessica Peck

Jesus (/Jesse) Saucillo

Jonathan Misk

Jonathan Vruwink

Karyn Tierney

Kelley Reed

Kevin Webb

Kristen Anderson

Kristin Rice

Lucinda Fazio

Mark Largent

Maryland Department of Labor

Matthew Dyer

Michigan Department of Insurance and Financial Services

Ministry of Finance (Bahamas)

Ministry of Works and Utilities (Bahamas)

Monetary Authority of Singapore

Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance

New York Department of Financial Services

Nicolas Roos

Nina Ruvinsky

North Carolina Department of Commerce

North Carolina Department of Justice

North Dakota Department of Financial Institutions

Office of Internal Audit (Bahamas)

Office of the Attorney General & Ministry of Legal Affairs (Bahamas)

Office of the Auditor General (Bahamas)

Office of the Data Protection Commissioner (Bahamas)

Office of the Prime Minister (Bahamas)

Ohio Department of Commerce

Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun

Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.

Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets

IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R&G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson

Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD

Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch
TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

Parties Filing Notices of Appearance
Gabriel Recchia
Massachusetts Department of Revenue
Ikigai Opportunities Master Fund, Ltd.
Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd –
Missouri Department of Revenue
Lightspeed Strategic Partners I L.P.
Lightspeed Opportunity Fund, L.P.

Joint Provisional Liquidators
Angela Barkhouse, of Quantuma (Cayman) Ltd
Toni Shukla, of Quantuma (BVI) Ltd

**Schedule 2**

**Connections to Interested Parties**

**Schedule 2**

**INTERESTED PARTIES OR THEIR AFFILIATES WHOM PAUL HASTINGS HAS, OR MAY HAVE, REPRESENTED WITHIN THE LAST THREE YEARS IN MATTERS UNRELATED TO THE CHAPTER 11 CASES[1]**

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Debtors<br>Debtors' Equity Holders<br>Known Affiliates – JV<br>Officers and Directors | Debtors<br>Debtors' Equity Holders<br>Known Affiliates – JV<br>Officers and Directors | Affiliates of WRS, a Former Client, as described in the Gilad Declaration |
| AlixPartners, LLP | Bankruptcy Professionals | Affiliate of a Former Client |
| Alvarez & Marsal North America, LLC | Bankruptcy Professionals | Former Client |
| Kroll Restructuring Administration | Bankruptcy Professionals | Affiliate of a Current Client |
| Perella Weinberg Partners | Bankruptcy Professionals | Former Client, and Affiliate of Current Client |
| Sullivan & Cromwell LLP | Bankruptcy Professionals<br>Vendors | Former Client |
| Bank of America | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| BMO Harris Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client, and Affiliate of Current Client |

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], and as extended by the Court during the hearing held on January 11, 2023, the names of all customers, as well as individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country, are redacted.

[2] This column lists the persons or entities identified in the Debtors' list of Interested Parties and certain other potential parties-in-interest identified by Paul Hastings based on discussions with the Debtors and/or pleadings filed with the Court. There may be certain entities for which, due to the vague nature of the names of the parties-in-interest provided by the Debtors, Paul Hastings was unable to determine whether a Paul Hastings client constituted an affiliate of such persons or entities. As a result, in certain circumstances, Paul Hastings assumed that certain parties-in-interest that utilized common or similar corporate names were affiliated for purposes of this Declaration.

[3] This column represents the relationship(s) between the Interested Party and the Debtors, as reported by the Debtors, or as otherwise ascertainable based on publicly available information.

[4] The term "Current Client" refers to any person or entity for which there is, as of the date hereof, an open client matter with time recorded during the past three months. The term "Inactive Client" refers to any person or entity for which there is, as of the date hereof, an open client matter, albeit with no time recorded during the past three months. The term "Former Client" refers to any person or entity for which there is no open matter, as of the date hereof, but for which a matter was previously open during the three-year period prior to the date hereof (and such matter is closed as of the date hereof). The identification of a party-in-interest herein is not an admission of a conflict, disabling or otherwise, and is being disclosed out of an abundance of caution.

1

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Circle Internet Financial, Inc. | Banks/Lender/UCC Lien Parties/Administrative Agents Investments/Acquisitions | Current Client |
| DBS Bank Limited | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client, and Affiliate of Current Client |
| Deltec | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Former Client |
| Emirate NBD Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Current Client |
| Eurobank | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Inactive Client |
| HSBC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Interactive Brokers | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| JPMorgan Chase Bank, N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| LendingClub | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client |
| Morgan Stanley | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| MUFG Bank, Ltd. | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| National Australia Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Nuvei | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Current Client |
| Paysafe | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Silicon Valley Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Stripe | Banks/Lender/UCC Lien Parties/Administrative Agents Vendor | Current Client |
| Sumitomo Mitsui Banking Corporation (SMBC) | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Transactive | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Former Client |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Western Alliance | Banks/Lender/UCC Lien Parties/Administrative Agents | Inactive Client |
| Zand Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate of Current Client |
| Coachella Music Festival, LLC/ Coachella | Contract Counter-Parties Vendors | Affiliate of Former Client |
| Digital Assets DA AG | Contract Counter-Parties Investments/Acquisitions | Affiliate of Former Client |
| Digital Finance Group Company | Contract Counter-Parties | Affiliate of Former Client |
| Fox Sports Sun, LLC | Contract Counter-Parties | Affiliate of Current Client |
| FTI Consulting, Inc. | Contract Counter-Parties | Current Client |
| Golden State Warriors/ Golden State Warriors Community Foundation | Contract Counter-Parties Vendors | Affiliate of Current Client |
| HODL Media, Inc. | Contract Counter-Parties | Former Client |
| Paradigm | Contract Counter-Parties | Current Client |
| Paxos Trust Company, LLC | Contract Counter-Parties | Affiliate of Current Client |
| Reddit, Inc. | Contract Counter-Parties Vendors | Affiliate of Current Client |
| Thoma Bravo | Contract Counter-Parties | Inactive Client |
| Yahoo Inc. | Contract Counter-Parties | Current Client |
| Name on File | Customers | Affiliate of Former Client |
| Name on File | Customers | Affiliate of Former Client |
| Name on File | Customers | Affiliate of Inactive Client |
| Name on File | Customers | Affiliate of Current Client |
| Name on File | Customers | Affiliate of Current Client |
| Name on File | Customers | Affiliate of Current Client |
| Name on File | Customers | Affiliate of Former Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Name on File | Customers | Current Client |
| UC Berkeley Foundation | Donations | Affiliate of Former Client |
| Ascot Insurance Company | Insurance | Affiliate of Current Client |
| Zurich Insurance Plc | Insurance | Affiliate of Former Client |
| Lloyd's America, Inc. | Insurance | Affiliate of Current Client |
| QBE Insurance Corporation | Insurance | Affiliate of Current Client |
| USI Insurance Services, LLC-CL | Insurance | Affiliate of Current Client |
| Altimeter Growth Partners Fund VI, L.P. | Investments/Acquisitions | Affiliate of Inactive Client |
| Anchorage | Investments/Acquisitions | Affiliate of Current Client |
| AngelList | Investments/Acquisitions | Current Client |
| Auradine, Inc. | Investments/Acquisitions Vendors | Current Client |
| Bitocto (exchange Indo) / PT Triniti | Contract Counter-Parties Investments/Acquisitions | Affiliate of Former Client |
| Celestia Network | Investments/Acquisitions | Affiliate of Former Client |
| CoinMARA CoinMARA Safe | Investments/Acquisitions Vendor | Inactive Client/ Affiliate of Inactive Client |
| Dave, Inc. | Investments/Acquisitions | Former Client |
| Defi | Investments/Acquisitions | Affiliate of Current Client |
| Delta One | Investments/Acquisitions | Affiliate of Inactive Client |
| DriveWealth | Investments/Acquisitions | Affiliate of Current Client |
| EFAS / Kepler Space Industries | Investments/Acquisitions | Affiliate of Current Client |
| Elementus | Investments/Acquisitions | Inactive Client |
| exotic / Pier3 Ventures Limited | Investments/Acquisitions | Affiliate of Former Client |
| Fanatics | Investments/Acquisitions | Affiliate of Former Client |
| Hashflow / Qflow | Investments/Acquisitions | Affiliate of Inactive Client |
| HODL | Investments/Acquisitions | Affiliate of Former Client |
| HOLE Tokens | Investments/Acquisitions | Affiliate of Former Client |
| Innovatia Ltd | Investments/Acquisitions | Affiliate of Former Client |
| IP3 Cripco (Line Friends) | Investments/Acquisitions | Affiliate of Inactive Client |
| Loan Transactions and Technology LLC / Edge Tradeworks | Investments/Acquisitions | Affiliate of Former Client |
| Luxon / LXN | Investments/Acquisitions | Affiliate of Current Client |
| Manta Network Ltd. | Investments/Acquisitions | Current Client. |
| Metaplex | Investments/Acquisitions | Current Client |
| Mina | Investments/Acquisitions | Current Client |
| MobileCoin | Investments/Acquisitions | Inactive Client |
| Monkey Kingdom / Kingdom Metaverse Limited | Investments/Acquisitions | Affiliate of Current Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Mysten Labs | Investments/Acquisitions | Inactive Client |
| Nifty Island | Investments/Acquisitions | Inactive Client |
| Offchain Labs | Investments/Acquisitions | Current Client |
| Optim | Investments/Acquisitions | Affiliate of Current Client |
| Paxos | Investments/Acquisitions | Current Client |
| Polygon Network | Investments/Acquisitions | Affiliate of Current Client |
| Port Finance / Contrarian Defi LLC | Investments/Acquisitions | Affiliate of Current client |
| Rok Capital Offshore Fund Ltd | Investments/Acquisitions | Former Client |
| Scopely | Investments/Acquisitions | Current Client |
| Sui Token Warrant (FTX Ventures) | Investments/Acquisitions | Affiliate of Current Client |
| Taki Network Pte Ltd. | Investments/Acquisitions | Affiliate of Inactive Client |
| The Giving Block | Investments/Acquisitions | Affiliate of Current Client |
| TTAC | Investments/Acquisitions | Affiliate of Former Client |
| Voyager Digital Ltd. | Investments/Acquisitions | Current Client, as described in the Gilad Declaration |
| Wave Mobile Money Holdings | Investments/Acquisitions | Affiliate of Inactive Client |
| Zubr Exchange Ltd. | Investments/Acquisitions | Affiliate of Former Client |
| White & Case | Joint Provisional Liquidators | Former Client |
| WeWork Companies LLC | Landlords | Former Client |
| Anderson Mori & Tomotsune | Ordinary Course Professionals | Former Client |
| Appleby | Ordinary Course Professionals | Affiliate of Current Client |
| Binder Grösswang | Ordinary Course Professionals | Former Client |
| Clayton Utz | Ordinary Course Professionals | Inactive Client |
| Hogan Lovells US LLP | Ordinary Course Professionals | Current Client |
| Kim & Chang | Ordinary Course Professionals Vendors | Former Client |
| Latham & Watkins | Ordinary Course Professionals Vendors | Former Client |
| Loyens & Loeff | Ordinary Course Professionals | Former Client |
| BITVO Inc. | Other Significant Creditors | Affiliate of Former Client |
| FTX Ventures Partnership | Other Significant Creditors | Affiliate of Former Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Binance Capital Management Co. Ltd./ Binance | Contract Counter-Parties/ Significant Competitors | See Gilad Declaration |
| Coinbase | Significant Competitors | Current Client |
| Crypto.com | Significant Competitors | Current Client |
| Gemini Trust Company | Significant Competitors | Current Client |
| Philadelphia Indemnity Insurance Company | Surety & Letters of Credit | Affiliate of Inactive Client |
| Dubai Virtual Assets Regulatory Authority | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Florida Office of Financial Regulation | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Hong Kong Securities & Futures Commission | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Japan Financial Services Agency | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Jesse Moore | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Former Client |
| Michigan Department of Insurance and Financial Services | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Monetary Authority of Singapore | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| New Jersey Department of Banking and Insurance | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Inactive Client |
| New York Department of Financial Services | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Former Client |
| Ontario Securities Commission | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Texas Department of Banking | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Former Client |
| Washington State Department of Financial Institutions | Taxing Authority/ Governmental/Regulatory Agencies | Affiliate of Current Client |
| Coincident Capital International, Ltd. | UCC Members | Affiliate of Current Client, as described in the Gilad Declaration |
| AT&T | Utilities | Current Client |
| Comcast/ | Utilities | Affiliate of Current Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| Comcast Business | | |
| Magic Jack | Utilities | Affiliate of Current Client |
| Verizon Wireless | Utilities | Former Client, and Affiliate of Current Client |
| Airbnb | Vendors | Current Client |
| Akin Gump Strauss Hauer & Feld LLP | Vendors | Former Client |
| Aliyun.com | Vendors | Affiliate of Current Client |
| Amazon/ Amazon Web Services (AWS) | Vendors | Former Client, and Affiliate of Current Client |
| American Express | Vendors | Current Client |
| Anderson Mori & Tomotsune (Japan) | Vendors | Former Client |
| Apple Search Ads | Vendors | Affiliate of Former Client |
| Audio Kinetic | Vendors | Affiliate of Current Client |
| Bally Sports Sun | Vendors | Affiliate of Current Client |
| BitGo | Contract Counter-Parties Vendors | Inactive Client |
| Bleacher Report - Warner Media | Vendors | Current Client |
| BlockScore, Inc. | Vendors | Affiliate of Current Client |
| Bloomberg | Vendors | Current Client |
| Brex Credit Card | Vendors | Current Client |
| BTIG | Vendors | Current Client |
| CAA Sports - Shohei Ohtani | Vendors | Current Client |
| Coindesk | Vendors | Current Client |
| Conde Nast | Vendors | Affiliate of Current Client |
| CSL MOBILE LIMITED  HONG KONG | Vendors | Affiliate of Current Client |
| Dentsu X | Vendors | Former Client |
| Dotdash | Vendors | Affiliate of Former Client |
| Equinox Group LLC | Vendors | Current Client |
| Facebook/Meta | Vendors | Current Client |
| Flutterwave | Vendors | Inactive Client |
| Fox Broadcasting Company | Vendors | Affiliate of Current Client |
| Fox Sports | Vendors | Affiliate of Current Client |
| GitHub | Vendors | Affiliate of Current Client |
| Google | Vendors | Current Client |
| Google Cloud Platform | Vendors | Affiliate of Current Client |
| Gusto | Vendors | Current Client |
| Hogan Lovells International LLP | Vendors | Affiliate of Current Client |
| Hotels.com | Vendors | Affiliate of Current Client |
| Learfield | Vendors | Affiliate of Current Client |

| Interested Parties[2] | Relationship to Debtors[3] | Clients & Their Affiliates[4] |
|---|---|---|
| LedgerX LLC | Vendors | Affiliate of Former Client |
| Lexis Nexis | Vendors | Former Client, and Affiliate of Current Client |
| Light the Way - The Campaign for Berkeley | Vendors | Affiliate of Former Client |
| Looker (Google LLC) | Vendors | Current Client |
| McGarry Bowen, LLC | Vendors | Affiliate of Former Client |
| Meta Platforms, Inc. | Vendors | Current Client |
| Microsoft | Vendors | Affiliate of Current Client |
| Microsoft Advertising | Vendors | Affiliate of Current Client |
| Microsoft Online Inc. | Vendors | Affiliate of Current Client |
| PCCW Netvigator Now | Vendors | Affiliate of Current Client |
| Pricewater House Coopers LLP | Vendors | Affiliate of Current Client |
| PWC - S.A. Evangelou and Co LLC | Vendors | Affiliate of Current Client |
| Revolut Ltd. | Vendors | Former Client |
| SafetyPay | Vendors | Affiliate of Current Client |
| Sierra Wireless | Vendors | Current Client |
| Slack Technologies, Inc. | Vendors | Current Client |
| Snap Inc. | Vendors | Current Client |
| SSB Trust | Vendors | Affiliate of Current Client |
| Swift Media Entertainment Inc./ Swift Media Entertainment - TSM | Contract Counter-Parties Investments/Acquisitions Vendors | Inactive Client/ Affiliate of Inactive Client |
| TikTok | Vendors | Current Client |
| TripActions, Inc. | Vendors | Current Client |
| TRM Labs, Inc. | Vendors | Former Client |
| Twitter | Vendors | Current Client |
| UBS Financial Services Inc | Vendors | Former Client, and Affiliate of Current Client |
| WME Entertainment | Vendors | Affiliate of Current Client |
| Massachusetts Department of Revenue | Notice of Appearance | Affiliate of Current Client |