**<u>Exhibit B</u>**

**Szlezinger Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF LEON SZLEZINGER IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a), EFFECTIVE AS OF DECEMBER 23, 2022 PETITION DATE AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS

I, Leon Szlezinger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1.      I am a Managing Director and Joint Global Head of Debt Advisory & Restructuring at Jefferies LLC ("Jefferies"), an investment banking and financial advisory firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2.      I submit this Declaration (this "Declaration") in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") for an

---

[1]      The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]      Capitalized terms used in this Declaration and not immediately defined have the meanings given to such terms in the Application.

order authorizing the Committee to retain and employ Jefferies as its investment banker, effective as of December 23, 2022, pursuant to the terms and subject to the conditions of the Engagement Letter.

3.    Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.  Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at and representatives of Jefferies and are based on information provided by such professionals.

### JEFFERIES' QUALIFICATIONS

4.    I believe that Jefferies and the professionals it employs are uniquely qualified to advise the Committee on the matters for which Jefferies is proposed to be employed in a cost-effective, efficient, and timely manner.

5.    Jefferies is a registered broker-dealer with the United States Securities and Exchange Commission and a member of the Boston Stock Exchange, the International Stock Exchange, the Financial Industry Regulatory Authority, the Pacific Stock Exchange, the Philadelphia Stock Exchange, and the Securities Investor Protection Corporation.  Jefferies was founded in 1962 and is a wholly-owned subsidiary of Jefferies Group LLC, which, together with its affiliates, has gross assets of approximately $51 billion and approximately 4,000 employees in more than 30 offices around the world.

6.    Jefferies provides a broad range of corporate advisory services to its clients including, without limitation, services relating to the following:  (a) general financial advice; (b) mergers, acquisitions, and divestitures; (c) special committee assignments; (d) capital raising; and (e) corporate restructurings.  Jefferies and its senior professionals have extensive experience in the reorganization and restructuring of troubled companies, both out of court and in chapter 11

proceedings.  Jefferies has advised debtors, creditor and equity constituencies, and purchasers in numerous reorganizations in the United States and worldwide.  Since 2007, Jefferies has been involved in over 250 restructurings representing more than $550 billion in restructured liabilities.

7.      Jefferies has extensive experience in reorganization cases and has an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors, creditors, and creditors' committees throughout the United States.  Jefferies has advised on the following chapter 11 cases, among others:  *In re Hospitality Investors Trust*, Case No. 21-10831 (CTG) (Bankr. D. Del. May 20, 2021); *In re CarbonLite Holdings LLC*, Case No. 21-10527 (JTD) (Bankr. D. Del. Apr. 7, 2021); *In re Mallinckrodt plc*, Case No. 20-12522 (JTD) (Bankr. D. Del. Jan. 13, 2021); *In re Southland Royalty Co. LLC*, Case No. 20-10158 (KBO) (Bankr. D. Del. May 7, 2020); *In re Melinta Therapeutics, Inc.*, Case No. 19-12748 (LSS) (Bankr. D. Del. Feb. 7, 2020); *In re Clover Tech. Grp., LLC*, Case No. 19-12680 (KBO) (Bankr. D. Del. Jan. 21, 2020); *In re Dura Auto. Sys., LLC*, Case No. 19-12378 (KBO) (Bankr. D. Del. Dec. 3, 2019); *In re Cloud Peak Energy Inc.*, Case No. 19-11047 (KG) (Bankr. D. Del. Jul 1, 2019).

## JEFFERIES' DISINTERESTEDNESS

8.      In connection with its retention by the Committee, Jefferies undertook to determine whether Jefferies:  (a) has any connection with the Debtors, their affiliates, their creditors, or any other parties in interest in these Chapter 11 Cases; or (b) has an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders.

9.      To check potential connections with the Debtors and other parties in interest in these Chapter 11 Cases, Jefferies has searched to determine whether it had any relationships with the entities identified by the Debtors and its representatives as potential parties in interest listed on **Schedule 1** hereto (the "Potential Parties in Interest").  Specifically, Jefferies entered the names of

the Potential Parties in Interest into a database containing the names of Jefferies' current and former investment banking clients. To the extent that this inquiry has revealed that certain Potential Parties in Interest were current or former investment banking clients of Jefferies within the past three years, these parties have been identified on a list (the "Client Match List") annexed hereto as **Schedule 2**. Through the information generated from the aforementioned inquiry and through follow-up inquiries to Jefferies professionals responsible for certain clients listed on the Client Match List, Jefferies has determined that its representation of the clients on the Client Match List, if any, concerned matters unrelated to the Debtors. As to the Potential Parties in Interest not identified on the Client Match List, Jefferies has not been employed by or rendered advisory services to any such parties within the past three years.

10.     As part of its diverse global activities, Jefferies is involved in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases. Further, Jefferies has in the past, and may in the future, advise and/or be represented by several attorneys, law firms and other professionals, some of whom may be involved in these Chapter 11 Cases. Finally, Jefferies has in the past, and will likely in the future, be working with or against other professionals involved in these Chapter 11 Cases in matters wholly unrelated to these Chapter 11 Cases. Based upon our current knowledge of the professionals involved in these Chapter 11 Cases, and, to the best of my knowledge, none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

11.     Jefferies is a global investment banking firm with broad activities covering, in addition to its investment banking and financial advisory practice, trading in equities, convertible securities, and corporate bonds.  With more than 80,000 customer accounts and thousands of relationships and transactions around the world, it is possible that one or more of Jefferies' clients or a counterparty to a securities transaction may hold a claim or interest or otherwise be Potential Parties in Interest in these Chapter 11 Cases and that Jefferies and/or its affiliates may have other business relationships and/or connections with such Potential Parties in Interest.  Further, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, including those of creditors or parties in interest in these Chapter 11 Cases, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities.   Some of these counterparties may be creditors, equity holders, or other parties in interest in these Chapter 11 Cases.   Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

12.     In addition, as of the date hereof, Jefferies and its affiliates have thousands of employees worldwide.  It is possible that certain of Jefferies' and its affiliates' respective directors, officers and employees may have had in the past, may currently have, or may in the future have connections to (a) the Debtors, (b) the Potential Parties in Interest, and/or (c) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest.  Furthermore, in addition to the parties listed on **Schedule 2**, Jefferies may also represent, or may have represented, affiliates, equity holders, and/or sponsors of the Potential Parties in Interest.  Certain of the Potential Parities in Interest may also be vendors or insurers of Jefferies

and/or have other non-investment banking relationships with Jefferies. Jefferies may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties in Interest list. Jefferies believes that none of these business relationships constitute interests adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders in matters upon which Jefferies is to be employed, and none are in connection with these Chapter 11 Cases.

13.    Certain affiliates of Jefferies serve as managers for a number of investment vehicles (collectively, the "Managed Funds"). The Managed Funds are principally intended for investments by third parties unrelated to Jefferies. However, such investors may also include financial institutions (some of which may be parties in interest in these Chapter 11 Cases), affiliates of Jefferies, or their respective officers and employees (some of whom may be Jefferies' employees providing services in connection with these Chapter 11 Cases). Jefferies' employees working in connection with these Chapter 11 Cases have no control over or involvement in investment decisions made for the Managed Funds. With respect to the Managed Funds, Jefferies makes the following additional disclosures:

(a)    Among other things, the Managed Funds are (i) active direct investors in a number of portfolio companies (the "Equity Investments") and (ii) investors in a variety of debt instruments and mezzanine loans or similar securities (the "Income Investments" and, together with the Equity Investments, the "Portfolio Holdings"); and

(b)    The fund managers of the Managed Funds maintain control over investment decisions with respect to the Portfolio Holdings. Many financial institutions and parties in interest who may be involved in these Chapter 11 Cases may also be investors in the Managed Funds. Moreover, the Managed Funds may invest from time to time in Portfolio Holdings relating to the Debtors or parties in interest in these Chapter 11 Cases. In order to comply with securities laws and to avoid any appearance of impropriety, the employees of the Managed Funds are strictly separated from the employees of Jefferies. Jefferies maintains a strict separation

between its employees assigned to these Chapter 11 Cases and employees involved in the management of Jefferies' investment banking division, on the one hand, and other employees of Jefferies (e.g., sales and trading employees) and its affiliates (including the employees of the Managed Funds), on the other hand. This separation is maintained through the use of information walls. These information walls include physical and technological barriers, compliance, and surveillance mechanisms, and policies and procedures designed to prevent confidential information from being shared improperly. Consequently, as no confidential information concerning the Debtors is permitted to be communicated to any persons working for the Managed Funds, Jefferies does not believe that the relationships outlined above constitute interests adverse to the estates or render Jefferies not disinterested in these Chapter 11 Cases.

14.     In addition, as part of its regular business operations, Jefferies may trade securities and other instruments of the Debtors on behalf of third parties (some of whom may be parties in interest in these Chapter 11 Cases). Jefferies may also trade securities and other instruments of the Potential Parties in Interest on behalf of itself and/or its affiliates or third parties. Any and all such trading operations and market making activities are separated from Jefferies' investment banking department, and its managing directors and employees (including the investment banking professionals working on these Chapter 11 Cases), by an information barrier, and no Jefferies professionals providing services to the Committee will be involved with such trading operations and market making activities in any capacity.[3] Also, prior to the filing of this Application, Jefferies held, for its own benefit and as part of its regular and customary business operations, certain securities of the Debtors but no longer holds such securities. Jefferies, moreover, shall not own or hold securities of the Debtors on behalf of itself and/or its affiliates while employed by the Committee.[4]

---

[3]    These information barriers include physical and technological barriers, compliance and surveillance mechanisms and policies and procedures designed to prevent confidential information from being shared improperly.

[4]    Additionally, prior to being engaged by the Committee, Jefferies matched a buyer and seller of certain claims against the Debtors and that transaction is expected to close shortly. Jefferies never held any claims in connection with such transaction.

15.    The Debtors have numerous creditors and relationships with a large number of individuals and entities that may be parties in interest in these Chapter 11 Cases.  Consequently, although every reasonable effort has been made to discover Jefferies' connections with the Potential Parties in Interest, Jefferies is unable to state with certainty whether any of its clients or an affiliated entity of a client holds a claim or otherwise is a party in interest in these Chapter 11 Cases. If Jefferies discovers any information that is contrary or pertinent to the statements made herein, Jefferies will promptly disclose such information to the Court.  Additionally, as noted above, Jefferies is part of a global investment banking firm and thus has several legally separate and distinct foreign and domestic affiliates.  Although employees of certain affiliates may sometimes assist Jefferies in connection with a restructuring engagement, as Jefferies is the only entity being retained in these Chapter 11 Cases, we have researched only the electronic client files and records of Jefferies, not of all of its affiliates, to determine connections with any Potential Parties in Interest.

16.    Jefferies does not advise, has not advised, and will not advise any entity other than the Committee in matters related to these Chapter 11 Cases.  Jefferies will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

17.    Except as otherwise set forth herein, to the best of my knowledge, information, and belief, Jefferies:  (a) is not a creditor, equity security holder, or an insider of the Debtors; and (b) was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.  In addition, none of the Jefferies' professionals expected to assist the Committee in

these Chapter 11 Cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any person employed by the U.S. Trustee.

## PROFESSIONAL COMPENSATION

18.    As of the date of this Declaration, Jefferies has received no compensation for its work on behalf of the Committee.

19.    The Fee and Expense Structure set forth in the Application is consistent with Jefferies' typical fee for work of this nature.  The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.  It is Jefferies' policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

20.    It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys.  Jefferies' restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these Chapter 11 Cases will, keep time records in half-hour increments describing their daily activities and the identity of persons who performed such tasks.  Jefferies will also supplement this information with a list of the non-restructuring professionals who assist the restructuring department on this matter but who do not, as a matter of general practice, keep records in the same manner.

21.    The Fee and Expense Structure is comparable to those generally charged by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflect a balance between a fixed, monthly fee, and a contingency amount which are tied to the consummation and closing of a transaction as contemplated in the Engagement Letter.

22.    The Engagement Letter was negotiated at arm's length and in good faith, and I believe that the provisions contained therein are reasonable terms and conditions of Jefferies' employment by the Committee.   With respect to the Engagement Letter's indemnification provisions, unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers.  The indemnity, moreover, is comparable to those generally obtained by investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court.

23.    Other than as set forth above and in the Engagement Letter, there is no proposed arrangement between the Committee and Jefferies for compensation to be paid in these Chapter 11 Cases.  Jefferies has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

24.    The foregoing constitutes the statement of Jefferies pursuant to section 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 5002.

*[Remainder of page intentionally left blank]*

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2023                    Respectfully submitted,

                                           */s/ Leon Szlezinger*
                                           Leon Szlezinger
                                           Managing Director and Joint Global Head of
                                           Debt Advisory & Restructuring
                                           Jefferies LLC

## Schedule 1

### Potential Parties in Interest

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang

**Ad Hoc Committee (Non US Customers of FTX.com)**

Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)

**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam

Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe

Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance
Zand Bank

**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company

Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File
Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File

| | |
|---|---|
| MLB Advanced Media, L.P | Veridian Development Group Ltd. |
| MMBOC, LLC | Yahoo Inc. |
| MPG Live Ltd | Yuga Labs, Inc. |
| Multicoin Capital | |
| Nardello & Co. LLC | **Customers** |
| Naomi Osaka | Name On File |
| O'Leary Productions Inc. | Name On File |
| Office of the Commissioner of Baseball | Name On File |
| Paradigm | Name On File |
| Patrick Gruhn | Name On File |
| Paul Forest | Name On File |
| Paxos Trust Company, LLC | Name On File |
| Name On File | Name On File |
| Play Magnus Group | Name On File |
| PointUp Inc. | Name On File |
| Proper Trust AG | Name On File |
| PT Datindo Infonet Prima | Name On File |
| Race Capital | Name On File |
| Radegen Sports Management LLC | Name On File |
| Rebecca Lowe | Name On File |
| Reddit, Inc. | Name On File |
| Ribbit Capital | Name On File |
| Rick Fox | Name On File |
| Riot | Name On File |
| Name On File | Name On File |
| SC30 Inc. | Name On File |
| Name On File | Name On File |
| Shohei Ohtani | Name On File |
| Name On File | Name On File |
| Stephen Curry | Name On File |
| StockTwits, Inc. | Name On File |
| Swift Media Entertainment, Inc | Name On File |
| Sygnia Consulting | Name On File |
| The MLB Network, LLC | Name On File |
| The Sequoia Fund, L.P. | Name On File |
| Thoma Bravo | Name On File |
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |
| Name On File | FTX Canada Inc |
| Name On File | FTX Certificates GmbH |
| Name On File | FTX Crypto Services Ltd. |
| Name On File | FTX Digital Assets LLC |
| Name On File | FTX Digital Holdings (Singapore) Pte Ltd |
| Name On File | FTX EMEA Ltd. |
| Name On File | FTX Equity Record Holdings Ltd |
| Name On File | FTX EU Ltd. |

FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET
ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement
Fund, LLC
LedgerPrime Bitcoin Yield Enhancement
Master Fund
LedgerPrime Digital Asset Opportunities
Fund, LLC
LedgerPrime Digital Asset Opportunities
Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd.

LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc
Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE
DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File

Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File
Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness
Name On File
Michael McCarty
Michael Watson
Mitch Sonkin
Name On File
Name On File
Name On File
Nishad Singh
Name On File
Name On File
Name On File
Name On File
Rishi Jain
Name On File
Ryan Salame
Ryne Miller
Samuel Bankman-Fried
Name On File
Serhat Aydin
Name On File
Shiliang Tang
Name On File
Sina Nader
Name On File

Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**
amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation
Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville
Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS
FOUNDATION

**Insurance**
Ascot Insurance Company
Continental Casualty Company

Endurance Worldwide Insurance Ltd.,
Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers
Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of
America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**
1Inch
3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana
Archax
Arnac
Arrow
Artemis
Asymmetric Technologies LP
ATMTA, Inc. / Star Atlas

Atomic Vaults
ATTN (EVOSverse)
Auradine, Inc.
Aurigami / Vaus Limited
Aurory
Autograph
Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd.
(Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab
Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc

Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries

Efficient Frontier / Odyssey  Technologies Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies

Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital

Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift

Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake

Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech
Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase

SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL
LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures

TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY
FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL
CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd
**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets
Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd

**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd

Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy
Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC

Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan
Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)

Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property Section
Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)

Department of Local Government
(Bahamas)
District of Columbia Department of
Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and
Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and
Consumer Affairs
Hong Kong Securities & Futures
Commission
House Committee on Oversight and Reform
Idaho Department of Finance
Illinois Department of Financial and
Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb

Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and
Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and
Finance
New Jersey Department of Banking and
Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial
Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry
of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner
(Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business
Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission

Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio

Nyanquoi Jones
Ramona Harris
Richard Schepcarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon

Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America

Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix

Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS
COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community
Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.

Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP

Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media
Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution

OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events

Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE

The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD
Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch
TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

**Joint Provisional Liquidators**
Angela Barkhouse, of Quantuma (Cayman) Ltd
Toni Shukla, of Quantuma (BVI) Ltd

**Parties Filing Notices of Appearance**
Gabriel Recchia
Massachusetts Department of Revenue
Ikigai Opportunities Master Fund, Ltd.
Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd
Missouri Department of Revenue
Lightspeed Strategic Partners I L.P.
Lightspeed Opportunity Fund, L.P.

**Schedule 2**

**Client Match List[1]**

AIRBNB
AlixPartners, LLP
Allianz Insurance
Amplitude
Asana Inc.
Ascot Insurance Company
AT&T
B.A.R. Hilton
Bank of America
Caesars Entertainment
Cloudflare Inc
Clover
Comcast
DATADOG, INC.
Delivery Hero (Singapore) Pte. Ltd.
Delta Airlines
Dropbox
ED&F Man Holdings Inc.
Ergatta
Experience Group
Exponent Founders Capital I, LP
Felix
GameStop
Hertz
Hilton
Honeycomb
HSBC Bank
Name On File
Hubspot
Iberia
informa Tech Holdings LLC
Iron Mountain

---

[1]     Although not an investment banking engagement, Jefferies notes that a Jefferies professional sits on the board (in his personal capacity) of IEX Group, Inc. ("IEX"). Jefferies understands that the Debtors have certain minority equity interests in IEX. This Jefferies professional is not on the team of professionals advising the Committee and is on the other side of the information barriers described in the foregoing declaration.

Additionally, although not an investment banking engagement, Jefferies understands that one of its professionals previously held a certain unsecured claim against the Debtors, but such professional no longer holds any such claim. Finally, although not an investment banking engagement, Jefferies understands that certain of its professionals have accounts at Robinhood, which is a Potential Party in Interest in these Chapter 11 Cases.

JPMorgan Chase Bank, N.A.
Landry's
Learfield
Merge
Mina
Miro
Morgan Stanley
One Stop LB
OTC Markets
OTC Service Ltd / OTC Service AG
Paradigm
Paradigm One (Cayman) Feeder LP
Paysafe
Play Up
Playup Limited
Point
Qualtrics
Quicken
Rocket
Rogue
Rosewood
Sequoia Capital Fund, L.P.
Sierra Wireless
Signature Bank
Signet
SimilarWeb Payment
Snap Inc
Squarespace Inc.
Staples
Symmetry
Trident
TriNet
TripleDot
TRP
USI Insurance Services, LLC-CL
Name On File
Verizon Wireless
Western Alliance
WeWork Companies LLC

30050825.1