# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. No. 270, 510** |

## SECOND SUPPLEMENTAL DECLARATION OF ANDREW G. DIETDERICH IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1. I am admitted to practice law in the State of New York and the Southern District of New York. I am a partner in the law firm of Sullivan & Cromwell LLP ("S&C" or the "Firm"), which maintains an office at 125 Broad Street, New York, NY 10004-2498. On December 21, 2022, I submitted a declaration in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession* Nunc Pro Tunc *to the Petition Date* [D. I. 270] (the "Application").[2] On January 17, 2023, I submitted a supplemental declaration in support of the Application [D.I. 510] (the "First Supplemental Declaration"). I submit this second

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Application or the Original Declaration, as applicable.

supplemental declaration (this "Second Supplemental Declaration") in further support of the Application. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

2. Below is a list of the core restructuring attorneys at S&C expected to work on these Chapter 11 Cases and their respective billing rates:

| S&C Attorney | Hourly Rate |
|---|---|
| Andrew G. Dietderich | $2,165 |
| James L. Bromley | $2,165 |
| Brian D. Glueckstein | $2,165 |
| Alexa J. Kranzley | $1,855 |
| Christian Jensen | $1,475 |
| Fabio Weinberg Crocco | $1,395 |
| Julie Petiford | $1,395 |

Attached hereto as Exhibit 1 is a list of S&C timekeepers who billed more than 10 hours in connection with these Chapter 11 Cases from the Petition Date to November 30, 2022. In light of the size and complexities of these Chapter 11 Cases, additional S&C timekeepers may be added in consultation with Mr. Ray and his staff.

3. Footnote 4 of the First Supplemental Declaration is changed as follows: "Schedule 1 of the Original Declaration only included, among other things, the largest 179 customers and all ~~joint ventures and~~ non-Debtor affiliates **and all joint ventures of the Debtors** based on available information at the time. As the Debtors obtain additional access to books and records and information and additional customers and parties are identified, S&C will review, run the necessary searches, and make any further disclosures as necessary."

4. S&C never represented any non-Debtor affiliates other than some incidental work that it did for FTX US that may have touched on non-Debtor LedgerX LLC (which is wholly owned by Debtor Ledger Holdings Inc.) post-acquisition.

-2-

5. S&C previously engaged Quinn Emanuel Urquhart & Sullivan, LLP on behalf of, and to provide assistant to, an S&C client in 2018. That matter, which was unrelated to the Debtors, has concluded.

6. Paragraph 70 of the First Supplemental Declaration is changed as follows: "I have reviewed the objection of the U.S. Trustee to the retention of S&C. S&C has been working with Juliet Sarkessian of the Office of the United States Trustee on supplemental disclosures since January 7, ~~2022~~ **2023**. At no point in any discussion with Ms. Sarkessian has there been a substantial disagreement with Ms. Sarkessian on what information should be disclosed."

7. Paragraph 71 of the First Supplemental Declaration is changed as follows: "I informed Ms. Sarkessian of the Office of the U.S. Trustee on ~~November~~ **January** 10, ~~2022~~ **2023** that S&C would not be involved in any investigation with respect to Ryne Miller to the extent one is required."

8. I am authorized to submit this Second Supplemental Declaration on behalf of S&C, and if called upon to testify, I would testify competently to the facts set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 19, 2023　　　　　　　　By: /s/ Andrew G. Dietderich
New York, New York　　　　　　　　　Andrew G. Dietderich
　　　　　　　　　　　　　　　　　　　Sullivan & Cromwell LLP

# Exhibit 1

**List of S&C November Timekeepers with Greater than 10 Hours**

4866-4928-9035 v.2

# FTX Trading Limited / Chapter 11 (024830.00009 + projects)
# Timekeeper List

| Name | Office | Title | Billing Agreed Rate |
|---|---|---|---|
| Andrew G. Dietderich | New York | Partner | $2,165 |
| Audra D. Cohen | New York | Partner | $2,165 |
| Brian D. Glueckstein | New York | Partner | $2,165 |
| Brian E. Hamilton | New York | Partner | $2,165 |
| Chris Beatty | London | Partner | $2,165 |
| Christopher J. Dunne | New York | Partner | $2,165 |
| Christopher J. Howard | London | Partner | $2,165 |
| Colin D. Lloyd | New York | Partner | $2,165 |
| David J. Gilberg | New York | Partner | $2,165 |
| David P. Hariton | New York | Partner | $2,165 |
| James L. Bromley | New York | Partner | $2,165 |
| James M. McDonald | New York | Partner | $2,165 |
| Kathleen S. McArthur | Washington DC | Partner | $2,165 |
| Keiji Hatano | Tokyo | Partner | $2,165 |
| Matthew J. Porpora | New York | Partner | $2,165 |
| Max Birke | Frankfurt | Partner | $2,165 |
| Mitchell S. Eitel | New York | Partner | $2,165 |
| Nicole Friedlander | New York | Partner | $2,165 |
| Oderisio de Vito Piscicelli | London | Partner | $2,165 |
| Samuel R. Woodall III | Washington DC | Partner | $2,165 |
| Sharon Cohen Levin | New York | Partner | $2,165 |
| Stephanie G. Wheeler | New York | Partner | $2,165 |
| Stephen Ehrenberg | New York | Partner | $2,165 |
| Stephen M. Salley | New York | Partner | $2,165 |
| Steven R. Peikin | New York | Partner | $2,165 |
| Anthony J. Lewis | Los Angeles | Partner | $2,135 |
| Evan S. Simpson | London | Partner | $2,135 |
| Jacob M. Croke | New York | Partner | $2,135 |
| Kamil R. Shields | Washington DC | Partner | $2,135 |
| Jeannette E. Bander | New York | Partner | $2,030 |
| Nicholas F. Menillo | New York | Partner | $1,850 |
| Jameson S. Lloyd | New York | Partner | $1,595 |
| Alexa J. Kranzley | New York | Special Counsel | $1,855 |
| Nirav N. Mehta | Tokyo | Special Counsel Expat | $1,825 |
| Jennifer L. Sutton | Washington DC | Special Counsel | $1,790 |
| Ryan P. Logan | New York | Special Counsel | $1,790 |
| Nick R.C. Berkeley | London | Special Counsel | $1,595 |
| Jonathan M. Sedlak | New York | Special Counsel | $1,575 |
| Shane R. Yeargan | New York | Special Counsel | $1,575 |
| William H. Wagener | New York | Special Counsel | $1,575 |
| Shihui Xiang | Tokyo | Practice Area Associate | $810 |
| Christian P. Jensen | New York | Associate | $1,475 |
| Justin R. Orr | New York | Associate | $1,475 |
| Michelle A. Vickers | Hong Kong | Associate | $1,475 |
| Mimi Wu | New York | Associate | $1,475 |
| Suniti N. Mehta | New York | Associate | $1,475 |
| James G. Simpson | London | Associate | $1,440 |
| Manon T. Scales | Washington DC | Associate | $1,440 |
| Michele C. Materni | New York | Associate | $1,440 |
| Sean P. Fulton | New York | Associate | $1,440 |
| Tyler W. Hill | London | Associate | $1,440 |
| Aaron J. Wiltse | New York | Associate | $1,395 |
| Aaron M. Levine | New York | Associate | $1,395 |
| Christopher M. Weldon | New York | Associate | $1,395 |

# FTX Trading Limited / Chapter 11 (024830.00009 + projects)
# Timekeeper List

| Name | Office | Title | Billing Agreed Rate |
|---|---|---|---|
| Fabio Weinberg Crocco | New York | Associate | $1,395 |
| Frederik K. Uller | Frankfurt | Associate | $1,395 |
| Jeffrey W. MacDonald | New York | Associate | $1,395 |
| Julie G. Petiford | Washington DC | Associate | $1,395 |
| Mark C. Bennett | New York | Associate | $1,395 |
| Michael A. Haase | Frankfurt | Associate | $1,395 |
| Dylan M. Handelsman | New York | Associate | $1,365 |
| Jared H. Rosenfeld | New York | Associate | $1,365 |
| Kathleen T. Donnelly | New York | Associate | $1,365 |
| Meaghan Chas Kerin | New York | Associate | $1,365 |
| Mitchell N. Friedman | New York | Associate | $1,365 |
| Sarah H. Mishkin | London | Associate | $1,365 |
| Zoeth M. Flegenheimer | New York | Associate | $1,365 |
| Federico Ferdinandi | London | Associate | $1,310 |
| Marie-Ève Plamondon | New York | Associate | $1,310 |
| Walter Piazza | London | Associate | $1,310 |
| Alexander S. Holland | New York | Associate | $1,205 |
| Angela Zhu | New York | Associate | $1,205 |
| Daniel P. O'Hara | New York | Associate | $1,205 |
| Dermot P. Costello | London | Associate | $1,205 |
| Gabrielle N. Pacia | New York | Associate | $1,205 |
| HyunKyu Kim | New York | Associate | $1,205 |
| Linda Yao Chen | New York | Associate | $1,205 |
| Matthew L. Strand | New York | Associate | $1,205 |
| Medina M. Sadat | New York | Associate | $1,205 |
| Samantha B. Rosenthal | New York | Associate | $1,205 |
| Grier E. Barnes | New York | Associate | $960 |
| Hannah L. Masters | New York | Associate | $960 |
| Jason W. Gallant | New York | Associate | $960 |
| Jessica Ljustina | New York | Associate | $960 |
| Julia E. Paranyuk | New York | Associate | $960 |
| Leanne M. Van Allen | Washington DC | Associate | $960 |
| Ugonna Eze | New York | Associate | $960 |
| Adam J. Toobin | New York | Associate | $775 |
| Andrew B. Brod | New York | Associate | $775 |
| Arthur D. Courroy | London | Associate | $775 |
| Benjamin Zonenshayn | New York | Associate | $775 |
| Christian T. Hodges | New York | Associate | $775 |
| Colin A. Mark | New York | Associate | $775 |
| Corey J. Stern | New York | Associate | $775 |
| Dolan D. Bortner | New York | Associate | $775 |
| Dominick T. Gambino | New York | Associate | $775 |
| Edoardo Saravalle | New York | Associate | $775 |
| Emile R. Shehada | New York | Associate | $775 |
| Emma C. Downing | New York | Associate | $775 |
| Esther L.S. Loh | New York | Associate | $775 |
| Isaac S. Foote | New York | Associate | $775 |
| Jinny Lee | New York | Associate | $775 |
| Keila M. Mayberry | New York | Associate | $775 |
| Lana V. Levin | New York | Associate | $775 |
| Lilian Zhao | New York | Associate | $775 |
| Luke W. Ross | New York | Associate | $775 |
| M. Devin Hisarli | New York | Associate | $775 |
| Margaret S. House | Washington DC | Associate | $775 |

# FTX Trading Limited / Chapter 11 (024830.00009 + projects)
# Timekeeper List

| Name | Office | Title | Billing Agreed Rate |
|---|---|---|---|
| Naiquan Zhang | New York | Associate | $775 |
| Nam Luu | Washington DC | Associate | $775 |
| Natalie A. Hills | New York | Associate | $775 |
| Nicole A. Miller | New York | Associate | $775 |
| Patrick D. Lee | New York | Associate | $775 |
| Phoebe A. Lavin | New York | Associate | $775 |
| Robert C. Lu | New York | Associate | $775 |
| Robert P. Schutt | New York | Associate | $775 |
| Tatum E. Millet | New York | Associate | $775 |
| William M. Scheffer | New York | Associate | $775 |
| Ting Ruan | London | Associate Expat | $775 |
| Jiawei Zhao | New York | Visiting Lawyer | $775 |
| Joaquín Abril-Martorell García | New York | Visiting Lawyer | $775 |
| Seungdong Baek | New York | Visiting Lawyer | $775 |
| Dario A. Rosario | New York | Paralegal | $595 |
| Jeffrey H. Chiu | New York | Paralegal | $595 |
| Matthew D. Wilson | Washington DC | Paralegal | $595 |
| Sophia Chen | New York | Paralegal | $595 |
| Ella S. Capen | New York | Paralegal | $530 |
| Ellie J. Loigman | Washington DC | Paralegal | $530 |
| Hannah S. Zhukovsky | New York | Paralegal | $530 |
| Helen O. Carr | New York | Paralegal | $530 |
| Austin R. Peay | Washington DC | Paralegal | $425 |
| Halloran N. Purcell | New York | Paralegal | $425 |
| Harrison Schlossberg | New York | Paralegal | $425 |
| Molly E. West | New York | Paralegal | $425 |
| Natalia Vasylyk | New York | Paralegal | $425 |
| Nicholas Smusz | New York | Paralegal | $425 |
| Stepan G. Atamian | New York | Paralegal | $425 |
| Mary R. McMahon | New York | Legal Analyst - Discovery | $595 |
| Bonifacio J. Abad | New York | Legal Analyst - Litigation | $595 |
| Camille A. Flynn | New York | Legal Analyst - Litigation | $595 |
| Dawn A. Harris-Cox | New York | Legal Analyst - Litigation | $595 |
| Dawn C. Samuel | New York | Legal Analyst - Litigation | $595 |
| Ehi G. Arebamen | New York | Legal Analyst - Litigation | $595 |
| Fareed Ahmed | New York | Legal Analyst - Litigation | $595 |
| Frank A. Jordan | New York | Legal Analyst - Litigation | $595 |
| Jenna Dilone | New York | Legal Analyst - Litigation | $595 |
| Joshua M. Hazard | New York | Legal Analyst - Litigation | $595 |
| LaToya C. Edwards | New York | Legal Analyst - Litigation | $595 |
| Nicole I. Isacoff | New York | Legal Analyst - Litigation | $595 |
| Nicolette S. Ragnanan | New York | Legal Analyst - Litigation | $595 |
| Phillip L. Baskerville | New York | Legal Analyst - Litigation | $595 |
| Robin Perry | New York | Legal Analyst - Litigation | $595 |
| Sally Hewitson | New York | Legal Analyst - Litigation | $595 |
| Shan Zhong | New York | Legal Analyst - Litigation | $595 |
| Terry M. Fukui | New York | Legal Analyst - Litigation | $595 |
| Brad Schaffel | New York | Electronic Discovery / Compliance | $550 |
| Carrie R. Fanning | New York | Electronic Discovery / Compliance | $550 |
| Eileen Y. L. Yim | New York | Electronic Discovery / Compliance | $550 |
| Eric M. Newman | New York | Electronic Discovery / Compliance | $550 |
| Faisal M. Sheikh | New York | Electronic Discovery / Compliance | $550 |
| Joseph F. Gilday | New York | Electronic Discovery / Compliance | $550 |
| Nicholas D. Wolowski | New York | Electronic Discovery / Compliance | $550 |

# FTX Trading Limited / Chapter 11 (024830.00009 + projects)
## Timekeeper List

| Name | Office | Title | Billing Agreed Rate |
|---|---|---|---:|
| Stephen P. Dooley | New York | Electronic Discovery / Compliance | $550 |
| Gabriela Necula | London | Trainee Solicitor | $550 |
| Vanessa Chia | London | Trainee Solicitor | $550 |