# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 20, 2023 at 10:00 a.m.** |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on January 19, 2023, Warren Winter and Richard Brummond (the "Individual Objectors") filed their *EMERGENCY EX PARTE APPLICATION FOR ADJOURNMENT OF THE JANUARY 20, 2023 HEARING ON DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSESSION NUNC PRO TUNC TO THE PETITION DATE* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received by the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

undersigned, on or before any hearing date to be established by the Court.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion may be held before The Honorable John Dorsey in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801, at a date and time to be established by the Court.

Dated: *19 January 2023*
      Wilmington, Delaware      */s/ John D. McLaughlin, Jr.*
                                                        _____
                                                        John D. McLaughlin, Jr. (No. 4123)
                                                        FERRY JOSEPH, P.A.
                                                        Brandywine Plaza West
                                                        1521 Concord Pike, Suite 202
                                                        Wilmington, Delaware 19803
                                                        Tel:  (302) 575-1555, ext. 107
                                                        Fax:  (302) 575-1714
                                                        jmclaughlin@ferryjospeh.com

                                                        *Co-Counsel to the Individual Objectors*