# __Exhibit B__

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 45 & 157** |

**FINAL ORDER (I) AUTHORIZING THE DEBTORS TO MAINTAIN A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MATRIX FOR EACH DEBTOR, (II) AUTHORIZING THE DEBTORS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS AND PERSONAL INFORMATION OF INDIVIDUALS ON A FINAL BASIS AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Final Order") (a) authorizing the Debtors to (i) maintain the Creditor Matrix in lieu of submitting a separate creditor matrix for each Debtor and (ii) redact or withhold certain confidential information of customers and personal information of individuals, (b) establishing procedures for notifying the parties of the commencement of these Chapter 11 Cases and (c) granting related relief; and this Court having entered the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157];  and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

1334 and the *Amended Standing Order of Reference* from the United States District Court for the

District of Delaware, dated February 29, 2012; and this Court being able to issue a final order

consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases

and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this

matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that

proper and adequate notice of the Motion and the relief requested therein has been provided in

accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered

herein, no other or further notice is necessary; and objections (if any) to the Motion having been

withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the

relief requested in the Motion and upon the record of the hearing and all of the proceedings had

before this Court; and this Court having found and determined that the relief ~~sought~~set forth in

~~the Motion~~this Order is in the best interests of the Debtors, their estates, and their creditors; and

that the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED on a final basis as set forth herein.

2.    The requirements of Local Rules 1007(a)(2) and 2002-1(f)(v) that separate

mailing matrices be submitted for each Debtor are waived, and the Debtors are authorized to

submit a consolidated list of creditors; *provided* that if any of these Chapter 11 Cases converts to

a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its own creditor

mailing matrix.

3.      The Debtors shall cause ~~such list~~the consolidated Creditor Matrix to be made available in readable electronic format (or in non-electronic format at such requesting party's sole cost and expense) upon reasonable request by parties-in-interest.

4.      The Debtors are authorized, on a final basis, pursuant to section 107(b)(1) of the Bankruptcy Code, to redact the names, addresses and e-mail address of their customers from any filings with the Court or made publicly available in these Chapter 11 Cases, *provided, however*, that the authorization to redact the names of all customers, and to redact the names, addresses and e-mail addresses of ~~institutional~~ customers who are not natural persons, is only until the date that is ~~180~~90 days from the date of the entry of this Order (such date, the "Redaction Deadline").

5.      The Debtors are authorized, on a final basis, to redact ~~(a)~~ the addresses and e-mail addresses of their ~~individual~~ creditors and ~~individual~~ equity holders~~, and (b)~~ who are natural persons from any filings with the ~~name~~Court or made publicly available in these Chapter 11 Cases.

~~5.~~6.      The Debtors are authorized, on a final basis, to redact the names, addresses and e-mail address of any ~~individual~~ creditors or ~~individual~~ equity holders who are ~~citizens of the United Kingdom or any European Union member country~~natural persons and who are protected by the GDPR, from any filings with the Court or made publicly available in these Chapter 11 Cases; *provided, however*, that the authorization to redact the names of creditors or equity holders who are natural persons and are protected by the GDPR is only until the Redaction Deadline.

~~6.~~7.      The rights of the Debtors, the Official Committee of Unsecured Creditors, and all other parties in interest to seek an extension of the Redaction Deadline, or to request

-3-

authorization to redact any personal information of customers, creditors or equity holders on any other grounds, are reserved.

~~7.~~8.    For the absence of doubt, the Debtors shall file ~~an~~ unredacted ~~creditor matrix~~versions of any papers redacted pursuant to this Final Order under seal with the Court in accordance with the Local Rules.

~~8.~~9.    Notwithstanding anything to the contrary in the order relating to the retention of a claims agent, or any Local Rules or Bankruptcy Rules, the Claims and Noticing Agent is authorized, on a final basis, to (a) suppress from the Claims Register (i) the names, addresses and e-mail addresses of the Debtors' customers until the Redaction Deadline, (ii) the names, addresses and e-mail addresses of any other ~~individual~~ creditors or ~~individual~~ equity holders who are ~~citizens of~~natural persons and who are protected by the ~~United Kingdom or any European Union member country~~GDPR until the Redaction Deadline and (iii) the addresses and e-mail addresses of the Debtors' customers ~~(following the Redaction Deadline),~~ who are natural persons, and of other ~~individual~~ creditors or ~~individual~~ equity holders who are natural persons, before and after the Redaction Deadline, (b) file affidavits of service redacting the (i) the names, addresses and e-mail addresses of the Debtors' customers until the Redaction Deadline, (ii) the names, addresses and e-mail addresses of any other individual creditors or individual equity holders who are ~~citizens of~~protected by the ~~United Kingdom or any European Union member country~~GDPR until the Redaction Deadline and (iii) the addresses and e-mail addresses of the Debtors' customers ~~(following the Redaction Deadline),~~ who are natural persons, and of other ~~individual~~ creditors or ~~individual~~ equity holders who are natural persons, before and after the Redaction Deadline, and (c) withhold publication of proofs of claims filed by customers until the

-4-

Redaction Deadline, *provided* that the Claims and Noticing Agent shall serve the Debtors'

customers and creditors at their actual addresses and e-mail addresses~~, as necessary~~.

10.    The Debtors shall refile their Consolidated Lists of Top 50 Creditors filed

at D.I. 51 and 162 without redacting the name of any creditor who was appointed by the U.S.

Trustee to the Official Committee of Unsecured Creditors, and without redacting of the address,

e-mail address or phone numbers of any creditor who is not natural persons and was appointed

by the U.S. Trustee to the Official Committee of Unsecured Creditors.

~~9.~~11.    The Debtors shall provide an unredacted Creditor Matrix, unredacted

Consolidated Top 50 Creditor List, unredacted Schedules and Statements, an unredacted Claims

Register, unredacted affidavits of service, withheld proofs of claim, and any other filings

redacted pursuant to this Final Order, to (a) upon request, the U.S. Trustee, the U.S. Department

of Justice, counsel to the U.S. Securities and Exchange Commission, counsel to state

governmental agencies of the State of Texas, and any trustee, examiner and official committee

appointed in these Chapter 11 Cases and (b) upon further order of the Court, any other party.

~~10.~~12.    Upon request of a party in interest, the Court may, upon a showing of

good cause, release some or all of the information that is being redacted pursuant to the authority

granted by this Final Order.  All parties' rights in this regard are reserved.

~~11.~~13.    To the extent a party in interest files a document on the docket in these

Chapter 11 Cases that is required to be served on creditors whose information is under seal

pursuant to this Final Order, such party in interest should contact counsel for the Debtors who

shall work in good faith, with the assistance of their Claims and Noticing Agent, to effectuate the

service on such party's behalf.

4863-0907-8079 v.5

12.14.  Nothing in this Final Order prohibits any customer, creditor or equity holder from voluntarily identifying itself in connection with these Chapter 11 Cases., or voluntarily disclosing any of their contact information.  In addition, nothing in this Final Order exempts any customer, creditor or equity holder from compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

13.15.  The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Final Order.

14.16.  This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Final Order.

Dated: _____
          Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge

4863-0907-8079 v.5