# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF REVISED DOTCOM LIST OF TOP 50 CREDITORS

**PLEASE TAKE NOTICE** that on November 28, 2022, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed consolidated lists of top 50 creditors for each of the four Debtor silos [D.I. 162], including a consolidated list for Debtor FTX Trading Ltd. and its Debtors subsidiaries (the "Dotcom Top 50 List").

**PLEASE TAKE FURTHER NOTICE** on the date hereof, the Debtors filed a revised Dotcom Top 50 List, attached hereto as Exhibit A (the "Revised Dotcom Top 50 List"). The Revised Dotcom Top 50 List un-redacts the name of any creditor who was appointed by the U.S. Trustee to the Official Committee of Unsecured Creditors and un-redacts the address, e-mail address or phone number of any creditor who is not a natural person and was appointed by the U.S. Trustee to the Official Committee of Unsecured Creditors. Pursuant to paragraph 5 of the *Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the Debtors

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

have redacted all other names, addresses and e-mail addresses of their customers from the Revised Dotcom Top 50 List.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice may be obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent, https://cases.ra.kroll.com/FTX.

-3-

| | |
|---|---|
| Dated: January 19, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |