| CASE NAME: *FTX Trading Ltd., et al.* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: 01/20/2023 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson IV | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

1

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 1/20/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kris Hansen | Paul Hastings | Committee |
| Ken Pasqale | " " | " |
| Caroline Diaz | " " | " |
| Matt Lunn | Young Conaway | " |
| Rob Poppiti | " " | " |
| Brendan Schlauch | RLF | JPLS |
| Kevin Gross | " | " |
| Paul Heath | " | " |
| Jason Zakia | White & Case | " |
| Brett Bakemeyer | " | " |
| Jack McLaughlin | Ferry Joseph, P.A. | Warren Winter / Rich Brummond |
| Mansiha Hoda | The Hoda Law Firm | " |
| Patrick Yarburough | Foster Yarburough, PLLC | " |
| Juliet Sarkessian | U.S. Trustee | |
| Benjamin Hackman | U.S. Trustee | |
| | | |

| First Name | Last Name | Party Representing | Firm Name |
| --- | --- | --- | --- |
| | | | |
| Robert | Lieff | Elliott Lam (case 3:22-cv-07336) | Lieff Gloval |
| Daniel | Eggermann | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Adam | Goldberg | Interested Party | Latham & Watkins LLP |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Ryan | Sims | N/A | Jones Day |
| Dan | Moss | N/A | Jones Day |
| Catherine | Choe | Non Party | |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Joshua | Oliver | Financial Times - media | |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Max | Dawson | UCC | FTI Consulting |
| Stanton | McManus | United States | |
| Ruth | Ramjit | Observer | |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC |
| Debbie | Felder | Orrick | |
| Tamara | Mann | BlockFi Inc. | Morris Nichols Arsht & Tunnell LLP |
| Mark | Hurford | Celsius Network LLC | A.M. Saccullo Legal |
| Lily | Yarborough | N/A | |
| DIMITRIS | HATZISARROS | STARBOARD DIGITAL STRATEGIES | |
| Chris | Lamb | None | |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| rick | phillips | Self | |
| Gihoon | Jung | Creditor | HoonLabs |
| Ian | Silverbrand | N/A | |
| Michael | Delaney | Interested Party | BakerHostetler LLP |
| Sameen | Rizvi | Voyager | Potter Anderson & Corroon LLP |
| Vanya | Fiad | Unsecured Creditor | |
| Jasmine | Ball | Paradigm | Debevoise & Plimpton LLP |

| | | | |
|---|---|---|---|
| Rohan | Goswami | CNBC | |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Gabriela | Urias | Observing | |
| Alexander | Steiger | JPLs | Richards, Layton, & Finger |
| Christopher | Stauble | Interested Party | Weil, Gotshal & Manges LLP |
| Daniel | O'Brien | Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. | Venable LLP |
| Andrew | Helman | Interested | Dentons Bingham Greenebaum |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Caroline | Salls | BankruptcyData | |
| Vladimir Jelisavcic | Jelisavcic | Cherokee Debt Acquisition, LLC | Cherokee Acquisition |
| Matthew | Livingston | Insurers | Foran Glennon |
| Susan | Gummow | Insurers | Foran Glennon |
| Andrew | Perry | Insurers | Foran Glennon |
| Sam | Alberts | Interested | Dentons US LLP |
| Claude | Montgomery | Interested Party | Dentons US LLP |
| Mark | Califano | Intersted | Dentons US LLP |
| Douglas | Henkin | Intersted | Dentons US LLP |
| Maegan | Quejada | Interested Party | |
| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper |
| Turner | Wright | Cointelegraph | |
| Lawrence | Larose | Party in interest | Sheppard Mullin Richter & Hampton LLC |
| Rick | Anigian | BlockFi | Haynes and Boone LLP |
| Norman | Pernick | Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P. | Cole Schotz P.C. |
| Peter | Curley | None | |
| kenneth | friedman | Self - non party | Law Offices of Ken Friedman, LLC |

| | | | |
|---|---|---|---|
| Craig | Rasile | Unknown | Winston & Strawn LLP |
| ephrat | livni | media | New York Times |
| Ryan | Messina | N/A | Robinson & Cole, LLP |
| Justin | Wise | media | |
| Michael | Small | Contract counterparty | Foley & Lardner LLP |
| Dabin | Chung | Interested Party | |
| Lauren | Wray | Interested Party | |
| Evan | Maass | NA | |
| Henry | Curtis | Interested Party | |
| jeffrey | sabin | Digital Augean | Venable, llp |
| Eric | Meyer | ACDC Newton Fund LP | ESM Management LLC |
| Julian | Beach | United States | Department of Justice |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Issac | Sasson | Official Committee of Unsecured Creditors | Paul Hastings |
| Sujeet | Indap | None | Financial Times |
| Chad | Flick | n/a | |
| Kaitlyn | Sundt | FTX | AlixPartners, LLP |
| Timothy | Reilly | Member of the Public | |
| Alexandria | Nikolinos | U.S. Trustee | |
| Stephanie | Murray | The Block | |
| Candice | Korkis | BMO Financial Group | |
| Meredith | Mitnick | Various Interested Parties | Goodwin Procter LLP |
| Kimberly | Gianis | Interested party | |
| Elizabeth | Brightwell | None | |
| Peter | Sprofera | Self | |
| Meghana | Vunnamadala | Binance | Latham & Watkins LLP |
| Douglas | Lewandowski | Debtors | Alvarez & Marsal |
| NIna | LaFleur | TBD | LaFleur Law Firm |
| Therese | Scheuer | SEC (listen only) | |

| | | | |
|---|---|---|---|
| Autumn | Highsmith | Texas State Securities Board / Texas Department of Banking | Texas Attorney General |
| Christian | Jensen | FTX Trading Ltd. | Sullivan & Cromwell LLP |
| Layla | Milligan | Texas State Securities Board / Texas Department of Banking | Texas Attorney General |
| Matthew | Gold | Interested party | |
| Andy | Le | NA | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Austin | Viny | VonWin Capital | PrimeShares |
| Abigail | Ryan | Texas State Securities Board / Texas Department of Banking | Texas Attorney General |
| Roma | Desai | Texas State Securities Board / Texas Department of Banking | Texas Attorney General |
| M. Shane | Johnson | Perella Weinberg Partners LP | Porter Hedges LLP |
| Megan | Young-John | Perella Weinberg Partners LP | Porter Hedges LLP |
| Ronald | Howard | Interested Party | Togut, Segal & Segal LLP |
| Lauren | Lundy | Joint Provisional Liquidators of FTX Digital Markets Ltd. | White & Case LLP |
| Andrew | Goudsward | media non-participant, Reuters | |
| Stephanie | Wickouskki | Locke Lord LLP | Locke Lord LLP |
| Randall | Chase | associated press | associated press |
| Brian | Stout | 507 Capital LLC | 507 Capital LLC |
| James | Garvey | EM Credit Partners | EM Credit Partners |
| Mike | Legge | Reorg | |
| Jiun-Wen | Teoh | Interested Party | Foley Hoag LLP |
| John | Melko | Interested Party | |
| Michael | Godbe | Lightspeed Funds | Debevoise & Plimpton LLP |
| Christiana | Johnson | N/A | Schulte Roth & Zabel |
| David | Lee | na | na |
| James | Bailey | Evolve Bank & Trust | Butler Snow LLP |
| Dietrich | Knauth | non-participant media observer, Reuters | |
| Steven | Church | non party | |

| | | | |
|---|---|---|---|
| Gregory | Donilon | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| quincy | crawford | None | Caplin & Drysdale |
| Amelia | Pollard | Bloomberg News - Reporter | Bloomberg News - Reporter |
| Robert | Johnson | Interested Party | Clifford Chance |
| Jessica | Magee | FTX DM | Holland & Knight |
| Warren | Gluck | FTX DM | Holland & Knight |
| Alex | Englander | FTX DM | Holland & Knight |
| Sam | Seneczko | Debtors | Quinn Emanuel Urquhart & Sullivan LLP |
| Robert | Wasserman | CFTC | |
| Thomas | Davis | LedgerX | WilmerHale |
| Taylor | Harrison | Debtwire | |
| Pat | Quinn | None | |
| M. | Liam | Self | |
| Tan | Li | FTX Customer | Self/Individual |
| Andrew | Scurria | Wall Street Journal | |
| Philip | Brendel | self | Bloomberg Intelligence |
| Negisa | Balluku | N/A | Bloomberg LP |
| Kenneth | Perkins | Unknown | WINSTON & STRAWN LLP |
| matthew | goldstein | new york times | new york times |
| Stephanie | Assi | N/A | Carrington Coleman |
| Alex | More | N/A | Carrington Coleman |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan |
| Amanda | Schaefer | Interested Party | |
| Loren | Harman | Interested party | |
| David | Yaffe-Bellany | New York Times | |
| Stephanie | Aerts | interested party | |
| Libby | Lewis | Self - Independent journalist | |
| Alexander | Saeedy | WSJ | The Wall Street Journal |
| Matthew | Harvey | Ad Hoc Committee | Morris Nichols Arsht & Tunnell LLP |
| David | Finger | Media Intervenors | Finger & Slanina, LLC |
| Nick | Bugden | EY | |
| Curtis | Miller | Interested Party | Morris Nichols |

| | | | |
|---|---|---|---|
| Kenneth | Aulet | BlockFi Official Creditors Committee | Brown Rudnick LLP |
| Briana | Richards | EY | EY |
| Cheyenne | Ligon | N/A | CoinDesk |
| Nicholas | Sabatino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Vince | Sullivan | Law360 | |
| Shira | Weiner | Kroll Restructuring Administration LLC | |
| William | Foster | Creditor | M3 Partners |
| Timothy | Wilson | Debtors | Self |
| Monica | Perrigino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Michael | Jacobs | N/A | |
| Nikolaos | Chagias | party-in-interest | |
| Mark | Wenzel | FTX lost ACH withdrawals | |
| Rasha | El Mouatassim Bih | Non-participant | |
| Madeline | Prince | myself | |
| Daniel | Friedberg | Daniel Friedberg | |
| Mateo | Aceves | N/A | |
| Kelly | O'Grady | None | Fox Business Network |
| Dennis | O'Donnell | Pulsar | DLA Piper |
| Mitchell | Sussman | COWEN and Company, LLC | Cowen and Company, LLC |
| Jake | Huang | FTX Australia | Piper Alderman |
| Kumanan | Ramanathan | FTX | |
| Rex | Chatterjee | Interested Party | Titan Grey |
| Kevin | Hernandez | Google LLC | Iaste |
| Yan | Li | N/A | |
| Amir | Zanjani | Creditor | |
| James | Murphy | self | |
| Bria | Cousins | Press | |
| Dawn | Giel | Media | CNBC |
| Kirtan | Mehta | None | |
| Robert | Hunt | Tacoma Community College Law Club | |

| | | | |
|---|---|---|---|
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Bryan | Podzius | N/A | |
| Victor | Scott | Trader | Trader |
| Leo | Carlson | Self | |
| Thomas | Braziel | 507 Capital | 507 Capital |
| Warren | Winter | Warren Winter | |
| Pat | Rabbitte | Myself | NA |
| Jeremy | Ryan | Party in interest | |
| Alex | Simm | Interested Party | CoinShares |
| B | C | BC | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Andrew | Glantz | N/A | Xclaim Inc. |
| Rahul | Sharma | LedgerX | |
| Naveen | Parmar | None | |
| David | Hollerith | media | |
| Michele | Wan | Pulsar Global Limited | Pulsar |
| Crystal | Kim | Axios | Axios |
| David | Queroli | JPLs | |
| Steve | Bunnell | None | |
| Bill | Schatz | CTC | |
| Bennett | Silverberg | Brown Rudnick LLP | |
| Scott | Hartman | USAO | |
| Julia | Foster | Interested Party | |
| Ahmed | Abd El-Razek | Ahmed Abd El-Razek | |
| James | MacInnis | none | |
| Brian | Loughnane | Ad Hoc Committee of Non-US Customers of FTX.com | Morris Nichols |
| Brian | Petrozak | Multicoin | Multicoin |
| David | Shim | N/A | |
| Jordan | Gaglione | Witness | |
| Laura | Haney | Court | |
| Ryan | Beil | FTX DM | |
| Alison | Ambeault | Interested Party | |

**10:00am        FTX Trading Ltd.        (22-11068-JTD)        Omnibus        1-20-2023**

| Erin | Diers | N/A | Hughes Hubbard & Reed LLP |
|---|---|---|---|
| Samy | Soliman | Customer | |
| Daniel | KAMENSKY | Creditor Coalition | Restructuring Law Advisory |
| | | | |