# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on January 17, 2023, the ***Debtors' First Request for Production of Documents*** and the ***Debtors' First Set of Interrogatories to the U.S. Trustee*** in connection with the *Motion of the United States Trustee for Entry of an order Directing the Appointment of an Examiner* [D.I. 176] were served on Andrew R. Vara, United States Trustee for Regions Three and Nine in the manner indicated below:

**VIA E-MAIL**
Office of the United States Trustee
Juliet M. Sarkessian
Joseph McMahon
Benjamin A. Hackman
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Juliet.M.Sarkessian@usdoj.gov
         Joseph.McMahon@usdoj.gov
         Benjamin.A.Hackman@usdoj.gov

**VIA E-MAIL**
Office of the United States Trustee
David Gerardi
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102
E-mail: David.Gerardi@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069692.2}

| | |
|---|---|
| Dated: January 20, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors-in-Possession* |