IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 333 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN THE DEBTORS AND MERCEDES-BENZ GRAND PRIX LIMITED**

The undersigned counsel for FTX Trading Ltd. and its affiliated debtors and debtors-in-possession hereby certifies that:

1.  On November 11, 2022 and November 14, 2022, each of the above-captioned debtors and debtors-in-possession (the "Debtors") commenced a case under chapter 11 of title of 11 of the United States Code (the "Bankruptcy Code").

2.  On December 30, 2022, the Debtors filed the *Debtors' First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date* [D.I. 333] (the "Motion"). The Motion seeks to reject, among others, the Team Partner Agreement with Mercedes-Benz Grand Prix Limited ("MBGPL"), effective as of December 30, 2022.

3.  The Debtors and MBGPL have entered into a stipulation (the "Stipulation") consensually resolving the Motion. Attached hereto as Exhibit A is a proposed order approving the Stipulation (the "Proposed Order"). Attached as Exhibit 1 to the Proposed Order is the Stipulation.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtor's claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.001-W0069775.}

4.     The Proposed Order has been circulated to counsel to MBGPL, the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases (the "Committee") and the Office of the United States Trustee ("UST"). MBGPL, the Committee and the UST have each advised it does not object to the entry of the Order.

5.     Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto as Exhibit A at the Court's earliest convenience.

Dated: January 24, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*