# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mercedes-Benz Grand Prix Limited ("MBGPL"), hereby appears in the above-captioned cases through its counsel Foley & Lardner LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **FOLEY & LARDNER LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| Michael J. Small, Esq. | Gregory A. Taylor, Esq. |
| 321 North Clark Street, Suite 3000 | 500 Delaware Avenue, 8th Floor |
| Chicago, IL 60654 | P.O. Box 1150 |
| Tel: (312) 832-4700 | Wilmington, DE 19899 |
| Email: msmall@foley.com | Tel: (302) 654-1888 |
| | Fax: (302) 654-2067 |
| -and- | Email(s): GTaylor@ashbygeddes.com |
| Samantha Ruppenthal | |
| 90 Park Avenue | |
| New York, NY 10016 | |
| Tel: (212) 338-3402 | |
| Email: sruppenthal@foley.com | |

---

[1] Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{01874939;v1 }

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that MBGPL intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs or recoupments to which the MBGPL is or may be entitled under agreements in law or in equity. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

|  |  |
|---|---|
| Dated: January 24, 2023<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br><br>-and- |

**FOLEY & LARDNER LLP**
Michael J. Small (*pro hac vice* forthcoming)
321 North Clark Street, Suite 3000
Chicago, IL 60654
Tel: (312) 832-4700
Email: msmall@foley.com

Samantha Ruppenthal (*pro hac vice* forthcoming)
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3402
Email: sruppenthal@foley.com

*Counsel to Mercedes-Benz Grand Prix Limited*