## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of January, 2023, a copy of the *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: January 24, 2023                                         */s/ Gregory A. Taylor*
                                                                                          Gregory A. Taylor (DE Bar No. 4008)