IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading Ltd., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Samantha Ruppenthal, Esq. to represent Mercedes-Benz Grand Prix Limited in the above-captioned cases and any related proceedings.

Dated: January 24, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Tel: (302) 654-1888/Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Samantha Ruppenthal*
Samantha Ruppenthal
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016
Tel: (212) 338-3402
Email: sruppenthal@foley.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 24th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{01874941;v1 }