# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | **Related to Docket No. 256** |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the firm of Debevoise & Plimpton LLP (the "Firm"), co-counsel for Paradigm Operations LP in the above-captioned chapter 11 cases, hereby notifies the Court and all parties of the change of its New York address and requests that all future pleadings, notices and/or correspondence in this case be sent to the following address:

**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York  10001
Telephone: (212) 909-6000
Facsimile:  (212) 909-6839
Attn:     Sidney P. Levinson
             Jasmine Ball
E-mail:  slevinson@debevoise.com
             jball@debevoise.com

**PLEASE TAKE FURTHER NOTICE** that the Firm's telephone and fax numbers and email addresses remain unchanged.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

#142021764 v1

| | |
|---|---|
| Dated: January 24, 2023<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Evelyn J. Meltzer*<br>Evelyn J. Meltzer (DE No. 4581)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: Evelyn.Meltzer@troutman.com<br>Marcy.Smith@troutman.com<br><br>-and-<br><br>Sidney P. Levinson (admitted *pro hac vice*)<br>Jasmine Ball (admitted *pro hac vice*)<br>**DEBEVOISE & PLIMPTON LLP**<br>66 Hudson Boulevard<br>New York, New York 10001<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6839<br>E-mail: slevinson@debevoise.com<br>jball@debevoise.com<br><br>*Counsel for Paradigm Operations LP* |

#142021764 v1