**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 333 & 561** |

**ORDER APPROVING STIPULATION BETWEEN
THE DEBTORS AND MERCEDES-BENZ GRAND PRIX LIMITED**

Upon consideration of the *Stipulation Between the Debtors and Mercedes-Benz Grand Prix Limited* (the "Stipulation"),[2] attached hereto as Exhibit 1, by and among FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and Mercedes-Benz Grand Prix Limited ("MBGPL", and together with the Debtors, the "Parties"); and this Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Stipulation is hereby APPROVED;

2.     The automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby modified solely to the extent necessary to permit MBGPL to exercise any rights it may have under

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtor's claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

the Team Partner Agreement to take action against any non-Debtor party with respect to any NFTs previously produced pursuant to the Team Partner Agreement.

3.      The Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order and to perform their respective obligations under the Stipulation.

4.      The relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

5.      The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

6.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order and the Stipulation.

**Dated: January 25th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**