# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br><br> Debtors. | : : : : : : : : : : :: | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on January 24, 2023, the ***United States Trustee's First Set of Interrogatories to Debtors*** and ***The United States Trustee's First Request for the Production of Documents to the Debtors*** in connection with the *Motion of the United States Trustee for Entry of an order Directing the Appointment of an Examiner* [D.I. 176] were served on Landis Rath & Cobb LLP and Sullivan & Cromwell LLP in the manner indicated below:

**VIA E-MAIL**

**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
  brown@lrclaw.com
  pierce@lrclaw.com

**VIA E-MAIL**

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
  bromleyj@sullcrom.com
  gluecksteinb@sullcrom.com
  kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 25, 2023  
      Wilmington, Delaware

By: /s/ Juliet Sarkessian  
Juliet Sarkessian  
Trial Attorney  
United States Department of Justice  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 N. King Street, Room 2207, Lockbox 35  
Wilmington, DE 19801  
(302) 573-6491  
juliet.m.sarkessian@usdoj.gov