**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) |
| | ) Case No. 22-11068 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: February 8, 2023 at 1:00 p.m. (ET)** |
| | ) **Objection Deadline: February 1, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION**

TO:    (I) THE DEBTORS; (II) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) THE SECURITIES AND EXCHANGE COMMISSION; (IV) THE INTERNAL REVENUE SERVICE; (V) THE UNITED STATES DEPARTMENT OF JUSTICE; (VI) THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; AND (VII) TO THE EXTENT NOT ALREADY LISTED HEREIN, THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AS OF THE FILING OF THE MOTION

**PLEASE TAKE NOTICE** that on January 25, 2023, the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*, (the "Committee") filed the attached *Motion of Official Committee of Unsecured Creditors of FTX Trading Ltd., et al., for Entry of an Order (I) Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, (II) Authorizing the Committee to Establish and Maintain the Committee Information Platforms, and (III) Authorizing the Committee to Utilize Epiq Corporate Restructuring, LLC as Information Agent in Connection Therewith, Effective as of January 5, 2023* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion must be filed on or before **February 1, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.  At the same time, copies of any responses or objections to the Motion must be served upon the undersigned proposed counsel to the Committee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF REQUESTED IN THE MOTION WILL BE HELD ON **FEBRUARY 8, 2023 AT**

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30068870.1

**1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

*Remainder of page intentionally left blank*

30068870.1

Dated: January 25, 2023         YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Wilmington, Delaware

                                */s/ Robert F. Poppiti, Jr.*
                                Matthew B. Lunn (No. 4119)
                                Robert F. Poppiti, Jr. (No. 5052)
                                1000 North King Street
                                Wilmington, DE 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253
                                Email: mlunn@ycst.com
                                       rpoppiti@ycst.com

                                -and-

                                PAUL HASTINGS LLP
                                Kristopher M. Hansen*
                                Luc A. Despins*
                                Frank Merola*
                                Erez E. Gilad*
                                Gabriel E. Sasson*
                                Samantha Martin*
                                200 Park Avenue
                                New York, NY 10166
                                Telephone:  (212) 318-6000
                                Facsimile:  (212) 319-4090
                                Email: krishansen@paulhastings.com
                                       lucdespins@paulhastings.com
                                       frankmerola@paulhastings.com
                                       erezgilad@paulhastings.com
                                       gabesasson@paulhastings.com
                                       samanthamartin@paulhastings.com

                                 *Admitted pro hac vice*

                                *Proposed Counsel for the Official Committee of
                                Unsecured Creditors*

30068870.1