IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Debbie Laskin, employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel for the Official Committee of Unsecured Creditors, hereby certify that on January 25, 2023, I caused a copy of the following document(s) to be served via NEF on those parties receiving such service and via email and/or overnight mail on the parties on the attached list:

Objection of the Official Committee of Unsecured Creditors to Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner[D.I. 571]

Motion of Official Committee of Unsecured Creditors of FTX Trading Ltd., et al., for Entry of an Order (I) Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information, (II) Authorizing the Committee to Establish and Maintain the Committee Information Platforms, and (III) Authorizing the Committee to Utilize Epiq Corporate Restructuring, LLC as Information Agent in Connection Therewith, Effective as of January 5, 2023 [D.I. 575]

*/s/ Debbie Laskin*
Debbie Laskin

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Bankruptcy Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

29990955.2

| NAME | ADDRESS | EMAIL |
|---|---|---|
| A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | AMS@SACCULLOLEGAL.COM; MEG@SACCULLOLEGAL.COM |
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY TAYLOR | RPALACIO@ASHBYGEDDES.COM; GTAYLOR@ASHBYGEDDES.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| BUTLER SNOW LLP | ATTN: MARTIN SOSLAND | MARTIN.SOSLAND@BUTLERSNOW.COM |
| BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER | JEB.BAILEY@BUTLERSNOW.COM; CAM.HILLYER@BUTLERSNOW.COM |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLAR, BRANDON M. HAMMER | JVANLARE@CGSH.COM; BHAMMER@CGSH.COM |
| COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ. | SCOTT.COUSINS@COUSINS-LAW.COM; SCOTT.JONES@COUSINS-LAW.COM |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | STATETREASURER@STATE.DE.US |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM; SARAHPAUL@EVERSHEDS-SUTHERLAND.COM; PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ | RICHARD.KANOWITZ@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II | RICK.ANIGIAN@HAYNESBOONE.COM; CHARLIE.JONES@HAYNESBOONE.COM |
| HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI | WARREN.GLUCK@HKLAW.COM; MARIE.LARSEN@HKLAW.COM; DAVID.WIRT@HKLAW.COM; JESSICA.MAGEE@HKLAW.COM; SHARDUL.DESAI@HKLAW.COM |
| KASHISHIAN LAW LLC | ATTN: ANN KASHISHIAN | AMK@KASHISHIANLAW.COM |

| NAME | ADDRESS | EMAIL |
|---|---|---|
| KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS | LOUIS.PHILLIPS@KELLYHART.COM |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON | MICHAEL.ANDERSON@KELLYHART.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM; PIERCE@LRCLAW.COM |
| MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS | JPRICE@MANIERHEROD.COM; MLEE@MANIERHEROD.COM; SWILLIAMS@MANIERHEROD.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, ULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. | MMORANO@MDMC-LAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWISLAW.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III, MATTHEW C. ZIEGLER | JOHN.GOODCHILD@MORGANLEWIS.COM; MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK, DAVID K. SHIM | JOSHUA.DORCHAK@MORGANLEWIS.COM; DAVID.SHIM@MORGANLEWIS.COM |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER | MHARVEY@MORRISNICHOLS.COM; PTOPPER@MORRISNICHOLS.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON | APATTERSON@LAW.GA.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF MASSACHUSETTS | ATTN: CELINE E. DE LA FOSCADE-CONDON | DELAFOSCAC@DOR.STATE.MA.US |
| OFFICE OF THE ATTORNEY GENERAL OF MISSOURI | ATTN: STEVEN A. GINTHER | DEECF@DOR.MO.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN | ROMA.DESAI@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV; ABIGAIL.RYAN@OAG.TEXAS.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING | STEPHEN.MANNING@ATG.WA.GOV |

| NAME | ADDRESS | EMAIL |
|---|---|---|
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING | JOHN.REDING@ILAG.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; (and overnight) BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN, SAMEEN RIZVI | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM SRIZVI@POTTERANDERSON.COM |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES | BSIMMS@LENNOXPATON.COM; KEVIN.CAMBRIDGE@PWC.COM; PETER.GREAVES@HK.PWC.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: WILLIAM A. BURCK, KATHERINE A. LEMIRE, SASCHA RAND, K. JOHN SHAFFER | WILLIAMBURCK@QUINNEMANUEL.COM; KATHERINELEMIRE@QUINNEMANUEL.COM; SASCHARAND@QUINNEMANUE.COM |
| REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. | NPASALIDES@REICHPC.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH | GROSS@RLF.COM; HEATH@RLF.COM; QUEROLI@RLF.COM; SCHLAUCH@RLF.COM |
| RIMON, P.C. | ATTN: JACQUELYN H. CHOI | JACQUELYN.CHOI@RIMONLAW.COM |
| RIMON, P.C. | ATTN: FREDERIK CHANG | FREDERICK.CHANG@RIMONLAW.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV |

| NAME | ADDRESS | EMAIL |
|---|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | STREUSAND@SLOLLP.COM; NGUYEN@SLOLLP.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, JACOB M. CROKE, NICOLE FRIEDLANDER, STEVEN R. PEIKIN, JAMES M. MCDONALD | DIETDERICHA@SULLCROM.COM; BROMLEYJ@SULLCROM.COM; GLUECKSTEINB@SULLCROM.COM; KRANZLEYA@SULLCROM.COM; CROKEJ@SULLCROM.COM; FRIEDLANDERN@SULLCROM.COM; PEIKINS@SULLCROM.COM; MCDONALDJ@SULLCROM.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN | BSULLIVAN@SHA-LLC.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OF GENERAL COUNSEL | INFO@SCB.GOV.BS |
| TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE | PHAGE@TAFTLAW.COM |
| U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON | WARD.W.BENSON@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS | STANTON.C.MCMANUS@USDOJ.GOV; SETH.SHAPIRO@USDOJ.GOV |
| U.S. ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM |
| VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM; XSSTROHBEHN@VENABLE.COM; CWEINERLEVY@VENABLE.COM; AAPELED@VENABLE.COM |
| VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | JENNIFER.ROOD@VERMONT.GOV |

| NAME | ADDRESS | EMAIL |
| --- | --- | --- |
| WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER | JESSICA.LAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; BRIAN.PFEIFFER@WHITECASE.COM; MARK.FRANKE@WHITECASE.COM; BRETT.BAKEMEYER@WHITECASE.COM |
| WHITE & CASE LLP | ATTN: THOMAS E. LAURIA, RICHARDS KEBRDLE | TLAURIA@WHITECASE.COM; RKEBRDLE@WHITECASE.COM |
| U.S. DEPT OF JUSTICE | ATTN: ELISABETH M. BRUCE | ELISABETH.M.BRUCE@USDOJ.GOV |
| DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ELIE J. WORENKLEIN, MICHAEL C. GODBE | NLABOVITZ@DEBEVOISE.COM; EWORENKLEIN@DEBEVOISE.COM; MCGODBE@DEBVOISE.COM |
| COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK; ANDREW J. ROTH-MOORE | NPERNICK@COLESCHOTZ.COM; AROTH-MOORE@COLESCHOTZ.COM |
| FOLEY & LARDNER LLP | ATTN: MICHAEL SMALL, SAMANTHA RUPPENTHAL | MSMALL@FOLEY.COM; SRUPPENTHAL@FOLEY.COM |