## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 580 &__** |

### ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 AUTHORIZING DISCOVERY IN CONNECTION WITH CONFIDENTIAL INVESTIGATION

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing the Debtors to file the Relevant Third Parties Rule 2004 Motion under seal; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to relief on the Motion

---

[1]    The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

{1368.002-W0069814.}

having been withdrawn, resolved or overruled on the merits; and upon the record of the hearing

and all of the proceedings had before this Court; and this Court having found and determined that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED as set forth herein.

2.    The Debtors are authorized to file under seal (i) the Relevant Third Parties
Rule 2004 Motion, and (ii) any related affidavits of service to the extent necessary to preserve
Confidential Information (collectively, the "Sealed Documents").

3.    Absent further order of the Court, the Sealed Documents shall remain
under seal and not be made available to anyone except for the Court, the Office of the United
States Trustee and counsel to the Committee.

4.    The Relevant Third Parties shall not make public nor disclose the
existence of or contents of the Sealed Documents or the Requests to its customer(s) or
subscriber(s) or to any other person (except as necessary to carry out this Order).

5.    The terms and conditions of this Order shall be immediately effective and
enforceable upon its entry.

6.    The Debtors are authorized and empowered to execute and deliver such
documents, and to take and perform all actions necessary to implement and effectuate the relief
granted in this Order.

7.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.

Dated: _____, 2023
            Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge