IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEBTORS' INTENT TO OFFER WITNESS TESTIMONY AT THE HEARING ON FEBRUARY 6, 2023**

**PLEASE TAKE NOTICE** that FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") hereby provide the following information regarding the witnesses they intend to present at the hearing scheduled in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on February 6, 2023 (the "Hearing"):

**INFORMATION ON WITNESS NUMBER ONE**

1. Name and title of witness: John J. Ray, III, the Debtors' Chief Executive Officer.

2. Scope of testimony: Mr. Ray will testify in connection with the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176].

3. Direct testimony of witness: The Debtors will elicit direct and rebuttal testimony from Mr. Ray at the Hearing.

4. Location and place from which the witness will testify: Mr. Ray will be available to testify in person.

**RESERVATION OF RIGHTS**

The Debtors reserve the right to amend and supplement this witness list at any time prior to the Hearing. Additionally, the Debtors reserve all rights to cross examine any and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4867-4299-6300 v.1

all witnesses proffered at the Hearing, and to call any rebuttal witnesses as they may deem necessary at the Hearing.

| | |
|---|---|
| Dated: January 25, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |