## EXHIBIT 1

**Contracts**

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Basketball Properties, Ltd. | West Realm Shires Services, Inc. | 601 Biscayne Blvd.<br>Miami, FL 33132<br>Attn: John Vidalin, EVP/COO<br><br>with a copy to:<br>Basketball Properties, Ltd.<br>601 Biscayne Blvd.<br>Miami, FL 33132<br>Attn: Raquel Libman, EVP/CLO | Facilitation Agreement, dated as of March 22, 2021 |
| Echo Marketing | West Realm Shires Services, Inc. | 6400 Hollis Street, Suite 14<br>Emeryville, CA 94608<br>Email: sam@echosports.com | Letter of Agreement, dated as of January 18, 2022 |
| Fox Sports Sun, LLC | West Realm Shires Services, Inc. | 500 E. Broward, Suite 1300<br>Fort Lauderdale, FL 33394 | Advertising Agreement, dated as of April 13, 2021 |
| Gisele Caroline Bündchen | Blockfolio, Inc. | c/o SCS Financial<br>888 Boylston Street<br>Boston, MA 02199<br>Email: Patricia@celebrityagency.com.br and Juridico@celebrityagency.com.br<br><br>with a copy to:<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Attn: Jonathan West<br>Email: Jonathan.West@lw.com | Partnership and Endorsement Agreement, dated as of May 27, 2021 |
| Gisele Caroline Bündchen | Blockfolio, Inc. | c/o SCS Financial<br>888 Boylston Street<br>Boston, MA 02199<br>Email: Patricia@celebrityagency.com.br and Juridico@celebrityagency.com.br<br><br>with a copy to:<br>Latham & Watkins LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Attn: Jonathan West<br>Email: Jonathan.West@lw.com | Charitable Giving Letter Agreement, dated as of May 27, 2021 |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Golden State Warriors, LLC; GSW LoL LLC; SC Warriors LLC; and GSW Gaming Squad LLC | West Realm Shires Services, Inc. | 1 Warriors Way<br>San Francisco, CA 94158<br>Attention: Chief Legal Officer | Sponsorship Agreement, dated as of December 9, 2021 |
| ICC Business Corporation FZ LLC | FTX Trading Ltd. | Street 69, Dubai Sports City,<br>Sheikh Mohammed Bin Zayed Road,<br>PO Box 500070,<br>Dubai<br>United Arab Emirates<br>Attn: General Manager, IBC<br><br>with a copy to:<br>Attn: General Counsel<br>Email: ceonotices@icc-cricket.com and legal.notices@icc-cricket.com | Official Partner Agreement, dated as of October 13, 2021 |
| Lincoln Holdings LLC DBA Monumental Sports & Entertainment | West Realm Shires Services, Inc. | 601 F Street, NW<br>Washington, DC 20004<br>Attn: Patrick Duffy, Sr. Vice President, Corporate Partnerships<br>Phone: (202) 292-1984<br>Email: pduffy@monumentalsports.com | Sponsorship Agreement, dated as of December 2, 2021 |
| Miami Heat Limited Partnership | West Realm Shires Services, Inc. | Attn: John Vidalin<br>Executive Vice President & Chief Commercial Officer<br>601 Biscayne Boulevard<br>Miami, FL 33132<br><br>with a copy to:<br>Miami Heat Limited Partnership<br>Attn: Raquel Libman<br>Executive Vice President & Chief Legal Officer<br>601 Biscayne Boulevard<br>Miami, FL 33132 | Advertising and Promotion Agreement, dated as of March 22, 2021 |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Miami Heat Limited Partnership | FTX Trading Ltd. and West Realm Shires Services, Inc. | Attn: John Vidalin<br>Executive Vice President & Chief Commercial Officer<br>601 Biscayne Boulevard<br>Miami, FL 33132<br><br>with a copy to:<br>Miami Heat Limited Partnership<br>Attn: Raquel Libman<br>Executive Vice President & Chief Legal Officer<br>601 Biscayne Boulevard<br>Miami, FL 33132 | Counterpart and Guarantee, dated as of March 22, 2021 |
| MLB Advanced Media, L.P., on its own behalf and on behalf of Major League Baseball Properties, Inc., the Office of the Commissioner of Baseball, The MLB Network, LLC and the Major League Baseball Clubs | Blockfolio, Inc. | Attn: General Counsel<br>MLB Advanced Media, L.P.<br>1271 Avenue of the Americas<br>New York, NY 10020<br><br>with a copy to:<br>Wachtell, Lipton, Rosen & Katz<br>51 W 52nd Street<br>New York, NY 10019<br>Attn: Philip Mindlin | Promotional Rights Agreement, dated as of July 10, 2021, as supplemented by an Addendum to the Promotional Rights Agreement, dated as of May 26, 2022 |
| Play Magnus AS | FTX Trading Ltd. | Tordenskiolds Gate 2,<br>0160 Oslo<br>Norway<br>Attn: Arne Horvei,<br>Meltwater Champions Chess Tour Director<br>Email: arne@playmagnus.com<br>Phone: +4790662249<br><br>with a copy to:<br>Postboks 143 Bogstadveien,<br>0323 Oslo,<br>Norway | Sponsorship Agreement, dated as of May 1, 2021 |
| SALT Venture Group, LLC | FTX Trading Ltd. | 527 Madison Avenue, Floor 4<br>New York, NY, 10022<br>Phone: (212) 485-1958<br>Email: info@salt.org and john@salt.org | Sponsorship Agreement, dated as of December 24, 2021 |

| **Non-Debtor Counterparty** | **Debtor Counterparty** | **Non-Debtor Counterparty Address** | **Description of Agreement** |
|---|---|---|---|
| SC30 Inc. | Blockfolio, Inc. | 1875 S. Grant Street, Suite 120<br>San Mateo, CA 94402<br>Attn: Hilary Awad<br>Email: hilary@sc30.com<br><br>with a copy to:<br>Octagon, Inc.<br>7950 Jones Branch Dr., Suite 700N<br>McLean, VA 22107<br>Attn: Jeff Austin Email:<br>jeff.austin@octagon.com<br>Attn: David Schwab Email:<br>david.schwab@octagon.com<br>Attn: General Counsel<br>Email: general.counsel@octagon.com | Partnership and Endorsement Services Agreement, dated as of August 11, 2021 |
| Shohei Ohtani | West Realm Shires Services, Inc. | c/o CAA Sports LLC<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067<br>Attn: Nez Balelo<br><br>with a copy by email to all of the following:<br>Nbalelo@caa.com<br>Marissa.Dishaw@caa.com<br>Terry.Prince@caa.com | Endorsement Services Agreement, dated as of November 16, 2021 |
| Sol Stores Inc. | West Realm Shires Services, Inc. | 548 Market Street,<br>PMB 45477,<br>San Francisco, CA 94104<br>Attn: CEO and Office of the General Counsel | Services Agreement, dated as of September 27, 2022 |
| Swift Media Entertainment, Inc. | West Realm Shires Services, Inc. | 5340 Alla Road, #100<br>Los Angeles, CA 90066<br>Email: wwang@solomid.net<br>Attn: Walter Wang | Sponsorship Agreement, dated as of May 18, 2021 |
| Swift Media Entertainment, Inc. | FTX Trading Ltd. | 5340 Alla Road, #100<br>Los Angeles, CA 90066<br>Email: wwang@solomid.net<br>Attn: Walter Wang | Sponsorship Agreement, dated as of May 18, 2021 |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| UJH Enterprises, Inc. | Blockfolio, Inc. | FAB Consulting Solutions, LLC<br>c/o Sylvester King Jr.<br>4328 SW 134th Avenue<br>Miramar, FL 33027<br><br>with a copy to:<br>skingjr1@gmail.com | Partnership and Endorsement Services Agreement, dated as of July 30, 2021 |
| Wasserman Media Group, LLC | West Realm Shires Services, Inc. | Wasserman Media Group, LLC<br>10900 Wilshire Blvd. Suite 1200<br>Los Angeles, CA 90024<br>Attn: Jason Banks<br>Email: jbanks@teamwass.com<br><br>CC: Wendy Phillips, Esq.<br>Email: wphillips@teamwass.com | Master Services Agreement, dated as of February 4, 2022, as supplemented by Statements of Work, dated as of February 4, 2022, and March 28, 2022, respectively |