# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: March 8, 2023 at 1:00 p.m. (ET)<br>Objection Deadline: February 10, 2023 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

TO: (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Securities and Exchange Commission; (d) the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney for the District of Delaware; (g) the Local Directors; (h) all known creditors of the Turkish Debtors; and (i) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE THAT YOU ARE RECEIVING THESE PLEADINGS EITHER BASED ON YOUR ROLE IN THE ABOVE-CAPTIONED BANKRUPTCY CASES (THE "CHAPTER 11 CASES") OR AS A POTENTIAL CUSTOMER OR CREDITOR OF DEBTOR FTX TURKEY TEKNOLOJI VE TICARET ANONIM ŞIRKETI OR DEBTOR SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONIM ŞIRKETI. THIS NOTICE DOES NOT CONSTITUTE AN ACKNOWLEDGMENT OR RECOGNITION OF YOUR STATUS AS A CUSTOMER OR CREDITOR OR THE EXISTENCE OR ALLOWANCE OF ANY CLAIMS YOU MAY HAVE AGAINST DEBTOR FTX TURKEY TEKNOLOJI VE TICARET ANONIM ŞIRKETI, DEBTOR SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONIM ŞIRKETI OR ANY OTHER DEBTOR. NOTHING IN THIS NOTICE IMPAIRS, PREJUDICES, WAIVES, OR OTHERWISE AFFECTS ANY RIGHTS OF DEBTOR FTX TURKEY TEKNOLOJI VE TICARET ANONIM ŞIRKETI, DEBTOR SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONIM ŞIRKETI OR ANY OTHER DEBTOR OR THEIR ESTATES WITH RESPECT TO ANY CLAIMS, CAUSES OF ACTION OR DEFENSES. DEBTOR FTX TURKEY TEKNOLOJI VE TICARET ANONIM ŞIRKETI, DEBTOR SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONIM ŞIRKETI AND ALL OTHER DEBTORS RESERVE THEIR RIGHTS AND DEFENSES IN ALL RESPECTS UNDER ANY APPLICABLE LAW.**

Please take further notice that, on January 27, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Cases of Debtors FTX Turkey Teknoloji ve Ticaret Anonim*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Şirketi and SNG Investments Yatırım ve Danışmanlık Anonim Şirketi* (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 10, 2023 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on February 10, 2023.**

A HEARING ON THE MOTION WILL BE HELD ON **March 8, 2023 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 27, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*