**Exhibit A**

**MASAK November 14 Announcement**

Case 22-11068-JTD    Doc 590-1    Filed 01/27/23    Page 1 of 4

  

**T.C. HAZİNE VE MALİYE BAKANLIĞI**
MALİ SUÇLARI ARAŞTIRMA KURULU

TR  EN

HAKKIMIZDA  DUYURULAR  MEVZUAT  MASAK ANKET  AKLAMA SUÇU  TERÖRÜN FİNANSMANI  YAYINLAR  SSS

**FTX.COM TİCARİ UNVANIYLA FAALİYET GÖSTEREN KRİPTO VARLIK ALIM SATIM PLATFORMU HK.**

14 Kasım 2022

Son günlerde gerek uluslararası gerekse ulusal basın ve yayın organlarında, FTX.com ticari unvanıyla küresel ölçekte faaliyet gösteren bir kripto varlık alım satım platformunun müşterilerine yönelik yükümlülüklerini yerine getiremediği hususlarına ilişkin haberler kamuoyunun malumudur.

Bilindiği üzere, Suç Gelirlerinin Aklanmasının Ve Terörün Finansmanının Önlenmesine Dair Tedbirler Hakkında Yönetmelik'te 01.05.2021 tarihinde yapılan değişiklikle kripto varlık hizmet sağlayıcılar, 5549 sayılı Suç Gelirlerinin Aklanmasının Önlenmesi Hakkında Kanun (5549 s. Kn.) ve ilgili mevzuat kapsamında yükümlü olarak addedilmiştir. Söz konusu kurumların ilgili mevzuat kapsamında yükümlü olarak belirlenmesinden bu yana Başkanlığımızca, bu yükümlülerin faaliyetleri Başkanlığımız görev ve yetkileri çerçevesinde analiz ve incelemeye tabi tutulmaktadır. Diğer taraftan, basında çıkan haberlere konu FTX.com ticari unvanlı küresel kripto varlık alım satım platformu ile ilişkili olan ve ülkemizde faaliyet gösteren yükümlülerin işlem ve faaliyetleri, FTX.com'a ilişkin haberler kamuoyu gündemine düşmeden daha önce Başkanlığımızca dikkatle takip edilerek yakında izlenmiş ve gerekli tedbirler ivedilikle alınmıştır. Bu tedbirler cümlesinden olmak üzere, FTX.com ticari unvanıyla faaliyet gösteren küresel kripto varlık alım satım platformunun ilişkili olduğu gerçek ve tüzel kişiler nezdinde, Başkanlığımıza kanun ve mevzuat uyarınca verilen görev ve yetkiler çerçevesinde inceleme başlatılmış, bundan başka söz konusu ilişkili kişi ve kurumların bankalar, elektronik para kuruluşları, kripto varlık hizmet sağlayıcıları vb. yükümlüler nezdindeki hesaplarına yapılan işlemler, 5549 s. Kn.'nun 19/A maddesi kapsamında askıya alınmıştır. Başkanlığımız incelemeleri ivedilikle neticelendirilerek ilgili adli ve idari mercilerle paylaşılacaktır.

Kamuoyuna saygıyla duyurulur.

---

**Adres:** T.C. Hazine ve Maliye Bakanlığı, Devlet Mahallesi Dikmen Caddesi No:12 06420 Çankaya / ANKARA

**Telefon:** 0 (312) 415 29 00

**Vergi İletişim Merkezi (VİMER):** 189

**BAKANLIK**
Anasayfa
Site Haritası
Zorunlu Arabuluculuk Komisyonu
Denetim Otoritesi
Yurdışı Teşkilatı
Videolar
Sunumlar
İletişim

**BAĞLANTILAR**
Cumhurbaşkanlığı
TBMM
Merkez Bankası
TÜİK
Sosyal Güvenlik Kurumu

**HIZLI ERİŞİM**
EMIS Online

T.C. Hazine ve Maliye Bakanlığı © 2018 Tüm hakları saklıdır.

**ABOUT THE CRYPTO ASSET TRADING PLATFORM OPERATING UNDER THE TRADE NAME FTX.COM.**

November 14, 2022

In recent days, the public is aware of the news in both international and national press and media organs regarding the failure of a crypto asset trading platform operating on a global scale under the trade name FTX.com to fulfill its obligations to its customers.

As it is known, with the amendment made on 05.01.2021 to the Regulation on Measures to Prevent Laundering Proceeds of Crime and Financing of Terrorism, cryptoasset service providers were deemed liable under the Law No. 5549 on Prevention of Laundering Proceeds of Crime (Law No. 5549) and related legislation.   Since the designation of these institutions as obliged parties under the relevant legislation, the activities of these obliged parties have been subject to analysis and examination by our Directorate within the framework of its duties and authorities. On the other hand, the transactions and activities of the obligors operating in our country that are related to the global crypto asset trading platform with the trade name FTX.com, which is the subject of the news in the press, were carefully monitored and closely monitored by our Presidency before the news regarding FTX.com became public, and the necessary measures were taken immediately. As part of these measures, an investigation was initiated before the real and legal persons associated with the global crypto asset trading platform operating under the trade name FTX.com, within the framework of the duties and powers given to our Presidency pursuant to the law and legislation, and furthermore, the transactions made to the accounts of these related persons and institutions with banks, electronic money institutions, crypto asset service providers, etc. were suspended within the scope of Article 19/A of Law No. 5549.   The investigations of our Presidency will be concluded immediately and shared with the relevant judicial and administrative authorities.

This is respectfully announced to the public.

**Address:** T.C. Hazine ve Maliye Bakanlığı, Devlet Mahallesi Dikmen Caddesi No: 12 06420 Çankaya / ANKARA

**Phone:** 0 (312) 415 29 00

**Tax Communication Center (VIMER): 189**

## MINISTRY

Homepage

Sitemap

Mandatory Mediation Commission

Supervisory Authority

Overseas Organization

Videos

Presentations

Contact

## CONNECTIONS

Presidency of the Republic

GRAND NATIONAL ASSEMBLY OF TURKEY

Central Bank

TUIK (TURKISH STATISTICAL INSTITUTE)

Social Security Institution

## QUICK ACCESS

EMİŞ Online

Republic of Turkey Ministry of Treasury and Finance © 2018 All rights reserved.