**Exhibit B**

**MASAK November 23 Announcement**

 

**T.C. HAZİNE VE MALİYE BAKANLIĞI**
MALİ SUÇLARI ARAŞTIRMA KURULU

TR  EN

HAKKIMIZDA   DUYURULAR   MEVZUAT   MASAK ANKET   AKLAMA SUÇU   TERÖRÜN FİNANSMANI   YAYINLAR   SSS

## FTX.COM TİCARİ UNVANIYLA FAALİYET GÖSTEREN KRİPTO VARLIK ALIM SATIM PLATFORMU HK.

23 Kasım 2022

Bilindiği üzere 14 Kasım 2022 tarihinde Başkanlığımızca yapılan bir duyuruda, FTX.com ticari unvanıyla faaliyet gösteren küresel kripto varlık alım satım platformunun ilişkili olduğu gerçek ve tüzel kişiler nezdinde, Başkanlığımıza kanun ve mevzuat uyarınca verilen görev ve yetkiler çerçevesinde bir inceleme başlatıldığı ve söz konusu ilişkili kişi ve kurumların bankalar, elektronik para kuruluşları, kripto varlık hizmet sağlayıcıları vb. yükümlüler nezdindeki hesaplarına yapılan işlemlerin, 5549 sayılı Suç Gelirlerinin Aklanmasının Önlenmesi Hakkında Kanun'un (5549 s.Kn.) 19/A maddesi kapsamında askıya alındığı, son olarak Başkanlığımız incelemelerinin ivedilikle neticelendirilerek ilgili adli ve idari mercilerle paylaşılacağı hususları kamuoyuyla paylaşılmıştı.

Konuyla ilgili olarak Başkanlığımızca devam eden incelemeler neticesinde bu aşamada;

- Müşteri emanetlerinin usulüne uygun olarak muhafaza edilmediği,
- Gerçeğe aykırı iş ve işlemlerle müşteri emanetlerinin başkaca kişi veya kişiler uhdesine geçirildiği veya yurtdışına çıkarıldığı,
- Müşterilere gerçekte olmayan kripto varlıkların aldırılıp sattırıldığı, olağan bir piyasa işleyişine aykırı bir biçimde piyasalardaki arz ve talebin fiktif bir biçimde yönetildiği

hususlarına yönelik kuvvetli suç şüphesine ulaşılmış olup, Başkanlığımızca, FTX.com'un ülkemizde ilişkili olduğu gerçek ve tüzel kişileri doğrudan veya dolaylı olarak kontrolü altına bulunduran Samuel Benjamin BANKMAN-FRIED adlı şahıs başta olmak üzere diğer başkaca kişiler hakkında 5237 sayılı Türk Ceza Kanunu'nda yer alan çeşitli öncül suçlar ve 282'nci maddesinde yer alan suçtan kaynaklanan malvarlığı değerlerini aklama suçundan soruşturma başlatılması ve şüpheli malvarlıklarına 5549 s.Kn'un 17'nci maddesi kapsamında elkoyulması talebiyle İstanbul Cumhuriyet Başsavcılığına başvuruda bulunulmuştur. Anılan başvurumuz neticesinde, şüpheliler hakkında adli soruşturma açılmış ve şüphelilerin malvarlıklarına elkoyma tedbiri uygulanmıştır.

Kamuoyuna saygıyla duyurulur.

---

**Adres:** T.C. Hazine ve Maliye Bakanlığı, Devlet Mahallesi Dikmen Caddesi No:12 06420 Çankaya / ANKARA

**Telefon:** 0 (312) 415 29 00

**Vergi İletişim Merkezi (VİMER):** 189

### BAKANLIK
Anasayfa
Site Haritası
Zorunlu Arabuluculuk Komisyonu
Denetim Otoritesi
Yurdışı Teşkilatı
Videolar
Sunumlar
İletişim

### BAĞLANTILAR
Cumhurbaşkanlığı
TBMM
Merkez Bankası
TÜİK
Sosyal Güvenlik Kurumu

### HIZLI ERİŞİM
EMIS Online

T.C. Hazine ve Maliye Bakanlığı © 2018 Tüm hakları saklıdır.

**ABOUT THE CRYPTO ASSET TRADING PLATFORM OPERATING UNDER THE TRADE NAME FTX.COM.**

November 23, 2022

As it is known, in an announcement made by our Presidency on November 14, 2022, it was stated that an investigation was initiated before the real and legal persons with whom the global crypto asset trading platform operating under the trade name FTX.com is associated, within the framework of the duties and powers given to our Presidency pursuant to the law and legislation, and that the transactions made to the accounts of such associated persons and institutions with banks, electronic money institutions, crypto asset service providers, etc. were suspended within the scope of Article 19/A of the Law No. 5549 on the Prevention of Laundering Proceeds of Crime (Law No. 5549). It was shared with the public that the transactions made to the accounts of these related persons and institutions with banks, electronic money institutions, crypto asset service providers, etc. were suspended within the scope of Article 19/A of the Law No. 5549 on the Prevention of Laundering Proceeds of Crime (Law No. 5549), and finally, the investigations of our Presidency will be concluded urgently and shared with the relevant judicial and administrative authorities.

As a result of the ongoing investigations by our Presidency on the subject, at this stage; strong criminal suspicion has been reached for

- Customer deposits are not properly safeguarded,
- Customer deposits are transferred to other persons or entities or taken abroad through untrue business and transactions,
- Buying and selling crypto-assets that do not exist, fictitiously managing the supply and demand in the markets in a way that is contrary to the normal functioning of the market

above matters and Our Presidency applied to the Istanbul Chief Public Prosecutor's Office with the request to initiate an investigation against Samuel Benjamin BANKMAN-FRIED, who directly or indirectly controls the real and legal persons associated with FTX.com in Turkey, and other persons, for various predicate offenses under the Turkish Penal Code No. 5237 and the offense of laundering the proceeds of crime under Article 282 of the Turkish Penal Code No. 5237, and to seize the assets of the suspects under Article 17 of Law No. 5549. As a result of our aforementioned application, a judicial investigation was opened against the suspects and a seizure measure was applied to their assets.

This is respectfully announced to the public.

**Address:** T.C. Hazine ve Maliye Bakanlığı, Devlet Mahallesi Dikmen Caddesi No: 12 06420 Çankaya / ANKARA

**Phone:** 0 (312) 415 29 00

**Tax Communication Center (VIMER):** 189

MINISTRY

Homepage

Sitemap

Mandatory Mediation Commission

Supervisory Authority

Overseas Organization

Videos

Presentations

Contact

CONNECTIONS

Presidency of the Republic

GRAND NATIONAL ASSEMBLY OF TURKEY

Central Bank

TUIK (TURKISH STATISTICAL INSTITUTE)

Social Security Institution

QUICK ACCESS

EMİŞ Online

Republic of Turkey Ministry of Treasury and Finance © 2018 All rights reserved.