## Exhibit C

## Translation Certification

Case 22-11068-JTD    Doc 590-3    Filed 01/27/23    Page 1 of 2

# TRANSLATION CERTIFICATION

Date: December 19, 2022

To whom it may concern:

This is to certify that the attached translation from Turkish into English is an accurate representation of the documents received by this office.

The documents are designated as:
- MASAK Nov. 14 Announcement
- MASAK Nov. 23 Announcement
- Private Claim Proceeding v. FTX TR and SNG

Rand Gharaibeh, Project Coordinator in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

*Rand Gharaibeh*

_____
Signature of Rand Gharaibeh