**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of BH Trading Ltd., Grant Kim and Peter Kim (the "Parties"); and request, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 1109(b) and 342 of Title 11 of the United States Code, that copies of all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned attorneys at the address set forth below:

| | |
|---|---|
| Thomas J. Francella, Jr.<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(T) 302-295-2000<br>tfrancella@cozen.com | Frederick Schmidt<br>COZEN O'CONNOR<br>3WTC, 175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>(T) 212-509-9400<br>eschmidt@cozen.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request encompasses, without limitation, all orders, notices, petitions, schedules, statements, objections, pleadings, applications, motions, requests, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

facsimile transmission, electronic mail, telex or otherwise that affect or purport to affect in any way, any rights or interests of the Debtors or any creditor or party-in-interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice and Service of Papers shall not be deemed or construed to be a consent to the jurisdiction of this Court, or to be a waiver of (a) the Parties' rights (i) to have final orders in matters entered only after *de novo* review by a District Court judge where a bankruptcy judge may not enter final orders or judgments, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (b) any other rights, claims, actions, setoffs, or recoupments to which the Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Parties hereby expressly reserve.

Dated: January 30, 2023

COZEN O'CONNOR

*/s/ Thomas J. Francella*
Thomas J. Francella, Jr. (DE 3835)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: tfrancella@cozen.com

*Counsel to BH Trading Ltd., Grant Kim and Peter Kim*