# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ARAM ORDUBEGIAN

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Aram Ordubegian of ArentFox Schiff LLP to represent BH Trading Ltd., Grant Kim and Peter Ime in the above-captioned matter.

Dated: January 30, 2023         */s/ Thomas J. Francella*
Thomas J. Francella, Jr. (DE No. 3835)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: tfrancella@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California pursuant to Local Rule 9010-1 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: January 30, 2023         */s/ Aram Ordubegian*
Aram Ordubegian
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
P: 213.629.7410
E-mail: Aram.Ordubegian@afslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted