# EXHIBIT A

## Transfers

**Transfers Made to the Defendants during the Avoidance Period**

| Date | Transferor | Transferee | Asset | Quantity | Valuation Date | Opening Price[1] | Value at Transfer Date (USD) |
|---|---|---|---|---|---|---|---|
| **August Interest Payment:** | | | | | | | |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | VGX | 1,698.630137 | 8/15/2022 | $ 0.325207 | $ 552 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LTC | 275.178082 | 8/15/2022 | 63.305836 | 17,420 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LINK | 3,057.534247 | 8/15/2022 | 8.775111 | 26,830 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | DOGE | 1,121,095.890411 | 8/15/2022 | 0.081698 | 91,591 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SAND | 39,535.616438 | 8/15/2022 | 1.341001 | 53,017 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LUNC | 6,836.986301 | 8/15/2022 | 0.000100 | 1 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ETH | 921.506849 | 8/15/2022 | 1,936.760498 | 1,784,738 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | USDC | 424,657.534247 | 8/15/2022 | 0.999882 | 424,607 |
| 8/15/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | BTC | 33.123288 | 8/15/2022 | 24,318.316410 | 805,503 |
| | | | | | | | $ 3,204,260 |
| **September Transfers:** | | | | | | | |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | VGX | 2,000,000.000000 | 9/6/2022 | $ 0.569791 | $ 1,139,582 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LTC | 81,000.000000 | 9/6/2022 | 60.413952 | 4,893,530 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LINK | 600,000.000000 | 9/6/2022 | 7.367953 | 4,420,772 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | DOGE | 220,000,000.000000 | 9/6/2022 | 0.062750 | 13,805,000 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SAND | 4,900,000.000000 | 9/6/2022 | 0.956607 | 4,687,374 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LUNC | 700,000.000000 | 9/6/2022 | 0.000403 | 282 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ETH | 105,000.000000 | 9/6/2022 | 1,617.240234 | 169,810,225 |
| 9/6/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | USDC | 50,000,000.000000 | 9/6/2022 | 0.999900 | 49,995,000 |
| | | | | | | | $ 248,751,765 |
| **October Transfers:** | | | | | | | |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ETH | 50,000.000000 | 10/17/2022 | $ 1,306.309570 | $ 65,315,479 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | BTC | 6,500.000000 | 10/17/2022 | 19,268.562500 | 125,245,656 |
| | | | | | | | $ 190,561,135 |
| **Outstanding Loan Fees:** | | | | | | | |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | VGX | 1,972.600137 | 10/17/2022 | $ 0.397441 | $ 784 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LTC | 319.558082 | 10/17/2022 | 51.474899 | 16,449 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LINK | 3,550.684247 | 10/17/2022 | 7.175030 | 25,476 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | DOGE | 1,301,917.810000 | 10/17/2022 | 0.058913 | 76,700 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | SAND | 45,912.326440 | 10/17/2022 | 0.777683 | 35,705 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | LUNC | 7,939.726301 | 10/17/2022 | 0.000263 | 2 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | ETH | 1,204.386849 | 10/17/2022 | 1,306.309570 | 1,573,302 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | USDC | 493,150.684200 | 10/17/2022 | 0.999961 | 493,131 |
| 10/17/2022 | Alameda Research, Ltd. | Voyager Digital, LLC / HTC Trading, Inc. | BTC | 53.423288 | 10/17/2022 | 19,268.562500 | 1,029,390 |
| | | | | | | | $ 3,250,940 |
| **Total Transfers Made to the Defendants during the Avoidance Period** | | | | | | | **$ 445,768,100** |

**Notes**
[1] Daily Opening Price in USD per Yahoo! Finance (https://finance.yahoo.com/lookup).