# Interim Financial Update

**Petition Dates Through 12/31/2022**



**Debtor Name:** *FTX Trading Ltd. et al.*
**Lead Case #:** *22-11068 (JTD)*
**Petition Dates:** *11/11/2022 & 11/14/2022*
**Report Period Ending:** *12/31/2022*
**Months Pending:** *2*
**Industry Classification:** *5239*

# Contents



I.    Interim Financial Update Cover Page

II.   Cash Update

III.  Assets Sold or Transferred (as applicable)

IV.   Professional Fees & Expenses

V.    Summary of Taxes Paid

VI.   Questionnaire

# I. Interim Financial Update Cover Page



The Debtors are filing this report based on the best available information to provide interim disclosures until such time as monthly operating reports are filed. While the Debtors have made reasonable efforts to completely and accurately report the listed information, until such time as the monthly operating reports are filed, the Debtors are unable to completely certify the accuracy of the reported information.

The Debtors maintain accounts in foreign currencies across numerous entities. Balances presented are translated at the applicable rate. Period end cash balances are translated at the month-end rate and disbursements are translated using the applicable rate for the date of the disbursement. All amounts presented are in US Dollars, unless otherwise stated.

| FTX Trading Ltd. Case No. 22-11068 (JTD) | |
|---|---|
| Lead Case | FTX Trading Ltd. et al. |
| Petition Dates | 11/11/2022, 11/14/2022 |
| Report Period Ending | 12/31/2022 |
| Months Pending | 2 |
| Industry Classification | 5239 |
| Reporting Method | Accrual |
| Debtors Full Time Employees (Current) | 195 |
| Debtor's Full-Time Employees (as of date of order for relief) | 320 |

# II. Cash Update – Disbursements thru 12/31[1]



| Disbursements by Silo | USD Value |
|---|---:|
| Alameda | $  1,209,260 |
| Dotcom | 4,418,582 |
| WRS | 8,172,367 |
| Ventures | - |
| No Silo (Deck Technologies Inc.) | 467,348 |
| Total Debtor Disbursements | $  14,267,558 |

(1) Disbursements are translated into USD at the time of payment

# II. Disbursements thru 12/31 – Alameda



| Case No. | Debtor Name | Silo | Cash Disbursements |
|----------|-------------|------|-------------------:|
| 22-11158 | Ledger Prime LLC | Alameda | $ 474,348 |
| 22-11112 | Cottonwood Grove Ltd | Alameda | 383,425 |
| 22-11066 | Alameda Research LLC | Alameda | 340,877 |
| 22-11106 | Alameda Research KK | Alameda | 10,609 |
| 22-11067 | Alameda Research Ltd | Alameda | - |
| 22-11104 | Alameda Aus Pty Ltd | Alameda | - |
| 22-11134 | Alameda Global Services Ltd | Alameda | - |
| 22-11105 | Alameda Research (Bahamas) Ltd | Alameda | - |
| 22-11069 | Alameda Research Holdings Inc. | Alameda | - |
| 22-11107 | Alameda Research Pte Ltd | Alameda | - |
| 22-11108 | Alameda Research Yankari Ltd | Alameda | - |
| 22-11078 | Alameda TR Ltd | Alameda | - |
| 22-11109 | Alameda TR Systems S de RL | Alameda | - |
| 22-11081 | Atlantis Technology Ltd | Alameda | - |
| 22-11083 | Blue Ridge Ltd | Alameda | - |
| 22-11084 | Cardinal Ventures Ltd | Alameda | - |
| 22-11085 | Cedar Bay Ltd | Alameda | - |
| 22-11136 | Cottonwood Technologies Ltd | Alameda | - |
| 22-11141 | Euclid Way Ltd | Alameda | - |
| 22-11126 | Goodman Investments Ltd | Alameda | - |
| 22-11175 | Hannam Group Inc | Alameda | - |
| 22-11150 | Hive Empire Trading Pty Ltd | Alameda | - |
| 22-11131 | Killarney Lake Investments Ltd | Alameda | - |
| 22-11177 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Alameda | - |
| 22-11155 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Alameda | - |
| 22-11156 | LedgerPrime Digital Asset Opportunities Fund, LLC | Alameda | - |
| 22-11157 | LedgerPrime Digital Asset Opportunities Master Fund LP | Alameda | - |
| 22-11159 | LedgerPrime Ventures, LP | Alameda | - |
| 22-11087 | Maclaurin Investments Ltd | Alameda | - |
| 22-11153 | North Dimension Inc | Alameda | - |
| 22-11160 | North Dimension Ltd | Alameda | - |
| 22-11154 | North Wireless Dimension Inc | Alameda | - |
| 22-11093 | SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | Alameda | - |
| 22-11094 | Strategy Ark Collective Ltd | Alameda | - |
| 22-11096 | Verdant Canyon Capital LLC | Alameda | - |
| | Total Alameda Silo Disbursements[1] | | $ 1,209,260 |

(1) Disbursements are translated into USD at the time of payment

# II. Disbursements thru 12/31 – Dotcom



| Case No. | Debtor Name | Silo | Cash Disbursements |
|----------|-------------|------|--------------------|
| 22-11102 | FTX Japan KK | Dotcom | $ 1,402,168 |
| 22-11075 | FTX Europe AG | Dotcom | 602,001 |
| 22-11161 | Quoine Pte Ltd | Dotcom | 550,766 |
| 22-11100 | FTX Exchange FZE | Dotcom | 523,172 |
| 22-11166 | FTX EU Ltd | Dotcom | 374,339 |
| 22-11110 | Blockfolio, Inc | Dotcom | 340,556 |
| 22-11123 | FTX Trading GmbH | Dotcom | 226,773 |
| 22-11120 | FTX Services Solutions Ltd | Dotcom | 180,314 |
| 22-11170 | FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Dotcom | 158,045 |
| 22-11092 | Quoine Vietnam Co | Dotcom | 17,592 |
| 22-11074 | FTX Japan Holdings KK | Dotcom | 14,036 |
| 22-11122 | FTX Structured Products AG | Dotcom | 10,009 |
| 22-11169 | FTX Switzerland GmbH | Dotcom | 6,892 |
| 22-11165 | FTX Crypto Services Ltd | Dotcom | 6,806 |
| 22-11164 | FTX Certificates GmbH | Dotcom | 5,113 |
| 22-11079 | Allston Way Ltd | Dotcom | - |
| 22-11080 | Analisya Pte Ltd | Dotcom | - |
| 22-11082 | Bancroft Way Ltd | Dotcom | - |
| 22-11113 | Crypto Bahamas LLC | Dotcom | - |
| 22-11163 | DAAG Trading, DMCC | Dotcom | - |
| 22-11114 | Deep Creek Ltd | Dotcom | - |
| 22-11116 | FTX (Gibraltar) Ltd | Dotcom | - |
| 22-11117 | FTX Canada Inc | Dotcom | - |
| 22-11118 | FTX Digital Holdings (Singapore) Pte Ltd | Dotcom | - |
| 22-11145 | FTX EMEA Ltd | Dotcom | - |
| 22-11099 | FTX Equity Record Holdings Ltd | Dotcom | - |
| 22-11101 | FTX Hong Kong Ltd | Dotcom | - |
| 22-11103 | FTX Japan Services KK | Dotcom | - |
| 22-11119 | FTX Products (Singapore) Pte Ltd | Dotcom | - |
| 22-11076 | FTX Property Holdings Ltd | Dotcom | - |
| 22-11068 | FTX Trading Ltd | Dotcom | - |
| 22-11124 | FTX Zuma Ltd | Dotcom | - |
| 22-11173 | GG Trading Terminal Ltd | Dotcom | - |
| 22-11125 | Global Compass Dynamics Ltd | Dotcom | - |
| 22-11128 | Innovatia Ltd | Dotcom | - |

# II. Disbursements thru 12/31 – Dotcom



| Case No. | Debtor Name | Silo | Cash Disbursements |
|----------|-------------|------|--------------------|
| 22-11151 | Liquid Financial USA Inc | Dotcom | - |
| 22-11086 | Liquid Securities Singapore Pte Ltd | Dotcom | - |
| 22-11152 | LiquidEX LLC | Dotcom | - |
| 22-11077 | LT Baskets Ltd | Dotcom | - |
| 22-11088 | Mangrove Cay Ltd | Dotcom | - |
| 22-11091 | Quoine India Pte Ltd | Dotcom | - |
| 22-11095 | Technology Services Bahamas Limited | Dotcom | - |
| 22-11097 | West Innovative Barista Ltd | Dotcom | - |
| 22-11098 | Western Concord Enterprises Ltd | Dotcom | - |
| 22-11132 | Zubr Exchange Ltd | Dotcom | - |
| | Total Dotcom Silo Disbursements[1] | | $ 4,418,582 |

(1) Disbursements are translated into USD at the time of payment

# II. Disbursements thru 12/31 – WRS



| Case No. | Debtor Name | Silo | Cash Disbursements |
|----------|-------------|------|-------------------|
| 22-11183 | West Realm Shires Inc | WRS | $ 6,167,472 |
| 22-11071 | West Realm Shires Services Inc. | WRS | 1,995,899 |
| 22-11174 | Good Luck Games, LLC | WRS | 8,996 |
| 22-11115 | Digital Custody Inc | WRS | - |
| 22-11143 | FTX Digital Assets LLC | WRS | - |
| 22-11167 | FTX Lend Inc | WRS | - |
| 22-11168 | FTX Marketplace, Inc | WRS | - |
| 22-11171 | FTX US Services, Inc | WRS | - |
| 22-11149 | FTX US Trading, Inc | WRS | - |
| 22-11127 | Hawaii Digital Assets Inc | WRS | - |
| 22-11073 | Ledger Holdings Inc | WRS | - |
| 22-11090 | Pioneer Street Inc | WRS | - |
| 22-11072 | West Realm Shires Financial Services Inc | WRS | - |
| | Total WRS Silo Disbursements | | $ 8,172,367 |

# II. Disbursements thru 12/31 – Ventures



| Case No. | Debtor Name | Silo | Cash Disbursements |
|---|---|---|---|
| 22-11162 | Cedar Grove Technology Services, Ltd | Ventures | $    - |
| 22-11070 | Clifton Bay Investments LLC | Ventures | - |
| 22-11111 | Clifton Bay Investments Ltd | Ventures | - |
| 22-11172 | FTX Ventures Ltd | Ventures | - |
| 22-11176 | Hilltop Technology Services LLC | Ventures | - |
| 22-11129 | Island Bay Ventures Inc | Ventures | - |
| 22-11089 | Paper Bird Inc | Ventures | - |
| | Total Ventures Silo Disbursements | | $    - |

# II. Disbursements thru 12/31 – Not Siloed



| Case No. | Debtor Name | Silo | Cash Disbursements |
|----------|-------------|------|-------------------:|
| 22-11139 | Deck Technologies Inc. | None | $ 467,348 |
| 22-11138 | Deck Technologies Holdings LLC | None | - |
| | Total Not Siloed Entities Disbursements | | $ 467,348 |

# II. Cash Update – Bank Balances as of 12/31



| Cash Balances by Silo | Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Debtor Accounts | | | | |
| Alameda | $ 847,867,260 | $ 28,721,322 | $ - | $ 876,588,583 |
| Dotcom | 143,121,007 | 134,441,606 | 4,000,000 | 281,562,613 |
| WRS | 234,912,817 | 24,516,268 | 1,270,700 | 260,699,785 |
| Ventures | 8,831,399 | - | - | 8,831,399 |
| Not Siloed[2] | 159,553 | - | - | 159,553 |
| Total Debtor Accounts | $ 1,234,892,036 | $ 187,679,197 | $ 5,270,700 | $ 1,427,841,933 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein
(2) Represents bank account at Deck Technologies, Inc., a Debtor entity that is not in a Silo

# II. Cash Update – Bank Balances as of 12/31



| | Alameda Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| Cash Balances by Entity | Unrestricted | Custodial[(1)] | Other Restricted | Total Cash |
| Alameda Research Ltd | $ 360,974,342 | $ 27,919,812 | $ - | $ 388,894,154 |
| Maclaurin Investments Ltd. | 3,872,847 | - | - | 3,872,847 |
| Ledger Prime LLC | 2,230,765 | - | - | 2,230,765 |
| North Dimension Inc | - | 800,875 | - | 800,875 |
| Alameda Research LLC | 460,434,392 | 635 | - | 460,435,027 |
| Alameda Research KK | 16,062,533 | - | - | 16,062,533 |
| LedgerPrime Digital Asset Opportunities Fund, LLC | 524,397 | - | - | 524,397 |
| LedgerPrime Digital Asset Opportunities Master Fund LP | 3,457,187 | - | - | 3,457,187 |
| Cottonwood Grove Ltd | 311,721 | - | - | 311,721 |
| Hive Empire Trading Pty Ltd | (924) | - | - | (924) |
| Goodman Investments Ltd. | - | - | - | - |
| Alameda Aus Pty Ltd | - | - | - | - |
| Alameda Global Services Ltd | - | - | - | - |
| Alameda Research (Bahamas) Ltd | - | - | - | - |
| Alameda Research Holdings Inc. | - | - | - | - |
| Alameda Research Pte Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| | Alameda Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| **Cash Balances by Entity** | **Unrestricted** | **Custodial**[1] | **Other Restricted** | **Total Cash** |
| Alameda Research Yankari Ltd | - | - | - | - |
| Alameda TR Ltd | - | - | - | - |
| Alameda TR Systems S de RL | - | - | - | - |
| Atlantis Technology Ltd | - | - | - | - |
| Blue Ridge Ltd | - | - | - | - |
| Cardinal Ventures Ltd | - | - | - | - |
| Cedar Bay Ltd | - | - | - | - |
| Cottonwood Technologies Ltd | - | - | - | - |
| Euclid Way Ltd | - | - | - | - |
| Hannam Group Inc | - | - | - | - |
| Killarney Lake Investments Ltd | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | - | - | - | - |
| LedgerPrime Ventures, LP | - | - | - | - |
| North Dimension Ltd | - | - | - | - |
| North Wireless Dimension Inc | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| Cash Balances by Entity | Alameda Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | - | - | - | - |
| Strategy Ark Collective Ltd | - | - | - | - |
| Verdant Canyon Capital LLC | - | - | - | - |
| **Total Alameda Debtor Accounts** | $ 847,867,260 | $ 28,721,322 | $ - | $ 876,588,583 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| | Dotcom Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| **Cash Balances by Entity** | **Unrestricted** | **Custodial**[1] | **Other Restricted** | **Total Cash** |
| FTX Japan K.K. | $ 126,005,904 | $ 55,542,664 | $ - | $ 181,548,568 |
| FTX EU Ltd | 1,294,621 | 49,556,716 | - | 50,851,337 |
| Quoine Pte Ltd | 1,242,927 | 7,108,743 | - | 8,351,669 |
| FTX Exchange FZE | 1,296,341 | - | 4,000,000 | 5,296,341 |
| FTX Trading Ltd | 1,016,546 | 19,197,495 | - | 20,214,040 |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | 36,281 | 3,035,989 | - | 3,072,269 |
| FTX Europe AG | 2,531,631 | - | - | 2,531,631 |
| Blockfolio, Inc. | 2,373,244 | - | - | 2,373,244 |
| Crypto Bahamas LLC | 900,000 | - | - | 900,000 |
| FTX Japan Services KK | 802,786 | - | - | 802,786 |
| Quoine Vietnam Co. Ltd | 484,966 | - | - | 484,966 |
| FTX Japan Holdings K.K. | 510,903 | - | - | 510,903 |
| FTX Digital Holdings (Singapore) Pte Ltd | 259,565 | - | - | 259,565 |
| FTX Trading GmbH | 76,695 | - | - | 76,695 |
| FTX Switzerland GmbH | 17,306 | - | - | 17,306 |
| Quoine India Pte Ltd | 3,203,942 | - | - | 3,203,942 |
| Innovatia Ltd | 40,689 | - | - | 40,689 |
| Zubr Exchange Ltd | 1,026,633 | - | - | 1,026,633 |
| Liquid Securities Singapore Pte Ltd | - | - | - | - |
| FTX Crypto Services Ltd. | - | - | - | - |
| FTX Property Holdings, Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| | Dotcom Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| **Cash Balances by Entity** | **Unrestricted** | **Custodial**[(1)] | **Other Restricted** | **Total Cash** |
| FTX Services Solutions Ltd | - | - | - | - |
| FTX Structured Products AG | - | - | - | - |
| FTX Certificates GmbH | - | - | - | - |
| Allston Way Ltd | - | - | - | - |
| Analisya Pte Ltd | - | - | - | - |
| Bancroft Way Ltd | - | - | - | - |
| DAAG Trading, DMCC | - | - | - | - |
| Deep Creek Ltd | - | - | - | - |
| FTX (Gibraltar) Ltd | - | - | - | - |
| FTX Canada Inc | - | - | - | - |
| FTX EMEA Ltd | - | - | - | - |
| FTX Equity Record Holdings Ltd | - | - | - | - |
| FTX Hong Kong Ltd | - | - | - | - |
| FTX Products (Singapore) Pte Ltd | - | - | - | - |
| FTX Zuma Ltd | - | - | - | - |
| GG Trading Terminal Ltd | - | - | - | - |
| Global Compass Dynamics Ltd | - | - | - | - |
| Liquid Financial USA Inc | - | - | - | - |
| LiquidEX LLC | - | - | - | - |
| LT Baskets Ltd | - | - | - | - |
| Mangrove Cay Ltd | - | - | - | - |
| Technology Services Bahamas Limited | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| | Dotcom Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| Cash Balances by Entity | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| West Innovative Barista Ltd | - | - | - | - |
| Western Concord Enterprises Ltd | - | - | - | - |
| Total Dotcom Debtor Accounts | $ 143,121,007 | $ 134,441,606 | $ 4,000,000 | $ 281,562,613 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| Cash Balances by Entity | WRS Debtor Bank Account Balances as of December 31, 2022 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| West Realm Shires Services Inc. | $ 7,274,871 | $ 24,516,268 | $ 1,270,700 | $ 33,061,840 |
| West Realm Shires Inc. | 225,345,636 | - | - | 225,345,636 |
| West Realm Shires Financial Services Inc. | 225,714 | - | - | 225,714 |
| FTX Lend Inc. | 484,738 | - | - | 484,738 |
| Ledger Holdings Inc. | 71,465 | - | - | 71,465 |
| Digital Custody Inc. | 982,258 | - | - | 982,258 |
| Hawaii Digital Assets Inc. | 19,840 | - | - | 19,840 |
| FTX Digital Assets LLC | 500,000 | - | - | 500,000 |
| Good Luck Games, LLC | 8,295 | - | - | 8,295 |
| FTX Marketplace, Inc | - | - | - | - |
| FTX US Services, Inc | - | - | - | - |
| FTX US Trading, Inc | - | - | - | - |
| Pioneer Street Inc. | - | - | - | - |
| **Total WRS Debtor Accounts** | $ 234,912,817 | $ 24,516,268 | $ 1,270,700 | $ 260,699,785 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| Cash Balances by Entity | Ventures Debtor Bank Account Balances as of December 31, 2022 | | | |
| --- | --- | --- | --- | --- |
|  | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Paper Bird Inc | $ 7,906,893 | $ - | $ - | $ 7,906,893 |
| Clifton Bay Investments Ltd | 144,965 | - | - | 144,965 |
| FTX Ventures Ltd | 779,542 | - | - | 779,542 |
| Cedar Grove Technology Services, Ltd | - | - | - | - |
| Clifton Bay Investments LLC | - | - | - | - |
| Island Bay Ventures Inc | - | - | - | - |
| Ventures Silo Account | - | - | - | - |
| **Total Ventures Debtor Accounts** | $ 8,831,399 | $ - | $ - | $ 8,831,399 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 12/31



| Cash Balances by Entity | Not Siloed Debtor Bank Account Balances as of December 31, 2022 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial(1) | Other Restricted | Total Cash |
| Deck Technologies Inc. | $ 159,533 | $ - | $ - | $ 159,533 |
| Deck Technologies Holdings LLC | - | - | - | - |
| **Total Not Siloed Debtor Accounts** | $ **159,533** | $ **-** | $ **-** | $ **159,533** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# III. Assets Sold or Transferred



As of 12/31/2022, no assets were sold or transferred outside of normal course

| Consolidated Asset Sales Across All Silos | Petition Date Through 12/31/2022 |
|---|---|
| Total cash sale price for assets | - |
| Total payments to third parties incident to assets | - |
| Net Proceeds | - |

# IV. Professional Fees & Expenses



As of 12/31/2022, no bankruptcy professional fees were paid

| Debtor's Professional Fees & Expenses (Bankruptcy) | | | | | |
|---|---|---|---|---|---|
| **Firm Name** | **Role** | **Approved Current Month** | **Approved Cumulative** | **Paid Current Month** | **Paid Cumulative** |
| | | - | - | - | - |
| | Aggregate Total | - | - | - | - |

# IV. Professional Fees & Expenses



As of 12/31/2022, no nonbankruptcy professional fees were paid

| Debtor's Professional Fees & Expenses (Nonbankruptcy) | | | | | |
|---|---|---|---|---|---|
| Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|  |  | - | - | - | - |
|  | Aggregate Total | - | - | - | - |

# V. Summary of Taxes Paid



| Consolidated Taxes Paid Across All Silos | Petition Date Through 12/31/2022 |
|---|---|
| Postpetition income taxes paid (local, state, and federal) | - |
| Postpetition employer payroll taxes paid | 670,340 |
| Postpetition property taxes paid | - |
| Postpetition other taxes paid (local, state, and federal) | 3,176 |
| Total Postpetition Taxes Paid | $ 673,516 |

# IV. Questionnaire



| FTX Trading Ltd. Case No. 22-11068 (JTD) | |
|---|---|
| Were any payments made on prepetition debt? | Yes |
| Were any payments made outside the ordinary course of business without court approval? | No |
| Were any payments made to or on behalf of insiders? | Yes[1] |
| Are you current on postpetition tax return filings? | Yes |
| Are you current on Postpetition estimated tax payments? | Yes |
| Were all trust fund taxes remitted on a current basis? | Yes |
| Was there any postpetition borrowing, other than trade credit? | No |
| Were all payments made to or on behalf of professionals approved by the court? | N/A |
| Do the Debtors Have: | |
| Worker's compensation insurance?[2] | Yes |
| If yes, are the premiums current? | Yes |
| Casualty/property insurance? [2] | Yes |
| If yes, are the premiums current? | Yes |
| General liability insurance? [2] | Yes |
| If yes, are the premiums current? | Yes |
| Has a plan of reorganization been filed with the court? | No |
| Has a disclosure statement been filed with the court? | No |
| Are the Debtors current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes |

(1)  Insider payments were made in the ordinary course of business and do not include any payments to the founders or their relatives
(2)  Insurance is being evaluated across the entities and deficiencies are being addressed where identified