## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on January 31, 2023, the ***Debtors' Responses and Objections to the United States Trustee's First Request for the Production of Documents to the Debtors*** and the ***Debtors' Responses and Objections to United States Trustee's First Set of Interrogatories to Debtors*** in connection with the *Motion of the United States Trustee for Entry of an order Directing the Appointment of an Examiner* [D.I. 176] were served on the Office of the United States Trustee in the manner indicated below:

**VIA E-MAIL**
Office of the United States Trustee
Juliet M. Sarkessian
Joseph McMahon
Benjamin A. Hackman
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: Juliet.M.Sarkessian@usdoj.gov
        Joseph.McMahon@usdoj.gov
        Benjamin.A.Hackman@usdoj.gov

**VIA E-MAIL**
Office of the United States Trustee
David Gerardi
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102
E-mail:  David.Gerardi@usdoj.gov

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069881.}

Dated: February 1, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*