# EXHIBIT A:

**State Agencies or Attorney Generals' Offices' Letters in Support**



**Department of Commerce, Community and Economic Development**

Division of Banking & Securities

550 W 7TH AVE, STE 1850
Anchorage, AK 99501
Main: 907.269.8140

Toll free: 888.925.2521
Fax: 907.269.8146

January 30, 2023

*Sent via electronic mail*

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
Layla.Milligan@oag.texas.gov
Abigail.Ryan@oag.texas.gov

RE: Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner, Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Robert H. Schmidt
Director
State of Alaska
Division of Banking & Securities




February 1, 2023                                         SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email:  Roma.Desai@oag.texas.gov
        Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*J. Campbell McLaurin III*

J. Campbell McLaurin III
Commissioner (*interim*)
Arkansas Securities Department



STATE OF CALIFORNIA
**Department of Financial Protection and Innovation**
GOVERNOR **Gavin Newsom** · COMMISSIONER **Clothilde V. Hewlett**

February 1, 2023                                              SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
        Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

The California Department of Financial Protection and Innovation is in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Sincerely,

Clothilde V. Hewlett
Commissioner
California Department of Financial Protection and Innovation

By

*Mary Ann Smith*
_____
Mary Ann Smith
Deputy Commissioner
Enforcement Division



Commissioner Russell C. Weigel, III

February 1, 2023                                                                                               SENT BY EMAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
           Layla.Milligan@oag.texas.gov
           Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan:

The State of Florida, Office of Financial Regulation ("OFR") is in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). The OFR has carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Sincerely,


*s/ George C. Bedell III*

George C. Bedell III
Chief Counsel
Administrative and Civil Litigation
Office of General Counsel



**JOSH GREEN, M.D.**
GOVERNOR | KE KIAʻĀINA

**SYLVIA LUKE**
LIEUTENANT GOVERNOR | KA HOPE KIAʻĀINA

**STATE OF HAWAII | KA MOKUʻĀINA ʻO HAWAIʻI**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**KA ʻOIHANA PILI KĀLEPA**
**BUSINESS REGISTRATION DIVISION**
**SECURITIES ENFORCEMENT BRANCH**
335 MERCHANT STREET, ROOM 205, HONOLULU, HAWAII 96813
P.O. BOX 40, HONOLULU, HAWAII 96810
Phone Number:  (808) 586-2740
Fax Number:  (808) 586-3977
Investing.hawaii.gov

**NADINE Y. ANDO**
DIRECTOR | KA LUNA HOʻOKELE

**DEAN I HAZAMA**
DEPUTY DIRECTOR | KA HOPE LUNA HOʻOKELE

**TY Y. NOHARA**
ACTING COMMISSIONER OF SECURITIES

January 30, 2023

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
        Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

|   | VIA U.S. MAIL |
|---|---|
|   | VIA CERTIFIED MAIL |
|   | VIA FACSIMILE |
| X | VIA ELECTRONIC MAIL |

Re: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Rayni M. Nakamura-Watanabe

RMNW



**BRAD LITTLE**
Governor

**PATRICIA R. PERKINS**
Director

January 30, 2023

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

**SENT VIA ELECTRONIC MAIL**

Email: Roma.Desai@oag.texas.gov
       Layla.Milligan@oag.texas.gov
       Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*John Yaros*

John Yaros
Bureau Chief

**SECURITIES BUREAU**
Bureau Chief - John Yaros
11341 W. Chinden Blvd., Suite A300, Boise ID 83714-1021
Mail To: P.O. Box 83720, Boise ID 83720-0031
Phone: (208) 332-8004 Fax: (208) 332-8099
http://finance.idaho.gov

PROTECTING THE INTEGRITY OF IDAHO FINANCIAL MARKETS SINCE 1905



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

SENT VIA ELECTRONIC MAIL

January 30, 2022

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
         Layla.Milligan@oag.texas.gov
         Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

John P. Reding
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General of Illinois
100 West Randolph Street, Fl. 13-225
Chicago, IL 60601
John.reding@ilag.gov



**Andy Beshear**
GOVERNOR

**Jacqueline Coleman**
LIEUTENANT GOVERNOR

# PUBLIC PROTECTION CABINET
**Kentucky Department of Financial Institutions**
500 Mero Street, 2SW19
Frankfort, KY 40601
Phone: (502) 573-3390
KFI@ky.gov

**Ray A. Perry**
SECRETARY

**Justin M. Burse**
ACTING COMMISSIONER

January 31, 2023                                                SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
        Layla.Milligan@oag.texas.gov
        Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Texas Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

    The Kentucky Department of Financial Institutions has reviewed the Texas Attorney General's *Joinder*, which will be filed in the bankruptcy case on February 1, 2023, in Delaware Bankruptcy Case No. 22-11068-JTD . The Kentucky Department of Financial Institutions supports the *Joinder*, believing that a third-party neutral serving as the appointed examiner would greatly benefit the FTX Bankruptcy proceedings. Your agency is expressly authorized and encouraged to share this letter with the presiding U.S. Bankrutpcy Judge over this matter, Honorable John T. Dorsey.

Thank you for your assistance and courtesy,

*Marni Rock Gibson*

Marni Rock Gibson
Deputy Commissioner and Securities Administrator
Kentucky Department of Financial Institutions



KFI.KY.GOV                                                      An Equal Opportunity Employer M/F/D



**STATE OF MAINE**
**DEPARTMENT OF PROFESSIONAL AND FINANCIAL REGULATION**
OFFICE OF SECURITIES
121 STATE HOUSE STATION
AUGUSTA, ME
04333-0121

Janet T. Mills
GOVERNOR

Edward E. Moran
ACTING SECURITIES ADMINISTRATOR

January 31, 2023                  SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
Layla.Milligan@oag.texas.gov
Abigail.Ryan@oag.texas.gov

RE: Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner, Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Edward E. Moran
Acting Securities Administrator
Edward.moran@maine.gov



PRINTED ON RECYCLED PAPER

PHONE: (207) 624-8551
TTY users call Maine Relay 711
FAX: (207) 624-8404
www.investors.maine.gov

OFFICE LOCATED AT:
76 NORTHERN AVENUE
GARDINER, MAINE 04345
PLEASE USE THIS ADDRESS
FOR PRIVATE MAIL CARRIERS ONLY



| | | |
|---|---|---|
| **ANTHONY G. BROWN**<br>*Attorney General* | | **CANDACE MCLAREN LANHAM**<br>*Chief of Staff*<br><br>**CAROLYN A. QUATTROCKI**<br>*Deputy Attorney General* |

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| FACSIMILE NO.<br>410-576-6532 | WRITER'S DIRECT DIAL NO.<br>410-576-6950 |

February 1, 2023

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
   Layla.Milligan@oag.texas.gov
   Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Max F. Brauer
Assistant Attorney General

# NEW HAMPSHIRE DEPARTMENT OF STATE
## BUREAU OF SECURITIES REGULATION



Barry J. Glennon
Director

January 31, 2023                                             SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
    Layla.Milligan@oag.texas.gov
    Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Sincerely,

Michael Kirwin
Staff Attorney, New Hampshire Bureau of Securities Regulation

# McElroy Deutsch

570 Broad Street
Suite 1401
Newark, NJ  07102
**T:** 973.622.7711 | **F:** 973.622.5314
MDMC-LAW.COM

---

JEFFREY BERNSTEIN, ESQ.
(973) 565-2183
jbernstein@mdmc-law.com

February 1, 2023

**VIA E-MAIL DELIVERY**
Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Roma.Desai@oag.texas.gov
Layla.Milligan@oag.texas.gov
Abigail.Ryan@oag.texas.gov

      Re:   *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner*
            Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

    We are counsel to the New Jersey Bureau of Securities.  We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

    Thank you for your assistance and courtesies.

                         Very truly yours,

                         */s/ Jeffrey Bernstein*

              McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP



# State of North Carolina
## Department of the Secretary of State

ELAINE F. MARSHALL
SECRETARY OF STATE

February 1, 2023                                                  SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
       Layla.Milligan@oag.texas.gov
       Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner*, Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

Sherrell L. Forbes
Deputy Director, Securities Division
N. C. Department of the Secretary of State



**MELANIE HALL**
**ADMINISTRATOR**

**J. KEVIN STITT**
**GOVERNOR**

**STATE OF OKLAHOMA**
**DEPARTMENT OF SECURITIES**

January 31, 2023

**VIA ELECTRONIC MAIL**

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Roma.Desai@oag.texas.gov
Layla.Milligan@oag.texas.gov
Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Mesdames Desai, Milligan, and Ryan,

We are in receipt of the Texas Attorney General's Joinder in the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Regards,

*Melanie Hall*

Melanie Hall
Administrator
Oklahoma Department of Securities



January 31, 2023                                              SENT VIA ELECTRONIC MAIL

Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Email: Roma.Desai@oag.texas.gov
       Layla.Milligan@oag.texas.gov
       Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

*Elizabeth Bowling (Jan 31, 2023 15:23 CST)*

Elizabeth Bowling
Assistant Commissioner, Tennessee Department of Commerce and Insurance
Securities Division

---



Karima M. Woods, Commissioner

January 30, 2023

<u>SENT VIA ELECTRONIC MAIL</u>
Roma Desai
Layla Milligan
Abigail Ryan
Assistant Attorneys General
Bankruptcy & Collections Division
Texas Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Email: Roma.Desai@oag.texas.gov
       Layla.Milligan@oag.texas.gov
       Abigail.Ryan@oag.texas.gov

RE: *Joinder of The Texas State Securities Board and Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner,* Case No. 22-11068-JTD, United States Bankruptcy Court, District of Delaware

Dear Ms. Desai, Ms. Milligan, and Ms. Ryan,

We are in receipt of the Texas Attorney General's Joinder, which will be filed in the bankruptcy case on February 1, 2023, in the above captioned case (the "Joinder"). We have carefully reviewed and support the Joinder. You are expressly authorized and encouraged to share this letter with the Honorable John T. Dorsey, U.S. Bankruptcy Judge for the District of Delaware, who is presiding over this case.

Thank you for your assistance and courtesies.

Regards,

*Stephen Bouchard*

Stephen Bouchard
Associate Commissioner for Securities