# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : : : : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : : : | Case No. 22-11068 (JTD) (Jointly Administered) |
| Debtors. | : : : | |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on February 2, 2023, I served a copy of the *Notice of Service of Discovery* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Sharon Cohen Levin
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
levinsc@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |
| Dated: February 2, 2023<br>Wilmington, Delaware | By: /s/ *Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |