**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> Re:  D.I. 579, 580 & 588 |

**CERTIFICATE OF SERVICE**

I, Benjamin Hackman, certify that on February 2, 2023, I served a copy of the *Limited Objection of the United States Trustee to Rule 2004 Motions* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |

Dated: February 2, 2023
       Wilmington, Delaware

By: */s/ Benjamin Hackman*
Juliet Sarkessian
Benjamin Hackman
Trial Attorneys
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov