# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## UNITED STATES TRUSTEE'S INTENTION TO OFFER WITNESS TESTIMONY

Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "U.S. Trustee"), by and through his undersigned counsel, hereby gives notice of his intent to call the following witness(es) at the February 6, 2023 hearing on the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] (the "Examiner Motion"):

1. Name of Witness and Relevant Motion for Relief: John J. Ray III; the Examiner Motion.

2. Declaration or Proffer: In the first instance, the U.S. Trustee intends to rely on the declarations of Mr. Ray as filed at D.I. 24 and 92, and the testimony of Mr. Ray filed at D.I. 371 Ex. A, however, the U.S. Trustee reserves the right to call Mr. Ray as a live witness on direct examination, as well.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3. <u>Location of Witness</u>: The U.S. Trustee understands Mr. Ray will be present in the courtroom.

4. <u>Whether Witness Will Have Any Documents with Him</u>: The U.S. Trustee expects Mr. Ray will have a hearing/exhibit binder to refer to during his testimony.

5. <u>Parties Who May Seek To Cross-Examine Witness, and Their Respective Counsel</u>: the Debtors (Sullivan & Cromwell LLP and Landis Rath & Cobb LLP); the Official Committee of Unsecured Creditors (Paul Hastings LLP and Young Conaway Stargatt & Taylor, LLP); the Joint Provisional Liquidators of FTX Digital Markets Ltd. (White & Case LLP and Richards, Layton & Finger, P.A.); and parties who filed joinders (or letters in support of) the Examiner Motion (counsel information at D.I. 263, 339 & 600).

The U.S. Trustee reserves the right to cross-examine any witnesses that the Debtors, Official Committee of Unsecured Creditors, Joint Provisional Liquidators, or joining parties call.

Dated: February 2, 2023
      Wilmington, Delaware

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Juliet M. Sarkessian*
Juliet M. Sarkessian
Trial Attorney
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[2] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

   I, Benjamin Hackman, certify that on February 2, 2023, I served a copy of the *United States Trustee's Intention To Offer Witness Testimony* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

Richards, Layton & Finger, P.A.
Kevin Gross
Paul N. Heath
Brendan J. Schlauch
David T. Queroli
One Rodney Square
920 N. King Street
Wilmington, DE 19801
E-mail: gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

White & Case LLP
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brandon Batzel
Brett L. Bakemeyer
1221 Avenue of the Americas
New York, NY 10020
E-mail: jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brandon.batzel@whitecase.com
brett.bakemeyer@whitecase.com

White & Case LLP
Thomas E Lauria
Richard S. Kebrdle
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
E-mail: tlauria@whitecase.com
rkebrdle@whitecase.com

Michael D. Morris
Assistant Attorney General
Attorneys for Wisconsin Department of Financial Institutions
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
E-mail: morrismd@doj.state.wi.us

Vermont Department of Financial Regulation
Jennifer Rood, Assistant General Counsel
89 Main Street, Third Floor
Montpelier, VT 05620
E-mail: Jennifer.rood@vermont.gov

Texas State Securities Board and Texas
Department of Banking
Roma N. Desai
Layla D. Milligan
Abigail R. Ryan
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548 MC008
Austin, Texas 78711-2548
E-mail: roma.desai@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov

Dated: February 2, 2023  
      Wilmington, Delaware

By: */s/ Benjamin Hackman*  
Juliet Sarkessian  
Benjamin Hackman  
Trial Attorneys  
United States Department of Justice  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 N. King Street, Room 2207, Lockbox 35  
Wilmington, DE 19801  
(302) 573-6491  
juliet.m.sarkessian@usdoj.gov  
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi  
Trial Attorney  
One Newark Center  
1085 Raymond Boulevard  
Suite 2100  
Newark, NJ  07102  
(973) 645-3014 (Phone)  
(973) 645-5993 (Fax)  
david.gerardi@usdoj.gov