# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br>Ref. Nos. 275 & 524 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. On December 21, 2022, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors Nunc Pro Tunc to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 275] (the "Application") attaching as Exhibit B thereto the *Declaration of Bruce Mendelsohn in Support of the Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors Nunc Pro Tunc to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h)* (the "Mendelsohn Declaration").

2. On January 18, 2023, the Debtors filed the *Debtors' Supplement to Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Investment Banker to the Debtors <u>Nunc Pro Tunc</u> to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 524] and attached as Exhibit B thereto the *Supplemental Declaration of Bruce Mendelsohn in Support of the Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors* Nunc Pro Tunc *to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h)* (collectively, the "<u>Supplement</u>").

3. On February 1, 2023, the Debtors filed the *Second Supplemental Declaration of Bruce Mendelsohn in Support of the Debtors' Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors <u>Nunc Pro Tunc</u> to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(h)* [D.I. 603] (the "<u>Supplemental Mendelsohn Declaration</u>").

4. The Debtors received informal comments (the "<u>Informal Comments</u>") with respect to the Application, the Mendelsohn Declaration, and the Supplement from the United States Trustee (the "<u>U.S. Trustee</u>") and the Official Committee of Unsecured Creditors (the "<u>Committee</u>").

5. To resolve the Informal Comments, the Debtors filed the Supplemental Mendelsohn Declaration and revised the form of order attached to the Supplement and the Amended Engagement Agreement attached thereto. A copy of the revised form of order (the "<u>Revised Order</u>") is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the proposed form of order attached to the Application is attached hereto as **Exhibit B**. The U.S. Trustee and the Committee have no objection to the entry of the Revised Order. In

accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

6. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: February 2, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ Kimberly A. Brown</u>
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*