# **Exhibit B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 582___** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
PURSUANT TO SECTION 542 OF THE BANKRUPTCY CODE
DIRECTING THE TURNOVER OF ASSETS**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors

and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order")

directing Interactive Brokers LLC ("Interactive Brokers" or "IB") to turn over assets of the

Debtors and transfer the Assets into accounts ~~designed~~designated by the Debtors as set forth

herein; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference* from the United States District Court for

the District of Delaware, dated February 29, 2012 [ECF. No. 94]; and this Court being able to

issue a final order consistent with Article III of the United States Constitution; and venue of these

Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and

1409; and upon consideration of the Motion; and the requested relief being a core proceeding

pursuant to 28 U.S.C. § 157(b); and finding that adequate notice of the Motion having been

given; and it appears that no other or further notice need be given; and upon the record of any

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Capitalized terms not defined herein shall have the meanings set forth in the Motion.

hearing held to consider the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and Interactive Brokers being ready, willing, and able to transfer the Assets as requested by the Debtors upon entry of this Order by the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted as set forth herein.

2.    Interactive Brokers shall and is hereby authorized and directed to (i) transfer the Assets in the Alameda Research Ltd. IB Account (account no. UXXXX1808) to the ~~WA Account~~account designated by the Debtors in the name of Alameda Research LLC at Western Alliance Bank within 7 days; and (ii) transfer (or liquidate and transfer, as applicable) the Assets in the ~~FTX Europe~~Digital Assets DA AG IB Accounts (account nos. UXXX9483 and UXXX3401) as directed by John J. Ray III, an authorized representative of the Debtors~~.~~ (collectively, (i) and (ii), the "Transfers").

3.    Interactive Brokers is hereby authorized and directed to provide to the Debtors copies of all historical account statements for each of the IB Accounts set forth in paragraph 2 above.

4.    The Debtors and Interactive Brokers shall take reasonable steps to provide for a secure and effective transfer of the Assets and maintain records with respect to ~~such transfers~~the Transfers.

5.    The Debtors and Interactive Brokers are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.    Interactive Brokers shall have no liability to any party on account of following the

-3-

Debtors' instructions in accordance with this Order.

7.        This Order shall remain binding upon a Chapter 7 or 11 trustee appointed in these Chapter 11 Cases, if any, upon any successor(s) to the Debtors and may not be modified or altered by any confirmed Chapter 11 plan of reorganization or liquidation in these cases, including any confirmation order, if any.

6.8.    The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7.9.    This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation or interpretation of this Order.

Dated: _____, 2023
          Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge