# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 6, 2023, AT 09:30 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

---

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY FEBRUARY 6, 2023 AT 07:30 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfumrqDIvHDfYLz7kV11Z9y1GDn_DyyA

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When: February 6, 2023 at 09:30 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**MATTER GOING FORWARD:**

1. Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 176, filed on December 1, 2022]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] **Amended items appear in bold.**

Response Deadline: January 25, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Objection of the Official Committee of Unsecured Creditors to Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 571, filed on January 25, 2023]

B. Limited Objection and Response of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 572, filed on January 25, 2023]

C. Debtors' Objection to Motion to Appoint Examiner Filed by U.S. Trustee [D.I. 573, filed on January 25, 2023]

Related Documents:

A. State of Wisconsin's Joinder to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 263, filed on December 21, 2022]

B. Vermont Department of Financial Regulation's Joinder to Motion for Entry of an Order Appointing an Examiner [D.I. 339, filed on January 3, 2023]

C. Notice of Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 513, filed on January 17, 2023]

D. Declaration of James L. Bromley in Support of Debtors' Objection to Motion of the United States Trustee for Entry of Order Directing the Appointment of an Examiner [D.I. 576, filed on January 25, 2023]

E. Notice of Debtors' Intent to Offer Witness Testimony at the Hearing on February 6, 2023 [D.I. 583, filed on January 25, 2023]

F. Joinder of the Texas State Securities Board and Texas Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner [D.I. 600, filed on February 1, 2023]

G. United States Trustee's Omnibus Reply to Objections to Motion for Entry of an Order Directing the Appointment of an Examiner [D.I. 601, filed on February 1, 2023]

H. **United States Trustee's Intention to Offer Witness Testimony [D.I. 609, filed on February 2, 2023]**

I. **Declaration of Brian D. Glueckstein in Further Support of Debtors' Objection**

{1368.002-W0069897.}    2

to Motion of the United States Trustee for Entry of Order Directing the Appointment of an Examiner **[D.I. 613, filed on February 3, 2023]**

J. **Final Pretrial Order [D.I. 617, filed on February 3, 2023]**

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: February 4, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |