**CASE NAME: *FTX Trading Ltd., et al.***  **SIGN-IN SHEET**  **COURTROOM LOCATION: 5**
**CASE NO: 22-11068 (JTD)**                             **DATE: 02/6/2023 at 9:30 a.m. (ET)**

| <u>Name</u> | <u>Law Firm/Company</u> | <u>Client Representing</u> |
|---|---|---|
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| ███████████ | ███████████ | ███████████ |

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 2/6/2023 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sarah Paul | Eversheds | Ad Hoc Committee of Non-US Customers of Ftx.com |
| Eric Schwartz | Morris, Nichols | " " |
| Juliet Sarkessian | U.S. Trustees | |
| Ken Pasquale | Paul Hastings | Committee |
| Matt Lunn | Yang Coleny | Committee |
| Rob Poppiti | Yang Coleny | Committee |
| Chris Shore | White & Case | JPLS Bahamas |
| Brett Bakemeyer | " " | JPLS Bahamas |
| Paul Heath | Richards, Layton & Finger | JPLS Bahamas |
| Kevin Gross | " " | JPLS Bahamas |
| Dave Queroli | " " | JPLS Bahamas |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 2/6/2023 (9:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| CRAIG WOLFE | MORGAN LEWIS | EMERGENT FIDELITY TECHNOLOGIES LTD |
| Jody Barillare | Morgan Lewis | Emergent Fidelity Tech. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

9:30am    FTX Trading Ltd.    (22-11068)    Motion to Approve Examiner    2-6-2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Chad | Flick | n/a | |
| Edward | Schnitzer | party in interest | Montgomery McCracken Walker & Rhoads LLP |
| Michael | Delaney | Interested Party | BakerHostetler LLP |
| Dan | Moss | N/A | Jones Day |
| Ryan | Sims | N/A | Jones Day |
| Adam | Goldberg | Interested party | Latham & Watkins LLP |
| Joshua | Oliver | Financial Times - journalist | |
| Alex | Wilson | N/A | Jones Day |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Mark | Rasmussen | N/A | Jones Day |
| Sam | Williamson | FTX | Quinn Emanuel Urquhart & Sullivan LLP |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Jennifer | Rood | Vermont Department of Financial Regulation | |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan,  LLP |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP |
| Randall | Chase | associated press | associated press |
| Richard | Pedone | Interested Party | Nixon Peabody LLP |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Jiun-Wen | Teoh | Interested Party | Foley Hoag LLP |
| Ruth | Ramjit | Observer | |
| James | Murphy | self | |
| Christopher | Stauble | Interested Party | Weil,  Gotshal & Manges LLP |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Christiana | Johnson | N/A | Schulte Roth & Zabel |
| Kenneth | Friedman | Self | |
| Jasmine | Ball | Paradigm Operations LP | Debevoise & Plimpton LLP |

| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper Hamilton Sanders LLP |
|--------|---------|------------------------|--------------------------------------|
| Magali | Duque | Paradigm Operations LP | Debevoise & Plimpton LLP |
| Emily | MacKay | Paradigm Operations LP | Debevoise & Plimpton LLP |
| Chris | Lamb | None | |
| Mia | Cooper | n/a (listen only) | |
| Brian | Stout | 507 Capital LLC | 507 Capital LLC |
| Sameen | Rizvi | Voyager Digital,  LLC | Potter Anderson & Corroon |
| Jeremy | Ryan | Interested Party | Potter Anderson & Corroon |
| Catherine | Choe | Non-party | |
| Ryan | Chen | Independent | |
| Carl | Wedoff | Jenner & Block | Jenner & Block |
| M. Blake | Cleary | Interested Party | Potter Anderson & Corroon LLP |
| Max | Dawson | UCC | FTI Consulting |
| Rick | Anigian | BlockFi | Haynes and Boone LLP |
| Sam | Alberts | Interested | Dentons US LLP |
| Mark | Califano | Interested | Dentons US LLP |
| Monica | Perrigino | Interested Party | Orrick,  Herrington & Sutcliffe LLP |
| Laura | Metzger | Interested Party | lmetzger@orrick.com |
| Dan | Latona | None | |
| Mark | Hurford | Celsius Network | A.M. Saccullo Legal,  LLC |
| Mathew | Laskowski | Proposed Counsel - Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Soma | Biswas | Dow Jones | Dow Jones |
| Debbie | Felder | Orrick | |
| matthew | goldstein | nytimes | nytimes |
| Caroline | Salls | New Generation Research | |
| Gihoon | Jung | Creditor | HoonLabs |
| Michael | Luskin | Interest Party | Stroock & Stroock & Lavan LLP |
| Turner | Wright | Cointelegraph | |
| Alexa | Kranzley | FTX Trading Ltd. and its affiliated Debtors | Sullivan & Cromwell LLP |
| Shardul | Desai | FTX DM | Holland & Knight LLP |
| Jessica | Magee | FTX DM | Holland & Knight LLP |

| | | | |
|---|---|---|---|
| Warren | Gluck | FTX DM | Holland & Knight LLP |
| Alex | Englander | FTX DM | Holland & Knight LLP |
| Robert | Wasserman | Commodity Futures Trading Commission | |
| James | Nani | Bloomberg Law | |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Stanton | McManus | United States | |
| Mark | Botnick | Self | |
| Jorian | Rose | Interested Party | Baker Hostetler LLP |
| Michael | Jacobs | N/A | |
| Ian | Silverbrand | N/A | |
| Seth | Shapiro | United States of America | United States Department of Justice |
| Henry | Curtis | Interested Party | |
| Hugh | Bellamy | N/A | |
| Brian | Petrozak | Multicoin | Multicoin |
| Stephanie | Wickouski | Stephanie Wickouski | Locke Lord LLP |
| Peter | Sprofera | Self | |
| Holly | Dice | Auditor at USTP | USTP |
| David | Kozlowski | Financial Structures Limited | Morrison Cohen LLP |
| Therese | Scheuer | SEC (listen only) | |
| David | Gerardi | DOJ-UST | |
| Kimberly | Gianis | interested party | |
| Emily | Holt | interested party | |
| Robert | Schneider | United States Trustee | Office of the United States Trustee,  Newark NJ |
| Jack | Schickler | Media | CoinDesk |
| Andrew | Vara | US Ttustee | United States Trustee Program |
| Becky | Yerak | Wall Street Journal | News Corp |
| Candice | Korkis | BMO Financial Group | |
| Tori | Remington | BlockFi Inc. | Morris,  Nichols,  Arsht & Tunnell LLP |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |
| Susan | Gummow | Insurers | Foran Glennon |
| Andrew | Perry | Insurers | Foran Glennon |
| Julian | Beach | United States | Department of Justice |

| Daniel | Carrigan | FBH Corporation | Baker Donelson Bearman Caldwell & Berkowitz,  PC |
| Timothy | Reilly | Member of Public | |
| Shawn | Domzalski | Strix Leviathan I,  LLC | Strix Leviathan I,  LLC as General Counsel |
| Meredith | Mitnick | Various interested parties | Goodwin Procter LLP |
| Jeanju | Choi | WA DFI | |
| Matthew | Livingston | Insurers | Foran Glennon |
| Matthew | Gold | Interested party | |
| Jackie | Reinhard | None | |
| Mike | Legge | Reorg | |
| James | Garvey | James Garvey | EM Credit Partners |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition LLC | Cherokee Acquisition |
| Negisa | Balluku | N/A | Bloomberg LP |
| Robert | McLellarn | None | Sheppard Mullin |
| Ralph | Brubaker | None | |
| Frank | Bonaventure | FBH Corporation | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Andrew | Remming | Artz Fund Investments | Morris,  Nichols,  Arsht & Tunnell |
| Daniel | O'Brien | Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd., et al. | Venable LLP |
| Dawn | Giel | CNBC | CNBC |
| Ryne | Miller | Ryne Miller | |
| Michael | Panacio | United States Trustee | |
| Kenneth | Perkins | Unknown | WINSTON & STRAWN LLP |
| Craig | Rasile | Interested Creditor | Winston & Strawn |
| John | Melko | Interested Party | |
| Luc | Despins | Proposed Counsel - Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Ronald | Howard | Interested Party | Togut,  Segal & Segal LLP |
| Christian | Jensen | FTX Trading Ltd. | Sullivan & Cromwell LLP |
| Nan | Eitel | U.S. Trustee | EOUST |

| frederic | baker | UST | UST |
|---|---|---|---|
| Daniel | Eggermann | Interested Party | |
| Denise | Penn | US Trustee | EOUST |
| Christopher | Samis | Voyager Digital,  LLC | Potter Anderson & Corroon |
| Margaret | Newell | United States | Department of Justice |
| Philip | Brendel | self | Bloomberg Intelligence |
| Joshua | Revesz | none | |
| Roma | Desai | Texas State Securities Board | Texas Attorney General |
| Layla | Milligan | Texas State Securities Board | Texas Attorney General |
| Scott | Flaherty | Debtwire/news outlet | |
| Vince | Sullivan | Law360 | |
| Abigail | Ryan | Texas State Securities Board | Texas Attorney General |
| Lawrence | Larose | Party in interest | Sheppard Mullin Richtet & Hampton LLP |
| AnnaLou | Tirol | None | |
| Steve | Bunnell | None | |
| Autumn | Highsmith | Texas State Securities Board | Texas Attorney General |
| Elizabeth | McKeen | N/A | O'Melveny & Myers LLP |
| Jeremy | Koo | California Department of Financial Protection and Innovation | |
| Erin | Fay | Interested party | |
| Norman | Pernick | Lightspeed | Cole Schotz P.C. |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| B | C | BC | |
| Bay | Area Times | Bay Area Times | |
| Howard | Michaels | none | |
| Molly | White | n/a | |
| Amy | Castor | n/a | |
| Leo | Carlson | Self | |
| Ramnik | Arora | Individual | |
| Chun How | Lee | Creditor | |
| Emily | Adams | Sunbury Exchange,  LLC | N/A; non-attorney, non-creditor, freelance researcher/writer |

| Robin | Jacobs | state of Wisconsin | |
|---|---|---|---|
| Jennifer | Sharret | Interested Party | Kramer Levin Naftalis & Frankel LLP |
| Dennis | Hilkens | n/a | |
| David | Hollerith | media | |
| Brendan | Schlauch | JPLS | Richards, Layton & Finger, P.A. |
| Hugh | McDonald | Party in interest | Pillsbury Winthrop Shaw Pittman LLP |
| Stephanie | Murray | press | |
| Mark | Wenzel | FTX US lost ACH withdrawals | |
| Beth | Kardos | Debtors | AlixPartners, LLP |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Gregory | Strong | None | DLx Law |
| Gregory | Donilon | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| Michael | Small | Mercedes Benz Grand Prix Limited | Foley & Lardner LLP |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Bill | Schatz | CTC Alternative Strategies | |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Jeffrey | Tarkenton | Joe Whitley | Womble Bond Dickinson (US) LLP |
| Joshua | Dorchak | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Erez | Gilad | Proposed Counsel - Official Committee of Unsecured Creditors | Paul Hastings LLP |
| NIna | LaFleur | TBD | |
| Andrew | Sotak | Examiner | |
| Richard | Davis | Self | Law Office of Richard J Davis |
| Sujeet | Indap | none | Financial Times |
| Nikolaos | Chagias | Party-in-interest | |
| a | a | A | |
| Claude | Montgomery | Interested Party | Dentons US LLP |
| None | None | None | |
| Alexander | Saeedy | WSJ | |
| Bria | Cousins | press | |

| | | | |
|---|---|---|---|
| Timothy | Walsh | Unknown | WINSTON & STRAWN LLP |
| Jean-Michel | Ferat | Trustee | |
| OON | ENG SOON | Oon Eng Soon | |
| Michiel | franken | michiel | |
| jonathan | tan | creditor | |
| John | Doe | FTX customer | |
| Ahmed | Abd El-Razek | Ahmed Abd El-Razek | |
| HANHEE | KIM | . | |
| Fabio | Federici | Base58 | Base58 |
| Andreas | Honermeier | Creditor | |
| Warren | Winter | Warren Winter (creditor) | |
| Hiroshi | Asakuni | HiroshiAsakuni | |
| Dan | Kamensky | Self | Creditor Rights Coalition |
| Filippo | Rossignoli | Creditore | Filippo |
| Ermano | Sera | Retail | Ermano |
| Vanya | Fiad | Unsecured Creditor | |
| Jennifer | Kneeland | interested party | Watt Tieder Hoffar & Fitzgerald |
| M | C | Creditor | |
| Richard | Stieglitz | Creditor | Cahill Gordon |
| Marshal | Hoda | Warren Winter | The Hoda Law Firm, PLLC |
| Kumanan | Ramanathan | FTX | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Sean | Lee | Party in interest | Simpson Thacher & Bartlett LLP |
| Kirtan | Mehta | None | |
| Michele | Wan | Pulsar Global Limited | Pulsar |
| Caitlin | Cahow | N/A | |
| David | Wender | Customers | |
| Alexander | Steiger | JPLs | RLF |
| Keith | McCormack | Contrarian | |
| Cape | Prop | Self | |
| Mariana | Carvalho | Interested Party | |
| Ava | Benny-Morrison | Bloomberg | |
| Pat | Quinn | N/A | |
| Laura | Haney | Court | |

9:30am      FTX Trading Ltd.    (22-11068)   Motion to Approve Examiner   2-6-2023

| Brian | Loughnane | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
|-------|-----------|--------------------------------------------------|--------------------------------------|
| Kathryn | Schultea | FTX | |
| Andrew | Roth-Moore | Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P. | Cole Schotz P.C. |
| | | | |
| | | | |