## Exhibit A

[*Below is a form of Exhibit A that will be completed and sent to each counterparty.*]

### Executory Contract List

| Counterparty | Contract Description | Cure Amount |
|---|---|---|
|  |  |  |

{1368.002-W0069951.}