# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 487, 492** |

## NOTICE OF FILING OF (I) PROPOSED EMBED BUSINESS SALE ORDER AND (II) FORM OF EMBED BUSINESS PURCHASE AGREEMENT

      **PLEASE TAKE NOTICE** that on January 12, 2023, this Court entered the *Order (A) Approving Bid Procedures, Stalking Horse Procedures and the Form and Manner of Notices for the Sale or Certain Businesses, (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s)* [D.I. 487] (the "Bid Procedures Order"),[2] which, among other things, approved certain Bid Procedures attached as Exhibit 1 to the Bid Procedures Order, for certain Businesses of the Debtors, including the Embed Business. Pursuant to the Bid Procedures Order, the Debtors are required to file with the Court a form of purchase agreement and form of Sale Order for the Embed Business at least two weeks prior to the applicable Sale Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that in accordance with the timeline set forth on Schedule A of the Bid Procedures Order, on February 6, 2023, the Debtors hereby file (i) the proposed form of Sale Order for the Embed Business as Exhibit 1 and (ii) the form of the Stock Purchase Agreement, including the form of Disclosure Schedules, for the Embed Business as Exhibit 2.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Bid Procedures Order.

{1368.002-W0069952.}

<div style="display: flex;">
<div>
Dated: February 6, 2023<br>
      Wilmington, Delaware
</div>
<div>

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

</div>
</div>