IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 505 |

### NOTICE OF THE PROPOSED EXPANSION OF SERVICES TO BE PROVIDED BY ERNST & YOUNG LLP TO THE DEBTORS

**PLEASE TAKE NOTICE** that on January 17, 2023, the Court entered an order [Docket No. 505], (the "EY Retention Order"),[2] authorizing, among other things, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") to retain and employ Ernst & Young LLP ("EY LLP") as tax service providers.

**PLEASE TAKE FURTHER NOTICE** that on February 7, 2023, the Debtors and EY LLP entered into an amendment to the Engagement Letters, a copy of which is attached hereto as Exhibit A ("Amendment #1"). Pursuant to Amendment #1, EY LLP will assist the Debtors with, among other things, their global bookkeeping and their global payroll operating services.

**PLEASE TAKE FURTHER NOTICE** that on February 7, 2023, the Debtors and EY LLP also entered into an additional statement of work, a copy of which is attached hereto as Exhibit B ("Liquidation SOW" and, together with Amendment #1, the "Additional

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the EY Retention Order.

Engagement Letters"). Pursuant to the Liquidation SOW, EY LLP will, among other things, provide the Debtors with advisory services related to certain global liquidation activities. The Liquidation SOW services will be provided in accordance with the rate card set forth in the Liquidation SOW. These rates do not reflect an increase but a different pay scale.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 12 of the EY Retention Order, the Debtors hereby provide notice of the Debtors' entry into the Additional Engagement Letters. Pursuant to paragraph 12 of the EY Retention Order, any party wishing to object to the Debtors' entry into the Additional Engagement Letters and EY LLP's expansion of scope of services must file with the Bankruptcy Court, and serve on counsel for the Debtors, an objection on or before **February 17, 2023 at 4:00 p.m. EST** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no objections are filed and served by the Objection Deadline, the Additional Engagement Letters and EY LLP's expansion of scope of services thereunder shall be deemed approved pursuant to the EY Retention Order, and shall be subject to all terms of the EY Retention Order.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed and served by the Objection Deadline and not subsequently resolved by the applicable parties, the Debtors shall schedule a hearing with respect to the Additional Engagement Letters and EY LLP's expansion of scope of services.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice and the EY Retention Order may be obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent, https://restructuring.ra.kroll.com/FTX.

-3-

| | |
|---|---|
| Dated: February 7, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |