# EXHIBIT A

## Owl Hill Advisory, LLC

### Summary of Staffing and Functions – FTX Trading Ltd., *et al.* for the Period from November 11, 2022 through December 31, 2022

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from November 11, 2022 through December 31, 2022**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors' complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included establishing an independent board of directors and attending regular board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and

manage employees and employee concerns, and managed cash, data and systems related issues. During the Reporting Period, Mr. Ray was called upon to provide testimony in connection with the Chapter 11 Cases regarding the events that lead to the Debtors' filing and the Debtors' requested first and second day relief.  Mr. Ray also testified before the House Financial Services Committee.  In addition to providing his own testimony, Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

        3.        Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray has coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to oversight related to claims and creditor management, Mr. Ray has provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and the early development of restructuring strategies.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| November 11, 2022 – December 31, 2022 | $673,790.00 | $20,244.48 | $694,034.48 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $15,200.00 |
| Travel – Airfare | $2,767.00 |
| Travel – Transportation (other) | $1,290.58 |
| Travel – Meals | $900.10 |
| Other Expenses | $86.80 |
| **Total Amount for Period:** | **$20,244.48** |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300 | 538.3 | $699,790.00 |
| | **50% adjustment for non-working travel:** | | 40.0 | ($26,000) |
| | **Total Amount for Period:** | | 538.3 | $673,790.00 |

3

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 11/11/2022 | Preparation of filings of petitions and review and execution | John J. Ray III | 3.5 | $4,550.00 |
| 11/11/2022 | Work related to various operational and other issues to manage the estate | John J. Ray III | 2.5 | $3,250.00 |
| 11/11/2022 | Work related to internal controls, cash management, data and systems related issues | John J. Ray III | 2.5 | $3,250.00 |
| 11/11/2022 | Conference call with A&M regarding various needed work streams related to filings | John J. Ray III | 2.0 | $2,600.00 |
| 11/11/2022 | Monitoring migration of assets to custodial account | John J. Ray III | 3.5 | $4,550.00 |
| 11/12/2022 | Handling various asset preservation issues | John J. Ray III | 9.0 | $11,700.00 |
| 11/12/2022 | Organizing reporting and execution on plans | John J. Ray III | 3.0 | $3,900.00 |
| 11/12/2022 | Issues related to board retention | John J. Ray III | 3.5 | $4,550.00 |
| 11/12/2022 | Various case management matters | John J. Ray III | 5.5 | $7,150.00 |
| 11/13/2022 | Meetings to address work streams involving security and IT | John J. Ray III | 3.5 | $4,550.00 |
| 11/13/2022 | Work stream reviews with team | John J. Ray III | 1.0 | $1,300.00 |
| 11/13/2022 | Retention work for counsel and independent directors | John J. Ray III | 1.5 | $1,950.00 |
| 11/13/2022 | Review of open issues related to various debtor and non debtor platforms | John J. Ray III | 1.5 | $1,950.00 |
| 11/13/2022 | Meeting with SC on various issues | John J. Ray III | 3.0 | $3,900.00 |
| 11/13/2022 | Travel, flight to New York | John J. Ray III | 3.0 | $1,950.00 |
| 11/13/2022 | Reviewing motions | John J. Ray III | 1.0 | $1,300.00 |
| 11/13/2022 | Responding to inquiries from company employees on various chapter 11 issues | John J. Ray III | 1.0 | $1,300.00 |
| 11/13/2022 | Approval of retentions and various agreements | John J. Ray III | 1.0 | $1,300.00 |
| 11/14/2022 | Review and analysis of investment banking considerations | John J. Ray III | 5.0 | $6,500.00 |
| 11/14/2022 | Internal meetings and town hall with employees | John J. Ray III | 3.0 | $3,900.00 |
| 11/14/2022 | Insurance issues | John J. Ray III | 1.0 | $1,300.00 |
| 11/14/2022 | Meeting with teams to develop data site | John J. Ray III | 1.0 | $1,300.00 |
| 11/14/2022 | Addressing various pending matters related to motions, cash management, banking approvals, and various first day work streams | John J. Ray III | 5.0 | $6,500.00 |
| 11/15/2022 | Board call | John J. Ray III | 1.0 | $1,300.00 |
| 11/15/2022 | Review and approval of banker term sheet | John J. Ray III | 1.0 | $1,300.00 |
| 11/15/2022 | Discuss and meet on cash management | John J. Ray III | 2.0 | $2,600.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 11/15/2022 | Review and approval various recommendations re security | John J. Ray III | 2.0 | $2,600.00 |
| 11/15/2022 | Manage employee communications | John J. Ray III | 1.0 | $1,300.00 |
| 11/15/2022 | Review various work streams related to first day motions | John J. Ray III | 3.0 | $3,900.00 |
| 11/16/2022 | First day motions and declarations | John J. Ray III | 4.0 | $5,200.00 |
| 11/16/2022 | Asset protection | John J. Ray III | 2.0 | $2,600.00 |
| 11/16/2022 | Case management | John J. Ray III | 2.0 | $2,600.00 |
| 11/16/2022 | Insurance matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/16/2022 | Various IT and IT related issues | John J. Ray III | 4.0 | $5,200.00 |
| 11/16/2022 | Retentions | John J. Ray III | 1.0 | $1,300.00 |
| 11/17/2022 | Organizing and processing First Day motions | John J. Ray III | 6.0 | $7,800.00 |
| 11/17/2022 | Asset recovery efforts | John J. Ray III | 5.0 | $6,500.00 |
| 11/18/2022 | Organizing and processing First Day motions | John J. Ray III | 6.5 | $8,450.00 |
| 11/18/2022 | Asset recovery efforts | John J. Ray III | 4.0 | $5,200.00 |
| 11/19/2022 | Case management | John J. Ray III | 3.0 | $3,900.00 |
| 11/19/2022 | Review motions | John J. Ray III | 4.5 | $5,850.00 |
| 11/19/2022 | Review cash and asset positions | John J. Ray III | 1.0 | $1,300.00 |
| 11/19/2022 | Managing IT related matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/20/2022 | Board meeting | John J. Ray III | 1.5 | $1,950.00 |
| 11/20/2022 | Follow up Board requests | John J. Ray III | 2.0 | $2,600.00 |
| 11/20/2022 | Preparing for First Day hearing matters | John J. Ray III | 5.0 | $6,500.00 |
| 11/20/2022 | Various case management issues | John J. Ray III | 2.0 | $2,600.00 |
| 11/21/2022 | Preparing for first day hearing, reviewing motions | John J. Ray III | 6.0 | $7,800.00 |
| 11/21/2022 | Travel to Wilmington | John J. Ray III | 3.0 | $1,950.00 |
| 11/21/2022 | Review of motions and demonstratives and further prep for hearings | John J. Ray III | 5.0 | $6,500.00 |
| 11/22/2022 | Prepare for First Day hearings | John J. Ray III | 3.0 | $3,900.00 |
| 11/22/2022 | Attend hearing | John J. Ray III | 3.0 | $3,900.00 |
| 11/22/2022 | Meetings with Board and independent counsel for Board | John J. Ray III | 2.0 | $2,600.00 |
| 11/22/2022 | Travel from Wilmington | John J. Ray III | 3.0 | $1,950.00 |
| 11/23/2022 | Travel, flight from New York | John J. Ray III | 3.0 | $1,950.00 |
| 11/23/2022 | Cash management and implementing case management orders | John J. Ray III | 3.0 | $3,900.00 |
| 11/23/2022 | Foreign subsidiary issue resolution | John J. Ray III | 2.0 | $2,600.00 |
| 11/23/2022 | Reviews of various strategic alternatives, implementing NDA and data room | John J. Ray III | 2.0 | $2,600.00 |
| 11/23/2022 | Resolving payroll and control over cash and other assets | John J. Ray III | 3.0 | $3,900.00 |
| 11/24/2022 | Prepare and conduct call with SC and others related to subsidiary matters | John J. Ray III | 1.5 | $1,950.00 |
| 11/25/2022 | Team briefing and follow up | John J. Ray III | 2.0 | $2,600.00 |

5

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 11/25/2022 | Meeting re urgent issues, re various EU entities | John J. Ray III | 1.0 | $1,300.00 |
| 11/25/2022 | Data storage management | John J. Ray III | 1.0 | $1,300.00 |
| 11/25/2022 | Case management | John J. Ray III | 4.0 | $5,200.00 |
| 11/25/2022 | Board matters and communication | John J. Ray III | 1.0 | $1,300.00 |
| 11/25/2022 | End of day team recap | John J. Ray III | 1.0 | $1,300.00 |
| 11/26/2022 | Team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 11/26/2022 | Insurance matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/26/2022 | Tax engagement discussion | John J. Ray III | 1.0 | $1,300.00 |
| 11/26/2022 | Case management: including retentions, disclosures required, proposed filings | John J. Ray III | 4.0 | $5,200.00 |
| 11/26/2022 | End of day team recap | John J. Ray III | 1.0 | $1,300.00 |
| 11/27/2022 | Briefing on all matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/27/2022 | EU exchange matters | John J. Ray III | 1.5 | $1,950.00 |
| 11/27/2022 | Attention to FTX matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/27/2022 | Investigation matters, converse with counsel and follow up communications | John J. Ray III | 2.0 | $2,600.00 |
| 11/27/2022 | Travel, flight to New York | John J. Ray III | 3.0 | $1,950.00 |
| 11/27/2022 | Prepare for insurance underwriting meeting and board meeting | John J. Ray III | 2.0 | $2,600.00 |
| 11/27/2022 | Arrange town hall meeting | John J. Ray III | 0.5 | $650.00 |
| 11/27/2022 | Respond to multiple communications from counsel and advisors on various work streams | John J. Ray III | 1.8 | $2,275.00 |
| 11/28/2022 | Prep for employee town hall | John J. Ray III | 0.5 | $650.00 |
| 11/28/2022 | Prepare for D&O meeting | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Professionals team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Town hall | John J. Ray III | 0.5 | $650.00 |
| 11/28/2022 | Review of Japan, next steps and oversight | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Case management | John J. Ray III | 2.0 | $2,600.00 |
| 11/28/2022 | Review investigation matters | John J. Ray III | 2.0 | $2,600.00 |
| 11/28/2022 | Review deck for insurance underwriters | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | End of day meeting with professionals | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Review certain investigation matters with Nardello | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Employee matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/2022 | Prepare and organize board meeting | John J. Ray III | 1.0 | $1,300.00 |
| 11/29/2022 | Team meeting re case management | John J. Ray III | 1.0 | $1,300.00 |
| 11/29/2022 | Call with broker re insurance | John J. Ray III | 1.5 | $1,950.00 |
| 11/29/2022 | Review motions related to authorizations | John J. Ray III | 1.5 | $1,950.00 |
| 11/29/2022 | Engagement matters of professionals | John J. Ray III | 1.0 | $1,300.00 |
| 11/29/2022 | Work related to cash marshaling | John J. Ray III | 2.0 | $2,600.00 |
| 11/29/2022 | Call with various directors | John J. Ray III | 1.5 | $1,950.00 |
| 11/29/2022 | Investigation matters | John J. Ray III | 2.0 | $2,600.00 |
| 11/29/2022 | Work related to asset sale | John J. Ray III | 2.0 | $2,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 11/29/2022 | Meeting with Perella re securities position | John J. Ray III | 1.5 | $1,950.00 |
| 11/30/2022 | Morning team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/2022 | Meeting re tracing assets | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/2022 | Employee matters, meeting with HR | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/2022 | Prep for congressional testimony | John J. Ray III | 1.5 | $1,950.00 |
| 11/30/2022 | Review related to certain IT matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/2022 | Work related to certain brokerage positions and movements of cash | John J. Ray III | 1.5 | $1,950.00 |
| 11/30/2022 | Board related matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/2022 | Meeting related to data management and tracing | John J. Ray III | 0.5 | $650.00 |
| 11/30/2022 | CEO evening debriefing | John J. Ray III | 1.0 | $1,300.00 |
| 12/1/2022 | Prepare for insurer call re various policy renewals and matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/1/2022 | Daily team meeting | John J. Ray III | 0.5 | $650.00 |
| 12/1/2022 | Insurer call follow up matters re renewal | John J. Ray III | 2.0 | $2,600.00 |
| 12/1/2022 | Matters related to marshaling assets and follow up on asset detection | John J. Ray III | 3.0 | $3,900.00 |
| 12/1/2022 | Updates from various professionals related to various work streams | John J. Ray III | 4.0 | $5,200.00 |
| 12/1/2022 | Work related to management of professionals and work streams | John J. Ray III | 1.0 | $1,300.00 |
| 12/1/2022 | End of day team meeting and update | John J. Ray III | 1.0 | $1,300.00 |
| 12/2/2022 | Daily team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/2/2022 | Review of entities and sources and uses | John J. Ray III | 3.0 | $3,900.00 |
| 12/2/2022 | Travel, flight from New York | John J. Ray III | 3.0 | $1,950.00 |
| 12/2/2022 | Call re various work streams related to reporting and case management; review of documents related to case | John J. Ray III | 4.0 | $5,200.00 |
| 12/3/2022 | Daily team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/3/2022 | Prepare for testimony in House | John J. Ray III | 4.0 | $5,200.00 |
| 12/4/2022 | Review of subsidiaries and board matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/4/2022 | D&O insurance matters | John J. Ray III | 1.5 | $1,950.00 |
| 12/4/2022 | Travel, flight to New York | John J. Ray III | 3.0 | $1,950.00 |
| 12/4/2022 | Review materials related to engagements and work allocation | John J. Ray III | 2.0 | $2,600.00 |
| 12/4/2022 | Review of cash sources and uses | John J. Ray III | 2.5 | $3,250.00 |
| 12/4/2022 | Call with Board counsel | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/2022 | Daily team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/2022 | Review of customer account information gathering process | John J. Ray III | 0.5 | $650.00 |
| 12/5/2022 | Meeting re employee matters | John J. Ray III | 0.5 | $650.00 |
| 12/5/2022 | IDR meeting | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 12/5/2022 | Review and prepare responses to congressional inquiries, | John J. Ray III | 3.0 | $3,900.00 |
| 12/5/2022 | Meeting re various cash management issues | John J. Ray III | 1.5 | $1,950.00 |
| 12/5/2022 | Meeting re sale issues | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/2022 | Asset recovery issues and matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/2022 | Team meeting to review work streams | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/2022 | Further prep for hearings | John J. Ray III | 3.0 | $3,900.00 |
| 12/6/2022 | Management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/6/2022 | Ledger related matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/6/2022 | Reviewing asset recovery sources, uses, and intercompany matters | John J. Ray III | 6.0 | $7,800.00 |
| 12/6/2022 | Case management | John J. Ray III | 2.0 | $2,600.00 |
| 12/6/2022 | Team meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/7/2022 | Discuss matters with broker, emails to director | John J. Ray III | 2.5 | $3,250.00 |
| 12/7/2022 | LedgerX matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/7/2022 | Prepare for testimony in House | John J. Ray III | 2.0 | $2,600.00 |
| 12/7/2022 | Subsidiary matters regarding case management | John J. Ray III | 2.5 | $3,250.00 |
| 12/7/2022 | Insurance matters follow up | John J. Ray III | 0.5 | $650.00 |
| 12/7/2022 | Case management meeting | John J. Ray III | 1.5 | $1,950.00 |
| 12/8/2022 | Case management matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/8/2022 | Review discovery and asset search work streams | John J. Ray III | 3.0 | $3,900.00 |
| 12/8/2022 | Employee matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/8/2022 | Review sources and uses | John J. Ray III | 3.0 | $3,900.00 |
| 12/8/2022 | Prepare for testimony in House | John J. Ray III | 2.0 | $2,600.00 |
| 12/8/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/9/2022 | Employee matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/9/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/9/2022 | Insurance matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/9/2022 | Board matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/9/2022 | Prepare for testimony and work on submissions | John J. Ray III | 5.0 | $6,500.00 |
| 12/9/2022 | Case management | John J. Ray III | 1.0 | $1,300.00 |
| 12/9/2022 | Call with team re case management | John J. Ray III | 1.0 | $1,300.00 |
| 12/10/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/10/2022 | Review PWP materials to organize sale | John J. Ray III | 1.0 | $1,300.00 |
| 12/10/2022 | Prepare for testimony | John J. Ray III | 2.0 | $2,600.00 |
| 12/10/2022 | Review data relative to asset recovery and claims | John J. Ray III | 2.0 | $2,600.00 |
| 12/10/2022 | Travel to Washington | John J. Ray III | 3.0 | $1,950.00 |
| 12/10/2022 | Further work on various work streams | John J. Ray III | 3.0 | $3,900.00 |
| 12/11/2022 | Prepare for congressional testimony | John J. Ray III | 5.0 | $6,500.00 |
| 12/11/2022 | Review cash positions and prepare for board meetings | John J. Ray III | 3.0 | $3,900.00 |
| 12/12/2022 | Prepare for congressional testimony | John J. Ray III | 6.0 | $7,800.00 |
| 12/12/2022 | Case management | John J. Ray III | 4.5 | $5,850.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 12/13/2022 | Prepare for and attend congressional hearing with testimony | John J. Ray III | 5.0 | $6,500.00 |
| 12/13/2022 | Case management | John J. Ray III | 3.0 | $3,900.00 |
| 12/13/2022 | Review JPL filings and discuss with counsel | John J. Ray III | 2.0 | $2,600.00 |
| 12/13/2022 | Travel from WAS to NYP | John J. Ray III | 4.0 | $2,600.00 |
| 12/14/2022 | Case management review and prep | John J. Ray III | 2.0 | $2,600.00 |
| 12/14/2022 | Prepare for board meetings | John J. Ray III | 3.0 | $3,900.00 |
| 12/14/2022 | Review cash flow forecasts | John J. Ray III | 1.5 | $1,950.00 |
| 12/14/2022 | Conduct employee meetings | John J. Ray III | 4.0 | $5,200.00 |
| 12/14/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/14/2022 | Review bidding procedures | John J. Ray III | 2.0 | $2,600.00 |
| 12/15/2022 | Board meetings | John J. Ray III | 7.0 | $9,100.00 |
| 12/15/2022 | Meeting re Bahama proceeding | John J. Ray III | 2.0 | $2,600.00 |
| 12/15/2022 | Various case management matters | John J. Ray III | 1.5 | $1,950.00 |
| 12/15/2022 | Review potential bidders | John J. Ray III | 1.0 | $1,300.00 |
| 12/16/2022 | Review retention applications | John J. Ray III | 1.0 | $1,300.00 |
| 12/16/2022 | Insurance matters | John J. Ray III | 0.5 | $650.00 |
| 12/16/2022 | Review certain workstreams to avoid duplication of services | John J. Ray III | 0.5 | $650.00 |
| 12/16/2022 | Review ledger submission re assets and positions | John J. Ray III | 1.0 | $1,300.00 |
| 12/16/2022 | Travel, flight from New York | John J. Ray III | 4.0 | $2,600.00 |
| 12/16/2022 | Follow up re insurance | John J. Ray III | 2.0 | $2,600.00 |
| 12/16/2022 | Subsidiary management matters | John J. Ray III | 3.0 | $3,900.00 |
| 12/17/2022 | Insurance matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/17/2022 | Review board material | John J. Ray III | 2.0 | $2,600.00 |
| 12/17/2022 | Marshaling of assets held by fund | John J. Ray III | 0.5 | $650.00 |
| 12/17/2022 | Preference matters | John J. Ray III | 0.5 | $650.00 |
| 12/17/2022 | Withdrawal of licenses | John J. Ray III | 0.5 | $650.00 |
| 12/17/2022 | General case management | John J. Ray III | 1.0 | $1,300.00 |
| 12/18/2022 | Travel, flight to New York | John J. Ray III | 4.0 | $2,600.00 |
| 12/18/2022 | Board meeting prep | John J. Ray III | 2.0 | $2,600.00 |
| 12/18/2022 | Follow up re insurance matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/18/2022 | Review of third party data site contract and recommendations; approval of the same | John J. Ray III | 1.0 | $1,300.00 |
| 12/18/2022 | Review of bidding parties and discussions re same | John J. Ray III | 1.0 | $1,300.00 |
| 12/19/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/19/2022 | Insurance meeting | John J. Ray III | 0.5 | $650.00 |
| 12/19/2022 | Employee review | John J. Ray III | 0.5 | $650.00 |
| 12/19/2022 | Subsidiary board matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/19/2022 | Ventures board meeting and follow up | John J. Ray III | 3.0 | $3,900.00 |
| 12/19/2022 | Insurance follow up | John J. Ray III | 0.5 | $650.00 |
| 12/19/2022 | General case management | John J. Ray III | 2.0 | $2,600.00 |
| 12/19/2022 | Team meeting regarding pending work streams | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 12/19/2022 | Further licensing matters | John J. Ray III | 0.5 | $650.00 |
| 12/19/2022 | Review various work streams | John J. Ray III | 2.0 | $2,600.00 |
| 12/20/2022 | Review and prepare for Board meeting, attend meeting, Singapore matter | John J. Ray III | 0.5 | $650.00 |
| 12/20/2022 | Case management | John J. Ray III | 5.0 | $6,500.00 |
| 12/20/2022 | Travel, flight from New York | John J. Ray III | 4.0 | $2,600.00 |
| 12/21/2022 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 12/21/2022 | Follow up re court filings and other documents | John J. Ray III | 1.0 | $1,300.00 |
| 12/21/2022 | Insurance matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/21/2022 | Committee matter follow up | John J. Ray III | 0.5 | $650.00 |
| 12/21/2022 | Review corporate resolutions | John J. Ray III | 0.8 | $975.00 |
| 12/21/2022 | Planning related to various motions and orders; case management. | John J. Ray III | 5.0 | $6,500.00 |
| 12/22/2022 | Subsidiary call | John J. Ray III | 0.5 | $650.00 |
| 12/22/2022 | Case management matters related to draft motions | John J. Ray III | 1.0 | $1,300.00 |
| 12/22/2022 | Insurance matters | John J. Ray III | 2.0 | $2,600.00 |
| 12/22/2022 | Provision of information to UCC | John J. Ray III | 2.0 | $2,600.00 |
| 12/22/2022 | Work stream allocation | John J. Ray III | 1.5 | $1,950.00 |
| 12/22/2022 | Sale process NDAs | John J. Ray III | 0.5 | $650.00 |
| 12/22/2022 | Work related to ledger prime review and other asset reviews | John J. Ray III | 2.0 | $2,600.00 |
| 12/23/2022 | Board matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Review and add to materials for UCC | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Matters related to investigation and data searches | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Review of tax matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Insurance matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Call with Japan management re pending matters | John J. Ray III | 1.5 | $1,950.00 |
| 12/23/2022 | Call re deck for UCC | John J. Ray III | 0.8 | $975.00 |
| 12/23/2022 | Case management re managing various work streams | John J. Ray III | 2.5 | $3,250.00 |
| 12/23/2022 | Following up on Japan matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/23/2022 | Bidder approval | John J. Ray III | 0.5 | $650.00 |
| 12/24/2022 | Banking information review | John J. Ray III | 1.0 | $1,300.00 |
| 12/24/2022 | Japan matters related to year end | John J. Ray III | 0.5 | $650.00 |
| 12/24/2022 | Review insurance policies | John J. Ray III | 1.5 | $1,950.00 |
| 12/24/2022 | Review supplemental data re UCC | John J. Ray III | 1.0 | $1,300.00 |
| 12/26/2022 | Review and execute consents re license suspensions | John J. Ray III | 1.0 | $1,300.00 |
| 12/26/2022 | Review and update UCC deck | John J. Ray III | 2.5 | $3,250.00 |
| 12/26/2022 | Embed matter re WC calculation | John J. Ray III | 0.5 | $650.00 |
| 12/26/2022 | Tax matter review | John J. Ray III | 1.5 | $1,950.00 |
| 12/26/2022 | Insurance coverage review | John J. Ray III | 1.5 | $1,950.00 |
| 12/26/2022 | Japan update related to sale and regulatory matters | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 12/27/2022 | Management call | John J. Ray III | 1.0 | $1,300.00 |
| 12/27/2022 | Asset tracing matters | John J. Ray III | 0.5 | $650.00 |
| 12/27/2022 | Ventures update and review | John J. Ray III | 1.0 | $1,300.00 |
| 12/27/2022 | Employee matters | John J. Ray III | 0.5 | $650.00 |
| 12/27/2022 | Insurance follow up | John J. Ray III | 0.8 | $975.00 |
| 12/27/2022 | Singapore matters related to Board and balance sheet | John J. Ray III | 1.0 | $1,300.00 |
| 12/27/2022 | Ledger matter | John J. Ray III | 1.0 | $1,300.00 |
| 12/27/2022 | Review and add to materials for UCC | John J. Ray III | 1.5 | $1,950.00 |
| 12/27/2022 | Consent order matters | John J. Ray III | 0.8 | $975.00 |
| 12/28/2022 | Review adversarial proceeding | John J. Ray III | 1.0 | $1,300.00 |
| 12/28/2022 | Review ledger holding and investments | John J. Ray III | 1.5 | $1,950.00 |
| 12/28/2022 | Review Singapore balances | John J. Ray III | 0.5 | $650.00 |
| 12/28/2022 | Review bidding procedures relative to Japan announcements | John J. Ray III | 1.0 | $1,300.00 |
| 12/28/2022 | Call with fax.com board | John J. Ray III | 0.8 | $975.00 |
| 12/28/2022 | Review and update UCC deck | John J. Ray III | 1.0 | $1,300.00 |
| 12/28/2022 | Review venture portfolio and provide comments and share with board | John J. Ray III | 0.5 | $650.00 |
| 12/28/2022 | Review resolutions requested | John J. Ray III | 0.5 | $650.00 |
| 12/28/2022 | FTX bidder approval | John J. Ray III | 0.5 | $650.00 |
| 12/28/2022 | Review memo regarding cyber security | John J. Ray III | 0.3 | $390.00 |
| 12/28/2022 | Review sponsorship rejections | John J. Ray III | 1.5 | $1,950.00 |
| 12/29/2022 | Data security matters | John J. Ray III | 1.0 | $1,300.00 |
| 12/29/2022 | Review drafts of briefs | John J. Ray III | 2.0 | $2,600.00 |
| 12/29/2022 | Review incoming docket matters | John J. Ray III | 2.5 | $3,250.00 |
| 12/29/2022 | Insurance matters | John J. Ray III | 1.8 | $2,275.00 |
| 12/29/2022 | Review recommendations related to assets | John J. Ray III | 0.5 | $650.00 |
| 12/29/2022 | Call and follow up with EU; review UCC requests and follow up | John J. Ray III | 1.0 | $1,300.00 |
| 12/29/2022 | Review license suspension matters | John J. Ray III | 0.8 | $975.00 |
| 12/30/2022 | Review UCC decks; follow up re EU; insurance matters | John J. Ray III | 1.8 | $2,275.00 |
| 12/30/2022 | Review AWS request and review invoices | John J. Ray III | 1.0 | $1,300.00 |
| 12/30/2022 | Review various payables | John J. Ray III | 1.5 | $1,950.00 |
| 12/30/2022 | General case management | John J. Ray III | 2.0 | $2,600.00 |
| 12/30/2022 | Review employee materials | John J. Ray III | 1.5 | $1,950.00 |
| 12/30/2022 | Review ledger matter | John J. Ray III | 0.8 | $975.00 |
| 12/31/2022 | Review forfeiture matter | John J. Ray III | 0.5 | $650.00 |
| 12/31/2022 | Review UCC deck and responses | John J. Ray III | 1.5 | $1,950.00 |
| 12/31/2022 | Follow up re employee matters | John J. Ray III | 0.5 | $650.00 |
| 12/31/2022 | Follow up re AWS request | John J. Ray III | 0.5 | $650.00 |
| | | **Total Amount for Period:** | **538.3** | **$673,790** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 11/13/22 | Delta Airlines RSW to LGA, travel to client site | $243.60 | | | | | John J. Ray III |
| 11/13/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/14/22 | Breakfast NYC, client site meal for one | | | | $15.89 | | John J. Ray III |
| 11/14/22 | Lunch NYC, client site meal for one | | | | $18.00 | | John J. Ray III |
| 11/14/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/15/22 | Breakfast NYC, client site meal for one | | | | $13.31 | | John J. Ray III |
| 11/15/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/16/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/17/22 | Lunch, client site meal for one | | | | $8.08 | | John J. Ray III |
| 11/17/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/18/22 | Breakfast NYC, client site meal for one | | | | $19.02 | | John J. Ray III |
| 11/18/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/19/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/20/22 | Breakfast NYC, client site meal for one | | | | $35.00 | | John J. Ray III |
| 11/20/22 | Car service NYC to LGA, client site lodging | | | $110.37 | | | John J. Ray III |
| 11/20/22 | Dinner NYC, client site meal for one | | | | $70.00 | | John J. Ray III |
| 11/20/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/21/22 | Amtrak coach fare NYP to WIL to NYP, attend hearing | | | $271.00 | | | John J. Ray III |
| 11/21/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/22/22 | Car service NYC to LGA, from client site | | | $100.26 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 11/22/22 | Hotel Dupont Wilmington, attend hearing | | $350.00 | | | | John J. Ray III |
| 11/22/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/23/22 | Delta Airlines LGA to BNA, travel from client site | $243.60 | | | | | John J. Ray III |
| 11/23/22 | Wifi Onboard LGA to BNA | | | | | $15.00 | John J. Ray III |
| 11/27/22 | Delta Airlines coach round trip BNA to LGA to BNA, to/from client site | $412.20 | | | | | John J. Ray III |
| 11/27/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/27/22 | Car from LGA to NYC, to client site lodging | | | $125.61 | | | John J. Ray III |
| 11/27/22 | Dinner NYC, client site meal for one | | | | $36.13 | | John J. Ray III |
| 11/28/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/29/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 11/29/22 | Dinner NYC, client site meal for one | | | | $63.17 | | John J. Ray III |
| 11/30/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/01/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/01/22 | Breakfast NYC, client site meal for one | | | | $35.00 | | John J. Ray III |
| 12/02/22 | Breakfast NYC, client site meal for one | | | | $35.00 | | John J. Ray III |
| 12/04/22 | Delta Airlines coach round trip BNA to LGA to BNA, to/from client site | $856.20 | | | | | John J. Ray III |
| 12/04/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/04/22 | Wifi Onboard BNA to LGA | | | | | $17.95 | John J. Ray III |
| 12/05/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 12/05/22 | Lunch NYC, client site meal for one | | | | $14.93 | | John J. Ray III |
| 12/06/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/07/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/08/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/08/22 | Dinner for 2 NYC, meeting re FTX | | | | $150.00 | | John J. Ray III |
| 12/09/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/09/22 | Dinner NYC, client site meal for one | | | | $75.00 | | John J. Ray III |
| 12/10/22 | Hay-Adams Hotel Washington DC, congressional hearing | | $400.00 | | | | John J. Ray III |
| 12/10/22 | Amtrak NYP to WAS business class one way, for congressional hearing | | | $226.00 | | | John J. Ray III |
| 12/10/22 | Lunch NYC, client site meal for one | | | | $55.00 | | John J. Ray III |
| 12/10/22 | Dinner for one Washington DC, congressional hearing | | | | $65.00 | | John J. Ray III |
| 12/11/22 | Hay-Adams Hotel Washington DC, congressional hearing | | $400.00 | | | | John J. Ray III |
| 12/11/22 | Breakfast for one Washington DC, congressional hearing | | | | $25.00 | | John J. Ray III |
| 12/11/22 | Dinner Washington DC, congressional hearing | | | | $65.00 | | John J. Ray III |
| 12/12/22 | American Airlines coach, one way BNA to DCA | $225.60 | | | | | John J. Ray III |
| 12/12/22 | Hay-Adams Hotel Washington DC, congressional hearing | | $400.00 | | | | John J. Ray III |
| 12/12/22 | Breakfast for one Washington DC, congressional hearing | | | | $30.00 | | John J. Ray III |
| 12/12/22 | Lunch for one Washington DC, congressional hearing | | | | $15.40 | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 12/13/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/13/22 | Amtrak WAS to NYP business class one way, congressional hearing | | | $226.00 | | | John J. Ray III |
| 12/14/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/15/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/15/22 | Breakfast NYC, client site meal for one | | | | $21.17 | | John J. Ray III |
| 12/16/22 | American Airlines coach one way LGA to BNA, from client site | $218.60 | | | | | John J. Ray III |
| 12/16/22 | Wifi Onboard LGA to BNA | | | | | $17.95 | John J. Ray III |
| 12/18/22 | Delta Airlines coach one way BNA to LGA to BNA, to/from client site | $567.20 | | | | | John J. Ray III |
| 12/18/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/18/22 | Wifi Onboard BNA to LGA | | | | | $17.95 | John J. Ray III |
| 12/19/22 | Wall Street Hotel NYC, client site lodging | | $525.00 | | | | John J. Ray III |
| 12/19/22 | Car from LGA to NYC, to client site lodging | | | $85.46 | | | John J. Ray III |
| 12/19/22 | Breakfast NYC, client site meal for one | | | | $35.00 | | John J. Ray III |
| 12/20/22 | Car NYC to LGA, from client site lodging | | | $145.88 | | | John J. Ray III |
| 12/20/22 | Wifi Onboard LGA to BNA | | | | | $17.95 | John J. Ray III |
| **Total Amount for Period:** | | **$2,767.00** | **$15,200.00** | **$1,290.58** | **$900.10** | **$86.80** | |