# **Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No.** |

**ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND
LOCAL RULE 2004-1 AUTHORIZING EXAMINATIONS**

Upon the *Joint Motion of the Debtors and the Committee for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examinations* (the "Motion");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that adequate notice of the Motion having been given; and it appears that no other or further notice need be given; and upon the record of any hearing held to consider the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases ra.kroll.com/FTX.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

Case 22-11068-JTD    Doc 642-2    Filed 02/07/23    Page 3 of 4

objections to the requested relief having been withdrawn, resolved or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Movants are authorized under Bankruptcy Rules 2004 and 9016 to issue subpoenas to the any or all of the Insiders for the production of documents, electronically stored information, or tangible things, including those responsive to the Requests.

3. The Movants' rights are reserved to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

4. This Order is without prejudice to the right of the Movants to seek further discovery pursuant to Bankruptcy Rule 2004 or otherwise of any other person or entity.

5. The entry of this Order shall not impede the Court from directing relief with respect to the conduct and/or scope of Bankruptcy Rule 2004 examinations authorized herein in the event an examiner is subsequently appointed.

~~5.~~6. The Movants are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. The Joint Provisional Liquidators of FTX Digital Markets, Ltd., shall be entitled to receive any documents, electronically stored information, or tangible things, that are produced in response to the Requests.

~~6.~~8. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

~~7.~~9. This Court retains jurisdiction to resolve any disputes arising under or related to

this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order.

~~SO ORDERED.~~

Dated: _____, 2023
Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge