# Exhibit B

## Disbursements

| Cost Type | Work Date | Amount | Narrative |
|---|---|---|---|
| Lexis Courtlink - Off Contract | 11/23/2022 | 0.93 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/23/2022 | 1.37 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 11/23/2022 | 0.95 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/23/2022 | 1.37 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 11/23/2022 | 0.87 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/21/2022 | 2.61 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/21/2022 | 0.93 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/21/2022 | 1.37 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 11/21/2022 | 1.37 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 11/21/2022 | 36.86 | SEARCH |
| Lexis Courtlink - Off Contract | 11/21/2022 | 0.87 | COURTLINK DOCKET UPDATE |
| Lexis Courtlink - Off Contract | 11/21/2022 | 1.37 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 11/20/2022 | 0.93 | US DOCKETS |
| Lexis Courtlink - Off Contract | 11/20/2022 | 1.37 | COURTLINK ALERT |
| Document Reproduction | 11/30/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/30/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/30/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 1.50 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 1.00 | Document Reproduction |
| Document Reproduction | 11/29/2022 | 7.10 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 1.10 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 3.40 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 4.30 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 4.00 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 0.60 | Document Reproduction |
| Document Reproduction | 11/28/2022 | 5.70 | Document Reproduction |
| Document Reproduction | 11/27/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 11/27/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/22/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 11/22/2022 | 0.70 | Document Reproduction |
| Document Reproduction | 11/20/2022 | 2.80 | Document Reproduction |
| Document Reproduction | 11/17/2022 | 1.20 | Document Reproduction |
| Document Reproduction | 11/17/2022 | 2.20 | Document Reproduction |
| Document Reproduction | 11/17/2022 | 0.90 | Document Reproduction |
| Document Reproduction | 11/17/2022 | 2.10 | Document Reproduction |
| Document Reproduction | 11/17/2022 | 2.80 | Document Reproduction |
| Document Reproduction | 11/16/2022 | 0.90 | Document Reproduction |
| Document Reproduction | 11/16/2022 | 0.40 | Document Reproduction |
| Document Reproduction | 11/16/2022 | 0.40 | Document Reproduction |
| Document Reproduction | 11/16/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 11/16/2022 | 0.30 | Document Reproduction |
| Travel | 11/22/2022 | 80.95 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 11/22/2022 |
| Color Document Reproduction | 11/29/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 11/29/2022 | 8.40 | Color Document Reproduction |
| Color Document Reproduction | 11/29/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 11/29/2022 | 0.40 | Color Document Reproduction |

| Description | Date | Amount | Detail |
|---|---|---|---|
| Color Document Reproduction | 11/27/2022 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 11/27/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 11/22/2022 | 8.00 | Color Document Reproduction |
| Color Document Reproduction | 11/22/2022 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 11/20/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 11/20/2022 | 8.40 | Color Document Reproduction |
| Color Document Reproduction | 11/17/2022 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 11/17/2022 | 0.80 | Color Document Reproduction |
| Hotel | 11/22/2022 | 425.70 | K. John Shaffer - Lodging - K. John Shaffer - Hotel stay for first day hearing |
| Parking | 11/22/2022 | 120.00 | K. John Shaffer - Parking - K. John Shaffer - Airport parking for flight to Wilmington Delaware for first day hearing |
| Velobind | 11/17/2022 | 2.00 | Velobind |
| Out-of-Town Travel | 11/21/2022 | 60.93 | K. John Shaffer - Taxi - K. John Shaffer - PHL/Hotel Taxi from Philadelphia Airport to hotel for first day hearing in FTX |
| Out-of-Town Travel | 11/22/2022 | 51.57 | K. John Shaffer - Taxi - K. John Shaffer - Hotel/Philadelphia Airport Uber to Philadelphia Airport after first day hearing |
| Air travel | 11/21/2022 | 2,260.00 | K. John Shaffer - Airfare - K. John Shaffer - LAX/PHL Travel to Wilmington Delaware for first day hearing in FTX |
| Document Services | 11/22/2022 | 2.12 | Document services - SPIRAL |
| Document Services | 11/22/2022 | 4.46 | Document services - TABS/C. |
| Document Services | 11/22/2022 | 5.00 | Document services - DRILLING/C. |
| Document Services | 11/18/2022 | 2.12 | Document services - SPIRAL |
| Document Services | 11/18/2022 | 10.00 | Document services - DRILLING/C. |
| Document Services | 11/18/2022 | 11.89 | Document services - TABS/C. |
| Document Services | 11/22/2022 | 27.50 | Document services - PRINTS/C. |
| Document Services | 11/18/2022 | 39.53 | Document services - PRINTS/C. |
| Document Services | 11/22/2022 | 0.75 | Document services - COLOR PRINTS/C. |
| Document Services | 11/18/2022 | 0.75 | Document services - COLOR PRINTS/C. |
| Document Services | 11/22/2022 | 3.58 | Document Services - TAX/C. |
| Document Services | 11/18/2022 | 5.77 | Document Services - TAX/C. |

| Invoice | CostType | Amount |
| --- | --- | ---: |
| 101-0000145138 | Air travel | 2,260.00 |
| 101-0000145138 | Color Document Reproduction | 37.20 |
| 101-0000145138 | Document Reproduction | 46.70 |
| 101-0000145138 | Document Services | 113.47 |
| 101-0000145138 | Hotel | 425.70 |
| 101-0000145138 | Lexis Courtlink - Off Contract | 53.17 |
| 101-0000145138 | Online Research | 0.00 |
| 101-0000145138 | Out-of-Town Travel | 112.50 |
| 101-0000145138 | Parking | 120.00 |
| 101-0000145138 | Travel | 80.95 |
| 101-0000145138 | Velobind | 2.00 |

| Cost Type | Work Date | Amount | Narrative |
|---|---|---|---|
| Lexis Courtlink - Off Contract | 12/31/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/31/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/30/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/29/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/27/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/19/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/13/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/13/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/13/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/9/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/7/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/7/2022 | 0.86 | US DOCKETS |
| Lexis Courtlink - Off Contract | 12/7/2022 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/6/2022 | 1.28 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/5/2022 | 1.28 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/5/2022 | 1.28 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/2/2022 | 1.28 | COURTLINK ALERT |
| Outside photocopying | 12/1/2022 | 22.50 | CAROL O'CONNOR - Copy Charges - Carol O'Connor - Orange County Court Download 12/01/22 |
| Local business travel | 12/12/2022 | 13.95 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 12/12/2022 |
| Local business travel | 12/12/2022 | 3.00 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 12/12/2022 |
| Document Reproduction | 12/27/2022 | 0.50 | Document Reproduction |
| Document Reproduction | 12/28/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 12/28/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 12/28/2022 | 0.90 | Document Reproduction |
| Document Reproduction | 12/28/2022 | 0.40 | Document Reproduction |
| Document Reproduction | 12/28/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 12/27/2022 | 0.60 | Document Reproduction |
| Document Reproduction | 12/27/2022 | 0.60 | Document Reproduction |
| Document Reproduction | 12/27/2022 | 6.30 | Document Reproduction |
| Document Reproduction | 12/27/2022 | 1.00 | Document Reproduction |
| Document Reproduction | 12/24/2022 | 0.50 | Document Reproduction |
| Document Reproduction | 12/24/2022 | 2.60 | Document Reproduction |
| Document Reproduction | 12/24/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/21/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/21/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/21/2022 | 0.80 | Document Reproduction |
| Document Reproduction | 12/19/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/19/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 1.10 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 0.70 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 1.20 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 2.20 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 0.50 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/14/2022 | 2.50 | Document Reproduction |

| Description | Date | Amount | Detail |
|---|---|---|---|
| Document Reproduction | 12/14/2022 | 2.20 | Document Reproduction |
| Document Reproduction | 12/12/2022 | 4.10 | Document Reproduction |
| Document Reproduction | 12/8/2022 | 1.70 | Document Reproduction |
| Document Reproduction | 12/8/2022 | 0.40 | Document Reproduction |
| Document Reproduction | 12/8/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/8/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/8/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.70 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.40 | Document Reproduction |
| Document Reproduction | 12/5/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.50 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 1.60 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.70 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.60 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 5.10 | Document Reproduction |
| Document Reproduction | 12/2/2022 | 0.30 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 1.30 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 1.30 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.20 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.10 | Document Reproduction |
| Document Reproduction | 12/1/2022 | 0.30 | Document Reproduction |
| Travel | 12/13/2022 | 7.52 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 12/13/2022 |
| Travel | 12/13/2022 | 37.63 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 12/13/2022 |
| Travel | 12/28/2022 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - Nairobi/New York City - Travel date: 11/22/22 |
| Travel | 12/28/2022 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - Nairobi/New York City - Travel date: 11/22/22 |
| Travel | 12/28/2022 | 324.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - Nairobi/New York City - Travel date: 11/22/22 |
| Travel | 12/28/2022 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York City/Nairobi - Travel date: 11/22/22 |

| Description | Date | Amount | Detail |
|---|---|---|---|
| Travel | 12/28/2022 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York City/Nairobi/New York City - Travel date: 11/22/22 |
| Color Document Reproduction | 12/28/2022 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 12/28/2022 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 11.20 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 15.20 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 17.20 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/27/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 33.60 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 4.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 38.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 33.60 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 33.60 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2022 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 17.60 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 31.20 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 20.00 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 16.00 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2022 | 11.20 | Color Document Reproduction |
| Color Document Reproduction | 12/5/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/5/2022 | 14.40 | Color Document Reproduction |
| Color Document Reproduction | 12/5/2022 | 18.80 | Color Document Reproduction |
| Color Document Reproduction | 12/5/2022 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 12/5/2022 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/1/2022 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 12/1/2022 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/1/2022 | 4.00 | Color Document Reproduction |
| Velobind | 12/28/2022 | 2.00 | Velobind |
| Velobind | 12/14/2022 | 6.00 | Velobind |
| Velobind | 12/1/2022 | 2.00 | Velobind |
| Document Services | 12/28/2022 | 0.74 | Document services - TABS/G. SMITH/0211391 |
| Document Services | 12/28/2022 | 5.00 | Document services - DRILLING/G. SMITH/0211391 |
| Document Services | 12/28/2022 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0211391 |

| | | | |
|---|---|---|---|
| Document Services | 12/28/2022 | 23.38 | Document services - PRINTS/G. SMITH/0211391 |
| Document Services | 12/28/2022 | 18.75 | Document services - COLOR PRINTS/G. SMITH/0211391 |
| Document Services | 12/5/2022 | 9.00 | Document services - COLOR PRINTS/G. SMITH/0211099 |
| Document Services | 12/28/2022 | 4.47 | Document Services - TAX/G. SMITH/0211391 |
| Document Services | 12/5/2022 | 0.80 | Document Services - TAX/G. SMITH/0211099 |

| Invoice | CostType | Amount |
|---|---|---:|
| 101-0000146920 | Color Document Reproduction | 361.20 |
| 101-0000146920 | Document Reproduction | 51.10 |
| 101-0000146920 | Document Services | 64.26 |
| 101-0000146920 | Lexis Courtlink - Off Contract | 21.22 |
| 101-0000146920 | Local business travel | 16.95 |
| 101-0000146920 | Online Research | 0.00 |
| 101-0000146920 | Outside photocopying | 22.50 |
| 101-0000146920 | Travel | 524.15 |
| 101-0000146920 | Velobind | 10.00 |
| 101-0000146920 | Word processing | 0.00 |