# Exhibit B

## Summary and Detailed Description of AlixPartners' Expenses

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 11/29/2022 | Airfare John LaBella 2022-11-29 SFO- EWR (United Airlines, one way, economy) (meetings with S&C) | 944.98 |
| 11/29/2022 | Airfare Matthew Jacques 2022-11-30 BOS- LGA (JetBlue, round trip, economy) (meetings with S&C) | 165.19 |
| 11/29/2022 | Lodging Charles Cipione Conrad New York Midtown 2022-11-29 2022-12-02 (meetings with S&C) | 1,575.00 |
| 11/29/2022 | Individual Meal Charles Cipione - Dinner (meetings with S&C) | 70.00 |
| 11/29/2022 | Airfare Charles Cipione 2022-11-29 DFW- LGA (American Airlines, roundtrip, economy) (meetings with S&C) | 513.79 |
| 11/29/2022 | Airfare David White 2022-11-29 LAX- ORD-EWR (United Airlines, round trip, business class) (meetings with S&C - 6hr flight, last minute booking with limited seats) | 2,880.20 |
| 11/29/2022 | Internet Access David White | 8.00 |
| 11/29/2022 | Internet Access David White | 8.00 |
| 11/29/2022 | Individual Meal David White - Dinner (meetings with S&C) | 41.25 |
| 11/29/2022 | Lodging David White AC Hotel NY Times SQ - New York 2022-11-29 2022-11-30 (meetings with S&C) | 250.21 |
| 11/29/2022 | Taxi/Car Service David White Home to LAX (meetings with S&C) | 119.92 |
| 11/30/2022 | Taxi/Car Service John LaBella Airport to Home (return from meetings with S&C) | 78.06 |
| 11/30/2022 | Taxi/Car Service John LaBella Airport to Hotel (meetings with S&C) | 74.00 |
| 11/30/2022 | Taxi/Car Service John LaBella Hotel to Office (meetings with S&C) | 18.50 |
| 11/30/2022 | Individual Meal John LaBella - Breakfast (meetings with S&C) | 5.10 |
| 11/30/2022 | Taxi/Car Service Matthew Jacques Airport to Hotel (meetings with S&C) | 59.27 |
| 11/30/2022 | Lodging Matthew Jacques Marriott Hotels & Resorts- New York 2022-11-30 2022-12-02 (meetings with S&C) | 1,050.00 |
| 11/30/2022 | Individual Meal Matthew Jacques - Breakfast (meetings with S&C) | 11.87 |
| 11/30/2022 | Taxi/Car Service Charles Cipione Airport to Hotel (meetings with S&C) | 103.90 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 11/30/2022 | Taxi/Car Service Charles Cipione Hotel to Airport (meetings with S&C) | 159.87 |
| 11/30/2022 | Individual Meal Charles Cipione - Lunch (meetings with S&C) | 31.95 |
| 11/30/2022 | Taxi/Car Service David White Hotel (with luggage) to S&C office (meetings with S&C) | 55.83 |
| 11/30/2022 | Individual Meal David White - Dinner (meetings with S&C) | 39.76 |
| 11/30/2022 | Taxi/Car Service David White EWR Airport to Hotel (NYC for meetings with S&C) | 135.51 |
| 11/30/2022 | Lodging David White 11 Howard Hotel New York 2022-11-30 2022-12-02 (meetings with S&C) | 1,050.00 |
| 12/01/2022 | Group Meal - Engagement Team John LaBella - Lunch - Charles Cipione; John LaBella; David White (meetings with S&C) | 100.19 |
| 12/01/2022 | Individual Meal Charles Cipione - Dinner (meetings with S&C) | 70.00 |
| 12/01/2022 | Airfare Charles Cipione 2022-12-05 DFW- LGA (American Airlines, roundtrip, economy) (meetings with S&C) | 287.94 |
| 12/01/2022 | Taxi/Car Service David White Hotel to S&C office (meetings with S&C) | 39.50 |
| 12/01/2022 | Airfare David White 2022-12-05 LAX- EWR (United Airlines, round trip, economy) (meetings with S&C) | 1,052.20 |
| 12/01/2022 | Taxi/Car Service David White S&C office to Hotel (after hours) (meetings with S&C) | 27.53 |
| 12/01/2022 | Train Justin Sutherland DC-NYC (Amtrak, one way, coach) (meetings with S&C) | 183.00 |
| 12/02/2022 | Airfare John LaBella 2022-12-02 EWR- DEN (United Airlines, round trip, premium economy) (meetings with S&C) | 831.33 |
| 12/02/2022 | Taxi/Car Service John LaBella Office to Hotel (meetings with S&C) | 43.76 |
| 12/02/2022 | Taxi/Car Service John LaBella Office to Airport (meetings with S&C) | 75.67 |
| 12/02/2022 | Individual Meal John LaBella - Breakfast (meetings with S&C) | 18.34 |
| 12/02/2022 | Individual Meal John LaBella - Lunch (meetings with S&C) | 20.44 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 12/02/2022 | Taxi/Car Service Matthew Jacques meeting to Hotel (meetings with | 5.87 |
| 12/02/2022 | Taxi/Car Service Matthew Jacques Airport to Parking (meetings with S&C) | 6.69 |
| 12/02/2022 | Taxi/Car Service Matthew Jacques Hotel to Airport (meetings with S&C) | 39.16 |
| 12/02/2022 | Group Meal Matthew Jacques - Dinner - John LaBella; Matthew Jacques (meetings with S&C) | 140.00 |
| 12/02/2022 | Parking/Tolls Matthew Jacques | 108.00 |
| 12/02/2022 | Internet Access David White | 8.00 |
| 12/02/2022 | Individual Meal David White - Dinner (meetings with S&C) | 26.64 |
| 12/02/2022 | Taxi/Car Service David White Hotel to EWR (meetings with S&C) | 93.46 |
| 12/03/2022 | Individual Meal Matthew Jacques - Breakfast (meetings with S&C) | 12.16 |
| 12/03/2022 | Taxi/Car Service David White LAX to Home (meetings with S&C) | 177.90 |
| 12/03/2022 | Individual Meal David White - Dinner (meetings with S&C) | 15.02 |
| 12/05/2022 | Airfare John LaBella 2022-12-05 SFO- JFK (American Airlines, one way, economy) (meetings with S&C) | 1,053.69 |
| 12/05/2022 | Taxi/Car Service John LaBella Home to Airport (meetings with S&C) | 117.50 |
| 12/05/2022 | Internet Access John LaBella | 9.00 |
| 12/05/2022 | Lodging John LaBella The Wall Street Hotel New York 2022-12-05 2022-12-09 (meetings with S&C) | 2,100.00 |
| 12/05/2022 | Internet Access David White | 12.00 |
| 12/05/2022 | Individual Meal David White - Breakfast (meetings with S&C) | 6.57 |
| 12/05/2022 | Lodging David White Marriott 337U0 Brooklyn 2022-12-05 2022-12-08 (meetings with S&C) | 1,575.00 |
| 12/05/2022 | Taxi/Car Service David White Home to LAX (meetings with S&C) | 129.16 |
| 12/06/2022 | Individual Meal John LaBella - Dinner (meetings with S&C) | 61.17 |
| 12/06/2022 | Taxi/Car Service David White EWR Airport to Hotel (NYC for meetings with S&C) | 109.50 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 12/06/2022 | Individual Meal David White - Dinner (meetings with S&C) | 11.13 |
| 12/06/2022 | Public Transportation David White (meetings with S&C) | 2.75 |
| 12/07/2022 | Individual Meal John LaBella - Dinner (meetings with S&C) | 52.84 |
| 12/07/2022 | Taxi/Car Service John LaBella Office to Hotel (meetings with S&C) | 20.93 |
| 12/07/2022 | Airfare David White 2022-12-08 EWR- LAX (United Airlines, one way, economy) (meetings with S&C) | 165.00 |
| 12/07/2022 | Taxi/Car Service David White S&C Office to Hotel (after hours) (meetings with S&C) | 29.82 |
| 12/08/2022 | Individual Meal John LaBella - Breakfast (meetings with S&C) | 10.69 |
| 12/08/2022 | Taxi/Car Service Adam Searles NYC (S&C office) to Home (Long Island, NY late evening) (meetings with S&C) | 115.61 |
| 12/08/2022 | Internet Access David White | 8.00 |
| 12/08/2022 | Lodging David White Marriott 337U0 Brooklyn 2022-12-08 2022-12-09 (meetings with S&C) | 525.00 |
| 12/08/2022 | Taxi/Car Service David White S&C Office to EWR (meetings with S&C) | 124.93 |
| 12/08/2022 | Taxi/Car Service David White Hotel to Office (with luggage) (meetings with S&C) | 34.44 |
| 12/08/2022 | Lodging Justin Sutherland Marriott Hotels & Resorts New York 2022-12-08 2022-12-09 (meetings with S&C) | 514.13 |
| 12/08/2022 | Taxi/Car Service Justin Sutherland Train station to FTX work site (meetings with S&C) | 29.76 |
| 12/09/2022 | Airfare John LaBella 2022-12-09 JFK- SFO (Delta Airlines, one way, economy) (meetings with S&C) | 796.46 |
| 12/09/2022 | Taxi/Car Service John LaBella Hotel to Office (meetings with S&C) | 14.34 |
| 12/09/2022 | Parking/Tolls John LaBella | 180.00 |
| 12/09/2022 | Internet Access John LaBella | 39.95 |
| 12/09/2022 | Taxi/Car Service John LaBella Office to Airport (meetings with S&C) | 71.74 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 12/09/2022 | Individual Meal John LaBella - Dinner (meetings with S&C) | 60.08 |
| 12/09/2022 | Taxi/Car Service David White LAX to Home (meetings with S&C) | 141.22 |
| 12/09/2022 | Taxi/Car Service Justin Sutherland FTX work site to Airport (meetings with S&C) | 110.90 |
| 12/15/2022 | Taxi/Car Service Adam Searles NYC (S&C office) to Home (Long Island, NY late evening) (meetings with S&C) | 104.65 |
| 12/22/2022 | Other- Bennett Mackay Market pricing data purchase regarding coin price history on FTX exchanges | 117.12 |
| **Total Expenses** | | **$ 21,288.04** |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---:|
| Airfare | 8,690.78 |
| Ground Transportation | 2,654.65 |
| Internet | 92.95 |
| Lodging | 8,639.34 |
| Meals | 805.20 |
| Parking & Tolls | 288.00 |
| Subscriptions | 117.12 |
| **Total Expenses** | **$ 21,288.04** |