## Exhibit B

### Disbursements

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 11/16/2022 | 0.100 | 285.00 | 28.50 | Inhouse Copying |
| 1368.002 | 11/17/2022 | 0.100 | 727.00 | 72.70 | Inhouse Copying |
| 1368.002 | 11/18/2022 | 0.100 | 48.00 | 4.80 | Inhouse Copying |
| 1368.002 | 11/21/2022 | 0.100 | 1,579.00 | 157.90 | Inhouse Copying |
| 1368.002 | 11/21/2022 | 0.100 | 2,638.00 | 263.80 | Inhouse Copying |
| 1368.002 | 11/30/2022 | 0.100 | 21.00 | 2.10 | Inhouse Copying |
| 1368.002 | 12/01/2022 | 0.100 | 45.00 | 4.50 | Inhouse Copying |
| 1368.002 | 12/04/2022 | 0.100 | 22.00 | 2.20 | Inhouse Copying |
| 1368.002 | 12/05/2022 | 0.100 | 84.00 | 8.40 | Inhouse Copying |
| 1368.002 | 12/06/2022 | 0.100 | 55.00 | 5.50 | Inhouse Copying |
| 1368.002 | 12/07/2022 | 0.100 | 37.00 | 3.70 | Inhouse Copying |
| 1368.002 | 12/08/2022 | 0.100 | 10.00 | 1.00 | Inhouse Copying |
| 1368.002 | 12/09/2022 | 0.100 | 379.00 | 37.90 | Inhouse Copying |
| 1368.002 | 12/14/2022 | 0.100 | 11.00 | 1.10 | Inhouse Copying |
| 1368.002 | 12/19/2022 | 0.100 | 37.00 | 3.70 | Inhouse Copying |
| 1368.002 | 12/21/2022 | 0.100 | 254.00 | 25.40 | Inhouse Copying |
| 1368.002 | 12/29/2022 | 0.100 | 4.00 | 0.40 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 623.60 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 11/22/2022 | | | 114.80 | Outside printing Parcels, Inc. - Invoice 997360 |
| 1368.002 | 11/22/2022 | | | 1,279.00 | Outside printing Parcels, Inc. - Invoice 997296 |
| 1368.002 | 11/22/2022 | | | 3,901.67 | Outside printing Parcels, Inc. - Invoice 997830 |
| 1368.002 | 12/19/2022 | | | 26.88 | Outside printing Parcels, Inc. - Invoice 1000388 |
| 1368.002 | 12/29/2022 | | | 315.00 | Outside printing Parcels, Inc. - Invoice 1002057 |
| **Total for Activity ID E102** | | | Billable | 5,637.35 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 11/30/2022 | | | 268.61 | Online research Relx Inc. DBA LexisNexis - Invoice 3094189745 |
| 1368.002 | 12/31/2022 | | | 2,250.37 | Online research Relx Inc. DBA LexisNexis - Invoice 3094228128 |
| **Total for Activity ID E106** | | | Billable | 2,518.98 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 11/22/2022 | | | 45.00 | Delivery services/messengers Parcels, Inc. - Invoice 35842 |
| 1368.002 | 11/22/2022 | | | 219.00 | Delivery services/messengers Parcels, Inc. - Invoice 35926 |
| 1368.002 | 12/14/2022 | | | 20.95 | Delivery services/messengers DLS Discovery - Invoice 171963 |
| **Total for Activity ID E107** | | | Billable | 284.95 | Delivery services/messengers |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 11/22/2022 | | | 2,860.00 | Out-of-town travel: Campbell Transportation - 4 cars for S&C, A&M, RLKS and John J. Ray III; to/from courthouse, train station, airport |
| **Total for Activity ID E110** | | | Billable | 2,860.00 | Out-of-town travel |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 11/11/2022 | | | 34.25 | Meals: Spark'd - Part of working breakfast for LRC (7) |
| 1368.002 | 11/11/2022 | | | 48.87 | Meals: Chick-fil-A - Part of working breakfast for LRC (7) |
| 1368.002 | 11/11/2022 | | | 93.00 | Meals: DECO - Working dinner for LRC (4) |
| 1368.002 | 11/14/2022 | | | 104.50 | Meals: Chelsea Tavern - Working dinner for LRC (5) |
| 1368.002 | 11/16/2022 | | | 50.50 | Meals: DiMeo's Pizza - Working dinner for LRC (3) |
| 1368.002 | 11/17/2022 | | | 70.50 | Meals: Stitch House Brewery - Working dinner for LRC (5) |
| 1368.002 | 11/18/2022 | | | 66.70 | Meals: DiMeo's Pizza - LRC working dinner (4) |
| 1368.002 | 11/18/2022 | | | 109.20 | Meals: Bardea - Working lunch for LRC (6) |
| 1368.002 | 11/19/2022 | | | 17.96 | Meals: Wawa - Working dinner for LRC (1) |
| 1368.002 | 11/21/2022 | | | 226.00 | Meals: DECO - Working dinner for S&C (6), A&M (2), RLKS (2) and John J. Ray III |
| 1368.002 | 11/21/2022 | | | 105.00 | Meals: DiMeo's Pizza - Working dinner for LRC (6) |
| 1368.002 | 11/21/2022 | | | 50.00 | Meals: El Diablo - Working lunch for LRC (3) |
| 1368.002 | 11/22/2022 | | | 417.67 | Meals: Cavanaugh's Restaurant - Lunch for 1st Day Hearing S&C (8), A&M (4), RLKS (2), LRC (4), John J. Ray III, and QE (2) |
| 1368.002 | 11/22/2022 | | | 209.00 | Meals: Urban Cafe - Breakfast for 1st Day Hearing S&C (8), A&M (4), RLKS (2), LRC (4), John J. Ray III, and QE (2) |

**Detail Cost Task Code Billing Report**  
Landis Rath & Cobb LLP

Page: 2

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E111 Meals** | | | | | |
| Total for Activity ID E111 | | | Billable | 1,603.15 | Meals |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 11/21/2022 | 0.800 | 20.00 | 16.00 | Inhouse Color Copies |
| 1368.002 | 11/21/2022 | 0.800 | 820.00 | 656.00 | Inhouse Color Copies |
| Total for Activity ID E201 | | | Billable | 672.00 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 11/28/2022 | | | 20.00 | Document Retrieval Delaware Secretary of State - Delaware entity search |
| 1368.002 | 11/30/2022 | | | 90.40 | Docket Retrieval - PACER November |
| 1368.002 | 12/29/2022 | | | 104.30 | Docket Retrieval - PACER December |
| Total for Activity ID E208 | | | Billable | 214.70 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 11/14/2022 | | | 75.00 | Filing Fee Clerk, District Court of Delaware - PHV for A. Dietderich, B. Gluckstein, A. Kranzley, J. Bromley |
| 1368.002 | 11/20/2022 | | | 100.00 | Filing Fee Clerk, District Court of Delaware - PHV for S. Peikin, J. McDonald, N. Friedlander, J. Croke |
| 1368.002 | 11/21/2022 | | | 75.00 | Filing Fee Clerk, District Court of Delaware - PHV for I. Nesser, S. Williamson, A. Alden, E. Winston |
| 1368.002 | 12/15/2022 | | | 188.00 | Filing Fee Clerk, US Bankruptcy Court - Sale Motion |
| Total for Activity ID E214 | | | Billable | 438.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 11/22/2022 | | | 580.00 | Hearing Transcripts Reliable Wilmington - Invoice WL108127 |
| 1368.002 | 12/14/2022 | | | 166.75 | Hearing Transcripts Reliable Wilmington - Invoice WL108457 |
| 1368.002 | 12/16/2022 | | | 166.75 | Hearing Transcripts Reliable Wilmington - Invoice WL108491 |
| Total for Activity ID E218 | | | Billable | 913.50 | Hearing Transcripts |
| **Activity ID E226 Conference Call Service** | | | | | |
| 1368.002 | 11/11/2022 | | | 4.55 | Conference Call Service LoopUp LLC - Invoice 355809 |
| 1368.002 | 11/15/2022 | | | 2.74 | Conference Call Service LoopUp LLC - Invoice 355809 |
| 1368.002 | 11/18/2022 | | | 4.08 | Conference Call Service LoopUp LLC - Invoice 355809 |
| 1368.002 | 12/07/2022 | | | 21.11 | Conference Call Service LoopUp LLC - Invoice 369833 |
| Total for Activity ID E226 | | | Billable | 32.48 | Conference Call Service |
| **Activity ID E228 Telephonic Court Appearance** | | | | | |
| 1368.002 | 11/18/2022 | | | 210.00 | Telephonic Court Appearance CourtSolutions - AGL, KAB, MRP |
| Total for Activity ID E228 | | | Billable | 210.00 | Telephonic Court Appearance |

**GRAND TOTALS**

| | | | Billable | 16,008.71 | |
|---|---|---|---|---|---|