## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## **DECLARATION**

I, Peter Charles Edward Bullock, declare under penalty of perjury:

1.    I am a Partner of King & Wood Mallesons, located at 13th Floor, Gloucester Tower, The Landmark, 15 Queen's Road Central, Central, Hong Kong (the "Firm"). The Firm is a Hong Kong partnership, a separate legal entity and a Member Firm of the KWM Network, a Verein structure which also includes the Australian partnership and the China partnership.

2.    FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), have requested that the Firm provide legal services and advice regarding Hong Kong laws to the Debtors, and the Firm has consented to provide such services.

3.    This Declaration is submitted in compliance with the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"), which I have reviewed. I understand the limitations on compensation and reimbursement under such OCP Order.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4.    The Firm has provided services to the Debtors prior to the Petition Date.
The Firm has provided the following services:

| Client name | Matter description | File opened |
|---|---|---|
| FTX Trading Ltd and certain affiliated / service entities | Hong Kong regulatory, advisory and transactional support across a variety of matters | 28 July 2021 |
| FTX Trading Ltd | Assistance with shareholders' agreement and related matters | 23 November 2021 |
| FTX Trading Ltd | Third party crypto account claim and settlement | 21 July 2022 |
| FTX Trading Ltd | Claim by third party complainant and related settlement negotiations | 5 September 2022 |
| Alameda Research Ltd | Hong Kong regulatory advice in connection with trading and related activities | 10 November 2022 |

5.    The Debtors have requested, and the Firm has agreed, to provide services
to the Debtors, and the Firm has consented to provide such services (the "Services"). The
Services include, without limitation, the following:

a)  legal services relating to Hong Kong insolvency law and procedures;

b)  legal services relating to Hong Kong employment laws and practice; and

c)  legal services to provide continuity with our relationship having acted for Debtor
companies prior to the Petition Date.

6.    In the ordinary course of business, the Firm maintains a database for the
purpose of performing conflicts checks. The Firm's database contains information regarding
present and past engagements. I obtained the attached list of key parties-in-interest from the
Debtors for the purpose of searching the aforementioned database and determining the
connection(s) which the Firm and/or its employees has/have with such parties. The Firm's
search of the database (to include the Firm's global business, save for that of the China
partnership) identified the following connections:

a) One of our regulatory partners within the Firm's Australian partnership has acted for Temasek in connection with its investment into the FTX Group. We understand that this role was related to Australian legal compliance, as local counsel for Temasek. As such, our role in Hong Kong was subject to an information barrier between relevant teams. That barrier remains in place and relates to segregating teams and access to information. Temasek was aware of the Firm's role supporting FTX in Hong Kong. We are not aware of any further work for Temasek. In any event, no person on that side of the information barrier would be involved in this matter for the FTX Group.

b) As part of our support to FTX Trading Limited in connection with Hong Kong regulatory enquiries in 2021-22, certain enquiries also extended to other members of the FTX Group – namely Alameda Research LLC and Cottonwood Grove Limited. We supported with these enquiries on request by FTX on a fully disclosed basis, noting further that there was no actual or potential conflict of interest identified at that point time. A set of queries also related to Salameda – a non-group company but with common legal support and certain employees. Given the overlap between the lines of enquiry, our understanding of the inter-company service arrangements and the highly factual nature of those enquiries, we were also asked to support by reviewing those responses and we did so on a fully disclosed basis. Salameda was also separately advised by Howse Williams. We understand that Salameda continues to be separately advised. We add that we have declined to act further for Salameda, unless this would be as part of any role for the FTX Group (upon its request) and subject to further KWM conflicts review and procedures under this new agreement.

c) These entities are active clients of the Firm but not related to FTX matters or these Chapter 11 Cases:

| Bankruptcy Professionals |
|---|
| Ernst & Young |
| **Banks/Lender/UCC Lien Parties/Administrative Agents** |

| |
|---|
| Bank of America |
| Circle Internet Financial, Inc. |
| Commercial Bank of Dubai |
| DBS Bank Limited |
| Emirate NBD Bank |
| Eurobank |
| HSBC Bank |
| JPMorgan Chase Bank, N.A. |
| Moneytech |
| Morgan Stanley |
| MUFG Bank, LTD. |
| National Australia Bank |
| Nium |
| Nuvei |
| Omipay / Cuscal |
| Paysafe |
| Silicon Valley Bank |
| Sumitomo Mitsui Banking Corporation (SMBC) |
| Wells Fargo |
| **Contract Counter-Parties** |
| FTI Consulting, Inc. |
| Yahoo Inc. |
| **Customers** |

| ███████████ |
| --- |
| **Insurance** |
| Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, |
| QBE Insurance Corporation |
| **Investments/Acquisitions** |
| TaxBit |
| **Landlords** |
| WeWork Companies LLC |
| **Ordinary Course Professionals** |
| Clayton Utz |
| Covington & Burling LLP |
| Hogan Lovells |
| Loyens&Loeff |
| Piper Alderman Law |
| **Significant Competitors** |
| BlockFi, Inc. |
| Crypto.com |
| Kraken |
| **UCC Professionals** |
| Hunton Andrews Kurth LLP |
| **Utilities** |
| Comcast |
| Verizon Wireless |

| Vendors |
| --- |
| AIRBNB |
| Amazon |
| Amazon Web Services (AWS) |
| American Express |
| Apple Inc. |
| Bloomberg |
| Cloudflare Inc |
| Door Dash |
| DoorDash US |
| Facebook/Meta |
| Futures Industry Association |
| Google |
| Google Cloud Platform |
| Matonee Inc |
| MetaTheory |
| Sequoia Capital Fund, L.P. |
| Hogan Lovells International LLP |
| Learfield |
| Lexis Nexis |
| Meta Platforms, Inc. |
| Microsoft |
| Morrison and Foerster LLP |
| Osler, Hoskin & Harcourt LLP |

| |
|---|
| Perkins Coie LLP |
| Piper Alderman Law |
| Pricewater House Coopers LLP |
| Refinitiv |
| Revolut Ltd |
| Roku |
| Sidley Austin LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP |
| SSB Trust (State Stret Bank and Trust Company) |
| TaxBit |
| TikTok |

d) These entities are inactive clients of the Firm but not related to FTX matters or these Chapter 11 Cases:

| **Bankruptcy Professionals** |
|---|
| Perella Weinberg Partners |
| **Contract Counter-Parties** |
| Ledger SAS |
| **Donations** |
| Managed Funds Association |
| **Investments/Acquisitions** |
| Acala |
| Stocktwits |
| SupraOracle / ENTROPY PROTOCOL LTD. |

| Ordinary Course Professionals |
| --- |
| Appleby |
| BlackOak |
| **Significant Competitors** |
| Coinbase |
| Gemini |
| **Utilities** |
| AT&T |
| **Vendors** |
| Satori Research |
| Scopely |
| SEBA Bank |
| Hotels.com |
| Insight Direct USA Inc |

e)  These entities are not clients of the firm but counterparties to KWM matters (closed and live) unrelated to FTX matters or these Chapter 11 Cases:

| Banks/Lender/UCC Lien Parties/Administrative Agents |
| --- |
| AKBANK |
| BMO Harris Bank, N.A. |
| ED&F Man Holdings Inc. |
| Goldfields Money |
| Prime Trust LLC |
| Signet |

| |
|---|
| Silvergate Bank |
| Stripe |
| Tokyo Star Bank |
| Transactive |
| **Contract Counter-Parties** |
| Binance |
| Lightspeed Management Company, LLC |
| Ribbit Capital |
| StockTwits, Inc. |
| **Customers** |
| Wincent Investment Fund PCC Limited |
| **Donations** |
| Stanford University |
| **Insurance** |
| HDI Global Specialty SE |
| The Hanover Insurance Group |
| **Investments/Acquisitions** |
| Altimeter Growth Partners Fund VI, L.P. |
| China Venture Capital Fund |
| Skybridge |
| StepN (Find Satoshi Lab) |
| Umee |
| Philadelphia Indemnity Insurance Company |
| Sompo International |

| zero one |
| --- |
| **Taxing Authority/Governmental/Regulatory Agencies** |
| Commodity Futures Trading Commission |
| Internal Revenue Service |
| Japan Financial Services Agency |
| Monetary Authority of Singapore |
| New York Department of Financial Services |
| Peter Marton |
| Secretary of State |
| Securities and Exchange Commission |
| **Vendors** |
| BitGo |
| BTIG |
| Chartwell |
| CHICAGO MERCANTILE EXCHANGE INC. |
| Equinix |
| Equinix INC |
| Eventus Systems, Inc. |
| FEDEX |
| Florida International University Foundation |
| Food Panda |
| FOX BROADCASTING COMPANY |
| Fox Sports |

| GitHub |
|---|
| Jetstream Partners Limited |
| Microsoft Online Inc |
| Playup Limited |
| Prime Trust LLC |
| Sierra Wireless |
| Slack Technologies, Inc |
| Stripe, Inc. |
| The Executive Centre |
| The Executive Centre Singapore Pte Ltd |
| Time Magazine |

     f) Although not clients or counterparties of the Firm, the Firm's insurers include HDI Global Specialty SE and The Hanover Insurance Group.

     7.    To the best of my knowledge, formed after due inquiry, except as set forth herein, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties-in-interest, the U.S. Trustee or any person employed by the U.S. Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

     8.    Neither I, nor any principal, partner, director, officer of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

888642164_12     11

9.      The Firm's current customary hourly rates, subject to change from time to time, are: $1,125 for Senior Partners; $930 for Junior Partners; $890 for Counsel; $800-850 for Senior Associates; $540-750 for Associates and $360-425 for Trainee Solicitors. In the normal course of business, the Firm revises its regular hourly rates on July 1 of each year and requests that effective July 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. The Firm shall seek reimbursement of only actual and necessary expenses and other charges incurred by the Firm, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

10.     The Debtors owe the Firm $49,972.00 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.

11.     The Firm keeps time records in one-tenth of an hour increments in the ordinary course of business.

12.     As of the Petition Date, the Firm was party to a services agreement with the Debtors, dated July 22, 2021. To the extent that such services agreement contains material terms which are not disclosed in the text of this Declaration, a copy of such agreement is attached as an exhibit to this Declaration.

13.     The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

14.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8th , 2023

_____

Peter Charles Edward Bullock

**FTX Trading – Redacted Key Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust

Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance

---

[1] Pursuant to the *Final Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], the names of (i) customers and (ii) natural persons who the Debtors believe are protected by the GDPR are redacted. An unredacted version of the Key Parties in Interest List is filed under seal at D.I. 288.

Zand Bank

**Contract Counter-Parties**

AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File
Name On File
Jeremy Cranford
Name On File

Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc
Sygnia Consulting
The MLB Network, LLC
The Sequoia Fund, L.P.
Thoma Bravo

| | |
|---|---|
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |

**Customers**

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |

FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc

Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd

**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File
Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness

{1368.002-W0069962.}                                    5

| | |
|---|---|
| Name On File | Stanford University |
| Michael McCarty | Stanford University Development |
| Michael Watson | The Center for Election |
| Mitch Sonkin | Name On File |
| Name On File | UC Berkeley Foundation |
| Name On File | UDONIS HASLEM CHILDRENS FOUNDATION |
| Nishad Singh | **Insurance** |
| Name On File | Ascot Insurance Company |
| Name On File | Continental Casualty Company |
| Name On File | Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, |
| Name On File | HDI Global Specialty SE |
| Name On File | Lloyd's America, Inc. |
| Rishi Jain | Massachusetts Bay Insurance Company |
| Name On File | Paragon International Insurance Brokers Limited |
| Ryan Salame | QBE Insurance Corporation |
| Ryne Miller | Relm Insurance Ltd. |
| Samuel Bankman-Fried | StarStone National Insurance Company |
| Name On File | The Hanover Insurance Group |
| Serhat Aydin | The Travelers Insurance Company |
| Name On File | Travelers Property Casualty Company of America |
| Shiliang Tang | United Fire Group |
| Name On File | USI Insurance Services, LLC-CL |
| Sina Nader | **Investments/Acquisitions** |
| Name On File | 1Inch |
| Takashi Hidaka | 3Commas Technologies |
| Terence Choo | 5D |
| Name On File | 6529 NFT Fund |
| Venu Palaparthi | 6th Man Ventures Fund |
| Wang Zhe | 80 Acres |
| Wing Man Charis Law (Charis Law) | Acala |
| Wong Jing Yu | AFK Ventures LLC |
| Zach Dexter | Name On File |
| Zhe Wang | Alder Labs |
| **Donations** | Alethea |
| amfAR | Aligned AI |
| Arbor Day Foundation | Altimeter Growth Partners Fund VI, L.P. |
| Berkley Existential Risk Initiative | Alvea, LLC |
| Care for Special Needs Children Foundation | Anchorage |
| Center for Effective Altruism | Ancient8 |
| Clinton Health Access | AngelList |
| David Ortiz Children's Fund | Anthropic |
| Eat.Learn.Play | Anysphere Inc |
| Eldera, Inc. | Aptos |
| GWWC | Arcana |
| Honnold Foundation | Archax |
| Hurry Up Slowly | Arnac |
| Laureus Sport for Good | Arrow |
| Majority Forward | Artemis |
| Managed Funds Association | Asymmetric Technologies LP |
| National Council of Social Service | ATMTA, Inc. / Star Atlas |
| New Jersey Scholars | Atomic Vaults |
| Neworld One Bay Street - Margaritaville Beach Resort Nassau | ATTN (EVOSverse) |
| RESource D.C | Auradine, Inc. |
| Rethink Priorities | Aurigami / Vaus Limited |
| Seattle Approves | Aurory |
| Stanford School of Medicine | Autograph |

Automata

Avara Labs / LENS

AVECRIS Research Corporation Pte. Ltd. (Project Door)

Aver Protocol

Axelar Network

Bastion / Bengine, Inc.

BetDEX

BiLira (Series A - Class E)

Bitmain Fund L.P.

Bitnob Technologies

Bitnomial

BitOasis

Bitocto (exchange Indo) / PT Triniti

Blockbeats News

Blockchain Space / Solutions Lab Consultancy Pte Ltd

Blocto

Bluebook Cities

Bond Fund III

Bonzai Finance

Bridge Technologies (BRG Token)

Brinc Drones

Browder Capital

BTC Africa, S.A., (dba AZA Finance)

Burnt

Canonical Crypto Fund

Cardinal (Nexus Pro)

Causal Inc

CCAI / Aldin

Cega Pte Ltd

Celesita Network

Ceres Protocol Inc / Mythos tokens

Change Up

chillchat

China V Investors L.P.

China Venture Capital Fund

Chingari

Chipper Cash / Critical Ideas Inc

Circle Internet Financial, Inc.

Clover

Coderrect Inc.

Cogni

Coin98

Coinfeeds / Docsi18n

CoinMARA

Collide Capital Fund I

Com2Us

Composable

Compound Financial

Confirm Solutions Inc

Conjecture

Connect3 / Lab3 Technology Limited

Consensys

Critical Ideas, Inc.

Cryowar

Curated

DaoSqaure

Darkfi

Dave Inc

decimated

Defi

Defi Alliance

Delphia Holdings Corp

Delta One

Delysium / KUROSEMI INC.

Digital Assets DA AG

Distributed Ledger Technology

DLT Climate Tech

DoDo

DoinGud

DoNotPay

Doodles

Doppel Inc

Dorahack

Drift

DriveWealth

Dropp

Dtrade

Dune Analytics

Dust Labs, Inc

edenbrawl / Worldspark Studios, Inc

EFAS / Kepler Space Industries

Efficient Frontier / Odyssey  Technologies  Limited

Eizper Chain

Elementus

Elumia

Equator Therapeutics

EquiLibre Tecnologies Inc.

Ethereal Ventures Fund I LP

Euclid Labs / Magic Eden Secondary Shares

Euler

Evme Inc

Exodus

exotic / Pier3 Ventures Limited

Exponent Founders Capital I, LP

Exponential DeFi Inc

FairSide

Fanatics

Faraway

Fern Labs Inc

Few and Far

Figma Inc

Float Capital / Rubin Global Ltd

Flourishing Humanity Corporation Ltd

Fluence Labs

Friktion

Frosted Inc

Fuel / Layer-2 Development Corp.

FYI.FYI, Inc

Galaxy Protocol (Galxe)

GamerGains

GamesPad

GENESIS DIGITAL ASSETS LIMITED

Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital

Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.

Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely

SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience

The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd

**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case

**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets

Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd

**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd
Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy

Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan

Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property
Section
Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and
Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance

Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance
New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller

Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.

Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch
**UCC Professionals**
Hunton Andrews Kurth LLP
**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.
**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media

Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company

Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc

INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC

Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd

TigerWit

TikTok

Time Magazine

Time Magazine UK LTD

Name On File

Name On File

TL International

TONGLE X LLC

Top Drawer Merch

TOP Worldwide, LLC

TransPerfect (Chancery Staffing)

Treasury Forfeiture Fund

Tribe Payments Ltd

Trident

TriNet

Trip Actions, Inc.

Triton One Limited

TRM Labs, Inc.

Turner Digital AD Sales (INC)

Twilio

Twitter

Two More Glasses

UBS Financial Services Inc

UJH Enterprise, Inc

Underground Creative

United Healthcare

USI

Valuz LLP

VARA

Name On File

VKR Insights

Wasserman

Wasserman - Operating

Wasserman Client Trust

We Are One World

Weekly Open

West Realm Shires Services Inc

West Realm Shires, Inc. WRS

WH Sports

Wifi Bread

William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP

WME Entertainment

Wondros

W-SF Goldfinger Owner VIII, LLC

XReg Consulting- GBP

Name On File

**Exhibit - services agreement**



香港中環皇后大道中15號置地廣場告羅士打大廈13樓

13/F, Gloucester Tower, The Landmark
15 Queen's Road Central, Central, Hong Kong

**T** +852 3443 1000
**F** +852 3443 1299

**www.kwm.com**

22 July 2021

FTX Trading Ltd
No. 11 Mandolin Place
Friar's Hill Road
Saint John's
Antigua

Attention: The Directors

*By email*

Dear Directors

### Appointment agreement: FTX legal and regulatory support

We are pleased to provide you with our proposed appointment agreement for our legal services. The agreement consists of this letter, the attached "General terms of engagement" and "Fees and Costs".

### Hong Kong regulatory engagement and review

We understand you require support in connection with:

(a)     engagement with the Securities and Futures Commission; and

(b)     a review of your current platform and product suite, as it relates to the Hong Kong financial regulatory regime, on a red flag exceptions basis, with a view to identifying any additional controls that should be adopted.

In light of the nature of the assignment and related timing constraints, we will undertake this work on the basis of our Hong Kong hourly rates. We can arrange to provide you with regular fee updates on request to ensure transparency.

### Additional support if required

We would be pleased to assist with other matters in due course. The legal services with which may will assist will involve the laws of Hong Kong and coordinating other jurisdictions as agreed. Each matter will be agreed in writing from time to time and be undertaken on an hourly rate basis, unless otherwise agreed.

Partners: Ronald Arculli | Peter Bullock | Candy Chan | John Baptist Chan | Barbara Chiu | Su Ngor Chow | Donovan Ferguson | Hayden Flinn | Helena Chunguang Huang | Wen Huang | Jingnng Jang | Guo Sun Lee | Kanne Leung | Ricky Lina | Gary Lock | Crystal) Yu Yan Luk | Richard Mazzochi | Ching We Ng | Cindy Shek | Angus) Ka Chung Sip | Minmy) Hai Ying Sui | Paul Starr | Sheldon Tse | Anthony Wan | Edmund Wan | Ashley) Hoi Sze Wong | Rachel Man Lai Yu | Hao Zhou | Jessica Zhou **Registered Foreign Lawyers:** Justin Chorrington (New South Wales, Australia) | Scott Gardiner (New South Wales, Australia) | Samy Yiyu Huang (California, USA) | Katherine) Lo Ho (New York, USA) | Jason Kuo (New York, USA) | Jie Liu (New York, USA) | Paul Marks (New York, USA) | Michael) Ming Lu (New York, USA) | Susan) Xuanteng Ning (PRC) | Liaoon) Jinan Qu (PRC) | Cynthia Tan (New York, USA) | Yu Wang (New York, USA) | Yi Zhang (PRC) **Consultants:** Sam Farrands | Felix Fong | Miriam Lau | Simon Vuong **Counsel:** Agnes Chan | Alex Chong | Sheryl) Wing Suet Cheung | Ian Hardee | Nickola) Yung Wah Hou | Anthony Jacobsen | Bo) Aleksandar Ilja Kutlaca | Shirley Kwok | Gary) King Lam | Eugene Lau | Ruth Lau | Crystal) Xiaohui Li | Ivy) Yuk Sin Man | Leonie Teor | Jeff) Ho Hin Wong | Wootla) Mei Wah Wong | Matthew Yim

金杜律師事務所是跨境組成成員所，更多資訊，敬請瀏覽 www.kwm.com

亞太 | 歐洲 | 北美 | 中東

**Member** firm of the King & Wood Mallesons network. See www.kwm.com for more information.
Asia Pacific | Europe | North America | Middle East

44713447_1



KING&WOOD
MALLESONS
金杜律师事务所

FTX Trading Ltd

22 July 2021

We can provide an estimate anytime on request. Except as otherwise agreed, an estimate is not a quote, nor is it a cap on what we may charge you. The actual amount of legal fees and costs may be less than, or more than, this estimate. However, we will give you a revised estimate if the amount is likely to be substantially higher.

Our hourly rates are described in the attachments for Hong Kong, which may be updated from time to time. If the value of the time spent on this matter using hourly rates is less than our estimate, we will only charge you the lesser amount.

In addition to our professional fees, costs (charges for services and disbursements) may also apply, as described in the "Fees and Costs" attachment, which we may update periodically.

If you consider it appropriate, you may set a limit on the costs incurred. We would then discuss the matter with you when that limit is reached.

**Conflict checks**

Each matter will be subject to conflicts clearance on a case-by-case basis. We may not always be able to act for you on a particular matter (for example, if you wish to negotiate an agreement with another party for whom we already act), but will let you know if this situation arises before we start work. Please keep us informed of any third parties involved in any matter, including any group entities.

**Non-exclusive retainer**

Our services are provided on a non-exclusive basis, subject to conflicts.

**Our team**

The team will be led by ██████████ and we expect our key team members will be as follows:



| | | |
|---|---|---|
| Team leader | | |
| Senior Associate | | |

In addition, we may consider it appropriate to use other professional staff, including from our other offices. Our coordination of other lawyers within the KWM network or beyond at your instruction will be charged at hourly rates unless otherwise agreed. If we appoint any other counsel, it will be on your behalf and you will be responsible for their fees and costs. We can arrange estimates on request. Our Hong Kong rates will apply to this matter. The current rates are set out in the "Fees and Costs" schedule.

**Regulatory matters**

Any preliminary review we undertake, including (without limitation) any red flag review or general research under this agreement or any discussions, and any documentation support, should not be taken as confirmation or "sign off" that the project complies with the laws of any jurisdiction. We will be pleased to discuss the provision of a formal legal opinion with you. We strongly recommend that legal opinions be obtained for each relevant jurisdiction before undertaking any activities.



KING&WOOD
MALLESONS
金杜律师事务所

FTX Trading Ltd

22 July 2021

### Important virtual asset policies

Our support on virtual asset projects is predicated upon relevant entities complying with applicable laws, which we understand is the intention. You must tell us if you believe this is not possible as part of this engagement.

### Appointment term

Without prejudice to any provision in our standard terms please be advised that in relation to "How our appointment may end" we confirm that our appointment may be ended:

- by you at any time and for any reason by giving us notice in writing; or

- by us, on giving you at least 14 days' notice (or such shorter period where legally required or otherwise appropriate), if a legal conflict of interest arises or for such other cause, such as if you breach the agreement, require us to act unlawfully or unethically (including any action or the giving of any advice involving or relying on information or documents the veracity of which is in doubt), do not comply with our logo and references policy as stated below, do not give us adequate or timely instructions, do not pay our bills, do not pay money on account we request, where there is a loss of confidence amongst us (as determined by us) or you are no longer able to be party to a to a legal agreement.

Please be advised, in the case of any conflict or inconsistency between the rights reserved pursuant to the above and the section in our standard terms entitled "How our appointment may end", we confirm that the above prevails. We may also ask for any association we have with the project to cease, with which you agree to comply and/or assist promptly on request.

### Logo and other references

In light of certain unfortunate instances of misuse, we do not permit the use of our logo on any materials without express prior written consent. We also require that any reference to King & Wood Mallesons or our lawyers in connection with your company or this project be pre-cleared with us in writing. Any consent that we may provide is provided, and may be revoked, at our discretion. It is also particular to the specific subject matter of our written consent and does not extend by implication to any other materials or context.

### Costs on account

Finally, it is our firm policy to obtain costs on account for these matters. To proceed, please arrange the deposit of USD5,000 as the initial costs on account for the retainer. The relevant bank details are below. We would be grateful if you could please advise us when monies have been remitted.

Account Name:
Bank Name:
Address:
Bank Code:
Bank Account No:
Swift Code



*Please quote "FTX-UM" when you send payment to us.*



FTX Trading Ltd

22 July 2021

**Billing approach**

We will issue an invoice and short report of work on a monthly basis. Our invoices are payable within 14 days of issue.

**How to enter into this agreement**

You can enter into this appointment agreement by signing and returning a copy of this letter. We will let you know as soon as we are clear to act following receipt of costs on account and completion of AML and other matter opening procedures.

We appreciate this opportunity to assist and look forward to working with you.

Yours faithfully

King & Wood Mallesons

Signature:................................................

Full name: SAM BANKMON-FRIED
Authorised signatory

Dated: 22-7-2021

Encl



www.kwm.com

# General terms of engagement

## Our agreement

These are the general terms on which we provide legal services. They must be read together with the letter to which they are attached which describes the specific matter and any particular services.

## About us

We are a member firm of the King & Wood Mallesons network, the member firms of which engage in a coordinated international legal practice even though they are separate law firms. Legal services are provided independently by each of the separate member firms and no member firm or any of its partners or members acts as agent for any other member firm or any of its partners or members. You acknowledge that

- each of the member firms is a separate and independent firm operating under the name "King & Wood Mallesons" or other related names;
- the services are provided by us and not by any other member firm, unless otherwise expressly agreed in advance; and
- no member firm or any of its partners or members is liable for another member firm's acts or omissions.

We, or an associated member firm of the King & Wood Mallesons network, are a member of Verein KWM International (in this paragraph, "KWM"), along with other member firms of the network. KWM is an association incorporated under Swiss law that assists in the co-ordination of the activities of the member firms of the King & Wood Mallesons network. It does not itself provide services to clients or represent its members. KWM is not responsible or liable for the acts or omissions of any of the member firms nor can it control the exercise of their professional judgment or bind them in any way. No member firm or any of its partners or members is responsible or liable for the acts or omissions of KWM. KWM and the members firms of the network and their partners and members are not part of a separate global partnership.

## Our professional relationship

Our policy on legal conflicts is that. In each matter in which we act for you, we act as your independent legal advisers solely in your interests. We will not act (or continue to act for you) where there is a legal conflict of interest or there is a significant risk of a legal conflict arising.

We conduct conflict checks before accepting your instructions. However, despite this, it is possible that a legal conflict of interest can arise or be identified during the course of your matter. If this occurs, we will consult with you and, if arrangements enabling us to continue to act are not possible, we will cease acting for you and assist you to find an appropriate replacement lawyer.

Our policy is not to accept instructions in litigious matters where we might be required to act contrary to the interests of a client. Accordingly, if your matter becomes litigious or may require us to act on your behalf adverse to the interests of another client, we may treat that part of your matter as a new matter and we will need to assess whether we can accept instructions for it.

## Our New York office

You:

- acknowledge that, if this engagement involves only our New York office, the New York conduct rules apply;
- agree that our advice with respect to this and other matters will most likely be coordinated by offices of ours other than New York;

- agree that we can operate on this appointment and on any other matters on which you instruct us in accordance with the conduct rules that apply other than to our New York office and we may continue to represent, or undertake in the future to represent, any existing or future client in any matter (including transactions and litigation or other forms of dispute resolution), even if the interests of that client in that other matter are directly adverse to yours, as long as that other matter is not related either to this appointment or to any other future appointments we accept from you and provided we implement procedures to protect your confidential information from any disclosure to or use by the other client; and
- acknowledge that we are permitted by the New York conduct rules to do what is set out above in this paragraph

You agree not to raise our representation of you on this appointment or any other matter as a basis for disqualifying any Firm from representing any other client in such matters.

## Our work for you

To provide you with the legal services you require, we need you to give us clear and complete instructions. We ask that you instruct us in writing wherever possible, describing all relevant facts, what you want to achieve and exactly what you want us to do. Our work does not extend beyond the scope of work we have agreed with you.

Our advice can be relied on only by you, unless we agree in writing otherwise

Often, we need to make assumptions in order to provide advice. Please carefully review any assumptions and let us know immediately if any assumptions are incorrect or inappropriate or if you think we have misunderstood your instructions

## Confidentiality

Our duty of confidentiality is fundamental to our practice. However, you agree that we may disclose your confidential information:

- on a confidential basis, to the extent we consider it appropriate for the purpose of conducting the matter. including to our associated entities or to third parties who provide services to us;
- on a confidential basis to other member firms of the King & Wood Mallesons network and their associated entities, who may use it for any purpose for which we could use that information
- on a confidential basis to our professional advisers and insurers;
- if legally required or permitted by law (but subject to any claims of confidentiality or privilege you may lawfully instruct us to make) or if authorised by you.

We will not disclose to you any confidential information which we have obtained as a result of acting for any other client. Only the partners and staff working from time to time on your matters will have an obligation to give advice and disclose information to you We have no obligation to act upon or disclose to you information which is not actually known to persons working on your behalf, even if other persons in the firm are aware of that information.

## If you suffer loss

You may be entitled to recover damages or compensation from us if you suffer loss as a result of our conduct. We impose no monetary cap, by contract or under any statutory scheme, on our liability for our legal services However, if you are partly responsible for the loss, the amount of the damages or compensation can be reduced

44327236



www.kwm.com

# General terms of engagement

depending on what the Court thinks just and equitable having regard to the extent of your responsibility for the loss.

## Our fees and costs

If it becomes necessary for us to work or travel in relation to your matter outside our regular office hours in order to perform our role in accordance with your instructions, we may also charge for additional costs we incur (such as support staff overtime and meal allowances).

You are liable for our fees and costs even if you have separately agreed with a third party that they will pay us or put you in funds to pay us.

We may ask you to pay us money on account of our fees and costs. You authorise us to withdraw that money, as well as any other money we hold for you on account of our fees and costs, in order to pay all or part of any bills we have sent to you.

Generally, we review our rates annually but may do so at any time. Unless we have agreed with you specific rates to apply for a period, you agree to be charged at a changed rate from the time we change it whether or not we have notified you of the change.

## Engagement of third parties

It may be necessary for us to engage on your behalf specialist services such as advocacy services from another lawyer. We will consult with you as to the terms of that person's engagement including their fees and the manner of their payment.

## Bills

You are entitled to receive a bill from us. We usually issue them monthly and when the relevant work is completed. Unless otherwise agreed, our bill is issued only to you and we will look to you for payment.

Our bills are payable within 14 days after issue and in the currency in which they are issued. They are issued on the basis that we receive the amount billed. If a law requires you to deduct an amount on account of tax (such as VAT) or other liability (such as a local levy in mainland China) from a payment to us, you must do so and pay us an additional amount so that, after making the deduction, we receive the amount we would have received had no deduction been required. In this paragraph, a reference to "we" or "us" includes a reference to any of our associated entities or other members of the King & Wood Mallesons network that may be involved in the provision of the services.

We may stop work until unpaid bills are paid. We may also charge you interest on any amount unpaid for 30 days or more after we have given you the bill. However, we cannot take action to recover our costs until one month after we have given you our bill.

If you dispute our bill you may apply to the Court to have our bill "taxed" under the Legal Practitioners Ordinance (Cap 159) (this means our costs will be assessed for their fairness and reasonableness).

## Litigation

If your matter involves court proceedings, our fees and costs are payable by you irrespective of the outcome and whether or not an order for costs is made against your opponents. If you are unsuccessful, you may also be required to pay another party's fees and costs as well as your own. If you are successful, your opponent may be ordered to pay some or all of your fees and costs. However, this may not cover the full amount of your fees and costs. You may also not be able to recover your fees and costs from your opponent if your opponent is legally aided or is not financially capable of paying the amount ordered.

## Intellectual property

We own the copyright and all other intellectual property rights in everything we create in connection with your matter. Unless we agree otherwise, what we create may be used by you only for the matter for which we create it.

If you provide anything to us (for example, a document for amendment or use as a precedent) you warrant that our use of it for your matter will not infringe any other person's intellectual property rights.

## Privacy

You can view and/or download the latest version of our Privacy Statement at our website (http://www.kwm.com/en/privacy-statement). You acknowledge that you have read and are bound by our Privacy Statement. In particular, in relation to information and documents (including personal data) obtained for the purpose of compliance with our regulatory obligations (including any anti-money laundering and counter terrorism financing policies), you confirm your agreement that we may provide or disclose such information and documents (including personal data) to any person within the King & Wood Mallesons network (whether in or outside Hong Kong) or in accordance with our Privacy Statement. You also confirm that you have the permission of each individual whose personal data you give us, for us in receiving, holding and processing those data in accordance with our Privacy Statement.

## Anti-money laundering

Under the Anti-Money Laundering and Counter-Terrorist Financing Ordinance (Cap 615) and the Law Society of Hong Kong's Practice Direction P. Guidelines on Anti-Money Laundering and Terrorist Financing, we are required to collect and store information about you and each of your ultimate beneficial owner(s) (if applicable). If we ask, you must provide us with information we require to comply with these requirements. You represent and warrant that all information provided to us is complete, true and accurate in all respects, and undertake to notify us promptly of any change to such information.

## Email

Electronic communications may not appear in the same format in which they are sent, are sometimes delayed or not delivered, can be copied and edited and may contain computer viruses. To the extent permitted by law, we are not liable for any loss or damage if this occurs.

## How our appointment may end

Our appointment may be ended:

- by you at any time and for any reason by giving us notice in writing; or
- by us, on giving you at least 14 days' notice, if a legal conflict of interest arises or for other just cause, such as if you breach the agreement, require us to act unlawfully or unethically, do not give us adequate or timely instructions, do not pay our bills, do not pay money on account we request, have lost confidence in us or are no longer able to be party to a legal agreement.

You must pay us our fees and costs incurred up to the time our appointment ends and for any work we do in relation to your matter after that time. If we have agreed a fixed fee, you agree to pay us what we reasonably consider reflects the work we have done for you.

If we end our appointment where we act for you in court or tribunal proceedings, we will file notices or seek relevant orders that we have ceased to act for you.



www.kwm.com

# General terms of engagement

**Your records**
We may agree to hold original records on your behalf. We store them separately from our general files (except to the extent they are needed to work on a matter for you). We need not take any additional steps to secure them (such as keeping them in fire proof custody) and accept no liability if they are destroyed for any reason.

You agree that we can:

- keep files for your matter in electronic form; and
- destroy files (physical or electronic) seven (or 15 in respect of conveyancing matters) years after the file is closed and we are no longer required by law to retain it

If we keep the file after the time required by law, you agree to pay us storage costs when we ask.

If we are required to deliver your files, documents or other material

- to you (including if our appointment ends and you have paid all our fees and costs); or
- to any other person,

we may first make copies of them at your cost.

**Official requests to us about your matter**
We may receive (including after our appointment has ended) an official request to produce documents, give evidence or answer questions in connection with your matter (for example, in court or commission proceedings or by a government agency or official). This may involve us taking action to defend the privilege you have in information or the confidentiality of that information. We will usually ask for your instructions if we receive an official request. You agree to pay for the time we spend in connection with the request at our standard hourly rates which then apply and to pay us for related charges (such as photocopying and barristers' fees).

**Relevant law and jurisdiction**
The terms of this agreement (together with any appointment letter and any terms which form part of the agreement between us) are governed by the law in force in Hong Kong and are in addition to any other rights we may have at law.

You and we submit to the exclusive jurisdiction of the courts of Hong Kong as regards any claim, dispute, or matter arising from or in connection with this agreement. You further agree that process may be served on you at the recipient's address stated on the appointment letter to which this General Terms of Engagement is attached.

King & Wood Mallesons

13/F, Gloucester Tower
The Landmark
15 Queen's Road Central
Central
Hong Kong

T +852 3443 1000
F +852 3443 1299
www.kwm.com

December 2018 (Hong Kong)



KING&WOOD
MALLESONS
金杜律师事务所

# Fees and Costs

## Legal fees

This list sets out the hourly rates we currently charge. They vary with the experience and specialisation of our professional staff.

You are charged only for the time spent on your matter. Time is recorded in six minute intervals and we round up to the nearest six minutes.

We may change these rates from time to time without notice to you.

| | | |
|---|---|---|
| Partner / Consultant | HKD7,200 – HKD12,000 * | USD930 – USD1,550 |
| Counsel | HKD6,900 – HKD7,200 | USD890-USD930 |
| Senior Associate | HKD6,200 – HKD6,600 | USD800 – USD850 |
| Associate | HKD4,200 – HKD5,800 | USD540 – USD750 |
| Legal Manager | HKD3,700 | USD475 |
| Trainee Solicitor | HKD2,800 - HKD3,300 | USD360 – USD425 |
| Paralegal / Legal Executive | HKD2,600 | USD335 |
| Translator | HKD2,400 | USD310 |
| Company Secretary | HKD1,300 – HKD3,100 | USD165 – USD400 |

\* The charge out rate of HKD12,000 only applies to one senior partner, namely, Ronald Arculli. The charge out rates for all other Partner / Consultant are between HKD 7,200 and HKD 10,270 (both amounts inclusive).

## Services and disbursements

This list sets out the amounts we currently charge for common services and disbursements.

Our charges are calculated according to usage.

We add to charges for services and disbursements any fees imposed by third parties (eg online service providers).

We may charge for other, and change the amounts we charge for, services and disbursements from time to time.

We record all charges for services and disbursements in HKD. If your matter is billed in another currency, we convert HKD to that currency at the daily currency exchange rate provided electronically by our bankers on the date which we enter the charge in our records.

| | |
|---|---|
| Document production (printing and photocopying) | HKD3.00 per page (colour HKD6.00 per page) |
| Telephone (IDD/Roaming) | Cost |
| Support staff overtime | Cost |
| Court Lodgments | Cost |
| Searches by us  - land | Cost |
| - company | Cost |
| All other disbursements (eg courier, taxi, agent's fees, etc) | As charged by third party |