**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**<u>DECLARATION</u>**

I, Emir Nurmansyah, declare under penalty of perjury:

1.  I am a Partner of ALI BUDIARDJO NUGROHO REKSODIPUTRO, located at Graha CIMB Niaga, 24th floor, Jalan Jenderal Sudirman Kav. 58, Senayan, South Jakarta 12190, Indonesia (the "<u>Firm</u>").

2.  FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "<u>Debtors</u>"), have requested that the Firm provide services on assistance with regard to the laws of Indonesia to the Debtors, and the Firm has consented to provide such services.

3.  This Declaration is submitted in compliance with the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "<u>OCP Order</u>"), which I have reviewed. I understand the limitations on compensation and reimbursement under such OCP Order.

4.  The Firm has provided services to the Debtors prior to the Petition Date. The Firm has provided the following services since January 2022: legal advices regarding the laws of Indonesia.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

5. The Debtors have requested, and the Firm has agreed, to provide services to the Debtors, and the Firm has consented to provide such services (the "Services"). The Services include, without limitation, legal advices on the laws of Indonesia.

6. In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties-in-interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database identified the following connections:

| No. | Name Key parties-in-interest Based on ABNR's Client Database | Status | Remarks |
|---|---|---|---|
| **Bankruptcy Professionals** | | | |
| 1. | Ernst & Young | Recorded | Ernst & Young has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Ernst & Young is **not** on an exclusive or a retainer basis.<br><br>Ernst & Young AG has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Ernst & Young AG is **not** on an exclusive or a retainer basis. |
| **Banks/Lender/UCC Lien Parties/Administrative Agents** | | | |
| 2. | Bank of America | Recorded | Bank of America N.A. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Bank of America N.A. is |

| No. | Name Key parties-in-interest Based on ABNR's Client Database | Status | Remarks |
|---|---|---|---|
| | | | **not** on an exclusive or a retainer basis. |
| 3. | DBS Bank Limited | Recorded | DBS Bank Limited has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with DBS Bank Limited is **not** on an exclusive or a retainer basis. |
| 4. | ED&F Man Holdings Inc. | Recorded | ED&F Man Holdings Inc. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with ED&F Man Holdings Inc. is **not** on an exclusive or a retainer basis. |
| 5. | JPMorgan Chase Bank, N.A. | Recorded | JPMorgan Chase Bank, N.A. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with JPMorgan Chase Bank, N.A. is **not** on an exclusive or a retainer basis. |
| 6. | Morgan Stanley | Recorded | Morgan Stanley has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Morgan Stanley is **not** on an exclusive or a retainer basis. |
| 7. | MUFG Bank, LTD. | Recorded | MUFG Bank, LTD. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with MUFG Bank, LTD. is **not** on an exclusive or a retainer basis. |

| No. | Name Key parties-in-interest Based on ABNR's Client Database | Status | Remarks |
|---|---|---|---|
| 8. | National Australia Bank | Recorded | National Australia Bank has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with National Australia Bank is **not** on an exclusive or a retainer basis. |
| 9. | Stripe | Recorded | Stripe has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Stripe is **not** on an exclusive or a retainer basis. |
| 10. | Wells Fargo | Recorded | Wells Fargo Bank, N.A. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Wells Fargo Bank, N.A. is **not** on an exclusive or a retainer basis. |
| **Investments/Acquisitions** | | | |
| 11. | Sequoia Capital Fund, L.P. | Recorded | Sequoia Capital has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Sequoia Capital is **not** on an exclusive or a retainer basis. |
| **Landlords** | | | |
| 12. | WeWork Companies LLC | Recorded | WeWork Companies LLC has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with WeWork Companies LLC is **not** on an exclusive or a retainer basis. |
| **Utilities** | | | |

| No. | Name Key parties-in-interest Based on ABNR's Client Database | Status | Remarks |
|---|---|---|---|
| 13. | Comcast | Recorded | Comcast has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Comcast is **not** on an exclusive or a retainer basis. |
| **Vendors** | | | |
| 14. | Equinix | Recorded | Equinix has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Equinix is **not** on an exclusive or a retainer basis. |
| 15. | Facebook/Meta | Recorded | Facebook/Meta has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Facebook/Meta is **not** on an exclusive or a retainer basis. |
| 16. | FEDEX | Recorded | FEDEX has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with FEDEX is **not** on an exclusive or a retainer basis. |
| 17. | GoDaddy | Recorded | GoDaddy has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with GoDaddy is **not** on an exclusive or a retainer basis. |
| 18. | Lexis Nexis | Recorded | Lexis Nexis has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our |

| No. | Name Key parties-in-interest Based on ABNR's Client Database | Status | Remarks |
|---|---|---|---|
| | | | relationship with Lexis Nexis is **not** on an exclusive or a retainer basis. |
| 19. | Pricewater House Coopers LLP | Recorded | Pricewater House Coopers LLP and Pricewater House Coopers Legal Japan have been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with them is **not** on an exclusive or a retainer basis. |
| 20. | Stripe, Inc. | Recorded | Stripe, Inc. has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with Stripe, Inc. is **not** on an exclusive or a retainer basis. |
| 21. | UBS Financial Services Inc | Recorded | UBS Financial Services Inc has been ABNR's client for several specific matters, none of which are related to the Debtors or these Chapter 11 Cases, and our relationship with UBS Financial Services Inc is **not** on an exclusive or a retainer basis. |

7.    To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties-in-interest, the U.S. Trustee or any person employed by the U.S. Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

8.  Neither I, nor any principal, partner, director, officer of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

9.  The Firm's current customary hourly rates, subject to change from time to time, are within the range of $ 250-575. In the normal course of business, the Firm revises its regular hourly rates on 1st January of each year and requests that effective 01 January of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. The Firm shall seek reimbursement of only actual and necessary expenses and other charges incurred by the Firm, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

10.  The Debtors owe the Firm $ 31,220.43 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* Until the date of this declaration, the Firm has not submitted any claim in the Chapter 11 proceedings of the Debtors. The Firm will submit the claim in the amount of $ 31,220.43 for prepetition services in the Chapter 11 proceedings of the Debtors.

11.  The Firm does keep time records in one-tenth of an hour increments in the ordinary course of business.

12.  As of Petition Date, the Firm was not a party to a services agreement with the Debtors.

13.  The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

14.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Jakarta, 8 February 2023

_____

EMIR NURMANSYAH

**FTX Trading – Redacted Key Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust

Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance

---

[1] Pursuant to the *Final Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], the names of (i) customers and (ii) natural persons who the Debtors believe are protected by the GDPR are redacted. An unredacted version of the Key Parties in Interest List is filed under seal at D.I. 288.

Zand Bank

**Contract Counter-Parties**

| | |
|---|---|
| AC Revocable Trust | Joele Frank |
| Adresana Limited | Kariya Kayamori |
| AIM Sports, LLC | Name On File |
| Name On File | Kevin O'Leary |
| Name On File | Name On File |
| Name On File | Larnabell Enterprises Limited |
| Alpaca Crypto LLC | Laura Larissa Hanna |
| AlteumX International S.A. | Ledger SAS |
| Name On File | Lightspeed Management Company, LLC |
| Name On File | Lincoln Holdings LLC DBA Monumental Sports & Entertainment |
| Name On File | Lorem Ipsum UG |
| Name On File | Name On File |
| Barstool Sports Inc. | Name On File |
| Billboard Media, LLC | Major League Baseball Clubs |
| Binance Capital Management Co. Ltd. | Major League Baseball Properties, Inc |
| BitGo | Mark Khalil |
| BITOCTO | Medium Rare Live, LLC |
| BlockFi Inc. | Meow Technologies Inc. |
| Brandon Williams | Mercedes-Benz Grand Prix Limited |
| Brave Software International SEZC | Name On File |
| Name On File | MLB Advanced Media, L.P |
| Cal Athletics | MMBOC, LLC |
| Chainalysis | MPG Live Ltd |
| Coachella Music Festival, LLC | Multicoin Capital |
| David Ortiz | Nardello & Co. LLC |
| David Ortiz Children's Fund | Naomi Osaka |
| Name On File | O'Leary Productions Inc. |
| Diego Perez de Ayala | Office of the Commissioner of Baseball |
| Digital Assets DA AG | Paradigm |
| Digital Finance Group Company | Patrick Gruhn |
| Dolphin Entertainment, Inc. | Paul Forest |
| Name On File | Paxos Trust Company, LLC |
| Elvia Delgadillo | Name On File |
| Exodus Movement, Inc. | Play Magnus Group |
| Fortune Cookie | PointUp Inc. |
| FOX SPORTS SUN, LLC | Proper Trust AG |
| Name On File | PT Datindo Infonet Prima |
| FTI Consulting, Inc. | Race Capital |
| Furia ESports LLC | Radegen Sports Management LLC |
| Galois Capital | Rebecca Lowe |
| Gisele Caroline Bündchen | Reddit, Inc. |
| Golden State Warriors | Ribbit Capital |
| Gpay Network Pte. Ltd. | Rick Fox |
| Growflint Technologies Pvt. Ltd. | Riot |
| HashKey Blockchain Investment Fund | Name On File |
| HODL Media, Inc. | SC30 Inc. |
| ICC Business Corporation FZ LLC | Name On File |
| Idealex Services OU | Shohei Ohtani |
| IEX Group, Inc. | Name On File |
| iVest+ | Stephen Curry |
| Name On File | StockTwits, Inc. |
| Name On File | Swift Media Entertainment, Inc |
| Jeremy Cranford | Sygnia Consulting |
| Name On File | The MLB Network, LLC |
| | The Sequoia Fund, L.P. |
| | Thoma Bravo |

| | |
|---|---|
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |

FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc

Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd
**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File
Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness

| | |
|---|---|
| Name On File | Stanford University |
| Michael McCarty | Stanford University Development |
| Michael Watson | The Center for Election |
| Mitch Sonkin | Name On File |
| Name On File | UC Berkeley Foundation |
| Name On File | UDONIS HASLEM CHILDRENS FOUNDATION |
| Nishad Singh | **Insurance** |
| Name On File | Ascot Insurance Company |
| Name On File | Continental Casualty Company |
| Name On File | Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, |
| Name On File | HDI Global Specialty SE |
| Name On File | Lloyd's America, Inc. |
| Rishi Jain | Massachusetts Bay Insurance Company |
| Name On File | Paragon International Insurance Brokers Limited |
| Ryan Salame | QBE Insurance Corporation |
| Ryne Miller | Relm Insurance Ltd. |
| Samuel Bankman-Fried | StarStone National Insurance Company |
| Name On File | The Hanover Insurance Group |
| Serhat Aydin | The Travelers Insurance Company |
| Name On File | Travelers Property Casualty Company of America |
| Shiliang Tang | United Fire Group |
| Name On File | USI Insurance Services, LLC-CL |
| Sina Nader | **Investments/Acquisitions** |
| Name On File | 1Inch |
| Takashi Hidaka | 3Commas Technologies |
| Terence Choo | 5D |
| Name On File | 6529 NFT Fund |
| Venu Palaparthi | 6th Man Ventures Fund |
| Wang Zhe | 80 Acres |
| Wing Man Charis Law (Charis Law) | Acala |
| Wong Jing Yu | AFK Ventures LLC |
| Zach Dexter | Name On File |
| Zhe Wang | Alder Labs |
| **Donations** | Alethea |
| amfAR | Aligned AI |
| Arbor Day Foundation | Altimeter Growth Partners Fund VI, L.P. |
| Berkley Existential Risk Initiative | Alvea, LLC |
| Care for Special Needs Children Foundation | Anchorage |
| Center for Effective Altruism | Ancient8 |
| Clinton Health Access | AngelList |
| David Ortiz Children's Fund | Anthropic |
| Eat.Learn.Play | Anysphere Inc |
| Eldera, Inc. | Aptos |
| GWWC | Arcana |
| Honnold Foundation | Archax |
| Hurry Up Slowly | Arnac |
| Laureus Sport for Good | Arrow |
| Majority Forward | Artemis |
| Managed Funds Association | Asymmetric Technologies LP |
| National Council of Social Service | ATMTA, Inc. / Star Atlas |
| New Jersey Scholars | Atomic Vaults |
| Neworld One Bay Street - Margaritaville Beach Resort Nassau | ATTN (EVOSverse) |
| RESource D.C | Auradine, Inc. |
| Rethink Priorities | Aurigami / Vaus Limited |
| Seattle Approves | Aurory |
| Stanford School of Medicine | Autograph |

Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure

Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey Technologies Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED

Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital

Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.

Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely

SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience

The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd

**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case

**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets

Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd

**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd
Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grössswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy

Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan

Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property Section
Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance

Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance
New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller

Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**

Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**

Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.

Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media

Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company

Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets
IKOABD LLC
Inca Digital, Inc

INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC

Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd

TigerWit

TikTok

Time Magazine

Time Magazine UK LTD

Name On File

Name On File

TL International

TONGLE X LLC

Top Drawer Merch

TOP Worldwide, LLC

TransPerfect (Chancery Staffing)

Treasury Forfeiture Fund

Tribe Payments Ltd

Trident

TriNet

Trip Actions, Inc.

Triton One Limited

TRM Labs, Inc.

Turner Digital AD Sales (INC)

Twilio

Twitter

Two More Glasses

UBS Financial Services Inc

UJH Enterprise, Inc

Underground Creative

United Healthcare

USI

Valuz LLP

VARA

Name On File

VKR Insights

Wasserman

Wasserman - Operating

Wasserman Client Trust

We Are One World

Weekly Open

West Realm Shires Services Inc

West Realm Shires, Inc. WRS

WH Sports

Wifi Bread

William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP

WME Entertainment

Wondros

W-SF Goldfinger Owner VIII, LLC

XReg Consulting- GBP

Name On File