IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> Re: D.I. 680 |

### CERTIFICATE OF SERVICE

      I, Juliet Sarkessian, certify that on February 9, 2023, I served a copy of the *Objection of the United States Trustee to the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 22, 2022* [D.I. 680] in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

| | |
|---|---|
| Adam G. Landis <br> Kimberly A. Brown <br> Matthew R. Pierce <br> Landis Rath & Cobb LLP <br> 919 Market Street, Suite 1800 <br> Wilmington, Delaware 19801 <br> E-mail: landis@lrclaw.com <br> brown@lrclaw.com <br> pierce@lrclaw.com | Sullivan & Cromwell LLP <br> Andrew G. Dietderich <br> James L. Bromley <br> Brian D. Glueckstein <br> Alexa J. Kranzley <br> 125 Broad Street <br> New York, NY 10004 <br> E-mail: dietdericha@sullcrom.com <br> bromleyj@sullcrom.com <br> gluecksteinb@sullcrom.com <br> kranzleya@sullcrom.com |

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

J. Christopher Shore
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
cshore@whitecase.com
brett.bakemeyer@whitecase.com

Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
gross@rlf.com
heath@rlf.com

Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Email: JSharret@kramerlevin.com

Dated: February 10, 2023
   Wilmington, Delaware

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov