**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION

I, Abdulrahman Mohammad Essa Juma, declare under penalty of perjury:

      1.     I am a Partner of Hadef & Partners LLC, located at Emaar Square, Building 3, Level 5, Downtown Dubai, United Arab Emirates (the "Firm").

      2.     FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), have requested that the Firm provide support regarding United Arab Emirates local law services to the Debtors, and the Firm has consented to provide such services.

      3.     This Declaration is submitted in compliance with the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"), which I have reviewed. I understand the limitations on compensation and reimbursement under such OCP Order.

      4.     The Firm has not provided services to the Debtors prior to the Petition Date. The Firm has provided the following services since November 2022: The Firm has provided UAE

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

co-counsel services regarding advice on UAE law in connection with Chapter 11 filing of the FTX Group.

5.      The Debtors have requested, and the Firm has agreed, to provide services to the Debtors, and the Firm has consented to provide such services (the "Services"). The Services include, without limitation, the following: Corporate, banking and bankruptcy advice in relation to UAE law in connection with Chapter 11 filing of the FTX Group.

6.      In the ordinary course of business, the Firm maintains a database for the purpose of performing conflicts checks. The Firm's database contains information regarding present and past engagements. I obtained the attached list of key parties-in-interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which the Firm and/or its employees has/have with such parties. The Firm's search of the database revealed the connections identified on **Exhibit A** attached hereto.

7.      To the best of my knowledge, formed after due inquiry, neither I, the Firm, nor any attorney or employee thereof (i) has any connection with the Debtors or (ii) currently represents (or previously represented) any of their creditors, other parties-in-interest, the U.S. Trustee or any person employed by the U.S. Trustee with respect to the Debtors or the matters upon which it is to be engaged. Additionally, the Firm, its attorneys and employees do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of creditors or equity interest holders with respect to the matters upon which the Firm is to be employed, except as disclosed above.

8.      Neither I, nor any principal, partner, director, officer of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be

received from the Debtors with any other person other than the principals and regular employees of the Firm.

9.      The Firm's current customary hourly rates, subject to change from time to time, are $680 - $1100 for partners, $370 - $655 for associates, $200 - $370 for paralegals. In the normal course of business, the Firm revises its regular hourly rates on January 1 of each year and requests that effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. The Firm shall seek reimbursement of only actual and necessary expenses and other charges incurred by the Firm, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

10.     The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to limitations contained in title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.

11.     The Firm keeps time records in one-tenth of an hour increments in the ordinary course of business.

12.     As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

13.     The Firm understands that any compensation/reimbursement paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10.02.2023, _____

_____
[DECLARANT]

**FTX Trading – Redacted Key Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang
**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP
**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)
**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP
**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust

Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)
Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance

---

[1] Pursuant to the *Final Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], the names of (i) customers and (ii) natural persons who the Debtors believe are protected by the GDPR are redacted. An unredacted version of the Key Parties in Interest List is filed under seal at D.I. 288.

Zand Bank

**Contract Counter-Parties**

AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File
Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File
Name On File
Jeremy Cranford
Name On File

Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS
Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc
Sygnia Consulting
The MLB Network, LLC
The Sequoia Fund, L.P.
Thoma Bravo

| | |
|---|---|
| TL INTERNATIONAL BV | Name On File |
| TokenBot International Ltd. | Name On File |
| Tom Brady | Name On File |
| TradingView Inc | Name On File |
| Trevor Lawrence | Name On File |
| TrustToken | Name On File |
| Twig USA Inc | Name On File |
| Udonis Haslem | Name On File |
| UJH Enterprises | Name On File |
| Veridian Development Group Ltd. | Name On File |
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |

**Customers**

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |

FTX Canada Inc
FTX Certificates GmbH
FTX Crypto Services Ltd.
FTX Digital Assets LLC
FTX Digital Holdings (Singapore) Pte Ltd
FTX EMEA Ltd.
FTX Equity Record Holdings Ltd
FTX EU Ltd.
FTX Europe AG
FTX Exchange FZE
FTX Hong Kong Ltd
FTX Japan Holdings K.K.
FTX Japan K.K.
FTX Japan Services KK
FTX Lend Inc.
FTX Marketplace, Inc.
FTX Products (Singapore) Pte Ltd
FTX Property Holdings Ltd
FTX Services Solutions Ltd.
FTX Structured Products AG
FTX Switzerland GmbH
FTX Trading GmbH
FTX Trading Ltd
FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET
FTX US Services, Inc.
FTX US Trading, Inc
FTX Ventures Ltd
FTX Zuma Ltd
GG Trading Terminal Ltd
Global Compass Dynamics Ltd.
Good Luck Games, LLC
Goodman Investments Ltd.
Hannam Group Inc
Hawaii Digital Assets Inc.
Hilltop Technology Services LLC
Hive Empire Trading Pty Ltd
Innovatia Ltd
Island Bay Ventures Inc
Killarney Lake Investments Ltd
Ledger Holdings Inc.
Ledger Prime LLC
LedgerPrime Bitcoin Yield Enhancement Fund, LLC
LedgerPrime Bitcoin Yield Enhancement Master Fund
LedgerPrime Digital Asset Opportunities Fund, LLC
LedgerPrime Digital Asset Opportunities Master Fund LP
LedgerPrime Ventures, LP
Liquid Financial USA Inc.
Liquid Securities Singapore Pte Ltd.
LiquidEX LLC
LT Baskets Ltd.
Maclaurin Investments Ltd.
Mangrove Cay Ltd
North Dimension Inc
North Dimension Ltd
North Wireless Dimension Inc
Paper Bird Inc

Pioneer Street Inc.
Quoine India Pte Ltd
Quoine Pte Ltd
Quoine Vietnam Co. Ltd
SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ
Strategy Ark Collective Ltd.
Technology Services Bahamas Limited
Verdant Canyon Capital LLC
West Innovative Barista Ltd.
West Realm Shires Financial Services Inc.
West Realm Shires Inc.
West Realm Shires Services Inc.
Western Concord Enterprises Ltd.
Zubr Exchange Ltd
**Director/Officer**
Name On File
Name On File
Andy Fisher
Arthur Thomas
Name On File
Name On File
Can Sun
Caroline Ellison
Caroline Papadopoulas
Name On File
Name On File
Constance Wang
Corporate & Trust Services Limited
Dan Friedberg
Name On File
Diana Aidee Munoz Maclao De Camargo
Edward Moncada
Gary Wang
Name On File
Name On File
Name On File
Jen Chan
John J. Ray
John Samuel Trabucco
Jonathan Cheesman
Joseph J. Farnan
Name On File
Kariya Kayamori
Name On File
Larry Thompson
Name On File
Luk Wai Chan
Name On File
Name On File
Mark Wetjen
Name On File
Name On File
Name On File
Matt Rosenberg
Matthew Doheny
Matthew Ness

Name On File

Michael McCarty

Michael Watson

Mitch Sonkin

Name On File

Name On File

Name On File

Nishad Singh

Name On File

Name On File

Name On File

Name On File

Rishi Jain

Name On File

Ryan Salame

Ryne Miller

Samuel Bankman-Fried

Name On File

Serhat Aydin

Name On File

Shiliang Tang

Name On File

Sina Nader

Name On File

Takashi Hidaka

Terence Choo

Name On File

Venu Palaparthi

Wang Zhe

Wing Man Charis Law (Charis Law)

Wong Jing Yu

Zach Dexter

Zhe Wang

**Donations**

amfAR

Arbor Day Foundation

Berkley Existential Risk Initiative

Care for Special Needs Children Foundation

Center for Effective Altruism

Clinton Health Access

David Ortiz Children's Fund

Eat.Learn.Play

Eldera, Inc.

GWWC

Honnold Foundation

Hurry Up Slowly

Laureus Sport for Good

Majority Forward

Managed Funds Association

National Council of Social Service

New Jersey Scholars

Neworld One Bay Street - Margaritaville Beach Resort Nassau

RESource D.C

Rethink Priorities

Seattle Approves

Stanford School of Medicine

Stanford University

Stanford University Development

The Center for Election

Name On File

UC Berkeley Foundation

UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company

Continental Casualty Company

Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,

HDI Global Specialty SE

Lloyd's America, Inc.

Massachusetts Bay Insurance Company

Paragon International Insurance Brokers Limited

QBE Insurance Corporation

Relm Insurance Ltd.

StarStone National Insurance Company

The Hanover Insurance Group

The Travelers Insurance Company

Travelers Property Caualty Company of America

United Fire Group

USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch

3Commas Technologies

5D

6529 NFT Fund

6th Man Ventures Fund

80 Acres

Acala

AFK Ventures LLC

Name On File

Alder Labs

Alethea

Aligned AI

Altimeter Growth Partners Fund VI, L.P.

Alvea, LLC

Anchorage

Ancient8

AngelList

Anthropic

Anysphere Inc

Aptos

Arcana

Archax

Arnac

Arrow

Artemis

Asymmetric Technologies LP

ATMTA, Inc. / Star Atlas

Atomic Vaults

ATTN (EVOSverse)

Auradine, Inc.

Aurigami / Vaus Limited

Aurory

Autograph

Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)
Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure

Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey  Technologies  Limited
Eizper Chain
Elementus
Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED

Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal
Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital

Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo
Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.

Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS
Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely

SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)
Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd - Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience

The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink
zero one
Zeta
ZKlend / BLUE HORIZON GLOBAL CORP
ZKX / LTIC, Inc.
ZRO (LayerZero)
Zubr Exchange Ltd

**Joint Provisional Liquidators**
Brian C. Simms
Holland & Knight LLP
Kevin G. Cambridge
Peter Greaves
Richards, Layton & Finger, P.A.
White & Case

**Known Affiliates - JV**
Alameda Systems Inc.
Blockfolio Holdings, Inc.
CM-Equity AG
Concedus Digital Assets

Embed Clearing LLC
Embed Financial Technologies Inc
FTX Australia Pty Ltd
FTX Bahamas Ventures Ltd
FTX Capital Markets LLC
FTX Derivatives Gmbh
FTX Digital Markets Ltd
FTX Express Pty Ltd
FTX Foundation, Inc.
FTX Malta Gaming Services Limited
FTX Malta Holdings Ltd.
FTX Vault Trust Company
LedgerX LLC
Salameda Ltd

**Landlords**
101 Second Street, Inc.
1450 Brickell, LLC
Albany Resort Operator Ltd.
Blue Hole Real Estate Holdings Ltd.
Boca Pay
Bond Collective
Brickwell Owner LLC
Heckler Investments (Bahamas) Ltd.
Javari Ltd.
Madison Real Estate Ltd.
Newwave Bahamas Inc.
S3 Ocean View Limited
The Executive Center
The Metropolitan Square Associates LLC
WeWork Companies LLC
W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**
Name On File
Different Rules, LLC
Name On File
Group One Holdings Pte Ltd
Name On File
Marisa Mcknight
ONE Studios Pte Ltd

**Ordinary Course Professionals**
ABNR
Anderson Mori & Tomotsune
Anthony Astaphan
Antis Triantafyllides
Appleby
ARIFA
Armanino LLP
Arthur Cox
Baker McKenzie
Baptista Luz
Bär & Karrer
Binder Grösswang
BlackOak
Clayton Utz
Clement Maynard & Co
CMS Legal - Italy

Covington & Burling LLP
Durukan Partners
Fenwick & West
Gibson Dunn
Gorriceta Africa Cauton & Saavedra
Hadef & Partners
Hogan Lovells
Kim & Chang
King & Spalding LLP
King Wood Mallesons
Kramer Levin
Latham & Watkins
Lenz & Staehelin
Lexcomm Vietnam
Loyens&Loeff
McCarthy Tetrault
MLL Meyerlustenberger Lachenal Froriep Ltd
Nishit Desai
Norton Rose
Olaniwun Ajayi
Peter Maynard
Piper Alderman
Prager Metis CPA's, LLC
Ronny Domröse
Schurti Partners
Shardul Amarchand Mangaldas
Silicon Valley Accountants
Slaughter & May
TSN LIMITED
Walkers
WilmerHale

**Other Significant Creditors**
BITVO Inc.
Celsius Network LLC
FTX Ventures Partnership

**Significant Competitors**
Binance
BlockFi, Inc.
Coinbase
Crypto.com
Gemini
Kraken
KuKoin

**Surety & Letters of Credit**
Lockton Insurance Brokers, LLC
Philadelphia Indemnity Insurance Company
RLI Insurance Co.
Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**
Alaska Department of Commerce, Community, and
Economic Development
Amber Eutsey
Anne Cappelli
Arizona Department of Insurance and Financial Institutions
Arkansas Securities Department
Aurora Fagan

Bahamas ACP Secretariat
Bahamas Agricultural & Industrial Corporation (BAIC)
Bahamas Bureau of Standards and Quality (BBSQ)
Bahamas Development Bank
Bahamas Electricity Corporation (BEC)
Bahamas Environment Science and Technology Commission (BEST)
Bahamas Investment Authority
Bahamas Trade Commission
Bahamasair Holding Ltd
Bank of The Bahamas
Bo Fears
Brandi Smith
Brock Jensen
Bryan Hsueh
Business Licence - Valuation Unit (Bahamas)
Campbell McLaurin
Catherine Reyer
Central Bank of The Bahamas
Christopher German
Clifford Charland
Commodity Futures Trading Commission
Compliance Commission (Bahamas)
Corey Krebs
Craig Christensen
Cyprus Securities and Exchange Commission
Danielle Sassoon
David Berland
David Buchalter
David O'Brien
David Venerables
Delaware State Treasury
Department of Insurance and Financial Services
Department of Justice - Computer Crime and Intellectual Property Section
Department of Justice - National Crypto Currency Enforcement Team
Department of Justice - Southern District of New York
Department of Justice - US Attorney Southern District of Florida
Department of Labour (Bahamas)
Department of Local Government (Bahamas)
District of Columbia Department of Insurance, Securities and Banking
Drew Stillman
Dubai Virtual Assets Regulatory Authority
Dustin Physioc
Elizabeth Pendleton
Erin Wilk
Ethan McLaughlin
Financial Intelligence Unit (Bahamas)
FINMA SRO-Treuhand Suisee
Florida Office of Financial Regulation
Georgia Department of Banking and Finance
Gibraltar Financial Services Commission
Hawaii Department of Commerce and Consumer Affairs
Hong Kong Securities & Futures Commission
House Committee on Oversight and Reform
Idaho Department of Finance

Illinois Department of Financial and Professional Regulation
Ingrid White
Internal Revenue Service
Iowa Division of Banking
Iris Ikeda
Jack McClellan
James Westrin
Japan Financial Services Agency
Jason Gworek
Jay Kim
Jeanju Choi
Jeffrey Loimo
Jennifer Biretz
Jesse Moore
Jesse Saucillo
Jessica Peck
Jesus (/Jesse) Saucillo
Jonathan Misk
Jonathan Vruwink
Karyn Tierney
Kelley Reed
Kevin Webb
Kristen Anderson
Kristin Rice
Lucinda Fazio
Mark Largent
Maryland Department of Labor
Matthew Dyer
Michigan Department of Insurance and Financial Services
Ministry of Finance (Bahamas)
Ministry of Works and Utilities (Bahamas)
Monetary Authority of Singapore
Nebraska Department of Banking and Finance
New Jersey Department of Banking and Insurance
New York Department of Financial Services
Nicolas Roos
Nina Ruvinsky
North Carolina Department of Commerce
North Carolina Department of Justice
North Dakota Department of Financial Institutions
Office of Internal Audit (Bahamas)
Office of the Attorney General & Ministry of Legal Affairs (Bahamas)
Office of the Auditor General (Bahamas)
Office of the Data Protection Commissioner (Bahamas)
Office of the Prime Minister (Bahamas)
Ohio Department of Commerce
Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller

Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**

Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**UCC Members**

Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.

Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch
**UCC Professionals**
Hunton Andrews Kurth LLP
**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.
**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun
Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media

Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.
Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company

Emondo design, vl. Ivana Milicic.

Epik Holdings Inc

Equinix

Equinix - JPY

Equinix INC

Equinox Group LLC

Equity and Transformation

Eventus Systems, Inc.

EVERYWHERE WIRE

Excel Sports Management

Facebook/Meta

FACTORY PR LLC

Fast Forward

Federal Trade Commission FTC

FEDEX

Fenwick & West

Fenwick & West - FTX Trading Ltd

Fenwick & West - FTX US

Flatiron Labs, Inc.

Florida International University Foundation

Flutterwave

Food Panda

FOX BROADCASTING COMPANY

Fox Sports

FULL COURT PRESS COMMUNICATIONS, INC

Fullstory

Functional Software Inc, dba Sentry

Furia ESports LLC

Futures Industry Association

GameStop

GB Solutions - Geoff Bough

Gibson, Dunn & Crutcher LLP

GitHub

Glushon Sports Management

GoDaddy

Golden State Warriors

Golden State Warriors Community Foundation

Goldfinger

Google

Google Cloud Platform

Grafit Studios - Roman Tulinov Pe

Grafted Growth

Grand Prix Tickets

Group One Holdings

Gusto

HashPort Inc.

Name On File

Herman Miller Design

Hogan Lovells International LLP

Honeycomb

Hotels.com

I2C In.

ICC

IFS Markets

IKOABD LLC

Inca Digital, Inc

INCO, LLC

India Strategic Partnership Inc.

Insight Direct USA Inc

insight software CO

Investing Made Simple

Invisible North

ipower

Isbl International Specialty Brokers Limited

Jetstream Partners Limited

JLL Law Firm

Name On File

Jorge Luis Lopez Law Firm

Jumio Corporation

Justworks

Kandji

Katten Muchin Rosenman LLP

Kevin Haeberle

Kim & Chang

King and Wood Mallesons (HK)

Latham & Watkins LLP

Learfield

Ledger & Cobie Enterprises dba UpOnly

LedgerX LLC

Leo Trippi SA

Name On File

Lexis Nexis

Liftoff Mobile, Inc.

Light the Way - The Campaign for Berkeley

Limit Break

Lincoln Place Inc.

Lockton Insurance Brokers, LLC

Looker (Google LLC)

Lorem Ipsum - AP

Lowenstein Sandler LLP

Lunch Money Group Inc - Anthony Pompliano

M Group

Maerki Baumann Und Co.

Mammoth Media, Inc.

Max Maher Show LLC

Maxlaw Global

Mayfield XV

McCarthy Tetrault

McGarry Bowen, LLC

Medium Rare Live

Mercedes-Benz Grand Prix Limited

Message Global

Meta Platforms, Inc.

MG Trust

Miami Dade County

Miami Heat Limited Partnership

Name On File

MicroLedgers

Microsoft

Microsoft Advertising

Microsoft Online Inc

MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R8G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC

Revolut Ltd
Rich Feuer Anderson
Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd

TigerWit

TikTok

Time Magazine

Time Magazine UK LTD

Name On File

Name On File

TL International

TONGLE X LLC

Top Drawer Merch

TOP Worldwide, LLC

TransPerfect (Chancery Staffing)

Treasury Forfeiture Fund

Tribe Payments Ltd

Trident

TriNet

Trip Actions, Inc.

Triton One Limited

TRM Labs, Inc.

Turner Digital AD Sales (INC)

Twilio

Twitter

Two More Glasses

UBS Financial Services Inc

UJH Enterprise, Inc

Underground Creative

United Healthcare

USI

Valuz LLP

VARA

Name On File

VKR Insights

Wasserman

Wasserman - Operating

Wasserman Client Trust

We Are One World

Weekly Open

West Realm Shires Services Inc

West Realm Shires, Inc. WRS

WH Sports

Wifi Bread

William Trevor Lawrence dba MMBOC, LLC

Willkie Farr & Gallagher LLP

WME Entertainment

Wondros

W-SF Goldfinger Owner VIII, LLC

XReg Consulting- GBP

Name On File

## Exhibit A

| Party | Relationship |
|---|---|
| 1inch Limited | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin Gump Strauss Hauer & Feld LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Amazon | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Amazon Web Services (AWS) | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Express | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Express | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Apple Inc. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arrow | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arthur Cox | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baker McKenzie | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated |

| | |
|---|---|
| | with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bloomberg | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bloomberg | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| CMS Legal - Italy | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Commercial Bank of Dubai | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Commercial Bank of Dubai | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| DBS Bank Ltd. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ED&F Man Holdings Inc. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Emirate NBD Bank | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Emirate NBD Bank | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Ernst & Young | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Euler | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Eversheds Sutherland (Us) LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fedex | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fedex | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| FTI Consulting, Inc. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Google | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Gusto | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| HDFC Bank | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hogan Lovells International LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| HSBC Bank | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in |

| | |
|---|---|
| | matters unrelated to the Debtors and these Chapter 11 Cases. |
| HSBC Bank | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hunton Andrews Kurth LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ████████████ | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Interactive Brokers LLC | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JP Morgan Chase Bank, N.A. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JPMorgan Chase Bank, N.A. | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| King & Wood Mallesons | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kraken | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kroll Restructuring Administration | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Latham and Watkins LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Lockton Insurance Brokers, LLC | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Michael Watson | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mina | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MONACO/BetDEX/ STRAMASH PROTOCOL LTD. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morrison & Foerster LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Norton Rose | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Open Loot Ecosystem Fund I Ltd. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Orrick, Herrington & Sutcliffe LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Paradigm | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Perella Weinberg Partners | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Pricewater House Coopers LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RJ O'Brien | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Red Sea Research | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Shardul Amarchand Mangaldas | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Snap Inc | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Sumitomo Mitsui Banking Corporation (SMBC) | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Thoma Bravo LLC | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TradeWind | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Trident | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Twilio Inc. | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| UBS Financial Services Inc | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UBS Financial Services Inc | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Verizon Wireless | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| VY SPACE | Hadef & Partners LLC has acted, or is acting, in a matter possibly adverse to this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Walkers | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Willkie Farr & Gallagher LLP - France | Hadef & Partners LLC has represented, or is currently representing, this entity or entities possibly affiliated with or related to this entity in matters unrelated to the Debtors and these Chapter 11 Cases. |