IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 15, 2023, AT 10:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

> **ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY FEBRUARY 15, 2023 AT 8:00 A.M. (ET)**
>
> **Non-participants, please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItd-qsqzojG5Qzo2BFwU281ENhr6lyL-M
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic: FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
> When: February 15, 2023 at 10:00 a.m. (ET)
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**RESOLVED MATTER**:

1. Motion of Debtors for Entry of an Order (A) Approving the Cooperation Agreement Between the Debtors and the Joint Provisional Liquidators of FTX Digital Markets Ltd. and (B) Granting Related Relief [D.I. 578, filed on January 25, 2023]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0069827.3}

Status: On February 9, 2023, the Court entered an Order granting the relief requested. Accordingly, a hearing on this matter is not required.

## MATTER UNDER COC/CNO

2. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures for the Sale or Transfer of Certain De Minimis Assets and Fund Assets and (II) Approving Assumption, Assignment and Rejection Procedures and (III) Granting Related Relief [D.I. 525, filed on January 18, 2023]

   Response Deadline: February 1, 2023 at 4:00 p.m. (ET); extend for the United States Trustee to February 10, 2023 at 12:00 p.m. (ET)

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee

   Related Documents:

   A.   Limited Objection of 3Commas Technologies OÜ & Nifty Island, LLC: Motion of Debtors for Entry of an Order (I) Authorizing and Approving Procedures for the Sale or Transfer of Certain De Minimis Assets and Fund Assets and (II) Approving Assumption, Assignment and Rejection Procedures and (III) Granting Related Relief [D.I. 599, filed on February 1, 2023]

   B.   Certification of Counsel [D.I. 693, filed on February 13, 2023]

   Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures. Accordingly, a hearing on this matter is not required unless the Court has any questions.

## MATTERS GOING FORWARD:[2]

3. Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 22, 2022 [D.I. 481, filed on January 18, 2023]

   Response Deadline: January 25, 2023 at 4:00 p.m. (ET); extended to February 1, 2023 at 4:00 pm. for the United States Trustee

---

[2]  Only items filed in the above-captioned Chapter 11 Cases are listed herein. Parties should refer to the agenda filed in case number 22-11068 (JTD) with respect to matters filed in FTX Digital Markets LTD.'s Chapter 15 Case.

Responses Received:

A.  Objection of the United States Trustee to the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 22, 2022 [D.I. 680, filed on February 9, 2023]

Related Documents:

A.  [SEALED] Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of December 22, 2022 [D.I. 482, filed on January 18, 2023]

B.  Reply of the Official Committee of Unsecured Creditors to Objection of the United States Trustee to the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 694, filed on February 13, 2023]

C.  Declaration of Alex van Voorhees in Support of the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 695, filed on February 13, 2023]

D.  Supplemental Declaration of Steven Simms in Support of the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 696, filed on February 13, 2023]

Status: This matter is going forward.  Steven Simms, a Senior Managing Director with FTI Consulting, Inc., and Alex van Voorhees, in his capacity as the co-chair of the Committee, will testify regarding the Committee's proposed retention of FTI as its financial advisor, and their direct testimony will be presented through their declarations filed in support of FTI's retention application.  Mr. Simms and Mr. van Voorhees will be available to testify in person.

4.  Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of December 23, 2022 and (II) Waiving Certain Time-Keeping Requirements [D.I. 520, filed on January 18, 2023]

Response Deadline: February 1, 2023 at 4:00 p.m. (ET); extended for the United States Trustee

Responses Received:

A.  Informal comments from the Office of the United States Trustee

Related Documents:

A.    [SEALED] Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker Pursuant to 11 U.S.C. §§ 328(a) and 1103(a), Effective as of December 23, 2022 and (II) Waiving Certain Time-Keeping Requirements [D.I. 521, filed on January 18, 2023]

Status: The Committee is working with the U.S. Trustee to resolve the U.S. Trustee's informal response prior to the hearing. This matter is going forward.

5.    Motion for an Order Granting the Committee Leave and Permission to File the Reply of the Official Committee of Unsecured Creditors to Objection of the United States Trustee to the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 697, filed on February 13, 2023]

Response Deadline: N/A

Responses Received: N/A

Related Documents:

A.    Reply of the Official Committee of Unsecured Creditors to Objection of the United States Trustee to the Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 694, filed on February 13, 2023]

Status: This matter is going forward.

| | |
|---|---|
| Dated: February 13, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |