# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the attorneys listed below of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appear as counsel for the New Jersey Bureau of Securities (the "Bureau") in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, request, unless otherwise directed by the Court, that all notices that are required to be given in these chapter 11 cases or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the following address:

| | |
|---|---|
| David P. Primack, Esq.<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>dprimack@mdmc-law.com | Jeffrey Bernstein, Esq. (*pro hac vice* pending)<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>570 Broad Street, Suite 1401<br>Newark, NJ 07102<br>Telephone: (973) 565-2183<br>jbernstein@mdmc-law.com |
| Nicole Leonard, Esq. (*pro hac vice* pending)<br>**McElroy, Deutsch, Mulvaney & Carpenter, LLP**<br>225 Liberty Street, 36th Floor<br>New York, NY 10281<br>Telephone: (973) 565-2048<br>nleonard@mdmc-law.com | |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, service of copies of all papers, including but not limited to, reports, pleadings, motions, applications, petitions, schedules, complaints, demands, statements of financial affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise (or circulated drafts of any of the foregoing), and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the above address.

**PLEASE TAKE FURTHER NOTICE** in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the Bureau does not intend for this Notice of Appearance and Request for Notices and Service, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Bureau may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies the Bureau expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service does not constitute an agreement to accept services of initial process under

Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of the New Jersey Bureau of Securities for such purpose.

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: February 13, 2023 | */s/ David P. Primack* |
|  | David P. Primack, Esq. (No. 4449) |
|  | 300 Delaware Avenue, Suite 1014 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 300-4515 |
|  | Facsimile: (302) 654-4031 |
|  | E-mail: dprimack@mdmc-law.com |
|  | *Attorneys for the New Jersey Bureau of Securities* |