# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Jeffrey Bernstein, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP to represent the New Jersey Bureau of Securities in the above action.

Dated: February 13, 2023

/s/ David P. Primack
David P. Primack, Esq. (No. 4449)
**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
*Counsel to the New Jersey Bureau of Securities*

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:**

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the State Bars of New Jersey and New York; the Supreme Court of the United States; the U.S. Court of Appeals, 3rd Circuit; the U.S. District Court for the District of New Jersey; and the United States District Court for the Northern, Southern, Eastern and Western Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent.

| | |
|---|---|
| Dated:  February 23, 2023 | /s/ Jeffrey Bernstein |
| | Jeffrey Bernstein, Esq. |
| | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| | 570 Broad Street, Suite 1401 |
| | Newark, NJ 07102 |
| | Telephone: 973-565-2183 |

**ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 13th, 2023**              **JOHN T. DORSEY**
**Wilmington, Delaware**                    **UNITED STATES BANKRUPTCY JUDGE**