**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date**: March 8, 2023 at 1:00 p.m. (ET) **Objection Deadline**: February 10, 2023 at 4:00 p.m. (ET) |
| | **Ref. No. 589** |

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Cases of Debtors FTX Turkey Teknoloji ve Ticaret Anonim Şirketi and SNG Investments Yatırım ve Danışmanlık Anonim Şirketi* [D.I. 589] (the "<u>Motion</u>") filed on January 27, 2023. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses, if any, to the relief requested in the Motion were to be filed and served on or before February 10, 2023 at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

It is hereby respectfully requested that the proposed form of order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated:  February 13, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*