# **EXHIBIT 2**

**AMENDED SUMMARY OF BILLING BY PROFESSIONAL**
**THE PETITION DATE THROUGH AND INCLUDING DECEMBER 31, 2022**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | ~~1989~~1991 | 1989 | $1,917.00 | 157.20 | $301,352.40 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 51.60 | $98,917.20 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 49.20 | $94,316.40 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 211.20 | $336,441.60 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 43.60 | $69,454.80 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 41.70 | $60,048.00 |
| Eric D. Winston | Partner | ~~1998~~1999 | 1998 | $1,440.00 | 62.80 | $90,432.00 |
| Anthony Alden | Partner | 2004 | ~~1999~~2003 | $1,440.00 | 20.60 | $29,664.00 |
| Matthew R. Scheck | Partner | ~~2007~~2008 | 2007 | $1,318.50 | 68.80 | $90,712.80 |
| **Partner Total** | | | | | **706.70** | **$1,171,339.20** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 10.50 | $12,757.50 |
| **Special Counsel Total** | | | | | **10.50** | **$12,757.50** |
| Razmig Izakelian | Associate | 2013 | 2013 | $1,183.50 | 3.10 | $3,668.85 |
| Emily Kapur | Associate | 2015 | 2015 | $1,174.50 | 2.60 | $3,053.70 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 8.20 | $9,372.60 |
| Meredith Mandell | Associate | 2017 | 2016 | $1,143.00 | 4.00 | $4,572.00 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 247.40 | $243,812.70 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 18.20 | $16,461.90 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 52.90 | $47,848.05 |
| John Super | Associate | 2021 | 2020 | $904.50 | 0.60 | $542.70 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 29.10 | $24,487.65 |
| Liam Murphy | Law Clerk | - | 2022 | $508.50 | 5.30 | $2,695.05 |
| Seth Rosenberg | Law Clerk | - | 2022 | $508.50 | 7.00 | $3,559.50 |
| **Associate & Law Clerk Total** | | | | | **378.40** | **$360,074.70** |
| **Lawyers Total** | | | | | **1,095.6** | **~~$1,540,502.55~~$1,544,171.40** |
| Barbara J Howell | Paralegal | - | - | $432.00 | 5.00 | $2,160.00 |
| Connie Kim | Paralegal | - | - | $432.00 | 11.30 | $4,881.60 |
| **Non Legal Personnel Total** | | | | | **16.30** | **$7,041.60** |
| 50% Non-Working Travel | | | | | | -$14,918.85 |
| **GRAND TOTAL** | | | | | **1,111.90** | **$1,536,294.15** |

~~* Zero rate appears wherever no fee was charged for work.~~

**Blended Hourly Rate: $~~1,167.65~~1,381.68**[1]

---

[1] The blended hourly rate set forth in the Amended Fee Statement reflects a weighted hourly rate for total hours billed during the Fee Period. The blended hourly rate submitted in the original Fee Statement was an unweighted rate of all timekeepers on the matter.

## STATEMENT OF FEES BY PROJECT CATEGORY[2]
## THE PETITION DATE THROUGH AND INCLUDING DECEMBER 31, 2022

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 553.00 | $740,536.20 |
| AVOIDANCE ACTION ANALYSIS | 52.60 | $79,065.00 |
| BANKRUPTCY LITIGATION | 41.70 | $63,629.55 |
| BOARD / CORPORATE GOVERNANCE | 78.70 | $134,657.55 |
| CASE ADMINISTRATION | 160.00 | $220,511.25 |
| EMPLOYMENT AND FEE APPLICATIONS | 166.30 | $213,171.30 |
| INVESTIGATION | 42.70 | $69,804.45 |
| 50% NON-WORKING TRAVEL | 16.90 | $14,918.85 |
| **TOTAL** | **1,111.90** | **$1,536,294.15** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[3] if Applicable | Amount |
| Lexis Courtlink | Lexis | $~~21.22~~74.39 |
| Photocopying | | $22.50 |
| Document Reproduction ($.10/page) | | $97.80 |
| Color Document Reproduction ($.40/page) | | $398.40 |
| Velobind | | $12.00 |
| Document Services | | $177.73 |
| Travel | | $605.10 |
| Local Business Travel | | $16.95 |
| Hotel | | $425.70 |
| Parking | | $120.00 |
| Out-of-Town Travel | | $112.50 |
| Air Travel | | $2,260.00 |
| **TOTAL** | | **$4,323.07** |

---

[2]  The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

[3]  Quinn Emanuel Urquhart & Sullivan, LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.