# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from January 1, 2023 through January 31, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from January 1, 2023 through January 31, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors' complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Additionally, Mr. Ray has worked

to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In addition, Mr. Ray met with the Joint Provisional Liquidators to FTX Digital Markets related to cooperation and recognition of the foreign proceedings. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| January 1, 2023 – January 31, 2023 | $347,360.00 | $8,079.06 | $355,439.06 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $4,590.92 |
| Travel – Airfare | $2,330.50 |
| Travel – Transportation (other) | $964.98 |
| Travel – Meals | $160.66 |
| Other Expenses | $32.00 |
| **Total Amount for Period:** | **$8,079.06** |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 281.2 | $365,560.00 |
| | 50% adjustment for non-working travel: | | 28.0 | ($18,200) |
| | **Total Amount for Period:** | | 281.2 | $347,360.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/2/23 | Creditor committee matters response and follow up | John J. Ray III | 1.0 | $1,300.00 |
| 1/2/23 | Follow up on ZUBR entity payables | John J. Ray III | 0.5 | $650.00 |
| 1/2/23 | Processing insurance matters | John J. Ray III | 1.5 | $1,950.00 |
| 1/2/23 | Review UCC questions and follow up review and sign off on completeness; follow up on Ledger prime | John J. Ray III | 1.0 | $1,300.00 |
| 1/2/23 | Calls with Director re review of venture assets | John J. Ray III | 1.0 | $1,300.00 |
| 1/2/23 | Discussion with A&M various UCC request fulfillment | John J. Ray III | 0.8 | $1,040.00 |
| 1/2/23 | Communication related to reorganization of FTX.com and assembling working group | John J. Ray III | 0.8 | $1,040.00 |
| 1/2/23 | Review and comments on Voyager matter | John J. Ray III | 0.8 | $1,040.00 |
| 1/2/23 | General invoice approval and expenditures review | John J. Ray III | 1.0 | $1,300.00 |
| 1/3/23 | Prepare for and attend weekly Board call | John J. Ray III | 2.5 | $3,250.00 |
| 1/3/23 | Review and comment on final vendor order | John J. Ray III | 0.5 | $650.00 |
| 1/3/23 | Review Voyager matter | John J. Ray III | 1.0 | $1,300.00 |
| 1/3/23 | Communications related to securing repayment of funds | John J. Ray III | 0.5 | $650.00 |
| 1/3/23 | Follow up re EU customer account reconciliation date and time | John J. Ray III | 0.5 | $650.00 |
| 1/3/23 | Insurance matters | John J. Ray III | 0.5 | $650.00 |
| 1/3/23 | Review and approve UCC submittals | John J. Ray III | 1.5 | $1,950.00 |
| 1/3/23 | Respond and approve request relative to compliance matters re contributions | John J. Ray III | 0.5 | $650.00 |
| 1/3/23 | Additional UCC distribution materials | John J. Ray III | 0.5 | $650.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/3/23 | Review investment matter and respond with related decision | John J. Ray III | 0.8 | $1,040.00 |
| 1/3/23 | Case management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 1/3/23 | Review custodial arrangements and insurance; provide direction re same | John J. Ray III | 0.8 | $1,040.00 |
| 1/3/23 | Review TRM license agreement and sign off | John J. Ray III | 1.0 | $1,300.00 |
| 1/3/23 | Further approval related to UCC materials | John J. Ray III | 0.3 | $390.00 |
| 1/4/23 | Review materials from S&C related to JPL matter, and follow up call with S&C | John J. Ray III | 3.5 | $4,550.00 |
| 1/4/23 | Review and sign off on Voyager matter | John J. Ray III | 1.8 | $2,340.00 |
| 1/4/23 | Review and approve UCC materials | John J. Ray III | 0.8 | $1,040.00 |
| 1/4/23 | Review and respond to second day order comments | John J. Ray III | 0.8 | $1,040.00 |
| 1/4/23 | FTX bidder approvals and review | John J. Ray III | 0.5 | $650.00 |
| 1/4/23 | Follow up on Japan matter | John J. Ray III | 0.3 | $390.00 |
| 1/4/23 | Review changes to cash management order | John J. Ray III | 0.8 | $1,040.00 |
| 1/4/23 | Further approval of UCC material | John J. Ray III | 0.3 | $390.00 |
| 1/4/23 | Review director proposed agenda re investments | John J. Ray III | 0.5 | $650.00 |
| 1/4/23 | Review and comment on various investments re funding and related issues | John J. Ray III | 0.3 | $390.00 |
| 1/4/23 | Follow up call and document review of JPL matter | John J. Ray III | 0.8 | $1,040.00 |
| 1/5/23 | Travel to Miami for JPL Meeting | John J. Ray III | 2.5 | $1,625.00 |
| 1/5/23 | Call with S&C regarding LedgerX matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/5/23 | Case management matters including insurance | John J. Ray III | 0.5 | $650.00 |
| 1/5/23 | Embed matter | John J. Ray III | 0.3 | $390.00 |
| 1/5/23 | Meeting with JPLs and follow up work related to agreements | John J. Ray III | 7.5 | $9,750.00 |
| 1/6/23 | Communicate with Board on JPL matter | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/6/23 | Meeting with JPLs | John J. Ray III | 6.0 | $7,800.00 |
| 1/6/23 | Travel back from Miami | John J. Ray III | 2.5 | $1,625.00 |
| 1/6/23 | Retention matters review and approve | John J. Ray III | 0.3 | $390.00 |
| 1/6/23 | Various case management matters including insurance, Japan issues, PWP engagement, UCC follow up, arranging follow up with JPL | John J. Ray III | 2.8 | $3,640.00 |
| 1/6/23 | Work on investment matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/7/23 | Retention applications supplement | John J. Ray III | 1.0 | $1,300.00 |
| 1/7/23 | Review various second day order revisions | John J. Ray III | 1.5 | $1,950.00 |
| 1/7/23 | Case management matters regarding various issues including internal controls re billing, engagement letter for PWP, invoice approval and review, FTX trademark oppositions | John J. Ray III | 3.0 | $3,900.00 |
| 1/8/23 | Travel to NYC | John J. Ray III | 3.0 | $1,950.00 |
| 1/8/23 | Review UCC materials and approve distribution | John J. Ray III | 0.5 | $650.00 |
| 1/8/23 | Review cash management materials | John J. Ray III | 0.5 | $650.00 |
| 1/8/23 | Employee issues related to retention | John J. Ray III | 0.5 | $650.00 |
| 1/8/23 | Review amended PWP terms and discuss with Board member | John J. Ray III | 1.0 | $1,300.00 |
| 1/8/23 | Review objections and replies to second day motions | John J. Ray III | 2.0 | $2,600.00 |
| 1/9/23 | Management meeting | John J. Ray III | 1.0 | $1,300.00 |
| 1/9/23 | Meeting regarding UCC work streams | John J. Ray III | 0.8 | $1,040.00 |
| 1/9/23 | Management of legal work streams | John J. Ray III | 1.5 | $1,950.00 |
| 1/9/23 | Cash forecast update | John J. Ray III | 1.8 | $2,340.00 |
| 1/9/23 | Update regarding cyber policies | John J. Ray III | 0.8 | $1,040.00 |
| 1/9/23 | Review retention matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/9/23 | Subsidiary banking approval | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/9/23 | Review restructuring strategy recommendation | John J. Ray III | 0.5 | $650.00 |
| 1/9/23 | Review Alameda and Voyager matter | John J. Ray III | 1.3 | $1,690.00 |
| 1/9/23 | LedgerX update | John J. Ray III | 0.5 | $650.00 |
| 1/9/23 | PWP engagement letter approval | John J. Ray III | 0.5 | $650.00 |
| 1/9/23 | Call with Bahamas regarding document sharing | John J. Ray III | 0.8 | $1,040.00 |
| 1/9/23 | Review of customer entitlements | John J. Ray III | 1.5 | $1,950.00 |
| 1/10/23 | Travel to Wilmington to prep for hearing | John J. Ray III | 2.0 | $1,300.00 |
| 1/10/23 | Prepare for January 11 hearing | John J. Ray III | 6.0 | $7,800.00 |
| 1/10/23 | Distribute materials to Board members | John J. Ray III | 0.8 | $1,040.00 |
| 1/10/23 | Review and approve UCC materials | John J. Ray III | 0.8 | $1,040.00 |
| 1/10/23 | Board call | John J. Ray III | 1.0 | $1,300.00 |
| 1/10/23 | Review changes to various orders | John J. Ray III | 0.8 | $1,040.00 |
| 1/10/23 | Review various banking issues and execute signature cards | John J. Ray III | 0.8 | $1,040.00 |
| 1/10/23 | Prepare board meeting material for January 18 board meeting | John J. Ray III | 2.8 | $3,640.00 |
| 1/11/23 | Review materials re customer entitlement | John J. Ray III | 1.0 | $1,300.00 |
| 1/11/23 | Prepare for January 11 hearing | John J. Ray III | 1.0 | $1,300.00 |
| 1/11/23 | Attend January 11 hearing | John J. Ray III | 4.5 | $5,850.00 |
| 1/11/23 | Follow up matters from January 11 hearing | John J. Ray III | 1.0 | $1,300.00 |
| 1/11/23 | Travel from hearing in Wilmington to NYC | John J. Ray III | 3.0 | $1,950.00 |
| 1/12/23 | Insurance matter re claims | John J. Ray III | 0.3 | $390.00 |
| 1/12/23 | Embed matters | John J. Ray III | 0.3 | $390.00 |
| 1/12/23 | FTX Europe matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/12/23 | Various work streams re Japan tax matters and ventures | John J. Ray III | 1.5 | $1,950.00 |
| 1/12/23 | Employee matters | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/12/23 | Travel, flight from NYC | John J. Ray III | 4.0 | $2,600.00 |
| 1/12/23 | IT vendor matters | John J. Ray III | 0.3 | $390.00 |
| 1/12/23 | Third party invoicing | John J. Ray III | 0.3 | $390.00 |
| 1/12/23 | Avoidance action process | John J. Ray III | 0.5 | $650.00 |
| 1/12/23 | Further Japan update | John J. Ray III | 0.3 | $390.00 |
| 1/13/23 | Vendor discussions | John J. Ray III | 1.0 | $1,300.00 |
| 1/13/23 | FTX Europe follow up matters | John J. Ray III | 1.5 | $1,950.00 |
| 1/13/23 | Customer entitlements review | John J. Ray III | 3.5 | $4,550.00 |
| 1/13/23 | Avoidance actions | John J. Ray III | 1.5 | $1,950.00 |
| 1/13/23 | UCC materials update | John J. Ray III | 0.8 | $1,040.00 |
| 1/14/23 | Call with team leaders re various matters | John J. Ray III | 2.0 | $2,600.00 |
| 1/14/23 | Work related to responding to UCC | John J. Ray III | 2.5 | $3,250.00 |
| 1/15/23 | Review customer entitlement information and respond with questions | John J. Ray III | 1.8 | $2,340.00 |
| 1/15/23 | Review of materials, prepare questions for Committee regarding their views on assets and other matters | John J. Ray III | 2.5 | $3,250.00 |
| 1/15/23 | Insurance matters related to leases | John J. Ray III | 0.3 | $390.00 |
| 1/15/23 | Review memo re state licenses re consent orders and suspensions | John J. Ray III | 0.3 | $390.00 |
| 1/16/23 | Prepare materials for UCC meeting | John J. Ray III | 3.5 | $4,550.00 |
| 1/16/23 | Call re Europe matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/16/23 | Travel, flight to NYC | John J. Ray III | 4.0 | $2,600.00 |
| 1/16/23 | Review additional materials and answer questions related to UCC meeting | John J. Ray III | 3.8 | $4,940.00 |
| 1/16/23 | Review updated employee headcount | John J. Ray III | 0.5 | $650.00 |
| 1/16/23 | Trademark matters | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/17/23 | Approval of bidder list | John J. Ray III | 0.3 | $390.00 |
| 1/17/23 | UCC meeting | John J. Ray III | 2.0 | $2,600.00 |
| 1/17/23 | Review materials for distribution to public and related press release | John J. Ray III | 1.5 | $1,950.00 |
| 1/17/23 | Review declarations for filing | John J. Ray III | 1.0 | $1,300.00 |
| 1/17/23 | Insurance matters follow up | John J. Ray III | 1.0 | $1,300.00 |
| 1/17/23 | Meeting with Nardello related to various issues related to vetting buyers for potential asset sales | John J. Ray III | 1.0 | $1,300.00 |
| 1/17/23 | Review UCC requests | John J. Ray III | 0.3 | $390.00 |
| 1/17/23 | Review deck regarding FTX Europe and Germany issues | John J. Ray III | 0.8 | $1,040.00 |
| 1/17/23 | Prepare for and conduct meeting with Japan management | John J. Ray III | 2.0 | $2,600.00 |
| 1/18/23 | Prepare for Board meeting | John J. Ray III | 1.5 | $1,950.00 |
| 1/18/23 | Board meeting attendance | John J. Ray III | 5.0 | $6,500.00 |
| 1/18/23 | Review of venture investments to develop strategy | John J. Ray III | 3.5 | $4,550.00 |
| 1/19/23 | Handling various matters related to ventures sales, due diligence, and NDAs | John J. Ray III | 2.5 | $3,250.00 |
| 1/19/23 | Responding to various inquiries related to assets and liabilities for units | John J. Ray III | 1.5 | $1,950.00 |
| 1/19/23 | Further employee matters related to retention | John J. Ray III | 0.8 | $1,040.00 |
| 1/19/23 | UCC diligence follow up and follow up to Jeffries requests | John J. Ray III | 0.8 | $1,040.00 |
| 1/19/23 | Planning related to plan matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/19/23 | Call with S&C re vendor management | John J. Ray III | 0.3 | $390.00 |
| 1/19/23 | Call with S&C re testimony | John J. Ray III | 0.3 | $390.00 |
| 1/19/23 | Travel to Wilmington | John J. Ray III | 2.5 | $1,625.00 |
| 1/19/23 | Call with Japan management re sale | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/20/23 | Prepare for retention hearing | John J. Ray III | 2.5 | $3,250.00 |
| 1/20/23 | Attend retention hearing | John J. Ray III | 2.0 | $2,600.00 |
| 1/20/23 | Review and execute various NDAs | John J. Ray III | 0.5 | $650.00 |
| 1/20/23 | Review and make decisions related to various venture matters and investments | John J. Ray III | 3.0 | $3,900.00 |
| 1/20/23 | Review and communicate matters related to banking | John J. Ray III | 0.5 | $650.00 |
| 1/20/23 | Follow up related to Japan matters | John J. Ray III | 0.5 | $650.00 |
| 1/21/23 | Travel from Wilmington to PHL to RSW | John J. Ray III | 4.5 | $2,925.00 |
| 1/21/23 | Communications with S&C related to go forward work stream | John J. Ray III | 0.5 | $650.00 |
| 1/21/23 | Call with QE related to various matters | John J. Ray III | 0.3 | $390.00 |
| 1/21/23 | Follow up re various venture matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/21/23 | Follow up regarding Japan retention | John J. Ray III | 0.5 | $650.00 |
| 1/22/23 | Follow up regarding Japan | John J. Ray III | 0.5 | $650.00 |
| 1/22/23 | Further communications with PWP re various investments | John J. Ray III | 0.5 | $650.00 |
| 1/22/23 | Review Embed bids | John J. Ray III | 2.0 | $2,600.00 |
| 1/23/23 | Work related to case management and pending assignments of professionals | John J. Ray III | 2.8 | $3,640.00 |
| 1/23/23 | Call related to IT systems and workflow among professionals | John J. Ray III | 0.5 | $650.00 |
| 1/23/23 | Call with QE related to prosecution of causes of action | John J. Ray III | 0.8 | $1,040.00 |
| 1/23/23 | Review Embed bid materials | John J. Ray III | 2.8 | $3,640.00 |
| 1/23/23 | Call with A&M re Defi matters | John J. Ray III | 0.5 | $650.00 |
| 1/23/23 | Call related to staffing for FTX.com | John J. Ray III | 0.5 | $650.00 |
| 1/23/23 | Call with PWP related to bids for Embed | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/23/23 | FTX Europe follow up related to Germany and other pending matters, communication with CFO | John J. Ray III | 0.8 | $1,040.00 |
| 1/23/23 | Follow up and execute documents related to investment | John J. Ray III | 0.5 | $650.00 |
| 1/23/23 | Review communications from S&C related to D&O claims | John J. Ray III | 0.3 | $390.00 |
| 1/24/23 | Japan matters related to customer accounts | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | Review Europe matters | John J. Ray III | 1.3 | $1,690.00 |
| 1/24/23 | FTX leadership call | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | PMO call with professionals | John J. Ray III | 1.0 | $1,300.00 |
| 1/24/23 | FTX Board call | John J. Ray III | 1.0 | $1,300.00 |
| 1/24/23 | Call re Good Luck Games | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | Review matters re investment | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | Turkey matters review | John J. Ray III | 1.5 | $1,950.00 |
| 1/24/23 | Update re retention plans | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | Insurance matters review | John J. Ray III | 0.3 | $390.00 |
| 1/24/23 | Review of JPL cooperation agreement motion | John J. Ray III | 1.5 | $1,950.00 |
| 1/24/23 | Review and respond to multiple matters re ventures | John J. Ray III | 0.5 | $650.00 |
| 1/24/23 | Review and execute agreements and director changes | John J. Ray III | 0.5 | $650.00 |
| 1/25/23 | Call with Embed | John J. Ray III | 1.0 | $1,300.00 |
| 1/25/23 | Review Europe matters re M&A and other matters involving pre-petition | John J. Ray III | 2.5 | $3,250.00 |
| 1/25/23 | Review examiner motion reply | John J. Ray III | 1.5 | $1,950.00 |
| 1/25/23 | Review 2004 discovery requests | John J. Ray III | 1.3 | $1,690.00 |
| 1/25/23 | Review bidder clearance | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/25/23 | Review communication related to exchange authorizations | John J. Ray III | 0.5 | $650.00 |
| 1/25/23 | Review matters and motion related to Turkey and follow up call with UCC re same | John J. Ray III | 2.0 | $2,600.00 |
| 1/25/23 | Review motion related to interactive brokers | John J. Ray III | 0.5 | $650.00 |
| 1/25/23 | Review draft cooperation agreement motion revisions | John J. Ray III | 0.8 | $1,040.00 |
| 1/25/23 | Review materials for recognition task force | John J. Ray III | 0.8 | $1,040.00 |
| 1/25/23 | Tax matters pending | John J. Ray III | 0.5 | $650.00 |
| 1/26/23 | Retention matters | John J. Ray III | 1.8 | $2,340.00 |
| 1/26/23 | Avoidance action review and allocating workstreams | John J. Ray III | 1.8 | $2,340.00 |
| 1/26/23 | UCC request fulfillment | John J. Ray III | 0.5 | $650.00 |
| 1/26/23 | Matters related to Turkey | John J. Ray III | 2.5 | $3,250.00 |
| 1/26/23 | Professional and contractor management and invoicing | John J. Ray III | 0.8 | $1,040.00 |
| 1/26/23 | Venture book review | John J. Ray III | 2.0 | $2,600.00 |
| 1/26/23 | Review re deck and Good Luck Games portfolio companies | John J. Ray III | 0.8 | $1,040.00 |
| 1/26/23 | Prepare for and attend global meeting re FTX exchange | John J. Ray III | 2.5 | $3,250.00 |
| 1/26/23 | Follow up from FTX exchange meeting to allocate work assignments | John J. Ray III | 0.5 | $650.00 |
| 1/27/23 | Call re various work streams with S&C | John J. Ray III | 0.5 | $650.00 |
| 1/27/23 | Work related to Europe matters | John J. Ray III | 0.5 | $650.00 |
| 1/27/23 | Follow up call with Europe management | John J. Ray III | 1.5 | $1,950.00 |
| 1/27/23 | Retention matters review and approval | John J. Ray III | 0.5 | $650.00 |
| 1/27/23 | Review UCC matters | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/27/23 | Review and approve various motions and agreements related to JPL | John J. Ray III | 1.5 | $1,950.00 |
| 1/27/23 | Revision to Japan deck | John J. Ray III | 0.8 | $1,040.00 |
| 1/27/23 | Allocation of work on avoidance actions | John J. Ray III | 1.5 | $1,950.00 |
| 1/27/23 | Follow up call and debrief on Europe matters | John J. Ray III | 0.5 | $650.00 |
| 1/27/23 | General case management matters related to pending matters | John J. Ray III | 3.5 | $4,550.00 |
| 1/28/23 | Japan matters re client funds return | John J. Ray III | 0.8 | $1,040.00 |
| 1/28/23 | FTX subsidiary matters | John J. Ray III | 0.5 | $650.00 |
| 1/29/23 | Invoice and vendor management | John J. Ray III | 1.5 | $1,950.00 |
| 1/29/23 | LedgerX process | John J. Ray III | 0.5 | $650.00 |
| 1/29/23 | Matters related to FTX reorganization planning | John J. Ray III | 1.5 | $1,950.00 |
| 1/30/23 | FTX Europe matters | John J. Ray III | 1.0 | $1,300.00 |
| 1/30/23 | Reorganization task force discussions and meetings | John J. Ray III | 1.0 | $1,300.00 |
| 1/30/23 | Review Voyager complaint | John J. Ray III | 1.5 | $1,950.00 |
| 1/30/23 | Call re avoidance actions | John J. Ray III | 0.5 | $650.00 |
| 1/30/23 | Review UCC materials | John J. Ray III | 0.5 | $650.00 |
| 1/30/23 | Review and execute NDA re ventures | John J. Ray III | 0.5 | $650.00 |
| 1/30/23 | Call with Japan re various work streams | John J. Ray III | 1.0 | $1,300.00 |
| 1/30/23 | KERP and KEIP plans, review and revisions | John J. Ray III | 2.8 | $3,640.00 |
| 1/30/23 | Call with Quinn re various work streams | John J. Ray III | 0.5 | $650.00 |
| 1/30/23 | Cyber policy update | John J. Ray III | 0.5 | $650.00 |
| 1/30/23 | Call re customer entitlements | John J. Ray III | 1.3 | $1,690.00 |
| 1/30/23 | Revise KERP | John J. Ray III | 0.5 | $650.00 |
| 1/31/23 | Prepare for and attend board meeting | John J. Ray III | 3.5 | $4,550.00 |
| 1/31/23 | Weekly PMO meeting | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/31/23 | IT matters | John J. Ray III | 1.5 | $1,950.00 |
| 1/31/23 | Ventures matters response to team | John J. Ray III | 1.8 | $2,340.00 |
| 1/31/23 | Data sharing coordination | John J. Ray III | 1.0 | $1,300.00 |
| 1/31/23 | JPL matters | John J. Ray III | 0.8 | $1,040.00 |
| 1/31/23 | Case management matters | John J. Ray III | 2.5 | $3,250.00 |
| | | **Total Amount for Period:** | **281.2** | **$347,360.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 01/05/23 | Dinner for two, Miami, JPL meeting | | | | $100.00 | | John J. Ray III |
| 01/05/23 | Epic Miami, JPL meeting | | $275.00 | | | | John J. Ray III |
| 01/08/23 | Delta Airlines, round trip coach RSW to LGA to RSW, to/from client site | $1,177.80 | | | | | John J. Ray III |
| 01/08/23 | Client site lodging NYC | | $433.28 | | | | John J. Ray III |
| 01/08/23 | Car from LGA to NYC to client site lodging | | | $81.36 | | | John J. Ray III |
| 01/09/23 | Client site lodging NYC | | $466.50 | | | | John J. Ray III |
| 01/10/23 | Lodging Wilmington DE, January 11 hearing | | $350.00 | | | | John J. Ray III |
| 01/10/23 | Client site lodging NYC | | $467.80 | | | | John J. Ray III |
| 01/10/23 | Amtrak NYP to WIL to NYP coach fare round trip for January 11 hearing | | | $231.00 | | | John J. Ray III |
| 01/10/23 | Car from NYC lodging to Penn station for travel to hearing | | | $77.71 | | | John J. Ray III |
| 01/11/23 | Client site lodging NYC | | $467.80 | | | | John J. Ray III |
| 01/12/23 | Car from NYC client site lodging to LGA | | | $87.41 | | | John J. Ray III |
| 01/12/23 | Car from RSW to home | | | $153.12 | | | John J. Ray III |
| 01/12/23 | Wifi Onboard LGA to RSW | | | | | $15.00 | John J. Ray III |
| 01/16/23 | Client site lodging NYC | | $442.42 | | | | John J. Ray III |
| 01/17/23 | Delta Airlines, round trip coach RSW to LGA to RSW, to/from client site | $732.80 | | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 01/17/23 | Client site lodging NYC | | $494.06 | | | | John J. Ray III |
| 01/18/23 | Client site lodging NYC | | $494.06 | | | | John J. Ray III |
| 01/19/23 | Lodging Wilmington DE, for bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 01/19/23 | Amtrak NYP to WIL one way coach for bankruptcy hearing | | | $148.00 | | | John J. Ray III |
| 01/19/23 | Breakfast for one, client site | | | | $10.66 | | John J. Ray III |
| 01/19/23 | Car from NYC lodging to Penn station | | | $58.11 | | | John J. Ray III |
| 01/19/23 | Wilmington bankruptcy hearing, dinner for one | | | | $50.00 | | John J. Ray III |
| 01/20/23 | Lodging Wilmington DE, for bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 01/21/23 | American Airlines one way coach from bankruptcy hearing, PHL to RSW | $419.90 | | | | | John J. Ray III |
| 01/21/23 | Car service from Hotel Dupont to PHL | | | $128.27 | | | John J. Ray III |
| 01/21/23 | Wifi Onboard PHL to RSW | | | | | $17.00 | John J. Ray III |
| **Total Amount for Period:** | | **$2,330.50** | **$4,590.92** | **$964.98** | **$160.66** | **$32.00** | |