| CASE NAME: *FTX Trading Ltd., et al.*<br>CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5<br>DATE: 02/15/2023 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

1

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11217/22-11068    **CASE NAME:** FTX Digital Markets Ltd./FTX Trading Ltd.    **DATE:** 2/15/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Gross | RLF | JPL |
| Paul Heath | | |
| Brendan Schlauch | | |
| Chris Shore | W&C | |
| Brett Bakemeyer | | |
| Brian Pfeiffer | | |
| Ken Pasquale | Paul Hastings | Committee |
| Matt Lunn | YCST | |
| Stanton McManus | DOJ | United States |
| Juliet Sarkessian | U.S. Trustee | |
| Benjamin Hackman | U.S. Trustee | |

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Lawrence | Larose | Party in Interest | Sheppard Mullin Richter & Hampton LLC |
| Edward | Schnitzer | party in interest | Montgomery McCracken Walker & Rhoads LLP |
| Magali | Duque | Observing | |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Rick | Anigian | BlockFi | Haynes and Boone LLP |
| Roma | Desai | Texas State Securities Board | Office of the Texas Attorney General |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Andrew | Remming | Artz Fund Investments | Morris Nichols |
| Matthew | Bashalany | FTI Consulting | FTI Consulting |
| Sophie | Rogers Church | Artz Fund Investment | Morris Nichols |
| Matthew | Livingston | Insurers | Foran Glennon |
| Ian | Silverbrand | N/A | |
| Jason | DiBattista | LevFIn Insights | LevFin Insights |
| Ryan | Sims | N/A | |
| Dan | Moss | N/A | |
| Gihoon | Jung | Creditors | |
| Sean | Lee | Party in interest | Simpson Thacher & Bartlett LLP |
| Jasmine | Ball | Paradigm Operations LP | Debevoise & Plimpton LLP |
| Evelyn | Meltzer | Paradigm Operations LP | Troutman Pepper |
| David | Kozlowski | FSL | Morrison Cohen LLP |
| Dawn | Giel | CNBC | CNBC |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |
| Eric | Friel | Cowen and Company, LLC | Cowen and Company, LLC |
| Chad | Flick | n/a | |
| Christiana | Johnson | N/A | Schulte Roth & Zabel |
| Randall | Chase | associated press | associated press |
| Andrew | Perry | Interested Party | |
| Craig | Rasile | Unknown | Winston & Strawn LLP |
| Timothy | Walsh | Unknown | Winston & Strawn |
| none | none | none | |
| Sameen | Rizvi | Voyager Digital, LLC | Potter Anderson & Corroon |
| Max | Dawson | UCC | FTI Consulting |
| Daniel | Carrigan | FBH Corporation | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Frank | Bonaventure | FBH Corporation | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Keith | McCormack | interested party | |
| Christopher | Stauble | Interested Party | Weil, Gotshal & Manges LLP |
| Chris | Lamb | none | |
| Jorian | Rose | Interested Party | Baker Hostetler |
| James | Bailey III | Evolve Bank & Trust | Butler Snow LLP |
| Caroline | Salls | BankruptcyData | |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Robert | Poppiti | Committee | Young Conaway |
| Nan | Eitel | UST | EOUST |
| David | Gerardi | DOJ-UST | |

| First | Last | Party | Firm |
|---|---|---|---|
| Tamara | Mann | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Jeffrey | Margolin | Interested Party | Hughes Hubbard & Reed LLP |
| Mia | Cooper | n/a (listen only) | |
| Henry | Curtis | Interested Party | |
| Joshua | Revesz | Department of Justice | |
| Jeremy | Koo | Cal. Dept. of Financial Protection and Innovation | |
| Luke | Porcari | Interested Parties | Davis Polk & Wardwell LLP |
| Shawn | Domzalski | Strix Leviathan Nest Fund I, | Strix Leviathan |
| Nikolaos | Chagias | Party in Interest | |
| Natario | Mckenzie | Eyewitness News | Eyewitness News |
| Alexa | Kranzley | FTX Trading Ltd. and Affiliat | Sullivan & Cromwell LLP |
| Eric | Meyer | Newton ACDC Fund LP | ESM Management LLC |
| Ryan | Fink | Jefferies LLC | Sidley Austin LLP |
| Emily | Holt | interested party | |
| Mathew | Laskowski | Official Committee of Unse | Paul Hastings LLP |
| Erez | Gilad | Official Committee of Unse | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unse | Paul Hastings LLP |
| Gabe | Sasson | Official Committee of Unse | Paul Hastings LLP |
| Kris | Hansen | Official Committee of Unse | Paul Hastings LLP |
| Seth | Shapiro | United States of America | United States Department of Justice |
| Molly | White | n/a | |
| Benjamin | Waisbren | None | |
| Erik | Taraba | Debtor | Alvarez and Marsal |
| Hugh | Bellamy | N.A | |
| Dan | Kaplan | Atlas Grove Partners | Atlas Grove Partners |
| MAXIMILIAN | LARRIBA HERR | Customer | |
| Joshua | Oliver | Financial Times - journalist | |
| Brian | Petrozak | Multicoin | Multicoin |
| Jack | Schickler | Media | CoinDesk |
| Jennifer | Kneeland | interested party | Watt Tieder Hoffar & Fitzgerald LLP |
| Stephanie | Wickouski | Locke Lord LLP | Locke Lord LLP |
| Angela | Nelson | FTX | |
| Mark | Califano | Interested | Dentons US LLP |
| Evan | Maass | NA | |
| Richard | Pedone | FTX Digital Markets Ltd. | Nixon Peabody LLP |
| Andrew | Vara | US Trustee | United States Trustee Program |
| Andrew | Helman | None | Dentons |
| A | P | PYMNTS | |
| Catherine | Choe | Non Party | |
| Elizabeth | Brightwell | NA | |
| Carl | Wedoff | Jenner & Block | Jenner & Block |
| Kaitlyn | Sundt | Debtors | AlixPartners, LLP |
| Negisa | Balluku | N/A | Bloomberg LP |
| Libby | Lewis | Self | |
| Jonathan | Lozano | None | Bracewell LLP |
| Sam | Alberts | Interested | Dentons US LLP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pat | Quinn | N/A | | | | | |
| Claude | Montgomery | Interested | Dentons US LLP | | | | |
| Lynn | Harrison | Interested | Dentons US LLP | | | | |
| Beth | Kardos | Debtors | AlixPartners, LLP | | | | |
| Douglas | Henkin | Interested | Dentons US LLP | | | | |
| Sascha | Rand | FTX Group Debtors | Quinn Emanuel Urquhart & Sullivan LLP | | | | |
| Robert | Loh | N/A | Huron Consulting Group | | | | |
| Meredith | Mitnick | Various interested parties | Goodwin Procter LLP | | | | |
| Candice | Korkis | BMO Financial Group | | | | | |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP | | | | |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP | | | | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP | | | | |
| Jeremy | Ryan | Voyager | Potter Anderson & Corroon LLP | | | | |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP | | | | |
| Mark | Hurford | Celsius Network, LLC | A.M. Saccullo Legal, LLC | | | | |
| Mark | Fink | Interested Party | Robinson & Cole LLP | | | | |
| Eitan | Blander | Creditor | Togut Segal & Segal | | | | |
| Stephanie | Murray | press | | | | | |
| Robin | Jacobs | state of Wisconsin | Division of Securities | | | | |
| Emily | Hey | self/not representing anyone | | | | | |
| Kelly | Driscoll | FTI Consulting, Inc. | FTI Consulting, Inc. | | | | |
| John | Melko | Interested Party | | | | | |
| Ed | Mosley | Debtors | Alvarez & Marsal | | | | |
| Elizabeth A. | Beitler | Interested Party | Hughes Hubbard & Reed LLP | | | | |
| Ryan | Beil | FDM | White & Case | | | | |
| Ruth | Ramjit | Observer | | | | | |
| Varun | Gosain | Varun Gosain | Constellation Capital Management | | | | |
| Michael | Panacio | United States Trustee | | | | | |
| Robert | Grattan | FTX | Bracewell | | | | |
| Becky | Yerak | Wall Street Journal | News Corp | | | | |
| Abigail | Ryan | TX State Securities Board & | Texas Attorney General's Office | | | | |
| Michael | Luskin | Interested Party | Stroock 7 Stroock & Lavan LLP | | | | |
| Richard | Davis | Self | Law Firm of Richard Davis | | | | |
| Robert | Schmidt | FTI Consulting | Kramer Levin Naftalis & Frankel LLP | | | | |
| Matthew | Gold | Interested party | | | | | |
| William | Sullivan | Word of God Fellowship, In | Sullivan Hazeltine Allinson LLC | | | | |
| Michael | Blackmon | FTI Consulting | Kramer Levin Naftalis & Frankel LLP | | | | |
| Jiun-Wen | Teoh | Interested Party | Foley Hoag LLP | | | | |
| Nathaniel | Allard | Interested Party | Kramer Levin | | | | |
| Hugh | McDonald | Party in interest | Pillsbury Winthrop Shaw Pittman LLP | | | | |
| Amanda | Quintile | N/A | Huron | | | | |
| Michael | Boyer | N/A | | | | | |
| Samuele | Giudici | Private creditor | | | | | |
| Evanthea | Hammer | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell | | | | |
| Mike | Legge | Reorg | | | | | |
| Andy | Dietderich | FTX Trading Ltd. and its Affi | Sullivan & Cromwell LLP | | | | |
| Robyn | Schneider | NA | Morgan Lewis | | | | |

| First | Last | Party | Firm |
|---|---|---|---|
| Autumn | Highsmith | Texas State Securities Board | Texas Attorney General |
| Matthew | Harvey | Ad Hoc Committee | Morris Nichols Arsht & Tunnell LLP |
| Tina | Lawrence | none | |
| Mary | Augustine | Celsius Network, LLC | A.M. Saccullo Legal LLC |
| John | Ray III | FTX TRADING LTD | Greylock Partners LLC |
| Steven | Church | non party | |
| Kimberly | Brown | FTX TRADING LTD | Landis Rath & Cobb LLP |
| Robert | Lieff | Lam | Lieff Global |
| Ranjit | Kohli | Ranjit Kohli | FInancial Advisor |
| Matthew | Fisher | None | MoloLamken LLP |
| Scott | Flaherty | Debtwire/press | |
| Turner | Wright | Cointelegraph | |
| Michael | Small | Mercedes Benz Grand Prix L | Foley & Lardner LLP |
| Andrew | Sotak | Ankura | |
| Brad | Lohmeyer | Ankura | |
| Alexander | Nicas | Interested Party | |
| Darren | Azman | Official Committee of Unse | McDermott Will & Emery LLP |
| Monica | Perrigino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Kenneth | Friedman | Observer - self | |
| Jason | Sharp | FTI Consulting, Inc. | FTI Consulting, Inc. |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan, LLP |
| Vince | Sullivan | Law360 | |
| Jackie | Reinhard | None | |
| Mark | Wenzel | ACH Withdrawals prior to bankruptcy | |
| craigie | obzor | Potential buyer of a FTX ass | Herald |
| Michele | Wan | Pulsar | Pulsar |
| Sandali | Handagama | Press | CoinDesk |
| Edoardo | Bittasi | FTX single creditor in myself | |
| Nicolas | Caffaro | Myself | |
| Neil | Hartnell | The Tribune | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Jared | Kochenash | Committee | Young Conaway Stargatt & Taylor |
| Bay | Area Times | BAT | |
| Barbara | Houser | Self | |
| igor | borges | invest | |
| Howard | Michaels | Self | |
| DIMITRIS | HATZISARROS | Starboard Digital Strategies | |
| Alexander | Steiger | JPLs | Richards, Layton & Finger |
| Sophia | Rolle-Kapouso | Chapter 15 Debtor, FTX Dig | Lennox Paton |
| Yueqi | Yang | Press | Bloomberg |
| Ahmed | Abd El-Razek | Ahmed Abd El-Razek | |
| Gail | Kalinich | Self | Self |
| Brooks | Martin | Wisconsin Division of Secur | WI DFI |
| Ben | Clarke | N/A - MEDIA | N/A |
| Ryne | Miller | NA | |
| Dennis | Meloro | Greenberg Traurig, LLP | Greenberg Traurig, LLP |