## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., et al.,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 657** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO          )
                                    ) ss.:
COUNTY OF FRANKLIN   )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 9, 2023, I caused to be served the "Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Official Committee of Unsecured Creditors, Effective as of December 22, 2022," dated February 8, 2023 [Docket No. 657], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
10th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| A. M. SACCULLO LEGAL, LLC | COUNSEL TO CELSIUS NETWORK LLC ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE 27 CRIMSON KING DR BEAR DE 19701 |
| ASHBY & GEDDES, P.A. | COUNSEL TO BITGO TRUST COMPANY, INC. ATTN: RICARDO PALACIO 500 DELAWARE AVE, 8TH FL, PO BOX 1150 WILMINGTON DE 19899 |
| ASHBY & GEDDES, P.A. | COUNSEL TO MBGPL ATTN: GREGORY A. TAYLOR 500 DELAWARE AVE, 8TH FL, PO BOX 1150 WILMINGTON DE 19899 |
| BUCHALTER, A PROFESSIONAL CORPORATION | COUNSEL TO ORACLE AMERICA, INC. ATTN: SHAWN M. CHRISTIANSON 425 MARKET ST, STE 2900 SAN FRANCISCO CA 94105-3493 |
| BUTLER SNOW LLP | COUNSEL TO EVOLVE BANK & TRUST ATTN: JAMES E. BAILEY III, R.CAMPBELL HILLYER CRESCENT CENTER 6075 POPLAR AVE, STE 500, PO BOX 171443 MEMPHIS TN 38187 |
| BUTLER SNOW LLP | COUNSEL TO EVOLVE BANK & TRUST ATTN: MARTIN SOSLAND 2911 TURTLE CREEK BLVD., STE 1400 DALLAS TX 75219 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO BITGO TRUST COMPANY, INC. ATTN: JANE VANLARE, BRANDON M. HAMMER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COLE SCHOTZ P.C. | COUNSEL TO LIGHTSPEED ATTN: NORMAN L. PERNICK, ANDREW J. ROTH-MOORE 500 DELAWARE AVE, STE 1410 WILMINGTON DE 19801 |
| COUSINS LAW LLC | COUNSEL TO EVOLVE BANK & TRUST ATTN: SCOTT D. COUSINS, SCOTT D. JONES BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, STE 301 WILMINGTON DE 19801 |
| COZEN O'CONNOR | COUNSEL TO BH TRADING ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH ST 55TH FL NEW YORK NY 10007 |
| COZEN O'CONNOR | COUNSEL TO BH TRADING ATTN: THOMAS J. FRANCELLA, JR. 1201 N. MARKET ST, STE 1001 WILMINGTON DE 19801 |
| DEBEVOISE & PLIMPTON LLP | COUNSEL TO LIGHTSPEED ATTN: M. NATASHA LABOVITZ, ELIE WORENKLEIN MICHAEL GODBE 66 HUDSON BOULEVARD NEW YORK NY 10001 |
| DEBEVOISE & PLIMPTON LLP | COUNSEL TO PARADIGM OPERATIONS LP ATTN: SIDNEY P. LEVINSON, JASMINE BALL 919 THIRD AVE NEW YORK NY 10022 |
| DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 |
| DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: PETER IVANICK, SARAH PAUL, PHILIP EHRLICH LYNN HOLBERT, THE GRACE BUILDING 40TH FL, 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ANDREA L. GORDON 700 SIXTH ST NW, STE 700 WASHINGTON DC 20001 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ERIN E. BRODERICK 227 WEST MONROE ST, STE 6000 CHICAGO IL 60606 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: MARK D. SHERRILL 1001 FANNIN ST, STE 3700 HOUSTON TX 77002 |
| FOLEY & LARDNER LLP | COUNSEL TO MBGPL ATTN: SAMANTHA RUPPENTHAL 90 PARK AVE NEW YORK NY 10016 |
| FOLEY & LARDNER LLP | COUNSEL TO MBGPL ATTN: MICHAEL J. SMALL 321 NORTH CLARK ST, STE 3000 CHICAGO IL 60654 |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | COUNSEL TO NORTH AMERICAN LCS ATTN: BRAIN DAVIDOFF 2049 CENTURY PARK EAST, STE 2600 LOS ANGELES CA 90067-4590 |
| HAYNES AND BOONE, LLP | COUNSEL TO BLOCKFI INC. AND AFFILIATES ATTN: RICHARD KANOWITZ 30 ROCKEFELLER PLAZA, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE, LLP | COUNSEL TO BLOCKFI INC. AND AFFILIATES ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II 2323 VICTORY AVE, STE 700 DALLAS TX 75219 |
| HOLLAND & KNIGHT LLP | COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX ATTN: WARREN E. GLUCK, MARIE E. LARSEN DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI 31 W. 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 |
| KASHISHIAN LAW LLC | COUNSEL TO GABRIEL RECCHIA ATTN: ANN KASHISHIAN 501 SILVERSIDE ROAD, STE 85 WILMINGTON DE 19809 |
| KELLY HART & HALLMAN LLP | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: LOUIS M. PHILLIPS 301 MAIN ST., STE 1600 BATON ROUGE LA 70801 |
| KELLY HART & HALLMAN LLP | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: MICHAEL D. ANDERSON 201 MAIN ST, STE 2500 FORT WORTH TX 76102 |
| LANDIS RATH & COBB LLP | COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ATTN: ADAM LANDIS, KIMBERLY BROWN, MATTHEW PIERCE 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| MANIER HEROD, P.C. | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: JEFFREY PRICE, MELISSA LEE, SCOTT WILLIAMS 1201 DEMONBREUN ST, STE 900 NASHVILLE TN 37213 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | COUNSEL TO THE COMMISSIONER ATTN: CELINE E. DE LA FOSCADE-CONDON 100 CAMBRIDGE ST, PO BOX 9565 BOSTON MA 02114 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: MICHAEL R. MORANO 1300 MT. KEMBLE AVE, PO BOX 2075 MORRISTOWN NJ 07962 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: GARY D. BRESSLER 300 DELAWARE AVE, STE 1014 WILMINGTON DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL'S OFFICE ATTN STEVEN A. GINTHER, ERIC SCHMITT 301 W. HIGH ST, ROOM 670, PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MORGAN, LEWIS & BOCKIUS LLP | COUNSEL TO JPLS AND EMERGENT ATTN JOSHUA DORCHAK, DAVID SHIM 101 PARK AVE NEW YORK NY 10178 |
| MORGAN, LEWIS & BOCKIUS LLP | COUNSEL TO JPLS AND EMERGENT ATTN: JOHN C. GOODCHILD III, MATTHEW C. ZIEGLER 1701 MARKET ST PHILADELPHIA PA 19103 |
| MORGAN, LEWIS & BOCKIUS LLP | COUNSEL TO JPLS AND EMERGENT ATTN: JODY C. BARILLARE 1201 N. MARKET ST, STE 2201 WILMINGTON DE 19801 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | COUNSEL TO BLOCKFI INC. AND AFFILIATES ATTN: DEREK C. ABBOTT 1201 NORTH MARKET ST, STE 1600 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COUNSEL TO AD HOC COMMITTEE OF NON US CUSTOMERS ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER 1201 NORTH MARKET ST, 16TH FL WILMINGTON DE 19801 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FL WASHINGTON DC 20036 |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON 40 CAPITOL SQUARE, S.W. ATLANTA GA 30334 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | BANKRUPTCY & COLLECTIONS DIVISION ATTN: ROMA DESAI, LAYLA MILLIGAN, ABIGAIL RYAN PO BOX 12548 MC008 AUSTIN TX 78711-2548 |
| OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING PO BOX 40100 OLYMPIA WA 98504-4010 |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING 100 W. RANDOLPH ST. STE 13-225 CHICAGO IL 60601 |
| OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIV | ATTN: LAURA L. MCCLOUD PO BOX 20207 NASHVILLE TN 37202-0207 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN 211 EAST MEADE ST PHILADELPHIA PA 19118 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN BENJAMIN A. HACKMAN, DAVID GERARDI 844 KING ST, ROOM 2207 LOCKBOX # 35 WILMINGTON DE 19899-0035 |
| PAUL HASTINGS | COUNSEL TO THE CREDITORS COMMITTEE ATTN: GABE SASSON, KRIS HANSEN LUC DESPINS, EREZ GILAD NEW YORK NY 10166 |
| POTTER ANDERSON & CORROON LLP | COUNSEL TO VOYAGER ATTN: CHRISTOPHER M. SAMIS AARON H. STULMAN, SAMEEN RIZVI 1313 N. MARKET ST, 6TH FL WILMINGTON DE 19801 |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE PETER GREAVES, 3 BAYSIDE EXECUTIVE PARK WEST BAY ST & BLAKE RD, PO BOX N-4875 NASSAU BAHAMAS |
| REICH REICH & REICH, P.C. | COUNSEL TO CHAINALYSIS INC. ATTN: NICHOLAS A. PASALIDES 235 MAIN ST, STE 450 |

| Claim Name | Address Information |
|---|---|
| REICH REICH & REICH, P.C. | WHITE PLAINS NY 10601 |
| RICHARDS, LAYTON & FINGER, P.A. | COUNSEL TO JPLS ATTN: KEVIN GROSS, PAUL HEATH DAVID QUEROLI, BRENDAN SCHLAUCH ONE RODNEY SQUARE, 920 NORTH KING STREET WILMINGTON DE 19801 |
| RIMON, P.C. | COUNSEL TO BASTION WORLDWIDE LIMITED ATTN: JACQUELYN H. CHOI 2029 CENTURY PARK EAST, STE 400N LOS ANGELES CA 90067 |
| RIMON, P.C. | COUNSEL TO BASTION WORLDWIDE LIMITED ATTN: FREDERICK CHANG 506 2ND AVE., STE 1400 SEATTLE WA 98104 |
| ROBINSON & COLE LLP | COUNSEL TO NORTH AMERICAN LCS ATTN: JAMIE L. EDMONSON 1201 N. MARKET ST STE 1406 WILMINGTON DE 19801 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 FIRST ST, NE WASHINGTON DC 20549 |
| SECURITIES & EXCHANGE COMMISSION – NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION – PHI OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST WILMINGTON DE 19801 |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | COUNSEL TO CLOUDFLARE, INC. ATTN: SABRINA L. STREUSAND, ANH NGUYEN 1801 S. MOPAC EXPRESSWAY, STE 320 AUSTIN TX 78746 |
| SULLIVAN & CROMWELL LLP | COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ATTN: ANDREW DIETDERICH, JAMES BROMLEY BRIAN GLUECKSTEIN, ALEXA KRANZLEY 125 BROAD STREET NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: WILLIAM D. SULLIVAN 919 NORTH MARKET ST, STE 420 WILMINGTON DE 19801 |
| TAFT, STETTINIUS & HOLLISTER, LLP | COUNSEL TO IKIGAI OPPORTUNITIES ATTN: PAUL R. HAGE 27777 FRANKLIN ROAD, STE 2500 SOUTHFIELD MI 48034 |
| THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL POINCIANA HOUSE, NORTH BUILDING 31A EAST BAY ST, 2ND FL, PO BOX N-8347 NASSAU BAHAMAS |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | COUNSEL TO PARADIGM OPERATIONS LP ATTN: EVELYN MELTZER, MARCY MCLAUGHLIN SMITH HERCULES PLAZA, 1313 N. MARKET ST, STE 5100 WILMINGTON DE 19899-1709 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO CIVIL DIVISION 1100 L STREET, NW, ROOM 7208 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF JUSTICE | COUNSEL TO THE UNITED STATES OF AMERICA ATTN: WARD W. BENSON PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | COUNSEL TO THE UNITED STATES OF AMERICA ATTN: RUTH A. HARVEY, MARGARET NEWELL SETH HAPIRO, STANTON MCMANUS COMMERCIAL LITIGATION BRANCH, PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| U.S. DEPARTMENT OF JUSTICE – TAX DIVISION | COUNSEL TO THE USA ATTN: ELISABETH M. BRUCE PO BOX 227 WASHINGTON DC 20044 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE ST, STE 700, PO BOX 2046 WILMINGTON DE 19899-2046 |
| VENABLE LLP | COUNSEL TO DIGITAL AUGEAN, AD HOC COMMITTEE ATTN: JEFFREY SABIN, XOCHITL STROHBEHN CAROL WEINER, ARIE PELED 1270 AVE OF THE AMERICAS, 24TH FL NEW YORK NY 10020 |
| VENABLE LLP | COUNSEL TO DIGITAL AUGEAN, AD HOC COMMITTEE ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST. STE 1400 WILMINGTON DE 19801 |
| VENABLE LLP | COUNSEL TO DIGITAL AUGEAN, AD HOC COMMITTEE ATTN: ANDREW J. CURRIE 600 MASSACHUSETTS AVE, NW WASHINGTON DC 20001 |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | COUNSEL TO THE STATE OF VERMONT ATTN: JENNIFER ROOD 89 MAIN ST THIRD FL MONTPELIER VT 05620 |
| WHITE & CASE LLP | COUNSEL TO JPLS ATTN: JESSICA LAURIA, J. CHRISTOPHER SHORE BRIAN PFEIFFER, MARK FRANKE, BRETT BAKEMEYER 1221 AVE OF THE AMERICAS NEW YORK NY 10020-1095 |
| WHITE & CASE LLP | COUNSEL TO JPLS ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE SOUTHEAST FINANCIAL |

FTX TRADING LTD.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| WHITE & CASE LLP | CENTER 200 SOUTH BISCAYNE BLVD., SUITE 4900 MIAMI FL 33131 |

**Total Creditor count  82**

**EXHIBIT B**

FTX TRADING LTD., et al. - Case No. 22-11068 (JTD)

Electronic Mail Parties

| NAME | EMAIL |
|---|---|
| A. M. SACCULLO LEGAL, LLC | ams@saccullolegal.com; meg@saccullolegal.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BUTLER SNOW LLP | jeb.bailey@butlersnow.com; cam.hillyer@butlersnow.com |
| BUTLER SNOW LLP | martin.sosland@butlersnow.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | jvanlare@cgsh.com; bhammer@cgsh.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; aroth-moore@coleschotz.com |
| COUSINS LAW LLC | scott.cousins@cousins-law.com; scott.jones@cousins-law.com |
| COZEN O'CONNOR | tfrancella@cozen.com; eschmidt@cozen.com |
| DEBEVOISE & PLIMPTON LLP | slevinson@debevoise.com; jball@debevoise.com |
| DEBEVOISE & PLIMPTON LLP | nlabovitz@debevoise.com; eworenklein@debevoise.com; mcgodbe@debevoise.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| EVERSHEDS SUTHERLAND (US) LLP | andreagordon@eversheds-sutherland.com |
| EVERSHEDS SUTHERLAND (US) LLP | erinbroderick@eversheds-sutherland.com |
| EVERSHEDS SUTHERLAND (US) LLP | marksherrill@eversheds-sutherland.com |
| EVERSHEDS SUTHERLAND (US) LLP | peterivanick@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com |
| FOLEY & LARDNER LLP | msmall@foley.com; sruppenthal@foley.com |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | bdavidoff@greenbergglusker.com |
| HAYNES AND BOONE, LLP | rick.anigian@haynesboone.com; charlie.jones@haynesboone.com |
| HAYNES AND BOONE, LLP | richard.kanowitz@haynesboone.com |
| HOLLAND & KNIGHT LLP | warren.gluck@hklaw.com; marie.larsen@hklaw.com; david.wirt@hklaw.com; jessica.magee@hklaw.com; shardul.desai@hklaw.com |
| KASHISHIAN LAW LLC | amk@kashishianlaw.com |
| KELLY HART & HALLMAN LLP | louis.phillips@kellyhart.com |
| KELLY HART & HALLMAN LLP | michael.anderson@kellyhart.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com |

FTX TRADING LTD., et al. - Case No. 22-11068 (JTD)

Electronic Mail Parties

| NAME | EMAIL |
|---|---|
| MANIER HEROD, P.C. | jprice@manierherod.com; mlee@manierherod.com; swilliams@manierherod.com |
| MASSACHUSETTS DEPARTMENT OF REVENUE | delafoscac@dor.state.ma.us |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | mmorano@mdmc-law.com |
| MORGAN LEWIS & BOCKIUS LLP | jody.barillare@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com; joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | dabbott@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | mharvey@morrisnichols.com; ptopper@morrisnichols.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | kcordry@naag.org |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | apatterson@law.ga.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | roma.desai@oag.texas.gov; layla.milligan@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | stephen.manning@atg.wa.gov |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | john.reding@ilag.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | juliet.m.sarkessian@usdoj.gov; benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov |
| PAUL HASTINGS | gabesasson@paulhastings.com; krishansen@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; srizvi@potteranderson.com |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | bsimms@lennoxpaton.com; kevin.cambridge@pwc.com; peter.greaves@hk.pwc.com |
| REICH REICH & REICH, P.C. | npasalides@reichpc.com |
| RICHARDS, LAYTON & FINGER, P.A. | gross@rlf.com; heath@rlf.com; queroli@rlf.com; schlauch@rlf.com |
| RIMON, P.C. | frederick.chang@rimonlaw.com |
| RIMON, P.C. | jacquelyn.choi@rimonlaw.com |
| ROBINSON & COLE LLP | jedmonson@rc.com |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy@sec.gov |

FTX TRADING LTD., et al. - Case No. 22-11068 (JTD)

Electronic Mail Parties

| NAME | EMAIL |
|---|---|
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION -PHILADELPHIA OFFICE | secbankruptcy@sec.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | streusand@slollp.com; nguyen@slollp.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; petifordj@sullcrom.com |
| SULLIVAN HAZELTINE  ALLINSON LLC | bsullivan@sha-llc.com |
| TAFT, STETTINIUS & HOLLISTER, LLP | phage@taftlaw.com |
| THE SECURITIES COMMISSION OF THE BAHAMAS | info@scb.gov.bs |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | evelyn.meltzer@troutman.com; marcy.smith@troutman.com |
| U.S. DEPARTMENT OF JUSTICE | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | ward.w.benson@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | elisabeth.m.Bruce@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| US ATTORNEY FOR DELAWARE | usade.ecfbankruptcy@usdoj.gov |
| VENABLE LLP | ajcurrie@venable.com |
| VENABLE LLP | daobrien@venable.com |
| VENABLE LLP | jssabin@venable.com; xsstrohbehn@venable.com; cweinerlevy@venable.com; aapeled@venable.com |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | jennifer.rood@vermont.gov |
| WHITE & CASE LLP | jessica.lauria@whitecase.com; cshore@whitecase.com; brian.pfeiffer@whitecase.com; mark.franke@whitecase.com; brett.bakemeyer@whitecase.com |
| WHITE & CASE LLP | tlauria@whitecase.com; rkebrdle@whitecase.com |