IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Re: D.I. 176 |
|  | : |  |
|  | : |  |

## CERTIFICATION OF COUNSEL

The undersigned counsel to Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "U.S. Trustee"), hereby certifies as follows:

1. On December 1, 2022, the U.S. Trustee filed the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] (the "Examiner Motion") in the above-captioned cases.

2. On February 6, 2023, the Court held a hearing on the Examiner Motion.

3. On February 15, 2023, the Court issued a ruling denying the Examiner Motion. Upon issuing its ruling, the Court asked the parties to confer and submit a form of order under certification of counsel.

4. Attached hereto as Exhibit A is a form of order (the "Proposed Order"),

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

which the U.S. Trustee believes accurately reflects the Court's ruling on the Examiner Motion. Counsel for the U.S. Trustee has circulated the Proposed Order to counsel for the above-captioned Debtors, counsel for the official committee of unsecured creditors, and counsel for the joint provisional liquidators of FTX Digital Markets Ltd., who have approved the Proposed Order or otherwise confirmed the Proposed Order is acceptable.

5. The U.S. Trustee will upload the Proposed Order contemporaneously herewith. Counsel for the U.S. Trustee is available at the Court's convenience should the Court have any questions.

Respectfully Submitted,

Wilmington, Delaware
Dated: February 21, 2023

**ANDREW R. VARA,**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Benjamin Hackman
Trial Attorneys
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov