**Exhibit B**

**Disbursements**

13803953v2

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 11/17/2022 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/18/2022 | Michael Grace | Travel meals | 4.69 | Water at aiport during trip to MIA to meeting with LedgerX CEO |
| 11/18/2022 | Andrew Bednar | Travel to meetings / out of town | 168.65 | Car Service (JFK-Home) FTX |
| 11/18/2022 | Geoffrey Posess | Travel to meetings / out of town | 54.98 | Uber home from LGA after Miami meeting with LedgerX CEO |
| 11/18/2022 | Michael Grace | Travel meals | 17.78 | In room meal while in Miami to meet with LegerX CEO |
| 11/18/2022 | Michael Grace | Travel meals | 120.34 | In room meal while in Miami to meet with LegerX CEO |
| 11/18/2022 | Michael Grace | Air / train travel | 468.95 | Mandarin Oriental hotel stay while in Miami to meet with LedgerX CEO |
| 11/18/2022 | Geoffrey Posess | Misc. expenses (supplies, wifi, etc.) | 19.00 | In flight wifi to work on FTX en route to Miami meeting with LedgerX CEO |
| 11/18/2022 | Michael Grace | Misc. expenses (supplies, wifi, etc.) | 15.00 | In room wifi to work on FTX |
| 11/19/2022 | Bruce Mendelsohn | Air / train travel | 216.00 | RT train to Wilmington for FTX first hearing |
| 11/19/2022 | Kendyl Flinn | Late night / weekend transportation | 12.49 | Travel home working late on FTX |
| 11/19/2022 | Bruce Mendelsohn | Misc. expenses (supplies, wifi, etc.) | 5.00 | Wifi on flight |
| 11/20/2022 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/20/2022 | Kendyl Flinn | Late night / weekend transportation | 15.99 | Travel home working late on FTX |
| 11/21/2022 | Bruce Mendelsohn | Air / train travel | (765.00) | Credit for canceled train fare to Willmington for FTX first hearing |
| 11/21/2022 | Bruce Mendelsohn | Air / train travel | 765.00 | Train to Wilmington for FTX first hearing (later canceled and credit issued) |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 11/21/2022 | Kevin Cofsky | Air / train travel | 216.00 | train to wilmington for FTX hearings |
| 11/21/2022 | Kevin Cofsky | Air / train travel | 20.00 | Train from home (Croton to NYPenn) to Penn Station for train to Delaware for hearings |
| 11/21/2022 | Kevin Cofsky | Air / train travel | (74.00) | amtrak refund |
| 11/21/2022 | Matt Rahmani | Air / train travel | 216.00 | Train to Wilmington for FTX hearings |
| 11/22/2022 | Kevin Cofsky | Travel meals | 8.75 | Meal at train station for travel to Delaware for hearings |
| 11/22/2022 | Kevin Cofsky | Travel meals | 12.36 | Meal at train station for travel to Delaware for hearings |
| 11/22/2022 | Bruce Mendelsohn | Air / train travel | (75.00) | Credit for ticket exchange for train fare to Wilmington for FTX first hearing |
| 11/22/2022 | Geoffrey Posess | Late night / weekend transportation | 16.95 | Working late on FTX, Uber home within Manhattan |
| 11/22/2022 | Kevin Cofsky | Air / train travel | 4.00 | seat fee for amtrak |
| 11/22/2022 | Kevin Cofsky | Air / train travel | 434.00 | Early train back, Kevin Cofsky & Matt Rahmani |
| 11/22/2022 | Kevin Cofsky | Air / train travel | (296.00) | Refund after ticket changes |
| 11/22/2022 | Matt Rahmani | Late night / weekend transportation | 86.27 | taxi home working late on FTX - NYC to Queens |
| 11/22/2022 | Matt Rahmani | Air / train travel | (219.00) | Refund after ticket changes |
| 11/22/2022 | Michael Grace | Travel to meetings / out of town | 233.65 | Car to LGA for trip to MIA to meeting with LedgerX CEO |
| 11/22/2022 | Michael Grace | Travel to meetings / out of town | 174.57 | Car from MIA to meeting with LedgerX CEO |
| 11/23/2022 | Geoffrey Posess | Late night / weekend transportation | 19.90 | Working late on FTX, Uber home within Manhattan |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 11/23/2022 | Matt Rahmani | Travel to meetings / out of town | 134.00 | Uber in Delaware, train station to court |
| 11/23/2022 | Michael Grace | Travel to meetings / out of town | 161.57 | Car from Mandarin Oriental to MIA while in town to meet with LedgerX CEO |
| 11/25/2022 | Michael Grace | Travel to meetings / out of town | 199.63 | Car home from LGA upon returning from trip to MIA to meet with LedgerX CEO |
| 11/27/2022 | Kendyl Flinn | Late night / weekend transportation | 13.48 | Travel home working late on FTX |
| 11/27/2022 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/28/2022 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/28/2022 | Timm Schipporeit | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/28/2022 | Bruce Mendelsohn | Travel to meetings / out of town | 163.21 | Car from Penn Station to home after train from Wilmington for FTX first hearing |
| 11/28/2022 | Bruce Mendelsohn | Travel to meetings / out of town | 164.00 | Car from home to Penn Station for train to Wilmington for FTX first hearing |
| 11/28/2022 | Kendyl Flinn | Late night / weekend transportation | 8.99 | Travel home working late on FTX |
| 11/28/2022 | Timm Schipporeit | Late night / weekend transportation | 19.67 | Travel home working late on FTX |
| 11/28/2022 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/29/2022 | Timm Schipporeit | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/29/2022 | Kendyl Flinn | Late night / weekend transportation | 7.32 | Travel home working late on FTX |
| 11/29/2022 | Kevin Cofsky | Air / train travel | 316.71 | Train fare changes that resulted in extra ticket fare |
| 11/29/2022 | Kevin Cofsky | Air / train travel | 262.49 | Train fare changes that resulted in extra ticket fare |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 11/29/2022 | Matt Rahmani | Late night / weekend transportation | 77.64 | Taxi home working late on FTX - NYC to Queens |
| 11/29/2022 | Rohan Mekala | Late night / weekend transportation | 31.62 | Travel home working late on FTX |
| 11/29/2022 | Timm Schipporeit | Late night / weekend transportation | 19.96 | Travel home working late on FTX |
| 11/29/2022 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/29/2022 | Geoffrey Posess | Late night / weekend meals | 20.00 | Working late on FTX, meal while still in office |
| 11/30/2022 | Timm Schipporeit | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 11/30/2022 | Geoffrey Posess | Late night / weekend transportation | 17.97 | Working late on FTX, Uber home within Manhattan |
| 11/30/2022 | Kendyl Flinn | Late night / weekend transportation | 10.00 | Travel home working late on FTX |
| 11/30/2022 | Timm Schipporeit | Late night / weekend transportation | 30.38 | Travel home working late on FTX |
| 11/30/2022 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| **Total** | | | **$7,680.97** | |