**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 12/1/2022 | Nathaniel Nussbaum | Misc. expenses (supplies, wifi, etc.) | $20.00 | Coffee and Pastries catering for Embed meeting |
| 12/1/2022 | Bruce Mendelsohn | Late night / weekend transportation | 139.57 | Uber to home after working late at the office |
| 12/1/2022 | Rohan Mekala | Late night / weekend transportation | 24.00 | Travel home working late on FTX |
| 12/1/2022 | Rohan Sindhwani | Late night / weekend transportation | 12.34 | Travel home working late on FTX |
| 12/1/2022 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/2/2022 | Rohan Sindhwani | Late night / weekend transportation | 14.98 | Travel home working late on FTX |
| 12/3/2022 | Rohan Sindhwani | Late night / weekend transportation | 14.98 | Travel home working late on FTX |
| 12/4/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/6/2022 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/6/2022 | Wasif Syed | Late night / weekend transportation | 74.74 | Travel home working late on FTX |
| 12/7/2022 | Rohan Mekala | Late night / weekend transportation | 24.25 | Travel home working late on FTX |
| 12/7/2022 | Rohan Sindhwani | Late night / weekend transportation | 14.96 | Travel home working late on FTX |
| 12/7/2022 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/8/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/8/2022 | Jenny Zhu | Late night / weekend transportation | 36.75 | Working late on FTX, Uber home within Manhattan |
| 12/8/2022 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 16,178.00 | For professional services rendered and related expenses incurred in the above-referenced matter through November 2022 |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 12/9/2022 | Bruce Mendelsohn | Travel to meetings / out of town | 36.94 | Taxi from S&C to PWP after FTX board meeting |
| 12/10/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/10/2022 | Rohan Mekala | Late night / weekend transportation | 40.31 | Travel home working late on FTX |
| 12/10/2022 | Rohan Sindhwani | Late night / weekend transportation | 12.12 | Travel home working late on FTX |
| 12/11/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/11/2022 | Rohan Mekala | Late night / weekend transportation | 19.81 | Travel home working late on FTX |
| 12/12/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/12/2022 | Rohan Sindhwani | Late night / weekend transportation | 14.61 | Travel home working late on FTX |
| 12/12/2022 | Wasif Syed | Late night / weekend transportation | 140.72 | Travel home working late on FTX |
| 12/12/2022 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/13/2022 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/13/2022 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/14/2022 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 12/14/2022 | Bruce Mendelsohn | Late night / weekend transportation | 163.59 | Uber to home from office after working late |
| 12/14/2022 | Geoffrey Posess | Late night / weekend transportation | 17.97 | Working late on FTX, Uber home within Manhattan |
| 12/14/2022 | Rohan Mekala | Late night / weekend transportation | 31.83 | Travel home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 12/14/2022 | Rohan Sindhwani | Late night / weekend transportation | 14.93 | Travel home working late on FTX |
| 12/15/2022 | Bruce Mendelsohn | Late night / weekend transportation | 157.71 | Uber to home from office after working late night prior board meetings |
| 12/15/2022 | Bruce Mendelsohn | Travel to meetings / out of town | 23.35 | Taxi to FTX board meetings at S&C |
| 12/15/2022 | Geoffrey Posess | Late night / weekend transportation | 32.90 | Working late on FTX, Uber home within Manhattan |
| 12/15/2022 | Kendyl Flinn | Late night / weekend transportation | 43.63 | Travel home working late on FTX |
| 12/15/2022 | Rohan Sindhwani | Late night / weekend transportation | 18.37 | Travel home working late on FTX |
| 12/16/2022 | Bruce Mendelsohn | Travel to meetings / out of town | 165.79 | Uber to home from FTX board meetings at S&C |
| 12/16/2022 | Kendyl Flinn | Travel to meetings / out of town | 78.48 | Travel home from FTX Board Meetings |
| 12/16/2022 | Matt Rahmani | Travel to meetings / out of town | 130.05 | taxi home from FTX meetings - held at Sullivan and Cromwell offices on Broad street |
| 12/16/2022 | Rohan Mekala | Late night / weekend transportation | 34.05 | Travel home working late on FTX |
| 12/16/2022 | Rohan Sindhwani | Late night / weekend transportation | 13.52 | Travel home working late on FTX |
| 12/18/2022 | Rohan Sindhwani | Late night / weekend transportation | 32.80 | Travel home working late on FTX |
| 12/27/2022 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 4,926.84 | Company: Datasite<br>Project Name: Focus LedgerX<br>Project Id: a278a000007tzs9AAA<br>Effective: 25-Nov-22 Term: 6 Months |
| 12/31/2022 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| **Total** | | | **$22,964.89** | |

**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(Nov. 16, 2022 to Nov. 30, 2022)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | November 16, 2022 through November 30, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $16,178.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application. No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a | n/a |

## SUMMARY OF BILLING BY PROFESSIONAL
## NOVEMBER 16, 2022 THROUGH AND INCLUDING NOVEMBER 30, 2022

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $865.00 | 4.5 | $3,892.50 |
| M. Shane Johnson | Partner | 2012 | 2012 | $695.00 | 2.8 | $1,946.00 |
| **Partner Total** | | | | | **7.3** | **$5,838.5** |
| Megan N. Young-John | Associate | 2013 | 2013 | $565.00 | 18.3 | $10,339.50 |
| **Associate Total** | | | | | **18.3** | **$10,339.50** |
| **GRAND TOTAL** | | | | | **25.6** | **$16,178.00** |

**Blended Hourly Rate: $631.95**

## STATEMENT OF FEES BY PROJECT CATEGORY[1]
## NOVEMBER 16, 2022 THROUGH AND INCLUDING NOVEMBER 31, 2022

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION | 25.6 | $16,178.00 |
| **TOTAL** | **25.6** | **$16,178.00** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| Expense Category | Service Provider,[2] if Applicable | Amount |
| n/a | n/a | n/a |
| | **TOTAL** | $0 |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

[2] Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
13812384v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 543061  
Date 12/08/22  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $16,178.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $16,178.00 |
| **TOTAL AMOUNT DUE** | **$16,178.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 543061
Date 12/08/22
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through November 2022, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/22 | JFH | Email and conference call with J. Miller regarding FTX and PwP. | 0.30 | 259.50 |
| 11/21/22 | MNY | Meet with J. Higgins and S. Johnson regarding retention application for client in FTX case (.3); review documents for same (.9). | 1.20 | 678.00 |
| 11/21/22 | JFH | Conference call with J. Miller and J. Nuzzo regarding FTX and retention issues (.3); review engagement letter and documents (.5); conference call with S. Johnson and M. Young-John regarding same (.3). | 1.10 | 951.50 |
| 11/21/22 | MSJ | Telephone conferences with J. Higgins and M. Young-John regarding PWP retention application. | 0.30 | 208.50 |
| 11/22/22 | MNY | Prepare retention application for PWP. | 4.10 | 2,316.50 |
| 11/22/22 | JFH | Review docket and pleadings (.1); prepare engagement letter (.2); meeting with M. Young-John regarding application (.2); email regarding second day hearings (.1). | 0.60 | 519.00 |
| 11/24/22 | MNY | Prepare retention application for Perella Weinberg. | 4.10 | 2,316.50 |
| 11/25/22 | MNY | Continue preparing retention application. | 3.00 | 1,695.00 |
| 11/25/22 | JFH | Conference call and email regarding retention application. | 0.50 | 432.50 |
| 11/26/22 | MNY | Attention to conversion of parties-in-interest list (.2); email J. Higgins and S. Johnson with current draft of application (.2). | 0.40 | 226.00 |
| 11/27/22 | JFH | Email M. Young-John and S. Johnson regarding application and declaration. | 0.40 | 346.00 |
| 11/27/22 | MSJ | Review and revise draft PWP retention application and order (2.1); e-mail M. Young-John regarding same (.2). | 2.30 | 1,598.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                3
Inv#          543061
Date        12/08/22
           017741-0001
        JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/22 | MNY | Review comments from S. Johnson to retention draft and update draft accordingly (5.1); call with J. Higgins and S. Johnson regarding application updates (.2); incorporate same into draft and circulate to J. Higgins (.2). | 5.50 | 3,107.50 |
| 11/28/22 | JFH | Email M. Young-John and S. Johnson regarding application, declaration and order and review same (.8); conference call regarding same and revisions (.2). | 1.00 | 865.00 |
| 11/28/22 | MSJ | Telephone conference with J. Higgins and M. Young-John regarding PWP retention application. | 0.20 | 139.00 |
| 11/29/22 | JFH | Email A. Kranzley regarding parties in interest (.2); email J. Miller regarding same and application (.2); email K. Cofsky regarding application (.2). | 0.60 | 519.00 |
| **Total Services** | | | **25.60** | **$16,178.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 4.50 | 865.00 | 3,892.50 |
| MSJ | M. Shane Johnson | Partner | 2.80 | 695.00 | 1,946.00 |
| MNY | Megan N. Young-John | Associate | 18.30 | 565.00 | 10,339.50 |

Total Disbursements                                                                 $0.00

**Invoice Total**                                                              **$16,178.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv# 543061
Date 12/08/22
017741-0001
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## REMITTANCE PAGE

**Invoice Total** $16,178.00

**Payment Options**

**By online ACH:**   www.porterhedges.com/payments

**By mail:**
   Dept. 510
   P.O. Box 4346
   Houston, Texas 77210-4346

**By wire:**
   **Financial**   Amegy Bank of Texas
      1801 Main Street
      Houston, TX 77002

   **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

   **Swift Address for International Wires:**  ZFNBUS55

   **PORTER HEDGES LLP Operating Account:**  5791152449

   **Reference:**  017741-0001