# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: January 30, 2023 |
| 200 Park Avenue | Invoice Number: 50039404 |
| New York, NY 10166 | Matter Number: 102750.1001 |

Re: FTX
   Billing Period through December 31, 2022

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 69,585.50 |
| Disbursements | $ | 66.20 |
| Total Due This Invoice | $ | 69,651.70 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/22/22 | DLASK | Draft pro hac motions for Paul Hastings counsel | B001 | 0.80 | 268.00 |
| 12/22/22 | DLASK | Draft and finalize notice of appearance | B001 | 0.80 | 268.00 |
| 12/22/22 | MLUNN | Work with R. Poppiti re: various issues and related correspondence with PH | B001 | 0.70 | 640.50 |
| 12/22/22 | RFPOP | Emails to and from Paul Hastings team re: case administration issues | B001 | 0.20 | 159.00 |
| 12/22/22 | RFPOP | Revise and finalize for filing draft notice of appearance, and emails to and from M. Lunn, D. Laskin and Paul Hastings (Gabe Sasson) re: same | B001 | 0.30 | 238.50 |
| 12/23/22 | DLASK | Prepare critical dates memorandum | B001 | 1.00 | 335.00 |
| 12/23/22 | DLASK | Prepare additional pro hac motions for Paul Hastings | B001 | 0.40 | 134.00 |
| 12/23/22 | MLUNN | Call with PH and FTI re: case issues | B001 | 0.50 | 457.50 |
| 12/23/22 | MLUNN | Review draft critical dates calendar | B001 | 0.20 | 183.00 |
| 12/23/22 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: second day hearing and various related pleadings | B001 | 0.30 | 238.50 |
| 12/23/22 | RFPOP | Review and finalize for filing pro hac motions (.2), and emails to and from D. Laskin and Paul Hastings (Mike Magzamen) (.2) re: same | B001 | 0.40 | 318.00 |
| 12/23/22 | RFPOP | Review and analyze various first-day pleadings (and related supporting declarations and interim orders) scheduled to be heard on a final basis at second day hearing | B001 | 4.10 | 3,259.50 |
| 12/24/22 | DLASK | Finalize for filing pro hac motions for Paul Hastings | B001 | 1.00 | 335.00 |
| 12/24/22 | RFPOP | Review and analyze Evolve cash management motion objection | B001 | 0.20 | 159.00 |
| 12/24/22 | RFPOP | Emails to and from D. Laskin re: pro hac motions | B001 | 0.10 | 79.50 |
| 12/24/22 | RFPOP | Review and analyze debtors motion to pay prepetition taxes | B001 | 0.40 | 318.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/22 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 33.50 |
| 12/27/22 | MLUNN | Review memo and presentation to committee | B001 | 0.50 | 457.50 |
| 12/27/22 | MLUNN | Review correspondence from UST re: comments to first day orders | B001 | 0.20 | 183.00 |
| 12/27/22 | RFPOP | Review and analyze UST comments on wages, cash management and critical vendor final orders | B001 | 0.20 | 159.00 |
| 12/27/22 | RFPOP | Review and comment on initial draft critical dates memo (.6), and emails to and from D. Laskin (.1) re: same | B001 | 0.70 | 556.50 |
| 12/28/22 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 33.50 |
| 12/28/22 | RFPOP | Review and comment on proposed orders (including redlines of revised proposed orders) for debtors second-day pleadings (1.3), and emails to (.2) and from (.2) Paul Hastings (Samantha Martin) re: same | B001 | 1.70 | 1,351.50 |
| 12/28/22 | RFPOP | Call with M. Lunn, Paul Hastings (Kris Hansen and Ken Pasquale) and UST re: creditor information sharing and related issues | B001 | 0.40 | 318.00 |
| 12/29/22 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 67.00 |
| 12/29/22 | MLUNN | Review diligence list and tracker and related correspondence | B001 | 0.30 | 274.50 |
| 12/29/22 | RFPOP | Call with M. Lunn, Paul Hastings team and FTI (Mike Cordasco) (.4) and call with M. Lunn (.3) re: debtors second-day pleadings | B001 | 0.70 | 556.50 |
| 12/29/22 | RFPOP | Review and analyze ad hoc group joinder to debtors motion to redact confidential customer information | B001 | 0.40 | 318.00 |
| 12/30/22 | DLASK | Prepare service information for service of pleadings | B001 | 0.60 | 201.00 |
| 12/30/22 | MLUNN | Review issues list to Debtors re: 2nd day motions and first day final orders | B001 | 0.30 | 274.50 |
| 12/30/22 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: proposed final taxes order, and review redline of revised draft proposed order from counsel for debtors re: same | B001 | 0.30 | 238.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/30/22 | RFPOP | Review updated diligence tracker from FTI for debtors second-day pleadings | B001 | 0.40 | 318.00 |
| 12/30/22 | RFPOP | Review and analyze diligence presentation from counsel for the debtors re: various issues, including debtors second-day pleadings, in preparation for call with debtors professionals | B001 | 1.30 | 1,033.50 |
| 12/30/22 | RFPOP | Draft open issues list for several of debtors second-day pleadings (.8), and emails to (.2) and from (.2) M. Lunn and Paul Hastings (Gabe Sasson) and call to M. Lunn (.1) re: same | B001 | 1.30 | 1,033.50 |
| 12/30/22 | RFPOP | Review and comment on draft open issues list from Paul Hastings for second-day pleadings (.4), and emails to and from Paul Hastings (Samantha Martin) and FTI (Brian Bromberg) (.2) re: same | B001 | 0.60 | 477.00 |
| 12/28/22 | DLASK | Email to counsel regarding status conference | B002 | 0.10 | 33.50 |
| 12/28/22 | MLUNN | Correspondence with chambers re: status conference | B002 | 0.10 | 91.50 |
| 12/28/22 | RFPOP | Emails from counsel for the debtors and chambers re: scheduling of status conference | B002 | 0.20 | 159.00 |
| 12/30/22 | RFPOP | Review agenda for January 4th status conference | B002 | 0.10 | 79.50 |
| 12/24/22 | RFPOP | Review and analyze debtors first omnibus rejection motion | B005 | 0.40 | 318.00 |
| 12/24/22 | RFPOP | Review and analyze League of Legends motion to compel assumption or rejection of agreement | B005 | 0.60 | 477.00 |
| 12/24/22 | RFPOP | Review and analyze debtors motion to assume custodial agreements | B005 | 0.60 | 477.00 |
| 12/28/22 | MLUNN | Review motion and order re: rejection | B005 | 0.20 | 183.00 |
| 12/31/22 | RFPOP | Review and analyze debtors first omnibus rejection motion | B005 | 0.40 | 318.00 |
| 12/24/22 | MLUNN | Initial review of joint liquidator motion to transfer funds | B006 | 0.20 | 183.00 |
| 12/26/22 | RFPOP | Review and analyze debtors Voyager settlement motion | B006 | 0.20 | 159.00 |
| 12/27/22 | MLUNN | Review and analyze bid procedures motion | B006 | 1.40 | 1,281.00 |
| 12/28/22 | MLUNN | Call with PH and Jefferies re: various issues, including sale issues | B006 | 1.00 | 915.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/28/22 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: debtors bidding procedures motion and second-day pleadings (.9), and review and analyze bidding procedures motion in preparation for same (.7) | B006 | 1.60 | 1,272.00 |
| 12/29/22 | MLUNN | Review JPL objection to bid procedures | B006 | 0.30 | 274.50 |
| 12/29/22 | RFPOP | Emails to and from M. Lunn, Paul Hastings (Gabe Sasson) and FTI (Brian Bromberg) re: debtors cash flow forecast | B006 | 0.20 | 159.00 |
| 12/29/22 | RFPOP | Review and analyze JPL reservation of rights re: debtors bidding procedures motion | B006 | 0.40 | 318.00 |
| 12/30/22 | MLUNN | Review UST comments to bid procedures and bid procedures order | B006 | 0.40 | 366.00 |
| 12/30/22 | MLUNN | Review issues list for taxes and CV order and call with R. Poppiti re: same | B007 | 0.30 | 274.50 |
| 12/23/22 | RFPOP | Call with M. Lunn, Paul Hastings team and FTI team re: case update and strategy and upcoming deadlines and tasks | B008 | 0.50 | 397.50 |
| 12/27/22 | MLUNN | Call with PH and FTI re: various open issues | B008 | 0.80 | 732.00 |
| 12/27/22 | RFPOP | Call with M. Lunn, Paul Hastings team and FTI team re: case update and strategy and upcoming deadlines and tasks | B008 | 0.90 | 715.50 |
| 12/28/22 | MLUNN | Call with PH re: case issues and 2nd day motions | B008 | 0.50 | 457.50 |
| 12/28/22 | MLUNN | Committee update call re: various matters | B008 | 2.10 | 1,921.50 |
| 12/28/22 | MLUNN | Call with UST re: case status and issues | B008 | 0.50 | 457.50 |
| 12/28/22 | MLUNN | Review Committee meeting memos in preparation for meeting | B008 | 0.40 | 366.00 |
| 12/28/22 | RFPOP | Call with M. Lunn and Paul Hastings team (.5), call with M. Lunn (.7) and email to and from Paul Hastings (Gabe Sasson) (.1) re: upcoming deadlines and tasks, including matters scheduled for second-day hearing | B008 | 1.30 | 1,033.50 |
| 12/28/22 | RFPOP | Call with M. Lunn, Paul Hastings and FTI teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 2.10 | 1,669.50 |
| 12/29/22 | MLUNN | Call with FTI and PH re: 2nd day orders and diligence from Debtors and related follow-up with R. Poppiti | B008 | 0.90 | 823.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/24/22 | RFPOP | Review and analyze Miami Dade stay relief motion | B009 | 0.40 | 318.00 |
| 12/27/22 | RFPOP | Review and analyze JPL stay relief motion and related pleadings | B009 | 0.90 | 715.50 |
| 12/29/22 | RFPOP | Review and analyze debtors BlockFi stay enforcement motion | B009 | 0.90 | 715.50 |
| 12/30/22 | DLASK | Finalize for filing and coordinate service of objection to joint provisional liquidators' motion for relief from stay | B009 | 0.40 | 134.00 |
| 12/30/22 | DLASK | Review and respond to emails from counsel, assist in preparation in anticipation of filing objection, monitor dockets with respect to debtors' objection to joint provisional liquidators of FTX Digital motion for relief from stay | B009 | 3.50 | 1,172.50 |
| 12/27/22 | RFPOP | Review and analyze UST examiner motion | B011 | 0.60 | 477.00 |
| 12/29/22 | MLUNN | Review ad hoc customer group complaint | B011 | 0.80 | 732.00 |
| 12/29/22 | RFPOP | Review and analyze ad hoc group adversary complaint | B011 | 0.80 | 636.00 |
| 12/30/22 | MLUNN | Review class action complaint | B011 | 0.70 | 640.50 |
| 12/30/22 | RFPOP | Review and analyze class action adversary complaint | B011 | 1.40 | 1,113.00 |
| 12/27/22 | MLUNN | Review cash management motion and proposed order | B014 | 0.50 | 457.50 |
| 12/29/22 | MLUNN | Review joinder of ad hoc to sealing motion | B014 | 0.30 | 274.50 |
| 12/30/22 | MLUNN | Review draft objection to stay relief for turnover of documents, including Debtors' draft objection | B014 | 0.40 | 366.00 |
| 12/30/22 | MLUNN | Review proposed insert to wages order and related correspondence | B015 | 0.30 | 274.50 |
| 12/30/22 | RFPOP | Emails to (.2) and from (.2) M. Lunn, Paul Hastings (Erez Gilad and Gabe Sasson), counsel for debtors (Alexa Kranzley) and UST re: proposed final wages order, and review redline of revised draft proposed order and related materials from counsel for debtors and draft proposed language for order (.6) re: same | B015 | 1.00 | 795.00 |
| 12/22/22 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: investment banker retention issues | B017 | 0.10 | 79.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/23/22 | MLUNN | Attend portions of investment banker presentations to Committee | B017 | 3.60 | 3,294.00 |
| 12/23/22 | RFPOP | Attend portion of investment banker pitches | B017 | 2.90 | 2,305.50 |
| 12/23/22 | RFPOP | Call with M. Lunn, Paul Hastings team, FTI team and committee re: investment banker retention issues | B017 | 1.00 | 795.00 |
| 12/24/22 | MLUNN | Attention to issues re: banker retention and selection | B017 | 0.10 | 91.50 |
| 12/24/22 | RFPOP | Review and analyze debtors ordinary course professional motion | B017 | 0.50 | 397.50 |
| 12/24/22 | RFPOP | Review and analyze debtors interim compensation motion | B017 | 0.40 | 318.00 |
| 12/24/22 | RFPOP | Review and analyze debtors retention application for Kroll | B017 | 0.30 | 238.50 |
| 12/26/22 | RFPOP | Review and analyze debtors Owl Hill retention application | B017 | 0.50 | 397.50 |
| 12/26/22 | RFPOP | Review and analyze debtors S&C retention application | B017 | 0.50 | 397.50 |
| 12/26/22 | RFPOP | Review and analyze debtors review Alix retention application | B017 | 0.40 | 318.00 |
| 12/26/22 | RFPOP | Review and analyze debtors E&Y retention application | B017 | 0.30 | 238.50 |
| 12/26/22 | RFPOP | Review and analyze debtors Quinn retention application | B017 | 0.40 | 318.00 |
| 12/26/22 | RFPOP | Review and analyze debtors Landis Rath retention application | B017 | 0.30 | 238.50 |
| 12/26/22 | RFPOP | Review and analyze debtors PWP retention application | B017 | 0.60 | 477.00 |
| 12/26/22 | RFPOP | Review and analyze debtors A&M retention application | B017 | 0.40 | 318.00 |
| 12/26/22 | RFPOP | Email to and from Paul Hastings (Gabe Sasson) re: debtors retention applications | B017 | 0.20 | 159.00 |
| 12/26/22 | RFPOP | Review and analyze debtors RLKS retention application | B017 | 0.30 | 238.50 |
| 12/27/22 | RFPOP | Review and comment on draft pending motions and retention applications memos from Paul Hastings, and emails to and from Paul Hastings (Gabe Sasson) re: same | B017 | 0.80 | 636.00 |
| 12/28/22 | JKOCH | Review and comment on FTI retention application | B017 | 1.80 | 900.00 |
| 12/28/22 | MLUNN | Review orders re: retention applications | B017 | 0.80 | 732.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/28/22 | MLUNN | Attention to YCST retention application | B017 | 0.40 | 366.00 |
| 12/28/22 | RFPOP | Emails to (.2) and from (.2) M. Lunn, J. Kochenash and Paul Hastings (Gabe Sasson and Samantha Martin) re: retention issues | B017 | 0.40 | 318.00 |
| 12/29/22 | JKOCH | Draft YCST retention application | B017 | 5.40 | 2,700.00 |
| 12/29/22 | JKOCH | Research precedent re: financial advisor retention applications | B017 | 0.90 | 450.00 |
| 12/29/22 | JKOCH | Review and comment on FTI retention application | B017 | 3.00 | 1,500.00 |
| 12/29/22 | JKOCH | Prepare notice for FTI retention application | B017 | 1.00 | 500.00 |
| 12/29/22 | MLUNN | Review issues and work with J. Kochenash re: YCST retention application | B017 | 0.20 | 183.00 |
| 12/29/22 | MLUNN | Correspondence with R. Poppiti and FTI re: retention application | B017 | 0.10 | 91.50 |
| 12/29/22 | MLUNN | Review and provide comments to FTI retention and related correspondence with R. Poppiti | B017 | 0.80 | 732.00 |
| 12/29/22 | RFPOP | Emails to and from M. Lunn and counsel for debtors (Julie Petiford) re: debtors ordinary course professional motion, and briefly review motion re: same | B017 | 0.30 | 238.50 |
| 12/29/22 | RFPOP | Emails to (.2) and from (.2) M. Lunn, J. Kochenash, FTI (Mike Cordasco) and counsel for FTI (Bob Schmidt) and call from (.3) and email to (.1) Paul Hastings (Samantha Martin) re: FTI retention application | B017 | 0.80 | 636.00 |
| 12/29/22 | RFPOP | Emails to and from M. Lunn and J. Kochenash re: YCST retention application | B017 | 0.20 | 159.00 |
| 12/30/22 | DLASK | Finalize for filing notice of appearance and pro hac motions for Paul Hastings counsel in the chapter 15 bankruptcy | B017 | 1.00 | 335.00 |
| 12/30/22 | JKOCH | Draft YCST retention application | B017 | 1.00 | 500.00 |
| 12/30/22 | MLUNN | Attention to OCP motion in advance of call with S&C and related call with S&C | B017 | 0.60 | 549.00 |
| 12/30/22 | RFPOP | Review and revise draft notice for FTI retention application, and email to and from J. Kochenash re: same | B017 | 0.10 | 79.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | | Invoice Number: | | 50039404 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/30/22 | RFPOP | Call with M. Lunn and counsel for the debtors (Julie Petiford) (.3) and call with M. Lunn (.2) re: debtors ordinary course professionals motion | B017 | 0.50 | 397.50 |
| 12/30/22 | RFPOP | Call with FTI (Mike Cordasco) and counsel for FTI (Bob Schmidt and Jenn Sharret) re: FTI retention application (.9), and review redline of revised draft of application in preparation for same (.2) | B017 | 1.10 | 874.50 |
| 12/27/22 | DLASK | Update chapter 15 electronic docket | BN014 | 0.40 | 134.00 |
| 12/27/22 | MLUNN | Review and analyze motion for provisional relief re: transfer from funds to joint liquidator escrow account | BN014 | 0.90 | 823.50 |
| 12/27/22 | MLUNN | Review and analyze chapter 15 issues | BN014 | 0.80 | 732.00 |
| 12/27/22 | MLUNN | Review correspondence from RLF and LRC re: scheduling of Joint Liquidators motion to transfer cash | BN014 | 0.10 | 91.50 |
| 12/27/22 | RFPOP | Emails from counsel for debtors and chambers re: emergency hearing requested by JPL on provisional relief motion | BN014 | 0.10 | 79.50 |
| 12/27/22 | RFPOP | Review and analyze JPL provisional relief motions | BN014 | 0.80 | 636.00 |
| 12/27/22 | RFPOP | Review and analyze JPL motion to dismiss chapter 11 case | BN014 | 0.60 | 477.00 |
| 12/28/22 | DLASK | Draft notice of appearance in chapter 15 case | BN014 | 0.30 | 100.50 |
| 12/28/22 | RFPOP | Email to and from Paul Hastings (Isaac Sasson) re: JPL stay relief motion | BN014 | 0.20 | 159.00 |
| 12/28/22 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Isaac Sasson) re: pro hacs and notice of appearance for chapter 15 case | BN014 | 0.20 | 159.00 |
| 12/29/22 | DLASK | Prepare chapter 15 pro hac motions for Paul Hastings | BN014 | 0.40 | 134.00 |
| 12/29/22 | DLASK | Update notice of appearance for chapter 15 | BN014 | 0.20 | 67.00 |
| 12/29/22 | RFPOP | Emails to (.2) and from (.2) Paul Hastings (Isaac Sasson) re: JPL provisional relief motion | BN014 | 0.40 | 318.00 |
| 12/29/22 | RFPOP | Review and finalize for filing notice of appearance and pro hac motions (.2), and emails to and from D. Laskin and Paul Hastings (Isaac Sasson) (.1) re: same | BN014 | 0.30 | 238.50 |

| | | | Invoice Date: | | January 30, 2023 |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Number: | | 50039404 |
| Billing Period through December 31, 2022 | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 12/30/22 | DLASK | Review and respond to emails from counsel regarding appearance notice and pro hac motions in the chapter 15 | BN014 | 0.30 | 100.50 |
| 12/30/22 | RFPOP | Review and comment on initial draft of response to JPL records motion (.4), and emails to and from PH (Ken Pasquale and Isaac Sasson) (.1) re: same | BN014 | 0.50 | 397.50 |
| 12/30/22 | RFPOP | Review and finalize for filing response to JPL records motion (.6), and emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Isaac Sasson) (.2) re: same | BN014 | 0.80 | 636.00 |
| 12/30/22 | RFPOP | Review and analyze debtors objection to JPL records motion | BN014 | 0.80 | 636.00 |
| 12/30/22 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson) and counsel for the debtors (Kim Brown) re: scheduling issues for JPL records motion | BN014 | 0.20 | 159.00 |
| | | | **Total** | **95.60** | **$69,585.50** |

| | | | Invoice Date: | January 30, 2023 |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Number: | 50039404 |
| Billing Period through December 31, 2022 | | | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 11.60 | 335.00 | 3,886.00 |
| JKOCH | Jared W. Kochenash | Associate | 13.10 | 500.00 | 6,550.00 |
| MLUNN | Matthew B. Lunn | Partner | 23.20 | 915.00 | 21,228.00 |
| RFPOP | Robert F. Poppiti | Partner | 47.70 | 795.00 | 37,921.50 |
| **Total** | | | **95.60** | | **$69,585.50** |

| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | January 30, 2023 |
|---|---|---|---|
| Billing Period through December 31, 2022 | | Invoice Number: | 50039404 |
| | | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.70 | 915.00 | 2,470.50 |
| Robert F. Poppiti | Partner | 14.00 | 795.00 | 11,130.00 |
| Debbie Laskin | Paralegal | 5.00 | 335.00 | 1,675.00 |
| **Total** | | **21.70** | | **15,275.50** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 915.00 | 91.50 |
| Robert F. Poppiti | Partner | 0.30 | 795.00 | 238.50 |
| Debbie Laskin | Paralegal | 0.10 | 335.00 | 33.50 |
| **Total** | | **0.50** | | **363.50** |

**Task Code:B005**  **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 915.00 | 183.00 |
| Robert F. Poppiti | Partner | 2.00 | 795.00 | 1,590.00 |
| **Total** | | **2.20** | | **1,773.00** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.30 | 915.00 | 3,019.50 |
| Robert F. Poppiti | Partner | 2.40 | 795.00 | 1,908.00 |
| **Total** | | **5.70** | | **4,927.50** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 915.00 | 274.50 |
| **Total** | | **0.30** | | **274.50** |

**Task Code:B008**  **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.20 | 915.00 | 4,758.00 |
| Robert F. Poppiti | Partner | 4.80 | 795.00 | 3,816.00 |
| **Total** | | **10.00** | | **8,574.00** |

| | | | | |
|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | | January 30, 2023 |
| Billing Period through December 31, 2022 | | Invoice Number: | | 50039404 |
| | | Matter Number: | | 102750.1001 |

**Task Code:B009**     **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 2.20 | 795.00 | 1,749.00 |
| Debbie Laskin | Paralegal | 3.90 | 335.00 | 1,306.50 |
| **Total** | | **6.10** | | **3,055.50** |

**Task Code:B011**     **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.50 | 915.00 | 1,372.50 |
| Robert F. Poppiti | Partner | 2.80 | 795.00 | 2,226.00 |
| **Total** | | **4.30** | | **3,598.50** |

**Task Code:B014**     **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.20 | 915.00 | 1,098.00 |
| **Total** | | **1.20** | | **1,098.00** |

**Task Code:B015**     **Employee Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 915.00 | 274.50 |
| Robert F. Poppiti | Partner | 1.00 | 795.00 | 795.00 |
| **Total** | | **1.30** | | **1,069.50** |

**Task Code:B017**     **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 6.60 | 915.00 | 6,039.00 |
| Robert F. Poppiti | Partner | 13.30 | 795.00 | 10,573.50 |
| Jared W. Kochenash | Associate | 13.10 | 500.00 | 6,550.00 |
| Debbie Laskin | Paralegal | 1.00 | 335.00 | 335.00 |
| **Total** | | **34.00** | | **23,497.50** |

**Task Code:BN014**     **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.80 | 915.00 | 1,647.00 |
| Robert F. Poppiti | Partner | 4.90 | 795.00 | 3,895.50 |
| Debbie Laskin | Paralegal | 1.60 | 335.00 | 536.00 |
| **Total** | | **8.30** | | **6,078.50** |

# EXHIBIT B

## Expenses

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: January 30, 2023 |
| Billing Period through December 31, 2022 | Invoice Number: 50039404 |
| | Matter Number: 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 12/29/22 | Docket Retrieval / Search | 66.00 | 6.60 |
| 12/30/22 | Docket Retrieval / Search | 55.00 | 5.50 |
| 12/30/22 | Filing Fee | 1.00 | 50.00 |
| 12/31/22 | Docket Retrieval / Search | 41.00 | 4.10 |
| | **Total** | | **$66.20** |

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: January 30, 2023 |
| Billing Period through December 31, 2022 | Invoice Number: 50039404 |
| | Matter Number: 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Docket Retrieval / Search | 16.20 |
| Filing Fee | 50.00 |
| **Total** | **$66.20** |