**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.,* [1] | ) Case No. 22-11068 (JTD) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Obj. Deadline: March 16, 2023 at 4:00 pm (ET)** |
|  | ) |

**SUMMARY COVER SHEET TO THE FIRST MONTHLY FEE APPLICATION
OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD DECEMBER 22, 2022
THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | February 15, 2023, *nunc pro tunc* to December 22, 2022 |
| Period for which compensation and reimbursement are sought: | December 22, 2022, through December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary: | $148,076.64 (80% of $185,095.80) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is an:    _X_ monthly ___ interim    ___ final application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

137186080.1

2

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Simms, Steven | Sr Managing Dir | Restructuring | $ 1,495 | 6.8 | $ 10,166.00 |
| Cordasco, Michael | Sr Managing Dir | Restructuring | 1,325 | 30.8 | 40,810.00 |
| McNew, Steven | Sr Managing Dir | Cryptocurrency | 1,200 | 11.2 | 13,440.00 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,325 | 3.9 | 5,167.50 |
| Mulkeen, Tara | Sr Managing Dir | Investigations | 1,325 | 3.0 | 3,975.00 |
| Greenblatt, Matthew | Sr Managing Dir | Investigations | 1,325 | 1.3 | 1,722.50 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 4.9 | 4,459.00 |
| Bromberg, Brian | Senior Director | Restructuring | 975 | 43.6 | 42,510.00 |
| Feldman, Paul | Senior Director | Investigations | 955 | 10.1 | 9,645.50 |
| Butterfield, Linda | Senior Director | Investigations | 925 | 0.8 | 740.00 |
| Mehta, Ajay | Director | Cryptocurrency | 809 | 10.2 | 8,251.80 |
| Anastasiou, Anastis | Director | Investigations | 785 | 2.6 | 2,041.00 |
| Gray, Michael | Sr Consultant | Restructuring | 695 | 27.0 | 18,765.00 |
| Leonaitis, Isabelle | Sr Consultant | Cryptocurrency | 595 | 0.6 | 357.00 |
| Baltaytis, Jacob | Consultant | Restructuring | 530 | 34.4 | 18,232.00 |
| Dawson, Maxwell | Consultant | Restructuring | 530 | 6.2 | 3,286.00 |
| Hellmund-Mora, Marili | Manager | Restructuring | 325 | 4.7 | 1,527.50 |
| **Total** | | | | **202.1** | **$ 185,095.80** |

2

3

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.1 | $ 2,414.50 |
| 2 | Cash & Liquidity Analysis | 18.0 | 15,963.00 |
| 10 | Analysis of Tax Issues | 4.6 | 5,850.00 |
| 13 | Analysis of Other Miscellaneous Motions | 83.2 | 69,665.00 |
| 18 | Potential Avoidance Actions & Litigation | 20.9 | 18,888.50 |
| 19 | Case Management | 11.6 | 8,234.00 |
| 21 | General Meetings with UCC and UCC Counsel | 18.8 | 24,494.50 |
| 23 | Firm Retention | 19.8 | 18,832.00 |
| 26 | Cryptocurrency/Digital Assets Issues | 20.0 | 17,869.80 |
| 27 | Communications Planning & Execution | 2.1 | 2,884.50 |
| | **Total** | **202.1** | **$ 185,095.80** |

## SUMMARY OF EXPENSES

No expenses are being requested for reimbursement in this Fee Application. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.,* [1] | ) Case No. 22-11068 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Obj. Deadline: March 16, 2023 at 4:00 pm (ET)** |
| | ) |

**FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Administrative Order") [D.I. 435], the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases, hereby submits this *First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Compensation for Services Rendered and Reimbursement of Expenses for the Period December 22, 2022 to December 31, 2022* (the "Application Period").

## BACKGROUND

1.      On November 11 and November 14, 2022 [2] (separately or collectively, the "Petition Date"), the Debtors commenced these chapter 11 cases by filing petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

2.      On December 20, 2022, the U.S. Trustee filed an *Amended Notice of Appointment of Committee of Unsecured Creditors* [D.I. 261] appointing the Committee.

3.      On February 15, 2023, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [D.I. 730] (the "Retention Order").

## RELIEF REQUESTED

4.      FTI submits this Fee Application pursuant to the Bankruptcy Rules, the Administrative Order, and the Retention Order. By this Fee Application, FTI seeks allowance of compensation for actual and necessary professional services rendered in the amount of $185,095.80 for the Application Period and payment of $148,076.64 (80% of the total fees for the Application Period) in accordance with the terms of the Administrative Order.  FTI reserves the right to request, in subsequent fee applications, reimbursement of any expenses incurred during the Application Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

## SUMMARY OF FEES

5.      The total number of hours expended by FTI professionals and paraprofessionals in

---

[2] November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

2

performing services for the Committee during the Application Period was 202.1 hours.  Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

6.      Services rendered by (i) each professional and paraprofessional, (ii) a summary of the time incurred by task, and (iii) detailed time entries during the Application Period are attached hereto as **Exhibit A, Exhibit B,** and **Exhibit C**, respectively.

## ACTUAL AND NECESSARY EXPENSES

7.      At this time, FTI does not seek allowance or payment of any actual and necessary out-of-pocket expenses during the Application Period. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured in FTI's billing system on the date of filing this Fee Application.

## CONCLUSION

WHEREFORE, FTI respectfully requests allowance of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $185,095.80 for the Application Period and payment of $148,076.64 (80% of the total fees for the Application Period) pursuant to the Administrative Order, and such other and further relief that the Court deems just and proper.

Dated: February 24, 2023                                 FTI CONSULTING, INC.

By: */s/ Steven Simms*_____
    Steven Simms
    1166 Ave of the Americas, 15th Floor
    New York, NY 10036
    Telephone: 212-841-9369
    E-mail: steven.simms@fticonsulting.com

3

Financial Advisors to the Official
Committee of Unsecured Creditors of
FTX Trading Ltd., *et al.*

4

## VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746

I, Steven Simms, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1.      I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI").  FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2.      I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: February 24, 2023                  FTI CONSULTING, INC.

By: */s/ Steven Simms* _____
     Steven Simms
     1166 Ave of the Americas, 15th Floor
     New York, NY 10036
     Telephone: 212-841-9369
     E-mail: steven.simms@fticonsulting.com

     Financial Advisors to the Official
     Committee of Unsecured Creditors of FTX
     Trading Ltd., *et al.*

5