IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.,* [1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
|  |  | **Obj. Deadline: March 16, 2023 at 4:00 pm (ET)** |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

**PLEASE TAKE NOTICE** that FTI Consulting, Inc. has filed its *First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 22, 2022 to December 31, 2022* (the "**Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Fee Application seeks the allowance of fees in the amount of $185,095.80 (and the payment of eighty percent (80%) of such fees in the amount of $148,076.64) incurred during the period referenced in the Fee Application.

**PLEASE TAKE FURTHER NOTICE** that objections to the Fee Application, if any, are required to be filed on or before **March 16, 2023 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline by:

(i) counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

(ii) counsel to the Official Committee of Unsecured Creditors, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher M. Hansen (krishansen@paulhastings.com), Erez E. Gilad (erezgilad@paulhastings.com), Gabriel Sasson (gabesasson@paulhastings.com) and Samantha Martin (samanthamartin@paulhastings.com), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

(iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Juliet Sarkessian (juliet.m.sarkessian@usdoj.gov); and

(iv) any fee examiner appointed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS* [DOCKET NO. 435], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF TOTAL FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE THAT A HEARING WILL BE HELD ON THE FEE APPLICATION ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AND CANNOT BE CONSENSUALLY RESOLVED**.

Dated: February 24, 2023
      Wilmington, Delaware

      */s/ Robert F. Poppiti, Jr.*
      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Matthew B. Lunn, Esq.
      Robert F. Poppiti, Jr., Esq.
      1000 North King Street
      Wilmington, DE 19801
      Telephone: (302) 571-6600
      Email: mlunn@ycst.com
             rpoppiti@ycst.com

      -and-

      PAUL HASTINGS LLP
      Kristopher M. Hansen, Esq.
      Erez E. Gilad, Esq.
      Gabriel E. Sasson, Esq.
      Samantha Martin, Esq.
      200 Park Avenue
      New York, NY 10166
      Telephone: (212) 318-6000
      Email: krishansen@paulhastings.com
             erezgilad@paulhastings.com
             gabesasson@paulhastings.com
             samanthamartin@paulhastings.com

      *Counsel for the Official Committee of Unsecured Creditors*