**EXHIBIT A**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**SUMMARY OF PROFESSIONALS AND FEES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Simms, Steven | Sr Managing Dir | Restructuring | $ 1,495 | 6.8 | $ 10,166.00 |
| Cordasco, Michael | Sr Managing Dir | Restructuring | 1,325 | 30.8 | 40,810.00 |
| McNew, Steven | Sr Managing Dir | Cryptocurrency | 1,200 | 11.2 | 13,440.00 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,325 | 3.9 | 5,167.50 |
| Mulkeen, Tara | Sr Managing Dir | Investigations | 1,325 | 3.0 | 3,975.00 |
| Greenblatt, Matthew | Sr Managing Dir | Investigations | 1,325 | 1.3 | 1,722.50 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 4.9 | 4,459.00 |
| Bromberg, Brian | Senior Director | Restructuring | 975 | 43.6 | 42,510.00 |
| Feldman, Paul | Senior Director | Investigations | 955 | 10.1 | 9,645.50 |
| Butterfield, Linda | Senior Director | Investigations | 925 | 0.8 | 740.00 |
| Mehta, Ajay | Director | Cryptocurrency | 809 | 10.2 | 8,251.80 |
| Anastasiou, Anastis | Director | Investigations | 785 | 2.6 | 2,041.00 |
| Gray, Michael | Sr Consultant | Restructuring | 695 | 27.0 | 18,765.00 |
| Leonaitis, Isabelle | Sr Consultant | Cryptocurrency | 595 | 0.6 | 357.00 |
| Baltaytis, Jacob | Consultant | Restructuring | 530 | 34.4 | 18,232.00 |
| Dawson, Maxwell | Consultant | Restructuring | 530 | 6.2 | 3,286.00 |
| Hellmund-Mora, Marili | Manager | Restructuring | 325 | 4.7 | 1,527.50 |
| **Total** | | | | **202.1** | **$ 185,095.80** |

**EXHIBIT B**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.1 | $ 2,414.50 |
| 2 | Cash & Liquidity Analysis | 18.0 | 15,963.00 |
| 10 | Analysis of Tax Issues | 4.6 | 5,850.00 |
| 13 | Analysis of Other Miscellaneous Motions | 83.2 | 69,665.00 |
| 18 | Potential Avoidance Actions & Litigation | 20.9 | 18,888.50 |
| 19 | Case Management | 11.6 | 8,234.00 |
| 21 | General Meetings with UCC and UCC Counsel | 18.8 | 24,494.50 |
| 23 | Firm Retention | 19.8 | 18,832.00 |
| 26 | Cryptocurrency/Digital Assets Issues | 20.0 | 17,869.80 |
| 27 | Communications Planning & Execution | 2.1 | 2,884.50 |
| | **Total** | **202.1** | **$ 185,095.80** |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/29/2022 | Bromberg, Brian | 0.6 | Review potential financial reporting requirements under proposed structure. |
| 1 | 12/29/2022 | Bromberg, Brian | 0.8 | Review comparable motions for financial reporting requirements. |
| 1 | 12/29/2022 | Gray, Michael | 0.9 | Review certain financial reports (State of the Estate) considered to be included in bankruptcy case. |
| 1 | 12/30/2022 | Baltaytis, Jacob | 0.8 | Review media summary for completeness. |
| **1 Total** | | | **3.1** | |
| 2 | 12/23/2022 | Baltaytis, Jacob | 1.9 | Prepare schedule to assess Petition Date cash balances on a by silo basis. |
| 2 | 12/23/2022 | Baltaytis, Jacob | 1.0 | Review first day declaration and supplement thereto to understand entity silo grouping in cash management motion. |
| 2 | 12/26/2022 | Bromberg, Brian | 1.2 | Review draft cash management motion to understand proposed silo structure and rationale. |
| 2 | 12/27/2022 | Simms, Steven | 0.5 | Review first day pleadings including cash management motion. |
| 2 | 12/27/2022 | Cordasco, Michael | 0.6 | Prepare issues list on proposed structure of cash management motion. |
| 2 | 12/28/2022 | Simms, Steven | 0.8 | Review cash management diligence list to understand silo structure follow-up items. |
| 2 | 12/28/2022 | Simms, Steven | 0.3 | Review first day declaration to assess silo structure and liquidity. |
| 2 | 12/28/2022 | Baltaytis, Jacob | 0.8 | Review cash management motion in connection with the preparation of follow-up diligence requests. |
| 2 | 12/29/2022 | Simms, Steven | 0.5 | Review cash management diligence list to understand silo structure follow-up items. |
| 2 | 12/29/2022 | Bromberg, Brian | 0.3 | Gather UCC professional fee estimates at request of A&M to assist with cash flow forecasting. |
| 2 | 12/30/2022 | Cordasco, Michael | 1.0 | Participate in call with A&M re: cash forecasting. |
| 2 | 12/30/2022 | Cordasco, Michael | 0.7 | Prepare outline for draft cash report to the UCC. |
| 2 | 12/30/2022 | Bromberg, Brian | 1.5 | Review cash flow information provided by A&M. |
| 2 | 12/30/2022 | Bromberg, Brian | 0.9 | Prepare high level summary of key issues pertaining to the Debtors' proposed cash management system for inclusion in Committee report. |
| 2 | 12/30/2022 | Bromberg, Brian | 1.0 | Participate in discussion with A&M re: cash flow forecast. |
| 2 | 12/30/2022 | Bromberg, Brian | 0.5 | Provide comments on draft follow-up diligence request list re: cash flow issues. |
| 2 | 12/30/2022 | Gray, Michael | 1.0 | Participate in discussion with A&M re: 13-week cash flow forecasts by silo. |
| 2 | 12/30/2022 | Baltaytis, Jacob | 1.0 | Participate in call with A&M re: cash management system overview. |
| 2 | 12/30/2022 | Baltaytis, Jacob | 0.9 | Prepare summary notes from A&M call for distribution to internal team re: cash discussion. |
| 2 | 12/30/2022 | Baltaytis, Jacob | 1.1 | Revise information request list for latest cash management responses received by A&M. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/31/2022 | Baltaytis, Jacob | 0.5 | Review correspondence from PH re: cash management structure. |
| **2 Total** | | | **18.0** | |
| 10 | 12/26/2022 | Joffe, Steven | 1.8 | Provide comments on equity motion to team. |
| 10 | 12/26/2022 | Bromberg, Brian | 0.4 | Review comments from FTI team on equity motion. |
| 10 | 12/27/2022 | Joffe, Steven | 2.1 | Review stock trading order and first day declarations to assess NOL treatment. |
| 10 | 12/27/2022 | Bromberg, Brian | 0.3 | Correspond with FTI team re: equity motion. |
| **10 Total** | | | **4.6** | |
| 13 | 12/22/2022 | McNew, Steven | 2.6 | Review various retention applications and other filings in advance of second day hearing. |
| 13 | 12/22/2022 | McNew, Steven | 0.6 | Review information provided by A&M summarizing key motions and retention applications. |
| 13 | 12/22/2022 | Bromberg, Brian | 2.9 | Review second-day motions and other filings in connection with summary report on motions to be heard at second day hearing. |
| 13 | 12/22/2022 | Gray, Michael | 1.2 | Review omnibus motions to be heard at second day hearing re: summary report for the Committee. |
| 13 | 12/22/2022 | Gray, Michael | 1.4 | Review first day declaration and other key filings re: case onboarding. |
| 13 | 12/22/2022 | Baltaytis, Jacob | 0.7 | Prepare summary of pleadings to be heard at second day hearing re: Committee report. |
| 13 | 12/22/2022 | Baltaytis, Jacob | 0.3 | Process edits to summary report re: second day motions. |
| 13 | 12/23/2022 | Cordasco, Michael | 0.8 | Participate in call with A&M re: second day motions. |
| 13 | 12/23/2022 | Cordasco, Michael | 0.7 | Provide comments to draft second day motions issues list. |
| 13 | 12/23/2022 | Bromberg, Brian | 1.9 | Review filed second day motions in connection with Committee report. |
| 13 | 12/23/2022 | Bromberg, Brian | 0.9 | Provide comments on draft second day motions summary report. |
| 13 | 12/23/2022 | Bromberg, Brian | 0.8 | Participate in onboarding call with A&M re: second day motions. |
| 13 | 12/23/2022 | Gray, Michael | 1.3 | Prepare summary of omnibus motions for inclusion in draft Committee report. |
| 13 | 12/23/2022 | Gray, Michael | 0.4 | Review second-day motion presentation provided by A&M. |
| 13 | 12/26/2022 | Cordasco, Michael | 0.6 | Participate in call with PH re: first day motion memo. |
| 13 | 12/26/2022 | Cordasco, Michael | 0.4 | Participate in call with A&M re: first day motion issues. |
| 13 | 12/26/2022 | Cordasco, Michael | 0.5 | Prepare correspondence to PH re: first day motion review. |
| 13 | 12/26/2022 | Bromberg, Brian | 0.9 | Review retention applications of Debtors' advisors. |
| 13 | 12/26/2022 | Bromberg, Brian | 1.6 | Review first day declaration to assess need for relief. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 12/27/2022 | Cordasco, Michael | 0.7 | Provide comments to draft memo to UCC re: first day motions. |
| 13 | 12/27/2022 | Cordasco, Michael | 0.9 | Analyze initial responses to inquiries re: first day motions. |
| 13 | 12/27/2022 | Bromberg, Brian | 1.7 | Provide further comment to draft second day motion memo. |
| 13 | 12/28/2022 | Cordasco, Michael | 1.0 | Participate in call with UCC professionals to coordinate review of motion analysis. |
| 13 | 12/28/2022 | Cordasco, Michael | 0.7 | Provide comments to draft diligence list of first day motions. |
| 13 | 12/28/2022 | Bromberg, Brian | 1.0 | Review initial diligence list re: second day motions. |
| 13 | 12/28/2022 | Bromberg, Brian | 2.1 | Provide comments on second-day motions to support preparation of diligence list. |
| 13 | 12/28/2022 | Bromberg, Brian | 1.2 | Review latest initial diligence list re: second day motions. |
| 13 | 12/28/2022 | Bromberg, Brian | 1.0 | Participate in intro call with UCC advisors to divide motion review. |
| 13 | 12/28/2022 | Gray, Michael | 2.3 | Prepare diligence request list re: second day motions. |
| 13 | 12/28/2022 | Gray, Michael | 1.0 | Review memo provided to UCC re: second day motions to prepare diligence request list. |
| 13 | 12/28/2022 | Gray, Michael | 0.3 | Review second day motions to prepare diligence request list. |
| 13 | 12/28/2022 | Gray, Michael | 1.5 | Update diligence request list re: second day motions for FTI team comments. |
| 13 | 12/28/2022 | Baltaytis, Jacob | 0.6 | Review OCP motion in connection with diligence request list preparation. |
| 13 | 12/28/2022 | Baltaytis, Jacob | 2.2 | Prepare initial draft of information request list re: second day motions. |
| 13 | 12/28/2022 | Baltaytis, Jacob | 1.2 | Process updates to draft information request list re: second-day motions. |
| 13 | 12/28/2022 | Dawson, Maxwell | 1.5 | Review UCC meeting materials re: first-day motions and litigation. |
| 13 | 12/28/2022 | Dawson, Maxwell | 1.0 | Review information request list re: first-day motions. |
| 13 | 12/29/2022 | Simms, Steven | 0.4 | Correspond with FTI team regarding first-day motion diligence. |
| 13 | 12/29/2022 | Cordasco, Michael | 1.4 | Participate in call with A&M to discuss responses to first-day diligence requests. |
| 13 | 12/29/2022 | Cordasco, Michael | 0.7 | Participate in call with PH re: status of first day motion diligence. |
| 13 | 12/29/2022 | Cordasco, Michael | 0.5 | Analyze draft templates for modifications to first day motions. |
| 13 | 12/29/2022 | Bromberg, Brian | 1.4 | Review motions assigned to FTI for commentary. |
| 13 | 12/29/2022 | Bromberg, Brian | 1.4 | Participate in call with A&M on second day motions. |
| 13 | 12/29/2022 | Bromberg, Brian | 1.8 | Review presentation provided by A&M on various second day motions. |
| 13 | 12/29/2022 | Bromberg, Brian | 0.9 | Review updated diligence request list prior to distribution to A&M. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 12/29/2022 | Gray, Michael | 1.4 | Participate in discussion with A&M re: first day motion diligence requests. |
| 13 | 12/29/2022 | Gray, Michael | 1.5 | Update first day diligence request list based on discussion with A&M. |
| 13 | 12/29/2022 | Gray, Michael | 0.9 | Review proposed final order language of certain second day motions. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 0.4 | Prepare daily docket and media summary re: bid procedures objections. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 0.9 | Review critical vendors motion in connection with information list preparation. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 0.8 | Update information request list for inclusion of critical vendors motion follow-ups. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 1.4 | Attend call with A&M team re: first day motions diligence requests. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 0.9 | Review responses from A&M re: first day motions questions. |
| 13 | 12/29/2022 | Baltaytis, Jacob | 2.1 | Review first day motions-related information request list following call with A&M. |
| 13 | 12/29/2022 | Dawson, Maxwell | 1.7 | Review various first day motions and associated diligence questions. |
| 13 | 12/30/2022 | Cordasco, Michael | 0.6 | Provide comments to draft first day motions issues list. |
| 13 | 12/30/2022 | Bromberg, Brian | 0.3 | Review lease rejection motion to assess nature of leases and rationale for rejection. |
| 13 | 12/30/2022 | Bromberg, Brian | 0.8 | Review latest draft of diligence request list re: second day relief. |
| 13 | 12/30/2022 | Bromberg, Brian | 0.4 | Edit second day relief diligence request list based on latest information. |
| 13 | 12/30/2022 | Bromberg, Brian | 1.9 | Continue to review Debtors' presentation on second day motions. |
| 13 | 12/30/2022 | Bromberg, Brian | 0.7 | Review edits to latest diligence request list re: second day relief. |
| 13 | 12/30/2022 | Bromberg, Brian | 1.0 | Review issues list prepared by PH re: second day relief. |
| 13 | 12/30/2022 | Bromberg, Brian | 0.6 | Finalize latest request list for distribution to A&M. |
| 13 | 12/30/2022 | Gray, Michael | 2.8 | Prepare UCC report summarizing key motions to be heard at second day hearing. |
| 13 | 12/30/2022 | Gray, Michael | 1.1 | Review second day motion UCC report. |
| 13 | 12/30/2022 | Gray, Michael | 0.9 | Review materials provided by A&M re: second day motions. |
| 13 | 12/30/2022 | Gray, Michael | 1.2 | Review additional second day motions for inclusion in UCC report. |
| 13 | 12/30/2022 | Gray, Michael | 1.3 | Update diligence request list re: second day motions for latest available information. |
| 13 | 12/30/2022 | Baltaytis, Jacob | 1.6 | Prepare first day motions recommendation report to UCC. |
| 13 | 12/30/2022 | Dawson, Maxwell | 1.7 | Update diligence tracker based on latest information provided by A&M re: second-day motion relief. |
| 13 | 12/31/2022 | Baltaytis, Jacob | 0.9 | Review first day motions recommendation report to UCC. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 12/31/2022 | Baltaytis, Jacob | 2.5 | Process edits to first day motions recommendation report to UCC. |
| **13 Total** | | | **83.2** | |
| 18 | 12/26/2022 | Gray, Michael | 0.6 | Review retention application of Debtors' proposed financial advisor and investigation consultant to ensure no duplication of services. |
| 18 | 12/26/2022 | Gray, Michael | 0.5 | Prepare summary report of Debtors' proposed financial advisor and investigation consultant re: scope. |
| 18 | 12/26/2022 | Baltaytis, Jacob | 1.5 | Prepare investigation scope comparison for Debtors' proposed advisors. |
| 18 | 12/27/2022 | Cordasco, Michael | 2.4 | Participate in call with S&C and PH re: pending motions and investigation. |
| 18 | 12/27/2022 | Greenblatt, Matthew | 0.4 | Develop preliminary investigative workplan procedures to present to PH. |
| 18 | 12/27/2022 | McNew, Steven | 0.3 | Review updates related to adversary proceeding 22-50513 and media updates from team. |
| 18 | 12/27/2022 | Anastasiou, Anastis | 0.5 | Begin to prepare draft investigative issues list. |
| 18 | 12/27/2022 | Baltaytis, Jacob | 0.3 | Prepare daily docket and media summary re: adversary proceeding 22-50513. |
| 18 | 12/28/2022 | Feldman, Paul | 2.9 | Assess adversary complaint 22-50513 to identify key risk management issues for follow-up. |
| 18 | 12/28/2022 | Feldman, Paul | 2.3 | Continue to assess adversary complaint 22-50513 to identify key risk management issues for follow-up. |
| 18 | 12/28/2022 | Feldman, Paul | 2.1 | Supplement and comment on investigative issues list with risk mitigation focus. |
| 18 | 12/28/2022 | Anastasiou, Anastis | 2.1 | Continue to prepare draft of investigative issues list based on information from case. |
| 18 | 12/28/2022 | Baltaytis, Jacob | 0.4 | Prepare daily docket and media summary re: motion to enforce automatic stay and other filings. |
| 18 | 12/28/2022 | Dawson, Maxwell | 0.3 | Review docket and media update from FTI team regarding automatic stay enforcement motion. |
| 18 | 12/29/2022 | Feldman, Paul | 2.8 | Further review adversary complaint 22-50513 to prepare summary of resulting risk management issues and mitigation. |
| 18 | 12/29/2022 | Gray, Michael | 1.5 | Review filings and media coverage re: adversary proceedings 22-50513 and 22-50514. |
| **18 Total** | | | **20.9** | |
| 19 | 12/22/2022 | Cordasco, Michael | 0.7 | Correspond with PH re: initial case issues and workplan. |
| 19 | 12/22/2022 | McNew, Steven | 0.5 | Review case calendar, working group list, and other documents provided by PH. |
| 19 | 12/22/2022 | Bromberg, Brian | 0.7 | Participate in call with FTI team re: immediate case issues. |
| 19 | 12/22/2022 | Gray, Michael | 0.3 | Review draft working group list for accuracy and completeness. |
| 19 | 12/22/2022 | Baltaytis, Jacob | 0.7 | Attend call with FTI team re: immediate workstreams. |
| 19 | 12/22/2022 | Baltaytis, Jacob | 0.8 | Prepare FTI team working group contact list. |
| 19 | 12/22/2022 | Baltaytis, Jacob | 0.4 | Prepare FTI team email distribution list for case communications. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 12/23/2022 | Gray, Michael | 0.7 | Prepare FTI workplan of key workstreams and member designations. |
| 19 | 12/23/2022 | Baltaytis, Jacob | 0.3 | Review correspondence from FTI team regarding key project workstreams. |
| 19 | 12/23/2022 | Baltaytis, Jacob | 0.8 | Update FTI team working group contact list for additional members. |
| 19 | 12/23/2022 | Baltaytis, Jacob | 0.8 | Revise FTI team email distribution list to include additional team members. |
| 19 | 12/26/2022 | Baltaytis, Jacob | 0.4 | Prepare template for presenting daily docket and media updates to the internal FTI team. |
| 19 | 12/26/2022 | Baltaytis, Jacob | 0.5 | Finalize FTI contact list for distribution to PH. |
| 19 | 12/27/2022 | McNew, Steven | 0.6 | Review agenda for UCC call and supplemental materials. |
| 19 | 12/27/2022 | Butterfield, Linda | 0.8 | Prepare summary of case filings for team. |
| 19 | 12/27/2022 | Baltaytis, Jacob | 0.3 | Revise FTI team email distribution list for additional team members. |
| 19 | 12/27/2022 | Baltaytis, Jacob | 0.4 | Summarize notes from call with PH re: action items and case issues. |
| 19 | 12/28/2022 | Baltaytis, Jacob | 0.6 | Revise internal distribution list members. |
| 19 | 12/29/2022 | Baltaytis, Jacob | 0.4 | Revise FTI working group list at the request of PH. |
| 19 | 12/30/2022 | Baltaytis, Jacob | 0.4 | Prepare summary for FTI team re: upcoming hearing agenda. |
| 19 | 12/30/2022 | Baltaytis, Jacob | 0.3 | Supplement UCC advisor contact list based on further review. |
| 19 | 12/31/2022 | Baltaytis, Jacob | 0.2 | Update internal team access to distribution and teams lists. |
| **19 Total** | | | **11.6** | |
| 21 | 12/23/2022 | Cordasco, Michael | 2.7 | Participate in interviews with Committee re: UCC investment banker candidates. |
| 21 | 12/23/2022 | Cordasco, Michael | 1.7 | Participate in additional interviews with Committee re: UCC investment banker candidates. |
| 21 | 12/23/2022 | Cordasco, Michael | 0.6 | Participate in call with PH re: near term workplan. |
| 21 | 12/23/2022 | McNew, Steven | 0.6 | Participate in intro call with PH re: near-term workstreams. |
| 21 | 12/23/2022 | Bromberg, Brian | 0.6 | Participate in initial onboarding call with PH. |
| 21 | 12/23/2022 | Gray, Michael | 0.6 | Participate in discussion with PH re: case onboarding. |
| 21 | 12/27/2022 | Simms, Steven | 0.9 | Participate in call with UCC advisors re: case workplan. |
| 21 | 12/27/2022 | Cordasco, Michael | 0.9 | Participate in call with UCC advisors to discuss pending motions and litigation. |
| 21 | 12/27/2022 | Greenblatt, Matthew | 0.9 | Participate in conference call with UCC advisors to update on case workstreams. |
| 21 | 12/27/2022 | Mulkeen, Tara | 0.9 | Participate in meeting with UCC advisors to discuss issues and prepare for committee call. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 12/28/2022 | Simms, Steven | 2.1 | Participate in UCC call re: first day motions and case updates. |
| 21 | 12/28/2022 | Cordasco, Michael | 2.1 | Participate in status update call with UCC re: pending litigation and first day motions. |
| 21 | 12/28/2022 | Mulkeen, Tara | 2.1 | Participate in meeting with UCC to discuss key investigative areas and next steps. |
| 21 | 12/28/2022 | McNew, Steven | 2.1 | Participate in meeting with UCC to discuss case updates and investigations. |
| **21 Total** | | | **18.8** | |
| 23 | 12/22/2022 | Cordasco, Michael | 0.4 | Correspond with FTI team re: retention application. |
| 23 | 12/22/2022 | McNew, Steven | 0.4 | Correspond with FTI team re: retention and available staffing. |
| 23 | 12/22/2022 | Hellmund-Mora, Marili | 1.1 | Prepare list of parties in interest for conflict check. |
| 23 | 12/23/2022 | Cordasco, Michael | 0.8 | Coordinate workstreams to prepare retention application. |
| 23 | 12/23/2022 | Bromberg, Brian | 2.7 | Assist in preparation of draft FTI retention application. |
| 23 | 12/23/2022 | Gray, Michael | 0.4 | Continue to prepare draft FTI retention application. |
| 23 | 12/23/2022 | Hellmund-Mora, Marili | 2.1 | Begin to prepare draft FTI retention application. |
| 23 | 12/26/2022 | Bromberg, Brian | 0.6 | Review latest draft of retention application for accuracy and disclosures. |
| 23 | 12/26/2022 | Bromberg, Brian | 0.6 | Continue to review draft of retention application. |
| 23 | 12/27/2022 | Simms, Steven | 0.7 | Discuss retention matters with internal team. |
| 23 | 12/27/2022 | Cordasco, Michael | 0.7 | Participate in internal call re: retention application. |
| 23 | 12/27/2022 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the conflict check list of parties in interest in connection with the retention declaration. |
| 23 | 12/27/2022 | Hellmund-Mora, Marili | 0.3 | Correspond with FTI team re: retention and connection check update. |
| 23 | 12/28/2022 | Cordasco, Michael | 0.5 | Participate in call with PH to discuss comments to retention application. |
| 23 | 12/28/2022 | Cordasco, Michael | 1.1 | Provide comments to revised draft retention application. |
| 23 | 12/28/2022 | Bromberg, Brian | 0.3 | Edit retention application draft. |
| 23 | 12/29/2022 | Cordasco, Michael | 0.6 | Prepare correspondence to PH re: retention application disclosures. |
| 23 | 12/29/2022 | Cordasco, Michael | 0.7 | Participate in call with PH re: retention application disclosures. |
| 23 | 12/29/2022 | Bromberg, Brian | 0.5 | Update draft FTI retention application for team comments. |
| 23 | 12/29/2022 | Bromberg, Brian | 0.7 | Participate in call with PH re: retention application. |
| 23 | 12/29/2022 | Bromberg, Brian | 0.4 | Review latest draft of retention application. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 12/30/2022 | Cordasco, Michael | 0.5 | Provide comments to revised draft retention application. |
| 23 | 12/30/2022 | Cordasco, Michael | 1.1 | Participate in call with PH re: comments to retention application. |
| 23 | 12/30/2022 | Bromberg, Brian | 1.1 | Participate in call with PH re: retention application. |
| 23 | 12/31/2022 | Bromberg, Brian | 0.3 | Review proposed redactions to latest draft FTI retention application. |
| **23 Total** | | | **19.8** | |
| 26 | 12/26/2022 | McNew, Steven | 0.9 | Participate in call with FTI team re: proposed FTI cryptocurrency workplan. |
| 26 | 12/26/2022 | de Brignac, Jessica | 0.6 | Review latest iteration of FTI crypto investigation work plan to ensure completeness. |
| 26 | 12/26/2022 | de Brignac, Jessica | 0.9 | Participate in internal meeting discussing crypto investigation work plan and strategy. |
| 26 | 12/27/2022 | Mehta, Ajay | 2.2 | Review cryptocurrency custody motion and critical vendor documents to identify potential issues. |
| 26 | 12/28/2022 | McNew, Steven | 1.2 | Perform final review of follow-up crypto diligence requests for A&M. |
| 26 | 12/28/2022 | de Brignac, Jessica | 1.6 | Review custody motion and critical vendor documents to identify potential crypto issues. |
| 26 | 12/29/2022 | de Brignac, Jessica | 1.8 | Draft summary of potential crypto issues from custody motion and critical vendor documents. |
| 26 | 12/29/2022 | Mehta, Ajay | 2.8 | Perform open source research on Debtors and other recent crypto events to assess potential analysis needs. |
| 26 | 12/29/2022 | Mehta, Ajay | 0.7 | Continue to perform open source research on Debtors and other recent crypto events. |
| 26 | 12/30/2022 | McNew, Steven | 1.4 | Initiate on-chain tracing of crypto assets in response to inquiry from UCC. |
| 26 | 12/30/2022 | Bromberg, Brian | 0.4 | Correspond with FTI team re: crypto custody issues. |
| 26 | 12/30/2022 | Mehta, Ajay | 2.1 | Perform investigation regarding certain claims related to movements of Debtors' digital assets. |
| 26 | 12/30/2022 | Leonaitis, Isabelle | 0.6 | Prepare list of follow-up diligence questions for PH and Debtors' advisors re: cryptocurrency custody and critical vendor motions. |
| 26 | 12/30/2022 | Baltaytis, Jacob | 0.4 | Prepare daily docket and media summary re: Bahamas crypto seizures. |
| 26 | 12/31/2022 | Mehta, Ajay | 2.4 | Perform asset tracing investigation of recently stolen assets from Debtor-attributed wallets. |
| **26 Total** | | | **20.0** | |
| 27 | 12/28/2022 | Cordasco, Michael | 0.4 | Participate in call with PH to discuss UCC request re: communications strategy. |
| 27 | 12/29/2022 | Simms, Steven | 0.6 | Correspond with PH and FTI team re: communications workplan. |
| 27 | 12/29/2022 | Cordasco, Michael | 0.6 | Provide comments to draft analysis for communication strategy provided by PH. |

**EXHIBIT C**
**FTX TRADING LTD., ET AL. - CASE NO. 22-11068**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 22, 2022 THROUGH DECEMBER 31, 2022**

| Task Code | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 12/29/2022 | Cordasco, Michael | 0.5 | Participate in call with PH re: communications strategy. |
| **27 Total** | | | **2.1** | |
| **Grand Total** | | | **202.1** | |