IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE THAT**, on February 24, 2023, Mr. Samuel Bankman-Fried's responses and objections to the Debtors' *Subpoena for Rule 2004 Examination* [D.I. 719] were served on the following in the manner indicated:

| **VIA ELECTRONIC MAIL** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>landis@lrclaw.com<br>mcguire@lrclaw.com<br>brown@lrclaw.com | Matthew B. McGuire, Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801 |

Dated: February 27, 2023

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
**MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP**
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Email: gdonilon@mmwr.com