## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 770** |

### ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING THE TIME FOR MOTION OF DEBTORS FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO ENTER INTO THE STIPULATION WITH THE VOYAGER DEBTORS AND (B) GRANTING RELATED RELIEF

Upon consideration of the motion of the above-captioned debtors and debtors-in-possession (the "Debtors" or "FTX"), for entry of an order shortening the time (the "Motion to Shorten") for notice to consider the *Motion of Debtors for Entry of and Order (A) Authorizing the Debtors to Enter into the Stipulation with the Voyager Debtors and (B) Granting Related Relief* (the "Voyager 9019 Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion to Shorten is GRANTED with respect to the Voyager 9019 Motion.

2.      The Voyager 9019 Motion shall be heard at the hearing on March 8, 2023 at 1:00 p.m. (ET).

3.      Objections to the relief requested in the Voyager 9019 Motion, if any, shall be filed before 12:00 p.m. on March 7, 2023.

4.      The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

**Dated: February 27th, 2023**
**Wilmington, Delaware**                                    **JOHN T. DORSEY**
                                                            **UNITED STATES BANKRUPTCY JUDGE**