# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 213 & 214 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on December 12, 2022, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves (the "**Joint Provisional Liquidators**"), in their capacity as the joint provisional liquidators of FTX Digital Markets Ltd. ("**FTX Digital**") duly appointed by the Supreme Court of The Bahamas and foreign representatives of the Provisional Liquidation of FTX Digital filed the *Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Dismiss the Chapter 11 Case of FTX Property Holdings Ltd.* [Docket No. 213] (the "**Motion**") and the *Declaration of Brian C. Simms KC in Support of Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Dismiss the Chapter 11 Case of FTX Property Holdings Ltd.* [Docket No. 214] (the "**Declaration**").

PLEASE TAKE FURTHER NOTICE that the Joint Provisional Liquidators hereby withdraw the Motion and Declaration with prejudice.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28635347v.1

Dated: February 27, 2023

| | |
|---|---|
| */s/ David T. Queroli* <br> **RICHARDS, LAYTON & FINGER, P.A.** <br><br> Kevin Gross (No. 209) <br> Paul N. Heath (Bar No. 3704) <br> Brendan J. Schlauch (Bar No. 6115) <br> David T. Queroli (Bar No. 6318) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> Telephone:  (302) 651-7700 <br> Facsimile:  (302) 651-7701 <br> gross@rlf.com <br> heath@rlf.com <br> schlauch@rlf.com <br> queroli@rlf.com <br><br> —and— | **WHITE & CASE LLP** <br><br> Jessica C. Lauria (admitted *pro hac vice*) <br> J. Christopher Shore (admitted *pro hac vice*) <br> Brian D. Pfeiffer (admitted *pro hac vice*) <br> Mark Franke (admitted *pro hac vice*) <br> Brett L. Bakemeyer (admitted *pro hac vice*) <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone:  (212) 819-8200 <br> jessica.lauria@whitecase.com <br> cshore@whitecase.com <br> brian.pfeiffer@whitecase.com <br> mark.franke@whitecase.com <br> brett.bakemeyer@whitecase.com <br><br> Thomas E Lauria (admitted *pro hac vice*) <br> Richard S. Kebrdle (admitted *pro hac vice*) <br> 200 South Biscayne Boulevard, Suite 4900 <br> Miami, FL 33131 <br> Telephone:  (305) 371-2700 <br> tlauria@whitecase.com <br> rkebrdle@whitecase.com <br><br> *Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)* |