IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., et al.,[1] | ) ) ) | Case No. 22-11068 (JTD) |
|  | ) ) | (Jointly Administered) |
|  | ) ) | **Ref. Docket Nos. 765-767** |

### AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                        ) ss.:
COUNTY OF FRANKLIN      )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 24, 2023, I caused to be served the:

   a. "First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 22, 2022 Through December 31, 2022," dated February 24, 2023 [Docket No. 765],

   b. "First Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From December 22, 2022 Through December 31, 2022," dated February 24, 2023 [Docket No. 766], and

   c. "First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 22, 2022 Through December 31, 2022," dated February 24, 2023 [Docket No. 767],

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

by causing true and correct copies to be:

   i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

   ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
27th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

**EXHIBIT A**

FTX TRADING LTD., et al.
Case No. 22-11068 (JTD)
First Class Mail Service List

U.S. Trustee
Attn: Juliet Sarkessian
844 King Street, Suite 2207
Wilmington, Delaware 19801

**EXHIBIT B**

FTX TRADING LTD., et al. Case No. 22-11068 (JTD)

Electronic Mail Service List

| Name | Email |
| --- | --- |
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com |
| Landis Rath & Cobb LLP | brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com |
| Paul Hastings LLP | erezgilad@paulhastings.com |
| Paul Hastings LLP | gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com |
| Young Conaway Stargatt & Taylor, LLP | rpoppiti@ycst.com |
| U.S. Trustee | juliet.m.sarkessian@usdoj.gov |