IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL DECLARATION

I, Nicolai Binkert, declare under penalty of perjury:

      1.    I am a partner of Schurti Partners Attorney at Law Ltd, located at Zollstrasse 2, 9490 Vaduz, Principality of Liechtenstein (the "Firm").

      2.    On February 8, 2023, I submitted a *Declaration* (the "Original Declaration") in support of the Firm's retention as an Ordinary Course Professional pursuant to the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"). I submit this Supplemental Declaration in further support of the Firm's retention as an Ordinary Course Professional pursuant to the OCP Order.

      3.    Notwithstanding any statements in the Original Declaration, the Firm will **not** charge general disbursements at a flat rate of 3 percent of its hourly rate-based fees. The Firm shall seek reimbursement of only actual and necessary expenses and other charges incurred by the Firm, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4895-2417-1602 v.2

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2023        _____
                    Nicolai Binkert