# Second Interim Financial Update

**1/1/2023 Through 1/31/2023**



**Debtor Name:** *FTX Trading Ltd. et al.*
**Lead Case #:** *22-11068 (JTD)*
**Petition Dates:** *11/11/2022 & 11/14/2022*
**Report Period Ending:** *1/31/23*
**Months Pending:** *3*
**Industry Classification:** *5239*

# Contents



I.   Interim Financial Update Cover Page

II.   Cash Update

III.  Assets Sold or Transferred (as applicable)

IV.  Professional Fees & Expenses

V.   Summary of Taxes Paid

VI.  Questionnaire

# I. Interim Financial Update Cover Page



The Debtors are filing this report based on the best available information to provide interim disclosures until such time as monthly operating reports are filed. While the Debtors have made reasonable efforts to completely and accurately report the listed information, until such time as the monthly operating reports are filed, the Debtors are unable to completely certify the accuracy of the reported information.

The Debtors maintain accounts in foreign currencies across numerous entities. Balances presented are translated at the applicable rate.  Period end cash balances are translated at the month-end rate and disbursements are translated using the applicable rate for the date of the disbursement. All amounts presented are in US Dollars, unless otherwise stated.

| FTX Trading Ltd. Case No. 22-11068 (JTD) | |
|---|---|
| Lead Case | FTX Trading Ltd. et al. |
| Petition Dates | 11/11/2022, 11/14/2022 |
| Report Period Ending | 1/31/2023 |
| Months Pending | 3 |
| Industry Classification | 5239 |
| Reporting Method | Accrual |
| Debtors' Full Time Employees (Current) | 206 |
| Debtors' Full-Time Employees (as of Petition Date) | 320 |

*Note:  Report herein reflects the dismissal of the Chapter 11 cases of FTX Turkey Teknoloji Ve Ticaret Anonim Şirket and SNG Investments Yatirim Ve Danişmanlik Anonim Şirketi on Feb 13th, 2023 (Docket #711)*

# II. Cash Update – Disbursements thru 1/31[1]



| Disbursements by Silo | | January 2023 |
|---|---|---|
| WRS | $ | 12,786,383 |
| Alameda | | 5,273,457 |
| Dotcom | | 2,888,075 |
| Ventures | | 133,333 |
| No Silo (Deck Technologies Inc.) | | 102,713 |
| Total Debtor Disbursements | $ | 21,183,962 |

(1) Disbursements are translated into USD at the time of payment

# II. Disbursements thru 1/31[1] – Alameda



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11066 | Alameda Research LLC | Alameda | $ 4,896,223 |
| 22-11158 | Ledger Prime LLC | Alameda | 240,047 |
| 22-11106 | Alameda Research KK | Alameda | 68,987 |
| 22-11067 | Alameda Research Ltd | Alameda | 68,200 |
| 22-11112 | Cottonwood Grove Ltd | Alameda | - |
| 22-11104 | Alameda Aus Pty Ltd | Alameda | - |
| 22-11134 | Alameda Global Services Ltd | Alameda | - |
| 22-11105 | Alameda Research (Bahamas) Ltd | Alameda | - |
| 22-11069 | Alameda Research Holdings Inc. | Alameda | - |
| 22-11107 | Alameda Research Pte Ltd | Alameda | - |
| 22-11108 | Alameda Research Yankari Ltd | Alameda | - |
| 22-11078 | Alameda TR Ltd | Alameda | - |
| 22-11109 | Alameda TR Systems S de RL | Alameda | - |
| 22-11081 | Atlantis Technology Ltd | Alameda | - |
| 22-11083 | Blue Ridge Ltd | Alameda | - |
| 22-11084 | Cardinal Ventures Ltd | Alameda | - |
| 22-11085 | Cedar Bay Ltd | Alameda | - |
| 22-11136 | Cottonwood Technologies Ltd | Alameda | - |
| 22-11141 | Euclid Way Ltd | Alameda | - |
| 22-11126 | Goodman Investments Ltd | Alameda | - |
| 22-11175 | Hannam Group Inc | Alameda | - |
| 22-11150 | Hive Empire Trading Pty Ltd | Alameda | - |
| 22-11131 | Killarney Lake Investments Ltd | Alameda | - |
| 22-11177 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Alameda | - |
| 22-11155 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Alameda | - |

# II. Disbursements thru 1/31[1] – Alameda



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11156 | LedgerPrime Digital Asset Opportunities Fund, LLC | Alameda | - |
| 22-11157 | LedgerPrime Digital Asset Opportunities Master Fund LP | Alameda | - |
| 22-11159 | LedgerPrime Ventures, LP | Alameda | - |
| 22-11087 | Maclaurin Investments Ltd | Alameda | - |
| 22-11153 | North Dimension Inc | Alameda | - |
| 22-11160 | North Dimension Ltd | Alameda | - |
| 22-11154 | North Wireless Dimension Inc | Alameda | - |
| 22-11094 | Strategy Ark Collective Ltd | Alameda | - |
| 22-11096 | Verdant Canyon Capital LLC | Alameda | - |
| | Total Alameda Silo Disbursements[1] | $ | 5,273,457 |

# II. Disbursements thru 1/31[(1)] – Dotcom



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11075 | FTX Europe AG | Dotcom | $ 973,369 |
| 22-11102 | FTX Japan KK | Dotcom | 634,517 |
| 22-11068 | FTX Trading Ltd | Dotcom | 342,225 |
| 22-11161 | Quoine Pte Ltd | Dotcom | 219,395 |
| 22-11110 | Blockfolio, Inc | Dotcom | 208,539 |
| 22-11166 | FTX EU Ltd | Dotcom | 141,397 |
| 22-11100 | FTX Exchange FZE | Dotcom | 130,869 |
| 22-11118 | FTX Digital Holdings (Singapore) Pte Ltd | Dotcom | 77,529 |
| 22-11092 | Quoine Vietnam Co | Dotcom | 65,621 |
| 22-11122 | FTX Structured Products AG | Dotcom | 30,935 |
| 22-11120 | FTX Services Solutions Ltd | Dotcom | 23,770 |
| 22-11132 | Zubr Exchange Ltd | Dotcom | 15,385 |
| 22-11165 | FTX Crypto Services Ltd | Dotcom | 15,268 |
| 22-11074 | FTX Japan Holdings KK | Dotcom | 6,766 |
| 22-11169 | FTX Switzerland GmbH | Dotcom | 2,491 |
| 22-11123 | FTX Trading GmbH | Dotcom | - |
| 22-11164 | FTX Certificates GmbH | Dotcom | - |
| 22-11079 | Allston Way Ltd | Dotcom | - |
| 22-11080 | Analisya Pte Ltd | Dotcom | - |
| 22-11082 | Bancroft Way Ltd | Dotcom | - |
| 22-11113 | Crypto Bahamas LLC | Dotcom | - |
| 22-11163 | DAAG Trading, DMCC | Dotcom | - |
| 22-11114 | Deep Creek Ltd | Dotcom | - |
| 22-11116 | FTX (Gibraltar) Ltd | Dotcom | - |

(1) Disbursements are translated into USD at the time of payment

# II. Disbursements thru 1/31[(1)] – Dotcom



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11099 | FTX Equity Record Holdings Ltd | Dotcom | - |
| 22-11117 | FTX Canada Inc | Dotcom | - |
| 22-11145 | FTX EMEA Ltd | Dotcom | - |
| 22-11101 | FTX Hong Kong Ltd | Dotcom | - |
| 22-11103 | FTX Japan Services KK | Dotcom | - |
| 22-11119 | FTX Products (Singapore) Pte Ltd | Dotcom | - |
| 22-11076 | FTX Property Holdings Ltd | Dotcom | - |
| 22-11124 | FTX Zuma Ltd | Dotcom | - |
| 22-11173 | GG Trading Terminal Ltd | Dotcom | - |
| 22-11125 | Global Compass Dynamics Ltd | Dotcom | - |
| 22-11128 | Innovatia Ltd | Dotcom | - |
| 22-11151 | Liquid Financial USA Inc | Dotcom | - |
| 22-11086 | Liquid Securities Singapore Pte Ltd | Dotcom | - |
| 22-11152 | LiquidEX LLC | Dotcom | - |
| 22-11077 | LT Baskets Ltd | Dotcom | - |
| 22-11088 | Mangrove Cay Ltd | Dotcom | - |
| 22-11091 | Quoine India Pte Ltd | Dotcom | - |
| 22-11095 | Technology Services Bahamas Limited | Dotcom | - |
| 22-11097 | West Innovative Barista Ltd | Dotcom | - |
| 22-11098 | Western Concord Enterprises Ltd | Dotcom | - |
| | Total Dotcom Silo Disbursements[(1)] | $ | 2,888,075 |

# II. Disbursements thru 1/31[1] – WRS



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11183 | West Realm Shires Inc | WRS | $ 12,119,944 |
| 22-11071 | West Realm Shires Services Inc. | WRS | 622,068 |
| 22-11174 | Good Luck Games, LLC | WRS | 44,371 |
| 22-11115 | Digital Custody Inc | WRS | - |
| 22-11143 | FTX Digital Assets LLC | WRS | - |
| 22-11167 | FTX Lend Inc | WRS | - |
| 22-11168 | FTX Marketplace, Inc | WRS | - |
| 22-11171 | FTX US Services, Inc | WRS | - |
| 22-11149 | FTX US Trading, Inc | WRS | - |
| 22-11127 | Hawaii Digital Assets Inc | WRS | - |
| 22-11073 | Ledger Holdings Inc | WRS | - |
| 22-11090 | Pioneer Street Inc | WRS | - |
| 22-11072 | West Realm Shires Financial Services Inc | WRS | - |
| | Total WRS Silo Disbursements[1] | | $ 12,786,383 |

(1) Disbursements are translated into USD at the time of payment

# II. . Disbursements thru 1/31[1] – Ventures



| Case No. | Debtor Name | Silo | January 2023 |
|----------|-------------|------|-------------:|
| 22-11070 | Clifton Bay Investments LLC | Ventures | $ 133,333 |
| 22-11162 | Cedar Grove Technology Services, Ltd | Ventures | - |
| 22-11111 | Clifton Bay Investments Ltd | Ventures | - |
| 22-11172 | FTX Ventures Ltd | Ventures | - |
| 22-11176 | Hilltop Technology Services LLC | Ventures | - |
| 22-11129 | Island Bay Ventures Inc | Ventures | - |
| 22-11089 | Paper Bird Inc | Ventures | - |
| | Total Venture Silo Disbursements[1] | $ | 133,333 |

(1) Disbursements are translated into USD at the time of payment

# II. . Disbursements thru 1/31$^{(1)}$ – Not Siloed



| Case No. | Debtor Name | Silo | | January 2023 |
|----------|-------------|------|---|--------------|
| 22-11139 | Deck Technologies Inc | None | $ | 102,713 |
| 22-11138 | Deck Technologies Holdings LLC | None | | - |
| | Total Not Siloed Entities Disbursements$^{(1)}$ | | $ | 102,713 |

# II. Cash Update – Bank Balances as of 1/31



| | Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| **Cash Balances by Silo** | **Unrestricted** | **Custodial**[1] | **Other Restricted** | **Total Cash** |
| Debtor Accounts | | | | |
| Alameda | $    446,268,903 | $    28,877,782 | $    - | $    475,146,685 |
| Dotcom | 145,766,742 | 132,267,357 | 4,000,000 | 282,034,099 |
| WRS | 621,586,423 | 25,557,083 | 1,270,700 | 648,414,206 |
| Ventures | 8,831,399 | - | - | 8,831,399 |
| Not Siloed[2] | 159,553 | - | - | 159,553 |
| **Total Debtor Accounts** | **$    1,222,613,021** | **$    186,702,222** | **$    5,270,700** | **$    1,414,585,943** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein
(2) Represents bank account at Deck Technologies, Inc., a Debtor entity that is not in a Silo

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Alameda Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Alameda Research Ltd | $ 343,950,483 | $ 28,076,271 | $ - | $ 372,026,755 |
| Alameda Research LLC | 81,642,458 | 635 | - | 81,643,093 |
| Alameda Research KK | 16,242,433 | - | - | 16,242,433 |
| LedgerPrime Digital Asset Opportunities Master Fund LP | 2,763,839 | - | - | 2,763,839 |
| Maclaurin Investments Ltd. | 1,343,347 | - | - | 1,343,347 |
| North Dimension Inc | - | 800,875 | - | 800,875 |
| Cottonwood Grove Ltd | 311,191 | - | - | 311,191 |
| Ledger Prime LLC | 10,755 | - | - | 10,755 |
| LedgerPrime Digital Asset Opportunities Fund, LLC | 4,397 | - | - | 4,397 |
| Hive Empire Trading Pty Ltd | - | - | - | - |
| Goodman Investments Ltd. | - | - | - | - |
| Alameda Aus Pty Ltd | - | - | - | - |
| Alameda Global Services Ltd | - | - | - | - |
| Alameda Research (Bahamas) Ltd | - | - | - | - |
| Alameda Research Holdings Inc. | - | - | - | - |
| Alameda Research Pte Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

13

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Alameda Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Alameda Research Yankari Ltd | $ - | $ - | $ - | $ - |
| Alameda TR Ltd | - | - | - | - |
| Alameda TR Systems S de RL | - | - | - | - |
| Atlantis Technology Ltd | - | - | - | - |
| Blue Ridge Ltd | - | - | - | - |
| Cardinal Ventures Ltd | - | - | - | - |
| Cedar Bay Ltd | - | - | - | - |
| Cottonwood Technologies Ltd | - | - | - | - |
| Euclid Way Ltd | - | - | - | - |
| Hannam Group Inc | - | - | - | - |
| Killarney Lake Investments Ltd | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | - | - | - | - |
| LedgerPrime Ventures, LP | - | - | - | - |
| North Dimension Ltd | - | - | - | - |
| North Wireless Dimension Inc | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 1/31



| | Alameda Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| **Cash Balances by Entity** | **Unrestricted** | **Custodial**[1] | **Other Restricted** | **Total Cash** |
| Strategy Ark Collective Ltd | $               - | $               - | $               - | $               - |
| Verdant Canyon Capital LLC | - | - | - | - |
| **Total Alameda Debtor Accounts** | $     446,268,903 | $     28,877,782 | $               - | $     475,146,685 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

15

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| FTX Japan K.K. | $  127,798,628 | $  56,421,882 | $  - | $  184,220,510 |
| FTX EU Ltd | 1,316,696 | 50,453,528 | - | 51,770,224 |
| FTX Trading Ltd | 3,424,210 | 19,541,709 | - | 22,965,919 |
| Quoine Pte Ltd | 3,356,908 | 5,850,238 | - | 9,207,146 |
| FTX Exchange FZE | 1,164,426 | - | 4,000,000 | 5,164,426 |
| Quoine India Pte Ltd | 3,235,769 | - | - | 3,235,769 |
| FTX Europe AG | 1,735,036 | - | - | 1,735,036 |
| Zubr Exchange Ltd | 1,049,094 | - | - | 1,049,094 |
| FTX Japan Services KK | 815,496 | - | - | 815,496 |
| FTX Japan Holdings K.K. | 682,154 | - | - | 682,154 |
| Quoine Vietnam Co. Ltd | 484,966 | - | - | 484,966 |
| FTX Crypto Services Ltd. | 307,230 | - | - | 307,230 |
| FTX Digital Holdings (Singapore) Pte Ltd | 258,882 | - | - | 258,882 |
| FTX Trading GmbH | 77,810 | - | - | 77,810 |
| Innovatia Ltd | 41,387 | - | - | 41,387 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

16

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| FTX Switzerland GmbH | $ 17,045 | $ - | $ - | $ 17,045 |
| Crypto Bahamas LLC | 500 | - | - | 500 |
| Blockfolio, Inc. | 505 | - | - | 505 |
| Liquid Securities Singapore Pte Ltd | - | - | - | - |
| FTX Property Holdings, Ltd | - | - | - | - |
| FTX Services Solutions Ltd | - | - | - | - |
| FTX Structured Products AG | - | - | - | - |
| FTX Certificates GmbH | - | - | - | - |
| Allston Way Ltd | - | - | - | - |
| Analisya Pte Ltd | - | - | - | - |
| Bancroft Way Ltd | - | - | - | - |
| DAAG Trading, DMCC | - | - | - | - |
| Deep Creek Ltd | - | - | - | - |
| FTX (Gibraltar) Ltd | - | - | - | - |
| FTX Canada Inc | - | - | - | - |
| FTX EMEA Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of January 31, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| FTX Equity Record Holdings Ltd | $ - | $ - | $ - | $ - |
| FTX Hong Kong Ltd | - | - | - | - |
| FTX Products (Singapore) Pte Ltd | - | - | - | - |
| FTX Zuma Ltd | - | - | - | - |
| GG Trading Terminal Ltd | - | - | - | - |
| Global Compass Dynamics Ltd | - | - | - | - |
| Liquid Financial USA Inc | - | - | - | - |
| LiquidEX LLC | - | - | - | - |
| LT Baskets Ltd | - | - | - | - |
| Mangrove Cay Ltd | - | - | - | - |
| Technology Services Bahamas Limited | - | - | - | - |
| West Innovative Barista Ltd | - | - | - | - |
| Western Concord Enterprises Ltd | - | - | - | - |
| **Total Dotcom Debtor Accounts** | $ 145,766,742 | $ 132,267,357 | $ 4,000,000 | $ 282,034,099 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

18

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | WRS Debtor Bank Account Balances as of January 31, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| West Realm Shires Inc. | $ 620,765,457 | $ - | $ - | $ 620,765,457 |
| West Realm Shires Services Inc. | 57,371 | 25,557,083 | 1,270,700 | 26,885,154 |
| FTX Digital Assets LLC | 500,000 | - | - | 500,000 |
| West Realm Shires Financial Services Inc. | 225,714 | - | - | 225,714 |
| Ledger Holdings Inc. | 35,257 | - | - | 35,257 |
| Digital Custody Inc. | 2,250 | - | - | 2,250 |
| FTX Lend Inc. | 238 | - | - | 238 |
| Good Luck Games, LLC | 95 | - | - | 95 |
| Hawaii Digital Assets Inc. | 40 | - | - | 40 |
| FTX Marketplace, Inc | - | - | - | - |
| FTX US Services, Inc | - | - | - | - |
| FTX US Trading, Inc | - | - | - | - |
| Pioneer Street Inc | - | - | - | - |
| **Total WRS Debtor Accounts** | **$ 621,586,423** | **$ 25,557,083** | **$ 1,270,700** | **$ 648,414,206** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 1/31



| Cash Balances by Entity | Ventures Debtor Bank Account Balances as of January 31, 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | | Custodial[1] | | Other Restricted | | Total Cash | |
| Clifton Bay Investments LLC | $ | 8,830,465 | $ | - | $ | - | $ | 8,830,465 |
| FTX Ventures Ltd | | 542 | | - | | - | | 542 |
| Paper Bird Inc | | 393 | | - | | - | | 393 |
| Clifton Bay Investments Ltd | | - | | - | | - | | - |
| Cedar Grove Technology Services, Ltd | | - | | - | | - | | - |
| Island Bay Ventures Inc | | - | | - | | - | | - |
| **Total Ventures Debtor Accounts** | $ | 8,831,399 | $ | - | $ | - | $ | 8,831,399 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 1/31



| | Not Siloed Debtor Bank Account Balances as of January 31, 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Cash Balances by Entity** | | **Unrestricted** | | **Custodial**[(1)] | | **Other Restricted** | | **Total Cash** |
| Deck Technologies Inc. | $ | 159,553 | $ | - | $ | - | $ | 159,553 |
| Deck Technologies Holdings LLC | | - | | - | | - | | - |
| **Total Not Siloed Debtor Accounts** | $ | **159,553** | $ | **-** | $ | **-** | $ | **159,553** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

21

# III. Assets Sold or Transferred



Through January 2023, no assets were sold or transferred outside of ordinary course of business

| Consolidated Asset Sales Across All Silos | Petition Date Through 1/31/20203 |
|---|---|
| Total cash sale price for assets | - |
| Total payments to third parties incident to assets | - |
| Net Proceeds | - |

# IV. Professional Fees & Expenses



Through January 2023, no bankruptcy professional fees were paid

| Debtor's Professional Fees & Expenses (Bankruptcy) | | | | | |
|---|---|---|---|---|---|
| **Firm Name** | **Role** | **Approved Current Month** | **Approved Cumulative** | **Paid Current Month** | **Paid Cumulative** |
| | | - | - | - | - |
| | Aggregate Total | - | - | - | - |

# IV. Professional Fees & Expenses



Through January 2023, no nonbankruptcy professional fees were paid

| Debtor's Professional Fees & Expenses (Nonbankruptcy) | | | | | |
|---|---|---|---|---|---|
| **Firm Name** | **Role** | **Approved Current Month** | **Approved Cumulative** | **Paid Current Month** | **Paid Cumulative** |
| | | - | - | - | - |
| | Aggregate Total | - | - | - | - |

# V. Summary of Taxes Paid[1]



| Consolidated Taxes Paid Across All Silos | January 2023 |
|---|---:|
| Postpetition income taxes paid (local, state, and federal) | - |
| Postpetition employer payroll taxes paid | 276,372 |
| Postpetition property taxes paid | - |
| Postpetition other taxes paid (local, state, and federal) | - |
| Total Postpetition Taxes Paid | $ 276,372 |

# IV. Questionnaire



| FTX Trading Ltd. Case No. 22-11068 (JTD) | |
| --- | --- |
| Were any payments made on prepetition debts[1]? | Yes |
| Were any payments made outside the ordinary course of business without court approval? | No |
| Were any payments made to or on behalf of insiders? | Yes[2] |
| Are you current on postpetition tax return filings? | Yes |
| Are you current on Postpetition estimated tax payments? | Yes |
| Were all trust fund taxes remitted on a current basis? | Yes |
| Was there any postpetition borrowing, other than trade credit? | No |
| Were all payments made to or on behalf of professionals approved by the court? | N/A |
| Do the Debtors Have: | |
| Worker's compensation insurance?[3] | Yes |
| If yes, are the premiums current? | Yes |
| Casualty/property insurance?[3] | Yes |
| If yes, are the premiums current? | Yes |
| General liability insurance?[3] | Yes |
| If yes, are the premiums current? | Yes |
| Has a plan of reorganization been filed with the court? | No |
| Has a disclosure statement been filed with the court? | No |
| Are the Debtors current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes |

(1)  Certain prepetition payments were made in accordance with bankruptcy court orders allowing such payments
(2)  Insider payments were made in the ordinary course of business and do not include any payments to the founders or their relatives
(3)  Insurance is being evaluated across the entities and deficiencies are being addressed where identified