# EXHIBIT A

**Quarterly Statement**

{1368.002-W0070154.}

**Ordinary Course Professionals List Subject to Tier 1 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Anderson Mori & Tomotsune | $0 | Japanese local counsel providing support regarding Japanese local law |
| Antis Triantafyllides & Sons LLC | $0 | Cyprus local counsel providing support regarding Cyprus local law |
| BlackOak LLC | $0 | Singapore local counsel providing support regarding Singapore local law |
| Covington & Burling LLP | $0 | Pool counsel |
| King & Wood Mallesons | $0 | Hong Kong local counsel providing support regarding Hong Kong local law |
| Lenz & Staehelin | $0 | Switzerland local counsel providing support regarding Switzerland local law |
| Peter D. Maynard, Counsel & Attorneys | $0 | Bahamas local counsel providing support regarding Bahamas local law |
| Walkers (Cayman) LLP | $0 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law |

**Ordinary Course Professionals List Subject to Tier 2 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Clayton Utz | $0 | Australia local counsel providing support regarding Australia local law |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $0 | Turkey local counsel providing support regarding Turkey local law |
| Lowenstein Sandler LLP | $0 | Counsel on broker dealer matters |
| McCarthy Tétrault LLP | $0 | Canada local counsel providing support regarding Canada local law |
| Thomas, John & Weste | $0 | Antigua local counsel providing support regarding Antigua local law |

**Ordinary Course Professionals List Subject to Tier 3 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $0 | Indonesia local counsel providing support regarding Indonesia local law |
| Anthony Waddy Astaphan | $0 | Antigua local counsel providing support regarding Antigua local law |
| Appleby | $0 | Seychelles local counsel providing support regarding Seychelles local law |
| Arias, Fábrega & Fábrega | $0 | Panama local counsel providing support regarding Panama local law |
| Arthur Cox LLP | $0 | Ireland local counsel providing support regarding Ireland local law |
| Bowmans | $0 | South Africa local counsel providing support regarding South Africa local law |
| Gorriceta Africa Cauton & Saavedra | $0 | Philippines local counsel providing support regarding Philippines local law |
| Harney Westwood & Riegels LLP | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law |
| Hadef & Partners LLC | $0 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law |
| Kim & Chang | $0 | South Korea local counsel providing support regarding South Korea local law |
| Lexcomm Vietnam LLC | $0 | Vietnam local counsel providing support regarding Vietnam local law |
| Link Partners Law Firm | $0 | Japanese local counsel providing support regarding Japan local law |
| Olaniwun Ajayi LP | $0 | Nigeria local counsel providing support regarding Nigeria local law |
| Schurti Partners Attorneys at Law Ltd | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law |
| Shardul Amarchand Mangaldas & Co | $0 | India local counsel providing support regarding India local law |
| TSN Limited | $0 | Gibraltar local counsel providing support regarding Gibraltar local law |