# Exhibit B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
|     Debtors. | (Jointly Administered) |
| | **Ref. Nos. 625, 626 & 627** |

**ORDER (A) AUTHORIZING THE DEBTORS TO FILE CERTAIN
DISCLOSURE SCHEDULES TO THE FORM STOCK PURCHASE AGREEMENT
UNDER SEAL AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") authorizing the Debtors to file the Confidential Information in the Disclosure Schedules to the Form Purchase Agreement ~~under seal~~relating to the Embed Business (the "Disclosure Schedules") under seal; and a publicly viewable redacted version of the Disclosure Schedules having been filed in these cases at Dkt. No. 625; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is

---

[1]   The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

necessary; and objections (if any) to relief on the Motion having been withdrawn, resolved or

overruled on the merits; and upon the record of the hearing and all of the proceedings had before

this Court; and this Court having found and determined that the legal and factual bases set forth

in the Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.        The Motion is GRANTED as set forth herein.

2.        The Debtors are authorized to file ~~the~~ those portions of the Disclosure

Schedules that were redacted in Dkt. No. 625 (the "Confidential Information") under seal.

3.        Absent further order of the Court, the Confidential Information shall

remain under seal and not be made available to anyone except for the Court, the U.S. Trustee and

counsel to the Committee.

4.         The Debtors may rely on this Order as needed in connection with the

filing of the Confidential Information with respect to any other purchase agreements or related

Disclosure Schedules in connection with the sale of the Embed Business.

5.        The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.        The Debtors are authorized and empowered to execute and deliver such

documents, and to take and perform all actions necessary to implement and effectuate the relief

granted in this Order.

7.      This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.

Dated: ~~_____~~ March___, 2023
        Wilmington, Delaware                    _____
                                                The Honorable John T. Dorsey
                                                United States Bankruptcy Judge

Document comparison by Workshare 9.5 on Thursday, March 2, 2023 1:12:29 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\wdox\LRCDocs\1368\002\PLED\~VER\1\W0069955.DOCX |
| Description | W0069955 |
| Document 2 ID | file://S:\wdox\LRCDocs\1368\002\PLED\W0069955.DOCX |
| Description | W0069955 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 10 |