**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **FTX TRADING LTD., et al.,** | ) | **Case No. 22-11068 (JTD)** |
|  | ) |  |
| Debtors. | ) | **Jointly Administered** |
|  | ) |  |
|  | ) |  |

## <u>REQUEST FOR SPECIAL NOTICE</u>

    **PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any

and all proceedings in the above captioned case be given to its attorneys and such notice should

be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: March 4, 2023           **Respectfully Submitted,**
        Lake Success, New York

                  By:        /s/ Amish R. Doshi
                        Amish R. Doshi, Esq.
                  **DOSHI LEGAL GROUP, P.C.**
                  1979 Marcus Avenue, Suite 210E
                  Lake Success, NY 11042
                  Tel (516) 622-2335
                  E-Mail:     amish@doshilegal.com

                  **Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **FTX TRADING LTD., et al.,** | ) | **Case No. 22-11068 (JTD)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on March 4, 2023, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail.  In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

 /s/ Amish R. Doshi
Amish R. Doshi

## SERVICE LIST

**BY ECF**

| | |
|---|---|
| Juliette Sarkessian, Esq.<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS ROTH & COBB, LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |

**BY REGULAR MAIL**

| | |
|---|---|
| Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq<br>SULLIVAN & CROMWELL, LLP<br>125 Broad Street<br>New York, New York 10004 | |