## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **FTX TRADING LTD., et al.,** | ) | **Case No. 22-11068 (JTD)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **LedgerX Sale Hearing: March 13, 2023 (no time provided)** |
| | ) | **Embed Sale Hearing: March 20, 2023 (no time provided)** |
| | ) | **Objection Deadline LedgerX Business: March 6, 2023** |
| | ) | **Objection Deadline Embed Business: March 13, 2023** |
| | ) | |

### CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on March 6, 2023, I served a copy of *Oracle's Limited Objection To And Reservation Of Rights Regarding (1) Motion Of Debtors For Entry Of An Order (I) Approving The Sale(S) Free And Clear Of Liens, Claims, Interests And Encumbrances And (B) Authorizing Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (2) Notice Of Proposed Assumption And Assignment Of Executory Contracts Or Unexpired Leases And Cure Amount* on the parties listed on the attached Service List via service as indicated.

    /s/ James E. Huggett
James E. Huggett (#3956)

# SERVICE LIST

## BY ECF

| | |
|---|---|
| Juliette Sarkessian, Esq.<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>LANDIS ROTH & COBB, LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | |

## BY REGULAR MAIL

| | |
|---|---|
| Andrew G. Dietderich, Esq.<br>Mitchell S. Eitel, Esq.<br>Audra D. Cohen, Esq.<br>Stephen M. Salley, Esq.<br>SULLIVAN & CROMWELL, LLP<br>125 Broad Street<br>New York, New York 10004 | Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Erez E. Gilad, Esq.<br>PAUL HASTING, LLP<br>200 Park Avenue<br>New York, New York 10166 |
| Sabrina Espinal, Esq.<br>SAUL EWING, LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | |