# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                    Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Andrew R. Vara, United States Trustee for Region 3

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding.<br>❑ Plaintiff<br>❑ Defendant<br>❑ Other (describe) _____ | For appeals in a bankruptcy case and not in an adversary proceeding.<br>❑ Debtor<br>❑ Creditor<br>❑ Trustee<br>☑ Other (describe) United States Trustee, Region 3 |
|---|---|

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    Order Denying Motion for the Appointment of an Examiner (D.I. 746), a copy of which is attached hereto as Exhibit A.

2. State the date on which the judgment, order, or decree was entered:    February 21, 2023

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: FTX Trading Ltd., et al.

    Attorney: Adam G. Landis, Esquire
    Landis Rath & Cobb LLP
    919 Market Street, Suite 1800
    Wilmington, DE 19801
    Telephone: (302) 467-4400
    Facsimile: (302) 467-4450

    -and-

    James L. Bromley, Esquire
    Sullivan & Cromwell LLP
    125 Broad Street
    New York, NY 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588

2. Party: Official Committee of Unsecured Creditors

    Attorney: Robert F. Poppiti, Jr., Esquire
    Young Conaway Stargatt & Taylor, LLP
    1000 North King Street
    Wilmington, DE 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    -and-

    Kristopher M. Hansen, Esquire
    Paul Hastings LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6000
    Facsimile: (212) 319-4090

3. Party: Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)

    Attorney: J. Christopher Shore, Esquire
    White & Case LLP
    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 819-8200

    -and-

                                                                                Kevin Gross, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

4. Party: State of Wisconsin
   Department of Financial Institutions

   Attorney: Michael D. Morris, Esquire
   Wisconsin Department of Justice
   Post Office Box 7857
   Madison, WI 53707
   Telephone: (608) 266-3936
   Facsimile:  (608) 294-2907

5. Party: State of Vermont
   Department of Financial Regulation

   Attorney: Jennifer Rood, Esquire
   Vermont Dept. of Fin. Reg.
   89 Main Street, Third Floor
   Montpelier, VT 05620
   Telephone: (802) 828-5672

6. Party: State of Texas
   Texas State Securities Board
   Texas Department of Banking

   Attorney: Roma N. Desai, Esquire
   Office of the Attorney General
       of Texas
   Bankruptcy & Collections Division
   P.O. Box 12548 MC008
   Austin, TX 78711-2548
   Telephone: (512) 463-2173
   Facsimile:  (512) 936-1409

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

 */s/ Juliet M. Sarkessian, Esquire*
Signature of attorney for appellant

Name, address, and telephone number of attorney:

Juliet M. Sarkessian
Trial Attorney
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

        -and-

David Gerardi
Trial Attorney
Robert J. Schneider, Jr.
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov
robert.j.schneider@usdoj.gov

        -and-

Executive Office for United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 25530
Telephone:  (202) 307-1399
Facsimile:   (202) 307-2397

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Date:  March 6, 2023