# EXHIBIT 1[1]

**Contracts**

---

[1] An unredacted version of Exhibit 1 is filed under seal at D.I. 738.

{1368.002-W0070156.}

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address[1] | Description of Agreement |
|---|---|---|---|
| ABG-SHAQ, LLC | West Realm Shires Services Inc. | c/o Authentic Brands Group, LLC<br>1411 Broadway, 21st Floor<br>New York, NY 10018<br>Attn: Legal Department<br>Email: legaldept@authenticbrands.com<br>Facsimile Number: (212) 760-2419 | Endorsement Agreement, dated as of March 25, 2022 |
| Cal Bears Sports Properties, LLC | Blockfolio, Inc. | Cal Bears Sports Properties, LLC<br>2227 Piedmont Avenue<br>Berkeley, CA 94720<br>Attn: General Manager/Vice President<br><br>with a copy to:<br><br>Learfield IMG College/Cal Bears Sports Properties<br>2400 Dallas Parkway, Suite 500<br>Plano, TX 75093<br>Attn: Legal Department | Naming Rights and Corporate Sponsorship Agreement, dated as of August 5, 2021 |
| [NAME ON FILE] | West Realm Shires Inc. | [ADRESS ON FILE] | Sponsorship Agreement, dated as of August 18, 2021 |
| [NAME ON FILE], on behalf of the Ice Coffee Hour | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of February 1, 2022 |
| [NAME ON FILE], on behalf of Stephan Real Estate Inc. | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of March 29, 2022 |
| NAME ON FILE | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Partnership and Endorsement Services Agreement, dated as of October 18, 2021 |

---

[1] Addresses and e-mail addresses of creditors who are natural persons and names, addresses and e-mail addresses of customers are redacted in accordance with the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545].

| **Non-Debtor Counterparty** | **Debtor Counterparty** | **Non-Debtor Counterparty Address[1]** | **Description of Agreement** |
|---|---|---|---|
| Desert Palace LLC, d/b/a Caesars Palace | West Realm Shires Services Inc. | 1 Caesars Palace Drive<br>Las Vegas, NV 89109<br>Attn: Abby Hobbs, Director of Sales<br>Email: ahobbs@caesars.com<br><br>with a copy to:<br><br>Email: mcerrato@caesars.com<br>Email: sbailey@caesars.com | Letter of Agreement, dated as of October 6, 2022 |
| [NAME ON FILE] | Blockfolio, Inc. | [ADDRESS ON FILE] | Pledge Agreement, dated as of August 11, 2021 |
| Fortune Media Inc., d/b/a OpenFortune | West Realm Shires Services Inc. | 244 Madison Avenue, Suite 1552<br>New York, NY 10016<br>Attn: Shawn Porat, Chief Fortune Officer<br>Email: shawn@openfortune.com | Sponsorship Agreement, dated as of August 4, 2021 |
| GCKM LLP | Crypto Bahamas LLC | GCKM LLP<br>c/o CC Young & Co LTD Chancery House 53-64<br>Chancery Lane, 4th Floor, East Wing<br>London, WC2A 1QS<br>United Kingdom | Performance Contract, dated as of June 28, 2022 |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address[1] | Description of Agreement |
|---|---|---|---|
| Latte Larry Inc. | West Realm Shires Services Inc. | Latte Larry Inc.<br>c/o Level Four Business Management LLC<br>11812 San Vincente Boulevard, 4th Floor<br>Los Angeles, CA 90049<br>Attn: Matt Lichtenberg<br>Email: matt@levelfourllc.com<br><br>with a copy to:<br><br>William Morris Endeavor<br>9601 Wilshire Boulevard<br>Beverly Hills, CA 90210<br>Attn: Mari Layne<br>Email: MLayne@WMEAgency.com<br><br>Willkie Farr & Gallagher LLP<br>2029 Century Park East, 34th Floor<br>Los Angeles, CA 90067<br>Attn: Alan Epstein, Esq.<br>Email: aepstein@willkie.com | Partnership and Endorsement Services Agreement, dated as of January 5, 2022 |
| Ledger and Cobie Enterprises | Blockfolio, Inc. | [ADDRESS ON FILE] | Media Services Agreement, dated on or about May 5, 2021 |
| [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Mutual Services Agreement, dated as of August 21, 2022 |
| Laureus/NO Play Academy and [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE]<br><br>Laureus Sport For Good Foundation<br>460 Fulham Road<br>London SW6 1BZ<br>United Kingdom<br>Email: accounts@laureus.com | Gift Agreement, dated as of March 16, 2022 |
| Lunch Money Group Inc. | West Realm Shires Services Inc. | 222 East 44th Street, Suite 20G<br>New York, NY 10017 | Podcast Sponsorship Agreement, dated as of January 3, 2022 |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address[1] | Description of Agreement |
|---|---|---|---|
| MMBOC, LLC | Blockfolio, Inc. | MMBOC, LLC<br>c/o Excel Sports Management<br>1700 Broadway, 29th Floor<br>New York, NY 10019<br>Attn: Alan Zucker<br>Email: alan@excelsm.com<br><br>With a copy to:<br><br>UBS Financial Services, Inc.<br>225 108th Ave NE, Suite 800<br>Bellevue, WA 98004<br>Attn: Stacy Oster | Endorsement Services Agreement, dated as of March 5, 2021 |
| [NAME ON FILE] | FTX Trading Ltd. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of August 10, 2021 |
| [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Partnership and Endorsement Services Agreement, dated as of March 16, 2022 |
| [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of March 28, 2022 |
| NerdWallet, Inc. | West Realm Shires Services Inc. | NerdWallet, Inc.<br>55 Hawthorne Street, 11th Floor<br>San Francisco, CA 94105 | Partner Referral Agreement, dated as of April 13, 2022 |
| Ohana Experience, LLC | West Realm Shires Services Inc. | Ohana Experience, LLC<br>2437 E Cobblestone Way<br>Sandy, UT 84093<br>Attn: Brandon Doyle<br>Email: brandon@ohanax.com | Sponsorship Agreement, dated as of September 13, 2022 |
| [NAME ON FILE] | Blockfolio, Inc. | [ADDRESS ON FILE] | Partnership and Endorsement Services Agreement, dated as of August 6, 2021 |
| [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of March 11, 2022 |
| [NAME ON FILE] | West Realm Shires Services Inc. | [ADDRESS ON FILE] | Sponsorship Agreement, dated as of March 8, 2022 |

5

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address[1] | Description of Agreement |
|---|---|---|---|
| [NAME ON FILE] | FTX Trading Ltd. | [ADDRESS ON FILE] | Term Sheet, dated on or about December 8, 2021 |