## EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from February 1, 2023 through February 28, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from February 1, 2023 through February 28, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. Mr. Ray and the Debtors' other officers, appointed by Mr. Ray, are operating the company, overseeing all contractual relationships, investigations and approximately 400 investments of the Debtors, responsible for all banking transactions, reviewing all non-debtor assets and approving all materials decisions of the Debtors and its professionals, resulting in a massive volume of emails, phone calls, zoom meetings and in-person meetings. On a daily basis, Mr. Ray is in contact with dozens of the Debtors' professionals, employees, the Committee's professionals and other parties-in-interest and responding to numerous inquiries from various firms to coordinate efforts in the Debtors' global restructuring.

2. As described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

  (a) <u>Implementation of Controls</u>: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

  (b) <u>Asset Protection & Recovery</u>: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

  (c) <u>Transparency and Investigation</u>: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

  (d) <u>Efficiency and Coordination</u>:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

  (e) <u>Maximization of Value</u>:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

  2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' professionals on these five objectives.  This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Turkey, Europe and other locations throughout the world and managed cash, data and systems related issues with respect to all Debtors.  Mr. Ray provided oversight related to the Debtors' public relations and communications plans as well.

  3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In addition, Mr. Ray attended and testified in Bankruptcy Court in the connection with the U.S. Trustee's motion to appoint an examiner.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| February 1, 2023 – February 28, 2023 | $305,565.00 | $2,286.23 | $307,851.23 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $1,400.00 |
| Travel – Airfare | $225.10 |
| Travel – Transportation (other) | $565.61 |
| Travel – Meals | $0.00 |
| Other Expenses | $65.52 |
| **Total Amount for Period:** | **$2,286.23** |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 239.8 | $311,740.00 |
| | **50% adjustment for non-working travel:** | | 9.5 | ($6,175.00) |
| | **Total Amount for Period:** | | | $305,565.00 |

3

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/1/23 | Customer entitlements deck review and comments | John J. Ray III | 1.8 | $2,340.00 |
| 2/1/23 | Review of European legal and financial issues related to EU exchange and Cyprus | John J. Ray III | 1.5 | $1,950.00 |
| 2/1/23 | Review of payments to foreign vendors, ordinary course professionals, and administrative expenses | John J. Ray III | 0.5 | $650.00 |
| 2/1/23 | Review of Kroll web site posting contents | John J. Ray III | 0.3 | $390.00 |
| 2/1/23 | Reviewing investment summaries and developing issues and actions list re Ventures portfolio matters | John J. Ray III | 1.8 | $2,340.00 |
| 2/1/23 | Employee communications re Japan | John J. Ray III | 0.5 | $650.00 |
| 2/1/23 | Japan matters re customer funds, review of information to be published and internal process related to security | John J. Ray III | 1.5 | $1,950.00 |
| 2/1/23 | Insurance matters related to correspondence from broker and ongoing maintenance of insurance; review cyber information needed and follow up | John J. Ray III | 0.5 | $650.00 |
| 2/1/23 | New FTX task force review work allocation among professionals | John J. Ray III | 0.5 | $650.00 |
| 2/1/23 | Retention matters re professionals; review ongoing scope and invoicing | John J. Ray III | 0.5 | $650.00 |
| 2/2/23 | Japan matters re communications and restart for withdrawals | John J. Ray III | 1.8 | $2,340.00 |
| 2/2/23 | Review of materials showing transfers related to targets re avoidance action matters | John J. Ray III | 1.8 | $2,340.00 |
| 2/2/23 | 2/6 Bankruptcy hearing preparation of review of privileged material from J. Bromley (S&C) | John J. Ray III | 3.5 | $4,550.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/2/23 | Review of tax materials from J. Scott (EY) and T. Shea (EY) re work plan and processes for compliance | John J. Ray III | 1.0 | $1,300.00 |
| 2/2/23 | Venture portfolio issues and review (1.25), response to inquiries from S. Wasif (PWP) (.25) | John J. Ray III | 1.5 | $1,950.00 |
| 2/2/23 | Europe matters re sale process and review of open issues related to Europe entities | John J. Ray III | 0.8 | $1,040.00 |
| 2/2/23 | Review and approve cash flow forecast from J. Cooper (A&M) | John J. Ray III | 0.5 | $650.00 |
| 2/3/23 | 2/6 Bankruptcy hearing preparation, review of materials for hearing provided by J. Bromley (S&C) | John J. Ray III | 4.5 | $5,850.00 |
| 2/3/23 | Ventures matters and follow up with S. Wasif (PWP) re communications and strategy related to particular entities | John J. Ray III | 1.5 | $1,950.00 |
| 2/3/23 | Follow up with J. Cooper (A&M) re cash flow and expense forecast | John J. Ray III | 0.8 | $1,040.00 |
| 2/3/23 | Review of vendors work allocation and work stream management to avoid duplication related to avoidance actions and recoveries | John J. Ray III | 0.8 | $1,040.00 |
| 2/5/23 | Travel to Wilmington for bankruptcy hearing on 2/6 | John J. Ray III | 3.5 | $2,275.00 |
| 2/5/23 | Prepare for testimony for bankruptcy hearing on 2/6 | John J. Ray III | 8.5 | $11,050.00 |
| 2/6/23 | Bankruptcy hearing prep and attend 2/6 hearing | John J. Ray III | 6.0 | $7,800.00 |
| 2/6/23 | Travel from Wilmington to NYC to meet with S&C (A. Dietderich and others) | John J. Ray III | 2.0 | $1,300.00 |
| 2/6/23 | Prepare for and attend Board of Directors call | John J. Ray III | 1.5 | $1,950.00 |
| 2/6/23 | Follow up re UCC call with E. Mosely (A&M) and B. Bromberg (FTI) on various items including Japan and sale motion related to capital calls | John J. Ray III | 0.8 | $1,040.00 |
| 2/6/23 | Review of Europe matters re CM equity | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/6/23 | Review of materials related to targets of avoidance actions and related ventures | John J. Ray III | 3.5 | $4,550.00 |
| 2/7/23 | Attend meetings with S&C and A&M related to major matters pending | John J. Ray III | 1.0 | $1,300.00 |
| 2/7/23 | Attend calls and meetings with S&C and A&M related to various work streams; respond to emails from various S&C and A&M personnel | John J. Ray III | 1.0 | $1,300.00 |
| 2/7/23 | Board call and prep for same; follow up work related to Board discussions | John J. Ray III | 1.0 | $1,300.00 |
| 2/7/23 | Call with Turkey personnel | John J. Ray III | 0.8 | $1,040.00 |
| 2/7/23 | Meet with M. Giles (Embed) and follow up with N. Nussbaum (PWP) re same | John J. Ray III | 0.5 | $650.00 |
| 2/7/23 | Work related to FTX restart related to sub committees and work plan | John J. Ray III | 1.5 | $1,950.00 |
| 2/7/23 | Data management matter related to provision of information to JPL's | John J. Ray III | 0.8 | $1,040.00 |
| 2/7/23 | Banking matters oversight/review of cash positions | John J. Ray III | 0.8 | $1,040.00 |
| 2/7/23 | Customer balance matters related to review of A&M work product | John J. Ray III | 1.0 | $1,300.00 |
| 2/7/23 | Prepare for and attend UCC advisors call re Japan | John J. Ray III | 1.0 | $1,300.00 |
| 2/7/23 | Invoice approval and payment processes | John J. Ray III | 0.8 | $1,040.00 |
| 2/8/23 | Embed matters related to management and sale process | John J. Ray III | 1.8 | $2,340.00 |
| 2/8/23 | Travel from LGA from S&C meetings, to RSW | John J. Ray III | 4.0 | $2,600.00 |
| 2/8/23 | FTX restart; review of materials and task force call with PWP and other constituents | John J. Ray III | 1.0 | $1,300.00 |
| 2/8/23 | Review of Turkey matters related to various issues raised by S&C and Turkey personnel | John J. Ray III | 0.8 | $1,040.00 |
| 2/8/23 | Professional payment review and approvals for M. Cilia (RLKS) | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/8/23 | Review of requests from JPL re AWS matters related to Bahamas and respond to S. Coverick (A&M) | John J. Ray III | 1.3 | $1,690.00 |
| 2/8/23 | Review of survey bond matters deck with bonds and various information | John J. Ray III | 1.3 | $1,690.00 |
| 2/8/23 | Review UCC requests and addressing downloading issues related to the provision of data | John J. Ray III | 0.8 | $1,040.00 |
| 2/8/23 | NDA approval review for various bidders on LedgerX and Embed and respond to PWP regarding bidder requests | John J. Ray III | 1.3 | $1,690.00 |
| 2/9/23 | Embed matters related to sale and response to M. Giles (Embed) | John J. Ray III | 1.0 | $1,300.00 |
| 2/9/23 | AWS matters related to data sharing, respond to A&M (S. Coverick) re protocols | John J. Ray III | 0.8 | $1,040.00 |
| 2/9/23 | Case management matters related to follow up review of numerous open work streams | John J. Ray III | 3.5 | $4,550.00 |
| 2/9/23 | Ventures deep dive call with Board and PWP various personnel | John J. Ray III | 1.0 | $1,300.00 |
| 2/9/23 | Europe matters information from R. Gordon (A&M) | John J. Ray III | 0.5 | $650.00 |
| 2/9/23 | Board Call re LedgerX and Embed process, review of reports from PWP | John J. Ray III | 0.3 | $390.00 |
| 2/9/23 | Professional fees review of applications | John J. Ray III | 1.8 | $2,340.00 |
| 2/9/23 | Call with PWP and other professional (FTI/JPL) re FTX reboot | John J. Ray III | 1.0 | $1,300.00 |
| 2/10/23 | Japan matters related to withdrawal review and review of public material to be distributed | John J. Ray III | 1.5 | $1,950.00 |
| 2/10/23 | Board Meeting re entire venture portfolio (1.0) and follow up call with a Director re same (.8) | John J. Ray III | 1.8 | $2,340.00 |
| 2/10/23 | FTX task force call with PWP, FTI, JPL's and A&M | John J. Ray III | 1.0 | $1,300.00 |
| 2/10/23 | AWS matters regarding coordinating data access | John J. Ray III | 0.8 | $1,040.00 |

7

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/10/23 | Call re various legal matters with J. Bromley (S&C) | John J. Ray III | 0.5 | $650.00 |
| 2/10/23 | Case management, review of materials related to various subsidiaries, Turkey, EU and Japan | John J. Ray III | 3.5 | $4,550.00 |
| 2/10/23 | Review UCC materials for production to data site | John J. Ray III | 0.8 | $1,040.00 |
| 2/11/23 | Various administrative tasks related to management of the entirety of FTX | John J. Ray III | 1.5 | $1,950.00 |
| 2/11/23 | Review JPL report | John J. Ray III | 0.8 | $1,040.00 |
| 2/11/23 | Coordinate data sharing with the JPL's | John J. Ray III | 0.8 | $1,040.00 |
| 2/11/23 | Review materials related to cypress exchange and provide feedback | John J. Ray III | 1.5 | $1,950.00 |
| 2/11/23 | Review materials related to various avoidance actions | John J. Ray III | 1.5 | $1,950.00 |
| 2/11/23 | Follow up on Turkey matters related to open issues | John J. Ray III | 1.0 | $1,300.00 |
| 2/12/23 | LedgerX matters related to bidding; review of initial indications of interest | John J. Ray III | 0.3 | $390.00 |
| 2/12/23 | Turkey matters related to review of expenses and balance sheet | John J. Ray III | 1.0 | $1,300.00 |
| 2/12/23 | Review and manage work requests re data matters and imaging | John J. Ray III | 0.8 | $1,040.00 |
| 2/12/23 | Call with JPL re data | John J. Ray III | 0.3 | $390.00 |
| 2/12/23 | Surety bond matters; call with S&C and UCC regarding same | John J. Ray III | 0.8 | $1,040.00 |
| 2/12/23 | Tax matters update from EY | John J. Ray III | 0.3 | $390.00 |
| 2/12/23 | Review materials related to avoidance actions | John J. Ray III | 0.8 | $1,040.00 |
| 2/12/23 | Board matters communications to Board | John J. Ray III | 0.5 | $650.00 |
| 2/12/23 | Billing review of vendors and scope of work of assessments | John J. Ray III | 0.5 | $650.00 |
| 2/12/23 | Strategy review regarding management of digital assets | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/12/23 | Review materials related to various work streams including sale processes (2.3), NDA review (1.0) and execution, communications | John J. Ray III | 3.3 | $4,290.00 |
| 2/12/23 | Review updated information re Venture portfolio | John J. Ray III | 0.5 | $650.00 |
| 2/14/23 | Review of open work streams for debtor sale processes | John J. Ray III | 0.5 | $650.00 |
| 2/14/23 | Call with leadership team, professionals call to coordinate work | John J. Ray III | 1.0 | $1,300.00 |
| 2/14/23 | Board preparation and call with Board of Directors | John J. Ray III | 1.8 | $2,340.00 |
| 2/14/23 | Reorganization task force call with UCC, PWP, JPL | John J. Ray III | 0.8 | $1,040.00 |
| 2/14/23 | Review of customer claims, assets and intercompany claims | John J. Ray III | 1.8 | $2,340.00 |
| 2/14/23 | Administrative review of various workstreams related to avoidance actions, marshaling assets, data matters | John J. Ray III | 2.8 | $3,640.00 |
| 2/14/23 | Japan call re various matters with UCC, billing matters | John J. Ray III | 1.0 | $1,300.00 |
| 2/14/23 | Review and planning re asset tracing analysis | John J. Ray III | 0.5 | $650.00 |
| 2/14/23 | Stable coin presentation review | John J. Ray III | 0.5 | $650.00 |
| 2/14/23 | Japan follow up, review report regarding exchange matters | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Contract review and amendments related to vendors and process | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Litigation matter involving a subsidiary | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Subsidiary officer compliance | John J. Ray III | 0.3 | $390.00 |
| 2/15/23 | Issues review related to benefit plans termination of old FTX plans | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Repay matter regarding repayment of political and other contributions | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/15/23 | Review of materials related to Court hearing preparation | John J. Ray III | 1.0 | $1,300.00 |
| 2/15/23 | Work related to Board reporting and discussions with counsel | John J. Ray III | 1.8 | $2,340.00 |
| 2/15/23 | Japan matters re withdrawal updated information review | John J. Ray III | 0.8 | $1,040.00 |
| 2/15/23 | Review of materials from EY re IRS matters | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Review UCC materials prior to publication | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Follow up re Turkey and EU matters, call with S&C re same | John J. Ray III | 0.5 | $650.00 |
| 2/15/23 | Customer balances and assets work streams, review of materials prepared by A&M | John J. Ray III | 2.0 | $2,600.00 |
| 2/15/23 | Administrative work related to updating work streams for avoidance actions, investigation, and diligence lists | John J. Ray III | 1.8 | $2,340.00 |
| 2/16/23 | Prep for subsidiary matters related to Turkey operations | John J. Ray III | 1.0 | $1,300.00 |
| 2/16/23 | Attendance at telephonic hearing of Bankruptcy Court | John J. Ray III | 1.0 | $1,300.00 |
| 2/16/23 | Review of data and review of work streams related to finance and tax matters | John J. Ray III | 1.5 | $1,950.00 |
| 2/16/23 | Review of SOFA and schedules status (1.0) and discussion with E. Mosely (A&M) | John J. Ray III | 1.3 | $1,690.00 |
| 2/16/23 | Administrative work re overall scheduling | John J. Ray III | 1.5 | $1,950.00 |
| 2/16/23 | Japan work streams re communication review and withdrawals | John J. Ray III | 1.3 | $1,690.00 |
| 2/16/23 | Board matter communications and support | John J. Ray III | 2.5 | $3,250.00 |
| 2/16/23 | Review UCC requests delivered by A&M | John J. Ray III | 0.5 | $650.00 |
| 2/16/23 | Avoidance action follow up and direction to S&C and A&M | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/16/23 | Review of Bahamas matters re Propco ownership and flow of funds | John J. Ray III | 0.5 | $650.00 |
| 2/17/23 | LedgerX employee matter review | John J. Ray III | 6.0 | $7,800.00 |
| 2/17/23 | Review of pending litigation matters | John J. Ray III | 1.0 | $1,300.00 |
| 2/17/23 | Ventures updates and approvals to PWP related to extensions and bid decisions | John J. Ray III | 1.0 | $1,300.00 |
| 2/17/23 | Avoidance action follow up and direction to S&C re the same | John J. Ray III | 0.3 | $390.00 |
| 2/17/23 | Asset tracing, review of materials related to investigation of preferences and avoidance actions | John J. Ray III | 0.5 | $650.00 |
| 2/17/23 | Schedules updates related to completion and open issues | John J. Ray III | 1.8 | $2,340.00 |
| 2/18/23 | Preparation of monthly report | John J. Ray III | 0.3 | $390.00 |
| 2/18/23 | Review and comment on customer balances and Interco transactions deck | John J. Ray III | 1.8 | $2,340.00 |
| 2/18/23 | Review LedgerX agreements related to sales process | John J. Ray III | 0.5 | $650.00 |
| 2/18/23 | Case management overview and follow up with A&M and S&C professionals on open work streams | John J. Ray III | 2.5 | $3,250.00 |
| 2/19/23 | Review of materials re Japan customer withdrawals update | John J. Ray III | 1.0 | $1,300.00 |
| 2/20/23 | Board matters related to upcoming Board meeting | John J. Ray III | 1.5 | $1,950.00 |
| 2/20/23 | Call with UCC re employee benefit matters and follow up with Japan management re same | John J. Ray III | 1.3 | $1,690.00 |
| 2/20/23 | Review of draft customer and related party claims and follow up with A&M and S&C re the same | John J. Ray III | 1.3 | $1,690.00 |
| 2/20/23 | Review progress related to due date deliverables and employee matters | John J. Ray III | 1.8 | $2,340.00 |
| 2/20/23 | Follow up with LedgerX re pending confidential matter | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/20/23 | Review 2004 request and materials delivered by S. Rand (QE) in regards to potential actions | John J. Ray III | 2.3 | $2,990.00 |
| 2/20/23 | Review memo re restart of the FTX exchange | John J. Ray III | 0.3 | $390.00 |
| 2/21/23 | Call with S&C re pending matters | John J. Ray III | 0.5 | $650.00 |
| 2/21/23 | Professionals call with S&C, A&M and PWP | John J. Ray III | 0.8 | $1,040.00 |
| 2/21/23 | Prepare for and attend Board meeting | John J. Ray III | 0.8 | $1,040.00 |
| 2/21/23 | Review Voyager stipulation and respond to B. Glueckstein (S&C) | John J. Ray III | 0.8 | $1,040.00 |
| 2/21/23 | Review of progress and status re Japan withdrawal matters | John J. Ray III | 0.8 | $1,040.00 |
| 2/21/23 | Review and revise customer entitlements deck | John J. Ray III | 1.3 | $1,690.00 |
| 2/21/23 | IRS matters and call with RLKS and EY re same | John J. Ray III | 1.0 | $1,300.00 |
| 2/21/23 | Call with UCC and PWP re FTX Trading exchange matters | John J. Ray III | 0.3 | $390.00 |
| 2/21/23 | Review of materials related to avoidance actions | John J. Ray III | 2.8 | $3,640.00 |
| 2/21/23 | Review of progress and status re Ventures sales process | John J. Ray III | 1.0 | $1,300.00 |
| 2/21/23 | LedgerX CFTC matters and communications re same | John J. Ray III | 0.3 | $390.00 |
| 2/22/23 | Review and call with S. Rand and team (QE) related to potential legal action | John J. Ray III | 1.0 | $1,300.00 |
| 2/22/23 | Japan exchange matters, review of requirements to restart and opening exchange | John J. Ray III | 0.8 | $1,040.00 |
| 2/22/23 | Review of deposits and withdrawals related to Japan exchange | John J. Ray III | 1.3 | $1,690.00 |
| 2/22/23 | Review of intercompany claims related to various silos | John J. Ray III | 2.3 | $2,990.00 |
| 2/22/23 | Review of deck re stable coins related to potential decisions for sharing with UCC | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/22/23 | Foreign licensing matters, decisions and responding to suspension matters | John J. Ray III | 0.3 | $390.00 |
| 2/22/23 | Review and administration involving invoicing, payment approval, bidder approval for ventures, surety matters, employee matters and FTX restart matter | John J. Ray III | 5.0 | $6,500.00 |
| 2/23/23 | Materials review related to ventures (2.5), avoidance actions (1.0), UCC presentations and various work streams in process (1.0) | John J. Ray III | 4.5 | $5,850.00 |
| 2/23/23 | Call with Board and PWP regarding ventures | John J. Ray III | 1.0 | $1,300.00 |
| 2/23/23 | Comments related to bidding process and comparative date related to bids due on LedgerX and Embed | John J. Ray III | 1.0 | $1,300.00 |
| 2/23/23 | Avoidance action management re review of decks re claims | John J. Ray III | 0.5 | $650.00 |
| 2/23/23 | Retention of experts research | John J. Ray III | 0.3 | $390.00 |
| 2/23/23 | Review of UCC decks related to customer claims and assets, withdrawals | John J. Ray III | 2.0 | $2,600.00 |
| 2/23/23 | Review materials re Japan matters on withdrawal | John J. Ray III | 0.3 | $390.00 |
| 2/23/23 | Review and approval of fee applications and payments | John J. Ray III | 1.3 | $1,690.00 |
| 2/24/23 | Review and approve various materials prepared to analyze withdrawals, customer balances, and communicate with professionals, review and approve same for UCC | John J. Ray III | 3.8 | $4,940.00 |
| 2/24/23 | Review of data and materials involving data access, M&A activity, sales processes, professional work streams | John J. Ray III | 3.5 | $4,550.00 |
| 2/24/23 | Call with M. Cilia (RLKS) and Turkey personnel re Turkey and review of payables and receivables and recovery of assets | John J. Ray III | 1.8 | $2,340.00 |
| 2/24/23 | Call with broker and Sygnia re cyber insurance | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 2/24/23 | Various tax matters updates from EY and work related to tax disclosures for claims | John J. Ray III | 0.8 | $1,040.00 |
| 2/27/23 | Investigations matters and asset marshaling; research related to calculations and other inputs | John J. Ray III | 1.3 | $1,690.00 |
| 2/27/23 | Japan employee issues review | John J. Ray III | 0.5 | $650.00 |
| 2/27/23 | Case management matters (1.0), approvals for various items for Ventures and actions to be taken (2.5) | John J. Ray III | 3.5 | $4,550.00 |
| 2/27/23 | Research related to experts to be retained related to litigation | John J. Ray III | 0.8 | $1,040.00 |
| 2/27/23 | Insurance matters re cyber, review of materials related to underwriter requests | John J. Ray III | 0.3 | $390.00 |
| 2/27/23 | Turkey follow up related to open issues and progress review | John J. Ray III | 0.3 | $390.00 |
| 2/27/23 | Japan matters re exchange withdrawals, review of reporting | John J. Ray III | 0.8 | $1,040.00 |
| 2/27/23 | Review of data, materials and calculations re avoidance actions | John J. Ray III | 2.8 | $3,640.00 |
| 2/28/23 | Weekly leadership call with S&C and A&M | John J. Ray III | 0.5 | $650.00 |
| 2/28/23 | Case management call with S&C, A&M and PWP | John J. Ray III | 0.8 | $1,040.00 |
| 2/28/23 | Board prep and call with the Board | John J. Ray III | 1.3 | $1,690.00 |
| 2/28/23 | UCC call re claims and asset shortfalls, review and edit materials re the same | John J. Ray III | 1.0 | $1,300.00 |
| 2/28/23 | Case management, review of materials related to avoidance actions, FTX tax matters | John J. Ray III | 2.0 | $2,600.00 |
| 2/28/23 | Follow up on various work streams related to motions, experts, and avoidance actions | John J. Ray III | 4.5 | $5,850.00 |
| | **Total Amount for Period:** | | **239.8** | **$305,565.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 12/04/22 | Credit for cancelled return flight - Delta Airlines coach round trip BNA to LGA to BNA, to/from client site | $(428.10) | | | | | John J. Ray III |
| 12/12/22 | Credit cancellation/change fee - American Airlines coach, one way BNA to DCA | $(225.60) | | | | | John J. Ray III |
| 02/05/23 | American Airlines coach flight RSW to PHL for bankruptcy hearing | $419.90 | | | | | John J. Ray III |
| 02/05/23 | Visat In-Flight WiFi | | | | | $15.00 | John J. Ray III |
| 02/05/23 | Lodging, Wilmington DE, for February 6 bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 02/05/23 | Car service from PHL to Wilmington hotel for bankruptcy hearing | | | $136.27 | | | John J. Ray III |
| 02/06/23 | Amtrak coach fare WIL to NYP return from bankruptcy hearing | | | $168.00 | | | John J. Ray III |
| 02/06/23 | Lodging NYC for meetings with various professionals | | $525.00 | | | | John J. Ray III |
| 02/07/23 | Lodging NYC for meetings with various professionals | | $525.00 | | | | John J. Ray III |
| 02/08/23 | Delta coach flight from LGA to RSW returning from NYC meetings | $488.90 | | | | | John J. Ray III |
| 02/08/23 | Car service in NYC from meetings to to LGA | | | $108.22 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 02/08/23 | Car service from RSW to home | | | $153.12 | | | John J. Ray III |
| 02/13/23 | Charge for shipping and notary re Turkey | | | | | $50.52 | John J. Ray III |
| **Total Amount for Period:** | | **$225.10** | **$1,400.00** | **$565.61** | **$0.00** | **$65.52** | |