**<u>Exhibit B</u>**

**Disbursements**

| Cost Type | Work Date | Amount | Narrative |
|---|---|---|---|
| Lexis Courtlink - Off Contract | 1/4/2023 | 2.56 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/4/2023 | 0.86 | US DOCKETS |
| Lexis Courtlink - Off Contract | 1/7/2023 | 1.28 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/24/2023 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/24/2023 | 1.27 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 1/30/2023 | 1.27 | COURTLINK ALERT |
| Online Research - Off Contract | 1/31/2023 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 1/31/2023 | 0.00 | Online Research - Tax |
| Online Research | 1/31/2023 | 0.00 | Online Research |
| Online Research | 1/31/2023 | 0.00 | Online Research |
| Online Research | 1/31/2023 | 0.00 | Online Research |
| Online Research | 1/31/2023 | 0.00 | Online Research |
| Document Reproduction | 1/2/2023 | 1.40 | Document Reproduction |
| Document Reproduction | 1/3/2023 | 1.80 | Document Reproduction |
| Document Reproduction | 1/3/2023 | 0.90 | Document Reproduction |
| Document Reproduction | 1/3/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/3/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/3/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 4.50 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 4.50 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.60 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 1.90 | Document Reproduction |
| Document Reproduction | 1/4/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/5/2023 | 1.40 | Document Reproduction |
| Document Reproduction | 1/5/2023 | 1.00 | Document Reproduction |
| Document Reproduction | 1/5/2023 | 4.50 | Document Reproduction |
| Document Reproduction | 1/5/2023 | 4.70 | Document Reproduction |
| Document Reproduction | 1/5/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 4.50 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 4.50 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/6/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 1.90 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 0.60 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 1.80 | Document Reproduction |

| | | | |
|---|---|---|---|
| Document Reproduction | 1/9/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 2.30 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/9/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/10/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/10/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/10/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/10/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/11/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/11/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 1.80 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 7.20 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 8.00 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 3.60 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 1.40 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/12/2023 | 5.00 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/13/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/15/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/16/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.90 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 8.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 5.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.30 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.90 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.70 | Document Reproduction |

| Document Reproduction | 1/17/2023 | 13.60 | Document Reproduction |
|---|---|---|---|
| Document Reproduction | 1/17/2023 | 2.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 4.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.60 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.30 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 3.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 1.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 2.00 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 13.60 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 3.50 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/17/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 1.80 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 16.30 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 0.60 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 16.30 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 32.60 | Document Reproduction |
| Document Reproduction | 1/18/2023 | 16.30 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 1.30 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.60 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.70 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/19/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/21/2023 | 2.00 | Document Reproduction |
| Document Reproduction | 1/22/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/22/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/23/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/23/2023 | 2.30 | Document Reproduction |
| Document Reproduction | 1/23/2023 | 2.20 | Document Reproduction |

| | | | |
|---|---|---|---|
| Document Reproduction | 1/23/2023 | 2.20 | Document Reproduction |
| Document Reproduction | 1/23/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/23/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 1.80 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/24/2023 | 1.40 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 12.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 1.40 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 3.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 1.50 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 2.40 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 7.10 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 12.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 12.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.70 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 1.20 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 0.90 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 2.80 | Document Reproduction |
| Document Reproduction | 1/25/2023 | 1.60 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.70 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.50 | Document Reproduction |
| Document Reproduction | 1/26/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 1.50 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 2.00 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 1.50 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 0.40 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/27/2023 | 2.00 | Document Reproduction |
| Document Reproduction | 1/30/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/30/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/30/2023 | 0.30 | Document Reproduction |
| Document Reproduction | 1/30/2023 | 1.80 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 5.80 | Document Reproduction |

| | | | |
|---|---|---|---|
| Document Reproduction | 1/31/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 51.30 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 2.90 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 12.70 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.10 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 2.20 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.20 | Document Reproduction |
| Document Reproduction | 1/31/2023 | 0.10 | Document Reproduction |
| Travel | 1/18/2023 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York City/Wahpeton/New York City - Travel dates: 12/12/22 - 12/13/22 |
| Travel | 1/18/2023 | 674.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - New York City/Wahpeton/New York City - Travel dates: 12/12/22 - 12/13/22 |
| Travel | 1/20/2023 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee or Sascha Rand - Wahpeton/New York City - Travel date: 12/13/22 |
| Travel | 1/20/2023 | 61.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - Wahpeton/New York City - Travel date: 12/13/22 |
| Travel | 1/20/2023 | 75.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York City/Wahpeton - Travel date: 12/12/22 |
| Travel | 1/20/2023 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York City/Wahpeton - Travel date: 12/12/22 |
| Travel | 1/31/2023 | 37.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - Washington/New York - Travel date: 12/13/22 |
| Color Document Reproduction | 1/3/2023 | 36.00 | Color Document Reproduction |
| Color Document Reproduction | 1/5/2023 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 1/5/2023 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 1/5/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/6/2023 | 1.60 | Color Document Reproduction |

| Color Document Reproduction | 1/6/2023 | 0.40 | Color Document Reproduction |
|---|---|---|---|
| Color Document Reproduction | 1/6/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/9/2023 | 37.60 | Color Document Reproduction |
| Color Document Reproduction | 1/10/2023 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 12.40 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/12/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 1/13/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/13/2023 | 5.20 | Color Document Reproduction |
| Color Document Reproduction | 1/13/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/15/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/15/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/16/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 9.20 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/17/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/18/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/19/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/19/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/19/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/19/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2023 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/22/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/24/2023 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 1.20 | Color Document Reproduction |

| | | | |
|---|---|---|---|
| Color Document Reproduction | 1/25/2023 | 32.00 | Color Document Reproduction |
| Color Document Reproduction | 1/25/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 1/26/2023 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 1/31/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 1/31/2023 | 70.40 | Color Document Reproduction |
| Word processing | 1/13/2023 | 0.00 | Word processing |
| Word processing | 1/25/2023 | 0.00 | Word processing |
| Velobind | 1/3/2023 | 2.00 | Velobind |
| Velobind | 1/5/2023 | 2.00 | Velobind |
| Velobind | 1/9/2023 | 2.00 | Velobind |
| Velobind | 1/17/2023 | 2.00 | Velobind |
| Velobind | 1/25/2023 | 4.00 | Velobind |
| Velobind | 1/27/2023 | 2.00 | Velobind |
| Velobind | 1/31/2023 | 2.00 | Velobind |
| Document Services | 1/4/2023 | 5.00 | Document services - DRILLING/C. KIM/0211509 |
| Document Services | 1/4/2023 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0211517 |
| Document Services | 1/4/2023 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0211509 |
| Document Services | 1/4/2023 | 8.91 | Document services - TABS/C. KIM/0211509 |
| Document Services | 1/4/2023 | 1.11 | Document services - TABS/C. KIM/0211517 |
| Document Services | 1/4/2023 | 5.00 | Document services - DRILLING/C. KIM/0211517 |
| Document Services | 1/18/2023 | 2.60 | Document services - TABS/C. KIM/0211691 |
| Document Services | 1/18/2023 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0211691 |
| Document Services | 1/18/2023 | 5.00 | Document services - DRILLING/C. KIM/0211691 |
| Document Services | 1/18/2023 | 25.00 | Document services - CONVERTING NATIVES/G. SMITH/0211699 |
| Document Services | 1/4/2023 | 29.84 | Document services - PRINTS/C. KIM/0211509 |
| Document Services | 1/4/2023 | 12.24 | Document services - PRINTS/C. KIM/0211517 |
| Document Services | 1/4/2023 | 2.25 | Document services - COLOR PRINTS/C. KIM/0211517 |
| Document Services | 1/4/2023 | 9.75 | Document services - COLOR PRINTS/C. KIM/0211509 |
| Document Services | 1/4/2023 | 4.98 | Document Services - TAX/C. KIM/0211509 |
| Document Services | 1/4/2023 | 2.04 | Document Services - TAX/C. KIM/0211517 |
| Document Services | 1/18/2023 | 17.12 | Document services - PRINTS/C. KIM/0211691 |
| Document Services | 1/18/2023 | 2.96 | Document services - PRINTS/G. SMITH/0211699 |
| Document Services | 1/18/2023 | 33.75 | Document services - COLOR PRINTS/G. SMITH/0211699 |
| Document Services | 1/18/2023 | 0.75 | Document services - COLOR PRINTS/C. KIM/0211691 |

| | | | |
|---|---|---|---|
| Document Services | 1/18/2023 | 2.48 | Document Services - TAX/C. KIM/0211691 |
| Document Services | 1/18/2023 | 5.48 | Document Services - TAX/G. SMITH/0211699 |
| PACER Services | 1/1/2023 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 10/1/2022- 12/31/2022 - Account # 2618657 |
| PACER Services | 1/1/2023 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 10/1/2022- 12/31/2022 - Account # 2618656 |
| | TOTAL | 1,920.53 | |

| Invoice | Cost Type | Amount |
|---|---|---|
| 101-0000148189 | Color Document Reproduction | 318.80 |
| 101-0000148189 | Document Reproduction | 427.60 |
| 101-0000148189 | Document Services | 182.62 |
| 101-0000148189 | Lexis Courtlink - Off Contract | 8.51 |
| 101-0000148189 | Online Research | 0.00 |
| 101-0000148189 | PACER Services | 0.00 |
| 101-0000148189 | Travel | 967.00 |
| 101-0000148189 | Velobind | 16.00 |
| 101-0000148189 | Word processing | 0.00 |
| | *TOTAL* | 1,920.53 |