**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 1/2/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/4/2023 | Geoffrey Posess | Late night / weekend transportation | 20.93 | Travel home working late on FTX |
| 1/4/2023 | Matt Rahmani | Late night / weekend transportation | 73.82 | Travel home working late on FTX |
| 1/5/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.92 | Travel home working late on FTX |
| 1/5/2023 | Geoffrey Posess | Late night / weekend transportation | 19.98 | Travel home working late on FTX |
| 1/5/2023 | Bruce Mendelsohn | Late night / weekend transportation | 101.18 | Travel home working late on FTX |
| 1/6/2023 | Kendyl Flinn | Late night / weekend transportation | 9.02 | Travel home working late on FTX |
| 1/6/2023 | Geoffrey Posess | Late night / weekend transportation | 20.94 | Travel home working late on FTX |
| 1/9/2023 | Wasif Syed | Late night / weekend transportation | 67.13 | Travel home working late on FTX |
| 1/9/2023 | Bruce Mendelsohn | Air / train travel | 119.00 | Train to Wilmington for FTX second hearing |
| 1/9/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/10/2023 | Kendyl Flinn | Late night / weekend transportation | 8.53 | Travel home working late on FTX |
| 1/10/2023 | Bruce Mendelsohn | Late night / weekend transportation | 20.58 | Taxi from PWP to Penn Station for train to Wilmington for second FTX hearing |
| 1/10/2023 | Kevin Cofsky | Travel to meetings / out of town | 20.00 | Meal while traveling - delaware for hearing |
| 1/10/2023 | Wasif Syed | Late night / weekend transportation | 68.41 | Travel home working late on FTX |
| 1/10/2023 | Bruce Mendelsohn | Air / train travel | 168.00 | Amtrak return from second FTX hearing |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 1/10/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/11/2023 | Rohan Sindhwani | Late night / weekend transportation | 8.95 | Travel home working late on FTX |
| 1/11/2023 | Kendyl Flinn | Late night / weekend transportation | 9.53 | Travel home working late on FTX |
| 1/11/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 13.76 | Travel home working late on FTX |
| 1/11/2023 | Kevin Cofsky | Travel to meetings / out of town | 15.39 | Meal While Traveling - Delaware For FTX Hearings |
| 1/11/2023 | Geoffrey Posess | Late night / weekend transportation | 19.94 | Travel home working late on FTX |
| 1/11/2023 | Kevin Cofsky | Travel to meetings / out of town | 20.00 | Meal While Traveling - Delaware For FTX Hearings |
| 1/11/2023 | Kevin Cofsky | Late night / weekend transportation | 153.61 | Uber Home From Nyp Upon Return From FTX Hearing - Nyp - Croton On Hudson |
| 1/11/2023 | Kevin Cofsky | Travel to meetings / out of town | 216.00 | Train From Delaware To Nyp - FTX Hearings |
| 1/11/2023 | Bruce Mendelsohn | Misc. expenses (supplies, wifi, etc.) | 227.73 | Coffee and cookies for FTX INS meeting with S&C and DP |
| 1/11/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/12/2023 | Kendyl Flinn | Late night / weekend transportation | 6.14 | Travel home working late on FTX |
| 1/12/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.09 | Travel home working late on FTX |
| 1/12/2023 | Jenny Zhu | Late night / weekend transportation | 37.07 | Travel home working late on FTX |
| 1/12/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 50.00 | Breakfast out of town - FTX Hearing |
| 1/12/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 163.39 | Travel home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 1/12/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 413.27 | Hotel For FTX Hearing |
| 1/12/2023 | Kevin Cofsky | Travel to meetings / out of town | 413.27 | Hotel For FTX Hearing |
| 1/12/2023 | Kevin Cofsky | Travel to meetings / out of town | 600.00 | Car To Delaware For FTX Hearings , From White Plains To Wilmington Delaware |
| 1/13/2023 | Kendyl Flinn | Late night / weekend transportation | 10.89 | Travel home working late on FTX |
| 1/13/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.01 | Travel home working late on FTX |
| 1/15/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.35 | Travel home working late on FTX |
| 1/15/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/16/2023 | Kendyl Flinn | Late night / weekend transportation | 8.91 | Travel home working late on FTX |
| 1/17/2023 | Kendyl Flinn | Late night / weekend transportation | 11.46 | Travel home working late on FTX |
| 1/17/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.91 | Travel home working late on FTX |
| 1/17/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 31.40 | Taxi to meeting at S&C |
| 1/17/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 33.81 | Taxi from S&C meeting |
| 1/17/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/18/2023 | Rohan Sindhwani | Late night / weekend transportation | 17.86 | Travel home working late on FTX |
| 1/18/2023 | Geoffrey Posess | Late night / weekend transportation | 17.95 | Travel home working late on FTX |
| 1/18/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 30.59 | Taxi to S&C for FTX Board Meeting |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 1/18/2023 | Wasif Syed | Late night / weekend transportation | 68.92 | Travel home working late on FTX |
| 1/18/2023 | Kevin Cofsky | Travel to meetings / out of town | 30.00 | Team Meal While At Board Meeting At Sullivan & Cromwell Offices For Ftx |
| 1/18/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/19/2023 | Rohan Sindhwani | Late night / weekend transportation | 18.23 | Travel home working late on FTX |
| 1/19/2023 | Geoffrey Posess | Late night / weekend transportation | 22.94 | Travel home working late on FTX |
| 1/19/2023 | Kendyl Flinn | Travel to meetings / out of town | 26.91 | Travel home working late on FTX |
| 1/19/2023 | Matt Rahmani | Late night / weekend transportation | 93.62 | Travel home working late on FTX |
| 1/19/2023 | Nathaniel Nussbaum | Late night / weekend transportation | 94.90 | Travel home working late on FTX |
| 1/19/2023 | Kevin Cofsky | Late night / weekend transportation | 148.91 | Travel home working late on FTX |
| 1/19/2023 | Bruce Mendelsohn | Late night / weekend transportation | 156.74 | Travel home working late on FTX |
| 1/19/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/20/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.71 | Travel home working late on FTX |
| 1/21/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.96 | Travel home working late on FTX |
| 1/22/2023 | Rohan Sindhwani | Late night / weekend transportation | 28.72 | Travel home working late on FTX |
| 1/24/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/25/2023 | Geoffrey Posess | Late night / weekend meals | 17.92 | Travel home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 1/25/2023 | Nathaniel Nussbaum | Late night / weekend transportation | 85.97 | Travel home working late on FTX |
| 1/25/2023 | Bruce Mendelsohn | Late night / weekend transportation | 111.55 | Travel home working late on FTX |
| 1/25/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/26/2023 | Kendyl Flinn | Late night / weekend transportation | 7.57 | Travel home working late on FTX |
| 1/26/2023 | Rohan Sindhwani | Late night / weekend transportation | 31.18 | Travel home working late on FTX |
| 1/26/2023 | Wasif Syed | Late night / weekend transportation | 70.47 | Travel home working late on FTX |
| 1/26/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/27/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.58 | Travel home working late on FTX |
| 1/27/2023 | Geoffrey Posess | Late night / weekend transportation | 21.92 | Travel home working late on FTX |
| 1/27/2023 | Rohan Sindhwani | Late night / weekend transportation | 22.99 | Travel home working late on FTX |
| 1/27/2023 | Matt Rahmani | Late night / weekend transportation | 86.04 | Travel home working late on FTX |
| 1/29/2023 | Nathaniel Nussbaum | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/29/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 1/30/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.98 | Travel home working late on FTX |
| 1/30/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 32,250.53 | Company: Datasite Project Name: Focus LedgerX Effective: 25-Nov-22 Term: 6 Months |
| 1/31/2023 | Matt Rahmani | Late night / weekend transportation | 71.90 | Travel home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 1/31/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 19,659.00 | For professional services rendered and expenses incurred for month ending December 2022. |
| **Total** | | | **$56,774.88** | |