## Exhibit C

**Porter Hedges LLP Time and Expense Records**

**(Dec. 1, 2022 to Dec. 31, 2022)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | December 1, 2022 through December 31, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $19,659.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | Pending | Pending |

## SUMMARY OF BILLING BY PROFESSIONAL
### DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $865.00 | 10.3 | $8,909.50 |
| M. Shane Johnson | Partner | 2012 | 2012 | $695.00 | 2.3 | $1,598.50 |
| **Partner Total** | | | | | **12.6** | **$10,508.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $565.00 | 15.9 | $8,983.50 |
| **Associate Total** | | | | | **15.9** | **$8,983.50** |
| Mitzie L. Webb | Paralegal | n/a | n/a | $335.00 | 0.5 | $167.50 |
| **Paraprofessional Total** | | | | | **0.5** | **$167.50** |
| **GRAND TOTAL** | | | | | **29.0** | **$19,659.00** |

**Blended Hourly Rate:  $677.90**

## STATEMENT OF FEES BY PROJECT CATEGORY[1]
### DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION | 29.0 | $19,659.00 |
| **TOTAL** | **29.0** | **$19,659.00** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| n/a | n/a | n/a |
| | **TOTAL** | $0 |

---

[1]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

[2]    Perella Weinberg Partners LP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 544825 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $19,659.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $19,659.00 |
| **TOTAL AMOUNT DUE** | **$19,659.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 544825 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through December 2022, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/22 | MNY | Compare current draft of retention application to form provided by Debtors' counsel (.5); email client and J. Higgins regarding same (.2). | 0.70 | 395.50 |
| 12/01/22 | JFH | Email A. Kranzley, J. Nuzzo and M. Young-John regarding FTX form and revisions; email regarding engagement letter. | 0.40 | 346.00 |
| 12/02/22 | MNY | Attention to emails from J. Higgins regarding declarations (.1); pull, circulate and review same (1.4). | 1.50 | 847.50 |
| 12/02/22 | JFH | Email J. Nuzzo and M. Young-John regarding revisions to application. | 0.50 | 432.50 |
| 12/05/22 | MNY | Review retention application with Debtors' form and update with client comments (2.5); run redlines and send to J. Higgins and S. Johnson for review (.3). | 2.80 | 1,582.00 |
| 12/06/22 | MNY | Attention to emails from J. Higgins and S. Johnson regarding updated retention draft (.1); circulate same to PWP for review (.2). | 0.30 | 169.50 |
| 12/06/22 | JFH | Email regarding revisions to application (.4); email regarding revisions to application and declaration (.3). | 0.70 | 605.50 |
| 12/06/22 | MSJ | Review revised PWP retention application and e-mail M. Young-John regarding same. | 0.30 | 208.50 |
| 12/07/22 | JFH | Email regarding conflicts check and email Sullivan Cromwell regarding same. | 0.30 | 259.50 |
| 12/08/22 | MNY | Emails with A&M and PWP regarding PII list updates. | 0.20 | 113.00 |
| 12/08/22 | JFH | Several emails regarding conflicts check and disclosures. | 0.50 | 432.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 544825 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/22 | JFH | Email regarding application (.2); email regarding conflicts check (.1); email A. Kranzley regarding updated parties list (.2). | 0.50 | 432.50 |
| 12/12/22 | MNY | Send current draft of PWP retention application to Debtors' counsel for review (.3); attention to several emails regarding same (.2); schedule call with PWP regarding retention (.2). | 0.70 | 395.50 |
| 12/12/22 | JFH | Email J. Nuzzo regarding application (.1); email M. Young-John regarding same (.1); conference call with J. Nuzzo regarding conflict information and review pleadings (.2). | 0.40 | 346.00 |
| 12/13/22 | MNY | Meet with PWP team regarding disclosure questions (.4); several emails with PH team regarding same (.1). | 0.50 | 282.50 |
| 12/13/22 | JFH | Conference with J. Miller and J. Nuzzo regarding Celsius and relationships (.2); email regarding same (.1); review pleadings (.2); review Celsius declaration and supplement (.2); email regarding same (.1). | 0.80 | 692.00 |
| 12/13/22 | MSJ | Telephone conference with PWP regarding retention application. | 0.30 | 208.50 |
| 12/14/22 | MSJ | E-mail J. Higgins and M. Young-John regarding PWP disclosure of Celsius connection (.2); review Bahamian liquidators' motion to dismiss case (.4). | 0.60 | 417.00 |
| 12/15/22 | JFH | Email regarding revisions to retention application. | 0.40 | 346.00 |
| 12/16/22 | MNY | Review Debtors' counsel comments to retention application (.6); email J. Higgins regarding same and in response to updated PII list (.2). | 0.80 | 452.00 |
| 12/16/22 | JFH | Email J. Petiford regarding Sullivan Cromwell revisions. | 0.50 | 432.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                    4
Inv#              544825
Date            02/14/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/19/22 | MNY | Update retention application incorporating comments from Debtors' counsel and client (2.9); search dockets and update disclosures in same (.5); circulate retention application to J. Higgins and S. Johnson (.1); circulate retention application to J. Nuzzo (.1). | 3.60 | 2,034.00 |
| 12/19/22 | JFH | Email J. Miller, J. Nuzzo and S. Burton regarding revisions to application (.4); conference call and email M. Young-John regarding same (.2); email regarding revisions and application and declaration (.3). | 0.90 | 778.50 |
| 12/19/22 | MSJ | E-mail Porter Hedges team regarding PWP retention and telephone conference with Porter Hedges team regarding same. | 0.80 | 556.00 |
| 12/20/22 | MNY | Attention to numerous emails with client and Debtors' counsel regarding retention application updates and questions for PII list (.6); call with J. Nuzzo regarding outstanding items and next steps (.2); emails with J. Higgins and S. Johnson regarding same (.3); review updated draft from PWP, run redline and circulate to Debtors' counsel (.5) ; several emails with PWP and Debtors' counsel regarding same (.3); review comments from Debtors' counsel and instructions regarding redactions (.5); email M. Webb regarding assistance with same (.2). | 2.60 | 1,469.00 |
| 12/20/22 | JFH | Numerous emails regarding revisions to application and conflicts check (.8); several emails with PwP regarding application, parties in interest and declaration (.6); several emails with Sullivan Cromwell regarding same and revisions (.6). | 2.00 | 1,730.00 |
| 12/20/22 | MSJ | Correspondence with Porter Hedges team regarding PWP retention. | 0.30 | 208.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

—————————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 544825 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/22 | MNY | Apply updates to retention application and check for redactions (1.0); compile and send final retention application package to client for final approval (.4); several emails with PWP regarding same (.2); compile and send final retention application package to Debtors' counsel for filing (.4). | 2.00 | 1,130.00 |
| 12/21/22 | MLW | Exchange emails with M. Young-John regarding preparations for filing PWP Retention Application and receive and break down PWP Retention Application in preparation for filing. | 0.50 | 167.50 |
| 12/21/22 | JFH | Email PWP, Sullivan Cromwell and M. Young-John regarding revisions to application, declaration and order and email J. Petiford and A. Kranzley regarding declaration. | 1.20 | 1,038.00 |
| 12/29/22 | MNY | Review UST comments and email with S. Johnson regarding meeting for same. | 0.20 | 113.00 |
| 12/29/22 | JFH | Email regarding UST comments. | 0.30 | 259.50 |
| 12/30/22 | JFH | Email regarding UST comments (.1); email regarding service on Celsius (.1); email regarding fee estimate (.2). | 0.40 | 346.00 |
| 12/31/22 | JFH | Email A. Kranzley regarding Sullivan Application and UST comments. | 0.50 | 432.50 |
| **Total Services** | | | **29.00** | **$19,659.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 10.30 | 865.00 | 8,909.50 |
| MSJ | M. Shane Johnson | Partner | 2.30 | 695.00 | 1,598.50 |
| MNY | Megan N. Young-John | Associate | 15.90 | 565.00 | 8,983.50 |
| MLW | Mitzie L. Webb | Paralegal | 0.50 | 335.00 | 167.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | 544825 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

Total Disbursements                                                $0.00

**Invoice Total**                                            **$19,659.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Inv# | 544825 |
| Date | 02/14/23 |
|  | 017741-0001 |
|  | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## REMITTANCE PAGE

**Invoice Total**                                                          **$19,659.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**     Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:**  5791152449

**Reference:**  017741-0001