IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF BRUCE MENDELSOHN

I, Bruce Mendelsohn pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, hereby certify that:

1. I am a Partner with Perella Weinberg Partners LP ("PWP"), and I am duly authorized to make this certification on behalf of Perella Weinberg Partners LP. PWP was retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"). This certification is made in support of the *Third Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023* (the "Monthly Fee Statement") and in compliance with rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for the District of Delaware (the "Rule").

2. I have read the Application, and I certify that the Application substantially complies with the Rule.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

13850748v1

Respectfully,

Perella Weinberg Partners LP

By: _____
      Bruce Mendelsohn
      Title:  Partner

13850748v1

2