## Exhibit B

**Disbursements**

{1368.002-W0070142.}

# Detail Cost Task Code Billing Report
## Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 01/09/2023 | 0.100 | 26.00 | 2.60 | Inhouse Copying |
| 1368.002 | 01/10/2023 | 0.100 | 751.00 | 75.10 | Inhouse Copying |
| 1368.002 | 01/11/2023 | 0.100 | 4,319.00 | 431.90 | Inhouse Copying |
| 1368.002 | 01/12/2023 | 0.100 | 185.00 | 18.50 | Inhouse Copying |
| 1368.002 | 01/18/2023 | 0.100 | 60.00 | 6.00 | Inhouse Copying |
| 1368.002 | 01/19/2023 | 0.100 | 1,987.00 | 198.70 | Inhouse Copying |
| 1368.002 | 01/20/2023 | 0.100 | 831.00 | 83.10 | Inhouse Copying |
| 1368.002 | 01/24/2023 | 0.100 | 158.00 | 15.80 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 831.70 | Inhouse Copying |
| | | | | | |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 01/10/2023 | | | 4,382.35 | Outside printing Parcels, Inc. Invoice 1003375 |
| 1368.002 | 01/10/2023 | | | 384.45 | Outside printing Parcels, Inc. Invoice 1003397 |
| 1368.002 | 01/11/2023 | | | 758.90 | Outside printing Parcels, Inc. Invoice 1003385 |
| 1368.002 | 01/19/2023 | | | 1,763.00 | Outside printing Parcels, Inc. Invoice 1005583 |
| **Total for Activity ID E102** | | | Billable | 7,288.70 | Outside printing |
| | | | | | |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 01/31/2023 | | | 705.24 | Online research Relx Inc. DBA LexisNexis - Invoice 3094307123 |
| **Total for Activity ID E106** | | | Billable | 705.24 | Online research |
| | | | | | |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 01/11/2023 | | | 132.00 | Delivery services/messengers Parcels, Inc. Invoice 36138 |
| 1368.002 | 01/11/2023 | | | 132.00 | Delivery services/messengers Parcels, Inc. Invoice 36138 |
| 1368.002 | 01/20/2023 | | | 67.00 | Delivery services/messengers Parcels, Inc. Invoice 36182 |
| 1368.002 | 01/20/2023 | | | 104.00 | Delivery services/messengers Parcels, Inc. Invoice 36182 |
| **Total for Activity ID E107** | | | Billable | 435.00 | Delivery services/messengers |
| | | | | | |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 01/10/2023 | | | 448.80 | Out-of-town travel Campbell's Transportation - 3 cars from train station to Landis Rath & Cobb LLP offices for S&C (6), A&M (1), RLKS (1), PW (2), John J. Ray III |
| 1368.002 | 01/11/2023 | | | 1,351.41 | Out-of-town travel Campbell's Transportation - 3 cars to take S&C (6), A&M (1), RLKS (1), PW (2), John J. Ray III and financial advisors to LRC, courthouse and train station |
| 1368.002 | 01/20/2023 | | | 712.16 | Out-of-town travel Campbell's Transportation - 2 cars for S&C (6), A&M (1), RLKS (1), PW (2), John J. Ray III to/from train station, LRC and courthouse |
| **Total for Activity ID E110** | | | Billable | 2,512.37 | Out-of-town travel |
| | | | | | |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 01/05/2023 | | | 94.98 | Meals Manhattan Bagel - Breakfast for 9 S&C (3), A&M (1), RLKS (1), LRC (3), John J. Ray III |
| 1368.002 | 01/09/2023 | | | 47.00 | Meals DECO (Bardea and El Chingon) - Working dinner for LRC (3) |
| 1368.002 | 01/10/2023 | | | 79.89 | Meals Panera Bread - Breakfast for 9 S&C (3), A&M (1), RLKS (1), LRC (3), John J. Ray III |
| 1368.002 | 01/10/2023 | | | 324.50 | Meals Cosi - Lunch for 13 S&C (6), A&M (1), RLKS (1), LRC (4), John J. Ray III |
| 1368.002 | 01/10/2023 | | | 346.15 | Meals Toscana Catering - Dinner for 13 S&C (6), A&M (1), RLKS (1), LRC (4), John J. Ray III |
| 1368.002 | 01/10/2023 | | | 96.00 | Meals DiMeo's Pizza - Working dinner for LRC (5) |
| 1368.002 | 01/10/2023 | | | 121.10 | Meals: Breakfast, lunch and dinner supplements for 1/10-1/11 |
| 1368.002 | 01/11/2023 | | | 127.49 | Meals Manhattan Bagel - Breakfast for 10 S&C (4), A&M (1), RLKS (1), LRC (3), John J. Ray III |
| 1368.002 | 01/11/2023 | | | 267.81 | Meals Cavanaugh's Restaurant - Lunch for 13 S&C (6), A&M (1), RLKS (1), LRC (4), John J. Ray III |
| 1368.002 | 01/19/2023 | | | 150.70 | Meals DiMeo's Pizza - Working dinner for LRC (7) |
| 1368.002 | 01/20/2023 | | | 182.48 | Meals Manhattan Bagel - Breakfast for 9 S&C (6), LRC (3) |
| 1368.002 | 01/20/2023 | | | 290.00 | Meals Cosi - Lunch for 11 S&C (6), LRC (4), John J. Ray III |
| 1368.002 | 01/25/2023 | | | 55.00 | Meals Stitch House Brewery - Working dinner for LRC (3) |

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E111 Meals** | | | | | |
| **Total for Activity ID E111** | | | Billable | 2,183.10 | Meals |
| | | | | | |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 01/04/2023 | 0.800 | 30.00 | 24.00 | Inhouse Color Copies |
| 1368.002 | 01/09/2023 | 0.800 | 53.00 | 42.40 | Inhouse Color Copies |
| 1368.002 | 01/10/2023 | 0.800 | 1,782.00 | 1,425.60 | Inhouse Color Copies |
| 1368.002 | 01/18/2023 | 0.800 | 2,472.00 | 1,977.60 | Inhouse Color Copies |
| 1368.002 | 01/19/2023 | 0.800 | 607.00 | 485.60 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 3,955.20 | Inhouse Color Copies |
| | | | | | |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 01/31/2023 | | | 126.80 | Document Retrieval - PACER January |
| **Total for Activity ID E208** | | | Billable | 126.80 | Document Retrieval |
| | | | | | |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 01/18/2023 | | | 188.00 | Filing Fee Clerk, US Bankruptcy Court - Sale Motion |
| 1368.002 | 01/26/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV |
| 1368.002 | 01/30/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - Adversary Complaint |
| **Total for Activity ID E214** | | | Billable | 563.00 | Filing Fee |
| | | | | | |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 01/04/2023 | | | 224.75 | Hearing Transcripts Reliable Wilmington - Invoice WL108739 |
| 1368.002 | 01/11/2023 | | | 1,239.75 | Hearing Transcripts Reliable Wilmington - Invoice WL108882 |
| 1368.002 | 01/20/2023 | | | 442.50 | Hearing Transcripts Reliable Wilmington - Invoice WL108994 |
| **Total for Activity ID E218** | | | Billable | 1,907.00 | Hearing Transcripts |
| | | | | | |
| **Activity ID E221 Overnight Delivery** | | | | | |
| 1368.002 | 01/18/2023 | | | 108.89 | Overnight Delivery FedEx - Invoice 2-123-50225; delivery to MUFG Bank |
| 1368.002 | 01/18/2023 | | | 79.39 | Overnight Delivery FedEx - Invoice 2-125-69617; delivery to HSBC |
| **Total for Activity ID E221** | | | Billable | 188.28 | Overnight Delivery |

**GRAND TOTALS**

| | Billable | 20,696.39 |
|---|---|---|