# **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 01/12/2023 | Airfare John Labella 2023-01-16 MFR- DEN (United Airlines, one-way, economy) (meetings with S&C) | 1,021.05 |
| 01/15/2023 | Airfare Mark Cervi 2023-01-19 EWR- LAX (United Airlines, one-way, economy) (meetings with S&C) | 460.52 |
| 01/16/2023 | Lodging Matthew Jacques ACBM New York 2023-01-16 2023-01-18 (meetings with S&C) | 397.26 |
| 01/16/2023 | Lodging John Labella ACBM New York 2023-01-16 2023-01-20 (meetings with S&C) | 794.52 |
| 01/16/2023 | Airfare John Labella 2023-01-20 JFK- SFO (Alaska Airlines, one-way, economy) (meetings with S&C) | 743.61 |
| 01/16/2023 | Individual Meal John Labella - Lunch (meetings with S&C) | 16.95 |
| 01/16/2023 | Mileage Matthew Jacques 200 Miles | 131.00 |
| 01/16/2023 | Parking/Tolls Mark Cervi | 87.99 |
| 01/16/2023 | Gas/Fuel Matthew Jacques | 37.50 |
| 01/17/2023 | Lodging Mark Cervi ACBM New York 2023-01-17 2023-01-20 (meetings with S&C) | 595.89 |
| 01/17/2023 | Individual Meal Mark Cervi - Breakfast (meetings with S&C) | 30.22 |
| 01/17/2023 | Group Meal - Engagement Team Matthew Jacques - Dinner - Mark Cervi; John Labella; Matthew Jacques (meetings with S&C) | 210.00 |
| 01/17/2023 | Taxi/Car Service John Labella Airport to Hotel (meetings with S&C) | 59.89 |
| 01/17/2023 | Taxi/Car Service Mark Cervi Home to Airport (meetings with S&C) | 121.95 |
| 01/18/2023 | Individual Meal John Labella - Breakfast (meetings with S&C) | 13.54 |
| 01/18/2023 | Mileage Matthew Jacques 200 Miles | 131.00 |
| 01/18/2023 | Parking/Tolls Matthew Jacques | 62.10 |
| 01/18/2023 | Parking/Tolls Matthew Jacques | 136.00 |
| 01/18/2023 | Train Matthew Evans - Wilmington, DE | 154.00 |
| 01/18/2023 | Individual Meal John Labella - Dinner (meetings with S&C) | 64.42 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 01/19/2023 | Lodging Matthew Evans Courtyard by Marriott Wilmington, DE 2023-01-19 2023-01-20 (attend court hearings) | 155.70 |
| 01/19/2023 | Individual Meal Mark Cervi - Dinner (meetings with S&C) | 57.48 |
| 01/19/2023 | Individual Meal John Labella - Dinner (meetings with S&C) | 70.00 |
| 01/19/2023 | Taxi/Car Service John Labella Hotel to Office (meetings with S&C) | 12.22 |
| 01/20/2023 | Internet Access John Labella | 8.00 |
| 01/20/2023 | Individual Meal Mark Cervi - Lunch (meetings with S&C) | 6.17 |
| 01/20/2023 | Individual Meal Matthew Evans - Breakfast (attend court hearing) | 18.00 |
| 01/20/2023 | Individual Meal John Labella - Lunch (meetings with S&C) | 4.34 |
| 01/20/2023 | Taxi/Car Service Matthew Evans Train station to Home (returning home from court hearings) | 12.94 |
| 01/20/2023 | Taxi/Car Service Matthew Evans Meeting to Train station (court hearing) | 10.85 |
| 01/20/2023 | Taxi/Car Service Matthew Evans Hotel to Meeting (attend court hearings) | 31.35 |
| 01/20/2023 | Taxi/Car Service John Labella Hotel to Office (meetings with S&C) | 10.75 |
| 01/20/2023 | Taxi/Car Service Matthew Evans Train station to Hotel (attend court hearings) | 33.47 |
| 01/20/2023 | Taxi/Car Service John Labella Airport to Home (return from meetings with S&C) | 70.94 |
| 01/20/2023 | Taxi/Car Service John Labella Office to Airport (meetings with S&C) | 53.75 |
| 01/20/2023 | Taxi/Car Service Mark Cervi Hotel to Airport (return from meetings with S&C) | 116.73 |
| 01/20/2023 | Train Matthew Evans - Newark, NJ | 168.00 |
| 01/20/2023 | Individual Meal John Labella - Breakfast | 8.20 |
| 01/24/2023 | Lodging Matthew Jacques ACBM New York 2023-01-24 2023-01-27 (meetings with S&C) | 672.74 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 01/24/2023 | Airfare Justin Sutherland 2023-02-05 SLC- JFK (Delta Airlines, round-trip, economy) (meetings with S&C) | 1,160.08 |
| 01/24/2023 | Individual Meal Matthew Jacques - Lunch (meetings with S&C) | 13.93 |
| 01/24/2023 | Group Meal with Client/Contact Adam Searles - Lunch - Dana Schwartz; Adam Searles | 30.45 |
| 01/24/2023 | Mileage Matthew Jacques 200 Miles | 131.00 |
| 01/24/2023 | Gas/Fuel Matthew Jacques | 33.62 |
| 01/25/2023 | Individual Meal Matthew Jacques - Dinner (meetings with S&C) | 32.04 |
| 01/26/2023 | Individual Meal Matthew Jacques - Dinner (meetings with S&C) | 48.40 |
| 01/26/2023 | Group Meal with Client/Contact Adam Searles - Lunch - Adam Searles; Matthew Jacques | 36.54 |
| 01/26/2023 | Taxi/Car Service Matthew Jacques Hotel to Office (meetings with S&C) | 50.30 |
| 01/26/2023 | Taxi/Car Service Matthew Jacques Office to Hotel (meetings with S&C) | 61.67 |
| 01/26/2023 | Parking/Tolls Matthew Jacques | 136.00 |
| 01/27/2023 | Mileage Matthew Jacques 200 Miles | 131.00 |
| 01/28/2023 | Individual Meal Matthew Jacques - Breakfast (meetings with S&C) | 3.00 |
| 01/30/2023 | Airfare Justin Sutherland 2023-01-31 SLC- DCA (Delta, round trip, economy) (meetings with S&C) | 230.21 |
| 01/30/2023 | Train Justin Sutherland - New York | 185.00 |
| **Total Expenses** | | **$   9,074.28** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | 3,615.47 |
| Gas/Fuel | 71.12 |
| Ground Transportation | 1,153.81 |
| Internet | 8.00 |
| Lodging | 2,616.11 |
| Meals | 663.68 |
| Mileage | 524.00 |
| Parking & Tolls | 422.09 |
| **Total Expenses** | **$ 9,074.28** |

**AlixPartners**