## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: March 27, 2023 at 4:00 p.m. ET |

**THIRD MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Name of Applicant | Sullivan & Cromwell LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | January 20, 2023 *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $16,855,264.80 |
| 80% of Compensation sought as actual, reasonable and necessary: | $13,484,211.80 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $44,462.04 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/07/2023 | 11/12/2022-11/30/2022 | $9,529,535.50 | $105,053.32 | N/A | N/A |
| 02/14/2023 | 12/01/2022-12/31/2022 | $15,407,509.50 | $134,311.31 | N/A | N/A |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 12.30 | $26,629.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00 | 9.00 | $19,215.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 14.00 | $30,310.00 |
| Berrar, Carsten | Partner | 2001 | 1999 | $2,165.00 | 0.30 | $649.50 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 30.00 | $64,950.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,083.00** | 6.90 | $7,472.70 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 252.60 | $546,879.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 174.00 | $376,710.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00 | 257.60 | $557,704.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1997 | $2,165.00 | 106.80 | $231,222.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 14.90 | $16,136.70 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 274.90 | $595,158.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 89.20 | $193,118.00 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 57.40 | $124,271.00 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 23.50 | $50,877.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 186.80 | $404,422.00 |
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 6.10 | $13,206.50 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 3.80 | $4,115.40 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 323.50 | $700,377.50 |
| Hamilton, Brian E. | Partner | 1999 | 1998 | $2,165.00 | 14.50 | $31,392.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 103.20 | $223,428.00 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 27.20 | $58,888.00 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 13.60 | $29,444.00 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $1,083.00** | 4.90 | $5,306.70 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 62.50 | $135,312.50 |
| Jones Jr., Waldo D. | Partner | 1991 | 1990 | $2,165.00 | 1.70 | $3,680.50 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 9.50 | $20,567.50 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $928.00** | 5.00 | $4,640.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00 | 239.10 | $443,530.50 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 22.60 | $48,929.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00 | 192.50 | $416,762.50 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 11.60 | $25,114.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00 | 1.90 | $3,515.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 37.80 | $81,837.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 61.30 | $132,714.50 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00 | 50.00 | $101,500.00 |
| Newton, Beth | Partner | 2013 | 2011 | $2,135.00 | 77.80 | $166,103.00 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 1.50 | $3,247.50 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $1,083.00** | 0.50 | $541.50 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 40.10 | $86,816.50 |
| Porpora, Matthew J. | Partner | 2006 | 2005 | $2,165.00 | 8.10 | $17,536.50 |
| Salley, Stephen M. | Partner | 2010 | 2009 | $2,165.00 | 0.30 | $649.50 |
| Schlein, Robert M. | Partner | 1993 | 1992 | $2,165.00 | 12.50 | $27,062.50 |
| Shields, Kamil R. | Partner | 2010 | 1991 | $2,165.00 | 34.40 | $74,476.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00 | 113.20 | $245,078.00 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 2.50 | $5,412.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 193.40 | $418,711.00 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,165.00 | 14.60 | $31,609.00 |
| **Partner Total** | | | | | **3,201.40** | **$6,807,230.50** |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00 | 85.70 | $134,977.50 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,575.00 | 60.30 | $94,972.50 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 119.30 | $213,547.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 18.80 | $33,652.00 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 26.70 | $48,727.50 |
| Orr, Justin R. | Special Counsel | 2014 | 2014 | $1,575.00 | 40.40 | $63,630.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 28.70 | $45,202.50 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 20.00 | $31,900.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 66.70 | $119,393.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 89.00 | $140,175.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 79.90 | $125,842.50 |
| **Special Counsel Total** | | | | | **635.50** | **$1,052,019.50** |
| Benton, Simone A. | Practice Area Associate | 2001 | 2008 | $1,390.00 | 35.30 | $49,067.00 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 7.60 | $10,374.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 19.90 | $16,119.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $480.00** | 4.10 | $1,968.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $960.00 | 63.00 | $60,480.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,395.00 | 97.40 | $135,873.00 |
| Brod, Andrew B. | Associate | in process | 2022 | $775.00 | 69.40 | $53,785.00 |
| Chen, Linda Yao | Associate | 2021 | 2020 | $1,205.00 | 137.20 | $165,326.00 |
| Courroy, Arthur D. | Associate | in process | 2022 | $775.00 | 46.50 | $36,037.50 |
| Cyr, Marc-André O. | Associate | 2012 | 2015 | $1,475.00 | 24.60 | $36,285.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,365.00 | 137.50 | $187,687.50 |
| Downing, Emma C. | Associate | in process | 2022 | $775.00 | 182.40 | $141,360.00 |
| Eze, Ugonna | Associate | 2022 | 2021 | $960.00 | 87.90 | $84,384.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,310.00 | 9.70 | $12,707.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,365.00 | 195.80 | $267,267.00 |
| Foote, Isaac S. | Associate | in process | 2022 | $775.00 | 52.00 | $40,300.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,365.00 | 69.30 | $94,594.50 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,440.00 | 82.10 | $118,224.00 |
| Gallant, Jason W. | Associate | 2022 | 2021 | $960.00 | 58.90 | $56,544.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Gambino, Dominick T. | Associate | in process | 2022 | $775.00 | 47.30 | $36,657.50 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,395.00 | 39.00 | $54,405.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,365.00 | 84.20 | $114,933.00 |
| Hardin, Joshua J. | Associate | in process | 2022 | $775.00 | 67.20 | $52,080.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,440.00 | 86.80 | $124,992.00 |
| Hills, Natalie A. | Associate | in process | 2022 | $775.00 | 137.60 | $106,640.00 |
| Hisarli, M. Devin | Associate | in process | 2022 | $775.00 | 92.50 | $71,687.50 |
| Hodges, Christian T. | Associate | in process | 2022 | $775.00 | 168.90 | $130,897.50 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,205.00 | 92.00 | $110,860.00 |
| House, Margaret S. | Associate | 2022 | 2022 | $775.00 | 103.80 | $80,445.00 |
| Ingber, Zachary R. | Associate | 2020 | 2019 | $1,310.00 | 36.90 | $48,339.00 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 234.50 | $345,887.50 |
| Kateman, Hana K. | Associate | in process | 2022 | $775.00 | 2.70 | $2,092.50 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,440.00 | 2.10 | $3,024.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,365.00 | 120.40 | $164,346.00 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,205.00 | 15.80 | $19,039.00 |
| Lavin, Phoebe A. | Associate | in process | 2022 | $775.00 | 191.80 | $148,645.00 |
| Lee, Jinny | Associate | in process | 2022 | $775.00 | 33.40 | $25,885.00 |
| Lee, Patrick D. | Associate | in process | 2022 | $775.00 | 33.10 | $25,652.50 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,205.00 | 27.10 | $32,655.50 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,395.00 | 21.70 | $30,271.50 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,205.00 | 37.00 | $44,585.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $960.00 | 99.90 | $95,904.00 |
| Loh, Esther L.S. | Associate | in process | 2022 | $775.00 | 27.00 | $20,925.00 |
| Luu, Nam | Associate | 2022 | 2022 | $775.00 | 45.70 | $35,417.50 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,395.00 | 154.40 | $215,388.00 |
| Mark, Colin A. | Associate | in process | 2022 | $775.00 | 56.00 | $43,400.00 |
| Masoudi, Yasmin | Associate | in process | 2022 | $775.00 | 25.80 | $19,995.00 |
| Masters, Hannah L. | Associate | 2022 | 2021 | $960.00 | 55.30 | $53,088.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,440.00 | 128.70 | $185,328.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $775.00 | 176.20 | $136,555.00 |
| Mazumdar, Aneesa | Associate | in process | 2022 | $775.00 | 35.80 | $27,745.00 |
| Mehta, Suniti N. | Associate | 2014 | 2013 | $1,475.00 | 6.50 | $9,587.50 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,395.00 | 12.00 | $16,740.00 |
| Miller, Nicole A. | Associate | in process | 2022 | $775.00 | 9.00 | $6,975.00 |
| Millet, Tatum E. | Associate | in process | 2022 | $775.00 | 124.90 | $96,797.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,365.00 | 27.60 | $37,674.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,205.00 | 185.40 | $223,407.00 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,205.00 | 52.70 | $63,503.50 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $960.00 | 29.00 | $27,840.00 |
| Petiford, Julie G. | Associate | 2018 | 2017 | $698.00** | 4.60 | $3,210.80 |
| Petiford, Julie G. | Associate | 2018 | 2017 | $1,395.00 | 114.40 | $159,588.00 |
| Piazza, Walter | Associate | 2015 | 2018 | $1,310.00 | 1.10 | $1,441.00 |
| Plamondon, Marie-Ève | Associate | in process | 2019 | $1,310.00 | 17.00 | $22,270.00 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $960.00 | 1.10 | $1,056.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,365.00 | 141.40 | $193,011.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,205.00 | 104.50 | $125,922.50 |
| Ross, Luke W. | Associate | in process | 2022 | $775.00 | 134.60 | $104,315.00 |
| Ruan, Ting | Associate | in process | 2022 | $775.00 | 32.50 | $25,187.50 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,205.00 | 41.30 | $49,766.50 |
| Saravalle, Edoardo | Associate | in process | 2022 | $775.00 | 16.40 | $12,710.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,440.00 | 21.60 | $31,104.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $775.00 | 123.80 | $95,945.00 |
| Schulweis, Danielle B. | Associate | 2017 | 2016 | $1,440.00 | 2.40 | $3,456.00 |
| Schutt, Robert P. | Associate | in process | 2022 | $775.00 | 107.80 | $83,545.00 |
| Shehada, Emile R. | Associate | in process | 2022 | $775.00 | 88.10 | $68,277.50 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,440.00 | 26.50 | $38,160.00 |
| Stern, Corey J. | Associate | in process | 2022 | $775.00 | 118.50 | $91,837.50 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,205.00 | 121.70 | $146,648.50 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,365.00 | 19.00 | $25,935.00 |
| Toobin, Adam J. | Associate | in process | 2022 | $775.00 | 206.40 | $159,960.00 |
| Uller, Frederik K. | Associate | 2015 | 2013 | $1,395.00 | 1.80 | $2,511.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $960.00 | 18.50 | $17,760.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 2.70 | $3,982.50 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,395.00 | 154.70 | $215,806.50 |
| Weldon, Christopher M. | Associate | 2018 | 2017 | $1,395.00 | 12.60 | $17,577.00 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,395.00 | 9.90 | $13,810.50 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 190.80 | $281,430.00 |
| Wünsche, Frederic | Associate | 2018 | 2017 | $1,395.00 | 33.10 | $46,174.50 |
| Yildirim, Ozan | Associate | 2022 | 2022 | $775.00 | 23.60 | $18,290.00 |
| Zhang, Naiquan | Associate | in process | 2022 | $775.00 | 64.40 | $49,910.00 |
| Zhao, Lilian | Associate | in process | 2022 | $775.00 | 18.40 | $14,260.00 |
| Zhu, Angela | Associate | 2021 | 2020 | $1,205.00 | 0.10 | $120.50 |
| Zonenshayn, Benjamin | Associate | in process | 2022 | $775.00 | 57.90 | $44,872.50 |
| Abril-Martorell García, Joaquín | Visiting Lawyer | 2018 | 2018 | $775.00 | 18.40 | $14,260.00 |
| Baek, Seungdong | Visiting Lawyer | 2016 | 2016 | $775.00 | 16.20 | $12,555.00 |
| Zhao, Jiawei | Visiting Lawyer | 2016 | 2015 | $775.00 | 32.50 | $25,187.50 |
| Chia, Vanessa | Trainee Solicitor | in process | 2021 | $550.00 | 5.80 | $3,190.00 |
| Necula, Gabriela | Trainee Solicitor | in process | 2021 | $550.00 | 5.90 | $3,245.00 |
| **Associate Total** | | | | | **6,420.30** | **$6,886,961.80** |
| **Lawyers Total** | | | | | **10,257.20** | **$14,746,211.80** |
| Bauer, Philipp | Law Clerk | | | $550.00 | 18.50 | $10,175.00 |
| Dehner, Tillmann C. | Law Clerk | | | $550.00 | 4.00 | $2,200.00 |
| Huber, David | Law Clerk | | | $550.00 | 10.00 | $5,500.00 |
| Atamian, Stepan G. | Paralegal | | | $425.00 | 0.90 | $382.50 |
| Capen, Ella S. | Paralegal | | | $0.00* | 67.20 | $0.00 |
| Capen, Ella S. | Paralegal | | | $530.00 | 1.80 | $954.00 |
| Carr, Helen O. | Paralegal | | | $530.00 | 14.40 | $7,632.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 131.90 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 6.00 | $3,570.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Eigen, Jeffrey G. | Paralegal | | | $595.00 | 7.00 | $4,165.00 |
| Gulick, Lydia S. | Paralegal | | | $530.00 | 0.80 | $424.00 |
| Katz, Jason S. | Paralegal | | | $0.00* | 40.70 | $0.00 |
| Nguyen, Bach-Yen T. | Paralegal | | | $595.00 | 0.80 | $476.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 119.80 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 5.40 | $3,213.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 45.60 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $425.00 | 41.40 | $17,595.00 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 8.20 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $425.00 | 0.30 | $127.50 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 59.10 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 34.80 | $0.00 |
| West, Molly E. | Paralegal | | | $425.00 | 5.30 | $2,252.50 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 33.50 | $0.00 |
| Zhukovsky, Hannah S. | Paralegal | | | $530.00 | 23.70 | $12,561.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 243.60 | $144,942.00 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 219.10 | $130,364.50 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 241.40 | $143,633.00 |
| Baskerville, Phillip L. | Legal Analyst - Litigation | | | $595.00 | 22.60 | $13,447.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 168.30 | $100,138.50 |
| Edwards, LaToya C. | Legal Analyst - Litigation | | | $595.00 | 223.20 | $132,804.00 |
| Flynn, Camille A. | Legal Analyst - Litigation | | | $595.00 | 216.30 | $128,698.50 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 110.80 | $0.00 |
| Godin, Ruth P. | Legal Analyst - Litigation | | | $595.00 | 75.10 | $44,684.50 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 133.70 | $79,551.50 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 202.70 | $120,606.50 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 66.40 | $39,508.00 |
| Isacoff, Nicole I. | Legal Analyst - Litigation | | | $595.00 | 126.50 | $75,267.50 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 86.20 | $51,289.00 |
| Jordan, Frank A. | Legal Analyst - Litigation | | | $595.00 | 249.90 | $148,690.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 143.70 | $85,501.50 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $595.00 | 129.90 | $77,290.50 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 239.80 | $142,681.00 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 105.40 | $62,713.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 92.30 | $54,918.50 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 188.50 | $112,157.50 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 84.40 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 117.30 | $69,793.50 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 4.20 | $2,310.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 12.90 | $7,095.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 52.40 | $28,820.00 |
| Kordic, Alma | Electronic Discovery | | | $550.00 | 9.80 | $5,390.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 43.80 | $24,090.00 |
| Sheikh, Faisal M. | Electronic Discovery | | | $550.00 | 4.80 | $2,640.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 16.00 | $8,800.00 |
| **Non Legal Personnel Total** | | | | | **4,312.10** | **$2,109,053.00** |
| **GRAND TOTAL** | | | | | **14,569.30** | **$16,855,264.80** |

\* Zero rate appears wherever no fee was charged for work.
\*\*50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate:  $ 1,156.90**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023[2]**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 906.00 | $1,397,316.00 |
| ASSET DISPOSITION | 1,740.10 | $2,251,805.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 105.90 | $127,721.50 |
| AVOIDANCE ACTION ANALYSIS | 370.50 | $585,539.00 |
| BUSINESS OPERATIONS | 249.90 | $315,198.50 |
| CASE ADMINISTRATION | 49.60 | $99,369.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.30 | $232.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 254.70 | $395,183.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 117.10 | $143,166.50 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 366.50 | $574,884.50 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 118.60 | $148,503.00 |
| FINANCING AND CASH COLLATERAL | 6.30 | $10,225.50 |
| OTHER LITIGATION | 405.00 | $605,439.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 291.10 | $519,820.00 |
| NON-WORKING TRAVEL | 44.70 | $43,391.80 |
| PLAN AND DISCLOSURE STATEMENT | 2.20 | $2,112.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 2.20 | $4,763.00 |
| TAX | 119.60 | $236,873.50 |
| VALUATION | - | $0.00 |
| DISCOVERY | 4,669.50 | $3,563,749.00 |
| HEARINGS | 48.80 | $89,040.00 |
| FIRST AND SECOND DAY MOTIONS | 388.30 | $603,109.00 |
| CLAIMS INVESTIGATION | - | $0.00 |
| GENERAL INVESTIGATION | 1,489.40 | $2,076,671.50 |
| SCHEDULES, SOFAS AND REPORTING | 2.20 | $3,851.00 |
| OTHER MOTIONS/APPLICATIONS | 344.30 | $495,129.00 |
| TIME ENTRY REVIEW | 736.00 | $0.00 |
| BUDGETING | - | $0.00 |
| GENERAL REGULATORY | 300.90 | $409,864.00 |
| BAHAMAS MATTERS | 340.10 | $481,787.50 |
| FOREIGN DEBTOR MATTERS | 619.40 | $1,011,769.00 |
| COORDINATION WITH FOREIGN PROCEDURES | 26.90 | $56,954.50 |
| COORDINATION IN OTHER BANKRUPTCIES | 453.20 | $601,797.00 |
| INVESTIGATIVE REPORTS | - | $0.00 |
| **TOTAL** | **14,569.30** | **16,855,264.80** |

---

[2]   The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Repro - B&W Copies | | $5,306.00 |
| Repro - Color Copies | | $1,915.60 |
| Delivery/Courier | | $1,367.02 |
| Local Transportation | | $12,392.80 |
| Travel and Expenses | | $7,945.78 |
| Conference Room Dining | | $9,938.21 |
| Meals - Overtime | | $3,930.67 |
| Outside Professional Services | Lionbridge | $900.00 |
| Case Storage | | $368.76 |
| Telephonic Court Appearance | | $210.00 |
| Trial Transcripts | | $187.20 |
| | **TOTAL** | **$44,462.04** |

---

[3]  Sullivan & Cromwell LLP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS
COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

Sullivan & Cromwell LLP ("S&C"), counsel to FTX Trading Ltd. and its

affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), hereby submits this third monthly fee statement (this "Monthly Fee Statement") for

compensation for professional services rendered and expenses incurred for the period from

January 1, 2023 through and including January 31, 2023 (the "Fee Period"). In support of the

Monthly Fee Statement, S&C respectfully states as follows:

**Background**

1.     On November 11 and November 14, 2022,[2] the Debtors filed with the

United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for

relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified,

the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and
4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the
Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete
list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX.

[2]     November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.  Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the

Court by entry of an order on November 22, 2022 [D.I. 128].  On December 15, 2022, the Office

of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an

Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the

Bankruptcy Code [D.I. 231].

2.      On January 9, 2023, the Court entered the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435] (the

"Interim Compensation Order").

3.      On January 20, 2023 the Court entered the *Order Authorizing the*

*Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-*

*in-Possession Nunc Pro Tunc to the Petition Date* [D.I. 553] authorizing the retention and

employment of S&C as the Debtors' counsel, *nunc pro tunc* to November 11, 2022.

**Relief Requested**

4.      By this Monthly Fee Statement and in accordance with the Interim

Compensation Order, S&C makes this application for (i) allowance of compensation as an

administrative expense of the Debtors' estates in the amount of $16,855,264.80 for reasonable

and necessary professional services rendered, (ii) payment of compensation in the amount of

80% thereof (in the amount of $13,484,211.80) and (iii) payment of $44,462.04 for actual and

necessary expenses incurred.

**a.  Compensation Requested**

5.      The services performed by S&C during the Fee Period represent one of the

most complicated, multi-disciplinary exercises by any law firm in any area of law. S&C's work

included assistance with:

-2-

4854-0589-0388 v.2

- the preparation of the Debtors' objection and supporting evidence to, and preparation of the hearing on, the U.S. Trustee's motion to appoint an examiner;

- the collection and organization of a voluminous corporate records across various traditional and non-traditional media of communications, the collection of materials for discovery, and thousands of hours coordinating responses to governmental and regulatory authorities, including testimony before the Financial Services Committee of the U.S. House of Representatives and information requests from the Financial Services Committee, the SEC, the CFTC, the Department of Justice and numerous State and foreign authorities;

- the provision of information to, and cooperation with requests by, global law enforcement;

- the identification and recovery of Debtor assets, including those frozen by custodians and/or held in the names of third parties to disguise ownership by the Debtors;

- the representation of the Debtors in four other large cryptocurrency chapter 11 cases—Voyager Digital, Celsius Networks, BlockFi and Genesis Digital;

- the sale processes for four different operating businesses, request for approval of de minimis asset sale procedures and commencement of private sale processes of venture investments and other assets;

- requests for production of documents and interrogatories from various third parties, negotiations with counsel for related parties and commencement of productions from such parties;

- the preparation of investigative summaries and public disclosure materials, and related discussions with stakeholders;

- the consensual resolution or postponement of essentially all commercial and legal disputes with stakeholders that have arising during these Chapter 11 Cases so far; and

- the approval of 'second day' motions and other motions and applications, including numerous contested matters with the Office of the U.S. Trustee.

Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services

performed by S&C with respect to the Chapter 11 Cases during the Fee Period.  This detailed

4854-0589-0388 v.2

itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

6.      The timekeepers who rendered services related to each category are identified in Exhibit A, along with the number of hours for each individual and the total compensation sought by each category.  All services for which S&C requests compensation were performed for, or on behalf of, the Debtors.

**b.  Expense Reimbursement**

7.      S&C incurred out-of-pocket expenses during the Fee Period in the amount of $44,462.04.  Attached hereto as Exhibit B is a description of the expenses actually incurred by S&C in the performance of services rendered as counsel to the Debtors.  The expenses are broken down into categories of charges, which may include, among other things, the following charges:  printing, messenger service, filing fees, working meals, overtime or weekend travel, travel and other expenses.

8.      In January 2023, S&C used Lionbridge for translation services.  S&C seeks reimbursement only for the actual expenses charged by such third-party service providers.

9.      In accordance with section 330 of the Bankruptcy Code, S&C seeks reimbursement only for the actual cost of such expenses to S&C.  S&C submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Monthly Fee Statement, requests reimbursement of the same.

## Valuation of Services

10.     Professionals of S&C have expended a total of 14,569.30 in connection

with this matter during the Fee Period.

11.     The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in <u>Exhibit A</u>.  The rates are S&C's normal hourly rates of compensation for work of this character in connection with chapter 11 proceedings.  The rates for the more senior timekeepers in each class represent a discount from the rates currently used by S&C when preparing estimates of fees under its normal billing procedures for non-bankruptcy engagements.  The reasonable value of the services rendered by S&C for the Fee Period as counsel for the Debtors in the Chapter 11 Cases is $16,855.264.80.

12.     S&C believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

13.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

<u>**Certificate of Compliance and Waiver**</u>

14.     The undersigned representative of S&C certifies that he has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, S&C believes that such deviations are not material and respectfully requests that any such requirements be waived.

<u>**Notice and No Prior Request**</u>

15.     Notice of this Monthly Fee Statement has been given to the following

parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee

of Unsecured Creditors and (c) all parties required to be given notice in the Interim

Compensation Order.  S&C submits that no other or further notice is necessary.

16.     No prior request for the relief sought in this Monthly Fee Statement has

been made to this or any other Court.

WHEREFORE, S&C respectfully requests that the Bankruptcy Court

(i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.


| | |
|---|---|
| Dated:  March 6, 2023<br>New York, NY | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:    (212) 558-3588<br>Email:    dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |