## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF EXAMINATION OF PRAGER METIS CPAS, LLC UNDER BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1

Notice is hereby given that Prager Metis CPAs, LLC has voluntarily agreed to produce the documents described in Schedule A hereto to Quinn Emanuel Urquhart & Sullivan, LLP, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, and to Paul Hastings LLP, counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases, at the office of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, with an initial production of documents to be completed no later than March 28, 2023 at 5:00 PM ET.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>            March 7, 2023 | Respectfully submitted,<br><br>**LANDIS RATH & COBB LLP**<br><br>By:  */s/ Matthew B. McGuire*<br>       Adam G. Landis (No. 3407)<br>       Matthew B. McGuire (No. 4366)<br>       Kimberly A. Brown (No. 5138)<br>       Matthew R. Pierce (No. 5946)<br>       919 Market Street, Suite 1800<br>       Wilmington, Delaware 19801<br>       Telephone: (302) 467-4400<br>       Facsimile: (302) 467-4450<br>       E-mail: landis@lrclaw.com<br>                  mcguire@lrclaw.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070178.}

    brown@lrclaw.com
    pierce@lrclaw.com

*Counsel for the Debtors
and Debtors-in-Possession*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (*pro hac vice*)
Katherine A. Lemire (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
sascharand@quinnemanuel.com
katherinelemire@quinnemanuel.com

K. John Shaffer (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
johnshaffer@quinnemanuel.com

William A. Burck (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
williamburck@quinnemanuel.com

*Special Counsel to the Debtors*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
mlunn@ycst.com
rpoppiti@ycst.com

**PAUL HASTINGS LLP**

Ken Pasquale (*pro hac vice*)
Isaac Sasson (*pro hac vice*)
200 Park Avenue
New York, New York 10166
(212) 318-6463
kenpasquale@paulhastings.com
isaacsasson@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*