# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 8, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**THE HEARING WILL BE HELD VIA ZOOM ONLY. PLEASE REGISTER IN ADVANCE AT THE LINK BELOW BY MARCH 8, 2023 AT 11:00 A.M. (ET)**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItdeippjMoE4IesKl-k8fbskjoNLHKxq8

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When: March 8, 2023 at 1:00 p.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## RESOLVED MATTERS:

1. Motion of Debtors for Entry of an Order Extending Time to Respond to the Complaint [Adv. Case. 22-50514 D.I. 6, filed on February 10, 2023]

    Status: On March 1, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] **Amended items appear in bold.**

2.  Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Cases of Debtors FTX Turkey Teknoloji ve Ticaret Anonim Şirketi and SNG Investments Yatırım ve Danışmanlık Anonim Şirketi [D.I. 589, filed on January 27, 2023]

    Status: On February 13, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

3.  Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Form Stock Purchase Agreement Under Seal and (B) Granting Related Relief [D.I. 627, filed on February 6, 2023]

    Status: On March 3, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4.  Motion of Debtors for Entry of an Order Extending the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 665, filed on February 8, 2023]

    Status: On March 1, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

5.  [SEALED] Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 738, filed on February 16, 2023]

    Status: On March 6, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

6.  Motion of Debtors for Entry of an Order Extending Deadline to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. §1141(d)(6) [D.I. 740, filed on February 17, 2023]

    Status: On March 3, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

7.  Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Form Interest Purchase Agreement Under Seal and (B) Granting Related Relief [D.I. 752, filed on February 21, 2023]

    Status: On March 3, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

8.  Motion of Debtors for Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 755, filed on February 22, 2023]

    Status: On March 3, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTER GOING FORWARD:**

9.  Motion of Debtors for Entry of an Order (A) Authorizing the Debtors and the Committee to Enter into Stipulation with the Voyager Debtors and Voyager Committee, (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 769, filed on February 27, 2023]

    Response Deadline: March 7, 2023 at 12:00 p.m. (ET)

    Responses Received:

    A.  Reservation of Rights of the Joint Provisional Liquidators of FTX Digital Markets Ltd. Regarding the Motion of Debtors for Entry of an Order (A) Authorizing the Debtors and the Committee to Enter into Stipulation with Voyager Debtors and Voyager Committee, (B) Approving the Stipulation and (C) Granting Related Relief [D.I. 819, filed on March 7, 2023]

    Related Documents:

    A.  Order Granting Motion for Entry of an Order Shortening the Time for Motion of Debtors for Entry of an Order (A) Authorizing the Debtors and the Committee to Enter into Stipulation with the Voyager Debtors and Voyager Committee, (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 771, entered on February 27, 2023]

    B.  Notice of Hearing [D.I. 773, filed on February 27, 2023]

    Status: **The Debtors have agreed to a revised form of order to address the Reservation of Rights filed by the Joint Provisional Liquidators of FTX Digital Markets Ltd. The Debtors will submit the agreed revised form of order under certification of counsel prior to the hearing.**

Dated: March 7, 2023
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*