# **<u>Exhibit B</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref ~~No~~Nos. ~~—~~769 & 819 |

**ORDER (A) AUTHORIZING THE DEBTORS AND THE COMMITTEE TO ENTER INTO STIPULATION WITH THE VOYAGER DEBTORS AND THE VOYAGER COMMITTEE; (B) APPROVING THE STIPULATION; AND (C) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors and the Committee to enter into the Stipulation, which is attached hereto as Exhibit 1, (b) approving the Stipulation, and (c) granting certain related relief; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

{1368.002-W~~0070189~~0070202.}

withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors and the Committee are authorized to enter into the Stipulation.

3. The terms of the Stipulation are approved in their entirety.

4. Except as expressly provided in the Stipulation or this Order, the respective rights, claims, remedies or defenses of each Debtor and its estate, each Voyager Debtor, the Committee and the Voyager Committee shall be reserved and preserved in all respects.

5. For the avoidance of doubt, nothing contained in the Stipulation or this Order shall impact or compromise the rights, claims or defenses of FTX Digital Markets Ltd. ("FTX Digital Markets") or the Joint Provisional Liquidators of FTX Digital Markets against the Debtors or the Voyager Debtors with respect to any matters addressed herein, including, but not limited to: (1) any claim, cause of action, or defense that FTX Digital Markets has against the Voyager Debtors or the Debtors; (2) any right of FTX Digital Markets or the Joint Provisional Liquidators to file, prosecute, or compromise proofs of claim against the Voyager Debtors; and (3) any right of FTX Digital Markets or the Joint Provisional Liquidators to seek to intervene in

-3-

any mediation or litigation concerning the Preference Claims or any other claim or cause of action that the Debtors have against the Voyager Debtors.

6. 5. The failure to specifically include or reference any particular term or provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such term or provision.

7. 6. The Debtors and the Committee are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

8. 7. The requirements set forth in Bankruptcy Rule 6004(a) are waived.

9. 8. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10. 9. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: _____
      Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge

Document comparison by Workshare 9.5 on Wednesday, March 8, 2023 11:30:50 AM

| Input: | |
|---|---|
| Document 1 ID | file://S:\wdox\LRCDocs\1368\002\PLED\~VER\1\W0070189.DOC |
| Description | W0070189 |
| Document 2 ID | file://S:\wdox\LRCDocs\1368\002\MISC\W0070202.DOCX |
| Description | W0070202 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 14 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 23 |