## EXHIBIT A

4859-0739-7204 v.4

**PETER D. MAYNARD**  
Counsel & Attorneys  
Bay & Deveaux Streets  
P.O. Box N-1000  
Nassau, N.P., Bahamas

Tel:   242-325-5335  
Fax:  242-325-5411

TIN:  100133976

**FTX Trading Ltd.**  
**One Cable Beach**  
**Nassau, N.P., Bahamas**  
**Attention:  Can Sun**

Date:       January 13, 2022  
Invoice #:  1402

**PROFESSIONAL SERVICES RENDERED IN RESPECT OF:**  
FTX Trading Ltd.

| DATE | DESCRIPTION | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|
| Dec-10-21 | Draft arbitration clause | TP | 1:00 | 250.00 |
| Dec-13-21 | Reviewing draft arbitration clause; discussing the cost provisions within internet; discussing the particular needs of crypto currency disputes. | PDM | 0:30 | 375.00 |
|  | Edited draft arbitration clause. | TP | 1:00 | 250.00 |
| Jan-04-22 | Discussing arbitration clause. | PDM | 0:15 | 187.50 |
| Jan-11-22 | Meeting with Can Sun and Lavar Ferguson re: Discussing arbitration clause. | PDM | 1:00 | 750.00 |
|  | Meeting with Can Sun and Lavar Ferguson re: Discussing arbitration clause. | TP | 1:00 | 250.00 |
|  | Total |  | 4:45 | $2,062.50 |
|  | VAT @ 10% |  |  | 206.25 |
|  | **Total Fees:** |  |  | **$2,268.75** |

Case 22-11068-JTD    Doc 827-1    Filed 03/08/23    Page 3 of 3

| | |
|---|---:|
| Retainer Applied | 2,020.00 |
| **Balance Now Due** | **$248.75** |