**<u>EXHIBIT C</u>**

 Gmail

## Checking In
2 messages

**Tamika Pinder** <tamika.pinder@maynardlaw.com>                    Fri, Sep 23, 2022 at 11:05 AM
To: can@ftx.com

Hi Can,

I hope you are doing well.

I just wanted to check in and let you know that I have taken a keen interest in crypto and blockchain technology lately, and I am also minded to do a certification course with ACAMS on Virtual Currency and Blockchain.

If there are any other legal matters that you and FTX need assistance with, we are glad to help.

--

Kind regards,


Tamika V. Pinder (Mrs.)

Counsel & Attorney


**PETER D. MAYNARD**

COUNSEL & ATTORNEYS

**A Full Service Commercial Law Firm**

Bay & Deveaux Sts., 2nd Floor

P. O. Box N-1000

Nassau, The Bahamas

tamika.pinder@maynardlaw.com

Tel: +242 325 5335 / 5339

Fax: +242 325 5411


A list of our attorneys, our firm's profile and our publications may be found at our website www.maynardlaw.com

Member of                    International Chamber of Commerce **ASSET TRACING & RECOVERY** www.icc-fraudnet.com

**CONFIDENTIALITY NOTICE**: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this e-mail or its attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately by e-mail and delete this message and all copies and backups thereof.  We do not accept any liability or responsibility for viruses or malware that may be transmitted through this communication or any attachment.  Thank you. 🌱 **please consider the environment before printing this e-mail.**

**2 attachments**

 **image002.png**
7K

 **image001.jpg**
4K

---

**Can Sun** <can@ftx.com>                                          Fri, Sep 23, 2022 at 11:24 AM
To: Tamika Pinder <tamika.pinder@maynardlaw.com>

Great thank you! Will definitely keep in mind.

On Fri, Sep 23, 2022 at 11:05 AM, Tamika Pinder <tamika.pinder@maynardlaw.com> wrote:
> Hi Can,
>
> I hope you are doing well.
>
> I just wanted to check in and let you know that I have taken a keen interest in crypto and blockchain technology lately, and I am also minded to do a certification course with ACAMS on Virtual Currency and Blockchain.
>
> If there are any other legal matters that you and FTX need assistance with, we are glad to help.
>
> --
>
> Kind regards,
>
>
> Tamika V. Pinder (Mrs.)
>
> Counsel & Attorney
>

**PETER D. MAYNARD**

COUNSEL & ATTORNEYS