# EXHIBIT A

## FTX Trading – Redacted Parties in Interest[1]

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang

**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)

**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)

Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance
Zand Bank

**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

Name On File

Name On File

Alpaca Crypto LLC

AlteumX International S.A.

Name On File

Name On File

Name On File

Name On File

Barstool Sports Inc.

Billboard Media, LLC

Binance Capital Management Co. Ltd.

BitGo

BITOCTO

BlockFi Inc.

Brandon Williams

Brave Software International SEZC

Name On File

Cal Athletics

Chainalysis

Coachella Music Festival, LLC

David Ortiz

David Ortiz Children's Fund

Name On File

Diego Perez de Ayala

Digital Assets DA AG

Digital Finance Group Company

Dolphin Entertainment, Inc.

Name On File

Elvia Delgadillo

Exodus Movement, Inc.

Fortune Cookie

FOX SPORTS SUN, LLC

Name On File

FTI Consulting, Inc.

Furia ESports LLC

Galois Capital

Gisele Caroline Bündchen

Golden State Warriors

Gpay Network Pte. Ltd.

Growflint Technologies Pvt. Ltd.

HashKey Blockchain Investment Fund

HODL Media, Inc.

ICC Business Corporation FZ LLC

Idealex Services OU

IEX Group, Inc.

iVest+

Name On File

Name On File

Jeremy Cranford

Name On File

Joele Frank

Kariya Kayamori

Name On File

Kevin O'Leary

Name On File

Larnabell Enterprises Limited

Laura Larissa Hanna

Ledger SAS

Lightspeed Management Company, LLC

Lincoln Holdings LLC DBA Monumental Sports & Entertainment

Lorem Ipsum UG

Name On File

Name On File

Major League Baseball Clubs

Major League Baseball Properties, Inc

Mark Khalil

Medium Rare Live, LLC

Meow Technologies Inc.

Mercedes-Benz Grand Prix Limited

Name On File

MLB Advanced Media, L.P

MMBOC, LLC

MPG Live Ltd

Multicoin Capital

Nardello & Co. LLC

Naomi Osaka

O'Leary Productions Inc.

Office of the Commissioner of Baseball

Paradigm

Patrick Gruhn

Paul Forest

Paxos Trust Company, LLC

Name On File

Play Magnus Group

PointUp Inc.

Proper Trust AG

PT Datindo Infonet Prima

Race Capital

Radegen Sports Management LLC

Rebecca Lowe

Reddit, Inc.

Ribbit Capital

Rick Fox

Riot

Name On File

SC30 Inc.

Name On File

Shohei Ohtani

Name On File

Stephen Curry

StockTwits, Inc.

Swift Media Entertainment, Inc

Sygnia Consulting

The MLB Network, LLC

The Sequoia Fund, L.P.

Thoma Bravo

TL INTERNATIONAL BV

TokenBot International Ltd.

Tom Brady

TradingView Inc

Trevor Lawrence

TrustToken

Twig USA Inc

Udonis Haslem

UJH Enterprises

Veridian Development Group Ltd.

| | |
|---|---|
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |
| Name On File | FTX Canada Inc |
| Name On File | FTX Certificates GmbH |
| Name On File | FTX Crypto Services Ltd. |
| Name On File | FTX Digital Assets LLC |
| Name On File | FTX Digital Holdings (Singapore) Pte Ltd |
| Name On File | FTX EMEA Ltd. |
| Name On File | FTX Equity Record Holdings Ltd |
| Name On File | FTX EU Ltd. |
| Name On File | FTX Europe AG |
| Name On File | FTX Exchange FZE |
| Name On File | FTX Hong Kong Ltd |
| Name On File | FTX Japan Holdings K.K. |
| Name On File | FTX Japan K.K. |
| Name On File | FTX Japan Services KK |
| Name On File | FTX Lend Inc. |
| Name On File | FTX Marketplace, Inc. |
| Name On File | FTX Products (Singapore) Pte Ltd |
| Name On File | FTX Property Holdings Ltd |

| | |
|---|---|
| FTX Services Solutions Ltd. | Name On File |
| FTX Structured Products AG | Can Sun |
| FTX Switzerland GmbH | Caroline Ellison |
| FTX Trading GmbH | Caroline Papadopoulos |
| FTX Trading Ltd | Name On File |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Name On File |
| FTX US Services, Inc. | Constance Wang |
| FTX US Trading, Inc | Corporate & Trust Services Limited |
| FTX Ventures Ltd | Dan Friedberg |
| FTX Zuma Ltd | Name On File |
| GG Trading Terminal Ltd | Diana Aidee Munoz Maclao De Camargo |
| Global Compass Dynamics Ltd. | Edward Moncada |
| Good Luck Games, LLC | Gary Wang |
| Goodman Investments Ltd. | Name On File |
| Hannam Group Inc | Name On File |
| Hawaii Digital Assets Inc. | Name On File |
| Hilltop Technology Services LLC | Jen Chan |
| Hive Empire Trading Pty Ltd | John J. Ray |
| Innovatia Ltd | John Samuel Trabucco |
| Island Bay Ventures Inc | Jonathan Cheesman |
| Killarney Lake Investments Ltd | Joseph J. Farnan |
| Ledger Holdings Inc. | Name On File |
| Ledger Prime LLC | Kariya Kayamori |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Name On File |
| LedgerPrime Bitcoin Yield Enhancement Master Fund | Larry Thompson |
| LedgerPrime Digital Asset Opportunities Fund, LLC | Name On File |
| LedgerPrime Digital Asset Opportunities Master Fund LP | Luk Wai Chan |
| LedgerPrime Ventures, LP | Name On File |
| Liquid Financial USA Inc. | Name On File |
| Liquid Securities Singapore Pte Ltd. | Mark Wetjen |
| LiquidEX LLC | Name On File |
| LT Baskets Ltd. | Name On File |
| Maclaurin Investments Ltd. | Name On File |
| Mangrove Cay Ltd | Matt Rosenberg |
| North Dimension Inc | Matthew Doheny |
| North Dimension Ltd | Matthew Ness |
| North Wireless Dimension Inc | Name On File |
| Paper Bird Inc | Michael McCarty |
| Pioneer Street Inc. | Michael Watson |
| Quoine India Pte Ltd | Mitch Sonkin |
| Quoine Pte Ltd | Name On File |
| Quoine Vietnam Co. Ltd | Name On File |
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | Name On File |
| Strategy Ark Collective Ltd. | Nishad Singh |
| Technology Services Bahamas Limited | Name On File |
| Verdant Canyon Capital LLC | Name On File |
| West Innovative Barista Ltd. | Name On File |
| West Realm Shires Financial Services Inc. | Name On File |
| West Realm Shires Inc. | Rishi Jain |
| West Realm Shires Services Inc. | Name On File |
| Western Concord Enterprises Ltd. | Ryan Salame |
| Zubr Exchange Ltd | Ryne Miller |
| **Director/Officer** | Samuel Bankman-Fried |
| Name On File | Name On File |
| Name On File | Serhat Aydin |
| Andy Fisher | Name On File |
| Arthur Thomas | Shiliang Tang |
| Name On File | Name On File |

| | |
|---|---|
| Sina Nader | 3Commas Technologies |
| Name On File | 5D |
| Takashi Hidaka | 6529 NFT Fund |
| Terence Choo | 6th Man Ventures Fund |
| Name On File | 80 Acres |
| Venu Palaparthi | Acala |
| Wang Zhe | AFK Ventures LLC |
| Wing Man Charis Law (Charis Law) | Name On File |
| Wong Jing Yu | Alder Labs |
| Zach Dexter | Alethea |
| Zhe Wang | Aligned AI |
| **Donations** | Altimeter Growth Partners Fund VI, L.P. |
| amfAR | Alvea, LLC |
| Arbor Day Foundation | Anchorage |
| Berkley Existential Risk Initiative | Ancient8 |
| Care for Special Needs Children Foundation | AngelList |
| Center for Effective Altruism | Anthropic |
| Clinton Health Access | Anysphere Inc |
| David Ortiz Children's Fund | Aptos |
| Eat.Learn.Play | Arcana |
| Eldera, Inc. | Archax |
| GWWC | Arnac |
| Honnold Foundation | Arrow |
| Hurry Up Slowly | Artemis |
| Laureus Sport for Good | Asymmetric Technologies LP |
| Majority Forward | ATMTA, Inc. / Star Atlas |
| Managed Funds Association | Atomic Vaults |
| National Council of Social Service | ATTN (EVOSverse) |
| New Jersey Scholars | Auradine, Inc. |
| Neworld One Bay Street - Margaritaville Beach Resort Nassau | Aurigami / Vaus Limited |
| RESource D.C | Aurory |
| Rethink Priorities | Autograph |
| Seattle Approves | Automata |
| Stanford School of Medicine | Avara Labs / LENS |
| Stanford University | AVECRIS Research Corporation Pte. Ltd. (Project Door) |
| Stanford University Development | Aver Protocol |
| The Center for Election | Axelar Network |
| Name On File | Bastion / Bengine, Inc. |
| UC Berkeley Foundation | BetDEX |
| UDONIS HASLEM CHILDRENS FOUNDATION | BiLira (Series A - Class E) |
| **Insurance** | Bitmain Fund L.P. |
| Ascot Insurance Company | Bitnob Technologies |
| Continental Casualty Company | Bitnomial |
| Endurance Worldwide Insurance Ltd., Zurich Insurance Plc, | BitOasis |
| HDI Global Specialty SE | Bitocto (exchange Indo) / PT Triniti |
| Lloyd's America, Inc. | Blockbeats News |
| Massachusetts Bay Insurance Company | Blockchain Space / Solutions Lab Consultancy Pte Ltd |
| Paragon International Insurance Brokers Limited | Blocto |
| QBE Insurance Corporation | Bluebook Cities |
| Relm Insurance Ltd. | Bond Fund III |
| StarStone National Insurance Company | Bonzai Finance |
| The Hanover Insurance Group | Bridge Technologies (BRG Token) |
| The Travelers Insurance Company | Brinc Drones |
| Travelers Property Caualty Company of America | Browder Capital |
| United Fire Group | BTC Africa, S.A., (dba AZA Finance) |
| USI Insurance Services, LLC-CL | Burnt |
| **Investments/Acquisitions** | Canonical Crypto Fund |
| 1Inch | Cardinal (Nexus Pro) |

Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey  Technologies  Limited
Eizper Chain
Elementus

Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal

Jafco SV4 Investment Limited
Jambo / Project Chill Limited
Jet Protocol
Jet Tech
Jito Labs Inc
Juiced / Basis Yield Corp
JUMBO.EXCHANGE
Juppiomenz
JustWontDie Ltd
K5 Global
Kariya Kayamori
Katana Labs / Blade Labs Inc
Keygen Labs, Inc
Kollider
Kos Therapeutics Inc
Kraken Ventures Fund I LP
Kresus
KTR Group Corporation
Kwil Inc
Lake Nona Fund / LN Sports & Health Tech Fund I, LP
LayerZero
LayerZero Labs Ltd
Lemon Cash
Lexidus
Lido
Lifelike Capital
Lightspeed Faction
Limit Break
Liquality
Liquid 2 Venture Fund III L.P.
Liquid Group Inc
Liquid Value Fund I LP
Liquity
LiveArtX
Loan Transactions and Technology LLC / Edge Tradeworks
Lonely Road
Luxon / LXN
Magic Eden
Name On File
Manifold Markets
Manta
Mask Network / MASKBOOK
Matonee Inc
Mavia
MCDEX
MEOW
Mercurial
Merge
Messari
MetaLink
Metaplex
MetaTheory
Metaversus / Combat Lab, Inc
Mina
Mirror World
MobileCoin
Modulo Capital Inc
Mojo

Momentum Safe Inc
MONACO / BetDEX / STRAMASH PROTOCOL LTD.
Monkey Kingdom / Kingdom Metaverse Limited
MonkeyBall
Mount Olympus Capital LP
Move Labs
MPL
Multicoin Venture Fund II
Multicoin Venture Fund III
MultiSafe/ Coinshift
Mysten Labs
Mythical Games
Nas Education Pte Ltd
NEAR
Nestcoin
New Gen Minting LLC
Nifty Island
Nod Labs, Inc.
NodeGuardians
Nural Capital
O'daily News
Offchain Labs
Only1
Open Loot Ecosystem Fund I Ltd.
Optim
Orderly
OTC Service Ltd / OTC Service AG
OTOY International
OVEX
Owner.com
Pacer
Pangea Cayman Fund I Ltd
Paradigm One (Cayman) Feeder LP
Parallel Finance
Parastate
Paraswap
Paxos
Pembrock
Perion / BUZZ DEVELOPMENT INC
Phastasia
PINE
Pionic (Toss)
Pixelynx
PlanetQuest
Platform Lifesciences Inc
Play Up
Point
Point Up
Polygon Network
Pontem Network
Pontis - ZK Oracle (42 Labs INc)
Port Finance / Contrarian Defi LLC
Pragma
Protego
Pstake
Psyoption
QP-Fund I, a series of Generalist Capital, LP
Questbook / CreatorOS

Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)

Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink

zero one

Zeta

ZKlend / BLUE HORIZON GLOBAL CORP

ZKX / LTIC, Inc.

ZRO (LayerZero)

Zubr Exchange Ltd

**Joint Provisional Liquidators**

Brian C. Simms

Holland & Knight LLP

Kevin G. Cambridge

Peter Greaves

Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**

Alameda Systems Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Concedus Digital Assets

Embed Clearing LLC

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Derivatives Gmbh

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX Foundation, Inc.

FTX Malta Gaming Services Limited

FTX Malta Holdings Ltd.

FTX Vault Trust Company

LedgerX LLC

Salameda Ltd

**Landlords**

101 Second Street, Inc.

1450 Brickell, LLC

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Boca Pay

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Madison Real Estate Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Executive Center

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Name On File

Different Rules, LLC

Name On File

Group One Holdings Pte Ltd

Name On File

Marisa Mcknight

ONE Studios Pte Ltd

**Ordinary Course Professionals**

ABNR

Anderson Mori & Tomotsune

Anthony Astaphan

Antis Triantafyllides

Appleby

ARIFA

Armanino LLP

Arthur Cox

Baker McKenzie

Baptista Luz

Bär & Karrer

Binder Grösswang

BlackOak

Clayton Utz

Clement Maynard & Co

CMS Legal - Italy

Covington & Burling LLP

Durukan Partners

Fenwick & West

Gibson Dunn

Gorriceta Africa Cauton & Saavedra

Hadef & Partners

Hogan Lovells

Kim & Chang

King & Spalding LLP

King Wood Mallesons

Kramer Levin

Latham & Watkins

Lenz & Staehelin

Lexcomm Vietnam

Loyens&Loeff

McCarthy Tetrault

MLL Meyerlustenberger Lachenal Froriep Ltd

Nishit Desai

Norton Rose

Olaniwun Ajayi

Peter Maynard

Piper Alderman

Prager Metis CPA's, LLC

Ronny Domröse

Schurti Partners

Shardul Amarchand Mangaldas

Silicon Valley Accountants

Slaughter & May

TSN LIMITED

Walkers

WilmerHale

**Other Significant Creditors**

BITVO Inc.

Celsius Network LLC

FTX Ventures Partnership

**Significant Competitors**

Binance

BlockFi, Inc.

Coinbase

Crypto.com

Gemini

Kraken

KuKoin

**Surety & Letters of Credit**

Lockton Insurance Brokers, LLC

Philadelphia Indemnity Insurance Company

RLI Insurance Co.

Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and
Economic Development

Amber Eutsey

Anne Cappelli

Arizona Department of Insurance and Financial Institutions

Arkansas Securities Department

Aurora Fagan

Bahamas ACP Secretariat

Bahamas Agricultural & Industrial Corporation (BAIC)

Bahamas Bureau of Standards and Quality (BBSQ)

Bahamas Development Bank

Bahamas Electricity Corporation (BEC)

Bahamas Environment Science and Technology Commission (BEST)

Bahamas Investment Authority

Bahamas Trade Commission

Bahamasair Holding Ltd

Bank of The Bahamas

Bo Fears

Brandi Smith

Brock Jensen

Bryan Hsueh

Business Licence - Valuation Unit (Bahamas)

Campbell McLaurin

Catherine Reyer

Central Bank of The Bahamas

Christopher German

Clifford Charland

Commodity Futures Trading Commission

Compliance Commission (Bahamas)

Corey Krebs

Craig Christensen

Cyprus Securities and Exchange Commission

Danielle Sassoon

David Berland

David Buchalter

David O'Brien

David Venerables

Delaware State Treasury

Department of Insurance and Financial Services

Department of Justice - Computer Crime and Intellectual Property
Section

Department of Justice - National Crypto Currency Enforcement Team

Department of Justice - Southern District of New York

Department of Justice - US Attorney Southern District of Florida

Department of Labour (Bahamas)

Department of Local Government (Bahamas)

District of Columbia Department of Insurance, Securities and
Banking

Drew Stillman

Dubai Virtual Assets Regulatory Authority

Dustin Physioc

Elizabeth Pendleton

Erin Wilk

Ethan McLaughlin

Financial Intelligence Unit (Bahamas)

FINMA SRO-Treuhand Suisee

Florida Office of Financial Regulation

Georgia Department of Banking and Finance

Gibraltar Financial Services Commission

Hawaii Department of Commerce and Consumer Affairs

Hong Kong Securities & Futures Commission

House Committee on Oversight and Reform

Idaho Department of Finance

Illinois Department of Financial and Professional Regulation

Ingrid White

Internal Revenue Service

Iowa Division of Banking

Iris Ikeda

Jack McClellan

James Westrin

Japan Financial Services Agency

Jason Gworek

Jay Kim

Jeanju Choi

Jeffrey Loimo

Jennifer Biretz

Jesse Moore

Jesse Saucillo

Jessica Peck

Jesus (/Jesse) Saucillo

Jonathan Misk

Jonathan Vruwink

Karyn Tierney

Kelley Reed

Kevin Webb

Kristen Anderson

Kristin Rice

Lucinda Fazio

Mark Largent

Maryland Department of Labor

Matthew Dyer

Michigan Department of Insurance and Financial Services

Ministry of Finance (Bahamas)

Ministry of Works and Utilities (Bahamas)

Monetary Authority of Singapore

Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance

New York Department of Financial Services

Nicolas Roos

Nina Ruvinsky

North Carolina Department of Commerce

North Carolina Department of Justice

North Dakota Department of Financial Institutions

Office of Internal Audit (Bahamas)

Office of the Attorney General & Ministry of Legal Affairs (Bahamas)

Office of the Auditor General (Bahamas)

Office of the Data Protection Commissioner (Bahamas)

Office of the Prime Minister (Bahamas)

Ohio Department of Commerce

Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

Timothy J. Fox, Jr.

**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch

**UCC Professionals**
Hunton Andrews Kurth LLP

**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.

**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun

Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.

Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets

IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R&G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson

Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD

Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch
TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

Parties Filing Notices of Appearance
Gabriel Recchia
Massachusetts Department of Revenue
Ikigai Opportunities Master Fund, Ltd.
Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd –
Missouri Department of Revenue
Lightspeed Strategic Partners I L.P.
Lightspeed Opportunity Fund, L.P.

Joint Provisional Liquidators
Angela Barkhouse, of Quantuma (Cayman) Ltd
Toni Shukla, of Quantuma (BVI) Ltd