# EXHIBIT B

**EXHIBIT B**

**LIST OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED[1] GODFREY & KAHN, S.C. IN MATTERS WHOLLY UNRELATED TO THE DEBTORS OR THESE CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Akin Gump Strauss Hauer & Feld, LLP | Vendor | Akin Gump Strauss Hauer & Feld, LLP is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Altimeter Growth Partners Fund VI, L.P. | Investments/Acquisitions | Several Godfrey & Kahn trust clients are passive investors in Altimeter Growth Partners Fund VI, L.P. |
| Alvarez & Marsal, North America LLC | Bankruptcy Professional | Alvarez & Marsal, North America LLC is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. |
| Anderson Kill LLP | Vendor | Anderson Kill LLP is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Celsius Network LLC | Other Significant Creditors | Godfrey & Kahn represents the Fee Examiner in the Chapter 11 proceeding of Celsius Network and affiliates pending in the Southern District of New York. |

---

[1] Only client relationships for which there has been any work performed since January, 2021 are included in this Appendix.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Covington & Burling LLP | Ordinary Course Professionals | Godfrey & Kahn served as local counsel to Covington and Burling in a Wisconsin appellate matter unrelated to these cases. |
| Duane Morris, LLP | Vendor | Godfrey & Kahn has previously served as local counsel to Duane Morris, LLP in Wisconsin litigation matters unrelated to these cases. |
| Elementus | Investment/Acquisition | Elementus, Inc. is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents the Fee Examiner. |
| Ernst & Young LLP | Bankruptcy Professional | Ernst & Young LLP is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner.<br>Ernst and Young previously served as a financial advisor to a Wisconsin manufacturing client in a completed transaction on which Godfrey & Kahn served as lead transaction counsel. |
| Fenwick & West | Ordinary Course Professional<br>Vendor | Godfrey & Kahn previously served as local counsel to Fenwick & West LLP in a Wisconsin litigation matter unrelated to these cases. |
| FTI Consulting, Inc. | Bankruptcy Professional<br>Contract Counter-Party | Godfrey & Kahn occasionally engages FTI or an affiliate as a service provider on behalf of Godfrey & Kahn clients in connection with data privacy matters. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Google<br>Google Cloud Platform | Vendor | Godfrey & Kahn represents a Google, LLC affiliate in corporate matters unrelated to these cases. |
| Holland & Knight, LLP | Joint Provisional Liquidator | Godfrey & Kahn has served as co-counsel with Holland & Knight in corporate, real estate, and litigation matters unrelated to these cases. |
| HSBC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Godfrey & Kahn previously represented an HSBC Bank affiliate in a Wisconsin litigation matter unrelated to these cases |
| King & Spalding, LLC | Ordinary Course Professional | King & Spalding, LLC is a retained professional in another insolvency matter in which Godfrey & Kahn represents the Fee Examiner. Godfrey & Kahn serves as local counsel with King & Spalding in Wisconsin litigation matters unrelated to these cases. |
| Kroll Restructuring Administration | Bankruptcy Professional | Kroll Advisory Ltd. is a retained professional in another insolvency matter in which Godfrey & Kahn represents the Fee Examiner. Godfrey & Kahn occasionally engages Kroll or an affiliate as a service provider on behalf of Godfrey & Kahn clients in connection with data privacy matters. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Latham & Watkins LLP | Ordinary Course Professional<br><br>Vendor | Latham & Watkins is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. Godfrey & Kahn serves as co-counsel with Latham & Watkins on a Wisconsin receivership and litigation matter unrelated to these bankruptcy cases. |
| Morrison and Foerster LLP | Vendor | Godfrey & Kahn serves as local counsel with Morrison and Foerster in a Wisconsin litigation matter unrelated to these cases and previously served as local counsel with Morrison and Foerster in a Wisconsin litigation matter unrelated to these cases. |
| Orrick, Herrington & Sutcliffe LLP | Vendor | Godfrey & Kahn previously served as local counsel with Orrick in a Wisconsin litigation matter unrelated to these cases. |
| Paul Hastings LLP | Bankruptcy Professional | Paul Hastings is a retained professional in another insolvency matter in which Godfrey & Kahn represents a Fee Examiner. |
| Perella Weinberg Partners | Bankruptcy Professional | Perella Weinberg Partners is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Perkins Coie LLP | Vendor | Godfrey & Kahn serves as co-counsel with Perkins Coie in litigation matters unrelated to these cases. |
| QBE Insurance Corporation | Insurance | Godfrey & Kahn serves as counsel to QBE in Wisconsin litigation matters unrelated to these cases. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP | Bankruptcy Professional | Godfrey & Kahn previously served as co-counsel with Quinn Emanuel on a Wisconsin litigation matter unrelated to these cases. |
| Sentry | Vendor | Godfrey & Kahn represents Sentry Insurance Company and affiliates in transactional matters unrelated to these cases. |
| Sidley Austin LLP | Vendor | Godfrey & Kahn serves as local counsel with Sidley Austin in Wisconsin litigation matters unrelated to these cases. |
| Sullivan & Cromwell LLP | Bankruptcy Professional | Godfrey & Kahn previously served as local counsel to Sullivan & Cromwell on a Wisconsin class action litigation matter unrelated to these cases. |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | Godfrey & Kahn represents Wells Fargo Bank, N.A. in business and litigation matters unrelated to these cases. |
| White & Case LLP | Joint Provisional Liquidator | White & Case is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Willkie Farr & Gallagher LLP | Vendor | Willkie Farr is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Young Conaway | Bankruptcy Professional | Young Conaway is a retained professional in other bankruptcy matters in which Godfrey & Kahn represents Fee Examiners. Young Conaway previously served as local counsel to Godfrey & Kahn in an intellectual property litigation matter unrelated to these cases. |

28843463.1