IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 831 |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

**May 17, 2023 at 1:00 p.m. (ET)**

**June 28, 2023 at 1:00 p.m. (ET) (Interim Fee Hearing)**

**July 19, 2023 at 1:00 p.m. (ET)**

**Dated: March 8th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**