# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 805, 809 |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on March 6, 2023, I served copies of the U.S. Trustee's Notice of Appeal and Statement of Election [D.I. 805] and Exhibit A to Notice of Appeal [809] in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Kevin Gross (Bar No. 209)<br>Paul N. Heath (Bar No. 3704)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com<br>heath@rlf.com |
| Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com | STATE OF TEXAS<br>Roma N. Desai, Esquire<br>Texas State Securities Board  Office of the Attorney General<br>Texas Department of Banking of Texas<br>Bankruptcy & Collections Division<br>P.O. Box 12548 MC008<br>Austin, TX 78711-2548<br>roma.desai@oag.texas.gov |
| J. Christopher Shore<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>cshore@whitecase.com | Michael D. Morris, Esquire<br>Department of Financial Institution<br>WISCONSIN DEPARTMENT OF JUSTICE<br>Post Office Box 7857<br>Madison, WI 53707<br>morrismd@doj.state.wi.us |
| STATE OF VERMONT<br>Jennifer Rood, Esquire<br>Department of Financial Regulation  Vermont Dept. of Fin. Reg.<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>Jennifer.rood@vermont.gov | |

|  |  |
|---|---|
| Dated: March 9, 2023<br>Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |