**EXHIBIT B**

**Payroll Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Wrenn, Kaitlin Doyle | Manager | 12/18/2022 | Ground | $59.50 | Taxi for K Wrenn from LaGuardia New York Airport to the Wall Street Hotel, New York on 12/18/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/19/2022 | Ground | $41.56 | Airport parking for K Lowery 12/18/2022 to 12/20/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Lowery, Kristie L | Partner/Principal | 12/20/2022 | Ground | $131.75 | Taxi for K Lowery and K Wrenn from Sullivan and Cromwell New York to LaGuardia New York Airport 12/19/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/6/2022 | Lodging | $572.13 | Hotel for K Lowery at the Doubletree by Hilton in New York City from 12/5/2022 to 12/6/2022 (2 nights) while traveling from Charlotte, North Carolina to New York City, New York for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Wrenn, Kaitlin Doyle | Manager | 12/6/2022 | Lodging | $351.47 | Hotel for K Wrenn at the Doubletree by Hilton in New York City on 12/6/2022 (1 night) while traveling from Charlotte, North Carolina to New York City, New York for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Wrenn, Kaitlin Doyle | Manager | 12/20/2022 | Lodging | $684.48 | Hotel for K Wrenn at the Wall Street Hotel in New York City from 12/18/2022 to 12/19/2022 (2 nights) while traveling from Charlotte, North Carolina to New York City, New York for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/20/2022 | Lodging | $684.48 | Hotel for K Lowery at the Wall Street Hotel in New York City from 12/18/2022 to 12/19/2022 (2 nights) while traveling from Charlotte, North Carolina to New York City, New York for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |

**Payroll Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Lowery, Kristie L | Partner/Principal | 12/6/2022 | Meals | $7.51 | Dinner meal in New York City for out of town travel on 12/6/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Lowery, Kristie L | Partner/Principal | 12/18/2022 | Meals | $12.58 | Breakfast meal in New York City for out of town travel on 12/18/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/19/2022 | Meals | $257.81 | Dinner meal in New York City for out of town travel on 12/19/2022 for K Lowery, M Hamilton, K Wrenn and J DeVincenzo for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/19/2022 | Meals | $17.57 | Breakfast meal in New York City for out of town travel on 12/19/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Wrenn, Kaitlin Doyle | Manager | 12/19/2022 | Meals | $9.27 | Breakfast meal in New York City for out of town travel on 12/19/2022 for K Wrenn for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/20/2022 | Meals | $32.55 | Dinner meal in New York City for out of town travel on 12/20/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Lowery, Kristie L | Partner/Principal | 12/20/2022 | Meals | $13.62 | Breakfast meal in New York City for out of town travel on 12/20/2022 for K Wrenn for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |

**Payroll Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Lowery, Kristie L | Partner/Principal | 12/4/2022 | Meals | $11.23 | Dinner meal in New York City for out of town travel on 12/4/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Lowery, Kristie L | Partner/Principal | 12/5/2022 | Miscellaneous | $15.00 | Breakfast meal in New York City for out of town travel on 12/4/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Lowery, Kristie L | Partner/Principal | 12/18/2022 | Miscellaneous | $26.00 | Lunch meal in New York City for out of town travel on 12/18/2022 for K Lowery for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery and K Wrenn to review United States employment tax obligations for 2022 year-end compliance processing, documentation review from Professional Employer Organization, Trinet. |
| Carver, Cody R. | Senior | 12/7/2022 | Ground | $64.75 | Taxi for C Carver from Dallas airport to Home while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/6/2022 | Lodging | $572.13 | Hotel for C Carver at the Doubletree by Hilton in New York City from 12/5/2022 to 12/6/2022 (2 nights) while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/5/2022 | Ground | $73.17 | Taxi for C Carver from LaGuardia New York Airport to Doubletree by Hilton New York 12/4/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/5/2022 | Ground | $18.92 | Taxi for C Carver from Doubletree by Hilton New York to Dinner 12/4/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/5/2022 | Ground | $15.91 | Taxi for C Carver from Dinner to Doubletree by Hilton New York on 12/4/2022 while traveling for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |

**Payroll Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Carver, Cody R. | Senior | 12/4/2022 | Meals | $24.60 | Lunch meal in New York City for out of town travel on 12/4/2022 for C Carver for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/4/2022 | Meals | $50.00 | Dinner meal in New York City for out of town travel on 12/4/2022 for C Carver for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/4/2022 | Meals | $18.97 | Breakfast meal in New York City for out of town travel on 12/4/2022 for C Carver for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/1/2022 | Air | $312.70 | American Airlines Flight (coach) for C Carver one way 12/4/2022 from Little Rock, Arkansas to New York City, New York for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| Carver, Cody R. | Senior | 12/1/2022 | Air | $176.42 | American Airlines Flight (coach) for C Carver one way 12/6/2022 from New York City, New York to Dallas, Texas for meeting with K Schultea (FTX), M Cilia (FTX), J DeVincenzo, K Lowery, C Carver and K Wrenn to gather data and review United States and Global payroll and employment tax items. |
| | | | | **$5,097.22** | |

**US Income Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Berman,Jake | Senior Manager | 12/1/2022 | Meals | $70.33 | Local Meal for lunch meeting to discuss current progress of diligence engagement in New York City Sullivan & Cromwell) with J Berman, J Scott, T Shea, K Staromiejska |
| Berman,Jake | Senior Manager | 12/13/2022 | Meals | $73.28 | Local Meal for lunch meeting to discuss current progress of diligence engagement in New York City (Sullivan & Cromwell) with J Berman, J Scott, T Shea, K Staromiejska |
| Berman,Jake | Senior Manager | 12/14/2022 | Meals | $54.51 | Local Meal for lunch meeting to discuss current progress of diligence engagement in New York City (Sullivan & Cromwell) with J Berman, J Scott, T Shea, K Staromiejska |
| Berman,Jake | Senior Manager | 12/20/2022 | Meals | $53.75 | Local Meal for lunch meeting to discuss current progress of diligence engagement in New York City (Sullivan & Cromwell) with J Berman, J Scott, T Shea, K Staromiejska |
| Scott,James | Client Serving Contractor | 12/6/2022 | Ground | $25.98 | Uber (taxi) for J. Scott from Raleigh Durham to 2515 Sanderson Drive return from in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/6/2022 | Ground | $62.95 | Uber (taxi) for J. Scott from 52 William St NY to Laguardia Airport for in-person meetings at Sullivan & Cromwell office at 125 Broad Street, New York York |
| Scott,James | Client Serving Contractor | 12/6/2022 | Air | $404.20 | Delta roundtrip airfare (coach) for J. Scott from Raleigh Durham Airport, North Carolina to Laguardia Airport, New York City (12/4) and from Laguardia Airport, New York City to Raleigh Durham Airport, North Carolina (12/6) for in-person meetings at Sullivan & Crowell offices at 125 Broad Street, New York |

**US Income Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor | 12/12/2022 | Ground | $30.13 | Uber (taxi) for Jim Scott from 2515 Sanderson to Raleigh Durham Airport for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/12/2022 | Ground | $82.95 | Uber (taxi) for J. Scott from Laguardia airport to Wall Street Hotel for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/12/2022 | Lodging | $525.00 | 12/12 lodging for J. Scott at Wall Street Hotel, New York City $570.48 limited to $500.00 for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/12/2022 | Meals | $31.41 | Dinner for J. Scott at the Wall Street Hotel for out of town travel |
| Scott,James | Client Serving Contractor | 12/12/2022 | Air | $397.20 | Delta roundtrip airfare (coach) for J. Scott from Raleigh Durham Airport, North Carolina to Laguardia Airport, New York City (12/12) and from Laguardia Airport, New York City to Raleigh Durham Airport, North Carolina (12/15) in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/13/2022 | Lodging | $525.00 | 12/13 lodging for J. Scott at Wall Street Hotel, New York City $632.44 limited to $500.00 for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/14/2022 | Lodging | $525.00 | 12/14 lodging for J. Scott at Wall Street Hotel, New York City Wall Street Hotel $580.81 limited to $500.00 for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |

**US Income Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor | 12/14/2022 | Meals | $6.00 | Dinner for J. Scott at the Wall Street Hotel for out of town travel |
| Scott,James | Client Serving Contractor | 12/15/2022 | Ground | $59.94 | Uber (taxi) for Jim Scott from 125 Broad Street NY to Laguardia Airport for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/15/2022 | Ground | $36.93 | Uber (taxi) for J. Scott from Raleigh Durham Airport to 2515 Sanderson Drive Raleigh for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/18/2022 | Ground | $23.98 | Uber (taxi) for J. Scott from 2515 Sanderson Drive to Raleigh Durham Airport for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/18/2022 | Ground | $70.07 | Uber (taxi) for J. Scott from Laguardia airport to Wall Street Hotel for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/18/2022 | Lodging | $507.25 | 12/18 Lodging for J. Scott at Wall Street Hotel, New York City The Wall Street Hotel $507.25 limited to $500.00 for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott,James | Client Serving Contractor | 12/18/2022 | Air | $437.20 | Delta roundtrip airfare (coach) for J. Scott from Raleigh Durham Airport, North Carolina to Laguardia Airport, New York City (12/18) and from Laguardia Airport, New York City to Raleigh Durham Airport, North Carolina (12/20) for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |

**US Income Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Scott, James | Client Serving Contractor | 12/19/2022 | Meals | $20.42 | Dinner for J. Scott at the Wall Street Hotel for out of town travel |
| Scott, James | Client Serving Contractor | 12/19/2022 | Lodging | $507.25 | 12/19 Lodging for J. Scott at Wall Street Hotel, New York City The Wall Street Hotel $507.25 limited to $500.00 for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott, James | Client Serving Contractor | 12/20/2022 | Ground | $74.61 | Uber (taxi) for J. Scott 125 Broad Street NY to Laguardia Airport for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott, James | Client Serving Contractor | 11/29/2022 | Lodging | $525.00 | 11/29 Lodging for J. Scott at Wall Street Hotel, New York City for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City $525, limitation per night |
| Scott, James | Client Serving Contractor | 11/30/2022 | Lodging | $525.00 | 11/30 Lodging for J. Scott at Wall Street Hotel, Wall Street, New York City for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City $525, limitation per night |
| Scott, James | Client Serving Contractor | 12/4/2022 | Lodging | $392.51 | 12/4 Lodging for J. Scott at Radison Hotel, Wall Street, New York City for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |
| Scott, James | Client Serving Contractor | 12/5/2022 | Lodging | $415.56 | 12/5 Lodging for J. Scott at Radison Hotel, Wall Street, New York City for in-person meetings at Sullivan & Cromwell 125 Broad Street, New York City |

**US Income Tax Expenses Detail**

| Name | Rank | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|---|
| Shea JR, Thomas M | Partner | 12/19/2022 | Meals | $770.00 | Working dinner with EY and FTX/RLKS executive team to discuss tax workstreams. Attendees: M. Cilia, K. Schultea, R. Perhubalta, B. Bangerter, D. Tollefson, K. Tollefson, J. Scott, T. Shea, J. Berman, K. Lowery, K. Wrenn. Dinner was $973.29 limited to $70/person. |
| **Total** | | | | **$7,233.41** | |