IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION

I, Arlo Devlin-Brown, declare under penalty of perjury:

      1.    I am a Partner of Covington & Burling LLP, located at 620 8th Ave, New York, NY 10018 (the "Firm").

      2.    On February 8, 2023, I submitted a *Declaration* [D.I. 675] (the "Original Declaration")[2] in support of the Firm's retention as an Ordinary Course Professional pursuant to the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"). I submit this Supplemental Declaration in further support of the Firm's retention as an Ordinary Course Professional pursuant to the OCP Order.

      3.    The current and former employees of the Debtors referenced in paragraph 5 of the Original Declaration that the Firm currently provides Services to are:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Original Declaration.



4. From time to time, the Debtors may request, and the Firm may consent, to provide Services to additional current or former employees of the Debtors. To the extent the Firm accepts such representation, I will file a declaration identifying these individuals and their positions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2023

_____
Arlo Devlin-Brown