**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Ann M. Kashishian, hereby certify that on March 12, 2023, copies of the foregoing *Consent to Service of Documents by Receipt of ECF Notice or By Email in Chapter 11 Cases* were caused to be served on all parties of record via CM/ECF.

Dated: March 12, 2023

**KASHISHIAN LAW LLC,**

*/s/ Ann M. Kashishian*
Ann M. Kashishian (DE Bar No. 5622)
501 Silverside Road, Suite 85
Wilmington, DE 19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Gabriel Recchia*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX