**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 851 |

**NOTICE OF FILING CORRECTED SUMMARY CHART TO STAFFING
AND COMPENSATION REPORT OF RLKS EXECUTIVE SOLUTIONS LLC**

**PLEASE TAKE NOTICE** that on March 10, 2023, RLKS Executive Solutions LLC ("RLKS"), retained by the FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above captioned cases, filed the *Notice of Filing of Monthly Staffing Report and Compensation Report by RLKS Executive Solutions LLC for the Period January 1, 2023 Through January 31, 2023* [D.I. 851] (the "Staffing and Compensation Report").

**PLEASE TAKE FURTHER NOTICE** that RLKS hereby files a corrected Summary of Time and Fees by Professional (the "Corrected Summary Chart") included in the Staffing and Compensation Report, which is annexed hereto as **Exhibit 1**. A copy of the Corrected Summary Chart compared against the summary chart included in the Staffing and Compensation Report is attached hereto as **Exhibit 2**. The total amount of fees and costs requested by RLKS has not changed; nor have any of the itemized time and cost entries.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0070264.}

Dated: March 14, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com
       bellerb@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

2

{1368.002-W0070264.}