# **<u>Exhibit 1</u>**

**Summary of Time and Fees by Professional**

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Kathryn Schultea | Chief Administrative Officer | $975 | 264.20 | $257,595.00 |
| Kathryn Schultea | Chief Administrative Officer | $487.50* | 25.50 | $12,431.25 |
| Mary Cilia | Chief Financial Officer | $975 | 274.70 | $267,832.50 |
| Mary Cilia | Chief Financial Officer | $487.50* | 18.00 | $8,775.00 |
| Raj Perubhatla | Chief Information Officer | $975 | 297.60 | $290,160.00 |
| Raj Perubhatla | Chief Information Officer | $487.50* | 14.80 | $7,215.00 |
| Robert Hoskins | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $750 | 30.30 | $22,725.00 |
| Brandon Bangerter | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data | $600 | 224.00 | $134,400.00 |
| Brandon Bangerter | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data | $300* | 8.00 | $2,400.00 |
| Daniel Tollefsen | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $550 | 274.10 | $150,755.00 |
| Daniel Tollefsen | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $275* | 16.00 | $4,400.00 |
| Leticia Barrios | Bankruptcy Administration, Human Resources, Organizational Project Management | $550 | 169.70 | $93,335.00 |
| Leticia Barrios | Bankruptcy Administration, Human Resources, Organizational Project Management | $275* | 8.00 | $2,200.00 |
| Melissa Concitis | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting, Project Management | $550 | 229.90 | $126,445.00 |
| Felicia Buenrostro | Data Analyst and Bankruptcy Administration | $400 | 186.60 | $74,640.00 |
| Felicia Buenrostro | Data Analyst and Bankruptcy Administration | $200* | 8.00 | $1,600.00 |
| | | **Total Amount for Period:** | 2,049.40 | $1,456,908.75 |

* 50% rate appears where time is charged for non-working travel.