**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 15th day of March, 2023, I caused to be served a true and correct copy of the *Motion of Samuel Bankman-Fried for Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees under Directors and Officers Insurance Policies* upon (i) all parties registered to receive electronic notice in the above-captioned case via the Court's CM/ECF electronic notification system and (ii) the parties listed on the attached Service List in the manner indicated.


Dated:  March 15, 2023

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
**MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP**
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 504-7800
Email: gdonilon@mmwr.com

**SERVICE LIST**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE | AMS@SACCULLOLEGAL.COM MEG@SACCULLOLEGAL.COM | Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR | RPALACIO@ASHBYGEDDES.COM GTAYLOR@ASHBYGEDDES.COM | Email |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ, | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER | JEB.BAILEY@BUTLERSNOW.COM CAM.HILLYER@BUTLERSNOW.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND | MARTIN.SOSLAND@BUTLERSNOW.COM | Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER | JVANLARE@CGSH.COM BHAMMER@CGSH.COM | Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ, | NPERNICK@COLESCHOTZ.COM AROTH-MOORE@COLESCHOTZ.COM | Email |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ. | SCOTT.COUSINS@COUSINS-LAW.COM SCOTT.JONES@COUSINS-LAW.COM | Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT | ESCHMIDT@COZEN.COM | Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA | TFRANCELLA@COZEN.COM | Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ. | NLABOVITZ@DEBEVOISE.COM EWORENKLEIN@DEBEVOISE.COM MCGODBE@DEBEVOISE.COM | Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL | SLEVINSON@DEBEVOISE.COM JBALL@DEBEVOISE.COM | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON | FASNOTIFY@STATE.DE.US | Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | ATTN: CORPORATIONS FRANCHISE TAX | DOSDOC_FTAX@STATE.DE.US | Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT | STATETREASURER@STATE.DE.US | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM SARAHPAUL@EVERSHEDS-SUTHERLAND.COM PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL | MSMALL@FOLEY.COM | Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL | SRUPPENTHAL@FOLEY.COM | Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF | BDAVIDOFF@GREENBERGGLUSKER.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II | RICK.ANIGIAN@HAYNESBOONE.COM CHARLIE.JONES@HAYNESBOONE.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ | RICHARD.KANOWITZ@HAYNESBOONE.COM | Email |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI | WARREN.GLUCK@HKLAW.COM MARIE.LARSEN@HKLAW.COM DAVID.WIRT@HKLAW.COM JESSICA.MAGEE@HKLAW.COM SHARDUL.DESAI@HKLAW.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO GABRIEL RECCHIA | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN | AMK@KASHISHIANLAW.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS | LOUIS.PHILLIPS@KELLYHART.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON | MICHAEL.ANDERSON@KELLYHART.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE | LANDIS@LRCLAW.COM BROWN@LRCLAW.COM PIERCE@LRCLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS | JPRICE@MANIERHEROD.COM MLEE@MANIERHEROD.COM SWILLIAMS@MANIERHEROD.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: CELINE E. DE LA FOSCADE-CONDON | DELAFOSCAC@DOR.STATE.MA.US | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ. | MMORANO@MDMC-LAW.COM | Email |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | ATTN: BANKRUPTCY UNIT | PRISCILLA.WINDLEY@MIAMIDADE.GOV<br>MDTCBKC@MIAMIDADE.GOV | Email |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL | DEECF@DOR.MO.GOV | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWIS.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER | JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM | JOSHUA.DORCHAK@MORGANLEWIS.COM<br>DAVID.SHIM@MORGANLEWIS.COM | Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT | DABBOTT@MORRISNICHOLS.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER | MHARVEY@MORRISNICHOLS.COM<br>PTOPPER@MORRISNICHOLS.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG | Email |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON | APATTERSON@LAW.GA.GOV | Email |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN | ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV | Email |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING | STEPHEN.MANNING@ATG.WA.GOV | Email |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING | JOHN.REDING@ILAG.GOV | Email |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM KRISHANSEN@PAULHASTINGS.COM KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM LUCDESPINS@PAULHASTINGS.COM | Email |
| COUNSEL TO VOYAGER DIGITAL LTD., VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL, LLC AND AFFILIATES | POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN, SAMEEN RIZVI | CSAMIS@POTTERANDERSON.COM ASTULMAN@POTTERANDERSON.COM SRIZVI@POTTERANDERSON.COM | Email |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES | BSIMMS@LENNOXPATON.COM KEVIN.CAMBRIDGE@PWC.COM PETER.GREAVES@HK.PWC.COM | Email |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. | NPASALIDES@REICHPC.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH | GROSS@RLF.COM HEATH@RLF.COM QUEROLI@RLF.COM SCHLAUCH@RLF.COM | Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG | FREDERICK.CHANG@RIMONLAW.COM | Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI | JACQUELYN.CHOI@RIMONLAW.COM | Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON | JEDMONSON@RC.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | SECBANKRUPTCY@SEC.GOV | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US | Email |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN | STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM | Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY, NICHOLAS F. MENILLO | DIETDERICHA@SULLCROM.COM BROMLEYJ@SULLCROM.COM GLUECKSTEINB@SULLCROM.COM KRANZLEYA@SULLCROM.COM PETIFORDJ@SULLCROM.COM MENILLO@SULLCROM.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE  ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN | BSULLIVAN@SHA-LLC.COM | Email |
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE | PHAGE@TAFTLAW.COM | Email |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL | INFO@SCB.GOV.BS | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR PARADIGM OPERATIONS LP | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN SMITH | EVELYN.MELTZER@TROUTMAN.COM MARCY.SMITH@TROUTMAN.COM | Email |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: ELISABETH M. BRUCE | ELISABETH.M.BRUCE@USDOJ.GOV | Email |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO | STANTON.C.MCMANUS@USDOJ.GOV SETH.SHAPIRO@USDOJ.GOV | Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON | WARD.W.BENSON@USDOJ.GOV | Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS | STANTON.C.MCMANUS@USDOJ.GOV SETH.SHAPIRO@USDOJ.GOV | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: DANIEL A. O'BRIEN | DAOBRIEN@VENABLE.COM | Email |
| COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM | Email |
| COUNSEL TO DIGITAL AUGEAN, LLC | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED | JSSABIN@VENABLE.COM XSSTROHBEHN@VENABLE.COM CWEINERLEVY@VENABLE.COM AAPELED@VENABLE.COM | Email |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD | JENNIFER.ROOD@VERMONT.GOV | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER | JESSICA.LAURIA@WHITECASE.COM CSHORE@WHITECASE.COM BRIAN.PFEIFFER@WHITECASE.COM MARK.FRANKE@WHITECASE.COM BRETT.BAKEMEYER@WHITECASE.COM | Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD K. KEBRDLE | TLAURIA@WHITECASE.COM RKEBRDLE@WHITECASE.COM | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM RPOPPITI@YCST.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: BENJAMIN S. BELLER | BELLERB@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: JAMES L. BROMLEY | BROMLEYJ@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | LANDIS RATH & COBB LLP | ATTN: KIMBERLY A. BROWN | BROWN@LRCLAW.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: JACOB M. CROKE | CROKEJ@SULLCROM.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: LUC A. DESPINS | LUCDESPINS@PAULHASTINGS.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: CAROLINE DIAZ | CAROLINEDIAZ@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH | DIETDERICHA@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: CHRISTOPHER J. DUNNE | DUNNEC@SULLCROM.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: KENNETH H. ECKSTEIN | KECKSTEIN@KRAMERLEVIN.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: NICOLE FRIEDLANDER | FRIEDLANDERN@SULLCROM.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: EREZ GILAD | EREZGILAD@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: BRIAN D. GLUECKSTEIN | GLUECKSTEINB@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: DAVID M. GRABLE | DAVEGRABLE@QUINNEMANUEL.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: KRISTOPHER M. HANSEN | KRISHANSEN@PAULHASTINGS.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: JOHN F. IAFFALDANO | JACKIAFFALDANO@PAULHASTINGS.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY | ATTN: JARED W KOCHENASH | BANKFILINGS@YCST.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS | LANDIS@LRCLAW.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: KATHERINE A. LEMIRE | KATHERINELEMIRE@QUINNEMANUEL.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG, CONAWAY, STARGATT & TAYLOR LLP | ATTN: MATTHEW BARRY LUNN | BANKFILINGS@YCST.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: SAMANTHA MARTIN | SAMANTHAMARTIN@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: JAMES M. MCDONALD | MCDONALDJ@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | LANDIS RATH & COBB LLP | ATTN: MATTHEW B. MCGUIRE | MCGUIRE@LRCLAW.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: FRANK MEROLA | FRANKMEROLA@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: ISAAC NESSER | ISAACNESSER@QUINNEMANUEL.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: KENNETH PASQUALE | KENPASQUALE@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | SULLIVAN & CROMWELL LLP | ATTN: STEVEN R. PEIKIN | PEIKINS@SULLCROM.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | LANDIS RATH & COBB LLP | ATTN: MATTHEW R PIERCE | PIERCE@LRCLAW.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ATTN: ROBERT F. POPPITI, JR. | BANKFILINGS@YCST.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SASCHA RAND | SASCHARAND@QUINNEMANUEL.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS LLP | ATTN: GABRIEL SASSON | GABESASSON@PAULHASTINGS.COM | Email |
| COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: ISAAC SASSON | ISAACSASSON@PAULHASTINGS.COM | Email |
| COUNSEL FOR FTX TRADING LTD. | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: K. JOHN SHAFFER | JOHNSHAFFER@QUINNEMANUEL.COM | Email |
| BEAZLEY CLAIMS SERVICES | BEAZLEY CLAIMS SERVICES | ATTN: BEAZLEY CLAIMS SERVICES, as CLAIMS NOMINEE | CLAIMS@BEAZLEY.COM | Email |
| PARAGON INTERNATIONAL INSURANCE BROKERS LTD. | PARAGON INTERNATIONAL INSURANCE BROKERS LTD. | ATTN: CLAIMS | CLAIMS@PARAGONBROKERS.COM | Email |
| PARAGON INTERNATIONAL INSURANCE BROKERS LTD. | PARAGON INTERNATIONAL INSURANCE BROKERS LTD. | ATTN: SARAH MARSHALL | SMARSHALL@PARAGONBROKERS.COM | Email |
| COUNSEL FOR RELM INSURANCE LTD. | KISSEL STRATON & WILMER LLP | ATTN: MEREDITH A. C. CHALLENDER | MCOLEMAN@KSWLAW.COM | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR RELM INSURANCE LTD. | KISSEL STRATON & WILMER LLP | ATTN: JENNIFER STIVRINS | JSTIVRINS@KSWLAW.COM | Email |
| USI INSURANCE SERVICES | USI INSURANCE SERVICES | ATTN: JONI MASON | JONI.MASON@USI.COM | Email |