| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 07299565 | BTC[0.0053108220430375],ETH[0.0030000000000000],ETHW[0.0030000000000000],FTT[32.2103692200000000],JPY[684.1632990655000000],USD[49.1154158791750000] |
| 07299566 | BTC[0.0000000042466590],DOGE[0.0000000078600000],ETH[0.0000000042322504],FTT[0.2038270186661057],IMX[0.0000000090000000],LINK[0.0000000055504075],LUNA2[0.0032421923670000],LUNA2_LOCKED[0.0075651155230000],SOL[-0.0000000029080000],SRM[0.0011388000000000],SRM_LOCKED[0.0506207700000000],TRX[0.0000080000000000],USD[0.4576644702769853],USDC[70.7874664100000000],USDT[0.0020460262680471] |
| 07299567 | AVAX[0.0000000039505000],BNB[0.0000000070497032],BTC[1.3069469830000000],DAI[0.0000000084334927],DOT[0.0000000028745600],ETH[0.0000000067180100],ETHW[1094.5987171612178000],FTM[0.0000000075242944],FTT[2619.5365730000000000],LUNA2[0.9871472440000000],LUNA2_LOCKED[56.6477441890000000],LUNC[5075535.1730675026930900],RUNE[0.0000000056599800],SOL[0.0000000183364164],SRM[80.5416456000000000],SRM_LOCKED[747.1309930000000000],SUSHI[0.0000000018025600],TRX[0.0000000097265500],USD[0.0000000059048208],USDC[21073.4082000000000000],USDT[0.0000000133092000],USTC[0.0000000059450000] |
| 07299568 | FTT[49.1901600000000000],TRX[0.0000010000000000],USD[1.5000000000000000],USDT[0.1304450000000000] |