## EXHIBIT B

### Expense Summary for the Fee Period

| Category | Amount |
|---|---|
| Courier Service | $43.90 |
| Computer Search | $12,387.62 |
| Court Reporting Services | $704.40 |
| In-house Black and White Reproduction Charges (2,162 copies at $0.08 per page) | $172.96 |
| In-house Color Reproduction Charges (5,514 copies at $0.50 per page) | $2,757.00 |
| Lodging | $1,050.00 |
| Meals | $20.00 |
| Outside Professional Services | $14,818.60 |
| Taxi/Ground Transportation | $1,633.00 |
| Travel Expense | $36.25 |
| **TOTAL:** | **$33,623.73** |