# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

　　　　I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

　　　　On January 12, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Motion of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Dismiss the Chapter 11 Case of FTX Property Holdings Ltd. [Docket No. 213]

- Declaration of Brian C. Simms Kc in Support of Motion of The Joint Provisional Liquidators of FTX Digital Markets Ltd. To Dismiss the Chapter 11 Case of FTX Property Holdings Ltd. [Docket No. 214]

[*Remainder of the page intentionally left blank.*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 14, 2023

                                                          */s/ Paul Pullo*
                                                          Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 14, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

## **Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 10281030 | API LAW OFFICE | 201 SPEAR ST | STE 1100 | SAN FRANCISCO | CA | 94105-6164 |
| 10279075 | ILLINOIS DEPT OF FINANCIAL AND PROFESSIONAL REGULATION | 555 W MONROE ST FL 5 | | CHICAGO | IL | 60661-3704 |
| 10282626 | Name on File | Address on File | | | | |