**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF THE DEBTORS REGARDING FILING OF SCHEDULES AND STATEMENTS AND ISSUANCE OF UNIQUE CUSTOMER CODES**

On March 14 and 15, 2023, FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements") in accordance with the *Order Extending the Time to File (A) Schedules of Assets and Liabilities and Statements of Financial Affairs and (B) Rule 2015.3 Financial Reports* [D.I. 469].

Pursuant to the *Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with net positive account balances as of November 11, 2022) – the Debtors

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4872-7761-0070 v.9

-2-

have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Customer Code").

Please be advised that the Debtors will be sending each customer who has a net positive account balance as of November 11, 2022 and is listed on the Debtors' Schedules E/F its/his/her unique Customer Code(s) and an excerpt of its/his/her scheduled claim(s) in an individual customized email to the email address associated with such customer's FTX email account. To the extent you believe that you should be identified as a customer of the Debtors who was owed amounts from one or more of the Debtors or had a net positive account balance as of November 11, 2022 and you do not receive this email by March 31, 2023, please contact FTXInfo@ra.kroll.com with your full name, your contact information, the username associated with your FTX account, your account number and/or any other identifying information.

**AS NOTED ABOVE, THE SCHEDULES AND STATEMENTS DO NOT CONTAIN THE NAME OR ADDRESS FOR CUSTOMERS. IF YOU ARE A CUSTOMER, IN ORDER TO IDENTIFY YOUR CLAIM ON THE SCHEDULES AND STATEMENTS, PLEASE REFER TO THE CUSTOMER CODE PROVIDED TO YOU BY THE DEBTORS.**

**PLEASE BE FURTHER ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

4872-7761-0070 v.9

-3-

| | |
|---|---|
| Dated: March 16, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4872-7761-0070 v.9