**Exhibit A**

**Time Records of Jefferies Professionals**

Case 22-11068-JTD    Doc 1099-2    Filed 03/17/23    Page 1 of 7

**Jefferies LLC**

*December 23, 2022 - December 31, 2022*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/23/22 | Leon Szlezinger | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Leon Szlezinger | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Leon Szlezinger | Internal discussion re: case strategy | 1.0 | 11 |
| 12/27/22 | Leon Szlezinger | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Leon Szlezinger | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Leon Szlezinger | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Leon Szlezinger | Internal call re: Debtors' investment banker retention application | 0.5 | 11 |
| 12/31/22 | Leon Szlezinger | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
| 12/31/22 | Leon Szlezinger | Review and analysis of Debtors' investment banker retention application | 1.0 | 9 |
|  | **December 23, 2022 - December 31, 2022 Hours for Leon Szlezinger** |  | **7.0** |  |
| 12/23/22 | Jeffrey Finger | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Jeffrey Finger | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Jeffrey Finger | Internal discussion re: case strategy | 1.0 | 11 |
| 12/27/22 | Jeffrey Finger | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Jeffrey Finger | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Jeffrey Finger | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Jeffrey Finger | Internal call re: Debtors' investment banker retention application | 0.5 | 11 |
| 12/31/22 | Jeffrey Finger | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
|  | **December 23, 2022 - December 31, 2022 Hours for Jeffrey Finger** |  | **6.0** |  |
| 12/23/22 | Michael O'Hara | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Michael O'Hara | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Michael O'Hara | Internal discussion re: case strategy | 1.0 | 11 |
| 12/27/22 | Michael O'Hara | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Michael O'Hara | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Michael O'Hara | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Michael O'Hara | Internal call re: Debtors' investment banker retention application | 0.5 | 11 |
| 12/31/22 | Michael O'Hara | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
| 12/31/22 | Michael O'Hara | Review and analysis of Debtors' investment banker retention application | 1.0 | 9 |
|  | **December 23, 2022 - December 31, 2022 Hours for Michael O'Hara** |  | **7.0** |  |
| 12/23/22 | Ryan Hamilton | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Ryan Hamilton | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Ryan Hamilton | Internal discussion re: case strategy | 1.0 | 11 |
| 12/27/22 | Ryan Hamilton | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Ryan Hamilton | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Ryan Hamilton | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Ryan Hamilton | Internal calls re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/30/23 | Ryan Hamilton | Review and analysis of Debtors' investment banker retention application | 1.0 | 9 |
| 12/31/23 | Ryan Hamilton | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
| 12/31/23 | Ryan Hamilton | Internal call re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/31/23 | Ryan Hamilton | Review and analysis of Debtors' investment banker retention application | 1.0 | 9 |
|  | **December 23, 2022 - December 31, 2022 Hours for Ryan Hamilton** |  | **9.5** |  |
| 12/28/22 | Daniel Homrich | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Daniel Homrich | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Daniel Homrich | Internal calls re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/29/23 | Daniel Homrich | Review and analysis of Debtors' investment banker retention application | 8.0 | 9 |
| 12/30/23 | Daniel Homrich | Review and analysis of Debtors' investment banker retention application | 2.0 | 9 |
| 12/31/23 | Daniel Homrich | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
| 12/31/23 | Daniel Homrich | Internal call re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/31/23 | Daniel Homrich | Review and analysis of Debtors' investment banker retention application | 4.0 | 9 |
|  | **December 23, 2022 - December 31, 2022 Hours for Daniel Homrich** |  | **18.0** |  |

**Jefferies LLC**

*December 23, 2022 - December 31, 2022*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/23/22 | Daniel Morefield | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Daniel Morefield | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Daniel Morefield | Internal discussion re: case strategy | 0.5 | 11 |
| 12/27/22 | Daniel Morefield | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Daniel Morefield | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Daniel Morefield | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Daniel Morefield | Internal calls re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/31/22 | Daniel Morefield | Call with UCC Advisors re: Debtors' investment banker retention | 1.0 | 11 |
| 12/31/22 | Daniel Morefield | Internal call re: Debtors' investment banker retention application | 0.5 | 11 |
| | **December 23, 2022 - December 31, 2022 Hours for Daniel Morefield** | | **7.0** | |
| 12/23/22 | Lars Hultgren | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Lars Hultgren | Internal calls re: case strategy | 1.0 | 11 |
| 12/25/22 | Lars Hultgren | Internal discussion re: case strategy | 0.5 | 11 |
| 12/27/22 | Lars Hultgren | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Lars Hultgren | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Lars Hultgren | Internal call re: second-day hearing | 0.5 | 11 |
| 12/29/22 | Lars Hultgren | Internal calls re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/30/23 | Lars Hultgren | Review and analysis of Debtors' investment banker retention application | 2.0 | 9 |
| 12/31/22 | Lars Hultgren | Call with UCC Advisors re: Debtors' investment banker retention | 0.5 | 11 |
| 12/31/22 | Lars Hultgren | Internal call re: Debtors' investment banker retention application | 1.0 | 11 |
| 12/31/22 | Lars Hultgren | Review and analysis of Debtors' investment banker retention application | 4.0 | 9 |
| | **December 23, 2022 - December 31, 2022 Hours for Lars Hultgren** | | **13.0** | |
| 12/23/22 | Alexander Yavorsky | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Alexander Yavorsky | Internal calls re: case strategy | 1.0 | 11 |
| 12/27/22 | Alexander Yavorsky | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Alexander Yavorsky | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Alexander Yavorsky | Internal call re: second-day hearing | 0.5 | 11 |
| | **December 23, 2022 - December 31, 2022 Hours for Alexander Yavorsky** | | **4.0** | |
| 12/23/22 | Timothy Shea | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Timothy Shea | Internal calls re: case strategy | 1.0 | 11 |
| 12/27/22 | Timothy Shea | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Timothy Shea | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Timothy Shea | Internal call re: second-day hearing | 0.5 | 11 |
| | **December 23, 2022 - December 31, 2022 Hours for Timothy Shea** | | **4.0** | |
| 12/23/22 | Alexander Gavin | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Alexander Gavin | Internal discussion re: case strategy | 0.5 | 11 |
| 12/27/22 | Alexander Gavin | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Alexander Gavin | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Alexander Gavin | Internal call re: second-day hearing | 0.5 | 11 |
| | **December 23, 2022 - December 31, 2022 Hours for Alexander Gavin** | | **3.5** | |
| 12/23/22 | Jordan Bloom | Introductory call with UCC Advisors | 1.0 | 11 |
| 12/24/22 | Jordan Bloom | Internal discussion re: case strategy | 0.5 | 11 |
| 12/27/22 | Jordan Bloom | Internal discussion re: case strategy | 0.5 | 11 |
| 12/28/22 | Jordan Bloom | Call with UCC Advisors re: second-day hearing | 1.0 | 11 |
| 12/28/22 | Jordan Bloom | Internal call re: second-day hearing | 0.5 | 11 |
| | **December 23, 2022 - December 31, 2022 Hours for Jordan Bloom** | | **3.5** | |

**Jefferies LLC**

*December 23, 2022 - December 31, 2022*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/23/22 | Gaurav Kittur | *Introductory call with UCC Advisors* | 1.0 | 11 |
| 12/24/22 | Gaurav Kittur | *Internal calls re: case strategy* | 1.0 | 11 |
| 12/27/22 | Gaurav Kittur | *Internal discussion re: case strategy* | 0.5 | 11 |
| 12/28/22 | Gaurav Kittur | *Call with UCC Advisors re: second-day hearing* | 1.0 | 11 |
| 12/28/22 | Gaurav Kittur | *Internal call re: second-day hearing* | 0.5 | 11 |
| | | **December 23, 2022 - December 31, 2022 Hours for Gaurav Kittur** | **4.0** | |
| 12/23/22 | Gregory Miesner | *Introductory call with UCC Advisors* | 1.0 | 11 |
| 12/24/22 | Gregory Miesner | *Internal calls re: case strategy* | 1.0 | 11 |
| 12/27/22 | Gregory Miesner | *Internal discussion re: case strategy* | 0.5 | 11 |
| 12/28/22 | Gregory Miesner | *Call with UCC Advisors re: second-day hearing* | 1.0 | 11 |
| 12/28/22 | Gregory Miesner | *Internal call re: second-day hearing* | 0.5 | 11 |
| | | **December 23, 2022 - December 31, 2022 Hours for Gregory Miesner** | **4.0** | |

## Exhibit B

## Expense Detail

**Monthly Expense Detail**
December 23, 2022 - December 31, 2022

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| MICHAEL O'HARA | 12/28/2022 | $20.00 | INTERNET ACCESS FEES |
| SIDLEY | 12/31/2022 | $5,202.50 | LEGAL |
| **Total Expense** | | **$5,222.50** | |

# SIDLEY

**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL  60603
(312) 853 7000
(312) 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

January 23, 2023

FEDERAL ID: 36-4474078
Ref: TAL/rmf

**Incurred By:**
Jefferies LLC
520 Madison Avenue
New York, NY 10022

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice Number: IN00123003508
Client Matter: 055734-31550

For professional services rendered through December 31, 2022 re FTX Trading Ltd.

**Invoice Currency USD**

Fees $5,202.50

**Total Due This Bill** **$5,202.50**

MR TA Labuda - Partner

| Remit Check Payments To: | Remit Electronic Payments To: |
|---|---|
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 |  |
| Chicago, Illinois  60690 | |

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123003508
FTX Trading Ltd.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/23/22 | TA Labuda | Emails and conference with L. Szlezinger re FTX engagement and related issues | 0.40 |
| 12/28/22 | R Fink | Confer with T. Labuda re Jefferies/FTX UCC engagement letter | 0.10 |
| 12/28/22 | R Fink | Draft Jefferies/FTX UCC engagement letter | 0.90 |
| 12/28/22 | TA Labuda | Conference and emails with Szlezinger re retention documents and related issues | 0.30 |
| 12/28/22 | TA Labuda | Conference with Fink re engagement terms | 0.10 |
| 12/28/22 | TA Labuda | Review and comment on draft engagement letter | 0.60 |
| 12/28/22 | TA Labuda | Emails with Szlezinger re draft engagement letter | 0.10 |
| 12/30/22 | R Fink | Draft Jefferies/FTX trading retention documents | 1.30 |
| 12/30/22 | TA Labuda | Emails with Fink and Szlezinger re revised engagement letter | 0.10 |
| 12/30/22 | TA Labuda | Emails and conference with Szlezinger re draft engagement letter and retention issues | 0.30 |
| 12/30/22 | TA Labuda | Review and comment revised engagement letter | 0.40 |
| 12/30/22 | TA Labuda | Confer with Fink re letter revisions | 0.10 |
| | | **Total Hours** | **4.70** |