# Exhibit A

# Statements & Schedules Summary

**March 17, 2023**                                          **Preliminary \ Subject to Material Change**



# General Disclaimer



The limiting conditions, qualifications, assumptions and disclaimers set forth herein are an integral part of this Report, must be reviewed in conjunction herewith, and may not be modified or distributed separately.

**Limitations of Report**

This report and the information contained herein (the "Report") has been prepared at the direction of FTX Trading Ltd. (d.b.a. FTX.com) and approximately 100 additional affiliated companies (together, the "Company") for its own business purposes with the assistance of Alvarez & Marsal North America, LLC ("A&M"). The information herein reflects and/or is based upon financial and other information provided to A&M by the Company, including management, staff, contract staff and other advisors of the Company, as well as other sources.  A&M has relied upon, and assumed, without independent verification, the accuracy and completeness of such information, and make no representation or warranty as to the accuracy or completeness of, and otherwise assumes no liability with respect to, the Report or the information upon which the Report is based.

In the event this Report contains or involves prospective financial or forward-looking information, this information was prepared by the Company's management and does not constitute an examination, compilation or agreed-upon procedures in accordance with standards established by the American Institute of Certified Public Accountants, and A&M expresses no assurance of any kind on such information.  Further, the work to prepare the Report did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist.  In addition, any references to estimated value or recoveries included in this Report are preliminary in nature, provided for informational purposes only, subject to material change and not valuations of any kind. It is expected that there will be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and these differences may be material. Accordingly, A&M cannot and does not express an opinion or any other form of assurance on, and assumed no responsibility for, the accuracy or correctness of the historical information, the accuracy of any valuation or estimate, or the completeness and achievability of any the projected financial data, information and assessments upon which the Report is presented.

The subject matter of this Report will be subject to further work, revisions and other factors which means that this version may be substantially different from any final report or advice issued.

The Report does not constitute a recommendation as to what action, if any, any person should take with respect to any claims and/or securities, nor does the Report constitute a recommendation regarding the accounting, tax, financial, legal or regulatory aspects of any proposed or possible outcome of the Company's restructuring.

**No Third Party Reliance**

This Report and any related informational updates are provided only in connection with the purpose of a public case update in respect of which the services are being provided. In no event, regardless of whether consent has been provided, shall A&M or any other advisor to or representative of the Company assume any responsibility, liability or duty of care to any claimholder, person or entity other than the Company ("Third Party") to which any of this preliminary information is disclosed or otherwise made available. This Report does not necessarily take account of those matters or issues which might be of relevance to any Third Parties and any Third Party is responsible for conducting its own investigation with respect to the Report and any related transactions or activities.   A&M makes no representation or warranty, express or implied, to any Third Party on which any such party may rely with respect to the Information, including without limitation, as to accuracy or completeness of the information, the inclusion or omission of any facts or information, or as to its suitability, sufficiency or appropriateness for the purposes of any such party.

Subject to Material Change



# Agenda

| | |
|---|---|
| Executive Summary | 4 |
| Global Notes | 7 |
| Summary of Scheduled Assets | 11 |
| Summary of Est. Scheduled Claims | 18 |
| Statements of Financial Affairs ("SOFAs") | 24 |

# Executive Summary

<span style="color:red">Subject to Material Change</span>



# Silo Overview
## Executive Summary

The below graphic highlights total figures that are included in the Statements and Schedules, excluding intercompany balances and undetermined amounts

| $ in Millions | WRS | Dotcom | Alameda | Ventures | Total |
|---|---|---|---|---|---|
| Total Scheduled Assets | $255 | $573 | $2,655 | $1,292 | $4,775 |
| Total Est. Scheduled Claims | 342 | 11,234 | 8 | Undetermined | 11,584 |
| **Scheduled Assets - Less Est. Scheduled Claims** [1] | **($87)** | **($10,661)** | **$2,646** | **$1,292** | **($6,809)** |

## Dotcom
- $11.2B of total customer exchange claims [2]
- Certain foreign bank accounts are still inaccessible
- Limited access to former employees

## WRS
- $335M of total customer exchange claims [2]
- Prepetition employees prepared
- Some WRSS bank account statements remain outstanding for November

## Alameda
- Silo has potentially material claims that have been filed as undetermined
- Financial records based on research via bank statements, purchase agreements, AWS analytics and contract searches
- Identified loans secured by collateral (FTT, crypto assets, brokerage balances)

## Ventures
- Assets presented have been traced to cash outflows and some have been confirmed with third-parties

Notes:

\*    Excluded – All intercompany activity/balances including related party entitlements as well as undetermined amounts for various claims; intercompany activity review is in process

(1)   Recoverable value on a consolidated basis will require further investigation and is more complex than scheduled assets less est. scheduled claims

(2)   Customer Exchange Claims – Total customer claims not scheduled; information sourced from prior disclosure on Kroll bankruptcy communications site

    (a)  See report titled *March 2, 2023 - Preliminary Analysis of Shortfalls at FTX.COM and FTX.US* within Quick Links dropdown menu

    (b)  Dotcom and WRS customer entitlements are scheduled in coin count, current value scheduled as undetermined (contingent, unliquidated and disputed)



# Process Timeline
## Executive Summary

**Subject to Material Change**

Prepetition FTX Debtors' accounting processes & employees, when available, were utilized to develop the Petition Date [1] financials. Supplemental processes were developed to augment or supersede existing processes as required



| End of 2022 | January – February 2023 | March 2023 |
|---|---|---|

**Dotcom & WRS Silos**

- Gain access to Bank accounts
- Recreate historical reporting (AWS)
- Complete 11/30 Close
- Roll back to Petition

**Alameda & Ventures Silos**

- Contracts Identification & Analysis
- Trace cash inflows/outflows
- Determine account balances
- Develop Petition balance

**Crypto Wallet Tracking / AWS Customer Entitlements**

Notes:
*    Further updates forthcoming with the incorporation of Intercompany assets and claims; timing anticipated after initial filling of Schedules A – F
(1) November 11, 2022 is the Petition Date for all Debtors, except for West Realm Shires Inc, which is November 14, 2022

Global Notes

# Statements
## Global Notes



| Item | Description |
|------|-------------|
| **Basis of Presentation** | ▪ The Debtors prepared **unaudited financial statements** to reflect the Debtors' reasonable efforts to report financial information of each Debtor on a **stand-alone** legal entity basis<br>▪ The Debtors **reserve all rights** to revise, amend, supplement and/or adjust the Schedules and Statements, including with respect to reallocation of assets or liabilities to any Debtor entity |
| **Reporting Date** | ▪ The Statements and the liabilities reflected on the Schedules generally **reflect the Debtors' books and records** as of the close of business on the **Petition Date** |
| **Assets & Liabilities General Notes** | ▪ The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities<br>▪ Unless otherwise stated, **net book values are as of the Petition Date** |
| **Crypto** | ▪ Crypto assets and crypto claims (entitlements) are **recorded in coin versus in U.S. Dollars**<br>▪ To the extent cryptocurrency values are presented in U.S. dollars, they reflect the valuation as set forth in the Debtors' books and records as of the Petition Date or the time of the relevant transaction, as applicable |
| **Intercompany Balances** | ▪ The process to **reconcile and validate all intercompany** balances among the Debtors is **ongoing** and is incomplete and, as such, the Debtors are not in a position currently to report such balances |
| **Undetermined Amounts** | ▪ When necessary, the Debtors have indicated that the value of **certain assets and liabilities is "unknown" or "undetermined"**<br>▪ See slide "Undetermined Amounts – Asset & Claim Type" on page 10 for further details |
| **Totals** | ▪ All totals that are included in the Schedules and Statements **represent totals of all the known amounts**<br>▪ Amounts marked as **"unknown", "undetermined" or "N/A" are not included** in the calculations of the totals |
| **Currency** | ▪ All amounts shown in the **Schedules and Statements are in U.S. Dollars**, unless otherwise indicated<br>▪ Foreign currency amounts have been translated to U.S. Dollar equivalents using published exchange rates at the relevant date or for the relevant period |
| **Solvency** | ▪ The Schedules or Statements **shall not constitute an admission that the Debtors were solvent** as of the Petition Date or at any time before the Petition Date |
| **Global Notes Control** | ▪ The notes summary page has materially summarized all Global Notes; for further context refer to "Global Notes and Overview of Methodology"<br>▪ In the event the Schedules or Statements differ from any of the foregoing Global Notes summaries, **the filed Global Notes supersede any statements mentioned in this presentation** |

# Undetermined Amounts – Asset & Claim Type
## Global Notes



| Item | Description | Silo |
|------|-------------|------|
| **UNDETERMINED ON SCHEDULES / STATEMENTS** | | |
| **Investments in FTX Subsidiaries** | Investments in consolidated subsidiaries have been listed with an undetermined value. **The Debtors do not believe that any book value is indicative of the value of such assets** and have not obtained a fair market valuation of the assets | All |
| **Licenses & Intangibles** | The Debtors do not believe that the book value of the intangibles and intellectual property is indicative of the current fair market value of such assets. Therefore, amounts are listed as undetermined | Alameda, Dotcom, WRS |
| **Notes Receivable** | Notes receivables from insiders and external parties include face value. However, due to the nature and **circumstances related to these parties all values associated are considered undetermined** | All |
| **Crypto Holdings / Crypto Collateral Assets** | Token values are represented in the description as the spot value at the petition date based on preliminary information from CoinMarketCap. However, due to the volatile nature of crypto markets the **spot price for a token on CoinMarketCap may not properly correspond to the market value of the holdings.** Therefore, all crypto assets are represented as undetermined | Alameda, Dotcom, WRS |
| **Crypto Assets Receivables (Token Receivables)** | The Debtors are contractual counterparties to agreements in which certain tokens are delivered as part of a vesting schedule. **Values are scheduled as undetermined** for these receivables | Alameda, Ventures |
| **Schedule D: Secured Liabilities** | Debtors review of various loan agreements, including review of collateral, nature and priority of the claims is ongoing. Amounts scheduled as **undetermined, contingent, unliquidated and disputed** | Alameda |
| **Schedule E: Priority Unsecured Liabilities** | De minimis contractor wage and expense reimbursements are scheduled with liquidated claim amounts, however, ongoing analysis is underway to determine proper priority amounts<br>As standard practice, **tax audits and accrued tax payables are undetermined** as amounts owed (if any) are not yet known | Alameda, Dotcom, WRS |
| **Schedule F: Unsecured Liabilities** | Additional claims are being scheduled as undetermined related to: customer entitlements, unfunded commitments related to investments, litigation, indemnification claims, guarantees, surety bonds, and; any further claims may arise from ongoing investigation | All |
| **EXCLUDED FROM SCHEDULES / STATEMENTS** | | |
| **Intercompany Balances** | Excludes all intercompany activity/balances including related party entitlements. **Intercompany balances review is in process** | All |

**Subject to Material Change**

# Undetermined Amounts – Silo
## Global Notes



### Each of the four silos have various claims that have been scheduled as undetermined

- Asset and claim amounts that could not readily be quantified by the Debtors are scheduled as "unliquidated" or "undetermined". The description of an amount as "unliquidated" or "undetermined is **not intended to reflect upon the materiality or allowance of, or expected distribution** with respect to the amount

- There are a number of different undetermined assets and claims, a majority relate to crypto holdings/entitlements, investments, loan receivables, intellectual property, customer entitlements, and loan payables

| Silo | Undetermined Asset & Claim Types |
|------|----------------------------------|
| **WRS** | ▪ **Assets:** Investments in FTX Subs, Intellectual Property, Loan Receivables, NOLs, Crypto Holdings<br>▪ **Liabilities:** Letter of Credit, UCC Liens, Tax Audits/Payables, Employee Liabilities, Customer Entitlements, Indemnification, Litigation, Surety Bonds, Contract/Lease Rejection Damages |
| **Dotcom** | ▪ **Assets:** Investments in FTX Subs, Intellectual Property, Loan Receivables, Crypto Holdings, Token Receivables<br>**Liabilities:** Tax Audits/Payables, Employee Liabilities, Customer Entitlements, Indemnification, Escrow Claim, Indemnification, Litigation, Stablecoin Collateral, Contract/Lease Rejection Damages |
| **Alameda** | ▪ **Assets:** Investments in FTX Subs, Intellectual Property, Loan Receivables, Causes of Action, Crypto Holdings, Fund Investments, Token Receivables, Collateral Assets<br>▪ **Liabilities:** Loan Payables, UCC Liens, Tax Audits/Payables, Employee Liabilities, Unfunded Investment Commitments, Indemnification, Litigation |
| **Ventures** | ▪ **Assets:** Investments in FTX Subs, Loan Receivables, Other Unliquidated Claims, Fund Investments, Token Receivables<br>▪ **Liabilities:** Tax Audits/Payables, Unfunded Investment Commitments |

Summary of Scheduled Assets

<span style="color:red">Subject to Material Change</span>

# Summary of Scheduled Assets
## Schedule A/B



| Asset Type | Description |
|---|---|
| **Part 1 – Cash & Cash Equivalents** | ▪ The reported bank balances (including investments and overnight accounts) and cash on hand include cash held in various currencies, converted into U.S. Dollars as of the Petition Date<br>▪ **Includes brokerage cash in Interactive Brokers and ED&F Man** |
| **Part 2 – Deposits and Prepayments** | ▪ Deposits and prepayments includes certain prepayments related to various advertising and sponsorship agreements, security deposits, retainers and other miscellaneous deposits and prepayments<br>▪ The amounts listed **include deposits by Debtors that may have been offset and withdrawn postpetition** by the counterparty |
| **Part 3 – Receivables** | ▪ Receivables have been reported at the net book value and **have not completed a full assessment of the collectability of receivables** |
| **Part 4 & 11 – Investments** | ▪ Investments in consolidated subsidiaries have been listed with an undetermined value<br>▪ The Debtors **do not believe that any book value is indicative of the value of such assets** and have not obtained a fair market valuation of the assets<br>▪ Investments have been reported at the funded amount or recorded cost per books and records, which may be materially different from the current fair market value of the investment<br>▪ **Includes equity securities and fixed income securities held in ED&F Man brokerage account at fair value** |
| **Part 7 & 9 – PP&E** | ▪ Real property **consists primarily of properties purchased in the Bahamas** and leasehold improvements on various leased facilities<br>▪ Properties owned in the Bahamas and leasehold improvements have been reported in the Schedules at the Net Book Value, which may materially differ from the current market value of the properties<br>▪ Also includes the net book value of hardware, office equipment, and software |

Subject to Material Change



# Summary of Scheduled Assets

As of the Petition Date, FTX Debtor's scheduled assets were substantially housed at the Alameda Silo with consideration for investments at the Ventures Silo and real estate at the Dotcom Silo

## Scheduled Assets as of Petition Date

| | |
|---|---|
| **$900M** | Cash & Cash Equivalents |
| **$8M** | Accounts Receivable |
| **$3,539M** | Investments [1] |
| **$77M** | Prepaid Expenses & Other Assets |
| **$252M** | Property, Plant & Equipment |
| **$4,775M** | **Total Scheduled Assets** |

Undetermined:
- Crypto Holdings [2]
- Notes Receivable [3]
- Token Receivables [4]

### Total Scheduled Assets by Silo

| (USD in millions) | Dotcom | WRS | Alameda | Ventures | Total |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | $283 | $96 | $511 | $9 | $900 |
| Accounts Receivable | 8 | - | - | - | 8 |
| Investments | - | 115 | 2,142 | 1,282 | 3,539 |
| Prepaid Expenses & Other Assets | 34 | 42 | 0 | 1 | 77 |
| Property, Plant & Equipment | 249 | 2 | 1 | - | 252 |
| **Total Assets** | **$573** | **$255** | **$2,655** | **$1,292** | **$4,775** |

### Total % of Scheduled Assets by Silo



Dotcom 12%
WRS 5%
Alameda 56%
Ventures 27%

Notes:

(1)  Investments – Schedules exclude dollar amounts for investments in Debtor and Non-Debtor affiliates, which are scheduled as undetermined
(2)  Crypto Holdings – Crypto holdings are reflected in coin count, current value scheduled as undetermined
(3)  Notes Receivable – Current value scheduled as undetermined
(4)  Token Receivables – Current value scheduled as undetermined

Subject to Material Change



# WRS
## Summary of Scheduled Assets

### WRS Silo accounts for 5% of the consolidated assets within FTX

- **Cash & Cash Equivalents** – Reside primarily in West Realm Shires Services Inc. and West Realm Shires Inc.
- **Investments** [1] – Primarily related to West Realm Shires Inc.'s equity investment in IEX Group, Inc.
- **Prepaid Expenses & Other Assets** – Consists of various prepayments for technology vendors and retainers for professional service firms



**Notes:**

(1)  Investments – Schedules exclude dollar amounts for investments in Debtor and Non-Debtor affiliates, which are scheduled as undetermined
(2)  Crypto Holdings – Crypto holdings are reflected in coin count, current value scheduled as undetermined
(3)  Notes Receivable – Current value scheduled as undetermined

14

Subject to Material Change

# Dotcom
## Summary of Scheduled Assets



### Dotcom Silo accounts for 12% of the consolidated assets within FTX

- Majority of the Dotcom Silo asset value pertains to foreign cash and Bahamian real estate
- **Cash & Cash Equivalents** – Reside primarily in FTX Japan K.K. and FTX EU Ltd
  - Includes ~$50M held in frozen Cyprus accounts
- **Prepaid Expenses & Other Assets** – Consists of various prepayments for technology vendors and security deposits
- **Property, Plant & Equipment** – Consists primarily of real properties in the Bahamas held by FTX Property Holding Ltd



Notes:

\*   Totals may be off due to rounding

(1)  Crypto Holdings – Crypto holdings are reflected in coin count, current value scheduled as undetermined

<span style="color:red">Subject to Material Change</span>

# Alameda
## Summary of Scheduled Assets



### Alameda Silo accounts for 56% of the consolidated assets within FTX

- Majority of the Alameda Silo asset value sits at Alameda Research Ltd
- **Cash & Cash Equivalents** – The cash balance is inclusive of cash & cash equivalents, including cash in various brokerage accounts (ED&F Man and Interactive Brokers)
- **Investments** – Comprised of 100+ equity and fund investments, as well as equity and fixed income securities. Largest 5 investments comprise over **$1,700M of the account balance**
  — Most notable investments in portfolio include **Genesis Digital Assets, Toss, Voyager, Brinc Drones**; all of which have been contacted for monetization
  — Inclusive of ED&F Man equity and fixed income investments



Notes:

(1) Crypto Holdings – Crypto holdings are reflected in coin count, current value scheduled as undetermined
(2) Notes Receivable – Current value scheduled as undetermined
(3) Token Receivables – Current value scheduled as undetermined

16

**<span style="color:red">Subject to Material Change</span>**



# Ventures
## Summary of Scheduled Assets

### Ventures Silo accounts for 27% of the consolidated assets within FTX

- Majority of the Ventures Silo asset value sits at Clifton Bay Investments LLC
- **Cash & Cash Equivalents** – Reside primarily within Paper Bird, Inc.
- **Investments** – Comprised of 150+ equity and fund investments. Largest 10 investments comprise approximately **$982M** of the account balance
    - Most notable investments in portfolio include **Anthropic, Mysten Labs, Near, and Aptos**; all of which have been contacted for monetization



Notes:

(1) Crypto Holdings – Crypto holdings are reflected in coin count, current value scheduled as undetermined
(2) Notes Receivable – Current value scheduled as undetermined
(3) Token Receivables – Current value scheduled as undetermined

Summary of Est. Scheduled Claims

<span style="color:red">Subject to Material Change</span>

# Specific Notes to the Debtors' Schedules
## Schedule D/E/F



| Item | Description |
|------|-------------|
| **SCHEDULE D** | |
| **Schedule D Note** | ▪ The Debtors **have not included parties that may believe their claims are secured through setoff rights**<br>▪ The amounts outstanding under the Debtors' prepetition secured debt reflect approximate amounts as of the Petition Date to the extent known<br>▪ Descriptions provided on Schedule D are intended only to be a summary |
| **Reservation of Rights** | ▪ The Debtors dispute some or all of the liens and collateral purportedly supporting any claim reflected on Schedule D, and **reserve all rights to void or avoid any such liens or collateral**<br>▪ The Debtors **reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien** purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor<br>▪ The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim |
| **SCHEDULES E / F** | |
| **1) Claims Adjustments** | ▪ The **claims of individual creditors** for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and **may not reflect credits, allowances, or other adjustments** |
| **2) Tax Claims** | ▪ Pursuant to [D.I. 267] the **Debtors were authorized to pay various prepetition taxes**, regulatory fees and assessments, and related obligations that were payable to numerous taxing authorities<br>▪ The Debtors have **made efforts to exclude the taxes paid post-petition** |
| **3) Other "Tax" Claims** | ▪ The Debtors have included various governmental agencies on Schedule E/F-1 out of an abundance of caution whose obligations may not be "taxes" pursuant to the applicable law |
| **4) Wages Obligations** | ▪ Pursuant to [D.I. 59],  the **Debtors were authorized to pay certain prepetition obligations to their employees** or other related third-party recipients<br>▪ The Debtors have **made efforts to exclude the wages and employee benefits paid post-petition** |
| **5) Critical Vendors** | ▪ Pursuant to [D.I. 46], the **Debtors were authorized to pay prepetition obligations to certain vendors**<br>▪ The Debtors have **made efforts to exclude the critical vendor payments made post-petition** |
| **6) Claims Diligence Completeness** | ▪ The **Debtors made a reasonable attempt to set forth their unsecured obligations**, although the amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F (Part 2)<br>▪ The listed liabilities **may not reflect the correct amount of any unsecured creditor's allowed claims** or the correct amount of all unsecured claims |

**Subject to Material Change**



# Summary of Est. Scheduled Claims

As of the Petition Date, the substantial majority of FTX's Claims were customer entitlements within the Dotcom and WRS silos

### Scheduled Claims as of Petition Date

| $16M | Accounts Payable & Accrued Expenses |
| $11,568M | Customer Exchange Claims [1] |
| Undetermined | Various Other Liabilities [2] |
| **$11,584M** | **Total Est. Scheduled Claims** [3] |

Undetermined [3]:
- Secured Liabilities
- Priority Unsecured Liabilities
- Unsecured Liabilities
Excluded [4]



### Total Est. Scheduled Claims by Silo

| (USD in millions) | Dotcom | WRS | Alameda | Ventures | Total |
|---|---|---|---|---|---|
| AP & Accrued Expenses | $1 | $7 | $8 | $-- | $16 |
| Customer Exchange Claims | 11,233 | 335 | - | - | 11,568 |
| Various Other Liabilities | | Undetermined | | | - |
| **Total Claims** | **$11,234** | **$342** | **$8** | **$--** | **$11,584** |



### Total % of Est. Scheduled Claims by Silo

Alameda >0.1%

Dotcom 97%

3% WRS

Notes:

(1)  Customer Exchange Claims –  Total customer claims value scheduled as undetermined; information sourced from prior disclosure on Kroll Bankruptcy communications site
    (a)  See report titled *March 2, 2023 - Preliminary Analysis of Shortfalls at FTX.COM and FTX.US* within Quick Links dropdown menu
    (b)  Dotcom and WRS customer entitlements are scheduled in coin count, current value scheduled as undetermined (contingent, unliquidated and disputed)
(2)  Undetermined – Potentially material claims including, but not limited to, loans payable, tax claims, unfunded investments, litigation claims, rejection damage claims
(3)  Total estimated scheduled claims excludes significant categories of contingent and undetermined claims, which are subject to ongoing review and reconciliation. Please refer to Global Notes
(4)  Excluded – All intercompany activity/balances including related party entitlements as well as undetermined claims. Intercompany activity review is in process

**Subject to Material Change**



# Trade Payables
## Summary of Est. Scheduled Claims

### Accounts payable makes up $15.7 million of Schedule F

Contingent and Unliquidated qualifiers will force certain vendors to file claims in order to participate in the Claims process:

- Contingent liabilities: Certain contract counterparties, vendors with old invoices, and some vendors where there was some uncertainty on the reliability of the AP balance were flagged as contingent.

- Unliquidated liabilities: Certain vendors are being scheduled with Unliquidated/Undetermined claims



■ Liquidated/Claim  ■ Contingent

*$ in Thousands*

| Silo | Creditor Name | C, U Flag | Trade Payables Amt |
|---|---|---|---|
| **Alameda** | | | |
| | Amazon Web Services (AWS) | | $6,023 |
| | Margaritaville Beach Resort | C | 599 |
| | American Express | C | 465 |
| | Fairview Asset Management LLC | | 385 |
| | Otter Audits LLC | | 190 |
| | | | $7,663 |
| | All Others | | $706 |
| **Total Alameda** | | | $8,370 |
| **Dotcom** | | | |
| | Apple Search Ads | | $191 |
| | Stripe | | 134 |
| | Trulioo | U | 78 |
| | Spotify | (1) | 49 |
| | | U | 32 |
| | | | $485 |
| | All Others | | $159 |
| **Total Dotcom** | | | $644 |
| **WRS** | | | |
| | Meta Platforms, Inc. | (1) | $1,007 |
| | | | 982 |
| | American Express | C | 776 |
| | Turner Network Television | C | 595 |
| | Rational 360 | | 252 |
| | | | $3,612 |
| | All Others | | $3,050 |
| **Total WRS** | | | $6,662 |
| **Total Trade Payable, Sch F** | | | $15,676 |

**Top Trade Vendors by Silo**

Notes:

(1)  This vendor name has been redacted from Schedule F

<span style="color:red">Subject to Material Change</span>

# Customer Exchange Claims
## Summary of Est. Scheduled Claims



**Customer Entitlements have been scheduled as undetermined and are presented below for illustrative purposes only**

- Customer balances may include unidentified founder, related party or disqualified accounts

- Employee accounts are included in customer liabilities



Notes:

(1)  Customer Exchange Claims –  Total customer claims value scheduled as undetermined; information sourced from prior disclosure on Kroll Bankruptcy communications site
    (a)  See report titled *March 2, 2023 - Preliminary Analysis of Shortfalls at FTX.COM and FTX.US* within Quick Links dropdown menu
    (b)  Dotcom and WRS customer entitlements are scheduled in coin count, current value scheduled as undetermined (contingent, unliquidated and disputed)

Subject to Material Change

# Third-Party Loans Payable
## Summary of Est. Scheduled Claims



### The vast majority of third-party loans reside within the Alameda Silo

- Loans payable have been scheduled by coin balance as opposed to USD equivalent, where applicable

- Through extensive review of loan documents, blockchain activity, and internal communications, it is estimated that Alameda **borrowed from approximately 80 different counterparties**

- Loans were predominately collateralized by FTT and other volatile crypto assets (e.g., SRM, SOL) which resulted in many lenders issuing margin calls and call notices. This resulted in material transfers and pledges of assets and settlements of existing loans immediately prior to petition date

- Loans were not recorded within the debtors' historical accounting records and were **primarily denominated in crypto assets (e.g., BTC, ETH).** Additional tracing of wallet and blockchain activity remains an ongoing matter

*Currency counts in thousands*

| Loan Currency | Count [1] |
|---|---:|
| APT | 5,000 |
| ASTR | 200,000 |
| AVAX | 1,420 |
| BTC | 36 |
| ETH | 154 |
| FLOW | 7,900 |
| LINK | 726 |
| LTC | 202 |
| MATIC | 10,125 |
| USD | 115,000 |
| USDC | 153,500 |
| XRP | 29,703 |
| Various | 53,126,516 |
| **Total** | **53,650,282** |

Notes:

(1)  Loans Payable – Third-party loans payable are scheduled in coin count, and current value as undetermined (contingent, and unliquidated)

23

Statements of Financial Affairs ("SOFAs")

**Subject to Material Change**

# SOFA 3 – Payments / Transfers Within 90 Days 

### Summary of payments and transfers within 90 days of Petition Date

- Financial data for historical payments before the bankruptcy date fell into four broad buckets for the **100 FTX Debtor entities**

  - RLA and QuickBooks Entities: **RLA maintains 30 FTX entities** books and records in QuickBooks

  - Domestic Entities: 9 FTX entities such as **LedgerPrim**e and **Deck Technologies** have provided their payments records directly

  - International Entities: 12 FTX entities in **Europe and Asia** have provided payment records

  - Dormant / Unknown Financials Entities: **49 FTX entities identified as dormant** or where there is little or no financial information, including historical payments

- **Crypto payments or transfers have been excluded**; efforts ongoing to trace transactions

| 90 Day Payments & Transfers | | |
|---|---|---|
| *(USD in millions)* | | |
| **Silo** | **Number of Payments** | **Total in 90 Days** |
| Alameda | 209 | $567 |
| Dotcom | 457 | 40 |
| Ventures | 27 | 47 |
| WRS | 434 | 69 |
| **Total** | **1,127** | **$724** |



# SOFA 4 – Payments to Insiders
# SOFA 13 – Other Transfers

**Subject to Material Change**

Payments to Insiders and Other Transfers out of the ordinary course

| Insider Payments | | | |
|---|---|---|---|
| *(USD in millions)* **Insider** | **SOFA 4 Payments / Transfers** | **SOFA 13 Payments / Transfers** | **Total** |
| Bankman-Fried, Samuel | $1,835 | $412 | $2,247 |
| Singh, Nishad | 527 | 60 | 587 |
| Wang, Zixiao "Gary" | 115 | 131 | 246 |
| Salame, Ryan | 69 | 17 | 87 |
| Trabucco, John Samuel | 3 | 23 | 25 |
| Ellison, Caroline | 5 | 1 | 6 |
| **Total** | **$2,554** | **$644** | **$3,198** |

**Sources include:**
- Payment Systems (QBO and other (primarily for foreign entities))
- Accounting – Loans to insiders (both documented and undocumented)
- Salary & Benefit system extracts where available
- Expense detail (including Amex card) from QBO and other sources
- Real property (conveyed) and personal property (yacht) – reported as loans
- Crypto payments and transactions have not been included (efforts ongoing)
- Intercompany – has not been included (efforts ongoing)

26

Subject to Material Change



# SOFA 9 - Gifts and Charitable Contributions

The following 4 Donation Scenarios have been identified:

- **Income-Statement-Reflected** – Donation expenses tied to the income statement that came out of Debtors' cash bank account. Included on SOFA 9

- **Other Political Donations** – Payments identified on FEC website that were **not classified as donations** on the Debtors' books and records. Included on SOFA 9

- **Intercompany** – Donation expenses tied to the income statements that did not come out of debtors' cash accounts. Investigations team currently researching in an effort to tie an identified donation to a cash disbursement from a Debtor account. **Unconfirmed and not currently included in SOFA 9**

- Additional research and potential disclosure ongoing. **Crypto donations** are excluded due to limited information

| Donation Summary | |
|---|---|
| **Silo** *(USD in millions)* | **Donation Amount** |
| Alameda | $7 |
| Dotcom | 10 |
| WRS | 8 |
| **Total** | **$25** |

27