# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objection Deadline:** April 6, 2023 at 4:00 p.m. (ET)[2] |
| | ) **Hearing Date:** June 28, 2023 at 1:00 p.m. (ET) |

## SUPPLEMENT TO THE FIRST INTERIM FEE APPLICATION OF PAUL HASTINGS LLP

Paul Hastings LLP ("Paul Hastings"), lead counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby supplements (this "Supplement") the *First Interim Fee Applications of the Professionals of the Official Committee of Unsecured Creditors* (the "Application"), filed contemporaneously herewith, and requests compensation of fees and reimbursement of costs and expenses incurred for professional services rendered by Paul Hastings during the period from December 20, 2022 through and including January 31, 2023 (the "Application Period") for or on behalf of the Committee in connection with the Chapter 11 Cases.

1.  Attached hereto as **Exhibit A** through **Exhibit E** are certain schedules requested by *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").[3]

2. Paul Hastings responds to the questions set forth in Paragraph C.5. of the U.S. Trustee Guidelines as follows:

> **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Application Period?
> **Response:** No.
>
> **Question:** If the fees sought in this application as compared to the fees budgeted for the Application Period are higher by 10% or more, did you discuss the reasons for the variation with the client.
> **Response:** Not applicable.
>
> **Question:** Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case?
> **Response:** No.
>
> **Question:** Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.
> **Response:** No.
>
> **Question:** Does this application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.
> **Response:** No.
>
> **Question:** If the application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rates increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?
> **Response:** Not applicable.

---

[3] The Committee and Paul Hastings reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in the Chapter 11 Cases.

3. To the extent that time or disbursement charges for services rendered or disbursements incurred on behalf of the Committee relate to the Application Period, but were not processed before the preparation of, or included in, this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request compensation for such services, and reimbursement of such expenses, in a supplemental or future application. Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for Paul Hastings' work in the Chapter 11 Cases.

Dated: March 17, 2023
      New York, New York

**PAUL HASTINGS LLP**

By: /s/ Erez E. Gilad
Kristopher M. Hansen*
Luc A. Despins*
Erez E. Gilad*
Gabriel E. Sasson*
Samantha Martin*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
       lucdespins@paulhastings.com
       erezgilad@paulhastings.com
       gabesasson@paulhastings.com
       samanthamartin@paulhastings.com

*Admitted pro hac vice*

*Counsel to the Official Committee
of Unsecured Creditors*

# EXHIBIT A
## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The blended hourly rate for Paul Hastings' timekeepers in its New York office who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on February 1, 2022 and ending on January 31, 2023 was, in the aggregate, approximately $1,074 per hour. The blended hourly rate for Paul Hastings' timekeepers who billed to the Chapter 11 Cases during the Application Period was approximately $1,327 per hour. A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Non-Bankruptcy Matters Blended Hourly Rate** | **Committee Blended Hourly Rate[2]** |
| Partner | $1,469 | $1,689 |
| Counsel | $1,270 | $1,452 |
| Associate | $877 | $981 |
| Paraprofessional | $447 | $515 |
| **All Timekeepers Aggregated** | **$1,074** | **$1,327** |

---

[1] It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor, the chapter 11 trustee, or an official committee under the Bankruptcy Code. As such, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

[2] Due to the complexity and nature of these cases, Kris Hansen (partner), Erez E. Gilad (partner), Ken Pasquale (partner), Frank A. Merola (partner), Gabe Sasson (partner), Samantha Martin (counsel), and Isaac Sasson (associate) provided a substantial portion of Paul Hastings' services to the Committee during the Application Period. Because their rates are at the higher end of the range of rates billed by Paul Hastings' partners, counsel, and associates, respectively, and in light of the fact that their time and expertise were required for this engagement, the blended rates for this case moved to the higher end of the range of rates billed by Paul Hastings.

# EXHIBIT B
# SUMMARY OF TIMEKEEPERS FOR APPLICATION PERIOD

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application[1] | |
| **PARTNER** | | | | | | |
| Arai, Toshiyuki | 1985, Mergers & Acquisitions | $5,643.00 | 3.30 | $1,710.00 | $1,710.00 | N/A |
| Daniel, Chris | 1999, Fintech and Payments Group | $131,872.00 | 83.20 | $1,585.00 | $1,585.00 | N/A |
| Despins, Luc A. | 1986, Financial Restructuring | $117,738.00 | 63.30 | $1,860.00 | $1,860.00 | N/A |
| Gilad, Erez | 2001, Financial Restructuring | $503,497.00 | 290.20 | $1,735.00 | $1,735.00 | N/A |
| Gilad, Erez (Travel) | 2001, Financial Restructuring | $4,337.50 | 5.00 | $867.50 (Bill at ½ rate) | $867.50 (Bill at ½ rate) | N/A |
| Hansen, Kris | 1996, Financial Restructuring | $613,975.50 | 317.30 | $1,935.00 | $1,935.00 | N/A |
| Hansen, Kris (Travel) | 1996, Financial Restructuring | $8,223.75 | 8.50 | $967.50 | $967.50 | N/A |
| Kelly, Brian | 2001, Financial Restructuring | $144,054.00 | 95.40 | $1,510.00 | $1,510.00 | N/A |
| Merola, Frank | 1988, Financial Restructuring | $361,921.00 | 208.60 | $1,735.00 | $1,735.00 | N/A |
| Murphy, Matt M. | 1999, Financial Restructuring | $127,366.50 | 77.90 | $1,635.00 | $1,635.00 | N/A |
| Pasquale, Ken | 1990, Financial Restructuring | $628,243.50 | 362.10 | $1,735.00 | $1,735.00 | N/A |
| Rimon, Laurel Loomis | 1993, Investigation & White Collar Defense | $22,278.00 | 15.80 | $1,410.00 | $1,410.00 | N/A |
| Sasson, Gabe | 2010, Financial Restructuring | $477,613.00 | 316.30 | $1,510.00 | $1,510.00 | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application[1] | |
| Sasson, Gabe (Travel) | 2010, Financial Restructuring | $2,491.50 | 3.30 | $755.00 (Bill at ½ rate) | $755.00 (Bill at ½ rate) | N/A |
| Sibbitt, Eric C. | 1997, Fintech and Payments Group | $102,648.00 | 72.80 | $1,410.00 | $1,410.00 | N/A |
| Srivastava, Arun | 1991, Fintech and Payments Group | $16,896.00 | 9.60 | $1,760.00 | $1,760.00 | N/A |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $27,918.00 | 19.80 | $1,410.00 | $1,410.00 | N/A |
| **Partner Total** | | **$3,296,716.25** | **1,952.40** | | | |
| **OF COUNSEL** | | | | | | |
| Cabral, Jason J. | 2008, Fintech and Payments Group | $8,758.00 | 5.80 | $1,510.00 | $1,510.00 | N/A |
| Levine, Eric M. | 2007, Mergers & Acquisitions | $43,615.00 | 28.60 | $1,525.00 | $1,525.00 | N/A |
| Martin, Samantha | 2008, Financial Restructuring | $434,362.50 | 292.50 | $1,485.00 | $1,485.00 | N/A |
| Silber, Gary | 2011, Tax | $3,874.00 | 2.60 | $1,490.00 | $1,490.00 | N/A |
| Stevenson, Braddock J. | 2008, Investigation & White Collar Defense | $2,670.00 | 2.00 | $1,335.00 | $1,335.00 | N/A |
| Traxler, Katherine A. | 1990, Financial Restructuring | $20,424.00 | 22.20 | $920.00 | $920.00 | N/A |
| **Of Counsel Total** | | **$513,703.50** | **353.70** | | | |
| **ASSOCIATE** | | | | | | |
| Ahluwalia, Sainaya K. | Financial Restructuring | $3,939.00 | 7.80 | $505.00 | $505.00 | N/A |
| Anderson, Chris | 2003, Fintech and Payments Group | $4,480.00 | 4.00 | $1,120.00 | $1,120.00 | N/A |
| Ashuraey, Sam | 2017, Financial Restructuring | $196,852.00 | 169.70 | $1,160.00 | $1,160.00 | N/A |
| Burns, Elena Gold | 2019, Private Equity | $21,018.00 | 22.60 | $930.00 | $930.00 | N/A |

2

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application[1] | |
| Catalano, Kristin | 2021, Financial Restructuring | $35,805.00 | 46.20 | $775.00 | $775.00 | N/A |
| Daly, Crispin | Financial Restructuring | $35,424.00 | 28.80 | $1,230.00 | $1,230.00 | N/A |
| Diaz, Caroline | 2021, Financial Restructuring | $139,779.00 | 150.30 | $930.00 | $930.00 | N/A |
| Fedler, Kayla | 2022, Fintech and Payments Group | $14,873.50 | 19.70 | $755.00 | $755.00 | N/A |
| Fisher, Michael J. | Complex Litigation & Arbitration | $63,333.00 | 68.10 | $930.00 | $930.00 | N/A |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech and Payments Group | $86,240.00 | 70.40 | $1,225.00 | $1,225.00 | N/A |
| Griffin, Meagan E. | 2013, Fintech and Payments Group | $95,325.00 | 77.50 | $1,230.00 | $1,230.00 | N/A |
| Iaffaldano, Jack | 2020, Financial Restructuring | $115,971.00 | 124.70 | $930.00 | $930.00 | N/A |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $7,362.50 | 9.50 | $775.00 | $775.00 | N/A |
| Koch, Leonie | 2023 Financial Restructuring | $178,557.50 | 236.50 | $755.00 | $755.00 | N/A |
| Merchant, Heena A. | 2012, Fintech and Payments Group | $9,840.00 | 8.00 | $1,230.00 | $1,230.00 | N/A |
| Miliotes, Lanie | 2023, Financial Restructuring | $40,770.00 | 54.00 | $755.00 | $755.00 | N/A |
| Nizamian, Andrew A. | 2017, Fintech and Payments Group | $28,672.00 | 25.60 | $1,120.00 | $1,120.00 | N/A |
| Quattrocchi, Sarah A. | 2020, Fintech and Payments Group | $40,641.00 | 43.70 | $930.00 | $930.00 | N/A |
| Rubin, Lisa E. | | $3,136.00 | 2.80 | $1,120.00 | $1,120.00 | N/A |
| Sasson, Isaac | 2016, Financial Restructuring | $310,920.00 | 259.10 | $1,200.00 | $1,200.00 | N/A |

3

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application[1] | |
| Seelig, Ben | 2020, Investigation & White Collar Defense | $58,404.00 | 62.80 | $930.00 | $930.00 | N/A |
| Thrasher, Karin M. | 2021, Fintech and Payments Group | $42,392.50 | 54.70 | $775.00 | $775.00 | N/A |
| Xu, Christine | 2022, Financial Restructuring | $61,767.50 | 79.70 | $775.00 | $775.00 | N/A |
| **Associate Total** | | **$1,595,502.50** | **1,626.20** | | | |
| **PARAPROFESSIONAL** | | | | | | |
| Laskowski, Mat | Financial Restructuring | $67,774.00 | 131.60 | $515.00 | $515.00 | N/A |
| Magzamen, Michael | Financial Restructuring | $33,372.00 | 64.80 | $515.00 | $515.00 | N/A |
| Mohamed, David | Financial Restructuring | $16,840.50 | 32.70 | $515.00 | $515.00 | N/A |
| **Paraprofessional Total** | | **$117,986.50** | **229.10** | | | |
| **Total:** | | **$5,523,908.75** | **4,161.40** | | | |
| **Blended Hourly Rate:** | | | | | | **$1,327** |

# EXHIBIT C
# BUDGET AND STAFFING PLAN FOR APPLICATION PERIOD

**EXHIBIT C-1**

**BUDGET**

**Period Covered:** December 2022

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| B110 Case Administration | 200 | $200,000.00 | 149.60 | $175,690.96 |
| B112 General Creditor Inquiries | 20 | $25,000.00 | 0 | $0.00 |
| B113 Case Analysis/ Pleadings Review | 300 | $375,000.00 | 252.00 | $340,683.50 |
| B115 Meetings and Communications with Debtors | 50 | $62,500.00 | 27.40 | $45,794.50 |
| B120 Asset Analysis and Recovery | 100 | $125,000.00 | 66.70 | 93,612.00 |
| B125 Intellectual Property | 10 | $12,500.00 | 0 | $0.00 |
| B130 Asset Disposition | 50 | $62,500.00 | 37.50 | $55,982.00 |
| B140 Relief from Stay/Adequate Protection Proceedings | 10 | $12,500.00 | 2.00 | $2,400.00 |
| B150 Meetings of and Communications with Creditors | 250 | $312,500.00 | 187.40 | $272,916.50 |
| B155 Court Hearings | 20 | $25,000.00 | 5.10 | $5,252.50 |
| B160 Retention/Employment Matters (Paul Hastings) | 50 | $62,500.00 | 25.60 | $27,671.50 |
| B165 Fee/Employment Applications for Other Professionals | 75 | $93,750.00 | 56.40 | $76,838.53 |
| B175 Bahamian PropCo Analysis | 75 | $93,750.00 | 59.20 | $85,304.50 |
| B185 Assumption/Rejection of Leases and Contracts | 10 | $12,500.00 | 1.20 | $1,951.50 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 20 | $25,000.00 | 0 | $0.00 |
| B191 General Litigation | 100 | $125,000.00 | 71.50 | $96,340.50 |
| B195 Non-Working Travel | 20 | $12,500.00 | 0 | $0.00 |
| B210 Business Operations | 100 | $125,000.00 | 46.20 | $71,791.50 |
| B215 Regulatory Matters | 50 | $62,500.00 | 18.90 | $26,279.01 |
| B240 Tax Issues | 10 | $12,500.00 | 2.30 | $3,427.00 |
| B261 Investigations | 50 | $62,500.00 | 0 | $0.00 |
| B310 Claims Administration and Objections | 10 | $12,500.00 | 0 | $0.00 |
| **Total** | **1,580** | **$1,962,500.00** | **1,009.00** | **$1,381,936.00** |

# EXHIBIT C-1
# BUDGET

**Period Covered:** January 2023

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| B110 Case Administration | 100 | $100,000.00 | 69.70 | $42,271.00 |
| B112 General Creditor Inquiries | 20 | $25,000.00 | 10.20 | $15,814.50 |
| B113 Pleadings Review | 300 | $375,000.00 | 173.40 | $235,595.50 |
| B115 Meetings and Communications with Debtors | 300 | $375,000.00 | 190.30 | $289,423.50 |
| B120 Asset Analysis and Recovery | 700 | $875,000.00 | 620.60 | $771,009.50 |
| B125 Intellectual Property | 20 | $25,000.00 | 2.50 | $3,417.00 |
| B130 Asset Disposition | 400 | $500,000.00 | 274.40 | $414,532.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 20 | $25,000.00 | 0 | $0.00 |
| B150 Meetings of and Communications with Creditors | 400 | $500,000.00 | 309.70 | $459,465.50 |
| B155 Court Hearings | 200 | $250,000.00 | 135.70 | $182,279.00 |
| B160 Retention/Employment Matters (Paul Hastings) | 300 | $375,000.00 | 231.10 | $298,135.50 |
| B165 Fee/Employment Applications for Other Professionals | 300 | $375,000.00 | 178.90 | $267,763.50 |
| B175 Bahamian PropCo Analysis | 75 | $93,750.00 | 43.10 | $59,621.50 |
| B185 Assumption/Rejection of Leases and Contracts | 10 | $12,500.00 | 0 | $0.00 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 200 | $250,000.00 | 192.50 | $216,108.50 |
| B191 General Litigation | 200 | $250,000.00 | 109.50 | $129,694.00 |
| B195 Non-Working Travel | 50 | $31,250.00 | 16.80 | $15,052.75 |
| B210 Business Operations | 100 | $125,000.00 | 45.70 | $65,647.50 |
| B215 Regulatory Matters | 300 | $375,000.00 | 257.00 | $309,696.00 |
| B240 Tax Issues | 10 | $12,500.00 | 0 | $0.00 |
| B261 Investigations | 300 | $375,000.00 | 284.10 | $352,903.50 |
| B310 Claims Administration and Objections | 50 | $31,250.00 | 7.20 | $13,542.00 |
| **Total** | **4,355** | **$5,356,250.00** | **3,152.40** | **$4,141,972.75** |

# EXHIBIT C-2
# STAFFING PLAN

**Period Covered:** December 2022

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 15 | $1,650 | 12 | $1,644 |
| Of Counsel | 5 | $1,400 | 3 | $1,370 |
| Associate | 15 | $1,100 | 10 | $1,039 |
| Paraprofessional | 3 | $515 | 3 | $515 |

**Period Covered:** January 2023

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 15 | $1,650 | 14 | $1,478 |
| Of Counsel | 8 | $1,400 | 6 | $1,378 |
| Associate | 25 | $1,100 | 23 | $989 |
| Paraprofessional | 3 | $515 | 3 | $515 |

3

**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT FOR APPLICATION PERIOD**

**EXHIBIT D-1**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 219.30 | $217,961.96 |
| B112 General Creditor Inquiries | 10.20 | $15,814.50 |
| B113 Pleadings Review | 425.40 | $576,279.00 |
| B115 Meetings and Communications with Debtors | 217.70 | $335,218.00 |
| B120 Asset Analysis and Recovery | 687.30 | $864,621.50 |
| B125 Intellectual Property | 2.50 | $3,417.00 |
| B130 Asset Disposition | 311.90 | $470,514.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 2.00 | $2,400.00 |
| B150 Meetings of and Communications with Creditors | 497.10 | $732,382.00 |
| B155 Court Hearings | 140.80 | $187,531.50 |
| B160 Retention/Employment Matters (Paul Hastings) | 256.70 | $325,807.00 |
| B165 Fee/Employment Applications for Other Professionals | 235.30 | $344,602.03 |
| B175 Bahamian PropCo Analysis | 102.30 | $144,926.00 |
| B185 Assumption/Rejection of Leases and Contracts | 1.20 | $1,951.50 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 192.50 | $216,108.50 |
| B191 General Litigation | 181.00 | $226,034.50 |
| B195 Non-Working Travel | 16.80 | $15,052.75 |
| B210 Business Operations | 91.90 | $137,439.00 |
| B215 Regulatory Matters | 275.90 | $335,975.01 |
| B240 Tax Issues | 2.30 | $3,427.00 |
| B261 Investigations | 284.10 | $352,903.50 |
| B310 Claims Administration and Objections | 7.20 | $13,542.00 |
| | **4,161.40** | **$5,523,908.75** |

**EXHIBIT D-2**

| Category | Amount |
|---|---:|
| Courier Service | $79.22 |
| Computer Search | $13,209.82 |
| Court Reporting Services | $704.40 |
| In-house Black and White Reproduction Charges (2,959 copies at $0.08 per page) | $236.72 |
| In-house Color Reproduction Charges (11,266 copies at $0.50 per page) | $5,633.00 |
| Lodging | $1,050.00 |
| Meals | $20.00 |
| Outside Professional Services | $14,818.60 |
| Taxi/Ground Transportation | $1,633.00 |
| Travel Expense | $36.25 |
| **TOTAL:** | **$37,421.01** |

# EXHIBIT E

## SUMMARY OF INTERIM FEE APPLICATION SUPPLEMENT

| | |
|---|---|
| Name of Applicant | Paul Hastings LLP |
| Name of Client | Official Committee of Unsecured Creditors |
| Time period covered by this Application | December 20, 2022 through January 31, 2023 |
| Total compensation sought during the Application Period | $5,523,908.75 |
| Total expenses sought during the Application Period | $37,421.01 |
| Petition Date | November 11, 2022 and November 14, 2022 |
| Retention Date | December 20, 2022 |
| Date of order approving employment | February 7, 2023 [Docket No. 635] |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date pursuant to interim order | $0.00 |
| Total allowed expenses paid to date pursuant to interim order | $0.00 |
| Blended rate in the Application Period for all attorneys | $1,375 |
| Blended rate in the Application Period for all timekeepers | $1,327 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included for the Application Period | 43 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budgeted Amount: $7,318,750.00<br>Actual Amount: $5,523,908.75 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 10 |
| Are any rates higher than those approved or disclosed at retention? | No |