IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing: June 28, 2023 at 1:00 pm (ET)<br>Obj. Deadline: April 6, 2023 at 4:00 pm (ET)[2] |

**SUPPLEMENT TO THE FIRST INTERIM FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 22, 2022 THROUGH JANUARY 31, 2023**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023, effective as of December 22, 2022 [Docket No. 730] |
| Period for which compensation and reimbursement are sought: | December 22, 2022, through January 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,010,425.80 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Rates are higher than those approved or disclosed at retention? | No |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

1

137186080.1

| | |
|---|---|
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 59 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period: | 24 |

This is an:       ___ monthly   _X_ interim    ___ final application.

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Chesley, Rachel | Sr Managing Dir | Communications | $ 1,075 | 7.9 | $ 8,492.50 |
| DeVito, Kathryn | Sr Managing Dir | Communications | 1,075 | 5.0 | 5,375.00 |
| Thalassinos, Angelo | Managing Dir | Communications | 875 | 38.3 | 33,512.50 |
| Mehan, Zachary | Managing Dir | Communications | 875 | 9.3 | 8,137.50 |
| Scialabba, Meredith | Senior Director | Communications | 750 | 21.3 | 15,975.00 |
| Izen, Alex | Director | Communications | 650 | 13.2 | 8,580.00 |
| Sayers, Caroline | Sr Consultant | Communications | 525 | 23.7 | 12,442.50 |
| Baldo, Diana | Sr Consultant | Communications | 525 | 42.5 | 22,312.50 |
| Gardner, Lindsay | Consultant | Communications | 400 | 4.3 | 1,720.00 |
| Narayan, Neha | Consultant | Communications | 400 | 21.9 | 8,760.00 |
| McNew, Steven | Sr Managing Dir | Cryptocurrency | 1,200 | 59.6 | 71,520.00 |
| de Brignac, Jessica | Managing Dir | Cryptocurrency | 910 | 93.4 | 84,994.00 |
| Mehta, Ajay | Director | Cryptocurrency | 809 | 64.2 | 51,937.80 |
| Leonaitis, Isabelle | Sr Consultant | Cryptocurrency | 595 | 102.0 | 60,690.00 |
| Spencer, Emma | Sr Consultant | Cryptocurrency | 595 | 14.7 | 8,746.50 |
| Kamran, Kainat | Consultant | Cryptocurrency | 440 | 4.5 | 1,980.00 |
| Renner, Todd | Sr Managing Dir | Cybersecurity | 1,045 | 6.6 | 6,897.00 |
| Burke, Erin | Director | Cybersecurity | 785 | 28.6 | 22,451.00 |
| Werlau, Paige | Sr Consultant | Cybersecurity | 695 | 5.4 | 3,753.00 |
| Goldfischer, Jacob | Consultant | Cybersecurity | 530 | 12.5 | 6,625.00 |
| Rivera JR, Marco | Consultant | Cybersecurity | 475 | 27.9 | 13,252.50 |
| Dack, Carter | Consultant | Cybersecurity | 475 | 18.1 | 8,597.50 |
| Busen, Michael | Sr Managing Dir | Data & Analytics | 1,325 | 10.3 | 13,647.50 |
| Sheehan, Drew | Sr Managing Dir | Data & Analytics | 1,325 | 0.8 | 1,060.00 |
| Vural, Ozgur | Managing Dir | Data & Analytics | 1,055 | 31.0 | 32,705.00 |
| Kelly, Anthony | Director | Data & Analytics | 835 | 13.4 | 11,189.00 |
| Jordan, Mason | Sr Consultant | Data & Analytics | 635 | 40.8 | 25,908.00 |
| Steinwurtzel, Grace | Sr Consultant | Data & Analytics | 635 | 3.5 | 2,222.50 |
| Kimche, Livia | Consultant | Data & Analytics | 475 | 18.4 | 8,740.00 |
| Greenblatt, Matthew | Sr Managing Dir | Forensic Accounting | 1,325 | 70.7 | 93,677.50 |
| Mulkeen, Tara | Sr Managing Dir | Forensic Accounting | 1,325 | 10.1 | 13,382.50 |
| Baer, Laura | Senior Director | Forensic Accounting | 975 | 1.4 | 1,365.00 |
| Dougherty, Andrew | Director | Forensic Accounting | 925 | 47.2 | 43,660.00 |
| Lensing, Jacob | Director | Forensic Accounting | 825 | 31.6 | 26,070.00 |
| Anastasiou, Anastis | Director | Forensic Accounting | 785 | 14.6 | 11,461.00 |
| Steven, Kira | Sr Consultant | Forensic Accounting | 750 | 37.6 | 28,200.00 |
| Williams, David | Sr Managing Dir | Investigative Services | 1,125 | 6.7 | 7,537.50 |
| Ravi, Rahul | Managing Dir | Investigative Services | 985 | 11.3 | 11,130.50 |
| Charles, Sarah | Senior Director | Investigative Services | 935 | 22.2 | 20,757.00 |
| Butterfield, Linda | Senior Director | Investigative Services | 925 | 6.7 | 6,197.50 |
| Harsha, Adam | Director | Investigative Services | 845 | 4.5 | 3,802.50 |
| Vellios, Christopher | Consultant | Investigative Services | 570 | 12.9 | 7,353.00 |

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Simms, Steven | Sr Managing Dir | Restructuring | 1,495 | 48.8 | 72,956.00 |
| Cordasco, Michael | Sr Managing Dir | Restructuring | 1,325 | 155.6 | 206,170.00 |
| Joffe, Steven | Sr Managing Dir | Restructuring | 1,325 | 3.9 | 5,167.50 |
| Ng, William | Sr Managing Dir | Restructuring | 1,125 | 29.1 | 32,737.50 |
| Eisler, Marshall | Managing Dir | Restructuring | 1,055 | 19.3 | 20,361.50 |
| Bromberg, Brian | Senior Director | Restructuring | 975 | 198.3 | 193,342.50 |
| Gray, Michael | Sr Consultant | Restructuring | 695 | 125.6 | 87,292.00 |
| Baltaytis, Jacob | Consultant | Restructuring | 530 | 129.9 | 68,847.00 |
| Dawson, Maxwell | Consultant | Restructuring | 530 | 137.6 | 72,928.00 |
| Hellmund-Mora, Marili | Manager | Restructuring | 325 | 9.2 | 2,990.00 |
| Balcom, James | Sr Managing Dir | Risk Management | 1,325 | 34.0 | 45,050.00 |
| Feldman, Paul | Senior Director | Risk Management | 955 | 95.4 | 91,107.00 |
| Pajazetovic, Mustafa | Director | Risk Management | 885 | 60.9 | 53,896.50 |
| Risler, Franck | Sr Managing Dir | Securities | 1,570 | 44.4 | 69,708.00 |
| Rousskikh, Valeri | Managing Dir | Securities | 1,055 | 67.4 | 71,107.00 |
| Diodato, Michael | Managing Dir | Securities | 1,055 | 58.0 | 61,190.00 |
| Kubali, Volkan | Senior Director | Securities | 1,025 | 18.3 | 18,757.50 |
| **GRAND TOTAL** | | | | **2,256.3** | **$ 2,010,425.80** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 6.3 | $ 5,001.00 |
| 2 | Cash & Liquidity Analysis | 355.0 | 262,513.50 |
| 5 | Real Estate Issues | 5.0 | 5,266.50 |
| 6 | Asset Sales | 21.8 | 23,137.50 |
| 9 | Analysis of Employee Comp Programs | 4.6 | 4,495.00 |
| 10 | Analysis of Tax Issues | 4.6 | 5,850.00 |
| 11 | Prepare for and Attend Court Hearings | 11.7 | 13,134.00 |
| 13 | Analysis of Other Miscellaneous Motions | 199.7 | 173,137.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 24.6 | 20,922.50 |
| 18 | Potential Avoidance Actions & Litigation | 775.5 | 768,070.50 |
| 19 | Case Management | 45.9 | 41,914.00 |
| 20 | General Meetings with Debtor & Debtors' Professionals | 20.4 | 25,904.00 |
| 21 | General Meetings with UCC and UCC Counsel | 72.4 | 96,562.50 |
| 22 | Meetings with Other Parties | 1.1 | 1,457.50 |
| 23 | Firm Retention | 31.6 | 30,081.50 |
| 26 | Cryptocurrency/Digital Assets Issues | 312.4 | 263,058.70 |
| 27 | Communications Planning & Execution | 188.2 | 127,214.50 |
| 28 | Cybersecurity Issues and Analysis | 135.2 | 96,428.10 |
| 29 | Exchange Restart | 40.3 | 46,277.00 |
|   | **GRAND TOTAL** | **2,256.3** | **$ 2,010,425.80** |

## SUMMARY OF EXPENSES

No expenses are being requested for reimbursement in this Fee Application. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured in FTI's billing system as of the date of filing this Fee Application.

**VERIFICATION PURSUANT TO DEL. BANKR. L.R. 2016-2(g) AND 28 U.S.C. § 1746**

I, Matthew Diaz, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with the consulting firm FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing statement of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: March 17, 2023

FTI CONSULTING, INC.

By: */s/ Matthew Diaz*
Matthew Diaz
1166 Ave of the Americas, 15th Floor
New York, NY 10036
Telephone: 212-499-3611
E-mail: matt.diaz@fticonsulting.com

Financial Advisors to the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*