# Exhibit A

## Summary of Fees by Individual for the Application Period

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 24.90 | $53,908.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,030.00 | 50.80 | $103,124.00 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00*** | 9.00 | $19,215.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 53.00 | $114,745.00 |
| Berrar, Carsten | Partner | 2001 | 1999 | $2,165.00 | 0.30 | $649.50 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 53.00 | $114,745.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,083.00** | 14.90 | $16,136.70 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 633.80 | $1,372,177.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 417.50 | $903,887.50 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,135.00 | 520.80 | $1,111,908.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00*** | 257.60 | $557,704.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1997 | $2,165.00 | 211.70 | $458,330.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 26.40 | $28,591.20 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 705.40 | $1,527,191.00 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 217.30 | $470,454.50 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 183.40 | $397,061.00 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $1,083.00** | 7.00 | $7,581.00 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 84.90 | $183,808.50 |
| Finn, Andrew J. | Partner | 2009 | 2008 | $2,165.00 | 0.30 | $649.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 487.70 | $1,055,870.50 |
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 18.80 | $40,702.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 3.80 | $4,115.40 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 887.10 | $1,920,571.50 |
| Hamilton, Brian E. | Partner | 1999 | 1998 | $2,165.00 | 47.30 | $102,404.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 233.30 | $505,094.50 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 112.20 | $242,913.00 |
| Hochberg, Jeffrey D. | Partner | 1996 | 1995 | $2,165.00 | 1.80 | $3,897.00 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 13.60 | $29,444.00 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $1,083.00** | 4.90 | $5,306.70 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 159.80 | $345,967.00 |
| Jones Jr., Waldo D. | Partner | 1991 | 1990 | $2,165.00 | 3.40 | $7,361.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 17.60 | $38,104.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $928.00** | 5.00 | $4,640.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00*** | 239.10 | $443,530.50 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 38.60 | $83,569.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,135.00 | 382.50 | $816,637.50 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00*** | 192.50 | $416,762.50 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 37.20 | $80,538.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,595.00 | 31.50 | $50,242.50 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00*** | 1.90 | $3,515.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 69.10 | $149,601.50 |
| McDonald, James M. | Partner | 2008 | 2007 | $1,083.00** | 4.00 | $4,332.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 296.30 | $641,489.50 |

4889-2915-7717 v.3

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $1,850.00 | 203.90 | $377,215.00 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00*** | 50.00 | $101,500.00 |
| Newton, Beth | Partner | 2013 | 2011 | $2,135.00 | 77.80 | $166,103.00 |
| Ng, Kay Ian | Partner | 1992 | 1992 | $2,165.00 | 1.00 | $2,165.00 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 1.50 | $3,247.50 |
| Ostrager, Ann-Elizabeth | Partner | 2011 | 2009 | $2,165.00 | 0.20 | $433.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $1,083.00** | 15.00 | $16,245.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 149.10 | $322,801.50 |
| Porpora, Matthew J. | Partner | 2006 | 2005 | $2,165.00 | 63.40 | $137,261.00 |
| Salley, Stephen M. | Partner | 2010 | 2009 | $2,165.00 | 19.30 | $41,784.50 |
| Schlein, Robert M. | Partner | 1993 | 1992 | $2,165.00 | 14.70 | $31,825.50 |
| Shields, Kamil R. | Partner | 2010 | 1991 | $2,135.00 | 14.20 | $30,317.00 |
| Shields, Kamil R. | Partner | 2010 | 1991 | $2,165.00*** | 34.40 | $74,476.00 |
| Simmons, Rebecca J. | Partner | 1992 | 2019 | $2,165.00 | 2.30 | $4,979.50 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,135.00 | 260.80 | $556,808.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00*** | 113.20 | $245,078.00 |
| Tomaino Jr., Michael T. | Partner | 1990 | 1989 | $2,165.00 | 0.60 | $1,299.00 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 6.80 | $14,722.00 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 495.50 | $1,072,757.50 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,165.00 | 90.20 | $195,283.00 |
| **Partner Total** | | | | | **8,374.90** | **$17,834,777.50** |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00*** | 85.70 | $134,977.50 |
| Berkeley, Nick R.C. | Special Counsel | 2003 | 2000 | $1,595.00 | 21.00 | $33,495.00 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,575.00 | 60.30 | $94,972.50 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 126.80 | $226,972.00 |
| Kranzley, Alexa J. | Special Counsel | 2009 | 2008 | $1,855.00 | 414.10 | $768,155.50 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 42.00 | $75,180.00 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 74.00 | $135,050.00 |
| Orr, Justin R. | Special Counsel | 2014 | 2014 | $1,575.00*** | 40.40 | $63,630.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 103.00 | $162,225.00 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,790.00 | 0.40 | $716.00 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 20.00 | $31,900.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 249.30 | $446,247.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 189.90 | $299,092.50 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 169.10 | $266,332.50 |
| **Special Counsel Total** | | | | | **1,596.00** | **$2,738,945.50** |
| Benton, Simone A. | Practice Area Associate | 2001 | 2008 | $1,390.00 | 35.30 | $49,067.00 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 11.60 | $15,834.00 |
| DeMarco, Raffaele A. | Practice Area Associate | 2003 | 2002 | $1,000.00 | 2.50 | $2,500.00 |
| **Practice Area Associate Total** | | | | | **49.4** | **$67,401** |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 63.30 | $51,273.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $480.00** | 4.10 | $1,968.00 |

4889-2915-7717 v.3

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barnes, Grier E. | Associate | 2022 | 2021 | $960.00 | 214.60 | $206,016.00 |
| Beller, Benjamin S. | Associate | 2014 | 2013 | $1,475.00 | 56.40 | $83,190.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,395.00 | 185.80 | $259,191.00 |
| Bortner, Dolan D. | Associate | in process | 2022 | $775.00 | 56.90 | $44,097.50 |
| Brod, Andrew B. | Associate | in process | 2022 | $775.00 | 176.40 | $136,710.00 |
| Chen, Linda Yao | Associate | 2021 | 2020 | $1,205.00 | 250.10 | $301,370.50 |
| Choi, Hester | Associate | 2023 | 2022 | $775.00 | 2.20 | $1,705.00 |
| Cohen, Connor S. | Associate | in process | 2022 | $775.00 | 41.70 | $32,317.50 |
| Costello, Dermot P. | Associate | 2020 | 2020 | $1,205.00 | 21.50 | $25,907.50 |
| Courroy, Arthur D. | Associate | in process | 2022 | $775.00 | 138.20 | $107,105.00 |
| Cyr, Marc-André O. | Associate | 2012 | 2015 | $1,475.00 | 24.60 | $36,285.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,365.00 | 488.20 | $666,393.00 |
| Downing, Emma C. | Associate | in process | 2022 | $775.00 | 486.70 | $377,192.50 |
| Eze, Ugonna | Associate | 2022 | 2021 | $960.00 | 209.80 | $201,408.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,310.00 | 96.90 | $126,939.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,365.00 | 508.60 | $694,239.00 |
| Foote, Isaac S. | Associate | in process | 2022 | $775.00 | 182.00 | $141,050.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,365.00 | 175.80 | $239,967.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,440.00 | 253.90 | $365,616.00 |
| Gallant, Jason W. | Associate | 2022 | 2021 | $960.00 | 102.10 | $98,016.00 |
| Gambino, Dominick T. | Associate | in process | 2022 | $775.00 | 118.40 | $91,760.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,395.00 | 50.00 | $69,750.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,365.00 | 289.00 | $394,485.00 |
| Hardin, Joshua J. | Associate | in process | 2022 | $775.00 | 67.20 | $52,080.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,440.00 | 130.70 | $188,208.00 |
| Hills, Natalie A. | Associate | in process | 2022 | $775.00 | 224.00 | $173,600.00 |
| Hisarli, M. Devin | Associate | in process | 2022 | $775.00 | 221.20 | $171,430.00 |
| Hodges, Christian T. | Associate | in process | 2022 | $775.00 | 247.50 | $191,812.50 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,205.00 | 261.50 | $315,107.50 |
| House, Margaret S. | Associate | 2022 | 2022 | $775.00 | 200.60 | $155,465.00 |
| Ingber, Zachary R. | Associate | 2020 | 2019 | $1,310.00 | 36.90 | $48,339.00 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 388.80 | $573,480.00 |
| Kateman, Hana K. | Associate | in process | 2022 | $775.00 | 8.90 | $6,897.50 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,440.00 | 2.10 | $3,024.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,365.00 | 291.70 | $398,170.50 |
| Kim, HyunKyu | Associate | 2022 | 2020 | $1,205.00 | 61.40 | $73,987.00 |
| Lavin, Phoebe A. | Associate | in process | 2022 | $775.00 | 256.60 | $198,865.00 |
| Lee, Jinny | Associate | in process | 2022 | $775.00 | 132.80 | $102,920.00 |
| Lee, Patrick D. | Associate | in process | 2022 | $775.00 | 158.60 | $122,915.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,205.00 | 38.90 | $46,874.50 |
| Levin, Lana V. | Associate | 2023 | 2022 | $775.00 | 33.00 | $25,575.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,395.00 | 38.30 | $53,428.50 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,205.00 | 37.00 | $44,585.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $960.00 | 325.00 | $312,000.00 |
| Loh, Esther L.S. | Associate | in process | 2022 | $775.00 | 97.40 | $75,485.00 |
| Long, Sarah Remmer | Associate | 2015 | 2014 | $1,475.00 | 1.90 | $2,802.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lu, Robert C. | Associate | 2023 | 2022 | $775.00 | 18.80 | $14,570.00 |
| Luu, Nam | Associate | 2022 | 2022 | $775.00 | 87.60 | $67,890.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,395.00 | 329.70 | $459,931.50 |
| Mark, Colin A. | Associate | in process | 2022 | $775.00 | 183.30 | $142,057.50 |
| Masoudi, Yasmin | Associate | in process | 2022 | $775.00 | 29.80 | $23,095.00 |
| Masters, Hannah L. | Associate | 2022 | 2021 | $960.00 | 94.10 | $90,336.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,440.00 | 371.40 | $534,816.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $775.00 | 392.30 | $304,032.50 |
| Mazumdar, Aneesa | Associate | in process | 2022 | $775.00 | 35.80 | $27,745.00 |
| Mehta, Suniti N. | Associate | 2014 | 2013 | $1,475.00 | 29.50 | $43,512.50 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,395.00 | 12.00 | $16,740.00 |
| Miller, Nicole A. | Associate | in process | 2022 | $775.00 | 31.60 | $24,490.00 |
| Millet, Tatum E. | Associate | in process | 2022 | $775.00 | 245.30 | $190,107.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,365.00 | 123.00 | $167,895.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,205.00 | 432.70 | $521,403.50 |
| Orr, Justin R. | Associate | 2014 | 2014 | $1,475.00 | 31.90 | $47,052.50 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,205.00 | 203.20 | $244,856.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $960.00 | 127.40 | $122,304.00 |
| Petiford, Julie G. | Associate | 2018 | 2017 | $698.00** | 19.10 | $13,331.80 |
| Petiford, Julie G. | Associate | 2018 | 2017 | $1,395.00 | 438.40 | $611,568.00 |
| Piazza, Walter | Associate | 2015 | 2018 | $1,310.00 | 82.40 | $107,944.00 |
| Plamondon, Marie-Ève | Associate | in process | 2022 | $1,310.00 | 49.30 | $64,583.00 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $960.00 | 4.70 | $4,512.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,365.00 | 330.90 | $451,678.50 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,205.00 | 498.60 | $600,813.00 |
| Ross, Luke W. | Associate | in process | 2022 | $775.00 | 272.00 | $210,800.00 |
| Ruan, Ting | Associate | in process | 2022 | $775.00 | 129.10 | $100,052.50 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,205.00 | 96.10 | $115,800.50 |
| Saravalle, Edoardo | Associate | in process | 2022 | $775.00 | 82.70 | $64,092.50 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,440.00 | 55.90 | $80,496.00 |
| Schapiro, Bella | Associate | 2021 | 2019 | $1,310.00 | 7.20 | $9,432.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $388.00** | 7.00 | $2,716.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $775.00 | 292.10 | $226,377.50 |
| Schulweis, Danielle B. | Associate | 2017 | 2016 | $1,440.00 | 2.40 | $3,456.00 |
| Schutt, Robert P. | Associate | in process | 2022 | $775.00 | 255.60 | $198,090.00 |
| Shehada, Emile R. | Associate | in process | 2022 | $775.00 | 224.20 | $173,755.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,440.00 | 165.70 | $238,608.00 |
| Stern, Corey J. | Associate | in process | 2022 | $775.00 | 241.20 | $186,930.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,205.00 | 362.30 | $436,571.50 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,365.00 | 19.00 | $25,935.00 |
| Tokatlioglu, Melike | Associate | 2022 | 2020 | $1,205.00 | 0.50 | $602.50 |
| Toobin, Adam J. | Associate | in process | 2022 | $775.00 | 422.70 | $327,592.50 |
| Uller, Frederik K. | Associate | 2015 | 2013 | $1,395.00 | 14.60 | $20,367.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $960.00 | 63.10 | $60,576.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 32.00 | $47,200.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,395.00 | 325.40 | $453,933.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Weldon, Christopher M. | Associate | 2018 | 2017 | $1,395.00 | 79.30 | $110,623.50 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,395.00 | 107.30 | $149,683.50 |
| Wish, Jordan M.H. | Associate | 2015 | 2014 | $1,475.00 | 1.70 | $2,507.50 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 413.50 | $609,912.50 |
| Wünsche, Frederic | Associate | 2018 | 2017 | $1,395.00 | 33.10 | $46,174.50 |
| Yildirim, Ozan | Associate | 2022 | 2022 | $775.00 | 23.60 | $18,290.00 |
| Zhang, Naiquan | Associate | in process | 2022 | $775.00 | 101.20 | $78,430.00 |
| Zhao, Lilian | Associate | in process | 2022 | $775.00 | 46.00 | $35,650.00 |
| Zhu, Angela | Associate | 2021 | 2020 | $1,205.00 | 19.70 | $23,738.50 |
| Zonenshayn, Benjamin | Associate | in process | 2022 | $775.00 | 189.40 | $146,785.00 |
| Abril-Martorell García, Joaquín | Visiting Lawyer | 2018 | 2018 | $775.00 | 55.20 | $42,780.00 |
| Baek, Seungdong | Visiting Lawyer | 2016 | 2016 | $775.00 | 44.50 | $34,487.50 |
| Zhao, Jiawei | Visiting Lawyer | 2016 | 2015 | $775.00 | 67.00 | $51,925.00 |
| Chia, Vanessa | Trainee Solicitor | in process | 2021 | $550.00 | 70.40 | $38,720.00 |
| Necula, Gabriela | Trainee Solicitor | in process | 2021 | $550.00 | 91.80 | $50,490.00 |
| **Associate Total** | | | | | **16,076.5** | **$17,411,848.80** |
| **Lawyers Total** | | | | | **26,096.80** | **$38,052,972.80** |
| Bauer, Philipp | Law Clerk | | | $550.00 | 18.50 | $10,175.00 |
| Dehner, Tillmann C. | Law Clerk | | | $550.00 | 4.00 | $2,200.00 |
| Huber, David | Law Clerk | | | $550.00 | 10.00 | $5,500.00 |
| Atamian, Stepan G. | Paralegal | | | $425.00 | 18.60 | $7,905.00 |
| Capen, Ella S. | Paralegal | | | $0.00* | 123.10 | $0.00 |
| Capen, Ella S. | Paralegal | | | $530.00 | 2.80 | $1,484.00 |
| Carr, Helen O. | Paralegal | | | $530.00 | 14.40 | $7,632.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 239.20 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 109.80 | $65,331.00 |
| Chiu, Jeffrey H. | Paralegal | | | $595.00 | 10.30 | $6,128.50 |
| Eigen, Jeffrey G. | Paralegal | | | $595.00 | 13.00 | $7,735.00 |
| Gulick, Lydia S. | Paralegal | | | $530.00 | 8.80 | $4,664.00 |
| Katz, Jason S. | Paralegal | | | $0.00* | 41.30 | $0.00 |
| Katz, Jason S. | Paralegal | | | $530.00 | 0.80 | $424.00 |
| Kim, Scott J. | Paralegal | | | $595.00 | 7.30 | $4,343.50 |
| Kohata, Michiko | Paralegal | | | $595.00 | 1.90 | $1,130.50 |
| Loigman, Ellie J. | Paralegal | | | $530.00 | 11.00 | $5,830.00 |
| Nguyen, Bach-Yen T. | Paralegal | | | $595.00 | 6.70 | $3,986.50 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 236.50 | $0.00 |
| Peay, Austin R. | Paralegal | | | $425.00 | 24.50 | $10,412.50 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 23.90 | $14,220.50 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 133.30 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $425.00 | 83.20 | $35,360.00 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 8.20 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $425.00 | 0.30 | $127.50 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 106.90 | $0.00 |
| Stalick, Eleanor G. | Paralegal | | | $530.00 | 2.20 | $1,166.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Vasylyk, Natalia | Paralegal | | | $0.00* | 87.40 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $425.00 | 2.10 | $892.50 |
| West, Molly E. | Paralegal | | | $425.00 | 30.70 | $13,047.50 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 33.50 | $0.00 |
| Zhukovsky, Hannah S. | Paralegal | | | $530.00 | 46.20 | $24,486.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 377.70 | $224,731.50 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 277.10 | $164,874.50 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 451.70 | $268,761.50 |
| Baskerville, Phillip L. | Legal Analyst - Litigation | | | $595.00 | 41.80 | $24,871.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 281.50 | $167,492.50 |
| Edwards, LaToya C. | Legal Analyst - Litigation | | | $595.00 | 360.50 | $214,497.50 |
| Flynn, Camille A. | Legal Analyst - Litigation | | | $595.00 | 379.40 | $225,743.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 165.60 | $0.00 |
| Godin, Ruth P. | Legal Analyst - Litigation | | | $595.00 | 75.10 | $44,684.50 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 281.60 | $167,552.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 374.00 | $222,530.00 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 199.40 | $118,643.00 |
| Isacoff, Nicole I. | Legal Analyst - Litigation | | | $595.00 | 211.80 | $126,021.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 86.20 | $51,289.00 |
| Jordan, Frank A. | Legal Analyst - Litigation | | | $595.00 | 470.30 | $279,828.50 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 143.70 | $85,501.50 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $595.00 | 129.90 | $77,290.50 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 473.60 | $281,792.00 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 105.40 | $62,713.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 188.60 | $112,217.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 326.80 | $194,446.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 148.60 | $0.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $595.00 | 0.10 | $59.50 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 233.10 | $138,694.50 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 16.10 | $8,855.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 28.80 | $15,840.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 164.20 | $90,310.00 |
| Kordic, Alma | Electronic Discovery | | | $550.00 | 9.80 | $5,390.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 131.50 | $72,325.00 |
| Sheikh, Faisal M. | Electronic Discovery | | | $550.00 | 34.20 | $18,810.00 |
| Walther, Wayne M. | Electronic Discovery | | | $490.00 | 5.30 | $2,597.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 25.80 | $14,190.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 41.10 | $22,605.00 |
| **Non Legal Personnel Total** | | | | | 7,700.70 | $3,739,337.00 |
| **GRAND TOTAL** | | | | | 33,797.50 | $41,792,309.80 |

\* Zero rate appears wherever no fee was charged for work.
\*\* 50% rate appears where time is charged for non-working travel.
\*\*\* Reflects rate increases due to matriculation or promotion during the interim fee period.

**Blended Hourly Rate:  $1,236.55**

4889-2915-7717 v.3