## Exhibit C

**Expense Summary for the Application Period**

4889-2915-7717 v.3

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Travel and expenses | | $19,904.48 |
| Repro - B&W Copies | | $5,789.30 |
| Repro - Color Copies | | $5,964.60 |
| Delivery/Courier | | $2,198.90 |
| Conference Room Dining | | $25,599.44 |
| Meals - Overtime | | $8,713.00 |
| Local Transportation | | $32,073.73 |
| Filing Fees | | $177,286.80 |
| Telephonic court appearance | | $350.00 |
| Vendor disbursements | | $2,849.00 |
| Outside Professional Services | Page Vault, TSG Reporting, Inc., Millnet Document Services and Lionbridge | $1,868.87 |
| Case Storage | | $985.00 |
| Transcripts | | $231.60 |
| | **TOTAL** | **$283,814.72** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4889-2915-7717 v.3