# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category | FTX Trading Ltd.[*] November 2022 through January 2023 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from January 2022 through January 2023 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $ 2,063 | 30% | $ 1,973 | 29% |
| Associate [(2)] | $ 1,084 | 47% | $ 1,010 | 64% |
| Non-Lawyer [(3)] | $ 486 | 23% | $ 521 | 7% |
| All Timekeepers Average | $ 1,237 | 100% | $ 1,260 | 100% |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).