# Exhibit E

## Estimated Staffing and Budget Plan

4889-2915-7717 v.3

**STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD NOVEMBER 11, 2022 THROUGH JANUARY 31, 2023**

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD [1] | RANGE OF RATES |
|---|---|---|
| Partners | 60 | $1,595-$2,165 |
| Associates | 150 | $550-$1,475 |
| Non-Legal Personnel | 70 | $425-$595 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 11, 2022 THROUGH JANUARY 31, 2023**

| WORKSTREAM[1] | ESTIMATED FEES[2] | PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS & RECOVERY; CYBER HACK RESPONSE; CRYPTO TRACING | $5,250,000 | ASSET ANALYSIS AND RECOVERY | 2,635.00 | $4,370,364.50 |
| M&A | $5,000,000 | ASSET DISPOSITION | 4,338.10 | $5,605,205.50 |
| CONTRACTS AND LEASES | $400,000 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 251.30 | $285,361.50 |
| AVOIDANCE ACTIONS | $1,500,000 | AVOIDANCE ACTION ANALYSIS | 388.80 | $620,300.50 |
| DISCOVERY REQUESTS AND DISPUTES; PREPETITION INVESTIGATIONS; REGULATORY; CONGRESSIONAL TESTIMONY | $21,000,000 | GENERAL REGULATORY | 969.40 | $1,423,486.50 |
| | | DISCOVERY | 8,728.80 | $7,054,910.00 |
| | | GENERAL INVESTIGATION | 4,003.70 | $5,828,378.50 |
| CLAIMS ADMINISTRATION AND INVESTIGATION | $600,000 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.30 | $232.50 |
| | | CLAIMS INVESTIGATION | 53.10 | $80,244.00 |
| BOARD/ CORPORATE GOVERNANCE | $800,000 | CORPORATE GOVERNANCE AND BOARD MATTERS | 1,335.40 | $1,920,415.00 |
| BUSINESS OPERATIONS/ EMPLOYEE MATTERS | $600,000 | BUSINESS OPERATIONS | 387.00 | $510,661.00 |
| | | EMPLOYEE BENEFITS AND PENSIONS | 213.10 | $273,555.50 |

---

[1]  Budget was created at the commencement of these Chapter 11 Cases based on anticipated workstreams when not all project codes were created. Additional project codes were later created as specific workstreams were identified.

[2]  Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| WORKSTREAM[1] | ESTIMATED FEES[2] | PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| RETENTIONS | $3,000,000 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 647.10 | $939,307.00 |
| | | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 366.70 | $481,581.00 |
| FINANCING AND CASH COLLATERAL | $0 | FINANCING AND CASH COLLATERAL | 25.10 | $44,702.50 |
| OTHER LITIGATION AND MOTIONS | $1,000,000 | OTHER LITIGATION | 626.20 | $917,907.50 |
| | | OTHER MOTIONS/APPLICATIONS | 405.40 | $593,125.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | $1,000,000 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 404.50 | $707,960.50 |
| PLAN AND DISCLOSURE STATEMENT | $0.00 | PLAN AND DISCLOSURE STATEMENT | 2.20 | $2,112.00 |
| STAY RELIEF | $1,000,000 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 51.60 | $84,211.50 |
| TAX | $1,500,000 | TAX | 306.60 | $584,706.00 |
| VALUATION | $0 | VALUATION | - | $0.00 |
| HEARINGS | $900,000 | HEARINGS | 116.30 | $228,088.00 |
| FIRST AND SECOND DAYS | $3,000,000 | FIRST AND SECOND DAY MOTIONS | 1,918.20 | $2,676,061.50 |
| SCHEDULES, SOFAS AND REPORTING | $400,000 | SCHEDULES, SOFAS AND REPORTING | 14.40 | $25,398.50 |
| CASE ADMINISTRATION | $1,500,000 | CASE ADMINISTRATION | 417.10 | $707,157.00 |
| | | TIME ENTRY REVIEW | 1,323.60 | $0.00 |
| | | BUDGETING | 12.60 | $24,907.00 |
| | | NON-WORKING TRAVEL | 111.20 | $104,963.80 |
| BAHAMAS | $3,000,000 | BAHAMAS MATTERS | 963.60 | $1,522,017.00 |

| WORKSTREAM[1] | ESTIMATED FEES[2] | PROJECT CATEGORY | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| JAPAN/AUSTRALIA/ ROW | $2,800,000 | FOREIGN DEBTOR MATTERS | 1,358.50 | $2,191,633.50 |
|  |  | COORDINATION WITH FOREIGN PROCEEDINGS | 259.40 | $481,557.00 |
| OTHER BANKRUPTCIES | $1,000,000 | COORDINATION IN OTHER BANKRUPTCIES | 1,163.20 | $1,501,798.00 |
| **TOTAL** | **$55,250,000** |  | **33,797.50** | **$41,792,309.80** |