# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,075.00 (2022) $1,150.00 (2023) | 457.80 | $503,812.50 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $830.00 (2022) $900.00 (2023) | 1.00 | $844.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $830.00 (2022) $900.00 (2023) | 4.80 | $3,984.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $750.00 (2022) $820.00 (2023) | 668.00 | $518,885.00 |
| **Partner Total** | | | | | **1,131.60** | **$1,027,525.50** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $550.00 (2022) $625.00 (2023) | 595.20 | $340,117.50 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $450.00 (2022) $525.00 (2023) | 173.00 | $81,517.50 |
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $410.00 (2022) $475.00 (2023) | 526.90 | $228,671.50 |
| **Associate Total** | | | | | **1,295.10** | **$650,306.50** |
| **Lawyers Total** | | | | | **2,426.70** | **$1,677,832.00** |
| Anthony C. Dellose | Paralegal | N/A | N/A | $295.00 (2022) $310.00 (2023) | 195.00 | $58,453.50 |

---

[1] Effective January 1, 2023, LRC implemented annual step increases in its hourly rates consistent with the LRC Retention Order and with LRC's ordinary course practice due to advancing seniority and promotion. This is the first step increase implemented by LRC since the inception of these Chapter 11 Cases.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Melissa Ramirez | Paralegal | N/A | N/A | $295.00 (2022) $310.00 (2023) | 256.40 | $77,136.50 |
| Allison Strauss | Legal Assistant | N/A | N/A | $180.00 (2022) $200.00 (2023) | 19.00 | $3,462.00 |
| Joshua Huynh | Legal Assistant | N/A | N/A | $180.00 (2022) $200.00 (2023) | 11.10 | $1,998.00 |
| **Non-Legal Personnel Total** | | | | | **481.50** | **$141,050.00** |
| **GRAND TOTAL** | | | | | **2,908.20** | **$1,818,882.00** |

**Blended Hourly Rate: $625.43**