# Exhibit C

**Expense Summary for the Application Period**

{1368.002-W0070222.}

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $1,455.30 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $12,926.05 |
| Online Research | Relx Inc. DBA LexisNexis | $3,224.22 |
| Delivery Services/Messengers | Parcels, Inc. | $719.95 |
| Out-of-town Travel | Campbell Transportation | $5,372.37 |
| Meals | Various | $3,786.25 |
| Inhouse Color Copies | N/A | $4,627.20 |
| Document Retrieval | PACER | $341.50 |
| Filing Fees | N/A | $1,001.00 |
| Hearing Transcripts | Reliable | $2,820.50 |
| Conference Call Service | LoopUp LLC | $32.48 |
| Telephonic Court Appearance | CourtSolutions | $210.00 |
| Overnight Delivery | FedEx | $188.28 |
| | **TOTAL** | **$36,705.10** |

---

[1] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

{1368.002-W0070222.}