## Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(November 11, 2022– December 31, 2022)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2022) | Billed November 11, 2022 through December 31, 2022 |
| Partner | $859.33 | $873.40 |
| Associate | $465.93 | $484.78 |
| Paralegal | $292.90 | $294.38 |
| Aggregated | $577.65 | $605.08 |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(January 1, 2023 – January 31, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2023) | Billed January 1, 2023 through January 31, 2023 |
| Partner | $925.16 | $925.16 |
| Associate | $551.95 | $551.95 |
| Paralegal | $309.56 | $309.56 |
| Aggregated | $663.22 | $663.22 |