## Exhibit E

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 11, 2022 THROUGH JANUARY 31, 2023**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Four (4) | $750.00-$1,075.00 (2022) $820.00-$1,150.00 (2023) |
| Associates | Four (4) | $410.00-$550.00 (2022) $475.00-$625.00 (2023) |
| Paralegals | Two (2) | $295.00 (2022) $310.00 (2023) |
| Legal Assistants | Two (2) | $180.00 (2022) $200.00 (2023) |

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD NOVEMBER 11, 2022 THROUGH JANUARY 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 50 | $31,250.00 | 31.00 | $28,413.00 |
| B112 - Asset Disposition | 300 | $187,500.00 | 212.20 | $135,034.00 |
| B114 - Assumption/Rejection of Leases and Contracts | 100 | $62,500.00 | 68.10 | $41,855.00 |
| B116 - Avoidance Action Analysis | 10 | $6,250.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 20 | $12,500.00 | 4.20 | $4,457.50 |
| B119 - Budgeting | 10 | $6,250.00 | 0.00 | $0.00 |
| B120 - Business Operations | 650 | $406,250.00 | 603.20 | $359,448.50 |
| B122 - Case Administration | 300 | $187,500.00 | 227.50 | $111,000.00 |
| B124 - Claims Administration & Objections | 50 | $31,250.00 | 25.20 | $18,973.50 |
| B126 - Employee Benefits/Pensions | 20 | $12,500.00 | 1.70 | $1,296.00 |
| B128 - Fee/Employment Objections | 0 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 10 | $6,250.00 | 0.10 | $75.00 |
| B134 - Hearings | 500 | $312,500.00 | 523.20 | $307,818.50 |
| B135 - Litigation | 400 | $250,000.00 | 338.90 | $247,234.00 |
| B136 - LRC Retention & Fee Matters | 75 | $46,875.00 | 69.80 | $30,604.00 |
| B138 - Committee Meetings/Communications | 50 | $31,250.00 | 35.40 | $26,505.00 |
| B140 - Creditor Inquiries | 50 | $31,250.00 | 43.30 | $32,588.50 |
| B141 - Lien Investigation | 10 | $6,250.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 0 | $0.00 | 0.00 | $0.00 |
| B144 - Non-LRC Retention & Fee Matters | 450 | $281,250.00 | 433.70 | $275,832.00 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 10 | $6,250.00 | 0.90 | $883.50 |
| B148 - Real Estate | 10 | $6,250.00 | 0.00 | $0.00 |
| B149 - Valuation | 10 | $6,250.00 | 0.00 | $0.00 |

---

[1] Estimated fees based on an average hourly rate of $625.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 100 | $62,500.00 | 109.30 | $58,351.50 |
| B151 - Schedules/Operating Reports | 150 | $93,750.00 | 113.70 | $83,397.50 |
| B152 - Tax Issues | 10 | $6,250.00 | 1.80 | $1,327.50 |
| B160 - Examiner | 100 | $62,500.00 | 65.00 | $53,787.50 |
| **TOTAL** | **3,445.00** | **$2,153,125.00** | **2,908.20** | **$1,818,882.00** |