# Exhibit A

## Summary of Billing by Individual for the Application Period

13866802v1

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD (NOVEMBER 16, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 143 |
| Kevin Cofsky | Partner | 166 |
| Michael Grace | Partner | 72.5 |
| Max Mesny | Partner | 65 |
| Timm Schipporeit | Partner | 65 |
| **Partner Total** | | **511.5** |
| Laura Klaassen | Managing Director | 60.5 |
| **Managing Director Total** | | **60.5** |
| Matt Rahmani | Executive Director | 172.5 |
| Emmanuel Aidoo | Executive Director | 45.5 |
| Nathaniel Nussbaum | Executive Director | 285 |
| **Executive Director Total** | | **503** |
| Geoff Posess | Director | 265 |
| Wasif Syed | Director | 219.5 |
| **Director Total** | | **484.5** |
| Kendyl Flinn | Associate | 221 |
| Tejas Choudhary | Associate | 159.5 |
| **Associate Total** | | **380.5** |
| Sam Saferstein | Analyst | 220 |
| Nikhil Velivela | Analyst | 172.5 |
| Jenny Zhu | Analyst | 208.5 |
| Rohan Sindhwani | Analyst | 230 |
| Rohan Mekala | Analyst | 253 |
| Alina Negulescu | Analyst | 161 |
| **Analyst Total** | | **1,245** |
| **GRAND TOTAL** | | **3,185** |