**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 687.5 | $721,875.00 |
| Atwood, Taylor | Managing Director | $1,025 | 614.8 | $630,170.00 |
| Chambers, Henry | Managing Director | $995 | 430.6 | $428,447.00 |
| Coles, David | Managing Director | $1,300 | 426.2 | $554,060.00 |
| Cumberland, Brian | Managing Director | $1,320 | 19.3 | $25,476.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 61.4 | $67,540.00 |
| Gordon, Robert | Managing Director | $1,025 | 658.3 | $674,757.50 |
| Grillo, Rocco | Managing Director | $1,100 | 22.0 | $24,200.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 6.0 | $6,000.00 |
| Howe, Christopher | Managing Director | $1,200 | 316.9 | $380,280.00 |
| Iwanski, Larry | Managing Director | $1,075 | 252.7 | $271,652.50 |
| Jacobs, Kevin | Managing Director | $1,100 | 164.6 | $181,060.00 |
| Kotarba, Chris | Managing Director | $1,100 | 118.4 | $130,240.00 |
| Kotarba, Steve | Managing Director | $1,100 | 547.9 | $602,690.00 |
| Lawson, Alex | Managing Director | $875 | 110.6 | $96,775.00 |
| Lubsczyk, Joachim | Managing Director | $1,100 | 107.2 | $117,920.00 |
| Marshall, Jonathan | Managing Director | $1,075 | 52.4 | $56,330.00 |
| Mosley, Ed | Managing Director | $1,250 | 706.4 | $883,000.00 |
| Ryan, Laureen | Managing Director | $1,075 | 191.8 | $206,185.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 116.4 | $160,050.00 |
| Turner, Cari | Managing Director | $1,100 | 25.8 | $28,380.00 |
| **Managing Director Total** | | | **5,637.2** | **$6,247,088.00** |
| Seaway, Bill | Senior Advisor | $1,100 | 187.0 | $205,700.00 |
| **Senior Advisor Total** | | | **187.0** | **$205,700.00** |
| Broskay, Cole | Senior Director | $900 | 463.6 | $417,240.00 |
| Callerio, Lorenzo | Senior Director | $875 | 280.6 | $245,525.00 |
| Canale, Alex | Senior Director | $900 | 226.3 | $203,670.00 |
| Casburn, Rob | Senior Director | $1,045 | 107.9 | $112,755.50 |
| Cooper, James | Senior Director | $875 | 713.0 | $623,875.00 |
| Coverick, Steve | Senior Director | $950 | 887.8 | $843,410.00 |
| Dudek, Kert | Senior Director | $900 | 43.3 | $38,970.00 |
| Dusendschon, Kora | Senior Director | $900 | 111.0 | $99,900.00 |
| Esposito, Rob | Senior Director | $875 | 597.0 | $522,375.00 |
| Evans, Charles | Senior Director | $835 | 82.0 | $68,470.00 |
| Johnson, Robert | Senior Director | $900 | 413.6 | $372,240.00 |
| Konig, Louis | Senior Director | $900 | 760.0 | $684,000.00 |
| Kwan, Peter | Senior Director | $900 | 772.9 | $695,610.00 |
| Pandey, Vishal | Senior Director | $925 | 3.0 | $2,775.00 |
| Piechota, Robert | Senior Director | $950 | 33.9 | $32,205.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ramanathan, Kumanan | Senior Director | $950 | 854.9 | $812,155.00 |
| Sequeira, Joseph | Senior Director | $900 | 592.4 | $533,160.00 |
| Shanahan (GFD), Michael | Senior Director | $900 | 345.5 | $310,950.00 |
| Tarikere, Sriram | Senior Director | $925 | 27.0 | $24,975.00 |
| Theron, Sean | Senior Director | $750 | 2.0 | $1,500.00 |
| Ulyanenko, Andrey | Senior Director | $950 | 440.2 | $418,190.00 |
| Vitale, Anthony | Senior Director | $800 | 8.0 | $6,400.00 |
| Wilson, Sean | Senior Director | $1,045 | 48.9 | $51,100.50 |
| **Senior Director Total** | | | **7,814.8** | **$7,121,451.00** |
| Baker, Kevin | Director | $750 | 314.9 | $236,175.00 |
| Balmelli, Gioele | Director | $800 | 256.4 | $205,120.00 |
| Bammert, Brett | Director | $750 | 21.1 | $15,825.00 |
| Chamma, Leandro | Director | $750 | 84.6 | $63,450.00 |
| Dennison, Kim | Director | $650 | 155.3 | $100,945.00 |
| Glustein, Steven | Director | $800 | 677.3 | $541,840.00 |
| Gruneir, Ryan | Director | $600 | 44.1 | $26,460.00 |
| Kearney, Kevin | Director | $800 | 683.7 | $546,960.00 |
| Lambert, Leslie | Director | $750 | 618.4 | $463,800.00 |
| Lee, Julian | Director | $750 | 203.7 | $152,775.00 |
| Lewandowski, Douglas | Director | $800 | 413.2 | $330,560.00 |
| Manning, Jennifer | Director | $750 | 4.0 | $3,000.00 |
| McGrath, Patrick | Director | $750 | 142.7 | $107,025.00 |
| Medway, David | Director | $750 | 318.9 | $239,175.00 |
| Peoples, Scott | Director | $750 | 55.4 | $41,550.00 |
| Radis, Cameron | Director | $750 | 212.1 | $159,075.00 |
| Rodriguez, Mariah | Director | $750 | 161.5 | $121,125.00 |
| Sullivan, Christopher | Director | $825 | 71.2 | $58,740.00 |
| Walia, Gaurav | Director | $825 | 417.6 | $344,520.00 |
| Wilcke, Robert | Director | $800 | 363.6 | $290,880.00 |
| **Director Total** | | | **5,219.7** | **$4,049,000.00** |
| Abrahao, Ana | Manager | $320 | 10.0 | $3,200.00 |
| Ardizzoni, Heather | Manager | $700 | 348.1 | $243,670.00 |
| Avila, Ricardo Armando | Manager | $650 | 132.9 | $86,385.00 |
| Brilliant, David | Manager | $550 | 9.0 | $4,950.00 |
| Brown, Katie | Manager | $650 | 30.0 | $19,500.00 |
| Dawes, David | Manager | $650 | 196.5 | $127,725.00 |
| Grussing, Bernice | Operations Manager | $325 | 11.8 | $3,835.00 |
| Hernandez, Dylan | Manager | $660 | 68.2 | $45,012.00 |
| Hoffer, Emily | Manager | $650 | 270.2 | $175,630.00 |
| Kaiser, Jan | Senior Manager | $750 | 18.8 | $14,100.00 |
| Kumar, Raman | Manager | $500 | 34.9 | $17,450.00 |
| Lam, James | Manager | $600 | 213.8 | $128,280.00 |
| Mimms, Samuel | Manager | $650 | 127.0 | $82,550.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Riabchuk, Pavlo | Senior Manager | $750 | 19.7 | $14,775.00 |
| Sivapalu, Anan | Manager | $625 | 558.7 | $349,187.50 |
| Sloan, Austin | Manager | $650 | 278.1 | $180,765.00 |
| Su, Warren | Manager | $700 | 149.2 | $104,440.00 |
| Willden, Alex | Manager | $625 | 46.8 | $29,250.00 |
| **Manager Total** | | | **2,523.7** | **$1,630,704.50** |
| Blanchard, Madison | Senior Associate | $575 | 53.6 | $30,820.00 |
| Cox, Allison | Senior Associate | $575 | 243.7 | $140,127.50 |
| Deters, Timothy | Senior Associate | $725 | 64.1 | $46,472.50 |
| DiNatale, Trevor | Senior Associate | $700 | 667.7 | $467,390.00 |
| Guan, Ning | Senior Associate | $575 | 18.1 | $10,407.50 |
| Helal, Aly | Senior Associate | $575 | 158.8 | $91,310.00 |
| Hellinghausen, Matthew | Senior Associate | $575 | 26.4 | $15,180.00 |
| Jackson, Max | Senior Associate | $500 | 86.3 | $43,150.00 |
| Montague, Katie | Senior Associate | $700 | 602.8 | $421,960.00 |
| Rajasekhar, Vinny | Senior Associate | $530 | 49.5 | $26,235.00 |
| Work, David | Senior Associate | $650 | 13.0 | $8,450.00 |
| Zeiss, Mark | Senior Associate | $700 | 427.6 | $299,320.00 |
| **Senior Associate Total** | | | **2,411.6** | **$1,600,822.50** |
| Chan, Jon | Associate | $525 | 398.1 | $209,002.50 |
| Connolly, David | Associate | $400 | 78.5 | $31,400.00 |
| Dameris, Elizabeth | Associate | $600 | 32.9 | $19,740.00 |
| Dobbs, Aaron | Associate | $525 | 165.2 | $86,730.00 |
| Ebrey, Mason | Associate | $525 | 137.0 | $71,925.00 |
| Francis, Luke | Associate | $600 | 744.5 | $446,700.00 |
| Gonzalez, Johnny | Associate | $600 | 959.1 | $575,460.00 |
| Haigis, Maya | Associate | $525 | 41.4 | $21,735.00 |
| Heric, Andrew | Associate | $525 | 121.8 | $63,945.00 |
| Joseph, Oswald | Associate | $575 | 16.0 | $9,200.00 |
| Lei, Katie | Associate | $550 | 81.9 | $45,045.00 |
| Myers, Haleigh | Associate | $525 | 71.6 | $37,590.00 |
| Parker, Brandon | Associate | $550 | 549.2 | $302,060.00 |
| Patel, Ishika | Associate | $525 | 21.2 | $11,130.00 |
| Price, Breanna | Associate | $525 | 134.2 | $70,455.00 |
| Sigman, Claudia | Associate | $550 | 643.1 | $353,705.00 |
| Sunkara, Manasa | Associate | $525 | 353.0 | $185,325.00 |
| Taraba, Erik | Associate | $600 | 367.6 | $220,560.00 |
| Trent, Hudson | Associate | $625 | 919.1 | $574,437.50 |
| Witherspoon, Samuel | Associate | $575 | 523.9 | $301,242.50 |
| **Associate Total** | | | **6,359.3** | **$3,637,387.50** |
| Bruck, Ran | Consultant | $600 | 134.9 | $80,940.00 |
| Jones, Mackenzie | Consultant | $600 | 612.7 | $367,620.00 |
| **Consultant Total** | | | **747.6** | **$448,560.00** |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Burns, Zach | Analyst | $500 | 572.5 | $286,250.00 |
| Clayton, Lance | Analyst | $475 | 203.0 | $96,425.00 |
| George, Samuel | Analyst | $450 | 31.4 | $14,130.00 |
| Guerrier, Ritchine | Analyst | $400 | 400.7 | $160,280.00 |
| Hubbard, Taylor[1] | Analyst | $425 | 323.2 | $134,782.50 |
| Liv-Feyman, Alec | Analyst | $450 | 746.3 | $335,835.00 |
| Lowdermilk, Quinn | Analyst | $450 | 224.2 | $100,890.00 |
| Myers, Claire | Analyst | $425 | 581.9 | $247,307.50 |
| Nizhner, David | Analyst | $500 | 512.5 | $256,250.00 |
| Radwanski, Igor | Analyst | $450 | 208.2 | $93,690.00 |
| Ryan II, Matthew | Analyst | $450 | 45.3 | $20,385.00 |
| Simoneaux, Nicole | Analyst | $475 | 692.2 | $328,795.00 |
| Slay, David | Analyst | $525 | 795.1 | $417,427.50 |
| Stockmeyer, Cullen | Analyst | $450 | 72.4 | $32,580.00 |
| Tenney, Bridger | Analyst | $450 | 737.5 | $331,875.00 |
| Warren, Matthew | Analyst | $450 | 149.3 | $67,185.00 |
| **Analyst Total** | | | **6,295.7** | **$2,924,087.50** |
| **GRAND TOTAL** | | | **37,196.6** | **$27,864,801.00** |

**Blended Hourly Rate:  $749.12**

---

[1] The correct hourly rate for this timekeeper is $425.  In the November and December 2022 fee submissions, the rate for Ms. Hubbard was incorrectly listed and calculated at a rate of $400 per hour.  No retroactive application of the rate differential is sought, however, on this Interim Application.