**EXHIBIT B**
**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[2]**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ACCOUNTING | 2,889.0 | $2,173,327.50 |
| ASSET SALES | 246.9 | $201,257.00 |
| AVOIDANCE ACTIONS | 4,024.8 | $2,863,732.00 |
| BUSINESS OPERATIONS | 7,865.2 | $5,954,989.00 |
| CASE ADMINISTRATION | 745.7 | $548,694.00 |
| CASH MANAGEMENT | 2,909.9 | $2,273,385.50 |
| CLAIMS | 1,254.1 | $973,513.50 |
| COMMUNICATIONS | 88.2 | $74,861.50 |
| CONTRACTS | 2,330.8 | $1,387,333.00 |
| COURT AND UST REPORTING | 224.4 | $194,916.00 |
| COURT HEARINGS | 27.5 | $29,855.00 |
| CREDITOR COOPERATION | 647.2 | $561,602.00 |
| DISCLOSURE STATEMENT AND PLAN | 16.3 | $11,985.00 |
| DUE DILIGENCE | 473.4 | $378,580.00 |
| EMPLOYEE MATTERS | 1,391.1 | $963,337.50 |
| FEE APPLICATION | 136.9 | $79,110.00 |
| FINANCIAL ANALYSIS | 2,928.8 | $2,299,191.00 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 1,752.5 | $1,302,741.00 |
| INTERCOMPANY | 226.5 | $142,200.00 |
| MOTIONS AND RELATED SUPPORT | 2,083.0 | $1,622,393.00 |
| NON-WORKING TRAVEL (BILLED AT 50%) | 573.5 | $452,139.00 |
| SCHEDULES AND STATEMENTS | 1,364.4 | $928,005.00 |
| TAX INITIATIVES | 1,973.0 | $1,769,258.00 |
| VENDOR MANAGEMENT | 1,023.5 | $678,395.50 |
| **TOTAL** | **37,196.6** | **$27,864,801.00** |

---

[2] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

4863-8557-1410 v.3