**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 11, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Disbursement Summary | |
|---|---|
| **Expense Category** | **Amount** |
| Lodging | $309,204.53 |
| Airfare | $124,966.68 |
| Transportation | $72,034.70 |
| License Fees | $66,724.58 |
| Meals | $39,978.31 |
| Miscellaneous | $18,095.98 |
| **TOTAL** | **$631,004.78** |

4863-8557-1410 v.3