**Exhibit A**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate[1] | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,220/$1,280 | 106.9 | $ 134,126.00 |
| Matthew Evans | Partner & Managing Director | $1,160/$1,220 | 102.6 | 121,836.00 |
| Charles Cipione | Partner & Managing Director | $1,160/$1,220 | 210.3 | 251,004.00 |
| David J White | Partner & Managing Director | $1,085/$1,140 | 232.1 | 257,592.50 |
| John C LaBella | Partner | $945/$1,115 | 283.6 | 294,454.00 |
| Lilly M Goldman | Director/Partner | $880/$1,115 | 226.5 | 239,129.00 |
| David Waterfield | Director/Partner | $945/$1,115 | 38.0 | 40,636.00 |
| Elizabeth S Kardos | Director/Partner | $750/$800 | 28.6 | 22,095.00 |
| Mark Cervi | Director | $1,020 | 142.0 | 144,840.00 |
| Steven Hanzi | Director | $950 | 6.9 | 6,555.00 |
| Adam Searles | Director | $880/$950 | 212.7 | 196,269.00 |
| Justin Sutherland | Director | $880/$950 | 233.7 | 216,422.00 |
| Brent Robison | Director | $880/$950 | 35.0 | 31,136.00 |
| Todd Toaso | Director | $880 | 5.4 | 4,752.00 |
| Travis Phelan | Director | $880/$950 | 214.9 | 200,452.00 |
| Dana Schwartz | Director | $840/$880 | 256.8 | 220,524.00 |
| Hoyle J Fulbright | Senior Vice President | $795/$860 | 21.5 | 17,716.50 |

*Table Continued on Next Page*

---

[1] AlixPartners' standard hourly rates are reviewed semi-annually and certain professionals' rates were adjusted as of January 1, 2023. Adjustments included reasonable, routine, across-the-board rate increases to reflect promotions and general market increases comparable to market rates of comparable firms performing similar services. The range of fees approved by the Retention Order was not impacted by these changes.

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| John L Somerville | Senior Vice President | $825 | 40.9 | 33,742.50 |
| Bennett F Mackay | Senior Vice President | $700/$805 | 164.8 | 128,306.50 |
| Matthew Birtwell | Senior Vice President | $795/$805 | 12.7 | 10,223.50 |
| Ezra Roth | Senior Vice President | $700/$735 | 18.7 | 13,436.50 |
| Kristina Galbraith | Senior Vice President | $700/$735 | 5.4 | 3,885.00 |
| Vaibhav Asher | Senior Vice President | $700/$805 | 135.1 | 104,156.50 |
| Joseph Demyanovich | Senior Vice President | $670 | 6.3 | 4,221.00 |
| Kaitlyn A Sundt | Senior Vice President | $550/$585 | 62.6 | 35,028.50 |
| Heather E Saydah | Senior Vice President | $550 | 1.2 | 660.00 |
| Varun Kotharu | Vice President | $555/$605 | 175.1 | 103,085.50 |
| Di Liang | Vice President | $605 | 43.2 | 26,136.00 |
| Aidan Walker | Vice President | $510/$585 | 151.9 | 88,726.50 |
| Elizabeth Teifer | Vice President | $510/$585 | 143.8 | 79,803.00 |
| Rose-Marie Fuchs | Vice President | $585 | 2.3 | 1,345.50 |
| Brooke Filler | Vice President | $485/$510 | 62.7 | 30,454.50 |
| Olivia Braat | Vice President | $510 | 46.3 | 23,613.00 |
| Lisa Marie Bonito | Vice President | $475/$500 | 28.4 | 14,097.50 |
| Chenxi Xu | Consultant | $455/$510 | 119.2 | 58,289.50 |
| Yuqing Tong | Consultant | $455 | 34.3 | 15,606.50 |
| Griffin Shapiro | Consultant | $510 | 64.8 | 33,048.00 |
| Sean Thompson | Consultant | $510 | 41.7 | 21,267.00 |
| Eric Mostoff | Consultant | $510 | 76.0 | 38,760.00 |
| **Total Hours and Fees for Professionals** | | | **3,794.9** | **$ 3,267,431.50** |
| Less: 50% Travel Fees | | | | (49,449.00) |
| **Total Fees for Professionals** | | | | **$ 3,217,982.50** |

**Average Billing Rate**        $        847.98