# Exhibit B

## Summary of Hours and Fees by Matter Category

| Code | Matter Category | Hours | Fees |
|---|---|---:|---:|
| 1.1 | Chapter 11 Process / Case Management | 430.1 | $ 407,669.00 |
| 1.2 | Communication & Meetings with Interested Parties | 214.9 | 227,985.00 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 1,493.9 | 1,313,327.00 |
| 1.6 | Document Review | 451.4 | 370,752.50 |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 62.4 | 58,248.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | E-Discovery | 313.4 | 232,155.50 |
| 1.11 | Reporting & Presentation of Findings | 394.5 | 313,758.50 |
| 1.12 | Preparation for / Attend Court Hearings | 6.9 | 6,979.00 |
| 1.13 | Retention Applications & Relationship Disclosures | 152.0 | 91,656.50 |
| 1.14 | Fee Applications | 55.1 | 32,537.00 |
| 1.15 | Financial Statement Reconstruction | 127.1 | 113,465.50 |
| 1.31 | Travel Time | 93.2 | 49,449.00 |
| | **Total Hours and Fees By Matter Category** | **3,794.9** | **$ 3,217,982.50** |

**Average Billing Rate   $           847.98**