**Exhibit C**

**Summary of Expenses**

| Expense Category | | Amount |
|---|---|---|
| Airfare | $ | 12,306.25 |
| Ground Transportation | | 3,808.46 |
| Internet | | 100.95 |
| Lodging | | 11,255.45 |
| Meals | | 1,468.88 |
| Parking, Tolls, Mileage & Gas | | 1,305.21 |
| Subscriptions | | 117.12 |
| **Total Expenses** | $ | **30,362.32** |