# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(NOVEMBER 13, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 297.80 | $570,882.60 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 88.00 | $168,696.00 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 77.30 | $148,184.10 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 356.90 | $568,541.70 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 105.90 | $168,698.70 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 61.90 | $89,136.00 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 83.30 | $119,952.00 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 47.50 | $68,400.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 90.60 | $119,456.10 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 77.90 | $97,102.35 |
| **Partner Total** | | | | | **1,287.10** | **$2,119,049.55** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 109.40 | $132,921.00 |
| **Counsel Total** | | | | | **109.40** | **$132,921.00** |
| Razmig Izakelian | Associate | 2013 | 2013 | $1,183.50 | 3.10 | $3,668.85 |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 12.30 | $14,557.05 |
| Emily Kapur | Associate | 2015 | 2015 | $1,174.50 | 2.60 | $3,053.70 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 85.60 | $97,840.80 |
| Meredith Mandell | Associate | 2017 | 2016 | $1,143.00 | 4.00 | $4,572.00 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 360.00 | $354,780.00 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 109.20 | $98,771.40 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 97.20 | $87,917.40 |
| John Super | Associate | 2021 | 2020 | $904.50 | 9.50 | $8,592.75 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 5.20 | $4,375.80 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 56.10 | $47,208.15 |
| Liam Murphy | Law Clerk | - | 2022 | $508.50 | 5.30 | $2,695.05 |
| Seth Rosenberg | Law Clerk | - | 2022 | $508.50 | 7.00 | $3,559.50 |
| **Associate Total** | | | | | **757.10** | **$731,592.45** |
| **Lawyers Total** | | | | | **2,153.60** | **$2,983,563.00** |
| Barbara J Howell | Paralegal | - | - | $432.00 | 5.00 | $2,160.00 |
| Connie Kim | Paralegal | - | - | $432.00 | 19.20 | $8,294.40 |
| **Non Legal Personnel Total** | | | | | **24.20** | **$10,454.40** |
| 50% Non-Working Travel | | | | | | -$17,308.35 |
| **GRAND TOTAL** | | | | | **2,177.80** | **$2,976,709.05** |

**Blended Hourly Rate: $1,366.84**