**Exhibit B**

**Summary of Compensation by Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]**
**(NOVEMBER 13, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 904.40 | $1,181,034.90 |
| AVOIDANCE ACTION ANALYSIS | 526.50 | $705,009.15 |
| BANKRUPTCY LITIGATION | 60.50 | $93,203.10 |
| BOARD / CORPORATE GOVERNANCE | 104.20 | $178,807.05 |
| CASE ADMINISTRATION | 213.50 | $292,779.90 |
| EMPLOYMENT AND FEE APPLICATIONS | 221.70 | $295,391.70 |
| INVESTIGATION | 127.10 | $213,174.90 |
| 50% NON-WORKING TRAVEL | 19.90 | $17,308.35 |
| **TOTAL** | **2,177.80** | **$2,976,709.05** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.