## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(NOVEMBER 13, 2022 THROUGH AND INCLUDING JANUARY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $82.90 |
| Photocopying | | $22.50 |
| Document Reproduction ($.10/page) | | $525.40 |
| Color Document Reproduction ($.40/page) | | $717.20 |
| Velobind | | $28.00 |
| Document Services | | $360.35 |
| Travel | | $1,572.10 |
| Local Business Travel | | $16.95 |
| Hotel | | $425.70 |
| Parking | | $120.00 |
| Out-of-Town Travel | | $112.50 |
| Air Travel | | $2,260.00 |
| | **TOTAL** | **$6,243.60** |

---

[1]    Quinn Emanuel may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.