## Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(November 13, 2022 – December 31, 2022)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide November 1, 2022 Through December 31, 2022 | Billed November 13, 2022 through December 31, 2022 |
| Partner | $1,377.49 | $1,657.48 |
| Counsel | $1,127.63 | $1,215.00 |
| Associate | $970.61 | $951.57 |
| Paralegal | $415.74 | $432.00 |
| Aggregated | $1,077.75 | $1,381.68 |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(January 1, 2023 – January 31, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide January 1, 2023 Through January 31, 2023 | Billed January 1, 2023 through January 31, 2023 |
| Partner | $1,427.80 | $1,632.86 |
| Counsel | $1,229.53 | $1,215.00 |
| Associate | $998.87 | $981.03 |
| Paralegal | $435.56 | $432.00 |
| Aggregated | $1,130.31 | $1,351.36 |