**<u>Exhibit E</u>**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
**SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD NOVEMBER 13, 2022 THROUGH JANUARY 31, 2023**

| PROJECT CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 10 | $1,192.50–$1,917.00 |
| Associates | 15 | $747.00–$1,183.50 |
| Paralegals & Law Clerks | 5 | $432.00–$603.00 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
**SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,**
**FOR THE PERIOD NOVEMBER 13, 2022 THROUGH JANUARY 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 950.00 | $1,300,000.00 | 904.40 | $1,181,034.90 |
| AVOIDANCE ACTION ANALYSIS | 550.00 | $720,000.00 | 526.50 | $705,009.15 |
| BANKRUPTCY LITIGATION | 130.00 | $180,000.00 | 60.50 | $93,203.10 |
| BOARD / CORPORATE GOVERNANCE | 250.00 | $360,000.00 | 104.20 | $178,807.05 |
| CASE ADMINISTRATION | 250.00 | $360,000.00 | 213.50 | $292,779.90 |
| EMPLOYMENT AND FEE APPLICATIONS | 220.00 | $290,000.00 | 221.70 | $295,391.70 |
| INVESTIGATION | 300.00 | $360,000.00 | 127.10 | $213,174.90 |
| 50% NON-WORKING TRAVEL | 50.00 | $30,000.00 | 19.90 | $17,308.35 |
| **Total** | **2,700.00** | **$3,600,000.00** | **2,177.80** | **$2,976,709.05** |