**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline:  April 10, 2023, at 4:00 p.m. ET**<br>**Hearing Date:  April 12, 2023, at 1:00 p.m. ET** |

**APPLICATION OF FEE EXAMINER FOR AUTHORIZATION TO EMPLOY AND
RETAIN GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER,
<u>EFFECTIVE AS OF FEBRUARY 17, 2023</u>**

The Fee Examiner appointed in these proceedings, pursuant to the Court's March 8, 2023

*Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of*

*Requested Fee Compensation and Reimbursement of Expenses* [Dkt. No. 834] (the "**Fee**

**Examiner Order**"), hereby submits this application (the "**Application**") to retain and employ

Godfrey & Kahn, S.C. ("**Godfrey & Kahn**" or the "**Firm**") as her counsel effective as of

February 17, 2023.

In support of the Application, the Fee Examiner represents that:

**PRELIMINARY STATEMENT**

1.      The Court appointed Katherine Stadler as Fee Examiner to carry out the duties set

forth in the Fee Examiner Order.  Her duties include, among other things, reviewing, monitoring,

and reporting on the fees and expenses incurred by Retained Professionals.[2]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Examiner Order.

2.      The Fee Examiner Order provides that "[t]he Fee Examiner may retain attorneys and other professionals that she deems necessary to assist her in the discharge of her duties." [Dkt. No. 834 at ¶ 22.]  Pursuant to that provision, the Fee Examiner seeks to retain Godfrey & Kahn to assist her in fulfilling the duties detailed in the Fee Examiner Order, including appearing for her and with her in proceedings before this Court.

3.      In support of this Application, the Fee Examiner relies on the Declaration of Mark W. Hancock, a Godfrey & Kahn shareholder (the "**Hancock Declaration**"), attached as **Exhibit B**.

4.      In the event of any conflict between this Application and any subsequent order or the Fee Examiner Order, the order approving this Application shall control.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference entered by the United States District Court for the District of Delaware. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

6.      On November 11 and November 14, 2022, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court (the "**Chapter 11 Cases**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 435] (the "Interim Compensation Order").

8.     On March 8, 2023, the Court entered the Fee Examiner Order.

## RELIEF REQUESTED

9.     By this Application, the Fee Examiner seeks the entry of an Order for the retention and employment of Godfrey & Kahn as the Fee Examiner's counsel as anticipated and authorized by the Fee Examiner Order.

## QUALIFICATIONS

10.     Godfrey & Kahn's Bankruptcy and Financial Restructuring Practice Group represents clients in matters ranging from informal workouts to sophisticated corporate reorganizations.  It has represented clients in bankruptcy cases in bankruptcy and appellate courts throughout the United States, including those in the Southern District of New York and the District of Delaware.

   A.     Godfrey & Kahn has worked on bankruptcy fee analysis and fee litigation *In re Motors Liquidation Company*, No. 09-50026, and *In re Lehman Brothers Holdings, Inc.*, No. 08-13555, both in the United States Bankruptcy Court for the Southern District of New York.

   B.     In the District of Delaware, Godfrey & Kahn served as counsel to the Fee Committee *In re Energy Future Holdings, Inc.*, No. 14-10979 from 2014 to 2018, and in 2016 served as counsel to the Fee Examiner *In re Horsehead Holding Corp.*, Bankr. D. Del. Case No. 16-10287, and *In re Samson Resources Corporation*, Bank. D. Del. Case No. 15-11934.  In all of these matters, Godfrey & Kahn has assisted the Fee Examiner and Fee Committee, as applicable, in their analysis of fees and expenses of Retained Professionals, reporting directly to the Court on behalf of the Fee Examiner or Fee Committee in each matter.

C.      Since 2017, Godfrey & Kahn has served as counsel to the Fee Examiner appointed by the United States District Court for the District of Puerto Rico in the Title III restructuring proceedings involving the Commonwealth of Puerto Rico and related governmental entities.

D.      Godfrey & Kahn currently serves as counsel to the Fee Examiner in *In re Imerys Talc America, Inc.*, No. 19-10289 (Bankr. D. Del) (Silverstein, J.), *In re Cyprus Mines Corporation,* No. 21-10398 (Bankr. D. Del) (Silverstein, J.), and *In re Celsius Network LLC*, No. 22-10964 (Bankr. S.D.N.Y.) (Glenn, J.).

11.     The Fee Examiner seeks to employ Godfrey & Kahn as counsel—with Court approval—because, among other things, Godfrey & Kahn has demonstrated it can provide quality services supporting bankruptcy fee review in a timely and cost-effective manner, retroactive to February 17, 2023 and pursuant to the Fee Examiner Order.

## SERVICES TO BE PROVIDED BY GODFREY & KAHN

12.     Godfrey & Kahn will provide a broad range of legal, technical, and administrative support services to the Fee Examiner.  It is anticipated that these services will include:

A.      Monitoring, reviewing, and being heard in any hearing or other proceedings to consider interim and final applications for fees and reimbursement of expenses filed by Retained Professionals to the extent permitted by the Court's orders or the Bankruptcy Code and, where appropriate, objecting to applications for fees and expenses filed by Retained Professionals.

B.      Establishing measures to help the Court ensure that compensation and expenses paid by the Debtors' estates are reasonable, actual, and necessary under (1) Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal

Rules of Bankruptcy Procedure, (3) the Interim Compensation Order, and (4) Local

Bankruptcy Rule 2016-1 and the applicable guidelines for compensation;

C.      Reviewing all interim and final applications submitted after the effective

date of the Fee Examiner Order by the Retained Professionals;

D.      Serving objections to monthly statements, in whole or in part, precluding

the payment of the amount questioned following the procedures outlined in the Interim

Compensation Order;

E.      Preparing applications for the Fee Examiner to retain professionals and

consultants to assist the Fee Examiner in discharging her duties;

F.      Conducting discovery in the event of a contested matter involving the

professional fees of any Retained Professional;

G.      Negotiating with the Retained Professionals regarding objections to

interim and final fee applications and monthly statements and consensually resolving

such objections where possible;

H.      Presenting confidential letter reports, on a timely basis, to the Retained

Professionals summarizing the Fee Examiner's review of interim and final fee

applications before filing an objection to applications for compensation;

I.      Periodically, consistent with the Fee Examiner Order and at the Fee

Examiner's direction, filing summary reports with the Court on the Retained

Professionals' applications;

J.      Establishing guidelines and requirements for the preparation and

submission to the Fee Examiner of non-binding budgets by Retained Professionals;

K.      Where necessary, attending meetings between the Fee Examiner and the Retained Professionals; and

L.      Such other services as the Fee Examiner may request.

13.     Other than in connection with legal advice to the Fee Examiner and assisting in its analysis, including work with the Fee Examiner's other professionals, if any, Godfrey & Kahn will not duplicate the work performed by the Fee Examiner.

14.     The employment of Godfrey & Kahn is in the best interest of the Debtors' estates and of these cases as a whole because it will assist the Fee Examiner with her analysis of fees and expenses, provide another point of contact for the Retained Professionals, augment the Fee Examiner's ability to analyze a large volume of fee and expense requests properly and efficiently within appropriate time frames, and support the presentation of the Fee Examiner's recommendations to the Court.

15.     The Fee Examiner believes that Godfrey & Kahn will materially aid in reviewing fee and expense applications, subject to the terms of any governing agreements, fee protocols or orders, and that Godfrey & Kahn's experience in this area will help enable the Debtors to achieve substantial benefits through cost control and efficiency.

**COMPENSATION**

16.     The Fee Examiner, subject to the applicable authorities cited above and subject to this Court's approval, have agreed that Godfrey & Kahn will be compensated pursuant to the terms of the Godfrey & Kahn Engagement Letter attached to the Hancock Declaration as **Appendix C**.

17.     Notwithstanding the payment arrangements outlined above, in the Godfrey & Kahn Engagement Letter, and the Interim Compensation Order, Godfrey & Kahn will apply, at three-month intervals beginning on or about June 15, 2023, to the Court for the interim and/or

final allowance of compensation and reimbursement of expenses pursuant to sections 503(b)(2) and 330(a) of the Bankruptcy Code.  Godfrey & Kahn may also avail itself of the monthly compensation procedures outlined in the Interim Compensation Order.  Godfrey & Kahn's interim and final fee applications will show its hourly rates disclosed in the Godfrey & Kahn Engagement Letter, ranging from $325.00 to $695.00 in accordance with the applicable rules, administrative orders, and guidelines.

18.    According to Godfrey & Kahn's books and records, after a comprehensive review it has not received any compensation for any services in connection with the Debtors' cases.

### GODFREY & KAHN'S CONNECTIONS WITH PARTIES IN INTEREST AND POSSIBLE CONFLICTS OF INTEREST

19.    To the best of Godfrey & Kahn's knowledge, information, and belief, other than as set forth in the Hancock Declaration, Godfrey & Kahn does not now represent and has no relationship with:  (i) the Debtors; (ii) its creditors or equity security holders; (iii) any other parties-in-interest in these cases; (iv) the respective attorneys and accountants of any of the foregoing; (v) the United States Trustee or any person employed in the Office of the United States Trustee in any matter related to these cases; or (vi) any officer of the Court in any matter related to these cases.

### APPLICABLE LEGAL AUTHORITY

20.    11 U.S.C. § 327(a) provides: "[t]he trustee [the Debtors], with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

21.     The Fee Examiner has determined, consistent with the terms of the Fee Examiner Order, that she requires qualified counsel experienced in bankruptcy fee review to assist her in the course of her work.  The Fee Examiner has selected Godfrey & Kahn to fulfill this role.

### EFFECTIVE DATE

22.     Godfrey & Kahn has performed work in good faith, beginning on February 17, 2023, to assist the Fee Examiner in the preparation of her declaration of disinterestedness, to negotiate the terms of the Fee Examiner Order with the Debtors and Official Committee of Unsecured Creditors, to prepare for Godfrey & Kahn's retention, and to prepare and file the disclosures required pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure.

### WAIVER OF LOCAL RULE 9010-1(C) AND (D) REQUIREMENT

23.     Paragraph 22 of the Fee Examiner Order states: "The requirements pursuant to Local Rule 9010-1(c) and (d) shall be waived with respect to the Fee Examiner and any attorneys retained by the Fee Examiner, and the Fee Examiner shall not be required to obtain representation by or associate with a member of the Bar of the District Court of Delaware."

24.     Consistent with the Fee Examiner Orders, Godfrey & Kahn does not intend to associate with a member of the Bar of the District Court of Delaware and will use its own ECF credentials to file documents in these cases.  Godfrey & Kahn attorneys appearing in these cases will separately apply for admission *pro hac vice*.

25.     Also consistent with the Fee Examiner Orders, Godfrey & Kahn intends to appear, where necessary, in court on behalf of the Fee Examiner without association with a member of the Bar of the District Court of Delaware.

### NO PRIOR REQUEST

26.     No prior application for the relief sought herein has been made to this or any other court.

**NOTICE**

27.     Notice of this application will be provided to those parties identified on the

Master Service List established in these Chapter 11 Cases. In light of the nature of the relief

requested herein, the Fee Examiner submits that no other or further notice need be provided.

**CONCLUSION**

**WHEREFORE**, the undersigned respectfully requests the entry of an order, substantially

in the form annexed hereto as **Exhibit A**, granting the relief requested and such other and further

relief as the Court may deem just and proper.

Dated:  March 20, 2023.

By:     _/s/ Katherine Stadler_
Katherine Stadler, Fee Examiner

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Mark W. Hancock (*Pro Hac Vice* Pending)

*Proposed Counsel to the Fee Examiner*

# EXHIBIT A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER**

Upon the application (the "**Application**") of the Fee Examiner, for an order pursuant to

11 U.S.C. §§ 327(a) and 330, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy

Procedure, and Rules 2014-1 and 2016-1 of the Local Rules for the United States Bankruptcy

Court for the District of Delaware, authorizing the Fee Examiner to retain Godfrey & Kahn, S.C.

("**Godfrey & Kahn**") as counsel to provide services as set forth in the Application and herein;

and upon the Declaration of Mark W. Hancock, annexed to the Application as **Exhibit B** (the

"**Hancock Declaration**"); and notice of the Application having been given as set forth in the

Notice of Application; and it appearing that such notice is due and sufficient and that no further

or other notice is required; and the Court being satisfied that Godfrey & Kahn does not hold or

represent any interest adverse to the Debtors or their estates that would disqualify them from

being retained and that Godfrey & Kahn is a "disinterested person" as such term is defined under

section 101(14) of the Bankruptcy Code, and that the employment of Godfrey & Kahn is

necessary and in the best interests of the parties and these cases; and the Court having

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

determined that the legal and factual basis set forth in the Application establishes just cause for

the relief granted in this order; and after due deliberation and sufficient cause appearing

therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted to the extent set forth herein.

2.      The Fee Examiner is authorized to retain and employ Godfrey & Kahn as her

attorneys effective as of February 17, 2023 in accordance with the terms and conditions set forth

in the Application and the Hancock Declaration.

3.      Godfrey & Kahn is authorized to provide the Fee Examiner with the professional

services as described in the Application and the Hancock Declaration. Specifically, but without

limitation, Godfrey & Kahn will render the following legal services:

      A.      Monitoring, reviewing, and being heard in any hearing or other

proceedings to consider interim and final applications for fees and reimbursement of

expenses filed by Retained Professionals to the extent permitted by the Court's orders or

the Bankruptcy Code and, where appropriate, objecting to applications for fees and

expenses filed by Retained Professionals.[2]

      B.      Establishing measures to help the Court ensure that compensation and

expenses paid by the Debtors' estates are reasonable, actual, and necessary under (1)

Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal

Rules of Bankruptcy Procedure, (3) the Interim Compensation Order, and (4) Local

Bankruptcy Rule 2016-1 and the applicable guidelines for compensation;

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Fee Examiner Order.

C.      Reviewing all interim and final applications submitted after the effective date of the Fee Examiner Order by the Retained Professionals;

D.      Serving objections to monthly statements, in whole or in part, precluding the payment of the amount questioned following the procedures outlined in the Interim Compensation Order;

E.      Preparing applications for the Fee Examiner to retain professionals and consultants to assist the Fee Examiner in discharging her duties;

F.      Conducting discovery in the event of a contested matter involving the professional fees of any Retained Professional;

G.      Negotiating with the Retained Professionals regarding objections to interim and final fee applications and monthly statements and consensually resolving such objections where possible;

H.      Presenting confidential letter reports, on a timely basis, to the Retained Professionals summarizing the Fee Examiner's review of interim and final fee applications before filing an objection to applications for compensation;

I.      Periodically, consistent with the Fee Examiner Order and at the Fee Examiner's direction, filing summary reports with the Court on the Retained Professionals' applications;

J.      Establishing guidelines and requirements for the preparation and submission to the Fee Examiner of non-binding budgets by Retained Professionals;

K.      Where necessary, attending meetings between the Fee Examiner and the Retained Professionals; and

L.      Such other services as the Fee Examiner may request.

4.      The requirements pursuant to Local Rule 9010-1(c) and (d) are waived with respect to Godfrey & Kahn's retention by the Fee Examiner.  Godfrey & Kahn shall not be required to obtain representation by or associate with a member of the Bar of the District Court of Delaware, and it is permitted to file documents electronically in this case and to appear, where necessary, in court on behalf of the Fee Examiner without association with a member of the Bar of the District Court of Delaware.

5.      Godfrey & Kahn shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of this Court, including the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 435] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Dkt. No. 834].

6.      Godfrey & Kahn also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, both in connection with this Application and the interim and final fee applications to be filed by Godfrey & Kahn in these chapter 11 cases.

7.      The total fees paid to Godfrey & Kahn for its services in accordance with this Order shall be charged at the agreed hourly rate as set forth in the Hancock Declaration and shall not include any contingency or success fees. Prior to any rate increase, the Fee Examiner shall

provide at least ten business (10) days advance notification of such revised hourly rate to the Debtors' counsel, the Committee's counsel, and the U.S. Trustee. The notice shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Fee Examiner has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code. Godfrey & Kahn's expenses shall be subject to the information detail requirements set forth in Local Rule 2016-2(e). Godfrey & Kahn shall not seek reimbursement of any fees or costs arising from the defense of its fee applications in these Chapter 11 Cases.

8.      Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

9.      To the extent the Application or the Hancock Declaration are inconsistent with this Order, the terms of this Order shall govern.

10.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order, including any motions or applications to amend the Order.

# EXHIBIT B

**(Declaration of Mark W. Hancock)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MARK W. HANCOCK IN CONJUNCTION WITH**
**GODFREY & KAHN, S.C.'S APPLICATION FOR APPOINTMENT**
**AS COUNSEL TO THE FEE EXAMINER**

I, Mark Hancock, under penalty of perjury declare as follows:

1.     I am a shareholder with Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), a law firm

with its principal offices at 833 East Michigan Street in Milwaukee, Wisconsin, and One East

Main Street in Madison, Wisconsin, and other offices in Wisconsin and in Washington, D.C.  I

am authorized to make this Declaration on behalf of myself and of Godfrey & Kahn in support of

the *Application of Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C.*

*as Counsel to the Fee Examiner, Effective as of February 17, 2023* and pursuant to the Court's

March 8, 2023 *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for*

*Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Dkt. No. 834]

(the "**Fee Examiner Order**").  This Declaration is based on my personal knowledge, and if

called to testify, I could and would testify competently to the written statements made in this

Declaration.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2.      Godfrey & Kahn has been engaged by Katherine Stadler in her capacity as Fee Examiner, subject to Court approval, pursuant to an engagement letter dated March 9, 2023 and attached to this Declaration as **<u>Appendix C</u>** (the "**Godfrey & Kahn Engagement Letter**").

3.      I am licensed to practice law in Wisconsin, and I am a member in good standing of the Bar of the State of Wisconsin.  I am admitted to practice before the United States Supreme Court, the U.S. Court of Appeals for the Seventh Circuit, and federal district courts in a variety of jurisdictions.

4.      Godfrey & Kahn, which employs about 180 attorneys, has a large and diverse legal practice that primarily, though not exclusively, represents corporate and association clients based in Wisconsin.  Among these clients are trusts, financial institutions, insurance companies, public utilities, manufacturers, business and industry groups, and others that may have a direct or indirect interest in these proceedings. Godfrey & Kahn's practice encompasses the representation of many entities, some of which may be or may become parties-in-interest without Godfrey & Kahn's knowledge.

5.      To determine whether Godfrey & Kahn and its attorneys are disinterested persons in these cases, I first performed a full conflicts check using the unredacted party-in-interest information relied upon in the unredacted and sealed version of the *Application for Entry of an Order, Pursuant to Sections 328, 330 and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* [Dkt. No. 519], which attached as Exhibit B the *Declaration of Erez E. Gilad in Support of Applications for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP* (the "Gilad Declaration").  The parties provided me with the unredacted list to be used only for

purposes of checking conflicts in connection with serving as Fee Examiner and counsel in these cases.  The redacted list of identified parties is attached hereto as **Appendix A-1** (the "FTX Trading Identified Parties").

6.     The Gilad Declaration included the following categories of parties-in-interest:

(a.)     5% or More Equity Holders

(b.)    Ad Hoc Committee (Non US Customers of FTX.com)

(c.)    Bankruptcy Judges

(d.)    Bankruptcy Professionals

(e.)    Banks/Lender[s]/ UCC Lien Parties/Administrative Agents

(f.)    Customers

(g.)    Debtors

(h.)    Director/Officer

(i.)    Donations

(j.)    Insurance

(k.)    Investments/Acquisitions

(l.)    Joint Provisional Liquidators

(m.)   Known Affiliates – JV

(n.)    Landlords

(o.)    Litigations

(p.)    Ordinary Course Professionals

(q.)    Other Significant Creditors

(r.)    Significant Competitors

(s.)    Surety & Letters of Credit

(t.)    Taxing Authority/Governmental/Regulatory Agencies

(u.)    U.S. Trustee Office

(v.)    UCC Members

(w.)    UCC Professionals

(x.)    Utilities

(y.)    Vendors

(z.)    Parties Filing Notices of Appearance

(aa.)    Joint Provisional Liquidators.

Gilad Decl., Sch. 1.

7.    In addition, following the Court's March 14, 2023 interim order in *In re Emergent Fidelity Technologies* (Case No. 23-10149) [Dkt. No. 80], ordering that that case be jointly administered with these cases, I performed a full conflicts check using the party-in-interest information relied upon in the *Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date* [Dkt. No. 56 in Case No. 23-10149], which attached as Exhibit B the *Declaration of Craig A. Wolfe in Support of the Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Attorneys for the Debtor Effective as of the Petition Date* (the "Wolfe Declaration").   The list of identified parties is attached hereto as **Appendix A-2** (the "Emergent Fidelity Identified Parties" and, together with the FTX Trading Identified Parties, the "Identified Parties").

8.    The Wolfe Declaration includes the following categories of parties-in-interest:

(a.)    Debtor

(b.)    Joint Provisional Liquidators ("JPLs") of the Debtor

4

 (c.) Debtor's Proposed Professional(s) in the United States

 (d.) Debtor's/JPL's Professionals in Antigua

 (e.) FTX Chapter 11 Debtors' Professionals

 (f.) Secured Lender(s)

 (g.) Equity Holders

 (h.) Other Parties in Interest

 (i.) Broker

 (j.) Litigation Counterparties

 (k.) Top 20 Creditors (Excluding Duplicates in Other Categories)

 (l.) Federal Attorneys General

 (m.) U.S. Trustee's Office – Region 3 (Delaware Division)

 (n.) U.S. Bankruptcy Court Judges for the District of Delaware

9. Godfrey & Kahn has established procedures for reviewing possible conflicts and for determining connections between Godfrey & Kahn, or Godfrey & Kahn attorneys, and outside entities.  Pursuant to those procedures, I performed, or caused to be performed, the following actions to identify for disclosure any parties relevant to this Declaration and these proceedings and to determine any Godfrey & Kahn connection to each such party:

 A. Godfrey & Kahn entered the names of the Identified Parties, as well as the names of all professionals expected to perform work on these cases and subject to the Fee Examiner's review, into its conflicts check database, which contains the names of all of its clients and conflict information concerning each such client, as well as the names of entities with which Godfrey & Kahn attorneys have formal relationships, such as a position on a board of directors.  As a result, I obtained a list of names from the Godfrey

& Kahn conflicts check database that matched or that appeared similar to the name of any Identified Party.  I, along with other Godfrey & Kahn attorneys, have reviewed that list.

B.       In addition, an inquiry was sent to all Godfrey & Kahn attorneys to determine whether any such attorney: (a) owns any interest in the Debtors; (b) has any pending claims against the Debtors; (c) is, or has a relative who is, a current officer, director, or employee of the Debtors; (d) has any immediate family member who has been employed by any of the Debtors; or (e) has any other connection with the Debtors, their current and former directors and officers, large equity holders, non-Debtor affiliates, the joint provisional liquidators, and members of the Committee.  In addition, all Godfrey & Kahn attorneys were asked whether they had an account with any of the Debtors.

C.       I also have inquired within the firm about connections with the United States Trustee program or any person employed in the office of the U.S. Trustee.

10.       Based on the results of those review procedures, to the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, I believe:

A.       Godfrey & Kahn does not represent any entity in or in connection with these Chapter 11 cases;

B.       Godfrey & Kahn does not represent, nor has it represented in the past, the Debtors or any of its affiliates.

C.       Godfrey & Kahn does not hold or represent an interest adverse to any of the Debtors' estates;

D.       Neither Godfrey & Kahn nor any of its attorneys (i) is a creditor, equity security holder or insider of any of the Debtors or their affiliates, (ii) has been, within two years before the date of the filing of the petition, a director, officer, or employee of any of

the Debtors or their affiliates, or (iii) has any interest materially adverse to the interests of

the estates, or of any class of creditors or equity security holders by reason of any direct

or indirect relationship to, connection with, or interest in, any of the Debtors, or for any

other reason; and

E.      None of the attorneys at Godfrey & Kahn are relatives of any Bankruptcy

Judge of the United States Bankruptcy Court for the District of Delaware, the United

States Trustee (Region 3) or any person employed by the United States Trustee (Region

3).

11.     Based on the procedures described above, I have also determined that at this point

Godfrey & Kahn does not represent—nor will we represent—any party other than the Fee

Examiner in connection with these proceedings.

12.     Also based on the results of the review procedures outlined above, I believe that

neither Godfrey & Kahn nor any of its attorneys, including me, has any connections, as that term

is used in Fed. R. Bankr. P. 2014, with any Identified Parties, except those identified on

**Appendix B**, attached to this Declaration.  For purposes of this disclosure, representation of third

parties that are adverse to Identified Parties in unrelated matters—other than the Debtors,

Officers, or Directors—are not "connections." All references in **Appendix B** to "unrelated

matters" mean matters that are not related to the Debtors or these Chapter 11 cases.  Godfrey &

Kahn has not represented any of the entities listed on **Appendix B** in any matters related to the

Debtors or in these Chapter 11 cases, and it will not represent any of the entities listed on

**Appendix B** in these Chapter 11 cases.  Godfrey & Kahn will not represent any entity other than

the Chapter 11 Fee Examiner in any matter in or in connection with these Chapter 11 cases.

Except as indicated on **Appendix B**, neither Godfrey & Kahn nor I represent, or has represented

in the past, or holds or has held in the past, an economic interest in, any party in interest in connection with the Debtors or this Chapter 11 Case.

13.    Godfrey & Kahn represents many entities, some of which may be or may become parties-in-interest without its knowledge. Further, as part of its practice Godfrey & Kahn represents clients in numerous matters involving other law firms, financial advisory firms and professionals in both adverse and non-adverse roles, some of which may represent the Debtors, creditors, or parties-in-interest, or themselves be creditors or parties-in-interest in these Chapter 11 cases, or employ persons with whom its attorneys have personal or familial relationships. Although it is not practicable for Godfrey & Kahn to identify all such connections, except as otherwise disclosed herein I am unaware of any such connections that are material, and believe that none of them would prevent Godfrey & Kahn or me from being a "disinterested person," as defined in section 101(14) of the Bankruptcy Code; none would involve the holding or representation of an interest adverse to the Debtors' respective estates; and none would create a conflict of interest with respect to this matter.

14.    Godfrey & Kahn may serve in a capacity that is potentially adverse to any or all of the professionals retained in these cases (the "**Retained Professionals**").  Despite occasional prior co-counsel or local counsel relationships with various Retained Professionals—all in wholly unrelated matters—Godfrey & Kahn's approach to and review of the applications of such Retained Professionals will be consistent with and subject to the same standards—including the standards for the filing of objections—applicable to all other Retained Professionals.

15.    Godfrey & Kahn served as counsel to the Fee Examiner in *In re Motors Liquidation Company*, No. 09-50026 (Bankr. S.D.N.Y.) (Gerber, J.) and as counsel to the Fee Committees in *In re Lehman Brothers Holdings, Inc.*, No. 08-13555 (Bankr. S.D.N.Y.) (Peck, J.),

and *In re Energy Future Holdings Corp.*, No. 14-10979 (Bankr. D. Del.) (Sontchi, J.).  Godfrey & Kahn currently serves as counsel to the Fee Examiners in the Title III restructuring proceedings involving the Commonwealth of Puerto Rico and related governmental entities;  *In re Imerys Talc America, Inc.*, No. 19-10289 (Bankr. D. Del) (Silverstein, J.);  *In re Cyprus Mines Corporation,* No. 21-10398 (Bankr. D. Del) (Silverstein, J.); and *In re Celsius Network LLC*, No. 22-10964 (Bankr. S.D.N.Y.) (Glenn, J.).  In those capacities, Godfrey & Kahn has submitted or will submit publicly-filed reports and recommendations—some adverse—with respect to applications for compensation filed by some of the Retained Professionals.

16.    To the best of my knowledge, this Declaration discloses all connections between Godfrey & Kahn and the Identified Parties known to Godfrey & Kahn as of today's date.  Due to the size of the Debtors and the complexity of these cases, Godfrey & Kahn cannot state with absolute certainty that, at this time, it has identified and disclosed every single connection it has with each Identified Party.  However, Godfrey & Kahn will promptly file supplemental disclosures of any such connections if any additional relevant information comes to my or Godfrey & Kahn's attention.

17.    To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, including a review of the information in Godfrey & Kahn's conflicts check database and direct inquiry of Godfrey & Kahn attorneys, and except as otherwise disclosed herein, based on the procedures described above, I have determined that:

A.    Godfrey & Kahn does not currently represent the Debtors and that Godfrey & Kahn has not represented the Debtors in at least five years.

B.      Neither I nor any member of Godfrey & Kahn nor Godfrey & Kahn itself holds or represents any interest adverse to the estate of the above-named Debtors, except as otherwise disclosed herein.

C.      My connections and my firm's connections with the Debtors, any creditor or other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed by the United States Trustee, or any officer of the Court, are listed in the attached **Appendix B**.

D.      Except as otherwise disclosed in this Declaration and **Appendix B** to this Declaration, I believe that I am, and each member of my firm and my firm itself is, a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

E.      I have not agreed to share with any person, except members of my firm, the compensation to be paid for the services rendered in these cases.

F.      The terms of compensation agreed to are set forth in the Godfrey & Kahn Engagement Letter attached to this Declaration as **Appendix C**.

18.     I will amend this statement promptly upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.  Godfrey & Kahn will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described herein, in accordance with applicable rules and guidelines.

19.     The hourly rates of Godfrey & Kahn attorneys are included in the Godfrey & Kahn Engagement Letter attached to this Declaration as **Appendix C.**  I will supplement the information contained in this Declaration as necessary to reflect any changes to Godfrey & Kahn's hourly rates.  I shall provide ten (10) days' notice to the Debtors, the U.S. Trustee, and

the Committee in connection with any increase in my hourly rate. I understand that the U.S.

Trustee, the Committee, and the Debtors retain all rights to object to any rate increase on all

grounds, including, but not limited to, the reasonableness standard provided in section 330 of the

Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section

330 of the Bankruptcy Code.

      20.    The following is provided in response to the request for additional information set

forth in Paragraph D.1. of the UST Guidelines.

> **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?
> **Response:** Yes. Mr. Dalton's hourly rate has been discounted from $720 to $695 in recognition of the U.S. Trustee's request to reduce the Fee Examiner's rate to that level.

> **Question:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?
> **Response:** No.

> **Question:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference?
> **Response:** Not applicable.

> **Question:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?
> **Response:** Godfrey & Kahn has provided a staffing plan. Going forward, it will provide staffing plans and budgets for each three-month interim fee period.

      21.    Godfrey & Kahn performed work in good faith, beginning on February 17, 2022,

in anticipation of the commencement of the Fee Examiner's work.

      22.    To the extent that Godfrey & Kahn or I discover any facts bearing on matters

described in this Declaration, I will supplement the information contained in this Declaration.

Within fourteen (14) days after being informed of the identity of any qualified bidder in these

cases, I will disclose through a supplemental declaration the names of all bidders identified to me and the connections of Godfrey & Kahn or me to such potential counterparties.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of March 2023.

_____
Mark W. Hancock

# APPENDIX A-1

**FTX Trading – Redacted Parties in Interest[1]**

**5% or More Equity Holders**
Edward Moncada
Nishad Singh
Name On File
Samuel Bankman-Fried
Zixiao Wang

**Ad Hoc Committee (Non US Customers of FTX.com)**
Eversheds Sutherland (Us) LLP
Morris, Nichols, Arsht & Tunnell LLP

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
John T. Dorsey
Karen B. Owens
Kate Stickles
Laurie Selber Silverstein
Mary F. Walrath
Una O'Boyle (Clerk of Court)

**Bankruptcy Professionals**
Ernst & Young
Quinn Emanuel Urquhart & Sullivan, LLP
AlixPartners, LLP
Alvarez & Marsal North America, LLC
Kroll Restructuring Administration
Landis Rath & Cobb LLP
Perella Weinberg Partners
Sullivan & Cromwell LLP

**Banks/Lender/UCC Lien Parties/Administrative Agents**
AKBANK
Apple Business
Bank of America
Bank of Cyprus
BCB Bank
BMO Harris Bank, N.A.
Circle Internet Financial, Inc.
Commercial Bank of Dubai
Commerical Bank of Vietnam
Customers Bank
DBS Bank Limited
Deltec
ED&F Man Holdings Inc.
Emirate NBD Bank
Equity Bank
Etana
Eurobank
Evolve Bank and Trust
Far Eastern Int'l Bank
Fibabanka
Fidelity Bank (Bahamas)

Garanti BBVA
Goldfields Money
HDFC Bank
HSBC Bank
Interactive Brokers
JPMorgan Chase Bank, N.A.
Jtrust Bank
Klarpay
LendingClub
Maerki Baumann & Co. AG
Moneytech
Moonstone Bank
Morgan Stanley
MUFG Bank, LTD.
National Australia Bank
Nium
Nuvei
Octabase
Omipay / Cuscal
PayPay Bank
Paysafe
Prime Trust LLC
Rakuten Bank
RJ O'Brien
SBI Sumishin Net Bank Ltd.
Signature Bank
Signet
Silicon Valley Bank
Silvergate Bank
Siraat Banksai
Standford Credit Union
Strait X
Stripe
Sumitomo Mitsui Banking Corporation (SMBC)
Swapforex
Tokyo Star Bank
Transactive
Transfero
Turicum
Vakifbank
Volksbank Bayern Mitte eG
Washington Business Bank
Wells Fargo
Western Alliance
Zand Bank

**Contract Counter-Parties**
AC Revocable Trust
Adresana Limited
AIM Sports, LLC
Name On File

---

[1] Pursuant to the *Interim Order (I) Authorizing the Debtors to Maintain A Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief* [D.I. 157], the names of customers and individuals whom the Debtors believe may be citizens of the United Kingdom or a European Union member country are redacted.

Name On File
Name On File
Alpaca Crypto LLC
AlteumX International S.A.
Name On File
Name On File
Name On File
Name On File
Barstool Sports Inc.
Billboard Media, LLC
Binance Capital Management Co. Ltd.
BitGo
BITOCTO
BlockFi Inc.
Brandon Williams
Brave Software International SEZC
Name On File
Cal Athletics
Chainalysis
Coachella Music Festival, LLC
David Ortiz
David Ortiz Children's Fund
Name On File
Diego Perez de Ayala
Digital Assets DA AG
Digital Finance Group Company
Dolphin Entertainment, Inc.
Name On File
Elvia Delgadillo
Exodus Movement, Inc.
Fortune Cookie
FOX SPORTS SUN, LLC
Name On File
FTI Consulting, Inc.
Furia ESports LLC
Galois Capital
Gisele Caroline Bündchen
Golden State Warriors
Gpay Network Pte. Ltd.
Growflint Technologies Pvt. Ltd.
HashKey Blockchain Investment Fund
HODL Media, Inc.
ICC Business Corporation FZ LLC
Idealex Services OU
IEX Group, Inc.
iVest+
Name On File
Name On File
Jeremy Cranford
Name On File
Joele Frank
Kariya Kayamori
Name On File
Kevin O'Leary
Name On File
Larnabell Enterprises Limited
Laura Larissa Hanna
Ledger SAS

Lightspeed Management Company, LLC
Lincoln Holdings LLC DBA Monumental Sports & Entertainment
Lorem Ipsum UG
Name On File
Name On File
Major League Baseball Clubs
Major League Baseball Properties, Inc
Mark Khalil
Medium Rare Live, LLC
Meow Technologies Inc.
Mercedes-Benz Grand Prix Limited
Name On File
MLB Advanced Media, L.P
MMBOC, LLC
MPG Live Ltd
Multicoin Capital
Nardello & Co. LLC
Naomi Osaka
O'Leary Productions Inc.
Office of the Commissioner of Baseball
Paradigm
Patrick Gruhn
Paul Forest
Paxos Trust Company, LLC
Name On File
Play Magnus Group
PointUp Inc.
Proper Trust AG
PT Datindo Infonet Prima
Race Capital
Radegen Sports Management LLC
Rebecca Lowe
Reddit, Inc.
Ribbit Capital
Rick Fox
Riot
Name On File
SC30 Inc.
Name On File
Shohei Ohtani
Name On File
Stephen Curry
StockTwits, Inc.
Swift Media Entertainment, Inc
Sygnia Consulting
The MLB Network, LLC
The Sequoia Fund, L.P.
Thoma Bravo
TL INTERNATIONAL BV
TokenBot International Ltd.
Tom Brady
TradingView Inc
Trevor Lawrence
TrustToken
Twig USA Inc
Udonis Haslem
UJH Enterprises
Veridian Development Group Ltd.

| | |
|---|---|
| Yahoo Inc. | Name On File |
| Yuga Labs, Inc. | Name On File |
| **Customers** | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | **Debtors** |
| Name On File | Alameda Aus Pty Ltd |
| Name On File | Alameda Global Services Ltd. |
| Name On File | Alameda Research (Bahamas) Ltd |
| Name On File | Alameda Research Holdings Inc. |
| Name On File | Alameda Research KK |
| Name On File | Alameda Research LLC |
| Name On File | Alameda Research Ltd |
| Name On File | Alameda Research Pte Ltd |
| Name On File | Alameda Research Yankari Ltd |
| Name On File | Alameda TR Ltd |
| Name On File | Alameda TR Systems S. de R. L. |
| Name On File | Allston Way Ltd |
| Name On File | Analisya Pte Ltd |
| Name On File | Atlantis Technology Ltd. |
| Name On File | Bancroft Way Ltd |
| Name On File | Blockfolio, Inc. |
| Name On File | Blue Ridge Ltd |
| Name On File | Cardinal Ventures Ltd |
| Name On File | Cedar Bay Ltd |
| Name On File | Cedar Grove Technology Services, Ltd |
| Name On File | Clifton Bay Investments LLC |
| Name On File | Clifton Bay Investments Ltd |
| Name On File | Cottonwood Grove Ltd |
| Name On File | Cottonwood Technologies Ltd. |
| Name On File | Crypto Bahamas LLC |
| Name On File | DAAG Trading, DMCC |
| Name On File | Deck Technologies Holdings LLC |
| Name On File | Deck Technologies Inc. |
| Name On File | Deep Creek Ltd |
| Name On File | Digital Custody Inc. |
| Name On File | Euclid Way Ltd |
| Name On File | FTX (Gibraltar) Ltd |
| Name On File | FTX Canada Inc |
| Name On File | FTX Certificates GmbH |
| Name On File | FTX Crypto Services Ltd. |
| Name On File | FTX Digital Assets LLC |
| Name On File | FTX Digital Holdings (Singapore) Pte Ltd |
| Name On File | FTX EMEA Ltd. |
| Name On File | FTX Equity Record Holdings Ltd |
| Name On File | FTX EU Ltd. |
| Name On File | FTX Europe AG |
| Name On File | FTX Exchange FZE |
| Name On File | FTX Hong Kong Ltd |
| Name On File | FTX Japan Holdings K.K. |
| Name On File | FTX Japan K.K. |
| Name On File | FTX Japan Services KK |
| Name On File | FTX Lend Inc. |
| Name On File | FTX Marketplace, Inc. |
| Name On File | FTX Products (Singapore) Pte Ltd |
| Name On File | FTX Property Holdings Ltd |

| | |
|---|---|
| FTX Services Solutions Ltd. | Name On File |
| FTX Structured Products AG | Can Sun |
| FTX Switzerland GmbH | Caroline Ellison |
| FTX Trading GmbH | Caroline Papadopoulos |
| FTX Trading Ltd | Name On File |
| FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET | Name On File |
| FTX US Services, Inc. | Constance Wang |
| FTX US Trading, Inc | Corporate & Trust Services Limited |
| FTX Ventures Ltd | Dan Friedberg |
| FTX Zuma Ltd | Name On File |
| GG Trading Terminal Ltd | Diana Aidee Munoz Maclao De Camargo |
| Global Compass Dynamics Ltd. | Edward Moncada |
| Good Luck Games, LLC | Gary Wang |
| Goodman Investments Ltd. | Name On File |
| Hannam Group Inc | Name On File |
| Hawaii Digital Assets Inc. | Name On File |
| Hilltop Technology Services LLC | Jen Chan |
| Hive Empire Trading Pty Ltd | John J. Ray |
| Innovatia Ltd | John Samuel Trabucco |
| Island Bay Ventures Inc | Jonathan Cheesman |
| Killarney Lake Investments Ltd | Joseph J. Farnan |
| Ledger Holdings Inc. | Name On File |
| Ledger Prime LLC | Kariya Kayamori |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Name On File |
| LedgerPrime Bitcoin Yield Enhancement Master Fund | Larry Thompson |
| LedgerPrime Digital Asset Opportunities Fund, LLC | Name On File |
| LedgerPrime Digital Asset Opportunities Master Fund LP | Luk Wai Chan |
| LedgerPrime Ventures, LP | Name On File |
| Liquid Financial USA Inc. | Name On File |
| Liquid Securities Singapore Pte Ltd. | Mark Wetjen |
| LiquidEX LLC | Name On File |
| LT Baskets Ltd. | Name On File |
| Maclaurin Investments Ltd. | Name On File |
| Mangrove Cay Ltd | Matt Rosenberg |
| North Dimension Inc | Matthew Doheny |
| North Dimension Ltd | Matthew Ness |
| North Wireless Dimension Inc | Name On File |
| Paper Bird Inc | Michael McCarty |
| Pioneer Street Inc. | Michael Watson |
| Quoine India Pte Ltd | Mitch Sonkin |
| Quoine Pte Ltd | Name On File |
| Quoine Vietnam Co. Ltd | Name On File |
| SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ | Name On File |
| Strategy Ark Collective Ltd. | Nishad Singh |
| Technology Services Bahamas Limited | Name On File |
| Verdant Canyon Capital LLC | Name On File |
| West Innovative Barista Ltd. | Name On File |
| West Realm Shires Financial Services Inc. | Name On File |
| West Realm Shires Inc. | Rishi Jain |
| West Realm Shires Services Inc. | Name On File |
| Western Concord Enterprises Ltd. | Ryan Salame |
| Zubr Exchange Ltd | Ryne Miller |
| **Director/Officer** | Samuel Bankman-Fried |
| Name On File | Name On File |
| Name On File | Serhat Aydin |
| Andy Fisher | Name On File |
| Arthur Thomas | Shiliang Tang |
| Name On File | Name On File |

Sina Nader
Name On File
Takashi Hidaka
Terence Choo
Name On File
Venu Palaparthi
Wang Zhe
Wing Man Charis Law (Charis Law)
Wong Jing Yu
Zach Dexter
Zhe Wang

**Donations**

amfAR
Arbor Day Foundation
Berkley Existential Risk Initiative
Care for Special Needs Children Foundation
Center for Effective Altruism
Clinton Health Access
David Ortiz Children's Fund
Eat.Learn.Play
Eldera, Inc.
GWWC
Honnold Foundation
Hurry Up Slowly
Laureus Sport for Good
Majority Forward
Managed Funds Association
National Council of Social Service
New Jersey Scholars
Neworld One Bay Street - Margaritaville Beach Resort Nassau
RESource D.C
Rethink Priorities
Seattle Approves
Stanford School of Medicine
Stanford University
Stanford University Development
The Center for Election
Name On File
UC Berkeley Foundation
UDONIS HASLEM CHILDRENS FOUNDATION

**Insurance**

Ascot Insurance Company
Continental Casualty Company
Endurance Worldwide Insurance Ltd., Zurich Insurance Plc,
HDI Global Specialty SE
Lloyd's America, Inc.
Massachusetts Bay Insurance Company
Paragon International Insurance Brokers Limited
QBE Insurance Corporation
Relm Insurance Ltd.
StarStone National Insurance Company
The Hanover Insurance Group
The Travelers Insurance Company
Travelers Property Caualty Company of America
United Fire Group
USI Insurance Services, LLC-CL

**Investments/Acquisitions**

1Inch

3Commas Technologies
5D
6529 NFT Fund
6th Man Ventures Fund
80 Acres
Acala
AFK Ventures LLC
Name On File
Alder Labs
Alethea
Aligned AI
Altimeter Growth Partners Fund VI, L.P.
Alvea, LLC
Anchorage
Ancient8
AngelList
Anthropic
Anysphere Inc
Aptos
Arcana
Archax
Arnac
Arrow
Artemis
Asymmetric Technologies LP
ATMTA, Inc. / Star Atlas
Atomic Vaults
ATTN (EVOSverse)
Auradine, Inc.
Aurigami / Vaus Limited
Aurory
Autograph
Automata
Avara Labs / LENS
AVECRIS Research Corporation Pte. Ltd. (Project Door)
Aver Protocol
Axelar Network
Bastion / Bengine, Inc.
BetDEX
BiLira (Series A - Class E)
Bitmain Fund L.P.
Bitnob Technologies
Bitnomial
BitOasis
Bitocto (exchange Indo) / PT Triniti
Blockbeats News
Blockchain Space / Solutions Lab Consultancy Pte Ltd
Blocto
Bluebook Cities
Bond Fund III
Bonzai Finance
Bridge Technologies (BRG Token)
Brinc Drones
Browder Capital
BTC Africa, S.A., (dba AZA Finance)
Burnt
Canonical Crypto Fund
Cardinal (Nexus Pro)

Causal Inc
CCAI / Aldin
Cega Pte Ltd
Celesita Network
Ceres Protocol Inc / Mythos tokens
Change Up
chillchat
China V Investors L.P.
China Venture Capital Fund
Chingari
Chipper Cash / Critical Ideas Inc
Circle Internet Financial, Inc.
Clover
Coderrect Inc.
Cogni
Coin98
Coinfeeds / Docsi18n
CoinMARA
Collide Capital Fund I
Com2Us
Composable
Compound Financial
Confirm Solutions Inc
Conjecture
Connect3 / Lab3 Technology Limited
Consensys
Critical Ideas, Inc.
Cryowar
Curated
DaoSqaure
Darkfi
Dave Inc
decimated
Defi
Defi Alliance
Delphia Holdings Corp
Delta One
Delysium / KUROSEMI INC.
Digital Assets DA AG
Distributed Ledger Technology
DLT Climate Tech
DoDo
DoinGud
DoNotPay
Doodles
Doppel Inc
Dorahack
Drift
DriveWealth
Dropp
Dtrade
Dune Analytics
Dust Labs, Inc
edenbrawl / Worldspark Studios, Inc
EFAS / Kepler Space Industries
Efficient Frontier / Odyssey Technologies  Limited
Eizper Chain
Elementus

Elumia
Equator Therapeutics
EquiLibre Tecnologies Inc.
Ethereal Ventures Fund I LP
Euclid Labs / Magic Eden Secondary Shares
Euler
Evme Inc
Exodus
exotic / Pier3 Ventures Limited
Exponent Founders Capital I, LP
Exponential DeFi Inc
FairSide
Fanatics
Faraway
Fern Labs Inc
Few and Far
Figma Inc
Float Capital / Rubin Global Ltd
Flourishing Humanity Corporation Ltd
Fluence Labs
Friktion
Frosted Inc
Fuel / Layer-2 Development Corp.
FYI.FYI, Inc
Galaxy Protocol (Galxe)
GamerGains
GamesPad
GENESIS DIGITAL ASSETS LIMITED
Geniome (FBH Corporation)
Genopet / WITTY ELITE LIMITED
GetMati
GetPIP Web3.0 / Prime Round Ltd
GGX Protocol Limited / GGX Token
Global Illumination
GOG (Guild of Guardians)
GuildFi / CRYPTOMIND LAB PTE. LTD
Harbor Systems Inc
Hashflow / Qflow
Hawku
HedgeHog
Helix Nanotechnologies
Hidden Road Inc
HODL
HOLE Tokens
http://Contxts.io / NFT Bank
http://Solsniper.xyz (Sniper Labs)
http://tsm.gg/ (Swift Media Entertainment Inc)
http://wum.bo/
https://syndica.io/
HyperNative Inc
IEX
ImmutableX Token Prorata
Impossible Finance
Innovatia Ltd
IO Finnet
IOSG Fund II LP
IP3 Cripco (Line Friends)
Ivy Natal

Jafco SV4 Investment Limited

Jambo / Project Chill Limited

Jet Protocol

Jet Tech

Jito Labs Inc

Juiced / Basis Yield Corp

JUMBO.EXCHANGE

Juppiomenz

JustWontDie Ltd

K5 Global

Kariya Kayamori

Katana Labs / Blade Labs Inc

Keygen Labs, Inc

Kollider

Kos Therapeutics Inc

Kraken Ventures Fund I LP

Kresus

KTR Group Corporation

Kwil Inc

Lake Nona Fund / LN Sports & Health Tech Fund I, LP

LayerZero

LayerZero Labs Ltd

Lemon Cash

Lexidus

Lido

Lifelike Capital

Lightspeed Faction

Limit Break

Liquality

Liquid 2 Venture Fund III L.P.

Liquid Group Inc

Liquid Value Fund I LP

Liquity

LiveArtX

Loan Transactions and Technology LLC / Edge Tradeworks

Lonely Road

Luxon / LXN

Magic Eden

Name On File

Manifold Markets

Manta

Mask Network / MASKBOOK

Matonee Inc

Mavia

MCDEX

MEOW

Mercurial

Merge

Messari

MetaLink

Metaplex

MetaTheory

Metaversus / Combat Lab, Inc

Mina

Mirror World

MobileCoin

Modulo Capital Inc

Mojo

Momentum Safe Inc

MONACO / BetDEX / STRAMASH PROTOCOL LTD.

Monkey Kingdom / Kingdom Metaverse Limited

MonkeyBall

Mount Olympus Capital LP

Move Labs

MPL

Multicoin Venture Fund II

Multicoin Venture Fund III

MultiSafe/ Coinshift

Mysten Labs

Mythical Games

Nas Education Pte Ltd

NEAR

Nestcoin

New Gen Minting LLC

Nifty Island

Nod Labs, Inc.

NodeGuardians

Nural Capital

O'daily News

Offchain Labs

Only1

Open Loot Ecosystem Fund I Ltd.

Optim

Orderly

OTC Service Ltd / OTC Service AG

OTOY International

OVEX

Owner.com

Pacer

Pangea Cayman Fund I Ltd

Paradigm One (Cayman) Feeder LP

Parallel Finance

Parastate

Paraswap

Paxos

Pembrock

Perion / BUZZ DEVELOPMENT INC

Phastasia

PINE

Pionic (Toss)

Pixelynx

PlanetQuest

Platform Lifesciences Inc

Play Up

Point

Point Up

Polygon Network

Pontem Network

Pontis - ZK Oracle (42 Labs INc)

Port Finance / Contrarian Defi LLC

Pragma

Protego

Pstake

Psyoption

QP-Fund I, a series of Generalist Capital, LP

Questbook / CreatorOS

Race Capital II
Rainmaker
Ratio Finance
Rebittance (SCI)
Receipts Depositary Corporation
Red Sea Research
REF
Rejuveron
Resonant Health Inc
Revault
Rockbird LLC
Rocket
Roco Finance
Rok Capital Offshore Fund Ltd
ROUTER PROTOCOL / Kailaasa Infotech Pte Ltd
Saddle Finance / Incite Technologies Inc
SahiCoin
Salad Ventures Ltd
Samudai
Samuel Bankman-Fried
Satori Research
Scopely
SEBA Bank
SECRET Network / Enigma MPC, Inc.
SecureSave
Senate
Sequoia Capital Fund, L.P.
SH Fund, LP
Sherlock Bioscience
Sidus
SifChain
Sintra
Sipher
Size
Sky Mavis (Axie Infinity)
Skybridge
Slope
Snickerdoodle Labs
Soba Studios / Good Game Inc
SOJ Trading Ltd (JoePEGS NFT Project)
Solana Restricted Token Purchase
SolCial / Social Research
Solend / Concurrent C Inc
SolFarm
Solice
Solidus
Solrise
Solscan
SolStarter
Sommelier
SperaX
Spruce Systems Inc
Stacked
Star Atlas
Stargate (LayerZero)
Starkware
Step Finance
StepN (Find Satoshi Lab)

Stocktwits
Stoke Space
Storybook
SubSocial
Subspace Network
Sugarwork
Sui Token Warrant (FTX Ventures)
Sundaeswap
SupraOracle / ENTROPY PROTOCOL LTD.
Swim
SwitchBoard
Swoop
Symmetry
Synthetify
T Tauri Ltd -  Token Purchase Agreement
Tactic / Spoak Inc
Taki Network Pte Ltd
Taleverse
TaxBit
Telis Bioscience
The Giving Block
Thirdverse
TipLink
Tools For Humanity
Tortuga
Torus
Toy Ventures
TradeWind
TripleDot
TrueFi
Trustless Media
TrySpace / SPACE Metaverse AG
TTAC
Twilight / Cyberprep Corp
Umee
UVM Signum Blockchain Fund VCC
UXD
VALR Proprietary Limited
VerifyVASP Pte. Ltd.
Vibe Labs Inc.
Virtualness Inc
VolMex
VolumeFi Software, Inc.
Vosbor
VOYAGER DIGITAL LTD.
VY DHARANA EM TECHNOLOGY FUND, L.P.
VY SPACE
VY Space II LP
Vybe
WAEV
Wave Mobile Money Holdings
Wordcel
Xdefi
X-Margin
Xterio
Yuga Labs (BAYC)
Zebec
Zenlink

zero one

Zeta

ZKlend / BLUE HORIZON GLOBAL CORP

ZKX / LTIC, Inc.

ZRO (LayerZero)

Zubr Exchange Ltd

**Joint Provisional Liquidators**

Brian C. Simms

Holland & Knight LLP

Kevin G. Cambridge

Peter Greaves

Richards, Layton & Finger, P.A.

White & Case

**Known Affiliates - JV**

Alameda Systems Inc.

Blockfolio Holdings, Inc.

CM-Equity AG

Concedus Digital Assets

Embed Clearing LLC

Embed Financial Technologies Inc

FTX Australia Pty Ltd

FTX Bahamas Ventures Ltd

FTX Capital Markets LLC

FTX Derivatives Gmbh

FTX Digital Markets Ltd

FTX Express Pty Ltd

FTX Foundation, Inc.

FTX Malta Gaming Services Limited

FTX Malta Holdings Ltd.

FTX Vault Trust Company

LedgerX LLC

Salameda Ltd

**Landlords**

101 Second Street, Inc.

1450 Brickell, LLC

Albany Resort Operator Ltd.

Blue Hole Real Estate Holdings Ltd.

Boca Pay

Bond Collective

Brickwell Owner LLC

Heckler Investments (Bahamas) Ltd.

Javari Ltd.

Madison Real Estate Ltd.

Newwave Bahamas Inc.

S3 Ocean View Limited

The Executive Center

The Metropolitan Square Associates LLC

WeWork Companies LLC

W-SF Goldfinger Owner VIII, L.L.C.

**Litigation**

Name On File

Different Rules, LLC

Name On File

Group One Holdings Pte Ltd

Name On File

Marisa Mcknight

ONE Studios Pte Ltd

**Ordinary Course Professionals**

ABNR

Anderson Mori & Tomotsune

Anthony Astaphan

Antis Triantafyllides

Appleby

ARIFA

Armanino LLP

Arthur Cox

Baker McKenzie

Baptista Luz

Bär & Karrer

Binder Grösswang

BlackOak

Clayton Utz

Clement Maynard & Co

CMS Legal - Italy

Covington & Burling LLP

Durukan Partners

Fenwick & West

Gibson Dunn

Gorriceta Africa Cauton & Saavedra

Hadef & Partners

Hogan Lovells

Kim & Chang

King & Spalding LLP

King Wood Mallesons

Kramer Levin

Latham & Watkins

Lenz & Staehelin

Lexcomm Vietnam

Loyens&Loeff

McCarthy Tetrault

MLL Meyerlustenberger Lachenal Froriep Ltd

Nishit Desai

Norton Rose

Olaniwun Ajayi

Peter Maynard

Piper Alderman

Prager Metis CPA's, LLC

Ronny Domröse

Schurti Partners

Shardul Amarchand Mangaldas

Silicon Valley Accountants

Slaughter & May

TSN LIMITED

Walkers

WilmerHale

**Other Significant Creditors**

BITVO Inc.

Celsius Network LLC

FTX Ventures Partnership

**Significant Competitors**

Binance

BlockFi, Inc.

Coinbase

Crypto.com

Gemini

Kraken

KuKoin

**Surety & Letters of Credit**

Lockton Insurance Brokers, LLC

Philadelphia Indemnity Insurance Company

RLI Insurance Co.

Sompo International

**Taxing Authority/Governmental/Regulatory Agencies**

Alaska Department of Commerce, Community, and Economic Development

Amber Eutsey

Anne Cappelli

Arizona Department of Insurance and Financial Institutions

Arkansas Securities Department

Aurora Fagan

Bahamas ACP Secretariat

Bahamas Agricultural & Industrial Corporation (BAIC)

Bahamas Bureau of Standards and Quality (BBSQ)

Bahamas Development Bank

Bahamas Electricity Corporation (BEC)

Bahamas Environment Science and Technology Commission (BEST)

Bahamas Investment Authority

Bahamas Trade Commission

Bahamasair Holding Ltd

Bank of The Bahamas

Bo Fears

Brandi Smith

Brock Jensen

Bryan Hsueh

Campbell McLaurin

Catherine Reyer

Central Bank of The Bahamas

Christopher German

Clifford Charland

Commodity Futures Trading Commission

Compliance Commission (Bahamas)

Corey Krebs

Craig Christensen

Cyprus Securities and Exchange Commission

Danielle Sassoon

David Berland

David Buchalter

David O'Brien

David Venerables

Delaware State Treasury

Department of Insurance and Financial Services

Department of Justice - Computer Crime and Intellectual Property Section

Department of Justice - National Crypto Currency Enforcement Team

Department of Justice - Southern District of New York

Department of Justice - US Attorney Southern District of Florida

Department of Labour (Bahamas)

Department of Local Government (Bahamas)

District of Columbia Department of Insurance, Securities and Banking

Drew Stillman

Dubai Virtual Assets Regulatory Authority

Dustin Physioc

Elizabeth Pendleton

Erin Wilk

Ethan McLaughlin

Financial Intelligence Unit (Bahamas)

FINMA SRO-Treuhand Suisee

Florida Office of Financial Regulation

Georgia Department of Banking and Finance

Gibraltar Financial Services Commission

Hawaii Department of Commerce and Consumer Affairs

Hong Kong Securities & Futures Commission

House Committee on Oversight and Reform

Idaho Department of Finance

Illinois Department of Financial and Professional Regulation

Ingrid White

Internal Revenue Service

Iowa Division of Banking

Iris Ikeda

Jack McClellan

James Westrin

Japan Financial Services Agency

Jason Gworek

Jay Kim

Jeanju Choi

Jeffrey Loimo

Jennifer Biretz

Jesse Moore

Jesse Saucillo

Jessica Peck

Jesus (/Jesse) Saucillo

Jonathan Misk

Jonathan Vruwink

Karyn Tierney

Kelley Reed

Kevin Webb

Kristen Anderson

Kristin Rice

Lucinda Fazio

Mark Largent

Maryland Department of Labor

Matthew Dyer

Michigan Department of Insurance and Financial Services

Ministry of Finance (Bahamas)

Ministry of Works and Utilities (Bahamas)

Monetary Authority of Singapore

Nebraska Department of Banking and Finance

New Jersey Department of Banking and Insurance

New York Department of Financial Services

Nicolas Roos

Nina Ruvinsky

North Carolina Department of Commerce

North Carolina Department of Justice

North Dakota Department of Financial Institutions

Office of Internal Audit (Bahamas)

Office of the Attorney General & Ministry of Legal Affairs (Bahamas)

Office of the Auditor General (Bahamas)

Office of the Data Protection Commissioner (Bahamas)

Office of the Prime Minister (Bahamas)

Ohio Department of Commerce

Ontario Securities Commission
Oregon Division of Financial Regulation
Patricia Straughn
Paul Balzano
Peter Frank
Peter Marton
Registrar Generals Department (Bahamas)
Rhode Island Department of Business Regulation Financial Services
Richard Childers
Samuel Fuller
Samuel Raymond
Sara Cabral
Secretary of State
Securities and Exchange Commission
Securities Commission of The Bahamas
South Dakota Division of Banking
State of Connecticut Department of Banking
Stephanie Ryals
Steven Buchholz
Supreme Court (Bahamas)
Tammy Seto
Texas Department of Banking
Thane Rehn
The Department of Inland Revenue (Bahamas)
The Foreign Account Tax Compliance Act (FATCA) (Bahamas)
The National Insurance Board
Tom Stevens
Treasury Department (Bahamas)
Utilities Regulation & Competition Authority (URCA) (Bahamas)
VAT Bahamas
Vermont Department of Financial Regulation
Virginia Bureau of Financial Institutions
Washington State Department of Financial Institutions
Zak Hingst

**U.S. Trustee Office**
Andrew R. Vara
Benjamin Hackman
Christine Green
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch

Timothy J. Fox, Jr.
**UCC Members**
Acaena Amoros Romero
Coincident Capital International, Ltd.
Epsilon Trading
GGC International Ltd.
Larry Qian
Octopus Information Ltd.
Pulsar Global Ltd.
Wincent Investment Fund PCC Ltd.
Wintermute Asia PTE. Ltd.
Zachary Bruch
**UCC Professionals**
Hunton Andrews Kurth LLP
**Utilities**
AT&T
Comcast
Comcast Business
Magic Jack
Ooma Inc.
Verizon Wireless
Wiline Networks, Inc.
**Vendors**
101 Second Street, Inc.
1Password
2000 CENTER STREET LLC
ABG Shaq LLC
Abundantia Creative Llp
ADAM
Adobe Systems Inc.
Aerobic Design LLC
Ai Safety Support Ltd
AIRBNB
Akin Gump Strauss Hauer & Feld LLP
Aliyun.com
Amazon
Amazon Web Services (AWS)
American Express
Amiba Consulting
Amplitude
Amwins
Anderson Kill LLP
Anderson Mori & Tomotsune (Japan)
Andy Fisher
Apple Inc.
Apple Search Ads
APPSFLYER INC|C-Corp
Armanino
Association for Digital Asset Management, Inc.
Atlassian Pty Ltd
Audio Kinetic
Auradine, Inc.
AVARA LABS CAYMAN HOLDINGS SEZC
Name On File
AWS
AYG Sales
Azora LLC
Bally Sports Sun

Baquet Pty Ltd
Barstool Sports, Inc
Basketball Properties Ltd
Bhouse USA LLC
BitGo
Bleacher Report - Warner Media
Blockchain Australia
BlockScore, Inc.
Bloomberg
Boca FIA Conference
Bond Collective
Brasil Motorsport
Braze
Brex Credit Card
Brinc Drones
BSO Network Solutions Ltd
BTIG
Bullish Studios
Burgopak
CAA Sports - Shohei Ohtani
CAF America
Canopy Labs
Canopy RE, Inc
Center for Applied Rationality
Chainalysis Inc.
Chartwell
CHICAGO MERCANTILE EXCHANGE INC.
Cloudflare Inc
Coachella
Coindesk
CoinMara SAFE
COJO Strategies
Colormatics
Commercial Loan Clearing
Conaway Graves Group
Conde Nast
Congressional Leadership Fund
Corporate & Trust Services
Creators Agency LLC
Crypto Council for Innovation
CSL MOBILE LIMITED  HONG KONG
Dara Studios
DATADOG, INC.
Deacons Lawyers
Denstu McGarry Bowen
Dentsu X
Diablo Holdings - 2000 Center
Digital Finance Group Co.
DJ Bam LLC - Sunjay Matthews
Dlocal LLP
DLT Climate Tech, Inc.
Done Deal Promotions
Door Dash
DoorDash US
Dotdash
Drawn Sword Limited
Duane Morris LLP
E3 Technology, Inc.

Elite Protection LLC
Elwood
Emerson Estate
Emerson Land Company
Emondo design, vl. Ivana Milicic.
Epik Holdings Inc
Equinix
Equinix - JPY
Equinix INC
Equinox Group LLC
Equity and Transformation
Eventus Systems, Inc.
EVERYWHERE WIRE
Excel Sports Management
Facebook/Meta
FACTORY PR LLC
Fast Forward
Federal Trade Commission FTC
FEDEX
Fenwick & West
Fenwick & West - FTX Trading Ltd
Fenwick & West - FTX US
Flatiron Labs, Inc.
Florida International University Foundation
Flutterwave
Food Panda
FOX BROADCASTING COMPANY
Fox Sports
FULL COURT PRESS COMMUNICATIONS, INC
Fullstory
Functional Software Inc, dba Sentry
Furia ESports LLC
Futures Industry Association
GameStop
GB Solutions - Geoff Bough
Gibson, Dunn & Crutcher LLP
GitHub
Glushon Sports Management
GoDaddy
Golden State Warriors
Golden State Warriors Community Foundation
Goldfinger
Google
Google Cloud Platform
Grafit Studios - Roman Tulinov Pe
Grafted Growth
Grand Prix Tickets
Group One Holdings
Gusto
HashPort Inc.
Name On File
Herman Miller Design
Hogan Lovells International LLP
Honeycomb
Hotels.com
I2C In.
ICC
IFS Markets

IKOABD LLC
Inca Digital, Inc
INCO, LLC
India Strategic Partnership Inc.
Insight Direct USA Inc
insight software CO
Investing Made Simple
Invisible North
ipower
Isbl International Specialty Brokers Limited
Jetstream Partners Limited
JLL Law Firm
Name On File
Jorge Luis Lopez Law Firm
Jumio Corporation
Justworks
Kandji
Katten Muchin Rosenman LLP
Kevin Haeberle
Kim & Chang
King and Wood Mallesons (HK)
Latham & Watkins LLP
Learfield
Ledger & Cobie Enterprises dba UpOnly
LedgerX LLC
Leo Trippi SA
Name On File
Lexis Nexis
Liftoff Mobile, Inc.
Light the Way - The Campaign for Berkeley
Limit Break
Lincoln Place Inc.
Lockton Insurance Brokers, LLC
Looker (Google LLC)
Lorem Ipsum - AP
Lowenstein Sandler LLP
Lunch Money Group Inc - Anthony Pompliano
M Group
Maerki Baumann Und Co.
Mammoth Media, Inc.
Max Maher Show LLC
Maxlaw Global
Mayfield XV
McCarthy Tetrault
McGarry Bowen, LLC
Medium Rare Live
Mercedes-Benz Grand Prix Limited
Message Global
Meta Platforms, Inc.
MG Trust
Miami Dade County
Miami Heat Limited Partnership
Name On File
MicroLedgers
Microsoft
Microsoft Advertising
Microsoft Online Inc
MLB Advanced Media

Name On File
Monumental Sports and Entertainment Foundation
Moon Overlord
Mooncolony Ltd
Morgan Lewis
Morrison and Foerster LLP
MPG Live
NA League of Legends Championship Series LLC
Naomi Osaka
nCipher Security
Name On File
Neodyme
Nerd St. Gamers
New Revolution Media
Nifty Metaverse Inc
Nishith Desai Associates
NJ Scholars
NP Digital
NYSE
Office Revolution
OIC of South Florida
O'Leary Productions Inc.
One Workplace L. Ferrari
Open Fortune - Fortune Media
OPUS Partners Co. Ltd
Orrick, Herrington & Sutcliffe LLP
Osaka Exchange
Osler, Hoskin & Harcourt LLP
OtterSec LLC
PCCW Netvigator Now
Perkins Coie LLP
Pickle Software LLC
Piper Alderman Law
Plaid Financial Ltd.
Play Magnus AS
Playground Ventures
Playup Limited
Pomp Podcast - Lunch Money Group
Pricewater House Coopers LLP
Prime Trust LLC
Print Run Promotions LTD
Printfection
ProCo Global, Inc. d/b/a Chartwell Compliance
PSYOP Productions LLC
PWC - S.A. Evangelou and Co LLC
QReg Advisory Limited
Quicknode
Quinn Emanuel Urquhart & Sullivan, LLP
R&G UK Limited
Rational 360
Raybloch
Reddit
Redmond Construction Group
Refactor Capital
Refinitiv
Refinitiv US, LLC
Revolut Ltd
Rich Feuer Anderson

Rippling
Rivers & Moorehead PLLC
Robert Lee & Associates, LLP
Roku
Name On File
Ruin the Game Events
Ryan Salame
SafetyPay
Saigon Dragon Studios
Salameda Capital LTD
Name On File
SALT Venture Group LLC
Sardine Ai
Sc30 Inc.
Scratchy Productions, Inc.
Sentry
Sequor Trends Limited|Foreign Vendor
Serendipity Consulting
Shadow Lion
Sidley Austin LLP
Sierra Wireless
Signature Bank
Siimpl - Firesight Technologies
Silver Miller
Skadden, Arps, Slate, Meagher & Flom LLP
Skyline Construction
Slack Technologies, Inc
Snap Inc
Sol Stores
Solana Spaces
Solidus Labs
Spiralyze LLC
SSB Trust
Stanford Law School
Stripe, Inc.
Sullivan & Cromwell LLP
Swift Media Entertainment - TSM FTX
Swift Media Entertainment Inc.
TagNitecrest Ltd
Takashi Hidaka
Takedown Media
Talent Resources Sports
TaxBit
Teknos Associates LLC
Tevora
The Block Crypto
The Drop Media
The Drop NFT Media, Inc
The Executive Centre
The Executive Centre Singapore Pte Ltd
THE GOODLY INSTITUTE
The Metropolitan Museum of Art
The Working Policy Project
Thirdverse, Co, Ltd
TigerWit
TikTok
Time Magazine
Time Magazine UK LTD

Name On File
Name On File
TL International
TONGLE X LLC
Top Drawer Merch
TOP Worldwide, LLC
TransPerfect (Chancery Staffing)
Treasury Forfeiture Fund
Tribe Payments Ltd
Trident
TriNet
Trip Actions, Inc.
Triton One Limited
TRM Labs, Inc.
Turner Digital AD Sales (INC)
Twilio
Twitter
Two More Glasses
UBS Financial Services Inc
UJH Enterprise, Inc
Underground Creative
United Healthcare
USI
Valuz LLP
VARA
Name On File
VKR Insights
Wasserman
Wasserman - Operating
Wasserman Client Trust
We Are One World
Weekly Open
West Realm Shires Services Inc
West Realm Shires, Inc. WRS
WH Sports
Wifi Bread
William Trevor Lawrence dba MMBOC, LLC
Willkie Farr & Gallagher LLP
WME Entertainment
Wondros
W-SF Goldfinger Owner VIII, LLC
XReg Consulting- GBP
Name On File

Parties Filing Notices of Appearance
Gabriel Recchia
Massachusetts Department of Revenue
Ikigai Opportunities Master Fund, Ltd.
Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd –
Missouri Department of Revenue
Lightspeed Strategic Partners I L.P.
Lightspeed Opportunity Fund, L.P.

Joint Provisional Liquidators
Angela Barkhouse, of Quantuma (Cayman) Ltd
Toni Shukla, of Quantuma (BVI) Ltd

# APPENDIX A-2

## Searched Parties List[1]

| Debtor | |
|---|---|
| Emergent Fidelity Technologies Ltd | |
| **Joint Provisional Liquidators ("JPLs") of the Debtor** | |
| Angela Barkhouse | Toni Shukla |
| **Debtor's Proposed Professional(s) in United States** | |
| Morgan, Lewis & Bockius LLP | |
| **Debtor's / JPLs' Professionals in Antigua** | |
| Forbes Hare | Lake, Kentish & Bennett Inc. |
| Essex Court Chambers | Mourant |
| Quantuma (Cayman) Limited | |
| **FTX Chapter 11 Debtors' Professionals** | |
| Sullivan & Cromwell LLP | Kroll Restructuring Administration LLC |
| Landis Rath & Cobb LLP | Owl Hill Advisory, LLC |
| John J. Ray III | RLKS Executive Solutions LLC |
| Ernst & Young LLP | Alvarez & Marsal North America, LLC |
| AlixPartners, LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| Perella Weinberg Partners LP | |
| **Secured Lender(s)** | |
| Fulcrum Distressed Partners Limited | |
| **Equity Holders** | |
| Samuel Bankman-Fried | Zixiao "Gary" Wang |
| **Other Parties in Interest** | |
| Caroline Ellison | Robinhood Markets, Inc. |
| Alameda Aus Pty Ltd | FTX Trading GmbH |
| Alameda Global Services Ltd. | FTX Trading Ltd |
| Alameda Research (Bahamas) Ltd | FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET |
| Alameda Research Holdings Inc. | FTX US Services, Inc. |
| Alameda Research KK | FTX US Trading, Inc |
| Alameda Research LLC | FTX Ventures Ltd |
| Alameda Research Ltd | FTX Zuma Ltd |
| Alameda Research Pte Ltd | GG Trading Terminal Ltd |
| Alameda Research Yankari Ltd | Global Compass Dynamics Ltd. |
| Alameda TR Ltd | Good Luck Games, LLC |
| Alameda TR Systems S. de R. L. | Goodman Investments Ltd. |
| Allston Way Ltd | Hannam Group Inc |
| Analisya Pte Ltd | Hawaii Digital Assets Inc. |
| Atlantis Technology Ltd. | Hilltop Technology Services LLC |

[1] The list (and the categories contained herein) is for the purpose of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.

| | |
|---|---|
| Bancroft Way Ltd | Hive Empire Trading Pty Ltd |
| Blockfolio, Inc. | Innovatia Ltd |
| Blue Ridge Ltd | Island Bay Ventures Inc |
| Cardinal Ventures Ltd | Killarney Lake Investments Ltd |
| Cedar Bay Ltd | Ledger Holdings Inc. |
| Cedar Grove Technology Services, Ltd | LedgerPrime Bitcoin Yield Enhancement Fund, LLC |
| Clifton Bay Investments LLC | LedgerPrime Bitcoin Yield Enhancement Master Fund LP |
| Clifton Bay Investments Ltd | LedgerPrime Digital Asset Opportunities Fund, LLC |
| Cottonwood Grove Ltd | LedgerPrime Digital Asset Opportunities Master Fund LP |
| Cottonwood Technologies Ltd. | Ledger Prime LLC |
| Crypto Bahamas LLC | LedgerPrime Ventures, LP |
| DAAG Trading, DMCC | Liquid Financial USA Inc. |
| Deck Technologies Holdings LLC | LiquidEX LLC |
| Deck Technologies Inc. | Liquid Securities Singapore Pte Ltd |
| Deep Creek Ltd | LT Baskets Ltd. |
| Digital Custody Inc. | Maclaurin Investments Ltd. |
| Euclid Way Ltd | Mangrove Cay Ltd |
| FTX (Gibraltar) Ltd | North Dimension Inc |
| FTX Canada Inc | North Dimension Ltd |
| FTX Certificates GmbH | North Wireless Dimension Inc |
| FTX Crypto Services Ltd. | Paper Bird Inc |
| FTX Digital Assets LLC | Pioneer Street Inc. |
| FTX Digital Holdings (Singapore) Pte Ltd | Quoine India Pte Ltd |
| FTX EMEA Ltd. | Quoine Pte Ltd |
| FTX Equity Record Holdings Ltd | Quoine Vietnam Co. Ltd |
| FTX EU Ltd. | SNG INVESTMENTS YATIRIM VE DANIŞMANLIK ANONİM ŞİRKETİ |
| FTX Europe AG | Strategy Ark Collective Ltd. |
| FTX Exchange FZE | Technology Services Bahamas Limited |
| FTX Hong Kong Ltd | Verdant Canyon Capital LLC |
| FTX Japan Holdings K.K. | West Innovative Barista Ltd. |
| FTX Japan K.K. | West Realm Shires Financial Services Inc. |
| FTX Japan Services KK | West Realm Shires Inc. |
| FTX Lend Inc. | West Realm Shires Services Inc. |
| FTX Marketplace, Inc. | Western Concord Enterprises Ltd. |
| FTX Products (Singapore) Pte Ltd | Zubr Exchange Ltd |
| FTX Property Holdings Ltd | FTX Digital Markets Ltd. |
| FTX Services Solutions Ltd. | |
| FTX Structured Products AG | |
| FTX Switzerland GmbH | |

| Broker | |
|---|---|
| Marex Capital Markets, Inc. (f/k/a ED&F Man Capital Markets, Inc.) | |
| **Litigation Counterparties** | |
| BlockFi Inc. | BlockFi International LLC |
| BlockFi Lending LLC | |
| **Top 20 Creditors** **(Excluding Duplicates In Other Categories)** | |
| Hazoor Digital Assets Fund, LP | Yonatan Ben Shimon |
| **Federal Attorneys General** | |
| U.S. Attorney's Office District of Delaware – Civil Division | U.S. Department of Justice – Civil Division Commercial Litigation Branch |
| **U.S. Trustee's Office – Region 3 (Delaware Division)** | |
| Joseph McMahon | Jane Leamy |
| Linda Casey | Hannah M. McCollum |
| Denis Cooke | Michael Panacio |
| Joseph Cudia | Linda Richenderfer |
| Timothy J. Fox, Jr. | Juliet Sarkessian |
| Benjamin Hackman | Richard Schepacarter |
| Andrew Vera | Rosa Sierra-Fox |
| Holly Dice | James O'Malley |
| Nyanquoi Jones | |
| **U.S. Bankruptcy Court Judges for the District of Delaware** | |
| Chief Judge Laurie Selber Silverstein | Judge J. Kate Stickles |
| Judge John T. Dorsey | Judge Mary F. Walrath |
| Judge Craig T. Goldblatt | Judge Ashely M. Chan |
| Judge Karen B. Owens | Judge Brendan L. Shannon |

# APPENDIX B

**LIST OF IDENTIFIED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED[1] GODFREY & KAHN, S.C. IN MATTERS WHOLLY UNRELATED TO THE DEBTORS OR THESE CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
| --- | --- | --- |
| Akin Gump Strauss Hauer & Feld, LLP | Vendor | Akin Gump Strauss Hauer & Feld, LLP is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Altimeter Growth Partners Fund VI, L.P. | Investments/Acquisitions | Several Godfrey & Kahn trust clients are passive investors in Altimeter Growth Partners Fund VI, L.P. |
| Alvarez & Marsal, North America LLC | Bankruptcy Professional | Alvarez & Marsal, North America LLC is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. |
| Anderson Kill LLP | Vendor | Anderson Kill LLP is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Celsius Network LLC | Other Significant Creditors | Godfrey & Kahn represents the Fee Examiner in the Chapter 11 proceeding of Celsius Network and affiliates pending in the Southern District of New York. |
| Covington & Burling LLP | Ordinary Course Professionals | Godfrey & Kahn served as local counsel to Covington and Burling in a Wisconsin appellate matter unrelated to these cases. |
| Duane Morris, LLP | Vendor | Godfrey & Kahn has previously served as local counsel to Duane Morris, LLP in Wisconsin litigation matters unrelated to these cases. |
| Elementus | Investment/Acquisition | Elementus, Inc.is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents the Fee Examiner. |

---

[1] Only client relationships for which there has been any work performed since January, 2021 are included in this Appendix.

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
|---|---|---|
| Ernst & Young LLP | Bankruptcy Professional | Ernst & Young LLP is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. Ernst and Young previously served as a financial advisor to a Wisconsin manufacturing client in a completed transaction on which Godfrey & Kahn served as lead transaction counsel. |
| Fenwick & West | Ordinary Course Professional Vendor | Godfrey & Kahn previously served as local counsel to Fenwick & West LLP in a Wisconsin litigation matter unrelated to these cases. |
| Forbes Hare | Debtor's [Emergent Fidelity Technologies]/JPL's Professionals in Antigua | Forbes Hare serves as local counsel for Godfrey & Kahn in transactional matters unrelated to these cases. |
| FTI Consulting, Inc. | Bankruptcy Professional Contract Counter-Party | Godfrey & Kahn occasionally engages FTI or an affiliate as a service provider on behalf of Godfrey & Kahn clients in connection with data privacy matters. |
| Google Google Cloud Platform | Vendor | Godfrey & Kahn represents a Google, LLC affiliate in corporate matters unrelated to these cases. |
| Holland & Knight, LLP | Joint Provisional Liquidator | Godfrey & Kahn has served as co-counsel with Holland & Knight in corporate, real estate, and litigation matters unrelated to these cases. |
| HSBC Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Godfrey & Kahn previously represented an HSBC Bank affiliate in a Wisconsin litigation matter unrelated to these cases |
| King & Spalding, LLC | Ordinary Course Professional | King & Spalding, LLC is a retained professional in another insolvency matter in which Godfrey & Kahn represents the Fee Examiner. Godfrey & Kahn serves as local counsel with King & Spalding in Wisconsin litigation matters unrelated to these cases. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
| --- | --- | --- |
| Kroll Restructuring Administration | Bankruptcy Professional | Kroll Advisory Ltd. is a retained professional in another insolvency matter in which Godfrey & Kahn represents the Fee Examiner. Godfrey & Kahn occasionally engages Kroll or an affiliate as a service provider on behalf of Godfrey & Kahn clients in connection with data privacy matters. |
| Latham & Watkins LLP | Ordinary Course Professional<br><br>Vendor | Latham & Watkins is a retained professional in several other bankruptcy matters in which Godfrey & Kahn represents a Fee Examiner. Godfrey & Kahn serves as co-counsel with Latham & Watkins on a Wisconsin receivership and litigation matter unrelated to these bankruptcy cases. |
| Morrison and Foerster LLP | Vendor | Godfrey & Kahn serves as local counsel with Morrison and Foerster in a Wisconsin litigation matter unrelated to these cases and previously served as local counsel with Morrison and Foerster in a Wisconsin litigation matter unrelated to these cases. |
| Orrick, Herrington & Sutcliffe LLP | Vendor | Godfrey & Kahn previously served as local counsel with Orrick in a Wisconsin litigation matter unrelated to these cases. |
| Paul Hastings LLP | Bankruptcy Professional | Paul Hastings is a retained professional in another insolvency matter in which Godfrey & Kahn represents a Fee Examiner. |
| Perella Weinberg Partners | Bankruptcy Professional | Perella Weinberg Partners is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Perkins Coie LLP | Vendor | Godfrey & Kahn serves as co-counsel with Perkins Coie in litigation matters unrelated to these cases. |
| QBE Insurance Corporation | Insurance | Godfrey & Kahn serves as counsel to QBE in Wisconsin litigation matters unrelated to these cases. |

| INTERESTED PARTY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO GODFREY & KAHN |
| --- | --- | --- |
| Quinn Emanuel Urquhart & Sullivan LLP | Bankruptcy Professional | Godfrey & Kahn previously served as co-counsel with Quinn Emanuel on a Wisconsin litigation matter unrelated to these cases. |
| Sentry | Vendor | Godfrey & Kahn represents Sentry Insurance Company and affiliates in transactional matters unrelated to these cases. |
| Sidley Austin LLP | Vendor | Godfrey & Kahn serves as local counsel with Sidley Austin in Wisconsin litigation matters unrelated to these cases. |
| Sullivan & Cromwell LLP | Bankruptcy Professional | Godfrey & Kahn previously served as local counsel to Sullivan & Cromwell on a Wisconsin class action litigation matter unrelated to these cases. |
| Wells Fargo | Banks/Lender/UCC Lien Parties/Administrative Agents | Godfrey & Kahn represents Wells Fargo Bank, N.A. in business and litigation matters unrelated to these cases. |
| White & Case LLP | Joint Provisional Liquidator | White & Case is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Willkie Farr & Gallagher LLP | Vendor | Willkie Farr is a retained professional in another bankruptcy matter in which Godfrey & Kahn represents a Fee Examiner. |
| Young Conaway | Bankruptcy Professional | Young Conaway is a retained professional in other bankruptcy matters in which Godfrey & Kahn represents Fee Examiners.  Young Conaway previously served as local counsel to Godfrey & Kahn in an intellectual property litigation matter unrelated to these cases. |

# APPENDIX C



ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719

TEL · 608.257.3911  FAX · 608.257.0609

www · GKLAW.COM

Direct: 608-284-2251
mhancock@gklaw.com

March 9, 2023

Katherine Stadler
Fee Examiner/FTX Trading Ltd.
1 E. Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719

Dear Ms. Stadler:

We are pleased to have the opportunity to represent you in connection with your March 8, 2023 appointment as Fee Examiner in the FTX Trading Ltd. et al. bankruptcy cases, jointly administered in the United States Bankruptcy Court for the District of Delaware, Case No. 22-11068 (the "FTX Fee Examiner Engagement"). We look forward to working with you and are confident we can provide you with valuable services that will help you accomplish your goals as Fee Examiner.

Our client will be you, Katherine Stadler, solely in your capacity as the Fee Examiner in the FTX Fee Examiner Engagement, and no other person or entity. Please refer to the attached "Information for G&K Clients" for more information regarding the scope of our engagement, as well as other important information with respect to your retention of our Firm.

While I will have primary initial responsibility for your representation, we will utilize other attorneys and paralegals in the office as appropriate. This letter provides the basis for the fees we will charge in the course of your representation.

Our basic philosophy in each case is to charge that amount which we believe to be most appropriate and reasonable under all of the circumstances. Our starting point is ordinarily the time spent on the matter involved, based on our regular hourly billing rates in effect. Currently, our hourly rates range from $425.00 to $795.00 for attorneys and from $325.00 to $375.00 for paralegals. The hourly rate for each individual depends on various factors, including their skill and experience and the particular area of law in which they concentrate. For timekeepers we expect *may* work on this matter, current hourly rates are:

Katherine Stadler
March 9, 2023
Page 2

| Timekeeper Name | Timekeeper Title | 2023 Hourly Rate |
|---|---|---|
| Andrew Dalton | Data Analyst | $695.00[1] |
| Erin West | Bankruptcy Shareholder | $640.00 |
| Mark Hancock | Litigation Shareholder | $640.00 |
| Carla Andres | Bankruptcy Special Counsel | $680.00 |
| Leah Viola | Bankruptcy Special Counsel | $550.00 |
| Nicholas Hahn | Bankruptcy Associate | $535.00 |
| Crystal Abbey | Bankruptcy Associate | $535.00 |
| Deborah Machalow | Litigation Associate | $535.00 |
| Julia Karajeh | Corporate Associate | $425.00 |
| Aashey Patel | Corporate Associate | $425.00 |
| Ryan Larson | Bankruptcy Associate | $425.00 |
| Kathleen Boucher | Paralegal | $375.00 |
| Erin Lewerenz | Paralegal | $325.00 |

We will not raise the rates disclosed here without first seeking your approval and notifying the court and interested parties in advance of any rate adjustment. Payment will be due from the Debtors pursuant to the terms of the interim compensation order in the FTX proceeding.

In addition, you may be billed for certain other charges and expenses associated with the legal services we provide such as, for example, database support services, reproduction costs, filing fees, travel expenses, and other such items.

Complete details on the scope of our engagement will be set forth in our application for employment, to be filed with the bankruptcy court. In the event of any conflict between terms of this letter and any court order authorizing the retention, the court order will govern.

We look forward to working with you.

Very truly yours,

GODFREY & KAHN, S.C.

Mark W. Hancock

---

[1] Mr. Dalton's hourly rate has been discounted from $720 in recognition of the U.S. Trustee's request to reduce your Fee Examiner rate to that level.

## <u>INFORMATION FOR G&K CLIENTS</u>

The following terms and conditions govern all matters on which we represent you, notwithstanding any general terms or guidelines you may send to us, unless we have expressly agreed otherwise in writing. These terms and conditions are subject to revision from time to time.

Our engagement and these terms and conditions are governed by the internal laws of the State of Wisconsin, and our professional responsibilities by the Rules of Professional Conduct for Attorneys in Wisconsin (the "Rules").

### Confidentiality

We owe all clients a duty to preserve confidential information obtained during the course of our representation and will do everything we can to prevent disclosure of such information, while the representation lasts and thereafter. In order to help us preserve your confidences and privileges, you agree to exercise care both in selecting and transmitting information to us and in safeguarding information you may receive from us.

At the same time, just as no other client has a right to your confidential information in our possession even if it might prove useful to them, you acknowledge that you have no right to any confidence of any other client in our possession, even though it might be useful to you. You also acknowledge that our inability to disclose such information does not in and of itself constitute a conflict of interest.

On the other hand, we find that most clients have no objection if we publicly acknowledge that we represent them and describe the general subject matter of our representation. Accordingly, unless you specifically advise us to the contrary, we will assume that you have no objection if, from time to time, we use your name and a brief description of the sort of non-confidential work we do for you in preparing marketing materials, making presentations to other clients, filling out surveys, and the like.

### Digitization; Use of the "Cloud"

You agree that, unless you specifically direct us to the contrary, we may convert paper documents to digital form, rely on the electronic version of those documents, and dispose of the paper versions as we deem practical and appropriate, all without notice. Moreover, you acknowledge and agree that, unless you specifically direct us to the contrary, we may utilize third party providers and/or computer servers not owned by us to store, organize, and retrieve your information as long as the provider is reputable and we otherwise take reasonable steps to ensure that the confidentiality of your information is preserved.

### Electronic Communications

It is likely that during the course of this engagement both you and the Firm will use electronic devices and Internet services to communicate and to send or make available documents which may not be encrypted. Although this involves some degree of risk that third

parties may intercept confidential communications, we believe and you agree that the benefits of communicating in this manner outweigh the risk. We have and will continue to adopt and upgrade systems, policies and practices designed to make our electronic communications with you reasonably secure, and trust that you will refrain from using insecure means when communicating with us. If you have any special data security needs, policies or concerns, please let us know.

### Contents of Files; Ownership, Retention and Disposal

After any particular matter has been concluded and/or representation of you has been terminated, we will return personal property and original documents to you, dispose of materials in the file whose preservation we deem unnecessary, convert remaining paper documents to digital form where practical and appropriate, and assign to the file a "Retention Period" of a length deemed reasonable for the general subject matter of the representation. We will store the file during the Retention Period, after which we will destroy it unless you have previously requested its return. We will try to give you prior notice at both stages, but in order to do so we ask that you keep our Central File Manager updated with any changes in your address.

You understand and agree that certain documents and records placed in such files are the property of the Firm, such as records relating to matter intake, conflict checks and other administrative matters; internal lawyer's work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports; and purely internal communications. These documents may be retained, transformed, or discarded at our discretion.

### In-Firm Privilege

From time to time in our practice issues arise that raise questions as to our duties under the Rules that apply to lawyers. These questions might relate to, for example, conflicts of interest, attorney-client privilege or confidentiality, or even the adequacy of our representation. If and when such issues arise, we ordinarily seek the advice of our General Counsel and Loss Prevention Partner. We believe that it is in our interest as well yours that we receive the benefit of unfettered legal analysis of our obligations. Accordingly, as a condition of our representation, you acknowledge and agree that consultations between our Firm personnel handling your matter and our Firm counsel (or, if we choose, outside counsel) are privileged.

### Termination of Engagement

Subject to the terms of any court order authorizing the Firm's engagement, either you or we may terminate the engagement at any time for any reason, by written or electronic notice, and subject on our part to certain limitations and conditions imposed by the Rules. If permission for withdrawal is required by a court, we will promptly apply for such permission, and you will be obligated to promptly engage successor counsel. Termination of representation will not relieve any party responsible to pay fees and expenses incurred before termination or in the process of terminating or transferring the matter.

### Conclusion of Representation; Post Engagement Matters

Our Firm is engaged to provide legal services in connection with specific transactions or matters. Unless previously terminated, our representation of you will terminate upon our

sending our final statement for services rendered in the matter involved, notwithstanding our retention of your file.  After completion of a transaction or matter, changes may occur in the factual circumstances or in the applicable laws or regulations that could have an impact upon your future rights and liabilities.  Unless we are specifically engaged after completion of the transaction or matter to provide additional advice or services on issues arising from the transaction or matter, our Firm has no continuing obligation to advise you with respect to future legal developments.  If you later retain us, our attorney-client relationship will be renewed as of that date.

### Service Corporation

Godfrey & Kahn, S.C. is organized as a service corporation under the Wisconsin Business Corporation Law.  Shareholders of corporations, including shareholders of service corporations, generally are not personally responsible for the liabilities and obligations of the corporation.  Accordingly, while each Godfrey & Kahn shareholder is individually responsible for all of his or her own work for clients, our shareholders are not personally liable for the acts of our other lawyers unless they were supervising the work in question.

26732472.1