# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: April 10, 2023, at 4:00 p.m. ET |
| | Hearing Date: April 12, 2023, at 1:00 p.m. ET |

## NOTICE OF HEARING ON APPLICATION OF FEE EXAMINER FOR AUTHORIZATION TO EMPLOY AND RETAIN GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER, EFFECTIVE AS OF FEBRUARY 17, 2023

On March 20, 2023, the Fee Examiner appointed in these proceedings filed the *Application of Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Examiner, Effective as of February 17, 2023* (the "Motion").

Objections, if any, to the relief requested must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned counsel so as to be received on or before **April 10, 2023 at 4:00 p.m. E.T.**

A HEARING ON THE MOTION WILL BE HELD ON **APRIL 12, 2023 AT 1:00 P.M. E.T.** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  March 20, 2023.

By:    */s/ Mark W. Hancock*
      Mark W. Hancock *(Pro Hac Vice Pending)*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Mark W. Hancock (*Pro Hac Vice* Pending)

*Proposed Counsel to the Fee Examiner*