**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., et al.,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 1085, 1086 &** |
|  |  | **1097** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 16, 2023, I caused to be served the:

   a. "Second Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 Through January 31, 2023," dated March 16, 2023 [Docket No. 1085],

   b. "Second Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 Through January 31, 2023," dated March 16, 2023 [Docket No. 1086], and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

    c.   "Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1, 2023 Through January 31, 2023," dated March 16, 2023 [Docket No. 1097],

by causing true and correct copies to be:

    i.   enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    ii.   delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
20th day of March, 2023
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2025

**EXHIBIT A**

FTX TRADING LTD., *et al.*,1
Case No. 22-11068
First Class Mail Recipient


U.S. TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET, SUITE 2207
WILMINGTON, DELAWARE 19801

Page 1 of 1

**EXHIBIT B**

FTX TRADING LTD., et al. Case No. 22-11068 (JTD)

Electronic Mail Service List

| Name | Email |
|------|-------|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com |
| Landis Rath & Cobb LLP | brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com |
| Paul Hastings LLP | erezgilad@paulhastings.com |
| Paul Hastings LLP | gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com |
| Young Conaway Stargatt & Taylor, LLP | rpoppiti@ycst.com |
| U.S. Trustee | juliet.m.sarkessian@usdoj.gov |