**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF FTI CONSULTING, INC. IN CONNECTION WITH THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FTX TRADING LTD., *ET AL.***

Pursuant to 28 U.S.C. § 1746, I, Matthew Diaz, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, ("**FTI**")), an international consulting firm.

2. I submit this declaration pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to supplement prior declarations that were submitted in connection with FTI's retention in these Chapter 11 cases.

3. On February 15, 2023, this Court entered an order authorizing the Official Committee of Unsecured Creditors' (the "**Committee**") retention of FTI, as financial advisor to the Committee (the "**Retention Order**") [Docket No. 730], for the specific purposes detailed in FTI's retention application filed on January 11, 2023 (the "**Application**") [Docket No. 481].

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30212993.1

4. As set forth in the Application, FTI's customary hourly rates are subject to periodic adjustment. *See* Application ¶ 17.

5. Effective April 1, 2023, FTI's billing rates for professionals anticipated to be assigned to these cases shall range as follows: (i) $1,125 to $1,725 for senior managing directors, (ii) $809 to $1,300 for directors, senior directors, and managing directors, (iii) $440 to $805 for consultants and senior consultants, and (iv) $175 to $325 for administrative and paraprofessionals. These rates continue to be subject to periodic adjustment.   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 22, 2023                                                 FTI CONSULTING, INC.

By: */s/ Matthew Diaz*  
Matthew Diaz  
1166 Ave of the Americas, 15th Floor  
New York, NY 10036  
Telephone: 212-499-3611  
E-mail: matt.diaz@fticonsulting.com  

Financial Advisors to the Official Committee of Unsecured Creditors of FTX Trading Ltd., *et al.*