IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Ref. No. \_\_\_\_ |

**ORDER GRANTING MOTION OF
THE UNITED STATES TRUSTEE TO CERTIFY DIRECT APPEAL
TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)**

Upon consideration of the Motion of the United States Trustee to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) (the "Motion to Certify"), and any objections and responses thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having entered its *Order Denying Motion for the Appointment of an Examiner*, dated February 21, 2023 [D.I. 746] ("*Examiner Order*"); and the Court having found that the *Examiner Order* involves a question of law as to which there is no controlling decision of the United States Court of Appeals for the Third Circuit or of the Supreme Court of the United States, involves a matter of public importance, and involves a question requiring resolution of conflicting decisions; and the Court having concluded that direct review of the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Examiner Order* is warranted under 28 U.S.C. § 158(d)(2)(A); it is hereby ORDERED as follows:

1. The Motion to Certify is GRANTED, and all objections thereto are overruled.

2. Pursuant to 28 U.S.C. § 158(d)(2)(A), the *Examiner Order*, attached as Exhibit A to this Order, is certified for direct appeal to the United States Court of Appeals for the Third Circuit.

Dated: _____    _____
    Wilmington, Delaware        The Honorable John T. Dorsey
                                United States Bankruptcy Judge