IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| | : | Chapter 11 |
| *In re* | : | |
| | : | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Ref. No. ____ |
| | : | |

**ORDER GRANTING MOTION FOR ENTRY OF
AN ORDER SHORTENING THE TIME FOR MOTION OF
THE UNITED STATES TRUSTEE TO CERTIFY DIRECT APPEAL
TO THE COURT OF APPEALS UNDER 28 U.S.C. § 158(d)**

Upon consideration of the motion of the United States Trustee for entry of an order shortening the time (the "Motion to Shorten") for the Court to consider the Motion of the United States Trustee to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d), Doc. 1142 (the "Motion to Certify"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-l(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED with respect to the Motion to Certify.

2. The Motion to Certify shall be heard on _____, 2023 at ___:00 __.m. (ET).

3. Objections to the relief requested in the Motion to Certify, if any, shall be filed on or before 4:00 p.m. (ET) on _____, 2023.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.

Dated: _____     _____
      Wilmington, Delaware                    The Honorable John T. Dorsey
                                                   United States Bankruptcy Judge