

## United States Bankruptcy Court
## District of Delaware

In re FTX Trading et al  

Case No. 22-11068

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **Arceau 507 II LLC** |
| Address on File | 4 Lakeside Drive, Chobham Lakes Woking, Surrey, United Kingdom GU24 8BD<br>michael@arceaucapital.com |

**Proof of Claim #**   1246

**Transferred Claim Amount**   $173,856.30

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Michael Bottjer*
8B7AF248965F43C...

Transferee

03/23/2023

Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.