# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
|  | Obj. Deadline: April 7, 2023 at 4:00 p.m. (ET) |

### NOTICE OF FILING OF MONTHLY STAFFING REPORT AND COMPENSATION REPORT BY RLKS EXECUTIVE SOLUTIONS LLC FOR THE PERIOD FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

**PLEASE TAKE NOTICE** that on January 9, 2023, the Court entered the *Order Granting Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of RLKS Executive Solutions LLC and (II) Designating the Chief Officers as Officers of the Debtors* Nunc Pro Tunc *to November 15, 2022* [D.I. 437] (the "Retention Order"),[2] approving, among other things, the retention and employment of RLKS Executive Solutions LLC ("RLKS").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 2(d) and 2(e) of the Retention Order, attached hereto as Exhibit A is RLKS's staffing and compensation report (the "Report") for the period of February 1, 2023 through February 28, 2023 (the "Reporting Period"). The Report includes (i) the names and functions engaged by the RLKS's professionals who provided services to the Debtors during the Reporting Period and (ii)

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Motion.

a summary of the services provided, the compensation earned and itemized expenses incurred by RLKS during the Reporting Period.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Report shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware and shall be filed with the Court in accordance with the customary practices of the Court. Objections must be filed and served on counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Alexa J. Kranzley; kranzleya@sullcrom.com) and Landis Rath & Cobb LLP, 919 Market Street, Wilmington, Delaware 19801 (Kimberly A. Brown; brown@lrclaw.com), so as to be received no later than **4:00 p.m. ET** on **April 7, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Retention Order, if no Objection to the Report is filed and served by the Objection Deadline, the Debtors may promptly pay all requested compensation and expenses.

Dated:  March 24, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT A

## RLKS Executive Solutions LLC

### Summary of Staffing and Functions – FTX Trading Ltd., *et al.* for the Period from February 1, 2023 through February 28, 2023

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| Kathryn Schultea – Managing Partner | Chief Administrative Officer |
| Mary Cilia – Senior Managing Director | Chief Financial Officer |
| Raj Perubhatla – Senior Managing Director | Chief Information Officer |

| Name and Title | Function/Role |
|---|---|
| **Staffing – Non-Officer Positions** | |
| Robert Hoskins – Sr. Director | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting |
| Brandon Bangerter – Director | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data |
| Daniel Tollefsen – Sr. Manager | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting |
| Leticia Barrios – Sr. Manager | Bankruptcy Administration, Human Resources, Organizational Project Management |
| Melissa Concitis – Sr. Manager | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting, Project Management |
| Felicia Buenrostro - Associate | Data Analyst and Bankruptcy Administration |

**The following Compensation Report includes
services performed by RLKS on behalf of the Debtors
for the period from February 1, 2023 through February 28, 2023**

**Summary of Services Provided**

1. Ms. Schultea, Ms. Cilia and Mr. Perubhatla serve as executive officers of the Debtors and are the principal professionals staffed by RLKS on the engagement. Ms. Schultea serves as the CAO, Ms. Cilia serves as the CFO and Mr. Perubhatla serves as the CIO for the Debtors, and Additional Personnel have been made available to serve under the Chief Officers during these Chapter 11 Cases.

2. During the Reporting Period, RLKS worked to support the Debtors' Chief Executive Officer ("CEO") in achieving the five core objectives of these Chapter 11 Cases.[1] In doing so, the Chief Officers provided services and performed all duties that are usual and customary for their respective executive positions, including, without limitation, accounting and treasury, financial analysis, audits and cash flow forecast, information technology, human resource management, claims management and such other related functions as assigned by the Debtors' CEO.

3. During the Reporting Period, in furtherance of their respective duties, the Chief Officers periodically attended project management meetings, board meetings and meetings with the Debtors' other professionals. In support of the CEO, RLKS managed various functions related to human resources, information technology, data management and security, cash management, treasury, accounting and financial matters. In addition, RLKS assisted the CEO with (i) coordinating the resolution of issues related to employee matters, organizational structure and wages, (ii) coordinating the Debtors' treasury and cash management systems and

---

[1] The five core objectives are set forth in the First Day Declarations.

-2-

asset recovery efforts, and (iii) managing the Debtors' information technology systems, data and IT security, and third-party service providers.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| February 1, 2023 – February 28, 2023 | $1,469,137.50 | $5,095.27 | $1,474,232.77 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Airline - Economy | $1,459.15 |
| Lodging | $2,112.93 |
| Transportation (Car Rental, Taxi, Parking) | $1,098.38 |
| Meals | $353.05 |
| Office Expense | $71.76 |
| **Total Amount for Period:** | $5,095.27 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Kathryn Schultea | Chief Administrative Officer | $975 | 225.80 | $220,155.00 |
| Kathryn Schultea | Chief Administrative Officer | $487.50* | 4.50 | $2,193.75 |
| Mary Cilia | Chief Financial Officer | $975 | 227.60 | $221,910.00 |
| Mary Cilia | Chief Financial Officer | $487.50* | 8.50 | $4,143.75 |
| Raj Perubhatla | Chief Information Officer | $975 | 277.60 | $270,660.00 |
| Robert Hoskins | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $750 | 215.20 | $161,400.00 |
| Robert Hoskins | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $375* | 5.00 | $1,875.00 |
| Brandon Bangerter | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data | $600 | 252.90 | $151,740.00 |
| Brandon Bangerter | IT Systems, Infrastructure, Security, Data Extraction and Development of Debtor Data | $300* | 5.00 | $1,500.00 |
| Daniel Tollefsen | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting | $550 | 255.30 | $140,415.00 |

-4-

| Leticia Barrios | Bankruptcy Administration, Human Resources, Organizational Project Management | $550 | 161.00 | $88,550.00 |
|---|---|---|---|---|
| Melissa Concitis | Accounting and Treasury, Cash Management Systems, Receivables/Payables, Periodic Reporting, Project Management | $550 | 252.50 | $138,875.00 |
| Felicia Buenrostro | Data Analyst and Bankruptcy Administration | $400 | 164.30 | $65,720.00 |
| | **Total Amount for Period:** | | 2,055.20 | $1,469,137.50 |

\* 50% rate appears where time is charged for non-working travel.

-5-

**Time Detail Activity by Professional**

**[See Attached Exhibit A]**

-6-

**RLKS Expense Report – Detail by Day, by Category**

**[See Attached Exhibit B]**