# EXHIBIT B

| \ | RLKS Expense Report - Detail by Day, by Category | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Description | Air | Lodging | Transportation | Meals | Office or Research Expenses | Professional |
| 2/2/2023 | Non-working travel from Newark to Houston; return from client meetings at S&C office; Economy Airfare | $411.55 | | $115.00 | | | Kathryn Schultea |
| 2/2/2023 | AT*T charge for FTX phone supporting cloud storage | | | | | $71.76 | Raj Perubhatla |
| 2/13/2023 | Non-Working travel from Houston to Dallas - for office space review; Economy Airfare; One night hotel; uber to airport and uber to hotel | $181.40 | $225.00 | $79.05 | | | Brandon Bangerter |
| 2/14/2023 | Non-Working travel from Dallas to Houston - Return from office space review; Economy Airfare; Uber from hotel to airport and uber from airport; lunch(Dallas) | $181.40 | | $95.46 | $12.38 | | Brandon Bangerter |
| 2/20/2023 | Uber - Transport from Home Office to Airport - Houston | | | $67.67 | | | Mary Cilia |
| 2/20/2023 | Non-Working Travel from Houston to Dallas - for client meetings at A&M office; Economy Airfare | $171.40 | | | | | Mary Cilia |
| 2/20/2023 | Uber - Transport from Airport to Hotel - Dallas | | | $139.57 | | | Mary Cilia |
| 2/20/2023 | Yo Ranch Steakhouse - Dallas - Dinner - Mary Cilia and Rob Hoskins | | | | $100.00 | | Mary Cilia |
| 2/20/2023 | Spring Hill Suites - Dallas | | $184.08 | | | | Mary Cilia |
| 2/20/2023 | Non-Working Travel from Houston to Dallas - client meetings at A&M office; Economy Airfare | $171.00 | | | | | Robert Hoskins |
| 2/20/2023 | Spring Hills Suites Dallas - Lodging | | $219.00 | | | | Robert Hoskins |
| 2/21/2023 | Uber - Hotel to Office - Dallas | | | $31.63 | | | Mary Cilia |
| 2/21/2023 | Uber - Office to Hotel - Dallas | | | $31.63 | | | Mary Cilia |
| 2/21/2023 | Campisi's - Dallas - Dinner - Mary Cilia and Rob Hoskins | | | | $92.53 | | Mary Cilia |
| 2/21/2023 | Uber - Dinner to Hotel - Dallas | | | $31.63 | | | Mary Cilia |
| 2/21/2023 | Spring Hill Suites - Dallas | | $184.08 | | | | Mary Cilia |
| 2/21/2023 | Spring Hills Suites Dallas - Lodging | | $219.00 | | | | Robert Hoskins |

| **RLKS Expense Report - Detail by Day, by Category** |
|---|---|---|---|---|---|---|---|

| Date | Description | Air | Lodging | Transportation | Meals | Office or Research Expenses | Professional |
|---|---|---|---|---|---|---|---|
| 2/22/2023 | Uber - Hotel to Office - Dallas | | | $56.95 | | | Mary Cilia |
| 2/22/2023 | La Madeleine - Dallas - Lunch - Mary Cilia and Rob Hoskins | | | | $23.04 | | Mary Cilia |
| 2/22/2023 | Terry Black's BBQ - Dallas - Dinner - Mary Cilia and Rob Hoskins | | | | $97.37 | | Mary Cilia |
| 2/22/2023 | Uber - Dinner to Hotel - Dallas | | | $36.10 | | | Mary Cilia |
| 2/22/2023 | Spring Hill Suites - Dallas | | $206.51 | | | | Mary Cilia |
| 2/22/2023 | Uber in Dallas from A&M offices to hotel | | | $33.13 | | | Robert Hoskins |
| 2/22/2023 | Spring Hills Suites Dallas - Lodging | | $219.00 | | | | Robert Hoskins |
| 2/23/2023 | Uber - Hotel to Airport - Dallas | | | $136.78 | | | Mary Cilia |
| 2/23/2023 | Non-Working Travel from Houston to Dallas - Return from client meetings at A&M office; Economy Airfare | $171.40 | | | | | Mary Cilia |
| 2/23/2023 | Non-Working Travel from Houston to Dallas - Return from client meetings at A&M office; Economy Airfare | $171.00 | | | | | Robert Hoskins |
| 2/26/2023 | Non-Working Travel from Houston to Dallas - for client meetings at A&M office; Milage | | | $155.89 | | | Mary Cilia |
| 2/26/2023 | Marriott – Dallas; Parking | | $225.00 | $37.89 | | | Mary Cilia |
| 2/26/2023 | Dalmu 403 Bar - Dallas - Dinner - Mary Cilia | | | | $27.73 | | Mary Cilia |
| 2/27/2023 | Plat Parking 114 - Dallas | | | $25.00 | | | Mary Cilia |
| 2/27/2023 | Airbnb - Dallas | | $215.63 | | | | Mary Cilia |
| 2/28/2023 | Plat Parking 114 - Dallas | | | $25.00 | | | Mary Cilia |
| 2/28/2023 | Airbnb - Dallas | | $215.63 | | | | Mary Cilia |
| | **Totals:** | **$1,459.15** | **$2,112.93** | **$1,098.38** | **$353.05** | **$71.76** | **$5,095.27** |