**<u>Exhibit A-1</u>**

**Member:** ███████████████

**Aggregate, Dollarized Estimate: $5,839,342.73[1]**

---

[1]    Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $5,839,342.73.

**Exhibit A-2**

**Member:** ████████

**Aggregate, Dollarized Estimate: $3,200,000.00**

| Asset Type | Amount |
|---|---|
| USD | $945,442.07 |
| USDT | 200,640.57 |
| FTT | 20,405.99342286 |
| SRM_LOCKED | 1,145.09475367 |
| SRM | 38.33878804 |
| ETH | 0.000255 |
| STG | 0.90674168 |
| DAI | 0.1255096 |
| ETHW | 0.00851864 |
| BTC | 0.14 |
| DOT | 6,312.5860992 |
| BNB | 0.00427989 |
| BULL | 0.00025952 |
| ETHBULL | 23,621.38328 |
| AGLD | 0.0930235 |

**Exhibit A-3**

**Member:** ████████████████████████

**Aggregate, Dollarized Estimate: $12,205,415.00**

| Asset Type | Amount |
|------------|--------|
| USD | $8,512,607.06 |
| EUR | 1,658.93 |
| USDT | 3,546,175.415 |

## Exhibit A-4

**Member:** ███████████

**Aggregate, Dollarized Estimate: $540,260.00**

| Asset Type | Amount |
|---|---|
| USD Stablecoin | $540,200.00 |
| FTT | 28.50 |

## Exhibit A-5

**Member:** ████████

**Aggregate, Dollarized Estimate: $780,000.00**

| Asset Type | Amount |
|---|---|
| USD | $647,925.11 |
| BTC | 7.8757 |
| FTT | 25.49 |
| XRP | 0.95249907 |
| ETH | 0.00016596 |
| ETHW | 0.0000049 |

**<u>Exhibit A-6</u>**

**Member:** ███████████

**Aggregate, Dollarized Estimate: $560,000.00[1]**

---

[1] Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $560,000.00.

**Exhibit A-7**

**Member:** ████████████

| Asset Type | Amount |
|---|---|
| USD | $4,135,021.85 |
| BTC | 0.00076724 |
| FTT | 10,025.21278603 |
| DOGE | 2,011,361.30911762 |
| FXS | 26,500.08349486 |
| WBTC | 5.01549965 |
| XAUT | 30.00018889 |
| ETH | 21.31347376 |
| ETHW | 500.00077938 |
| SRM_LOCKED | 5,088.39301677 |
| SRM | 842.06698323 |
| LUNA2_LOCKED | 0.00000009 |
| LUNA2 | 0.00000003 |

**Exhibit A-8**

**Member:** ███████████

**Aggregate, Dollarized Estimate: $24,848,241.00**

| Asset Type | Amount |
|---|---|
| USD Stablecoin | 23,487,369.42 |
| USDT | 0.47 |
| BTC | 0.002 |
| FTT | 162,532.74 |
| ETH | 0.0007 |
| CRO | 3,900,007.39 |
| SHIB | 29,239,088,361.03 |
| RAY | 210,688.26 |
| FIDA | 137,317.66 |
| SAND | 45,860.05 |
| IMX | 40,206.24 |
| RNDR | 12,102.54 |
| SRM | 177.16 |
| CLV | 58,597.43 |
| AMPL | 18.80 |
| APT | 1.25 |
| MASK | 1.35 |
| CHZ | 13.75 |
| AVAX | 0.14 |
| LDO | 0.98 |
| YFII | 0.005 |
| GMT | 1.45 |
| MEDIA | 0.10 |
| LUNA | 0.01 |

| Asset Type | Amount |
|---|---|
| LINK | 0.06 |
| BIT | 1.32 |
| PEOPLE | 13.60 |
| HNT | 0.13 |
| GALA | 10.38 |
| STG | 0.82 |
| NEAR | 0.14 |
| SNX | 0.14 |
| GMX | 0.01 |
| LOOKS | 1.45 |
| FTM | 0.94 |
| MSOL | 0.01 |
| C98 | 0.79 |
| DYDX | 0.05 |
| SPELL | 141.40 |
| CEL | 0.10 |
| TRX | 1.43 |
| RSR | 12.94 |
| LINA | 7.74 |
| BOBA | 0.13 |
| PERP | 0.06 |
| TRU | 0.95 |
| USTC | 1.13 |
| GST | 0.15 |

**Exhibit A-9**

**Member:** ▉▉▉▉▉▉▉▉

**Aggregate, Dollarized Estimate: $60,000.00**

| Asset Type | Amount |
|:---:|:---:|
| USD | $1,355.82 |
| BTC | 1.8708 |
| ETH | 23.880123 |
| ETHW | 14.8506 |

**Exhibit A-10**

**Member:** ██████████████

**Aggregate, Dollarized Estimate: $10,390,384.16**

| Asset Type | Amount | Asset Type | Amount |
|---|---|---|---|
| USD | $8,768,740.23 | DOT | 0.02 |
| USDT | 97,754.01 | BVOL | 0.00 |
| AAVE | 0.00031 | LOOKS | 0.25 |
| ETH | 755.08 | SUSHI | 0.88 |
| BTC | 0.06 | UNI | 1.09 |
| XRP | 1.00 | CHZ | 0.85 |
| BNB | 187.14 | DYDX | 0.0007 |
| LINK | 0.07 | ENS | 0.0036 |
| SNX | 69.00 | APE | 0.10001 |
| SOL | 31.53 | BCH | 0.0649 |
| DOGE | 1.15 | LTC | 0.0005 |
| AVAX | 7.41 | USTC | 1.5755 |
| ATOM | 5.06 | LUNA2 | 0.0163 |
| ETHW | 6,152.38 | LUNA2_LOCKED | 26,264.547 |
| COMP | 533.49 | MTA | 7,300.146 |
| GALA | 496,390.00 | SXP | 0.1122 |
| HNT | 91,633.52 | CEL | 0.0774 |
| MATIC | 255,284.35 | ALGO | 172,954.7633 |
| IMX | 0.16 | USDT-PERP | 1.0 |
| GARI | 52.44 | DOGE-PERP | 1.0 |
| SRM | 120.56 | AMPL | 0.0079 |
| AUDIO | 0.86 | DAI | 0.0249 |
| GRT | 1.12 | ATLAS | 94.6261 |
| FTM | 1.43 | BIT | 0.9999 |
| LUNC | 0.00 | FTT | 3,894.0523 |
| EUR | 779.4596 | CAD | 0.00 |
| SRM_LOCKED | 1,079.7469 | 1INCH | 0.00 |
| PERP | 0.0021 | BNT | 0.0303 |
| CQT | 0.062 | | |

### Exhibit A-11

**Member:** ███████████████████

**Aggregate, Dollarized Estimate: $2,125,000.00**

| Asset Type | Amount |
|:---:|:---:|
| USD | $100,000.00 |
| USDT | 2,157,433.74 |
| ETH | 10.000802 |
| ETHW | 273.501802 |

## Exhibit A-12

**Member:** ███████████

| Asset Type | Amount |
|:----------:|:------:|
| USD | $107,000.00 |
| FTT | 1000 |

**Exhibit A-13**

**Member:** ███████████

**Aggregate, Dollarized Estimate: $4,000,000.00**

| Asset Type | Amount | Date of Acquisition |
|:---:|:---:|:---:|
| USD | $3,589,916.58[1] | |
| BTC | 18.17087173 | |
| BNB | 10.7 | Q1 - 2023 |
| ETH | 0.0023575 | |
| FTT | 0.05128 | |
| USDT | 0.01 | |

---

[1]    Includes assets with an aggregate, dollarized amount of $2.2 million in pending withdrawals that were frozen shortly before the Petition Date.

## Exhibit A-14

**Member:** ████████████████████

**Aggregate, Dollarized Estimate: $85,000,000.00**[1]

---

[1] Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $85,000,000.00.

## Exhibit A-15

**Member:** ███████████

**Aggregate, Dollarized Estimate: $100,000,000.00**[1]

---

[1]    Based on the records currently available to him, this Member presently believes that he held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $100,000,000.00.

### Exhibit A-16

**Member:** ████████████████████

**Aggregate, Dollarized Estimate: $160,000,000.00[1]**

---

[1]    Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $160,000,000.00.

**Exhibit A-17**

**Member:** ███████████

**Aggregate, Dollarized Estimate: $275,000.00**

| Asset Type | Amount |
|:---:|:---:|
| BTC | 2.87 |
| FTT | 894 |
| ETH | 42.1 |

## **Exhibit A-18**

**Member:** ██████████████[1]

**Aggregate, Dollarized Estimate: $3,700,000.00**[2]

---

[1]  This member is serving in a representative capacity on behalf of FTX.com customer ████████.

[2]  Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $3,700,000.00.

**<u>Exhibit A-19</u>**

**Member:** ████████████████ [1]

**Aggregate, Dollarized Estimate: $1,500,000,000.00**

---

[1]  This Member is serving in a representative capacity on behalf of a purported class of plaintiffs seeking certification in the litigation styled as *Lam v. Bankman-Fried,* et al., No. 22-07336 (N.D. Ca. Nov. 21, 2022) [D.I. 1], which the Member believes consists of approximately 6,000 FTX.com customers who held assets on the FTX.com platform with an approximate aggregate dollarized amount of $1.5 billion.

**Exhibit A-20**

**Member:** ███████████

**Aggregate, Dollarized Estimate: $27,000,000.00**

| Asset Type | Amount |
|:---:|:---:|
| USD | $10,570,692.93 |
| MATIC | 42,618.8142 |
| LEO | 7,897.2253 |
| CEL | 0.0587 |
| BTT | 11,000,440.00 |
| LOOKS | 1,3649 |
| USTC | 0.6491 |
| ETHW | 0.0002 |
| LUNA2_LOCKED | 19,681.5675 |
| FTT | 53,757.7030 |
| BTC | 230.2489 |
| USDT | 7,775,241.176 |
| ETH | 366.2298 |
| EUR | 776,160.8521 |
| TRX | 1,031,825.73 |
| SRM | 83.4650 |
| SRM_LOCKED | 1,554.0503 |
| CHZ | 6,401,279.158 |
| SOL | 3,557.2324 |

**Exhibit A-21**

**Member:** ████████████ [1]

**Aggregate, Dollarized Estimate: $1,039,066.36**

| Asset Type | Amount |
|:---:|:---:|
| ETH | 645.6046592 |
| USD | $78,626.79 |
| ETHW3 | 14,190.49 |
| LDO | 48,309.48 |
| FTTX | 1,242.55 |
| SRM | 619.38 |
| TRX | 526.7534035 |
| COS | 0.068 |
| MATIC | 0.589 |
| PDT | 0.057 |
| AVAX | 0.008 |

---

[1]    This Member is serving in a representative capacity on behalf of FTX.com customer ████████████ ███.

**Exhibit A-22**

**Member:** ███████

**Aggregate, Dollarized Estimate: $420,000.00**

| Asset Type | Amount |
|:---:|:---:|
| BTC | 16.8311 |
| ETH | 0.1937 |
| SOL | 11.5393 |
| AVAZ | 6.7222 |

**<u>Exhibit A-23</u>**

**Member:** ███████

**Aggregate, Dollarized Estimate: $5,575,000.00[1]**

---

[1]     Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $5,575,000.00.

**Exhibit A-24**

**Member:** ███████████████

**Aggregate, Dollarized Estimate: $32,720,523.00**[1]

---

[1]     Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $32,720,532.00.

**Exhibit A-25**

**Member:** ████████████████

**Aggregate, Dollarized Estimate: $14,000,000.00**[1]

---

[1] Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $14,000,000.00.

**Exhibit A-26**

**Member:** ███████

**Aggregate, Dollarized Estimate: $1,200,000.00[1]**

---

[1] Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $1,200,000.00.

## Exhibit A-27

**Member:** ████████████

**Aggregate, Dollarized Estimate: $5,700,000.00[1]**

---

[1]    Based on the records currently available to it, this Member presently believes that it held assets on the FTX.com platform in an estimated, aggregate dollarized amount of $5,700,000.00.