IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, LLC, et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPAREANCE**

The undersigned hereby withdraws his appearance on behalf of 3Commas Technologies OÜ and Nifty Island LLC.

27 MARCH 2023

*/s/ Mark M. Billion, Esq.*

Billion Law
1073 S. Governors Ave.
Dover, DE 19904
markbillion@billionlaw.com

- with -
TOMAS A. ORTIZ
Zuber Lawler LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
+1 (213) 596-5620
tortiz@zuberlawler.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.