## **Exhibit B**

Sealed Documents Service List

*VIA EMAIL*

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
T: 302-467-4400
F: 302-467-4450
Email:  landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Krantzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email:  dietdericha@sullcrom.com
bromleyj@sullcrom.com
gleucksteinb@sullcrom.com
krantzleya@sullcrom.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Juliet M. Sarkessian
Benjamin A. Hackman
Trial Attorneys
Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
Email:  juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
rpoppiti@ycst.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
Samantha Martin
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com
samanthamartin@paulhastings.com