## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 487, 492, 624, 662, 817** |

### NOTICE OF REVISED DATES FOR SALE OF EMBED BUSINESS

**PLEASE TAKE NOTICE** that on November 11 and November 14, 2022, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on January 12, 2023, the Court entered an order (the "Bid Procedures Order")[2] [D.I. 487] approving certain Bid Procedures attached as Exhibit 1 to the Bid Procedures Order, which, among other things, set the dates for the Bid Deadline, Auction and Sale Hearing for the Embed Business.

**PLEASE TAKE FURTHER NOTICE** that on February 6, 2023, the Debtors filed a *Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [D.I. 624] and served such notice on, among others, counterparties to certain contracts that the Debtors may assume and assign in connection with a Sale of the Embed Business.

**PLEASE TAKE FURTHER NOTICE** that on February 8, 2023, the Debtors filed a *Notice of Bid Deadline Extension and Revised Dates for Sale of Embed Business* [D.I. 662], which, among other things, extended the Bid Deadline, Auction and Sale Hearing for the Embed Business.

**PLEASE TAKE FURTHER NOTICE** that on March 6, 2023, the Debtors filed a *Notice of Revised Dates for LedgerX, Embed, FTX Japan and FTX Europe Sales* [D.I. 817],

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms used but not otherwise defend herein shall have the meanings set forth in the Bid Procedures Order.

which, among other things, further extended the Auction and Sale Hearing for the Embed Business.

**PLEASE TAKE FURTHER NOTICE** that in accordance with section 11 of the Bid Procedures, after consultation with the Consulting Professionals, the Debtors hereby postpone the Sale Hearing, Auction and all other remaining deadlines and dates with respect to the sale of the Embed Business until further notice.  When the Debtors determine new deadlines and dates with respect to the sale of the Embed Business, after consultation with the Consulting Professionals, the Debtors will file a notice of such new deadlines and dates with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve their rights to, in their reasonable business judgment and after consultation with the Consulting Professionals, further extend the deadlines set forth in the Bid Procedures and this Notice; modify bidding increments; adjourn, reschedule or cancel the Auction(s); withdraw from the Auction(s) any or all of the Businesses; adjourn the Sale Hearing(s); cancel the sale process or, if the Debtors determine that it will better promote the goals of the bidding process and discharge the Debtors' fiduciary duties and not be inconsistent in any material respect with the Bid Procedures Order, the Bankruptcy Rules or the Local Rules, after consultation with the Consulting Professionals, to (a) impose, at or prior to the Auction(s), additional terms and conditions on the sale of the Businesses or (b) waive the terms and conditions set forth in the Bid Procedures with respect to any or all potential bidders.

**PLEASE TAKE FURTHER NOTICE** that this Notice is subject to the fuller terms and conditions of the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage all parties-in-interest to review such documents in their entirety.  Copies of the Motion, the Bid Procedures and the Bid Procedures Order, as well as all related exhibits, including all other documents filed with the Court, are available (i) free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration ("Kroll"), at https://restructuring.ra.kroll.com/FTX and (ii) for a fee on the Court's electronic docket for these Chapter 11 Cases at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).  Documents relating to the Sale(s), including the Motion, the Bid Procedures Order, this Notice and the Contract Notices may be accessed at https://restructuring.ra.kroll.com/FTX.  In addition, copies of the Motion, the Bid Procedures and the Bid Procedures Order may be requested from Kroll by email at FTXInfo@ra.kroll.com or by phone at 888-482-0049 (US/Canada Toll-Free); 646-440-4176 (International).

| | |
|---|---|
| Dated: March 28, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |