**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |

**ORDER GRANTING DEBTORS' MOTION FOR TURNOVER**
**OF ASSETS HELD BY EXCHANGE ENTITIES**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") directing Aux Cayes FinTech Co. Ltd. ("Aux Cayes") and Okcoin USA, Inc ("OKcoin"; together with Aux Cayes, "the Exchange Entities") to turn over assets of the Debtors and transfer the Assets into accounts designated by the Debtors as set forth herein; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 [ECF. No. 94]; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and finding that adequate notice of the Motion having been given; and it appears that no other or further notice need be given; and upon the record of any hearing held to consider

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and each of the Exchange Entities being ready, willing, and able to transfer the Assets as requested by the Debtors upon entry of this Order by the Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Each of the Exchange Entities shall and is hereby authorized to take all actions pursuant to the applicable terms of service, including actions to terminate the open swap position in the account held in the name of David Ratiney and to settle any closed positions in any other of the Exchange Accounts, and are directed to transfer the Assets in the Exchange Accounts into the digital asset wallets designated by the Debtors within 7 days, as directed by authorized representatives of the Debtors (the "Transfers").

3. The Debtors and each of the Exchange Entities shall take reasonable steps to provide for a secure and effective transfer of the Assets and maintain records with respect to the Transfers.

4. The Debtors and each of the Exchange Entities are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Neither of the Exchange Entities shall have any liability or obligation to any person or party in interest on account of the Transfers pursuant to the Debtors' instructions in accordance with this Order.

6. The terms and conditions of this Order shall be effective and enforceable

immediately upon its entry.

7.  This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation or interpretation of this Order.

Dated: _____, 2023
     Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge