# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,¹ | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF DAVID RATINEY

I, David Ratiney, declare under penalty of perjury:

      1.     A user account number ending in 4208 on the OKX trading platform was opened using my name, e-mail address, and other identifying information (the "OKX Account").

      2.     From the date the OKX Account was opened through on or about November 10, 2022, the OKX Account, to the best of my knowledge, information, and belief, was controlled and used by Alameda Research LLC and/or its subsidiaries.

      3.     I do not assert any claims to or interest in any of the assets now held in (or proceeds of) the OKX Account or any subaccounts.

      4.     I do not object to OKX taking reasonable good faith steps, consistent with OKX's terms of service, to unwind, liquidate, and settle any open positions in the OKX Account. I also do not object to OKX then transferring the assets in the OKX Account to the Debtors, pursuant to the Debtors' written instructions.

---

¹ The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

-2-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2023

David Ratiney