IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., | Case No. 22-11068 (JTD) |
| Debtor. | (Joint Administration Pending) |
| | Re: Dkt. No. 64 |

**AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the notice of appearance of Venable LLP on behalf of Digital Augean, LLC ("Digital Augean"), dated November 21, 2022 [Dkt. No. 64], is hereby amended to include, and Venable LLP, by and through undersigned counsel, hereby enters its appearance on behalf of, OKC USA Holding Inc., Okcoin USA, Inc. and Aux Cayes FinTech Co. Ltd. (collectively with Digital Augean, the "OKC Entities"), each an affiliate of Digital Augean.

**PLEASE TAKE FURTHER NOTICE** pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Venable LLP hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, Local Rule 2002-1(d) and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given to and served upon the following:

| | | |
|---|---|---|
| Daniel A. O'Brien | Jeffrey S. Sabin | Andrew J. Currie |
| VENABLE LLP | Xochitl S. Strohbehn | VENABLE LLP |
| 1201 N. Market St. | Carol A. Weiner | 600 Massachusetts Avenue, NW |
| Suite 1400 | Arie A. Peled | |
| Wilmington, DE 19801 | VENABLE LLP | Washington, DC 20001 |
| Tel: (302) 298-3535 | 151 West 42nd St. | Tel: (202) 344-4000 |
| Fax: (302) 298-3550 | 48th Floor | Fax: (202) 344-8300 |

| | | |
|---|---|---|
| daobrien@venable.com | New York, New York 10036<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>xsstrohbehn@venable.com<br>cweinerlevy@venable.com<br>aapeled@venable.com | ajcurrie@venable.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Local Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of the OKC Entities, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the OKC Entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the official service list for notice of all contested matters, adversary

proceedings, and other proceedings in this case.

Dated: March 28, 2023
      Wilmington, Delaware

                      **VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel: 302.298.3535
Fax: 302.298.3550
daobrien@venable.com

          and

Jeffrey S. Sabin
Xochitl S. Strohbehn
Carol A. Levy
Arie A. Peled
151 West 42nd St., 48th Fl.
New York, New York 10036
Tel: (212) 307-5500
Fax: (212) 307-5598
jssabin@venable.com
xsstrohbehn@venable.com
cweinerlevy@venable.com
aapeled@venable.com

          and

Andrew J. Currie
600 Massachusetts Avenue, NW
New York, New York 10020
Tel: (202) 344-4000
Fax: (202) 344-8300
ajcurrie@venable.com

*Attorneys for the OKC Entities*