**EXHIBIT 2**

**Bahamas Order (Settlement and Cooperation Agreement)**

| | | |
|---|---|---|
| **COMMONWEALTH OF THE BAHAMAS** | [SUPREME COURT<br>MAR 21 2023<br>NASSAU, BAHAMAS] | **2022** |
| **IN THE SUPREME COURT** | | **COM/com/00060** |
| **COMMERCIAL DIVISION** | | |

**IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020 (as amended)**

**AND IN THE MATTER OF the Companies (Winding Up Amendment) Act, 2011**

**AND IN THE MATTER OF FTX DIGITAL MARKETS LTD.**
(A Registered Digital Asset Business)

---

**ORDER**
**(Settlement and Co-Operation Agreement)**

---

**Before His Lordship, the Honourable Chief Justice, Sir Ian Winder**

**Dated** the **10**th day of **February, A.D., 2023**

    **UPON THE APPLICATION** by Summons filed herein on 6th February 2023 on behalf of the Joint Provisional Liquidations **("the JPLs")** of FTX Digital Markets Ltd. **("FTX DM")**.

    **AND UPON HEARING** Mrs. Sophia T. Rolle-Kapousouzoglou with Mr. Valdere J. Murphy of Counsel for the JPLs and Mr. Robert Adams KC with Mr. Edward Marshall Jr. of Counsel for the Securities Commission of The Bahamas **("SCB")**.

    **AND UPON READING** the Third Affidavit of Brian Simms KC filed herein on 6th February 2023.

**IT IS HEREBY ORDERED** that: -

1. The Settlement and Co-Operation Agreement dated 6th January 2023 **("the Agreement")** between (i) FTX DM, acting by its JPLs, and (ii) the companies in the FTX group of companies that filed chapter 11 cases in the United States Bankruptcy Court for the District of Delaware **("the US Bankruptcy Court")** on 11th and 14th November 2022 (and whose names are listed in Annex A to the Summons filed 6th February 2023), the effectiveness of which is subject to sanction of this Honourable Court and the US Bankruptcy Court is hereby sanctioned by this Court.

2. The Confidentiality Arrangements Agreement ("the NDA") dated 30th January 2023 is hereby sanctioned.

3. The costs of and occasioned by this application to be paid out of the assets of the FTX DM.

**BY ORDER OF THE COURT**

**REGISTRAR**

*This Order was drawn up by Lennox Paton, Chambers, 3 Bayside Executive Park, West Bay Street and Blake Road, Nassau, The Bahamas, Attorneys for the Joint Provisional Liquidators*

{00829695-1}                                           2

COMMONWEALTH OF THE BAHAMAS

IN THE SUPREME COURT

Commercial Division

IN THE MATTER OF the Digital Assets and Registered Exchanges Act, 2020 (as amended)

AND IN THE MATTER OF
FTX DIGITAL MARKETS LTD.
(A Registered Digital Asset Business)

AND IN THE MATTER OF the
Companies (Winding Up Amendment) Act, 2011

---

ORDER
(Settlement and Co-Operation Agreement)

---

2022
COM/com/00060


*[signature]*

**LENNOX PATON**
Chambers
No. 3 Bayside Executive Park
Blake Road and West Bay Street
Nassau, New Providence
The Bahamas
*Attorneys for the Joint Provisional Liquidators*