**<u>EXHIBIT B</u>**

EXECUTION VERSION

## NORTON HALL LTD

## STATEMENT OF FACTS

March 29, 2023

The undersigned, as a director of Corporate & Trust Services (Caribbean) Limited of Lower Sir Sydney Walling Highway, St. John's, Antigua, West Indies ("**CTS**"), the director of Norton Hall Ltd. ("**Norton Hall**"), hereby confirms to Sullivan & Cromwell LLP ("**S&C**"), as counsel to debtor FTX Trading Ltd. and its affiliated debtors which have filed for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), the accuracy, as of the date hereof, of each statement made in this Statement of Facts.

1. Norton Hall is a company organized under the laws of Antigua and Barbuda under number 17353.

2. Norton Hall was incorporated on November 27, 2020 (the "**Incorporation Date**").

3. To the knowledge of CTS, since the Incorporation Date, CTS has been the sole shareholder of Ten Thousand (10,000) registered shares of Norton Hall, being all the common stock in the capital of Norton Hall.  Pursuant to a Declaration of Trust, dated as of November 30, 2020, CTS holds the aforesaid shares in trust for the benefit of Samuel Benjamin Bankman-Fried.

4. To the knowledge of CTS, since the Incorporation Date, CTS has been the sole director of Norton Hall.

5. S&C has informed CTS that, on October 25, 2021, Ryan Salame, under the title of director of Norton Hall, executed and delivered a Promissory Note, dated as of October 12, 2021 (the "**DIG Promissory Note**"), between Norton Hall and Deltec International Group, an exempted company with limited liability incorporated in the Cayman Islands ("**DIG**").

6. The undersigned hereby states that (i) to the knowledge of CTS, Ryan Salame is not and has never been a director of Norton Hall, (ii) CTS, as director of Norton Hall, did not authorize the DIG Promissory Note, (iii) CTS, as director of Norton Hall, was not aware of the DIG Promissory Note prior to being informed of its existence by S&C and (iv) Norton Hall did not disburse any amounts to DIG in connection with the DIG Promissory Note.

The undersigned hereby authorizes S&C to share this Statement of Facts with DIG, Mr. Ryan Salame, Alameda, FTX Trading Ltd. and its affiliated debtors, and their respective representatives and to file this Statement of Fact with the Bankruptcy Court.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned has hereunto executed this Statement of Facts on the date first set forth above.

NORTON HALL LTD

By: CORPORATE & TRUST SERVICES
(CARIBBEAN) LIMITED
Title: Director of Norton Hall Ltd.

By: _____
Name: Arthur Thomas
Title:   Director of Corporate & Trust Services
(Caribbean) Ltd.