**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 282, 432, 747** |

### NOTICE OF FILING OF SECOND AMENDED OCP LIST

**PLEASE TAKE NOTICE** that on December 21, 2022, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of an Order Implementing Certain Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* [D.I. 282].

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2023, the Court entered the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* [D.I. 432] (the "OCP Order"), and attached to the OCP Order as Exhibit 1 is the authorized list of ordinary course professionals.

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2023, the Debtors filed the *First Amended OCP List* [D.I. 747] (the "First Amended OCP List").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised list of ordinary course professionals (the "Second Amended OCP List") attached hereto as **Exhibit A**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4886-0917-4617 v.2

**PLEASE TAKE FURTHER NOTICE** that a blackline of the Second Amended OCP List marked against the First Amended OCP List is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: March 30, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4886-0917-4617 v.2