# EXHIBIT A

## Certified Translation of Relevant Portions of FMLA and Swiss Criminal Code



### Declaration of diligence regarding translation

The undersigned enterprise specialising in translations hereby confirms that the attached translation

- 1x CC Article 321
- 1x FMLA Article 13
- 1x FMLA Article 17

was translated from German into English (US) to the best knowledge and belief, and with the requisite care, skill, and diligence, by a person proficient in the specific language combination and the specific legal field and checked by a similarly qualified reviewer.

Zurich, 28th March 2023                              SprachWeberei AG

                                                     Daniela Lichtsteiner

### Official Certification

Seen for authentication of the foregoing signature, affixed in our presence by

Ms. **Daniela Maria LICHTSTEINER**, born 22nd October 1959, Swiss citizen of Luzern LU, according to her information residing at Stehlistrasse 3, 8912 Obfelden, identified by identity card.

This legalization refers only to the authentication of the signature and not to the contents or validity of the document.

Zürich, 28th March 2023
BK no. 1356
Fee CHF 20.00

**NOTARIAT ENGE-ZÜRICH**

Nicolas Maurer
Notar-Stellvertreter

Lenz & Staehelin

24 March 2023

**EXHIBIT A**: Translation of Swiss law provisions on professional confidentiality

| a) Bundesgesetz vom 23. Juni 2000 über die Freizügigkeit der Anwältinnen und Anwälte (BGFA) | a) Federal Act of 23 June 2000 on the Free Movement of Lawyers (FMLA) |
|---|---|
| **Artikel 13 (Berufsgeheimnis)**<br><br>¹ Anwältinnen und Anwälte unterstehen zeitlich unbegrenzt und gegenüber jedermann dem Berufsgeheimnis über alles, was ihnen infolge ihres Berufes von ihrer Klientschaft anvertraut worden ist. Die Entbindung verpflichtet sie nicht zur Preisgabe von Anvertrautem.<br><br>² Sie sorgen für die Wahrung des Berufsgeheimnisses durch ihre Hilfspersonen. | **Article 13 (professional confidentiality)**<br><br>¹ Lawyers are bound by professional confidentiality for an unlimited period of time and towards any and all parties; this applies to everything that has been entrusted to them by their clients in their professional capacity. A release does not obligate them to disclose anything entrusted to them.<br><br>² They ensure that professional confidentiality is maintained by their auxiliaries. |
| **Artikel 17 (Disziplinarmassnahmen)**<br><br>¹ Bei Verletzung dieses Gesetzes kann die Aufsichtsbehörde folgende Disziplinarmassnahmen anordnen:<br><br>a. eine Verwarnung;<br>b. einen Verweis;<br>c. eine Busse bis zu 20 000 Franken;<br>d. ein befristetes Berufsausübungsverbot für längstens zwei Jahre;<br>e. ein dauerndes Berufsausübungsverbot.<br><br>² Eine Busse kann zusätzlich zu einem Berufsausübungsverbot angeordnet werden.<br><br>³ Nötigenfalls kann die Aufsichtsbehörde die Berufsausübung vorsorglich verbieten. | **Article 17 (disciplinary sanctions)**<br><br>¹ In the event of a violation of this Act, the supervisory authority may impose the following disciplinary sanctions:<br><br>a. a warning;<br>b. a reprimand;<br>c. a fine of up to CHF 20,000;<br>d. a temporary occupational ban for a maximum of two years;<br>e. a permanent occupational ban.<br><br>² A fine may be imposed in addition to an occupational ban.<br><br>³ If necessary, the supervisory authority may ban the exercise of the profession as a precautionary measure. |
| b) Schweizerisches Strafgesetzbuch vom 21. Dezember 1937 (StGB) | b) Swiss Criminal Code of 21 December 1937 (CC) |
| **Artikel 321 (Verletzung des Berufsgeheimnisses)** | **Article 321 (breach of professional confidentiality)** |

| | |
|---|---|
| 1. Geistliche, Rechtsanwälte, Verteidiger, Notare, Patentanwälte, nach Obligationenrecht zur Verschwiegenheit verpflichtete Revisoren, Ärzte, Zahnärzte, Chiropraktoren, Apotheker, Hebammen, Psychologen, Pflegefachpersonen, Physiotherapeuten, Ergotherapeuten, Ernährungsberater, Optometristen, Osteopathen sowie ihre Hilfspersonen, die ein Geheimnis offenbaren, das ihnen infolge ihres Berufes anvertraut worden ist oder das sie in dessen Ausübung wahrgenommen haben, werden, auf Antrag, mit Freiheitsstrafe bis zu drei Jahren oder Geldstrafe bestraft. | 1. Any person who in their capacity as a member of the clergy, lawyer, defense lawyer, notary, patent attorney, auditor subject to a duty of confidentiality under the Code of Obligations (CO), doctor, dentist, chiropractor, pharmacist, midwife, psychologist, nurse, physiotherapist, occupational therapist, dietician, optometrist, osteopath or as an assistant to any of the foregoing persons discloses confidential information that has been confided to them in their professional capacity or which has come to their knowledge in the practice of their profession shall be liable on complaint to a custodial sentence not exceeding three years or to a monetary penalty. |
| Ebenso werden Studierende bestraft, die ein Geheimnis offenbaren, das sie bei ihrem Studium wahrnehmen. | A student who discloses confidential information that has come to their knowledge in the course of their studies is also liable to the foregoing penalties. |
| Die Verletzung des Berufsgeheimnisses ist auch nach Beendigung der Berufsausübung oder der Studien strafbar. | A breach of professional confidentiality remains an offense following the termination of professional employment or of the studies. |
| 2. Der Täter ist nicht strafbar, wenn er das Geheimnis auf Grund einer Einwilligung des Berechtigten oder einer auf Gesuch des Täters erteilten schriftlichen Bewilligung der vorgesetzten Behörde oder Aufsichtsbehörde offenbart hat. | 2. The person disclosing the information is not liable to any penalty if they do so with the consent of the person to whom the information pertains or on the basis of written authorization issued in response to their application by a superior authority or supervisory authority. |
| 3. Vorbehalten bleiben die eidgenössischen und kantonalen Bestimmungen über die Melde- und Mitwirkungsrechte, über die Zeugnispflicht und über die Auskunftspflicht gegenüber einer Behörde. | 3. The federal and cantonal provisions on the duties to report and cooperate, the duty to testify, and on the obligation to provide information to an authority are reserved. |