## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, |  |
| Debtors. |  |
|  | **Re: Docket Nos. 1192, 1193, 1194** |

## CERTIFICATE OF SERVICE

I, Brendan J. Schlauch, hereby certify that on March 29, 2023, I caused a copy of the following to be served upon parties on the service list attached hereto as <u>Exhibit A</u> via e-mail and upon the parties on the service list attached hereto as <u>Exhibit B</u> via CM/ECF:

*Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues* [Docket No. 1192];

*Declaration of Metta MacMillan-Hughes KC in Support of the Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues* [Docket No. 1193]; and

*Declaration of Peter Greaves in Support of the Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues* [Docket No. 1194].

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)

# Exhibit A

FDM JPL Notice List

| Chapter 11 Debtors | |
|---|---|
| Landis Rath & Cobb LLP | 919 MARKET STREET, SUITE 1800<br>WILMINGTON, DELAWARE 19801<br>ATTN: ADAM G. LANDIS<br>LANDIS@LRCLAW.COM<br>KIMBERLY A. BROWN<br>BROWN@LRCLAW.COM<br>MATTHEW R. PIERCE<br>PIERCE@LRCLAW.COM |
| Sullivan & Cromwell LLP | 125 BROAD STREET<br>NEW YORK, NEW YORK 10004<br>ATTN: ANDREW G. DIETDERICH,<br>DIETDERICHA@SULLCROM.COM<br>JAMES L. BROMLEY,<br>BROMLEYJ@SULLCROM.COM<br>BRIAN D. GLUECKSTEIN,<br>GLUECKSTEINB@SULLCROM.COM<br>ALEXA J. KRANZLEY,<br>KRANSLEYA@SULLCROM.COM |

| Chapter 15 Debtors | |
|---|---|
| FTX Digital Markets Ltd. (In Provisional Liquidation) | 3 BAYSIDE EXECUTIVE PARK<br>NASSAU, THE BAHAMAS<br>ATTN: BRIAN C. SIMMS,<br>BSIMMS@LENNOXPATON.COM<br>KEVIN G. CAMBRIDGE,<br>KEVIN.CAMBRIDGE@PWC.COM<br>PETER GREAVES,<br>PETER.GREAVES@HK.PWC.COM |

| Parties Authorized to Administer Foreign Proceedings | |
|---|---|
| FTX Australia Pty Ltd. & FTX Express Pty Ltd. (In Voluntary Administration) | CHIFLEY TOWER<br>LEVEL 5, 2 CHIFLEY SQUARE<br>SYNDEY NSW2000<br>AUSTRALIA<br>GPO BOX 2523<br>SYDNEY NSW 2001<br>NASSAU, THE BAHAMAS<br>ATTN: SCOTT LANGDON,<br>SLANGDON@KORDAMENTHA.COM<br>ATTN: JOHN MOUAWAD,<br>JMOUAWAD@KORDAMENTHA.COM<br>ATTN: RAHUL GOYAL,<br>RGOYAL@KORDAMENTHA.COM |
| Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd. | Jody C. Barillare (Bar No. 5107)<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Facsimile: (302) 574-3001<br>jody.barillare@morganlewis.com<br><br>Joshua Dorchak<br>David K. Shim<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com<br><br>John C. Goodchild III<br>Matthew C. Ziegler<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com |

| Government Agencies | |
|---|---|
| Office of the United States Trustee for the District of Delaware | 844 KING STREET, ROOM 2207 LOCKBOX #35 WILMINGTON, DE 19899-0035 ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI JULIET.M.SARKESSIAN@USDOJ.GOV BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV |
| The United States Securities and Exchange Commission (Headquarters) | 100 F ST NE WASHINGTON, DC 20549 SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (Division of Enforcement) | David S. Brown BrownDav@sec.gov Amy Flaherty Hartman hartmana@sec.gov Michael Brennan brennanmi@sec.gov Therese A. Scheuer scheuert@sec.gov |
| The United States Securities and Exchange Commission (Philadelphia Regional Office) | ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 ATTN: BANKRUPTCY DEPT, SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (New York Regional Office) | 100 Pearl Street, Suite 20-100 New York, New York 10004 (212) 336-0153 (Stewart) BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| The United States Department of Justice | 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530-0001 ATTN: BANKRUPTCY DEPT |
| The United States Department of Justice | WARD W. BENSON Trial Attorney, Tax Division U.S. Department of Justice P.O. Box 227, Ben Franklin Station Washington, DC 20044 Tel: (202) 514-9642 Fax: (202) 514-6866 Email: ward.w.benson@usdoj.gov |

| The Commodity Futures Trading Commission | Commodity Futures Trading Commission<br>Ralph Metcalfe Federal Office Building<br>77 W. Jackson, Suite 800<br>Chicago, Illinois 60604<br>(312) 596-0700<br>(312) 596-0714 (fax)<br><br>Nina Ruvinsky, Senior Trial Attorney<br>nruvinsky@cftc.gov<br>Carlin Metzger, Senior Trial Attorney<br>cmetzger@cftc.gov<br>Elizabeth N. Pendleton, Chief Trial Attorney<br>ependleton@cftc.gov<br>Robert T. Howell, Deputy Director<br>rhowell@cftc.gov<br><br>John C. Murphy, Local Counsel<br>jmurphy@cftc.gov<br>290 Broadway, 6th Floor<br>New York, NY 10007<br>646-746-9700<br>646-746-9888 (fax) |
| The Securities Commission of the Bahamas | POINCIANA HOUSE, NORTH BUILDING,<br>2ND FLOOR 31A EAST BAY STREET<br>P.O. BOX N-8347<br>NASSAU, THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>INFO@SCB.GOV.BS |

| Parties with Notice of Appearances Filed | |
|---|---|
| **Party** | **Service Address** |
| **BitGo Trust Company**<br>Cleary Gottlieb Steen & Hamilton LLP | Jane VanLare, Esq.<br>Brandon M. Hammer, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2872<br>Fax: (212) 225-3999<br>Email(s): jvanlare@cgsh.com<br> bhammer@cgsh.com |
| **BitGo Trust Company**<br>Ashby & Geddes, P.A. | Ricardo Palacio, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: RPalacio@ashbygeddes.com |
| **Washington State Department of Financial Institutions**<br>Office of the Attorney General for Washington | Stephen Manning<br>Assistant Attorney General<br>Office of the Attorney General of Washington<br>Government Compliance and Enforcement Division<br>P. O. Box 40100<br>Olympia, WA 98504-4010<br>Phone: 360-534-4846<br>Fax: 360-664-0229<br>stephen.manning@atg.wa.gov |

| Ad Hoc Committee of Non-US Customers of FTX.com<br>EVERSHEDS SUTHERLAND (US) LLP | Peter A. Ivanick<br>Sarah E. Paul<br>Philip H. Ehrlich<br>Lynn W. Holbert<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com<br>philipehrlich@eversheds-sutherland.com<br>lynnholbert@eversheds-sutherland.com<br><br>Erin E. Broderick<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Mark D. Sherrill<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>marksherrill@eversheds-sutherland.com<br><br>Andrea L. Gordon<br>700 Sixth Street NW, Suite 700,<br>Washington, District of Columbia<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>andreagordon@eversheds-sutherland.com |
| Ad Hoc Committee of Non-US Customers of FTX.com<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Matthew B. Harvey<br>Paige N. Topper<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com |

| | |
|---|---|
| **Celsius Network LLC**<br>Saccullo Legal | Anthony M. Saccullo<br>Mary E. Augustine<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>(302) 836-8877<br>(302) 836-8787 (facsimile)<br>ams@saccullolegal.com<br>meg@saccullolegal.com |
| **Voyager Digital LLC, and affiliates**<br>Potter Anderson & Corroon LLP | Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com |
| **Illinois Department of Financial &**<br>**Professional Regulation**<br>Office of the Illinois Attorney General | John P. Reding<br>Office of the Illinois Attorney General<br>100 W. Randolph St., Suite 13-225<br>Chicago, Illinois 60601<br>Phone: (312) 848-5380<br>john.reding@ilag.gov |
| **Georgia Department of Banking and**<br>**Finance**<br>Office of the Georgia Attorney General | Amy L. Patterson<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 458-3567<br>apatterson@law.ga.gov |
| **Evolve Bank & Trust**<br>Cousins Law LLC | Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>COUSINS LAW LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Phone: (302) 824-7081<br>E-Mail: scott.cousins@cousins-law.com<br> scott.jones@cousins-law.com |

| **Evolve Bank & Trust**<br>Butler Snow LLP | Martin Sosland<br>BUTLER SNOW LLP<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>Phone: (469) 680-5502<br>E-Mail: martin.sosland@butlersnow.com<br><br>James E. Bailey III<br>Robert Campbell Hillyer<br>BUTLER SNOW LLP<br>Crescent Center, Suite 500<br>6075 Poplar Avenue<br>P.O. Box 171443<br>Memphis, TN 38187<br>Phone: (901) 680-7347<br>E-Mail: jeb.bailey@butlersnow.com<br>cam.hillyer@butlersnow.com |
|---|---|
| **Texas Department of Banking**<br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512-463-2173<br>Fax: 512-936-1409<br>roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| **Texas State Securities Board**<br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512-463-2173<br>Fax: 512-936-1409<br>roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |

| U.S. Department of Justice | Seth B. Shapiro<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW – 7th Floor<br>Room 7114<br>Washington DC, 20005<br>(202) 514-7164 (direct)<br>seth.shapiro@usdoj.gov<br><br>Stanton C. McManus<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Room 7208<br>Washington DC, 20005<br>(202) 307-5832 (direct)<br>(202) 514-9163 (fax)<br>stanton.c.mcmanus@usdoj.gov |
|---|---|
| The United States Internal Revenue Service | ELISABETH M. BRUCE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>202-598-0969 (t)<br>202-514-6866 (f)<br>Elisabeth.M.Bruce@usdoj.gov |

| **Digital Augean, LLC**<br>Venable LLP | Daniel A. O'Brien<br>VENABLE LLP<br>1201 N. Market St.<br>Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 298-3535<br>Fax: (302) 298-3550<br>daobrien@venable.com<br><br>Jeffrey S. Sabin<br>Xochitl S. Strohbehn<br>Carol A. Weiner<br>Arie A. Peled<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>xsstrohbehn@venable.com<br>cweinerlevy@venable.com<br>aapeled@venable.com<br><br>Andrew J. Currie<br>VENABLE LLP<br>600 Massachusetts Avenue,<br>NW<br>Washington, DC 20001<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>ajcurrie@venable.com |

| Philadelphia Indemnity Insurance Co.<br>McElroy, Deutsch, Mulvaney, & Carpenter, LLP | Gary D. Bressler, Esq.<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>(T): (302) 300-4515; (F): (302) 654-4031<br>gbressler@mdmc-law.com<br><br>Michael R. Morano, Esq. (pro hac vice pending)<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>(T): (973) 993-8100; (F): (973) 425-0161<br>mmorano@mdmc-law.com |
| Philadelphia Indemnity Insurance Co.<br>Manier Herod, P.C. | Jeffrey S. Price, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9358; (F): (615) 242-4203<br>jprice@manierherod.com<br><br>Melissa J. Lee, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9372; (F): (615) 242-4203<br>mlee@manierherod.com<br><br>Scott C. Williams, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9370; (F): (615) 242-4203<br>swilliams@manierherod.com |
| Chainanalysis, Inc.<br>Reich Reich & Reich, P.C. | Nicholas A. Pasalides, Esq.<br>REICH REICH & REICH, P.C.<br>Attorneys for Creditor Chainalysis Inc.<br>235 Main Street, Suite 450<br>White Plains, NY 10601<br>(914) 949-2126<br>npasalides@reichpc.com |

| | |
|---|---|
| **Cloudfare, Inc.**<br>Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand<br>Anh Nguyen<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin, Texas 78746<br>(512) 236-9904 (Facsimile)<br>streusand@slollp.com<br>nguyen@slollp.com |
| **BlockFi Inc. and Affiliates**<br>Haynes & Boone, LLP | Richard Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian<br>Charles M. Jones II<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: Rick.Anigian@haynesboone.com<br> Charlie.Jones@haynesboone.com |
| **BlockFi Inc. and Affiliates**<br>Morris, Nichols, Arsht &  Tunnell LLP | Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com |
| **Vermont Department of Financial Regulation**<br>State of Vermont | Jennifer Rood<br>Assistant General Counsel<br>Vermont Department of Financial Regulation<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>(802)828-5672<br>Jennifer.rood@vermont.gov |
| **Word of God Fellowship, Inc.**<br>Sullivan Hazeltine Allinson, LLC | William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>bsullivan@sha-llc.com |

| | |
|---|---|
| **Word of God Fellowship, Inc.**<br>Kelly Hart & Hallman LLP | Louis M. Phillips, Esq.<br>Kelly Hart & Hallman LLP<br>301 Main St., Suite 1600<br>Baton Rouge, LA 70801<br>Tel: (225) 338-5308<br>louis.phillips@kellyhart.com<br><br>Michael D. Anderson, Esq.<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Tel: (817) 878-3506<br>michael.anderson@kellyhart.com |
| **North America League of Legends**<br>Robinson & Cole LLP | Jamie L. Edmonson, Esq.<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: jedmonson@rc.com |
| **North America League of Legends**<br>Greenberg Glusker Fields Claman &<br>Machtinger LLP | Brian Davidoff (pro hac vice pending)<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br>Email: bdavidoff@greenbergglusker.com |
| **Paradigm Operations LP**<br>Debevoise & Plimpton LLP | Sidney P. Levinson<br>Jasmine Ball<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6839<br>E-mail: slevinson@debevoise.com<br> jball@debevoise.com |
| **Paradigm Operations LP**<br>Troutman Pepper Hamilton Sanders LLP | Evelyn J. Meltzer<br>Marcy J. McLaughlin Smith<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: evelyn.meltzer@troutman.com<br> marcy.smith@troutman.com |

| **The Official Committee of Unsecured Creditors** Paul Hastings LLP | Kristopher M. Hansen, Esq. Luc A. Despins, Esq. Kenneth Pasquale, Esq. Erez E. Gilad, Esq. Gabriel E. Sasson, Esq. PAUL HASTINGS LLP 200 Park Avenue New York, NY 10166 Telephone: (212) 318-6000 Facsimile: (212) 319-4090 Email: krishansen@paulhastings.com  lucdespins@paulhastings.com  kenpasquale@paulhastings.com  erezgilad@paulhastings.com  gabesasson@paulhastings.com |
|---|---|
| **The Official Committee of Unsecured Creditors** Young Conaway Stargatt & Taylor LLP | Matthew B. Lunn, Esq. Robert F. Poppiti, Jr., Esq. YOUNG CONAWAY STARGATT & TAYLOR, LLP 1000 North King Street Wilmington, DE 19801 Telephone: (302) 571-6600 Facsimile: (302) 571-1253 CM/ECF Noticing: bankfilings@ycst.com Email: mlunn@ycst.com  rpoppiti@ycst.com |
| Gabriel Recchia Kashishian Law LLC | Ann Kashishian KASHISHIAN LAW LLC 501 Silverside Road, Suite 85 Wilmington, DE 19809 T. (484) 302-8417 F. (484) 930-0091 E. amk@kashishianlaw.com |
| **Missouri Department of Revenue** Attorney General, State of Missouri | Missouri Department of Revenue Bankruptcy Unit Attn: Steven A. Ginther 301 W. High Street, Room 670 PO Box 475 Jefferson City, MO 65105-0475 Telephone:(573) 751-5531 Fax: (573) 751-7232 deecf@dor.mo.gov |

| | |
|---|---|
| **The Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd.**<br>Venable LLP | Daniel A. O'Brien<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: 302.298.3535<br>Fax: 302.298.3550<br>daobrien@venable.com<br><br>Jeffrey S. Sabin<br>Carol A. Levy<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>cweinerlevy@venable.com<br><br>Andrew J. Currie<br>600 Massachusetts Avenue, NW<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>ajcurrie@venable.com |
| **Ikigai Opportunities Master Fund, Ltd.**<br>Taft Stettinius & Hollister, LLP | Taft, Stettinius & Hollister, LLP<br>Attn: Paul R. Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Phone: (248) 351-3000<br>phage@taftlaw.com |
| **Massachusetts Department of Revenue**<br>Attorney General of Massachusetts | Celine E. de la Foscade-Condon<br>Massachusetts BBO # 658016<br>Counsel to the Commissioner<br>Massachusetts Department of Revenue<br>Litigation Bureau<br>100 Cambridge Street, P. O. Box 9565<br>Boston, MA 02114<br>(617) 626-3854<br>delafoscac@dor.state.ma.us |

| | |
|---|---|
| **Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.** <br> Debevoise & Plimpton LLP | DEBEVOISE & PLIMPTON LLP <br> M. Natasha Labovitz, Esq. <br> Elie J. Worenklein, Esq. <br> Michael C. Godbe, Esq. <br> Debevoise & Plimpton LLP <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> Telephone: (212) 909 6000 <br> Facsimile: (212) 909-6836 <br> nlabovitz@debevoise.com <br> eworenklein@debevoise.com <br> mcgodbe@debevoise.com |
| **Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.** <br> Cole Schotz P.C. | COLE SCHOTZ P.C. <br> Norman L. Pernick, Esq. <br> Andrew J. Roth-Moore, Esq. <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-3131 <br> Facsimile: (302) 652-3117 <br> npernick@coleschotz.com <br> aroth-moore@coleschotz.com |
| **Mercedes-Benz Grand Prix Limited** <br> Foley & Lardner LLP | Michael J. Small, Esq. <br> 321 North Clark Street, Suite 3000 <br> Chicago, IL 60654 <br> Telephone: (312) 832-4700 <br> msmall@foley.com <br> <br> Samantha Ruppenthal <br> 90 Park Avenue <br> New York, NY 10016 <br> Telephone: (212) 338-3402 <br> sruppenthal@foley.com |
| **Mercedes-Benz Grand Prix Limited** <br> Ashby & Geddes, P.A. | Gregory A. Taylor, Esq. <br> 500 Delaware Avenue, 8th Floor <br> P.O Box 1150 <br> Wilmington, DE 19899 <br> Telephone: (302) 654-1888 <br> Fax: (302) 654-1067 <br> gtaylor@ashbygeddes.com |

| | |
|---|---|
| **BH Trading Ltd.**<br>Cozen O'Connor | Thomas J. Francella, Jr.<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(T) 302-295-2000<br>tfrancella@cozen.com<br><br>Frederick Schmidt<br>COZEN O'CONNOR<br>3WTC, 175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>(T) 212-509-9400<br>eschmidt@cozen.com |
| **New Jersey Bureau of Securities**<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>dprimack@mdmc-law.com<br><br>Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>570 Broad Street, Suite 1401<br>Newark, NJ 07102<br>Telephone: (973) 565-2183<br>jbernstein@mdmc-law.com<br><br>Nicole Leonard, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>225 Liberty Street, 36th Floor<br>New York, NY 10281<br>Telephone: (973) 565-2048<br>nleonard@mdmc-law.com |
| **Cadian Group Co.**<br>Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Esq.<br>Judith Swartz, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com<br>        jswartz@emmetmarvin.com |

| Parties Against Whom Section 1519 Relief is Sought | |
| --- | --- |
| Party | Service Address |
| **Silvergate Bank**<br>Perkins Coie LLP | John D. Penn<br>Perkins Coie LLP<br>500 N. Akard Street<br>Suite 3000<br>Dallas, Texas 75201<br>Telephone: (214) 965-7734<br>Facisimile: (214) 965-7784<br>E-Mail: JPenn@perkinscoie.com |
| **Silvergate Bank** | John Bonino (Chief Legal Officer)<br>Paris Cribben (General Counsel)<br>Silvergate Bank<br>4250 Executive Square, Suite 300<br>La Jolla, CA 92037<br>E-Mail: jbonino@silvergate.com<br>E-Mail: pcribben@silvergate.com<br>E-Mail: legal@silvergate.com |
| **Moonstone Bank**<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz | Ty Kelly<br>Frank C. Bonaventure, Jr.<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 862-1049<br>Facisimile: (410) 547-0699<br>E-Mail: tykelly@bakerdonelson.com<br>E-Mail: fbonaventure@bakerdonelson.com<br><br>Daniel Carrigan<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowtiz P.C.<br>901 K Street, N.W.<br>Suite 900<br>Washington, D.C. 20001<br>Telephone: (202) 508-3423<br>Facisimile: (202) 220-2223<br>E-Mail: dcarrigan@bakerdonelson.com |

| | |
|---|---|
| **Moonstone Bank** | Gary Rever (Chief Executive Officer)<br>Joe Vincent (Chief Legal Officer)<br>Farmington State Bank- dba Moonstone Bank<br>North 103 First Street<br>P.O. Box 67<br>Farmington, WA 99128<br>Telephone: (509) 287-2041<br>Facismile: (509) 287-2022<br>E-Mail: joe.vincent@moonstonebank.com<br>E-Mail: gary.rever@moonstonebank.com |

| **Parties with Litigation Pending** | |
|---|---|
| **Party** | **Service Address** |
| **FTX US Customer Declaratory Class Action (Adv. Pro. No. 22-50513)**<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP | Robert J. Kriner, Jr. (Del. Bar. No. #2546)<br>Scott M. Tucker (Del. Bar. No. #4925)<br>2711 Centerville Rd, Suite 201<br>Wilmington, Delaware 19808<br>Tel. (302) 656-2500<br>robertkriner@chimicles.com |
| **FTX US Customer Declaratory Class Action (Adv. Pro. No. 22-50513)**<br>Entwistle & Cappucci LLP | Andrew J. Entwistle (pro hac vice pending)<br>500 W. 2nd Street, Suite 1900<br>Austin, Texas 78701<br>Tel: (512) 710-5960<br>aentwistle@entwistle-law.com<br><br>Robert N. Cappucci (pro hac vice pending)<br>Joshua K. Porter (pro hac vice pending)<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>Tel: (212) 894-7200<br>Fax: (212) 894-7272<br>rcappucci@entwistle-law.com<br>jporter@entwistle-law.com |

| | |
|---|---|
| **FTX Non-US Customer Declaratory Class Action (Adv. Pro. No. 22-50514)** EVERSHEDS SUTHERLAND (US) LLP | Peter A. Ivanick<br>Sarah E. Paul<br>Philip H. Ehrlich<br>Lynn W. Holbert<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com<br>philipehrlich@eversheds-sutherland.com<br>lynnholbert@eversheds-sutherland.com<br><br>Erin E. Broderick 227 West Monroe Street, Suite 6000 Chicago, Illinois 60606 Telephone: (312) 724-9006 Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Mark D. Sherrill<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>marksherrill@eversheds-sutherland.com<br><br>Andrea L. Gordon<br>700 Sixth Street NW, Suite 700,<br>Washington, District of Columbia<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>andreagordon@eversheds-sutherland.com |
| **FTX Non-US Customer Declaratory Class Action (Adv. Pro. No. 22-50514)** MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Paige N. Topper (No. 6470)<br>Brian Loughnane (No. 6853)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>eschwartz@morrisnichols.com<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com<br>bloughnane@morrisnichols.com |

| | |
|---|---|
| **Media Interveners (Bloomberg, L.P., Dow Jones & Company, The New York Times Inc., and the Financial Times, Ltd.)**<br>Finger & Slanina, LLC | David L. Finger (ID #2556)<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 N. Orange St., 7th fl.<br>Wilmington, DE 19801<br>(302) 573-2525 |
| **Warren Winter and Richard Brummond**<br>Ferry Joseph, P.A. | John D. McLaughlin, Jr.<br>Delaware Bar No. 4123<br>1521 Concord Pike, Suite 202<br>Wilmington, DE 19803<br>Tel: (302) 575-1555, ext. 107<br>Fax: (302) 575-1714<br>jmclaughlin@ferryjoseph.com |
| **Warren Winter and Richard Brummond**<br>The Hoda Law Firm | Marshal J. Hoda<br>Texas Bar No. 24110009<br>(Admitted pro hac vice)<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>Tel: (832) 848-0036<br>marshal@thehodalawfirm.com |
| **Warren Winter and Richard Brummond**<br>Foster Yarborough, PLLC | Patrick Yarborough, Esq.<br>Texas Bar No. 24084129<br>(Admitted pro hac vice)<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>Tel: (713) 331-5084<br>patrick@fosteryarborough.com |
| **Samuel Bankman-Fried**<br>Montgomery McCracken Walker & Rhoads LLP | Gregory T. Donilon (No. 4244)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>gdonilon@mmwr.com<br><br>Edward L. Schnitzer, Esq. (pro hac vice application to be filed)<br>David M. Banker, Esq. (pro hac vice application to be filed)<br>437 Madison Avenue, 24th Floor<br>New York, NY 10022<br>Telephone: (212) 867-9500<br>eschnitzer@mmwr.com<br>dbanker@mmwr.com |

| **John Mallon**<br>Pro Se | John Mallon<br>Heath Lodge Square<br>Belfast<br>United Kingdom BT13 3WG<br>(914) 650-6782<br>john@onbrinkcapital.com |
| --- | --- |
| **Leslie Stuart**<br>Pro Se | Leslie Stuart<br>Telephone: (242)-810-5291<br>Email: lsassociates@outlook.com |

# **Exhibit B**

## Mailing Information for Case 22-11068-JTD

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**   dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Daniel K. Astin**   dastin@ciardilaw.com, wgouldsbury@ciardilaw.com
- **Mary E. Augustine**   meg@saccullolegal.com
- **Jasmine Ball**   jball@debevoise.com, mao-bk-ecf@debevoise.com;gurias@debevoise.com;mduque@debevoise.com;bstadler@debevoise.com;slevinson@debevoise.com;mduque@debevoise.com
- **David M. Banker**   dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com
- **Jody C. Barillare**   jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Brandon Batzel**   brandon.batzel@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com
- **Gary D. Bressler**   gbressler@mdmc-law.com, scarney@mdmc-law.com
- **Kimberly A. Brown**   brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com
- **Elisabeth Michaelle Bruce**   elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov
- **Robert N. Cappucci**   rcappucci@entwistle-law.com
- **Schuyler G. Carroll**   scarroll@loeb.com, fmckeown@loeb.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **Albert A. Ciardi**   aciardi@ciardilaw.com, sfrizlen@ciardilaw.com
- **Scott D. Cousins**   scott.cousins@cousins-law.com
- **Roma N Desai**   roma.desai@oag.texas.gov
- **Roma N. Desai**   Roma.Desai@oag.texas.gov
- **Luc A. Despins**   lucdespins@paulhastings.com
- **Andrew G. Dietderich**   dietdericha@sullcrom.com
- **Gregory T. Donilon**   gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com
- **Amish R. Doshi**   amish@doshilegal.com
- **Jamie Lynne Edmonson**   jedmonson@rc.com, lshaw@rc.com
- **Andrew J. Entwistle**   aentwistle@entwistle-law.com, efilings@entwistle-law.com
- **Epiq Corporate Restructuring, LLC**   rjacobs@ecf.epiqsystems.com
- **David L. Finger**   dfinger@delawgroup.com
- **Thomas Joseph Francella**   TFrancella@cozen.com, kcallahan@cozen.com;sshidner@cozen.com;thomas-francella-6506@ecf.pacerpro.com
- **Jason A. Gibson**   gibson@teamrosner.com
- **Steven A. Ginther**   deecf@dor.mo.gov
- **Walter W. Gouldsbury**   wgouldsbury@ciardilaw.com
- **Kevin Gross**   gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Benjamin A. Hackman**   benjamin.a.hackman@usdoj.gov
- **Paul R. Hage**   phage@taftlaw.com, ttorni@jaffelaw.com
- **Mark W. Hancock**   mhancock@gklaw.com, kboucher@gklaw.com
- **Matthew B. Harvey**   mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Matthew B. Harvey**   mharvey@morrisnichols.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Paul Noble Heath**   heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Marshal J. Hoda**   marshal@thehodalawfirm.com, marshal@ecf.courtdrive.com
- **James E. Huggett**   jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
- **John F. Iaffaldano**   jackiaffaldano@paulhastings.com
- **Scott D Jones**   scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **Richard S. Kanowitz**   richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com
- **Richard S. Kanowitz**   Richard.Kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com
- **Ann M. Kashishian**   amk@kashishianlaw.com
- **Richard S. Kebrdle**   rkebrdle@whitecase.com, mco@whitecase.com
- **Jared W Kochenash**   bankfilings@ycst.com
- **Katherine Burghardt Kramer**   kkramer@dgwllp.com
- **Alexa J. Kranzley**   kranzleya@sullcrom.com
- **Robert J. Kriner**   rjk@chimicles.com
- **Adam G. Landis**   landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com
- **Jessica Lauria**   jessica.lauria@whitecase.com
- **Sal H. Lee**   slee@entwistle-law.com
- **Nicole A. Leonard**   nleonard@mdmc-law.com
- **Brian Loughnane**   bloughnane@morrisnichols.com
- **Matthew Barry Lunn**   bankfilings@ycst.com
- **John Mallon**   jmallonjnr@gmail.com
- **Stephen Manning**   Stephen.Manning@atg.wa.gov
- **Samantha Martin**   samanthamartin@paulhastings.com
- **Laura L. McCloud**   agbankdelaware@ag.tn.gov
- **Matthew B. McGuire**   mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com
- **John Daniel McLaughlin**   jmclaughlin@ferryjoseph.com, jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com
- **Marcy J. McLaughlin Smith**   Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Joseph James McMahon**   joseph.mcmahon@usdoj.gov

- **Stanton C. McManus**   stanton.c.mcmanus@usdoj.gov
- **Evelyn J. Meltzer**   Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Layla Milligan**   layla.milligan@oag.texas.gov
- **Michael Morris**   Morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Isaac Nesser**   isaacnesser@quinnemanuel.com
- **Anh Nguyen**   anh.nguyen@lewisbrisbois.com
- **Daniel A. O'Brien**   daobrien@venable.com
- **Aram Ordubegian**   Aram.Ordubegian@afslaw.com, nicholas.marten@arentfox.com
- **Ricardo Palacio**   rpalacio@ashby-geddes.com;ahrycak@ashbygeddes.com;kjones@ashbygeddes.com
- **Nicholas Alexander Pasalides**   npasalides@eckertseamans.com
- **Amy Patterson**   apatterson@law.ga.gov
- **Norman L. Pernick**   npernick@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Louis Phillips**   louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com
- **Matthew R Pierce**   Pierce@lrclaw.com, Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com
- **Thomas A. Pitta**   tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
- **Joshua K. Porter**   jporter@entwistle-law.com
- **David P. Primack**   dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com
- **David T Queroli**   queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **John Reding**   john.reding@ilag.gov
- **Reliable Companies**   gmatthews@reliable-co.com
- **Tori Lynn Remington**   tremington@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Sameen Rizvi**   srizvi@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com
- **Jennifer Rood**   jennifer.rood@vermont.gov
- **Andrew John Roth-Moore**   aroth-moore@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com
- **Abigail Rushing Ryan**   abigail.ryan@oag.texas.gov
- **Jeffrey S. Sabin**   JSSabin@Venable.com
- **Anthony M. Saccullo**   ams@saccullolegal.com
- **Christopher M. Samis**   lhuber@potteranderson.com, bankruptcy@potteranderson.com;mdero@potteranderson.com
- **Juliet M. Sarkessian**   juliet.m.sarkessian@usdoj.gov
- **Brendan Joseph Schlauch**   schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Edward L. Schnitzer**   eschnitzer@mmwr.com, Edward-schnitzer-0033@ecf.pacerpro.com
- **Eric D. Schwartz**   eschwartz@mnat.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Seth B. Shapiro**   seth.shapiro@usdoj.gov
- **Jennifer R Sharret**   jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **John Christopher Shore**   cshore@whitecase.com, caverch@whitecase.com;gsedlik@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah.lee@whitecase.com
- **Michael J. Small**   msmall@foley.com
- **Martin A. Sosland**   Martin.Sosland@butlersnow.com, ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com
- **Benjamin Joseph Steele**   ecf@primeclerk.com
- **Sabrina L. Streusand**   streusand@slollp.com, prentice@slollp.com
- **Aaron H. Stulman**   astulman@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com
- **William D. Sullivan**   wdsecfnotices@sha-llc.com
- **Eric M. Sutty**   esutty@atllp.com, mmillis@atllp.com
- **Gregory A. Taylor**   gtaylor@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com
- **Paige Noelle Topper**   ptopper@mnat.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Paige Noelle Topper**   ptopper@morrisnichols.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Scott M Tucker**   smt@chimicles.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Jane VanLare**   jvanlare@cgsh.com, maofiling@cgsh.com
- **Jonathan Michael Weyand**   jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Christopher K.S. Wong**   christopher.wong@arentfox.com
- **Rongping Wu**   lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com
- **Celine E. de la Foscade-Condon**   delafoscac@dor.state.ma.us

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**3Commas Technologies OU**
,

**Michael D. Anderson**
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

**Richard D. Anigian**
Haynes & Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

**BC Racing, LLC**
C/o Juliana Leite, Esq
950 Brickell Bay Dr #3906
Miami, FL 33131

**James E. Bailey III**
Butler Snow LLP
Crescent Center, Suite 500
6075 Poplar Avenue, PO BOX 171443
Memphis, TN 38187

**Brett Bakemeyer**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

**Benjamin S Beller**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Jeffrey Bernstein**
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
570 Broad Street
Suite 1401
Newark, NJ 07102-4560

**Erin E. Broderick**
Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 600
Chicago, IL 60606

**James L. Bromley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

**William A. Burck**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

**Frederick Chang**
RIMON, P.C.
506 2nd Avenue
Suite 1400
Seattle, WA 98104

**Cherokee Acquisition**
1384 Broadway
Suite 906
New York, NY 10018

**Cherokee Acquisitions**
1384 Broadway
Suite 906
New York, NY 10018

**Jacquelyn H. Choi**
Rimon, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067

**Jacob M. Croke**
Sullivan & Cromwell LLP
125 Broad Street

New York, NY 10004

**Ileana Cruz**
Miami-Dade County Attorney's Office
111 N.W. 1st Street
Suite 2810
Stephen P Clark Center
Miami, FL 33128-1993

**Andrew J. Currie**
VENABLE LLP
600 Massachusetts Avenue
NW
New York, NY 10020

**Andrew J. Currie**
VENABLE LLP
600 Massachusetts Avenue
NW
Washington, DC 20001

**Andrew J. Currie**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

**Brian Davidoff**
Greenberg Glusker Fields Claman et al.
2049 Century Park East, Suite 2600
Los Angeles, CA 90067-4590

**Caroline Diaz**
PAUL HASTINGS LLP
200 Park Avenue
NEW YORK, NY 10166

**Joshua Dorchak**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

**Christopher J Dunne**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

**Kenneth H. Eckstein**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Philip H. Ehrlich**
Eversheds Sutherland (US) LP
114 Avenue of the Americas
New York, NY 10036

**Mark Franke**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

**Daniel Friedberg**
1133 Bigelow Avenue North
Seattle, WA 98109

**Nicole Friedlander**
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

**David Gerardi**
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard

Suite 2100
Newark, NJ 07102

**Erez Gilad**
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

**Brian D. Glueckstein**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Michael C. Godbe**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

**Eduardo W. Gonzalez**
Miami-Dade County, Florida
111 N.W. First St.
Suite 2810
Miami, FL 33128

**John C Goodchild**
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

**John C Goodchild**
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

**Andrea L. Gordon**
Eversheds Sutherland (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC

**David M. Grable**
QUINN EMAURQUHART & SULLIVAN, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017

**Brandon M. Hammer**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Kristopher M. Hansen**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Paul N. Heath**
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Robert Campbell Hillyer**
Butler Snow LLP
Crescent Center, Suite 500
6075 Poplar Avenue
PO BOX 171443
Memphis, TN 38187

**Lynn Holbert**
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

**Lynn Holbert**

Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

**Peter A. Ivanick**
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

**Peter A. Ivanick**
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

**Charles M. Jones**
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

**M. Natasha Labovitz**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

**Thomas E. Lauria**
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

**Melissa J. Lee**
Manier Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213

**Katherine A. Lemire**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

**Sidney P. Levinson**
DEBEVOISE & PLIMPTON LLP
66 Hudson Blulevard
New York, NY 10001

**James M. McDonald**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

**Matthew B. McGuire**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

**Frank Merola**
Paul Hastings LLP
1999 Avenue of the Starts
27th Floor
Center City, CA 90067

**Michael R. Morano**
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962

**Nifty Island LLC**
,

**Kenneth Pasquale**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Sarah E. Paul**
Eversheds Sutherland (US) LLP
114 Avenue of the Americas
New York, NY 10036

**Steven R. Peikin**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

**Arie Peled**
Venable LLP
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020

**Arie A. Peled**
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

**Brian D. Pfeiffer**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

**Matthew R. Pierce**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**Robert F. Poppiti, Jr.**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Robert F. Poppiti, Jr.**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Jeffrey S Price**
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213

**Sascha Rand**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

**Samantha Ruppenthal**
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

**Jeffrey S. Sabin**
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

**Gabriel Sasson**
200 Park Avenue
New York, NY 10166

**Isaac Sasson**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**Frederick E. Schmidt**
Cozen O'Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007

**K. John Shaffer**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

**Mark D. Sherrill**
Sutherland Asbill & Brennan LLP
1001 Fannin Street
Suite 3700
Houston, TX 77002

**Mark D. Sherrill**
Sutherland Asbill & Brennan LLP
1001 Fannin Street
Suite 3700
Houston, TX 77002

**David K. Shim**
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178

**Brian Singleterry**
HAYNES and BOONE, LLP
301 Commerce Street
Suite 2600
Fort Worth, TX 76102

**Xochitl S. Strohbehn**
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

**Xochitl S. Strohbehn**
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

**Leslie Stuart**
PO BOX N1671
Nassau, Bahamas,

**Judith Swartz**
Emmet, Marvin & Martin, LLP
120 Broadway
32nd Floor
New York, NY 10271

**Carol A. Weiner**
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

**Carol A. Weiner**
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

**Morris D. Weiss**
100 Congress Avenue
Suite 1800
Austin, TX 78701

**Scott C. Williams**
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213

**Craig A. Wolfe**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600

**Elie J. Worenklein**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

**XCLAIM Inc.**
Xclaim
2261 Market Street #4385
San Francisco, CA 94114

**Patrick Yarborough**
Foster Yarborough PLLC
917 Franklin Street
Suite 220
Houston, TX 77002

**Jason Zakia**
White & Case LLP
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606

**Jason N. Zakia**
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606

**Matthew C. Ziegler**
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.