# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **PARK WALK CREDIT PARTNERS LLC**<br><br>Name of Transferee<br>Park Walk Credit Partners LLC<br>Phone: 512 886 4412<br>Last Four Digits of Acct #: N/A<br><br>Name and Address where notices and payments to transferee should be sent:<br><br>Park Walk Credit Partners LLC<br>1120 S Capital of Texas Hwy, Building 1, Suite 120<br>Austin, TX 78746<br>Attention: Jesse Hibbard | **BLOCKCHAIN.COM (SINGAPORE) PTE. LTD.**<br><br>Name and Current Address of Transferor<br>Blockchain.com (Singapore) Pte. Ltd.<br>c/o Blockchain.com Group Holdings, Inc.,<br>190 Elgin Avenue, George Town, Grand Cayman, KY1-9008<br>Cayman Islands<br>**Claim No.: 1241**<br>**Case No.: 22-11068 (JTD) (Jointly Administered)**<br><br>Date Filed: March 16, 2023<br><br>Total Amount of Claim: $3,542,509.59<br>**Transferred Amount of Claim: $3,542,509.59** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: March 31, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

Attn: Clerk

AND TO: FTX Trading Ltd, Case No. 22-11068 (JTD) pending in the United States Bankruptcy Court for the District of Delaware (the "Debtor")

re: Claim #: 1241

Blockchain.com (Singapore) Pte. Ltd. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Park Walk Credit Partners LLC
1120 S Capital of Texas Hwy, Building 1, Suite 120, Austin, TX 78746
Attention: Jesse Hibbard

and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to Proof of Claim No. 1241 in the amount of $3,542,509.59 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

Seller (separate from the above assignment), hereby irrevocably instructs and directs the Debtor (coupled with an interest to Purchaser) to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 31, 2023.

BLOCKCHAIN.COM (SINGAPORE) PTE. LTD.

By: *[signature]*
Title: Daniel Bookstaber, Chief Strategy Officer

PARK WALK CREDIT PARTNERS LLC

By: *[signature]*
Title: Jesse H. Short, Authorized Signer