# **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 02/01/2023 | Individual Meal - Adam Searles - Lunch (meetings with S&C) | 27.76 |
| 02/01/2023 | Lodging Justin Sutherland - Marriott Hotels & Resorts, New York, NY 2023-02-01 2023-02-02 (meetings with S&C) | 416.60 |
| 02/01/2023 | Taxi/Car Service Justin Sutherland Train station to Hotel (meetings with S&C) | 31.44 |
| 02/02/2023 | Individual Meal - Justin Sutherland - Lunch (meetings with S&C) | 23.53 |
| 02/02/2023 | Individual Meal - Justin Sutherland - Dinner (meetings with S&C) | 40.80 |
| 02/02/2023 | Individual Meal - Justin Sutherland - Dinner (meetings with S&C) | - |
| 02/03/2023 | Taxi/Car Service Justin Sutherland Client office to Airport (meetings with S&C) | 155.26 |
| 02/03/2023 | Parking/Tolls Justin Sutherland | 52.50 |
| 02/05/2023 | Lodging Justin Sutherland Ritz Carlton NY Central Park, NY, NY 2023-02-05 2023-02-09 (meetings with S&C) | 1,303.68 |
| 02/05/2023 | Mileage Justin Sutherland 50 Miles | 16.37 |
| 02/05/2023 | Lodging Matthew Evans RIBM Wilmington, Downtown, Wilmington, DE 2023-02-05 2023-02-06 (attend court hearings) | 166.15 |
| 02/06/2023 | Taxi/Car Service Matthew Evans Hotel to Meeting (attend court hearing) | 16.26 |
| 02/07/2023 | Taxi/Car Service Matthew Evans Hotel to Meeting (meeting with S&C) | 23.90 |
| 02/08/2023 | Group Meal with Client/Contact John Labella - Dinner - Lilly Goldman; Charles Cipione; Dana Schwartz; Adam Searles; John Labella; Justin Sutherland; Mike Materni; Jared Rosenfeld; Zoeth Flegenheimer; Emma Downing; Ugonna Eze; Keila Mayberry; Kathleen Donnelly | 910.00 |
| 02/08/2023 | Airfare John Labella 2023-02-09 JFK- SEA (Delta Air Lines, round-trip, economy) | 749.01 |
| 02/08/2023 | Individual Meal - Justin Sutherland - Breakfast (meetings with S&C) | 29.91 |
| 02/08/2023 | Lodging Lilly Goldman - Westin NY at Time Square, New York, NY 2023-02-08 2023-02-10 (meetings with S&C) | 300.70 |
| 02/09/2023 | Individual Meal - John Labella - Dinner (meetings with S&C) | 48.72 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 02/09/2023 | Taxi/Car Service John Labella Airport to Home (returning from meetings with S&C) | 133.75 |
| 02/09/2023 | Individual Meal - Justin Sutherland - Dinner (meetings with S&C) | 11.67 |
| 02/09/2023 | Taxi/Car Service Justin Sutherland Hotel to Client site (meetings with S&C) | 36.28 |
| 02/09/2023 | Taxi/Car Service Justin Sutherland Client Dinner with S&C to Hotel | 41.35 |
| 02/09/2023 | Taxi/Car Service Justin Sutherland Hotel to Client dinner with S&C | 47.45 |
| 02/09/2023 | Mileage Justin Sutherland 50 Miles | 16.37 |
| 02/09/2023 | Parking/Tolls Justin Sutherland | 87.50 |
| 02/09/2023 | Individual Meal - Lilly Goldman - Dinner (meetings with S&C) | 47.92 |
| 02/09/2023 | Taxi/Car Service Lilly Goldman Client dinner with S&C to Hotel | 35.95 |
| 02/10/2023 | Taxi/Car Service John Labella Office to Airport (returning from meetings with S&C) | 36.95 |
| 02/10/2023 | Taxi/Car Service John Labella Hotel to Office (meetings with S&C) | 28.85 |
| 02/21/2023 | Individual Meal - Dana Schwartz - Dinner (meetings with S&C) | 48.86 |
| 02/21/2023 | Taxi/Car Service Dana Schwartz Office to Home | 18.84 |
| 02/22/2023 | Taxi/Car Service Dana Schwartz Office to Home | 18.98 |
| 02/23/2023 | Individual Meal - Dana Schwartz - Dinner (meetings with S&C) | 47.83 |
| 02/23/2023 | Taxi/Car Service Dana Schwartz Office to Home | 19.90 |
| **Total Expenses** | | **$ 4,991.04** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 749.01 |
| Ground Transportation | 645.16 |
| Lodging | 2,187.13 |
| Meals | 1,237.00 |
| Mileage | 32.74 |
| Parking & Tolls | 140.00 |
| **Total Expenses** | **$ 4,991.04** |