# Exhibit C

## Certification of Matthew Evans

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD*., et. al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### CERTIFICATION OF MATTHEW EVANS

I, Matthew Evans, declare under the penalty of perjury as follows:

1. I am a Partner and Managing Director at AlixPartners, LLP ("AlixPartners"), with offices at 909 Third Avenue, 28th Floor, New York, New York 10022. AlixPartners serves as forensic investigation consultant to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

2. I have reviewed the *Third Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023* (the "Monthly Fee Statement").

3. I have reviewed Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* ("Local Rule") and submit that the Application substantially complies with such Local Rule.

4. To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

the Monthly Fee Statement complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5. AlixPartners' fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the U.S. Trustee Guidelines. Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by AlixPartners' clients.

6. With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1. Does not make a profit;
2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and
3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by AlixPartners to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  April 4, 2023

                                           */s/ Matthew Evans*
                                           By:  Matthew Evans
                                                 Partner & Managing Director