# Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report** Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 02/02/2023 | 0.100 | 15.00 | 1.50 | Inhouse Copying |
| 1368.002 | 02/03/2023 | 0.100 | 77.00 | 7.70 | Inhouse Copying |
| 1368.002 | 02/04/2023 | 0.100 | 127.00 | 12.70 | Inhouse Copying |
| 1368.002 | 02/05/2023 | 0.100 | 926.00 | 92.60 | Inhouse Copying |
| 1368.002 | 02/05/2023 | 0.100 | 79.00 | 7.90 | Inhouse Copying |
| 1368.002 | 02/06/2023 | 0.100 | 4,442.00 | 444.20 | Inhouse Copying |
| 1368.002 | 02/07/2023 | 0.100 | 776.00 | 77.60 | Inhouse Copying |
| 1368.002 | 02/14/2023 | 0.100 | 241.00 | 24.10 | Inhouse Copying |
| 1368.002 | 02/15/2023 | 0.100 | 460.00 | 46.00 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 714.30 | Inhouse Copying |
| | | | | | |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 01/19/2023 | | | 2,753.60 | Outside printing Parcels, Inc. Invoice 1007944 |
| 1368.002 | 02/05/2023 | | | 251.70 | Outside printing Parcels, Inc. Invoice 1007579 |
| 1368.002 | 02/08/2023 | | | 353.00 | Outside printing Parcels, Inc. Invoice 1007923 |
| 1368.002 | 02/10/2023 | | | 125.14 | Outside printing Parcels, Inc. Invoice 1009147 |
| **Total for Activity ID E102** | | | Billable | 3,483.44 | Outside printing |
| | | | | | |
| **Activity ID E105 Telephone** | | | | | |
| 1368.002 | 02/03/2023 | | | 31.76 | International call, T-Mobile; call to Cayman Islands |
| 1368.002 | 02/07/2023 | | | 7.06 | International call, T-Mobile; call to Cayman Islands |
| 1368.002 | 02/07/2023 | | | 3.53 | International call, T-Mobile; call to Cayman Islands |
| 1368.002 | 02/09/2023 | | | 7.06 | International call, T-Mobile; call to Cayman Islands |
| **Total for Activity ID E105** | | | Billable | 49.41 | Telephone |
| | | | | | |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 02/28/2023 | | | 867.51 | Online research Relx Inc. DBA LexisNexis - Invoice 3094370386 |
| **Total for Activity ID E106** | | | Billable | 867.51 | Online research |
| | | | | | |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 02/06/2023 | | | 65.00 | Delivery services/messengers Parcels, Inc. Invoice 36304 |
| 1368.002 | 02/06/2023 | | | 130.00 | Delivery services/messengers Parcels, Inc. Invoice 36304 |
| 1368.002 | 02/06/2023 | | | 213.00 | Delivery services/messengers Parcels, Inc. Invoice 36304 |
| 1368.002 | 02/07/2023 | | | 67.00 | Delivery services/messengers Parcels, Inc. Invoice 36304 |
| 1368.002 | 02/09/2023 | | | 76.50 | Delivery services/messengers Parcels, Inc. Invoice 36304 |
| 1368.002 | 02/10/2023 | | | 318.75 | Delivery services/messengers Parcels, Inc. Invoice 1011116 |
| **Total for Activity ID E107** | | | Billable | 870.25 | Delivery services/messengers |
| | | | | | |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 02/06/2023 | | | 1,042.00 | Out-of-town travel Campbell's Transportation - Car service for S&C team (8) and John Ray to/from courthouse and train station |
| **Total for Activity ID E110** | | | Billable | 1,042.00 | Out-of-town travel |
| | | | | | |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 02/04/2023 | | | 41.17 | Meals DiMeo's Pizza - working dinner for NEJ and JH |
| 1368.002 | 02/05/2023 | | | 47.50 | Meals Stitch House Brewery - working lunch for KAB, MRP and NEJ |
| 1368.002 | 02/05/2023 | | | 58.00 | Meals Stitch House Brewery - working dinner for NEJ, JH, ALS |
| 1368.002 | 02/05/2023 | | | 428.40 | Meals WCC - dinner for 11 LRC (3), S&C (6), John Ray, and A&M (1) |
| 1368.002 | 02/06/2023 | | | 219.83 | Meals Manhattan Bagel - Portion of breakfast for 14 S&C (8), LRC (4), John Ray, and A&M (1) |
| 1368.002 | 02/06/2023 | | | 40.47 | Meals Krispy Kreme - Portion of breakfast |
| 1368.002 | 02/06/2023 | | | 257.46 | Meals Cavanaugh's Restaurant - lunch for 13 S&C (8), LRC (3), A&M (1) and John Ray |
| 1368.002 | 02/08/2023 | | | 85.50 | Meals Chelsea Tavern - working dinner for KAB, NEJ, MR, AS |
| 1368.002 | 02/14/2023 | | | 52.76 | Meals Bardea Pizza - working dinner for KAB, NEJ, MR |

**Detail Cost Task Code Billing Report** Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 02/15/2023 | | | 107.48 | Meals Manhattan Bagel - breakfast for 6 - S&C (3), LRC (3) |
| 1368.002 | 02/15/2023 | | | 128.00 | Meals Toscana Catering - lunch for 6 S&C (3), LRC (3) |
| **Total for Activity ID E111** | | | Billable | 1,466.57 | Meals |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 02/05/2023 | 0.800 | 84.00 | 67.20 | Inhouse Color Copies |
| 1368.002 | 02/27/2023 | 0.800 | 61.00 | 48.80 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 116.00 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 02/28/2023 | | | 43.50 | PACER Document Retrieval - February |
| **Total for Activity ID E208** | | | Billable | 43.50 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 02/02/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV filing B. Beller |
| 1368.002 | 02/22/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV for I. Nesser |
| **Total for Activity ID E214** | | | Billable | 50.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 02/06/2023 | | | 1,000.50 | Hearing Transcripts Reliable Wilmington - Invoice WL109254 (Transcript of 2/6/2023 Hearing) |
| 1368.002 | 02/15/2023 | | | 232.00 | Hearing Transcripts Reliable Wilmington - Invoice WL109373 (Transcript of 2/15/2023 Hearing) |
| **Total for Activity ID E218** | | | Billable | 1,232.50 | Hearing Transcripts |
| **Activity ID E221 Overnight Delivery** | | | | | |
| 1368.002 | 02/02/2023 | | | 220.47 | Overnight Delivery FedEx - Invoice 2-129-79784; delivery to HSBC and MUFG Bank |
| 1368.002 | 02/06/2023 | | | 24.80 | Overnight Delivery FedEx - Invoice 8-038-02592; delivery to Christian Hodges, Sullivan & Cromwell LLP |
| 1368.002 | 02/08/2023 | | | 341.35 | Overnight Delivery FedEx - Invoice 2-132-07971; delivery to Peter D. Maynard, Counsel & Attorneys |
| **Total for Activity ID E221** | | | Billable | 586.62 | Overnight Delivery |

**GRAND TOTALS**

Billable    10,522.10