## Exhibit B

### Disbursements

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/1/2023 | Geoffrey Posess | Late night / weekend transportation | 27.94 | Taxi home working late on FTX |
| 2/1/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.96 | Taxi home working late on FTX |
| 2/1/2023 | Timm Schipporeit | Late night / weekend transportation | 26.63 | Taxi home working late on FTX |
| 2/1/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/1/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/1/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/1/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/2/2023 | Rohan Sindhwani | Late night / weekend transportation | 10.93 | Taxi home working late on FTX |
| 2/2/2023 | Kendyl Flinn | Late night / weekend transportation | 8.68 | Taxi home working late on FTX |
| 2/2/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/2/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/2/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/3/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.00 | Taxi home working late on FTX |
| 2/3/2023 | Kendyl Flinn | Late night / weekend transportation | 14.51 | Taxi home working late on FTX |
| 2/3/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/4/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |

FTX 2.1.23 - 2.28.23 PWP Expenses.xlsx / 4/3/2023 / 3:08 PM

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/4/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.12 | Taxi home working late on FTX |
| 2/5/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/5/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/6/2023 | Alina Negulescu | Late night / weekend transportation | 34.92 | Taxi home working late on FTX |
| 2/6/2023 | Rohan Sindhwani | Late night / weekend transportation | 19.05 | Taxi home working late on FTX |
| 2/6/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/6/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/6/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/7/2023 | Alina Negulescu | Late night / weekend transportation | 23.16 | Taxi home working late on FTX |
| 2/7/2023 | Rohan Sindhwani | Late night / weekend transportation | 13.17 | Taxi home working late on FTX |
| 2/7/2023 | Kendyl Flinn | Late night / weekend transportation | 12.32 | Taxi home working late on FTX |
| 2/7/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/7/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/8/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/8/2023 | Jenny Zhu | Late night / weekend transportation | 35.65 | Taxi home working late on FTX |
| 2/8/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.98 | Taxi home working late on FTX |

FTX 2.1.23 - 2.28.23 PWP Expenses.xlsx / 4/3/2023 / 3:08 PM

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/8/2023 | Geoffrey Posess | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/8/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/8/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/9/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/9/2023 | Alina Negulescu | Late night / weekend transportation | 37.84 | Taxi home working late on FTX |
| 2/9/2023 | Jenny Zhu | Late night / weekend transportation | 32.23 | Taxi home working late on FTX |
| 2/9/2023 | Rohan Sindhwani | Late night / weekend transportation | 18.99 | Taxi home working late on FTX |
| 2/9/2023 | Geoffrey Posess | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/9/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/9/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/10/2023 | Kendyl Flinn | Late night / weekend transportation | 10.46 | Taxi home working late on FTX |
| 2/12/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/13/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/13/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/14/2023 | Alina Negulescu | Late night / weekend transportation | 56.46 | Taxi home working late on FTX |
| 2/14/2023 | Kendyl Flinn | Late night / weekend transportation | 10.43 | Taxi home working late on FTX |

FTX 2.1.23 - 2.28.23 PWP Expenses.xlsx / 4/3/2023 / 3:08 PM

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/14/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/14/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/14/2023 | Geoffrey Posess | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/14/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/14/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/15/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 16,252.51 | Company: Datasite Project Name: Focus Phase II VDR & File Share Effective: 15-Dec-22 Term: 6 Months |
| 2/15/2023 | Rohan Sindhwani | Late night / weekend transportation | 13.11 | Taxi home working late on FTX |
| 2/15/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/15/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/15/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/16/2023 | Alina Negulescu | Late night / weekend transportation | 25.59 | Taxi home working late on FTX |
| 2/16/2023 | Alina Negulescu | Late night / weekend transportation | 49.61 | Taxi home working late on FTX |
| 2/16/2023 | Rohan Sindhwani | Late night / weekend transportation | 22.93 | Taxi home working late on FTX |
| 2/16/2023 | Rohan Sindhwani | Late night / weekend transportation | 30.53 | Taxi home working late on FTX |
| 2/16/2023 | Kendyl Flinn | Late night / weekend transportation | 9.64 | Taxi home working late on FTX |
| 2/16/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 59,185.50 | For professional services rendered and related expenses incurred through January 2023 |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/16/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/16/2023 | Nikhil Velivela | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/16/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/16/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/17/2023 | Geoffrey Posess | Late night / weekend transportation | 21.00 | Taxi home working late on FTX |
| 2/17/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.46 | Taxi home working late on FTX |
| 2/17/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/17/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/18/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.94 | Taxi home working late on FTX |
| 2/18/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/18/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/18/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/20/2023 | Timm Schipporeit | Late night / weekend meals | 20.00 | Taxi home working late on FTX |
| 2/20/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.94 | Taxi home working late on FTX |
| 2/20/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/21/2023 | Alina Negulescu | Late night / weekend transportation | 46.14 | Taxi home working late on FTX |

FTX 2.1.23 - 2.28.23 PWP Expenses.xlsx / 4/3/2023 / 3:08 PM

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/21/2023 | Rohan Sindhwani | Late night / weekend transportation | 17.87 | Taxi home working late on FTX |
| 2/21/2023 | Timm Schipporeit | Late night / weekend transportation | 30.25 | Taxi home working late on FTX |
| 2/21/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/21/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/21/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/21/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/22/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/22/2023 | Alina Negulescu | Late night / weekend transportation | 29.13 | Taxi home working late on FTX |
| 2/22/2023 | Geoffrey Posess | Late night / weekend transportation | 20.90 | Taxi home working late on FTX |
| 2/22/2023 | Rohan Sindhwani | Late night / weekend transportation | 11.92 | Taxi home working late on FTX |
| 2/22/2023 | Timm Schipporeit | Late night / weekend transportation | 33.02 | Taxi home working late on FTX |
| 2/22/2023 | Matt Rahmani | Late night / weekend transportation | 101.09 | Taxi home working late on FTX |
| 2/22/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/23/2023 | Laura Klaassen | Misc. expenses (supplies, wifi, etc.) | 41.54 | Client meals |
| 2/23/2023 | Laura Klaassen | Misc. expenses (supplies, wifi, etc.) | 99.67 | Client meals |
| 2/23/2023 | Geoffrey Posess | Late night / weekend transportation | 21.94 | Taxi home working late on FTX |

FTX 2.1.23 - 2.28.23 PWP Expenses.xlsx / 4/3/2023 / 3:08 PM

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 2/23/2023 | Rohan Sindhwani | Late night / weekend transportation | 13.95 | Taxi home working late on FTX |
| 2/23/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/23/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/24/2023 | Kendyl Flinn | Late night / weekend transportation | 13.60 | Taxi home working late on FTX |
| 2/24/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/25/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.96 | Taxi home working late on FTX |
| 2/26/2023 | Rohan Sindhwani | Late night / weekend transportation | 23.96 | Taxi home working late on FTX |
| 2/27/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.77 | Taxi home working late on FTX |
| 2/27/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/28/2023 | Alina Negulescu | Late night / weekend transportation | 34.76 | Taxi home working late on FTX |
| 2/28/2023 | Kendyl Flinn | Late night / weekend transportation | 9.88 | Taxi home working late on FTX |
| 2/28/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/28/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/28/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 2/28/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |
| **Total** | | | **$77,891.54** | |