## <u>Exhibit C</u>

**Porter Hedges LLP Time and Expense Records**

**(Jan. 1, 2023 to Jan. 31, 2023)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through January 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $59,185.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

### PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | Pending | Pending |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | Pending | Pending |

### SUMMARY OF BILLING BY PROFESSIONAL
### DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 20.5 | $19.372.50 |
| M. Shane Johnson | Partner | 2012 | 2012 | $765.00 | 14.5 | $11,092.50 |
| **Partner Total** | | | | | **35** | **$30,465.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 46.7 | $28,720.50 |
| **Associate Total** | | | | | **46.7** | **$28,720.50** |
| **GRAND TOTAL** | | | | | **81.7** | **$59,185.50** |

### Blended Hourly Rate:  $724.42

### STATEMENT OF FEES BY PROJECT CATEGORY[1]
### JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION | 81.7 | $59,185.50 |
| **TOTAL** | **81.7** | **$59,185.50** |

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| n/a | n/a | n/a |
| | **TOTAL** | $0 |

---

[1]   The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

[2]   Perella Weinberg Partners LP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $59,185.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $59,185.50 |
| **TOTAL AMOUNT DUE** | **$59,185.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through January 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/23 | JFH | Email A. Kennedy, J. Petiford and M. Young-John regarding UST comments. | 0.40 | 378.00 |
| 01/03/23 | MNY | Review comments from UST to proposed order and declaration (.4); update and incorporate comments to same (.7); circulate updates and recommendations to J. Higgins and S. Johnson (.1); meet with J. Higgins and S. Johnson regarding upcoming meeting with client (.4); meet with Debtors' counsel regarding UST comments (.4); meet with J. Nuzzo and J. Miller regarding initial comments (.5); prepare for and meet with business team at PWP regarding UST responses (1.0); continue updating and incorporating comments in response to UST (3.2); prepare several drafts of supplemental declaration (2.9). | 9.60 | 5,904.00 |
| 01/03/23 | JFH | Email regarding expense guidelines (.1); conference call with M. Young-John and S. Johnson regarding UST comments and work on revised order (.4); email regarding same (.1); email and conference call with Sull Cromwell regarding UST comments (.4); conference call with A. Kranzley regarding Celsius (.2); conference call with J. Miller and J. Nuzzo regarding UST comments (.5); numerous emails regarding revisions and email and conference call with K. Cofsky and B. Mendelsohn regarding declaration and issues (1.0); review Ector pleadings and work on response (.3); email regarding confidentiality search and issues (.1); several emails with K. Cofsky, B. Mendelsohn and PwP regarding UST responses (.2). | 3.30 | 3,118.50 |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/23 | MSJ | Review U.S. Trustee's comments to PWP retention application (.8); telephone conference with Porter Hedges team regarding same (.4); telephone conference with Sullivan & Cromwell regarding same (.4); telephone conferences with PWP regarding same (1.0); revise draft response to U.S. Trustee's comments (.9). | 3.50 | 2,677.50 |
| 01/04/23 | MNY | Additional updates to PWP response to UST comments on retention (.7); several calls with J. Nuzzo and J. Miller regarding same (.3); additional updates with several rounds of circulation to entire team for approval (1.1). | 2.10 | 1,291.50 |
| 01/04/23 | JFH | Numerous emails regarding UST comments and PwP response (.8); email B. Mendelsohn, K. Cofsky and A. Kranzley regarding engagement letter, UST and objections (.3). | 1.10 | 1,039.50 |
| 01/04/23 | MSJ | Review and revise draft supplemental PWP declaration (.6); correspondence with Porter Hedges team regarding same (.4). | 1.00 | 765.00 |
| 01/05/23 | MNY | Updates to UST responses and send to Debtors' counsel (.2); update and send proposed order to Debtors' counsel (.2); attention to several emails from Debtors' counsel regarding proposed order (.2). | 0.60 | 369.00 |
| 01/05/23 | JFH | Email PwP regarding UST comments and response (.2); email M. Young-John regarding same (.2); email A. Kranzley and M. Young-John regarding UST revisions to order (.3); email B. Mendelsohn regarding Sullivan & Cromwell (.2). | 0.90 | 850.50 |
| 01/06/23 | MNY | Update proposed order with relevant requested provisions from UST and circulate to J. Higgins and S. Johnson (.8); email client regarding status (.2). | 1.00 | 615.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/06/23 | JFH | Email M. Young-John regarding revisions to order (.2); email regarding interim compensation order (.3); email regarding revised letters and terms (.3); email A. Kranzley and J. Sarkessian regarding UST (.1). | 0.90 | 850.50 |
| 01/07/23 | JFH | Email PWP regarding revisions to engagement letter (.2); email B. Mendelsohn regarding same and board approval (.2). | 0.40 | 378.00 |
| 01/08/23 | MNY | Attention to numerous emails regarding revisions to engagement letter (.5); review current application and email S. Johnson regarding next steps for new engagement letter (.3). | 0.80 | 492.00 |
| 01/08/23 | JFH | Several emails with PWP regarding amended fee letter (.2); email regarding UST comments (.1); email regarding amended application (.2); email regarding fee summary (.1). | 0.60 | 567.00 |
| 01/08/23 | MSJ | Correspondence with PWP regarding revised fee structure. | 0.50 | 382.50 |
| 01/09/23 | MNY | Meet with J. Higgins and S. Johnson regarding updates to PWP retention (.4); emails with J. Higgins and S. Johnson regarding same (.1); prepare updated retention materials for PWP (5.5); review comments from S. Johnson to retention materials (.5). | 6.50 | 3,997.50 |
| 01/09/23 | JFH | Email regarding UST (.1); email regarding revised letter (.2); conference call with M. Young-John regarding amended application (.4). | 0.70 | 661.50 |
| 01/09/23 | MSJ | Review revisions to PWP engagement letter (1.1); telephone conference with Porter Hedges team regarding same (.4); review and revise PWP retention pleadings (1.1). | 2.60 | 1,989.00 |
| 01/10/23 | MNY | Update supplemental retention documents and send to S. Johnson (.9); compile and send updated retention documents to client (.2); review comments from client and incorporate (.4); email to J. Nuzzo regarding disclosure information (.1). | 1.60 | 984.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

|  |  |
|---|---|
| Page | 5 |
| Inv# | 544994 |
| Date | 02/14/23 |
|  | 017741-0001 |
|  | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/10/23 | JFH | Email regarding revisions to retention pleadings and email J. Nuzzo, M. Young-John and B. Mendelsohn regarding revised engagement letter and disclosure of relationships. | 0.80 | 756.00 |
| 01/10/23 | MSJ | Review revised versions of supplemental declaration in support of PWP's retention application and supplement to retention application (.6); e-mail M. Young-John regarding same (.2). | 0.80 | 612.00 |
| 01/11/23 | MNY | Call with J. Nuzzo regarding supplemental declaration (.2); several emails with J. Nuzzo regarding same (.3); update retention materials, run redlines and circulate same to PWP team (1.0); send supplemental materials to S&C for review (.3); emails with S&C regarding UST comments (.2). | 2.00 | 1,230.00 |
| 01/11/23 | JFH | Email J. Nuzzo regarding revised engagement letter (.2); conference call with M. Young-John regarding amended application (.5); several emails with J. Nuzzo regarding disclosures (.4); email UST regarding comments (.2); email S. Cromwell regarding supplemental application and hearing (.2). | 1.50 | 1,417.50 |
| 01/12/23 | MNY | Numerous emails with PWP regarding UST comments (.6); numerous emails with S&C regarding same (.6); emails with J. Higgins and S. Johnson regarding same (.6); review revised letter and run redline to original (.9); email and conference call with U.S. Trustee regarding comments to retention (.2); conference call with s. Johnson regarding same (.2); attention to email with S&C regarding retention notice (.1); draft email to client regarding same (.4). | 3.60 | 2,214.00 |
| 01/12/23 | JFH | Email regarding revisions to supplement (.4); email regarding ethical wall and conflicts (.4); email A. Kranzley regarding ethical wall (.4); email UST regarding same (.3). | 1.50 | 1,417.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 6 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/12/23 | MSJ | Correspondence with Porter Hedges team regarding U.S. Trustee's comments (.4); telephone conference with U.S. Trustee regarding same (.5). | 0.90 | 688.50 |
| 01/13/23 | MNY | Email to PWP regarding call with UST and comments from S&C to retention documents (.4); several emails with PWP regarding comments to retention application (.5); update drafts of supplemental documents and prepare redline of amended engagement letter (.6); circulate same to PWP with additional comments (.3); prepare responses to UST questions and circulate to PWP (.7); additional updates to documents and emails to PWP regarding same (.8). | 3.30 | 2,029.50 |
| 01/13/23 | JFH | Several emails with UST and ethical wall issues (.3); email regarding revisions to application (.3); email Sullivan Cromwell regarding application (.3); email UST regarding Celsius and walls (.3); email PwP regarding revisions, team members, engagement letter and issues (.3). | 1.50 | 1,417.50 |
| 01/13/23 | MSJ | E-mail M. Young-John regarding telephone conference with U.S. Trustee (.2); review comments to pleadings from Sullivan and Cromwell (.6); correspondence with M. Young-John regarding additional comments from U.S. Trustee (.4). | 1.20 | 918.00 |
| 01/14/23 | MNY | Email Debtors' counsel regarding adjournment of PWP application (.1); email to PWP regarding additional information for UST questions (.5); attention to client emails regarding language of engagement letter (.2); provide comments to engagement letter language (.2); email UST with responses (.2). | 1.20 | 738.00 |
| 01/14/23 | JFH | Email B. Hackman and M. Young-John regarding revisions and issues (.2); email J. Miller regarding same; email K. Cofsky and B. Mendelsohn regarding issues (.2); email A. Kranzley regarding same (.2). | 0.60 | 567.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 7 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/15/23 | MNY | Send Engagement Letter updated language to PWP (.2); attention to emails from PWP regarding same and next steps (.1). | 0.30 | 184.50 |
| 01/15/23 | JFH | Email K. Cofsky, B. Mendelsohn and M. Young-John regarding revisions and UCC. | 0.50 | 472.50 |
| 01/15/23 | MSJ | E-mail M. Young-John regarding edits to PWP engagement letter (.2); review correspondence regarding comments from U.S. Trustee (.4). | 0.60 | 459.00 |
| 01/17/23 | MNY | Emails with client regarding updates to engagement agreement and status of negotiations (.4); send updates to engagement agreement to debtors' counsel (.2). | 0.60 | 369.00 |
| 01/17/23 | JFH | Email B. Mendelsohn and M. Young-John regarding revisions to engagement letter and UCC negotiations. | 0.50 | 472.50 |
| 01/18/23 | MNY | Circulate updated engagement letter (.1); follow up with S&C regarding same (.1); call with A. Kranzley regarding PWP supplemental filing (.2); compile and send updated PWP supplemental documents to S&C (.5); send updated PWP supplemental documents to client and coordinate execution of Supplemental Declaration (.6); coordinate with Debtors' counsel for executed documents, comments, and approval for filing (.6). | 2.10 | 1,291.50 |
| 01/18/23 | JFH | Numerous emails regarding revisions to engagement letter and application. | 0.70 | 661.50 |
| 01/19/23 | JFH | Email regarding application (.2); review agenda; email regarding hearing and notice (.2). | 0.40 | 378.00 |
| 01/20/23 | MNY | Monitor hearing on retention applications. | 1.70 | 1,045.50 |
| 01/20/23 | MSJ | Attend portion of hearing on Sullivan & Cromwell's retention application. | 1.10 | 841.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 8 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/24/23 | MNY | Email client regarding status with Jeffries (.1); email debtors' counsel regarding UST status (.1). | 0.20 | 123.00 |
| 01/24/23 | JFH | Email and conference call with K. Cofsky, A. Kranzley and M. Young-John regarding revisions and application. | 0.40 | 378.00 |
| 01/26/23 | JFH | Review UST comments (.4); email S. Johnson and B. Mendelsohn regarding UST comments (.2). | 0.60 | 567.00 |
| 01/26/23 | MSJ | Correspondence with PWP regarding U.S. Trustee's comments. | 0.60 | 459.00 |
| 01/27/23 | JFH | Email A. Kranzley, UST and M. Young-John regarding UST issues (.3); email Kramer Levin team, B. Mendelsohn, M. Young-John and S. Johnson regarding UST (.3); email K. Flinn regarding revised letter and fee study (.2). | 0.80 | 756.00 |
| 01/28/23 | MNY | Emails with S. Johnson regarding UCC negotiations (.2); attention to several emails from client regarding same (.3); review updated engagement letter and negotiation comparison (.4); update and circulate response to UST to client for approval (.2); prepare amended supplemental declaration and revised order (1.2). | 2.30 | 1,414.50 |
| 01/28/23 | JFH | Several emails with PwP and A. Kranzley regarding revisions to engagement letter. | 0.40 | 378.00 |
| 01/29/23 | MNY | Circulate updated UST response to client (.2); emails with S. Johnson regarding communications with UCC and Debtors' counsel (.2); update draft and send redline amended engagement agreement to debtors' counsel for review (.5); send amended engagement agreement and responses to UST (.2); emails with client regarding same (.2). | 1.30 | 799.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

———————————

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 9 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/23 | JFH | Email B. Mendelsohn, K. Flinn, K. Cofsky and M. Young-John regarding revisions to engagement letter (.2); email A. Kranzley regarding letter (.1); email B. Hackman and M. Young-John regarding UST (.2). | 0.50 | 472.50 |
| 01/29/23 | MSJ | Review proposed revisions to PWP's fee structure and e-mail M. Young-John regarding same. | 0.50 | 382.50 |
| 01/30/23 | MNY | Email with PWP regarding amended engagement agreement (.2); review comments from S&C to same, incorporate in draft, and revert to client (.4); additional updates with client to amended engagement agreement (1.2); email UCC counsel regarding amended engagement agreement (.2); email UST regarding same; email S&C regarding same (.2). | 2.20 | 1,353.00 |
| 01/30/23 | JFH | Numerous emails regarding letter, UST and UCC. | 0.50 | 472.50 |
| 01/30/23 | MSJ | Review comments from Sullivan & Cromwell regarding PWP engagement letter. | 0.40 | 306.00 |
| 01/31/23 | MNY | Update amended supplemental retention documents and circulate to client (1.0); circulate same with redlines to Debtors' counsel and counsel for the UCC (.6); update client regarding UST position (.1); further updates to retention documents based on UCC comments (1.0); correspondence with UCC regarding same (.4); correspondence with Debtors' counsel regarding same (.4); correspondence with client regarding same; circulate updates to UST (.2). | 3.70 | 2,275.50 |
| 01/31/23 | JFH | Email B. Hackman regarding UST (.3); email PwP regarding revisions (.4); email F. Merola regarding UCC comments (.3). | 1.00 | 945.00 |
| 01/31/23 | MSJ | Review comments from Sullivan & Cromwell to supplemental declaration (.4); review comments from Committee to PWP's engagement letter (.4). | 0.80 | 612.00 |
| **Total Services** | | | **81.70** | **$59,185.50** |

# PORTER HEDGES LLP

### A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 10 |
| Inv# | 544994 |
| Date | 02/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| JFH   John F. Higgins | Partner | 20.50 | 945.00 | 19,372.50 |
| MSJ   M. Shane Johnson | Partner | 14.50 | 765.00 | 11,092.50 |
| MNY   Megan N. Young-John | Associate | 46.70 | 615.00 | 28,720.50 |

Total Disbursements $0.00

**Invoice Total** **$59,185.50**