UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:          Chapter __11__

Case No. __22__-__11068__ (__JTD__)

Debtor: FTX Trading Ltd., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Katie Townsend of The Reporters Committee for Freedom of the Press to represent Bloomberg L.P., Dow Jones & Co., Inc., The New York Times Co. and The F[+] in this action.

/s/ David L. Finger (#2556)

Firm Name: Finger & Slanina, LLC
Address: 1201 N. Orange St., 7th fl.
Wilmington, DE 198012
Phone: 302.573.2525
Email: dfinger@delawgroup.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __CA, NY, and DC__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/Katie Townsend

Firm Name: The Reporters Committee for Freedom of the Press
Address: 1156 15th Street NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Email: ktownsend@rcfp.org

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: April 6th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105