IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| FTX TRADING LTD., *et al.*[1] | ) |
| | ) Case No. 22-11068 (JTD) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**SECOND SUPPLEMENTAL DECLARATION OF LEON SZLEZINGER IN FURTHER SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF JEFFERIES LLC AS INVESTMENT BANKER PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a), EFFECTIVE AS OF DECEMBER 23, 2022 AND (II) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS**

I, Leon Szlezinger, hereby declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, the following is true and correct:

1. I am a Managing Director and Joint Global Head of Debt Advisory & Restructuring at Jefferies LLC ("Jefferies"), an investment banking firm with principal offices located at 520 Madison Avenue, New York, New York 10022, as well as at other locations worldwide.

2. I submit this second supplemental declaration (the "Second Supplemental Declaration") in further support of the (i) application [Docket No. 520] (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") to retain and employ Jefferies as its investment banker, effective as of December 23, 2022; (ii) my declaration attached to the Application as Exhibit B [Docket No. 520-3] (the "Initial Declaration");

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

and (iii) and my first supplemental declaration (the "First Supplemental Declaration") filed in further support of the Application on February 14, 2023 [Docket No. 720].[2]

3.  Except as otherwise stated in this Second Supplemental Declaration, I have personal knowledge of or have relied upon the knowledge of others employed by Jefferies with respect to the matters set forth herein.[3]

4.  Since the filing of the Initial Declaration and First Supplemental Declaration, it has come to my attention that one member of the deal team advising the Committee in these Chapter 11 Cases has discovered a personal FTX account with a balance of less than $1.00.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Initial Declaration.

[3] Certain information herein relates to matters (a) contained in Jefferies' books and records and (b) within the knowledge of other Jefferies' employees, and is based on the information provided by such employees.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2023

Respectfully submitted,

*/s/ Leon Szlezinger*
Leon Szlezinger
Managing Director and Joint Global Head of Debt Advisory & Restructuring
Jefferies LLC