**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Amount | Narrative |
|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 2/1/2023 | 1.00 | 1.30 | COURTLINK ALERT |
| Document Reproduction | 2/1/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 34.00 | 3.40 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 13.00 | 1.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 13.00 | 1.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 6.00 | 0.60 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 28.00 | 2.80 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 6.00 | 0.60 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 13.00 | 1.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 16.00 | 1.60 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 23.00 | 2.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 40.00 | 4.00 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 19.00 | 1.90 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 43.00 | 4.30 | Document Reproduction |
| Document Reproduction | 2/1/2023 | 38.00 | 3.80 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/2/2023 | 1.00 | 1.30 | COURTLINK ALERT |
| Document Reproduction | 2/2/2023 | 9.00 | 0.90 | Document Reproduction |
| Document Reproduction | 2/2/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/2/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/2/2023 | 97.00 | 9.70 | Document Reproduction |
| Document Reproduction | 2/2/2023 | 10.00 | 1.00 | Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/2/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Document Services | 2/2/2023 | 2.00 | 10.00 | Document services - DRILLING/C. KIM/0212530 |
| Document Services | 2/2/2023 | 256.00 | 2.94 | Document services - PUNCHING/C. KIM/0212530 |
| Document Services | 2/2/2023 | 1.00 | 12.73 | Document services - 2"" BLACK VIEW BINDER/C. KIM/0212530 |
| Document Services | 2/2/2023 | 1.00 | 5.00 | Document services - DRILLING/C. KIM/0212530 |
| Document Services | 2/2/2023 | 51.00 | 18.95 | Document services - TABS/C. KIM/0212530 |
| Document Services | 2/2/2023 | 2.00 | 1.50 | Document services - COLOR PRINTS/C. KIM/0212530 |
| Document Services | 2/2/2023 | 512.00 | 35.23 | Document services - PRINTS/C. KIM/0212530 |
| Document Services | 2/2/2023 | 1.00 | 7.68 | Document Services - TAX/C. KIM/0212530 |
| Lexis Courtlink - Off Contract | 2/3/2023 | 1.00 | 1.30 | COURTLINK ALERT |

| Description | Date | Qty | Amount | Detail |
|---|---|---|---|---|
| Outside record production | 2/3/2023 | 1.00 | 18.00 | NEW YORK LAW INSTITUTE, INC. - #11807-00001 - Document Delivery - 01/13/23 |
| Document Reproduction | 2/3/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/3/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/3/2023 | 24.00 | 2.40 | Document Reproduction |
| Document Reproduction | 2/3/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/3/2023 | 4.00 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/6/2023 | 1.00 | 1.30 | COURTLINK ALERT |
| Document Reproduction | 2/6/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 20.00 | 2.00 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 7.00 | 0.70 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/6/2023 | 2.00 | 0.20 | Document Reproduction |
| Color Document Reproduction | 2/6/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/6/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/6/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/6/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/6/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Word processing | 2/6/2023 | 0.30 | 0.00 | Word processing |
| Hotel | 2/6/2023 | 1.00 | 522.50 | William A. Burck - Lodging - William A. Burck - client meeting |
| Hotel | 2/6/2023 | 1.00 | 687.42 | William A. Burck - Lodging - William A. Burck - client meeting |
| Document Reproduction | 2/7/2023 | 169.00 | 16.90 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 13.00 | 1.30 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 25.00 | 2.50 | Document Reproduction |
| Document Reproduction | 2/7/2023 | 3.00 | 0.30 | Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 38.00 | 15.20 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 14.00 | 5.60 | Color Document Reproduction |

| Description | Date | Qty | Amount | Description |
|---|---|---|---|---|
| Color Document Reproduction | 2/7/2023 | 27.00 | 10.80 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 14.00 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 2/7/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Word processing | 2/7/2023 | 0.50 | 0.00 | Word processing |
| Velobind | 2/7/2023 | 1.00 | 2.00 | Velobind |
| Document Reproduction | 2/8/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 87.00 | 8.70 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 20.00 | 2.00 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/8/2023 | 4.00 | 0.40 | Document Reproduction |
| Color Document Reproduction | 2/8/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/8/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Document Reproduction | 2/9/2023 | 11.00 | 1.10 | Document Reproduction |
| Document Reproduction | 2/9/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/9/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/9/2023 | 8.00 | 0.80 | Document Reproduction |
| Color Document Reproduction | 2/9/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Word processing | 2/9/2023 | 1.00 | 0.00 | Word processing |
| Document Reproduction | 2/10/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/10/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/10/2023 | 34.00 | 3.40 | Document Reproduction |
| Color Document Reproduction | 2/10/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 2/11/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Document Reproduction | 2/11/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/11/2023 | 5.00 | 0.50 | Document Reproduction |
| Color Document Reproduction | 2/11/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/11/2023 | 44.00 | 17.60 | Color Document Reproduction |
| Color Document Reproduction | 2/11/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Document Reproduction | 2/12/2023 | 1.00 | 0.10 | Document Reproduction |
| Color Document Reproduction | 2/12/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Document Reproduction | 2/13/2023 | 17.00 | 1.70 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 46.00 | 4.60 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 11.00 | 1.10 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 23.00 | 2.30 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 16.00 | 1.60 | Document Reproduction |
| Document Reproduction | 2/13/2023 | 14.00 | 1.40 | Document Reproduction |
| Color Document Reproduction | 2/13/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 2/13/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/13/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/13/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Document Reproduction | 2/14/2023 | 24.00 | 2.40 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 5.00 | 0.50 | Document Reproduction |

| Description | Date | Quantity | Amount | Description |
|---|---|---:|---:|---|
| Document Reproduction | 2/14/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/14/2023 | 2.00 | 0.20 | Document Reproduction |
| Color Document Reproduction | 2/14/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/14/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/14/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 2/14/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/14/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Word processing | 2/14/2023 | 0.10 | 0.00 | Word processing |
| Document Reproduction | 2/15/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 97.00 | 9.70 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 63.00 | 6.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 11.00 | 1.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 16.00 | 1.60 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 6.00 | 0.60 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 153.00 | 15.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 6.00 | 0.60 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 19.00 | 1.90 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 12.00 | 1.20 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 193.00 | 19.30 | Document Reproduction |
| Document Reproduction | 2/15/2023 | 1.00 | 0.10 | Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 9.00 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 2/15/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Document Reproduction | 2/16/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 8.00 | 0.80 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 33.00 | 3.30 | Document Reproduction |

| Description | Date | Qty | Amount | Notes |
|---|---|---|---|---|
| Document Reproduction | 2/16/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 3.00 | 0.30 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/16/2023 | 2.00 | 0.20 | Document Reproduction |
| Color Document Reproduction | 2/16/2023 | 54.00 | 21.60 | Color Document Reproduction |
| Color Document Reproduction | 2/16/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 2/16/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Document Reproduction | 2/17/2023 | 29.00 | 2.90 | Document Reproduction |
| Document Reproduction | 2/17/2023 | 7.00 | 0.70 | Document Reproduction |
| Document Reproduction | 2/17/2023 | 13.00 | 1.30 | Document Reproduction |
| Color Document Reproduction | 2/17/2023 | 2.00 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 2/17/2023 | 23.00 | 9.20 | Color Document Reproduction |
| Word processing | 2/17/2023 | 0.30 | 0.00 | Word processing |
| Word processing | 2/17/2023 | 0.70 | 0.00 | Word processing |
| Document Reproduction | 2/18/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/18/2023 | 1.00 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 2/20/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Document Reproduction | 2/20/2023 | 16.00 | 1.60 | Document Reproduction |
| Travel | 2/20/2023 | 1.00 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for William Burck - WDC/Nairobi - Travel |
| Travel | 2/20/2023 | 1.00 | 416.00 | AMTRAK - Travel - #11807-00001/Train fare for William Burck - WDC/Nairobi - Travel |
| Lexis Courtlink - Off Contract | 2/21/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Document Reproduction | 2/21/2023 | 13.00 | 1.30 | Document Reproduction |
| Document Reproduction | 2/21/2023 | 15.00 | 1.50 | Document Reproduction |
| Color Document Reproduction | 2/21/2023 | 5.00 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 2/21/2023 | 14.00 | 5.60 | Color Document Reproduction |
| Color Document Reproduction | 2/21/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Word processing | 2/21/2023 | 0.70 | 0.00 | Word processing |
| Document Reproduction | 2/22/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 10.00 | 1.00 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 20.00 | 2.00 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 9.00 | 0.90 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 49.00 | 4.90 | Document Reproduction |
| Document Reproduction | 2/22/2023 | 3.00 | 0.30 | Document Reproduction |
| Color Document Reproduction | 2/22/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/22/2023 | 14.00 | 5.60 | Color Document Reproduction |
| Word processing | 2/22/2023 | 0.40 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 2/23/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Document Reproduction | 2/23/2023 | 19.00 | 1.90 | Document Reproduction |
| Document Reproduction | 2/23/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/23/2023 | 1.00 | 0.10 | Document Reproduction |

| Description | Date | Quantity | Amount | Detail |
|---|---|---|---|---|
| Document Reproduction | 2/23/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/23/2023 | 2.00 | 0.20 | Document Reproduction |
| Travel | 2/23/2023 | 1.00 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - New York LaGuardia/Wilmington/New |
| Travel | 2/23/2023 | 1.00 | 342.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - New York LaGuardia/Wilmington/New |
| Travel | 2/23/2023 | 1.00 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for cancelling train fare for Sascha Rand - NY/Nairobi/NY - Travel date: |
| Travel | 2/23/2023 | 1.00 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - NY/Nairobi/NY - Travel |
| Color Document Reproduction | 2/23/2023 | 28.00 | 11.20 | Color Document Reproduction |
| Color Document Reproduction | 2/23/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Word processing | 2/23/2023 | 0.20 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 2/27/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Document Reproduction | 2/27/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 20.00 | 2.00 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 36.00 | 3.60 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 22.00 | 2.20 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 20.00 | 2.00 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/27/2023 | 1.00 | 0.10 | Document Reproduction |
| Color Document Reproduction | 2/27/2023 | 22.00 | 8.80 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2023 | 39.00 | 15.60 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2023 | 4.00 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 2/27/2023 | 22.00 | 8.80 | Color Document Reproduction |
| Word processing | 2/27/2023 | 0.60 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 2/28/2023 | 1.00 | 1.31 | COURTLINK ALERT |
| Online Research - Off Contract | 2/28/2023 | 1.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 2/28/2023 | 1.00 | 0.00 | Online Research - Tax |
| Online Research | 2/28/2023 | 1.00 | 0.00 | Online Research |
| Online Research | 2/28/2023 | 1.00 | 0.00 | Online Research |
| Online Research | 2/28/2023 | 1.00 | 0.00 | Online Research |
| Online Research | 2/28/2023 | 1.00 | 0.00 | Online Research |
| Document Reproduction | 2/28/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 5.00 | 0.50 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 1.00 | 0.10 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 4.00 | 0.40 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 2.00 | 0.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 30.00 | 3.00 | Document Reproduction |

| Description | Date | Quantity | Amount | Detail |
|---|---|---|---|---|
| Document Reproduction | 2/28/2023 | 12.00 | 1.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 7.00 | 0.70 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 32.00 | 3.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 15.00 | 1.50 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 21.00 | 2.10 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 12.00 | 1.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 22.00 | 2.20 | Document Reproduction |
| Document Reproduction | 2/28/2023 | 1.00 | 0.10 | Document Reproduction |
| Travel | 2/28/2023 | 1.00 | (152.00) | AMTRAK - Travel - #11807-00001/Partial refund for train fare for William Burck - |
| Color Document Reproduction | 2/28/2023 | 8.00 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 24.00 | 9.60 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 1.00 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 2/28/2023 | 3.00 | 1.20 | Color Document Reproduction |
| Velobind | 2/28/2023 | 1.00 | 2.00 | Velobind |
| | | 3,774.80 | 2,580.91 | |

| Cost Type-Description | Quantity | Amount |
|---|---:|---:|
| Color Document Reproduction | 531.00 | 212.40 |
| Document Reproduction | 2,385.00 | 238.50 |
| Document Services | 514.00 | 36.73 |
| Document Services | 311.00 | 49.62 |
| Document Services | 1.00 | 7.68 |
| Hotel | 2.00 | 1,209.92 |
| Lexis Courtlink - Off Contract | 10.00 | 13.06 |
| Online Research | 3.00 | 0.00 |
| Online Research | 1.00 | 0.00 |
| Online Research - Off Contract | 1.00 | 0.00 |
| Online Research - Tax | 1.00 | 0.00 |
| Outside record production | 1.00 | 18.00 |
| Travel | 7.00 | 791.00 |
| Velobind | 2.00 | 4.00 |
| Word processing | 4.80 | 0.00 |
| TOTAL | <u>3,774.80</u> | <u>2,580.91</u> |