## Schedule 1

**Work Tracker**

{1368.002-W0070491.}

# UCC Diligence Overview



*As of April 6, 2023*

| Documents Provided to Date | | | |
|---|---|---|---|
| Category | PEO | Non-PEO | Total |
| General data | 495 | 3 | 498 |
| Cash management | 32 | 2 | 34 |
| NOL | 1 | - | 1 |
| Contract rejection | 1 | 1 | 2 |
| Labor | 6 | - | 6 |
| Custodial | 69 | 10 | 79 |
| Tax | 4 | - | 4 |
| Retention | 9 | - | 9 |
| SOFA / SOAL | 43 | - | 43 |
| OCP | 2 | - | 2 |
| Ventures | 568 | 2 | 570 |
| M&A | 58 | 3 | 61 |
| Financials | 36 | - | 36 |
| Regulatory | 231 | - | 231 |
| KEIP / KERP | 8 | - | 8 |
| FTX Professionals ELs | 50 | - | 50 |
| Vendor Reporting | 2 | - | 2 |
| **Total** | **1,615** | **21** | **1,636** |

*Approximately 160 Advisor prepared documents*

| Requests to Date | | | |
|---|---|---|---|
| Firm | In Process | Complete | Total |
| Paul Hastings | 2 | 84 | 86 |
| FTI | 23 | 227 | 250 |
| Jefferies | 13 | 87 | 100 |
| **Total** | **38** | **397** | **436** |

*Median response time of ~5 days*

| Committee Calls to Date | |
|---|---|
| **Weekly Liquidity Discussions** | **~11** |
| **Regular Crypto Discussions** | **>11** |
| **Ad Hoc Discussions** | **~10** |
| **Full Committee Meetings** | **3** |
| **Approximate Total** | **35+** |