IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KATHERINE STADLER IN CONJUNCTION WITH GODFREY & KAHN, S.C.'S APPLICATION FOR APPOINTMENT AS COUNSEL TO THE FEE EXAMINER**

I, Katherine Stadler, under penalty of perjury declare as follows:

1.   I am the Fee Examiner appointed by the Court in this case. I make this Declaration in support of the *Application of Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Examiner, Effective as of February 17, 2023* [Dkt No. 1121] and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Dkt. No. 834], entered on March 8, 2023. This Declaration is based on my personal knowledge, and if called to testify, I could and would testify competently to the written statements made in this Declaration.

2.   In searching for counsel to represent me this case, I chose Godfrey & Kahn, S.C.—the law firm where I am a shareholder—based on its qualifications and its experience handling fee analysis and fee litigation for more than thirteen years. As a shareholder at Godfrey & Kahn, I know that its billing rates and material terms for this engagement are comparable to its billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

of other comparably skilled professionals.  Given the breadth of Godfrey & Kahn's experience in fee analysis and fee litigation, including my direct involvement in this work, I did not interview any other law firms.

3. I have established procedures to supervise Godfrey & Kahn S.C.'s fees and expenses and to manage costs.  Godfrey & Kahn will provide staffing plans and budgets for each three-month interim fee period, which will be submitted retrospectively with the firm's interim fee applications as required by the U.S. Trustee guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of April, 2023.

                                                       */s/ Katherine Stadler*
                                                       Katherine Stadler

29123087.2