**EXHIBIT A**

**March 2023 De Minimis Asset Sales**

| Sale Date | De Minimis Asset | Debtor (Silo) | Purchaser | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses |
|---|---|---|---|---|---|---|---|
| March 31, 2023 | 155,908 shares of Series A-2 Preferred Stock in X-Margin, Inc. | Maclaurin Investments Ltd. (Alameda Silo) | X-Margin Inc. | None | $314,622.35 | $100,000 | None |
| March 31, 2023 | 42,268 shares of Series A-3 Preferred Stock in X-Margin, Inc. | Clifton Bay Investments LLC (Ventures Silo) | X-Margin Inc. | None | $85,296.82 | $109,998.25 | None |