# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from March 1, 2023 through March 31, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from March 1, 2023 through March 31, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In addition, Mr. Ray attended and testified in Bankruptcy Court in the Chapter 11 cases.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| March 1, 2023 – March 31, 2023 | $327,470.00 | $1,703.21 | $329,173.21 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $450.00 |
| Travel – Airfare | $619.80 |
| Travel – Transportation (other) | $121.37 |
| Travel – Meals | $22.05 |
| Other Expenses | $489.99 |
| **Total Amount for Period:** | $1,703.21 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 255.9 | $332,670.00 |
| | **50% adjustment for non-working travel:** | | 8.0 | ($5,200.00) |
| | **Total Amount for Period:** | | | $327,470.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/1/23 | Call with Japan and PWP (N Nussbaum) re sales process and timing and follow up with S&C related to process and IP | John J. Ray III | 1.5 | $1,950.00 |
| 3/1/23 | Case management matters approving various decks related to claims, stable coin, employee matters, and other work streams | John J. Ray III | 2.5 | $3,250.00 |
| 3/1/23 | Review multiple instances of deck for UCC and distribution related to customer receivables and assets | John J. Ray III | 3.8 | $4,940.00 |
| 3/1/23 | LedgerX matter review of bid status | John J. Ray III | 0.3 | $390.00 |
| 3/1/23 | Embed matter update re bid process | John J. Ray III | 0.3 | $390.00 |
| 3/1/23 | Review and approve press release | John J. Ray III | 0.5 | $650.00 |
| 3/1/23 | Revisions to decks re customer assets | John J. Ray III | 0.5 | $650.00 |
| 3/1/23 | Review avoidance action matter and follow up with S&C (B Gluckstein) | John J. Ray III | 1.5 | $1,950.00 |
| 3/1/23 | Prepare, review and revise February Monthly Compensation Report | John J. Ray III | 1.5 | $1,950.00 |
| 3/2/23 | Review draft deck to be provided to the UCC and the public, provide comments and sign off, including press release | John J. Ray III | 1.3 | $1,690.00 |
| 3/2/23 | Participate with numerous S&C, A&M, PH, FTI, and UCC members in weekly UCC meeting to present claims and assets deck and respond to questions | John J. Ray III | 1.3 | $1,690.00 |
| 3/2/23 | Review final claims and assets press release before public release, and make comments and final corrections | John J. Ray III | 1.8 | $2,340.00 |
| 3/2/23 | Follow up multiple email communications related to securing data for review | John J. Ray III | 0.3 | $390.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/2/23 | Review of third-party NDA and execute same | John J. Ray III | 0.3 | $390.00 |
| 3/2/23 | Review, add additional information and revise Monthly Compensation Report for February | John J. Ray III | 2.0 | $2,600.00 |
| 3/2/23 | Email Communications with A&M (E Mosely and S Coverick) and S&C (E Simpson) relative to financial analysis for certain non-debtor subs | John J. Ray III | 0.3 | $390.00 |
| 3/2/23 | Review of investment of cash and assets and matter of holding and investments | John J. Ray III | 0.5 | $650.00 |
| 3/2/23 | Approval of multiple UCC data requests | John J. Ray III | 0.3 | $390.00 |
| 3/2/23 | Develop issues list related to claims noticing and docketing of claims transfers | John J. Ray III | 0.5 | $650.00 |
| 3/2/23 | Call with FTI (S Simms) and Japan COO relative to employee matters | John J. Ray III | 0.8 | $1,040.00 |
| 3/3/23 | Updating insurance coverages and policies relative to debtors and non-debtors | John J. Ray III | 0.8 | $1,040.00 |
| 3/3/23 | Review and distribute Ventures sales approval processes | John J. Ray III | 0.5 | $650.00 |
| 3/3/23 | Subsidiary financial analysis relative to non-debtors | John J. Ray III | 0.8 | $1,040.00 |
| 3/3/23 | Reporting and investigations matters and communication with the Board re same | John J. Ray III | 0.8 | $1,040.00 |
| 3/3/23 | Call with S&C (J Bromley and others) relative to claims trading and claim filing and distribution procedures (1.5) and research related to same (1.0) | John J. Ray III | 2.5 | $3,250.00 |
| 3/3/23 | Review of draft complaint and comment | John J. Ray III | 2.8 | $3,640.00 |
| 3/3/23 | Review of tax notice prepared by management and EY | John J. Ray III | 0.5 | $650.00 |
| 3/3/23 | Review of custody agreement | John J. Ray III | 0.3 | $390.00 |
| 3/3/23 | Review KERP motion and provide comments | John J. Ray III | 0.8 | $1,040.00 |
| 3/3/23 | Review of draft complaint | John J. Ray III | 2.5 | $3,250.00 |
| 3/3/23 | Review and comment on press release | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/3/23 | Cash management – review of materials provide by M Cilia | John J. Ray III | 0.3 | $390.00 |
| 3/5/23 | Review revised complaint | John J. Ray III | 1.0 | $1,300.00 |
| 3/5/23 | Oversight on sale progress and communications to S&C and PWP on timeline and next steps | John J. Ray III | 0.5 | $650.00 |
| 3/5/23 | Review engagement letter and execute | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Non-working travel to A&M Dallas for meeting with A&M (E Mosely) to review, edit and approve schedules to be filed | John J. Ray III | 3.0 | $1,950.00 |
| 3/6/23 | Review LedgerX financials (1.0), review Embed financials (0.8), and communicate with Board of Directors relative to LedgerX and Embed sales processes and financials (0.5) | John J. Ray III | 2.3 | $2,990.00 |
| 3/6/23 | Scheduling and planning follow up session with Japan regarding open items related to reopening exchange, withdrawals and management matters | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Communicate with S&C (A Cohen) and PWP (N Nussbaum) regarding bid schedule | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Call with B Burck of QE re litigation update | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Final review of filing of complaint and associated press release | John J. Ray III | 0.8 | $1,040.00 |
| 3/6/23 | Meeting to discuss Schedules and SOFA with A&M (E. Mosely) | John J. Ray III | 1.0 | $1,300.00 |
| 3/6/23 | Call with PWP (B Mendelsohn) re bid process | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Meeting with A&M (E Mosely) related to Europe matters | John J. Ray III | 0.5 | $650.00 |
| 3/6/23 | Call re litigation matter with QE (S Rand) | John J. Ray III | 1.5 | $1,950.00 |
| 3/6/23 | Review of subsidiary sales processes | John J. Ray III | 1.5 | $1,950.00 |
| 3/6/23 | Direction to S&C (A Cohen) regarding timing of bid processes | John J. Ray III | 0.3 | $390.00 |
| 3/6/23 | Call with Board regarding Venture investment proposed sale | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/6/23 | Review of legal memos related to various Venture investments | John J. Ray III | 1.3 | $1,690.00 |
| 3/7/23 | Leadership meeting with S&C (A Dieterich), A&M (E Mosely) and QE (S Rand) related to workstreams and priorities | John J. Ray III | 0.5 | $650.00 |
| 3/7/23 | Project management meeting with A&M (S Coverieck), S&C (A Kranzley) and E&Y (T Shea) | John J. Ray III | 1.0 | $1,300.00 |
| 3/7/23 | Review of investigative materials | John J. Ray III | 1.5 | $1,950.00 |
| 3/7/23 | Markup of schedules and statements | John J. Ray III | 2.0 | $2,600.00 |
| 3/7/23 | Call with S&C (J McDonald) re regulatory matters | John J. Ray III | 0.3 | $390.00 |
| 3/7/23 | Meeting with A&M (E Mosely) S&C (A Kranzley) regarding claims process (0.8), and review of materials post meeting related to claims matters (0.3) | John J. Ray III | 1.1 | $1,430.00 |
| 3/7/23 | Review of headcount and suggested separations | John J. Ray III | 0.3 | $390.00 |
| 3/7/23 | Research related to target litigation matter | John J. Ray III | 1.3 | $1,690.00 |
| 3/7/23 | Call with Japan COO re employee matters | John J. Ray III | 0.8 | $1,040.00 |
| 3/7/23 | Review of JPL reservation of rights re Voyager | John J. Ray III | 0.3 | $390.00 |
| 3/7/23 | Review of stipulation related to avoidance action | John J. Ray III | 0.8 | $1,040.00 |
| 3/8/23 | Modulo settlement agreement review | John J. Ray III | 0.5 | $650.00 |
| 3/8/23 | Communication to management and UCC professionals re Japan employee matters | John J. Ray III | 0.3 | $390.00 |
| 3/8/23 | Review Sequoia sales and ancillary agreements | John J. Ray III | 1.0 | $1,300.00 |
| 3/8/23 | Review active work streams summaries | John J. Ray III | 0.5 | $650.00 |
| 3/8/23 | Avoidance action progress monitoring | John J. Ray III | 0.8 | $1,040.00 |
| 3/8/23 | Read various updates related to numerous matters in the management of the FTX group, including insurance updates, Venture sales, tax matters (Japan), motions in progress, subsidiary liquidations and other miscellaneous matters | John J. Ray III | 2.0 | $2,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/8/23 | Non-working travel to DFW airport from A&M meeting, return flight to RSW airport, travel from RSW airport to home | John J. Ray III | 5.0 | $3,250.00 |
| 3/8/23 | Review updated non debtor subsidiary financials | John J. Ray III | 1.5 | $1,950.00 |
| 3/9/23 | Review Venture portfolio updates | John J. Ray III | 1.8 | $2,340.00 |
| 3/9/23 | Discuss Venture portfolio with Director of Alameda silo | John J. Ray III | 0.5 | $650.00 |
| 3/9/23 | Call with Directors of Alameda and Ventures silo and PWP team on deep dive of current actions in progress related to ventures sales | John J. Ray III | 1.3 | $1,690.00 |
| 3/9/23 | Review LedgerX cash and banking positions, (0.5), and communicate views to LedgerX related to cash positioning (0.3) | John J. Ray III | 0.8 | $1,040.00 |
| 3/9/23 | Review of motion to extend exclusivity | John J. Ray III | 0.8 | $1,040.00 |
| 3/9/23 | Review of written communications from S&C and A&M related to SOFA and Schedules preparation | John J. Ray III | 0.5 | $650.00 |
| 3/9/23 | Review four separate multipage memos from QE (I Nessar) regarding investigation of certain holdings within the Venture's book | John J. Ray III | 2.3 | $2,990.00 |
| 3/9/23 | Review withdrawal activity for the .com exchange | John J. Ray III | 0.8 | $1,040.00 |
| 3/9/23 | Review numerous communications from professionals and management related to ongoing work streams to give direction related to insurance, bid processes, investigations, sale analyses | John J. Ray III | 2.5 | $3,250.00 |
| 3/10/23 | Review Japan employee matters proposal as revised (0.8) and also review comparison to UCC proposal (0.3) and communicate with UCC re same (0.3) | John J. Ray III | 1.4 | $1,820.00 |
| 3/10/23 | Review of JPL letter (0.5), and communicate with S&C (J Bromley) related to the same, and research related to matter (0.8) | John J. Ray III | 1.3 | $1,690.00 |
| 3/10/23 | Execute insurance carrier NDAs | John J. Ray III | 0.3 | $390.00 |
| 3/10/23 | Call with Sygnia (O Wortman) and S&C (N Menillo) re cyber insurance matters | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/10/23 | Prepare for Cyber underwriter call | John J. Ray III | 1.5 | $1,950.00 |
| 3/10/23 | Review employee staffing | John J. Ray III | 0.8 | $1,040.00 |
| 3/10/23 | Managing cash exposure and movement of assets for safekeeping | John J. Ray III | 4.5 | $5,850.00 |
| 3/10/23 | Work related to vendor agreement on boarding, and making decisions related to conversion of asset and execution of same (3.5), and calls with UCC Committee members and counsel re same (0.8) | John J. Ray III | 4.3 | $5,590.00 |
| 3/11/23 | Management of assets related to diversification of portfolio (5.0), call with UCC professionals (FTI), multiple calls (0.5) | John J. Ray III | 5.5 | $7,150.00 |
| 3/11/23 | Call with internal management related to LedgerX excess cash | John J. Ray III | 0.8 | $1,040.00 |
| 3/11/23 | Prepare for Board meeting | John J. Ray III | 0.3 | $390.00 |
| 3/11/23 | Review of documents related to account openings to allow trading | John J. Ray III | 0.5 | $650.00 |
| 3/12/23 | Monitoring of cash and crypto deposits and security | John J. Ray III | 3.0 | $3,900.00 |
| 3/12/23 | Review and mark up of complaint draft and transmission to counsel | John J. Ray III | 1.5 | $1,950.00 |
| 3/12/23 | Review of processes and procedures for transaction related to certain crypto assets held in cold storage | John J. Ray III | 1.5 | $1,950.00 |
| 3/13/23 | Management and oversight of movement of cash and crypto to fiat (6.5), overseeing execution of trades and authorizations of sales (2.5), reviewing security related to assets (0.8) | John J. Ray III | 9.8 | $12,740.00 |
| 3/13/23 | Prepare for (0.8) and conduct underwrite diligence call re cyber insurance (1.0) | John J. Ray III | 1.8 | $2,340.00 |
| 3/13/23 | Call with FTX Vault re insurance underwriting | John J. Ray III | 0.5 | $650.00 |
| 3/13/23 | Numerous e-mails with management related to banking matters, data storage, venture diligence process | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/13/23 | Provide direction to S&C and PWP relative to bid processes for LedgerX and embed | John J. Ray III | 0.5 | $650.00 |
| 3/14/23 | Leadership call with S&C (A Dieterich and others) and A&M (S Coverick and others) and PWP (B Mendelsohn) | John J. Ray III | 0.5 | $650.00 |
| 3/14/23 | Project management call with S&C (A Dieterich and others), A&M (S Coverick and others) and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 3/14/23 | Board call with S&C, A&M, PWP, and Board of Directors | John J. Ray III | 1.0 | $1,300.00 |
| 3/14/23 | Embed sale process review of bids and analysis of balance sheet and next steps | John J. Ray III | 1.3 | $1,690.00 |
| 3/14/23 | Call with Embed management | John J. Ray III | 0.5 | $650.00 |
| 3/14/23 | Cash management review related to balances | John J. Ray III | 0.8 | $1,040.00 |
| 3/14/23 | Mark up of global notes for Schedules and SOFA | John J. Ray III | 0.8 | $1,040.00 |
| 3/14/23 | Review, monitor and approve cash and crypto management actions | John J. Ray III | 3.3 | $4,290.00 |
| 3/14/23 | Review of disclosures related to Schedules and SOFA | John J. Ray III | 0.5 | $650.00 |
| 3/15/23 | Approve final disclosures for Schedules and SOFA | John J. Ray III | 1.5 | $1,950.00 |
| 3/15/23 | Review and sign off on UCC deck related to Schedules and SOFA | John J. Ray III | 0.8 | $1,040.00 |
| 3/15/23 | Call with S&C (A Dietrich and others) re Embed and LedgerX | John J. Ray III | 0.5 | $650.00 |
| 3/15/23 | Monitoring and updates related to stable coin, and approval of trading | John J. Ray III | 1.8 | $2,340.00 |
| 3/15/23 | FTX Europe update | John J. Ray III | 0.3 | $390.00 |
| 3/15/23 | Embed matter re sales process and alternative proposal review | John J. Ray III | 1.3 | $1,690.00 |
| 3/15/23 | Call with JPLs and S&C (J Bromley and others) | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/15/23 | Review and approval of numerous management requests related to asset sales, banking matters | John J. Ray III | 0.8 | $1,040.00 |
| 3/16/23 | Management of cash and assets related to bank issues; review of trading options, asset, movements and monitoring | John J. Ray III | 3.5 | $4,550.00 |
| 3/16/23 | Approval of various decks to be issued to UCC or for public distribution | John J. Ray III | 1.8 | $2,340.00 |
| 3/16/23 | Overnight of contracting relative to asset monetization | John J. Ray III | 0.8 | $1,040.00 |
| 3/16/23 | Call with S&C (A Cohen) and PWP (B Mendelsohn) re LedgerX and Embed | John J. Ray III | 0.8 | $1,040.00 |
| 3/16/23 | Review of Embed employee agreements and overview of financial alternatives | John J. Ray III | 1.3 | $1,690.00 |
| 3/16/23 | Call with Japan management re employee matters | John J. Ray III | 0.5 | $650.00 |
| 3/16/23 | Approve of asset disposition | John J. Ray III | 0.3 | $390.00 |
| 3/17/23 | Review third-party exchange matter | John J. Ray III | 0.3 | $390.00 |
| 3/17/23 | Review final Schedules and SOFA deck for posting | John J. Ray III | 0.5 | $650.00 |
| 3/17/23 | Review and comment on Europe deck for posting to UCC | John J. Ray III | 1.3 | $1,690.00 |
| 3/17/23 | Finalize recommendations re Japan employee matters | John J. Ray III | 0.3 | $390.00 |
| 3/17/23 | Review and approve cash and crypto management actions | John J. Ray III | 0.8 | $1,040.00 |
| 3/17/23 | Approve multiple UCC request for materials to be distributed | John J. Ray III | 0.8 | $1,040.00 |
| 3/17/23 | Call with LedgerX chairman | John J. Ray III | 0.3 | $390.00 |
| 3/17/23 | Review complaint to be filed | John J. Ray III | 1.5 | $1,950.00 |
| 3/17/23 | Review budgets for law firms | John J. Ray III | 1.3 | $1,690.00 |
| 3/17/23 | Review and approve vendor agreement materials | John J. Ray III | 1.0 | $1,300.00 |
| 3/17/23 | Finalize and execute Modulo settlement | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/17/23 | Communication review related to Board matters | John J. Ray III | 0.5 | $650.00 |
| 3/18/23 | Execute documents related to FTX Europe | John J. Ray III | 0.3 | $390.00 |
| 3/18/23 | Further review of vendor agreement materials | John J. Ray III | 0.8 | $1,040.00 |
| 3/18/23 | Review LedgerPrime holdings and action steps | John J. Ray III | 0.3 | $390.00 |
| 3/18/23 | Approve multiple UCC request | John J. Ray III | 0.3 | $390.00 |
| 3/19/23 | Prepare Board agenda and work on back up material | John J. Ray III | 0.8 | $1,040.00 |
| 3/19/23 | Updates related to tax matters | John J. Ray III | 0.5 | $650.00 |
| 3/19/23 | Further review of LedgerPrime matters | John J. Ray III | 0.5 | $650.00 |
| 3/20/23 | Review of LedgerPrime holdings and liquidation plan of certain assets | John J. Ray III | 1.3 | $1,690.00 |
| 3/20/23 | Investigations call with S&C (N Friedlander) and QE (S Rand) | John J. Ray III | 0.8 | $1,040.00 |
| 3/20/23 | Call with A&M (A Titus) and Board members re LedgerPrime | John J. Ray III | 1.0 | $1,300.00 |
| 3/20/23 | Review of matters related to bids for LedgerX and Embed and associated analysis | John J. Ray III | 1.5 | $1,950.00 |
| 3/20/23 | Prepare Board materials for 3/21 call with comments, revise | John J. Ray III | 2.5 | $3,250.00 |
| 3/20/23 | Call with A&M (E Mosely) re updates on various work streams | John J. Ray III | 0.5 | $650.00 |
| 3/20/23 | Review and comment on LedgerX financials | John J. Ray III | 0.8 | $1,040.00 |
| 3/20/23 | Review and approve UCC filings | John J. Ray III | 0.3 | $390.00 |
| 3/21/23 | Meeting attendance with UCC professionals (FTI, Jeffries and Paul Hastings) and FTX professionals (A&M) related to various work streams including sale processes and status of issues related to certain operations | John J. Ray III | 1.0 | $1,300.00 |
| 3/21/23 | Call with leadership, multiple teams, members from Debtor firms (including S&C, PWP and A&M) on critical work streams | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/21/23 | Weekly project management meeting with A&M, PWP and S&C related to pending matters, updates | John J. Ray III | 1.0 | $1,300.00 |
| 3/21/23 | Board meeting preparation, (1.0) and call with full Board and S&C and A&M (1.0) | John J. Ray III | 2.0 | $2,600.00 |
| 3/21/23 | Review of LedgerX financials | John J. Ray III | 0.8 | $1,040.00 |
| 3/21/23 | Review of Modulo settlement agreement (1.0) and review of motion (0.5) | John J. Ray III | 1.5 | $1,950.00 |
| 3/21/23 | Review and respond to multiple updates and changes to sale documents related to Mysten Labs | John J. Ray III | 3.5 | $4,550.00 |
| 3/21/23 | Call with potential third-party service provider | John J. Ray III | 0.5 | $650.00 |
| 3/21/23 | Follow-up and approval related to various UCC requests for information | John J. Ray III | 0.3 | $390.00 |
| 3/22/23 | Review agreements related to Mysten Labs in preparation for execution | John J. Ray III | 2.5 | $3,250.00 |
| 3/22/23 | Cash update with M Cilia | John J. Ray III | 0.5 | $650.00 |
| 3/22/23 | Follow up with late changes and questions related to Mysten Labs transaction, (1.3), calls with Board re same. (0.5) | John J. Ray III | 1.8 | $2,340.00 |
| 3/22/23 | Various management inquiries related to cash, liquidations, administration of the estate, tax matters, UCC request follow up | John J. Ray III | 3.5 | $4,550.00 |
| 3/23/23 | Review of Europe matters related to next steps and Cyprus exchange | John J. Ray III | 2.8 | $3,640.00 |
| 3/23/23 | Grayscale update by QE | John J. Ray III | 0.3 | $390.00 |
| 3/23/23 | Foreign debtor matters; follow up regarding next steps and updates | John J. Ray III | 0.5 | $650.00 |
| 3/23/23 | Review venture book (0.8) and follow up call with PWP and Board (1.5) | John J. Ray III | 2.3 | $2,990.00 |
| 3/23/23 | Review and provide guidance on tax matters disclosure related to claims | John J. Ray III | 0.5 | $650.00 |
| 3/23/23 | Respond to UCC requests for information | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/23/23 | Review and approve cash and crypto management actions | John J. Ray III | 0.8 | $1,040.00 |
| 3/23/23 | Liquidation of broker account for transmittal to approved account | John J. Ray III | 0.5 | $650.00 |
| 3/23/23 | Japan update related to next steps on potential exchange reopening | John J. Ray III | 0.3 | $390.00 |
| 3/23/23 | Follow up review of actions taken related to Europe entities | John J. Ray III | 0.5 | $650.00 |
| 3/24/23 | Japan follow up and guidance regarding work needed to reopen exchange | John J. Ray III | 0.8 | $1,040.00 |
| 3/24/23 | Responding to KERP order changes, multiple communications with S&C | John J. Ray III | 0.8 | $1,040.00 |
| 3/24/23 | Ventures follow up direction related to sales | John J. Ray III | 0.5 | $650.00 |
| 3/24/23 | Responding and approving UCC requests | John J. Ray III | 0.3 | $390.00 |
| 3/24/23 | Follow up on bidding processes for LedgerX and Embed | John J. Ray III | 1.3 | $1,690.00 |
| 3/24/23 | Review and execute vendor agreement | John J. Ray III | 1.3 | $1,690.00 |
| 3/24/23 | Review of Ventures investigation memo on select investments | John J. Ray III | 1.8 | $2,340.00 |
| 3/26/23 | Review and approve agreement related to custody of assets | John J. Ray III | 0.8 | $1,040.00 |
| 3/27/23 | Call with investigations team at S&C | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Call with professionals at A&M, S&C, re Europe work streams | John J. Ray III | 0.8 | $1,040.00 |
| 3/27/23 | Prepare for Board call | John J. Ray III | 1.5 | $1,950.00 |
| 3/27/23 | Review changes in wallet provider | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review engagement letter with LedgerX prime liquidator master fund | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review and approve multiple UCC requests | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review and approve professional invoices | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/27/23 | Review pleadings from ad hoc committee and communicate with counsel re same | John J. Ray III | 1.3 | $1,690.00 |
| 3/27/23 | Review UCC comments on exclusivity | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review and revise declarations re Sequoia | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review information requests | John J. Ray III | 0.5 | $650.00 |
| 3/27/23 | Review and approve of deck related to FTX risk to go to UCC | John J. Ray III | 0.8 | $1,040.00 |
| 3/27/23 | Call with A&M and FTI related to cash investments | John J. Ray III | 0.8 | $1,040.00 |
| 3/28/23 | Call with A&M, PWP and S&C for weekly steering committee | John J. Ray III | 0.5 | $650.00 |
| 3/28/23 | Call with management, PWP, A&M and S&C re weekly priorities call | John J. Ray III | 1.0 | $1,300.00 |
| 3/28/23 | Review Venture memos prepared by QE | John J. Ray III | 1.3 | $1,690.00 |
| 3/28/23 | Prepare for Board call (0.8) and attend Board call (1.0) | John J. Ray III | 1.8 | $2,340.00 |
| 3/28/23 | Further review of Sequoia documents | John J. Ray III | 0.3 | $390.00 |
| 3/28/23 | Review tax disclosures | John J. Ray III | 0.8 | $1,040.00 |
| 3/28/23 | Review multiple UCC requests | John J. Ray III | 0.5 | $650.00 |
| 3/28/23 | Call with S&C, PH, A&M and FTI related to open work streams, Committee matters | John J. Ray III | 1.5 | $1,950.00 |
| 3/28/23 | Call with third-party service provider and S&C | John J. Ray III | 0.8 | $1,040.00 |
| 3/28/23 | Prepare for UCC meeting on 3/30 | John J. Ray III | 2.0 | $2,600.00 |
| 3/29/23 | Review and approves various materials to UCC | John J. Ray III | 0.3 | $390.00 |
| 3/29/23 | Review of interim financials | John J. Ray III | 1.0 | $1,300.00 |
| 3/29/23 | Review of common actions and advice relative to examiner appeal | John J. Ray III | 0.5 | $650.00 |
| 3/29/23 | Review EU employment matters and approve same | John J. Ray III | 0.5 | $650.00 |
| 3/29/23 | Review of FTX EU operations and communications re same | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/29/23 | Follow up regarding Mysten Labs matter | John J. Ray III | 0.8 | $1,040.00 |
| 3/29/23 | Review and execute Sequoia sale transaction documents | John J. Ray III | 1.5 | $1,950.00 |
| 3/29/23 | Review materials related to cash on deposit and banking relationships and materials re same prepared by management and A&M | John J. Ray III | 1.3 | $1,690.00 |
| 3/29/23 | Follow up approvals for release of materials | John J. Ray III | 0.3 | $390.00 |
| 3/29/23 | Review Japan Board minutes | John J. Ray III | 0.5 | $650.00 |
| 3/29/23 | Review update re Grayscale matter | John J. Ray III | 0.3 | $390.00 |
| 3/29/23 | Review multiple documents prepared by A&M relative to ongoing work streams related to cash, asset management, work streams in progress | John J. Ray III | 2.8 | $3,640.00 |
| 3/30/23 | Review of EU balance sheet and return of customer funds commencement disclosures | John J. Ray III | 0.5 | $650.00 |
| 3/30/23 | Review and prepare materials for UCC call | John J. Ray III | 2.0 | $2,600.00 |
| 3/30/23 | Call with S&C, A&M, the UCC and Committee and its professionals | John J. Ray III | 1.8 | $2,340.00 |
| 3/30/23 | Approval of de minimis sales | John J. Ray III | 0.5 | $650.00 |
| 3/30/23 | Review employee benefits costs | John J. Ray III | 0.5 | $650.00 |
| 3/30/23 | Approve multiple UCC requests and clearance for non PEO | John J. Ray III | 0.8 | $1,040.00 |
| 3/30/23 | Review and approve invoices | John J. Ray III | 0.8 | $1,040.00 |
| 3/30/23 | Call with J Sime re Embed | John J. Ray III | 0.5 | $650.00 |
| 3/30/23 | Review Interco loan agreement | John J. Ray III | 0.5 | $650.00 |
| 3/30/23 | Follow up re data access request | John J. Ray III | 0.3 | $390.00 |
| 3/31/23 | Foreign debtor matter update and call re status with A&M (D Johnston and R Esposito) and S&C (E Simpson) | John J. Ray III | 0.5 | $650.00 |
| 3/31/23 | Addressing Kroll communications related to Schedules and SOFAs | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 3/31/23 | Call re various potential subsidiary liquidations with A&M (D Johnston) | John J. Ray III | 0.5 | $650.00 |
| 3/31/23 | Meeting with E&Y (T Shea and others) and management related to tax matters and transfer pricing | John J. Ray III | 3.3 | $4,290.00 |
| 3/31/23 | Review of tax disclosures | John J. Ray III | 0.3 | $390.00 |
| 3/31/23 | Execution of additional agreements re de minimus sales | John J. Ray III | 0.5 | $650.00 |
| 3/31/23 | Execution and delivery of Board resolution re EU | John J. Ray III | 0.5 | $650.00 |
| 3/31/23 | Review of Bahamas motion to lift stay | John J. Ray III | 1.0 | $1,300.00 |
| 3/31/23 | Review of license and royalty agreement | John J. Ray III | 0.8 | $1,040.00 |
| | **Total Amount for Period:** | | **255.9** | **$327,470.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 03/04/23 | Overnight shipping, documents to S&C (A Kranzley) | | | | | $139.57 | 03/04/23 |
| 03/06/23 | Airfare, roundtrip coach RSW to DFW to RSW for meetings at A&M | $619.80 | | | | | 03/06/23 |
| 03/06/23 | Lodging in Dallas for meetings with A&M team | | $225.00 | | | | 03/06/23 |
| 03/06/23 | Car service from DFW to Hotel for A&M meetings | | | $88.67 | | | 03/06/23 |
| 03/06/23 | Car service from Hotel to A&M meetings | | | $11.87 | | | 03/06/23 |
| 03/06/23 | ViaStat In-flight Wifi | | | | | $9.00 | 03/06/23 |
| 03/07/23 | Lodging in Dallas for meetings with A&M team | | $225.00 | | | | 03/07/23 |
| 03/07/23 | Breakfast for one, Dallas, meeting with A&M team | | | | $22.05 | | 03/07/23 |
| 03/08/23 | Parking RSW for A&M meetings | | | | | $54.00 | 03/08/23 |
| 03/08/23 | Car service from A&M meetings to DFW | | | $20.83 | | | 03/08/23 |
| 03/08/23 | ViaStat In-flight Wifi | | | | | $19.00 | 03/08/23 |
| 03/18/23 | Overnight shipping, documents to S&C (A Kranzley) | | | | | $131.16 | 03/18/23 |
| 03/22/23 | Shipping, FTX Ventures sale documents execution pages | | | | | $61.07 | 03/22/23 |
| 03/31/23 | Shipping FTX documents to S&C Europe | | | | | $76.19 | 03/31/23 |
| | **Total Amount for Period:** | **$619.80** | **$450.00** | **$121.37** | **$22.05** | **$489.99** | |