**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. No. 1121, 1248**<br>**Hearing Date:  April 12, 2023, at 1:00 p.m. ET** |

**CERTIFICATION OF COUNSEL**

The undersigned hereby certifies as follows:

1.      On March 20, 2023, the Fee Examiner appointed in these proceedings filed the *Application of Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as Counsel to the Fee Examiner, Effective as of February 17, 2023* [Dkt. No. 1121] (the "**Application**"). A proposed form of order approving the Application was attached to the Application as Exhibit A (the "**Proposed Order**"). The deadline to file objections or otherwise respond to the Application was established as April 10, 2023 at 4:00 p.m. E.T. (the "**Objection Deadline**").

2.      Prior to the Objection Deadline, the Fee Examiner and proposed counsel received informal responses to the relief requested in the Application from the Office of the United States Trustee (the "U.S. Trustee").  No other responses or objections to the Application were received.

3.      Godfrey & Kahn and the U.S. Trustee have conferred regarding the relief requested in the Application.  In order to resolve certain concerns raised by the U.S. Trustee,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Godfrey & Kahn filed the *Declaration of Katherine Stadler in Conjunction with Godfrey & Kahn, S.C.'s Application for Appointment as Counsel to the Fee Examiner* [Dkt. No. 1248] (the "Stadler Declaration").

4.      With the filing of the Stadler Declaration, the U.S. Trustee indicated that its informal comments regarding the relief requested in the Application were resolved.

WHEREFORE, as the Fee Examiner and proposed counsel did not receive any objections or responses other than as set forth herein, the Fee Examiner and proposed counsel respectfully requests that the Court enter the Proposed Order without further notice or a hearing at the Court's earliest convenience.

Dated:  April 10, 2023.

By:      */s/ Mark W. Hancock*
Mark W. Hancock *(Admitted Pro Hac Vice)*


GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Mark W. Hancock (Admitted *Pro Hac Vice*)

*Counsel to the Fee Examiner*


29133178.1