# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>    Defendants. | Adv. Pro. No. 22-50513 (JTD) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD.<br><br>    Plaintiffs,<br>    -against-<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.<br><br>    Defendants. | Adv. Pro. No. 23-50084 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**AMENDED² NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 12, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY APRIL 12, 2023 AT 11:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItfuiorjkiHr8z-9FkCFOJ4DxkFq8r3n0

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic: FTX Trading Ltd., *et al.* - Case No. 22-11068 (JTD)
When: April 12, 2023 at 1:00 p.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**ADJOURNED MATTERS:**

1. Pretrial Conference Regarding Complaint for Declaratory Judgment in *Austin Onusz, et al. v. West Realm Shires Inc., et al.*, Adv. No. 22-50513 [D.I. 1, filed on December 27, 2022]

    Status: This matter is adjourned to the hearing scheduled for May 17, 2023.

2. Pretrial Conference Regarding Complaint for Declaratory Judgment in *Alameda Research Ltd., et al. v. Voyager Digital **LLC**, et al.*, Adv. No. 22-50084 [D.I. 1, filed on March 15, 2023]

    Status: This matter is adjourned to the hearing scheduled for June 28, 2023.

3. Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of the Certain Businesses; (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens, Claims,

---

² **Amended items appear in bold.**

Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 233, filed on December 15, 2022]

Status: The auction for the LedgerX Business is adjourned and the sale hearing regarding the sale of the LedgerX Business is postponed until further notice.

4. The Ad Hoc Committee of Non-US Customers of FTX.Com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Declaration in Support of the Ad Hoc Committee of Non-US Customers of FTX.Coms Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1137, filed on March 22, 2023]

Status: The Ad Hoc Committee of Non-US Customers of FTX.com, the Media Intervenors and the Office of the United States Trustee have agreed to adjourn this matter to the hearing scheduled for May 17, 2023.

5. Motion of the Joint Provisional Liquidators for a Determination That the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1192, filed on March 29, 2023]

Status: This matter is adjourned to the hearing scheduled for May 17, 2023.

**RESOLVED MATTER:**

6. Motion to File Under Seal Supplemental Declaration of Arlo Devlin-Brown in Support of Covington & Burling LLP's Retention as an Ordinary Course Professional [D.I. 849, filed on March 10, 2023]

Status: On March 28, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

7. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Settlement Agreement with Modulo Capital, Inc., Modulo Capital Alpha Fund LP, Xiaoyun Zhang, And Duncan Rheingans-Yoo, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 1133, filed on March 22, 2023]

Status: On April 10, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

8. Motion of Debtors for Turnover of Assets Held by Exchange Entities [D.I. 1189, filed on March 29, 2023]

Status: On April 10, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

9. Motion of Debtors for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 846, filed on March 10, 2023]

    Response Deadline: March 24, 2023 at 4:00 p.m. (ET); extended to March 31, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee; extended to April 5, 2023 for the Official Committee of Unsecured Creditors

    Responses Received:

    A.   Informal comments from the Office of the United States Trustee

    Related Documents:

    A.   Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Motion of Debtors for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1227, filed on April 5, 2023]

    B.   Debtors' Response to the Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Motion of Debtors for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1243, filed on April 9, 2023]

    Status: This matter is going forward.

10. Motion of Samuel Bankman-Fried for Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees under Directors and Officers Insurance Policies [D.I. 964, filed on March 15, 2023]

    Response Deadline: March 29, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A.   Objection of the Official Committee of Unsecured Creditors to Motion of Samuel Bankman-Fried for Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees under Directors and Officers Insurance Policies [D.I. 1183, filed on March 29, 2023]

    B.   Debtors' Response to Samuel Bankman-Fried's Motion for Relief from Automatic Stay [D.I. 1184, filed on March 29, 2023]

    C.   Joinder of Customer Adversary Proceeding Plaintiffs in Opposition to Motion of Samuel Bankman-Fried for Relief from the Automatic Stay for Insurers to Pay

                Defense Costs [D.I. 1188, filed on March 29, 2023]

        Related Documents:

        A.      Reply in Support of Motion of Samuel Bankman-Fried for Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees under Directors and Officers Insurance Policies [D.I. 1239, filed on April 7, 2023]

        Status: This matter is going forward.

11.    Application of Fee Examiner for Authorization to Employ and Retain Godfrey & Kahn, S.C. as counsel to the Fee Examiner, Effective as of February 17, 2023 [D.I. 1121, filed on March 20, 2023]

        Response Deadline: April 10, 2023 at 4:00 p.m. (ET)

        Responses Received: None.

        Related Documents:

       A.      **Declaration of Katherine Stadler in Conjunction with Godfrey & Kahn, S.C.'s Application for Appointment as Counsel to the Fee Examiner [D.I. 1248, filed on April 10, 2023]**

       B.      **Certification of Counsel [D.I. 1260, filed on April 11, 2023]**

        Status: **A certification of counsel has been filed and an order has been submitted in accordance with the Court's procedures. Accordingly, a hearing on this matter is no longer necessary unless the Court has any questions.**

12.    Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Debtors' Interests in Mysten Labs, Inc. and Sui Token Warrants Free and Clear of all Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Debtors' Entry into, and Performance Under, the Purchase and Sale Agreement; (III) Authorizing and Approving Assumption and Assignment of the Sui Token Warrants and (IV) Granting Related Relief [D.I. 1140, filed on March 22, 2023]

        Response Deadline: April 5, 2023 at 4:00 p.m. (ET)

        Responses Received:

       A.      Informal comments from the Office of the United States Trustee

Related Documents:

A. **Declaration of John J. Ray III in Support of Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Debtors' Interests in Mysten Labs, Inc. and Sui Token Warrants Free and Clear of all Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Debtors' Entry into, and Performance Under, the Purchase and Sale Agreement; (III) Authorizing and Approving Assumption and Assignment of the Sui Token Warrants and (IV) Granting Related Relief [D.I. 1251, filed on April 10, 2023]**

B. **Declaration of Kevin Boon in Support of Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Debtors' Interests in Mysten Labs, Inc. and Sui Token Warrants Free and Clear of all Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Debtors' Entry into, and Performance Under, the Purchase and Sale Agreement; (III) Authorizing and Approving Assumption and Assignment of the Sui Token Warrants and (IV) Granting Related Relief [D.I. 1252, filed on April 10, 2023]**

C. **Certification of Counsel [D.I. 1257, filed on April 10, 2023]**

Status: **A certification of counsel has been filed and an order has been submitted according to the Court's procedures. To the extent a hearing is necessary, the Debtors anticipate this matter will go forward on an uncontested basis**.

13. Motion of Debtors for Turnover of Assets Held by DIG [D.I. 1195, filed March 29, 2023]

Response Deadline: April 5, 2023 at 4:00 p.m. (ET), extended to April 7, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee.

Responses Received:

A. Informal comments from the Office of the United States Trustee

Related Documents:

A. Notice of Filing Revised Proposed Order and Payoff Letter Agreement [D.I. 1214, filed on April 4, 2023]

B. **Certification of Counsel [D.I. 1253, filed on April 10, 2023]**

Status: **A certification of counsel has been filed and an order has been submitted according to the Court's procedures.** To the extent a hearing is necessary, the Debtors anticipate this matter going forward on an uncontested basis.

**STATUS CONFERENCE:**

14. Status Conference Regarding March 14, 2023 Hearing [Emergent Fidelity Technologies Ltd., Case No. 23-10149]

    **Related Documents**:

    A. **Notice of Stipulation Regarding Robinhood Assets Litigation [D.I. 1261, filed on April 11, 2023]**

    Status: This matter is going forward as a status conference. **The Parties have submitted an agreed upon stipulation that addresses** certain litigation among the Emergent Debtor, the FTX Debtors, and BlockFi.

| | |
|---|---|
| Dated: April 11, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |