| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: 04/12/2023 at 1:00 p.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson IV | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 4/12/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Schnitzer | Montgomery McCracken | Samuel Bankman-Fried |
| Gregory Donilon | " | " |
| Adam G. Landis | Landis Roth & Cobb LLP | Debtors |
| Jody Barillare | Morgan Lewis & Bockius | Emergent Fidelity |
| Brendan Schlauch | RLF | JPLS |
| Kevin Gross | RLF | JPLS |
| Chris Shore | W&C | JPLS |
| Jeffrey R. Saban | Venable | OKC/OKX/Ad hoc |
| Andrew J. Currie | Venable | " / " / " |
| Juliet Sarkessian | U.S. Trustee | U.S. Trustee |
| Derek Abbott | Morris Nichols | BlockFi |

# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 4/12/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kris Hauser | Paul Hastings | Committee |
| Ken Pasquale | " | " |
| Matt Linn | YCST | " |
| Rob Poppit | " | " |

| First Name | Last Name | Party Representing | Firm Name |
| --- | --- | --- | --- |
| Dave | Winterstine | US Courts | |
| Stanton | McManus | United States | |
| Josh | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Jasmine | Ball | Paradigm Operations LP | Debevoise & Plimpton LLP |
| Andrew | Entwistle | Certain Customers | Entwistle & Cappucci LLP |
| Robert | Cappucci | Certain Customers | Entwistle & Cappucci LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Sal | Lee | Certain Customers | Entwistle & Cappucci LLP |
| Mia | Cooper | n/a (listen only) | |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Chad | Flick | n/a | |
| Norman | Pernick | Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P. | Cole Schotz P.C. |
| Michael | Morris | Wisconsin Department of Financial Institutions | Wisconsin Department of Justice |
| Katie | Townsend | Media Intervenors | Reporters Committee for Freedom of the Press |
| Jason | DiBattista | LEvFin Insights | LevFin Insights |
| Brian | Petrozak | Multicoin | Multicoin |
| Max | Dawson | UCC | FTI Consulting |
| David | Kozlowski | Arrowpoint | Morrison Cohen LLP |
| Julian | Beach | United States | Department of Justice |
| Meghana | Vunnamadala | Interested Party | |
| Monica | Perrigino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Laura | Metzger | Interested Party | Orrick, Herrington & Sutcliffe LLP |

| First | Last | Party | Firm |
|---|---|---|---|
| Derek | Abbott | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Tamara | Mann | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Evanthea | Hammer | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Tori | Remington | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Joe | Miller | Financial Times | |
| Ingrid | Bagby | Interested Party | Cadwalader, Wickersham & Taft |
| Anthony | Greene | Interested Party | Cadwalader, Wickersham & Taft |
| Michael | Small | Mercedes Benz Grand Prix Limited | Foley & Lardner LLP |
| Nicholas | Sabatino | Interested Party | Orrick, Herrington & Sutcliffe LLP |
| Alexa | Kranzley | FTX Debtors | Sullivan & Cromwell LLP |
| Dawn | Giel | CNBC | CNBC |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Scott | Jones | Evolve Bank & Trust | Cousins Law LLC |
| Becky | Yerak | Wall Street Journal | News Corp |
| Eric | Meyer | Newton AC/DC Fund L.P. | ESM Management LLC |
| Nikolaos | Chagias | party in interest | |
| Noah | Blum | party in interest | |
| Libby | Lewis | Self | |
| Eric Elias | Leite da Silva | Titanium Asset | Titanium Asset |
| Thais | Oliveira Almeida | Titanium Asset | Titanium Asset |
| Sean | Lee | Party in interest | Simpson Thacher & Bartlett LLP |
| Jeremy | Koo | California Department of Financial Protection and Innovation - Sacramento, CA | California Department of Financial Protection and Innovation - Sacramento, CA |
| Marcy | McLaughlin Smith | Paradigm Operations LP | Troutman Pepper Hamilton Sanders LLP |
| Bill | Schatz | CTC Alternative Strategies | CTC Alternative Strategies |
| Gabriela | Urias | observing | |
| Peter | Sprofera | Self | |
| Michele | Wan | Pulsar | Pulsar Trading |
| Jack | Schickler | Media | CoinDesk |

| Evan | Maass | NA | Centerbridge Partners LP |
|---|---|---|---|
| Brian | Stout | 507 Capital LLC | 507 Capital LLC |
| Sameen | Rizvi | Potter Anderson & Corroon LLP | Potter Anderson & Corroon LLP |
| Stephanie | Murray | press | |
| Aaron | Stulman | Voyager Digital Holdings | Potter Anderson & Corroon LLP |
| Ruth | Ramjit | Observer | |
| Lauren | Sisson | BlockFi | Haynes and Boone LLP |
| Dennis | O'Donnell | Pulsar Trading | DLA Piper |
| Candice | Korkis | BMO Financial Group | |
| Mike | Legge | Reorg | |
| mark | wenzel | FTX US Lost ACH transactions | |
| Cheyenne | Ligon | CoinDesk | |
| Gren | Day | Cantor | Cantor |
| Charlie | Jones | BlockFi | Haynes and Boone, LLP |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Daniel | Homrich | UCC | Jefferies |
| Sujeet | Indap | Financial Times | |
| Andrew | Dean | n/a | Cohen & Gresser LLP |
| Caroline | Salls | BankruptcyData - media | |
| Andrew | Perry | Interested Party | |
| Susan | Gummow | Interested Party | |
| Alex | van Voorhees | UCC | |
| Ahmed | Abd El-Razek | Ahmed Abd El-Razek | |
| Ronald | Howard | Interested Party | Togut, Segal & Segal LLP |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Allison | Durrett | Interested Party | |

| Gihoon | Jung | Creditor | |
|---|---|---|---|
| Lauren | Wray | Interested Party | |
| Vladimir | Jelisavcic | Cherokee Acquisition | Cherokee Acquisition |
| Jean-Luc | Ramdin | Cherokee Acquisition | Cherokee Acquisition |
| Lars | Hultgren | UCC | Jefferies |
| Kimberly | Brown | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Matthew | Pierce | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Howard | Robertson IV | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Taylor | Harrison | Debtwire | |
| Craig | Rasile | Interested Creditor | Winston & Strawn |
| Vince | Sullivan | Law360 | |
| Seth | Shapiro | United States of America | U.S. Department of Justice |
| Katherine | Stadler | Fee Examiner | Godfrey & Kahn, S.C. |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Michael | Trentin | Observer - Non-Participant | |
| Charu | Chitwan | JPLs | White & Case LLP |
| Mark | Hurford | Celsius Network | A.M. Saccullo Legal |
| Xiaomu | Lin | Self | |
| Kelan | Cross | UCC | Jefferies |
| Therese | Scheuer | SEC listen only | |
| Evan | Roesen | Joele Frank | |
| K. John | Shaffer | Debtors | Quinn Emanuel Urquhart & Sullivan, LLP |
| Howard | Michaels | None | |
| Guo Sheng | Ong | Non participant | |
| Daniel | Kaplan | Atlas Grove Partners | Atlas Grove Partners |
| Bastian dufosse | | Media | |
| Alejandro | Martín | FTX BANKRUN VIP | |
| Wissam | Adli | Noom Ltd. | |
| Henry | Curtis | Interested Party | |
| Michael | Bottjer | Creditors | Arceau |

| | | | |
|---|---|---|---|
| Klaas | Breeuwsma | A friend | |
| Bryce | Albin | MFN | |
| George | Schultze | Pro Se | Schultze Asset Mgmt. |
| Jared | Gross | Jared Gross | |
| ahmet | altun | Ahmet Altun | |
| Robin | Matzke | FTX EU | FTX EU |
| Dicky | Damara | Individual | |
| Baran | Yapıcı | FTX Debtors | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Timothy | Reilly | Member of the Public | |
| Federico | Natali | Vyper Labs LTD | |
| Geo | Groenewald | private | Geo Groenewald |
| dennis | hilkens | attestor | |
| SHERWIN | LEE | User | |
| Jake | X | Betmore | Betmore |
| Yiu Tung | Fok | Retail Creditor | |
| Leo | Acheson | Mysely, family, and clients | Clare |
| John | Ray | FTX | Owl Hill Advisory, LLC |
| James | Ingram | James Ingram | |
| Jack | Amed | Unsecured Creditor | |
| John | Penn | Interested Party | |
| Mark | Hancock | Fee Examiner | Godfrey & Kahn, S.C. |
| Mark | Hancock | Fee Examiner | Godfrey & Kahn, S.C. |
| Emily | Mason | Forbes | Forbes |
| Uday | Gorrepati | N/A (ABI Project) | |
| Magali | Duque | Observing | |
| Emily | MacKay | Paradigm | |
| Sascha | Rand | FTX Debtors | Quinn Emanuel Urquhart and Sullivan LLP |

1:00 PM	FTX Trading Ltd.	22-11068	Omnibus	4-12-2023

| | | | |
|---|---|---|---|
| Juan | Velasquez | Creditors | |
| Matt | McNamara | Dartmoor Advisors | |
| F | B | Creditor | |
| Donald | Detweiler | Interested Party | Womble Bond Dickinson (US) LLP |
| Jared | Kochenash | UCC | Young Conaway Stargatt & Taylor, LLP |
| Jennifer | Kneeland | interested party | Watt Tieder Hoffar & Fitzgerald, LLP |
| Alexander | Steiger | JPLs | RLF |
| Chad | Smith | CWAM | |
| David | Marsanic | Daily Coin, media | |
| William | Sullivan | Word of God Fellowship, Inc. | Sullivan Hazeltine Allinson LLC |
| Molly | White | n/a | |
| Scott | Tucker | AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR | Chimicles Schwartz Kriner & Donaldson-Smith LLP |
| Kumanan | Ramanathan | FTX | A&M |
| Yueqi | Yang | Press | Bloomberg |
| Anthony | Scarcella | Willkie Farr & Gallagher | Willkie Farr & Gallagher |
| Steve | Coverick | FTX Debtors | Alvarez & Marsal |
| Arthur | Thomas | Self | |
| Andrew | Li | Andrew Li | |
| Negisa | Balluku | N/A | Bloomberg LP |
| Mary Nell | Browning | Attestor Capital | Palo Duro Consulting LP |
| Michael | Rixner | Deptor | |
| Bart | Hoyng | Creditors | |
| Law | Clerk | Court | |