# **Exhibit A**

# Case Update

April 12, 2023

In re FTX Trading LTD., et al., Case No. 22-11068 (JTD)

ALVAREZ & MARSAL | SULLIVAN & CROMWELL LLP | P/W/P PERELLA WEINBERG PARTNERS

# Assets Available for Stakeholder Recovery – Petition Date Pricing



**$6.2 billion in assets collected**

USD in Billions

Legend:
- Settlements & Investments Receivable
- Securities
- Category A Crypto[1]
- Cash (reported amounts)

**Petition Date** — November 11, 2022: $3.3 total ($0.3 Securities, $1.8 Category A Crypto, $1.2 Cash)

**Second Day Hearing** — January 11, 2023: $5.4 total ($0.3 Securities, $3.4 Category A Crypto, $1.7 Cash)

**Today** — April 12, 2023: $6.2 total ($0.6 Settlements & Investments Receivable, $0.3 Securities, $3.4 Category A Crypto, $2.0 Cash)

**Notes:**
1. Category A Assets are tokens with a market capitalization of at least 15M and an average daily trading volume of at least 1M during the past 30 days

2

# Assets Available for Stakeholder Recovery – Current Market Pricing



**$7.3 billion in assets collected**

Notes:
1. Category A Assets are tokens with a market capitalization of at least 15M and an average daily trading volume of at least 1M during the past 30 days

3

# Significant Events



**Investigations & Governmental Cooperation**
- 1.3 Terabytes of Data
- First Interim Report
- Guilty Pleas of Insiders
- Additional SBF Indictment
- DOJ Asset Seizures

**Operations**
- 10 Million Accounts Reconciled
- AWS Fortified
- Key Employees Retained
- 13 Leases Exited
- Withdrawals Enabled at FTX Japan

**Accounting & Tax**
- Balance Sheet Reconstruction
- Schedules & Statements
- Tax Preparation

# Significant Events



**Asset Management**
- $7.3B Total Collected Assets
- $1.5B 345A Compliant Cash
- $0.5B Other Cash
- $1.6B Cat. A Crypto in Debtor Cold Storage
- $2.7B Other Category A Crypto

**Legal Actions**
- $460M Modulo Settlement
- $53M Deltec Settlement
- Voyager, BlockFi & Genesis
- Other Avoidance Actions
- Grayscale Litigation
- Turnover Actions

**M&A & Venture Book Activity**
- $96M Mysten Labs
- $45M Sequoia
- Venture Book
- $5M De Minimis
- Ongoing Sale Processes

