UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

<u>In re FTX Trading Ltd., et al</u>, Chapter 11 Case No. 22-11068 (JTD), (jointly administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SPCP Group, LLC**<br>Name of Transferee | **Park Walk Credit Partners LLC**<br>Name of Transferor<br>1120 S. Capital of Texas Hwy, Building 1, Suite 120<br>Austin, TX 78746<br>Attn: Jesse Hibbard<br>Email: Jesse@parkwalk.com |

**Court Claim # (if known)**: **1241**

**Amount of Claim Transferred**: **$2,989,382.14**
**Date claim filed**:  3/16/23
Total Amount of Claim $3,542,509.59

**Name and Address where notices to transferee should be sent**:
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Operations
12017192157@tls.ldsprod.com
-and-
rbeacher@pryorcashman.com

**Name and Address where transferee payments
should be sent (if different from above):**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my

knowledge and belief.

SPCP Group LLC

By: _____   Date:   April 12, 2023 _____
     Transferee/Transferee's Agent
     Jennifer Poccia
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.



**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

Attn: Clerk

AND TO: FTX Trading Ltd, Case No. 22-11068 (JTD) pending in the United States Bankruptcy Court for the District of Delaware  (the "Debtor")

re: Claim #: 1241

Park Walk Credit Partners LLC  ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SPCP Group, LLC
2 Greenwich Plaza, First Floor, Greenwich, CT 06830
Attention: Operations
E-mail:  12017192157@tls.ldsprod.com


and its successors and assigns ("Purchaser"), all of Seller's right, title and interest in and to Proof of Claim No. 1241 in the amount of $2,989,382.14 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

Seller (separate from the above assignment), hereby irrevocably instructs and directs the Debtor (coupled with an interest to Purchaser) to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

175113/225651 - 7866301.1

3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 31, 2023.

PARK WALK CREDIT PARTNERS LLC

By: *[signature]* Jesse Hilled

Title: *[handwritten]*

SPCP GROUP, LLC

By: _____

Title:

175113/225651 - 7866301.1

3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of  Claim by its duly authorized representative dated March 31, 2023.

**PARK WALK CREDIT PARTNERS LLC**

_____

By:
Title:

**SPCP GROUP, LLC**

_____

By:
Title:     Jennifer Poccia
           Authorized Signatory

175113/225651 - 7866301.1