## EXHIBIT 1

### Executory Contract List

        The Purchaser has demonstrated adequate assurance of future performance with respect to each of the following Executory Contracts pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.

| Executory Contract | Assumption/Assignment/ Rejection | Cure Amounts |
|---|---|---|
| Amended and Restated Exempted Limited Partnership Agreement of VY Space II, L.P., dated as of December 8, 2020. | Assumed and Assigned | $0 |
| Side Letter, dated as of March 18, 2022, from VY GP Space II Limited to Maclaurin Investments Ltd. | Assumed and Assigned | $0 |
| Side Letter, dated as of October 27, 2021, from VY GP Space II Limited to Maclaurin Investments Ltd. | Assumed and Assigned | $0 |