IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 1295 |

**ORDER APPROVING STIPULATION STAYING**
**LITIGATION AND RELATED DISCOVERY**

Upon the Certification of Counsel and *Stipulation Staying Litigation and Related Discovery* ("Stipulation")[2], a copy of which is attached hereto as **Exhibit A**, entered into by and among (i) BlockFi, (ii) Emergent Fidelity Technologies, Ltd (the "Emergent Debtor"), and (iii) FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "FTX Debtors"); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The entry into and performance by the FTX Debtors and the Emergent Debtor of their obligations under the Stipulation is hereby approved in all respects.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

{1368.002-W0070560.}

3.  The failure to specifically include or reference any particular term or provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such term or provision.

4.  The FTX Debtors and the Emergent Debtor are authorized and empowered to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

5.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

**Dated: April 17th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE