# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 964** |

**ORDER DENYING WITHOUT PREJUDICE MOTION OF SAMUEL BANKMAN-FRIED FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PERMIT INSURERS TO ADVANCE AND/OR REIMBURSE DEFENSE COSTS AND FEES UNDER DIRECTORS AND OFFICERS INSURANCE POLICIES**

Upon consideration of the *Motion of Samuel Bankman-Fried for Relief from the Automatic Stay, to the Extent Applicable, to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees under Directors and Officers Insurance Policies* [D.I. 964] (the "Motion") and the objections and responses [D.I. 1183, 1184 and 1188] filed to the Motion; and the Court having held a hearing on the Motion on April 12, 2023; and the Court having issued its ruling on the Motion at the hearing; and as stated on the record and for the reasons set forth in the Court's ruling on the Motion;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2323799.8

-2-

It is HEREBY ORDERED THAT:

    1.    The Motion is denied without prejudice.