EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| DCP Master Investments XIV LLC | Invictus Capital Financial Technologies SPC on behalf of its Stable Growth SP |
|---|---|
| Name of Transferee | Name of Transferor |
| Phone: 212-655-1419 | Phone: + 1 345 324 2022 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| | |
| Name and Address where notices and payments to transferee should be sent: | Claim No: 1372 |
| | |
| DCP Master Investments XIV LLC<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Email: srao@diametercap.com<br>Phone: 212-655-1419 | Date Filed: March 27, 2023<br><br>Total Amount of Claim: $604,551.04<br>Transferred Amount of Claim: $604,551.04 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____                                          Date: April 14, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 3326258.1
105309426v2

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the District of Delaware
Attn: Clerk

AND TO:      FTX TRADING LTD., as debtor ("Debtor")
Case No. 22-11068 (JTD) (Jointly Administered)

Invictus Capital Financial Technologies SPC on behalf of its Stable Growth SP ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of April 11, 2023, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

DCP Master Investments XIV LLC
55 Hudson Yards, Suite 29B
New York, NY 10001
Email: srao@diametercap.com
Phone: 212-655-1419
Attn: General Counsel

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller on the aggregate amount of $604,551.04 against the Debtor, docketed as **Claim No. 1372** (collectively the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[*signature page follows*]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of April 14, 2023.

**SELLER:**

Invictus Capital Financial Technologies SPC on behalf of its Stable Growth SP

By: _____
    Name:  Casey McDonald
    Title:   Director

**BUYER**

DCP Master Investments XIV LLC

By: Diameter Capital Partners LP, solely as its manager

By: _____
    Name:  Shailini Rao
    Title:   General Counsel & CCO