IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** <br> Name of Transferee | **[REDACTED] [CUSTOMER CODE 02030693]** <br> Name of Transferor |
| **Address for all Communications/Notices:** <br> CONTRARIAN FUNDS, LLC <br> 411 WEST PUTNAM AVE., SUITE 425 <br> GREENWICH, CT 06830 <br> ATTN: ALPA JIMENEZ <br> Phone:  203-862-8259 <br> Fax:      203-485-5910 <br> Email: tradeclaimsgroup@contrariancapital.com | **Address:** <br> c/o Contrarian Funds, LLC <br> Attn: 392426 <br> 500 Ross St 154-0455 <br> Pittsburgh, PA 15262 |
| **Address for all Payments/Distributions:** <br> CONTRARIAN FUNDS, LLC <br> ATTN: 392426 <br> 500 ROSS ST 154-0455 <br> PITTSBURGH, PA 15262 | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 02030693 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____         Date: April 17, 2023
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

Address for all Communications/Notices:
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone: 203-862-8259
Fax:    203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

Address for all Payments/Distributions:
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**[REDACTED]**
Name of Transferor

Address:
c/o Contrarian Funds, LLC
Attn: 392426
500 Ross St 154-0455
Pittsburgh, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 02030693 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alpa Jimenez          Date: April 17, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FTX Trading Ltd.    22-11068 (JTD)

| Customer Code | Token / Fiat / NFT [Balance(NFT ID)] |
|---|---|
| 02030680 | XRP[41.200000000000000] |
| 02030681 | USD[1.600000000000000] |
| 02030686 | AVAX[0.000000012687209],BTC[0.000000006437870],SOL[0.000000006843500],ETH[0.000000074158755104],USDT[0.000000004327284] |
| 02030690 | AXS[4.613005302187230000]BOBA[229.202374850000000]BTC[0.034946665642690],CHZ[9.972000000000000],ENJ[170.935344400000000],CRV[201.935344400000000],ETH[0.569962801522720],EUR[469.038888828812973756],FTM[159.11991990000000],FTT[0.009594839000000],HNT[36.789506000000],INCH[9.990625087000],LINA[3899.33020000000000000],LUNA2[0.001295509862000],LUNC[282.10000000000000],OMG[14.246953020869840],RNDR[72.96720000000000],SHIB[4289075.3667200000000],SOL[0.967990000000000],SLP[1879.5685320000000],SUSHI[4.2207204100000000],SOL[0.848098500000000],SRM[1.244316230000000],SUSHI[1.113930430000000],TRX[414.683734000000000],UBXT[4.000000000000000],UNI[2.376265380000000],USD[2.284095228102768],USDT[0.000000006682811],XRP[136.404004460000000],YFI[0.000337990000000] |
| 02030691 | 1INCH[4.161059840000000],AKRO[1.000000000000000],BAL[1.113560220000000],BAO[14.000000000000000],BAT[16.709922930000000],C98[1.977663010000000],BTC[0.043014166000000],CHZ[1.000000000000000],CREAM[0.010731460000000],DENT[3.000000000000000],DOGE[444.888893274000],DYDX[0.447582340000000],EDEN[0.367865540000000],FIDA[2.130574830000000],FTT[0.710899190000000],KIN[28.0000000000],LINK[2.436040960000000],MKR[0.009571350000000],PERP[0.703499770000000],REN[8.849995370000000],RSR[1.000000000000000],SECO[1.091701210000000],SOL[0.848098500000000],SRM[1.244316230000000],SUSHI[1.113930430000000],TRX[414.683734000000000],UBXT[4.000000000000000],UNI[2.376265380000000],USD[2.284095228102768],USDT[0.000000006682811],XRP[136.404004460000000],YFI[0.000337990000000] |
| 02030692 | COPE[0.815000000000000],MX[0.000370000000000] |
| 02030693 | APE[2.80000000000000],AVAX[0.600291000000000],BOBA[34.000000000000000],DAWN[17.2000000000000],ENS[0.7000000000000],ETH[0.1560000000000],EUR[110.000000000000000],GMT[16.000000000000000],LEO[3.2000000000000],PAXG[0.005600000000000],USD[2229.264845036762986000000000],USDC[5968.345263482000000],USDT[11093135.344588120000000],XAUT[0.005500000000000] |
| 02030694 | GOG[126.671609430702720],USD[0.796080344500000] |
| 02030698 | USD[6.000000000000000] |
| 02030702 | ATLAS[9.074000000000000],AXS[0.000000002565259],BNB[0.000000097975148],POLIS[0.000000002608136],SXP[0.098520000000000],TRX[0.000000100000000],USD[0.022207957901931],USDT[0.007649000000000] |
| 02030708 | USD[1.300000000000000] |
| 02030711 | BRZ[0.918999790000000],FTT[0.000000001000000],TRX[0.000498000000000],USD[0.000000008922678],USDT[0.006847085402104] |
| 02030712 | USD[0.600000000000000] |
| 02030718 | ATLAS[8.6360000000000],AVAX[0.086546800000000],BTC[0.012834600000000],DYDX[0.077760000000000],FTT[0.032127492482800],LUNA[21.7661008300000],LUNA2_LOCKED[4.12090014700000],MATIC[9.546000000000000],NEAR[0.084980000000000],TRX[0.000027000000000],USD-175.285397677435568641],USDT[0.10407.849977360846525813],USTC[250.00000000000] |
| 02030719 | USD[3.200000000000000] |
| 02030725 | USD[1.900000000000000] |
| 02030726 | CRV[0.006173770000000],DYDX[0.07816500000000],ETH[2.000253800000000],ETHW[2.000253800000000],LUNA2[0.000000299790442],LUNA2_LOCKED[0.000000699511032],LUNC[0.066528000000000],SOL[0.003044000000000],USD[0.078431600000000],YFI[0.000979260000000] |
| 02030727 | BAQ[5.000000000000000],EUR[0.000000007336789],USD[0.000000000580626] |
| 02030730 | LUNA2[37.152437670000000],LUNA2_LOCKED[86.6890200990000000],USD[0.00000805162031],USDT[0.000000011567609] |
| 02030734 | ATLAS[579.898800000000000],USD[1.40000000000000] |
| 02030736 | BTC[0.0000000315976000],USD[0.000000969628765],USDT[0.000000038397683] |
| 02030741 | BNB[0.360000000000000],ETH[0.0001213500000000],SAND[1.959392000000000],TRX[0.000001000000000],USD[0.097999454671056],USDT[0.000000075179484] |
| 02030743 | ATLAS[0.376.58500000000],CITY[0.049978096856600],GRT[16.42550000000000],LOOKS[0.72062706000000],NEAR[864.58306000000000],NFT (4973069815454132526)[1],NFT (5096119912031518531[1],SOL[0.006654610000000],USD[48.790240009525000] |
| 02030750 | APE[850.00000000000],ALICE[0.000000005000000],AMP[0.000000005000000],AVAX[50.000000000000000],BCH[0.000000069594742],BNB[0.000000110000000],BTC[0.0000000112457638],CGG-0.0327628817485157],COMP[0.0000000009760000],DOGEBULL[0.000000010000000],DOT[10.0000000113644212],ETH[0.000000237428418],FTT[0.00000000587403095],LEGHALF[0.000000097000000],LINK[0.000000010000000],LUNA_LOCKED[3.942342930000000],LUNC[0.000000009338557],OKBULL[0.000000005000000],SOL[0.000000086228578],STORJ[0.000000050000000],SUSHI[0.000000050000000],TRX[0.000578000000000],USD[0.17137043425095],USDT[0.00000010626143] |
| 02030753 | USD[0.399513070022467701],USDT[0.000000004404912] |
| 02030756 | FTT[0.000000009527360],LTC[0.00673611680000000],NFT (3140925983182793)[1],NFT (3965568683905856)[1],NFT (4876890784081829)[1],NFT (4828631905017059657)[1],NFT (4975679598676811674)[1],USD[0.01218094021501],USDT[0.0043000815261] |
| 02030757 | GALA[8.5650000000000],PEOPLE[830.00000000000],USD[0.118453104324504],USDT[0.01218094021501] |
| 02030758 | AMP[0.0000000117003751],BITT[0.000000000442854499],BTC[0.00027192200000000],DOGE[0.000000001000000],ENJ[0.000000000786016],FTT[25.326999829525092208],SAND[0.000000000069687480],USD[0.000000018246963],USDC[41.14387332000000000],USDT[0.000000253726000] |
| 02030759 | BNB[0.00000000328830],CRO[0.00000000520000000],SHIB[9800000.00000000],SPELL[0.000000064094],TRX[0.000000005180675],USD[0.648544126338416],USDT[0.000000051452480] |
| 02030764 | FTT[0.445169950000000],USD[0.000000096387036],USDT[0.000000866230412] |
| 02030765 | AVAX[16.375.12000000000],BNB[0.000000002000000],ETH[0.0001213500000000],GRT[16.425500000000000],LOOKS[0.720627060000000],MX[2489.10000000000],NEAR[584.58306000000000],NFT (4972069815454132526)[1],NFT (5096119912031518531[1],SOL[0.00665461000000],USD[48.790240009525000] |
| 02030769 | AAVE[0.00000000250000000],ALICE[0.00000000500000000],AMP[0.00000000500000000],BCH[0.00000000694742],BNB[0.00000011500000],BTC[0.00000000112457638],CGG-0.0327628817485157],COMP[0.000000009760000],DOGEBULL[0.000000010000000],DOT[10.000000113644212],ETH[0.000000237428418],FTT[0.000000005874030],LEGHALF[0.000000097000000],LINK[0.00000001000000],LUNA_LOCKED[3.94234293000000],LUNC[0.000000009338557],OKBULL[0.000000005000000],SOL[0.000000086228578],STORJ[0.000000050000000],SUSHI[0.000000050000000],TRX[0.000578000000000],USD[0.17137043425095],USDT[0.000001062143] |
| 02030774 | BTC[0.000000006954130] |
| 02030775 | ETH[1.107011930000000],USD[0.000000354254646641],USDT[0.000000001343485] |
| 02030779 | ADABULL[6.00257060000000],ALGOBULL[500000.00000000000],ATOMBULL[250.00000000000],BCHBULL[700.00000000000],BTC[0.000800004400000],DOGE[165.00000000000],DYDX[10.50000000000],ECOSBULL[50000.000000000],EOSBULL[50000.000000000],ETH[0.0108718000000],ETHW[0.0108718000000],LINKBULL[33.000000000000],USD[6.29829135404553231],USDT[1.899040781804267]3],LUNA2_LOCKED[4.218198219964840],LUNC[39362.9000000000],MATIC[1.10082420000000],MATICBULL[34.000000000000],PSY[471.0000000000],RSR[6.000000000000000],SUSHIBULL[136292970.0000000000000],SXPBULL[209000.000000000],TOMOBULL[2300.00000000000000],TRX[53.67309412 |
| 02030782 | USD[6.2000000000000] |
| 02030783 | 1INCH[0.00010210630000000],BAO[1.000000000000000],ETH[0.000030376000000000],ETHW[0.00003037600000000],LUNC[652221.63087200000],MX[1.00580000000000],SHIB[23854.76794946951970062],USD[0.005813298200000] |
| 02030784 | USD[0.024966510000000] |
| 02030786 | USD[6.300000000000000] |
| 02030788 | USD[0.000000136385401],USDT[0.000000040238640] |
| 02030790 | ATLAS[0.000000002825721],DOGE[0.000000006100000],POLIS[0.00683754449626180],SHIB[2854.7679494695170062],USD[0.005813298200000] |
| 02030791 | USD[20.00000000000] |
| 02030792 | USD[25.00000000000] |
| 02030793 | EUR[4876.407295970000000] |
| 02030802 | FTT[0.94580985000000],LUNA2[2.995248334000000],LUNA2_LOCKED[6.989912779000000],SOL[0.408321293130600],USD[0.73717770793396] |
| 02030809 | SOL[0.00000095911432],USD[0.000186519202804] |
| 02030813 | USD[58.8875962456696396] |
| 02030814 | 1INCH[1.0023882680000000],AKRO[0.00000002000000],BAO[14.000000000000000],BAT[1.00561532000000],BNB[0.019899117000000],BTC[0.00190281000000],DENT[6.0000000000],DOGE[1.00000000000],ETH[0.135451060000000],ETH[0.1345456222000000],FTM[0.00000036300000],HXL[0.04167777000000],HXT[0.149334800000000],HXRO[2.00000000000],KIN[6.00000000000000],MATH[1.100824200000000],RSR[6.00061717210000000],SOL[0.00000200000000],SRM[1.037502330000000],SXP[1.000662810000000],TRX[257.439535930000000],UBXT[7.00000000000000] |
| 02030815 | USD[124.382433163326220],USDT[10848.959030444361745]4] |
| 02030816 | ALGOBULL[2010000.00000000000],SUSHIBULL[41000.000000000000],SUSHIBULL[41000.000000000],TRX[0.80213900000000],USDC[4737875],USD[4.799302113915924]0] |
| 02030818 | BTC[0.148795656000000],ETH[1.00000000000],ETHW[1.000000000000],LUNA2[2.00000000000],SRM[3.000000000000],USD[698.218538565500000] |
| 02030825 | RAY[2.00000000000],SOL[2.00000000000],SRM[3.000000000000],USD[696.2185385655000],USD[0.000384541028759] |
| 02030826 | ATLAS[259.950600000000000],BTC[0.00000565000000],POLIS[16.6968270000000000],SOL[0.195607024478210111],USD[0.0003854541028759] |
| 02030827 | ATLAS[110.00000000000],CRO[11.348427250000000],FTT[0.02114394777724600],LTC[0.02313826000000],POLIS[2.0000000000],USD[0.000090650483] |
| 02030827 | ATLAS[14871.8187191220000],RAY[49.999000000000000],USD[0.118989772500000],USD[3.898619897250000],USDT[0.000000006958035] |
| 02030828 | AURY[32.000000000000000],GOG[973.886570000000000],RAY[49.999000000000000],USD[0.118989774741250000],USDT[0.000000076856035] |

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO: FTX Trading Ltd. and its affiliated debtors and debtors in possession ("Debtor") Case No. 22-11068 (JTD) (the "Case")

("Seller"), upon payment of good and valuable consideration unconditionally and irrevocably sell, transfer and assign unto Contrarian Funds, LLC its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller against the Debtor in connection with the Case, the Court, or any other court with jurisdiction over Debtor's Case (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 12, 2023.



**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, L.L.C., as Manager

Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO: FTX Trading Ltd. and its affiliated debtors and debtors in possession ("Debtor") Case No. 22-11068 (JTD) (the "Case")

ⁱ ("Seller"), upon payment of good and valuable consideration unconditionally and irrevocably sell, transfer and assign unto Contrarian Funds, LLC its successors and assigns ("Buyer"), all rights, title and interest in and to the claims of Seller against the Debtor in connection with the Case, the Court, or any other court with jurisdiction over Debtor's Case (the "Claims").

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April 17, 2023.

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as Manager

*Kit McCa* (signature)

Name: Keith McCormack
Title: Managing Director