## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXPRESSJET AIRLINES LLC, | ) Case No. 22-10787 (MFW) |
| | ) |
| Reorganized Debtor. [1] | ) **Ref. Docket Nos. 501-503** |

### CERTIFICATE OF SERVICE

I, BETINA WHEELON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2023, I caused to be served the:

    a. "The ExpressJet Liquidating Trust's Motion for Entry of an Order (I) Authorizing Honoring Certain Retention Payments Made to Former Non-Insider Employees Prior to the Effective Date, and (II) Granting Related Relief," dated April 13, 2023 [Docket No. 501],

    b. "Declaration of Subodh Karnik, Former Executive Chairman, in Support of the ExpressJet Liquidating Trust's Motion for Entry of an Order (I) Authorizing Honoring Certain Retention Payments Made to Former Non-Insider Employees Prior to the Effective Date, and (II) Granting Related Relief," dated April 13, 2023 [Docket No. 502],

    c. "Declaration of Christopher Tierney, Liquidating Trustee, in Support of the ExpressJet Liquidating Trust's Motion For Entry of an Order (I) Authorizing Honoring Certain Retention Payments Made to Former Non-Insider Employees Prior to the Effective Date, and (II) Granting Related Relief," dated April 13, 2023 [Docket No. 503],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

---

[1] This chapter 11 case is now administered by the ExpressJet Liquidating Trust, pursuant to the terms of the Reorganized Debtor's First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization or Liquidation Proposed by the Debtor (D.I. 371) (the "Plan"). The last four digits of the ExpressJet Liquidating Trust's federal EIN are 6248. The ExpressJet Liquidating Trust's mailing address is 600 Galleria Parkway SE, Suite 600, Atlanta, GA 30339.

    iii.  delivered via electronic mail to those CM/ECF parties listed on the annexed <u>Exhibit C</u>, in accordance with Local Rule 5005-4(c).

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Betina Wheelon*</u>
Betina Wheelon

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AMEX TRS CO., INC. | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS PO BOX 898 DOVER DE 19903 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., STE 100 DOVER DE 19904 |
| EIC AIRCRAFT LEASING LIMITED | DANICA GUTIERREZ 3RD FLOOR KILMORE HOUSE DUBLIN 1 IRELAND |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | DISTRICT OF DELAWARE TIMOTHY JAY FOX, JR. 844 KING ST, STE 2207, LOCKBOX 35 WILMINGTON DE 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS; FRANCHISE TAX JOHN G TOWNSEND BLDG 401 FEDERAL ST, STE 4 DOVER DE 19901 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR BROOKFIELD PLACE, 200 VESEY ST, STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SKYWEST AIRLINES INC | CHIEF FINANCIAL OFFICER 444 SOUTH RIVER RD ST. GEORGE UT 84790 |
| U.S. DEPARTMENT OF THE TREASURY | GENERAL COUNSEL CARES ACT LOAN 1500 PENNSYLVANIA AVE, NW WASHINGTON DC 20220 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION ATTN: ANDREA HOROWITZ HANDEL PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVE, NW WASHINGTON DC 20530-0001 |

| Total Creditor count  15 |
|---|

**EXHIBIT B**

EXPRESSJET AIRLINES LLC Case No. 22-10787 (MFW)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| ASHBY & GEDDES, P.A.(COUNSEL FOR LOGISTIC AIR INC) | rpalacio@ashbygeddes.com |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL | thomas.ciantra@alpa.org; joshua.ellison@alpa.org; |
| ALDINE INDEPENDENT SCHOOL DISTRICT | bnkatty@aldineisd.org; |
| BIELLI & KLAUDER, LLC | dklauder@bk-legal.com; |
| BUCHALTER, A PROFESSIONAL CORPORATION(COUNSEL TO TRIP ACTIONS/ORACLE AMERICA, INC.) | schristianson@buchalter.com |
| CARLTON FIELDS, P.A. | namer@carltonfields.com |
| C&L AEROSPACE LLC | accounts@cla.aero; |
| CAPITAL REGION AIRPORT COMMISSION | achpayments@flyrichmond.com; |
| CINTAS | mail-nasdeftachpymt@cintas.com; |
| COHEN, WEISS AND SIMON LLP | rseltzer@cwsny.com; mwoods@cwsny.com; mstolz@cwsny.com; |
| DAL GLOBAL SERVICES LLC | ar@unifiservice.com; |
| DAL GLOBAL SERVICES LLC | ar@unifiservice.com; |
| DELAWARE STATE TREASURY | liza.davis@delaware.gov; |
| FENNEMORE CRAIG, P.C. | creece@fclaw.com; |
| FOUNDRY LLC | gina@foundryideas.com; |
| FOUNDRY LLC | gina@foundryideas.com; |
| HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C. .(COUNSEL FOR LOGISTIC AIR INC) | ssoule@hallestill.com; dcarsey@hallestill.com;clamle@hallestill.com |
| HAWKER PACIFIC AEROSPACE | valerie.sawyer@hawker.com; |
| HAWKER PACIFIC AEROSPACE | valerie.sawyer@hawker.com; |
| HOUSTON, CITY OF | has-wiretransfers@houstontx.gov; |
| HOUSTON, CITY OF | has-wiretransfers@houstontx.gov; |
| JACKSON WALKER LLP | mheld@jw.com; |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; jenner@lrclaw.com; |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | skaufman@skaufmanlaw.com; |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MARSH USA INC | jordan.briggs@marsh.com; |
| MARSH USA INC | jordan.briggs@marsh.com; |
| MECHANICAL PIPING SYSTEMS INC | mgalloway@mpshou.com; |
| MECHANICAL PIPING SYSTEMS INC | mgalloway@mpshou.com; |
| MICHIGAN DEPARTMENT OF TREASURY | donaldh@michigan.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | timothy.fox@usdoj.gov; |
| PARKER HANNIFIN CORP | csoremittancedetails@parker.com; |
| PHILLIPS, RICHARD & RIND, P.A (COUNSEL FOR TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO ("TWU")) | mrichard@phillipsrichard.com; lpiva@phillipsrichard.com; |
| REGIONAL ONE INC | accountsreceivable@regionalone.com; |
| REGIONAL ONE INC | accountsreceivable@regionalone.com; |
| RENO-TAHOE AIRPORT AUTHORITY | aesquivel@renoairport.com; |
| RENO-TAHOE AIRPORT AUTHORITY | aesquivel@renoairport.com; |

EXPRESSJET AIRLINES LLC Case No. 22-10787 (MFW)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| RUDMAN WINCHELL | aeconomy@rudmanwinchell.com; |
| SECRETARY OF STATE (DELAWARE) | dosdoc_ftax@delaware.gov; |
| SECURITIES & EXCHANGE COMMISSION | commissionerpeirce@sec.gov; |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov; |
| SMALL BUSINESS ADMINISTRATION (SBA) | answerdesk@sba.gov; |
| STEVENS & LEE, P.C. | joseph.huston@stevenslee.com; constantine.pourakis@stevenslee.com; |
| STS LINE MAINTENANCE | sales@stsaviationservices.com; |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | agbankdelaware@ag.tn.gov; |
| THE POWELL FIRM, LLC | treichert@delawarefirm.com; jpowell@delawarefirm.com |
| TRIPACTIONS | ar@tripactions.com; |
| UNITED STATES DEPARTMENT OF JUSTICE | andrea.handel@usdoj.gov; |
| U.S. DEPARTMENT OF THE TREASURY | caresitforms@treasury.gov; |
| WORLD FUEL SERVICES INC | ygordon@wfscorp.com; |
| XEROX CORPORATION | eftremit@xerox.com; |
| XEROX CORPORATION | eftremit@xerox.com; |

**EXHIBIT C**

EXPRESSJET AIRLINES LLC - Case No. 22-10787 (MFW)

ECF Email Parties

| Name | Email |
|---|---|
| NADER AMER ON BEHALF OF CREDITOR WORLD FUEL SERVICES, INC. | NAmer@carltonfields.com; iabay@carltonfields.com; miaecf@cfdom.net |
| DANIEL CARSEY ON BEHALF OF INTERESTED PARTY LOGISTIC AIR, INC | dcarsey@hallestill.com; kjanke@hallestill.com |
| SHAWN M. CHRISTIANSON ON BEHALF OF CREDITOR TRIPACTIONS INC/ORACLE AMERICA INC. | schristianson@buchalter.com; cmcintire@buchalter.com |
| THOMAS NICHOLAS CIANTRA ON BEHALF OF CREDITOR AIR LINE PILOTS ASSOCIATION, INTERNATIONAL | thomas.ciantra@alpa.org; |
| MICHIGAN DEPT OF TREASURY | donaldh@michigan.gov; |
| JOSHUA JOHN ELLISON ON BEHALF OF CREDITOR AIR LINE PILOTS ASSOCIATION, INTERNATIONAL | joshua.ellison@alpa.org; |
| TIMOTHY JAY FOX, JR. ON BEHALF OF U.S. TRUSTEE U.S. TRUSTEE | timothy.fox@usdoj.gov; |
| CITY OF CLEVELAND | vganglani@clevelandohio.gov |
| TARA L. GRUNDEMEIER ON BEHALF OF CREDITOR HARRIS COUNTY/JEFFERSON COUNTY | houston_bankruptcy@lgbs.com; |
| ANDREA HOROWITZ HANDEL ON BEHALF OF CREDITOR UNITED STATES OF AMERICA | andrea.handel@usdoj.gov; |
| MICHAEL S. HELD ON BEHALF OF CREDITOR EASTGROUP PROPERTIES, L.P. | mheld@jw.com; lcrumble@jw.com; |
| JOSEPH H. HUSTON, JR. ON BEHALF OF CREDITOR STS AVIATION GROUP, INC. AND STS LINE MAINTENANCE | jhh@stevenslee.com; anna.keane@stevenslee.com; |
| NICOLAS JENNER ON BEHALF OF CREDITOR EASTGROUP PROPERTIES, L.P. | jenner@lrclaw.com; ramirez@lrclaw.com; dellose@lrclaw.com; |
| SUSAN E. KAUFMAN ON BEHALF OF CREDITOR AIR LINE PILOTS ASSOCIATION, INTERNATIONAL/INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (IAMAW), TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO (TWU)/INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND ITS AIRLINE DIVISION ("IBT") | skaufman@skaufmanlaw.com; |
| DAVID M. KLAUDER ON BEHALF OF INTERESTED PARTY RENO-TAHOE AIRPORT AUTHORITY | dklauder@bk-legal.com; DE17@ecfcbis.com |
| ADAM G. LANDIS ON BEHALF OF CREDITOR EASTGROUP PROPERTIES, L.P. | landis@lrclaw.com; brown@lrclaw.com; ramirez@lrclaw.com; dellose@lrclaw.com; |

EXPRESSJET AIRLINES LLC - Case No. 22-10787 (MFW)

ECF Email Parties

| Name | Email |
|---|---|
| LAURA L. MCCLOUD ON BEHALF OF CREDITOR TN DEPT OF TREASURY | agbankdelaware@ag.tn.gov |
| EVAN T. MILLER ON BEHALF OF INTERESTED PARTY JSX HOLDINGS, LLC | emiller@bayardlaw.com; kmccloskey@bayardlaw.com |
| PARTY LOGISTIC AIR, INC. | rpalacio@ashby-geddes.com; ahrycak@ashbygeddes.com; kjones@ashbygeddes.com |
| CONSTANTINE D. POURAKIS ON BEHALF OF CREDITOR STS AVIATION GROUP, INC. AND STS LINE MAINTENANCE | constantine.pourakis@stevenslee.com; |
| JASON CUSTER POWELL ON BEHALF OF CREDITOR C&L AEROSPACE, LLC | jpowell@delawarefirm.com; dtroiano@delawarefirm.com |
| RELIABLE COMPANIES | gmatthews@reliable-co.com; |
| SOPHIE ROGERS ON BEHALF OF MORRIS NICHOLS ARSHT & TUNNELL LLP/ DEBTOR EXPRESSJET AIRLINES LLC/FINANCIAL ADVISOR MOORE, COLSON & COMPANY, P.C. | srchurchill@morrisnichols.com; rweidman@morrisnichols.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com; |
| ERIC D. SCHWARTZ ON BEHALF OF DEBTOR EXPRESSJET AIRLINES LLC | eschwartz@mnat.com; brendan-cornely-7012@ecf.pacerpro.com; rweidman@morrisnichols.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com; |
| RICHARD M. SELTZER ON BEHALF OF INTERESTED PARTY INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (IAMAW) | rseltzer@cwsny.com; ecf@cwsny.com; |
| PAIGE NOELLE TOPPER ON BEHALF OF DEBTOR EXPRESSJET AIRLINES LLC | ptopper@mnat.com; brendan-cornely-7012@ecf.pacerpro.com; rweidman@morrisnichols.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com; |
| U.S. TRUSTEE | ustpregion03.wl.ecf@usdoj.gov; |
| JONATHAN MICHAEL WEYAND ON BEHALF OF DEBTOR EXPRESSJET AIRLINES LLC/MORRIS NICHOLS ARSHT & TUNNELL LLP | jweyand@morrisnichols.com; rweidman@morrisnichols.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com; |
| JONATHAN MICHAEL WEYAND ON BEHALF OF FINANCIAL ADVISOR MOORE, COLSON & COMPANY, P.C. | jweyand@morrisnichols.com; rweidman@morrisnichols.com; jlawrence@morrisnichols.com; john-lawrence-0804@ecf.pacerpro.com |
| MELISSA S. WOODS ON BEHALF OF INTERESTED PARTY INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS (IAMAW) | mwoods@cwsny.com; |