# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. __** |

**ORDER (A) AUTHORIZING THE DEBTORS TO FILE CERTAIN
DISCLOSURE SCHEDULES TO THE INTEREST PURCHASE
AGREEMENT BETWEEN LEDGER HOLDINGS INC., M 7 HOLDINGS, LLC
AND MIAMI INTERNATIONAL HOLDINGS, INC. UNDER SEAL AND (B)
GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors

and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order")

authorizing the Debtors to file the Additional Confidential Information in the Disclosure

Schedules to the Purchase Agreement under seal; and this Court having jurisdiction to consider

the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware, dated February 29,

2012; and this Court being able to issue a final order consistent with Article III of the United

States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant

to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion

and the relief requested therein has been provided in accordance with the Bankruptcy Rules and

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

the Local Rules, and that, except as otherwise ordered herein, no other or further notice is

necessary; and objections (if any) to relief on the Motion having been withdrawn, resolved or

overruled on the merits; and upon the record of the hearing and all of the proceedings had before

this Court; and this Court having found and determined that the legal and factual bases set forth

in the Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to file those portions of the Disclosure

Schedules that were redacted in Dkt. No. 1342 (the "Additional Confidential Information") under

seal.

3.      Absent further order of the Court, the Additional Confidential Information

shall remain under seal and not be made available to anyone except for the Court, the U.S.

Trustee and counsel to the Committee.

4.      The Debtors may rely on this Order as needed in connection with the

filing of the Additional Confidential Information with respect to any other documents or related

Disclosure Schedules in connection with the sale of the LedgerX Business.

5.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

6.      The Debtors are authorized and empowered to execute and deliver such

documents, and to take and perform all actions necessary to implement and effectuate the relief

granted in this Order.

7.    This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the interpretation or implementation of this Order.

Dated: _____, 2023
        Wilmington, Delaware                    _____
                                                The Honorable John T. Dorsey
                                                United States Bankruptcy Judge