IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 1350 & 1351 |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
SHORTENING THE TIME FOR NOTICE OF THE MOTION OF
DEBTORS FOR ENTRY OF AN ORDER (A) AUTHORIZING THE
DEBTORS TO FILE CERTAIN DISCLOSURE SCHEDULES TO THE
INTEREST PURCHASE AGREEMENT BETWEEN LEDGER HOLDINGS INC.,
M 7 HOLDINGS, LLC AND MIAMI INTERNATIONAL HOLDINGS, INC.
<u>UNDER SEAL AND (B) GRANTING RELATED RELIEF</u>**

Upon consideration of the motion of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>"), for entry of an order shortening the time (the "<u>Motion to Shorten</u>") for notice to consider the *Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Interest Purchase Agreement Between Ledger Holdings Inc., M 7 Holdings, LLC and Miami International Holdings, Inc. Under Seal and (B) Granting Related Relief* (the "<u>Motion to Seal</u>"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0070658.2}

having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is GRANTED with respect to the Motion to Seal.

2. The Motion to Seal shall be heard at the hearing on May 4, 2023 at 1:00 p.m. (ET).

3. Objections to the relief requested in the Motion to Seal, if any, shall be filed before or presented at the hearing on the Motion to Seal.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: April 26th, 2023**
**Wilmington, Delaware**

        **JOHN T. DORSEY**
        **UNITED STATES BANKRUPTCY JUDGE**