UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

In re FTX Trading Ltd., et al, Chapter 11 Case No. 22-11068 (JTD), (jointly administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SPCP Institutional Group, LLC**
Name of Transferee

**Paradox Fund SPC**
Name of Transferor

49 Wellington St East,
Toronto, Ontario, Canada
M5E 1C9, Suite 200
Attn: Stephanie Ouellette
Email: accounts@paradox.fund
Tel: (242)-801-7663

**Court Claim # (if known)**: 1596

**Amount of Claim Transferred**: **$5,921,140.17**
**Date claim filed:** April 12, 2023
Total Amount of Claim $38,793,760.41

**Name and Address where notices to transferee should be sent**:
SPCP Institutional Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Operations
12017192157@tls.ldsprod.com
-and-
rbeacher@pryorcashman.com

**Name and Address where transferee payments should be sent (if different from above):**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Institutional Group LLC

By:_____  Date:  _____April 27, 2023_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO:    FTX Trading Ltd. and its affiliated debtors and debtors in possession ("Debtor")
Case No. 22-11068 (JTD) (the "Case")

**PARADOX FUND SPC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SPCP Institutional Group, LLC
2 Greenwich Plaza, First Floor
Greenwich, CT 06830
Attention: Operations
Phone: 203-542-4441
E-mail: 12017192157@tls.ldsprod.com

its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 1596 in the amount of $5,921,140.17 (the "Claims") of Seller against the Debtor in the Case in the Court or in any other court with jurisdiction over Debtor's Case.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April [12], 2023.

**PARADOX FUND SPC**

By: _____
(Authorized Signatory)
Name: Adam Rabie
Title: Director

**SPCP INSTITUTIONAL GROUP, LLC**

By: _____
Name:
Title: Jennifer Poccia
Authorized Signatory

# EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO:     FTX Trading Ltd. and its affiliated debtors and debtors in possession ("Debtor")
            Case No. 22-11068 (JTD) (the "Case")

      **PARADOX FUND SPC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SPCP Institutional Group, LLC
2 Greenwich Plaza, First Floor
Greenwich, CT 06830
Attention: Operations
Phone: 203-542-4441
E-mail: 12017192157@tls.ldsprod.com

its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to Proof of Claim No. 1596 in the amount of $5,921,140.17 (the "Claims") of Seller against the Debtor in the Case in the Court or in any other court with jurisdiction over Debtor's Case.

      Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

      Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

      IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April [ 12 ], 2023.

**PARADOX FUND SPC**

By: _____
      (Authorized Signatory)
Name:  Adam Rabie
Title:  Director

**SPCP INSTITUTIONAL GROUP, LLC**

By: _____
Name:  Jennifer Poccia
Title:  Authorized Signatory