UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**SPCP Institutional Group, LLC**

Name and Address where notices and payments to transferee should be sent:
**SPCP Institutional Group, LLC**
**2 Greenwich Plaza, First Floor**
**Greenwich, CT 06830**
**Attn: Operations**
**Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1456 | Name (Redacted) | $166,465.68 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00346233 | Name (Redacted) | 15.868194% of the amounts described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: April 27, 2023
Transferee/Transferee's Agent

    Jennifer Poccia
    Authorized Signatory

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

<u>Annex B</u>

TO: U.S. Bankruptcy Court for the
District of Delaware ("<u>Court</u>")

AND: FTX Trading Ltd., et al. ("<u>Debtor</u>")
Case No. 22-11068 (JTD) ("<u>Case</u>")

Claim #: 1456
Debtor Schedule #: 00346233

**[REDACTED]** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP INSTITUTIONAL GROUP, LLC**
Attn: Operations
2 Greenwich Plaza, First Floor
Greenwich, CT 06830
Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to (a) Proof of Claim No. 1456 to the extent of the principal amount of $<u>166,465.68</u> (the <u>Claim</u>") against the Debtor in the Case; (b) in and to any secured claim, collateral or any liens held by Seller; (c) to vote on any question relating to the Claim in the Case; (d) to cash, interest, principal, securities or other property in connection with the Case: and (e) 15.868194% of the amounts listed on Debtor Schedule #00346233.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated April _27_, 2023.

| **[REDACTED]** | **SPCP INSTITUTIONAL GROUP, LLC** |
|---|---|
| By: _____ <br> Name: <br> Title: | By: _____ <br> Name: <br> Title: Jennifer Poccia <br> Authorized Signatory |

**Your Unique Customer Code is 00346233**

**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**AAPL[160.7895935255734200], USDT[94131.4939112235079344]**

**AMD[618.1761002172740100], ZM[85.4936790551839900]**

**AMZN[57.3200000000000000]**

**ARKK[442.8657405304005700]**

**BTC[13.5477000000000000]**

**ETH[169.9190000000000000]**

**FB[0.0029079753000000]**

**FTT[36.0904855200000000]**

**GOOGL[263.0101610012778100]**

**GOOGLPRE[0.0000000049414500]**

**HOOD[218.1028776461218137]**

**HT[5910.8000000000000000]**

**LTC[0.0090849500000000]**

**NVDA[330.4321510215653600]**

**TRX[0.0000020235019800]**

**TSLA[100.0606436887044000]**

**TSLAPRE[0.0000000035427300]**

**USD[0.0000000030000000]**

**USD[143847.7789240058945402]**

**USDT[0.0025864422341400]**