## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
|  | **Related Doc. No.: 1360** |

## NOTICE OF WITHDRAWAL OF
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that DCP Master Investments XIV LLC hereby withdraws its

*Transfer of Claim Other Than for Security* (ECF No. 1360), filed on April 27, 2023.

Dated: April 28, 2023      */s/ Thomas T. Janover*

Thomas T. Janover
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tjanover@kramerlevin.com

*Counsel to DCP Master Investments XIV LLC*