# Exhibit B

**Disbursements**

## Detail Cost Task Code Billing Report
### Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 03/01/2023 | 0.100 | 30.00 | 3.00 | Inhouse Copying |
| 1368.002 | 03/02/2023 | 0.100 | 237.00 | 23.70 | Inhouse Copying |
| 1368.002 | 03/03/2023 | 0.100 | 89.00 | 8.90 | Inhouse Copying |
| 1368.002 | 03/06/2023 | 0.100 | 840.00 | 84.00 | Inhouse Copying |
| 1368.002 | 03/07/2023 | 0.100 | 48.00 | 4.80 | Inhouse Copying |
| 1368.002 | 03/09/2023 | 0.100 | 1,409.00 | 140.90 | Inhouse Copying |
| 1368.002 | 03/13/2023 | 0.100 | 46.00 | 4.60 | Inhouse Copying |
| 1368.002 | 03/14/2023 | 0.100 | 510.00 | 51.00 | Inhouse Copying |
| 1368.002 | 03/15/2023 | 0.100 | 81.00 | 8.10 | Inhouse Copying |
| 1368.002 | 03/16/2023 | 0.100 | 95.00 | 9.50 | Inhouse Copying |
| 1368.002 | 03/20/2023 | 0.100 | 39.00 | 3.90 | Inhouse Copying |
| 1368.002 | 03/21/2023 | 0.100 | 39.00 | 3.90 | Inhouse Copying |
| 1368.002 | 03/23/2023 | 0.100 | 49.00 | 4.90 | Inhouse Copying |
| 1368.002 | 03/24/2023 | 0.100 | 53.00 | 5.30 | Inhouse Copying |
| 1368.002 | 03/27/2023 | 0.100 | 52.00 | 5.20 | Inhouse Copying |
| 1368.002 | 03/28/2023 | 0.100 | 141.00 | 14.10 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 375.80 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 03/03/2023 | | | 52.28 | Outside printing Parcels, Inc. Invoice 1012451 |
| 1368.002 | 03/06/2023 | | | 153.72 | Outside printing Parcels, Inc. Invoice 1011957 |
| 1368.002 | 03/13/2023 | | | 447.90 | Outside printing Parcels, Inc. Invoice 1013207 |
| 1368.002 | 03/22/2023 | | | 915.22 | Outside printing Parcels, Inc. Invoice 1015801 |
| 1368.002 | 03/29/2023 | | | 50.00 | Outside printing Parcels, Inc. Invoice 1015486 |
| **Total for Activity ID E102** | | | Billable | 1,619.12 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 03/31/2023 | | | 1,163.73 | Online research Relx Inc. DBA LexisNexis - Invoice 3094392558 |
| **Total for Activity ID E106** | | | Billable | 1,163.73 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 03/22/2023 | | | 10.00 | Delivery services/messengers Parcels, Inc. Invoice 36538 |
| **Total for Activity ID E107** | | | Billable | 10.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 03/06/2023 | | | 80.00 | Meals Stitch House Brewery - working dinner for KAB, MRP, NEJ, HWR |
| 1368.002 | 03/14/2023 | | | 100.00 | Meals Manhattan Bagel - Breakfast for 4 S&C (1), LRC (3) |
| 1368.002 | 03/14/2023 | | | 99.80 | Meals Toscana Catering - Lunch for 4 S&C (1), LRC (3) |
| **Total for Activity ID E111** | | | Billable | 279.80 | Meals |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 03/02/2023 | 0.800 | 34.00 | 27.20 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 27.20 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 03/31/2023 | | | 80.20 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 80.20 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 03/08/2023 | | | 188.00 | Filing Fee Clerk, US Bankruptcy Court - Sequoia sale motion |
| 1368.002 | 03/19/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - Adversary Complaint |
| 1368.002 | 03/21/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV for M. Hancock |
| 1368.002 | 03/22/2023 | | | 188.00 | Filing Fee Clerk, US Bankruptcy Court - Sale Motion Mysten Labs |
| **Total for Activity ID E214** | | | Billable | 751.00 | Filing Fee |

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 03/14/2023 | | | 242.00 | Hearing Transcripts Reliable Wilmington Invoice WL109784 |
| **Total for Activity ID E218** | | | Billable | 242.00 | Hearing Transcripts |
| **Activity ID E221 Overnight Delivery** | | | | | |
| 1368.002 | 03/01/2023 | | | 38.39 | Overnight Delivery FedEx - Invoice 8-059-70707; delivery to Juliet Sarkessian |
| 1368.002 | 03/10/2023 | | | 50.14 | Overnight Delivery FedEx - Invoice 8-074-27293; delivery to J. Graves at Lewis Rice LLC |
| **Total for Activity ID E221** | | | Billable | 88.53 | Overnight Delivery |
| **Activity ID E226 Conference Call Service** | | | | | |
| 1368.002 | 03/02/2023 | | | 0.80 | Conference Call Service LoopUp LLC - Invoice 403526 (MBM as host) |
| **Total for Activity ID E226** | | | Billable | 0.80 | Conference Call Service |

**GRAND TOTALS**

Billable  4,638.18