## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br>                    Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> Re: D.I. 746, 805, 809, 1122 |

## NOTICE OF FILING OF ATTACHMENT
## TO DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), hereby files an attachment to his *Designation of Items To Be Included in the Record on Appeal* [D.I. 1122] (the "UST Designation"), with respect to this Court's February 21, 2023 *Order Denying Motion for the Appointment of an Examiner* [D.I. 746].

As explained in the UST Designation, a copy of Joint Exhibit 17 (Debtors' Responses and Objections to the United States Trustee's First Set of Interrogatories to Debtors) was omitted as an attachment to the UST Designation because the Debtors might have viewed it as containing sensitive information. The U.S. Trustee has received no substantive response or other objection from Debtors' counsel regarding the filing of Joint Exhibit 17. Attached please find a copy of Joint Exhibit 17.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: April 28, 2023
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By:  */s/ Benjamin Hackman*
Juliet M. Sarkessian
Trial Attorney
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi
Trial Attorney
Robert J. Schneider, Jr.
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov
robert.j.schneider@usdoj.gov