IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors | ) (Joint Administration) |
| | ) |

**NOTICE OF APPEARANCE BY THE
COMMODITY FUTURES TRADING COMMISSION
AND CERTIFICATION OF U.S. GOVERNMENT ATTORNEY**

PLEASE TAKE NOTICE THAT the undersigned attorney is appearing on behalf of the Commodity Futures Trading Commission, an agency of the United States government. Notices and papers that are required to be served on the Commodity Futures Trading Commission should be served upon me at the following addresses (including email address), telephone, and facsimile number:

Martin B. White
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC, 20581
(202) 993-1390
mwhite@cftc.gov

PLEASE TAKE FURTHER NOTICE THAT I hereby submit the following certification of a U.S. government attorney in compliance with Local Rule 9010-1(e)(i):

1.      I am admitted to the bars of the United States District Court for the District of Columbia, the United States Courts of Appeals for the Second and Ninth Circuits, the District of

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the debtors and the last four digits of their tax identification numbers is not provided herein. A complete list can be obtained on the website of the claims and noticing agent at https://cases.ra.kroll.com/FTX.

Columbia (D.C. Bar No. 221259), and the state of Maryland (Md. Bar No. 741201387).

    2.    I am in good standing in all jurisdictions where I am admitted.

    3.    I will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and submit to the jurisdiction of this Court for disciplinary purposes.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Government Attorney does not waive rights to (i) have final orders in non-core matters entered only after de novo review by a district court judge; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, recoupments to which the Commodity Futures Trading Commission may be entitled.

/s/ Martin B. White
Martin B. White
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC, 20581
(202) 993-1390
mwhite@cftc.gov

**CERTIFICATE OF SERVICE**

On May 1, 2023, I caused a copy of the foregoing to be served electronically by the Court's ECF system on persons who have entered an appearance in this proceeding.

/s/ Martin B. White