IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*;[1]<br><br>Debtors. | : : : : : : : : : : | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly administered)<br><br>Re: D.I. 1391 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2023, I caused to be served a copy of the *Notice of Filing of Attachment to Designation of Items To Be Included in the Record on Appeal* [D.I. 1391] in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail (on April 28) and first-class mail (on May 1):

| | |
|---|---|
| Landis Rath & Cobb LLP<br>Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Sullivan & Cromwell LLP<br>Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, NY 10004<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Richards, Layton & Finger, P.A.<br>Kevin Gross, Esq.<br>Paul N. Heath, Esq.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>gross@rlf.com<br>heath@rlf.com |
| Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com | Michael D. Morris<br>Assistant Attorney General<br>Attorneys for Wisconsin Department of Financial Institutions<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>E-mail: morrismd@doj.state.wi.us |
| White & Case LLP<br>Jessica C. Lauria<br>J. Christopher Shore<br>Brian D. Pfeiffer<br>Mark Franke<br>Brandon Batzel<br>Brett L. Bakemeyer<br>1221 Avenue of the Americas<br>New York, NY 10020<br>E-mail: jessica.lauria@whitecase.com<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brandon.batzel@whitecase.com<br>brett.bakemeyer@whitecase.com | White & Case LLP<br>Thomas E. Lauria<br>Richard S. Kebrdle<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>E-mail: tlauria@whitecase.com<br>rkebrdle@whitecase.com |

| | |
|---|---|
| Texas State Securities Board and Texas Department of Banking<br>Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>E-mail: roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov |
| Dated: May 1, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>benjamin.a.hackman@usdoj.gov |