# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID M. GRABLE

PLEASE TAKE NOTICE that Quinn Emanuel Urquhart & Sullivan, LLP, special counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby gives notice of the withdrawal of the appearance of David M. Grable of Quinn Emanuel Urquhart & Sullivan, LLP effective immediately.

PLEASE TAKE FURTHER NOTICE that the Debtors also request that David M. Grable be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the Debtors by all of the other attorneys of record of Quinn Emanuel Urquhart & Sullivan, LLP in these cases is unaffected by this notice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 1, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP** |
| | By: /s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession*<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sascha N. Rand (*pro hac vice*)<br>Katherine A. Lemire (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>sascharand@quinnemanuel.com<br>katherinelemire@quinnemanuel.com<br><br>K. John Shaffer (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>johnshaffer@quinnemanuel.com<br><br>William A. Burck (*pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br><br>*Special Counsel to the Debtors* |