# Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 02/28/2023 | Airfare Anne Vanderkamp 2023-03-06 DFW - DCA (American Airlines, round-trip, economy) (travel to in-person team meetings) | 644.21 |
| 02/28/2023 | Airfare Mark Cervi 2023-03-06 LAX- DCA; travel to in person team meetings (American Airlines, one-way, economy) | 405.26 |
| 02/28/2023 | Airfare Mark Cervi 2023-03-09 DCA- LAX; return home from in person team meetings (Delta Airlines, one-way, economy) | 483.56 |
| 03/01/2023 | Airfare Dana Schwartz 2023-03-06 LGA- DCA; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 595.83 |
| 03/01/2023 | Airfare John LaBella 2023-03-07 SFO- IAD; travel to in-person team meetings (United Airlines, one-way, economy) | 1,142.70 |
| 03/01/2023 | Airfare John Somerville 2023-03-06 LGA- DCA; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 595.83 |
| 03/02/2023 | Individual Meal Dana Schwartz - Dinner | 18.95 |
| 03/02/2023 | Airfare Varun Kotharu 2023-03-05 IAH- IAD; travel to in-person team meetings (United Airlines, one-way, economy) | 346.32 |
| 03/02/2023 | Airfare Varun Kotharu 2023-03-09 IAD- IAH; return from in-person team meetings (United Airlines, one-way, economy) | 322.35 |
| 03/03/2023 | Train - Di Liang - New York to Washington DC (round-trip) (travel to in-person team meetings) | 609.00 |
| 03/03/2023 | Internet Access Mark Cervi | 15.00 |
| 03/03/2023 | Train - Steven Hanzi - New York to Washington DC (round-trip) (travel to in-person team meetings) | 564.64 |
| 03/05/2023 | Lodging John Labella - AC Hotel, Washington, DC 2023-03-05 2023-03-09 - (meetings with engagement team) | 1,600.00 |
| 03/05/2023 | Airfare John LaBella 2023-03-09 IAD- SEA; return from in-person team meetings (Delta Airlines, round-trip, economy) | 797.00 |
| 03/05/2023 | Lodging Varun Kotharu - Hotel Lombardy, Washington, DC 2023-03-05 2023-03-09 - (meetings with engagement team) | 1,340.77 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/05/2023 | Taxi/Car Service Varun Kotharu Airport to Hotel (in-person team meetings) | 53.19 |
| 03/06/2023 | Lodging Adam Searles - AC Hotel, Washington, DC 2023-03-06 2023-03-09 - (meetings with engagement team) | 1,200.00 |
| 03/06/2023 | Airfare Adam Searles 2023-03-06 LGA- DCA; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 595.83 |
| 03/06/2023 | Lodging Anne Vanderkamp - Marriott Hotels, Washington, DC 2023-03-06 2023-03-09 - (meetings with engagement team) | 1,200.00 |
| 03/06/2023 | Lodging Dana Schwartz - AC Hotel, Washington, DC 2023-03-06 2023-03-09 - (meetings with engagement team) | 1,200.00 |
| 03/06/2023 | Individual Meal Dana Schwartz - Dinner - (in person team meetings) | 60.00 |
| 03/06/2023 | Group Meal - Engagement Team - Breakfast - Dana Schwartz, Adam Searles, John Somerville (in-person team meetings) | 43.77 |
| 03/06/2023 | Lodging David White - AC Hotel, Washington, DC 2023-03-06 2023-03-07  - (meetings with engagement team) | 400.00 |
| 03/06/2023 | Train Di Liang - New York | 50.00 |
| 03/06/2023 | Taxi/Car Service John LaBella Airport to AlixPartners DC Office - (travel to in-person team meeting) | 116.37 |
| 03/06/2023 | Taxi/Car Service John LaBella Home to Airport (travel to in-person to team meetings) | 78.68 |
| 03/06/2023 | Taxi/Car Service John LaBella AlixPartners DC Office to Hotel (in-person team meetings) | 15.73 |
| 03/06/2023 | Lodging John Somerville - AC Hotel, Washington, DC, 2023-03-06 2023-03-09 - (meetings with engagement team) | 1,200.00 |
| 03/06/2023 | Individual Meal John Somerville - Dinner - (in person team meetings) | 25.41 |
| 03/06/2023 | Lodging Mark Cervi - AC Hotel, Washington, DC 2023-03-06 2023-03-09 | 1,200.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/06/2023 | Individual Meal Mark Cervi - Breakfast - (in person team meetings) | 26.13 |
| 03/06/2023 | Taxi/Car Service Mark Cervi Airport to AlixParters DC Office - (travel to in-person team meeting) | 48.07 |
| 03/06/2023 | Internet Access Mark Cervi | 29.00 |
| 03/06/2023 | Internet Access Mark Cervi | 11.00 |
| 03/06/2023 | Lodging Steven Hanzi - Marriott Hotels, Washington, DC 2023-03-06 2023-03-08 | 800.00 |
| 03/06/2023 | Individual Meal Steven Hanzi - Dinner - (in person team meetings) | 20.25 |
| 03/06/2023 | Taxi/Car Service Steven Hanzi Union Station to Hotel (in-person team meetings) | 15.25 |
| 03/07/2023 | Individual Meal Adam Searles - Lunch - (in person team meetings) | 45.00 |
| 03/07/2023 | Taxi/Car Service Adam Searles Home to Airport (travel to in-person team meeting) | 90.00 |
| 03/07/2023 | Taxi/Car Service Adam Searles Hotel to AlixPartners DC Office (in-person team meetings) | 21.22 |
| 03/07/2023 | Taxi/Car Service Anne Vanderkamp Airport to Hotel (travel to in-person team meetings) | 21.94 |
| 03/07/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 50.97 |
| 03/07/2023 | Lodging Di Liang - Moxy, Washington, DC 2023-03-07 2023-03-08 | 381.12 |
| 03/07/2023 | Individual Meal Di Liang - Breakfast - (in person team meetings) | 12.19 |
| 03/07/2023 | Taxi/Car Service Di Liang Home to NYC train station (travel to in-person team meetings) | 12.98 |
| 03/07/2023 | Taxi/Car Service Di Liang Train to AlixPartners DC - (travel to in-person team meeting) | 17.26 |
| 03/07/2023 | Individual Meal John Labella - Breakfast - (in person team meetings) | 3.00 |
| 03/07/2023 | Individual Meal John Somerville - Breakfast - (in person team meetings) | 22.65 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/07/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person team meetings) | 32.27 |
| 03/07/2023 | Taxi/Car Service Mark Cervi Hotel to AlixPartners DC Office (in-person team meetings) | 33.84 |
| 03/07/2023 | Lodging Matthew Evans - Autograph Collection, Washington, DC 2023-03-07 2023-03-09 - (meetings with engagement team) | 800.00 |
| 03/07/2023 | Individual Meal Matthew Evans - Lunch - (in person team meetings) | 38.28 |
| 03/07/2023 | Taxi/Car Service Matthew Evans Hotel to team Dinner | 26.94 |
| 03/07/2023 | Train Matthew Evans - Newark, NJ to Washington DC (travel to in-person team meetings) | 290.50 |
| 03/07/2023 | Lodging Matthew Jacques - Marriott Hotels, Washington, DC 2023-03-07 2023-03-09 - (meetings with engagement team) | 800.00 |
| 03/07/2023 | Taxi/Car Service Matthew Jacques Airport to Hotel (in-person team meetings) | 24.52 |
| 03/07/2023 | Airfare Matthew Jacques 2023-03-07 BOS- DCA; travel to in-person team meetings (JetBlue, round-trip, economy) | 203.81 |
| 03/07/2023 | Taxi/Car Service Steven Hanzi Home to Penn station (travel to in-person team meetings) | 62.30 |
| 03/07/2023 | Taxi/Car Service Varun Kotharu Home to Airport (travel to in-person team meetings) | 46.94 |
| 03/08/2023 | Group Meal - Engagement Team - Breakfast - Dana Schwartz,  Adam Searles - (in person team meetings) | 35.20 |
| 03/08/2023 | Taxi/Car Service Adam Searles AlixPartners DC Office to Hotel (in-person team meetings) | 22.39 |
| 03/08/2023 | Taxi/Car Service Adam Searles Hotel to AlixPartners DC Office (in-person team meetings) | 16.42 |
| 03/08/2023 | Individual Meal Di Liang - Breakfast - (in person team meetings) | 14.95 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/08/2023 | Individual Meal Di Liang - Dinner - (in person team meetings) | 39.00 |
| 03/08/2023 | Taxi/Car Service Di Liang AlixPartners DC Office to Hotel (in-person team meetings) | 17.94 |
| 03/08/2023 | Taxi/Car Service Di Liang NYC train station to Home (return from in-person team meetings) | 20.52 |
| 03/08/2023 | Individual Meal John Somerville - Breakfast - (in person team meetings) | 22.65 |
| 03/09/2023 | Taxi/Car Service Adam Searles Airport to Home (return from in-person team meeting) | 90.00 |
| 03/09/2023 | Taxi/Car Service Adam Searles Hotel to Airport (return from in-person team meetings) | 34.66 |
| 03/09/2023 | Taxi/Car Service Anne Vanderkamp Dinner to Hotel (in-person team meetings) | 10.98 |
| 03/09/2023 | Airfare Anne Vanderkamp 2023-03-09 DCA- ORD; return from in-person team meetings (American Airlines, one-way, economy) | 229.10 |
| 03/09/2023 | Individual Meal Dana Schwartz - Lunch - (in person team meetings) | 4.02 |
| 03/09/2023 | Group Meal - Engagement Team Dana Schwartz - Breakfast - Dana Schwartz, Adam Searles - (in person team meetings) | 18.98 |
| 03/09/2023 | Taxi/Car Service Di Liang AlixPartners DC Office to Train station - (return from in-person team meeting) | 31.98 |
| 03/09/2023 | Taxi/Car Service Di Liang Hotel to AlixPartners DC Office (in-person team meetings) | 24.40 |
| 03/09/2023 | Individual Meal John Labella - Lunch - (in person team meetings) | 38.41 |
| 03/09/2023 | Individual Meal John Somerville - Breakfast - (in person team meetings) | 14.30 |
| 03/09/2023 | Individual Meal John Somerville - Dinner - (in person team meetings) | 21.07 |
| 03/09/2023 | Individual Meal Mark Cervi - Breakfast - (in person team meetings) | 30.00 |
| 03/09/2023 | Internet Access Mark Cervi | 39.95 |
| 03/09/2023 | Internet Access Mark Cervi | 39.95 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/09/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 44.65 |
| 03/09/2023 | Taxi/Car Service Matthew Evans Hotel to AlixPartners DC Office (in-person team meetings) | 11.96 |
| 03/09/2023 | Taxi/Car Service Matthew Evans Train station to Home (return from in-person team meetings) | 37.94 |
| 03/09/2023 | Train Matthew Evans - Washington DC to Newark, NJ (return from in-person team meetings) | 291.50 |
| 03/09/2023 | Taxi/Car Service Matthew Jacques Hotel to Airport (return from in-person team meeting) | 55.41 |
| 03/09/2023 | Parking/Tolls Matthew Jacques | 129.00 |
| 03/09/2023 | Taxi/Car Service Steven Hanzi Penn station to Home (return from in-person team meetings) | 74.97 |
| 03/09/2023 | Taxi/Car Service Varun Kotharu AlixPartners DC Office to Airport - (return from in-person team meeting) | 74.00 |
| 03/09/2023 | Taxi/Car Service Varun Kotharu Airport to Home (return from in-person team meetings) | 61.89 |
| 03/10/2023 | Taxi/Car Service Anne Vanderkamp Airport to Home (return from in-person team meetings) | 57.86 |
| 03/10/2023 | Individual Meal Dana Schwartz - Dinner - (in person team meetings) | 60.00 |
| 03/10/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meetings) | 62.33 |
| 03/10/2023 | Taxi/Car Service John LaBella AlixPartners DC Office to Airport - (return from in-person team meeting) | 31.18 |
| 03/10/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetigs) | 36.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/10/2023 | Taxi/Car Service John Somerville AlixPartners DC Office to Airport - (return from in-person team meeting) | 37.16 |
| 03/10/2023 | Individual Meal Mark Cervi - Breakfast - (in person team meetings) | 25.00 |
| 03/10/2023 | Airfare Mark Cervi 2023-03-27 LAX- ORD; travel to in-person team meetings (Delta Airlines, one-way, economy) | 501.29 |
| 03/14/2023 | Airfare Dana Schwartz 2023-03-27 LGA- ORD; traven to in-person team meetings (Delta Airlines, round-trip, economy) | 351.69 |
| 03/15/2023 | Airfare David White 2023-03-27 LAX- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 698.80 |
| 03/15/2023 | Airfare Di Liang 2023-03-27 New York- Chicago; travel to in-person team meetings (American Airlines, round-trip, economy) | 286.60 |
| 03/15/2023 | Individual Meal Griffin Shapiro - Dinner | 22.41 |
| 03/15/2023 | Airfare Lilly Goldman 2023-03-27 DCA- ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 214.72 |
| 03/15/2023 | Airfare Lilly Goldman 2023-03-30 ORD- DCA; return from in-person team meetings (United Airlines, one-way, economy) | 169.25 |
| 03/15/2023 | Airfare Randi Self 2023-03-27 DFW- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 587.92 |
| 03/15/2023 | Airfare Varun Kotharu 2023-03-30 ORD- IAH; return from in-person team meetings (United Airlines, one-way, economy) | 205.32 |
| 03/15/2023 | Airfare Varun Kotharu 2023-03-26 IAH- ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 268.30 |
| 03/16/2023 | Airfare Eric Mostoff 2023-03-27 LGA- ORD; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 363.53 |
| 03/16/2023 | Airfare Griffin Shapiro 2023-03-27 BOS- ORD; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 254.62 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:          Expenses
Code:        20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/16/2023 | Airfare John Somerville 2023-03-27 LGA- ORD; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 363.53 |
| 03/16/2023 | Airfare Takahiro Yamada 2023-03-27 JFK- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 358.96 |
| 03/17/2023 | Airfare Chuanqi Chen 2023-03-27 IAH- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 452.41 |
| 03/19/2023 | Airfare Seen Yung Wong 2023-03-27 LGA- ORD; travel to in-person team meetings (Delta Airlines, one-way, economy) | 196.16 |
| 03/19/2023 | Airfare Seen Yung Wong 2023-03-30 ORD- LGA; return from in-person team meetings (Delta Airlines, round-trip, economy) | 187.46 |
| 03/20/2023 | Airfare Mark Cervi 2023-03-22 LAX- SJC; travel to meetings with accountants (Delta Airlines, one-way, economy) | 189.70 |
| 03/21/2023 | Airfare Mark Cervi 2023-03-23 SFO- LAX; return from meetings with accountants (Delta Airlines, one-way, economy) | 217.33 |
| 03/21/2023 | Airfare Mark Cervi 2023-03-23 SJC- LAX; return from meetings with accountants (Delta Airlines, one-way, economy) | 360.96 |
| 03/21/2023 | Internet Access Mark Cervi | 13.72 |
| 03/21/2023 | Airfare Matthew Birtwell 2023-03-27 DCA- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 436.85 |
| 03/22/2023 | Airfare Chenxi Xu 2023-03-27 LGA- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 347.12 |
| 03/22/2023 | Airfare David White 2023-03-30 ORD- LAX; return from in-person team meetings (United Airlines, one-way, economy) | 388.00 |
| 03/22/2023 | Parking/Tolls Lilly Goldman | 104.00 |
| 03/22/2023 | Lodging Mark Cervi - Marriott, San Franciso, CA 2023-03-22 2023-03-23 - (meetings with RLA) | 325.00 |
| 03/23/2023 | Individual Meal Dana Schwartz - Dinner | 52.26 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|--------------------------|--------|
| 03/23/2023 | Airfare Elizabeth Teifer 2023-03-26 LAS- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 1,279.65 |
| 03/23/2023 | Airfare Kurt Wessel 2023-03-27 DCA- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 432.66 |
| 03/23/2023 | Individual Meal Mark Cervi - Breakfast - meeting with RLA | 4.37 |
| 03/23/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to meetings with RLA) | 57.04 |
| 03/23/2023 | Taxi/Car Service Mark Cervi Airport to RLA San Francisco Office | 28.45 |
| 03/24/2023 | Airfare John LaBella 2023-03-26 SFO- ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 691.65 |
| 03/24/2023 | Airfare Linna Jia 2023-03-27 DFW- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 720.80 |
| 03/24/2023 | Individual Meal Mark Cervi - Dinner (meetings with RLA) | 51.51 |
| 03/24/2023 | Individual Meal Mark Cervi - Breakfast (meetings with RLA) | 29.06 |
| 03/24/2023 | Taxi/Car Service Mark Cervi AlixPartners San Francisco Office to | 64.03 |
| 03/24/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from RLA meetings) | 44.80 |
| 03/24/2023 | Airfare Shengjia Kang 2023-03-27 DFW- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 775.36 |
| 03/24/2023 | Airfare Travis Phelan 2023-03-27 DFW- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 775.36 |
| 03/26/2023 | Lodging Elizabeth Teifer -  Westin, Chicago, IL 2023-03-26 2023-03-30 - (meetings with engagement team) | 1,150.56 |
| 03/26/2023 | Train - Elizabeth Teifer - Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 15.00 |
| 03/26/2023 | Taxi/Car Service John LaBella Home to Airport (travel to in-person to team meetings) | 93.39 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/26/2023 | Lodging Justin Sutherland - Westin, Chicago, IL 2023-03-26 2023-03-30 - (meetings with engagement team) | 1,150.56 |
| 03/26/2023 | Individual Meal Justin Sutherland - Breakfast - (in person team meetings) | 21.54 |
| 03/26/2023 | Taxi/Car Service Justin Sutherland Airport to Hotel (travel to in-person team meetings) | 86.20 |
| 03/26/2023 | Parking/Tolls Randi Self To attend team on-site | 48.00 |
| 03/26/2023 | Lodging Varun Kotharu - Westin, Chicago, IL 2023-03-26 2023-03-30 - (meetings with engagement team) | 1,150.56 |
| 03/26/2023 | Taxi/Car Service Varun Kotharu Home to Airport (travel to in-person team meetings) | 36.01 |
| 03/26/2023 | Taxi/Car Service Varun Kotharu Airport to Hotel (return from in-person team meetings) | 35.13 |
| 03/27/2023 | Lodging Adam Searles - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Adam Searles - Breakfast - (in person team meetings) | 17.93 |
| 03/27/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Kurt Wessel; Takahiro Yamada; Dana Schwartz; Adam Searles; John Labella; Eric Mostoff; Elizabeth Teifer; Seen Yung Wong - (in person team meetings) | 198.69 |
| 03/27/2023 | Taxi/Car Service Adam Searles Airport to Hotel (travel to in-person team meetings) | 72.05 |
| 03/27/2023 | Taxi/Car Service Adam Searles Home to Airport (travel to in-person team meetings) | 90.00 |
| 03/27/2023 | Airfare Adam Searles 2023-03-27 LGA- ORD; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 354.55 |
| 03/27/2023 | Internet Access Adam Searles | 10.00 |
| 03/27/2023 | Lodging Charles Cipione - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|-------:|
| 03/27/2023 | Taxi/Car Service Charles Cipione Airport to Hotel (travel to in-person team meetings) | 60.31 |
| 03/27/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman, Travis Phelan, Charles Cipione, Adam Searles, John Labella, Randi Self, Justin Sutherland - (in-person team meetings) | 448.39 |
| 03/27/2023 | Lodging Chenxi Xu - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Chenxi Xu - Lunch - (in person team meetings) | 25.59 |
| 03/27/2023 | Individual Meal Chenxi Xu - Breakfast - (in person team meetings) | 12.19 |
| 03/27/2023 | Lodging Chuanqi Chen - Residence Inns, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 766.22 |
| 03/27/2023 | Individual Meal Chuanqi Chen - Lunch - (in person team meetings) | 24.09 |
| 03/27/2023 | Individual Meal Chuanqi Chen - Dinner - (in person team meetings) | 59.29 |
| 03/27/2023 | Taxi/Car Service Chuanqi Chen Home to Airport (travel to in-person team meetings) | 45.46 |
| 03/27/2023 | Taxi/Car Service Chuanqi Chen Airport to AlixPartners Chicago Office - (travel to in-person team meeting) | 44.74 |
| 03/27/2023 | Lodging Dana Schwartz - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 870.92 |
| 03/27/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 49.80 |
| 03/27/2023 | Lodging David White - Westin, Chicago, IL 2023-03-27 2023-03-28 - (meetings with engagement team) | 325.00 |
| 03/27/2023 | Individual Meal David White - Breakfast - (in-person team meetings) | 5.91 |
| 03/27/2023 | Individual Meal David White - Dinner - (in-person team meetings) | 52.47 |
| 03/27/2023 | Internet Access David White | 8.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/27/2023 | Lodging Di Liang - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Di Liang - Breakfast - (in-person team meetings) | 23.19 |
| 03/27/2023 | Individual Meal Di Liang - Lunch - (in-person team meetings) | 23.44 |
| 03/27/2023 | Individual Meal Di Liang - Dinner - (in-person team meetings) | 65.00 |
| 03/27/2023 | Taxi/Car Service Di Liang Home to Airport (travel to in-person team meetings) | 41.94 |
| 03/27/2023 | Individual Meal Elizabeth Teifer - Dinner - (in-person team meetings) | 41.42 |
| 03/27/2023 | Individual Meal Elizabeth Teifer - Breakfast - (in-person team meetings) | 23.45 |
| 03/27/2023 | Lodging Eric Mostoff - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Eric Mostoff - Breakfast - (in-person team meetings) | 7.13 |
| 03/27/2023 | Individual Meal Eric Mostoff - Dinner - (in-person team meetings) | 65.00 |
| 03/27/2023 | Taxi/Car Service Eric Mostoff Home to Airport (travel to in-person team meetings) | 37.49 |
| 03/27/2023 | Lodging Griffin Shapiro - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Griffin Shapiro - Dinner - (in-person team meetings) | 58.29 |
| 03/27/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person team meetings) | 35.10 |
| 03/27/2023 | Taxi/Car Service John LaBella Airport to Hotel (in-person team | 50.32 |
| 03/27/2023 | Airfare John LaBella 2023-03-29 ORD- SFO; return from in-person team meetings (United Airlines, one-way, economy) | 691.65 |
| 03/27/2023 | Individual Meal Justin Sutherland - Lunch - (in-person team meetings) | 17.42 |
| 03/27/2023 | Lodging Kurt Wessel - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/27/2023 | Lodging Lilly Goldman - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Taxi/Car Service Lilly Goldman Airport to AlixPartners Chicago Office - (travel to in-person team meeting) | 60.31 |
| 03/27/2023 | Lodging Linna Jia - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Linna Jia - Lunch - (in-person team meetings) | 4.25 |
| 03/27/2023 | Taxi/Car Service Linna Jia Home to Airport (travel to in-person team meetings) | 50.53 |
| 03/27/2023 | Lodging Mark Cervi - Moxy, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 537.57 |
| 03/27/2023 | Individual Meal Mark Cervi - Breakfast - (in-person team meetings) | 30.00 |
| 03/27/2023 | Lodging Matthew Birtwell - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Matthew Birtwell - Breakfast - (in-person team | 6.13 |
| 03/27/2023 | Group Meal - Engagement Team - Lunch - Allyson Calhoun, Griffin Shapiro, Matthew Birtwell (in-person team meetings) | 24.35 |
| 03/27/2023 | Mileage Matthew Birtwell 32 Miles | 20.96 |
| 03/27/2023 | Individual Meal Matthew Birtwell - Dinner - (in-person team meetings) | 58.05 |
| 03/27/2023 | Lodging Matthew Evans - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Taxi/Car Service Matthew Evans Airport to Hotel (travel to in-person team meetings) | 55.50 |
| 03/27/2023 | Taxi/Car Service Matthew Evans Home to Airport (travel to in-person team meetings) | 48.98 |
| 03/27/2023 | Airfare Matthew Evans 2023-03-27 EWR- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 729.19 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 03/27/2023 | Lodging Matthew Jacques Westin - Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Lodging Randi Self Marriott Hotels - Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Randi Self - Breakfast - (in-person team meetings) | 12.29 |
| 03/27/2023 | Individual Meal Randi Self - Lunch - (in-person team meetings) | 22.93 |
| 03/27/2023 | Taxi/Car Service Randi Self Airport to AlixPartners Chicago Office - - (travel to in-person team meeting) | 53.50 |
| 03/27/2023 | Lodging Seen Yung Wong - Marriott Hotels, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Seen Yung Wong - Breakfast - (in-person team | 7.33 |
| 03/27/2023 | Individual Meal Seen Yung Wong - Dinner - (in-person team meetings) | 27.33 |
| 03/27/2023 | Taxi/Car Service Seen Yung Wong Home to Airport (travel to in-person team meetings) | 38.69 |
| 03/27/2023 | Lodging Shengjia Kang - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Shengjia Kang - Lunch - (in-person team meetings) | 16.80 |
| 03/27/2023 | Lodging Takahiro Yamada - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Takahiro Yamada - Breakfast - (in-person team | 20.66 |
| 03/27/2023 | Individual Meal Takahiro Yamada - Dinner - (in-person team meetings) | 63.96 |
| 03/27/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 76.39 |
| 03/27/2023 | Lodging Travis Phelan - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Taxi/Car Service Travis Phelan Airport to Hotel (in-person team | 59.06 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/27/2023 | Lodging Yuqing Tong - Westin, Chicago, IL 2023-03-27 2023-03-30 - (meetings with engagement team) | 862.92 |
| 03/27/2023 | Individual Meal Yuqing Tong - Breakfast - (in-person team meetings) | 16.22 |
| 03/27/2023 | Individual Meal Yuqing Tong - Lunch - (in-person team meetings) | 25.45 |
| 03/27/2023 | Taxi/Car Service Yuqing Tong Airport to AlixPartners Chicago Office - - (travel to in-person team meeting) | 53.38 |
| 03/27/2023 | Airfare Yuqing Tong 2023-03-30 LGA- ORD; travel to in-person team meetings (United Airlines, round-trip, economy) | 347.12 |
| 03/28/2023 | Group Meal - Engagement Team - Lunch - Adam Searles, Varun Kotharu, Eric Mostoff, Dana Schwartz, Matthew Birtwell, Randi Self, Mark Cervi, Charles Cipione, John LaBella, Griffin Shapiro, Ally Calhoun, Elizabeth Teifer, Travis Phelan, Matthew Jacques, Matthew Evans, Lilly Goldman, Kurt Wessel, Shengia Kang, Chuanqi Chen, David White, Takahiro Yamada | 817.59 |
| 03/28/2023 | Group Meal - Engagement Team - Breakfast - Adam Searles, Varun Kotharu, Dana Schwartz, Matthew Birtwell, Randi Self, Mark Cervi, Charles Cipione, John LaBella, Griffin Shapiro, Ally Calhoun, Elizabeth Teifer | 244.31 |
| 03/28/2023 | Individual Meal Chenxi Xu - Breakfast - (in-person team meetings) | 4.30 |
| 03/28/2023 | Individual Meal Chenxi Xu - Lunch - (in-person team meetings) | 39.05 |
| 03/28/2023 | Taxi/Car Service Chenxi Xu Airport to Chicago Office - (travel to in-person team meeting) | 42.91 |
| 03/28/2023 | Taxi/Car Service Chenxi Xu Home to Airport (travel to in-person team meeting) | 31.98 |
| 03/28/2023 | Individual Meal Chuanqi Chen - Dinner - (in-person team meetings) | 54.05 |
| 03/28/2023 | Individual Meal Chuanqi Chen - Breakfast - (in-person team meetings) | 18.95 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/28/2023 | Taxi/Car Service Chuanqi Chen Chicago downtown to Hotel (travel to in-person team meeting) | 14.93 |
| 03/28/2023 | Individual Meal Dana Schwartz - Breakfast - (in-person team meetings) | 10.48 |
| 03/28/2023 | Lodging David White CitizenM - Chicago, IL 2023-03-28 2023-03-30 - (meetings with engagement team) | 417.94 |
| 03/28/2023 | Taxi/Car Service David White Home to Airport (travel to in-person team meeting) | 92.31 |
| 03/28/2023 | Taxi/Car Service David White Airport to Hotel (travel to in-person team meeting) | 130.39 |
| 03/28/2023 | Individual Meal Di Liang - Breakfast - (in-person team meetings) | 25.70 |
| 03/28/2023 | Individual Meal Di Liang - Dinner - (in-person team meetings) | 53.50 |
| 03/28/2023 | Individual Meal Di Liang - Lunch - (in-person team meetings) | 29.57 |
| 03/28/2023 | Taxi/Car Service Di Liang Hotel to Dinner (travel to dinner with team meeting) | 16.75 |
| 03/28/2023 | Taxi/Car Service Di Liang Airport to Chicago office - (travel to in-person team meeting) | 41.92 |
| 03/28/2023 | Taxi/Car Service Di Liang Team Dinner to Hotel | 16.62 |
| 03/28/2023 | Individual Meal Elizabeth Teifer - Dinner - (in-person team meetings) | 57.48 |
| 03/28/2023 | Individual Meal Eric Mostoff - Breakfast - (in-person team meetings) | 5.13 |
| 03/28/2023 | Individual Meal Eric Mostoff - Dinner - (in-person team meetings) | 54.55 |
| 03/28/2023 | Taxi/Car Service Griffin Shapiro Airport to Chicago Office - (travel to in-person team meeting) | 41.63 |
| 03/28/2023 | Individual Meal Justin Sutherland - Lunch - (in-person team meetings) | 20.42 |
| 03/28/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman, Travis Phelan, Kurt Wessel, John Labella, David White, Justin Sutherland (in-person team meetings) | 564.14 |
| 03/28/2023 | Individual Meal Linna Jia - Breakfast - (in-person team meetings) | 25.34 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/28/2023 | Group Meal Linna Jia - Dinner - Linna Jia, Yuqing Tong - (in-person team meetings) | 110.00 |
| 03/28/2023 | Group Meal Linna Jia - Lunch - Yuqing Tong; Linna Jia - (in-person team meetings) | 72.56 |
| 03/28/2023 | Group Meal - Engagement Team Mark Cervi - Dinner - Mark Cervi; Varun Kotharu | 130.00 |
| 03/28/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person team meeting) | 70.80 |
| 03/28/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meeting) | 56.55 |
| 03/28/2023 | Group Meal - Engagement Team Matthew Birtwell - Dinner - Griffin Shapiro, Matthew Birtwell (in-person team meetings) | 86.47 |
| 03/28/2023 | Taxi/Car Service Matthew Birtwell Airport to AlixPartners Chicago Office - (travel to in-person team meeting) | 42.94 |
| 03/28/2023 | Individual Meal Matthew Evans - Breakfast - (in-person team meetings) | 11.82 |
| 03/28/2023 | Individual Meal Matthew Jacques - Dinner - (in-person team meetings) | 42.76 |
| 03/28/2023 | Individual Meal Matthew Jacques - Breakfast - (in-person team meetings) | 4.01 |
| 03/28/2023 | Taxi/Car Service Matthew Jacques Airport to Hotel (travel to in-person team meeting) | 69.25 |
| 03/28/2023 | Airfare Matthew Jacques 2023-03-28 BOS- ORD; travel to in-person team meetings (JetBlue, round-trip, economy) | 210.07 |
| 03/28/2023 | Individual Meal Seen Yung Wong - Lunch - (in-person team meetings) | 23.99 |
| 03/28/2023 | Individual Meal Shengjia Kang - Dinner - (in-person team meetings) | 60.00 |
| 03/28/2023 | Individual Meal Shengjia Kang - Lunch - (in-person team meetings) | 28.00 |
| 03/28/2023 | Taxi/Car Service Shengjia Kang Home to Airport (travel to in-person team meeting) | 41.96 |
| 03/28/2023 | Internet Access Shengjia Kang | 31.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/28/2023 | Individual Meal Takahiro Yamada - Dinner - (in-person team meetings) | 53.55 |
| 03/28/2023 | Taxi/Car Service Takahiro Yamada Airport to Chicago downtown (travel to in-person team meeting) | 43.98 |
| 03/29/2023 | Group Meal - Engagement Team - Breakfast - Adam Searles, Varun Kotharu, Eric Mostoff, Elizabeth Teifer, Lilly Goldman, Mark Cervi - (in-person team meetings) | 165.81 |
| 03/29/2023 | Group Meal - Engagement Team - Lunch - Adam Searles, Varun Kotharu, Eric Mostoff, Elizabeth Teifer, Lilly Goldman, Mark Cervi, Matthew Jacques, Matthew Evans, Travis Phelan, Charles Cipione, John LaBella, Randi Self | 540.00 |
| 03/29/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman, Charles Cipione, Travis Phelan, John Labella, Randi Self, Chenxi Xu | 269.22 |
| 03/29/2023 | Group Meal - Engagement Team - Lunch - Chenxi Xu, Yuqing Tong, Linna Jia, Shengjia Kang - (in-person team meetings) | 78.88 |
| 03/29/2023 | Individual Meal Chenxi Xu - Breakfast - (in-person team meetings) | 3.90 |
| 03/29/2023 | Individual Meal Chuanqi Chen - Breakfast - (in-person team meetings) | 17.70 |
| 03/29/2023 | Individual Meal Dana Schwartz - Breakfast - (in-person team meetings) | 7.25 |
| 03/29/2023 | Individual Meal Dana Schwartz - Lunch - (in-person team meetings) | 11.71 |
| 03/29/2023 | Taxi/Car Service Dana Schwartz AlixPartners Chicago Office to Hotel (in-person team meetings) | 8.90 |
| 03/29/2023 | Individual Meal David White - Breakfast - (in-person team meetings) | 6.80 |
| 03/29/2023 | Airfare David White 2023-03-30 ORD- LAX; return from in-person team meetings (United Airlines, one-way, economy) | 546.00 |
| 03/29/2023 | Individual Meal Di Liang - Breakfast - (in-person team meetings) | 17.88 |
| 03/29/2023 | Individual Meal Di Liang - Lunch - (in-person team meetings) | 11.16 |
| 03/29/2023 | Taxi/Car Service Di Liang AlixPartners Chicago Office to Dinner - (travel to dinner with engagement team) | 14.42 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 03/29/2023 | Taxi/Car Service Di Liang Dinner to Hotel (return from dinner with engagement team) | 18.56 |
| 03/29/2023 | Group Meal Eric Mostoff - Dinner - Mark Cervi, Eric Mostoff, Di Liang, Griffin Shapiro, Elizabeth Teifer, Seen Yung Wong - (in-person team meetings) | 144.47 |
| 03/29/2023 | Taxi/Car Service Eric Mostoff AlixPartners Chicago Office to Dinner - (travel to dinner with engagement team) | 20.94 |
| 03/29/2023 | Individual Meal John Labella - Lunch - (in person team meetings) | 23.67 |
| 03/29/2023 | Individual Meal Justin Sutherland - Breakfast - (in person team meetings) | 22.33 |
| 03/29/2023 | Taxi/Car Service Justin Sutherland Hotel to Dinner (travel to dinner with engagement team) | 34.66 |
| 03/29/2023 | Taxi/Car Service Kurt Wessel Hotel to Dinner (travel to dinner with engagement team) | 30.90 |
| 03/29/2023 | Taxi/Car Service Lilly Goldman Dinner to Hotel (return from dinner with engagement team) | 36.87 |
| 03/29/2023 | Taxi/Car Service Lilly Goldman AlixPartners Chicago Office to Dinner - (travel to dinner with engagement team) | 25.46 |
| 03/29/2023 | Group Meal - Engagement Team Matthew Birtwell - Dinner - Allyson Calhoun, Griffin Shapiro, Matthew Birtwell - (in-person team meetings) | 132.00 |
| 03/29/2023 | Group Meal - Engagement Team - Lunch - Allyson Calhoun, Griffin Shapiro, Matthew Birtwell - (in-person team meetings) | 18.12 |
| 03/29/2023 | Taxi/Car Service Matthew Evans Hotel to Dinner (travel to dinner with engagement team) | 11.00 |
| 03/29/2023 | Individual Meal Randi Self - Breakfast - (in-person team meetings) | 7.21 |
| 03/29/2023 | Individual Meal Seen Yung Wong - Breakfast - (in-person team | 16.17 |
| 03/29/2023 | Individual Meal Seen Yung Wong - Lunch - (in-person team meetings) | 19.53 |
| 03/29/2023 | Individual Meal Seen Yung Wong - Dinner - (in-person team meetings) | 28.55 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:          Expenses
Code:        20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/29/2023 | Taxi/Car Service Varun Kotharu AlixPartners Chicago Office to Dinner - (travel to dinner with engagement team) | 19.13 |
| 03/29/2023 | Individual Meal Yuqing Tong - Breakfast - (in-person team meetings) | 12.54 |
| 03/29/2023 | Taxi/Car Service Yuqing Tong AlixPartners Chicago Office to Dinner - (travel to dinner with engagement team) | 15.95 |
| 03/30/2023 | Individual Meal Adam Searles - Breakfast - (in-person team meetings) | 10.04 |
| 03/30/2023 | Taxi/Car Service Adam Searles Airport to Home (return from in-person team meeting) | 90.00 |
| 03/30/2023 | Individual Meal Chenxi Xu - Breakfast - (in-person team meetings) | 27.26 |
| 03/30/2023 | Individual Meal Chenxi Xu - Dinner - (in-person team meetings) | 18.68 |
| 03/30/2023 | Individual Meal Chuanqi Chen - Lunch - (in-person team meetings) | 25.11 |
| 03/30/2023 | Individual Meal Chuanqi Chen - Dinner - (in-person team meetings) | 37.75 |
| 03/30/2023 | Taxi/Car Service Chuanqi Chen Chicago downtown to Airport (return from in-person team meeting) | 68.99 |
| 03/30/2023 | Taxi/Car Service Chuanqi Chen Airport to Home (return from in-person team meeting) | 42.92 |
| 03/30/2023 | Individual Meal Dana Schwartz - Breakfast - (in-person team meetings) | 8.36 |
| 03/30/2023 | Individual Meal Dana Schwartz - Dinner - (in person team meetings) | 54.61 |
| 03/30/2023 | Group Meal - Engagement Team - Lunch - Dana Schwartz, Matthew Jacques, Griffin Shapiro, Matthew Birtwell - (in-person team meetings) | 145.44 |
| 03/30/2023 | Taxi/Car Service Dana Schwartz Hotel to Airport - (return from in-person team meeting) | 49.94 |
| 03/30/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meeting) | 50.95 |
| 03/30/2023 | Individual Meal David White - Breakfast - (in-person team meetings) | 6.82 |
| 03/30/2023 | Taxi/Car Service David White AlixPartners Chicago Office to Hotel | 17.53 |
| 03/30/2023 | Internet Access David White | 8.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/30/2023 | Taxi/Car Service David White Hotel to Airport - (return from in-person team meeting) | 77.25 |
| 03/30/2023 | Individual Meal Di Liang - Dinner - (in-person team meetings) | 65.00 |
| 03/30/2023 | Individual Meal Di Liang - Lunch - (in-person team meetings) | 43.42 |
| 03/30/2023 | Individual Meal Di Liang - Breakfast - (in-person team meetings) | 30.00 |
| 03/30/2023 | Taxi/Car Service Di Liang AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 55.59 |
| 03/30/2023 | Individual Meal Elizabeth Teifer - Dinner - (in-person team meetings) | 59.26 |
| 03/30/2023 | Parking/Tolls Elizabeth Teifer | 86.00 |
| 03/30/2023 | Taxi/Car Service Eric Mostoff AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 75.83 |
| 03/30/2023 | Individual Meal Justin Sutherland - Breakfast | 2.56 |
| 03/30/2023 | Individual Meal Justin Sutherland - Lunch | 11.59 |
| 03/30/2023 | Taxi/Car Service Justin Sutherland Airport to Home (return from in-person team meeting) | 115.95 |
| 03/30/2023 | Taxi/Car Service Justin Sutherland AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 74.22 |
| 03/30/2023 | Taxi/Car Service Kurt Wessel AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 48.99 |
| 03/30/2023 | Individual Meal Linna Jia - Breakfast | 12.18 |
| 03/30/2023 | Individual Meal Linna Jia - Lunch | 32.18 |
| 03/30/2023 | Individual Meal Linna Jia - Dinner | 48.82 |
| 03/30/2023 | Taxi/Car Service Linna Jia Hotel to Dinner (travel to dinner with engagement team) | 18.87 |
| 03/30/2023 | Individual Meal Mark Cervi - Breakfast - (in-person team meetings) | 30.00 |
| 03/30/2023 | Taxi/Car Service Mark Cervi AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 54.81 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004


Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/30/2023 | Internet Access Mark Cervi | 8.00 |
| 03/30/2023 | Individual Meal Matthew Birtwell - Dinner - (in-person team meetings) | 9.99 |
| 03/30/2023 | Taxi/Car Service Matthew Birtwell Hotel to Dinner (travel to dinner with engagement team) | 14.14 |
| 03/30/2023 | Mileage Matthew Birtwell 33 Miles | 21.62 |
| 03/30/2023 | Parking/Tolls Matthew Birtwell | 116.00 |
| 03/30/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 51.19 |
| 03/30/2023 | Taxi/Car Service Matthew Evans Airport to Home (return from in-person team meeting) | 70.92 |
| 03/30/2023 | Taxi/Car Service Matthew Evans Hotel to Airport (return from in-person team meeting) | 50.95 |
| 03/30/2023 | Taxi/Car Service Matthew Jacques Hotel to Airport (return from in-person team meeting) | 124.77 |
| 03/30/2023 | Parking/Tolls Matthew Jacques | 129.00 |
| 03/30/2023 | Individual Meal Randi Self - Lunch - (in-person team meetings) | 38.83 |
| 03/30/2023 | Individual Meal Seen Yung Wong - Breakfast - (in-person team | 30.00 |
| 03/30/2023 | Individual Meal Shengjia Kang - Dinner - (in-person team meetings) | 65.00 |
| 03/30/2023 | Taxi/Car Service Shengjia Kang AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 104.88 |
| 03/30/2023 | Taxi/Car Service Shengjia Kang AlixPartners Chicago Office to Airport - (return from in-person team meeting) | 20.97 |
| 03/30/2023 | Individual Meal Takahiro Yamada - Lunch - (in-person team meetings) | 18.47 |
| 03/30/2023 | Taxi/Car Service Takahiro Yamada Chicago downtown to Airport (return from in-person team meeting) | 73.48 |
| 03/30/2023 | Individual Meal Varun Kotharu - Lunch - (in-person team meetings) | 20.90 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:          Expenses
Code:        20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/30/2023 | Taxi/Car Service Varun Kotharu Airport to Home (return from in-person team meetings) | 93.01 |
| 03/30/2023 | Individual Meal Yuqing Tong - Dinner - (in-person team meetings) | 14.00 |
| 03/30/2023 | Group Meal - Engagement Team - Lunch - Yuqing Tong, Chenxi Xu, Shengjia Kang - (in-person team meetings) | 93.25 |
| 03/30/2023 | Taxi/Car Service Yuqing Tong Airport to Home (return from in-person team meeting) | 59.14 |
| 03/30/2023 | Taxi/Car Service Yuqing Tong AlixPartners Chicago Office to Airport - (return from in-person team meetings) | 61.03 |
| 03/31/2023 | Parking/Tolls Charles Cipione | 173.20 |
| 03/31/2023 | Taxi/Car Service Chenxi Xu Airport to Home (return from in-person team meeting) | 29.89 |
| 03/31/2023 | Taxi/Car Service David White Airport to Home (return from in-person team meeting) | 181.22 |
| 03/31/2023 | Taxi/Car Service Di Liang Airport to Home (return from in-person team meeting) | 64.13 |
| 03/31/2023 | Taxi/Car Service Eric Mostoff Airport to Home (return from in-person team meeting) | 51.19 |
| 03/31/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meeting) | 43.45 |
| 03/31/2023 | Internet Access Matthew Birtwell | 15.00 |
| 03/31/2023 | Taxi/Car Service Randi Self Hotel to Airport (return from in-person team meetings) | 77.56 |
| 03/31/2023 | Taxi/Car Service Seen Yung Wong Hotel to Airport (return from in-person team meetings) | 38.97 |
| 03/31/2023 | Taxi/Car Service Seen Yung Wong Airport to Home (return from in-person team meetings) | 58.58 |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 03/31/2023 | Taxi/Car Service Takahiro Yamada Airport to Brooklyn, New York (return from in-person team meeting) | 61.53 |
| **Total Expenses** | | **$ 72,285.60** |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | 21,316.38 |
| Ground Transportation | 8,076.90 |
| Internet | 228.62 |
| Lodging | 34,348.78 |
| Meals | 7,487.14 |
| Mileage | 42.58 |
| Parking & Tolls | 785.20 |
| **Total Expenses** | **$ 72,285.60** |