**Exhibit B**

**Disbursements**

| Cost Type | Work | WIP | Narrative |
|---|---|---|---|
| Color Document Reproduction | 3/1/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 3/1/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 3/1/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 3/1/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 3/1/2023 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 3/2/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 10.40 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 10.80 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 15.60 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 17.20 | Color Document Reproduction |
| Color Document Reproduction | 3/3/2023 | 17.60 | Color Document Reproduction |
| Color Document Reproduction | 3/5/2023 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 33.20 | Color Document Reproduction |
| Color Document Reproduction | 3/6/2023 | 34.80 | Color Document Reproduction |
| Color Document Reproduction | 3/7/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/7/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 0.80 | Color Document Reproduction |

| | | | |
|---|---|---|---|
| Color Document Reproduction | 3/8/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 6.40 | Color Document Reproduction |
| Color Document Reproduction | 3/8/2023 | 9.60 | Color Document Reproduction |
| Color Document Reproduction | 3/10/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/10/2023 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 3/13/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/13/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/14/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/15/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/15/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 3/15/2023 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 3/16/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/16/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/17/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/17/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/19/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 3/19/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 3/20/2023 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 3/21/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/22/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/22/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/22/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/22/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/23/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/23/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/23/2023 | 5.20 | Color Document Reproduction |

| | | | |
|---|---|---|---|
| Color Document Reproduction | 3/26/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/26/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/26/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/26/2023 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 3/27/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/27/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/27/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/27/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/27/2023 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 3/28/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/28/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/28/2023 | 7.60 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2023 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 3/29/2023 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 3/30/2023 | 3.60 | Color Document Reproduction |

| Description | Date | Amount | Description |
|---|---|---|---|
| Color Document Reproduction | 3/30/2023 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 3/31/2023 | 8.00 | Color Document Reproduction |
| Document | 3/1/2023 | 0.20 | Document |
| Document | 3/1/2023 | 0.30 | Document |
| Document | 3/1/2023 | 0.40 | Document |
| Document | 3/1/2023 | 0.40 | Document |
| Document | 3/1/2023 | 0.40 | Document |
| Document | 3/1/2023 | 0.40 | Document |
| Document | 3/1/2023 | 0.40 | Document |
| Document | 3/1/2023 | 1.50 | Document |
| Document | 3/1/2023 | 2.70 | Document |
| Document | 3/1/2023 | 3.60 | Document |
| Document | 3/2/2023 | 0.40 | Document |
| Document | 3/2/2023 | 1.90 | Document |
| Document | 3/2/2023 | 3.80 | Document |
| Document | 3/3/2023 | 0.10 | Document |
| Document | 3/3/2023 | 0.10 | Document |
| Document | 3/3/2023 | 0.20 | Document |
| Document | 3/3/2023 | 0.30 | Document |
| Document | 3/3/2023 | 0.40 | Document |
| Document | 3/3/2023 | 0.40 | Document |
| Document | 3/3/2023 | 0.50 | Document |
| Document | 3/3/2023 | 0.80 | Document |
| Document | 3/3/2023 | 0.90 | Document |
| Document | 3/3/2023 | 1.70 | Document |
| Document | 3/3/2023 | 4.10 | Document |
| Document | 3/4/2023 | 0.10 | Document |
| Document | 3/4/2023 | 7.40 | Document |
| Document | 3/5/2023 | 1.50 | Document |
| Document | 3/6/2023 | 0.20 | Document |
| Document | 3/6/2023 | 0.20 | Document |
| Document | 3/6/2023 | 0.30 | Document |
| Document | 3/6/2023 | 0.30 | Document |
| Document | 3/6/2023 | 0.50 | Document |
| Document | 3/6/2023 | 0.60 | Document |
| Document | 3/6/2023 | 1.10 | Document |
| Document | 3/6/2023 | 1.10 | Document |
| Document | 3/6/2023 | 1.20 | Document |
| Document | 3/6/2023 | 1.20 | Document |
| Document | 3/6/2023 | 1.30 | Document |
| Document | 3/6/2023 | 1.50 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.10 | Document |

| | | | |
|---|---|---|---|
| Document | 3/7/2023 | 0.10 | Document |
| Document | 3/7/2023 | 0.20 | Document |
| Document | 3/7/2023 | 0.20 | Document |
| Document | 3/7/2023 | 0.20 | Document |
| Document | 3/7/2023 | 0.30 | Document |
| Document | 3/7/2023 | 0.50 | Document |
| Document | 3/7/2023 | 0.60 | Document |
| Document | 3/7/2023 | 0.60 | Document |
| Document | 3/7/2023 | 0.80 | Document |
| Document | 3/7/2023 | 1.00 | Document |
| Document | 3/7/2023 | 1.10 | Document |
| Document | 3/7/2023 | 1.20 | Document |
| Document | 3/7/2023 | 1.40 | Document |
| Document | 3/7/2023 | 3.30 | Document |
| Document | 3/7/2023 | 3.80 | Document |
| Document | 3/7/2023 | 3.90 | Document |
| Document | 3/7/2023 | 4.80 | Document |
| Document | 3/7/2023 | 8.40 | Document |
| Document | 3/8/2023 | 0.10 | Document |
| Document | 3/8/2023 | 0.10 | Document |
| Document | 3/8/2023 | 0.10 | Document |
| Document | 3/8/2023 | 0.10 | Document |
| Document | 3/8/2023 | 0.10 | Document |
| Document | 3/8/2023 | 0.20 | Document |
| Document | 3/8/2023 | 0.30 | Document |
| Document | 3/8/2023 | 1.10 | Document |
| Document | 3/8/2023 | 1.50 | Document |
| Document | 3/9/2023 | 0.10 | Document |
| Document | 3/9/2023 | 0.20 | Document |
| Document | 3/9/2023 | 1.50 | Document |
| Document | 3/9/2023 | 4.50 | Document |
| Document | 3/10/2023 | 0.10 | Document |
| Document | 3/10/2023 | 0.40 | Document |
| Document | 3/10/2023 | 0.80 | Document |
| Document | 3/12/2023 | 1.50 | Document |
| Document | 3/13/2023 | 2.40 | Document |
| Document | 3/14/2023 | 1.40 | Document |
| Document | 3/15/2023 | 0.20 | Document |
| Document | 3/15/2023 | 0.60 | Document |
| Document | 3/15/2023 | 0.60 | Document |
| Document | 3/15/2023 | 0.70 | Document |
| Document | 3/15/2023 | 0.70 | Document |
| Document | 3/15/2023 | 0.80 | Document |
| Document | 3/15/2023 | 1.30 | Document |
| Document | 3/15/2023 | 1.30 | Document |
| Document | 3/15/2023 | 1.70 | Document |
| Document | 3/15/2023 | 1.80 | Document |
| Document | 3/15/2023 | 18.30 | Document |
| Document | 3/15/2023 | 18.50 | Document |
| Document | 3/16/2023 | 0.10 | Document |
| Document | 3/16/2023 | 0.20 | Document |
| Document | 3/16/2023 | 0.80 | Document |

| | | | |
|---|---|---|---|
| Document | 3/16/2023 | 0.80 | Document |
| Document | 3/17/2023 | 0.20 | Document |
| Document | 3/17/2023 | 0.30 | Document |
| Document | 3/17/2023 | 0.40 | Document |
| Document | 3/17/2023 | 0.50 | Document |
| Document | 3/17/2023 | 0.60 | Document |
| Document | 3/17/2023 | 0.80 | Document |
| Document | 3/17/2023 | 1.30 | Document |
| Document | 3/17/2023 | 8.20 | Document |
| Document | 3/19/2023 | 0.70 | Document |
| Document | 3/19/2023 | 1.40 | Document |
| Document | 3/20/2023 | 0.40 | Document |
| Document | 3/20/2023 | 2.70 | Document |
| Document | 3/21/2023 | 0.90 | Document |
| Document | 3/22/2023 | 0.10 | Document |
| Document | 3/22/2023 | 1.00 | Document |
| Document | 3/23/2023 | 0.10 | Document |
| Document | 3/23/2023 | 0.10 | Document |
| Document | 3/23/2023 | 0.20 | Document |
| Document | 3/23/2023 | 0.50 | Document |
| Document | 3/23/2023 | 0.60 | Document |
| Document | 3/23/2023 | 0.90 | Document |
| Document | 3/23/2023 | 0.90 | Document |
| Document | 3/23/2023 | 1.40 | Document |
| Document | 3/26/2023 | 0.50 | Document |
| Document | 3/26/2023 | 0.50 | Document |
| Document | 3/26/2023 | 1.60 | Document |
| Document | 3/26/2023 | 3.40 | Document |
| Document | 3/27/2023 | 0.30 | Document |
| Document | 3/27/2023 | 0.50 | Document |
| Document | 3/27/2023 | 0.70 | Document |
| Document | 3/27/2023 | 1.30 | Document |
| Document | 3/27/2023 | 1.60 | Document |
| Document | 3/27/2023 | 2.90 | Document |
| Document | 3/27/2023 | 3.60 | Document |
| Document | 3/28/2023 | 0.30 | Document |
| Document | 3/28/2023 | 1.30 | Document |
| Document | 3/29/2023 | 0.20 | Document |
| Document | 3/29/2023 | 0.20 | Document |
| Document | 3/29/2023 | 0.50 | Document |
| Document | 3/29/2023 | 0.70 | Document |
| Document | 3/29/2023 | 0.70 | Document |
| Document | 3/29/2023 | 0.80 | Document |
| Document | 3/29/2023 | 1.00 | Document |
| Document | 3/29/2023 | 2.00 | Document |
| Document | 3/29/2023 | 3.70 | Document |
| Document | 3/29/2023 | 3.80 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |

| | | | |
|---|---|---|---|
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.10 | Document |
| Document | 3/30/2023 | 0.20 | Document |
| Document | 3/30/2023 | 0.20 | Document |
| Document | 3/30/2023 | 0.60 | Document |
| Document | 3/30/2023 | 0.60 | Document |
| Document | 3/30/2023 | 0.80 | Document |
| Document | 3/30/2023 | 0.80 | Document |
| Document | 3/30/2023 | 1.00 | Document |
| Document | 3/30/2023 | 1.00 | Document |
| Document | 3/30/2023 | 1.00 | Document |
| Document | 3/30/2023 | 1.00 | Document |
| Document | 3/30/2023 | 1.00 | Document |
| Document | 3/30/2023 | 1.10 | Document |
| Document | 3/30/2023 | 1.10 | Document |
| Document | 3/30/2023 | 1.20 | Document |
| Document | 3/30/2023 | 1.20 | Document |
| Document | 3/30/2023 | 1.20 | Document |
| Document | 3/30/2023 | 1.20 | Document |
| Document | 3/30/2023 | 1.30 | Document |
| Document | 3/30/2023 | 1.30 | Document |
| Document | 3/30/2023 | 1.30 | Document |
| Document | 3/30/2023 | 1.30 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.50 | Document |
| Document | 3/30/2023 | 1.70 | Document |
| Document | 3/30/2023 | 1.70 | Document |
| Document | 3/30/2023 | 1.80 | Document |
| Document | 3/30/2023 | 1.80 | Document |
| Document | 3/30/2023 | 2.00 | Document |
| Document | 3/30/2023 | 2.00 | Document |
| Document | 3/30/2023 | 2.00 | Document |
| Document | 3/30/2023 | 2.00 | Document |
| Document | 3/30/2023 | 2.20 | Document |
| Document | 3/30/2023 | 2.20 | Document |
| Document | 3/30/2023 | 2.40 | Document |
| Document | 3/30/2023 | 2.40 | Document |
| Document | 3/30/2023 | 2.50 | Document |
| Document | 3/30/2023 | 2.50 | Document |
| Document | 3/30/2023 | 3.80 | Document |
| Document | 3/30/2023 | 3.80 | Document |
| Document | 3/31/2023 | 0.10 | Document |
| Document | 3/31/2023 | 0.20 | Document |
| Document | 3/31/2023 | 0.90 | Document |
| Document | 3/31/2023 | 3.40 | Document |

| | | | |
|---|---|---|---|
| Document | 3/31/2023 | 4.40 | Document |
| Document Services | 3/2/2023 | 3.72 | Document services - CUSTOM TABS/E |
| Document Services | 3/2/2023 | 13.26 | Document services - 2"" WHITE VIEW |
| Document Services | 3/2/2023 | 25.74 | Document Services - TAX/E |
| Document Services | 3/2/2023 | 37.50 | Document services - PRINTS/E |
| Document Services | 3/2/2023 | 205.50 | Document services - COLOR PRINTS/E |
| Document Services | 3/14/2023 | 0.75 | Document services - COLOR PRINTS/C. |
| Document Services | 3/14/2023 | 0.75 | Document services - COLOR PRINTS/C. |
| Document Services | 3/14/2023 | 2.12 | Document services - SPIRAL BINDING/C. |
| Document Services | 3/14/2023 | 2.12 | Document services - SPIRAL BINDING/C. |
| Document Services | 3/14/2023 | 2.13 | Document services - CUSTOM TABS/C. |
| Document Services | 3/14/2023 | 2.54 | Document Services - TAX/C. |
| Document Services | 3/14/2023 | 3.58 | Document services - PRINTS/C. |
| Document Services | 3/14/2023 | 4.00 | Document Services - TAX/C. |
| Document Services | 3/14/2023 | 5.00 | Document services - DRILLING/C. |
| Document Services | 3/14/2023 | 5.00 | Document services - DRILLING/C. |
| Document Services | 3/14/2023 | 8.92 | Document services - TABS/C. |
| Document Services | 3/14/2023 | 15.00 | Document services - CREATION OF |
| Document Services | 3/14/2023 | 27.80 | Document services - PRINTS/C. |
| Document Services | 3/30/2023 | 50.00 | Document services - UPLOAD FILES/J. |
| Document Services | 3/30/2023 | 63.30 | Document services - SCANNING/J. |
| Document Services | 3/30/2023 | 87.60 | Document Services - TAX/J. |
| Document Services | 3/30/2023 | 873.75 | Document services - COLOR |
| Express mail | 3/9/2023 | 2.29 | Anita Li - Overnight Delivery - Anita Li - Domestic courier service for sending document via SF |
| Lexis Courtlink - Off Contract | 3/1/2023 | 0.91 | COURTLINK ALERT |

| | | | |
|---|---|---|---|
| Lexis Courtlink - Off Contract | 3/6/2023 | 0.91 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/8/2023 | 0.00 | US DOCKETS |
| Lexis Courtlink - Off Contract | 3/8/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/10/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/12/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/15/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/21/2023 | 1.80 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/22/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/24/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/26/2023 | 0.90 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 3/30/2023 | 1.80 | COURTLINK ALERT |
| Online Research | 3/31/2023 | 0.00 | Online Research |
| Online Research | 3/31/2023 | 0.00 | Online Research |
| Online Research | 3/31/2023 | 0.00 | Online Research |
| Online Research | 3/31/2023 | 0.00 | Online Research - |
| Online Research | 3/31/2023 | 0.00 | Online Research - |
| Online Research | 3/31/2023 | 0.00 | Online Research - |
| Online Research | 3/31/2023 | 184.00 | Online Research - |
| Travel | 3/20/2023 | (90.00) | AMTRAK - Travel - #11807-00001/Credit for train fare for Sascha |
| Travel | 3/20/2023 | 35.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - |
| Travel | 3/20/2023 | 50.00 | AMTRAK - Travel - #11807-00001/Agency fee for Sascha Rand - |
| Travel | 3/20/2023 | 432.00 | AMTRAK - Travel - #11807-00001/Train fare for Sascha Rand - New |
| Travel | 3/22/2023 | (71.00) | AMTRAK - Travel - #11807-00001/Credit for train fare for William Burck - |

| | | | |
|---|---|---:|---|
| Travel | 3/22/2023 | 75.00 | AMTRAK - Travel - #11807-00001/Agency fee for William Burck - Wilmington/New |
| Travel | 3/22/2023 | 208.00 | AMTRAK - Travel - #11807-00001/Train fare for William Burck - Wilmington/New |
| Travel | 3/22/2023 | 216.00 | AMTRAK - Travel - #11807-00001/Train fare for William Burck - Wilmington/New |
| Velobind | 3/6/2023 | 2.00 | Velobind |
| Velobind | 3/7/2023 | 2.00 | Velobind |
| Word processing | 3/7/2023 | 0.00 | Word processing |
| Word processing | 3/9/2023 | 0.00 | Word processing |
| Word processing | 3/15/2023 | 0.00 | Word processing |
| Word processing | 3/16/2023 | 0.00 | Word processing |