# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEBTORS' INTENT TO OFFER WITNESS TESTIMONY AT THE HEARING ON MAY 4, 2023

**PLEASE TAKE NOTICE** that FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") hereby provide the following information regarding the witnesses they intend to present at the hearing scheduled in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on May 4, 2023 (the "Hearing"):

### INFORMATION ON WITNESS NUMBER ONE

1. Name and title of witness:  John J. Ray III, the Debtors' Chief Executive Officer.

2. Scope of testimony:  Mr. Ray will testify regarding (a) the proposed sale of the LedgerX Business pursuant to the Interest Purchase Agreement attached as Exhibit A to the *Notice of (I) Successful Bidder for the LedgerX Business and (II) Filing of the LedgerX Business Purchase Agreement* [D.I. 1342] (the "Purchase Agreement") and (b) related matters in connection with the *Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of Certain Businesses, (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* [D.I. 233] (the "Sale Motion").

3. Direct testimony of witness:  Mr. Ray's direct testimony has been presented through the *Declaration of John J. Ray III in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

*Business Fee and Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief* [D.I. 1343]. The Debtors may elicit additional direct or rebuttal testimony from Mr. Ray at the Hearing.

4. <u>Location and place from which the witness will testify</u>:  Mr. Ray will be available to testify in person.

## INFORMATION ON WITNESS NUMBER TWO

1. <u>Name and title of witness</u>:  Bruce Mendelsohn, Partner at Perella Weinberg Partners L.P., the Debtors' investment banker.

2. <u>Scope of testimony</u>:  Mr. Mendelsohn will testify regarding (a) the marketing and sales process for the LedgerX Business, (b) the proposed sale of the LedgerX Business pursuant to the Purchase Agreement and (c) related matters in connection with the Sale Motion.

3. <u>Direct testimony of witness</u>:  Mr. Mendelsohn's direct testimony has been presented through the *Declaration of Bruce Mendelsohn in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Fee and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief* [D.I. 1344].  The Debtors may elicit additional direct or rebuttal testimony from Mr. Mendelsohn at the Hearing.

4. <u>Location and place from which the witness will testify</u>:  Mr. Mendelsohn will be available to testify in person.

## INFORMATION ON WITNESS NUMBER THREE

1. <u>Name and title of witness</u>:  Thomas P. Gallagher, Chairman and Chief Executive Officer of M 7 Holdings, LLC (the "<u>Buyer</u>"), and the Chairman and Chief Executive Officer of Miami International Holdings, Inc.

2. <u>Scope of testimony</u>:  Mr. Gallagher will testify regarding (a) the proposed sale of the LedgerX Business pursuant to the Purchase Agreement, (b) the Buyer's ability to comply with section 365 of the Bankruptcy Code with respect to assumed contracts and (c) related matters in connection with the Sale Motion.

3. <u>Direct testimony of witness</u>:  Mr. Gallagher's direct testimony has been presented through the *Declaration of Thomas P. Gallagher in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Fee and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief* [D.I. 1345].  The Debtors may elicit additional direct or rebuttal testimony from Mr. Gallagher at the Hearing.

4. <u>Location and place from which the witness will testify</u>:  Mr. Gallagher will be available to testify in person.

### **RESERVATION OF RIGHTS**

The Debtors reserve the right to amend and supplement this witness list at any time prior to the Hearing.  Additionally, the Debtors reserve all rights to cross examine any and all witnesses proffered at the Hearing, and to call any rebuttal witnesses as they may deem necessary at the Hearing.

| | |
|---|---|
| Dated: May 2, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>            brown@lrclaw.com<br>            pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>            bromleyj@sullcrom.com<br>            gluecksteinb@sullcrom.com<br>            kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |