**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert B. Wasserman to represent the Commodity Futures Trading Commission, in the above-captioned cases and any related adversary proceedings.

Dated: May 3, 2023

/s/ Ellen Slights
Ellen Slights (DE Bar No. 2782)
U.S. Attorney's Office, D. Del.
1313 N. Market St.
Wilmington, Del. 19801
1-302-573-6590
Ellen.Slights@usdoj.gov

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court for District Court by check in person on May 4, 2023.

Dated: May 3, 2023

/ s / Robert B. Wasserman
Robert B. Wasserman
U.S. Commodity Futures Trading Commission,
1155 21st Street NW,
Washington, DC 20581
1-202-418-5092
rwasserman@cftc.gov

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATE OF SERVICE

On May 3, 2023, I caused a copy of the foregoing to be served electronically by the Court's ECF system on persons who have entered an appearance in this proceeding.

/s/ *Martin B. White*

Martin B. White
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC, 20581
(202) 993-1390
mwhite@cftc.gov