IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 233, 487, 751 & 1342 |

**NOTICE OF REVISED LEDGERX PROPOSED SALE ORDER
AND REVISED SEALED DISCLOSURE SCHEDULES**

   **PLEASE TAKE NOTICE** that on December 15, 2022, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of the Certain Businesses; (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* [D.I. 233] in the United States Bankruptcy Court for the District of Delaware (the "Court").

   **PLEASE TAKE FURTHER NOTICE** that on January 12, 2023, the Court entered the *Order (A) Approving Bid Procedures, Stalking Horse Procedures and the Form and Manner of Notices for the Sale of Certain Businesses, (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s)* [D.I. 487].

   **PLEASE TAKE FURTHER NOTICE** that on February 21, 2023, the Debtors filed the *Notice of Filing of (I) Proposed LedgerX Business Sale Order and (II) Form of LedgerX Business Purchase Agreement* [D.I. 751], attaching as Exhibit 1 thereto a proposed form of sale order for the LedgerX Business.

   **PLEASE TAKE FURTHER NOTICE** that on April 25, 2023, the Debtors filed the *Notice of (I) Successful Bidder for the LedgerX Business and (II) Filing of the LedgerX Business Purchase Agreement* [D.I. 1342] (the "Notice of Successful Bidder"), attaching as Exhibit A thereto the executed version of the Interest Purchase Agreement with M 7 Holdings, LLC and Miami International Holdings, Inc. (the "Purchase Agreement"), including a redacted version of disclosure schedules (the "Disclosure Schedules") to the Purchase Agreement.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Additionally, attached as Exhibit B to the Notice of Successful Bidder, the Debtors filed a revised proposed form of sale order for the LedgerX Business (the "Proposed LedgerX Sale Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have unredacted certain information contained in the Disclosure Schedules, and a revised copy of the redacted Disclosure Schedules is attached hereto as **Exhibit A**. The Debtors have also further revised the Proposed LedgerX Sale Order (the "Revised LedgerX Sale Order"), a copy of which is attached hereto as **Exhibit B-1**. A copy of the Revised LedgerX Sale Order compared against the Proposed LedgerX Sale Order is attached hereto as **Exhibit B-2**.

**PLEASE TAKE FURTHER NOTICE** that copies of the above referenced filings may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

Dated: May 4, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*