IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MAY 4, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY MAY 4, 2023 AT 11:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIscu6hrDwrHZulskoDqEh_e7Hv56nSyjU

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

Topic: FTX Trading Ltd., *et al.* - Case No. 22-11068 (JTD)
When: May 4, 2023 at 1:00 p.m. (ET)

<u>**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**</u>

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended items appear in bold.**

**MATTERS GOING FORWARD:**

1. Motion of Debtors for Entry of Orders (I)(A) Approving Bid Procedures, Stalking Horse Protections and the Form and Manner of Notices for the Sale of the Certain Businesses; (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) and (II)(A) Approving the Sale(s) Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 233, filed on December 15, 2022]

    LedgerX Business Sale Response Deadline: At or prior to the hearing.

    Responses Received:

    A. Informal comments from the Office of the United States Trustee

    B. Oracle's Limited Objection to and Reservation of Rights Regarding (1) Motion of Debtors for Entry of an Order (I) Approving the Sale(s) Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases; and (2) Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 804, filed on March 6, 2023]

    Related Documents:

    A. Order (A) Approving Bid Procedures, Stalking Horse Procedures and the Form and Manner of Notices for the Sale of Certain Businesses, (B) Approving Assumption and Assignment Procedures and (C) Scheduling Auction(s) and Sale Hearing(s) [D.I. 487, entered on January 12, 2023]

    B. Notice of (I) Solicitation of Initial Bids, (II) Proposed Sale of Certain Businesses Free and Clear of Any Liens, Claims, Interests and Encumbrances, (III) Auction(s) and Sale Hearing(s) and (IV) Related Dates [D.I. 492, filed on January 13, 2023]

    C. Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [D.I. 624, filed on February 6, 2023]

    D. [SEALED] Notice of Filing of (I) Proposed LedgerX Business Sale Order and (II) Form of LedgerX Business Purchase Agreement [D.I. 750, filed on February 21, 2023]

    E. [REDACTED] Notice of Filing of (I) Proposed LedgerX Business Sale Order and (II) Form of LedgerX Business Purchase Agreement [D.I. 751, filed on February 21, 2023]

    F. Notice of Revised Dates for LedgerX, Embed, FTX Japan and FTX Europe Sales [D.I. 817, filed on March 6, 2023]

G. Notice of Revised Dates for Sale of LedgerX Business [D.I. 1118, filed on March 18, 2023]

H. Notice of Auction for LedgerX Business [D.I. 1211, filed on March 31, 2023]

I. [SEALED] Notice of (I) Successful Bidder for the LedgerX Business and (II) Filing of the LedgerX Business Purchase Agreement [D.I. 1341, filed on April 25, 2023]

J. [REDACTED] Notice of (I) Successful Bidder for the LedgerX Business and (II) Filing of the LedgerX Business Purchase Agreement [D.I. 1342, filed on April 25, 2023]

K. Declaration of John J. Ray III in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief [D.I. 1343, filed on April 25, 2023]

L. Declaration of Bruce Mendelsohn in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief [D.I. 1344, filed on April 25, 2023]

M. Declaration of Thomas P. Gallagher in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief [D.I. 1345, filed on April 25, 2023]

N. Notice of Filing Blackline of Proposed LedgerX Business Sale Order [D.I. 1398, filed on May 1, 2023]

O. Notice of Debtors' Intent to Offer Witness Testimony at the Hearing on May 4, 2023 [D.I. 1404, filed on May 2, 2023]

P. **Supplemental Declaration of Bruce Mendelsohn in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief [D.I. 1414, filed on May 3, 2023]**

    Q.    **Notice of Revised LedgerX Proposed Sale Order and Revised Sealed Disclosure Schedules [D.I. 1422, filed on May 4, 2023]**

Status: **The Debtors have revised the proposed form of order to resolve the limited objection and reservation of rights filed by Oracle and to resolve informal comments received from the U.S. Trustee.** This matter is going forward regarding the proposed form of order approving the sale of the LedgerX Business.

2.    **Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Interest Purchase Agreement Between Ledger Holdings Inc., M 7 Holdings, LLC and Miami International Holdings, Inc. Under Seal and (B) Granting Related Relief [D.I. 1350, filed on April 25, 2023]**

Response Deadline: At or prior to the hearing.

Responses Received: None.

Related Documents:

    A.    Order Granting Motion for Entry of an Order Shortening the Time for Notice of the Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Interest Purchase Agreement Between Ledger Holdings Inc., M 7 Holdings, LLC and Miami International Holdings, Inc. Under Seal and (B) Granting Related Relief [D.I. 1355, entered on April 26, 2023]

    B.    Notice of Motion Regarding Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Disclosure Schedules to the Interest Purchase Agreement Between Ledger Holdings Inc., M 7 Holdings, LLC and Miami International Holdings, Inc. Under Seal and (B) Granting Related Relief [D.I. 1357, filed on April 26, 2023]

    C.    **Notice of Revised Proposed Order [D.I. 1423, filed on May 4, 2023]**

Status: This matter is going forward.

| | |
|---|---|
| Dated: May 4, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |