**CASE NAME: *FTX Trading Ltd., et al.,***  **SIGN-IN SHEET**  **COURTROOM LOCATION: 5**
**CASE NO: 22-11068 (JTD)**  **DATE: 05/4/2023 at 1:00 p.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Howard W. Robertson IV | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 5/4/2023 (1:00 PM)

*****PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED*****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lisa Schweitzer | Cleary Gottlieb | MZ Holdings |
| Mike Busenkell | GSBB | "   "   "ings |
| Dan O'Brien | Venable LLP | OKCoin (OKC) |
| Jeff Sabin | " | " |
| Matthew Lunn | YCST | Comittee |
| Robert Poppiti | YCST | Comittee |
| PAUL HEATH | RLF | JPL's |
| Brett Bakemeyer | White & CASE | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM: 5**

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 5/4/2023 (1:00 PM)

***\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\****

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Juliet Sarkessian | U.S. Trustee | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1:00 pm     FTX Trading Ltd.     22-11068     Sale Hearing     5-4-2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| | | | |
| Stanton | McManus | United States | |
| Mia | Cooper | n/a (listen only) | |
| Mark | Hancock | Fee Examiner | Godfrey & Kahn |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards,  Layton & Finger,  P.A. |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Amish | Doshi | Oracle America,  Inc. | Doshi Legal Group,  PC |
| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Dawn | Giel | CNBC | CNBC |
| Edward | Schnitzer | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LP |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Lauren | Walker | Willkie Farr & Gallagher | |
| Daniel | Homrich | UCC | Jefferies |
| David | Kozlowski | Arrowpoint | Morrison Cohen LLP |
| Molly | White | n/a | |
| Abigail | Ryan | Texas State Securities Board & Texas Dept. of Banking | Office of the Texas Attorney General |
| Brian | Petrozak | Multicoin | Multicoin |
| Chad | Flick | n/a | |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition,  LLC | Cherokee Debt Acquisition,  LLC |

1:00 pm     FTX Trading Ltd.     22-11068     Sale Hearing     5-4-2023

| Howard | Michaels | Self | |
|---|---|---|---|
| Joshua | Porter | Certain Customers | Entwistle & Cappucci |
| Gabriela | Urias | Observing | |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Ken | Pasquale | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Sameen | Rizvi | Voyager Digital, Ltd. | Potter Anderson & Corroon LLP |
| Rahul | Sharma | interested observer | |
| Michael | Morris | Wisconsin Department of Financial Instutions | Wisconsin Department of Justice |
| Craig | Rasile | Interested Creditor | Winston & Strawn |
| Jason | Rosell | D1 Ventures Ltd. | Pachulski Stang Ziehl & Jones LLP |
| Max | Dawson | UCC | FTI consulting |
| Jasmine | Ball | Paradigm | Debevoise & Plimpton LLP |
| NONE | NONE | NONE | |
| Brian | Stout | 507 Capital LLC | |
| Jonathan | Grischuk | M7 Holdings, LLC | Gallagher, Briody & Butler |
| Dom | Brown | Self | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Derek | Abbott | BlockFi Inc. | Morris, Nichols, Arsht & Tunnell LLP |
| Gren | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Ruth | Ramjit | Observer | |
| Brian | Singleterry | BlockFi Inc. | Haynes and Boone, LLP |
| Nikolaos | Chagias | Party in Interest | |
| Mike | Legge | Reorg | |
| Emily Lam (Hong) | | Self | |
| Brian | Glueckstein | Debtors | Sullivan & Cromwell LLP |
| Laura | Shin | self/book | |
| Mark | Hurford | Celsius Network LLC | A.M. Saccullo Legal, LLC |

1:00 pm      FTX Trading Ltd.      22-11068      Sale Hearing      5-4-2023

| | | | |
|---|---|---|---|
| Daniel | Carrigan | Farmington State Bank | Baker Donelson Bearman Caldwell & Berkowitz PC |
| Andrew | Perry | Intersted Party | |
| Susan | Gummow | Interested Party | |
| Joshua | Markou | LedgerX | LedgerX |
| Dorothy | Zielinski | Interested observer | LedgerX LLC |
| Taylor | Harrison | Debtwire | |
| Mary | P | Interested observer | |
| Caroline | Salls | BankruptcyData - media | |
| Will | Bradley | Self | |
| EDUARDO | GARANHANI | Credor | |
| Erin | Schwartz | Interested Party | |
| Joe | Kamnik | M7 | |
| Gabriel | Camella | N/A | LedgerX |
| Gihoon | Jung | Creditor | HoonLabs |
| Jeremy | Koo | Cal. Dept. of Financial Protection and Innovation | |
| Daniel | Riggin | Daniel Riggin | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Runner | XBT | Creditor | |
| Therese | Scheuer | SEC (listen only) | |
| John | Jones | Creditor | |
| Dexter | Fish | Interested Observer | |
| Alan | Maza | SEC | |
| Zach | Dexter | Interested Observer | LedgerX |
| Alexa | D | Interested Observer | |
| Matt | Livingston | Certain Insurers | Foran Glennon |
| Uday | Gorrepati | N/A (ABI Project) | |
| Leslie | Pappas | Media | Law360.com |
| Austin | Viny | VonWin Capital | PrimeShares |
| David | Eisenberger | BCRS2 LLC | BCRS2 LLC |

1:00 pm      FTX Trading Ltd.      22-11068      Sale Hearing      5-4-2023

| James | Corcoran | AREX Capital Management | AREX Capital Management |
|---|---|---|---|
| Scott | Cousin | Evolve Bank and Trust | Cousins Law LLC |
| Veronica | Jedzejec | Interested Observer | |
| Matthew | Pierce | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Jaad | Coles | self | |
| Emily | MacKay | Paradigm | Debevoise |
| Ryan | Beil | FTX Digital Markets | |
| Jack | Amed | unsecured creditor | |
| Anne | Stukes | U.S. Commodity Futures Trading Commission | |
| Alex | van Voorhees | GGC International,  Limited | |
| David | Queroli | Bahamas JPLs | |
| Ryan | Hamilton | Unsecured Creditors Committee | Jefferies |
| Blake | McCarthy | Interested Observer | LedgerX |
| Tyler | Brady | Observer | |
| Dave | Winterstine | US COURTS | |
| | | | |