**<u>Exhibit B</u>**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/1/2023 | Nathaniel Nussbaum | Late night / weekend transportation | 11.93 | Taxi home working late on FTX |
| 3/1/2023 | Rohan Sindhwani | Late night / weekend transportation | 11.94 | Taxi home working late on FTX |
| 3/1/2023 | Geoffrey Posess | Late night / weekend transportation | 18.90 | Taxi home working late on FTX |
| 3/1/2023 | Kendyl Flinn | Late night / weekend transportation | 3.82 | Taxi home working late on FTX |
| 3/2/2023 | Kendyl Flinn | Late night / weekend transportation | 11.46 | Taxi home working late on FTX |
| 3/2/2023 | Rohan Sindhwani | Late night / weekend transportation | 21.70 | Taxi home working late on FTX |
| 3/2/2023 | Geoffrey Posess | Late night / weekend transportation | 17.92 | Taxi home working late on FTX |
| 3/2/2023 | Nathaniel Nussbaum | Late night / weekend transportation | 20.99 | Taxi home working late on FTX |
| 3/3/2023 | Kendyl Flinn | Late night / weekend transportation | 14.99 | Taxi home working late on FTX |
| 3/3/2023 | Rohan Sindhwani | Late night / weekend transportation | 12.43 | Taxi home working late on FTX |
| 3/3/2023 | Geoffrey Posess | Late night / weekend transportation | 23.92 | Taxi home working late on FTX |
| 3/4/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.93 | Taxi home working late on FTX |
| 3/6/2023 | Kendyl Flinn | Late night / weekend transportation | 10.62 | Taxi home working late on FTX |
| 3/6/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.06 | Taxi home working late on FTX |
| 3/7/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.91 | Taxi home working late on FTX |
| 3/7/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/7/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 17,667.50 | For professional services rendered and related expenses incurred through February 2023 |
| 3/8/2023 | Rohan Mekala | Late night / weekend transportation | 2.75 | Train fare: Work to Home |
| 3/8/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.89 | Taxi home working late on FTX |
| 3/9/2023 | Kendyl Flinn | Late night / weekend transportation | 9.00 | Taxi home working late on FTX |
| 3/9/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.99 | Taxi home working late on FTX |
| 3/10/2023 | Kendyl Flinn | Late night / weekend transportation | 10.44 | Taxi home working late on FTX |
| 3/10/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.47 | Taxi home working late on FTX |
| 3/11/2023 | Bruce Mendelsohn | Misc. expenses (supplies, wifi, etc.) | 8.00 | Wifi on flight |
| 3/12/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 3/13/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.82 | Taxi home working late on FTX |
| 3/13/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 3/14/2023 | Kendyl Flinn | Late night / weekend transportation | 13.09 | Taxi home working late on FTX |
| 3/14/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 3/15/2023 | Kendyl Flinn | Late night / weekend transportation | 10.93 | Taxi home working late on FTX |
| 3/15/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.35 | Taxi home working late on FTX |
| 3/15/2023 | Geoffrey Posess | Late night / weekend transportation | 22.92 | Taxi home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/15/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 9,634.04 | Datasite<br>Project Name: Focus Phase II VDR & File Share<br>Effective: 15-Dec-22 Term: 6 Months |
| 3/15/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 3/16/2023 | Kendyl Flinn | Late night / weekend transportation | 13.22 | Taxi home working late on FTX |
| 3/16/2023 | Rohan Sindhwani | Late night / weekend transportation | 19.93 | Taxi home working late on FTX |
| 3/17/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.93 | Taxi home working late on FTX |
| 3/18/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.07 | Taxi home working late on FTX |
| 3/19/2023 | Rohan Sindhwani | Late night / weekend transportation | 17.95 | Taxi home working late on FTX |
| 3/20/2023 | Kendyl Flinn | Late night / weekend transportation | 10.62 | Taxi home working late on FTX |
| 3/22/2023 | Rohan Mekala | Late night / weekend transportation | 2.75 | Train fare: Work to Home |
| 3/22/2023 | Kendyl Flinn | Late night / weekend transportation | 10.96 | Taxi home working late on FTX |
| 3/22/2023 | Laura Klaassen | Late night / weekend transportation | 40.69 | Taxi to client meeting |
| 3/22/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 3/23/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.94 | Taxi home working late on FTX |
| 3/23/2023 | Kendyl Flinn | Late night / weekend transportation | 19.96 | Taxi home working late on FTX |
| 3/24/2023 | Rohan Sindhwani | Late night / weekend transportation | 29.53 | Taxi to client meeting |
| 3/28/2023 | Kendyl Flinn | Late night / weekend transportation | 11.95 | Taxi home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 3/28/2023 | Rohan Sindhwani | Late night / weekend transportation | 15.85 | Taxi home working late on FTX |
| 3/29/2023 | Rohan Sindhwani | Late night / weekend transportation | 20.93 | Taxi home working late on FTX |
| 3/29/2023 | Rohan Mekala | Late night / weekend transportation | 32.35 | Taxi home working late on FTX |
| **Total** | | | **$28,096.34** | |

FTX 3.1.23 - 3.31.23 PWP Expenses / 4/25/2023 / 5:46 PM