**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(Feb. 1, 2023 to Feb. 28, 2023)**

4887-7430-3052 v.4
13948322v1

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | February 1, 2023 through February 28, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $17,667.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $21.50 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | Pending | Pending |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | Pending | Pending |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**DECEMBER 1, 2022 THROUGH AND INCLUDING DECEMBER 31, 2022**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 5.5 | $5,197.50 |
| M. Shane Johnson | Partner | 2012 | 2012 | $765.00 | .8 | $612.00 |
| **Partner Total** | | | | | **6.3** | **$5,809.50** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 17.3 | $10,639.50 |
| **Associate Total** | | | | | **17.3** | **$10,639.50** |
| Eliana Garfias | Paralegal | n/a | n/a | $345.00 | 3 | $1,035.00 |
| Mitzie L. Webb | Paralegal | n/a | n/a | $405.00 | .4 | $162.00 |
| **Paralegal Total** | | | | | **3.4** | **$1,197.00** |
| **GRAND TOTAL** | | | | | **27** | **$17,646.00** |

**Blended Hourly Rate:  $653.56**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**JANUARY 1, 2023 THROUGH AND INCLUDING JANUARY 31, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 27 | $17,646.00 |
| **TOTAL** | **27** | **$17,646.00** |

---

[1]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Computer Assisted Legal Research | n/a | $21.50 |
| | **TOTAL** | $21.50 |

---

[2]   Porter Hedges LLP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
13948322v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 546149 |
| Date | 03/07/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## Invoice Summary

| | |
|---|---|
| Professional Services | $17,646.00 |
| Disbursements | 21.50 |
| Total Current Invoice | $17,667.50 |
| **TOTAL AMOUNT DUE** | **$17,667.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 546149 |
| Date | 03/07/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

_____

For professional services rendered and related expenses incurred in the above-referenced matter through February 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/01/23 | MNY | Emails and call with Paul Hastings regarding resolution of amended engagement agreement language (.6); follow up emails with final drafts of retention documents to UCC, Debtors' counsel, and client (.6); send redline documents to debtors' counsel (.2); follow up with UCC regarding same (.1); coordinate final approval, execution and filing of Declaration (.6); coordinate final approval and execution of amended engagement agreement (.6). | 2.70 | 1,660.50 |
| 02/01/23 | JFH | Email UCC, UST, A. Kranzley and PWP regarding revisions to letter and order. | 0.70 | 661.50 |
| 02/01/23 | MSJ | Telephone conference with Committee counsel regarding PWP engagement letter (.1); discuss same with J. Higgins and M. Young-John (.1). | 0.20 | 153.00 |
| 02/02/23 | MNY | Compile and run redlines of amended engagement agreement and revised proposed order and circulate for filing (.9); email clients, Debtor's counsel and UST regarding same (.2); review and provide comments to the certificate of counsel for PWP retention (.3); emails with client regarding filing of same (.1); pull filed documents and circulate same to client (.1). | 1.60 | 984.00 |
| 02/02/23 | JFH | Numerous emails regarding UCC and order. | 0.60 | 567.00 |
| 02/06/23 | MNY | Attention to signed retention order (.1); review interim compensation order (.2); review retention materials and monthly fee statement materials to prepare monthly fee statements (.6). | 0.90 | 553.50 |
| 02/06/23 | JFH | Email regarding order (.2); several emails regarding fee statements (.3). | 0.50 | 472.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                3
Inv#         546149
Date        03/07/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/07/23 | MNY | Coordinate with M. Webb and E. Garfias regarding monthly fee statement preparation (.4); email A. Kranzley regarding timing of same (.1); attention to PH invoices for November and December monthly fee statement (.2). | 0.70 | 430.50 |
| 02/07/23 | EG | Correspondence with PH team on PWP's November and December monthly fee statements and begin preparing same. | 1.60 | 552.00 |
| 02/07/23 | JFH | Email regarding invoices and fee statement. | 0.30 | 283.50 |
| 02/08/23 | MNY | Emails with client regarding invoices for November and December (.3); coordinate deadlines with M. Webb and E. Garfias (.1); review invoices and coordinate with E. Moreland and J. Higgins regarding preparation of monthly fee statement (.4). | 0.80 | 492.00 |
| 02/08/23 | EG | Continue reviewing invoices and drafting monthly fee statements and circulate same for review. | 1.40 | 483.00 |
| 02/08/23 | MLW | Review docket, gather interim compensation order and circulate/docket deadlines. | 0.40 | 162.00 |
| 02/08/23 | JFH | Email regarding fee statements. | 0.30 | 283.50 |
| 02/09/23 | MNY | Email client regarding invoices (.1); update A. Kranzley regarding status (.1). | 0.20 | 123.00 |
| 02/09/23 | JFH | Email M. Young-John and K. Flinn regarding fee statements. | 0.40 | 378.00 |
| 02/11/23 | JFH | Email PWP regarding invoices. | 0.20 | 189.00 |
| 02/12/23 | MNY | Review invoices from client (.2); email client regarding same (.1); email E. Moreland regarding PH invoices (.1). | 0.40 | 246.00 |
| 02/13/23 | JFH | Email regarding fee statements. | 0.30 | 283.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 546149 |
| Date | 03/07/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/14/23 | MNY | Email debtors' counsel regarding timing of monthly fee applications (.1); attention to emails regarding invoices (.1); prepare November monthly fee statement (2.8); email J. Higgins and S. Johnson regarding same (.2). | 3.20 | 1,968.00 |
| 02/14/23 | JFH | Email regarding PWP fee statements and revisions (.3); email A. Kranzley regarding fee statements (.3). | 0.60 | 567.00 |
| 02/15/23 | MNY | Prepare December monthly fee statement (1.5); update November monthly fee statement (.5); several emails with client regarding same (.2); circulate same to debtors' counsel for comments (.2); call with M. Rahmani regarding expense statement (.1). | 2.50 | 1,537.50 |
| 02/15/23 | JFH | Email A. Kranzley and M. Young-John regarding fee statement and confidentiality. | 0.50 | 472.50 |
| 02/15/23 | MSJ | Telephone conference with M. Young-John regarding PWP's monthly fee statement and review drafts of same. | 0.60 | 459.00 |
| 02/16/23 | MNY | Review updated expense and time records from PWP and begin incorporating into updated statements (.9); email PWP regarding Nov. expense issue (.2). | 1.10 | 676.50 |
| 02/16/23 | JFH | Several emails regarding invoices and revisions. | 0.30 | 283.50 |
| 02/17/23 | MNY | Update November and December monthly fee statements (1.0); emails with PWP regarding same (.4). | 1.40 | 861.00 |
| 02/20/23 | MNY | Finalize and compile November and December monthly fee statements (.9); send same to Debtors' counsel for filing (.1). | 1.00 | 615.00 |
| 02/20/23 | JFH | Email regarding November and December fee statements. | 0.30 | 283.50 |
| 02/21/23 | MNY | Update and circulate November and December monthly fee statements for filing with wiring instructions. | 0.60 | 369.00 |
| 02/21/23 | JFH | Email A. Kranzley and M. Young-John regarding PWP fee statements. | 0.30 | 283.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 5 |
| Inv# | 546149 |
| Date | 03/07/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/22/23 | MNY | Send filed statements to client and request information to prepare January fee statement. | 0.20 | 123.00 |
| 02/28/23 | JFH | Email PWP regarding fee estimate (.1); email M. Young-John regarding PWP and Sidley regarding PWP fees (.1). | 0.20 | 189.00 |
| **Total Services** | | | **27.00** | **$17,646.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 5.50 | 945.00 | 5,197.50 |
| MSJ | M. Shane Johnson | Partner | 0.80 | 765.00 | 612.00 |
| MNY | Megan N. Young-John | Associate | 17.30 | 615.00 | 10,639.50 |
| EG | Eliana Garfias | Paralegal | 3.00 | 345.00 | 1,035.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.40 | 405.00 | 162.00 |

## Disbursements Summary

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 21.50 |
| **Total Disbursements** | **$21.50** |

| | |
|---|---|
| **Invoice Total** | **$17,667.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 546149 |
| Date | 03/07/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## REMITTANCE PAGE

**Invoice Total**                                                    **$17,667.50**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

    Dept. 510
    P.O. Box 4346
    Houston, Texas 77210-4346

**By wire:**

    **Financial**      Amegy Bank of Texas
                  1801 Main Street
                  Houston, TX 77002

    **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

    **Swift Address for International Wires:**  ZFNBUS55

    **PORTER HEDGES LLP Operating Account:**  5791152449

    **Reference:**  017741-0001