# EXHIBIT A

**Third Amended OCP List**

**Annex 1**

**Ordinary Course Professionals List Subject to Tier 1 OCP Cap Amount**

| Name | Professional Services | Work Description |
|---|---|---|
| Abrams & Bayliss LLP | Legal | Delaware local counsel providing support in the Grayscale litigation |
| Anderson Mori & Tomotsune | Legal | Japanese local counsel providing support regarding Japanese local law |
| Antis Triantafyllides & Sons LLC | Legal | Cyprus local counsel providing support regarding Cyprus local law |
| BlackOak LLC | Legal | Singapore local counsel providing support regarding Singapore local law |
| Covington & Burling LLP | Legal | Pool counsel |
| King & Wood Mallesons | Legal | Hong Kong local counsel providing support regarding Hong Kong local law |
| Lenz & Staehelin | Legal | Switzerland local counsel providing support regarding Switzerland local law |
| Peter D. Maynard, Counsel & Attorneys | Legal | Bahamas local counsel providing support regarding Bahamas local law |
| Walkers (Cayman) LLP | Legal | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law |

-2-

## Annex 2[1]

### Ordinary Course Professionals List Subject to Tier 2 OCP Cap Amount

| Name | Professional Services | Work Description |
|---|---|---|
| CBD Legal Services | Legal | Antigua local counsel providing support regarding Antigua local law |
| Clayton Utz | Legal | Australia local counsel providing support regarding Australia local law |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | Legal | Turkey local counsel providing support regarding Turkey local law |
| Hamel-Smith Carribean | Legal | Antigua local counsel providing support regarding Antigua local law |
| McCarthy Tétrault LLP | Legal | Canada local counsel providing support regarding Canada local law |

---

[1] On February 28, 2023, Lowenstein Sandler LLP withdrew as OCP to the Debtors.

4873-0187-0689 v.2

**Annex 3**

**Ordinary Course Professionals List Subject to Tier 3 OCP Cap Amount**

| Name | Professional Services | Work Description |
|---|---|---|
| Advokatur Sprenger+Partner | Legal | Liechtenstein local counsel providing support regarding Liechtenstein local law |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | Legal | Indonesia local counsel providing support regarding Indonesia local law |
| Anthony Waddy Astaphan | Legal | Antigua local counsel providing support regarding Antigua local law |
| Appleby | Legal | Seychelles local counsel providing support regarding Seychelles local law |
| Arias, Fábrega & Fábrega | Legal | Panama local counsel providing support regarding Panama local law |
| Arthur Cox LLP | Legal | Ireland local counsel providing support regarding Ireland local law |
| Bowmans | Legal | South Africa local counsel providing support regarding South Africa local law |
| Gorriceta Africa Cauton & Saavedra | Legal | Philippines local counsel providing support regarding Philippines local law |
| Grant Thornton | Tax Services | Accounting and tax advisor in Vietnam |
| Groom Law Group | Legal | ERISA advice |
| Harney Westwood & Riegels LLP | Legal | Cayman Islands local counsel providing support regarding Cayman Islands local law |
| Hadef & Partners LLC | Legal | United Arab Emirates local counsel providing support regarding United Arab Emirates local law |
| Kim & Chang | Legal | South Korea local counsel providing support regarding South Korea local law |
| Lane IP | Legal | Trademark maintenance and prosecution in the UK and EU |

| | | |
|---|---|---|
| Lexcomm Vietnam LLC | Legal | Vietnam local counsel providing support regarding Vietnam local law |
| Link Partners Law Firm | Legal | Japanese local counsel providing support regarding Japan local law |
| Olaniwun Ajayi LP | Legal | Nigeria local counsel providing support regarding Nigeria local law |
| S&N Partners | Legal | Japanese local counsel providing support regarding Japan local law |
| Schurti Partners Attorneys at Law Ltd | Legal | Liechtenstein local counsel providing support regarding Liechtenstein local law |
| Shardul Amarchand Mangaldas & Co | Legal | India local counsel providing support regarding India local law |
| TSN Limited | Legal | Gibraltar local counsel providing support regarding Gibraltar local law |

-4-