IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF DEPOSITION OF EDGAR W. MOSLEY II**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves, the Joint Provisional Liquidators and Foreign Representatives of FTX Digital Markets Ltd. will take the deposition by oral examination of Edgar W. Mosley II on May 15, 2023, at 11:30 a.m. (ET) at the office of White & Case LLP, 1221 Avenue of the Americas, New York, 10020 or at such other date and location as the parties may agree. The deposition will take place in connection with the *Debtors' Objection to Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in The Supreme Court of The Commonwealth of The Bahamas Seeking Resolution of Non-U.S. Law and Other Issues* [D.I. 1409]. The deposition will proceed before an officer authorized by law to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided here. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 28989823v.1

Dated: May 9, 2023

/s/ Brendan J. Schlauch
RICHARDS, LAYTON & FINGER, P.A.      WHITE & CASE LLP

Kevin Gross (No. 209)                Jessica C. Lauria (admitted *pro hac vice*)
Paul N. Heath (No. 3704)             J. Christopher Shore (admitted *pro hac vice*)
Brendan J. Schlauch (No. 6115)       Brian D. Pfeiffer (admitted *pro hac vice*)
David T. Queroli (No. 6318)          Mark Franke (admitted *pro hac vice*)
One Rodney Square                    Brandon Batzel (admitted *pro hac vice*)
920 N. King Street                   Brett L. Bakemeyer (admitted *pro hac vice*)
Wilmington, DE 19801                 1221 Avenue of the Americas
Telephone: (302) 651-7700            New York, NY 10020
Facsimile: (302) 651-7701            Telephone: (212) 819-8200
gross@rlf.com                        jessica.lauria@whitecase.com
heath@rlf.com                        cshore@whitecase.com
schlauch@rlf.com                     brian.pfeiffer@whitecase.com
queroli@rlf.com                      mark.franke@whitecase.com
                                     brandon.batzel@whitecase.com
                                     brett.bakemeyer@whitecase.com

-and-

                                     Thomas E Lauria (admitted *pro hac vice*)
                                     Richard S. Kebrdle (admitted *pro hac vice*)
                                     200 South Biscayne Boulevard, Suite 4900
                                     Miami, FL 33131
                                     Telephone: (305) 371-2700
                                     tlauria@whitecase.com
                                     rkebrdle@whitecase.com

*Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (in Provisional Liquidation)*