# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) (Lead Case) <br> ) <br> ) (Jointly Administered) <br> ) |
| FTX TRADING LTD., *et al.*,[1] | |
| Debtors. | |

**CERTIFICATE OF NO OBJECTION REGARDING ENTRY OF FINAL ORDER (I) AUTHORIZING JOINT ADMINISTRATION OF THE EMERGENT DEBTOR'S CHAPTER 11 CASE AND (II) GRANTING RELATED RELIEF**

Jody C. Barillare as counsel to Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Emergent Debtor"), hereby certifies as follows:[2]

1.  On February 28, 2023, the Emergent Debtor moved for entry of an order authorizing the joint administration of the Emergent Chapter 11 Case with the FTX Chapter 11 Cases. *See* D.I. 38, Case No. 23-10149.

2.  On March 14, 2023, the Court held a hearing to consider, among other things, the Joint Administration Motion and granted the relief sought in the Motion.

3.  On April 10, 2023, the Court entered an interim order authorizing the joint administration in each of the Emergent Chapter 11 Case and the leading FTX Chapter 11 Case (the "Interim Order") [D.I. 88, Case No. 23-10149 and D.I. 1246, Case No. 22-11068].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Emergent Debtor's *Motion for Entry of an Order (I) Authorizing Joint Administration of its Chapter 11 Case and (II) Granting Related Relief* (the "Joint Administration Motion") [D.I. 38, Case No. 23-10149].

4. Pursuant to the Interim Order, on April 10, 2023, the Emergent Debtor and the FTX Debtors served the Interim Order, the Joint Administration Motion, and the supporting declaration on all parties that requested notice in the Emergent Chapter 11 Case and the FTX Chapter 11 Cases pursuant to Bankruptcy Rule 2002. *See* D.I. 1259, Case No. 22-11068.

5. The final hearing on the Joint Administration Motion is set for May 17, 2023. *See* Interim Order ¶ 2. The deadline for filing a response to entry of a final order on the Joint Administration Motion was April 24, 2023 (the "Objection Deadline"). *See id*. ¶ 5.

6. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline, and to the best of the knowledge of the undersigned counsel, no responsive pleading or objection has been filed with the Court on the docket of the Emergent Chapter 11 Case or the FTX Chapter 11 Cases.

7. Accordingly, the Emergent Debtor respectfully requests that the Court enter an order granting the Joint Administration Motion on a final basis, substantially in the form attached hereto **Exhibit A** (the "Proposed Final Order"), and vacate the May 17, 2023 hearing on the Joint Administration Motion. Attached hereto as **Exhibit B** is a redline reflecting the changes from the Interim Order.

8. The Emergent Debtor circulated the Proposed Final Order to counsel of record for the FTX Debtors and the United States Trustee. The FTX Debtors and the United States Trustee have no objection to entry of the Proposed Final Order.

[*Signature page to follow*]

| | |
|---|---|
| Dated: May 9, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |