# **CERTIFICATE OF SERVICE**

      I, Jody C. Barillare, hereby certify that on May 9, 2023, I caused to be served copies of the *Certificate of No Objection Regarding Entry of Final Order (I) Authorizing Joint Administration of the Emergent Debtor's Chapter 11 Case and (II) Granting Related Relief* to all parties consenting to service through the Court's CM/ECF system and via electronic mail to the extent email addresses are available.

Dated: May 9, 2023  
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com