## **CERTIFICATE OF SERVICE**

      I, David T. Queroli, hereby certify that on May 9, 2023, I caused a copy of the foregoing *Notice of Service* to be served upon the counsel below in the manner indicated.

**VIA EMAIL**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
mlunn@ycst.com
rpoppiti@ycst.com

**VIA EMAIL**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kransleya@sullcrom.com

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Gabriel E. Sasson, Esq.
Isaac S. Sasson, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
krishansen@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com

      */s/ David T. Queroli*
  David T. Queroli (No. 6318)

RLF1 28968797v.1