IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : : : | Chapter 11 |
|  | : : | |
| FTX TRADING LTD., *et al.*,[1] | : : | Case No. 22-11068 (JTD) (Jointly Administered) |
|  | : : | |
| Debtors. | : | Re:  D.I. 1467 |

**CERTIFICATE OF SERVICE**

      I, Juliet Sarkessian, certify that on May 9, 2023, I served a copy of the *United States Trustee's Omnibus Objection to (A) Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals, and (B) the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) The Verified Statement of Eversheds Sutherland (US) LLP and Morris Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) The Supporting Declaration* [D.I. 1467] in the above-entitled action through the CM/ECF notification system, with courtesy copies by e-mail on May 10, 2023, upon the following via e-mail:

Kimberly A. Brown
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Kristopher M. Hansen, Esq.<br>Kenneth Pasquale, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>kenpasquale@paulhastings.com | Robert F. Poppiti, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: rpoppiti@ycst.com |
| Eric D. Schwartz, Esq.<br>Paige N. Topper, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19899-1347<br>Email: eschwartz@morrisnichols.com<br>ptopper@morrisnichols.com | Sarah E. Paul, Esq.<br>Eversheds Sutherland<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, NY 10036-7703<br>Email: sarahpaul@eversheds-sutherland.com |
| Erin Broderick, Esq.<br>Eversheds Sutherland<br>227 West Monroe Street, Ste. 6000<br>Chicago, IL 60606<br>Email: erinbroderick@eversheds-sutherland.com | David Wender, Esq.<br>Eversheds Sutherland<br>999 Peachtree Street, NE<br>Suite 2300<br>Atlanta, Ga 30309-3996<br>Email: davidwender@eversheds-sutherland.com |
| Julie G. Kapoor, Esq.<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, NW, Ste. 700<br>Washington, DC 20006-5215<br>Email: kapoorj@sullcrom.com | |

Dated: May 10, 2023   By: */s/ Juliet Sarkessian*
      Wilmington, Delaware    Juliet Sarkessian
     Trial Attorney
     United States Department of Justice
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 N. King Street, Room 2207, Lockbox 35
     Wilmington, DE 19801
     (302) 573-6491
     juliet.m.sarkessian@usdoj.gov