**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

     I, Daniel A. O'Brien, hereby certify that on the 10th day of May 2023, a true and correct copy of the foregoing *Statement of the Ad Hoc Group of Customers in Partial Support of the Motion of the Joint Provisional Liquidators for a Determination that the Debtors' Automatic Stay Does Not Apply to, or in the Alternative, for Relief from the Stay for Filing of, the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-U.S. Law and Other Issues* was served on the parties below in the manner(s) indicated and all ECF participants in this case were served electronically through the Court's ECF noticing system.

                                                  */s/ Daniel A. O'Brien*
                                                  Daniel A. O'Brien (No. 4897)

**Via First Class U.S. Mail**

Adam G. Landis
Kimberly A. Brown
Landis Rath & Cobb LLP
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801

Matthew B. Lunn
Robert F. Poppiti, Jr.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Juliet Sarkessian
Benjamin Hackman
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

Kevin Gross
Paul N. Heath
One Rodney Square
920 N. King Street
Wilmington, DE 19801