# EXHIBIT A

## April 2023 De Minimis Asset and Fund Asset Sales

| | | |
|---|---|---|
| **Sale Date** | April 3, 2023 | April 24, 2023 |
| **De Minimis Asset or Fund Asset** | $200,000 SAFE in Anysphere, Inc. | Limited Partnership Interests in VY Space II, L.P. |
| **Debtor (Silo)** | Clifton Bay Investments LLC (Ventures Silo) | Maclaurin Investments Ltd. (Alameda Silo) |
| **Purchaser** | Anysphere, Inc. | University of Wisconsin Foundation |
| **Purchaser Relationship to Debtors** | None | None |
| **Purchase Price** | $200,000 | $8,371,524.20 |
| **Confirmed Investment Value** | $200,000 | N/A |
| **Commissions, Fees or Other Expenses** | None | None |
| **Funded Capital Commitment** | N/A | $8,079,879 |
| **Unfunded Capital Commitment** | N/A | $319,995 |