IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2023, true and correct copies of the *Debtors' Responses and Objections to Joint Provisional Liquidators' Requests for Production of Documents* and *Debtors' Second Request for Production of Documents to Joint Provisional Liquidators of FTX Digital Markets Ltd.* were caused to be served upon the following counsel in the manner indicated below.

Dated: May 11, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew B. McGuire
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0070846.3}

| **Via Electronic Mail** | **Via Electronic Mail** |
|---|---|
| J. Christopher Shore | Jason Zakia |
| Brian D. Pfeiffer | WHITE & CASE LLP |
| Alice Tsier | 111 South Wacker Drive |
| WHITE & CASE LLP | Suite 5100 |
| 1221 Avenue of the Americas | Chicago, Illinois 60606-4302 |
| New York, NY 10020 | Telephone: (312) 8815400 |
| Telephone: (212) 819-8200 | Email: jzakia@whitecase.com |
| Email: cshore@whitecase.com | |
|       brian.pfeiffer@whitecase.com | |
|       alice.tsier@whitecase.com | |