# CERTIFICATE OF SERVICE

I, Michael A. Ingrassia, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on May 12, 2023, in the manner indicated on the counsel below.

Date: May 12, 2023
       Wilmington, Delaware

                                                */s/ Michael A. Ingrassia*
                                                Michael A. Ingrassia (No. 7068)

***VIA EMAIL & CM/ECF***

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
T: 302-467-4400
F: 302-467-4450
Email:   landis@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
          rpoppiti@ycst.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Krantzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email:   dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gleucksteinb@sullcrom.com
          krantzleya@sullcrom.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
Samantha Martin
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
          erezgilad@paulhastings.com
          gabesasson@paulhastings.com
          samanthamartin@paulhastings.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Juliet M. Sarkessian
Benjamin A. Hackman
Trial Attorneys
Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
Email:  juliet.m.sarkessian@usdoj.gov
            benjamin.a.hackman@usdoj.gov

**FINGER & SLANINA, LLC**
David L. Finger
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
Email:  dfinger@delawgroup.com

**THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**
Katie Townsend (pro hac vice)
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
Email:   ktownsend@rcfp.org