**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | : <br> : <br> : Chapter 11 <br> : <br> : <br> : <br> FTX TRADING LTD., *et al.*,[1]         : Case No. 22-11068 (JTD) <br> : (Jointly Administered) <br> : <br> Debtors.      : Re: D.I. 1477 |

| *In re* | : |
|---|---|
| | : |
| | : Chapter 11 |
| | : |
| FTX TRADING LTD., *et al.*,[1] | : |
| | : Case No. 22-11068 (JTD) |
| | : (Jointly Administered) |
| | : |
| Debtors. | : Re: D.I. 1477 |

## CERTIFICATE OF SERVICE

       I, Juliet Sarkessian, certify that on May 11, 2023, I served a copy of the *United States Trustee's Objection to the Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Kimberly A. Brown
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
kenpasquale@paulhastings.com

Robert F. Poppiti, Jr., Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
Email: rpoppiti@ycst.com

Eric D. Schwartz, Esq.
Paige N. Topper, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19899-1347
Email:  eschwartz@morrisnichols.com
ptopper@morrisnichols.com

Sarah E. Paul, Esq.
Eversheds Sutherland
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703
Email:  sarahpaul@eversheds-sutherland.com

Erin Broderick, Esq.
Eversheds Sutherland
227 West Monroe Street, Ste. 6000
Chicago, IL 60606
Email:  erinbroderick@eversheds-
sutherland.com

David Wender, Esq.
Eversheds Sutherland
999 Peachtree Street, NE
Suite 2300
Atlanta, Ga 30309-3996
Email: davidwender@eversheds-
sutherland.com

Julie G. Kapoor, Esq.
Sullivan & Cromwell LLP
1700 New York Avenue, NW, Ste. 700
Washington, DC 20006-5215
Email:  kapoorj@sullcrom.com

Dated: May 15, 2023
          Wilmington, Delaware

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov