-1-

### EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| DCP Master Investments XIV LLC<br>Name of Transferee<br>Phone: 212-655-1419<br>Last Four Digits of Acct #: N/A | Animoca Brands Limited<br>Name of Transferor<br>Phone: (852) 98691140<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>DCP Master Investments XIV LLC<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>Phone: 212-655-1419<br>Email: srao@diametercap.com | Claim No: 1711<br>Unit 417-421 Level 4, Cyberport 1, 100 Cyberport Road, Hong Kong<br><br>Date Filed: April 24, 2023<br><br>Total Amount of Claim: $33,232,333.16<br>Transferred Amount of Claim: $33,232,333.16 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_____    Date: May 11, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## FORM OF EVIDENCE OF TRANSFER OF CLAIM –
## PROOF OF CLAIM NUMBER 1711

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Animoca Brands Limited, with offices located at Unit 417-421, Level 4, Cyberport 1, 100 Cyberport Road, Hong Kong (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to DCP Master Investments XIV LLC with offices located at 55 Hudson Yards, Suite 29B, New York NY 10001 (the "Buyer") a value of $33,232,333.16 of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Claim No. 1711 and filed in the original liquidated face claim amount of $33,232,333.16, that was asserted against FTX Trading Ltd. and each of its debtor and non-debtor affiliates (collectively, "**FTX**"), including, but not limited to, FTX Digital Markets Ltd (the "Bankruptcy Cases") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim.  Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

KL2 3327395.1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of May, 2023.

**SELLER**:

**Animoca Brands Limited**, as Seller

By: _____
Name: Yat Siu
Title: Director

**BUYER**:

**DCP Master Investments XIV LLC**, as Buyer

By: Diameter Capital Partners LP, solely as its investment manager

By: _____
Name: Shailini Rao
Title: General Counsel & CCO