# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF JAMES E. SCOTT
## AS OWNER OF JES37, LLC

I, James E. Scott, hereby declare pursuant to Rule 2014(a) of the Bankruptcy Rules[2] as follows:

1. I am a tax professional and retired EY LLP Partner. I submit this supplemental declaration (the "Supplemental Declaration") in connection with the Application of the Debtors to retain EY LLP as their tax services provider, *nunc pro tunc* to November 28, 2022 [Docket No. 284]. This Supplemental Declaration supplements the disclosures set forth in my original declaration that was filed with this Court on January 24, 2023 [Docket No. 559] (the "Original Declaration").

2. The facts set forth in this Supplemental Declaration are based upon my personal knowledge and upon information and belief.

3. My Original Declaration accurately stated that I was the sole owner of JES. My wife Catherine Scott recently became a minority owner of JES.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Terms defined in the Original Declaration have the same definitions herein.

4. Ms. Scott will not personally provide services to the Debtors in these Chapter 11 cases.

5. Ms. Scott reviewed the names of the Parties in Interest set forth in the PIIL discussed in my Original Declaration. Ms. Scott has not provided any services to any of those Parties in Interest.

6. To the best of my knowledge, information and belief, Ms. Scott has not rendered any services to Parties in Interest that have been in connection with the Debtors or these chapter 11 cases.

7. Ms. Scott has in the past and may continue to purchase goods and/or services from various entities on the PIIL. All such relationships are unrelated to the debtors and these chapter 11 cases. Ms. Scott does not directly hold any debt or equity securities of the Debtors. Ms. Scott may hold interests in mutual funds or other investment vehicles that may own securities of the Debtors or Parties in Interest from time to time, but Ms. Scott is not currently aware of any such holdings and does not control the investment decisions of any such mutual funds or other investment vehicles.

8. To the best of my knowledge, information and belief, Ms. Scott has no connections to the Bankruptcy Judges in this District, the United States Trustee for the region in which these chapter 11 cases are pending, or any person employed in the Office of the United States Trustee in the city in which these chapter 11 cases are pending as identified in the PIIL.

9. Despite the efforts described above to identify and disclose connections with Parties in Interest, because the Debtors are a large enterprise with numerous creditors and other relationships, Ms. Scott is unable to state with certainty that every client representation or other

connection with Parties in Interest has been disclosed herein.  If Ms. Scott discovers additional information that requires disclosure, I will file supplemental disclosures with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  May 15, 2023

*/s/ James E. Scott*
**James E. Scott**
