

United States Bankruptcy Court
District of Delaware

In re FTX Trading et al                                         Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **Blue Basin Ventures LLC** |
| Address on File | 3172 N Rainbow Blvd #26642<br>Las Vegas, NV 89108<br>ftx@bluebasin.net |

**Proof of Claim #**   1332

Unique Customer Code: 00508814

**Transferred Claim Amount**   $236,000.00

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
/s/ [signature]
7AA9050924E5416...

Transferee                                                                03/10/2023
                                                                          Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00508814
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ETH[150.6457669012095000]
ETHW[0.0000000060000000]
FTT[0.0226810000000000]
LUNA2[20.2792607600000000]
LUNA2_LOCKED[47.3182751100000000]
LUNC[4415090.8888068000000000]
RAY[1.0000000000000000]
RUNE[0.0759798239000000]
SRM[0.8266360000000000]
USD[42698.7960078228559517]
USTC[0.4946000000000000]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055