## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*,[1] | (Jointly Administered) |
| | **Re: Docket Nos. 1458 & 1463** |
| Debtors. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Brendan J. Schlauch, hereby certify that on May 9, 2023, I caused a copy of the following to be served upon the attached service list via e-mail (where available) and/or First Class Mail:

*Notice of Deposition of Edgar W. Mosley II* [Docket No. 1458]

*Amended Notice of Deposition of Edgar W. Mosley II* [Docket No. 1463]

*/s/ Brendan J. Schlauch*
Brendan J. Schlauch (No. 6115)

---

[1]    The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "U.S. Debtors") and the last four digits of their federal tax identification numbers is not provided here. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

FDM JPL Notice List

| Chapter 11 Debtors | |
|---|---|
| Landis Rath & Cobb LLP | 919 MARKET STREET, SUITE 1800<br>WILMINGTON, DELAWARE 19801<br>ATTN: ADAM G. LANDIS<br>LANDIS@LRCLAW.COM<br>KIMBERLY A. BROWN<br>BROWN@LRCLAW.COM<br>MATTHEW R. PIERCE<br>PIERCE@LRCLAW.COM |
| Sullivan & Cromwell LLP | 125 BROAD STREET<br>NEW YORK, NEW YORK 10004<br>ATTN: ANDREW G. DIETDERICH,<br>DIETDERICHA@SULLCROM.COM<br>JAMES L. BROMLEY,<br>BROMLEYJ@SULLCROM.COM<br>BRIAN D. GLUECKSTEIN,<br>GLUECKSTEINB@SULLCROM.COM<br>ALEXA J. KRANZLEY,<br>KRANSLEYA@SULLCROM.COM |

| Chapter 15 Debtors | |
|---|---|
| FTX Digital Markets Ltd. (In Provisional Liquidation) | 3 BAYSIDE EXECUTIVE PARK<br>NASSAU, THE BAHAMAS<br>ATTN: BRIAN C. SIMMS,<br>BSIMMS@LENNOXPATON.COM<br>KEVIN G. CAMBRIDGE,<br>KEVIN.CAMBRIDGE@PWC.COM<br>PETER GREAVES,<br>PETER.GREAVES@HK.PWC.COM |

| Parties Authorized to Administer Foreign Proceedings | |
|---|---|
| FTX Australia Pty Ltd. & FTX Express Pty Ltd. (In Voluntary Administration) | CHIFLEY TOWER<br>LEVEL 5, 2 CHIFLEY SQUARE<br>SYNDEY NSW2000<br>AUSTRALIA<br>GPO BOX 2523<br>SYDNEY NSW 2001<br>NASSAU, THE BAHAMAS<br>ATTN: SCOTT LANGDON,<br>SLANGDON@KORDAMENTHA.COM<br>ATTN: JOHN MOUAWAD,<br>JMOUAWAD@KORDAMENTHA.COM<br>ATTN: RAHUL GOYAL,<br>RGOYAL@KORDAMENTHA.COM |
| Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd. | Jody C. Barillare (Bar No. 5107)<br>Morgan, Lewis & Bockius LLP<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Facsimile: (302) 574-3001<br>jody.barillare@morganlewis.com<br><br>Joshua Dorchak<br>David K. Shim<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com<br><br>John C. Goodchild III<br>Matthew C. Ziegler<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com |

| Government Agencies | |
|---|---|
| Office of the United States Trustee for the District of Delaware | 844 KING STREET, ROOM 2207 LOCKBOX #35 WILMINGTON, DE 19899-0035 ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI JULIET.M.SARKESSIAN@USDOJ.GOV BENJAMIN.A.HACKMAN@USDOJ.GOV DAVID.GERARDI@USDOJ.GOV |
| The United States Securities and Exchange Commission (Headquarters) | 100 F ST NE WASHINGTON, DC 20549 SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (Division of Enforcement) | David S. Brown BrownDav@sec.gov Amy Flaherty Hartman hartmana@sec.gov Michael Brennan brennanmi@sec.gov Therese A. Scheuer scheuert@sec.gov |
| The United States Securities and Exchange Commission (Philadelphia Regional Office) | ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 ATTN: BANKRUPTCY DEPT, SECBANKRUPTCY@SEC.GOV |
| The United States Securities and Exchange Commission (New York Regional Office) | 100 Pearl Street, Suite 20-100 New York, New York 10004 (212) 336-0153 (Stewart) BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| The United States Department of Justice | 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530-0001 ATTN: BANKRUPTCY DEPT |
| The United States Department of Justice | WARD W. BENSON Trial Attorney, Tax Division U.S. Department of Justice P.O. Box 227, Ben Franklin Station Washington, DC 20044 Tel: (202) 514-9642 Fax: (202) 514-6866 Email: ward.w.benson@usdoj.gov |

| The Commodity Futures Trading Commission | Commodity Futures Trading Commission<br>Ralph Metcalfe Federal Office Building<br>77 W. Jackson, Suite 800<br>Chicago, Illinois 60604<br>(312) 596-0700<br>(312) 596-0714 (fax)<br><br>Nina Ruvinsky, Senior Trial Attorney<br>nruvinsky@cftc.gov<br>Carlin Metzger, Senior Trial Attorney<br>cmetzger@cftc.gov<br>Elizabeth N. Pendleton, Chief Trial Attorney<br>ependleton@cftc.gov<br>Robert T. Howell, Deputy Director<br>rhowell@cftc.gov<br><br><br>John C. Murphy, Local Counsel<br>jmurphy@cftc.gov<br>290 Broadway, 6th Floor<br>New York, NY 10007<br>646-746-9700<br>646-746-9888 (fax) |
| The Securities Commission of the Bahamas | POINCIANA HOUSE, NORTH BUILDING,<br>2ND FLOOR 31A EAST BAY STREET<br>P.O. BOX N-8347<br>NASSAU, THE BAHAMAS<br>ATTN: PRESIDENT OR GENERAL<br>COUNSEL<br>INFO@SCB.GOV.BS |

| Parties with Notice of Appearances Filed | |
|---|---|
| **Party** | **Service Address** |
| **BitGo Trust Company**<br>Cleary Gottlieb Steen & Hamilton LLP | Jane VanLare, Esq.<br>Brandon M. Hammer, Esq.<br>One Liberty Plaza<br>New York, NY 10006<br>Tel: (212) 225-2872<br>Fax: (212) 225-3999<br>Email(s): jvanlare@cgsh.com<br> bhammer@cgsh.com |
| **BitGo Trust Company**<br>Ashby & Geddes, P.A. | Ricardo Palacio, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: RPalacio@ashbygeddes.com |
| **Washington State Department of Financial Institutions**<br>Office of the Attorney General for Washington | Stephen Manning<br>Assistant Attorney General<br>Office of the Attorney General of Washington<br>Government Compliance and Enforcement<br>Division<br>P. O. Box 40100<br>Olympia, WA 98504-4010<br>Phone: 360-534-4846<br>Fax: 360-664-0229<br>stephen.manning@atg.wa.gov |

| | |
|---|---|
| **Ad Hoc Committee of Non-US Customers of FTX.com**<br>EVERSHEDS SUTHERLAND (US) LLP | Peter A. Ivanick<br>Sarah E. Paul<br>Philip H. Ehrlich<br>Lynn W. Holbert<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com<br>philipehrlich@eversheds-sutherland.com<br>lynnholbert@eversheds-sutherland.com<br><br>Erin E. Broderick<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Mark D. Sherrill<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>marksherrill@eversheds-sutherland.com<br><br>Andrea L. Gordon<br>700 Sixth Street NW, Suite 700,<br>Washington, District of Columbia<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>andreagordon@eversheds-sutherland.com |
| **Ad Hoc Committee of Non-US Customers of FTX.com**<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Matthew B. Harvey<br>Paige N. Topper<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com |

| | |
|---|---|
| **Celsius Network LLC**<br>Saccullo Legal | Anthony M. Saccullo<br>Mary E. Augustine<br>27 Crimson King Drive<br>Bear, Delaware 19701<br>(302) 836-8877<br>(302) 836-8787 (facsimile)<br>ams@saccullolegal.com<br>meg@saccullolegal.com |
| **Voyager Digital LLC, and affiliates**<br>Potter Anderson & Corroon LLP | Christopher M. Samis<br>Aaron H. Stulman<br>Sameen Rizvi<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>astulman@potteranderson.com<br>srizvi@potteranderson.com |
| **Illinois Department of Financial &**<br>**Professional Regulation**<br>Office of the Illinois Attorney General | John P. Reding<br>Office of the Illinois Attorney General<br>100 W. Randolph St., Suite 13-225<br>Chicago, Illinois 60601<br>Phone: (312) 848-5380<br>john.reding@ilag.gov |
| **Georgia Department of Banking and**<br>**Finance**<br>Office of the Georgia Attorney General | Amy L. Patterson<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Telephone: (404) 458-3567<br>apatterson@law.ga.gov |
| **Evolve Bank & Trust**<br>Cousins Law LLC | Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>COUSINS LAW LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Phone: (302) 824-7081<br>E-Mail: scott.cousins@cousins-law.com<br> scott.jones@cousins-law.com |

| | |
|---|---|
| **Evolve Bank & Trust**<br>Butler Snow LLP | Martin Sosland<br>BUTLER SNOW LLP<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>Phone: (469) 680-5502<br>E-Mail: martin.sosland@butlersnow.com<br><br>James E. Bailey III<br>Robert Campbell Hillyer<br>BUTLER SNOW LLP<br>Crescent Center, Suite 500<br>6075 Poplar Avenue<br>P.O. Box 171443<br>Memphis, TN 38187<br>Phone: (901) 680-7347<br>E-Mail: jeb.bailey@butlersnow.com<br>cam.hillyer@butlersnow.com |
| **Texas Department of Banking**<br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512-463-2173<br>Fax: 512-936-1409<br>roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |
| **Texas State Securities Board**<br>Texas Office of the Attorney General | Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Assistant Attorneys General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>Phone: 512-463-2173<br>Fax: 512-936-1409<br>roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov |

| | |
|---|---|
| **U.S. Department of Justice** | Seth B. Shapiro<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW – 7th Floor<br>Room 7114<br>Washington DC, 20005<br>(202) 514-7164 (direct)<br>seth.shapiro@usdoj.gov<br><br>Stanton C. McManus<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Room 7208<br>Washington DC, 20005<br>(202) 307-5832 (direct)<br>(202) 514-9163 (fax)<br>stanton.c.mcmanus@usdoj.gov |
| **The United States Internal Revenue Service** | ELISABETH M. BRUCE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>202-598-0969 (t)<br>202-514-6866 (f)<br>Elisabeth.M.Bruce@usdoj.gov |

| **Digital Augean, LLC**<br>Venable LLP | Daniel A. O'Brien<br>VENABLE LLP<br>1201 N. Market St.<br>Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 298-3535<br>Fax: (302) 298-3550<br>daobrien@venable.com<br><br>Jeffrey S. Sabin<br>Xochitl S. Strohbehn<br>Carol A. Weiner<br>Arie A. Peled<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>xsstrohbehn@venable.com<br>cweinerlevy@venable.com<br>aapeled@venable.com<br><br>Andrew J. Currie<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>ajcurrie@venable.com |

| **Philadelphia Indemnity Insurance Co.**<br>McElroy, Deutsch, Mulvaney, & Carpenter, LLP | Gary D. Bressler, Esq.<br>McElroy, Deutsch, Mulvaney<br>& Carpenter, LLP<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>(T): (302) 300-4515; (F): (302) 654-4031<br>gbressler@mdmc-law.com<br><br>Michael R. Morano, Esq. (pro hac vice pending)<br>McElroy, Deutsch, Mulvaney<br> & Carpenter, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>(T): (973) 993-8100; (F): (973) 425-0161<br>mmorano@mdmc-law.com |
| **Philadelphia Indemnity Insurance Co.**<br>Manier Herod, P.C. | Jeffrey S. Price, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9358; (F): (615) 242-4203<br>jprice@manierherod.com<br><br>Melissa J. Lee, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9372; (F): (615) 242-4203<br>mlee@manierherod.com<br><br>Scott C. Williams, Esq. (pro hac vice pending)<br>Manier Herod, P.C.<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37213<br>(T): (615) 742-9370; (F): (615) 242-4203<br>swilliams@manierherod.com |
| **Chainanalysis, Inc.**<br>Reich Reich & Reich, P.C. | Nicholas A. Pasalides, Esq.<br> REICH REICH & REICH, P.C.<br> Attorneys for Creditor Chainalysis Inc.<br> 235 Main Street, Suite 450<br> White Plains, NY 10601<br> (914) 949-2126<br> npasalides@reichpc.com |

| | |
|---|---|
| **Cloudfare, Inc.**<br>Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand<br>Anh Nguyen<br>Streusand, Landon, Ozburn & Lemmon, LLP<br>1801 S. MoPac Expressway<br>Suite 320<br>Austin, Texas 78746<br>(512) 236-9904 (Facsimile)<br>streusand@slollp.com<br>nguyen@slollp.com |
| **BlockFi Inc. and Affiliates**<br>Haynes & Boone, LLP | Richard Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Telephone: (212) 659-7300<br>Facsimile: (212) 918-8989<br>Email: Richard.Kanowitz@haynesboone.com<br><br>Richard D. Anigian<br>Charles M. Jones II<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 651-5000<br>Facsimile: (214) 651-5940<br>Email: Rick.Anigian@haynesboone.com<br> Charlie.Jones@haynesboone.com |
| **BlockFi Inc. and Affiliates**<br>Morris, Nichols, Arsht & Tunnell LLP | Derek C. Abbott (No. 3376)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com |
| **Vermont Department of Financial Regulation**<br>State of Vermont | Jennifer Rood<br>Assistant General Counsel<br>Vermont Department of Financial Regulation<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>(802)828-5672<br>Jennifer.rood@vermont.gov |
| **Word of God Fellowship, Inc.**<br>Sullivan Hazeltine Allinson, LLC | William D. Sullivan, Esq.<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Fax: (302) 428-8195<br>bsullivan@sha-llc.com |

| | |
|---|---|
| **Word of God Fellowship, Inc.**<br>Kelly Hart & Hallman LLP | Louis M. Phillips, Esq.<br>Kelly Hart & Hallman LLP<br>301 Main St., Suite 1600<br>Baton Rouge, LA 70801<br>Tel: (225) 338-5308<br>louis.phillips@kellyhart.com<br><br>Michael D. Anderson, Esq.<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Tel: (817) 878-3506<br>michael.anderson@kellyhart.com |
| **North America League of Legends**<br>Robinson & Cole LLP | Jamie L. Edmonson, Esq.<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: jedmonson@rc.com |
| **North America League of Legends**<br>Greenberg Glusker Fields Claman &<br>Machtinger LLP | Brian Davidoff (pro hac vice pending)<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br>Email: bdavidoff@greenbergglusker.com |
| **Paradigm Operations LP**<br>Debevoise & Plimpton LLP | Sidney P. Levinson<br>Jasmine Ball<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6839<br>E-mail: slevinson@debevoise.com<br> jball@debevoise.com |
| **Paradigm Operations LP**<br>Troutman Pepper Hamilton Sanders LLP | Evelyn J. Meltzer<br>Marcy J. McLaughlin Smith<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: evelyn.meltzer@troutman.com<br> marcy.smith@troutman.com |

| | |
|---|---|
| **The Official Committee of Unsecured Creditors**<br>Paul Hastings LLP | Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com |
| **The Official Committee of Unsecured Creditors**<br>Young Conaway Stargatt & Taylor LLP | Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>CM/ECF Noticing:<br>bankfilings@ycst.com<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |
| **Gabriel Recchia**<br>Kashishian Law LLC | Ann Kashishian<br>KASHISHIAN LAW LLC<br>501 Silverside Road, Suite 85<br>Wilmington, DE 19809<br>T. (484) 302-8417<br>F. (484) 930-0091<br>E. amk@kashishianlaw.com |
| **Missouri Department of Revenue**<br>Attorney General, State of Missouri | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>Telephone:(573) 751-5531<br>Fax: (573) 751-7232<br>deecf@dor.mo.gov |

| | |
|---|---|
| **The Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd.**<br>Venable LLP | Daniel A. O'Brien<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br>Tel: 302.298.3535<br>Fax: 302.298.3550<br>daobrien@venable.com<br><br>Jeffrey S. Sabin<br>Carol A. Levy<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>jssabin@venable.com<br>cweinerlevy@venable.com<br><br>Andrew J. Currie<br>600 Massachusetts Avenue, NW<br>New York, New York 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>ajcurrie@venable.com |
| **Ikigai Opportunities Master Fund, Ltd.**<br>Taft Stettinius & Hollister, LLP | Taft, Stettinius & Hollister, LLP<br>Attn: Paul R. Hage<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034<br>Phone: (248) 351-3000<br>phage@taftlaw.com |
| **Massachusetts Department of Revenue**<br>Attorney General of Massachusetts | Celine E. de la Foscade-Condon<br>Massachusetts BBO # 658016<br>Counsel to the Commissioner<br>Massachusetts Department of Revenue<br>Litigation Bureau<br>100 Cambridge Street, P. O. Box 9565<br>Boston, MA 02114<br>(617) 626-3854<br>delafoscac@dor.state.ma.us |

| | |
|---|---|
| **Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.** <br> Debevoise & Plimpton LLP | DEBEVOISE & PLIMPTON LLP <br> M. Natasha Labovitz, Esq. <br> Elie J. Worenklein, Esq. <br> Michael C. Godbe, Esq. <br> Debevoise & Plimpton LLP <br> 66 Hudson Boulevard <br> New York, NY 10001 <br> Telephone: (212) 909 6000 <br> Facsimile: (212) 909-6836 <br> nlabovitz@debevoise.com <br> eworenklein@debevoise.com <br> mcgodbe@debevoise.com |
| **Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.** <br> Cole Schotz P.C. | COLE SCHOTZ P.C. <br> Norman L. Pernick, Esq. <br> Andrew J. Roth-Moore, Esq. <br> 500 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Telephone: (302) 652-3131 <br> Facsimile: (302) 652-3117 <br> npernick@coleschotz.com <br> aroth-moore@coleschotz.com |
| **Mercedes-Benz Grand Prix Limited** <br> Foley & Lardner LLP | Michael J. Small, Esq. <br> 321 North Clark Street, Suite 3000 <br> Chicago, IL 60654 <br> Telephone: (312) 832-4700 <br> msmall@foley.com <br><br> Samantha Ruppenthal <br> 90 Park Avenue <br> New York, NY 10016 <br> Telephone: (212) 338-3402 <br> sruppenthal@foley.com |
| **Mercedes-Benz Grand Prix Limited** <br> Ashby & Geddes, P.A. | Gregory A. Taylor, Esq. <br> 500 Delaware Avenue, 8th Floor <br> P.O Box 1150 <br> Wilmington, DE 19899 <br> Telephone: (302) 654-1888 <br> Fax: (302) 654-1067 <br> gtaylor@ashbygeddes.com |

| | |
|---|---|
| **BH Trading Ltd.**<br>Cozen O'Connor | Thomas J. Francella, Jr.<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(T) 302-295-2000<br>tfrancella@cozen.com<br><br>Frederick Schmidt<br>COZEN O'CONNOR<br>3WTC, 175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>(T) 212-509-9400<br>eschmidt@cozen.com |
| **New Jersey Bureau of Securities**<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP | David P. Primack, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>dprimack@mdmc-law.com<br><br>Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>570 Broad Street, Suite 1401<br>Newark, NJ 07102<br>Telephone: (973) 565-2183<br>jbernstein@mdmc-law.com<br><br>Nicole Leonard, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>225 Liberty Street, 36th Floor<br>New York, NY 10281<br>Telephone: (973) 565-2048<br>nleonard@mdmc-law.com |
| **Cadian Group Co.**<br>Emmet, Marvin & Martin, LLP | Thomas A. Pitta, Esq.<br>Judith Swartz, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Telephone: (212) 238-3000<br>Email:  tpitta@emmetmarvin.com<br>            jswartz@emmetmarvin.com |

| Parties Against Whom Section 1519 Relief is Sought ||
| Party | Service Address |
|---|---|
| **Silvergate Bank**<br>Perkins Coie LLP | John D. Penn<br>Perkins Coie LLP<br>500 N. Akard Street<br>Suite 3000<br>Dallas, Texas 75201<br>Telephone: (214) 965-7734<br>Facisimile: (214) 965-7784<br>E-Mail: JPenn@perkinscoie.com |
| **Silvergate Bank** | John Bonino (Chief Legal Officer)<br>Paris Cribben (General Counsel)<br>Silvergate Bank<br>4250 Executive Square, Suite 300<br>La Jolla, CA 92037<br>E-Mail: jbonino@silvergate.com<br>E-Mail: pcribben@silvergate.com<br>E-Mail: legal@silvergate.com |
| **Moonstone Bank**<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz | Ty Kelly<br>Frank C. Bonaventure, Jr.<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>100 Light Street<br>19th Floor<br>Baltimore, MD 21202<br>Telephone: (410) 862-1049<br>Facisimile: (410) 547-0699<br>E-Mail: tykelly@bakerdonelson.com<br>E-Mail: fbonaventure@bakerdonelson.com<br><br>Daniel Carrigan<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowtiz P.C.<br>901 K Street, N.W.<br>Suite 900<br>Washington, D.C. 20001<br>Telephone: (202) 508-3423<br>Facisimile: (202) 220-2223<br>E-Mail: dcarrigan@bakerdonelson.com |

| Moonstone Bank | Gary Rever (Chief Executive Officer) |
|---|---|
| | Joe Vincent (Chief Legal Officer) |
| | Farmington State Bank- dba Moonstone Bank |
| | North 103 First Street |
| | P.O. Box 67 |
| | Farmington, WA 99128 |
| | Telephone: (509) 287-2041 |
| | Facsimile: (509) 287-2022 |
| | E-Mail: joe.vincent@moonstonebank.com |
| | E-Mail: gary.rever@moonstonebank.com |

| Parties with Litigation Pending | |
|---|---|
| **Party** | **Service Address** |
| **FTX US Customer Declaratory Class Action (Adv. Pro. No. 22-50513)** Chimicles Schwartz Kriner & Donaldson-Smith LLP | Robert J. Kriner, Jr. (Del. Bar. No. #2546) Scott M. Tucker (Del. Bar. No. #4925) 2711 Centerville Rd, Suite 201 Wilmington, Delaware 19808 Tel. (302) 656-2500 robertkriner@chimicles.com |
| **FTX US Customer Declaratory Class Action (Adv. Pro. No. 22-50513)** Entwistle & Cappucci LLP | Andrew J. Entwistle (pro hac vice pending) 500 W. 2nd Street, Suite 1900 Austin, Texas 78701 Tel: (512) 710-5960 aentwistle@entwistle-law.com Robert N. Cappucci (pro hac vice pending) Joshua K. Porter (pro hac vice pending) 230 Park Avenue, 3rd Floor New York, NY 10169 Tel: (212) 894-7200 Fax: (212) 894-7272 rcappucci@entwistle-law.com jporter@entwistle-law.com |

| **FTX Non-US Customer Declaratory Class Action (Adv. Pro. No. 22-50514)** EVERSHEDS SUTHERLAND (US) LLP | Peter A. Ivanick Sarah E. Paul Philip H. Ehrlich Lynn W. Holbert The Grace Building, 40th Floor 1114 Avenue of the Americas New York, New York 10036 Telephone: (212) 389-5000 Facsimile: (212) 389-5099 peterivanick@eversheds-sutherland.com sarahpaul@eversheds-sutherland.com philipehrlich@eversheds-sutherland.com lynnholbert@eversheds-sutherland.com <br><br> Erin E. Broderick 227 West Monroe Street, Suite 6000 Chicago, Illinois 60606 Telephone: (312) 724-9006 Facsimile: (312) 724-9322 erinbroderick@eversheds-sutherland.com <br><br> Mark D. Sherrill 1001 Fannin Street, Suite 3700 Houston, Texas 77002 Telephone: (713) 470-6100 Facsimile: (713) 654-1301 marksherrill@eversheds-sutherland.com <br><br> Andrea L. Gordon 700 Sixth Street NW, Suite 700, Washington, District of Columbia Telephone: (202) 383-0100 Facsimile: (202) 637-3593 andreagordon@eversheds-sutherland.com |
|---|---|
| **FTX Non-US Customer Declaratory Class Action (Adv. Pro. No. 22-50514)** MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric D. Schwartz (No. 3134) Matthew B. Harvey (No. 5186) Paige N. Topper (No. 6470) Brian Loughnane (No. 6853) 1201 North Market Street, 16th Floor Wilmington, Delaware 19801 Telephone: (302) 658-9200 Facsimile: (302) 658-3989 eschwartz@morrisnichols.com mharvey@morrisnichols.com ptopper@morrisnichols.com bloughnane@morrisnichols.com |

| | |
|---|---|
| **Media Interveners (Bloomberg, L.P., Dow Jones & Company, The New York Times Inc., and the Financial Times, Ltd.)**<br>Finger & Slanina, LLC | David L. Finger (ID #2556)<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 N. Orange St., 7th fl.<br>Wilmington, DE 19801<br>(302) 573-2525 |
| **Warren Winter and Richard Brummond**<br>Ferry Joseph, P.A. | John D. McLaughlin, Jr.<br>Delaware Bar No. 4123<br>1521 Concord Pike, Suite 202<br>Wilmington, DE 19803<br>Tel: (302) 575-1555, ext. 107<br>Fax: (302) 575-1714<br>jmclaughlin@ferryjoseph.com |
| **Warren Winter and Richard Brummond**<br>The Hoda Law Firm | Marshal J. Hoda<br>Texas Bar No. 24110009<br>(Admitted pro hac vice)<br>12333 Sowden Road, Suite B, PMB 51811<br>Houston, TX 77080<br>Tel: (832) 848-0036<br>marshal@thehodalawfirm.com |
| **Warren Winter and Richard Brummond**<br>Foster Yarborough, PLLC | Patrick Yarborough, Esq.<br>Texas Bar No. 24084129<br>(Admitted pro hac vice)<br>917 Franklin Street, Suite 220<br>Houston, TX 77002<br>Tel: (713) 331-5084<br>patrick@fosteryarborough.com |
| **Samuel Bankman-Fried**<br>Montgomery McCracken Walker & Rhoads LLP | Gregory T. Donilon (No. 4244)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>gdonilon@mmwr.com<br><br>Edward L. Schnitzer, Esq. (pro hac vice application to be filed)<br>David M. Banker, Esq. (pro hac vice application to be filed)<br>437 Madison Avenue, 24th Floor<br>New York, NY 10022<br>Telephone: (212) 867-9500<br>eschnitzer@mmwr.com<br>dbanker@mmwr.com |

| **John Mallon**<br>Pro Se | John Mallon<br>Heath Lodge Square<br>Belfast<br>United Kingdom BT13 3WG<br>(914) 650-6782<br>john@onbrinkcapital.com |
|---|---|
| **Leslie Stuart**<br>Pro Se | Leslie Stuart<br>Telephone: (242)-810-5291<br>Email: lsassociates@outlook.com |