

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferor: | Name of Transferee: |
| **Name (Redacted)** | **Blue Basin Ventures LLC** |
| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
| **Name (Redacted)** | **Blue Basin Ventures LLC**<br>**3172 N Rainbow Blvd., #26642**<br>**Las Vegas, NV 89108** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1716 | Name (Redacted) | $139,815.92 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 01275121 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ John Moldovan/_____   Date: May 15, 2023
Transferee/Transferee's Agent

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS.  WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.  PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO.  THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links."  Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 01275121**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

AAVE[58.3492803768206957]
AGLD[0.0588058430000000]
ALCX[0.0005196192100000]
ALGO[13853.0000000000000000]
ALICE[475.9648082000000000]
ALPHA[6453.0000000095063987]
AMPL[0.0000000002476451]
ANC[0.3320461800000000]
APE[1477.4904517025978895]
APT[842.0000000000000000]
ASD[5210.2862408271553623]
ATLAS[297128.3565776000000000]
ATOM[580.1483776125679724]
AVAX[0.0000000086397884]
AXS[11.7000000037791122]
BADGER[1037.6700000025000000]
BAL[5.9797653540000000]
BAND[0.0000000040000000]
BCH[96.7369677022500000]

**BICO[0.9803699000000000]**
**BNT[0.0000000054878884]**
**BOBA[311.9860676770000000]**
**BTC[0.0000117979227248]**
**C98[603.0000000000000000]**
**CEL[0.0000000038646106]**
**CLV[0.0000000020000000]**
**COMP[0.8985757870220000]**
**CONV[7.9368899000000000]**
**CREAM[26.5698165116000000]**
**CRO[1909.5845379000000000]**
**CRV[6992.0000000000000000]**
**CVX[14.1972203000000000]**
**DAWN[49.4535263990000000]**
**DODO[2485.6524152580000000]**
**DOGE[0.2186863484712567]**
**DYDX[0.0000000050000000]**
**EDEN[3543.4265455030000000]**
**ENJ[1201.6276433000000000]**
**ENS[0.0000000078000000]**
**ETH[0.0000000000300000]**
**ETHW[343.4755649356835471]**
**FIDA[6.5025380400000000]**
**FRONT[0.5314950200000000]**
**FTM[18.0000000068778275]**
**FTT[0.0290080373098488]**
**FXS[119.2079742660000000]**
**GAL[192.4000000010000000]**
**GALA[58739.9214796000000000]**
**GARI[2.7328924800000000]**
**GODS[0.0846253540000000]**
**GRT[96659.8615799600000000]**
**GST[0.0372725610000000]**
**HNT[948.7764717570000000]**
**HOLY[228.2208021700000000]**
**HT[0.0793139420000000]**
**IMX[10039.3489915050000000]**
**JST[2.4360344000000000]**
**KIN[9928.2486000000000000]**
**KNC[5147.5796485491543596]**
**KSHIB[25544.5559295000000000]**

3

LEO[772.9793484257770016]
LINA[1530.0000000000000000]
LINK[0.0000000015978947]
LOOKS[6305.0000000000000000]
LTC[0.7600000006581105]
LUNA2[0.0062729821660000]
LUNA2_LOCKED[0.0146369583900000]
LUNC[0.0000000086035208]
MANA[725.0000000000000000]
MAPS[800.2558522900000000]
MATIC[4221.7322728921568107]
MCB[0.0000000069000000]
MEDIA[0.0000000025000000]
MKR[0.0003864550389234]
MNGO[523583.5776886000000000]
MOB[1304.9665428223981459]
MTA[18.9956678400000000]
MTL[0.0000000020000000]
NEAR[24.0765870720000000]
OMG[5513.5000000000000000]
OXY[0.2256095900000000]
PEOPLE[9.9516450000000000]
PERP[0.0768412720000000]
POLIS[54.4489703220000000]
PROM[0.0000000008000000]
PUNDIX[0.0622574570000000]
RAMP[0.9770811700000000]
RAY[11611.9608687473715752]
REN[5747.2483035514293856]
RNDR[4875.3169372740000000]
ROOK[0.0003525754200000]
RSR[1452201.2014651305053427]
RUNE[0.6827171287529734]
SAND[198.0000000000000000]
SECO[220.9636720000000000]
SHIB[310095170.2000000000000000]
SKL[10620.8918778600000000]
SLP[0.6962809000000000]
SNX[0.0000000075912183]
SOL[0.0000000084000000]
SPELL[707373.1856510000000000]

Doc ID: 612ac954401ec190df511665737b42557062e05a

**SRM[15416.8669903500000000]**
**STEP[35411.5000000000000000]**
**STG[0.9982400600000000]**
**STMX[15063.7990478000000000]**
**STORJ[590.1000000090000000]**
**SUN[0.0000000025100000]**
**SUSHI[7276.7842580900000000]**
**SWEAT[55.4394280000000000]**
**SXP[106.5000000000000000]**
**TLM[24847.9444055000000000]**
**TOMO[109.7387804069009184]**
**TONCOIN[0.0271088280000000]**
**TRU[642.6748570000000000]**
**TRX[10.0000000070126264]**
**TRYB[0.0000000032250461]**
**TULIP[0.0000000070000000]**
**UMEE[8.0098092000000000]**
**UNI[37.3000000000000000]**
**USD[18294.8090272306976243000000000]**
**USTC[0.0000000036199947]**
**WAVES[0.4783392000000000]**
**XAUT[0.0099959581130000]**
**YFI[0.0130000018323660]**
**YFII[0.0009404423800000]**
**YGG[0.9458500000000000]**
**ZRX[1835.0000000000000000]**

, ,

Doc ID: 612ac954401ec190df511665737b42557062e05a

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.