# Exhibit B

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Summary of Out-of-Pocket Expenses by Category**
**For the Period January 1, 2023 through January 31, 2023**

| Expense Category | Expense Amount |
|---|---|
| Airfare | $2,485.96 |
| Ground Transportation | $801.31 |
| Lodging | $2,382.41 |
| Meals | $360.90 |
| Miscellaneous | $8.00 |
| Fees of EY LLP's Outside Legal Counsel - December 2022 | $12,405.00 |
| Fees of EY LLP's Outside Legal Counsel - January 2023 | $14,450.00 |
| **Total Expenses Due** | **$32,893.58** |

**The request herein is without prejudice to EY's right to seek additional compensation for Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**