# EXHIBIT A

**Transfers to Defendants in Connection with the Acquisition of Embed**

| Defendant | Type of Interest | Amount of Transfer |
|---|---|---|
| Rocket Internet Capital Partners II SCS | Shares | $724,861.76 |
| GFC Global Founders Capital GMBH | Shares | $240,022.73 |
| Rocket Internet Capital Partners (Euro) II SCS | Shares | $235,229.15 |
| William Hockey Living Trust | Shares | $120,021.48 |
| **Total Transferred to Defendants for Shares** | | **$1,320,135.12** |
| | | |
| Rocket Internet Capital Partners II SCS | SAFE | $3,343,388.95 |
| GFC Global Founders Capital GMBH & Co. Beteiligungs KG Nr. 1 | SAFE | $1,107,073.73 |
| Rocket Internet Capital Partners (Euro) II SCS | SAFE | $1,084,926.19 |
| 9Yards Capital Investments II LP | SAFE | $46,115.43 |
| **Total Transferred to Defendants for SAFEs** | | **$5,581,504.30** |
| **Total Transferred to Defendants for Shares and SAFEs** | | **$6,901,639.42** |