# EXHIBIT A

**Transfers and Obligations to Defendants in Connection with the Acquisition of Embed**

| Defendant | Type of Interest | Amount of Transfer or Obligation |
|---|---|---|
| Harland Group LLC[1] | Shares | $101,130,330.50 |
| Propel Venture Partners, LLC Propel Venture Partners US Fund I, L.P. | Shares | $17,516,885.68 |
| LGF II, L.P. | Shares | $12,000,752.03 |
| Buckley Ventures GP, LLC Buckley Ventures, LP | Shares | $12,000,752.03 |
| Laurence Beal | Shares | $10,113,033.05 |
| Y Combinator ES20, LLC | Shares | $9,161,214.61 |
| Acrew Capital MGP, LLC Acrew Capital Fund, L.P. | Shares | $4,420,123.58 |
| Homebrew Ventures III, LP | Shares | $2,400,166.59 |
| Propel Venture Partners, LLC Propel Venture Partners US Fund I LP | Shares | $2,400,166.59 |
| SWS Holding Company, LLC | Shares | $2,400,166.59 |
| Treasury Fund I, LP | Shares | $2,379,556.22 |
| Harland Group LLC | Shares | $1,475,329.71 |
| SWS Holding Company, LLC | Shares | $1,347,460.52 |
| Bain Capital Venture Fund 2019 LP | Shares | $1,253,914.97 |
| Fund I, a series of 20VC, LP | Shares | $1,200,093.41 |
| Soma Capital Fund III Partners LLC SOMA Capital Fund, III, LP | Shares | $960,070.68 |
| Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust | Shares | $951,818.44 |
| The 2016 Karkal Family Trust | Shares | $951,818.44 |
| SWS Holding Company, LLC | Shares | $951,818.44 |
| YCC20, L.P. | Shares | $943,222.37 |
| Bain Capital Venture Fund 2019, L.P. | Shares | $828,783.28 |
| Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust | Shares | $761,470.94 |
| S20, a series of Chris Golda Investments, LP | Shares | $720,047.95 |
| Launchpad Capital Fund I LP | Shares | $683,560.13 |
| Buckley Ventures GP, LLC Buckley Ventures, LP | Shares | $673,730.26 |
| LGF II, L.P. | Shares | $673,730.26 |
| Motivate Ventures QP Fund I, LP | Shares | $596,122.85 |

---

[1] Harland Group LLC is 100% owned by Giles.

| Defendant | Type of Interest | Amount of Transfer or Obligation |
|---|---|---|
| Acrew Capital MGP, LLC Acrew Capital Fund, L.P. | Shares | $556,985.41 |
| Liquid 2 Ventures Fund II, L.P. | Shares | $480,045.45 |
| Correlation Ventures II, L.P. | Shares | $480,045.45 |
| Adapt VC LLC | Shares | $480,045.45 |
| AAVCF3 LP | Shares | $480,045.45 |
| Basecamp Fund 201 via Alumni Ventures Group Embedded Trust | Shares | $480,045.45 |
| The Gardner 2008 Living Trust | Shares | $480,045.45 |
| Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP | Shares | $480,045.45 |
| Launchpad Capital Fund I LP | Shares | $480,045.45 |
| Craig Shindledecker | Shares | $434,860.42 |
| Operator Partners, LLC | Shares | $432,028.77 |
| Acrew Capital MGP, LLC, Acrew Capital Fund (A), L.P. | Shares | $380,189.36 |
| Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust | Shares | $359,619.46 |
| Motivate Ventures Motivate Ventures Fund I, LP | Shares | $355,695.60 |
| Homebrew Ventures III, LP | Shares | $328,471.31 |
| Adam Boryenace | Shares | $303,390.99 |
| Motivate Ventures Motivate Ventures QP Fund I, LP | Shares | $300,660.47 |
| Kerr Investment Holdings Pty Ltd a/t/f The Kerr Family Trust | Shares | $269,492.10 |
| The 2016 Karkal Family Trust | Shares | $269,492.10 |
| Stuart Sopp | Shares | $269,492.10 |
| VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) | Shares | $240,022.73 |
| Jonathan Weiner | Shares | $240,022.73 |
| James Nichols | Shares | $237,959.67 |
| Peter T. Lawler Living Trust | Shares | $237,959.67 |
| Carol H. Duggan Revocable Living Trust | Shares | $237,959.67 |
| KV5 Pty Ltd a/t/f KV5 Trust | Shares | $190,367.73 |
| Michael Ferrari | Shares | $190,367.73 |
| Motivate Ventures Motivate Ventures Fund I, LP | Shares | $179,405.21 |
| Stanton Camp | Shares | $141,582.46 |
| Mike McGee | Shares | $131,469.43 |
| BCIP Venture Associates II, L.P. | Shares | $129,467.05 |
| Aaron Frank | Shares | $120,021.48 |

| Defendant | Type of Interest | Amount of Transfer or Obligation |
|---|---|---|
| Benjamin Londergan | Shares | $120,021.48 |
| Jonathan Christodoro | Shares | $120,021.48 |
| Z Perret Trust | Shares | $120,021.48 |
| Akhil Paul | Shares | $120,021.48 |
| Fairchild Fund III, LLC | Shares | $120,021.48 |
| BCIP Venture Associates II, L.P. | Shares | $85,576.49 |
| BCV 2019-MD Primary, L.P. | Shares | $48,218.94 |
| Kamran Ansari | Shares | $48,016.68 |
| Acrew Capital MGP, LLC Acrew Capital Fund (A), L.P. | Shares | $47,915.55 |
| BCV 2019-MD Primary, L.P. | Shares | $31,876.28 |
| BCIP Venture Associates II-B, L.P. | Shares | $8,474.72 |
| BCIP Venture Associates II-B, L.P. | Shares | $5,602.62 |
| **Total Transferred to Defendants for Shares** | | **$202,149,276.05** |
| | | |
| Monique Saugstad | Options | $268,950.74 |
| Christopher Young | Options | $258,986.06 |
| Derek Clark | Options | $239,075.83 |
| Adam Boryenace | Options | $121,697.97 |
| Craig Shindledecker | Options | $121,697.97 |
| Joshua Allen Slate | Options | $94,616.65 |
| Justin Lovero | Options | $84,253.82 |
| Joshua Slate | Options | $60,848.98 |
| Mike McGee | Options | $60,848.98 |
| Stanton Camp | Options | $60,848.98 |
| Tana Lawler | Options | $60,848.98 |
| Tim Millar | Options | $60,848.98 |
| Dena Wever | Options | $35,107.26 |
| John Dwyer | Options | $20,782.58 |
| Brandon Mann | Options | $16,843.57 |
| David Meents | Options | $15,578.62 |
| Lindsey Boerner | Options | $7,265.59 |
| Brent Johnson | Options | $6,234.77 |
| David Streckert | Options | $6,234.77 |
| Kiara Baudoin | Options | $4,156.52 |
| **Total Transferred to Defendants for Options** | | **$1,605,727.62** |
| | | |
| TI Platform NLI Venture Limited II | SAFE | $9,067,021.82 |
| Torch Capital II, LP | SAFE | $6,457,980.65 |
| Treasury Fund I, LP | SAFE | $3,690,265.99 |
| PruVen Capital Partners Fund I, LP | SAFE | $2,767,694.43 |

| Defendant | Type of Interest | Amount of Transfer or Obligation |
|---|---|---:|
| Transpose Platform Fintech Fund II, L.P. | SAFE | $2,003,816.59 |
| Fin VC Regatta I, LP | SAFE | $1,845,122.88 |
| TI Platform Fund II, LP | SAFE | $1,845,122.88 |
| Thomas G. Miglis Revocable Trust | SAFE | $922,551.33 |
| SWS Holding Company, LLC | SAFE | $873,968.32 |
| Alumni Ventures Group - Embedded Financial Trust A | SAFE | $645,798.06 |
| Philippe Jabre | SAFE | $461,275.66 |
| Bain Capital Venture Fund 2019, L.P. | SAFE | $401,649.22 |
| Silverstone Venture Investments Limited | SAFE | $369,024.58 |
| EM Fund I, a series of Chris Golda Investments, LP | SAFE | $258,772.29 |
| TriplePoint Private Venture Credit Inc. | SAFE | $230,637.83 |
| Fund 1, a Series of Not Boring Capital, LP | SAFE | $184,502.17 |
| Warren Lowell Putnam & Brynn Jinnett Putnam, Tenants in Common | SAFE | $184,502.17 |
| TriplePoint Ventures 5 LLC | SAFE | $161,444.46 |
| Embedfi June 2021, a Series of Party Round LLC | SAFE | $131,004.23 |
| Correlation Ventures II, LP | SAFE | $83,028.00 |
| TriplePoint Venture Lending Fund, LLC | SAFE | $69,173.15 |
| Joe Percoco | SAFE | $46,115.43 |
| Clayton Gardner | SAFE | $46,115.43 |
| Kick the Hive LLC | SAFE | $46,115.43 |
| BCIP Venture Associates II, L.P. | SAFE | $41,463.44 |
| Stephen Harper | SAFE | $36,892.34 |
| Samuel Jones | SAFE | $36,892.34 |
| Jonathan Duarte | SAFE | $36,892.34 |
| Christian Nordby | SAFE | $27,669.26 |
| Christopher Harper | SAFE | $18,446.17 |
| BCV 2019-MD Primary, L.P. | SAFE | $15,432.49 |
| BCIP Venture Associates II-B, L.P. | SAFE | $2,710.29 |
| **Total Transferred to Defendants for SAFEs** | | **$33,009,101.67** |
| | | |
| Michael Giles | Retention Payment | $55,000,000.00 |
| Laurence Beal | Retention Payment | $2,000,000.00 |
| Monique Saugstad | Retention Payment | $2,000,000.00 |
| Joshua Allen Slate | Retention Payment | $700,000.00 |
| Paul Trone | Retention Payment | $700,000.00 |
| Brandon Mann | Retention Payment | $500,000.00 |
| Justin Lovero | Retention Payment | $300,000.00 |
| Matthew Lyon | Retention Payment | $300,000.00 |

| Defendant | Type of Interest | Amount of Transfer or Obligation |
|---|---|---|
| Adam Boryenace | Retention Payment | $250,000.00 |
| Craig Shindledecker | Retention Payment | $250,000.00 |
| Christopher Young | Retention Payment | $200,000.00 |
| Dena Wever | Retention Payment | $175,000.00 |
| Lindsey Boerner | Retention Payment | $175,000.00 |
| Brent Johnson | Retention Payment | $150,000.00 |
| John Dwyer | Retention Payment | $150,000.00 |
| Tana Lawler | Retention Payment | $150,000.00 |
| David Meents | Retention Payment | $100,000.00 |
| David Streckert | Retention Payment | $100,000.00 |
| Mike McGee | Retention Payment | $100,000.00 |
| Stanton Camp | Retention Payment | $100,000.00 |
| Tim Millar | Retention Payment | $100,000.00 |
| Kiara Baudoin | Retention Payment | $50,000.00 |
| **Total Retention Payments and Payment Obligations to Defendants** | | **$63,550,000** |