## Exhibit I

**Revised Proof of Interest Form**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

**PROOF OF INTEREST**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

❑ FTX Trading Ltd.
(Case No. 22-11068)

❑ Alameda Research LLC
(Case No. 22-11066)

❑ Alameda Research Yankari
Ltd (Case No. 22-11108)

❑ Blockfolio, Inc.
(Case No. 22-11110)

❑ Cedar Grove Technology
Services, Ltd. (Case No. 22-11162)

❑ Clifton Bay Investments LLC
(Case No. 22-11070)

❑ Deck Technologies Holdings
LLC (Case No. 22-11138)

❑ FTX Zuma Ltd
(Case No. 22-11124)

❑ Hilltop Technology
Services LLC
(Case No. 22-11176)

❑ Paper Bird Inc
(Case No. 22-11089)

❑ West Realm Shires Inc.
(Case No. 22-11183)

**1.        Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Name and address where notices should be sent:

Telephone Number

Email Address

❑ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

❑ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

❑ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**THIS SPACE IS FOR COURT USE ONLY**

**NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.**

Account or other number by which Interest Holder identifies Debtor:

Check here if this Proof of Interest:

❑ Replaces a previously filed Proof of Interest    Dated:

❑ Amends a previously filed Proof of Interest    Dated:

**2.        Date Equity Security Interest was acquired:**

**3.        Total Amount Paid for Equity Interest:**

**4.        Certificate number(s):**

**5.        Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

**6.        Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**7.        Signature:**

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

DATE

**SIGN** and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

**THIS SPACE FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*