# Exhibit J

**Redline of Original Proof of Interest Form Against
Revised Proof of Interest Form**

# UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

# PROOF OF INTEREST

☐ FTX Trading Ltd. Technology (Case No. 22-11068) LLC

☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)

☐ ~~FTX Zuma Ltd~~ Hilltop ~~(Case No. 22-11124)~~ Services

Alameda Research LLC    Clifton Bay Investments LLC    ~~Hilltop Technology~~ (Case No. 22-11176)
(Case No. 22-11066)    (Case No. 22-11070)    ~~Services LLC~~

Paper Bird Inc. Alameda Research    Yankari Deck
~~Technologies Holdings~~ (Case No. 22-11108) LLC (Case No. 22-11138)    ~~Paper Bird~~ West Realm
~~Shires~~ Inc.    Blockfolio, Inc.    (Case No. 22-11089)
~~(Case No. 22-11110)~~    FTX ~~Turkey Teknoloji Ve~~    West Realm Shires Inc.
(Case No. 22-11170 ~~11110)~~    ~~Ticaret Anonim Şirket~~ Zuma Ltd    (Case No. 22-11183)
                            ~~(Case No. 22-11124)~~

**1.    Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Name and address where notices should be sent:

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Telephone Number

Email Address

**THIS SPACE IS FOR COURT USE ONLY**

**NOTE:** This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the ~~Debtor~~ Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

Account or other number by which Interest Holder identifies Debtor:

Check here if this Proof of Interest:

☐ Replaces a previously filed Proof of Interest Dated:

☐ Amends a previously filed Proof of Interest     Dated:

**2.    ~~Name and Address of any person or entity that is the record holder for the~~ Date Equity Security Interest ~~asserted in this Proof of Interest~~ was acquired:**

**3.    ~~Date~~ Total Amount Paid for Equity ~~Security~~ Interest ~~was acquired~~:**

~~Telephone Number~~

~~Total Amount Paid for Equity Interest:~~ **5.    Certificate number(s):**

**4.    ~~6.~~ Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

**5.    ~~7.~~ Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**6.    ~~8.~~ Signature:**

**THIS SPACE FOR COURT USE ONLY**

**I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.**

| DATE | SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): |
|---|---|
| | |

Document comparison by Workshare 9.5 on Thursday, May 18, 2023 3:02:12 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\KimB\AppData\Local\Temp\Workshare\wmtemp54cc\Exhibit 2 - FTX - POI Form - Customized 4.28.23.pdf |
| Description | file://C:\Users\KimB\AppData\Local\Temp\Workshare\wmtemp54cc\Exhibit 2 - FTX - POI Form - Customized 4.28.23.pdf |
| Document 2 ID | file://C:\Users\KimB\AppData\Local\Temp\Workshare\wmtemp54cc\I. FTX Proof of Interest Form 5.18.23 v2 [Filing Version].pdf |
| Description | file://C:\Users\KimB\AppData\Local\Temp\Workshare\wmtemp54cc\I. FTX Proof of Interest Form 5.18.23 v2 [Filing Version].pdf |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 25 |
| Deletions | 32 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 57 |
|---|---|