# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Auction for Ledgerx Business [Docket No. 1211]

On April 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Digital Augean, LLC, (ADRID: 10284603), c/o Venable LLP, Attn: Jeffrey S. Sabin, Xochitl Strohbehn, Carol A. Weiner, Arie A. Peled, 151 W. 42nd St, Fl 4R, New York, NY 10036:

- Re-Notice of Motion and Hearing [Docket No. 1213]

[*Remainder of the page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 11, 2023

                                                                  */s/ Paul Pullo*
                                                                  Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 11, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 10546636 | COUNSEL TO THE AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL A. WEINER | 151 W 52ND ST | FL 4R | NEW YORK | NY | 10036 |
| 10284603 | DIGITAL AUGEAN, LLC | c/o VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL STROHBEHN | CAROL A. WEINER, ARIE A. PELED | 151 W 42ND ST, FL 4R | NEW YORK | NY | 10036 |
| 12114711 | ILLINOIS DEPT OF FINANCIAL AND PROFESSIONAL REGULATION | 555 W MONROE STREET | FLOOR 5 | | | CHICAGO | IL | 60601-3704 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1