UNITED STATES BANKRUPTCY COURT
District of Delaware



In re: FTX Trading, *et al.*

Chapter 11
Case No. 22-11068
(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name on File** | ARCEAU 507 II LLC |
| Transferor's Address: | Transferree's address for notices and payment: |
| Address on file | 4 Lakeside Drive, Chobham Lakes<br>Woking, Surrey, United Kingdom GU24 8BD |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1096 | Name (Redacted) | Estimated $15,000,000 | FTX Trading Ltd., et al. | 22-11068 |
| Unique Customer Code: 05190040 | Name (Redacted) | as described on Schedule F | FTX Trading Ltd., et al. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer* (DocuSigned, 8B7AE248965E43C...)    Date: 05/18/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    Clerk of the Court

DocuSign Envelope ID: A529E29D-F633-4341-994F-53A25F975EC6



**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EXHIBIT B

## SUPPORTING CLAIM DOCUMENTS

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 05190040**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

BTC[54.2562532700000000]
LUNA2[0.0013365845280000]
LUNA2_LOCKED[0.0031186972310000]
USD[11505665.7110503643456578]
USDT[1091542.7780675900000000]
USTC[0.1892000000000000]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe