

## United States Bankruptcy Court
## District of Delaware

**In re FTX Trading Ltd., et al**                                    **Case No. 22-11068**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **Arceau 507 II LLC** |
| Address on File | 4 Lakeside Drive, Chobham Lakes Woking, Surrey, United Kingdom GU24 8BD michael@arceaucapital.com |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 03012886 | Name (Redacted) | as described on Schedule F | FTX Trading Ltd., et al. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:

*Michael Bottjer*

8B7AF248965F43C...

Transferee

05/18/2023

Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 8B040DD0-05E1-4BF5-8205-27D0147FEEA6



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

DocuSign Envelope ID: 8B040DD0-05E1-4BF5-8205-27D0147FEEA6



**Your unique Customer Code is 03012886**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**BAT[150000.0290000000000000]**

**BTC[100.0000000000000000]**

**USD[15955.7655908216198000]**

**USDC[1350000.0000000000000000]**