# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from April 1, 2023 through April 30, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from April 1, 2023 through April 30, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) <u>Implementation of Controls</u>: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) <u>Asset Protection & Recovery</u>: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) <u>Transparency and Investigation</u>: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) <u>Efficiency and Coordination</u>: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) <u>Maximization of Value</u>: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

        3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies. During the Reporting Period, Mr. Ray was directly involved in the sale processes for the Debtor's business, including LedgerX and Embed Technologies in addition to other venture investments.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| April 1, 2023 – April 30, 2023 | $290,160.00 | $30.39 | $290,190.39 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $30.39 |
| **Total Amount for Period:** | $30.39 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 223.2 | $290,160.00 |
| | **50% adjustment for non-working travel:** | | 0.0 | ($0.00) |
| | **Total Amount for Period:** | | | $290,160.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/1/23 | Review post-petition deposit support schedules for cash management | John J. Ray III | 0.5 | $650.00 |
| 4/1/23 | Review of intercompany transaction report related to Alameda and FTX.com | John J. Ray III | 0.5 | $650.00 |
| 4/1/23 | Review and comment upon first interim report to the Independent Directors | John J. Ray III | 3.0 | $3,900.00 |
| 4/2/23 | Review update regarding LedgerX bid process | John J. Ray III | 0.8 | $1,040.00 |
| 4/2/23 | Review LedgerX auction bids received and analysis of same | John J. Ray III | 0.5 | $650.00 |
| 4/3/23 | Weekly call with S&C (B Glueckstein and other S&C personal) and QE (S Rand) regarding investigations and asset marshaling status | John J. Ray III | 1.0 | $1,300.00 |
| 4/3/23 | Call with insurers related to Cyber policy underwriting | John J. Ray III | 1.0 | $1,300.00 |
| 4/3/23 | Receive and review further updates related to LedgerX auction | John J. Ray III | 1.8 | $2,340.00 |
| 4/3/23 | Prepare Board materials for distribution to Independent Board | John J. Ray III | 1.8 | $2,340.00 |
| 4/3/23 | Review update related to various work streams, coins, and tokens from A&M (S Coverick) | John J. Ray III | 1.3 | $1,690.00 |
| 4/3/23 | Review of corrections to Schedules recommended by management and A&M (R. Gordon) | John J. Ray III | 0.5 | $650.00 |
| 4/3/23 | Call with LedgerX Board chair L. Thompson re LedgerX sale (0.3) and follow up with S&C (A Cohen) re Board resolutions (0.5) | John J. Ray III | 0.8 | $1,040.00 |
| 4/3/23 | Review of A&M deck re Alameda and FTX exchange transactions reporting and analysis | John J. Ray III | 0.5 | $650.00 |
| 4/3/23 | Review of various intercompany agreements | John J. Ray III | 0.5 | $650.00 |
| 4/3/23 | Review and prepare employee headcount and compensation report | John J. Ray III | 2.0 | $2,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/4/23 | Call with steering committee S&C (A Dietderich), PWP (B Mendelsohn), A&M (Ed Mosely) related to workstreams status and directives | John J. Ray III | 0.6 | $780.00 |
| 4/4/23 | Call with larger project management Group S&C (A Dietderich and others), PWP (B Mendelsohn and others), A&M (Ed Mosely and others), and their respective teams related to weekly agenda and work efforts related to various work streams for collection, monetization, custody | John J. Ray III | 1.0 | $1,300.00 |
| 4/4/23 | Prepare for (0.5) and attend Board call (1.0) | John J. Ray III | 1.5 | $1,950.00 |
| 4/4/23 | Review third party communications from lawyer for token holder related to crypto | John J. Ray III | 0.3 | $390.00 |
| 4/4/23 | Review update related to LedgerX auction and review of resolutions | John J. Ray III | 0.5 | $650.00 |
| 4/4/23 | Review Sygnia work plan for exchange fortification and comment back to A&M (K Ramanathan and others) | John J. Ray III | 1.5 | $1,950.00 |
| 4/4/23 | Review proposed token agreement draft | John J. Ray III | 0.3 | $390.00 |
| 4/4/23 | Review and develop options related to bank deposits and related decisions on investments | John J. Ray III | 1.0 | $1,300.00 |
| 4/4/23 | Review list of avoidance actions and updates re same | John J. Ray III | 0.8 | $1,040.00 |
| 4/4/23 | Communication with PWP (B Mendelsohn) regarding LedgerX auction | John J. Ray III | 0.3 | $390.00 |
| 4/4/23 | Review and revise KERP employee letters | John J. Ray III | 0.5 | $650.00 |
| 4/4/23 | Review status of Swiss moratorium | John J. Ray III | 0.8 | $1,040.00 |
| 4/4/23 | Review updates related to headcount and attrition | John J. Ray III | 0.5 | $650.00 |
| 4/4/23 | Review update from A&M (J Cooper) related to cash investments | John J. Ray III | 0.3 | $390.00 |
| 4/4/23 | Review and approve professionals fee payments requests | John J. Ray III | 0.5 | $650.00 |
| 4/4/23 | Receive and review end of day update re LedgerX auction process and next steps | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/5/23 | Review updated work stream summary provided by A&M (S Coverick) | John J. Ray III | 0.3 | $390.00 |
| 4/5/23 | Review and approve open UCC communications and work product deliverables | John J. Ray III | 0.5 | $650.00 |
| 4/5/23 | Review update from S&C (E Simpson) regarding further developments in Swiss moratorium | John J. Ray III | 0.5 | $650.00 |
| 4/5/23 | Review LedgerX update post auction, develop next steps for communication to PWP (N Nussbaum) | John J. Ray III | 0.8 | $1,040.00 |
| 4/5/23 | Review and approve Venture NDAs and bidder entries | John J. Ray III | 0.3 | $390.00 |
| 4/5/23 | Review and approve protocol agreements related to crypto management and instruct next steps to A&M (K Ramanathan) | John J. Ray III | 1.3 | $1,690.00 |
| 4/5/23 | Receive and review further update and modeling review of cash and investment return | John J. Ray III | 0.5 | $650.00 |
| 4/5/23 | Prepare March compensation report | John J. Ray III | 2.0 | $2,600.00 |
| 4/5/23 | Review and markup KEIP motion | John J. Ray III | 1.3 | $1,690.00 |
| 4/5/23 | Review financial analysis from A&M (H Trent) of Embed and strategy regarding monetization of asset | John J. Ray III | 1.8 | $2,340.00 |
| 4/5/23 | Review and approve materials prepared by A&M (K Ramanathan) for UCC related to crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 4/5/23 | Review proposed tool for crypto tracking and approve engagement | John J. Ray III | 0.5 | $650.00 |
| 4/6/23 | Review and comment on deck to UCC related to crypto management options | John J. Ray III | 2.5 | $3,250.00 |
| 4/6/23 | Review and management of First Interim Report to the Independent Board of Directors and press release re same | John J. Ray III | 3.5 | $4,550.00 |
| 4/6/23 | Review response to follow up inquiries related to LedgerX auction and discussions with counsel for a bidder, follow up with S&C (A Dietderich) re same | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/6/23 | Review and mark up reply to exclusivity filing communications to and from S&C (B Glueckstein) | John J. Ray III | 1.3 | $1,690.00 |
| 4/6/23 | Call with A&M (Ed Mosely and others) and RLKS (M Cilia) regarding banking investments alternatives and exploratory options | John J. Ray III | 0.5 | $650.00 |
| 4/7/23 | Prepare notes and worksheets on LedgerX and Embed bidding process and development of next steps to communicate to the Board | John J. Ray III | 2.8 | $3,640.00 |
| 4/7/23 | Review of tax matters related to FTX Debtors | John J. Ray III | 0.3 | $390.00 |
| 4/7/23 | Review changes to interim report and finalize | John J. Ray III | 1.5 | $1,950.00 |
| 4/7/23 | Follow up communication via email with A&M (D Johnston) related to Turkey communications | John J. Ray III | 0.5 | $650.00 |
| 4/7/23 | Review Venture memos provided by QE (I Nesser) | John J. Ray III | 3.8 | $4,940.00 |
| 4/8/23 | Review communications from A&M (K Ramanathan) related to REN protocol | John J. Ray III | 0.3 | $390.00 |
| 4/8/23 | Review lease rejection recommendation by A&M (C Arnett) and approve next steps | John J. Ray III | 0.5 | $650.00 |
| 4/8/23 | Review press release related to first interim report | John J. Ray III | 0.3 | $390.00 |
| 4/8/23 | Review version of reply related to docketed motions and communicate to and from S&C (A Kranzley) | John J. Ray III | 0.8 | $1,040.00 |
| 4/10/23 | Call with S&C (S Wheeler and others) related to investigations matters and asset marshaling | John J. Ray III | 0.8 | $1,040.00 |
| 4/10/23 | Review wind down deck provided by A&M (D Johnston) related to various non-operating companies | John J. Ray III | 1.3 | $1,690.00 |
| 4/10/23 | Mysten Labs follow up communications with PWP (W Syed) re sale | John J. Ray III | 0.3 | $390.00 |
| 4/10/23 | Review litigation matter, review declaration and execute and deliver same | John J. Ray III | 0.8 | $1,040.00 |
| 4/10/23 | Review of analysis related to Embed and LedgerX sales process and alternatives analysis prepared by PWP (N Nussbaum) and A&M (H Trent) | John J. Ray III | 4.5 | $5,850.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/10/23 | Review and execute payment letter | John J. Ray III | 0.5 | $650.00 |
| 4/10/23 | Review various Venture updates from PWP (B Mendelsohn and others) | John J. Ray III | 0.8 | $1,040.00 |
| 4/10/23 | Prepare Board agenda and coordinate delivery of Board material and preparation | John J. Ray III | 0.5 | $650.00 |
| 4/10/23 | Review bank outreach update by A&M (J Cooper) | John J. Ray III | 0.5 | $650.00 |
| 4/11/23 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) for weekly leadership call | John J. Ray III | 1.0 | $1,300.00 |
| 4/11/23 | Weekly PMO call regarding various work streams with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 4/11/23 | Board call with independent Board and advisors related to ongoing matters | John J. Ray III | 1.0 | $1,300.00 |
| 4/11/23 | LedgerX sale process review (0.5), and call with Board member and LedgerX management re same (0.5) | John J. Ray III | 1.0 | $1,300.00 |
| 4/11/23 | Review and execute documents related to officer appointments | John J. Ray III | 0.5 | $650.00 |
| 4/11/23 | Follow up communication with A&M (C Arnett) related to Japan compensation matters | John J. Ray III | 1.8 | $2,340.00 |
| 4/11/23 | Review deck related to various Ventures and crypto assets | John J. Ray III | 1.8 | $2,340.00 |
| 4/11/23 | Review next steps on crypto assets (0.5) and discuss same with A&M (S Coverick) (0.3) | John J. Ray III | 0.8 | $1,040.00 |
| 4/11/23 | Review and sign off on bitcoins matters and UCC deliverables with A&M (L Callerio) | John J. Ray III | 0.5 | $650.00 |
| 4/11/23 | Review of materials for 4/12 Board meeting | John J. Ray III | 1.3 | $1,690.00 |
| 4/12/23 | Review and revise drafts of KEIP motion and declarations and communicate to and from S&C (J Paranyuk) | John J. Ray III | 1.8 | $2,340.00 |
| 4/12/23 | Review Swiss wind down update and moratorium matters from S&C (E Simpson) | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/12/23 | Review Venture updates from PWP (B Mendelsohn and others) | John J. Ray III | 0.3 | $390.00 |
| 4/12/23 | Review and Execution of Deltec loan documents to return funds | John J. Ray III | 0.3 | $390.00 |
| 4/12/23 | Review and comment to S&C (A Dietderich and others) on court materials | John J. Ray III | 1.5 | $1,950.00 |
| 4/12/23 | Call with Western Alliance executives re banking matters | John J. Ray III | 1.0 | $1,300.00 |
| 4/12/23 | Provide comments to SC (B Glueckstein) related to hearing presentation (1.0) attend court call (.50) | John J. Ray III | 1.5 | $1,950.00 |
| 4/12/23 | Request update from A&M (L Callerio) re UCC request; review and approve same and communicate with A&M (L Callerio) | John J. Ray III | 0.3 | $390.00 |
| 4/12/23 | Review term sheet for plan structuring exchange | John J. Ray III | 1.5 | $1,950.00 |
| 4/12/23 | Communications with Board members related to confidential pending matters | John J. Ray III | 0.5 | $650.00 |
| 4/12/23 | Review various pending litigation matters and communications from S&C regarding same (B Glueckstein) | John J. Ray III | 2.5 | $3,250.00 |
| 4/13/23 | Review email communications matter from S&C (A Dietderich) related to ad hoc litigation matter | John J. Ray III | 0.8 | $1,040.00 |
| 4/13/23 | Review matters related to Bahamas matters and prepare for call with S&C (A Dietderich) | John J. Ray III | 2.8 | $3,640.00 |
| 4/13/23 | Receive update re Turkey matters from A&M (D Johnston) | John J. Ray III | 0.3 | $390.00 |
| 4/13/23 | Call with S&C (J Bromley, A Dietderich, and B Glueckstein) re Bahamas | John J. Ray III | 1.0 | $1,300.00 |
| 4/13/23 | Further mark up and revisions to KEIP from S&C (J Paranyuk) | John J. Ray III | 0.8 | $1,040.00 |
| 4/13/23 | Calls with Embed (J Simes) and two follow up calls with M Giles re Embed | John J. Ray III | 1.0 | $1,300.00 |
| 4/13/23 | Review and approve release of data documents from A&M (L Callerio) | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/13/23 | Review and approve EU moratorium administrator selection and recommendation from E Simpson at S&C | John J. Ray III | 0.3 | $390.00 |
| 4/13/23 | Review and execute Mysten closing documents | John J. Ray III | 0.5 | $650.00 |
| 4/13/23 | Follow up communications from A&M (K Ramanathan) matters related to coin management and restart | John J. Ray III | 2.3 | $2,990.00 |
| 4/14/23 | VDR approval and updates for distribution of material; communicate with A&M re same (L Callerio) | John J. Ray III | 0.8 | $1,040.00 |
| 4/14/23 | Review and execute sale agreements for de minimus sales received from S&C (J McDonald) | John J. Ray III | 1.0 | $1,300.00 |
| 4/14/23 | Review 2.0 next steps summary from PWP (K Cofsky) | John J. Ray III | 0.8 | $1,040.00 |
| 4/14/23 | Embed sale process review of updated proposals from bidder | John J. Ray III | 1.8 | $2,340.00 |
| 4/14/23 | Employee headcount review and review of recommendations for next steps | John J. Ray III | 0.5 | $650.00 |
| 4/14/23 | Review Blockfolio balances and management information provided by Japan management | John J. Ray III | 0.8 | $1,040.00 |
| 4/14/23 | Review and approve payments for professionals; communicate with CFO (M Cilia) | John J. Ray III | 1.3 | $1,690.00 |
| 4/14/23 | Insurance update from broker, USI, re proposals for cyber insurance and communicate to A&M (S Coverick) relative to cash flow forecast | John J. Ray III | 0.8 | $1,040.00 |
| 4/14/23 | Review of Japan KEIP changes and communication to A&M (C Arnett) | John J. Ray III | 0.8 | $1,040.00 |
| 4/15/23 | Review Japan KEIP feedback via email from management (S Melamed) | John J. Ray III | 0.5 | $650.00 |
| 4/15/23 | Analysis of comparisons on Embed sales process provided by A&M (H Trent) | John J. Ray III | 1.5 | $1,950.00 |
| 4/15/23 | Review Venture memos produced by QE (I Nesser) | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/16/23 | Review updates and summaries related to Venture book from PWP (S Saferstein and others) | John J. Ray III | 2.8 | $3,640.00 |
| 4/17/23 | Review analysis and next steps relative to Turkey and SNG | John J. Ray III | 1.5 | $1,950.00 |
| 4/17/23 | Call with S&C (N Friedlander and others) re status of investigations and asset marshaling | John J. Ray III | 0.8 | $1,040.00 |
| 4/17/23 | Review of FTX Ventures investment analysis (1.0), and follow up call with PWP (B Mendelsohn and others) regarding analysis (0.8) | John J. Ray III | 1.8 | $2,340.00 |
| 4/17/23 | Follow up communication with PWP (B Mendelsohn) related to Embed sale process | John J. Ray III | 0.8 | $1,040.00 |
| 4/17/23 | Review of proposals related to LedgerX sale and follow up | John J. Ray III | 1.3 | $1,690.00 |
| 4/17/23 | Call with A&M (R Esposito) and S&C (A Kranzley) regarding claims portal | John J. Ray III | 0.8 | $1,040.00 |
| 4/17/23 | Revise KEIP post management comments mark up with S&C (J Paranyuk) | John J. Ray III | 0.8 | $1,040.00 |
| 4/17/23 | Review next steps and comment on FTX restart | John J. Ray III | 1.3 | $1,690.00 |
| 4/17/23 | Review headcount status and communicate to RLKS (K Schultea) | John J. Ray III | 0.5 | $650.00 |
| 4/17/23 | Review and communicate with A&M (H Trent) re Good Luck Games | John J. Ray III | 0.5 | $650.00 |
| 4/17/23 | Review and approve Venture book bidders | John J. Ray III | 0.3 | $390.00 |
| 4/17/23 | Review Banking update related to additional deposit institutions | John J. Ray III | 0.3 | $390.00 |
| 4/18/23 | Weekly leadership call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn) | John J. Ray III | 1.0 | $1,300.00 |
| 4/18/23 | Weekly project management call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn) | John J. Ray III | 0.5 | $650.00 |
| 4/18/23 | Prepare for Board call (0.5), attend Board meeting (1.0) | John J. Ray III | 1.5 | $1,950.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/18/23 | Call related to Turkey matters with S&C (E Simpson) and A&M (D Johnston) | John J. Ray III | 0.8 | $1,040.00 |
| 4/18/23 | LedgerX sale matter reviews, review details related to proposals | John J. Ray III | 0.8 | $1,040.00 |
| 4/18/23 | Review Singapore reorganization matters and financials, respond to A&M (D Johnston) and S&C (E Simpson) regarding direction | John J. Ray III | 1.3 | $1,690.00 |
| 4/18/23 | Review and analysis related to certain Venture investments | John J. Ray III | 2.3 | $2,990.00 |
| 4/18/23 | Review and develop plan mechanics related to claims and distributions | John J. Ray III | 1.3 | $1,690.00 |
| 4/18/23 | Review updated cash position and investment direction | John J. Ray III | 0.5 | $650.00 |
| 4/18/23 | Review follow up related to coin and token management with A&M (K Ramanathan) | John J. Ray III | 0.5 | $650.00 |
| 4/19/23 | Surety matter review of communications and next steps, and direction to S&C (A Kranzley) | John J. Ray III | 0.3 | $390.00 |
| 4/19/23 | Review and finalize 2.0 reboot of exchange material for distribution | John J. Ray III | 0.8 | $1,040.00 |
| 4/19/23 | Review and comment upon claims portal presentation | John J. Ray III | 0.5 | $650.00 |
| 4/19/23 | KEIP matter follow up communication via email with Japan management (S Melamed) | John J. Ray III | 0.8 | $1,040.00 |
| 4/19/23 | Review of internal investigation material | John J. Ray III | 3.0 | $3,900.00 |
| 4/19/23 | Approve process for Deltec repayment | John J. Ray III | 0.3 | $390.00 |
| 4/19/23 | Embed and LedgerX sale processes; review materials and proposals received for each | John J. Ray III | 2.3 | $2,990.00 |
| 4/19/23 | Defi position liquidation approvals to A&M (K Ramanathan) | John J. Ray III | 0.3 | $390.00 |
| 4/19/23 | Review and approve multiple UCC requests | John J. Ray III | 0.8 | $1,040.00 |
| 4/19/23 | Approve local counsel retention and execute agreement after review | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/19/23 | Review and approve direction letter to local custodian related to asset discovery | John J. Ray III | 0.3 | $390.00 |
| 4/20/23 | Review and approve de minimus asset sales | John J. Ray III | 1.3 | $1,690.00 |
| 4/20/23 | Call with S&C (A Cohen and others) and PWP (B Mendelsohn and others) regarding LedgerX and Embed | John J. Ray III | 0.5 | $650.00 |
| 4/20/23 | Review materials related to on LedgerX and Embed sales processes developed by A&M (H Trent) | John J. Ray III | 4.5 | $5,850.00 |
| 4/20/23 | Call with Board member and PWP (B Mendelsohn and others) regarding FTX Ventures updates | John J. Ray III | 1.0 | $1,300.00 |
| 4/20/23 | Call with USI broker related to binding of cyber insurance | John J. Ray III | 0.8 | $1,040.00 |
| 4/20/23 | Review and reply to motion related to redaction from S&C (B Glueckstein) | John J. Ray III | 0.8 | $1,040.00 |
| 4/20/23 | Review motion to extend sealing from S&C (B Glueckstein) | John J. Ray III | 0.8 | $1,040.00 |
| 4/20/23 | Call with A&M (K Ramanathan) and S&C (J Croke) regarding token holdings | John J. Ray III | 0.5 | $650.00 |
| 4/21/23 | Review LedgerX sale, process documentation and management of documentation issues received from S&C (A Cohen and others) | John J. Ray III | 4.5 | $5,850.00 |
| 4/21/23 | Embed review of options and development of action plan related to next steps | John J. Ray III | 1.3 | $1,690.00 |
| 4/21/23 | Review of outstanding 2004 requests and status provided by QE (S Rand) | John J. Ray III | 0.8 | $1,040.00 |
| 4/21/23 | Review and binding of cyber insurance policies and communicate to broker (USI) | John J. Ray III | 1.8 | $2,340.00 |
| 4/21/23 | Deltec loan payoff confirmation of receipt of funds and dialogue with M Cilia and E Simpson re same | John J. Ray III | 0.3 | $390.00 |
| 4/21/23 | Review and comment on draft complaint related to avoidance action from S&C (S Wheeler) | John J. Ray III | 1.8 | $2,340.00 |
| 4/22/23 | Review documentation received from S&C (A Cohen and others) related to LedgerX sale | John J. Ray III | 2.3 | $2,990.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/23/23 | Further work on LedgerX closing documentation and delivery to S&C (M Friedman) | John J. Ray III | 2.8 | $3,640.00 |
| 4/24/23 | Review and transmittals of certain waiver letters to LedgerX employees | John J. Ray III | 0.8 | $1,040.00 |
| 4/24/23 | Review and execute sale documents for VY Space | John J. Ray III | 0.5 | $650.00 |
| 4/24/23 | Review of coin management report (1.0), and transmit comments to A&M (S Coverick and others) (0.5) | John J. Ray III | 1.5 | $1,950.00 |
| 4/24/23 | Call with E Mosely (A&M) on updates re ongoing A&M work streams | John J. Ray III | 0.5 | $650.00 |
| 4/24/23 | Review of report related to OTC vendors re staking contracts | John J. Ray III | 0.8 | $1,040.00 |
| 4/24/23 | Emails with PWP (K Cofsky) re 2.0 communications | John J. Ray III | 0.3 | $390.00 |
| 4/24/23 | Review and mark up of LedgerX press release and review of buyer's press release | John J. Ray III | 0.3 | $390.00 |
| 4/24/23 | Review of report from A&M (A Lawson) on status of FTX Properties | John J. Ray III | 0.8 | $1,040.00 |
| 4/24/23 | Final revision review of Japan KEIP | John J. Ray III | 0.3 | $390.00 |
| 4/25/23 | Steering committee meeting with S&C (A Dietderich and others), and A&M (E Mosely and others), and PWP (B Mendelsohn) related to management of workstreams | John J. Ray III | 1.0 | $1,300.00 |
| 4/25/23 | Project management meeting with S&C (A Dietderich and others), and A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 0.8 | $1,040.00 |
| 4/25/23 | Weekly Board meeting with independent Board members to discuss various work streams and update the Board as to sale of LedgerX and Embed | John J. Ray III | 1.0 | $1,300.00 |
| 4/25/23 | Execute additional NDAs for bidders | John J. Ray III | 0.3 | $390.00 |
| 4/25/23 | Review and revise LedgerX declaration | John J. Ray III | 0.5 | $650.00 |
| 4/25/23 | Review and approve interim financial update | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/25/23 | Review data underlying motion (0.8), and mark up motion related to post petition account deposits (1.5) | John J. Ray III | 2.3 | $2,990.00 |
| 4/25/23 | Call with A&M (H Trent and others), PWP (N Nussbaum), and S&C (R Simmons), and Embed related to sale and further processes | John J. Ray III | 1.0 | $1,300.00 |
| 4/25/23 | Review of data provided by A&M (H Trent) related to employee matters for Embed | John J. Ray III | 0.3 | $390.00 |
| 4/25/23 | Review updated analysis related to Turkey and Europe | John J. Ray III | 2.8 | $3,640.00 |
| 4/26/23 | Review coin management assessment with A&M (K Ramanathan) | John J. Ray III | 0.8 | $1,040.00 |
| 4/26/23 | Review and approve multiple NDAs for ventures | John J. Ray III | 0.3 | $390.00 |
| 4/26/23 | Call with A&M (D Johnston) and S&C (E Simpson) to review materials related to EU and Turkey | John J. Ray III | 1.0 | $1,300.00 |
| 4/26/23 | Review and approve consent order | John J. Ray III | 0.3 | $390.00 |
| 4/26/23 | Review UCC comments on KEIP and multiple correspondence with A&M (C Arnett) on response | John J. Ray III | 0.5 | $650.00 |
| 4/26/23 | Review UCC request related to customer data and provide direction to A&M (L Callerio) | John J. Ray III | 0.3 | $390.00 |
| 4/26/23 | Review updated presentation provided by A&M (D Johnston) and respond with feedback | John J. Ray III | 0.8 | $1,040.00 |
| 4/26/23 | Call with QE (I Nesser and others) to discuss venture book investigations, 2004 request, and other litigation matters | John J. Ray III | 1.0 | $1,300.00 |
| 4/26/23 | Review draft avoidance action complaint | John J. Ray III | 2.0 | $2,600.00 |
| 4/26/23 | Review updates provided by Japan management on next steps in process for reopening | John J. Ray III | 0.5 | $650.00 |
| 4/27/23 | Call with Embed management (J Simes) related to personnel matters | John J. Ray III | 0.8 | $1,040.00 |
| 4/27/23 | Review updates from EY (T Shea) related to tax matters and upcoming efforts | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/27/23 | Review materials developed in the investigation of asset recovery | John J. Ray III | 2.8 | $3,640.00 |
| 4/27/23 | Review of non-customer motion to set bar date and provide comments to S&C (A Kranzley) | John J. Ray III | 2.3 | $2,990.00 |
| 4/27/23 | Review materials related to FTX Vault prepared by A&M (H Trent) | John J. Ray III | 0.8 | $1,040.00 |
| 4/27/23 | Respond to requests from A&M (L Callerio) related to UCC requests | John J. Ray III | 0.3 | $390.00 |
| 4/27/23 | Review updated venture status prepared by PWP (N Velivela) | John J. Ray III | 0.8 | $1,040.00 |
| 4/27/23 | Approve transaction involving bridging of coins for sale | John J. Ray III | 0.3 | $390.00 |
| 4/27/23 | Review materials provided by A&M (D Johnston) related to proceedings in Turkey and EU | John J. Ray III | 1.3 | $1,690.00 |
| 4/28/23 | Further review of updated FTX Vault analysis and review of questions related to presentation | John J. Ray III | 0.8 | $1,040.00 |
| 4/28/23 | Final review of interim financial statements | John J. Ray III | 0.3 | $390.00 |
| 4/28/23 | Review of historical financial date for EU | John J. Ray III | 0.8 | $1,040.00 |
| 4/28/23 | Review and approve updated governance matters with A&M (E Simpson) | John J. Ray III | 0.5 | $650.00 |
| 4/28/23 | Review matters related to the FTX properties management (0.5) and discuss with S&C (A Dietderich) and A&M (A Lawson) (0.8) | John J. Ray III | 1.3 | $1,690.00 |
| 4/28/23 | Prepare board agenda for weekly Board call | John J. Ray III | 0.8 | $1,040.00 |
| 4/28/23 | Call with S&C (J Bromley) related to various open matters for claims, litigation, and plan formulation | John J. Ray III | 0.5 | $650.00 |
| 4/28/23 | Review and approve entry of bidders for certain Venture sales | John J. Ray III | 0.8 | $1,040.00 |
| 4/28/23 | Review new matter related to LedgerX sale (1.8) and communicate with S&C (A Dietderich and A Cohen), independent Board members regarding same (0.8) | John J. Ray III | 2.6 | $3380.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 4/28/23 | Review and approve billing adjustments/reduction for certain vendor | John J. Ray III | 0.5 | $650.00 |
| 4/28/23 | Approve multiple additions to UCC sharing site | John J. Ray III | 0.3 | $390.00 |
| 4/28/23 | Review and approve materials supplied by QE (A Alden) re prosecution of claims | John J. Ray III | 0.3 | $390.00 |
| 4/29/23 | Review edits to bar date motion and review claims form | John J. Ray III | 1.5 | $1,950.00 |
| 4/29/23 | Review material prepared by S&C in connection with LedgerX sale and further bidding | John J. Ray III | 1.8 | $2,340.00 |
| 4/30/23 | Review Miax agreements in preparation for hearing May 5 | John J. Ray III | 2.8 | $3,640.00 |
| 4/30/23 | Review and comment on 2.0 bidder list | John J. Ray III | 0.5 | $650.00 |
| **Total Amount for Period:** | | | **223.2** | **$290,160.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 04/05/23 | Overnight shipping, documents to S&C (A Kranzley) | | | | | $30.39 | John J. Ray III |
| | **Total Amount for Period:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$30.39** | |