## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 1531** |

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew B. McGuire, hereby certify that on May 24, 2023, a true and correct copy of the *Notice of Deposition of Peter Greaves* [D.I. 1531] was caused to be served on the attached service list via CM/ECF and/or Electronic Mail.

Dated: May 25, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

<u>**VIA E-MAIL**</u>
Kevin Gross
Paul N. Heath
Brendan J. Schlauch
David T. Queroli
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
E-mail: gross@rlf.com
       heath@rlf.com
       schlauch@rlf.com
       queroli@rlf.com

<u>**VIA E-MAIL**</u>
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brandon Batzel
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: jessica.lauria@whitecase.com
       cshore@whitecase.com
       brian.pfeiffer@whitecase.com
       mark.franke@whitecase.com
       brandon.batzel@whitecase.com
       brett.bakemeyer@whitecase.com

<u>**VIA E-MAIL**</u>
Thomas E. Lauria
Richard S. Kebrdle
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
E-mail: tlauria@whitecase.com
       rkebrdle@whitecase.com