IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FTX TRADING LTD., *et al.*, | : Chapter 11 |
| | : Case No. 22-11068 (JTD) |
| Debtors. | : (Jointly Administered) |
| | : |
| ANDREW R. VARA, UNITED STATES TRUSTEE, | : |
| | : |
| Appellant, | : Civ. No. 23-241 (CFC) |
| v. | : |
| FTX TRADING LTD., *et al.*, | : |
| Appellees. | : |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED:

The Certification Motion (D.I. 14) is GRANTED pursuant to the first subpart of 28 U.S.C. § 158(d)(2)(A)(i). Consideration of the merits of the appeal shall be STAYED pending a decision by the Third Circuit.

Entered this Thirtieth day of May in 2023.

_____
CHIEF JUDGE