IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 |
|---|---|
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **[REDACTED] [CUSTOMER CODE 00151618]** |
|---|---|
| Name of Transferee | Name of Transferor |

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:     203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address:**
[Redacted / on file]

**Address for all Payments/Distributions:**
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00151618 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        */s/ Alpa Jimenez*              Date: May 25, 2023
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 00151520 | 1INCH[0.000000045964400],AAVE[0.000000004603568],ALPHA[0.000000053860011],AVAX[0.000000045992000],BNB[0.000000002221287],BTC[275.0100999614664479],COMP[0.000000007500000],ETH[-23.3238836690743087],ETHW[-103.2649665200202491],EUR[10.0000000050096122],FTT[2.8134597157783451],GBTC[2212.2984180000000000],GLXY[7178.0794475000000000],HOLY[0.0006000000000000],LUNA2_LOCKED[14983.7323900000000000],MSOL[9505.8961941935433444],NFT (295193609593161746)[1],NFT (310789627015148232)[1],NFT (404146537840084269)[1],NFT (428587480446978676)[1],NFT (541069522477884406)[1],SNY[0.9675910000000000],SOL[0.0049431404916953],SRM[56.8977311700000000],SRM_LOCKED[107750.0427555000000000],STETH[0.0000098989385498],STSOL[25383.7027103643867768],UNI[0.0000000002287395],USD[1336170.4728923282553949],USDT[2.1000000086787072],USTC[0.0000000099571888],XRP[0.0000000004632050] |
| 00151523 | BTC[0.0000000145186398],ETH[0.0000000001014791],FTT[0.0148593059132530],MATIC[5.4978853900000000],SRM[0.0020319600000000],SRM_LOCKED[0.0099531700000000],USD[0.0000000949731296] |
| 00151528 | AMPL[0.0000000010732563],APE[0.0313750000000000],ATLAS[0.0658500000000000],AVAX[0.0019860035113334],BNB[0.0004834143384290],BOBA[0.0045795000000000],BTC[0.0011353401103095],BTT[12000075.0000000000000000],CREAM[0.0000024000000000],DMG[27.0000000000000000],DYDX[0.0000000100000000],ETH[0.0004407810110356],ETHW[0.0004407810110356],FTM[0.0000000097421000],FTT[0.0810657126149703],GALA[0.2611500000000000],JST[60.0387000000000000],LOOKS[0.9246844400000000],LUNA2[0.0010647464060000],LUNA2_LOCKED[0.0024844082810000],MATIC[0.9362829854349243],RAY[0.9982775348891362],REEF[260.0000000000000000],SAND[0.0043350000000000],SOL[0.0124728578412679],SRM[307.6474770200000000],SRM_LOCKED[3740.5615529800000000],SUN[700.2416453200000000],TRX[0.9317037566247594],USD[901337.6765469205748178],USDT[205.3178016109991991],USTC[0.1507200000000000] |
| 00151530 | BTC[15.0001039581303236],DOGE[0.8592100000000000],FTT[2078.7864888905088000],SRM[9.2588830100000000],SRM_LOCKED[206.2611169900000000],TRUMP_TOKEN[1951.0000000000000000],USD[49.1647814984781298000000000],USDC[2989296.7211240400000000],USDT[0.0000000081068310] |
| 00151534 | BTC[0.0000210296893565],DOGE[4.0000000000000000],DOGEBEAR[0.0001408900000000],DOGEBEAR2021[0.0002982500000000],ETH[0.0006189900000000],ETHW[0.0006189900000000],FTT[0.8475422623071432],PERP[5.5110285000000000],REN[0.0199560800000000],SOL[0.0602359100000000],SRM[13.5275438129964700],SRM_LOCKED[50.6545062200000000],SUSHI[-0.0548283907335291],USD[-0.4738671955301188],USDT[0.0000000030850950] |
| 00151535 | SOL[0.0000000006689546] |
| 00151537 | 1INCH[0.8789669700000000],AAVE[-0.0005501416302578],ALGO[0.7160460000000000],APE[0.2742460862949998],APT[0.3538884543213582],ASD[0.6414242044393168],ATOM[0.0745118007104129],AUDIO[0.7375950000000000],AURY[0.0207450000000000],AVAX[0.2426503120616469],AXS[0.1262969024090517],BAL[0.0189726900000000],BAT[0.0150450000000000],BCH[-0.0009529811714052],BCHA[20.9031028900000000],BNB[0.0020465484333654],BOBA[2.8809275000000000],BTC[0.0031390144358820],CEL[0.0478561589992241],COMP[0.0078673900000000],COPE[0.1669250000000000],CUSDT[0.1740947673864693],DAI[44.1626880605984941],DOGE[0.0413642340579629],DOT[0.0292859153822596],DYDX[0.0186655100000000],ETH[-0.0004425252990834],ETHW[-0.0002652061810108],FTM[0.1717989610203752],FTT[0.4715877905987656],FXS[0.2257951500000000],GRT[0.0125225000000000],HNT[0.0789546600000000],HT[-0.0017272016878790],HXRO[0.0495335800000000],IMX[0.4749970000000000],JOE[0.0432153900000000],KSHIB[0.0015000000000000],LEO[1.0028300000000000],LINK[0.0365374665962183],LOOKS[0.7318934100000000],LTC[0.0034327638929642],LUNA2[25.7316031400000000],LUNA2_LOCKED[60.0404073200000000],LUNC[192.3076950023825146],MATIC[0.8571084589689853],MER[0.4803900000000000],MKR[0.0000436100000000],MNGO[0.0001500000000000],MSOL[2.1216139500000000],MTA[0.8384333200000000],OMG[0.4098500000000000],PERP[0.2386235700000000],QI[9.4611239500000000],RNDR[0.0495703000000000],ROOK[1635.9555892100000000],RUNE[0.0358619976668674],SNX[0.0639132496312204],SOL[0.0835610797337051],SPELL[0.0015000000000000],SRM[27.1941524900000000],SRM_LOCKED[15487.7122725100000000],SUSHI[-0.2811312238938247],TONCOIN[0.0000000100000000],TRX[0.2018580000000000],UNI[-0.0035452935358161],USD[2216745.4539815338434708],USDC[2006997.0000000000000000],USDT[-0.0025285248128137],USTC[3165.8539745024163222],WAVES[0.0001500000000000],WAXL[747.5154000000000000],WBTC[-0.0002398285071952],XRP[0.1459668976470105],YFI[0.0073817800000000] |
| 00151539 | 1INCH[0.9364611690542305],AAVE[0.0000000035491597],APE[0.2018883422153231],ATOM[0.0000000071309535],AVAX[0.0000000025764392],AXS[0.0000000017086183],BAND[3084.3368287576194496],BCHA[169.8740348000000000],BTC[0.0039995813500000],DAI[84.4757716000000000],DOGE[15.1446102356196615],DOT[0.0000000026459653],ENS[0.0200000000000000],ETH[0.0000000180000000],FTM[77000.4522736416870056],FTT[0.0125892441174755],GRT[870.9815679602679758],HNT[284.5033415000000000],HUSD[0.0097326300000000],KNC[1.4253459932038873],KSHIB[5.0000000000000000],LTC[2.9705293432344834],LUNA2[0.9000000000000000],LUNA2_LOCKED[3625.6214850000000000],LUNC[0.0000061194282984],MATIC[0.0000000058430409],MKR[0.0099997892659922],MTA[1462.9700000000000000],OMG[0.0000000041594042],PAXG[6.8400228110000000],REN[0.4148196273979638],RUNE[3526.1499222500000000],SHIB[2199811.0000000000000000],SNX[0.1752482496919968],SOL[0.0790879553332005],SRM[284.1974135200000000],SRM_LOCKED[149916.1239612100000000],SUSHI[8.0179213255086916],TRX[100.0000000000000000],UNI[0.0000000097685848],USD[568791.3411089975033917],USDT[0.0000000067887888],USTC[0.1089538471839316],XRP[599.9265000000000000],YFI[0.0129005674709544] |
| 00151541 | USD[0.0000000112500000] |
| 00151543 | BTC[0.0000000125107200],COMP[0.0000000190400000],CRV[0.0000000010000000],ETH[0.0000000369697331],NIO[0.0000000025000000],SRM[3.5727703700000000],SRM_LOCKED[13.3637590400000000],SUSHI[-0.0000000100000000],USD[17.2811194344928001],USDT[0.0000000169511855],YFI[0.0000000085080000] |
| 00151546 | APE[0.0320000000000000],BNB[0.0018430300000000],BTC[0.0000000177449652],DAI[0.0000000200000000],ETH[0.0000000100000000],EUR[0.0001948626984612],SOL[0.0000000040000000],USD[-0.6695025137452397],USDC[14.3611318900000000],USDT[0.0000000243290531],WBTC[0.0000000057769126] |
| 00151547 | USD[0.0000000099457630] |
| 00151548 | FTT[0.0000000057381792],LUNA2[0.0000000255244375],LUNA2_LOCKED[0.0000000595570208],SOL[0.0000000099162253],USD[0.0000012680919788],USDT[0.0000000036680565] |
| 00151550 | BTC[0.0001999600000000],FTT[25.0949800000000000],TRX[0.0000020000000000],USD[4009.9823220260000000000000000],USDT[8358.5130000081549787] |
| 00151552 | 1INCH[0.7728899473150100],AVAX[2.5725681649216500],BTC[7.6057826725392796],DAI[0.0000000051091200],FTT[0.0480160641654030],GBP[0.0000000074069600],LTC[0.0000000079005800],RUNE[0.0000000035072300],SOL[582.5391325300000000],SRM[105.2597272619913102],SRM_LOCKED[2.5813905700000000],TRX[0.0000000087668600],USD[0.0000000081502115],USDC[325.9966183800000000],USDT[31.9126077197847890] |
| 00151555 | BTC[0.0000000035000000],FTT[0.0994585000000000],USD[28.9269758253728630000000000] |
| 00151557 | ATLAS[9.9040000000000000],FTM[14.5711698400000000],MAPS[0.2594000000000000],USD[0.0000000074841375],USDT[0.0000000056091733] |
| 00151561 | BIT[0.9126000000000000],TRX[0.0000970000000000],USD[0.4607429318000000],USDT[297.1900000000000000] |
| 00151564 | BAT[43.9970000000000000],BTC[0.0083173695935000],BULL[0.0002000000000000],BVOL[0.4987000000000000],ETH[0.0209986000000000],ETHW[0.0209986000000000],FTT[0.1229868556970000],LINK[4.3991400000000000],RAY[31.8230522300000000],RUNE[0.0992000000000000],SOL[0.6565751500000000],SRM[39.0298652000000000],SRM_LOCKED[0.1543771200000000],STETH[0.1936954535829250],USD[638.9631472764794425],USDT[649.1702182410000000],XRP[569.2140000000000000] |
| 00151571 | ALCX[0.0000000005000000],AMPL[0.0161462162475768],BNT[1443.0547888699130600],BOBA[65.0000000000000000],BTC[0.0000000370500536],BVOL[0.0000000086900000],COPE[1537.5054500000000000],FTT[318.5010276000000000],LUNA2[7.3811085190000000],LUNA2_LOCKED[17.2225865400000000],LUNC[1607251.9200000000000000],OMG[65.5810772500000000],OXY[1000.0000000000000000],REN[14000.0501719621930300],SOL[77.2420180665723000],SRM[1137.2832333700000000],SRM_LOCKED[176.7840124100000000],UNI[202.9699952926830386],USD[2640.5752608177069797000000000],USDC[12370.5547722600000000],USDT[15.2987282646339015] |
| 00151572 | BTC[0.0000968300000000],FTT[0.0296860300000000],SOL[17761.5766544000000000],SRM[15.7628800200000000],SRM_LOCKED[12792.5086281700000000],TRX[0.0000010000000000],USD[0.6038335697946452],USDT[0.0018390064547452] |
| 00151574 | BTC[0.0000000002307708],ETH[0.0000000032400000],FTT[0.4471741951808339],USD[0.0000000096439769],USDT[0.0000000031272372] |
| 00151577 | AVAX[18.7451451752359856],BAL[0.0000000100000000],BNB[0.8549231275558826],BOBA[0.0542963900000000],BTC[0.0161763726880104],DFL[0.1000000000000000],ETH[-0.0000000051891481],ETHW[0.0004769334456908],FTM[0.0000000032381800],FTT[0.0488135989129194],HOOD[0.0005001900000000],HT[12053.9682673815378932],LUNA2[0.0000000222929186],LUNA2_LOCKED[0.0000000520168105],LUNC[0.0048543271507200],MER[0.2064000000000000],NEAR[0.0000050000000000],NFT (300761000867785535)[1],NFT (556666231157210662)[1],OKB[0.0000000016346229],OMG[0.0000000018729515],RAY[0.0000000080864913],SAND[0.0150000000000000],SHIB[21357.0000000000000000],SLND[0.0284090000000000],SOL[0.0000089240309038],SRM[0.0052686900000000],SRM_LOCKED[828148.7647745100000000],STSOL[0.0000000026138537],TRX[0.0014870000000000],USD[73153.8646316956053528],USDT[0.0057276941932637],USTC[0.0000000015816000],WBTC[0.0000000083710250] |
| 00151579 | FTT[0.0000000089813850],SRM[0.8067336000000000],SRM_LOCKED[3.4024404400000000],USD[0.0025411440394093],USDT[0.0000000003977071] |
| 00151580 | AAVE[0.0005000000000000],ATOM[0.0025000000000000],BTC[3.0030023885111342],ETH[0.0004060000000000],ETHW[0.0009060000000000],FTM[0.0050000000000000],FTT[0.0000011600000000],LINK[0.0042500000000000],LOOKS[0.0150000000000000],LUNA2[31.0441669000000000],LUNA2_LOCKED[72.4363894480000000],LUNC[0.0068125000000000],MATIC[8999.5550000000000000],SOL[1797.5210706600000000],USD[0.1062157769644722],USDT[0.0000000223654791] |
| 00151581 | BTC[0.0000850482427950],DOGE[5.0000000000000000],ETH[16.8596747542477906],ETHW[0.0008747475656780],FTM[42.6385747881602106],FTT[1000.0412283750000000],IMX[0.0391240000000000],SOL[10.5091125000000000],SRM[285.5913521000000000],SRM_LOCKED[3215.9048345500000000],STG[0.0132900000000000],SUSHI[0.2446705151838767],USD[3480.0670121052388983000000000],USDC[52855.2282062600000000],USDT[0.0000000086732528] |
| 00151583 | 1INCH[0.5647953736785300],AAVE[0.0000000045711800],AMPL[0.0000000010566719],AXS[0.0064000900000000],BAND[1.0000000002166100],BCH[0.0000000048128389],BCHDOOM[0.0646000000000000],BNB[0.0045153750000000],BSVDOOM[0.0296000000000000],BTC[5.7114300608104936],BULL[0.0000000075500000],BULLSHIT[0.0000000500000000],BUSD[300000.0000000000000000],CBSE[-0.0000000021311255],CHZ[1.2312500000000000],COIN[0.00000000076149221],DAI[0.0229054800000000],DOGE[0.0701875068731600],DOOM[0.0011300000000000],DOOMSHIT[0.0403000000000000],DYDX[52.7810909100000000],ETH[-4.4715047823317074],ETHW[56153.2934842815184667],EXCHBULL[0.0000000081500000],FIDA[4105.8404160400000000],FIDA_LOCKED[1045620.4379582400000000],FTT[154841.2065444225559481],GBTC[0.0048500000000000],GRT[0.0000000011234700],LINK[0.0000000026116600],LTC[0.0062880103835200],LUNA2[0.0015478948680000],LUNA2_LOCKED[0.0036117546920000],MATIC[4.0003800000000000],MKR[0.0000000099684300],MSRM_LOCKED[1.0000000000000000],NFT (504782479939552840)[1],PSY[0.8444860000000000],RAY[3801.3698640025256517],REN[0.3502847090000000],RUNE[0.5236700000000000],SNX[0.0000000020974700],SOL[105.0545973600000000],SRM[1819.4360197700000000],SRM_LOCKED[175371.6217722600000000],SUSHI[0.0000000059279100],SXP[0.0553275034610300],TOMO[0.0999850000000000],TRX[0.0069870000000000],UNI[0.0600970378348600],USD[13627328.0033301335564595],USDC[7000000.0000000000000000],USDT[1584743.8604752587092662],USTC[0.2191120000000000],WBTC[0.0002286200000000],XRP[2418.0000000085894837],XRPDOOM[0.4146000000000000],YFI[0.0000077295587320],ZECBULL[0.0000000050000000] |
| 00151585 | BAL[24.9955000000000000],BTC[0.0000000030000000],COIN[0.0000000028415294],ETHW[4.9343399900000000],FIDA[0.9741700000000000],FTT[0.0810572779920693],GME[0.0057845800000000],GMEPRE[0.0000000042383426],LINK[164.8283846000000000],LUNA2[29.4722099700000000],LUNA2_LOCKED[68.7684899200000000],MEDIA[0.0055910000000000],MER[66.1507350000000000],MNGO[12561.1128000000000000],OXY[438.9 [illegible] |
| 00151593 | DAI[0.0000000009534600],ETH[0.0000000040467200],FTT[0.0817827131770323],LUNA2[0.6051-0.0000000189557647] [illegible] USDC[721.4593536400000000],USDT[ |
| 00151600 | BF_POINT[300.0000000000000000],BTC[0.0000000089808737],FTT[32.8418804957056648],SOL [illegible] |
| 00151601 | BTC[0.0000000028384360],ETH[-0.0000000109433296],ETHW[-0.0000000108155401],USD[0.91 [illegible] |
| 00151602 | BTC[0.0000002400000000],SUN[40.0000000000000000],TRX[0.0000070000000000],USD[30443. [illegible] |
| 00151603 | ETH[0.0000536000000000],TRX[0.0000070000000000],USDT[0.0014822100000000] |
| 00151604 | BEAR[-0.0000002700000000],BTC[0.0000844338243210],DOGE[0.7119492426866196],ETH[0.00000000 [illegible] 196865385],UNI[0.0808011620151850],USD[32.4201118654045005],USDT[4.0514817830555391],YFI[0.0000000085434472] |
| 00151611 | AAVE[0.0096302500000000],BTC[0.0000132597500000],BVOL[0.0000000042000000],DOGE[0.9846550000000000],ETH[0.0315611326587050],ETHBULL[0.0000000015000000],ETHW[0.0315611276368975],FTT[0.5076300484534883],SOL[0.0386769920727587],SRM[22.2957514000000000],SRM_LOCKED[743.0488086200000000],SUSHI[0.4642325000000000],SUSHIBULL[7.3488000000000000],UNI[0.0226345000000000],USD[63.4414396105192957],USDT[0.0000000168993066] |
| 00151613 | BCH[7.0938209913040600],BTC[0.0000000007745800],GBP[10.0165545329728100],LTC[6.9257563419940000],TRX[0.0000611369568500],USD[0.1388179615142300],USDT[0.0092399339581500] |
| 00151614 | RAY[0.7264000000000000],USD[0.0000000065735144] |
| 00151618 | ATOM[3162.0210212500000000],BTC[0.0018192080000000],BUSD[1000.0000000000000000],ETH[42.6880333400000000],ETHW[42.6880333400000000],EUL[82166.2200500000000000],FTT[6785.0054000000000000],SRM[34366.3229645300000000],SRM_LOCKED[832867.5227109900000000],USD[2477896.2591870792398211],USDC[2205000.0000000000000000],USDT[51000.0000000000000000] |
| 00151621 | BTC[0.0000000008275140],USD[0.0000000028146000] |
| 00151622 | ALPHA[0.0000000090372300],BNB[2.9300000074155400],BTC[1.0916971628221800],DOGE[42041.7630000076493500],EUR[0.0000000024306168],FIDA[0.0000382000000000],FIDA_LOCKED[0.0014553960000000],FTT[1000.0742038040052618],SHIB[0.0000000100000000],SRM[90.4353448400000000],SRM_LOCKED[591.2680652300000000],USD[13592.2822936371784756000000000],USDT[0.0055760286944526] |