Dear Honorable Judge,

FILED
2023 MAY 25 PM 12: 22
CLERK
U.S. BANKRUPTCY COURT

I hope this letter finds you well amidst your busy schedule. I am one of the victims of the FTX bankruptcy case and I have great faith in your ability to make a wise judgment regarding this matter, given your esteemed reputation.

As with other virtual asset-related cases, I strongly believe that customers who have only deposited assets without making any profits should be given the highest priority in the asset recovery process.

I myself have only deposited BTC and ETH into FTX and have never received any interest or engaged in margin trading, nor have I used any of FTX's other services, including loans.

According to FTX's terms and conditions, a user's wallet is designated as the user's asset. Given the nature of blockchain technology, I assumed my wallet was mine and never expected it to be stolen.

This is undoubtedly an act of fraud, and if I had profited from using FTX, I might have understood the consequences. However, since I have not gained anything, it is as if my safe has been stolen.

I am aware that FTX has already recovered more than 50% of its liquid assets. Therefore, I humbly request that you make a fair judgment that allows customers like me, who have not profited from FTX, to recover our assets.

I wish you all the best in your future endeavors, and thank you for your time and consideration.

Sincerely, SB Min.