## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: June 21, 2023 at 4:00 p.m. ET** |

**SIXTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| **Name of Applicant** | **Alvarez & Marsal North America, LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | January 19, 2023 *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $10,647,395.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | $8,517,916.40 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $333,458.10 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/7/23 | 11/11/22 – 11/30/22 | $6,278,871.00 | $180,774.72 | *pending* | *pending* |
| 2/14/23 | 12/1/22 – 12/31/22 | $9,280,388.50 | $226,211.22 | *pending* | *pending* |
| 3/6/23 | 1/1/23 – 1/31/23 | $12,305,541.50 | $224,018.84 | *pending* | *pending* |
| 4/4/23 | 2/1/23 – 2/28/23 | $11,944,177.00 | $229,211.95 | *pending* | *pending* |
| 4/28/23 | 3/1/23 – 3/31/23 | $13,320,206.50 | $541,063.33 | *pending* | *pending* |

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 147.1 | $154,455.00 |
| Chambers, Henry | Managing Director | $995 | 161.4 | $160,593.00 |
| Cumberland, Brian | Managing Director | $1,320 | 11.1 | $14,652.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 20.1 | $22,110.00 |
| Gordon, Robert | Managing Director | $1,025 | 119.7 | $122,692.50 |
| Grosvenor, Robert | Managing Director | $1,000 | 2.0 | $2,000.00 |
| Howe, Christopher | Managing Director | $1,200 | 65.0 | $78,000.00 |
| Iwanski, Larry | Managing Director | $1,075 | 38.4 | $41,280.00 |
| Jacobs, Kevin | Managing Director | $1,100 | 18.7 | $20,570.00 |
| Johnston, David | Managing Director | $1,025 | 255.9 | $262,297.50 |
| Kotarba, Chris | Managing Director | $1,100 | 10.2 | $11,220.00 |
| Kotarba, Steve | Managing Director | $1,100 | 144.8 | $159,280.00 |
| Lawson, Alex | Managing Director | $875 | 8.6 | $7,525.00 |
| Lubsczyk, Joachim | Managing Director | $1,100 | 10.5 | $11,550.00 |
| Marshall, Jonathan | Managing Director | $1,075 | 7.0 | $7,525.00 |
| Mosley, Ed | Managing Director | $1,250 | 156.5 | $195,625.00 |
| Ryan, Laureen | Managing Director | $1,075 | 89.6 | $96,320.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 10.5 | $14,437.50 |
| Zatz, Jonathan | Managing Director | $900 | 194.1 | $174,690.00 |
| **Managing Director Total** | | | **1,471.2** | **$1,556,822.50** |
| Seaway, Bill | Senior Advisor | $1,100 | 19.2 | $21,120.00 |
| **Senior Advisor Total** | | | **19.2** | **$21,120.00** |
| Broskay, Cole | Senior Director | $900 | 109.1 | $98,190.00 |
| Callerio, Lorenzo | Senior Director | $875 | 156.9 | $137,287.50 |
| Canale, Alex | Senior Director | $900 | 116.4 | $104,760.00 |
| Casburn, Rob | Senior Director | $1,045 | 3.4 | $3,553.00 |
| Chew, Ee Ling | Senior Director | $750 | 12.4 | $9,300.00 |
| Cooper, James | Senior Director | $875 | 184.3 | $161,262.50 |
| Coverick, Steve | Senior Director | $950 | 189.1 | $179,645.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dusendschon, Kora | Senior Director | $900 | 74.0 | $66,600.00 |
| Esposito, Rob | Senior Director | $875 | 134.2 | $117,425.00 |
| Evans, Charles | Senior Director | $835 | 18.7 | $15,614.50 |
| Johnson, Robert | Senior Director | $900 | 126.2 | $113,580.00 |
| Konig, Louis | Senior Director | $900 | 183.1 | $164,790.00 |
| Kwan, Peter | Senior Director | $900 | 176.9 | $159,210.00 |
| Mohammed, Azmat | Senior Director | $925 | 179.7 | $166,222.50 |
| Piechota, Robert | Senior Director | $950 | 2.5 | $2,375.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 180.7 | $171,665.00 |
| Sequeira, Joseph | Senior Director | $900 | 158.2 | $142,380.00 |
| Shanahan, Michael | Senior Director | $900 | 117.9 | $106,110.00 |
| Titus, Adam | Senior Director | $950 | 203.0 | $192,850.00 |
| Ulyanenko, Andrey | Senior Director | $950 | 38.5 | $36,575.00 |
| Vaish, Khushboo | Senior Director | $875 | 3.0 | $2,625.00 |
| **Senior Director Total** | | | **2,368.2** | **$2,152,020.00** |
| Baker, Kevin | Director | $750 | 129.1 | $96,825.00 |
| Balmelli, Gioele | Director | $800 | 113.4 | $90,720.00 |
| Bammert, Brett | Director | $750 | 19.2 | $14,400.00 |
| Chamma, Leandro | Director | $750 | 36.0 | $27,000.00 |
| Dennison, Kim | Director | $650 | 13.7 | $8,905.00 |
| Flynn, Matthew | Director | $775 | 194.2 | $150,505.00 |
| Glustein, Steven | Director | $800 | 193.4 | $154,720.00 |
| Hainline, Drew | Director | $800 | 203.8 | $163,040.00 |
| Kearney, Kevin | Director | $800 | 203.6 | $162,880.00 |
| Lambert, Leslie | Director | $750 | 136.5 | $102,375.00 |
| Lee, Julian | Director | $750 | 133.9 | $100,425.00 |
| Lewandowski, Douglas | Director | $800 | 61.0 | $48,800.00 |
| McGrath, Patrick | Director | $750 | 122.4 | $91,800.00 |
| Medway, David | Director | $750 | 86.2 | $64,650.00 |
| Radis, Cameron | Director | $750 | 147.8 | $110,850.00 |
| Sullivan, Christopher | Director | $825 | 257.5 | $212,437.50 |
| van den Belt, Mark | Director | $750 | 188.1 | $141,075.00 |
| Walia, Gaurav | Director | $825 | 212.2 | $175,065.00 |
| Walker, William | Director | $850 | 146.4 | $124,440.00 |
| **Director Total** | | | **2,598.4** | **$2,040,912.50** |
| Ardizzoni, Heather | Manager | $700 | 201.6 | $141,120.00 |
| Dawes, David | Manager | $650 | 37.6 | $24,440.00 |
| Grussing, Bernice | Operations Manager | $325 | 23.9 | $7,767.50 |
| Hernandez, Dylan | Manager | $660 | 7.2 | $4,752.00 |
| Hoffer, Emily | Manager | $650 | 206.9 | $134,485.00 |
| Lam, James | Manager | $600 | 136.4 | $81,840.00 |
| Li, Summer | Senior Manager | $670 | 111.4 | $74,638.00 |
| Mimms, Samuel | Manager | $650 | 58.8 | $38,220.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Myrie, Calvin | Manager | $650 | 12.7 | $8,255.00 |
| Shah, Ankur | Manager | $500 | 4.0 | $2,000.00 |
| Sivapalu, Anan | Manager | $625 | 227.5 | $142,187.50 |
| Sloan, Austin | Manager | $650 | 157.2 | $102,180.00 |
| Strong, Nichole | Manager | $650 | 7.2 | $4,680.00 |
| Su, Warren | Manager | $700 | 4.7 | $3,290.00 |
| Yurchak, Lilia | Manager | $650 | 68.9 | $44,785.00 |
| Zhang, Qi | Senior Manager | $670 | 67.8 | $45,426.00 |
| **Manager Total** | | | **1,333.8** | **$860,066.00** |
| Blanchard, Madison | Senior Associate | $575 | 115.6 | $66,470.00 |
| Chuah, Jane | Senior Associate | $495 | 119.5 | $59,152.50 |
| Cox, Allison | Senior Associate | $575 | 101.1 | $58,132.50 |
| DiNatale, Trevor | Senior Associate | $700 | 40.3 | $28,210.00 |
| Faett, Jack | Senior Associate | $700 | 177.9 | $124,530.00 |
| Helal, Aly | Senior Associate | $575 | 122.1 | $70,207.50 |
| Hellinghausen, Matthew | Senior Associate | $575 | 5.0 | $2,875.00 |
| Jackson, Max | Senior Associate | $500 | 11.2 | $5,600.00 |
| Kuruvilla, Daniel | Senior Associate | $700 | 178.6 | $125,020.00 |
| Montague, Katie | Senior Associate | $700 | 209.0 | $146,300.00 |
| Rajasekhar, Vinny | Senior Associate | $530 | 182.4 | $96,672.00 |
| Sagen, Daniel | Senior Associate | $725 | 72.3 | $52,417.50 |
| Schweinzer, Matthias | Senior Associate | $650 | 39.4 | $25,610.00 |
| **Senior Associate Total** | | | **1,374.4** | **$861,197.00** |
| Braatelien, Troy | Associate | $600 | 34.0 | $20,400.00 |
| Chan, Jon | Associate | $525 | 205.7 | $107,992.50 |
| Collis, Jack | Associate | $500 | 25.1 | $12,550.00 |
| Corr, Caoimhe | Associate | $500 | 102.1 | $51,050.00 |
| Dobbs, Aaron | Associate | $525 | 145.3 | $76,282.50 |
| Ebrey, Mason | Associate | $525 | 93.3 | $48,982.50 |
| Francis, Luke | Associate | $600 | 203.5 | $122,100.00 |
| Gany, Jared | Associate | $475 | 126.5 | $60,087.50 |
| Gonzalez, Johnny | Associate | $600 | 297.4 | $178,440.00 |
| Haigis, Maya | Associate | $525 | 88.7 | $46,567.50 |
| Heric, Andrew | Associate | $525 | 153.9 | $80,797.50 |
| Lei, Katie | Associate | $550 | 6.7 | $3,685.00 |
| Mirando, Michael | Associate | $600 | 135.9 | $81,540.00 |
| Parker, Brandon | Associate | $550 | 40.9 | $22,495.00 |
| Patel, Ishika | Associate | $525 | 85.4 | $44,835.00 |
| Price, Breanna | Associate | $525 | 90.3 | $47,407.50 |
| Schlam Batista, Sharon | Associate | $500 | 105.0 | $52,500.00 |
| Simkins, Maximilian | Associate | $525 | 77.1 | $40,477.50 |
| Sunkara, Manasa | Associate | $525 | 195.5 | $102,637.50 |
| Taraba, Erik | Associate | $600 | 227.9 | $136,740.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Trent, Hudson | Associate | $625 | 194.1 | $121,312.50 |
| Witherspoon, Samuel | Associate | $575 | 200.8 | $115,460.00 |
| **Associate Total** | | | **2,835.1** | **$1,574,340.00** |
| Bruck, Ran | Consultant | $600 | 111.9 | $67,140.00 |
| Jones, Mackenzie | Consultant | $600 | 169.3 | $101,580.00 |
| Zabcik, Kathryn | Consultant | $600 | 191.4 | $114,840.00 |
| **Consultant Total** | | | **472.6** | **$283,560.00** |
| Burns, Zach | Analyst | $500 | 190.7 | $95,350.00 |
| Clayton, Lance | Analyst | $475 | 249.5 | $118,512.50 |
| Fonteijne, Bas | Analyst | $400 | 118.8 | $47,520.00 |
| Hubbard, Taylor | Analyst | $425 | 185.7 | $78,922.50 |
| Liv-Feyman, Alec | Analyst | $450 | 217.5 | $97,875.00 |
| Lowdermilk, Quinn | Analyst | $450 | 177.3 | $79,785.00 |
| Myers, Claire | Analyst | $425 | 176.8 | $75,140.00 |
| Nizhner, David | Analyst | $500 | 181.1 | $90,550.00 |
| Radwanski, Igor | Analyst | $450 | 144.4 | $64,980.00 |
| Simoneaux, Nicole | Analyst | $475 | 201.4 | $95,665.00 |
| Slay, David | Analyst | $525 | 274.5 | $144,112.50 |
| Stockmeyer, Cullen | Analyst | $450 | 262.6 | $118,170.00 |
| Tenney, Bridger | Analyst | $450 | 233.0 | $104,850.00 |
| Warren, Matthew | Analyst | $450 | 162.1 | $72,945.00 |
| Yan, Jack | Analyst | $450 | 41.3 | $18,585.00 |
| Burns, Zach | Analyst | $500 | 190.7 | $95,350.00 |
| Clayton, Lance | Analyst | $475 | 249.5 | $118,512.50 |
| **Analyst Total** | | | **2,816.7** | **$1,302,962.50** |
| **GRAND TOTAL** | | | **15,289.6** | **$10,653,000.50** |
| **PRIOR PERIOD ADJUSTMENT[2]** | | | | **($5,605.00)** |
| **POST ADJUSTMENT TOTAL** | | | | **$10,647,395.50** |

**Blended Hourly Rate:  $696.38**

---

[2] April Monthly Fee Statement revised to retroactively reduce billable rate for Sean Wilson from $1,045 to $950.

**STATEMENT OF FEES BY PROJECT CATEGORY[3]**
**APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ACCOUNTING | 737.7 | $495,994.00 |
| ASSET SALES | 95.5 | $83,460.00 |
| AVOIDANCE ACTIONS | 1,583.0 | $1,109,747.50 |
| BUSINESS OPERATIONS | 4,793.9 | $3,416,572.50 |
| BUSINESS PLAN | 236.3 | $151,149.00 |
| CASE ADMINISTRATION | 163.3 | $132,805.00 |
| CASH MANAGEMENT | 611.5 | $423,293.50 |
| CLAIMS | 565.3 | $366,329.00 |
| COMMUNICATIONS | 2.6 | $2,275.00 |
| CONTRACTS | 212.0 | $129,635.00 |
| COURT AND UST REPORTING | 2.5 | $2,157.50 |
| COURT HEARINGS | 1.1 | $1,045.00 |
| CREDITOR COOPERATION | 149.2 | $124,768.50 |
| DISCLOSURE STATEMENT AND PLAN | 863.0 | $575,174.00 |
| DUE DILIGENCE | 142.7 | $109,545.00 |
| EMPLOYEE MATTERS | 185.7 | $112,067.50 |
| FEE APPLICATION | 48.5 | $26,572.50 |
| FINANCIAL ANALYSIS | 2,142.4 | $1,435,891.00 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 190.8 | $125,418.50 |
| INTERCOMPANY | 1,539.4 | $1,085,967.50 |
| LIQUIDATION | 23.1 | $15,625.00 |
| MOTIONS AND RELATED SUPPORT | 231.8 | $176,942.00 |
| NON-WORKING TRAVEL (BILLED AT 50%) | 38.8 | $26,977.50 |
| SCHEDULES AND STATEMENTS | 364.5 | $224,226.00 |
| TAX INITIATIVES | 205.9 | $201,587.50 |
| VENDOR MANAGEMENT | 159.1 | $97,775.00 |
| **TOTAL** | **15,289.6** | **$10,653,000.50** |
| **PRIOR PERIOD ADJUSTMENT** | | **($5,605.00)** |
| **POST ADJUSTMENT TOTAL** | | **$10,647,395.50** |

---

[3]   The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

<u>**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**</u>

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $274,384.44 |
| Lodging | $21,736.57 |
| Airfare | $20,615.79 |
| Meals | $9,129.39 |
| Transportation | $6,895.08 |
| Miscellaneous | $696.83 |
| **TOTAL** | **$333,458.10** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISORS TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023**

Alvarez & Marsal North America, LLC ("A&M"), Financial Advisors to FTX

Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), hereby submits this Sixth monthly fee statement (this "Monthly Fee

Statement") for compensation for professional services rendered and expenses incurred for the

period from April 1, 2023, through and including April 30, 2023 (the "Fee Period").  In support

of the Monthly Fee Statement, A&M respectfully states as follows:

**Background**

1.      On November 11 and November 14, 2022,[2] the Debtors filed with the

United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for

relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified,

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288
and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of
the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A
complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at
https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is
Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their

properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.  Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the

Court by entry of an order on November 22, 2022 [D.I. 128].  On December 15, 2022, the Office

of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an

Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the

Bankruptcy Code [D.I. 231].

2.      On January 19, 2023, the Court entered the *Order Authorizing the*

*Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to*

*the Debtors and Debtors-in-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy*

*Code* [D.I. 534], authorizing the retention and employment of A&M as the Debtors' financial

advisors, *nunc pro tunc* to November 11, 2022.

3.      On January 9, 2023, the Court entered the *Order Establishing Procedures*

*for Interim Compensation and Reimbursement of Expenses of Professionals,* [D.I. 435] (the

"Interim Compensation Order").

4.      On March 8, 2023, the Court entered the *Order (I) Appointing Fee*

*Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation*

*and Reimbursement of Expenses* [D.I. 834] appointing Katherine Stadler (the "Fee Examiner") to

serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in

connection therewith.

## Relief Requested

5.      By this Monthly Fee Statement and in accordance with the Interim

Compensation Order, A&M makes this application for (i) allowance of compensation as an

administrative expense of the Debtors' estates in the amount of $10,647,395.50 for reasonable

- 2 -

and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $8,517,916.40) and (iii) payment of $333,458.10 for actual and necessary expenses incurred.

### a. Compensation Requested

6.    The services performed by A&M during the Fee Period included, among others, identification of assets, development of accounting records and reporting procedures, vendor outreach and management services, statements and schedules preparation, analysis of contracts, cooperation with various constituencies including the Official Committee of Unsecured Creditors and the United States Trustee, evaluating potential preference and avoidance actions, assistance with cash management services, and the development of operational restructuring strategies.  The following exhibits are attached hereto for the Fee Period: (i) Exhibit A is a summary of time detail by professional; (ii) Exhibit B is a summary of time by task; (iii) Exhibit C is a summary of time records by professional by project category; and (iv) Exhibit D is a summary of time detail by activity by professional.  This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

7.    The timekeepers who rendered services related to each category are identified in Exhibit A, Exhibit B, Exhibit C, and Exhibit D along with the number of hours for each individual and the total compensation sought by each category.  All services for which A&M requests compensation were performed for, or on behalf of, the Debtors.

      **b. Expense Reimbursement**

      8.     A&M incurred out-of-pocket expenses during the Fee Period in the amount of $333,458.10.  The following exhibits are attached hereto for the Fee Period: (i) Exhibit E is a summary of expenses by category and (ii) Exhibit F is a description of the expenses actually incurred by A&M in the performance of services rendered as Financial Advisors to the Debtors.  The expenses are broken down into categories of charges, which may include, among other things, the following charges: airfare, lodging, out of town meals, transportation, and other expenses.

      9.     In accordance with section 330 of the Bankruptcy Code, A&M seeks reimbursement only for the actual cost of such expenses to A&M.  A&M submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Monthly Fee Statement, requests reimbursement of the same.

<strong><u>Valuation of Services</u></strong>

      10.     Professionals of A&M have expended a total of 15,289.6 hours in connection with this matter during the Fee Period.

      11.     The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in Exhibit A, Exhibit B, Exhibit C, and Exhibit D. The rates are A&M's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by A&M for the Fee Period as Financial Advisors for the Debtors in the Chapter 11 Cases is $10,647,395.50.

      12.     A&M believes that the time entries included in Exhibit A, Exhibit B, Exhibit C, and Exhibit D, attached hereto and the expense breakdown set forth in Exhibit E and Exhibit F attached hereto are in compliance with the requirements of Local Rule 2016-2.

- 4 -

13.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, the amount requested is fair and reasonable given the complexities of these

Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of

such services, and the costs of comparable services other than in a case under this title.

## Certificate of Compliance and Waiver

14.     The undersigned representative of A&M certifies that he has reviewed the

requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies

with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects

with the requirements of Local Rule 2016-2, A&M believes that such deviations are not material

and respectfully requests that any such requirements be waived.

## Notice and No Prior Request

15.     Notice of this Monthly Fee Statement has been given to the following

parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee

of Unsecured Creditors, (c) the Fee Examiner; and (d) all parties required to be given notice in

the Interim Compensation Order.  A&M submits that no other or further notice is necessary.

16.     No prior request for the relief sought in this Monthly Fee Statement has

been made to this or any other Court.

WHEREFORE, A&M respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

Respectfully,

Alvarez & Marsal North America, LLC

By:  *Ed Mosley*
       Ed Mosley
       Title:   Managing Director