**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 4/3/23 | Luke W. Ross | 20.0 | $0.10 | $2.00 | Repro - B&W Copies |
| Repro - B&W Copies | 4/3/23 | Luke W. Ross | 22.0 | $0.10 | $2.20 | Repro - B&W Copies |
| Repro - B&W Copies | 4/3/23 | Luke W. Ross | 122.0 | $0.10 | $12.20 | Repro - B&W Copies |
| Repro - B&W Copies | 4/3/23 | Luke W. Ross | 1475.0 | $0.10 | $147.50 | Repro - B&W Copies |
| Repro - B&W Copies | 4/3/23 | Jared H. Rosenfeld | 3.0 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 4/3/23 | Veronica M. Galluzzo | 157.0 | $0.10 | $15.70 | Repro - B&W Copies |
| Repro - B&W Copies | 4/4/23 | Jessica Ljustina | 3.0 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 4/4/23 | Jessica Ljustina | 21.0 | $0.10 | $2.10 | Repro - B&W Copies |
| Repro - B&W Copies | 4/5/23 | Alexa J. Kranzley | 546.0 | $0.10 | $54.60 | Repro - B&W Copies |
| Repro - B&W Copies | 4/5/23 | Stepan G. Atamian | 373.0 | $0.10 | $37.30 | Repro - B&W Copies |
| Repro - B&W Copies | 4/11/23 | Stephanie G. Wheeler | 291.0 | $0.10 | $29.10 | Repro - B&W Copies |
| Repro - B&W Copies | 4/13/23 | Sophia Chen | 1716.0 | $0.10 | $171.60 | Repro - B&W Copies |
| Repro - B&W Copies | 4/14/23 | Nam Luu | 213.0 | $0.10 | $21.30 | Repro - B&W Copies |
| Repro - B&W Copies | 4/19/23 | Stepan G. Atamian | 94.0 | $0.10 | $9.40 | Repro - B&W Copies |
| Repro - B&W Copies | 4/23/23 | Sophia Chen | 704.0 | $0.10 | $70.40 | Repro - B&W Copies |
| Repro - B&W Copies | 4/26/23 | Stepan G. Atamian | 96.0 | $0.10 | $9.60 | Repro - B&W Copies |
| Repro - B&W Copies | 4/27/23 | Molly E. West | 43.0 | $0.10 | $4.30 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$589.90** | |
| Repro - Color Copies | 4/3/23 | Luke W. Ross | 58.0 | $0.20 | $11.60 | Repro - Color Copies |
| Repro - Color Copies | 4/3/23 | Jared H. Rosenfeld | 685.0 | $0.20 | $137.00 | Repro - Color Copies |
| Repro - Color Copies | 4/3/23 | Veronica M. Galluzzo | 111.0 | $0.20 | $22.20 | Repro - Color Copies |
| Repro - Color Copies | 4/3/23 | Luke W. Ross | 87.0 | $0.20 | $17.40 | Repro - Color Copies |
| Repro - Color Copies | 4/4/23 | Jessica Ljustina | 900.0 | $0.20 | $180.00 | Repro - Color Copies |
| Repro - Color Copies | 4/4/23 | Jessica Ljustina | 528.0 | $0.20 | $105.60 | Repro - Color Copies |
| Repro - Color Copies | 4/5/23 | Stepan G. Atamian | 1684.0 | $0.20 | $336.80 | Repro - Color Copies |
| Repro - Color Copies | 4/11/23 | Stephanie G. Wheeler | 23.0 | $0.20 | $4.60 | Repro - Color Copies |
| Repro - Color Copies | 4/14/23 | Nam Luu | 203.0 | $0.20 | $40.60 | Repro - Color Copies |
| Repro - Color Copies | 4/19/23 | Stepan G. Atamian | 384.0 | $0.20 | $76.80 | Repro - Color Copies |
| Repro - Color Copies | 4/26/23 | Stepan G. Atamian | 392.0 | $0.20 | $78.40 | Repro - Color Copies |
| Repro - Color Copies | 4/27/23 | Molly West | 155.0 | $0.20 | $31.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$1,042.00** | |
| Telephonic court appearance | 4/5/23 | Benjamin S. Beller | 1.0 | $70.00 | $70.00 | Telephonic court appearance |
| **Telephonic Court Appearance Total** | | | | | **$70.00** | |
| Delivery/Courier | 1/3/23 | Halloran N. Purcell | 1.0 | $43.65 | $43.65 | Delivery/Courier |
| Delivery/Courier | 1/5/23 | Stepan G. Atamian | 1.0 | $20.24 | $20.24 | Delivery/Courier |
| Delivery/Courier | 1/5/23 | Stepan G. Atamian | 1.0 | $16.67 | $16.67 | Delivery/Courier |
| Delivery/Courier | 4/4/23 | Samantha B. Rosenthal | 1.0 | $38.80 | $38.80 | Delivery/Courier |
| Delivery/Courier | 4/6/23 | Stepan G. Atamian | 1.0 | $16.39 | $16.39 | Delivery/Courier |
| Delivery/Courier | 4/6/23 | Sarah H. Mishkin | 1.0 | $49.59 | $49.59 | Delivery/Courier |
| Delivery/Courier | 4/6/23 | Stepan G. Atamian | 1.0 | $16.39 | $16.39 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 4/6/23 | Stepan G. Atamian | 1.0 | $19.89 | $19.89 | Delivery/Courier |
| Delivery/Courier | 4/6/23 | Stepan G. Atamian | 1.0 | $19.89 | $19.89 | Delivery/Courier |
| Delivery/Courier | 4/10/23 | Sarah H. Mishkin | 1.0 | $32.60 | $32.60 | Delivery/Courier |
| Delivery/Courier | 4/11/23 | Stepan G. Atamian | 1.0 | $27.34 | $27.34 | Delivery/Courier |
| Delivery/Courier | 4/13/23 | Stepan G. Atamian | 1.0 | $20.02 | $20.02 | Delivery/Courier |
| Delivery/Courier | 4/13/23 | Stepan G. Atamian | 1.0 | $16.50 | $16.50 | Delivery/Courier |
| Delivery/Courier | 4/13/23 | Stepan G. Atamian | 1.0 | $20.02 | $20.02 | Delivery/Courier |
| Delivery/Courier | 4/13/23 | Stepan G. Atamian | 1.0 | $16.50 | $16.50 | Delivery/Courier |
| Delivery/Courier | 4/17/23 | Stepan G. Atamian | 1.0 | $50.02 | $50.02 | Delivery/Courier |
| Delivery/Courier | 4/18/23 | Molly E. West | 1.0 | $27.28 | $27.28 | Delivery/Courier |
| Delivery/Courier | 4/20/23 | Stepan G. Atamian | 1.0 | $16.46 | $16.46 | Delivery/Courier |
| Delivery/Courier | 4/20/23 | Stepan G. Atamian | 1.0 | $19.98 | $19.98 | Delivery/Courier |
| Delivery/Courier | 4/20/23 | Stepan G. Atamian | 1.0 | $16.46 | $16.46 | Delivery/Courier |
| Delivery/Courier | 4/20/23 | Stepan G. Atamian | 1.0 | $19.98 | $19.98 | Delivery/Courier |
| Delivery/Courier | 4/25/23 | Stepan G. Atamian | 1.0 | $27.16 | $27.16 | Delivery/Courier |
| Delivery/Courier | 4/27/23 | Dario A. Rosario | 1.0 | $20.07 | $20.07 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $29.70 | $29.70 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $29.70 | $29.70 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $20.07 | $20.07 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $42.91 | $42.91 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $20.07 | $20.07 | Delivery/Courier |
| Delivery/Courier | 4/28/23 | Dario A. Rosario | 1.0 | $29.70 | $29.70 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$744.05** | |
| Local Transportation | 2/1/23 | Corey J. Stern | 1.0 | $26.92 | $26.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:31; Purpose: OT Travel |
| Local Transportation | 3/15/23 | Jacob M. Croke | 1.0 | $78.01 | $78.01 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:47; Purpose: OT Travel |
| Local Transportation | 3/21/23 | Jacob M. Croke | 1.0 | $72.25 | $72.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22: 01; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Joseph F. Gilday | 1.0 | $97.94 | $97.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/3/23 | Jason S. Katz | 1.0 | $61.11 | $61.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 4/3/23 | William M. Scheffer | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Fareed Ahmed | 1.0 | $140.53 | $140.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Robert O. Providence | 1.0 | $91.80 | $91.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 01; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Georgia Maratheftis | 1.0 | $108.98 | $108.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Benjamin Zonenshayn | 1.0 | $96.36 | $96.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22: 27; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Joshua M. Hazard | 1.0 | $57.99 | $57.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:55; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Alexa J. Kranzley | 1.0 | $13.98 | $13.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 4/3/23 | Alexander S. Holland | 1.0 | $23.62 | $23.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/4/23 | Georgia Maratheftis | 1.0 | $108.98 | $108.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Julia E. Paranyuk | 1.0 | $62.33 | $62.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Mitchell N. Friedman | 1.0 | $61.11 | $61.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Adam J. Toobin | 1.0 | $64.13 | $64.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00: 20; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Joseph F. Gilday | 1.0 | $97.94 | $97.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 28; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Christopher J. Dunne | 1.0 | $179.23 | $179.23 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:11; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Jack T. Wiley | 1.0 | $60.48 | $60.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 23; Purpose: OT Travel |
| Local Transportation | 4/4/23 | William M. Scheffer | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Nicholas Smusz | 1.0 | $77.66 | $77.66 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/4/23 | Isaac S. Foote | 1.0 | $55.57 | $55.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Alexa J. Kranzley | 1.0 | $13.97 | $13.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 4/4/23 | Jacob M. Croke | 1.0 | $58.71 | $58.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02: 24; Purpose: OT Travel |
| Local Transportation | 4/5/23 | Robert O. Providence | 1.0 | $91.80 | $91.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/5/23 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/5/23 | Joshua M. Hazard | 1.0 | $57.99 | $57.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:55; Purpose: OT Travel |
| Local Transportation | 4/5/23 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 4/5/23 | William M. Scheffer | 1.0 | $55.57 | $55.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/5/23 | Alexa J. Kranzley | 1.0 | $14.95 | $14.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/5/23 | Jacob M. Croke | 1.0 | $82.64 | $82.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22: 28; Purpose: OT Travel |
| Local Transportation | 4/5/23 | HyunKyu Kim | 1.0 | $62.35 | $62.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:56; Purpose: OT Travel |
| Local Transportation | 4/6/23 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:40; Purpose: OT Travel |
| Local Transportation | 4/6/23 | Jinny Lee | 1.0 | $49.31 | $49.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 4/10/23 | Julia E. Paranyuk | 1.0 | $57.62 | $57.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 4/11/23 | Christopher J. Dunne | 1.0 | $180.58 | $180.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 4/11/23 | Jack T. Wiley | 1.0 | $60.48 | $60.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:32; Purpose: OT Travel |
| Local Transportation | 4/11/23 | Adam J. Toobin | 1.0 | $85.03 | $85.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:16; Purpose: OT Travel |
| Local Transportation | 4/12/23 | Jack T. Wiley | 1.0 | $61.11 | $61.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/12/23 | Christopher J. Dunne | 1.0 | $186.29 | $186.29 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 4/12/23 | Adam J. Toobin | 1.0 | $85.03 | $85.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 04; Purpose: OT Travel |
| Local Transportation | 4/12/23 | Jinny Lee | 1.0 | $50.03 | $50.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 4/12/23 | HyunKyu Kim | 1.0 | $69.89 | $69.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:54; Purpose: OT Travel |
| Local Transportation | 4/13/23 | Joseph F. Gilday | 1.0 | $108.04 | $108.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 4/13/23 | William M. Scheffer | 1.0 | $55.57 | $55.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:22; Purpose: OT Travel |
| Local Transportation | 4/17/23 | Natalie A. Hills | 1.0 | $76.44 | $76.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 28; Purpose: OT Travel |
| Local Transportation | 4/17/23 | Jacob M. Croke | 1.0 | $78.99 | $78.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Benjamin Zonenshayn | 1.0 | $105.98 | $105.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:45; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/18/23 | William M. Scheffer | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00: 25; Purpose: OT Travel |
| Local Transportation | 4/18/23 | James G. Simpson | 1.0 | $42.88 | $42.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:36; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Adam J. Toobin | 1.0 | $85.03 | $85.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Jacob M. Croke | 1.0 | $77.13 | $77.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:48; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Christopher J. Dunne | 1.0 | $189.71 | $189.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 4/18/23 | Jacob M. Croke | 1.0 | $77.13 | $77.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:48; Purpose: OT Travel |
| Local Transportation | 4/19/23 | Dylan M. Handelsman | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/19/23 | Mimi Wu | 1.0 | $57.43 | $57.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 27; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/19/23 | Natalie A. Hills | 1.0 | $77.07 | $77.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 06; Purpose: OT Travel |
| Local Transportation | 4/19/23 | Mitchell N. Friedman | 1.0 | $61.11 | $61.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:32; Purpose: OT Travel |
| Local Transportation | 4/19/23 | Christopher J. Dunne | 1.0 | $178.60 | $178.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/19/23 | Jacob M. Croke | 1.0 | $82.78 | $82.78 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:41; Purpose: OT Travel |
| Local Transportation | 4/20/23 | Hannah L. Beard | 1.0 | $83.26 | $83.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:48; Purpose: OT Travel |
| Local Transportation | 4/20/23 | Naiquan Zhang | 1.0 | $104.78 | $104.78 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 4/20/23 | Kathleen T. Donnelly | 1.0 | $67.85 | $67.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/20/23 | Mitchell N. Friedman | 1.0 | $37.87 | $37.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22: 08; Purpose: OT Travel |
| Local Transportation | 4/20/23 | Jacob M. Croke | 1.0 | $87.63 | $87.63 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:34; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/20/23 | Alexander S. Holland | 1.0 | $33.00 | $33.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 4/21/23 | Joseph F. Gilday | 1.0 | $97.94 | $97.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 24; Purpose: OT Travel |
| Local Transportation | 4/21/23 | Mitchell N. Friedman | 1.0 | $60.48 | $60.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:10; Purpose: OT Travel |
| Local Transportation | 4/21/23 | HyunKyu Kim | 1.0 | $52.52 | $52.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21;16; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Christopher J. Dunne | 1.0 | $186.49 | $186.49 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Dawn A. Harris-Cox | 1.0 | $124.00 | $124.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Aaron M. Levine | 1.0 | $64.17 | $64.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:40; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Nam Luu | 1.0 | $10.99 | $10.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:16; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/24/23 | Nicole Friedlander | 1.0 | $31.63 | $31.63 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:16; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Mitchell N. Friedman | 1.0 | $27.97 | $27.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 03:49; Purpose: OT Travel |
| Local Transportation | 4/24/23 | Jacob M. Croke | 1.0 | $76.98 | $76.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:13; Purpose: OT Travel |
| Local Transportation | 4/25/23 | M. Devin Hisarli | 1.0 | $39.58 | $39.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:18; Purpose: OT Travel |
| Local Transportation | 4/25/23 | Mitchell N. Friedman | 1.0 | $60.48 | $60.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 4/25/23 | Alexa J. Kranzley | 1.0 | $14.99 | $14.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 4/25/23 | Jacob M. Croke | 1.0 | $72.47 | $72.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21: 04; Purpose: OT Travel |
| Local Transportation | 4/26/23 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:46; Purpose: OT Travel |
| Local Transportation | 4/26/23 | Benjamin Zonenshayn | 1.0 | $75.46 | $75.46 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:16; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 4/26/23 | Jacob M. Croke | 1.0 | $102.42 | $102.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 4/27/23 | William M. Scheffer | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 4/27/23 | Jacob M. Croke | 1.0 | $76.47 | $76.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00: 07; Purpose: OT Travel |
| Local Transportation | 4/28/23 | Dario A. Rosario | 1.0 | $160.20 | $160.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$7,124.05** | |
| Travel and Expenses | 4/12/23 | Brian D. Glueckstein | 1.0 | $8.04 | $8.04 | Travel and Expenses: Expense Type: Breakfast - Out of Town; Location: New York, NY; Business Purpose: Attend Omnibus hearing |
| Travel and Expenses | 4/12/23 | Andrew G. Dietderich | 2.0 | $175.00 | $350.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend Omibus hearing |
| Travel and Expenses | 4/12/23 | Brian D. Glueckstein | 2.0 | $175.00 | $350.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend Omibus hearing |
| **Travel and Expenses Total** | | | | | **$708.04** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Conference Room Dining | 4/4/23 | Dominick T. Gambino | 1.0 | $1,480.00 | $1,480.00 | Conference Room Dining (Lunch and Dinner for 37 people) - Attendees: 3 attendees for bidder, 6 counsel for bidder, 2 local counsel for bidder, 6 attendees for bidder, financial advisor for bidder, 3 counsel for bidder, C. Figueroa-Monsanto (Veritext), A. Landis (Landis Roth), B. Mendelsohn (PWP), K. Cofsky (PWP), N. Nussbaum (PWP), G. Posess (PWP), M. O'Hara (Jefferies), D. Homrich (Jefferies), F. Merola (Paul Hastings), A. Cohen, A. Dietderich, A. Kranzley, M. Wu, M. Friedman, J. Ljustina |
| Conference Room Dining | 4/19/23 | Alexa J. Kranzley | 1.0 | $166.03 | $166.03 | Conference Room Dining (Lunch for 12 people) - Attendees: C. Arnett (A&M), B. Bromberg, S. Coverick (A&M), M. Diaz (FTI), M. Evans, E. Gilad (Paul Hastings), M. Hancock (Godfrey Kahn), B. Kardos (AlixPartners), E. Mosley (A&M), A. Searles (AlixPartners), S. Simms (FTI), K. Stadler (Godfrey Kahn) |
| **Conference Room Dining Total** | | | | | **$1,646.03** | |
| Meals - Overtime | 3/20/23 | Sarah H. Mishkin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00019, 00041 |
| Meals - Overtime | 3/27/23 | James G. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041, 00042 |
| Meals - Overtime | 3/31/23 | Frederic Wünsche | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 4/3/23 | Frederic Wünsche | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 4/3/23 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/3/23 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 4/3/23 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/23 | Ugonna Eze | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/23 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00029, 00033 |
| Meals - Overtime | 4/3/23 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00033 |
| Meals - Overtime | 4/3/23 | Georgia Maratheftis | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/23 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/3/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/3/23 | Sarah H. Mishkin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 4/4/23 | Harrison Schlossberg | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 4/4/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/4/23 | Georgia Maratheftis | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/4/23 | Nicholas Smusz | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 4/4/23 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 4/4/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00024, 00029, 00033 |
| Meals - Overtime | 4/4/23 | Victoria G. Shahnazary | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 4/4/23 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00016, 00041 |
| Meals - Overtime | 4/4/23 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/4/23 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00023, 00043 |
| Meals - Overtime | 4/5/23 | Nam Luu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00040 |
| Meals - Overtime | 4/5/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/5/23 | Jacob M. Croke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00039 |
| Meals - Overtime | 4/5/23 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/5/23 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033, 00044 |
| Meals - Overtime | 4/5/23 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/5/23 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/5/23 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/5/23 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00018, 00020, 00023, 00034 |
| Meals - Overtime | 4/6/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 4/10/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00044 |
| Meals - Overtime | 4/10/23 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 4/10/23 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00033 |
| Meals - Overtime | 4/11/23 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 4/11/23 | Lilian Zhao | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/11/23 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00023, 00043 |
| Meals - Overtime | 4/11/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/11/23 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 4/12/23 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/12/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 4/12/23 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00023, 00043 |
| Meals - Overtime | 4/12/23 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 4/12/23 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00041 |
| Meals - Overtime | 4/13/23 | Patrick D. Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/13/23 | Maxwell E. Schwartz | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/13/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 4/14/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 4/14/23 | Jason W. Gallant | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/15/23 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00018 |
| Meals - Overtime | 4/16/23 | Jason W. Gallant | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00029 |
| Meals - Overtime | 4/17/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00044 |
| Meals - Overtime | 4/17/23 | Patrick D. Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/17/23 | Natalie A. Hills | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 4/18/23 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 4/18/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/18/23 | Grier E. Barnes | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016 |
| Meals - Overtime | 4/18/23 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00014, 00023 |
| Meals - Overtime | 4/18/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/19/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/19/23 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/19/23 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/19/23 | Kathleen T. Donnelly | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033, 00039 |
| Meals - Overtime | 4/19/23 | Dylan M. Handelsman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/19/23 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/20/23 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 4/20/23 | Kathleen T. Donnelly | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033. 00039 |
| Meals - Overtime | 4/20/23 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/20/23 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00018 |
| Meals - Overtime | 4/20/23 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 4/20/23 | M. Devin Hisarli | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00012, 00014 |
| Meals - Overtime | 4/21/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 4/21/23 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/23/23 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/23/23 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00011 |
| Meals - Overtime | 4/24/23 | Nam Luu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 4/24/23 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/24/23 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/24/23 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/24/23 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 4/24/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 4/24/23 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 4/24/23 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/25/23 | Kathleen T. Donnelly | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033, 00039 |
| Meals - Overtime | 4/25/23 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00018, 00019, 00023, 00034, 00035 |
| Meals - Overtime | 4/25/23 | Jacob M. Croke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00033, 00039 |
| Meals - Overtime | 4/25/23 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019 |
| Meals - Overtime | 4/25/23 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 4/25/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 4/26/23 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00027 |
| Meals - Overtime | 4/26/23 | Robert P. Schutt | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 4/26/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 4/26/23 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/26/23 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 4/27/23 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 4/27/23 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 4/27/23 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 4/27/23 | Grier E. Barnes | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016 |
| Meals - Overtime | 4/28/23 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| **Meals – Overtime Total** | | | | | **$2,060.00** | |
| Outside Professional Services | 4/20/23 | Christopher J. Howard | 1.0 | $4,857.09 | $4,857.09 | Other Professionals - Professional Fees of Mr. David Allison KC (South Square Barristers) - 4/20/2023 |
| **Outside Professional Services** | | | | | **$4,857.09** | |
| **GRAND TOTAL** | | | | | **$18,841.16** | |