# Exhibit B

## Disbursements

**Detail Cost Task Code Billing Report** Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 04/03/2023 | 0.100 | 151.00 | 15.10 | Inhouse Copying |
| 1368.002 | 04/04/2023 | 0.100 | 41.00 | 4.10 | Inhouse Copying |
| 1368.002 | 04/10/2023 | 0.100 | 787.00 | 78.70 | Inhouse Copying |
| 1368.002 | 04/11/2023 | 0.100 | 508.00 | 50.80 | Inhouse Copying |
| 1368.002 | 04/12/2023 | 0.100 | 157.00 | 15.70 | Inhouse Copying |
| 1368.002 | 04/18/2023 | 0.100 | 11.00 | 1.10 | Inhouse Copying |
| 1368.002 | 04/22/2023 | 0.100 | 158.00 | 15.80 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 181.30 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 04/11/2023 | | | 91.90 | Outside printing Parcels, Inc. Invoice 1018077 |
| **Total for Activity ID E102** | | | Billable | 91.90 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 04/30/2023 | | | 1,005.79 | Online research Relx Inc. DBA LexisNexis - Invoice 3094446597 (April research) |
| **Total for Activity ID E106** | | | Billable | 1,005.79 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 04/12/2023 | | | 42.35 | Delivery services/messengers DLS Discovery - Invoice 175681 |
| **Total for Activity ID E107** | | | Billable | 42.35 | Delivery services/messengers |
| **Activity ID E110 Out-of-town travel** | | | | | |
| 1368.002 | 04/03/2023 | | | 416.82 | Out-of-town travel Adam G. Landis to/from New York for auction; Train - Business Class |
| **Total for Activity ID E110** | | | Billable | 416.82 | Out-of-town travel |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 04/12/2023 | | | 22.00 | Meals Manhattan Bagel - Breakfast for S&C (2) |
| 1368.002 | 04/12/2023 | | | 101.00 | Meals Toscana Catering - Lunch for S&C (2), LRC (3) |
| **Total for Activity ID E111** | | | Billable | 123.00 | Meals |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 04/03/2023 | 0.800 | 322.00 | 257.60 | Inhouse Color Copies |
| 1368.002 | 04/12/2023 | 0.800 | 36.00 | 28.80 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 286.40 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 04/30/2023 | | | 28.90 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 28.90 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 04/18/2023 | | | 100.00 | Filing Fee Clerk, District Court of Delaware (case #1:23-cv-00241 (CFC) |
| **Total for Activity ID E214** | | | Billable | 100.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 04/12/2023 | | | 67.20 | Hearing Transcripts Reliable Wilmington - Invoice WL110204 |
| **Total for Activity ID E218** | | | Billable | 67.20 | Hearing Transcripts |

**GRAND TOTALS**

Billable    2,343.66