# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on (ADRID: 12192956), whose name and address have been redacted in the interest of privacy:

- Motion of Debtors for Turnover of Assets Held by Exchange Entities [Docket No. 1189]

- Declaration of David Ratiney [Docket No. 1190]

On May 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Sacramento County Assessor, (ADRID: 12114868), 3636 American River Dr, Ste 200, Sacramento, CA 95864-5952:

- Supplemental Declaration of Bruce Mendelsohn in Support of Entry of the Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of all Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief [Docket No. 1414]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: June 1, 2023

                                                                                      */s/ Paul Pullo*
                                                                                      Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 1, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit. s


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024