# Exhibit B

## Summary and Detailed Description of AlixPartners' Expenses

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/26/2023 | Lodging John LaBella - Westin Chicago River - Chicago, IL 2023-03-26 2023-03-29 (in-person team meetings) | 862.92 |
| 03/28/2023 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 56.42 |
| 03/29/2023 | Taxi/Car Service David White Dinner to Hotel | 20.03 |
| 03/29/2023 | Taxi/Car Service John LaBella AlixPartners Chicago Office to ORD (return from in-person meetings) | 74.91 |
| 03/29/2023 | Taxi/Car Service Seen Yung Wong Hotel to AlixPartners Chicago Office | 4.89 |
| 03/29/2023 | Taxi/Car Service Yuqing Tong Dinner to Hotel | 12.73 |
| 03/30/2023 | Group Meal - Engagement Team John LaBella - Dinner - Travis Phelan; Kurt Wessel; Dana Schwartz; John LaBella (in-person team meetings) | 238.92 |
| 03/30/2023 | Taxi/Car Service John LaBella Airport to Home (return from in-person meetings) | 102.41 |
| 04/03/2023 | Airfare Mark Cervi 2023-04-23 LAX - ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 522.89 |
| 04/05/2023 | Airfare Di Liang 2023-04-23 LGA - ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 382.70 |
| 04/05/2023 | Airfare Lilly Goldman 2023-04-24 DCA - ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 354.24 |
| 04/06/2023 | Internet Access Adam Searles | 29.95 |
| 04/06/2023 | Airfare Takahiro Yamada 2023-04-24 JFK- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 302.50 |
| 04/07/2023 | Airfare John LaBella 2023-04-23 MFR- DEN; travel to in-person team meetings (United Airlines, round trip, economy) | 856.65 |
| 04/08/2023 | Airfare Chuanqi Chen 2023-04-23 IAH- ORD; travel to in-person team meetings (travel to in-person team meetings) (United, round trip, | 559.57 |
| 04/08/2023 | Internet Access David White | 8.00 |
| 04/09/2023 | Lodging Allyson Calhoun Hilton Garden Inn, 52nd Street, New York, NY 2023-04-09 2023-04-11 (in-person team meetings) | 461.18 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/09/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 42.16 |
| 04/09/2023 | Taxi/Car Service Allyson Calhoun LGA to Hotel (in-person team meetings) | 53.35 |
| 04/09/2023 | Taxi/Car Service Allyson Calhoun Home to ORD (travel to in-person team meetings) | 50.26 |
| 04/09/2023 | Airfare Allyson Calhoun 2023-04-09 ORD- LGA; travel to in-person team meetings (Delta Airlines, round trip, economy) | 448.44 |
| 04/09/2023 | Lodging Griffin Shapiro Hilton Garden Inn - New York, NY 2023-04-09 2023-04-12 (in-person team meetings) | 429.18 |
| 04/09/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 5.51 |
| 04/09/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 46.16 |
| 04/09/2023 | Train Matthew Birtwell - Washington DC to NYC, NY (in-person team meetings) | 112.00 |
| 04/10/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 17.04 |
| 04/10/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team | 8.02 |
| 04/10/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 18.04 |
| 04/10/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 21.48 |
| 04/10/2023 | Lodging Matthew Birtwell Westin New York, Grand Central, New York, NY 2023-04-10 2023-04-11 (in-person team meetings) | 300.71 |
| 04/10/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 6.80 |
| 04/10/2023 | Group Meal - Engagement Team - Dinner - Allyson Calhoun; Griffin Shapiro; Matthew Birtwell (in-person team meetings) | 278.27 |
| 04/10/2023 | Group Meal - Engagement Team - Lunch - Sean Thompson; Matthew Birtwell (in-person team meetings) | 30.23 |
| 04/10/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |
| 04/10/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/10/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |
| 04/10/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |
| 04/10/2023 | Mileage Matthew Birtwell 28 Miles | 18.34 |
| 04/10/2023 | Taxi/Car Service Matthew Birtwell Dinner to Hotel (in-person team meetings) | 15.98 |
| 04/11/2023 | Group Meal - Lunch - Sean Thompson; Allyson Calhoun; Matthew Birtwell (in-person team meetings) | 45.63 |
| 04/11/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team | 8.02 |
| 04/11/2023 | Public Transportation Allyson Calhoun Home to AlixPartners New York Office (in-person team meetings) | 2.75 |
| 04/11/2023 | Taxi/Car Service Allyson Calhoun Alixpartners Office to LGA (return from in-person team meetings) | 57.46 |
| 04/11/2023 | Taxi/Car Service Allyson Calhoun ORD to Home (return from in-person team meetings) | 32.28 |
| 04/11/2023 | Taxi/Car Service Allyson Calhoun ORD to Home (return from in-person team meetings) | 4.84 |
| 04/11/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 37.04 |
| 04/11/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 3.67 |
| 04/11/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 20.62 |
| 04/11/2023 | Public Transportation Griffin Shapiro (in-person team meetings) | 2.75 |
| 04/11/2023 | Parking/Tolls Griffin Shapiro (return from in-person team meetings) | 118.00 |
| 04/11/2023 | Gas/Fuel Griffin Shapiro from NYC, NY to Boston, MA (return from in-person team meetings) | 39.17 |
| 04/11/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 13.55 |
| 04/11/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 29.35 |
| 04/11/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |
| 04/11/2023 | Public Transportation Matthew Birtwell (in-person team meetings) | 2.75 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/11/2023 | Mileage Matthew Birtwell 29 Miles | 19.00 |
| 04/11/2023 | Parking/Tolls Matthew Birtwell (return from in-person team meetings) | 18.00 |
| 04/11/2023 | Train Matthew Birtwell - NYC, NY to Washington DC (return from in-person team meetings) | 68.00 |
| 04/11/2023 | Airfare Travis Phelan 2023-04-24 DFW- ORD; travel to in-person team meetings (American Airlines, round-trip, economy) | 720.80 |
| 04/12/2023 | Airfare Todd Toaso 2023-04-24 LGA- ORD; travel to in-person team meetings (Delta Airlines, round trip, economy) | 450.78 |
| 04/13/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Cambridge (overtime) | 32.24 |
| 04/14/2023 | Individual Meal - Aidan Walker - Dinner (overtime meal) | 17.01 |
| 04/14/2023 | Taxi/Car Service Aidan Walker AlixPartners London Office to Home (overtime) | 35.33 |
| 04/14/2023 | Airfare Eric Mostoff 2023-04-23 LGA- ORD; travel to in-person team meetings (Delta Airlines, round trip, economy) | 487.64 |
| 04/14/2023 | Airfare Randi Self 2023-04-24 DAL- MDW; travel to in-person team meetings (Southwest Airlines, round trip, economy) | 482.95 |
| 04/16/2023 | Airfare David White 2023-04-23 LAX- ORD (United, round trip, business class) | 1,130.80 |
| 04/17/2023 | Internet Access Adam Searles | 9.95 |
| 04/17/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 39.66 |
| 04/17/2023 | Airfare Griffin Shapiro 2023-04-24 Boston, MA - Chicago, IL (travel to in-person team meetings) (Delta Airlines, round trip, economy) | 390.08 |
| 04/18/2023 | Parking/Tolls Lilly Goldman Prepay Parking at DCA for Chicago, IL (travel to in-person team meetings) | 52.00 |
| 04/18/2023 | Airfare Matthew Jacques 2023-04-24 BOS- ORD; travel to in-person team meetings (JetBlue, one-way, economy) | 130.41 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/19/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 23.32 |
| 04/19/2023 | Public Transportation Elizabeth Kardos (travel to meeting with Fee Examiner) | 2.75 |
| 04/19/2023 | Public Transportation Elizabeth Kardos (travel to meeting with Fee Examiner) | 12.25 |
| 04/19/2023 | Taxi/Car Service Elizabeth Kardos Home to Business meeting (travel to meeting with Fee Examiner) | 161.79 |
| 04/19/2023 | Airfare John LaBella 2023-04-27 ORD- MFR; return from in-person team meetings (Delta Airlines, round trip, economy) | 889.72 |
| 04/20/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to | 21.22 |
| 04/20/2023 | Airfare Matthew Birtwell 2023-04-24 DCA- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 445.85 |
| 04/20/2023 | Airfare Yujing Sun 2023-04-27 ORD- EWR; return from in-person team meetings (American Airlines, one-way, economy) | 88.07 |
| 04/20/2023 | Airfare Yujing Sun 2023-04-23 EWR- ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 272.06 |
| 04/21/2023 | Internet Access Adam Searles | 10.00 |
| 04/23/2023 | Lodging Chuanqi Chen 1664 Fairfield Chirivern, Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 820.85 |
| 04/23/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 38.81 |
| 04/23/2023 | Taxi/Car Service Chuanqi Chen Home to IAH (travel to in-person team meetings) | 47.41 |
| 04/23/2023 | Airfare Dana Schwartz 2023-04-25 LGA- ORD; travel to in-person team meetings (Delta Airlines, round trip, economy) | 432.94 |
| 04/23/2023 | Lodging David White Westin Chicago River N, Chicago, IL 2023-04-23 2023-04-26 (in-person team meetings) | 975.00 |
| 04/23/2023 | Individual Meal - David White - Dinner (in-person team meetings) | 8.96 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/23/2023 | Taxi/Car Service David White ORD to Hotel (travel to in-person team meetings) | 71.08 |
| 04/23/2023 | Taxi/Car Service David White Home to LAX (travel to in-person team meetings) | 140.77 |
| 04/23/2023 | Lodging Di Liang Westin Chicago River N, Chicago, IL 2023-04-23 2023-04-26 (in-person team meetings) | 975.00 |
| 04/23/2023 | Lodging Eric Mostoff Westin Hotels and Resorts - Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 1,300.00 |
| 04/23/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 60.39 |
| 04/23/2023 | Lodging John LaBella Westin Chicago River N, Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 1,300.00 |
| 04/23/2023 | Taxi/Car Service John LaBella ORD to Hotel (travel to in-person team meetings) | 48.73 |
| 04/23/2023 | Lodging Kurt Wessel Hotel Chicago DT Autograph - Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 1,300.00 |
| 04/23/2023 | Taxi/Car Service Kurt Wessel Chicago ORD to Hotel (travel to in-person team meetings) | 56.40 |
| 04/23/2023 | Airfare Kurt Wessel 2023-04-27 ORD- DCA; return from in-person team meetings (United Airlines, one-way, economy) | 217.94 |
| 04/23/2023 | Airfare Kurt Wessel 2023-04-23 DCA- ORD; travel to in-person team meetings (American Airlines, one-way, economy) | 301.73 |
| 04/23/2023 | Lodging Mark Cervi Moxy Chicago Downtown, Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 815.90 |
| 04/23/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 46.79 |
| 04/23/2023 | Taxi/Car Service Mark Cervi Home to LAX (travel to in-person team meetings) | 40.39 |
| 04/23/2023 | Internet Access Mark Cervi | 8.00 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/23/2023 | Lodging Yujing Sun Marriott Hotels - Chicago, IL 2023-04-23 2023-04-27 (in-person team meetings) | 1,300.00 |
| 04/23/2023 | Individual Meal - Yujing Sun - Lunch (in-person team meetings) | 11.53 |
| 04/23/2023 | Taxi/Car Service Yujing Sun ORD to Hotel (travel to in-person team meetings) | 3.00 |
| 04/24/2023 | Lodging Adam Searles Westin Hotels and Resorts - Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |
| 04/24/2023 | Individual Meal - Adam Searles - Dinner - (in-person team meetings) | 60.00 |
| 04/24/2023 | Taxi/Car Service Adam Searles Home to NYC Airport (travel to in-person team meetings) | 90.00 |
| 04/24/2023 | Taxi/Car Service Adam Searles ORD to Hotel (travel to in-person team meetings) | 159.78 |
| 04/24/2023 | Airfare Adam Searles 2023-04-24 LGA- ORD; travel to in-person team meetings (Delta Airlines, round trip, economy) | 312.05 |
| 04/24/2023 | Internet Access Adam Searles | 10.00 |
| 04/24/2023 | Taxi/Car Service Allyson Calhoun Chicago AlixPartners Office to Home (overtime) | 24.97 |
| 04/24/2023 | Individual Meal - Chuanqi Chen - Breakfast - (in-person team meetings) | 19.69 |
| 04/24/2023 | Taxi/Car Service Chuanqi Chen Chicago ORD Airport to Hotel (travel to in-person team meeting) | 76.96 |
| 04/24/2023 | Individual Meal - David White - Breakfast - (in-person team meetings) | 6.80 |
| 04/24/2023 | Individual Meal - Di Liang - Breakfast - (in-person team meetings) | 25.40 |
| 04/24/2023 | Taxi/Car Service Di Liang Dinner to Hotel (in-person team meeting) | 20.77 |
| 04/24/2023 | Taxi/Car Service Di Liang ORD to Hotel (travel to in-person team meetings) | 62.18 |
| 04/24/2023 | Taxi/Car Service Di Liang Home to NYC Airport (travel to in-person team meeting) | 54.63 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/24/2023 | Taxi/Car Service Eric Mostoff Home to LGA Airport (travel to in-person team meetings) | 50.63 |
| 04/24/2023 | Taxi/Car Service Eric Mostoff ORD to Hotel (travel to in-person team meetings) | 48.19 |
| 04/24/2023 | Lodging Griffin Shapiro Hotel Chicago DT Autograp - Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |
| 04/24/2023 | Group Meal - with AlixPartnersEngagement Team - Dinner - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 42.59 |
| 04/24/2023 | Taxi/Car Service Griffin Shapiro Home to BOS Airport (travel to in-person team meetings) | 37.62 |
| 04/24/2023 | Taxi/Car Service Griffin Shapiro ORD to AlixPartners Chicago Office (in-person team meetings) | 52.97 |
| 04/24/2023 | Lodging John Somerville Autograph Hotel EMC2 - Chicago, IL 2023-04-24 to 2023-04-26 (in-person team meetings) | 650.00 |
| 04/24/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 16.74 |
| 04/24/2023 | Group Meal - Engagement Team - Lunch - Adam Searles; John Somerville (in-person team meetings) | 54.42 |
| 04/24/2023 | Taxi/Car Service John Somerville Home to LGA Airport (travel to in-person team meetings) | 36.95 |
| 04/24/2023 | Lodging Lilly Goldman Westin Chicago River N, Chicago, IL 2023-04-24 2023-04-25 (in-person team meetings) | 374.51 |
| 04/24/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Travis Phelan; Kurt Wessel; Mark Cervi; David White; Di Liang; Chuanqi Chen (in-person team meetings) | 455.00 |
| 04/24/2023 | Taxi/Car Service Lilly Goldman ORD to AlixPartners Chicago office (travel to in-person team meetings) | 66.25 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/24/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Kurt Wessel; Takahiro Yamada; Mark Cervi; John Somerville; Yujing Sun; David White; Eric Mostoff; Chih Chao Ip; Randi Self; Allyson Calhoun; Griffin Shapiro; Matthew Birtwell (in-person team meetings) | 562.92 |
| 04/24/2023 | Taxi/Car Service Mark Cervi ORD to Hotel (travel to in-person team meetings) | 56.40 |
| 04/24/2023 | Lodging Matthew Birtwell Westin Chicago, River N, Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |
| 04/24/2023 | Group Meal - Engagement Team Matthew Birtwell - Dinner - Yujing Sun; Randi Self; Matthew Birtwell (in-person team meetings) | 325.00 |
| 04/24/2023 | Mileage Matthew Birtwell 32 Miles | 20.96 |
| 04/24/2023 | Lodging Matthew Jacques Westin Chicago River N, Chicago, IL 2023-04-24 2023-04-26 (in-person team meetings) | 650.00 |
| 04/24/2023 | Group Meal - Engagement Team - Dinner - Todd Toaso; John LaBella; Matthew Jacques; Eric Mostoff (in-person team meetings) | 260.00 |
| 04/24/2023 | Taxi/Car Service Matthew Jacques Airport to AlixPartners Chicago Office (in-person team meetings) | 67.20 |
| 04/24/2023 | Airfare Matthew Jacques 2023-04-26 ORD- PHL; return from in-person team meetings (United Airlines, one-way, economy) | 249.50 |
| 04/24/2023 | Lodging Randi Self Marriott Hotels - Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |
| 04/24/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 5.83 |
| 04/24/2023 | Taxi/Car Service Randi Self ORD to Chicago AlixPartners Office | 41.54 |
| 04/24/2023 | Parking/Tolls Randi Self - DFW Parking - (travel to in-person team meetings) | 64.00 |
| 04/24/2023 | Lodging Takahiro Yamada Hotel Chicago DT Autograp - Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/24/2023 | Taxi/Car Service Takahiro Yamada Brooklyn to JFK Airport (travel to in-person team meetings) | 85.70 |
| 04/24/2023 | Taxi/Car Service Takahiro Yamada ORD Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 56.25 |
| 04/24/2023 | Lodging Todd Toaso Hotel Chicago DT Autograp - Chicago, IL 2023-04-24 2023-04-27 (in-person team meetings) | 975.00 |
| 04/24/2023 | Taxi/Car Service Todd Toaso Home to LGA (travel to in-person team meetings) | 61.03 |
| 04/24/2023 | Lodging Travis Phelan Westin, Chicago River N, Chicago, IL 2023-04-24 2023-04-28 (in-person team meetings) | 1,300.00 |
| 04/24/2023 | Taxi/Car Service Travis Phelan ORD to Hotel (travel to in-person team meetings) | 56.40 |
| 04/24/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 25.00 |
| 04/24/2023 | Taxi/Car Service Yujing Sun Edison to EWR Airport (travel to in-person team meetings) | 151.89 |
| 04/25/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 10.04 |
| 04/25/2023 | Taxi/Car Service Adam Searles Hotel to AlixPartners Chicago Office (travel to in-person team meetings) | 15.05 |
| 04/25/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 17.01 |
| 04/25/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 21.90 |
| 04/25/2023 | Lodging Dana Schwartz - Westin Chicago River N, Chicago, IL 2023-04-25 2023-04-28 (in-person team meetings) | 975.00 |
| 04/25/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 29.66 |
| 04/25/2023 | Taxi/Car Service Dana Schwartz ORD to AlixPartners Chicago Office (travel to in-person team meetings) | 52.93 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/25/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 47.92 |
| 04/25/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 10.36 |
| 04/25/2023 | Group Meal - - Engagement Team - Dinner - Travis Phelan; Kurt Wessel; John Somerville; David White (in-person team meetings) | 260.00 |
| 04/25/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 15.41 |
| 04/25/2023 | Group Meal - - Engagement Team Di Liang - Dinner - Eric Mostoff; Di Liang; Randi Self; Chuanqi Chen (in-person team meetings) | 260.00 |
| 04/25/2023 | Group Meal - with AlixPartners Personnel Only - Dinner - Yujing Sun; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 195.00 |
| 04/25/2023 | Taxi/Car Service Griffin Shapiro Hotel to Dinner (in-person team meetings) | 12.68 |
| 04/25/2023 | Group Meal - - Engagement Team - Dinner - Mark Cervi; John LaBella (in-person team meetings) | 130.00 |
| 04/25/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 18.48 |
| 04/25/2023 | Individual Meal - Lilly Goldman - Dinner (in-person team meetings) | 31.55 |
| 04/25/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Todd Toaso; Kurt Wessel; Takahiro Yamada; Mark Cervi; Adam Searles; John Somerville; Yujing Sun; Anne Vanderkamp; David White; Matthew Jacques; Eric Mostoff; Chih Chao Ip; Randi Self; Allyson Calhoun; Griffin Shapiro; Matthew Birtwell (in-person team meetings) | 678.99 |
| 04/25/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 57.59 |
| 04/25/2023 | Taxi/Car Service Matthew Birtwell ORD to Office (in-person team meetings) | 46.96 |
| 04/25/2023 | Taxi/Car Service Matthew Birtwell Office to Dinner (in-person team meetings) | 20.92 |
| 04/25/2023 | Individual Meal - Matthew Jacques - Lunch (in-person team meetings) | 17.08 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/25/2023 | Group Meal - - Engagement Team - Dinner - Todd Toaso; Takahiro Yamada; Dana Schwartz; Matthew Jacques (in-person team meetings) | 260.00 |
| 04/25/2023 | Taxi/Car Service Randi Self Hotel to AlixPartners Chicago Office (in-person team meetings) | 21.65 |
| 04/25/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 24.01 |
| 04/26/2023 | Individual Meal - Adam Searles - Lunch (in-person team meetings) | 35.00 |
| 04/26/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 10.04 |
| 04/26/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 32.71 |
| 04/26/2023 | Group Meal - - Engagement Team Anne Vanderkamp - Lunch - Todd Toaso; Takahiro Yamada; Dana Schwartz; John LaBella; Anne Vanderkamp; David White; Matthew Jacques; Eric Mostoff; Di Liang; Randi Self; Chuanqi Chen; Matthew Birtwell (in-person team meetings) | 226.60 |
| 04/26/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 28.17 |
| 04/26/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 13.11 |
| 04/26/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 7.45 |
| 04/26/2023 | Taxi/Car Service David White LAX to Home (return from in-person team meetings) | 164.74 |
| 04/26/2023 | Taxi/Car Service David White Hotel to ORD (return from in-person team meetings) | 107.42 |
| 04/26/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 04/26/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 7.59 |
| 04/26/2023 | Public Transportation Di Liang Chicago Office to Airport - (return from in-person team meetings) | 2.50 |
| 04/26/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 6.13 |
| 04/26/2023 | Group Meal - with AlixPartners Personnel Only Griffin Shapiro - Lunch - Yujing Sun; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 79.41 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/26/2023 | Group Meal - with AlixPartners Engagement Team - Breakfast - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 17.60 |
| 04/26/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 5.92 |
| 04/26/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 19.00 |
| 04/26/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 14.40 |
| 04/26/2023 | Taxi/Car Service John Somerville JFK to Home (return from in-person team meetings) | 79.03 |
| 04/26/2023 | Taxi/Car Service John Somerville AlixPartners Chicago office to ORD Airport (return from in-person team meetings) | 76.78 |
| 04/26/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 13.40 |
| 04/26/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 7.81 |
| 04/26/2023 | Taxi/Car Service Matthew Birtwell Dinner to Hotel (in-person team meetings) | 35.79 |
| 04/26/2023 | Group Meal - - Engagement Team - Dinner - Yujing Sun; Allyson Calhoun; Griffin Shapiro; Matthew Birtwell (in-person team meetings) | 274.74 |
| 04/26/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Chicago Office to Dinner (in-person team meetings) | 39.99 |
| 04/26/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 27.86 |
| 04/26/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 6.65 |
| 04/26/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 8.10 |
| 04/26/2023 | Group Meal - - Engagement Team - Dinner - Travis Phelan; Dana Schwartz; Adam Searles (in-person team meetings) | 195.00 |
| 04/26/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.77 |
| 04/27/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 10.04 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/27/2023 | Taxi/Car Service Adam Searles Hotel to Airport (return from in-person team meetings) | 49.52 |
| 04/27/2023 | Taxi/Car Service Adam Searles Airport to Office (return from in-person team meetings) | 131.54 |
| 04/27/2023 | Internet Access Adam Searles | 10.00 |
| 04/27/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 31.27 |
| 04/27/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 12.73 |
| 04/27/2023 | Group Meal - - Engagement Team Chuanqi Chen - Lunch - Takahiro Yamada; Dana Schwartz; John LaBella; Yujing Sun; Anne Vanderkamp; Eric Mostoff; Randi Self; Allyson Calhoun; Griffin Shapiro; Chuanqi Chen; Matthew Birtwell; Mark Cervi; Kurt Wessel; Todd Toaso (in-person team meetings) | 456.80 |
| 04/27/2023 | Taxi/Car Service Chuanqi Chen IAH to Home (return from in-person team meetings) | 38.93 |
| 04/27/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 13.11 |
| 04/27/2023 | Internet Access Di Liang | 15.00 |
| 04/27/2023 | Taxi/Car Service Di Liang NYC Airport to Home (return from in-person team meetings) | 56.98 |
| 04/27/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 11.77 |
| 04/27/2023 | Taxi/Car Service Eric Mostoff AlixPartners Chicago Office to ORD (return from in-person team meetings) | 101.11 |
| 04/27/2023 | Taxi/Car Service Eric Mostoff LGA to Home (return from in-person team meetings) | 56.33 |
| 04/27/2023 | Public Transportation Griffin Shapiro Chicago Office to Airport - (return from in-person team meetings) | 2.50 |
| 04/27/2023 | Airfare Griffin Shapiro 2023-04-27 Chicago, IL to Boston, MA; return from in-person team meetings (Delta Airlines, one-way, economy) | 239.50 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/27/2023 | Taxi/Car Service John LaBella AlixPartners Chicago Office to ORD (return from in-person team meetings) | 110.00 |
| 04/27/2023 | Taxi/Car Service Kurt Wessel AlixPartners Chicago Office to ORD (return from in-person team meetings) | 97.70 |
| 04/27/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 45.68 |
| 04/27/2023 | Public Transportation Mark Cervi LAX to Home - (return from in-person team meetings) | 65.08 |
| 04/27/2023 | Internet Access Mark Cervi | 8.00 |
| 04/27/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 31.35 |
| 04/27/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 7.81 |
| 04/27/2023 | Taxi/Car Service Matthew Birtwell Dinner to Hotel (in-person team meetings) | 26.53 |
| 04/27/2023 | Public Transportation Matthew Birtwell Chicago Office to Airport - (return from in-person team meetings) | 2.50 |
| 04/27/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Chicago Office to Dinner (in-person team meetings) | 10.64 |
| 04/27/2023 | Taxi/Car Service Matthew Birtwell Airport to Home (return from in-person team meetings) | 80.40 |
| 04/27/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 30.63 |
| 04/27/2023 | Taxi/Car Service Randi Self AlixPartners Chicago Office to ORD (return from in-person team meetings) | 55.42 |
| 04/27/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 24.91 |
| 04/27/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 65.00 |
| 04/27/2023 | Taxi/Car Service Takahiro Yamada LGA to Brooklyn (return from in-person team meetings) | 87.94 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/27/2023 | Group Meal - - Engagement Team Todd Toaso - Breakfast - Todd Toaso; Eric Mostoff (in-person team meetings) | 19.92 |
| 04/27/2023 | Taxi/Car Service Todd Toaso LGA to Home (return from in-person team meetings) | 83.89 |
| 04/27/2023 | Group Meal - - Engagement Team - Dinner - Travis Phelan; Dana Schwartz (in-person team meetings) | 130.00 |
| 04/27/2023 | Taxi/Car Service Yujing Sun EWR to Edison, NJ (return from in-person team meetings) | 94.99 |
| 04/28/2023 | Individual Meal - Dana Schwartz - Dinner (in-person team meetings) | 54.92 |
| 04/28/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meetings) | 70.94 |
| 04/28/2023 | Taxi/Car Service Dana Schwartz Hotel to ORD (return from in-person team meetings) | 63.47 |
| 04/28/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 10.37 |
| 04/28/2023 | Parking/Tolls Matthew Birtwell at DCA for Chicago, IL (travel to in-person team meetings) | 116.00 |
| 04/28/2023 | Taxi/Car Service Travis Phelan DFW to Home (return from in-person team meetings) | 34.55 |
| 04/28/2023 | Taxi/Car Service Travis Phelan Hotel to ORD (return from in-person team meetings) | 138.23 |
| 04/28/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 24.05 |
| 04/29/2023 | Internet Access Di Liang | 19.95 |
| **Total Expenses** | | **$ 43,924.43** |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | 10,669.81 |
| Gas, Parking & Tolls | 407.17 |
| Ground Transportation | 4,743.48 |
| Internet | 128.85 |
| Lodging | 20,640.25 |
| Meals | 7,096.57 |
| Mileage | 58.30 |
| Train | 180.00 |
| **Total Expenses** | **$ 43,924.43** |