**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### **AFFIDAVIT OF SERVICE**

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via email on the Unsecured Creditors Committee Service List attached hereto as **Exhibit A**; (2) via email on the Office of the United States Trustee, Attn: Juliet M. Sarkessian, Benjamin A. Hackman and David Gerardi at juliet.m.sarkessian@usdoj.gov, benjamin.a.hackman@usdoj.gov, and david.gerardi@usdoj.gov; (3) via overnight mail on the Office of the United States Trustee, Attn: Juliet M. Sarkessian at an address that has been redacted in the interest of privacy; and (4) via email on Oracle America, Inc. (ADRID: 10284601), Buchalter, a Professional Corporation, Attn: Shawn M. Christianson at Schristianson@buchalter.com, and Oracle America, Inc. (ADRID: 12123327), Doshi Legal Group, P.C., Attn: Amish R. Doshi at Amish@doshilegal.com:

- Notice of Assumption and Assignment of the Oracle Contract [Docket No. 1507]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: May 31, 2023

                                                                                                                             */s/ Humas Ali*
                                                                                                                             Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 31, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 69857

**Exhibit A**

Exhibit A
Unsecured Creditors Committee Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
| --- | --- | --- | --- |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM KRISHANSEN@PAULHASTINGS.COM KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM LUCDESPINS@PAULHASTINGS.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |