**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/1/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 4/2/2023 | Kendyl Flinn | Misc. expenses (supplies, wifi, etc.) | 8.50 | In flight wifi working on FTX |
| 4/3/2023 | Rohan Sindhwani | Late night / weekend transportation | 17.97 | Taxi home working late on FTX |
| 4/4/2023 | Rohan Mekala | Late night / weekend transportation | 29.29 | Taxi home working late on FTX |
| 4/4/2023 | Kendyl Flinn | Late night / weekend transportation | 15.05 | Taxi home working late on FTX |
| 4/5/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 440.12 | Datasite<br>Project Name: Focus Phase II VDR<br>Project Id: a278a000007tzs9AAA<br>Effective: 25-Nov-22 Term: 6 Months |
| 4/5/2023 | Rohan Mekala | Late night / weekend transportation | 29.29 | Taxi home working late on FTX |
| 4/5/2023 | Geoffrey Posess | Late night / weekend transportation | 37.93 | Taxi home working late on FTX |
| 4/6/2023 | Rohan Sindhwani | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 4/6/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 4/10/2023 | Wasif Syed | Late night / weekend transportation | 137.48 | Taxi home working late on FTX |
| 4/10/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 4/11/2023 | Kendyl Flinn | Late night / weekend transportation | 15.05 | Taxi home working late on FTX |
| 4/11/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 4/17/2023 | Kendyl Flinn | Late night / weekend transportation | 15.64 | Taxi home working late on FTX |
| 4/19/2023 | Kendyl Flinn | Travel to meetings / out of town | 15.64 | Taxi home working late on FTX |
| 4/20/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 10,369.00 | For professional services rendered and related expenses incurred for month ending March 2023 |
| 4/25/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late on FTX |
| 4/25/2023 | Rohan Mekala | Late night / weekend transportation | 26.87 | Taxi home working late on FTX |
| 4/26/2023 | Rohan Sindhwani | Late night / weekend transportation | 13.70 | Taxi home working late on FTX |
| 4/27/2023 | Rohan Sindhwani | Late night / weekend transportation | 16.57 | Taxi home working late on FTX |
| 4/27/2023 | Kendyl Flinn | Late night / weekend transportation | 16.72 | Taxi home working late on FTX |
| 4/27/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 432.00 | RT train fare NY-Wilmington for LedgerX hearing on 5/4/23 |
| 4/28/2023 | Rohan Sindhwani | Late night / weekend transportation | 17.66 | Taxi home working late on FTX |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 4/28/2023 | Kendyl Flinn | Late night / weekend transportation | 19.27 | Taxi home working late on FTX |
| 4/30/2023 | Rohan Mekala | Late night / weekend transportation | 26.53 | Taxi home working late on FTX |
| 4/30/2023 | Rohan Mekala | Late night / weekend transportation | 35.99 | Taxi home working late on FTX |
| **Total** | | | **$11,856.27** | |