**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(Mar. 1, 2023 to Mar. 31, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | March 1, 2023 through March 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $10,369.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | n/a |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | Pending | Pending |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | Pending | Pending |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | Pending | Pending |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MARCH 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 2.4 | $2,268.00 |
| M. Shane Johnson | Partner | 2012 | 2012 | $765.00 | .5 | $382.50 |
| **Partner Total** | | | | | **2.9** | **$5,809.50** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 8.6 | $5,289.00 |
| Michael B. Dearman | Associate | 2019 | 2019 | $565.00 | 4.3 | $2,429.50 |
| **Associate Total** | | | | | **12.9** | **$7,718.50** |
| **GRAND TOTAL** | | | | | **15.8** | **$10,369.00** |

**Blended Hourly Rate: $656.27**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**MARCH 1, 2023 THROUGH AND INCLUDING MARCH 31, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 15.8 | $10,369.00 |
| **TOTAL** | **15.8** | **$10,369.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Computer Assisted Legal Research | n/a | n/a |
| | **TOTAL** | $0.00 |

---

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
13948322v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 548106  
Date 04/20/23  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $10,369.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $10,369.00 |
| **TOTAL AMOUNT DUE** | **$10,369.00** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  
_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 2  
Inv# 548106  
Date 04/20/23  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through March 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/23 | MBD | Review judicial orders governing fee examiners. | 0.20 | 113.00 |
| 03/01/23 | JFH | Email A. Kranzley and S. Johnson regarding fee examiner; email M. Dearman regarding research. | 0.30 | 283.50 |
| 03/02/23 | MBD | Review DE fee examiner orders and investment banker employment applications; draft memorandum regarding same; correspond with S. Johnson, J. Higgins, and M. Young-John regarding same. | 4.10 | 2,316.50 |
| 03/02/23 | MNY | Review research regarding fee examiner orders in Delaware; attention to emails with S. Johnson and Debtors' counsel regarding same. | 0.80 | 492.00 |
| 03/02/23 | JFH | Review fee examiner research; email S. Johnson, M. Dearman, K. Brown and A. Kranzley regarding same. | 0.50 | 472.50 |
| 03/02/23 | MSJ | Review summary of fee examiner orders from M. Dearman; e-mail Debtors' counsel regarding same. | 0.50 | 382.50 |
| 03/06/23 | MNY | Review client invoices and prepare January monthly fee statement; circulate same to client and Debtors' counsel for comment; review Debtors' counsel comments to same; email client regarding same; update monthly fee statement and obtain client signature for final; compile and send filing version of monthly fee statement to Debtors' counsel for filing. | 3.30 | 2,029.50 |
| 03/06/23 | JFH | Several emails regarding fee statements. | 0.30 | 283.50 |
| 03/14/23 | JFH | Email J. Petiford and M. Young-John regarding PWP fee statement. | 0.20 | 189.00 |
| 03/15/23 | MNY | Prepare first interim fee application; circulate same to Debtors' counsel and PWP for review; attention to client emails regarding same. | 2.30 | 1,414.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 548106
Date 04/20/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/23 | MNY | Review comments to first interim fee application from Debtors' counsel; emails with PWP regarding timing of payments and filing; update interim fee application and send to client for final review and execution; compile and send interim fee application to debtors' counsel for filing. | 1.20 | 738.00 |
| 03/16/23 | JFH | Several emails regarding PWP fee application. | 0.30 | 283.50 |
| 03/17/23 | MNY | Review updates from debtors' counsel to interim fee application and incorporate same into draft; send updated draft to client for approval. | 0.50 | 307.50 |
| 03/17/23 | JFH | Email PWP and M. Young-John regarding fee statement. | 0.30 | 283.50 |
| 03/19/23 | MNY | Send PWP invoice to counsel for Debtor. | 0.10 | 61.50 |
| 03/22/23 | MNY | Email client regarding February monthly fee statement. | 0.10 | 61.50 |
| 03/23/23 | JFH | Email PWP and M. Young-John regarding fee statements. | 0.20 | 189.00 |
| 03/28/23 | MNY | Email client and debtors' counsel regarding CNO for third monthly fee statement. | 0.20 | 123.00 |
| 03/30/23 | JFH | Email regarding fee statements. | 0.30 | 283.50 |
| 03/31/23 | MNY | Follow up with client regarding February time records and expenses. | 0.10 | 61.50 |
| **Total Services** | | | **15.80** | **$10,369.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 4
Inv# 548106
Date 04/20/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 2.40 | 945.00 | 2,268.00 |
| MSJ | M. Shane Johnson | Partner | 0.50 | 765.00 | 382.50 |
| MBD | Michael B. Dearman | Associate | 4.30 | 565.00 | 2,429.50 |
| MNY | Megan N. Young-John | Associate | 8.60 | 615.00 | 5,289.00 |

Total Disbursements $0.00

**Invoice Total** **$10,369.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 548106 |
| Date | 04/20/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## REMITTANCE PAGE

**Invoice Total**                                                                                                      **$10,369.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**
  Dept. 510
  P.O. Box 4346
  Houston, Texas 77210-4346

**By wire:**
  **Financial**   Amegy Bank of Texas
         1801 Main Street
         Houston, TX 77002

  **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

  **Swift Address for International Wires:**  ZFNBUS55

  **PORTER HEDGES LLP Operating Account:**  5791152449

  **Reference:**  017741-0001