# CERTIFICATE OF SERVICE

I, Michael A. Ingrassia, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on June 6, 2023, in the manner indicated on the counsel below.

Date: June 6, 2023
       Wilmington, Delaware

       */s/ Michael A. Ingrassia*
       Michael A. Ingrassia (No. 7068)

***VIA EMAIL & CM/ECF***

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
T: 302-467-4400
F: 302-467-4450
Email:  landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
       rpoppiti@ycst.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
T: 212-558-400
F: 212-558-3588
Email:  dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

**PAUL HASTINGS LLP**
Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
Samantha Martin
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
       erezgilad@paulhastings.com
       gabesasson@paulhastings.com
       samanthamartin@paulhastings.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Juliet M. Sarkessian
Benjamin A. Hackman
Trial Attorneys
Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
Email:   juliet.m.sarkessian@usdoj.gov
             benjamin.a.hackman@usdoj.gov

**FINGER & SLANINA, LLC**
David L. Finger
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
Email:  dfinger@delawgroup.com

**THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**
Katie Townsend (pro hac vice)
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
Email:   ktownsend@rcfp.org