**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Velobind | 4/3/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Document Reproduction | 4/3/2023 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 42.00 | 0.10 | 4.20 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 4/3/2023 | 35.00 | 0.10 | 3.50 | Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 13.00 | 0.40 | 5.20 | Color Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Document Reproduction | 4/3/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Document Reproduction | 4/3/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/3/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/3/2023 | 39.00 | 0.40 | 15.60 | Color Document Reproduction |
| Document Reproduction | 4/4/2023 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/4/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 4/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/5/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/5/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| Word processing | 4/6/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Word processing | 4/7/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Color Document Reproduction | 4/6/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 4/6/2023 | 13.00 | 0.40 | 5.20 | Color Document Reproduction |
| Document Reproduction | 4/6/2023 | 80.00 | 0.10 | 8.00 | Document Reproduction |
| Document Reproduction | 4/6/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 4/6/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/6/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/6/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/7/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 4/7/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| Document Reproduction | 4/7/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 4/7/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Velobind | 4/11/2023 | 1.00 | 2.00 | 2.00 | Velobind |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 4/15/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 4/15/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 4/15/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 4/15/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Document Reproduction | 4/15/2023 | 51.00 | 0.10 | 5.10 | Document Reproduction |
| Document Reproduction | 4/15/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/15/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 4/15/2023 | 45.00 | 0.10 | 4.50 | Document Reproduction |
| Document Reproduction | 4/10/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Color Document Reproduction | 4/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/10/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Color Document Reproduction | 4/10/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 4/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/11/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 4/11/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/11/2023 | 48.00 | 0.40 | 19.20 | Color Document Reproduction |
| Color Document Reproduction | 4/11/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Document Reproduction | 4/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/12/2023 | 23.00 | 0.40 | 9.20 | Color Document Reproduction |
| Color Document Reproduction | 4/12/2023 | 10.00 | 0.40 | 4.00 | Color Document Reproduction |
| Document Reproduction | 4/12/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 4/12/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 4/12/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/12/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 46.00 | 0.10 | 4.60 | Document Reproduction |
| Color Document Reproduction | 4/13/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/13/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/13/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Color Document Reproduction | 4/14/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 4/14/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Document Reproduction | 4/14/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/14/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 4/14/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 4/14/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 4/14/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 4/14/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/14/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 4/14/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| PACER Services | 4/1/2023 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 1/1/2023-3/31/2023 - Account # |
| Document Services | 4/4/2023 | 44.00 | 0.75 | 33.00 | Document services - COLOR PRINTS/G. SMITH/0213579 |
| Document Services | 4/4/2023 | 1.00 | 15.00 | 15.00 | Document services - CREATION OF TABS/M. VAN ETTEN/0213575 |
| Document Services | 4/4/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/M. VAN ETTEN/0213575 |
| Document Services | 4/4/2023 | 1.00 | 10.29 | 10.29 | Document services - 1"" BLACK VIEW BINDER/M. VAN ETTEN/0213575 |
| Document Services | 4/4/2023 | 32.00 | 0.01 | 0.37 | Document services - PUNCHING/M. VAN ETTEN/0213575 |
| Document Services | 4/4/2023 | 35.00 | 0.53 | 18.60 | Document services - CUSTOM TABS/M. VAN |
| Document Services | 4/4/2023 | 64.00 | 0.07 | 4.40 | Document services - PRINTS/M. VAN |
| Document Services | 4/4/2023 | 1.00 | 4.76 | 4.76 | Document Services - TAX/M. VAN ETTEN/0213575 |
| Document Services | 4/4/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0213579 |
| Document Services | 4/4/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0213579 |
| Document Services | 4/4/2023 | 1.00 | 3.56 | 3.56 | Document Services - TAX/G. SMITH/0213579 |
| Word processing | 4/21/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Color Document Reproduction | 4/16/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Document Reproduction | 4/16/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 72.00 | 0.10 | 7.20 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 41.00 | 0.10 | 4.10 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 4/17/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/17/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/17/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/17/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 4/18/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Document Reproduction | 4/18/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 4/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/19/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 4/19/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 4/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 12.00 | 0.40 | 4.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 12.00 | 0.40 | 4.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/20/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 4/21/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 4/21/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/21/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 4/21/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/21/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Word processing | 4/24/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Express mail | 4/24/2023 | 1.00 | 54.92 | 54.92 | FEDERAL EXPRESS CORPORATION - Invoice No: 215210724 Paid to: Fedex per JACLYN PALMERSON Ship To: MR ORESTIS HADJICHARALAMBOUS Ship Dt: 04/13/23 Airbill: 396979245130 11807 00001 007255: Most cost efficient method of proof of delivery. |
| Word processing | 4/25/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Word processing | 4/25/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 4/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/24/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 19.00 | 0.40 | 7.60 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 4/25/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Document Reproduction | 4/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| Color Document Reproduction | 4/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 4/25/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 42.00 | 0.10 | 4.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 4/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 4/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Word processing | 4/27/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Word processing | 4/28/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Document Services | 4/25/2023 | 2.00 | 2.12 | 4.24 | Document services - SPIRAL BINDING/C. KIM/0213992 |
| Document Services | 4/25/2023 | 2.00 | 0.75 | 1.50 | Document services - COLOR PRINTS/C. KIM/0213992 |
| Document Services | 4/25/2023 | 32.00 | 0.02 | 0.73 | Document services - SLIP SHEETS/C. KIM/0213992 |
| Document Services | 4/25/2023 | 32.00 | 0.37 | 11.89 | Document services - TABS/C. KIM/0213992 |
| Document Services | 4/25/2023 | 450.00 | 0.07 | 30.96 | Document services - PRINTS/C. KIM/0213992 |
| Document Services | 4/25/2023 | 1.00 | 4.86 | 4.86 | Document Services - TAX/C. KIM/0213992 |
| Document Services | 4/25/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/C. KIM/0213992 |
| Document Reproduction | 4/27/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 4/1/2023 | 1.00 | 0.98 | 0.98 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 4/3/2023 | 1.00 | 0.98 | 0.98 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 4/14/2023 | 1.00 | 0.99 | 0.99 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 4/19/2023 | 1.00 | 0.99 | 0.99 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 4/21/2023 | 1.00 | 0.99 | 0.99 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 4/26/2023 | 1.00 | 0.65 | 0.65 | US DOCKETS |
| Lexis Courtlink - Off Contract | 4/26/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 4/29/2023 | 1.00 | 0.99 | 0.99 | COURTLINK ALERT |
| Online Research - Off Contract | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research - Off Contract | 4/30/2023 | 1.00 | 35.00 | 35.00 | Online Research - Off Contract |
| Online Research - Tax | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research - Tax | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 4/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |

| | | | | | |
|---|---|---|---|---|---|
| Air travel-Agency fees | 4/30/2023 | 1.00 | 50.00 | 50.00 | Katherine Lemire - Agent Fee (New) - Katherine Lemire - FTX ticket- Redeye to NY from SF 04/30/23 |
| Air travel | 4/28/2023 | 1.00 | ###### | 2,763.72 | Katherine Lemire - Airfare - Katherine Lemire - CDG-SFO-JFK flight for meeting— ½ charged to estate. |

| CostType | Quantity | Amount |
|---|---:|---:|
| Air travel | 2.0 | 2,813.72 |
| Color Document Reproduction | 391.0 | 156.40 |
| Document Reproduction | 1,507.0 | 150.70 |
| Document Services | 702.0 | 161.28 |
| Express mail | 1.0 | 54.92 |
| Lexis Courtlink - Off Contract | 8.0 | 6.57 |
| Online Research | 8.0 | 35.00 |
| PACER Services | 1.0 | 0.00 |
| Velobind | 2.0 | 4.00 |
| Word processing | 2.4 | 0.00 |
| TOTAL | 2,624.4 | 3,382.59 |