IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Re: Docket No. 1192 |

NOTICE OF FILING OF PROPOSED
JOINT PRETRIAL ORDER

  **PLEASE TAKE NOTICE** that, on March 29, 2023, Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves (the "**JPLs**," in their capacity as the duly appointed joint provisional liquidators of FTX Digital Markets Ltd (the "**FTX Digital**") and foreign representatives of the Provisional Liquidation of FTX Digital, filed the *Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues* [Docket No. 1192] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") in the above-captioned case.

  **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion is scheduled for June 8, 2023 at 9:00 a.m. (ET) (the "**Hearing**").

  **PLEASE TAKE FURTHER NOTICE** that (i) the JPLs, (ii) the U.S. Debtors, (iii) the Official Committee of Unsecured Creditors (the "**Committee**"), (iv) the Customer Adversary Plaintiffs in Adversary Proceeding No. 22-50513 (JTD) (the "**Customer Adversary Plaintiffs**"), and (v) the Ad Hoc Group of Customers of FTX Trading Ltd. (the "**Ad Hoc Group**" and together with the JPLs, U.S. Debtors, Committee and Customer Adversary Plaintiffs, the "**Parties**") have conferred and negotiated an agreed upon proposed form of joint pretrial order attached hereto as **Exhibit 1** (the "**Proposed Joint Pretrial Order**").

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in the Chapter 11 Cases, a complete list of the debtors (the "**U.S. Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 29108755v.1

**PLEASE TAKE FURTHER NOTICE** that the Parties intend to request that the Court enter the Proposed Joint Pretrial Order, substantially in the form attached hereto, prior to or at the Hearing. To the extent the Parties make revisions to the Proposed Joint Pretrial Order, the Parties will present a blacklined copy of the revised form of order to the Court at the Hearing.

*[Remainder of page intentionally left blank]*

Dated: June 7, 2023

| | |
|---|---|
| */s/ Brendan J. Schlauch* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Kevin Gross (No. 209) | Jessica C. Lauria (admitted *pro hac vice*) |
| Paul N. Heath (Bar No. 3704) | J. Christopher Shore (admitted *pro hac vice*) |
| Brendan J. Schlauch (Bar No. 6115) | Brian D. Pfeiffer (admitted *pro hac vice*) |
| David T. Queroli (Bar No. 6318) | Mark Franke (admitted *pro hac vice*) |
| One Rodney Square | Brett L. Bakemeyer (admitted *pro hac vice*) |
| 920 N. King Street | Brandon Batzel (admitted *pro hac vice*) |
| Wilmington, DE 19801 | 1221 Avenue of the Americas |
| Telephone:    (302) 651-7700 | New York, NY 10020 |
| Facsimile:    (302) 651-7701 | Telephone:    (212) 819-8200 |
| gross@rlf.com | jessica.lauria@whitecase.com |
| heath@rlf.com | cshore@whitecase.com |
| schlauch@rlf.com | brian.pfeiffer@whitecase.com |
| queroli@rlf.com | mark.franke@whitecase.com |
| | brett.bakemeyer@whitecase.com |
| —and— | brandon.batzel@whitecase.com |
| | |
| | Thomas E Lauria (admitted *pro hac vice*) |
| | Richard S. Kebrdle (admitted *pro hac vice*) |
| | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone:    (305) 371-2700 |
| | tlauria@whitecase.com |
| | rkebrdle@whitecase.com |
| | |
| | *Attorneys for the Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)* |

RLF1 29108755v.1