**Exhibit A**

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
| Redacted | Redacted | 150,950.00 | |
| Redacted | Redacted | 1,039,066.36 | AAVE[0.0000000081828166] ATOM[0.0678905175625044] AVAX[0.0084600388947800] DOT[0.0569478571615257] ETH[645.6046591483665289] ETHW[14190.4864572672339288] FTT[1242.5473678500000000] LDO[48309.4830900000000000] LINK[0.0000000092957884] MATIC[0.5891925571067387] SOL[0.0000000029716072] SRM[19.3799945800000000] SRM_LOCKED[600.0000054200000000] TRX[526.7534035000000000] USD[245.5726188808114935] USDT[-15454.5570483795043661] |
| Redacted | Redacted | 11,373,198.56 | |
| Redacted | Redacted | 85,000,000.00 | |
| Redacted | Redacted | 890,000.00 | |
| Redacted | Redacted | 5,839,342.73 | |
| Redacted | Redacted | 21,834,136.37 | AAVE[0.0000000100000000] APT[0.0000000100000000] ASD[98.2055200000000000] |

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
| | | | ATOM[0.0578000000000000] AVAX[0.0561500000000000] BNB[0.0019400000000000] BTC[0.0010163932245322] BUSD[20800822.3509146600000000] CRV[85.6363000000000000] DOGE[0.0273417100000000] DOT[0.0077400000000000] ENJ[0.8211000000000000] ETH[0.0005998142009265] ETHW[0.9750656100000000] FTM[0.0000000100000000] FTT[60000.0156700000000000] FXS[86.9687500000000000] GALA[10499.3690000000000000] IMX[225.2454900000000000] LINK[0.0313900000000000] LTC[0.0070990000000000] LUNA2[1392.4920655629249581] LUNA2_LOCKED[3249.1481530401582356] MATIC[0.8606000000000000] NEAR[0.0018400000000000] PERP[19.6832000000000000] RAY[21.2195000000000000] RSR[7013.4770000000000000] RUNE[0.0400700000000000] SAND[35.9060000000000000] SHIB[0.0000000100000000] SLP[328042.1970000000000000] SNX[2.1157500000000000] SOL[0.0078900000000000] SPELL[6319.2100000000000000] SRM[688.9399838300000000] SRM_LOCKED[9687.5942161700000000] SUSHI[13.4120000000000000] TOMO[0.0000000100000000] TRX[0.7624000000000000] |

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
| | | | UNI[2.8867200000000000] USD[0.7515882561886199] USDT[1818079.4881260408093461] XPLA[1391.511900000000000] XRP[0.3932000000000000] YFI[0.0000551500000000] |
| Redacted | Redacted | 420,000.00 | |
| Redacted | Redacted | 4,573,288.21 | |
| Redacted | Redacted | 5,575,226.00 | |
| Redacted | Redacted | 560,000.00 | |
| Redacted | Redacted | 5,700,000.00 | |
| Redacted | Redacted | 10,390,384.16 | |
| Redacted | Redacted | 540,260.00 | AVAX[0.0543700000000000] BTC[0.0000238013611269] ETH[0.0005950691268820] ETHW[0.0004673632162027] FTT[28.5950200000000000] SOL[0.0019690304365071] USD[540232.13699671083667480000000000] USDT[0.0027781044511645] XRP[0.7296710903433445] |
| Redacted | Redacted | 32,720,523.00 | |

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
| Redacted | Redacted | 12,205,415.00 | 1INCH[0.0000000038083237] AVAX[0.0000000042680100] BNB[0.0000000091174247] BTC[-0.0039695644815206] ETH[0.0000000058470190] EUR[1658.9336437750000000] FTT[0.0905561700000000] LUNC[0.0000000098941585] MATIC[0.0000000042716605] MKR[0.0000000036800300] SRM[2.8832490600000000] SRM_LOCKED[1179.0167509400000000] STETH[0.0000000067794838] SUSHI[0.0000000011143700] TRX[0.0013860072604000] UNI[0.0000000092471607] USD[8514519.23721823521722050000000000] USDT[3546175.4154496937028704] WBTC[0.0000000030000000] |
| Redacted | Redacted Redacted | 804,000.00 | BTC[8.8757337252064741] ETH[0.0001659673328660] ETHW[0.0000049007166417] FTT[25.4951550000000000] TRX[30.0000000000000000] USD[652550.93925566572078860000000000] XRP[0.9524990797953446] |
| Redacted | Redacted | 1,200,000.00 | 1INCH[0.0000000100000000], SOL[34773.0621670642696886] AAVE[-0.0000000009380100], SRM[126.9358605800000000] ALPHA[0.0000000100000000], SRM_LOCKED[758.9314877000000000] AMPL[0.0000000002350746], STETH[0.0000086891331044] BNB[0.0000000107060035], STSOL[4487.6642571200000000] BTC[0.1206965905771082], SXP[0.0000000050000000] BVOL[0.0000000080000000], |

8

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
| | | | SXPBULL[0.0000000013100000] DEFIBULL[0.0000000078500000], USD[218668.2256967270195544] DOGE[0.8243700000000000], USDT[6.5052817994076931] ETH[1.6704395267861759], WBTC[0.0000000016926964] ETHW[3.7302034600000000], YFI[0.0000000075000000] FIDA[0.4912750000000000] FTM[0.3051500000000000] FTT[1760.8318784020302735] HXRO[0.0000000100000000] LOOKS[0.0000000100000000] LUNC[-0.0000000031451993] RAY[1.0000000000000000] RUNE[0.0000000062684497] SLND[0.1643740000000000] |
| Redacted | Redacted | 3,200,000.00 | USD $945,442.07 USDT 200,960.57 FTT 20,405.99342286 97519860 SRM_LOCKED 5,825.7126965300000000 SRM 48.3273034700000000 ETH[0.0009650100000000] 9 STG 0.9067416800000000 DAI 0.125509658219231 ETHW[0.0015996599478349] BTC 0.14 DOT[5171.6860999200000000] BNB 0.0042798952162496 BULL 0.00025952 ETHBULL 23,621.3832800015000000 AGLD 0.0930235000000000 AMPL 0.0000000009790842 BALBULL 0.0000000030000000 PAXGBEAR 0.0000000050000000 |

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---|---|
|  |  |  | PSY 5000.0000000000000000<br>STG 0.9067416800000000 |
| Redacted | Redacted | 25,021,826.00 |  |
| Redacted | Redacted | 3,700,000.00 |  |
| Redacted | Redacted | 1,500,000,000.00 |  |
| Redacted | Redacted | 160,000,000.00 |  |
| Redacted | Redacted | 275,000.00 |  |
| Redacted | Redacted | 4,000,000.00 |  |
| Redacted | Redacted | 2,124,186.17 | BTC[10.0000600000000000]<br>ETH[95.6172581600000000]<br>ETHW[273.5018020000000000]<br>USD[162844.71434413236424780000000000]<br>USDT[1663703.5515243375000000] |
| Redacted | Redacted | 3,900,000.00 |  |
| Redacted | Redacted | 98,000,000.00 |  |

| Name | Address | Dollarized Amount | Itemized Tokens |
|---|---|---:|---|
|  | Redacted |  |  |
| Redacted | Redacted | 107,000.00 |  |
| Redacted | Redacted | 378,000.00 |  |
| Redacted | Redacted | 100,000,000.00 |  |
| Redacted | Redacted Redacted | 27,000,000.00 |  |
| Redacted | Redacted | 79,000,000.00 |  |
| Redacted | Redacted | 13,000,000.00 |  |
| Redacted | Redacted | 64,434.00 | BTC[1.87083276275636000]<br>ETH[23.8801225221488000]<br>ETHW[14.8505675570543000]<br>USD[1355.8150707400000000] |