# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>        Defendants. | Adv. Pro. No. 22-50513 (JTD) |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071140.}

| | |
|---|---|
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC.,<br><br>                              Plaintiffs,<br><br>                 -against-<br><br>FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20<br><br>                              Defendants. | Adv. Pro. No. 23-50145 (JTD) |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 8, 2023, AT 9:00 A.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY VIEW THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW BY JUNE 8, 2023 AT 7:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJIsde2hpj4sGRw1dhUPkc8zLkm8jCWIVFY

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

Topic:  FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When:  June 8, 2023 at 9:00 a.m. (ET)

**<u>YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.</u>**

---

[2] **Amended items appear in bold.**

**ADJOURNED MATTERS:**

1. Pretrial Conference [*Austin Onusz, et al. v. West Realm Shires Inc., et al.*, Adv. No. 22-50513]

    Status: This matter is adjourned to the hearing scheduled for June 28, 2023.

2. Motion of the Debtors for Entry an Order (I) Enforcing the Automatic Stay and (II) Awarding the Debtors Attorneys' Fees and Expenses [D.I. 1417, filed on May 3, 2023]

    Status: This matter is adjourned to the hearing scheduled for June 28, 2023.

**RESOLVED MATTERS:**

3. Debtor's Motion for Entry of an order (I) Directing Joint Administration of its Chapter 11 Case and (II) Granting Related Relief [Case No. 23-10149, D.I. 38, filed on February 28, 2023]

    Status: On May 10, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

4. Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan [D.I. 1359, filed on April 26, 2023]

    Status: A certification of counsel has been filed. Accordingly, a hearing on this matter is no longer necessary unless the Court has any questions.

5. Motion of Debtors for Entry of an Order (I)(A) Establishing Deadlines for Filing Non-Customer and Government Proofs of Claim and Proofs of Interest and (B) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief [D.I. 1416, filed on May 3, 2023]

    Status: On May 19, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

6. Emergent Debtor's Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File A Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 1524, filed on May 23, 2023]

    Status: On June 5, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

7. The Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Declaration in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1137, filed on March 22, 2023]

   Response Deadline: April 5, 2023 at 4:00 p.m. (ET)

   Responses Received:

   A.  Media Intervenors' Objection to (I) Motion of the Ad Hoc Committee of Non-US Customers to File Under Seal a Verified Statement and Declaration (D.I. 1137), and (II) Extension or Continuance of the Redaction Deadline [D.I. 1226, filed on April 5, 2023]

   B.  United States Trustee's Omnibus Objection to (A) Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals, and (B) the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Supporting Declaration [D.I. 1467, filed on May 9, 2023]

   Related Documents:

   A.  [SEALED] Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 (US) LLP [D.I. 1136, filed on March 22, 2023]

   B.  [SEALED] Declaration in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1138, filed on March 22, 2023

   C.  Declaration of Philip James in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1139, filed on March 22, 2023]

   D.  Ad Hoc Committee of Non-US Customers of FTX.com's (A) Reply in Support of the Motion to File Under Seal (I) Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Supporting Declaration, and (B) Joinder to Joint Motion of

        the Debtors and Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1479, filed on May 12, 2023]

    E.    The Ad Hoc Committee of Non-US Customers of FTX.com's Witness List for June 8, 2023 Hearing [D.I. 1571, filed on June 6, 2023]

    F.    [SEALED] Verified First Supplemental Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht, & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1579, filed on June 7, 2023]

    G.    [REDACTED] Verified First Supplemental Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht, & Tunnell LLP Pursuant to Bankruptcy Rule 2019 [D.I. 1580, filed on June 7, 2023]

    Status: This matter is going forward.

8.    Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1192, filed on March 29, 2023]

    Response Deadline: May 3, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A.    Objection of the Official Committee of Unsecured Creditors to Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1408, filed on May 3, 2023]

    B.    Debtors' Objection to Motion of the Joint Provisional Liquidators for a Determination that The U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-Us Law and Other Issues [D.I. 1409, filed on May 3, 2023]

    C.    Customer Adversary Plaintiffs' Opposition to the Motion of Joint Provisional Liquidators Regarding the Automatic Stay and Application to the Supreme Court of the Bahamas on Non-Us Law, and Joinder in Debtors' Objection [D.I. 1412, filed on May 3, 2023]

Related Documents:

A. Declaration of Metta MacMillan-Hughes KC in Support of the Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1193, filed on March 29, 2023]

B. Declaration of Peter Greaves in Support of the Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1194, filed March 29, 2023]

C. Declaration of Kenneth Pasquale in Support of Objection to Motion of the Joint Provisional Liquidators for a Determination That the U.S. Debtors' Automatic Stay Does Not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and Other Issues [D.I. 1410, filed on May 3, 2023]

D. Declaration of Edgar W. Mosley II in Support of Debtors' Objection to Motion of the Joint Provisional Liquidators for a Determination that The U.S. Debtors' Automatic Stay Does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-Us Law and Other Issues [D.I. 1411, filed on May 3, 2023]

E. Statement of the Ad Hoc Group of Customers in Partial Support of the Motion of the Joint Provisional Liquidators for a Determination that the Debtors' Automatic Stay Does Not Apply To, or in the Alternative, for Relief from the Stay for Filing of, the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-U.S. Law and Other Issues [D.I. 1472, filed on May 10, 2023]

F. Omnibus Reply of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Objections to the Motion for a Determination that the U.S. Debtors' Automatic Stay does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and other Issues [D.I. 1480, filed on May 12, 2023]

G. Declaration of Brett Bakemeyer in Support of the Omnibus Reply of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to Objections to the Motion for a Determination that the U.S. Debtors Automatic Stay does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-US Law and other Issues [D.I. 1481, filed on May 12, 2023]

  **H.**  **Notice of Filing of Proposed Joint Pretrial Order [D.I. 1577, filed on June 7, 2023]**

Status: This matter is going forward.

9. **Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1324, filed on April 20, 2023]**

Response Deadline: May 4, 2023 at 4:00 p.m. (ET); extended to May 9, 2023 at 4:00 p.m. for the Office of the United States Trustee

Responses Received:

  A. **Media Intervenors' Objections to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1406, filed on May 3, 2023]**

  B. **United States Trustee's Omnibus Objection to (A) Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals, and (B) the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Supporting Declaration [D.I. 1467, filed on May 9, 2023]**

Related Documents:

  A. **Declaration of Jeremy A. Sheridan in Support of the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1325, filed on April 20, 2023]**

  B. **Ad Hoc Committee of Non-US Customers of FTX.com's (A) Reply in Support of the Motion to File Under Seal (I) Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Supporting Declaration, and (B) Joinder to Joint Motion of the Debtors and Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1479, filed on May 12, 2023]**

    C.    Reply of The Debtors and the Official Committee of Unsecured Creditors in Support of Motion for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1567, filed on June 5, 2023]

    D.    Notice of the Debtors' and the Official Committee of Unsecured Creditors' Exhibit List and Intent to Offer Witness Testimony at the Hearing on June 8, 2023 in Connection with the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1570, filed on June 6, 2023]

Status: This matter is going forward.

10.    Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to File Certain Information Contained in Exhibits A and A-1 to the Revised Order Authorizing Implementation of a Key Employee Incentive Plan Under Seal and (B) Granting Related Relief [D.I. 1561, filed on June 2, 2023]

Response Deadline: At or Prior to the Hearing.

Responses Received: None.

Related Documents:

    A.    [SEALED] Certification of Counsel [D.I. 1559, filed on June 2, 2023]

    B.    [REDACTED] Certification of Counsel [D.I. 1563, filed on June 2, 2023]

Status: This matter is going forward.

**ADVERSARY PROCEEDING [ADV. PRO. NO. 23-50145]:**

11.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. FTX Digital Markets Ltd., et al.*, Adversary Case No. 23-50145 (JTD) – Adv. D.I. 3, filed on March 24, 2023]

Related Documents:

    A.    Adversary Complaint [Adv. Case No. 23-50145 D.I. 1, filed on March 19, 2023]

    B.    Stipulation Between the Parties to Extend the JPL Defendants' Deadline to Answer or Otherwise Respond to the Complaint [Adv. Case No. 23-50145 D.I. 4, filed on April 21, 2023]

    C.    Motion of FTX Digital Markets Ltd. and the Joint Provisional Liquidators to Dismiss the Complaint or, in the Alternative, to Abstain from Ruling on Counts I-

                IV [Adv. Case No. 23-50145 D.I. 6, filed on May 8, 2023]

    D.      Memorandum in Support of Motion of FTX Digital Markets Ltd. and the Joint Provisional Liquidators to Dismiss the Complaint or, in the Alternative, to Abstain from Ruling on Counts I-IV [Adv. Case No. 23-50145 D.I. 7, filed on May 8, 2023]

    E.      Declaration of Ashley Rona Chase in Support of Motion of FTX Digital Markets Ltd. and the Joint Provisional Liquidators to Dismiss the Complaint or, in the Alternative, to Abstain from Ruling on Counts I-IV [Adv. Case No. 23-50145 D.I. 8, filed on May 8, 2023]

    F.      Certification of Counsel [Adv. Case No. 23-50145 D.I. 10, filed on May 22, 2023]

    G.      Order Approving Stipulation Between the Parties Regarding Briefing Deadlines for JPL Defendants' Motion to Dismiss [Adv. Case No. 23-50145 D.I. 11, filed on May 22, 2023]

<u>Status</u>: This matter is going forward.

|  |  |
|---|---|
| Dated: June 7, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |