IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

Objection Deadline: June 22, 2023 at 4:00 p.m. (ET)
Hearing Date: July 19, 2023 at 1:00 p.m. (ET)

**NOTICE OF MOTION FOR THE ENTRY OF AN ORDER
(I) AUTHORIZING AND DIRECTING THE DEBTORS TO
RETURN CERTAIN POSTPETITION CRYPTOCURRENCY
DEPOSITS TO D1 VENTURES AND (II) GRANTING RELATED RELIEF**

To:   (a) counsel to the Debtors; (b) the U.S. Trustee; (c) counsel to the Committee; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on June 8, 2023, D1 Ventures Ltd. ("D1 Ventures"), by and through its undersigned counsel, filed the *Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (Ii) Granting Related Relief* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 22, 2023 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon counsel to D1 Ventures: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Teddy M. Kapur (tkapur@pszjlaw.com), Jason H. Rosell (jrosell@pszjlaw.com), and Colin R. Robinson (crobinson@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **JULY 19, 2023 AT 1:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: June 8, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Teddy M. Kapur (admitted *pro hac vice*) |
| | Jason H. Rosell (admitted *pro hac vice*) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier) 19801 |
| | Telephone:   (302) 652-4100 |
| | Facsimile:    (302) 653-4400 |
| | Email:         tkapur@pszjlaw.com |
| |                 jrosell@pszjlaw.com |
| |                 crobinson@pszjlaw.com |
| | *Counsel to D1 Ventures Ltd.* |