## Schedule 1

## Postpetition Deposits

| Date | Amount (USD) | Currency | Transaction Hash |
|---|---|---|---|
| Dec-20-2022 04:37:35AM +UTC | $48,000 | USDC | https://etherscan.io/tx/0xd779b145798dfc345191d461769bfa08f97cf8430bac047014d7a1c3bd96e190 |
| Dec-20-2022 06:02:47AM +UTC | $50,000 | USDC | https://etherscan.io/tx/0xf39424b34c7aed77fa72f43b051c01ac885e91bd69bc9e50ae7078d0132678a0 |
| Dec-21-2022 01:58:11AM +UTC | $2,000 | USDC | https://etherscan.io/tx/0xc5eef0eed614b5bb59c54422753074e6251f659c38cf3667e3c840bb83ed0595 |
| Dec-20-2022 04:55:23AM +UTC | $33,000 | USDT | https://etherscan.io/tx/0x008ad0463b7f730371f56c25b8c43d938ec96b4251c5d632c7c5fef2b21c81bc |
| Dec-21-2022 04:36:11AM +UTC | $40,000 | USDT | https://etherscan.io/tx/0x73cc02457fef2b93c4e913e0a048215c9451b2473dc19ded60cb4bf0081df0a8 |
| Dec-21-2022 07:12:47AM +UTC | $55,000 | USDT | https://etherscan.io/tx/0x8c4730b785d6ebbf3657c5c9d1a3e96e66a9320df26a7c42cee27f47ae066189 |
| Dec-21-2022 07:44:11AM +UTC | $23,000 | USDT | https://etherscan.io/tx/0x252750e211929eb6900c9d6b875bc6c6b1b3c4b7d4f0cb7bf655597c40505259 |
| **TOTAL:** | **$251,000.00** | | |

## Schedule 2

### Subsequent Transfers

| Date | Amount (USD) | Currency | Transaction Hash |
|---|---|---|---|
| Jan-18-2023 08:08:11PM +UTC | $100,000 | USDC | https://etherscan.io/tx/0xe1051eed39f38edd61b0398cad62950adb3dd5f002a5b46ce5b96b2cc19c3df1 |
| Jan-18-2023 08:06:35PM +UTC | $151,000 | USDT | https://etherscan.io/tx/0xdcc52079a316cec949aff0e3e731d201c1503ef6155502a14ea39ea11ac7d7c4 |
| **TOTAL:** | **$251,000.00** | | |