# EXHIBIT A

## Joint Exhibit List

| Number | Docket Ref. | Description | Objection (If Any) |
|---|---|---|---|
| **JTX-1** | D.I. 1192-3 | The Bahamas Court February 10, 2023 Order Granting Settlement and Cooperation Agreement | |
| **JTX-2** | D.I. 683 | The Delaware Bankruptcy Court's February 9, 2023 Order Granting Settlement and Cooperation Agreement | |
| **JTX-3** | D.I. 402-1 | Cooperation Agreement | |
| **JTX-4** | N/A | Neil Hartnell, FTX to Hire More than 100 Bahamians for Crypto Work, THE TRIBUNE (October 19, 2022) | |
| **JTX-5** | N/A | Nelson Wang, FTX Moves Headquarters From Hong Kong to Bahamas, COINDESK (Sept. 27, 2021) | |
| **JTX-6** | N/A | Jeff Benson, FTX Relocates from Hong Kong to Bitcoin-Friendly Bahamas, DECRYPT (Sept. 24, 2021) | |
| **JTX-7** | D.I. 1193 | Declaration of Metta MacMillan-Hughes KC in Support of The Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of The Bahamas Seeking Resolution of Non-US Law and Other Issues | |
| **JTX-8** | D.I. 1194-1 | Directions Application to be issued in the Supreme Court of The Bahamas | |
| **JTX-9** | D.I. 1194-3 | FTX Digital Markets Ltd. Customer Migration Plan | |
| **JTX-10** | D.I. 1194-4 | FTX Trading Ltd. 2019 Terms of Service | |
| **JTX-11** | D.I. 1194-5 | FTX Trading Ltd. 2022 Terms of Service | |
| **JTX-12** | D.I. 1194-6 | Joint Provisional Liquidators of FTX Digital Markets Ltd., March 9, 2023 letter to the Chapter 11 Debtors' Counsel | |
| **JTX-13** | D.I. 1194-7 | Chapter 11 Debtors' Counsel March 11, 2023 letter to the Joint Provisional Liquidators of FTX Digital Markets Ltd. | |
| **JTX-14** | D.I. 1194-8 | Joint Provisional Liquidators of FTX Digital Markets Ltd., March 13, 2023 letter to the Chapter 11 Debtors' Counsel | |

| | | | |
|---|---|---|---|
| **JTX-15** | D.I. 1194-9 | The Bahamas Court's Order Granting the Joint Provisional Liquidators of FTX Digital Markets Ltd. Application to File the Lift-Stay Motion | |
| **JTX-16** | N/A | Press Release, House Financial Services Committee, McHenry, Waters Announce December Hearing to Investigate FTX Collapse (Nov. 16, 2022), *available at* https://financialservices.house.gov/news/documentsingle.aspx?DocumentID=408471 | |
| **JTX-17** | N/A | Seventh Affidavit of Kevin Cambridge (1st Joint Provisional Liquidators' Interim Report) (Feb. 8, 2023), *available at* https://www.pwc.com/bs/fdm | |
| **JTX-18** | D.I. 1410 | Services Agreement, effective as of September 23, 2021 by and between FTX Trading Ltd. and FTX Digital Markets, Ltd. | |
| **JTX-19** | N/A | Update by the Joint Provisional Liquidators of FTX Digital Markets Ltd. ("FTX Digital"), PwC.com (Dec. 15, 2022), *available at* https://www.pwc.com/bs/en/press-releases/update-by-the-joint-provisional-liquidators-of-ftx-digital-markets-limited.html | |
| **JTX-20** | D.I. 129 (Chapter 15) | Order Granting Chapter 15 Petition of FTX Digital Markets Ltd. and Recognition of Foreign Main Proceeding | |
| **JTX-21** | D.I. 1411-1, Ex. E | FTX Trading Ltd. 2020 Terms of Service | |
| **JTX-22** | D.I. 1411-1, Ex. F | Certificate of Incorporation for FTX Digital Markets Ltd. | |
| **JTX-23** | D.I. 1411-1, Ex. G | FTX Digital Markets Ltd. Application for Registration as a Digital Assets Business to the Securities Commission of The Bahamas. | |
| **JTX-24** | N/A | Certificate of Registration of FTX Digital Markets Ltd. | |
| **JTX-25** | D.I. 1481-1 | U.S. Debtors' Responses and Objections to Joint Provisional Liquidators' Requests for Production of Documents | |
| **JTX-26** | D.I. 1481-2 | *Habibsons Bank Ltd. v. Standard Chartered Bank (Hong Kong) Ltd.* [2011] QB 943. | |
| **JTX-27** | D.I. 1481-3 | Letter of Credit agreement between FTX Digital Markets and Customer 1, dated October 20, 2022 | |
| **JTX-28** | D.I. 1481-4 | Letter of Credit agreement between FTX Digital Markets and Customer 2, dated October 20, 2022 | |

| | | | |
|---|---|---|---|
| **JTX-29** | D.I. 1481-5 | Letter of Credit agreement between FTX Digital Markets and Customer 3, dated October 20, 2022 | |
| **JTX-30** | D.I. 1481-6 | Letter of Credit agreement between FTX Digital Markets and Customer 4, dated October 19, 2022 | |
| **JTX-31** | D.I. 1481-7 | Letter of Credit agreement between FTX Digital Markets and Customer 5, dated October 19, 2022 | |
| **JTX-32** | D.I. 1481-8 | Letter of Credit agreement between FTX Digital Markets and Customer 6, dated October 21, 2022 | |
| **JTX-33** | D.I. 1481-9 | Letter of Credit agreement between FTX Digital Markets and Customer 7, dated October 20, 2022 | |
| **JTX-34** | D.I. 1481-10 | Letter of Credit agreement between FTX Digital Markets and Customer 8, dated October 21, 2022 | |
| **JTX-35** | D.I. 1481-11 | Letter of Credit agreement between FTX Digital Markets and Customer 9, dated October 19, 2022 | |
| **JTX-36** | D.I. 1481-12 | Letter of Credit agreement between FTX Digital Markets and Customer 10, dated October 20, 2022 | |
| **JTX-37** | D.I. 1481-13 | Letter of Credit agreement between FTX Digital Markets and Customer 11, dated October 19. 2022 | |
| **JTX-38** | N/A | Letter of Credit agreement between FTX Digital Markets and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ dated January 26, 2022 | |
| **JTX-39** | D.I. 1411 | Declaration of Edgar W. Mosley II in Support of Debtors' Objection to Motion of the Joint Provisional Liquidators for a Determination that The U.S. Debtors' Automatic Stay Does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of the Bahamas Seeking Resolution of Non-Us Law and Other Issues | |
| **JTX-40** | D.I. 1411-1, Ex. A | Certificate of Formation for Alameda Research LLC | |
| **JTX-41** | D.I. 1411-1, Ex. B | Certificate of Incorporation for FTX Trading Ltd. | |
| **JTX-42** | D.I. 1411-1, Ex. C | Certificate of Incorporation for West Realm Shires Services, Inc. | |
| **JTX-43** | D.I. 1119 | Adversary Complaint, *Alameda Research LLC* v. *FTX Digital Markets Ltd.*, Adv. Pro. 23-50145 | Not admitted for the truth of the matter asserted |

| **JTX-44** | N/A | Sealed Indictment, *United States* v. *Bankman-Fried*, No. 22-cr-00673 (S.D.N.Y. Dec. 9, 2022), ECF No. 1. | Not admitted for the truth of the matter asserted |
|---|---|---|---|
| **JTX-45** | N/A | Joint Provisional Liquidators' Responses and Objections to Chapter 11 Debtors' Requests for Production of Documents | |
| **JTX-46** | D.I. 1411-1, Ex. L | November 13, 2022 Email from Sam Bankman-Fried to Christina Rolle and Brian C. Simms KC | |
| **JTX-47** | N/A | November 14, 2022 Email from Christina Rolle to Gary Wang | |
| **JTX-48** | D.I. 1411-1, Ex. K | November 12, 2022 Letter from Christina Rolle to Jean-Louis Van der Velde. | |
| **JTX-49** | D.I. 1411-1, Ex. J | November 23, 2022 Media Release by the Securities Commission of The Bahamas | |
| **JTX-50** | D.I. 1411-1, Ex. N | April 27, 2023 Letter from Tara Knowles to Jason T. Maynard | |
| **JTX-51** | D.I. 1411-1, Ex. O | January 24, 2023 Transcript, In re Voyager Digital Holdings, Inc., Case No. 22-10943 (Bankr. S.D.N.Y) | |
| **JTX-52** | D.I. 1194 | Declaration of Peter Greaves in Support of the Motion of the Joint Provisional Liquidators for a Determination that the U.S. Debtors' Automatic Stay does not Apply to, or in the Alternative for Relief from Stay for Filing of the Application in the Supreme Court of the Commonwealth of The Bahamas Seeking Resolution of Non-US Law and Other Issues | Without exhibits |
| **JTX-53** | N/A | FTX Digital Register of Digital Asset Business | |
| **JTX-54** | D.I. 1411-1 Ex P | April 8, 2023 Letter from JPLs | |