# Exhibit B

# Debtors' Proposed Exhibit List

| Number | Docket Ref. | Description | Objection |
|---|---|---|---|
| **DX-1** | D.I. 337-1, Ex. K | November 9, 2022 Email chain, including email from Sam Bankman-Fried to Ryan Pinder KC | JPL objection: hearsay and relevance |
| **DX-2** | D.I. 337-1, Ex. N | November 13, 2022 Email from Gary Wang to Christina Rolle | JPL objection: hearsay and relevance |
| **DX-3** | D.I. 337-1, Ex. P | November 10, 2022 Slack messages from Sam Bankman-Fried to internal FTX Slack channel | JPL objection: hearsay and relevance |
| **DX-4** | D.I. 1141-1, Ex. I | November 13, 2022 Slack messages from Gary Wang to internal FTX Slack channel | JPL objection: hearsay and relevance |
| **DX-5** | D.I. 1411-1, Ex. M | April 4, 2023 Tweet by @FTXReloaded | JPL objection: hearsay and relevance |