# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| FTX TRADING, LTD.,[1] | Case No. 22-11068 (JTD) |
| | (*Jointly Administered*) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL TO CHARLE MASON AND REQUEST TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Daniel K. Astin, Walter W. Gouldsbury III, Albert A. Ciardi III, and Ciardi Ciardi & Astin hereby withdraw their appearance as counsel for Charles Mason in the above-captioned case(s).

PLEASE TAKE FURTHER NOTICE that Daniel K. Astin, Walter W. Gouldsbury III, Albert A. Ciardi III, and Ciardi Ciardi & Astin hereby request they be removed as counsel for Charles Mason from all mailing and electronic case filing notice lists in the above-captioned case(s).

Dated: June 8, 2023
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Tel: 302-384-9541

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, for which the Debtors will request joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent.

Email: dastin@ciardilaw.com

-and-

Albert A. Ciardi III, Esquire
Walter W. Gouldsbury III, Esquire
(*Admitted pro hac vice*)
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com