# EXHIBIT A

## May 2023 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| May 1, 2023 | $500,000 SAFE in Keygen Labs, Inc. and Token Pro Rata Rights | FTX Ventures Ltd (Ventures Silo) | Keygen Labs, Inc. | None | $500,000 | $500,000 | None | N/A | N/A |
| May 8, 2023 | Limited Partnership Interests in Race Capital II, L.P. | Maclaurin Investments Ltd. (Alameda Silo) | Race Capital II, L.P. | None | $300,000 | N/A | None | $300,000 | $700,000 |
| May 9, 2023 | 500,000 Shares of Series A Preferred Stock in FYI.FYI, Inc. | Clifton Bay Investments LLC (Ventures Silo) | FYI.FYI, Inc. | None | $500,000 | $500,000 | None | N/A | N/A |
| May 15, 2023 | Limited Partnership Interests in Vy Dharana EM Technology Fund, L.P. | Maclaurin Investments Ltd. (Alameda Silo) | Children's Healthcare of Atlanta, Inc. | None | $1,886,239.25 | N/A | None | $2,500,000 | $7,500,000 |

{1368.002-W0071212.}