

## United States Bankruptcy Court
## District of Delaware

In re FTX Trading et al                      Case No. 22-11068

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Arltan Ailant Kolaev** | **Blue Basin Ventures LLC** |
| Flat B, 6/F, BLK 33, Park Island<br>Ana Capri<br>8 Pak Lai Road<br>Ma Wan NFT | 3172 N Rainbow Blvd #26642<br>Las Vegas, NV 89108<br>ftx@bluebasin.net |

**Proof of Claim #**    1370

**Transferred Claim Amount**   $654,057.00

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*[signature]*
7AA0050024E5416...

Transferee                          03/14/2023

                                               Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**Arltan Ailant Kolaev**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Blue Basin Ventures LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading Ltd. et al.**

| | |
|---|---|
| **Proof of Claim #** | 1370 |
| **Claim Amount** | $654,057.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 03/14/2023

Buyer:

**Blue Basin Ventures LLC**

DocuSigned by:
7AA9050924E5416...

Name: Ed Tolson

Seller:

**Arltan Ailant Kolaev**

DocuSigned by:
Arltan Ailant Kolaev
0A23272C6EC243C...

Name: Arltan Ailant Kolaev