UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

CHEROKEE ACQUISITION

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Blue Basin Ventures LLC**

Name and Address where notices and payments to transferee should be sent:
**Blue Basin Ventures LLC**
**3172 N Rainbow Blvd., #26642**
**Las Vegas, NV 89108**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1881 | Name (Redacted) | $161,191.43 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00252607 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ John Molony_____                Date: June 08, 2023
Transferee/Transferee's Agent

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00252607

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AMPL[-0.0000000036882505]
AVAX[0.0000000024831655]
BTC[0.2257307969861753]
BULL[0.0000000014700000]
ETH[0.0090000120673811]
ETHBULL[0.0000000098350000]
ETHW[0.0095103817104389]
FTT[1334.1015862956303544]
GODS[283.1000000000000000]
LINK[0.0000000050000000]
MATIC[0.0000000060436088]
MATICBULL[0.0000000050000000]
RAY[0.0000000057619558]
SOL[403.9263040826121126]
SRM[0.8740750800000000]
SRM_LOCKED[504.9240399000000000]
USD[-0.0000237809804988]
USDC[150056.1146432600000000]
USDT[0.0000000283487188]
XRP[0.0000000097541436]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe