# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 47, 145 & 488 |
| | Hearing Date: N/A<br>Objection Deadline: June 22, 2023 at 4:00 p.m. (ET) |

## NOTICE OF PROPOSED AMENDMENT TO CASH MANAGEMENT ORDER

**PLEASE TAKE NOTICE** that on November 19, 2022, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief* [D.I. 47] (the "Motion")[2] in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2022, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief* [D.I. 145].

**PLEASE TAKE FURTHER NOTICE** that on January 12, 2023, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Operate a Postpetition Cash Management System, (B) Maintain Existing Business Forms and (C) Perform Intercompany Transactions, (II) Granting a Partial Waiver of the Deposit Guidelines Set Forth in Section 345(b) and (III) Granting Certain Related Relief* [D.I. 145] (the "Cash Management Order").

**PLEASE TAKE FURTHER NOTICE** that in consultation with the Office of the United States Trustee and the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases, the Debtors propose to amend the Cash Management Order for the purpose of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

clarifying and modifying certain of the provisions in paragraph 15 of the Cash Management Order. Specifically, the Debtors propose to (i) add language clarifying that certain account balances shall be calculated based on foreign currency rates as of the Petition Date and (ii) increase the cap applicable to certain non-US bank accounts to accommodate requests from the court appointed Swiss administrator to repatriate funds held in the name of Debtor FTX Europe AG to Switzerland.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed amended Cash Management Order is attached hereto as **Exhibit A** (the "Amended Cash Management Order"). A copy of the Amended Cash Management Order compared against the Cash Management Order showing the aforementioned changes is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections (the "Objections"), if any, to the Amended Cash Management Order must be filed electronically with the Court on the docket of *In re FTX Trading, LTD., et al.*, Case No. 22-11068 (JTD), in accordance with Local Rule 5005-4, and must (a) be in writing and specify the nature of such objection; (b) state, with specificity, the legal and factual bases thereof; (c) comply with the Bankruptcy Code, Bankruptcy Rules and the Local Rules; and (d) be filed with the Court and served on the following parties (x) counsel to the Debtors, (1) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (2) Landis Rath & Cobb LLP, 919 N. Market St., Suite 1800, Wilmington, Delaware 19801, Attn: Kimberly A. Brown (brown@lrclaw.com), and (y) counsel to the Official Committee, (1) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher M. Hansen (krishansen@paulhastings.com) and (2) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware, 19801, Attn: Robert F. Poppiti, Jr. (rpoppiti@ycst.com), **so as to be received no later than June 22, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served and received will be considered. **Absent order of the Court to the contrary, any party failing to timely file and serve an Objection on or before the Objection Deadline in accordance with this Notice shall be forever barred from asserting any objection to the Amended Cash Management Order.**

**PLEASE TAKE FURTHER NOTICE** that if no Objections are received by or before the Objection Deadline, the Debtors will file the Amended Cash Management Order under certification of counsel, in accordance with Local Rule 9013-1(k), requesting that the Court enter the Amended Cash Management Order at its earliest convenience.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Cash Management Order and all other pleadings in these Chapter 11 Cases may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/FTX/.

...

| | |
|---|---|
| Dated: June 12, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |