# EXHIBIT A

## Fees

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Official Committee of Unsecured Creditors
200 Park Avenue
New York, NY 10166

Invoice Date:          May 24, 2023
Invoice Number:        50042943
Matter Number:         102750.1001

Re: FTX
    Billing Period through April 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 95,653.00 |
| Disbursements | $ | 676.11 |
| Total Due This Invoice | $ | 96,329.11 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | May 24, 2023 |
| Billing Period through April 30, 2023 | | | Invoice Number: | | 50042943 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/03/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 04/04/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 04/04/23 | RFPOP | Emails to and from Paul Hastings (Caroline Diaz) and counsel for Emergent (Josh Dorchak) re: revised proposed order for Emergent joint administration motion and draft proposed order scheduling status conference for BlockFi litigation re: same | B001 | 0.20 | 178.00 |
| 04/05/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 04/05/23 | MLUNN | Analysis of Media objection to sealing customer information request | B001 | 0.40 | 410.00 |
| 04/05/23 | RFPOP | Review and analyze media intervenors objection to ad hoc customer group motion to seal 2019 statement | B001 | 0.20 | 178.00 |
| 04/06/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 04/06/23 | RFPOP | Review and analyze redline of revised draft proposed order approving Emergent joint administration motion and scheduling status conference, and emails from counsel for Emergent (Josh Dorchak) and UST re: same | B001 | 0.20 | 178.00 |
| 04/06/23 | RFPOP | Review and analyze draft investigation report from debtors, and email from Paul Hastings (Ken Pasquale) re: same | B001 | 1.20 | 1,068.00 |
| 04/10/23 | DLASK | Update critical dates memorandum | B001 | 0.30 | 109.50 |
| 04/10/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 04/10/23 | JKOCH | Review critical dates memorandum | B001 | 0.10 | 56.00 |
| 04/10/23 | MLUNN | Review filed version of interim report to Independent Directors re: failures at FTX Exchange | B001 | 0.90 | 922.50 |

Official Committee of Unsecured Creditors re: FTX   Invoice Date:              May 24, 2023
Billing Period through April 30, 2023              Invoice Number:              50042943
                                                   Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/10/23 | RFPOP | Review and finalize for filing objection to UST motion to expedite UST examiner motion appeal and motion to certify to Third Circuit (.4), and emails to (.2) and from (.2) D. Laskin and Paul Hastings team re: same | B001 | 0.80 | 712.00 |
| 04/11/23 | DLASK | Update critical dates memorandum | B001 | 0.30 | 109.50 |
| 04/12/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 04/14/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 04/17/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 04/17/23 | MLUNN | Analyze and evaluate cash flow and budget analysis (.4) and correspondence from committee members re: same (.1) | B001 | 0.50 | 512.50 |
| 04/18/23 | MLUNN | Correspondence from I. Sasson re: assessment of committee members interests and connections in potential restart of FTX Exchange | B001 | 0.10 | 102.50 |
| 04/18/23 | MLUNN | Review and provide comments to draft insert to joint motion to continue sealing of customer information (.4); and review supporting declaration (.5) | B001 | 0.90 | 922.50 |
| 04/19/23 | MLUNN | Review and comment on motion to seal customer financials (.4) and review and comment on updated declaration in support (.3) | B001 | 0.70 | 717.50 |
| 04/19/23 | RFPOP | Email to and from Paul Hastings (Isaac Sasson) re: objection to UST motion to certify UST examiner motion appeal directly to Third Circuit | B001 | 0.10 | 89.00 |
| 04/21/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 04/21/23 | RFPOP | Review and analyze debtors objection to UST motion to certify UST examiner motion appeal directly to Third Circuit | B001 | 0.40 | 356.00 |
| 04/25/23 | DLASK | Update critical dates memorandum | B001 | 0.40 | 146.00 |
| 04/25/23 | JKOCH | Work with D. Laskin re: critical dates memorandum | B001 | 0.10 | 56.00 |

Official Committee of Unsecured Creditors re: FTX  
Billing Period through April 30, 2023

Invoice Date: May 24, 2023  
Invoice Number: 50042943  
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/26/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 04/26/23 | RFPOP | Email to and from Paul Hastings (Jack Iaffaldano) re: UST examiner motion appeal (.2), and brief research re: recent precedent (.3) re: same | B001 | 0.50 | 445.00 |
| 04/27/23 | DLASK | Update critical dates memorandum | B001 | 0.40 | 146.00 |
| 04/27/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 04/27/23 | MLUNN | Review summary of FTX Exchange 2.0 status | B001 | 0.10 | 102.50 |
| 04/10/23 | MLUNN | Review and analysis of April 12th hearing agenda | B002 | 0.10 | 102.50 |
| 04/10/23 | RFPOP | Review and analysis of agenda for April 12th hearing | B002 | 0.20 | 178.00 |
| 04/11/23 | DLASK | Assemble pleadings, prepare binders for hearing | B002 | 0.70 | 255.50 |
| 04/11/23 | RFPOP | Review amended agenda for April 12th hearing | B002 | 0.10 | 89.00 |
| 04/12/23 | JKOCH | Attend hearing | B002 | 1.60 | 896.00 |
| 04/12/23 | MLUNN | Review materials and pleadings in preparation for hearing (1.2); meeting with K. Pasquale and R. Poppiti (.8) and attend hearing, including related follow-up (2.1) | B002 | 4.10 | 4,202.50 |
| 04/12/23 | MLUNN | Review amended agenda | B002 | 0.10 | 102.50 |
| 04/12/23 | RFPOP | Prepare for, including meet and strategize with M. Lunn and Paul Hastings team and review second amended hearing agenda (2.3), and attend (2.1) hearing, including related follow-up | B002 | 4.40 | 3,916.00 |
| 04/16/23 | MLUNN | Analyze issues and correspondence from various committee members re: cash forecast and other matters | B004 | 0.40 | 410.00 |
| 04/28/23 | RFPOP | Review and analyze debtors fourth interim financial report | B004 | 0.20 | 178.00 |
| 04/02/23 | RFPOP | Email from counsel for debtors (J. Ljustina) re: LedgerX sale process | B006 | 0.10 | 89.00 |
| 04/02/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: LedgerX sale | B006 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:        May 24, 2023
Invoice Number:      50042943
Matter Number:       102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/03/23 | MLUNN | Analysis of potential bidding and sale issue regarding LedgerX | B006 | 0.10 | 102.50 |
| 04/03/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors BlockFi claims | B006 | 0.10 | 89.00 |
| 04/04/23 | RFPOP | Review and analyze UST comments to debtors Mysten sale motion, and email from UST re: same | B006 | 0.20 | 178.00 |
| 04/05/23 | MLUNN | Analysis of draft sale term sheet | B006 | 0.60 | 615.00 |
| 04/05/23 | RFPOP | Review and analyzed revised proposed order for debtors DIG turnover motion | B006 | 0.10 | 89.00 |
| 04/06/23 | MLUNN | Review status of de minimis asset sales | B006 | 0.10 | 102.50 |
| 04/06/23 | RFPOP | Research re: recent precedent re: 345 waivers and investment of cash (.6), and emails to (.2) and from (.2) M. Lunn and Paul Hastings (Ken Pasquale) and call with M. Lunn (.2) re: same | B006 | 1.20 | 1,068.00 |
| 04/06/23 | RFPOP | Email from PWP (Nikhil Velivela) re: updated de minimis asset sale summary for venture portfolio, and review and analyze summary re: same | B006 | 0.10 | 89.00 |
| 04/06/23 | RFPOP | Review and analyze redline of revised proposed order approving debtors Mysten sale motion and draft supporting declaration from counsel for debtors, and email from counsel for debtors (Alexa Kranzley) re: same | B006 | 0.20 | 178.00 |
| 04/07/23 | RFPOP | Review and analyze redline of further revised proposed order for debtors Mysten sale motion, and emails from counsel for debtors (Alexa Kranzley) and UST re: same | B006 | 0.10 | 89.00 |
| 04/07/23 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: debtors DIG turnover motion | B006 | 0.10 | 89.00 |
| 04/10/23 | RFPOP | Emails from Paul Hastings (Gabe Sasson), counsel for debtors (Alexa Kranzley), and UST re: debtors Mysten sale motion | B006 | 0.10 | 89.00 |
| 04/11/23 | MLUNN | Analysis and review draft term sheet and draft presentation | B006 | 0.70 | 717.50 |
| 04/11/23 | MLUNN | Review declarations in support of Mysten sale | B006 | 0.10 | 102.50 |
| 04/12/23 | MLUNN | Review de minimis asset summary | B006 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                    May 24, 2023
Invoice Number:                  50042943
Matter Number:                   102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/17/23 | MLUNN | Analyze purchase offer and consider process and timing issues and implications (.4) and correspondence from committee members re: same (.2) | B006 | 0.60 | 615.00 |
| 04/17/23 | RFPOP | Emails from Jefferies (Ryan Hamilton) re: sale process update, and review and analyze materials from Jefferies re: same | B006 | 0.20 | 178.00 |
| 04/17/23 | RFPOP | Review and analyze debtors de minimis asset sale notice | B006 | 0.10 | 89.00 |
| 04/17/23 | RFPOP | Review and analyze FTI cash forecast update | B006 | 0.10 | 89.00 |
| 04/17/23 | RFPOP | Review and comment on draft motion to seal customer information and draft declaration in support of same (.9), and emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) (.2) re: same | B006 | 1.10 | 979.00 |
| 04/18/23 | MLUNN | Review and analyze bidder inquiry re: LedgerX | B006 | 0.20 | 205.00 |
| 04/18/23 | RFPOP | Emails from Jefferies (Michael O'Hara) and PWP (Bruce Mendelsohn and Jenny Zhu) re: LedgerX sale process | B006 | 0.10 | 89.00 |
| 04/19/23 | RFPOP | Review and comment on revised draft motion to redact customer information (.7), and emails to and from Paul Hastings (Ken Pasquale) (.2) re: same | B006 | 0.90 | 801.00 |
| 04/19/23 | RFPOP | Email from PWP (Jenny Zhu) re: indication of interest for Embed sale process, and review and analyze summary same | B006 | 0.10 | 89.00 |
| 04/19/23 | RFPOP | Email from PWP (Nikhil Velivela) re: de minimis asset sale summary for venture portfolio, and review and analyze summary re: same | B006 | 0.10 | 89.00 |
| 04/20/23 | MLUNN | Analyze debtor presentation of token sale considerations and issues | B006 | 0.20 | 205.00 |
| 04/20/23 | MLUNN | Analysis of potential Embed sale proposal | B006 | 0.10 | 102.50 |
| 04/20/23 | MLUNN | Evaluate de minimis asset sale summary | B006 | 0.10 | 102.50 |
| 04/20/23 | RFPOP | Review and comment on revised draft motion to redact customer information (.3), and email to and from Paul Hastings (Isaac Sasson) (.1) re: same | B006 | 0.40 | 356.00 |
| 04/20/23 | RFPOP | Email from Jefferies (Ryan Hamilton) re: Embed sale process | B006 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through April 30, 2023

| | | Invoice Date: | May 24, 2023 |
| | | Invoice Number: | 50042943 |
| | | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/21/23 | RFPOP | Review and analyze materials from Jefferies re: sale process, and email from Jefferies (Ryan Hamilton) re: same | B006 | 0.20 | 178.00 |
| 04/21/23 | RFPOP | Review and analyze debtors de minimis asset sale notice for Keygen Labs | B006 | 0.20 | 178.00 |
| 04/24/23 | MLUNN | Review LedgerX diligence information provided to potential bidder and related correspondence | B006 | 0.20 | 205.00 |
| 04/24/23 | RFPOP | Email from counsel for debtors (Jessica Ljustina) re: LedgerX sale process | B006 | 0.10 | 89.00 |
| 04/25/23 | MLUNN | Analysis of venture portfolio sale issues (.3) and correspondence with R. Poppiti re: same (.1) | B006 | 0.40 | 410.00 |
| 04/25/23 | RFPOP | Review and analyze debtors LedgerX sale pleadings, including proposed sale order (.8), and emails from Jefferies (Ryan Hamilton and Jared Robinson) (.2) re: same | B006 | 1.00 | 890.00 |
| 04/25/23 | RFPOP | Review analyze debtors post-petition deposits analysis | B006 | 0.20 | 178.00 |
| 04/26/23 | MLUNN | Review de minimis asset sale summary update | B006 | 0.10 | 102.50 |
| 04/26/23 | MLUNN | Analyze final version of LedgerX purchase agreement, including sale order (1.1) and review declarations of J. Ray, B. Medelson and Gallagher in support of proposed sale (.5) | B006 | 1.60 | 1,640.00 |
| 04/26/23 | RFPOP | Review and analyze debtors Race Capital de minimis asset sale notice | B006 | 0.10 | 89.00 |
| 04/26/23 | RFPOP | Email from PWP (Nikhil Velivela) re: summary of de minimis asset sale offers for venture portfolio, and review and analyze summary re: same | B006 | 0.10 | 89.00 |
| 04/28/23 | MLUNN | Review analysis and Debtors' position re: response to potential sale transaction | B006 | 0.40 | 410.00 |
| 04/28/23 | RFPOP | Email from Jefferies (Danny Homrich) re: sale process issues | B006 | 0.10 | 89.00 |
| 04/20/23 | MLUNN | Analyze propose terms of settlement with Modulo | B007 | 0.30 | 307.50 |
| 04/30/23 | RFPOP | Emails from Paul Hastings (Gabe Sasson and Leonie Kock) re: debtors bar date motion | B007 | 0.20 | 178.00 |
| 04/04/23 | MLUNN | Strategy and update call with UCC advisors re: various tasks and case issues | B008 | 1.50 | 1,537.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:           May 24, 2023
Invoice Number:      50042943
Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/04/23 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 1.40 | 1,246.00 |
| 04/05/23 | MLUNN | Review materials in preparation for UCC call (.3); and UCC update and strategy call re: case issues (2.5) | B008 | 2.80 | 2,870.00 |
| 04/05/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.5), and review and analyze FTI and Jefferies materials in preparation for same (.2) | B008 | 2.70 | 2,403.00 |
| 04/11/23 | MLUNN | Advisor update and strategy call re: case issues and deadlines | B008 | 1.10 | 1,127.50 |
| 04/11/23 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 1.10 | 979.00 |
| 04/17/23 | MLUNN | Strategy and update call with Paul Hastings, Jefferies and FTI teams re: pending case issues and updates | B008 | 1.10 | 1,127.50 |
| 04/17/23 | RFPOP | Call with M. Lunn and Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks | B008 | 1.10 | 979.00 |
| 04/19/23 | MLUNN | Review materials in preparation for UCC strategy and update meeting (.4); UCC strategy and update meeting re: overall case issues (1.9) | B008 | 2.30 | 2,357.50 |
| 04/19/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.9), and review materials from Jefferies in preparation for same (.2) | B008 | 2.10 | 1,869.00 |
| 04/07/23 | RFPOP | Review and analyze Samuel Bankman-Fried reply to objections to stay relief motion | B009 | 0.40 | 356.00 |
| 04/10/23 | MLUNN | Analysis of SBF reply to objections to stay relief motion | B009 | 0.40 | 410.00 |
| 04/14/23 | RFPOP | Review draft proposed order denying Samuel Bankman-Fried stay relief motion, and emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: same | B009 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through April 30, 2023

| | Invoice Date: | May 24, 2023 |
|---|---|---|
| | Invoice Number: | 50042943 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/28/23 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson) re: committee objection to JPL stay relief motion | B009 | 0.20 | 178.00 |
| 04/03/23 | DLASK | Finalize for filing and coordinate service of counter-designation of records on appeal | B011 | 0.40 | 146.00 |
| 04/03/23 | MLUNN | Review counter-designations re: examiner appeal | B011 | 0.10 | 102.50 |
| 04/03/23 | RFPOP | Review and finalize for filing in bankruptcy court and district court counter designations for UST examiner motion appeal (.4), and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) (.2) re: same | B011 | 0.60 | 534.00 |
| 04/05/23 | RFPOP | Emails to (.2) and from (.2) and call from (.2) UST, emails to and from (.1) and call to (.2) Paul Hastings (Ken Pasquale) and call with (.3) and emails to and from (.2) counsel for debtors (Kim Brown) re: UST request to consent to expedited consideration of motion to certify UST examiner motion appeal directly to third circuit and of appeal itself | B011 | 1.40 | 1,246.00 |
| 04/05/23 | RFPOP | Review and comment on draft objection to UST motion to certify UST examiner motion appeal directly to third circuit (.4), and email to and from Paul Hastings (Jack Iaffaldano) (.1) re: same | B011 | 0.50 | 445.00 |
| 04/06/23 | RFPOP | Emails to (.2) and from (.2) M. Neiburg and Paul Hastings (Ken Pasquale), call with M. Neiburg (.1) and call with Ken Pasquale (.1) re: UST motion to expedite consideration of UST motion to certify UST examiner motion appeal and UST examiner motion appeal | B011 | 0.60 | 534.00 |
| 04/07/23 | MLUNN | Analyze UST questions re: DIG turnover motion | B011 | 0.10 | 102.50 |
| 04/07/23 | RFPOP | Review and analyze UST motion to certify UST examiner motion appeal to third circuit, motion to expedite same, opening appellate brief and motion to waive meditation | B011 | 1.30 | 1,157.00 |
| 04/10/23 | DLASK | Finalize for filing and coordinate service of objection to motion for expedited briefing and certification to 3rd circuit | B011 | 0.40 | 146.00 |
| 04/10/23 | MLUNN | Research cross-border protocols and correspondence with K. Pasquale and R. Poppiti re: same | B011 | 0.80 | 820.00 |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 24, 2023 |
|---|---|---|
| Billing Period through April 30, 2023 | Invoice Number: | 50042943 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/10/23 | MLUNN | Review and analysis of Debtors' objection to UST's motion to expedite examiner order ruling (.5); review draft objection and joinder to Debtors' objection to UST motion (.2) | B011 | 0.70 | 717.50 |
| 04/10/23 | MLUNN | Review and analysis of UST's motion to expedite appeal of examiner order | B011 | 0.40 | 410.00 |
| 04/10/23 | RFPOP | Review and analyze stipulation extending deadline to answer complaint for class action customer adversary proceeding | B011 | 0.20 | 178.00 |
| 04/11/23 | MLUNN | Analysis of UST's brief in support of appeal of order denying appointment of an examiner | B011 | 0.60 | 615.00 |
| 04/11/23 | RFPOP | Review and analyze stipulation between FTX debtors, Emergent and BlockFi re: Robinhood and related litigation | B011 | 0.30 | 267.00 |
| 04/12/23 | MLUNN | Analysis of stipulation with Emergent, FTX and BlockFi re stay of litigation in connection with Robinhood shares | B011 | 0.30 | 307.50 |
| 04/14/23 | MLUNN | Analyze UST reply to objections to motion to shorten motion to expedite direct appeal | B011 | 0.30 | 307.50 |
| 04/14/23 | MLUNN | Review draft COC and correspondence re: Robinhood stipulation | B011 | 0.10 | 102.50 |
| 04/14/23 | RFPOP | Review UST reply to objections to UST motion to expedite UST appeal for UST examiner motion and motion to certify appeal directly to third circuit (.3), and email to and from counsel for debtors (Adam Landis) (.1) re: same | B011 | 0.40 | 356.00 |
| 04/14/23 | RFPOP | Review order approving stipulation between FTX debtors, Emergent and BlockFi re: Robinhood litigation, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce) re: same | B011 | 0.20 | 178.00 |
| 04/17/23 | MLUNN | Call with R. Poppiti re: research case time lines for fraud cases (.3); call with C. Diaz and R. Poppiti (.3); research and follow-up with R. Poppiti (.4); and follow-up correspondence (.1) | B011 | 1.10 | 1,127.50 |
| 04/17/23 | RFPOP | Email to and from Paul Hastings (Leonie Koch) re: litigation update, and review and comment on draft update re: same | B011 | 0.20 | 178.00 |
| 04/17/23 | RFPOP | Review and analyze stipulation and order extending deadline to response to ad hoc customer group adversary complaint | B011 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 24, 2023
Billing Period through April 30, 2023 | Invoice Number: | 50042943
 | Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/18/23 | DLASK | Prepare enoticing request in District Court Appeal for noticing to Paul Hastings counsel | B011 | 0.40 | 146.00 |
| 04/18/23 | MLUNN | Evaluate and provide comments to draft objection to UST request for direct appeal of examiner ruling | B011 | 0.60 | 615.00 |
| 04/18/23 | RFPOP | Review and comment on draft objection to UST motion to certify UST examiner motion appeal directly to Third Circuit (.5), and emails to and from M. Lunn and Paul Hastings (Isaac Sasson) (.1) re: same | B011 | 0.60 | 534.00 |
| 04/20/23 | DLASK | Finalize for filing and coordinate service of objection to motion of trustee for certification of direct appeal | B011 | 0.40 | 146.00 |
| 04/20/23 | MLUNN | Review and evaluate final version of objection to motion for direct appeal of examiner order and related correspondence with R. Poppiti and I. Sasson | B011 | 0.30 | 307.50 |
| 04/20/23 | MLUNN | Review and analyze debtors' objection to direct appeal of examiner order | B011 | 0.40 | 410.00 |
| 04/20/23 | RFPOP | Review and finalize for filing committee objection to UST motion to certify UST examiner motion appeal directly to Third Circuit (.6), and emails to and from D. Laskin and Paul Hastings (Isaac Sasson) (.2) re: same | B011 | 0.80 | 712.00 |
| 04/24/23 | RFPOP | Review and analyze stipulation staying ad hoc customer group adversary proceeding | B011 | 0.10 | 89.00 |
| 04/24/23 | RFPOP | Review and analyze stipulation extending answer deadline for JPL adversary proceeding | B011 | 0.10 | 89.00 |
| 04/25/23 | DLASK | Update District Court appeal noticing | B011 | 0.20 | 73.00 |
| 04/26/23 | MLUNN | Review UST letter re: briefing for direct appeal and expedited consideration of examiner decision | B011 | 0.10 | 102.50 |
| 04/26/23 | RFPOP | Review letter from UST to district court re: UST examiner motion appeal, and email to and from Paul Hastings (Isaac Sasson) re: same | B011 | 0.20 | 178.00 |
| 04/27/23 | RFPOP | Review stipulations further extending answer deadline to respond in class action customer adversary proceeding | B011 | 0.10 | 89.00 |
| 04/03/23 | MLUNN | Review revised response of UCC to exclusivity motion re: inclusion of UCC member issues | B012 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:             May 24, 2023
Invoice Number:              50042943
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/04/23 | RFPOP | Review and comment on revised draft committee limited objection to debtors motion to extend exclusivity deadline, and email from Paul Hastings (Gabe Sasson) re: same | B012 | 0.20 | 178.00 |
| 04/05/23 | DLASK | Finalize for filing and coordinate service of reservation of rights regarding exclusivity motion | B012 | 0.40 | 146.00 |
| 04/05/23 | MLUNN | Review final version of statement of Committee to exclusivity motion | B012 | 0.10 | 102.50 |
| 04/05/23 | RFPOP | Review and finalize for filing committee statement and reservation of rights re: debtors motion to extend exclusivity deadline (.3), and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) (.1) re: same | B012 | 0.40 | 356.00 |
| 04/10/23 | MLUNN | Call with R. Poppiti re: exclusivity statements and hearing on exclusivity motion | B012 | 0.20 | 205.00 |
| 04/10/23 | MLUNN | Review response of Debtors to Committee's statement re: exclusivity motion | B012 | 0.20 | 205.00 |
| 04/10/23 | RFPOP | Review and analyze debtors reply to objections to debtors motion to extend exclusivity deadline | B012 | 0.20 | 178.00 |
| 04/11/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: debtors motion to extend exclusivity deadline | B012 | 0.10 | 89.00 |
| 04/17/23 | RFPOP | Calls with M. Lunn, including call with Paul Hastings (Caroline Diaz), re: plan timeline issues (.6 and .2), and brief research re: recent precedent (.3) re: same | B012 | 1.10 | 979.00 |
| 04/19/23 | RFPOP | Email to (.2) and from (.2) Paul Hastings (Leonie Koch) re: plan timeline issues, and brief research re: recent precedent (.3) re: same | B012 | 0.70 | 623.00 |
| 04/03/23 | MLUNN | Analysis of draft committee meeting minutes for accuracy | B014 | 0.20 | 205.00 |
| 04/06/23 | MLUNN | Review and analyze draft Interim status report prepared by Debtors | B014 | 0.70 | 717.50 |
| 04/06/23 | MLUNN | Analyze issues re: investment of cash held by Debtors (.3); call with R. Poppiti (.2); and correspondence with UCC professional re: same (.2) | B014 | 0.70 | 717.50 |
| 04/12/23 | MLUNN | Review and analysis of FTX asset management analysis | B014 | 0.60 | 615.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                    May 24, 2023
Invoice Number:                    50042943
Matter Number:                  102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/24/23 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: debtors anticipated key employee incentive plan motion | B015 | 0.10 | 89.00 |
| 04/25/23 | MLUNN | Evaluate draft motion and order to approve KEIP re: Japan employees | B015 | 0.60 | 615.00 |
| 04/25/23 | MLUNN | Review and analysis update to Committee members re: various issues including return of customer property and KEIP, including review of A&M presentation re: same | B015 | 0.40 | 410.00 |
| 04/25/23 | RFPOP | Review and analyze debtors draft key employee incentive motion | B015 | 0.50 | 445.00 |
| 04/03/23 | MLUNN | Work with R. Poppiti re: various open issues, including retention of Bahamian counsel | B017 | 0.30 | 307.50 |
| 04/03/23 | RFPOP | Call with M. Lunn (.3) and call with Paul Hastings (Gabe Sasson) and UST (.4) re: committee retention issues | B017 | 0.70 | 623.00 |
| 04/05/23 | MLUNN | Review of fee applications filed by Debtors' advisors re: potential issues | B017 | 0.40 | 410.00 |
| 04/05/23 | RFPOP | Emails to and from Paul Hastings (Gabe Sasson) and UST re: committee retention issue | B017 | 0.10 | 89.00 |
| 04/06/23 | DLASK | Telephone to S. Martin regarding Jefferies declaration in support of retention (.2), finalize for filing and coordinate service of declaration (.4) | B017 | 0.60 | 219.00 |
| 04/06/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Paul Hastings; Young Conaway; and FTI | B017 | 0.80 | 292.00 |
| 04/06/23 | DLASK | Prepare certificates of no objection for fee applications of Paul Hastings; Young Conaway; and FTI | B017 | 0.60 | 219.00 |
| 04/06/23 | JKOCH | Email correspondence (multiple) with D. Laskin, R. Poppiti, S. Martin, and M. Dawson re: CNOs | B017 | 0.20 | 112.00 |
| 04/06/23 | JKOCH | Review and revise CNO for Paul Hastings' fee application | B017 | 0.30 | 168.00 |
| 04/06/23 | JKOCH | Review and revise CNO for FTI's fee application | B017 | 0.20 | 112.00 |
| 04/06/23 | JKOCH | Review and revise CNO for YCST's fee application | B017 | 0.30 | 168.00 |
| 04/06/23 | MLUNN | Attention to CNOs re: UCC professional fee applications and related correspondence with R. Poppiti re: preparation and review | B017 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

| | | |
|---|---|---|
| Invoice Date: | | May 24, 2023 |
| Invoice Number: | | 50042943 |
| Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 04/06/23 | RFPOP | Email to and from UST re: committee retention issues | B017 | 0.30 | 267.00 |
| 04/10/23 | DLASK | Finalize for filing certificates of no objection for fee applications of Jefferies - December and January | B017 | 0.60 | 219.00 |
| 04/10/23 | JKOCH | Review fee examiner order re:ensure compliance with procedures for interim fee applications | B017 | 0.20 | 112.00 |
| 04/10/23 | JKOCH | Email correspondence (multiple) with Jefferies and D. Laskin re: CNOs for Jefferies fee applications | B017 | 0.20 | 112.00 |
| 04/10/23 | JKOCH | Draft CNO for Jefferies' second fee application | B017 | 0.30 | 168.00 |
| 04/10/23 | JKOCH | Review and revise CNO for Jefferies' first fee application | B017 | 0.20 | 112.00 |
| 04/10/23 | JKOCH | Email correspondence (multiple) with D. Laskin and R. Poppiti re: fee applications | B017 | 0.20 | 112.00 |
| 04/10/23 | RFPOP | Emails from Paul Hastings (Gabe Sasson), counsel for debtors (Alexa Kranzley), and UST re: debtors Mysten sale motion | B017 | 0.10 | 89.00 |
| 04/12/23 | RFPOP | Email to and from UST re: committee retention issues | B017 | 0.10 | 89.00 |
| 04/17/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 3rd fee application | B017 | 0.40 | 146.00 |
| 04/17/23 | DLASK | Finalize for filing and coordinate service of FTI's fee application | B017 | 0.40 | 146.00 |
| 04/17/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's fee application | B017 | 0.40 | 146.00 |
| 04/17/23 | JKOCH | Email correspondence (multiple) with R. Poppiti and L. Miliotes re: FTI fee application | B017 | 0.10 | 56.00 |
| 04/17/23 | JKOCH | Review FTI's third monthly fee application | B017 | 0.40 | 224.00 |
| 04/17/23 | RFPOP | Review and finalize for filing Paul Hastings February 2023 fee application, and emails to and from D. Laskin and Paul Hastings (Lanie Miliotes) re: same | B017 | 0.30 | 267.00 |
| 04/18/23 | DLASK | Draft 2nd interim fee application of Committee's professionals | B017 | 0.50 | 182.50 |
| 04/18/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Gabe Sasson) and UST and call to UST re: committee retention issue | B017 | 0.30 | 267.00 |
| 04/24/23 | JKOCH | Email correspondence with G. Sasson re: Bahamas' counsel engagement | B017 | 0.30 | 168.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:            May 24, 2023
Invoice Number:          50042943
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/24/23 | MLUNN | Review and evaluate retention of Bahamian counsel and related correspondence with R. Poppiti | B017 | 0.20 | 205.00 |
| 04/24/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Gabe Sasson) re: committee retention issues | B017 | 0.20 | 178.00 |
| 04/28/23 | MLUNN | Review March fee applications filed by Debtors' counsel and financial advisors | B017 | 0.30 | 307.50 |
| 04/06/23 | RFPOP | Review and comment on draft YCST February 2023 fee application, and email from D. Laskin re: same | B018 | 0.40 | 356.00 |
| 04/13/23 | MLUNN | Confidentiality review of March fee statement in preparation for submission | B018 | 0.60 | 615.00 |
| 04/14/23 | RFPOP | Review invoice for YCST March 2023 fee application re: confidentiality and local rule compliance | B018 | 0.40 | 356.00 |
| 04/17/23 | MLUNN | Review and revise YCST February 2023 fee application | B018 | 0.10 | 102.50 |
| 04/17/23 | RFPOP | Review and finalize for filing YCST February 2023 fee application, and email to and from D. Laskin re: same | B018 | 0.10 | 89.00 |
| 04/24/23 | DLASK | Update cumulative fees and expenses chart for YCST February fee application | B018 | 0.30 | 109.50 |
| 04/24/23 | DLASK | Prepare March fee application | B018 | 1.30 | 474.50 |
| 04/10/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: JPL litigation issues (.2), and brief research re: recent precedent (.4) re: same | BN014 | 0.60 | 534.00 |
| 04/03/23 | MLUNN | Analysis Voyager confirmation order appeal issues | BN015 | 0.30 | 307.50 |
| 04/03/23 | MLUNN | Review order approving stipulation re: Voyager stipulation and related correspondence | BN015 | 0.20 | 205.00 |
| 04/03/23 | RFPOP | Emails to and from M. Lunn and counsel for debtors (Ben Beller) re: revised proposed order for Voyager bankruptcy motion to approve stipulation resolving Voyager plan confirmation objection and claim objection, and review redline of revised proposed order and stipulation re: same | BN015 | 0.30 | 267.00 |
| 04/04/23 | DLASK | Hearing preparation for April 5th hearing | BN015 | 0.20 | 73.00 |
| 04/04/23 | MLUNN | Review agenda re: April 5th hearing | BN015 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:          May 24, 2023
Invoice Number:          50042943
Matter Number:          102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/04/23 | MLUNN | Review reply of Voyager in support of FTX stipulations | BN015 | 0.10 | 102.50 |
| 04/04/23 | RFPOP | Review and analyze Voyager reply to objections to Voyager bankruptcy motion to approve stipulation resolving Voyager confirmation objection and claims objection, and review related hearing agenda | BN015 | 0.20 | 178.00 |
| 04/05/23 | MLUNN | Review pleadings in preparation for hearing re: approval of stipulation (.3); attend hearing (1.8); review revised order following hearing (.2) | BN015 | 2.30 | 2,357.50 |
| 04/05/23 | MLUNN | Review request from UST re: expedited consideration of request for direct appeal and work with R. Poppiti re: same and other issues | BN015 | 0.40 | 410.00 |
| 04/05/23 | RFPOP | Attend Voyager bankruptcy hearing for approval of Voyager motion to approve stipulation with FTX debtors and committee resolving Voyager confirmation objection and claims objection (1.8), and follow-up emails to and from M. Lunn, counsel for debtors (Brian Glueckstein and Ben Beller), counsel for Voyager (Allyson Smith) and counsel for Voyager committee (Darren Azman) (.1) and review draft revised proposed order approving motion (.1) re: same | BN015 | 2.00 | 1,780.00 |
| 04/10/23 | MLUNN | Review mediator proposal from Voyager Debtors and related correspondence with S&C | BN015 | 0.20 | 205.00 |
| 04/10/23 | MLUNN | Call with B. Beller and R. Poppiti re: mediator and mediation (.2); and strategy follow-up with R. Poppiti (.2) | BN015 | 0.40 | 410.00 |
| 04/10/23 | RFPOP | Call with M. Lunn, including call with counsel for debtors (Ben Beller) (.4), and email from Ben Beller (.1) re: Voyager litigation issues | BN015 | 0.50 | 445.00 |
| 04/11/23 | RFPOP | Review Second Circuit ruling denying motion to vacate stay of Voyager confirmation order | BN015 | 0.10 | 89.00 |
| 04/14/23 | MLUNN | Correspondence with R. Poppiti re: proposed mediator (.1); correspondence with B. Glueckstein re: status of discussions with Voyager re: mediator and timing (.1) | BN015 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                May 24, 2023
Invoice Number:              50042943
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/14/23 | RFPOP | Emails to and from counsel for debtors (Brian Glueckstein) re: Voyager litigation issues | BN015 | 0.20 | 178.00 |
| 04/18/23 | MLUNN | Analyze and research issues re: preference claim against Voyager and related strategy for mediation, including mediation statement | BN015 | 2.80 | 2,870.00 |
| 04/18/23 | RFPOP | Review and analyze various issues related to Voyager litigation | BN015 | 0.90 | 801.00 |
| 04/19/23 | MLUNN | Strategy meeting with R. Poppiti re: litigation and mediation of Voyager claims | BN015 | 0.90 | 922.50 |
| 04/19/23 | RFPOP | Call with M. Lunn re: Voyager litigation issues and strategy | BN015 | 0.90 | 801.00 |
| 04/24/23 | MLUNN | Correspondence with S&C re: mediator and mediation for Voyager preference and analyze new potential mediator | BN015 | 0.40 | 410.00 |
| 04/24/23 | MLUNN | Review and analyze Voyager motion for plan clarification | BN015 | 0.30 | 307.50 |
| 04/24/23 | MLUNN | Correspondence with D. Laskin re: Voyager April 26th hearing | BN015 | 0.10 | 102.50 |
| 04/24/23 | RFPOP | Emails to and from M. Lunn and counsel for debtors (Ben Beller) re: Voyager mediation issues | BN015 | 0.10 | 89.00 |
| 04/24/23 | RFPOP | Review and analyze Voyager plan implementation motion | BN015 | 0.20 | 178.00 |
| 04/25/23 | DLASK | Hearing prep for April 26th hearing | BN015 | 0.20 | 73.00 |
| 04/25/23 | MLUNN | Work with R. Poppiti re: assessment of proposed mediator and related strategy | BN015 | 0.20 | 205.00 |
| 04/25/23 | MLUNN | Review hearing agenda for Voyager vesting motion hearing | BN015 | 0.10 | 102.50 |
| 04/25/23 | RFPOP | Emails to and from M. Lunn re: Voyager meditation issues | BN015 | 0.10 | 89.00 |
| 04/26/23 | MLUNN | Attend portion of hearing (.6); and follow-up with R. Poppiti re: statements about FTX litigation and claims during hearing (.2) | BN015 | 0.80 | 820.00 |
| 04/26/23 | RFPOP | Attend hearing on Voyager plan implementation motion (1.1), and follow-up call with M. Lunn (.2) re: same | BN015 | 1.30 | 1,157.00 |
| 04/27/23 | MLUNN | Correspondence with B. Beller re: selection of mediator and timing and correspondence with K. Hansen and K. Pasquale re: scheduling of mediation | BN015 | 0.30 | 307.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                    May 24, 2023
Invoice Number:                   50042943
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 04/27/23 | RFPOP | Emails from M. Lunn and counsel for debtors (Ben Beller) re: Voyager mediation issues | BN015 | 0.10 | 89.00 |
| | | **Total** | | **110.00** | **$95,653.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

| Invoice Date: | May 24, 2023 |
|---|---|
| Invoice Number: | 50042943 |
| Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 13.00 | 365.00 | 4,745.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.70 | 560.00 | 2,632.00 |
| MLUNN | Matthew B. Lunn | Partner | 45.40 | 1,025.00 | 46,535.00 |
| RFPOP | Robert F. Poppiti | Partner | 46.90 | 890.00 | 41,741.00 |
| **Total** | | | **110.00** | | **$95,653.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 24, 2023 |
|---|---|---|
| Billing Period through April 30, 2023 | Invoice Number: | 50042943 |
| | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001** **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.60 | 1,025.00 | 3,690.00 |
| Robert F. Poppiti | Partner | 3.60 | 890.00 | 3,204.00 |
| Jared W. Kochenash | Associate | 0.20 | 560.00 | 112.00 |
| Debbie Laskin | Paralegal | 3.80 | 365.00 | 1,387.00 |
| **Total** | | **11.20** | | **8,393.00** |

**Task Code:B002** **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 4.30 | 1,025.00 | 4,407.50 |
| Robert F. Poppiti | Partner | 4.70 | 890.00 | 4,183.00 |
| Jared W. Kochenash | Associate | 1.60 | 560.00 | 896.00 |
| Debbie Laskin | Paralegal | 0.70 | 365.00 | 255.50 |
| **Total** | | **11.30** | | **9,742.00** |

**Task Code:B004** **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **0.60** | | **588.00** |

**Task Code:B006** **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 5.60 | 1,025.00 | 5,740.00 |
| Robert F. Poppiti | Partner | 7.60 | 890.00 | 6,764.00 |
| **Total** | | **13.20** | | **12,504.00** |

**Task Code:B007** **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **0.50** | | **485.50** |

**Task Code:B008** **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 8.80 | 1,025.00 | 9,020.00 |
| Robert F. Poppiti | Partner | 8.40 | 890.00 | 7,476.00 |
| **Total** | | **17.20** | | **16,496.00** |

**Task Code:B009**  **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert F. Poppiti | Partner | 0.70 | 890.00 | 623.00 |
| **Total** | | **1.10** | | **1,033.00** |

**Task Code:B011**  **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 5.90 | 1,025.00 | 6,047.50 |
| Robert F. Poppiti | Partner | 7.70 | 890.00 | 6,853.00 |
| Debbie Laskin | Paralegal | 1.80 | 365.00 | 657.00 |
| **Total** | | **15.40** | | **13,557.50** |

**Task Code:B012**  **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Robert F. Poppiti | Partner | 2.70 | 890.00 | 2,403.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **3.80** | | **3,266.50** |

**Task Code:B014**  **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.20 | 1,025.00 | 2,255.00 |
| **Total** | | **2.20** | | **2,255.00** |

**Task Code:B015**  **Employee Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.00 | 1,025.00 | 1,025.00 |
| Robert F. Poppiti | Partner | 0.60 | 890.00 | 534.00 |
| **Total** | | **1.60** | | **1,559.00** |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.40 | 1,025.00 | 1,435.00 |
| Robert F. Poppiti | Partner | 2.10 | 890.00 | 1,869.00 |
| Jared W. Kochenash | Associate | 2.90 | 560.00 | 1,624.00 |
| Debbie Laskin | Paralegal | 4.30 | 365.00 | 1,569.50 |
| **Total** | | **10.70** | | **6,497.50** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 24, 2023 |
|---|---|---|
| Billing Period through April 30, 2023 | Invoice Number: | 50042943 |
| | Matter Number: | 102750.1001 |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Robert F. Poppiti | Partner | 0.90 | 890.00 | 801.00 |
| Debbie Laskin | Paralegal | 1.60 | 365.00 | 584.00 |
| **Total** | | **3.20** | | **2,102.50** |

**Task Code:BN014**          **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.60 | 890.00 | 534.00 |
| **Total** | | **0.60** | | **534.00** |

**Task Code:BN015**          **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 10.10 | 1,025.00 | 10,352.50 |
| Robert F. Poppiti | Partner | 6.90 | 890.00 | 6,141.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **17.40** | | **16,639.50** |

**EXHIBIT B**

**Expenses**

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date:        May 24, 2023 |
| Billing Period through April 30, 2023 | Invoice Number:        50042943 |
| | Matter Number:        102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/14/23 | Parcels, Inc. - Park Cafe 1013450 - Working lunch for counsel and YCST team in preparation for hearing (4 people) | 1.00 | 73.00 |
| 03/14/23 | Parcels, Inc. – Parcels Pay - Park Cafe 1013450 – Delivery Charge | 1.00 | 60.00 |
| 04/03/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/03/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/04/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/04/23 | American Express - Bankruptcy - Filing Fee RPOPP 3.7.23 $70 Virtual Hearing Fee DLASK | 1.00 | 70.00 |
| 04/04/23 | American Express - Bankruptcy - Filing Fee MLUNN 3.7.23 $70 Virtual Hearing Fee DLASK | 1.00 | 70.00 |
| 04/04/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/04/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/04/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 04/04/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/05/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/05/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/06/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/06/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/10/23 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 04/10/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/10/23 | Photocopy Charges Duplication BW | 80.00 | 8.00 |
| 04/10/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/10/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/10/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/11/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 04/11/23 | Photocopy Charges Duplication BW | 95.00 | 9.50 |
| 04/11/23 | Color Photocopy Charges Duplication Color | 10.00 | 5.00 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/11/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 04/11/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 04/11/23 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 04/11/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                May 24, 2023
Invoice Number:               50042943
Matter Number:              102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 04/11/23 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 95.00 | 9.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 04/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/12/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/12/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/12/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/12/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/12/23 | Parcels, Inc. - Toscana 1017572n - Working lunch for co-counsel and YCST team in preparation for FTX hearing (6 people) | 1.00 | 96.50 |
| 04/12/23 | Parcels, Inc. – Parcels Pay - Toscana 1017572 Delivery Charge | 1.00 | 90.00 |
| 04/12/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/12/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/12/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/12/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 04/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/12/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 04/12/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/12/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/13/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 04/14/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/14/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/17/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/17/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/17/23 | Reliable Wilmington - Deposition/Transcript 4/12/23 Hearing - Hourly Transcript-1st Copy (56 pages @ $1.20 per page) | 1.00 | 67.20 |
| 04/17/23 | Docket Retrieval / Search | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | May 24, 2023 |
| Billing Period through April 30, 2023 | | Invoice Number: | 50042943 |
| | | Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/17/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/17/23 | Photocopy Charges Duplication BW | 19.00 | 1.90 |
| 04/17/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/18/23 | Computerized Legal Research Westlaw Search by: LUNN,MATTHEW B | 12.00 | 38.11 |
| 04/18/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/18/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/18/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 04/21/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/24/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 04/25/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/25/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 04/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/25/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/25/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/25/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/25/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/25/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/25/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/25/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 04/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/25/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/25/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/26/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/26/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 04/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/27/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 04/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/27/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/27/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through April 30, 2023

Invoice Date:                    May 24, 2023
Invoice Number:                    50042943
Matter Number:                  102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 04/27/23 | Docket Retrieval / Search | 24.00 | 2.40 |

**Total**                          **$676.11**

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | May 24, 2023
Billing Period through April 30, 2023 | Invoice Number: | 50042943
| Matter Number: | 102750.1001

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Computerized Legal Research -WESTLAW | 38.11 |
| Deposition/Transcript | 67.20 |
| Docket Retrieval / Search | 52.20 |
| Video\Teleconference | 140.00 |
| Reproduction Charges | 59.10 |
| Working Meals | 319.50 |
| **Total** | **$676.11** |