

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **Peter Andras Herz** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP c/o Attestor Limited 7 Seymour Street W1H 7JW London, United Kingdom** | Last known address: | **Redacted – available upon request** |
| Email: | **Attn: Steve Gillies settlements@attestorcapital.com** | | |
| Phone: | **+44(0)20 7074 9653** | Court Claim # (if known): | **451** |
| Last Four Digits of Acct #: 9776 | | Amount of Claim: | **$3,853,750.00** |

Local Form 138

|  |  |
|---|---|
| Date Claim Filed: | **01/12/2023** |
| Phone: | **Redacted – available upon request** |
| Last Four Digits of Acct #: | 9776 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: CHRISTOPHER CRUTH            Date: 6/1/23
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 7 February, 2023, Peter Andras Herz ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. 451 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 7 February, 2023.

*[signature]*

**By:** Peter Andras Herz