# Exhibit B

**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period February 1, 2023 through February 28, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Lowery,Kristie L | National Partner/Principal | 2/1/2023 | Ground Transportation | Taxi - New York airport to EY office | $141.43 |
| Lowery,Kristie L | National Partner/Principal | 2/1/2023 | Ground Transportation | Parking - Charlotte airport 1/31/23 - 2/2/23 | $48.00 |
| Hammon,David Lane | Manager | 2/1/2023 | Meals | Meals - Breakfast - Self | $16.85 |
| Hammon,David Lane | Manager | 2/1/2023 | Meals | Meals - Dinner - Self | $50.78 |
| Lowery,Kristie L | National Partner/Principal | 2/1/2023 | Meals | Meal -Dinner - Self | $50.00 |
| Lowery,Kristie L | National Partner/Principal | 2/1/2023 | Meals | Meals - Breakfast - Self | $6.21 |
| Lowery,Kristie L | National Partner/Principal | 2/2/2023 | Airfare | Airfare - American - Coach - Round trip - 2/14/23 - 2/16/23 - Charlotte, NC to San Francisco, CA for meeting with client | $1,579.50 |
| Hammon,David Lane | Manager | 2/2/2023 | Ground Transportation | Taxi - EY office to Newark airport for meetings | $84.09 |
| Hammon,David Lane | Manager | 2/2/2023 | Ground Transportation | Taxi - Hotel to EY office | $39.08 |
| Hammon,David Lane | Manager | 2/2/2023 | Ground Transportation | Taxi - Clevland airport to home | $40.00 |
| Lowery,Kristie L | National Partner/Principal | 2/2/2023 | Lodging | Lodging - The Westin New York at Times Square - New York, NY - 1/31/23 - 2/2/23 - 2 nigths - Meetings with client | $233.87 |
| Hammon,David Lane | Manager | 2/2/2023 | Meals | Meals - Lunch - Self | $18.67 |
| Hammon,David Lane | Manager | 2/2/2023 | Meals | Meals - Dinner - Self | $27.10 |
| Hammon,David Lane | Manager | 2/2/2023 | Meals | Meals - Breakfast - Self | $20.00 |
| Mistler,Brian M | Manager | 2/3/2023 | Airfare | Airfare - United - Coach - Round trip - 2/6/23 - 2/20/23 - San Diego, CA to Newark, NJ for meetings with Sullivan & Cromwell | $472.78 |
| Mistler,Brian M | Manager | 2/6/2023 | Meals | Meals - Dinner - Self | $22.84 |
| Mistler,Brian M | Manager | 2/7/2023 | Ground Transportation | Taxi - Newark aiprot to hotel | $142.33 |
| Mistler,Brian M | Manager | 2/7/2023 | Meals | Meals - Dinner - Self | $17.96 |
| Mistler,Brian M | Manager | 2/7/2023 | Meals | Meals - Lunch - Self | $19.27 |
| Mistler,Brian M | Manager | 2/7/2023 | Meals | Meals - Breakfast - Self | $16.28 |
| Mistler,Brian M | Manager | 2/8/2023 | Meals | Meals - Dinner - Self | $31.57 |
| Richardson,Audrey Sarah | Manager | 2/8/2023 | Meals | Meals - Overtime - Self | $20.00 |
| Mistler,Brian M | Manager | 2/9/2023 | Meals | Meals - Lunch - Self | $27.55 |
| Mistler,Brian M | Manager | 2/9/2023 | Meals | Meals - Dinner - Self | $34.84 |
| Mistler,Brian M | Manager | 2/9/2023 | Meals | Meals - Breakfast - Self | $18.78 |
| Richardson,Audrey Sarah | Manager | 2/9/2023 | Meals | Meals - Overtime - Self | $20.00 |
| Mistler,Brian M | Manager | 2/10/2023 | Ground Transportation | Taxi - Office to Newark airport | $127.35 |
| Mistler,Brian M | Manager | 2/10/2023 | Lodging | Lodging - Homewood suites - New York, NY - 2/6/23 - 2/10/23 4 nights for client meetings | $654.84 |
| Mistler,Brian M | Manager | 2/10/2023 | Meals | Meals - Dinner - Self | $19.82 |
| Mistler,Brian M | Manager | 2/10/2023 | Meals | Meals - Breakfast - Self | $19.54 |
| Wrenn,Kaitlin Doyle | Manager | 2/14/2023 | Airfare | Airfare – American - Coach - Round trip - 2/14/23 – 2/16/23 – Charlotte, NC to San Francisco, CA for meetings with client | $727.50 |
| Lowery,Kristie L | National Partner/Principal | 2/14/2023 | Ground Transportation | Parking - Charlotte airport 2/14/23 - 2/16/23 | $71.99 |
| Wrenn,Kaitlin Doyle | Manager | 2/14/2023 | Ground Transportation | Parking - Charlotte airport 3 days | $114.99 |
| Lowery,Kristie L | National Partner/Principal | 2/14/2023 | Meals | Meal - Dinner - K. Wrenn and self | $93.00 |
| Lowery,Kristie L | National Partner/Principal | 2/15/2023 | Ground Transportation | Taxi - San Francisco airport to hotel | $50.71 |
| Lowery,Kristie L | National Partner/Principal | 2/15/2023 | Meals | Meals - Lunch - K. Wrenn and self | $90.00 |
| Wrenn,Kaitlin Doyle | Manager | 2/16/2023 | Lodging | Lodging - San Francisco, CA - 2/14/23 - 2/16/23 2 nights for client meetings | $650.00 |
| Lowery,Kristie L | National Partner/Principal | 2/16/2023 | Meals | Meals - Lunch - K. Wrenn and self | $90.00 |
| Lowery,Kristie L | National Partner/Principal | 2/16/2023 | Meals | Meals - Breakfast - Self | $22.40 |
| Lowery,Kristie L | National Partner/Principal | 2/16/2023 | Meals | Meals - Dinner - K. Wrenn and self | $76.18 |
| Wrenn,Kaitlin Doyle | Manager | 2/16/2023 | Meals | Meals - Dinner - K. Lowery and self | $100.00 |
| Wrenn,Kaitlin Doyle | Manager | 2/16/2023 | Meals | Meals - Breakfast -  K. Lowery and self | $50.00 |
| Wrenn,Kaitlin Doyle | Manager | 2/16/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $29.00 |
| Lowery,Kristie L | National Partner/Principal | 2/17/2023 | Lodging | Lodging - Palace Hotel - San Francisco, CA - 2/14/23 - 2/16/23 - 2 nigths - Meetings with client | $650.00 |
| Mistler,Brian M | Manager | 2/19/2023 | Airfare | Airfare - United - Coach - Round trip - 2/19/23 - 2/24/23 - San Diego, CA to Newark, NJ for meetings with Sullivan & Cromwell and RLKS | $591.44 |
| Mistler,Brian M | Manager | 2/19/2023 | Ground Transportation | Taxi - EY office to Newark airport | $55.35 |
| Mistler,Brian M | Manager | 2/19/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| Mistler,Brian M | Manager | 2/20/2023 | Ground Transportation | Taxi - New York airport to hotel | $79.30 |
| Mistler,Brian M | Manager | 2/20/2023 | Meals | Meals - Dinner - Self | $24.49 |
| Mistler,Brian M | Manager | 2/20/2023 | Meals | Meals - Dinner - Self | $24.10 |
| Mistler,Brian M | Manager | 2/20/2023 | Meals | Meals - Lunch - Self | $16.28 |
| Shea JR,Thomas M | Partner/Principal | 2/21/2023 | Airfare | Airfare - United - Coach - Round trip - 2/26/23 - 3/2/23 - Newark, NJ to San Francisco, CA For meeting with RLA | $746.33 |
| Mistler,Brian M | Manager | 2/21/2023 | Meals | Meals - Dinner - Self | $29.28 |
| Mistler,Brian M | Manager | 2/21/2023 | Meals | Meals - Lunch - J. Scott, B. Mistler, C. Tong. | $48.29 |
| Mistler,Brian M | Manager | 2/22/2023 | Lodging | Lodging - Motto Hilton - New York, NY - 2/19/23 - 2/22/23 3 nights for meetings with RLKA and S&C | $621.51 |
| Mistler,Brian M | Manager | 2/22/2023 | Meals | Meals - Dinner - Self | $23.21 |
| Mistler,Brian M | Manager | 2/23/2023 | Ground Transportation | Taxi - Hotel to New York airport | $99.98 |
| Mistler,Brian M | Manager | 2/23/2023 | Ground Transportation | Taxi - New York airport to hotel after flight cancelation | $62.11 |
| Mistler,Brian M | Manager | 2/23/2023 | Meals | Meals - Dinner - Self | $19.54 |
| Mistler,Brian M | Manager | 2/23/2023 | Meals | Meals - Breakfast - Self | $10.99 |
| Mistler,Brian M | Manager | 2/23/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| Mistler,Brian M | Manager | 2/24/2023 | Ground Transportation | Taxi - Hotel to New York airport (flight was canceled) | $94.66 |
| Mistler,Brian M | Manager | 2/24/2023 | Lodging | Lodging - Motto Hilton - New York, NY - 2/13/23 - 2/14/23 1 night for meetings with RLKA and S&C | $218.21 |
| Mistler,Brian M | Manager | 2/26/2023 | Airfare | Airfare - Southwest - Coach - Round trip - 2/26/23 - 2/28/23 - San Diego, CA to San Francisco for meetings with RLA | $445.12 |
| Mistler,Brian M | Manager | 2/26/2023 | Ground Transportation | Taxi - Hotel to Office | $10.96 |
| Ellenson,Cory | Senior Manager | 2/27/2023 | Ground Transportation | Taxi - EY office to client site | $30.44 |
| Ellenson,Cory | Senior Manager | 2/27/2023 | Ground Transportation | Taxi - San Francisco airport to RLA office | $36.68 |
| Ellenson,Cory | Senior Manager | 2/27/2023 | Ground Transportation | Taxi -  RLA office to San Francisco airport | $34.66 |
| Mistler,Brian M | Manager | 2/27/2023 | Ground Transportation | Taxi - San Francisco airport to hotel | $34.92 |
| Shea JR,Thomas M | Partner/Principal | 2/27/2023 | Ground Transportation | Taxi - Home to Newark airport | $113.29 |
| Shea JR,Thomas M | Partner/Principal | 2/27/2023 | Ground Transportation | Taxi - San Francisco airport to hotel | $33.90 |
| Mistler,Brian M | Manager | 2/27/2023 | Meals | Meals - Breakfast - Self | $14.95 |
| Mistler,Brian M | Manager | 2/28/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| **Total** | | | | | **$10,381.09** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.