## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on June 14, 2023, a copy of the *Motion of the Pyth Data Association for Relief from the Automatic Stay* was served on the parties on the attached service list in the manner indicated.

**SAUL EWING LLP**

By:*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated:  June 14, 2023

FTX Trading 2002 Service List FCM and
Email
Case No. 22-11068-JTD
Document No.  243098
005 – First Class Mail
145 – Electronic Mail


*(Counsel to D1 Ventures)*
Teddy M. Kapur, Esq.
Jason H. Rosell, Esq.
Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
Wilmington, DE 19801
**Email: tkapur@pszjlaw.com;
jrosell@pszjlaw.com;
crobinson@pszjlaw.com**

*FIRST CLASS MAIL*
Environmental Protection Agency
Attn Bankruptcy Division
290 Broadway
New York NY 10007-1866

*FIRST CLASS MAIL*
Environmental Protection Agency
Attn: General Counsel
Office of General Counsel
1200 Pennsylvania Avenue NW, 2310A
Washington DC 20460

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

*FIRST CLASS MAIL*
United States of America Attorney General
Attn: Bankruptcy Department US
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

*FIRST CLASS MAIL*
*(Counsel to American Express National
Bank)*
Becket & Lee LLP
Shraddha Bharatia, Esq.
PO Box 3001
Malvern PA 19355-0701

*ELECTRONIC MAIL*
TN Department of Financial Institutions
Office of the TN Attorney General
Bankruptcy Division
Attn: Laura L. McCloud
PO Box 20207
Nashville TN 37202-0207
**Email:  agbankdelaware@ag.tn.gov**

*ELECTRONIC MAIL*
*(Counsel to Debtors And Debtors In
Possession)*
Landis Rath & Cobb LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington DE 19801
**Email: landis@lrclaw.com
brown@lrclaw.com; pierce@lrclaw.com**

*ELECTRONIC MAIL*
*(Counsel to Debtors And Debtors In
Possession)*
Sullivan & Cromwell LLP
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York NY 10004
**Email: dietdericha@sullcromcom;
bromleyj@sullcrom.com;
gluecksteinb@sullcrom.com;
kranzleya@sullcrom.com;
petifordj@sullcrom.com**

***ELECTRONIC MAIL***
Delaware Division of Revenue
Christina Rojas, Esq.
820 N French Street
Wilmington DE 19801
**Email: fasnotify@state.de.us**

***ELECTRONIC MAIL***
Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover DE 19903
**Email: dosdoc_ftax@state.de.us**

***ELECTRONIC MAIL***
Delaware State Treasury
Bankruptcy Department
820 Silver Lake Boulevard Suite 100
Dover DE 19904
**Email: statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Miami-Dade Office of the Tax Collector
Bankruptcy Unit
200 NW 2nd Avenue, #430
Miami FL 33128
**Email:
priscilla.windley@miamidade.gov;
mdtcbkc@miamidade.gov**

***ELECTRONIC MAIL***
Office of the United States Trustee
Juliet M. Sarkessian, Esq.
Benjamin A. Hackman, Esq.
David Gerardi, Esq.
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington DE 19899-0035
**Email: juliet.m.sarkessian@usdoj.gov;
benjamin.a.hackman@usdoj.gov;
david.gerardi@usdoj.gov**

***ELECTRONIC MAIL***
Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington DC 20549
**Email: secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities & Exchange Commission - NY
Office
Bankruptcy Department Brookfield Place
200 Vesey Street, Suite 400
New York NY 10281-1022
**Email: bankruptcynoticeschr@sec.gov;
nyrobankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities & Exchange Commission -
Philadelphia Office
Bankruptcy Department One Penn Center
1617 JFK  Boulevard, Suite 520
Philadelphia PA 19103
**Email: secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
State of Delaware Attorney General
Bankruptcy Department
Carvel State Office Bldg.
820 N. French Street
Wilmington DE 19801
**Email: attorney.general@state.de.us**

***ELECTRONIC MAIL***
The Securities Commission of the Bahamas
President or General Counsel
Poinciana House
North Building, 2nd Floor
31a East Bay Street,
PO Box N-8347
Nassau the Bahamas
**Email: info@scb.gov.bs**

*ELECTRONIC MAIL*
U.S. Department of Justice
Stanton C. McManus,
Seth B. Sharpiro
Civil Division
1100 L Street, NW, Room 7208
Washington DC 20005
**Email: stanton.c.mcmanus@usdoj.gov;
seth.shapiro@usdoj.gov**

*ELECTRONIC MAIL*
U.S. Attorney for Delaware
David C. Weiss, Esq. C/O Ellen Slights,
Esq.
1007 Orange Street Suite 700
PO Box 2046
Wilmington DE 19899-2046
**Email: usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Celsius Network LLC And Its
Affiliated Debtors)*
A. M. Saccullo Legal, LLC
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
27 Crimson King Drive
Bear DE 19701
**Email: ams@saccullolegal.com;
meg@saccullolegal.com**

*ELECTRONIC MAIL*
*(Counsel to Bitgo Trust Company, Inc. &
Mercedes-Benz Grand Prix Limited)*
Ashby & Geddes, P.A.
Ricardo Palacio,
Gregory A. Taylor
500 Delaware Avenue, 8th Floor
PO Box 1150 Wilmington DE 19899
**Email: rpalacio@ashbygeddes.com
gtaylor@ashbygeddes.com**

*ELECTRONIC MAIL*
*(Counsel for Oracle America, Inc.)*
Buchalter, A Professional Corporation
Shawn M. Christianson, Esq.
425 Market Street, Suite 2900
San Francisco CA 94105-3493
**Email: schristianson@buchalter.com**

*ELECTRONIC MAIL*
*(Counsel to Evolve Bank & Trust)*
Butler Snow LLP
James E. Bailey III,
Robert Campbell
Hillyer Crescent Center, Suite 500
6075 Poplar Avenue
PO Box 171443
Memphis TN 38187
**Email: jeb.bailey@butlersnow.com;
cam.hillyer@butlersnow.com**

*ELECTRONIC MAIL*
*(Counsel to Evolve Bank & Trust)*
Butler Snow LLP
Martin Sosland, Esq.
2911 Turtle Creek Boulevard., Suite 1400
Dallas TX 75219
**Email: martin.sosland@butlersnow.com**

*ELECTRONIC MAIL*
*(Counsel to Bitgo Trust Company, Inc.)*
Cleary Gottlieb Steen & Hamilton LLP
Jane Vanlare,
Brandon M. Hammer
One Liberty Plaza
New York NY 10006
**Email: jvanlare@cgsh.com;
bhammer@cgsh.com**

***ELECTRONIC MAIL***
*(Counsel to Lightspeed Strategic Partners I*
*L.P., Lightspeed Opportunity Fund, L.P.)*
Cole Schotz P.C.
Norman L. Pernick, Esq.,
Andrew J. Roth, Esq.
500 Delaware Avenue, Suite 1410
Wilmington DE 19801
**Email: npernick@coleschotz.com; aroth-**
**moore@coleschotz.com**

***ELECTRONIC MAIL***
*(Counsel to Evolve Bank & Trust)*
Cousins Law LLC
Scott D. Cousins, Esq.,
Scott D. Jones, Esq.
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington DE 19801
**Email: scott.cousins@cousins-law.com;**
**scott.jones@cousins-law.com**

***ELECTRONIC MAIL***
*(Counsel to Bh Trading Ltd., Grant Kim And*
*Peter Kim)*
Cozen O'connor
Frederick Schmidt, Esq.
3WTC, 175 Greenwich Street
55th Floor
New York NY 10007
**Email: eschmidt@cozen.com**

***ELECTRONIC MAIL***
*(Counsel to BH Trading Ltd., Grant Kim*
*And Peter Kim)*
Cozen O'Connor
Thomas J. Francella
1201 N. Market Street, Suite 1001
Wilmington DE 19801
**Email: tfrancella@cozen.com**

***ELECTRONIC MAIL***
*(Counsel to Lightspeed Strategic Partners I*
*L.P., Lightspeed Opportunity Fund, L.P.)*
Debevoise & Plimpton LLP
M. Natasha Labovitz, Esq.,
Elie J. Worenklein, Esq.,
Michael C. Godbe, Esq.
66 Hudson Boulevard
New York NY 10001
**Email: nlabovitz@debevoise.com;**
**eworenklein@debevoise.com;**
**mcgodbe@debevoise.com**

***ELECTRONIC MAIL***
*(Counsel for Paradigm Operations Lp)*
Debevoise & Plimpton LLP
Sidney P. Levinson,
Jasmine Ball
66 Hudson Boulevard
New York NY 10001
**Email: slevinson@debevoise.com**
**jball@debevoise.com**

***ELECTRONIC MAIL***
*(Counsel to Oracle America, Inc.)*
Doshi Legal Group, P.C.
Amish R. Doshi
1979 MarcUS Avenue, Suite 210e
Lake Success NY 11042
**Email: amish@doshilegal.com**

***ELECTRONIC MAIL***
*(Counsel to Cadian)*
Emmet, Marvin & Martin, LLP
Thomas A. Pitta, Esq.
Judith Swartz, Esq.
120 Broadway, 32nd Floor
New York NY 10271
**Email: jswartz@emmetmarvin.com;**
**tpitta@emmetmarvin.com**

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Committee of Non US Customers of Ftx.Com)*
Eversheds Sutherland (US) LLP
Andrea L. Gordon, Esq.
700 Sixth Street NW, Suite 700
Washington DC 20001
**Email: andreagordon@eversheds-sutherland.com**

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Committee of Non US Customers of Ftx.Com)*
Eversheds Sutherland (US) LLP
Erin E. Broderick, Esq.
227 West Monroe Street, Suite 6000
Chicago IL 60606
**Email: erinbroderick@eversheds-sutherland.com**

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Committee of Non US Customers of Ftx.Com)*
Eversheds Sutherland (US) LLP
Mark D. Sherrill, Esq.
1001 Fannin Street, Suite 3700
Houston TX 77002
**Email: marksherrill@eversheds-sutherland.com**

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Committee of Non US Customers of Ftx.Com)*
Eversheds Sutherland (US) LLP
Peter A. Ivanick, Esq.
Sarah E. Paul, Esq.
Philip H. Ehrlich, Esq.
Lynn W. Holbert, Esq.
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York NY 10036
**Email: peterivanick@eversheds-sutherland.com; sarahpaul@eversheds-sutherland.com; philipehrlich@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com**

*ELECTRONIC MAIL*
*(Counsel to Mercedes-Benz Grand Prix Limited)*
Foley & Lardner LLP
Michael J. Small, Esq.
321 North Clark Street, Suite 3000
Chicago IL 60654
**Email: msmall@foley.com**

*ELECTRONIC MAIL*
*(Counsel to Mercedes-Benz Grand Prix Limited)*
Foley & Lardner LLP
Samantha Ruppenthal, Esq.
90 Park Avenue
New York NY 10016
**Email: sruppenthal@foley.com**

*ELECTRONIC MAIL*
*(Counsel for North American League of Legends Championship Series, LLC)*
Greenberg Glusker Fields Claman & Machtinger LLP
Brian Davidoff, Esq.
2049 Century Park East Suite 2600
Los Angeles CA 90067-4590
**Email: bdavidoff@greenbergglusker.com**

*ELECTRONIC MAIL*
*(Counsel to Blockfi Inc. And Affiliates)*
Haynes And Boone, LLP
Richard D. Anigian, Esq.
Charles M. Jones II, Esq.
2323 Victory Avenue, Suite 700
Dallas TX 75219
**Email: rick.anigian@haynesboone.com; charlie.jones@haynesboone.com**

**ELECTRONIC MAIL**
*(Counsel to Blockfi Inc. And Affiliates)*
Haynes And Boone, LLP
Richard Kanowitz, Esq.
30 Rockefeller Plaza, 26th Floor
New York NY 10112
**Email:
richard.kanowitz@haynesboone.com**

**ELECTRONIC MAIL**
*(Counsel to Joint Provisional Liquidators of Ftx)*
Holland & Knight LLP
Warren E. Gluck, Esq.
Marie E. Larsen, Esq.
David W. Wirt, Esq.
Jessica Magee, Esq.
Shardul Desai, Esq.
31 W. 52nd Street
New York NY 10019
**Email:  warren.gluck@hklawcom;
marie.larsen@hklaw.com;
david.wirt@hklaw.com;
jessica.magee@hklaw.com;
shardul.desai@hklaw.com**

**ELECTRONIC MAIL**
*(Counsel to Gabriel Recchia)*
Kashishian Law LLC
Ann M. Kashishian, Esq.
501 Silverside Road, Suite 85
Wilmington DE 19809
**Email:  amk@kashishianlaw.com**

**ELECTRONIC MAIL**
*(Counsel for Word of God Fellowship, Inc.)*
Kelly Hart & Hallman LLP
Louis M. Phillips, Esq.
301 Main Street, Suite 1600
Baton Rouge LA 70801
**Email:  louis.phillips@kellyhart.com**

**ELECTRONIC MAIL**
*(Counsel for Word of God Fellowship, Inc.)*
Kelly Hart & Hallman LLP
Michael D. Anderson, Esq.
201 Main Street, Suite 2500
Fort Worth TX 76102
**Email:  michael.anderson@kellyhart.com**

**ELECTRONIC MAIL**
*(Counsel to Philadelphia Indemnity Insurance Company)*
Manier Herod, P.C.
Jeffrey S. Price, Esq.Melissa J. Lee, Scott C. Williams
1201 Demonbreun Street
Suite 900
Nashville TN 37213
**Email:  jprice@manierherod.com;
mlee@manierherod.com;
swilliams@manierherod.com**

**ELECTRONIC MAIL**
*(Counsel to the Commissioner Massachusetts Department of Revenue)*
Massachusetts Department of Revenue
Celine E. De La Foscade-Condon 100
Cambridge Street, PO Box 9565
Boston MA 02114
**Email:  delafoscac@dor.state.ma.us**

**ELECTRONIC MAIL**
*(Counsel to Philadelphia Indemnity Insurance Company, New Jersey Bureau of Securities)*
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
Gary D. Bressler, David P. Primack
300 Delaware Avenue
Suite 1014
Wilmington DE 19801
**Email:  gbressler@mdmc-law.com;
dprimack@mdmc-lae.com**

*ELECTRONIC MAIL*
*(Counsel to New Jersey Bureau of Securities)*
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein 570 Broad Street
Suite 1401
Newark NJ 07102
**Email: jbernstein@mdmc-law.com**

*ELECTRONIC MAIL*
*(Counsel to Philadelphia Indemnity Insurance Company)*
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
Michael R. Morano, Esq.
1300 Mt. Kemble Avenue
PO Box 2075
Morristown NJ 07962
**Email: mmorano@mdmc-law.com**

*ELECTRONIC MAIL*
*(Counsel to New Jersey Bureau of Securities)*
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
Nicole Leonard, Esq.
225 Liberty Street,, 36th Floor
New York NY 10281
**Email: nleonard@mdmc-law.com**

*ELECTRONIC MAIL*
*(Counsel to the Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd)*
Morgan, Lewis & Bocki US LLP
Jody C. Barillare, Esq.
1201 N. Market Street Suite 2201
Wilmington DE 19801
**Email: jody.barillare@morganlewis.com**

*ELECTRONIC MAIL*
*(Counsel to the Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd)*
Morgan, Lewis & Bocki US LLP
John C. Goodchild III, Esq.
Matthew C. Ziegler, Esq.
1701 Market Street
Philadelphia PA 19103
**Email:**
**john.goodchild@morganlewis.com;**
**matthew.ziegler@morganlewis.com**

*ELECTRONIC MAIL*
*(Counsel to the Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd)*
Morgan, Lewis & Bockius LLP
Joshua Dorchak, Esq.
David K. Shim, Esq.
101 Park Avenue
New York NY 10178
**Email:**
**joshua.dorchak@morganlewis.com;**
**david.shim@morganlewis.com**

*ELECTRONIC MAIL*
*(Counsel to Blockfi Inc. And Affiliates)*
Morris Nichols Arsht & Tunnell LLP
Derek C. Abbott, Esq.
1201 N Market Street, Suite 1600
Wilmington DE 19801
**Email: dabbott@morrisnichols.com**

*ELECTRONIC MAIL*
*(Counsel to the Ad Hoc Committee of Non US Customers of Ftx.Com)*
Morris, Nichols, Arsht & Tunnell LLP
Matthew B. Harvey, Esq.
Paige N. Topper, Esq.
1201 N Market Street, 16th Floor
Wilmington DE 19801
**Email: mharvey@morrisnichols.com;**
**ptopper@morrisnichols.com**

***ELECTRONIC MAIL***
*(Counsel to the Georgia Department of*
*Banking And Finance)*
Office of the Attorney General of Georgia
Amy L. Patterson
40 Capitol Square, SW
Atlanta GA 30334
**Email: apatterson@law.ga.gov**

***ELECTRONIC MAIL***
*(Counsel to the Texas State Securities Board*
*And the Texas Department of Banking)*
Office of the Attorney General of Texas
Bankruptcy & Collections Division
Roma N. Desai, Esq.
Layla D. Milligan, Esq.
Abigail R. Ryan, Esq.
PO Box 12548
Mc008
Austin TX 78711-2548
**Email: roma.desai@oag.texas.gov;**
**layla.milligan@oag.texas.gov;**
**abigail.ryan@oag.texas.gov**

***ELECTRONIC MAIL***
*(Counsel for the Washington State*
*Department of Financial Institutions)*
Office of the Attorney General of
Washington
Stephen Manning, Esq.
P O Box 40100
Olympia WA 98504-4010
**Email: stephen.manning@atg.wa.gov**

***ELECTRONIC MAIL***
*(Counsel to Illinois Department of Financial*
*& Professional Regulation)*
Office of the Illinois Attorney General
John P. Reding, Esq.
100 W. Randolph Street, Suite 13-225
Chicago IL 60601
**Email: john.reding@ilag.gov**

***ELECTRONIC MAIL***
*(Counsel to Official Committee of*
*Unsecured Creditors)*
Paul Hastings
Gabe E. Sasson, Esq.
Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Luc A. Despins, Esq.
Erez E. Gilad, Esq.
200 Park Avenue
New York NY 10166
**Email: gabesasson@paulhastingscom;**
**krishansen@paulhastings.com;**
**kenpasquale@paulhastings.com;**
**erezgilad@paulhastingscom;**
**lucdespins@paulhastings.com**

***ELECTRONIC MAIL***
*(Counsel to Voyager Digital Ltd., Voyager*
*Digital Holdings, Inc., Voyager Digital,*
*LLC And Affiliates)*
Potter Anderson & Corroon LLP
Christopher M. Samis, Esq.
Aaron H. Stulman, Esq.
Sameen Rizvi, Esq.
1313 N Market Street, 6th Floor
Wilmington DE 19801
**Email: csamis@potteranderson.com;**
**astulman@potteranderson.com;**
**srizvi@potteranderson.com**

***ELECTRONIC MAIL***
*(Counsel to Chainalysis Inc.)*
Reich Reich & Reich, P.C.
Nicholas A. Pasalides, Esq.
235 Main Street, Suite 450
White Plains NY 10601
**Email: npasalides@reichpc.com**

***ELECTRONIC MAIL***
*(Counsel to the Joint Provisional
Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation))*
Richards, Layton & Finger, P.A.
Kevin Gross, Esq.
Paul N. Heath, Esq.
David T. Queroli, Esq.
Brendan J. Schlauch, Esq.
One Rodney Square
920 N King Street
Wilmington DE 19801
**Email:  gross@rlf.com heath@rlf.com;
queroli@rlf.com schlauch@rlf.com**

***ELECTRONIC MAIL***
*(Counsel to Bastion Worldwide Limited)*
Rimon, P.C.
Frederick Chang, Esq.
506 2nd Avenue, Suite 1400
Seattle WA 98104
**Email:  frederick.chang@rimonlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Bastion Worldwide Limited)*
Rimon, P.C.
Jacquelyn H. Choi, Esq.
2029 Century Park E, Suite 400N
Los Angeles CA 90067
**Email:  jacquelyn.choi@rimonlaw.com**

***ELECTRONIC MAIL***
*(Counsel for North American League of
Legends Championship Series, LLC)*
Robinson & Cole LLP
Jamie L. Edmonson, Esq.
1201 N Market Street Suite 1406
Wilmington DE 19801
**Email:  jedmonson@rc.com**

***ELECTRONIC MAIL***
*(Counsel to Cloudflare, Inc.)*
Streusand, Landon, Ozburn & Lemmon,
LLP
Sabrina L. Streusand, Esq.
Anh Nguyen, Esq.
1801 S. Mopac Expressway, Suite 320
Austin TX 78746
**Email:  streusand@sloLLP.com;
nguyen@sloLLP.com**

***ELECTRONIC MAIL***
*(Counsel to Ikigai Opportunities Master
Fund, Ltd.)*
Taft, Stettinius & Hollister, LLP
Paul R. Hage, Esq.
27777 Franklin Road, Suite 2500
Southfield MI 48034
**Email:  phage@taftlaw.com**

***ELECTRONIC MAIL***
*(Counsel for Paradigm Operations Lp)*
Troutman Pepper Hamilton Sanders LLP
Evelyn J. Meltzer, Esq.
Marcy J. Mclaughlin Smith, Esq.
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington DE 19899-1709
**Email:  evelyn.meltzer@troutman.com;
marcy.smith@troutman.com**

***ELECTRONIC MAIL***
*(Counsel to the United States of America)*
U.S. Department of Justice
Ward W. Benson, Esq.
PO Box 227, Ben Franklin Station
Washington DC 20044
**Email:  ward.w.benson@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to the United States of America)*
U.S. Department of Justice – Civil Division
Ruth A. Harvey,
Margaret M. Newell,
Seth B. Shapiro,
Stanton C. McManus, Esq.
Commercial Litigation Branch
PO Box 875, Ben Franklin Station
Washington DC 20044-0875
**Email: stanton.c.mcmanus@usdoj.gov;
seth.shapiro@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel for the United States of America)*
U.S. Department of Justice
The Internal Revenue Service
Elisabeth M. Bruce
PO Box 227
Washington DC 20044
**Email: elisabeth.m.bruce@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Digital Augean, LLC, Ad Hoc
Committee of Customers And Creditors of
FTX Trading Ltd.)*
Venable LLP
Andrew J. Currie, Esq.
600 Massachusetts Avenue, NW
Washington DC 20001
**Email: ajcurrie@venable.com**

*ELECTRONIC MAIL*
*(Counsel to Digital Augean, LLC, Ad Hoc
Committee of Customers And Creditors of
FTX Trading Ltd.)*
Venable LLP
Daniel A. O'Brien, Esq.
1201 N. Market Street, Suite 1400
Wilmington DE 19801
**Email: daobrien@venable.com**

*ELECTRONIC MAIL*
*(Counsel to Digital Augean, LLC, Ad Hoc
Committee of Customers And Creditors of
FTX Trading Ltd.)*
Venable LLP
Jeffrey S. Sabin, Esq.
Xochitl S. Strohbehn, Esq.
Carol A. Weiner, Esq.
Arie A. Peled, Esq.
1270 Avenue of the Americas
24th Floor
New York NY 10020
**Email: jssabin@venable.com;
xsstrohbehn@venable.com;
cweinerlevy@venable.com;
aapeled@venable.com**

*ELECTRONIC MAIL*
*(Counsel for the State of Vermont)*
Vermont Department of Financial
Regulation
Jennifer Rood, Esq.
89 Main Street, Third Floor
Montpelier VT 05620
**Email: jennifer.rood@vermont.gov**

*ELECTRONIC MAIL*
*(Counsel to the Joint Provisional
Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation))*
White & Case LLP
Jessica C. Lauria, Esq.
J. Christopher Shore, Esq.
Brian D. Pfeiffer, Esq.
Mark Franke, Esq.
Brett Bakemeyer, Esq.
1221 Avenue of the Americas
New York NY 10020-1095
**Email: jessica.lauria@whitecasecom;
cshore@whitecase.com;
brian.pfeiffer@whitecase.com;
mark.franke@whitecase.com;
brett.bakemeyer@whitecase.com**

***ELECTRONIC MAIL***
*(Counsel to the Joint Provisional
Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation))*
White & Case LLP
Thomas E Lauria, Esq.
Richard S. Kebrdle, Esq.
Southeast Financial Center
200 South Biscayne Boulevard., Suite 4900
Miami FL 33131
**Email: tlauria@whitecase.com;
rkebrdle@whitecase.com**

***ELECTRONIC MAIL***
*(Counsel to Official Committee of
Unsecured Creditors)*
Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 N King Street
Wilmington DE 19801
**Email: mlunn@ycst.com
rpoppiti@ycst.com**

***ELECTRONIC MAIL***
*(Counsel for Word of God Fellowship, Inc.)*
Sullivan Hazeltine Allinson LLC
William D. Sullivan, Esq.
919 N Market Street, Suite 420
Wilmington DE 19801
**Email: bsullivan@sha-llc.com**

***ELECTRONIC MAIL***
*Missouri Department of Revenue*
Mo Bankruptcy Unit
Steven A. Ginther, General Counsel
PO Box 475
Jefferson City MO 65105-0475
**Email: deecf@dor.mo.gov**

***ELECTRONIC MAIL***
National Association of Attorneys General
Karen Cordry
1850 M Street, NW 12th Floor
Washington DC 20036
**Email: kcordry@naag.org**

***ELECTRONIC MAIL***
Provisional Liquidator of FTX Digital
Markets Ltd.
Brian Simms, K.C., Esq.
Kevin Cambridge, Esq.
Peter Greaves, Esq.
3 Bayside Executive Park
West Bay Street & Blake Road
PO Box N-4875
Nassau the Bahamas
**Email: bsimms@lennoxpaton.com;
kevin.cambridge@pwc.com;
peter.greaves@hk.pwc.com**

***ELECTRONIC MAIL***
Martin B. White
Senior Assistant General Counsel
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC  20581
**Email: mwhite@cftc.gov**