UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                         :
                                                               :    Chapter 11
                                                               :    Case No. 22-11068(JTD)
FTX TRADING, LTD., et. al.[1]                                  :    (Jointly Administered)
                                                               :
            Debtors.                                           :    REQUEST FOR NOTICES
                                                               :
                                                               :
---------------------------------------------------------------- x

    PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, the undersigned hereby requests notices on behalf of Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> Carter Ledyard & Milburn LLP
> 28 Liberty Street, 41st Floor
> New York, New York 10005
> Attention: Aaron R. Cahn
> Telephone No.: (212) 732-3200
> Telecopier No.: (212) 732-3232
> e-mail: bankruptcy@clm.com

    PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

11196503.1

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Request for Notices, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.'s (i) right to have final orders in non-core matters entered only after *de novo* reviewed by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd. are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
June 15, 2023

CARTER LEDYARD & MILBURN LLP

By: /s/ Aaron R. Cahn
AARON R. CAHN

Attorneys for Pi-Crypto Ltd., Pi 1.0 LP and Cohen K Investments, Ltd.
28 Liberty Street, 41st Floor
New York, New York 10005-2072
Telephone No.: (212) 732-3200
Telecopier No.: (212) 732-3232
e-mail: bankruptcy@clm.com

11196503.1

To:

LANDIS RATH & COBB LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for Debtors and Debtors-in-Possession*

Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE 19899-0035

11196503.1