## Exhibit A

**Summary of Billing by Individual for the Application Period**

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD
(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 236 |
| Kevin Cofsky | Partner | 219 |
| Michael Grace | Partner | 41 |
| Max Mesny | Partner | 40 |
| Timm Schipporeit | Partner | 40.5 |
| **Partner Total** | | **576.5** |
| Laura Klaassen | Managing Director | 60.5 |
| Ema Betts | Managing Director | 36 |
| **Managing Director Total** | | **96.5** |
| Matt Rahmani | Executive Director | 255 |
| Emmanuel Aidoo | Executive Director | 52 |
| Nathaniel Nussbaum | Executive Director | 182.5 |
| **Executive Director Total** | | **489.5** |
| Geoff Posess | Director | 222 |
| Wasif Syed | Director | 275 |
| **Director Total** | | **497** |
| Kendyl Flinn | Associate | 329.5 |
| Tejas Choudhary | Associate | 44 |
| Arjun Arora | Associate | 190.5 |
| Bruce Baker | Associate | 91 |
| Alexander Kalashnikov | Associate | 12 |
| **Associate Total** | | **667** |
| Sam Saferstein | Analyst | 245.5 |
| Nikhil Velivela | Analyst | 254 |
| Jenny Zhu | Analyst | 86 |
| Rohan Sindhwani | Analyst | 201 |
| Rohan Mekala | Analyst | 207.5 |
| Alina Negulescu | Analyst | 175 |
| **Analyst Total** | | **1,169** |
| **GRAND TOTAL** | | **3,495.5** |

13866802v1