**Exhibit A**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,280 | 125.6 | $ 160,768.00 |
| Charles Cipione | Partner & Managing Director | $1,220 | 402.9 | 491,538.00 |
| Marc J Brown | Partner & Managing Director | $1,220 | 9.8 | 11,956.00 |
| Matthew Evans | Partner & Managing Director | $1,220 | 178.0 | 217,160.00 |
| David J White | Partner & Managing Director | $1,140 | 249.8 | 284,772.00 |
| David Waterfield | Partner | $1,115 | 190.6 | 212,519.00 |
| John C LaBella | Partner | $1,115 | 514.2 | 573,333.00 |
| Lilly M Goldman | Partner | $1,115 | 467.9 | 521,708.50 |
| Thomas Hofner | Partner | $1,115 | 10.6 | 11,819.00 |
| Elizabeth S Kardos | Partner | $800 | 17.8 | 14,240.00 |
| Tao Shen | Director | $1,070 | 151.7 | 162,319.00 |
| Mark Cervi | Director | $1,020 | 503.8 | 513,876.00 |
| Adam Searles | Director | $950 | 390.7 | 371,165.00 |
| Anne Vanderkamp | Director | $950 | 262.4 | 249,280.00 |
| Brent Robison | Director | $950 | 211.7 | 201,115.00 |
| Edward Boyle | Director | $950 | 110.0 | 104,500.00 |
| Justin Sutherland | Director | $950 | 292.4 | 277,780.00 |
| Shuchi Satwah | Director | $950 | 9.0 | 8,550.00 |
| Steven Hanzi | Director | $950 | 417.3 | 396,435.00 |
| Todd Toaso | Director | $950 | 85.9 | 81,605.00 |
| Travis Phelan | Director | $950 | 538.1 | 511,195.00 |
| Dana Schwartz | Director | $880 | 489.1 | 430,408.00 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Jiayan Xu | Director | $880 | 1.5 | 1,320.00 |
| Kurt H Wessel | Director | $880 | 307.9 | 270,952.00 |
| Leslie I Morrison | Director | $880 | 70.9 | 62,392.00 |
| Ryan H Komendowski | Director | $880 | 31.7 | 27,896.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $860 | 156.3 | 134,418.00 |
| John L Somerville | Senior Vice President | $825 | 448.8 | 370,260.00 |
| Anhtuan Le | Senior Vice President | $805 | 20.3 | 16,341.50 |
| Bennett F Mackay | Senior Vice President | $805 | 546.4 | 439,852.00 |
| Lewis Beischer | Senior Vice President | $805 | 116.4 | 93,702.00 |
| Matthew Birtwell | Senior Vice President | $805 | 667.6 | 537,418.00 |
| Takahiro Yamada | Senior Vice President | $805 | 474.4 | 381,892.00 |
| Vaibhav Asher | Senior Vice President | $805 | 339.7 | 273,458.50 |
| Ezra Roth | Senior Vice President | $735 | 39.5 | 29,032.50 |
| Jeffrey R Berg | Senior Vice President | $735 | 146.6 | 107,751.00 |
| Kristina Galbraith | Senior Vice President | $735 | 4.2 | 3,087.00 |
| Joseph Demyanovich | Senior Vice President | $725 | 19.2 | 13,920.00 |
| Kaitlyn A Sundt | Senior Vice President | $585 | 26.3 | 15,385.50 |
| Laura Capen Verry | Senior Vice President | $540 | 41.3 | 22,302.00 |
| Ryan Backus | Vice President | $725 | 31.6 | 22,910.00 |
| Chuanqi Chen | Vice President | $605 | 359.6 | 217,558.00 |
| Christy Wong | Vice President | $605 | 35.1 | 21,235.50 |
| Di Liang | Vice President | $605 | 451.2 | 272,976.00 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Seen Yung Wong | Vice President | $605 | 283.4 | 171,457.00 |
| Varun Kotharu | Vice President | $605 | 516.4 | 312,422.00 |
| Yujing Sun | Vice President | $605 | 124.1 | 75,080.50 |
| Aidan Walker | Vice President | $585 | 530.6 | 310,401.00 |
| Elizabeth Teifer | Vice President | $585 | 469.0 | 274,365.00 |
| Jo-Kuang Liao | Vice President | $585 | 453.8 | 265,473.00 |
| Katerina Vasiliou | Vice President | $585 | 137.2 | 80,262.00 |
| Leon Schoonderwoerd | Vice President | $585 | 18.0 | 10,530.00 |
| Qiulu Zeng | Vice President | $585 | 36.7 | 21,469.50 |
| Randi Self | Vice President | $585 | 259.3 | 151,690.50 |
| Rose-Marie Fuchs | Vice President | $585 | 77.7 | 45,454.50 |
| Lisa Marie Bonito | Vice President | $500 | 141.0 | 70,500.00 |
| Jennifer A Bowes | Vice President | $485 | 9.2 | 4,462.00 |
| Linna Jia | Consultant | $555 | 181.6 | 100,788.00 |
| Allyson Calhoun | Consultant | $510 | 214.4 | 109,344.00 |
| Chenxi Xu | Consultant | $510 | 236.5 | 120,615.00 |
| Eric Mostoff | Consultant | $510 | 546.7 | 278,817.00 |
| Griffin Shapiro | Consultant | $510 | 543.1 | 276,981.00 |
| Olivia Braat | Consultant | $510 | 153.3 | 78,183.00 |
| Sean Thompson | Consultant | $510 | 336.3 | 171,513.00 |
| Shengjia Kang | Consultant | $510 | 356.7 | 181,917.00 |
| Yuqing Tong | Consultant | $510 | 160.2 | 81,702.00 |
| Si Yu Yao | Consultant | $415 | 213.6 | 88,644.00 |
| Xiaoyue Su | Consultant | $415 | 210.1 | 87,191.50 |
| **Total Hours and Fees for Professionals** | | | **16,174.7** | **$ 12,513,363.50** |
| Less: 50% Travel Fees | | | | (214,942.50) |
| **Total Fees for Professionals** | | | | **$ 12,298,421.00** |