**Exhibit B**

**Summary of Hours and Fees by Matter Category**

| Code | Matter Category | Hours | Fees |
|---|---|---:|---:|
| 1.1 | Chapter 11 Process / Case Management | 675.0 | $ 587,056.50 |
| 1.2 | Communication & Meetings with Interested Parties | 388.2 | 376,492.00 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 4,226.4 | 3,283,040.00 |
| 1.6 | Document Review | 488.7 | 363,303.50 |
| 1.7 | Interviews | 4.2 | 3,996.00 |
| 1.8 | Public Data & Research | 79.6 | 62,546.50 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | 91.5 | 68,207.00 |
| 1.11 | Reporting & Presentation of Findings | 878.7 | 674,378.00 |
| 1.12 | Preparation for / Attend Court Hearings | 19.5 | 17,762.50 |
| 1.13 | Retention Applications & Relationship Disclosures | 3.7 | 2,508.50 |
| 1.14 | Fee Statements & Fee Applications | 381.6 | 222,510.50 |
| 1.15 | Financial Statement Reconstruction | 5,999.6 | 4,587,182.00 |
| 1.16 | Special Investigations | 2,408.7 | 1,834,495.50 |
| 1.31 | Travel Time | 529.3 | 214,942.50 |
|  | **Total Hours and Fees By Matter Category** | **16,174.7** | **$ 12,298,421.00** |

**Average Billing Rate**  $  760.35