**Exhibit C**

**Summary of Expenses**

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 32,735.20 |
| Ground Transportation | | 13,465.54 |
| Internet | | 357.47 |
| Lodging | | 57,176.16 |
| Meals | | 15,820.71 |
| Mileage | | 133.62 |
| Gas, Parking & Tolls | | 1,332.37 |
| Train | | 180.00 |
| **Total Expenses** | $ | **121,201.07** |