**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 491.3 | $515,865.00 |
| Chambers, Henry | Managing Director | $995 | 519.1 | $516,504.50 |
| Coles, David | Managing Director | $1,300 | 20.8 | $27,040.00 |
| Cumberland, Brian | Managing Director | $1,320 | 23.3 | $30,756.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 50.2 | $55,220.00 |
| Gordon, Robert | Managing Director | $1,025 | 558.2 | $572,155.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 2.5 | $2,500.00 |
| Howe, Christopher | Managing Director | $1,200 | 206.6 | $247,920.00 |
| Iwanski, Larry | Managing Director | $1,075 | 209.1 | $224,782.50 |
| Jacobs, Kevin | Managing Director | $1,100 | 47.0 | $51,700.00 |
| Johnston, David | Managing Director | $1,025 | 478.3 | $490,257.50 |
| Kotarba, Chris | Managing Director | $1,100 | 52.5 | $57,750.00 |
| Kotarba, Steve | Managing Director | $1,100 | 570.8 | $627,880.00 |
| Lawson, Alex | Managing Director | $875 | 8.6 | $7,525.00 |
| Lubsczyk, Joachim | Managing Director | $1,100 | 37.1 | $40,810.00 |
| Marshall, Jonathan | Managing Director | $1,075 | 32.1 | $34,507.50 |
| Mosley, Ed | Managing Director | $1,250 | 529.5 | $661,875.00 |
| Ryan, Laureen | Managing Director | $1,075 | 282.5 | $303,687.50 |
| Stegenga, Jeffery | Managing Director | $1,375 | 46.2 | $63,525.00 |
| Zatz, Jonathan | Managing Director | $900 | 521.0 | $468,900.00 |
| **Managing Director Total** | | | **4,686.7** | **$5,001,160.50** |
| Seaway, Bill | Senior Advisor | $1,100 | 52.5 | $57,750.00 |
| **Senior Advisor Total** | | | **52.5** | **$57,750.00** |
| Broskay, Cole | Senior Director | $900 | 449.7 | $404,730.00 |
| Callerio, Lorenzo | Senior Director | $875 | 473.3 | $414,137.50 |
| Canale, Alex | Senior Director | $900 | 435.0 | $391,500.00 |
| Casburn, Rob | Senior Director | $1,045 | 28.2 | $29,469.00 |
| Chew, Ee Ling | Senior Director | $750 | 12.4 | $9,300.00 |
| Cooper, James | Senior Director | $875 | 605.3 | $529,637.50 |
| Coverick, Steve | Senior Director | $950 | 591.5 | $561,925.00 |
| Dusendschon, Kora | Senior Director | $900 | 304.8 | $274,320.00 |
| Esposito, Rob | Senior Director | $875 | 608.2 | $532,175.00 |
| Evans, Charles | Senior Director | $835 | 52.5 | $43,837.50 |
| Johnson, Robert | Senior Director | $900 | 475.1 | $427,590.00 |
| Konig, Louis | Senior Director | $900 | 638.3 | $574,470.00 |
| Kwan, Peter | Senior Director | $900 | 726.6 | $653,940.00 |
| Li, Summer | Senior Manager | $670 | 284.4 | $190,548.00 |
| Mohammed, Azmat | Senior Director | $925 | 218.8 | $202,390.00 |
| Piechota, Robert | Senior Director | $950 | 12.5 | $11,875.00 |

4863-8557-1410 v.3

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ramanathan, Kumanan | Senior Director | $950 | 739.8 | $702,810.00 |
| Sequeira, Joseph | Senior Director | $900 | 638.7 | $574,830.00 |
| Shanahan, Michael | Senior Director | $900 | 513.9 | $462,510.00 |
| Titus, Adam | Senior Director | $950 | 604.5 | $574,275.00 |
| Ulyanenko, Andrey | Senior Director | $950 | 156.5 | $148,675.00 |
| Vaish, Khushboo | Senior Director | $875 | 3.0 | $2,625.00 |
| Wilson, Sean | Senior Director | $1,045 | 10.1 | $10,554.50 |
| **Senior Director Total** | | | **8,583.1** | **$7,728,124.00** |
| Baker, Kevin | Director | $750 | 483.0 | $362,250.00 |
| Balmelli, Gioele | Director | $800 | 378.6 | $302,880.00 |
| Bammert, Brett | Director | $750 | 99.7 | $74,775.00 |
| Chamma, Leandro | Director | $750 | 150.2 | $112,650.00 |
| Dennison, Kim | Director | $650 | 32.0 | $20,800.00 |
| Flynn, Matthew | Director | $775 | 577.3 | $447,407.50 |
| Glustein, Steven | Director | $800 | 726.0 | $580,800.00 |
| Hainline, Drew | Director | $800 | 690.2 | $552,160.00 |
| Kearney, Kevin | Director | $800 | 806.1 | $644,880.00 |
| Lambert, Leslie | Director | $750 | 541.3 | $405,975.00 |
| Lee, Julian | Director | $750 | 457.5 | $343,125.00 |
| Lewandowski, Douglas | Director | $800 | 424.9 | $339,920.00 |
| McGoldrick, Hugh | Director | $750 | 12.0 | $9,000.00 |
| McGrath, Patrick | Director | $750 | 455.4 | $341,550.00 |
| Medway, David | Director | $750 | 474.9 | $356,175.00 |
| Peoples, Scott | Director | $750 | 106.5 | $79,875.00 |
| Radis, Cameron | Director | $750 | 460.3 | $345,225.00 |
| Rodriguez, Mariah | Director | $750 | 264.3 | $198,225.00 |
| Sullivan, Christopher | Director | $825 | 664.9 | $548,542.50 |
| van den Belt, Mark | Director | $750 | 246.0 | $184,500.00 |
| Voll, Zachary | Director | $750 | 18.0 | $13,500.00 |
| Walia, Gaurav | Director | $825 | 785.0 | $647,625.00 |
| Walker, William | Director | $850 | 343.6 | $292,060.00 |
| Wilcke, Robert | Director | $800 | 43.1 | $34,480.00 |
| **Director Total** | | | **9,240.8** | **$7,238,380.00** |
| Ardizzoni, Heather | Manager | $700 | 593.8 | $415,660.00 |
| Avila, Ricardo Armando | Manager | $650 | 109.4 | $71,110.00 |
| Dawes, David | Manager | $650 | 250.3 | $162,695.00 |
| Grussing, Bernice | Operations Manager | $325 | 77.1 | $25,057.50 |
| Hernandez, Dylan | Manager | $660 | 29.4 | $19,404.00 |
| Hoffer, Emily | Manager | $650 | 663.8 | $431,470.00 |
| Kaiser, Jan | Senior Manager | $750 | 15.8 | $11,850.00 |
| Lam, James | Manager | $600 | 462.6 | $277,560.00 |
| Mimms, Samuel | Manager | $650 | 254.4 | $165,360.00 |
| Myrie, Calvin | Manager | $650 | 30.2 | $19,630.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Riabchuk, Pavlo | Senior Manager | $750 | 3.7 | $2,775.00 |
| Shah, Ankur | Manager | $500 | 4.0 | $2,000.00 |
| Sivapalu, Anan | Manager | $625 | 670.6 | $419,125.00 |
| Sloan, Austin | Manager | $650 | 516.8 | $335,920.00 |
| Strong, Nichole | Manager | $650 | 7.2 | $4,680.00 |
| Su, Warren | Manager | $700 | 133.2 | $93,240.00 |
| Yurchak, Lilia | Manager | $650 | 86.9 | $56,485.00 |
| Zhang, Qi | Senior Manager | $670 | 67.8 | $45,426.00 |
| **Manager Total** | | | **3,977.0** | **$2,559,447.50** |
| Blanchard, Madison | Senior Associate | $575 | 269.6 | $155,020.00 |
| Chuah, Jane | Senior Associate | $495 | 210.4 | $104,148.00 |
| Cox, Allison | Senior Associate | $575 | 431.2 | $247,940.00 |
| DiNatale, Trevor | Senior Associate | $700 | 516.1 | $361,270.00 |
| Faett, Jack | Senior Associate | $700 | 672.4 | $470,680.00 |
| Guan, Ning | Senior Associate | $575 | 1.1 | $632.50 |
| Helal, Aly | Senior Associate | $575 | 468.7 | $269,502.50 |
| Hellinghausen, Matthew | Senior Associate | $575 | 20.0 | $11,500.00 |
| Jackson, Max | Senior Associate | $500 | 11.2 | $5,600.00 |
| Kuruvilla, Daniel | Senior Associate | $700 | 252.1 | $176,470.00 |
| MacDonald, Kenneth | Senior Associate | $575 | 5.4 | $3,105.00 |
| Montague, Katie | Senior Associate | $700 | 533.3 | $373,310.00 |
| Rajasekhar, Vinny | Senior Associate | $530 | 662.8 | $351,284.00 |
| Sagen, Daniel | Senior Associate | $725 | 72.3 | $52,417.50 |
| Schweinzer, Matthias | Senior Associate | $650 | 85.4 | $55,510.00 |
| Zeiss, Mark | Senior Associate | $700 | 326.2 | $228,340.00 |
| **Senior Associate Total** | | | **4,538.2** | **$2,866,729.50** |
| Braatelien, Troy | Associate | $600 | 34.0 | $20,400.00 |
| Chan, Jon | Associate | $525 | 650.7 | $341,617.50 |
| Collis, Jack | Associate | $500 | 44.3 | $22,150.00 |
| Corr, Caoimhe | Associate | $500 | 248.3 | $124,150.00 |
| Dobbs, Aaron | Associate | $525 | 444.8 | $233,520.00 |
| Ebrey, Mason | Associate | $525 | 414.2 | $217,455.00 |
| Francis, Luke | Associate | $600 | 738.7 | $443,220.00 |
| Gany, Jared | Associate | $475 | 445.0 | $211,375.00 |
| Gonzalez, Johnny | Associate | $600 | 862.8 | $517,680.00 |
| Haigis, Maya | Associate | $525 | 183.8 | $96,495.00 |
| Heric, Andrew | Associate | $525 | 562.8 | $295,470.00 |
| Lei, Katie | Associate | $550 | 36.3 | $19,965.00 |
| Mirando, Michael | Associate | $600 | 135.9 | $81,540.00 |
| Myers, Haleigh | Associate | $525 | 75.3 | $39,532.50 |
| Parker, Brandon | Associate | $550 | 337.7 | $185,735.00 |
| Patel, Ishika | Associate | $525 | 222.7 | $116,917.50 |
| Price, Breanna | Associate | $525 | 395.0 | $207,375.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Schlam Batista, Sharon | Associate | $500 | 127.0 | $63,500.00 |
| Sigman, Claudia | Associate | $550 | 410.5 | $225,775.00 |
| Simkins, Maximilian | Associate | $525 | 212.9 | $111,772.50 |
| Sunkara, Manasa | Associate | $525 | 637.7 | $334,792.50 |
| Taraba, Erik | Associate | $600 | 847.9 | $508,740.00 |
| Trent, Hudson | Associate | $625 | 647.3 | $404,562.50 |
| Witherspoon, Samuel | Associate | $575 | 583.6 | $335,570.00 |
| **Associate Total** | | | **9,299.2** | **$5,159,310.00** |
| Bruck, Ran | Consultant | $600 | 512.2 | $307,320.00 |
| Jones, Mackenzie | Consultant | $600 | 587.9 | $352,740.00 |
| Zabcik, Kathryn | Consultant | $600 | 582.9 | $349,740.00 |
| **Consultant Total** | | | **1,683.0** | **$1,009,800.00** |
| Burns, Zach | Analyst | $500 | 640.0 | $320,000.00 |
| Clayton, Lance | Analyst | $475 | 845.1 | $401,422.50 |
| Fonteijne, Bas | Analyst | $400 | 167.8 | $67,120.00 |
| Guerrier, Ritchine | Analyst | $400 | 373.5 | $149,400.00 |
| Hubbard, Taylor | Analyst | $425 | 515.1 | $218,917.50 |
| Liv-Feyman, Alec | Analyst | $450 | 689.9 | $310,455.00 |
| Lowdermilk, Quinn | Analyst | $450 | 587.3 | $264,285.00 |
| Myers, Claire | Analyst | $425 | 673.3 | $286,152.50 |
| Nizhner, David | Analyst | $500 | 568.7 | $284,350.00 |
| Radwanski, Igor | Analyst | $450 | 558.9 | $251,505.00 |
| Ryan II, Matthew | Analyst | $450 | 91.0 | $40,950.00 |
| Simoneaux, Nicole | Analyst | $475 | 663.3 | $315,067.50 |
| Slay, David | Analyst | $525 | 782.7 | $410,917.50 |
| Stockmeyer, Cullen | Analyst | $450 | 631.1 | $283,995.00 |
| Tenney, Bridger | Analyst | $450 | 722.7 | $325,215.00 |
| Warren, Matthew | Analyst | $450 | 500.9 | $225,405.00 |
| Yan, Jack | Analyst | $450 | 314.5 | $141,525.00 |
| **Analyst Total** | | | **9,325.8** | **$4,296,682.50** |
| **TOTAL** | | | **51,386.3** | **$35,917,384.00** |
| **PRIOR PERIOD ADJUSTMENT**[1] | | | | **($5,605.00)** |
| **POST ADJUSTMENT TOTAL** | | | | **$35,911,779.00** |

**Blended Hourly Rate:  $698.86**

---

[1] Second Interim Fee Statement revised to retroactively reduce billable rate for Sean Wilson from $1,045 to $950

4863-8557-1410 v.3