**EXHIBIT B**
**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[2]**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ACCOUNTING | 4,906.2 | $3,446,486.00 |
| ASSET SALES | 546.5 | $453,488.50 |
| AVOIDANCE ACTIONS | 7,122.2 | $4,920,893.50 |
| BUSINESS OPERATIONS | 12,097.0 | $8,618,773.50 |
| BUSINESS PLAN | 369.2 | $249,349.00 |
| CASE ADMINISTRATION | 549.9 | $403,930.50 |
| CASH MANAGEMENT | 2,316.0 | $1,620,398.00 |
| CLAIMS | 1,526.7 | $1,134,593.00 |
| COMMUNICATIONS | 2.6 | $2,275.00 |
| CONTRACTS | 1,591.0 | $873,650.00 |
| COURT AND UST REPORTING | 333.6 | $262,642.50 |
| COURT HEARINGS | 5.1 | $6,045.00 |
| CREDITOR COOPERATION | 689.7 | $541,597.00 |
| DISCLOSURE STATEMENT AND PLAN | 1,211.1 | $812,162.00 |
| DUE DILIGENCE | 423.1 | $340,205.00 |
| EMPLOYEE MATTERS | 739.1 | $474,095.50 |
| FEE APPLICATION | 180.0 | $97,372.50 |
| FINANCIAL ANALYSIS | 6,966.3 | $4,750,461.50 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 937.6 | $614,821.50 |
| INTERCOMPANY | 2,354.4 | $1,680,764.50 |
| LIQUIDATION | 42.5 | $33,105.00 |
| MOTIONS AND RELATED SUPPORT | 401.6 | $292,977.00 |
| NON-WORKING TRAVEL (BILLED AT 50%) | 246.0 | $186,060.50 |
| SCHEDULES AND STATEMENTS | 4,111.5 | $2,808,107.50 |
| TAX INITIATIVES | 1,016.2 | $872,146.50 |
| VENDOR MANAGEMENT | 701.2 | $420,983.50 |
| **TOTAL** | **51,386.3** | **$35,917,384.00** |
| **PRIOR PERIOD ADJUSTMENT** | | **($5,605.00)** |
| **POST ADJUSTMENT TOTAL** | | **$35,911,779.00** |

---

[2]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.