**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Disbursement Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $734,114.50 |
| Lodging | $149,155.05 |
| Airfare | $114,700.29 |
| Transportation | $52,535.90 |
| Meals | $51,225.59 |
| Miscellaneous | $1,995.62 |
| **TOTAL** | **$1,103,726.94** |