# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,150.00 | 260.40 | $299,460.00 |
|  |  |  |  | $575.00[2] | 2.20 | $1,265.00 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $900.00 | 5.60 | $5,040.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $900.00 | 101.60 | $91,440.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $820.00 | 604.90 | $496,018.00 |
| **Partner Total** |  |  |  |  | **974.70** | **$893,223.00** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $625.00 | 560.80 | $350,500.00 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $525.00 | 214.10 | $112,402.50 |
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $475.00 | 415.40 | $197,315.00 |
| **Associate Total** |  |  |  |  | **1,190.30** | **$660,217.50** |
| **Lawyers Total** |  |  |  |  | **2,165.00** | **$1,553,440.50** |
| Anthony C. Dellose | Paralegal | N/A | N/A | $310.00 | 112.10 | $34,751.00 |
| Melissa Ramirez | Paralegal | N/A | N/A | $310.00 | 198.90 | $61,659.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $275.00 | 14.30 | $3,932.50 |
|  | Legal Assistant | N/A | N/A | $200.00 | 1.90 | $380.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $200.00 | 3.20 | $640.00 |
| **Non-Legal Personnel Total** |  |  |  |  | **330.40** | **$101,362.50** |
| **GRAND TOTAL** |  |  |  |  | **2,495.40** | **$1,654,803.00** |

**Blended Hourly Rate:  $663.14**

---

[1] In the ordinary course of business, timekeeper Joshua Huynh was promoted to paralegal and his hourly rate increased to $275 effective as of April 1, 2023.  LRC's billing rates did not otherwise change during the Application Period.

[2] Non-working travel billed at 50% of hourly rate.