**<u>Exhibit B</u>**

**Summary of Compensation by Project Category**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]
### (FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)

| Project Name | Hours | Fee Amount |
|---|---|---|
| B110 - Asset Analysis and Recovery | 42.20 | $28,303.50 |
| B112 - Asset Disposition | 226.60 | $152,278.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 37.30 | $23,927.50 |
| B118 - Board of Directors Matters | 1.30 | $1,324.00 |
| B120 - Business Operations | 133.80 | $88,014.50 |
| B122 - Case Administration | 83.10 | $38,809.50 |
| B124 - Claims Administration & Objections | 21.20 | $14,711.00 |
| B126 - Employee Benefits/Pensions | 38.20 | $27,082.00 |
| B134 - Hearings | 247.90 | $153,148.00 |
| B135 - Litigation | 467.00 | $342,880.00 |
| B136 - LRC Retention & Fee Matters | 211.20 | $130,742.00 |
| B138 - Committee Meetings/Communications | 5.20 | $3,887.50 |
| B140 - Creditor Inquiries | 22.30 | $16,261.00 |
| B142 - Non-Working Travel | 2.20 | $1,265.00 |
| B144 - Non-LRC Retention & Fee Matters | 512.40 | $316,451.50 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 24.60 | $15,719.00 |
| B150 - Relief from Stay/Adequate Protection Proceeding | 19.10 | $14,708.00 |
| B151 - Schedules/Operating Reports | 206.40 | $133,392.00 |
| B152 - Tax Issues | 0.70 | $619.00 |
| B160 - Examiner | 192.70 | $151,279.50 |
| **TOTAL** | **2,495.40** | **$1,654,803.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.