## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $1,271.40 |
| Outside Printing | Parcels, Inc. | $5,194.46 |
| Telephone (International) | T-Mobile | $49.41 |
| Online Research | Relx Inc. DBA LexisNexis | $3,037.03 |
| Delivery Services/Messengers | Parcels, Inc.; DLS Discovery | $922.60 |
| Out-of-town Travel | Campbell Transportation; Amtrak | $1,458.82 |
| Meals | Various | $1,869.37 |
| Inhouse Color Copies | N/A | $429.60 |
| Document Retrieval | PACER | $152.60 |
| Filing Fees | N/A | $901.00 |
| Hearing Transcripts | Reliable | $1,541.70 |
| Conference Call Service | LoopUp LLC | $0.80 |
| Overnight Delivery | FedEx | $675.15 |
| | **TOTAL** | **$17,503.94** |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.