# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(February 1, 2023 – April 30, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2023) | Billed February 1, 2023 through April 30, 2023 |
| Partner | $922.54 | $921.29 |
| Associate | $559.72 | $562.70 |
| Paralegal | $308.69 | $308.26 |
| Aggregated | $665.88 | $666.94 |

{1368.002-W0071301.}