## Exhibit E

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Four (4) | $820.00-$1,150.00 |
| Associates | Four (4) | $475.00-$625.00 |
| Paralegals | Two (2) | $275.00-$310.00 |
| Legal Assistants | Two (2) | $200.00 |

{1368.002-W0071301.}

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 50.00 | $33,150.00 | 42.20 | $28,303.50 |
| B112 - Asset Disposition | 300.00 | $198,900.00 | 226.60 | $152,278.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 100.00 | $66,300.00 | 37.30 | $23,927.50 |
| B116 - Avoidance Action Analysis | 10.00 | $6,630.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 20.00 | $13,260.00 | 1.30 | $1,324.00 |
| B119 - Budgeting | 10.00 | $6,630.00 | 0.00 | $0.00 |
| B120 - Business Operations | 150.00 | $99,450.00 | 133.80 | $88,014.50 |
| B122 - Case Administration | 100.00 | $66,300.00 | 83.10 | $38,809.50 |
| B124 - Claims Administration & Objections | 25.00 | $16,575.00 | 21.20 | $14,711.00 |
| B126 - Employee Benefits/Pensions | 50.00 | $33,150.00 | 38.20 | $27,082.00 |
| B128 - Fee/Employment Objections | 0.00 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 10.00 | $6,630.00 | 0.00 | $0.00 |
| B134 - Hearings | 300.00 | $198,900.00 | 247.90 | $153,148.00 |
| B135 - Litigation | 500.00 | $331,500.00 | 467.00 | $342,880.00 |
| B136 - LRC Retention & Fee Matters | 200.00 | $132,600.00 | 211.20 | $130,742.00 |
| B138 - Committee Meetings/Communications | 25.00 | $16,575.00 | 5.20 | $3,887.50 |
| B140 - Creditor Inquiries | 50.00 | $33,150.00 | 22.30 | $16,261.00 |
| B141 - Lien Investigation | 10.00 | $6,630.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 10.00 | $6,630.00 | 2.20 | $1,265.00 |
| B144 - Non-LRC Retention & Fee Matters | 500.00 | $331,500.00 | 512.40 | $316,451.50 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 25.00 | $16,575.00 | 24.60 | $15,719.00 |
| B148 - Real Estate | 10.00 | $6,630.00 | 0.00 | $0.00 |
| B149 - Valuation | 10.00 | $6,630.00 | 0.00 | $0.00 |

---

[1] Estimated fees based on an average hourly rate of $663.

{1368.002-W0071301.}

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 25.00 | $16,575.00 | 19.10 | $14,708.00 |
| B151 - Schedules/Operating Reports | 200.00 | $132,600.00 | 206.40 | $133,392.00 |
| B152 - Tax Issues | 10.00 | $6,630.00 | 0.70 | $619.00 |
| B160 - Examiner | 200.00 | $132,600.00 | 192.70 | $151,279.50 |
| **TOTAL** | **2,900.00** | **$1,922,700.00** | **2,495.40** | **$1,654,803.00** |