**Exhibit A**

**Summary of Fees by Individual for the Application Period**

## SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
## (FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 58.70 | $127,085.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00 | 46.60 | $99,491.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 24.50 | $53,042.50 |
| Beeney, Garrard R. | Partner | 1980 | 1979 | $2,165.00 | 2.40 | $5,196.00 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 31.30 | $67,764.50 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 187.80 | $406,587.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 493.00 | $1,067,345.00 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00 | 542.60 | $1,174,729.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1997 | $2,165.00 | 212.00 | $458,980.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 6.50 | $7,039.50 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 388.30 | $840,669.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $1,083.00** | 1.20 | $1,299.60 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 378.10 | $818,586.50 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 104.60 | $226,459.00 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 19.60 | $42,434.00 |
| Frawley, Brian T. | Partner | 1993 | 1993 | $2,165.00 | 2.00 | $4,330.00 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $1,083.00** | 1.20 | $1,299.60 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 394.10 | $853,226.50 |
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 10.10 | $21,866.50 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 10.30 | $11,154.90 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 742.30 | $1,607,079.50 |
| Guzior, Dustin F. | Partner | 2011 | 2010 | $2,165.00 | 9.80 | $21,217.00 |
| Hamilton, Brian E. | Partner | 1999 | 1998 | $2,165.00 | 2.30 | $4,979.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 205.90 | $445,773.50 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 47.70 | $103,270.50 |
| Hearn, Joseph A. | Partner | 2007 | 2006 | $2,165.00 | 1.50 | $3,247.50 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 105.80 | $229,057.00 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 71.90 | $155,663.50 |
| Jones Jr., Waldo D. | Partner | 1991 | 1990 | $2,165.00 | 1.40 | $3,031.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 9.00 | $19,485.00 |
| Kadel Jr., Eric J. | Partner | 2000 | 1997 | $2,165.00 | 5.20 | $11,258.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $928.00** | 6.50 | $6,032.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00 | 421.50 | $781,882.50 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 44.00 | $95,260.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00 | 272.70 | $590,395.50 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 24.40 | $52,826.00 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00 | 30.80 | $56,980.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 49.60 | $107,384.00 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 88.10 | $190,736.50 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00 | 78.00 | $158,340.00 |
| Mousavi, Nader A. | Partner | 1999 | 1997 | $2,165.00 | 2.40 | $5,196.00 |
| Newton, Beth | Partner | 2013 | 2011 | $2,135.00 | 53.90 | $115,076.50 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 193.80 | $419,577.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ostrager, Ann-Elizabeth | Partner | 2011 | 2009 | $2,165.00 | 0.60 | $1,299.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $1,083.00** | 1.00 | $1,083.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 41.90 | $90,713.50 |
| Porpora, Matthew J. | Partner | 2006 | 2005 | $2,165.00 | 26.40 | $57,156.00 |
| Schlein, Robert M. | Partner | 1993 | 1992 | $2,165.00 | 0.20 | $433.00 |
| Shields, Kamil R. | Partner | 2010 | 1991 | $2,165.00 | 25.80 | $55,857.00 |
| Simmons, Rebecca J. | Partner | 1992 | 2019 | $2,165.00 | 18.00 | $38,970.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00 | 262.00 | $567,230.00 |
| Tamler, Zena M. | Partner | 2001 | 2001 | $2,165.00 | 0.30 | $649.50 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 2.70 | $5,845.50 |
| Wheeler, Isaac J. | Partner | 2010 | 2008 | $2,165.00 | 2.00 | $4,330.00 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 412.80 | $893,712.00 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,165.00 | 16.60 | $35,939.00 |
| **Partner Total** | | | | | **6,193.70** | **$13,225,551.60** |
| Rogers Jr., Theodore O. | Of Counsel | 1980 | 1979 | $2,165.00 | 36.60 | $79,239.00 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,165.00 | 52.50 | $113,662.50 |
| Williams, Hilary M. | Of Counsel | 1998 | 1996 | $2,165.00 | 71.80 | $155,447.00 |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00 | 175.70 | $276,727.50 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,575.00 | 79.00 | $124,425.00 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 389.20 | $696,668.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 34.50 | $61,755.00 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,575.00 | 8.90 | $14,017.50 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 40.20 | $73,365.00 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,750.00 | 11.30 | $19,775.00 |
| Orr, Justin R. | Special Counsel | 2014 | 2014 | $1,575.00 | 3.20 | $5,040.00 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,790.00 | 0.10 | $179.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 49.10 | $77,332.50 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,790.00 | 0.10 | $179.00 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 84.60 | $134,937.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 46.50 | $83,235.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 135.00 | $212,625.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 134.30 | $211,522.50 |
| **Of Counsel & Special Counsel Total** | | | | | **1,352.60** | **$2,340,131.50** |
| Benton, Simone A. | Practice Area Associate | 2001 | 2008 | $1,390.00 | 11.90 | $16,541.00 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 4.30 | $5,869.50 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 19.60 | $15,876.00 |
| **Practice Area Associate Total** | | | | | **35.80** | **$38,286.50** |
| Barnes, Grier E. | Associate | 2022 | 2021 | $960.00 | 118.70 | $113,952.00 |
| Beard, Hannah L. | Associate | 2020 | 2019 | $1,310.00 | 161.90 | $212,089.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,395.00 | 295.00 | $411,525.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $775.00 | 104.00 | $80,600.00 |
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,205.00 | 22.60 | $27,233.00 |
| Chen, Linda Yao | Associate | 2021 | 2020 | $1,205.00 | 107.70 | $129,778.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Courroy, Arthur D. | Associate | in process | 2022 | $775.00 | 76.10 | $58,977.50 |
| Cyr, Marc-André O. | Associate | 2012 | 2015 | $1,475.00 | 70.10 | $103,397.50 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,365.00 | 364.40 | $497,406.00 |
| Downing, Emma C. | Associate | in process | 2022 | $775.00 | 469.40 | $363,785.00 |
| Eze, Ugonna | Associate | 2022 | 2021 | $960.00 | 148.50 | $142,560.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,310.00 | 11.60 | $15,196.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $683.00** | 1.20 | $819.60 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,365.00 | 508.60 | $694,239.00 |
| Foote, Isaac S. | Associate | in process | 2022 | $775.00 | 157.10 | $121,752.50 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,365.00 | 360.40 | $491,946.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $720.00** | 2.00 | $1,440.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,440.00 | 187.30 | $269,712.00 |
| Gallant, Jason W. | Associate | 2022 | 2021 | $960.00 | 202.60 | $194,496.00 |
| Gambino, Dominick T. | Associate | in process | 2022 | $775.00 | 161.30 | $125,007.50 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,310.00 | 23.50 | $30,785.00 |
| Gould, D. Wil | Associate | 2020 | 2020 | $1,205.00 | 8.00 | $9,640.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,395.00 | 70.10 | $97,789.50 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,365.00 | 63.90 | $87,223.50 |
| Hardin, Joshua J. | Associate | 2023 | 2022 | $775.00 | 12.40 | $9,610.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,205.00 | 6.30 | $7,591.50 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,440.00 | 91.30 | $131,472.00 |
| Hills, Natalie A. | Associate | in process | 2022 | $775.00 | 306.80 | $237,770.00 |
| Hisarli, M. Devin | Associate | in process | 2022 | $775.00 | 161.70 | $125,317.50 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $388.00** | 2.00 | $776.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $775.00 | 241.00 | $186,775.00 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,205.00 | 312.30 | $376,321.50 |
| House, Margaret S. | Associate | 2022 | 2022 | $775.00 | 1.90 | $1,472.50 |
| Ingber, Zachary R. | Associate | 2020 | 2019 | $1,310.00 | 64.10 | $83,971.00 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 128.80 | $189,980.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $698.00** | 4.50 | $3,141.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,395.00 | 258.70 | $360,886.50 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,440.00 | 20.70 | $29,808.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,365.00 | 305.20 | $416,598.00 |
| Kilborn, Georgina M. | Associate | 2020 | 2020 | $1,205.00 | 21.00 | $25,305.00 |
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,205.00 | 95.70 | $115,318.50 |
| Kober, Max J. | Associate | 2022 | 2021 | $960.00 | 26.20 | $25,152.00 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $775.00 | 284.20 | $220,255.00 |
| Lee, Jinny | Associate | in process | 2022 | $775.00 | 76.30 | $59,132.50 |
| Lee, Patrick D. | Associate | in process | 2022 | $775.00 | 93.90 | $72,772.50 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,205.00 | 38.80 | $46,754.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,395.00 | 50.30 | $70,168.50 |
| Lim, KJ | Associate | 2019 | 2018 | $1,365.00 | 34.60 | $47,229.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,205.00 | 69.70 | $83,988.50 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $960.00 | 457.20 | $438,912.00 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $775.00 | 89.90 | $69,672.50 |
| Luu, Nam | Associate | 2022 | 2022 | $775.00 | 177.50 | $137,562.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,395.00 | 635.60 | $886,662.00 |
| Mark, Colin A. | Associate | in process | 2022 | $388.00** | 2.10 | $814.80 |
| Mark, Colin A. | Associate | in process | 2022 | $775.00 | 33.20 | $25,730.00 |
| Masoudi, Yasmin | Associate | in process | 2022 | $775.00 | 12.90 | $9,997.50 |
| Masters, Hannah L. | Associate | 2022 | 2021 | $960.00 | 42.80 | $41,088.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $720.00** | 1.20 | $864.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,440.00 | 420.30 | $605,232.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $775.00 | 313.10 | $242,652.50 |
| Mazumdar, Aneesa | Associate | in process | 2022 | $775.00 | 346.40 | $268,460.00 |
| Mehta, Suniti N. | Associate | 2014 | 2013 | $1,475.00 | 5.80 | $8,555.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,395.00 | 146.10 | $203,809.50 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $775.00 | 54.30 | $42,082.50 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $775.00 | 348.40 | $270,010.00 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,365.00 | 56.10 | $76,576.50 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,205.00 | 412.20 | $496,701.00 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,205.00 | 22.60 | $27,233.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $960.00 | 117.10 | $112,416.00 |
| Patton, James A. | Associate | 2022 | 2021 | $960.00 | 66.30 | $63,648.00 |
| Piazza, Walter | Associate | 2015 | 2018 | $1,310.00 | 9.70 | $12,707.00 |
| Plamondon, Marie-Ève | Associate | in process | 2022 | $1,310.00 | 51.20 | $67,072.00 |
| Pompliano, Elizabeth S. | Associate | 2017 | 2017 | $1,395.00 | 9.70 | $13,531.50 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $960.00 | 9.90 | $9,504.00 |
| Rogosch, Katharina | Associate | in process | 2022 | $775.00 | 31.40 | $24,335.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $683.00** | 1.20 | $819.60 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,365.00 | 438.60 | $598,689.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,205.00 | 378.90 | $456,574.50 |
| Ross, Luke W. | Associate | 2023 | 2022 | $775.00 | 319.90 | $247,922.50 |
| Ruan, Ting | Associate | 2023 | 2022 | $775.00 | 77.50 | $60,062.50 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,205.00 | 170.80 | $205,814.00 |
| Saravalle, Edoardo | Associate | 2023 | 2022 | $775.00 | 10.60 | $8,215.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,440.00 | 7.20 | $10,368.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $775.00 | 420.20 | $325,655.00 |
| Schutt, Robert P. | Associate | in process | 2022 | $775.00 | 148.00 | $114,700.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,310.00 | 10.30 | $13,493.00 |
| Shehada, Emile R. | Associate | in process | 2022 | $775.00 | 232.00 | $179,800.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,440.00 | 115.20 | $165,888.00 |
| Stern, Corey J. | Associate | in process | 2022 | $775.00 | 145.20 | $112,530.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,205.00 | 324.60 | $391,143.00 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,365.00 | 186.10 | $254,026.50 |
| Toobin, Adam J. | Associate | in process | 2022 | $775.00 | 334.80 | $259,470.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $960.00 | 22.50 | $21,600.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 7.30 | $10,767.50 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,395.00 | 288.90 | $403,015.50 |
| Weldon, Christopher M. | Associate | 2018 | 2017 | $1,395.00 | 32.00 | $44,640.00 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,395.00 | 0.20 | $279.00 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 339.60 | $500,910.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Wünsche, Frederic | Associate | 2018 | 2017 | $1,395.00 | 55.70 | $77,701.50 |
| Yildirim, Ozan | Associate | 2022 | 2022 | $775.00 | 0.30 | $232.50 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $775.00 | 313.60 | $243,040.00 |
| Zhao, Lilian | Associate | in process | 2022 | $775.00 | 67.00 | $51,925.00 |
| Zonenshayn, Benjamin | Associate | in process | 2022 | $775.00 | 144.30 | $111,832.50 |
| Iyer, Siddhant A. | Trainee Solicitor | in process | 2021 | $550.00 | 15.00 | $8,250.00 |
| Morris-Dyer, Sebastian D. | Trainee Solicitor | in process | 2021 | $550.00 | 62.80 | $34,540.00 |
| **Associate Total** | | | | | **14,947.70** | **$16,278,649.00** |
| **Lawyers Total** | | | | | **22,529.80** | **$31,882,618.60** |
| Dehner, Tillmann C. | Law Clerk | | | $550.00 | 31.00 | $17,050.00 |
| Atamian, Stepan G. | Paralegal | | | $425.00 | 11.00 | $4,675.00 |
| Capen, Ella S. | Paralegal | | | $0.00* | 132.50 | $0.00 |
| Capen, Ella S. | Paralegal | | | $530.00 | 0.70 | $371.00 |
| Carr, Helen O. | Paralegal | | | $530.00 | 0.70 | $371.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 238.00 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 55.80 | $33,201.00 |
| Chiu, Jeffrey H. | Paralegal | | | $595.00 | 4.50 | $2,677.50 |
| Eigen, Jeffrey G. | Paralegal | | | $595.00 | 6.00 | $3,570.00 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 82.00 | $0.00 |
| Katz, Jason S. | Paralegal | | | $0.00* | 78.80 | $0.00 |
| Katz, Jason S. | Paralegal | | | $530.00 | 0.80 | $424.00 |
| Kim, Scott J. | Paralegal | | | $595.00 | 2.10 | $1,249.50 |
| Nguyen, Bach-Yen T. | Paralegal | | | $595.00 | 14.40 | $8,568.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 180.90 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $0.00* | 65.50 | $0.00 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 71.80 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 9.50 | $5,652.50 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 130.70 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $425.00 | 70.90 | $30,132.50 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 106.80 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $425.00 | 14.40 | $6,120.00 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 121.60 | $0.00 |
| Smusz, Nicholas | Paralegal | | | $425.00 | 3.40 | $1,445.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 100.40 | $0.00 |
| West, Molly E. | Paralegal | | | $425.00 | 4.30 | $1,827.50 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 269.70 | $0.00 |
| Zhukovsky, Hannah S. | Paralegal | | | $530.00 | 52.90 | $28,037.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 499.50 | $297,202.50 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 392.80 | $233,716.00 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 595.50 | $354,322.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Baskerville, Phillip L. | Legal Analyst - Litigation | | | $595.00 | 7.30 | $4,343.50 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 275.20 | $163,744.00 |
| Edwards, LaToya C. | Legal Analyst - Litigation | | | $595.00 | 499.00 | $296,905.00 |
| Flynn, Camille A. | Legal Analyst - Litigation | | | $595.00 | 487.30 | $289,943.50 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 234.50 | $0.00 |
| Godin, Ruth P. | Legal Analyst - Litigation | | | $595.00 | 218.30 | $129,888.50 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 319.00 | $189,805.00 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 558.50 | $332,307.50 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 454.60 | $270,487.00 |
| Isacoff, Nicole I. | Legal Analyst - Litigation | | | $595.00 | 204.00 | $121,380.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 379.20 | $225,624.00 |
| Jordan, Frank A. | Legal Analyst - Litigation | | | $595.00 | 634.20 | $377,349.00 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 585.80 | $348,551.00 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $595.00 | 570.20 | $339,269.00 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 596.90 | $355,155.50 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 532.20 | $316,659.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 161.40 | $96,033.00 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 498.20 | $296,429.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 191.10 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 263.00 | $156,485.00 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 19.50 | $10,725.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 15.20 | $8,360.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 192.00 | $105,600.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Kordic, Alma | Electronic Discovery | | | $550.00 | 2.60 | $1,430.00 |
| Long, Jacky Q. | Electronic Discovery | | | $550.00 | 0.30 | $165.00 |
| Masurka, Evan R. | Electronic Discovery | | | $550.00 | 23.50 | $12,925.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 108.50 | $59,675.00 |
| Sheikh, Faisal M. | Electronic Discovery | | | $550.00 | 10.50 | $5,775.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 36.40 | $20,020.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 37.10 | $20,405.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 44.00 | $24,200.00 |
| **Non Legal Personnel Total** | | | | | **11,508.40** | **$5,610,251.00** |
| **GRAND TOTAL** | | | | | **34,038.20** | **$37,492,869.60** |

\* Zero rate appears wherever no fee was charged for work.
\*\* 50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate:  $1,101.49**