**Exhibit C**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Travel and expenses | | $6,572.64 |
| Repro - B&W Copies | | $1,850.60 |
| Repro - Color Copies | | $3,846.60 |
| Delivery/Courier | | $3,607.01 |
| Conference Room Dining | | $5,575.01 |
| Meals - Overtime | | $8,862.02 |
| Local Transportation | | $28,851.45 |
| Filing Fees | | $940.68 |
| Telephonic court appearance | | $560.00 |
| Outside Professional Services | Page Vault and South Square Barristers | $120,445.03 |
| CT Corp/CSC | | $379.00 |
| Case Storage | | $1,910.10 |
| Transcripts | | $1,000.80 |
| | **TOTAL** | **$184,400.94** |

---

[1]    S&C may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.