# Exhibit D

**Customary and Comparable Compensation Disclosures**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.[*] February 2023 through April 2023 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from April 2022 through April 2023 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [1] | $2,063 | 42% | $1,974 | 30% |
| Associate [2] | $1,089 | 43% | $1,003 | 63% |
| Non-Lawyer [3] | $487 | 15% | $519 | 7% |
| **All Timekeepers Average** | **$1,101** | **100%** | **$1,259** | **100%** |

[1] Includes Special Counsel, Of Counsel, Senior Counsel

[2] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[3] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).