## Exhibit E

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 55 | $1,850.00-$2,165.00 |
| Associates | 130 | $550.00-$1,475.00 |
| Non-Legal Personnel | 65 | $425.00-$595.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 2,850.00 | $3,291,750.00 | 2,340.50 | $3,482,564.50 |
| ASSET DISPOSITION | 6,000.00 | $6,930,000.00 | 4,633.00 | $6,256,661.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 450.00 | $519,750.00 | 83.90 | $85,143.50 |
| AVOIDANCE ACTION ANALYSIS | 1,200.00 | $1,386,000.00 | 3,442.30 | $4,524,023.00 |
| BUSINESS OPERATIONS | 750.00 | $866,250.00 | 485.20 | $587,411.50 |
| CASE ADMINISTRATION | 750.00 | $866,250.00 | 187.00 | $356,947.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 15.00 | $17,325.00 | 176.50 | $211,024.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 1,200.00 | $1,386,000.00 | 421.00 | $607,311.50 |
| EMPLOYEE BENEFITS AND PENSIONS | 375.00 | $433,125.00 | 274.40 | $350,296.00 |

---

[1] Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2] Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

4857-5366-8968 v.2

| | | | | |
|---|---:|---:|---:|---:|
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 1,050.00 | $1,212,750.00 | 290.00 | $345,650.00 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 600.00 | $693,000.00 | 218.70 | $293,358.00 |
| FINANCING AND CASH COLLATERAL | 60.00 | $69,300.00 | 5.20 | $8,757.50 |
| OTHER LITIGATION | 1,200.00 | $1,386,000.00 | 788.90 | $1,058,078.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 900.00 | $1,039,500.00 | 224.90 | $412,434.50 |
| NON-WORKING TRAVEL | 150.00 | $173,250.00 | 40.90 | $36,583.60 |
| PLAN AND DISCLOSURE STATEMENT | 15.00 | $17,325.00 | 54.50 | $85,606.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 120.00 | $138,600.00 | 26.60 | $41,757.00 |
| TAX | 375.00 | $433,125.00 | 248.30 | $489,588.50 |
| VALUATION | 0.00 | $0.00 | - | $0.00 |
| DISCOVERY | 14,250.00 | $16,458,750.00 | 11,203.70 | $7,970,732.50 |
| HEARINGS | 150.00 | $173,250.00 | 31.40 | $48,890.50 |
| FIRST AND SECOND DAY MOTIONS | 900.00 | $1,039,500.00 | 22.60 | $27,023.00 |
| CLAIMS INVESTIGATION | 150.00 | $173,250.00 | 1.60 | $3,464.00 |
| GENERAL INVESTIGATION | 5,400.00 | $6,237,000.00 | 2,007.50 | $2,830,345.50 |
| SCHEDULES, SOFAS AND REPORTING | 45.00 | $51,975.00 | 204.50 | $307,875.50 |
| OTHER MOTIONS/APPLICATIONS | 1,050.00 | $1,212,750.00 | 516.00 | $750,604.50 |
| TIME ENTRY REVIEW | 2,250.00 | $0.00 | 2,004.30 | $0.00 |
| BUDGETING | 30.00 | $34,650.00 | 5.40 | $6,494.00 |
| GENERAL REGULATORY | 1,500.00 | $1,732,500.00 | 263.80 | $409,674.50 |
| BAHAMAS MATTERS | 1,500.00 | $1,732,500.00 | 893.40 | $1,211,055.50 |
| FOREIGN DEBTOR MATTERS | 1,950.00 | $2,252,250.00 | 1,357.90 | $2,211,213.00 |
| COORDINATION WITH FOREIGN PROCEDURES | 450.00 | $519,750.00 | 41.70 | $80,892.00 |
| COORDINATION IN OTHER BANKRUPTCIES | 1,950.00 | $2,252,250.00 | 730.20 | $1,092,609.00 |
| INVESTIGATIVE REPORTS | 60.00 | $69,300.00 | 812.40 | $1,308,799.50 |
| **Total** | **49,695.00** | **$54,798,975.00** | **34,038.20** | **$37,492,869.60** |

4857-5366-8968 v.2