**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 217.00 | $415,989.00 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 43.30 | $83,006.10 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 195.90 | $375,540.30 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 326.10 | $519,477.30 |
| Jonathan Pickhardt | Partner | 2000 | 1998 | $1,593.00 | 69.00 | $109,917.00 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 305.70 | $486,980.10 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 20.30 | $29,232.00 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 191.70 | $276,048.00 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 76.60 | $110,304.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 41.70 | $54,981.45 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,318.50 | 85.40 | $112,599.90 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 289.60 | $360,986.40 |
| Blair Adams | Partner | 2014 | 2013 | $1,246.50 | 31.40 | $39,140.10 |
| **Partner Total** | | | | | **1,893.70** | **$2,974,201.65** |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 391.40 | $475,551.00 |
| Tyler Murray | Counsel | 2001 | 2000 | $1,215.00 | 75.60 | $91,854.00 |
| Kurt Wolfe | Counsel | 2006 | 2006 | $1,215.00 | 69.60 | $84,564.00 |
| **Counsel Total** | | | | | **536.60** | **$651,969.00** |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 293.60 | $347,475.60 |
| Razmig Izakelian | Associate | 2013 | 2013 | $1,183.50 | 40.40 | $47,813.40 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 262.30 | $299,808.90 |
| Ari Roytenberg | Associate | 2017 | 2016 | $1,143.00 | 71.70 | $81,953.10 |
| Meredith Mandell | Associate | 2017 | 2016 | $1,143.00 | 117.80 | $134,645.40 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,143.00 | 150.30 | $171,792.90 |
| Max Meadows | Associate | 2016 | 2015 | $1,107.00 | 122.70 | $135,828.90 |
| Christine J. Chen | Associate | 2019 | 2018 | $1,048.50 | 0.70 | $733.95 |
| Peter Collins | Associate | 2020 | 2018 | $1,048.50 | 207.10 | $217,144.35 |
| Joseph Reed | Associate | 2018 | 2018 | $1,048.50 | 68.30 | $71,612.55 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 370.10 | $364,733.55 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 224.80 | $203,331.60 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 135.00 | $122,107.50 |
| Sara Turk | Associate | 2021 | 2020 | $904.50 | 60.90 | $55,084.05 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $904.50 | 93.40 | $84,480.30 |
| Reece Pelley | Associate | 2021 | 2020 | $904.50 | 171.30 | $154,940.85 |
| Zane Muller | Associate | 2020 | 2020 | $904.50 | 107.20 | $96,962.40 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 112.90 | $95,005.35 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 491.80 | $413,849.70 |
| Jeffery Arnier | Associate | 2021 | 2021 | $841.50 | 82.10 | $69,087.15 |
| Destiny Rose Murphy | Associate | 2023 | 2022 | $747.00 | 89.90 | $67,155.30 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Angela Nelson | Associate | 2022 | 2022 | $747.00 | 210.80 | $157,467.60 |
| Michael Wittmann | Associate | 2023 | 2022 | $747.00 | 209.70 | $156,645.90 |
| Ben Carroll | Associate | 2023 | 2022 | $747.00 | 32.70 | $24,426.90 |
| Adelyn Curran | Associate | 2022 | 2022 | $747.00 | 1.80 | $1,344.60 |
| Marissa Smith | Associate | 2023 | 2022 | $747.00 | 139.30 | $104,057.10 |
| Seth Rosenberg | Associate / Law Clerk | 2023 | 2022 | $747.00 / $508.50 | 280.50 | $198,657.90 |
| Mary Trainor | Associate / Law Clerk | 2023 | 2022 | $747.00 / $508.50 | 181.80 | $106,254.45 |
| Cara Mund | Law Clerk | - | 2022 | $508.50 | 356.10 | $181,076.85 |
| Gavin Coyle | Law Clerk | - | 2022 | $508.50 | 11.50 | $5,847.75 |
| Jonathan Abrams | Law Clerk | - | 2022 | $508.50 | 89.30 | $45,409.05 |
| Elijah Turner | Law Clerk | - | 2022 | $508.50 | 195.30 | $99,310.05 |
| Arielle Gerber | Law Clerk | - | 2022 | $508.50 | 12.20 | 6,203.70 |
| Alec Bahramipour | Law Clerk | - | 2022 | $508.50 | 277.40 | $141,057.90 |
| Jack Robbins | Law Clerk | - | 2022 | $508.50 | 243.50 | $123,819.75 |
| Alanna D. Martin | Attorney | 2006 | 2004 | $445.50 | 60.30 | $26,863.65 |
| Marika Szczech | Attorney | 2009 | 2008 | $445.50 | 21.50 | $9,578.25 |
| **Associate, Law Clerk & Attorney Total** | | | | | **5,598.00** | **$4,623,568.20** |
| **Lawyers Total** | | | | | **8,028.30** | **$8,249,738.85** |
| Connie Kim | Paralegal | - | - | $432.00 | 10.10 | $4,363.20 |
| Dave Scholz | Graphics Coordinator | - | - | $432.00 | 5.10 | $2,203.20 |
| Joe Liao | Litigation Support | - | - | $157.50 | 4.30 | $677.25 |
| **Non Legal Personnel Total** | | | | | **19.50** | **$7,243.65** |
| 50% Non-Working Travel | | | | | | -$796.50 |
| **GRAND TOTAL** | | | | | **8,047.80** | **$8,256,186.00** |

**Blended Hourly Rate:  $1,025.89**