**<u>Exhibit C</u>**

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Disbursement Summary | | |
| --- | --- | --- |
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $31.35 |
| Outside Record Production | | $18.00 |
| Express Mail | | $57.21 |
| Online Research | | $219.00 |
| Document Reproduction ($.10/page) | | $665.70 |
| Color Document Reproduction ($.40/page) | | $626.40 |
| Travel | | $1,646.00 |
| Hotel | | $1,209.92 |
| Velobind | | $12.00 |
| Document Services | | $1,695.39 |
| Air Travel | | $2,813.72 |
| | **TOTAL** | **$8,994.69** |

---

[1]    Quinn Emanuel may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.