**Exhibit D**

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(FEBRUARY 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide February 1, 2023 through April 30, 2023 | Billed to Debtors February 1, 2023 through April 30, 2023 |
| Partner | $1,421.78 | $1,570.58 |
| Counsel | $1,136.11 | $1,215.00 |
| Associate | $994.61 | $951.12 |
| Paraprofessional | $425.02 | $371.47 |
| Aggregated | $1,114.50 | $1,025.89 |