**Exhibit E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 15 | $1,215.00–$1,917.00 |
| Associates | 30 | $747.00–$1,183.50 |
| Paraprofessionals & Law Clerks | 10 | $157.50–$508.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD FEBRUARY 1, 2023 THROUGH APRIL 30, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1,854.00 | $2,060,000.00 | 1,662.60 | $1,876,581.45 |
| AVOIDANCE ACTION ANALYSIS | 1,440.00 | $1,600,000.00 | 1,714.80 | $1,806,952.95 |
| BANKRUPTCY LITIGATION | 720.00 | $800,000.00 | 857.80 | $1,040,151.15 |
| BOARD / CORPORATE GOVERNANCE | 216.00 | $240,000.00 | 30.20 | $52,921.80 |
| CASE ADMINISTRATION | 216.00 | $240,000.00 | 70.40 | $74,228.40 |
| EMPLOYMENT AND FEE APPLICATIONS | 216.00 | $240,000.00 | 123.60 | $148,449.15 |
| INVESTIGATION | 2,520.00 | $2,800,000.00 | 3,587.40 | $3,256,104.60 |
| NON-WORKING TRAVEL | 18.00 | $20,000.00 | 1.00 | $1,593.00 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | | | -$796.50 |
| **Total** | **7,200.00** | **$8,000,000.00** | **8,047.80** | **$8,256,186.00** |