## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: July 5, 2023 at 4:00 p.m. (ET)**[2] |
|  | ) | **Hearing Date: September 13, 2023 at 1:00 p.m. (ET)** |
|  | ) |  |

## SUPPLEMENT TO
## SECOND INTERIM FEE REQUEST OF JEFFERIES LLC

Jefferies LLC ("**Jefferies**"), the investment banker to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "**Committee**"), hereby supplements the *Second Interim Fee Request of Jefferies LLC* (the "**Interim Fee Request**") for the period from February 1, 2023 through and including April 30, 2023 (the "**Request Period**") by attaching, as Exhibits A through C hereto, certain schedules in support of the Interim Fee Request.

Dated: June 15, 2023          JEFFERIES LLC
New York, New York

                              */s/ Leon Szlezinger*
                              Leon Szlezinger
                              Managing Director and Joint Global Head of
                              Debt Advisory & Restructuring
                              JEFFERIES LLC

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

**EXHIBIT A**

| SUMMARY OF SECOND INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Jefferies LLC |
| Name of Client | the Official Committee of Unsecured Creditors |
| Time period covered by Second Interim Application | February 1, 2023 through April 30, 2023 |
| Total compensation sought during the Application Period | $675,000.00 |
| Total expenses sought during the Application Period | $41,196.39 |
| Petition Date | November 11, 2022 |
| Retention Date | December 23, 2022 |
| Date of order approving employment | February 15, 2023 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $360,000.00 |
| Total allowed expenses paid to date | $29,665.40 |
| Compensation sought in the Second Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $540,000.00 |
| Expenses sought in the Second Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $41,196.39 |
| Breakdown of compensation sought during the application period | February Monthly Fee: $225,000.00<br>March Monthly Fee: $225,000.00<br>April Monthly Fee: $225,000.00<br>Total Compensation Sought: $675,000.00[1] |

---

1 Pursuant to that certain engagement letter between the Committee and Jefferies, dated as of December 23, 2022, Jefferies is entitled to a monthly fee equal to $225,000.00 each month that Jefferies is engaged by the Committee.

**EXHIBIT B**

**HOURS BY PROFESSIONAL AND CATEGORY**

**FEBRUARY 1, 2023 – APRIL 30, 2023**

**Summary of Hours by Professional**
February 1, 2023 - April 30, 2023

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Managing Director, Global Joint Head of Debt Advisory & Restructuring | 50.0 |
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 148.0 |
| Alexander Yavorsky | Managing Director, Global Joint Head of Financial Institutions Group | 14.5 |
| Gaurav Kittur | Managing Director, Co-Head of Global Internet Investment Banking | 25.0 |
| Scott Beckelman | Managing Director, Global Co-Head of Private Capital Advisory | 4.0 |
| Gregory Miesner | Managing Director, Financial Sponsors | 17.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 257.5 |
| Timothy Shea | Senior Vice President, Financial Institutions Group | 67.5 |
| Alexander Gavin | Vice President, Financial Institutions Group | 59.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 362.0 |
| Nick Laszlo | Vice President, Private Capital Advisory | 10.0 |
| Harry Reibman | Vice President, Technology | 25.5 |
| Jarett Bienenstock | Associate, Debt Advisory and Restructuring | 30.5 |
| Lee Eller | Associate, Financial Institutions Group | 53.5 |
| Daniel Morefield | Associate, Debt Advisory and Restructuring | 27.0 |
| Mehmet Karakilinc | Associate, Technology | 60.5 |
| Jordan Bloom | Anlayst, Financial Institutions Group | 23.5 |
| Kelan Curran-Cross | Anlayst, Financial Institutions Group | 111.0 |
| Rachel Friedman | Anlayst, Private Capital Advisory | 4.5 |
| Richard Gevshenian | Analyst, Technology | 38.5 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 386.0 |
| Rachel Liu | Analyst, Technology | 11.0 |
| Jared Robinson | Analyst, Debt Advisory and Restructuring | 83.5 |
| **Total** | | **1,870.0** |

**Summary of Hours by Category**
February 1, 2023 - April 30, 2023

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 71.0 |
| 2 | Sale Process | 46.5 |
| 3 | Creditor Communication | 380.5 |
| 4 | Debtor Communication | 277.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | 2.0 |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 527.5 |
| 10 | Business Plan | 34.0 |
| 11 | Process Update and Case Strategy | 531.5 |
| **Total** | | **1,870.0** |

30457161.2

# EXHIBIT C

## EXPENSES BY CATEGORY

## FEBRUARY 1, 2023 – APRIL 30, 2023

**Jefferies LLC**
Summary of Expenses by Category
February 1, 2023 - April 30, 2023

| Category | Expenses |
|---|---|
| Meeting Room Rental Fee | $59.00 |
| Employee Overtime Meal | 460.77 |
| Transportation | 182.62 |
| Presentation Services | 189.00 |
| Legal Fees | 40,305.00 |
| **Total** | **$41,196.39** |

30457161.2