**Exhibit A**

**Summary of Hours and Fees by Individual for the Application Period**

**Summary of Hours and Fees by Individual for the Application Period**
**NOVEMBER 28, 2022 THROUGH AND INCLUDING JANUARY 31, 2023**

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Lowery,Kristie L | Billable | National Partner/Principal | 135.30 | $990.00 | $133,947.00 |
| Lowery,Kristie L | Travel[1] | National Partner/Principal | 22.20 | 495.00 | 10,989.00 |
| McComber,Donna | Billable | National Partner/Principal | 33.80 | 990.00 | 33,462.00 |
| Simpson,Kirsten | Billable | National Partner/Principal | 13.70 | 990.00 | 13,563.00 |
| Stevens,Matthew Aaron | Billable | National Partner/Principal | 11.30 | 990.00 | 11,187.00 |
| Yen,Jason | Billable | National Partner/Principal | 15.00 | 990.00 | 14,850.00 |
| Bailey,Doug | Billable | Partner/Principal | 237.30 | 825.00 | 195,772.50 |
| Farrar,Anne | Billable | Partner/Principal | 46.80 | 825.00 | 38,610.00 |
| Ferris,Tara | Billable | Partner/Principal | 35.40 | 825.00 | 29,205.00 |
| Gengler,Charlie | Billable | Partner/Principal | 4.80 | 825.00 | 3,960.00 |
| Hutchison,Keiran | Billable | Partner/Principal | 4.30 | 850.00 | 3,655.00 |
| Joseph,Carl A | Billable | Partner/Principal | 0.50 | 825.00 | 412.50 |
| Kelly,Ryan J | Billable | Partner/Principal | 0.40 | 825.00 | 330.00 |
| Knoeller,Thomas J. | Billable | Partner/Principal | 48.30 | 825.00 | 39,847.50 |
| Lovelace,Lauren | Billable | Partner/Principal | 73.60 | 825.00 | 60,720.00 |
| O'Brien,Mike | Billable | Partner/Principal | 5.70 | 825.00 | 4,702.50 |
| Richards,Briana A. | Billable | Partner/Principal | 8.00 | 1,150.00 | 9,200.00 |
| Rumford,Neil | Billable | Partner/Principal | 12.30 | 990.00 | 12,177.00 |
| Shea JR,Thomas M | Billable | Partner/Principal | 274.80 | 825.00 | 226,710.00 |
| Stackhouse,Kent | Billable | Partner/Principal | 0.40 | 825.00 | 330.00 |
| Thomas,James | Billable | Partner/Principal | 0.80 | 825.00 | 660.00 |
| Toi,Sarah Massey | Billable | Partner/Principal | 2.30 | 825.00 | 1,897.50 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---:|---:|---:|
| Bost,Anne | Billable | Managing Director | 52.50 | 775.00 | 40,687.50 |
| Carlson,Tim | Billable | Managing Director | 2.30 | 775.00 | 1,782.50 |
| Cotopoulis,Alex | Billable | Managing Director | 24.40 | 775.00 | 18,910.00 |
| Daly,Cathy | Billable | Managing Director | 1.00 | 775.00 | 775.00 |
| DeVincenzo,Jennie | Billable | Managing Director | 44.70 | 775.00 | 34,642.50 |
| DeVincenzo,Jennie | Travel[1] | Managing Director | 5.80 | 387.50 | 2,247.50 |
| Dubroff,Andy | Billable | Managing Director | 54.70 | 775.00 | 42,392.50 |
| Duvoisin,Eric | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| Flagg,Nancy A. | Billable | Managing Director | 22.10 | 775.00 | 17,127.50 |
| Fletcher,Jason R | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| Gartin,Randell J. | Billable | Managing Director | 36.20 | 775.00 | 28,055.00 |
| Jackel,Jonathan | Billable | Managing Director | 1.50 | 775.00 | 1,162.50 |
| Koch,Markus | Billable | Managing Director | 2.60 | 775.00 | 2,015.00 |
| Kooiker,Darcy | Billable | Managing Director | 1.90 | 775.00 | 1,472.50 |
| Ritz,Amy Felice | Billable | Managing Director | 3.60 | 775.00 | 2,790.00 |
| Ryan,Karen | Billable | Managing Director | 0.50 | 775.00 | 387.50 |
| Sargent,Amy Johannah | Billable | Managing Director | 11.80 | 775.00 | 9,145.00 |
| Scheele,Ashley | Billable | Managing Director | 8.60 | 775.00 | 6,665.00 |
| Soderman,Kathy | Billable | Managing Director | 4.80 | 775.00 | 3,720.00 |
| Yencho,Jeremiah | Billable | Managing Director | 4.80 | 775.00 | 3,720.00 |
| Ash,Polly Westerberg | Billable | Senior Manager | 105.30 | 650.00 | 68,445.00 |
| Berman,Jake | Billable | Senior Manager | 134.60 | 650.00 | 87,490.00 |
| Bowden,Jamie | Billable | Senior Manager | 0.70 | 650.00 | 455.00 |

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Bugden,Nick R | Billable | Senior Manager | 5.40 | 900.00 | 4,860.00 |
| Chan,Sherilyn | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Clement Lim | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Coffey,Mandy V. | Billable | Senior Manager | 5.00 | 650.00 | 3,250.00 |
| Ellenson,Cory | Billable | Senior Manager | 5.00 | 650.00 | 3,250.00 |
| Gala,Chintan | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Gatt,Katie | Billable | Senior Manager | 5.50 | 650.00 | 3,575.00 |
| Hamano,Taisuke | Billable | Senior Manager | 5.60 | 650.00 | 3,640.00 |
| Jayanthi,Lakshmi | Billable | Senior Manager | 107.40 | 650.00 | 69,810.00 |
| Jimenez,Joseph Robert | Billable | Senior Manager | 21.90 | 650.00 | 14,235.00 |
| Madhok,Kishan | Billable | Senior Manager | 29.60 | 650.00 | 19,240.00 |
| Mayer-Dempsey,Chris Kosch | Billable | Senior Manager | 4.30 | 650.00 | 2,795.00 |
| Musano,Matthew Albert | Billable | Senior Manager | 94.10 | 650.00 | 61,165.00 |
| Myers,Rayth T. | Billable | Senior Manager | 0.50 | 650.00 | 325.00 |
| Nichol,T.J. | Billable | Senior Manager | 115.60 | 650.00 | 75,140.00 |
| Nicholas,Russell Kenneth | Billable | Senior Manager | 1.00 | 650.00 | 650.00 |
| Owsley,John Christopher | Billable | Senior Manager | 9.00 | 650.00 | 5,850.00 |
| Raulli,Lindsay Elizabeth | Billable | Senior Manager | 32.00 | 650.00 | 20,800.00 |
| Rule,Martin Daniel | Billable | Senior Manager | 4.10 | 650.00 | 2,665.00 |
| Schwarzwälder,Christian | Billable | Senior Manager | 1.60 | 650.00 | 1,040.00 |
| Song,Young Ju | Billable | Senior Manager | 4.00 | 650.00 | 2,600.00 |
| Tong,Chia-Hui | Billable | Senior Manager | 13.20 | 650.00 | 8,580.00 |
| Vise,Grace | Billable | Senior Manager | 1.00 | 650.00 | 650.00 |

3

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Yanavitski,David | Billable | Senior Manager | 9.10 | 650.00 | 5,915.00 |
| Yang,Annie | Billable | Senior Manager | 0.10 | 650.00 | 65.00 |
| Carreras,Stephen | Billable | Manager | 1.50 | 525.00 | 787.50 |
| Davis,Kathleen F. | Billable | Manager | 8.10 | 525.00 | 4,252.50 |
| Dickerson,Kelsey | Billable | Manager | 7.40 | 525.00 | 3,885.00 |
| Flannery,Jennifer | Billable | Manager | 12.00 | 525.00 | 6,300.00 |
| Gil Diez De Leon,Marta | Billable | Manager | 21.90 | 525.00 | 11,497.50 |
| Hammon,David Lane | Billable | Manager | 303.80 | 525.00 | 159,495.00 |
| Hammon,David Lane | Travel[1] | Manager | 6.00 | 262.50 | 1,575.00 |
| Katsnelson,David | Billable | Manager | 65.50 | 525.00 | 34,387.50 |
| Meagher,Gentine | Billable | Manager | 1.00 | 525.00 | 525.00 |
| Mistler,Brian M | Billable | Manager | 6.50 | 525.00 | 3,412.50 |
| Richardson,Audrey Sarah | Billable | Manager | 36.50 | 525.00 | 19,162.50 |
| Santoro,David | Billable | Manager | 49.90 | 525.00 | 26,197.50 |
| Staromiejska,Kinga | Billable | Manager | 116.30 | 525.00 | 61,057.50 |
| Wrenn,Kaitlin Doyle | Billable | Manager | 162.00 | 525.00 | 85,050.00 |
| Wrenn,Kaitlin Doyle | Travel[1] | Manager | 19.40 | 262.50 | 5,092.50 |
| Zheng,Eva | Billable | Manager | 13.10 | 525.00 | 6,877.50 |
| Ancona,Christopher | Billable | Senior | 90.90 | 395.00 | 35,905.50 |
| Canale,Steven P.[2] | Billable | Senior | 1.60 | 395.00 | 632.00 |
| Carver,Cody R. | Billable | Senior | 56.60 | 395.00 | 22,357.00 |
| Carver,Cody R. | Travel[1] | Senior | 8.00 | 197.50 | 1,580.00 |
| Chebar,Johana | Billable | Senior | 3.50 | 395.00 | 1,382.50 |

4

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Chyan,Megan | Billable | Senior | 2.20 | 395.00 | 869.00 |
| Di Stefano,Giulia | Billable | Senior | 45.60 | 395.00 | 18,012.00 |
| Guinet,Margot Madeleine | Billable | Senior | 1.20 | 395.00 | 474.00 |
| Guzman Chamorro,Itzel | Billable | Senior | 1.40 | 395.00 | 553.00 |
| Hall,Emily Melissa | Billable | Senior | 86.70 | 395.00 | 34,246.50 |
| Hamilton,Mary Catherine | Billable | Senior | 35.60 | 395.00 | 14,062.00 |
| Katelas,Andreas | Billable | Senior | 1.50 | 395.00 | 592.50 |
| Loo,Lydia | Billable | Senior | 24.20 | 395.00 | 9,559.00 |
| MacLean,Corrie | Billable | Senior | 74.40 | 395.00 | 29,388.00 |
| Marlow,Joe | Billable | Senior | 1.80 | 395.00 | 711.00 |
| Rodriguez,Lenny | Billable | Senior | 49.50 | 395.00 | 19,552.50 |
| Short,Victoria | Billable | Senior | 0.20 | 395.00 | 79.00 |
| Steigler,Ella | Billable | Senior | 5.80 | 395.00 | 2,291.00 |
| Sun,Yuchen | Billable | Senior | 8.60 | 395.00 | 3,397.00 |
| Alfaro,Adriana | Billable | Staff | 26.20 | 225.00 | 5,895.00 |
| Canale,Steven P. | Billable | Staff | 55.30 | 225.00 | 12,442.50 |
| Cortes,Jackie | Billable | Staff | 4.50 | 225.00 | 1,012.50 |
| Garcia,Casey | Billable | Staff | 9.90 | 225.00 | 2,227.50 |
| Hall,Olivia | Billable | Staff | 52.00 | 225.00 | 11,700.00 |
| Huang,Vanesa | Billable | Staff | 1.00 | 225.00 | 225.00 |
| Johnson,Derrick Joseph | Billable | Staff | 5.70 | 225.00 | 1,282.50 |
| Karan,Anna Suncheuri | Billable | Staff | 47.70 | 225.00 | 10,732.50 |
| Pulliam,Michelle | Billable | Staff | 6.70 | 225.00 | 1,507.50 |

5

6

| Name | Type | Rank | Hours | Hourly Rate | Total Individual Fees |
|---|---|---|---|---|---|
| Stillman,Will | Billable | Staff | 1.80 | 225.00 | 405.00 |
| Velpuri,Cury | Billable | Staff | 0.60 | 225.00 | 135.00 |
| Wong,Maddie | Billable | Staff | 8.10 | 225.00 | 1,822.50 |
| Scott,James | Billable | Client Serving Contractor JS | 280.80 | 600.00 | 168,480.00 |
| Scott,James | Travel[1] | Client Serving Contractor JS | 29.20 | 300.00 | 8,760.00 |
| Bieganski,Walter[3] | Billable | Client Serving Contractor WB | 51.7 | 200.00 | 10,340.00 |
| **Total Fees Due** | | | **3,900.30** | | **$2,394,291.00** |

[1] Travel fees are billed out at 50% bill rate

[2] Reflects rate increases due to matriculation or promotion during the interim fee period

[3] During the 1st monthly application, EY inadvertently billed Walter Bieganski at a rate of $213.00 rather than the $200.00 per his filed declaration. The difference between these two rates meant EY overbilled his services by $527.80 ($13.00 multiply 40.60). Therefore, EY has reduced its fees by $527.80 for this First Interim Application.