**Exhibit B**

**Summary of Hours and Fees by Matter Category**

## Summary of Hours and Fees by Matter Category

### NOVEMBER 28, 2022 THROUGH AND INCLUDING JANUARY 31, 2023

| Project Category | Hours | Fees |
|---|---|---|
| Chapter 11 Process and Case Management | 1.8 | $ 711.00 |
| Fee/Employment Applications | 35.2 | 16,560.50 |
| Information Reporting | 224.3 | 135,176.50 |
| IRS Audit Matters | 2.7 | 1,755.00 |
| Liquidation Activities | 20.2 | 19,818.00 |
| Non US Tax | 89.1 | 207,192.50 |
| Non-Working Travel (billed at 50% of rates) | 90.6 | 30,244.00 |
| Payroll Tax | 491.4 | 308,235.00 |
| Project Management Office Transition | 526.5 | 314,254.00 |
| Tax Advisory | 471.6 | 366,268.00 |
| Transfer Pricing | 322.3 | 158,432.00 |
| US Income Tax | 664 | 460,358.00 |
| US International Tax | 200.5 | 126,685.00 |
| US State and Local Tax | 390.8 | 204,691.50 |
| Value Added Tax | 69.3 | 43,910.00 |
| **Total** | **3,900.30** | **$2,394,291.00** |