## Exhibit C

**Summary of Expenses**

## Summary of Expenses

### NOVEMBER 28, 2022 THROUGH AND INCLUDING JANUARY 31, 2023

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $4,574.44 |
| Ground Transportation | $2,154.79 |
| Lodging | $9,694.67 |
| Meals | $1,896.31 |
| Miscellaneous | $49.00 |
| Fees of EY LLP's Outside Legal Counsel – December 2022 | $12,405.00 |
| Fees of EY LLP's Outside Legal Counsel – January 2023 | $14,450.00 |
| **Total** | **$45,224.21** |