## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Peter A. Siddiqui of Katten Muchin Rosenman LLP to represent Pyth Data Association in this action.

Dated: June 16, 2023

/s/ Mark Minuti
Mark Minuti (DE Bar No. 2659)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899-1266
Telephone: (302) 421-6840
Email:  mark.minuti@saul.com

*Counsel for Pyth Data Association*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Peter A. Siddiqui
Peter A. Siddiqui
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5644
Email:  peter.siddiqui@kattenlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 16th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE