IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket Nos. 1616-1619** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 12, 2023, I caused to be served the:

    a. "Fourth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period From March 1, 2023 to and Including March 31, 2023," dated June 12, 2023 [Docket No. 1616],

    b. "Fifth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period From April 1, 2023 to and Including April 30, 2023," dated June 12, 2023 [Docket No. 1617],

    c. "Fifth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through April 30, 2023," dated June 12, 2023 [Docket No. 1618], and

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

    d. "Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2023 Through April 30, 2023," dated June 12, 2023 [Docket No. 1619],

by causing true and correct copies to be:

    i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Andrea Speelman</i><br>Andrea Speelman

**EXHIBIT A**

FTX TRADING LTD., *et al*. - Case No. 22-11068 (JTD)
First Class Mail Party

U.S. TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET, SUITE 2207
WILMINGTON, DELAWARE 19801

**EXHIBIT B**

**EXHIBIT B**

FTX TRADING LTD., *et al*. - Case No. 22-11068 (JTD)
Email Service List

| Name | Email |
|---|---|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | juliet.m.sarkessian@usdoj.gov |