**<u>EXHIBIT A</u>**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**<u>for the Period from May 1, 2023 through May 31, 2023</u>**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes**
**services performed by Owl Hill on behalf of the Debtors**
**for the period from May 1, 2023 through May 31, 2023**

## Summary of Services Provided

1.      John J. Ray III is the only professional staffed by Owl Hill on the

engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the

management of the Debtors' businesses.  In addition, as described in the First Day

Declarations, Mr. Ray has provided oversight and support to the Debtors' other

professionals in connection with execution of the five core objectives of these Chapter 11

Cases:

(a)    Implementation of Controls:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

(b)    Asset Protection & Recovery:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

(c)    Transparency and Investigation:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

(d)    Efficiency and Coordination:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

(e)    Maximization of Value:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors'

businesses and worked with the Debtors' retained professionals on these five objectives.

This work included periodic meetings and numerous communications with the

independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.     Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies. During the Reporting Period, Mr. Ray was directly involved in the sale processes for the Debtor's businesses, including LedgerX and various venture holdings.  Additionally, Mr. Ray was directly involved with the review and management of the Debtors' coin and token holdings and the monetization of certain of the coins and tokens.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| May 1, 2023 – May 31, 2023 | $295,035.00 | $2,021.10 | $297,056.10 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $350.00 |
| Travel – Airfare | $911.75 |
| Travel – Transportation (other) | $589.76 |
| Travel – Meals | $25.00 |
| Other Expenses | $144.59 |
| **Total Amount for Period:** | $2,021.10 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 234.2 | $304,460.00 |
| **50% adjustment for non-working travel:** | | | 14.5 | ($9,425.00) |
| **Total Amount for Period:** | | | | $295,035.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/1/23 | Participation in the weekly investigations call with S&C (J Croke and others) | John J. Ray III | 0.8 | $1,040.00 |
| 5/1/23 | Reviewed the status of Japan insurance and correspond with S Melamed (Japan) regarding coverage and communicate with the broker, USI, broker, D Roque related to needs for coverage | John J. Ray III | 0.5 | $650.00 |
| 5/1/23 | Respond to email from R Perubhatla (CIO) and follow up with A&M (E Mosely) related to customer email addresses in Europe in connection with claims and balances | John J. Ray III | 0.3 | $390.00 |
| 5/1/23 | Reviewed communication from counsel in Bahamas (J Maynard) and A&M (A Lawson) related to FTX property and provide direction regarding same | John J. Ray III | 1.3 | $1,690.00 |
| 5/1/23 | Review of FTX Ventures matters related to disputes (0.5) and call with S&C (A Dietderich) related to same (0.3) | John J. Ray III | 0.8 | $1,040.00 |
| 5/1/23 | Review of 2.0 process letter to potential counter parties and schedule for process (0.5) and Call with UCC professionals PH (K Hansen and others) and Jeffries (M O'Hara and others) related to FTX 2.0 process (0.8) | John J. Ray III | 1.3 | $1,690.00 |
| 5/1/23 | Follow up review of next steps with A&M (R Hershan) related to Embed subsidiary | John J. Ray III | 0.5 | $650.00 |
| 5/1/23 | Review revised EU materials for provision of views and materials to Board for weekly Board call | John J. Ray III | 0.5 | $650.00 |
| 5/1/23 | Reviewed and approved final changes to KEIP plans | John J. Ray III | 0.3 | $390.00 |
| 5/1/23 | Reviewed complaint draft provided by S&C (C Dunne) | John J. Ray III | 1.3 | $1,690.00 |
| 5/1/23 | Reviewed professional invoices and approvals | John J. Ray III | 0.8 | $1,040.00 |

---

[1]   Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/1/23 | Reviewed competing bid for LedgerX and materials provided by bidder | John J. Ray III | 2.8 | $3,640.00 |
| 5/2/23 | Call with UCC, PH (E Gillard and others), Jeffries (M O'Hara and others), PWP (K Cofsky and others), A&M (E Mosely and others) regarding FTX restart planning meetings and agenda | John J. Ray III | 1.0 | $1,300.00 |
| 5/2/23 | Meeting with Steering Committee, S&C (A Dietderich), A&M (E Mosely), and PWP (B Mendelsohn) related to ongoing work streams and priorities | John J. Ray III | 1.0 | $1,300.00 |
| 5/2/23 | Project management meeting attendance with S&C (A Dietderich and others), A&M (E Mosely and others) and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/2/23 | Weekly Board call with independent Board members and S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/2/23 | Reviewed insurance policies for subsidiaries in Japan and US | John J. Ray III | 0.8 | $1,040.00 |
| 5/2/23 | Provided feedback to A&M (K Ramanathan) related on-boarding market makers and next steps related to coin management | John J. Ray III | 0.5 | $650.00 |
| 5/2/23 | Reviewed draft complaint and provide comments to S&C (C Dunne) | John J. Ray III | 2.3 | $2,990.00 |
| 5/2/23 | Reviewed and approve engagement letter related to local counsel | John J. Ray III | 0.3 | $390.00 |
| 5/2/23 | Reviewed and approved deposit of documents into data site for UCC review | John J. Ray III | 0.3 | $390.00 |
| 5/2/23 | Reviewed multiple drafts of bar date motion and provided comments regarding same | John J. Ray III | 1.3 | $1,690.00 |
| 5/2/23 | Reviewed materials related to LedgerX sale hearing | John J. Ray III | 1.5 | $1,950.00 |
| 5/2/23 | Reviewed status reports related to matters involving FTX properties | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/2/23 | Provided input to A&M (C Arnett) related to Deck Technologies | John J. Ray III | 0.5 | $650.00 |
| 5/3/23 | Non-working travel – flight and transportation to PHL/Wilmington for hearing on May 4 | John J. Ray III | 3.0 | $1,950.00 |
| 5/3/23 | Review materials prepared by A&M (K Ramanathan) related to coin management and provided directions | John J. Ray III | 2.3 | $2,990.00 |
| 5/3/23 | Provided comments on certain filings related to The Bahamas lift stay motion | John J. Ray III | 0.8 | $1,040.00 |
| 5/3/23 | Reviewed and approved additional documents to populate UCC materials | John J. Ray III | 0.5 | $650.00 |
| 5/3/23 | Prepared for hearing on sale of LedgerX | John J. Ray III | 2.5 | $3,250.00 |
| 5/3/23 | Reviewed audit notice related to certain sales taxes | John J. Ray III | 0.5 | $650.00 |
| 5/3/23 | Reviewed further reports and updates related to FTX trading properties and matters related to the Bahamas | John J. Ray III | 1.8 | $2,340.00 |
| 5/3/23 | Reviewed and approved LedgerX press release | John J. Ray III | 0.3 | $390.00 |
| 5/4/23 | Prepared for LedgerX hearing on sale and possible testimony | John J. Ray III | 2.5 | $3,250.00 |
| 5/4/23 | Attended court hearing in Wilmington | John J. Ray III | 0.5 | $650.00 |
| 5/4/23 | Followed up to determine and document next steps related to LedgerX sale and closing matters | John J. Ray III | 2.3 | $2,990.00 |
| 5/4/23 | Drafted list of information request related to actions taken in regards to FTX properties (1.3), and follow up letter to JPLs (0.3) | John J. Ray III | 1.6 | $2,080.00 |
| 5/4/23 | Reviewed filed tax claims | John J. Ray III | 1.3 | $1,690.00 |
| 5/4/23 | Reviewed report related to Japan insurance and communicate with USI, FTX broker, re same | John J. Ray III | 0.5 | $650.00 |
| 5/4/23 | Reviewed claims processing cost estimates and communicate with A&M (R Esposito) re same | John J. Ray III | 0.8 | $1,040.00 |
| 5/4/23 | Non-working travel – flight from PHL, returning from hearing in Delaware | John J. Ray III | 4.0 | $2,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/4/23 | Research related to treasury investments and cash options and review of depository agreements regarding bank deposits | John J. Ray III | 0.8 | $1,040.00 |
| 5/5/23 | Call with UCC and FTI (S Simms) related to cash management options | John J. Ray III | 1.0 | $1,300.00 |
| 5/5/23 | Follow up with A&M (E Mosely) related to additional workstreams to investigate cash investment alternatives and process | John J. Ray III | 0.8 | $1,040.00 |
| 5/5/23 | Prepared for meeting with FTX Ventures investment; review transaction documents of FTX Ventures investment | John J. Ray III | 1.5 | $1,950.00 |
| 5/5/23 | Reviewed and approve additional transmittals to UCC | John J. Ray III | 0.3 | $390.00 |
| 5/5/23 | Call with A&M (R Hershan) related to Embed employees (0.3) and follow with RLKS (K Schultea) re same (0.3) | John J. Ray III | 0.6 | $780.00 |
| 5/5/23 | LedgerX closing document review, review of closing steps related to employees and communications from S&C (A Cohen) re same | John J. Ray III | 0.5 | $650.00 |
| 5/7/23 | Non-working travel – flight to NYC, LGA to attend meetings with S&C and third parties | John J. Ray III | 3.5 | $2,275.00 |
| 5/7/23 | Reviewed costs estimates for claims database and Kroll fees for potential cost initiatives to reduce expense | John J. Ray III | 1.0 | $1,300.00 |
| 5/7/23 | Reviewed plans related to Embed restructuring and communicate with S&C (C Dunne) and A&M (R Hershan) | John J. Ray III | 0.5 | $650.00 |
| 5/7/23 | Reviewed bidder NDA requests for various venture sales and approve same | John J. Ray III | 0.3 | $390.00 |
| 5/7/23 | Prepare monthly compensation report | John J. Ray III | 2.5 | $3,250.00 |
| 5/8/23 | Review materials related to FTX Ventures investment to prepare for meeting with FTX Ventures investment representatives | John J. Ray III | 2.5 | $3,250.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/8/23 | Attend meeting with FTX Ventures investment representatives, its counsel and S&C (A Dietderich) | John J. Ray III | 2.0 | $2,600.00 |
| 5/8/23 | Meeting with A&M (S Coverick and K Ramanathan) related to crypto investments | John J. Ray III | 0.5 | $650.00 |
| 5/8/23 | Reviewed materials developed by A&M and Coin vendor related to crypto asset management | John J. Ray III | 1.5 | $1,950.00 |
| 5/8/23 | Reviewed materials from A&M (A Lawson) related to FTX properties | John J. Ray III | 0.3 | $390.00 |
| 5/8/23 | Reviewed S&C (A Mehta) licensing analysis related to Japan | John J. Ray III | 0.5 | $650.00 |
| 5/8/23 | Reviewed FTX documents requests and responses. | John J. Ray III | 0.3 | $390.00 |
| 5/8/23 | Reviewed and provided comments to S&C (A Kranzley) related to customer bar date motion | John J. Ray III | 1.5 | $1,950.00 |
| 5/9/23 | Review deck presentation provided by A&M (D Johnston) related to Gibraltar, Singapore, and Indonesia | John J. Ray III | 1.3 | $1,690.00 |
| 5/9/23 | Meeting with steering committee, S&C (A Dietderich and others), PWP (K Cofsky) and A&M (E Mosley and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/9/23 | Weekly project management meeting attendance S&C (A Dietderich and others), PWP (K Cofsky) and A&M (E Mosley and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/9/23 | Prepared for (0.5) and attended meeting with S&C (A Dieterich and others) and A&M (E Mosely and S Coverick) with ad hoc customer committee (1.5) | John J. Ray III | 2.0 | $2,600.00 |
| 5/9/23 | Customer claims bar date meeting with S&C (A Kranzley) and A&M (E Mosley and others) | John J. Ray III | 0.5 | $650.00 |
| 5/9/23 | Reviewed tax claims filed by IRS | John J. Ray III | 1.3 | $1,690.00 |
| 5/9/23 | Reviewed updates related to banking matters by A&M (J Cooper) | John J. Ray III | 0.5 | $650.00 |
| 5/9/23 | Reviewed customer withdrawal analysis provided by A&M | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/9/23 | Reviewed final Coin management deck related to crypto management | John J. Ray III | 1.3 | $1,690.00 |
| 5/9/23 | Reviewed tax update from T Shea at E&Y | John J. Ray III | 0.8 | $1,040.00 |
| 5/9/23 | Reviewed analysis by A&M (J Cooper) related to banking matters, purchase of treasuries, collateral position | John J. Ray III | 0.8 | $1,040.00 |
| 5/10/23 | Non-working travel – flight from NYC for meeting with S&C (A Dieterich and others), Ad Hoc committee meeting, and FTX Ventures investment meeting | John J. Ray III | 4.0 | $2,600.00 |
| 5/10/23 | Reviewed deck from A&M (C Sullivan) related to plan distribution considerations | John J. Ray III | 1.3 | $1,690.00 |
| 5/10/23 | Reviewed mark up of Western Alliance custodial agreement | John J. Ray III | 0.5 | $650.00 |
| 5/10/23 | Reviewed updates from A&M (R Hershan) related to Embed windows | John J. Ray III | 0.8 | $1,040.00 |
| 5/10/23 | Reviewed further analysis from E&Y (T Shea) related to tax claims filed | John J. Ray III | 0.5 | $650.00 |
| 5/10/23 | Reviewed relevant third party sale process and discuss with Board member (M Rosenberg) | John J. Ray III | 1.0 | $1,300.00 |
| 5/10/23 | Reviewed revised preference complaint | John J. Ray III | 0.8 | $1,040.00 |
| 5/10/23 | Reviewed and approved bidders and NDAs for Ventures sales | John J. Ray III | 0.3 | $390.00 |
| 5/10/23 | Review revised termination notices and other communications related to Embed wind down | John J. Ray III | 1.3 | $1,690.00 |
| 5/10/23 | Call with FTI (S Simms) related to claims matters portal | John J. Ray III | 0.3 | $390.00 |
| 5/10/23 | Reviewed and approve cash management decks delivered to UCC | John J. Ray III | 0.5 | $650.00 |
| 5/10/23 | Reviewed materials related to sale of FTX properties and communications from counsel at S&C (A Dietderich) re same | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/10/23 | Communications with Embed (J Simes) related to employment matters | John J. Ray III | 0.3 | $390.00 |
| 5/10/23 | Reviewed document request from governmental agency and responses | John J. Ray III | 0.3 | $390.00 |
| 5/11/23 | Communications with Board member (M Rosenberg) related to Venture sales | John J. Ray III | 1.0 | $1,300.00 |
| 5/11/23 | Call with A&M (R Hershan) related to Embed winddown | John J. Ray III | 0.5 | $650.00 |
| 5/11/23 | Reviewed draft letters and notices related to Embed winddown | John J. Ray III | 1.8 | $2,340.00 |
| 5/11/23 | Reviewed and approve Venture bidders and NDAs | John J. Ray III | 0.3 | $390.00 |
| 5/11/23 | Reviewed materials developed by A&M related to winddown of various entities around the world | John J. Ray III | 1.8 | $2,340.00 |
| 5/11/23 | Reviewed issues related to FTX property sales and 2004 request | John J. Ray III | 1.3 | $1,690.00 |
| 5/11/23 | Call with S&C (E Simpson) and A&M (D Johnston) related to Europe business and funding needs and other issues | John J. Ray III | 0.5 | $650.00 |
| 5/11/23 | Reviewed further materials related to Coin proposals (0.8), and call with A&M (K Ramanathan) and Board members (M Rosenberg and M Doheny) related to crypto asset management and provide direction (0.8) | John J. Ray III | 1.6 | $2,080.00 |
| 5/11/23 | Reviewed draft 2004 reuses from QE (S Rand) and provide comments | John J. Ray III | 1.0 | $1,300.00 |
| 5/11/23 | Reviewed KEIP questions and responses | John J. Ray III | 0.5 | $650.00 |
| 5/11/23 | Reviewed changes related to customer bar date notices | John J. Ray III | 0.5 | $650.00 |
| 5/11/23 | Reviewed and approved claims portal processes and time line | John J. Ray III | 0.8 | $1,040.00 |
| 5/12/23 | Reviewed of US trustee objection to Japan employee motion to make changes to resolve objection | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/12/23 | Reviewed FTX Ventures investment agreements and financial matters | John J. Ray III | 1.3 | $1,690.00 |
| 5/12/23 | Reviewed various drafts employee agreement revisions related to embed wind down | John J. Ray III | 3.0 | $3,900.00 |
| 5/12/23 | Reviewed and sign off on Swiss administration materials for delivery to constituents | John J. Ray III | 0.5 | $650.00 |
| 5/12/23 | Review of update to Venture update status and next steps recommended | John J. Ray III | 0.8 | $1,040.00 |
| 5/12/23 | Review revisions and add comments on Coin management deck | John J. Ray III | 1.3 | $1,690.00 |
| 5/12/23 | Review and approve engagement related to coin pricing services | John J. Ray III | 0.3 | $390.00 |
| 5/12/23 | Review communications from S&C (B Glueckstein) related top Pateno dispute and proposed resolution | John J. Ray III | 0.3 | $390.00 |
| 5/12/23 | Review and approve multiple deposits to UCC VDR | John J. Ray III | 0.3 | $390.00 |
| 5/12/23 | Draft Board agenda and gather materials for upcoming Board meeting | John J. Ray III | 0.8 | $1,040.00 |
| 5/13/23 | Review of findings related to customer KYC | John J. Ray III | 0.5 | $650.00 |
| 5/13/23 | Review plan distribution mechanics deck and comments | John J. Ray III | 1.3 | $1,690.00 |
| 5/13/23 | Review updated preference analysis for individuals and firms | John J. Ray III | 1.5 | $1,950.00 |
| 5/15/23 | Review progress and respond to questions related to Embed employment matters | John J. Ray III | 1.8 | $2,340.00 |
| 5/15/23 | Review LedgerX closing balance sheet and other calculations | John J. Ray III | 1.3 | $1,690.00 |
| 5/15/23 | Review final Board agenda and materials to be distributed | John J. Ray III | 0.5 | $650.00 |
| 5/15/23 | Weekly investigations call attendance with S&C (J Croke and others) | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/15/23 | Follow up call with S&C (B Glueckstein and J Croke) on investigations related to crypto transfers | John J. Ray III | 0.3 | $390.00 |
| 5/15/23 | Review of financial statements and valuation related to entity partially owned by FTX | John J. Ray III | 1.8 | $2,340.00 |
| 5/15/23 | Review LedgerX closing documents and execute same in advance of closing to hold in escrow | John J. Ray III | 0.8 | $1,040.00 |
| 5/15/23 | Review and execute NDA relative to crypto trading firm | John J. Ray III | 0.3 | $390.00 |
| 5/15/23 | Review and approve certain de minimis asset sales | John J. Ray III | 0.3 | $390.00 |
| 5/15/23 | Review of updated due diligence tracker | John J. Ray III | 0.3 | $390.00 |
| 5/15/23 | Review of 2.0 interested party list related to venture sales | John J. Ray III | 0.3 | $390.00 |
| 5/15/23 | Review of materials related to relaunch of Japan exchange | John J. Ray III | 0.8 | $1,040.00 |
| 5/16/23 | Review proposal related to Pateno dispute and provide direction | John J. Ray III | 0.3 | $390.00 |
| 5/16/23 | Participate in steering committee call with S&C (B Glueckstein and others), PWP (B Mendelsohn and others) and A&M (E Mosely and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/16/23 | Participate in weekly PMO meeting with S&C (B Glueckstein and others), PWP (B Mendelsohn and others), and A&M (E Mosely and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/16/23 | Call with A&M (K Ramanathan and others) related to information sharing status with the UCC and process related to on-boarding and status | John J. Ray III | 0.5 | $650.00 |
| 5/16/23 | Weekly Board call with independent Board and S&C (B Glueckstein) and others, PWP (B Mendelsohn and others), and A&M (E Mosely and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/16/23 | Call with A Voorhees and S Shah (UCC members) re Committee matters | John J. Ray III | 0.5 | $650.00 |
| 5/16/23 | Call with A&M (K Ramanathan and others) to follow up on UCC requests related to various matters | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/16/23 | Reviewed and prepared modifications to KEIP related to objections | John J. Ray III | 0.8 | $1,040.00 |
| 5/16/23 | Reviewed status of Embed employee terminations and wind down process | John J. Ray III | 1.5 | $1,950.00 |
| 5/16/23 | Reviewed latest draft of closing statement related to LedgerX | John J. Ray III | 1.3 | $1,690.00 |
| 5/16/23 | Reviewed update related to Europe matters and materials to be furnished to UCC | John J. Ray III | 0.5 | $650.00 |
| 5/16/23 | Reviewed and approved professional fee requests | John J. Ray III | 0.3 | $390.00 |
| 5/16/23 | Reviewed and approved NDAs for further bidders | John J. Ray III | 0.3 | $390.00 |
| 5/17/23 | Call with A&M (S Coverick) related to Japan KEIP calculations | John J. Ray III | 0.3 | $390.00 |
| 5/17/23 | Review investment update on Ventures | John J. Ray III | 1.3 | $1,690.00 |
| 5/17/23 | Prepare materials related to FTX Ventures investment | John J. Ray III | 2.5 | $3,250.00 |
| 5/17/23 | Review KYC process materials | John J. Ray III | 1.5 | $1,950.00 |
| 5/17/23 | Reviewed and approved UCC requests | John J. Ray III | 0.3 | $390.00 |
| 5/17/23 | Call with A&M (S Coverick) and FTI (S Simms) related to Japan KEIP | John J. Ray III | 0.3 | $390.00 |
| 5/17/23 | Review Deck technologies proposal | John J. Ray III | 0.3 | $390.00 |
| 5/17/23 | Review, approve, and execute LedgerX closing documents | John J. Ray III | 1.0 | $1,300.00 |
| 5/17/23 | Review weekly Venture capital update | John J. Ray III | 1.5 | $1,950.00 |
| 5/18/23 | Call with UCC advisors (PH, Jeffries, and FTI) and Debtor advisors (S&C, A&M, and PWP) related to relaunch of exchange and kick off of process | John J. Ray III | 0.5 | $650.00 |
| 5/18/23 | Review with Japan management (S Melamed and others), and A&M (K Ramanathan and others), the processes to reopen the exchange and multi-step process and goals | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/18/23 | Review of KYC deck materials provided by A&M in advance of call | John J. Ray III | 1.3 | $1,690.00 |
| 5/18/23 | Review with A&M (K Ramanathan and others) the KYC process and steps, and engagement of vendors to complete KYC | John J. Ray III | 1.0 | $1,300.00 |
| 5/18/23 | Review with Board members and PWP (B Mendelssohn and others) the venture book status and next steps and process to complete | John J. Ray III | 1.0 | $1,300.00 |
| 5/18/23 | Communicate with FTX Ventures investment counsel related to needed information | John J. Ray III | 0.5 | $650.00 |
| 5/18/23 | Review and execute letter to foreign regulators | John J. Ray III | 0.3 | $390.00 |
| 5/18/23 | Review and approve bidders for venture book | John J. Ray III | 0.3 | $390.00 |
| 5/18/23 | Review documentation related to UCC request | John J. Ray III | 1.0 | $1,300.00 |
| 5/18/23 | Review estimates and materials related to Kroll costs for claims and claims portal | John J. Ray III | 2.0 | $2,600.00 |
| 5/19/23 | Review LedgerX closing documents, execute instructions, and attend closing | John J. Ray III | 1.3 | $1,690.00 |
| 5/19/23 | Review of materials and evaluations of market makers related to coin transactions | John J. Ray III | 1.8 | $2,340.00 |
| 5/19/23 | Review of portal site documents for claims (1.3) and attend portal call hosted by A&M (K Ramanathan) related to navigation of portal and issue spotting (0.5) | John J. Ray III | 1.8 | $2,340.00 |
| 5/19/23 | Review of calculations to revise Japan KEIP potential payouts | John J. Ray III | 0.8 | $1,040.00 |
| 5/19/23 | Review of estimated fees for claims docketing, management and noticing | John J. Ray III | 0.8 | $1,040.00 |
| 5/19/23 | Call with R Esposito (A&M) regarding estimates related to claims management | John J. Ray III | 0.3 | $390.00 |
| 5/19/23 | Review claims portal template to calculate estimated Kroll fees and transmit to Kroll | John J. Ray III | 0.5 | $650.00 |
| 5/19/23 | Respond and approve UCC requests for data | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/19/23 | Review coin management proposal and fee estimates | John J. Ray III | 0.5 | $650.00 |
| 5/19/23 | Review of materials and approve wind down of nominal and dormant entities | John J. Ray III | 0.8 | $1,040.00 |
| 5/21/23 | Review proposals and strategies related to coin management | John J. Ray III | 2.3 | $2,990.00 |
| 5/22/23 | Respond to Japan audit question | John J. Ray III | 0.3 | $390.00 |
| 5/22/23 | Review A&M and S&C analysis related to plan structure and development of plan | John J. Ray III | 5.5 | $7,150.00 |
| 5/22/23 | Review and approve de minimus sales | John J. Ray III | 0.8 | $1,040.00 |
| 5/22/23 | Review feedback of UCC related to coin management and communicate with K Ramanathan (A&M) related to same and recommendations for action | John J. Ray III | 1.3 | $1,690.00 |
| 5/22/23 | Review blockchain matter and response related to next steps | John J. Ray III | 0.5 | $650.00 |
| 5/22/23 | Review hedging proposal related to coins | John J. Ray III | 0.5 | $650.00 |
| 5/23/23 | Review custodian agreement changes with Western Alliance and Citizens | John J. Ray III | 0.5 | $650.00 |
| 5/23/23 | Review revised draft of the Japan KEIP | John J. Ray III | 0.5 | $650.00 |
| 5/23/23 | Approval of UCC Requests for information | John J. Ray III | 0.3 | $390.00 |
| 5/23/23 | Review Board minutes for submission to the Board | John J. Ray III | 0.3 | $390.00 |
| 5/23/23 | Steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/23/23 | Prepare FTX Ventures investment notes for sharing with Debtor professionals | John J. Ray III | 0.8 | $1,040.00 |
| 5/23/23 | Weekly Board call attendance and participation | John J. Ray III | 1.0 | $1,300.00 |
| 5/23/23 | Prepare and communicate terms related to token matter with PWP (K Flinn) | John J. Ray III | 0.8 | $1,040.00 |
| 5/23/23 | Provide direction to K Schultea (CAO) relative to retention matters | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/23/23 | Review and execute documents related to certain de minimus sales | John J. Ray III | 0.8 | $1,040.00 |
| 5/23/23 | Communicate with A&M (T Hudson) related to Deck Technologies matters | John J. Ray III | 0.5 | $650.00 |
| 5/23/23 | Review of communication from S&C (D Hariton) related to tax matters and claims | John J. Ray III | 0.5 | $650.00 |
| 5/23/23 | Review of FTX Ventures investment materials prepared by PWP (B Mendelsohn) | John J. Ray III | 1.5 | $1,950.00 |
| 5/24/23 | Communications from S&C (D Hariton) related to open tax matters and claims | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Call with UCC professionals (K Hansen and others), FTI (S Simms and others), and Debtors professionals A&M (K Ramanathan and others), S&C (B Glueckstein and others), and UCC members related to coin management | John J. Ray III | 1.0 | $1,300.00 |
| 5/24/23 | Call with E&Y (T Shea) related to tax matters and responses | John J. Ray III | 1.0 | $1,300.00 |
| 5/24/23 | Review summary of coin management work streams | John J. Ray III | 2.0 | $2,600.00 |
| 5/24/23 | Receive update from QE (S Rand) related to several pending matters | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Approve retention of EU counsel | John J. Ray III | 0.3 | $390.00 |
| 5/24/23 | Call with FTX Ventures investment counsel | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Approve further bidders for venture assets | John J. Ray III | 0.3 | $390.00 |
| 5/24/23 | Approve strategy related to stable coins | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Approval of UCC requested materials and additions | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Review communications from insurance carrier | John J. Ray III | 0.5 | $650.00 |
| 5/24/23 | Call with E&Y (T Shea) related to tax matters | John J. Ray III | 1.0 | $1,300.00 |
| 5/24/23 | Approve documents and execute same related to BVI entities and dissolution thereof | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/25/23 | Prepare term sheet related to a proposed settlement and communicate to S&C and PWP regarding same | John J. Ray III | 2.8 | $3,640.00 |
| 5/25/23 | Review of Kroll estimates related to claims and review claims motion related to cost structure | John J. Ray III | 2.5 | $3,250.00 |
| 5/25/23 | Call with E&Y (T Shea) and S&C (D Hariton) related to tax matters and claims | John J. Ray III | 0.5 | $650.00 |
| 5/25/23 | Review of preference analysis | John J. Ray III | 1.8 | $2,340.00 |
| 5/25/23 | Review of materials prepared by E&Y related to tax matters | John J. Ray III | 1.5 | $1,950.00 |
| 5/25/23 | Review of A&M (D Johnston) update related to Europe | John J. Ray III | 0.5 | $650.00 |
| 5/26/23 | Review and execute documents related to de minimis sale | John J. Ray III | 1.5 | $1,950.00 |
| 5/26/23 | Review Kroll expense forecast related to customer claims docketing and instruct management and A&M related to management | John J. Ray III | 1.8 | $2,340.00 |
| 5/26/23 | Review of IDR responses with E&Y (T Shea) and S&C (D Hariton) | John J. Ray III | 1.3 | $1,690.00 |
| 5/26/23 | Review 5/19 payments to various OC professionals | John J. Ray III | 0.5 | $650.00 |
| 5/26/23 | Review of progress report related to books and records mapping | John J. Ray III | 1.0 | $1,300.00 |
| 5/26/23 | Review of draft motion related to customer deposits post-petition | John J. Ray III | 0.8 | $1,040.00 |
| 5/26/23 | Review of updated draft IDR disclosures post call and updated responses | John J. Ray III | 1.5 | $1,950.00 |
| 5/26/23 | Review tax matters memo from S&C (D Hariton) | John J. Ray III | 0.3 | $390.00 |
| 5/26/23 | Review and approve NDAs for bidders | John J. Ray III | 0.3 | $390.00 |
| 5/29/23 | Review bids for venture book investment | John J. Ray III | 1.0 | $1,300.00 |
| 5/29/23 | Call with S&C (E Simpson) and A&M (D Johnston) related to EU update | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/29/23 | Review de minimus sale documents and approve and execute | John J. Ray III | 0.5 | $650.00 |
| 5/30/23 | Call with A&M (E Mosely and others) and S&C (A Dietderich and others) related to plan formulation | John J. Ray III | 1.0 | $1,300.00 |
| 5/30/23 | Weekly PMO call attendance with A&M (E Mosely and others) and S&C (A Dietderich and others) and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 5/30/23 | Continuation of call with A&M (E Mosely and others) and S&C (A Dietderich and others) related to plan formulation | John J. Ray III | 1.0 | $1,300.00 |
| 5/30/23 | Call with UCC professional PH (G Sasson) and FTI (B Bromberg and others) related to costs to maintain creditor data | John J. Ray III | 0.8 | $1,040.00 |
| 5/30/23 | Review of plan formulation materials from A&M and S&C | John J. Ray III | 3.8 | $4,940.00 |
| 5/30/23 | Call with A&M (E Mosely and S Coverick) and S&C (A Kranzley) related to portals for claims | John J. Ray III | 0.3 | $390.00 |
| 5/30/23 | Reviewed report provided by JPL related to properties in Bahamas and management thereof | John J. Ray III | 0.8 | $1,040.00 |
| 5/30/23 | Prepared term sheet for FTX Ventures investment | John J. Ray III | 0.8 | $1,040.00 |
| 5/30/23 | Review tax memo from S&C (D Hariton) | John J. Ray III | 0.5 | $650.00 |
| 5/30/23 | Approval of venture amendment re FTX Ventures investment | John J. Ray III | 0.3 | $390.00 |
| 5/30/23 | Approval of various token monetizations | John J. Ray III | 0.5 | $650.00 |
| 5/30/23 | Reviewed and approved April interim financial update | John J. Ray III | 0.3 | $390.00 |
| 5/31/23 | Reviewed plan formulation methods and various computations related to plan formulation | John J. Ray III | 4.5 | $5,850.00 |
| 5/31/23 | Call with S&C (A Dietderich) created to plan formulation and computations re same | John J. Ray III | 1.0 | $1,300.00 |
| 5/31/23 | Call with A&M (R Hershan and others) regarding status of winddown | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 5/31/23 | Review and approve various UCC requests for information related to ongoing projects of the Debtors | John J. Ray III | 0.3 | $390.00 |
| 5/31/23 | Approval of transactions related to tokens ongoing | John J. Ray III | 0.5 | $650.00 |
| 5/31/23 | Review and comment on post-closing agreement related to LedgerX | John J. Ray III | 0.3 | $390.00 |
| 5/31/23 | Preparation of expenses for monthly report | John J. Ray III | 0.3 | $390.00 |
| 5/31/23 | Review of proposal in connection with Embed wind down | John J. Ray III | 0.5 | $650.00 |
| 5/31/23 | Draft revised term sheet for venture monetization | John J. Ray III | 0.8 | $1,040.00 |
| **Total Amount for Period:** | | | 234.2 | **$295,035.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|------|-------------|-----|---------|--------------------------|-------|-------|--------------|
| 05/03/23 | American Airlines one way coach flight BNA to PHL for May 4 bankruptcy hearing | $305.00 | | | | | John J. Ray III |
| 05/03/23 | Car service from airport to hotel for May 4 bankruptcy hearing | | | $136.27 | | | John J. Ray III |
| 05/03/23 | WiFi on Board | | | | | $17.00 | John J. Ray III |
| 05/04/23 | United Airlines one way coach flight PHL to home from May 4 bankruptcy hearing | $304.90 | | | | | John J. Ray III |
| 05/04/23 | Lodging in Wilmington DE for May 4 bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 05/04/23 | Wilmington DE May 4 bankruptcy hearing, breakfast for one | | | | $25.00 | | John J. Ray III |
| 05/04/23 | Car service from hotel to airport for May 4 bankruptcy hearing | | | $128.27 | | | John J. Ray III |
| 05/07/23 | United Airlines one way coach flight, home to LGA for meetings with S&C and third parties | $301.85 | | | | | John J. Ray III |
| 05/07/23 | Lodging in NYC for meetings with S&C and third parties | | $0.00 | | | | John J. Ray III |
| 05/07/23 | Car service from LGA to NYC hotel for meetings with S&C and third parties | | | $93.19 | | | John J. Ray III |
| 05/08/23 | Lodging in NYC for meetings with S&C and third parties | | $0.00 | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 05/08/23 | PACER fees | | | | | $42.30 | John J. Ray III |
| 05/09/23 | Lodging in NYC for meetings with S&C and third parties | | $0.00 | | | | John J. Ray III |
| 05/09/23 | Car service from NYC hotel to LGA from meetings with S&C and third parties | | | $110.03 | | | John J. Ray III |
| 05/10/23 | Parking at BNA from meetings with S&C and third parties | | | $122.00 | | | John J. Ray III |
| 05/10/23 | WiFi Onboard | | | | | $17.95 | John J. Ray III |
| 05/25/23 | Shipping documents to S&C (W Piazza) | | | | | $67.34 | John J. Ray III |
| **Total Amount for Period:** | | **$911.75** | **$350.00** | **$589.76** | **$25.00** | **$144.59** | |