# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |
| ALAMEDA RESEARCH LTD.; FTX TRADING LTD.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>VOYAGER DIGITAL, LLC; HTC TRADING INC.,<br><br>　　　Defendants. | Adv. Pro. No. 23-50084 (JTD) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Potter Anderson & Corroon LLP hereby withdraws its appearance as counsel to Voyager Digital Ltd., Voyager Digital Holdings, Inc., Voyager Digital, LLC and affiliates, and McDermott Will & Emery LLP is hereby substituted as counsel to the Plan Administrator (the "Plan Administrator") as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC, the Wind-Down Debtors, pursuant to the confirmed *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Pursuant to Chapter 11 of the Bankruptcy Code*, Case No. 22-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) [Docket No. 1166-1].

Dated: Wilmington, Delaware
June 20, 2023

| | |
|---|---|
| */s/ Aaron H. Stulman* | */s/ Maris J. Kandestin* |
| Christopher M. Samis (I.D. No. 4909) | Maris J. Kandestin (I.D. No. 5294) |
| Aaron H. Stulman (I.D. No. 5807) | **MCDERMOTT WILL & EMERY LLP** |
| Sameen Rivzi (I.D. No. 6902) | The Nemours Building |
| **POTTER ANDERSON & CORROON LLP** | 1007 North Orange Street, 10th Floor |
| 1313 North Market Street, 6th Floor | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 485-3900 |
| Telephone: (302) 984-6000 | Fax: (302) 351-8711 |
| Fax: (302) 651-7701 | Email: mkandestin@mwe.com |
| Email: csamis@potteranderson.com | |
| astulman@potteranderson.com | |
| srivzi@potteranderson.com | |
| | —and— |
| | Darren Azman (*pro hac vice* motion pending) |
| | John J. Calandra (*pro hac vice* motion pending) |
| | Joseph B. Evans (*pro hac vice* motion pending) |
| | Elizabeth Rodd (*pro hac vice* motion pending) |
| | **MCDERMOTT WILL & EMERY LLP** |
| | One Vanderbilt Avenue |
| | New York, New York 10017-3852 |
| | Telephone: (212) 547-5400 |
| | Fax: (212) 547-5454 |
| | E-mail: dazman@mwe.com |
| | jcalandra@mwe.com |
| | jbevans@mwe.com |
| | erodd@mwe.com |
| *Withdrawing Counsel to Voyager Digital Ltd., Voyager Digital Holdings, Inc., Voyager Digital, LLC and affiliates* | *Counsel for Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)* |

2