# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION OF JOHN J. CALANDRA

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission pro hac vice of John J. Calandra of the law firm McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, New York 10017, to represent the Plan Administrator as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC, the Wind-Down Debtors, pursuant to the confirmed *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, Case No. 22-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) [Docket No. 1166-1], in the above-captioned case.

Dated: June 20, 2023

*/s/ Maris J. Kandestin*
Maris J. Kandestin (Del. Bar No. 5294)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:         mkandestin@mwe.com

*Counsel for Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the State of New York, the United States District Courts for the District of Columbia and the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Second Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  June 20, 2023

*/s/ John J. Calandra*
John J. Calandra
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone:    (212) 547-5489
Facsimile:     (212) 547-5444
Email:           jcalandra@mwe.com

*Counsel for Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)*