

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**SPCP Group, LLC**

Name and Address where notices and payments to transferee should be sent:
**SPCP Group, LLC**
**Attn: Operations**
**2 Greenwich Plaza, First Floor**
**Greenwich, CT 06830**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 2030 | Name (Redacted) | $1,759,074.73 | FTX Trading Ltd. | 22-11068 |
| Debtor Schedule No. 00552649 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: June  20  , 2023

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00552649
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ADABULL[0.0000000016000000]
BTC[0.0145459936309149]
ETH[0.0000000018311057]
FIDA[0.0000000100000000]
FTT[150.0104595219521872]
LTC[0.0000000006022250]
OXY_LOCKED[586149.9045803500000000]
SRM[14.7215481700000000]
SRM_LOCKED[289.9141346900000000]
TRX[0.0012010000000000]
USD[0.0001986800965699]
USDC[1271315.0024997000000000]
USDT[487393.0098263591674402]