# K5 Global Transaction
*Exhibit A*

