# Mount Olympus Transaction
*Exhibit B*

