# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) ) | Jointly Administered<br><br>**Related to Docket No. 1632** |

### CERTIFICATION OF COUNSEL REGARDING (A) NO OBJECTION; AND (B) REVISED PROPOSED ORDER APPROVING MOTION OF THE PYTH DATA ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

I, Mark Minuti, co-counsel to the Pyth Data Association ("**PDA**"), hereby certify, as follows:

1. On June 14, 2023, PDA served and filed the *Motion of the Pyth Data Association for Relief from the Automatic Stay* [D. I. 1632] (the "**Motion**"). Pursuant to the Notice of Motion filed with the Motion, objections, if any, to the entry of an order approving the Motion were to be served and filed on or before June 21, 2023 (the "**Objection Deadline**").

2. The Objection Deadline has passed and, other than as set forth below, no formal or informal objections to the Motion were filed or served on the undersigned counsel by the Objection Deadline or otherwise.

3. Prior to the Objection Deadline, the Official Committee of Unsecured Creditors (the "**Committee**") raised certain questions with respect to the relief requested in the Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

41758361.1

-2-

4.  Counsel for PDA and the Committee were able to address the Committee's questions by agreeing to certain changes to the proposed order approving the Motion.

5.  Attached hereto as **Exhibit A** is a revised proposed *Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay* (the "**Proposed Order**") which includes the changes that address the Committee's questions.

6.  Attached hereto as **Exhibit B** is a redline copy of the Proposed Order reflecting the changes to the Proposed Order from the version of the proposed order filed with the Motion.

7.  Given the lack of any objection to entry of the Proposed Order, PDA would respectfully request that the Court sign the attached Proposed Order and direct that it be docketed.

8.  Of course, we are available to discuss these matters at the Court's convenience.

Dated: June 22, 2023               Respectfully submitted,

**SAUL EWING LLP**

By:    */s/ Mark Minuti*
       Mark Minuti (DE Bar No. 2659)
       1201 N. Market Street, Suite 2300
       P.O. Box 1266
       Wilmington, DE 19899
       Telephone: (302) 421-6800
       Fax: (302) 421-6813
       mark.minuti@saul.com

       *Counsel for Pyth Data Association*

41758361.1