# EXHIBIT B

**Blackline Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,[1]<br>    Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Related to Docket No. ──1632** |

**ORDER GRANTING MOTION OF PYTH DATA
ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the consideration of the *Motion of Pyth Data Association for Relief from the Automatic Stay* [D.I. 1632] (the "Motion")[2] for entry of an order granting the PDA relief from the automatic stay in these Chapter 11 Cases under section 362(d) of the Bankruptcy Code, as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having found, upon the evidence submitted, that 99.25% of the Original PYTH was custodied in the

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

FTX Pyth Wallet and not transferred prior to the Petition Date, and 0.75% of the Original PYTH was held in self-custodied wallets by non-Debtor holders; and the Court having determined that the legal and factual bases set forth in the Motion, including the Debtors' consent to the requested relief, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay imposed in these Chapter 11 Cases by section 362(a) of the Bankruptcy Code, to the extent applicable, is hereby modified to allow the Reminting Plan to occur as set forth in the Motion.

3. Any Reminting Plan must (i) provide that the Debtors and their affiliates shall receive, for no payment, New PYTH in an amount equal to the percentage of Original PYTH that the Debtors and their affiliates owned as of the Petition Date, (ii) include reasonable and customary customer identification procedures that holders of Original PYTH will be required to satisfy in order to receive New PYTH, and (iii) provide that the New PYTH to be received by the Debtors and their affiliates shall not be subject to any trading restrictions or contractual lock-ups that are more restrictive than the trading restrictions or contractual lock-ups applicable to the Original PYTH owned by the Debtors and their affiliates in effect as of the Petition Date.

4. Following the completion of the Reminting Plan, a representative of the PDA shall file a declaration with the Court stating that the PDA has endorsed New PYTH and Original PYTH has no functionality on the Pyth Protocol.

5. ~~3.~~ The relief from the automatic stay shall be effective immediately upon entry of this Order and the 14-day stay provided in Bankruptcy Rule 6004(h) shall not apply.

6.    ~~4.~~ This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Document comparison by Workshare Compare on Wednesday, June 21, 2023 3:41:44 PM

| Input: | |
|---|---|
| Document 1 ID | file://\\chi-us-file-01\Users$\etrotz\Desktop\Pyth - Stay Relief Proposed Order [as filed].DOCX |
| Description | Pyth - Stay Relief Proposed Order [as filed] |
| Document 2 ID | file://\\chi-us-file-01\Users$\etrotz\Desktop\Pyth - Stay Relief Proposed Order [Katten comments].docx |
| Description | Pyth - Stay Relief Proposed Order [Katten comments] |
| Rendering set | Firm Word - Adds Double Underline, Delete Strikethrough |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 9 |
| Deletions | 3 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 12 |