IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>FTX Trading Ltd., et al.,<br>*Debtors*.[1] | Chapter 11<br>Case No. 22-11068-JTD<br>(Jointly Administered) |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

    Bloomberg L.P.; Dow Jones & Company, Inc.; The New York Times Company; and The Financial Times Ltd.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    For appeals in an adversary proceeding.
    ❑ Plaintiff
    ❑ Defendant
    X Other (describe): Media Intervenors

    For appeals in a bankruptcy case and not in an adversary proceeding.
    ❑ Debtor
    ❑ Creditor
    ❑ Trustee
    ❑ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: June 15, 2023 order of the U.S. Bankruptcy Court for the District of Delaware, granting, in part, the motion of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors over the objections of Media Intervenors-Appellants and the U.S. Trustee, and authorizing the redaction of the names, addresses and e-mail addresses of Debtors' customers from any filings with the Court for a period of at least 90-days pursuant to Bankruptcy Code Section 107(b)(1); and (b) the permanent redaction of the names of Debtors' customers who are natural persons from all

---

[1] FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

filings with the Court pursuant to Bankruptcy Code Section 107(c)(1).  *See* Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals, D.I. 1643. A true and correct copy of the June 15, 2023 order is attached hereto as Exhibit A.

2.  State the date on which the judgment, order, or decree was entered:  June 15, 2023.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Debtors and Debtors-in-Possession:
    Adam G. Landis, Esquire
    LANDIS RATH & COBB, LLP
    919 Market Street
    Suite 1800
    Wilmington, Delaware 19801
    302-467-4400

    Brian D. Glueckstein, Esquire
    SULLIVAN & CROMWELL, LLP
    125 Broad Street
    New York, New York 10004
    212-558-4000

US Trustee:
    Juliet M. Sarkessian, Esquire
    OFFICE OF THE UNITED STATES TRUSTEE
    UNITED STATES DEPARTMENT OF JUSTICE
    844 King Street
    Suite 2207, Lockbox 35
    Wilmington, Delaware 19801
    302-573-6491

Ad Hoc Committee of Non-US Customers of FTX.com
    David A. Wender, Esquire
    EVERSHEDS SUTHERLAND (US), LLP
    999 Peachtree Street, NE
    Suite 2300
    Atlanta, Georgia 30309
    404-853-8175

Official Committee of Unsecured Creditors:
    Kenneth Pasquale, Esquire

Isaac Sasson, Esquire
PAUL HASTINGS, LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000

<u>Media Intervenors:</u>

David L. Finger
FINGER & SLANINA, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
302.573.2525

KatieLynn B. Townsend, Esquire (pro hac vice)
REPORTERS COMMITTEE FOR FREEDOM OF
 THE PRESS
1156 15th Street, NW
Suite 1020
Washington, DC 20005
202.795.9300

A list of all parties and attorneys that have entered appearances in this matter according to PACER is attached hereto as Exhibit B and incorporated by reference herein.

|  | Respectfully submitted, |
|---|---|
| Dated: June 22, 2023 | /s/ David L. Finger |
|  | David L. Finger (ID #2556) |
|  | FINGER & SLANINA, LLC |
|  | One Commerce Center |
|  | 1201 N. Orange St., 7th fl. |
|  | Wilmington, DE 19801 |
|  | 302.573.2525 |

Katie Townsend (pro hac vice)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
ktownsend@rcfp.org

*Counsel for Media Intervenors*