**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF
DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN
POSSESSION PURSUANT TO SECTIONS 327(A) AND 328
OF THE BANKRUPTCY CODE NUNC PRO TUNC TO THE PETITION DATE**

Edgar W. Mosley II, being duly sworn, hereby states as follows:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration (this "Second Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's retention in these chapter 11 cases. Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.   The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

2.      On November 11, 2022 and November 14, 2022 (as applicable, the "Petition Date"),[3] FTX Trading Ltd. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

3.      On December 21, 2022, the Debtors filed their *Application for an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* [D.I. 273] (the "Application") and attached thereto was my declaration of support of the Application (the "Original Declaration"). On January 19, 2023, the Debtors filed a supplemental declaration in support of the Application [D.I. 528] (the "First Supplemental Declaration" and together with Original Declaration, the "Prior Declarations").

4.      On January 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* [D.I. 534].

5.      I submit this Second Supplemental Declaration to disclose certain additional information which has come to my attention since the filing of the Prior Declarations. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

## ADDITIONAL POTENTIAL PARTIES IN INTEREST

6.      In connection with its proposed retention by the Debtors in this case, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have

---

[3]     November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

arisen or been discovered. In connection therewith, it has come to A&M's attention that the entities identified on Schedule A hereto ("New Parties") are parties involved in the Debtors' chapter 11 cases who were not identified on Schedule A to the Original Declaration. The New Parties together with the parties identified on Schedule A to the Original Declaration are hereinafter referred to as the "Potential Parties in Interest".

7.      Based on the Firm Procedures described in the Original Declaration, the relationships with the New Parties are identified on Schedule B hereto.

8.      Based on the results of its review, to the best of my knowledge, except as set forth herein or in the Prior Declarations, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

### ADDITIONAL DISCLOSURES

9.      As contemplated by A&M's Engagement Letter, A&M and FTX EU Ltd. entered into the Standard Contractual Clauses attached hereto as Exhibit A.

10.      A&M's affiliate, Alvarez & Marsal Financial Industry Advisory Services, LLC ("A&M FIAS"), was engaged by Potential Party in Interest Silvergate Bank and/or its parent company Silvergate Capital Corporation (collectively, "Silvergate") to provide certain consulting services, including preparation of financial analyses, in matters unrelated to the Debtors. A&M FIAS and Silvergate agreed that A&M FIAS would not advise Silvergate on issues adverse to the Debtors. In addition, in an abundance of caution, A&M has instituted an information barrier to ensure that confidentiality of information is protected and that the engagements are not cross-staffed. The engagement is now complete.

11.      An A&M affiliate employee, Jack Faett, who is on the A&M team providing services to the Debtors, is related to a partner at Morgan & Morgan, a professional in the Debtors'

3

chapter 11 cases. Mr. Faett has been instructed not to have discussions about the Debtors or these cases with his relative and he has agreed to comply.

12.     An A&M employee, Chris Sullivan, who is on the A&M team providing services to the Debtors, discovered that he had an account with the Debtors containing approximately $7,000. Mr. Sullivan had also moved approximately $9,000 out of the account in the 90 days pre-petition and has agreed to waive his rights to any balance in the account.

13.     An A&M employee, Daniel Sagen, who is on the A&M team providing services to the Debtors, discovered that he had an account with the Debtors containing approximately $18. He withdrew approximately $5,500 in the 90 days pre-petition and has also waived his rights to any balance in the account.

14.     Kurt Knipp is a director of West Realm Shires, Inc. and certain other affiliates of the Debtors. Mr. Knipp was an A&M employee between 2016 and 2019.

15.     To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party in interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated this 23rd day of June, 2023

By: *Edgar W. Mosley II*
Edgar W. Mosley II
Managing Director

# Schedule A

**FTX Trading – Redacted Parties in Interest[1]**

**363 Sales Parties**

7Ridge

ACX

Alphapoint

Anya Torres

Belinda Meruelo

BitPanda

Blockdaemon

BSQ Capital

CMC Markets

CoinDCX

DNA Capital

Docomo

Enhanced Digital

Euroclear

Flow Traders

Galaxy Digital

Gamepay

INX

JC Flowers

Jing Shi

Joffre Capital

LMAX Group

Miguel Echemendia

Mingxing Xi

Nasdaq

Newco/ LedgerX Acquisitions

Noia

NYDIG

OKC Holdings Corporation

OKC USA Holding Inc.

OKCoin

Outlander Capital

Palm Ventures

Rakuten

REAZON

Richard Meruelo

Ripple Labs, Inc.

Robinhood

StoneX

Sygnum

Thunderbridge

TMX

Tribe Capital

USA Opportunity Income One, Inc.

Xpansiv

Z Holdings / Yahoo

**Investments/Acquisition**

42 LABS INC.

6529 CAPITAL GP LLC

80 ACRES URBAN AGRICULTURE, INC.

ACE LUCK INTERNATIONAL LIMITED

AGILE GROUP FUND A

Agile Group Pty. Ltd.

ALLIANCE LABS LTD.

Altimeter

ANCHOR LABS, INC.

ANTHROPIC, PBC

APE RAVE CORP.

ARCANA ANALYTICS, INC.

ARCHAX HOLDINGS LTD

ARMOR DAO

ARTEMIS ANALYTICS INC.

AU SPECIAL INVESTMENTS II, L.P.

Avara Labs

AVY ENTERTAINMENT, INC.

AXELAR FOUNDATION

BASIS YIELD CORP

BEIJING BANBO TECHNOLOGY CO., LTD.

BEIJING PLANET NODE COMMUNICATION CULTURE CO., LTD.

BENGINE, INC.

BETDEX LABS, INC.

BİLİRA TEKNOLOJİ ANONİM ŞİRKETİ

BITW: Bitwise 10 Crypto Index Fund

BLACK HOLE INDUSTRIES

BlackRock Inc

BLADE LABS INC.

BLOXROUTE LABS, INC.

BLUE HORIZON GLOBAL CORP

BO TECHNOLOGIES LTD.

Bond III

BONZAI PROTOCOL LTD.

BULLET GALAXY LABS LTD.

BUZZ DEVELOPMENT INC

CELESTIA FOUNDATION

ChainTimes Fintech Limited

CHILLCHAT HOLDINGS PTE. LTD.

CHINGARI HOLDINGS LTD.

---

[1] Pursuant to the Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1643], the names of customers are redacted.

Chipper Cash

COFFEE TO CODE TECHNOLOGIES PTE. LTD.

COIN Finance Limited

COMBAT LAB, INC.

CONCURRENT C INC

CONTRARIAN DEFI LLC

CONTXTS.IO INC

CREATOROS INC.

CRIPCO PTE. LTD.

CRY AI DEVELOPMENT ASSOCIATION LTD.

CRYPTOMIND LAB PTE. LTD

CURATED NFTS GP, LLC

CYBERPREP CORP

DAPPBASE PTY LTD

DAPPBASE VENTURES LIMITED

DAVE Class A Common Stock

DEFI ALLIANCE DELAWARE FEEDER I LP

DELTA ONE LABS, CORP.

DGTAL LABS LIMITED

DGTAL RESEARCH INC.

Docs I18N, Inc.

DOODLES SUPER HOLDCO, LLC

DRIVEWEALTH HOLDINGS, INC.

DTRADE LABS INC.

EIZPER

ENTROPY PROTOCOL LTD.

ETCG: Grayscale Ethereum Classic Trust (ETC)

ETHE: Grayscale Ethereum Trust ETF

ETHOS INVESTMENTS XII LLC

EUCLID LABS, INC.

EVOSVERSE LTD

FAIRSIDE NETWORK LLC

FANATICS HOLDINGS, INC.

FBH CORPORATION

FOLKVANG, SRL

Fractal Network Ltd.

FRIKTION LABS INC.

FTX Japan

FTX VENTURES BAHAMAS LIMITED

FUND II, A SERIES OF TOY VENTURES, LP

FUTARCHY RESEARCH LIMITED

FUTURE FUTURE LABS LTD.

GAMECHAIN LTD.

GAMERGAINS LAB, INC.

GENESIS BLOCK LIMITED

GGX PROTOCOL LIMITED

Grayscale Bitcoin Trust (BTC)

Grayscale Digital Large Cap Fund LLC

GREENPARK SPORTS, INC.

HATEA LOOP LTD.

HUMBLEFRENS LTD

J DIGITAL 6 CAYMAN LTD.

JET PROTOCOL HOLDINGS LLC

JITO NETWORK INC.

KABOMPO HOLDINGS, LTD.

KAILAASA INFOTECH PTE LTD

KEPLER SPACE INDUSTRIES LIMITED

KINDERGARTEN VENTURES FUND II

KRESUS LABS, INC.

KUROSEMI INC.

LAB3 TECHNOLOGY LIMITED

LIGHTBEAM DATA LABS INC.

LIGHTSPEED FACTION FUND I, LP

Liquid 2

LN SPORTS & HEALTH TECH FUND (GP), LLC

LTCN: Grayscale Litecoin Trust (LTC)

LTIC, INC.

LUXON CORPORATION

MATIC NETWORK

MATILOCK, INC.

MCDEX FOUNDATION LTD

MERGE HOLDINGS LTD

MESSARI HOLDING INC.

METALINK LABS, INC.

METAMAGNET LIMITED

METAPLAY8 LIMITED

MINA FOUNDATION LTD.

MINT I, A SERIES OF CURATED NFTS, LP

M-LEAGUE PTE. LTD.

MOJOVERSE, INC.

MPC TECHNOLOGIES PTE LTD

MULTISAFE, INC.

MYTHICAL, INC.

NEAR FOUNDATION

NEKOVIA LABS LIMITED

NESTCOIN HOLDING LIMITED

NEXUS PRO, INC.

NGM WORLD LIMITED

NODE GUARDIANS LIMITED

Noom Limited

NURAL CAPITAL FIRST LIGHT

NURAL CAPITAL FIRST LIGHT (US) LP

O'LEARY PRODUCTIONS USA LLC

ODYSSEY TECHNOLOGIES LIMITED

ORDERLY NETWORK LTD

OTC SERVICES LTD.

OVEX PROPRIETARY LIMITED

PACE HEALTH PTE. LTD.

PANGEA FUND I LP

PANTERA BLOCKCHAIN GP LLC

PARADIGM CONNECT HOLDINGS, LLC

PARADIGM ONE

PARADIGM ONE GP, LLC

PARASTATE FOUNDATION LTD

PARASWAP LABS

PARROT PROTOCOL.

PIER3 VENTURES LIMITED

Pintu

PINTU INVESTMENTS ONE PTE. LTD.

PIONIC VENTURES LLC

PORTALS LABS, INC.

PORTTO CO.

PRAGMA PLATFORM, INC.

Prime Round Ltd

PROTEGO TRUST COMPANY

PT TRINITI INVESTAMA BERKAT

REBITTANCE INC.

REFRACTOR, INC.

RUBIN GLOBAL LIMITED

SAMUDAI TECHNOLOGIES PTE LTD

SANDAI LIMITED

SATORI RESEARCH INTERNATIONAL HOLDINGS LIMITED

SCHF (GPE), LLC

SCHF CAYMAN, L.P.

SECURE INC.

Sequoia Heritage

SERUM FOUNDATION

SINTRA LABS, INC.

SIPHER JSC LIMITED

SKY MAVIS PTE. LTD.

SKYBRIDGE CAPITAL II, LLC

SKYBRIDGE COIN FUND LP

SMILE RESEARCH LIMITED

SOBA STUDIOS, INC

SOCIAL RESEARCH

SOJ TRADING LTD.

SOTERIA FZCO

SPACE METAVERSE AG

SPOAK, INC

STACKED FINANCE CORPORATION

STARKWARE INDUSTRIES LTD.

STEP FINANCE PROJECT

STOKE SPACE TECHNOLOGIES, INC.

SUBSPACE LABS, INC.

SUNDAESWAP LABS, INC.

SUNLIGHT PROJECT LIMITED

SWIM PROTOCOL LTD

SYNDICA INC.

SYNTHETIFY LABS SP. Z.O.O.

TALEVERSE ENTERTAINMENT STUDIOS, INC.

THE METAPLEX FOUNDATION

TIPLINK CORP

TORUS LABS PRIVATE LIMITED

TRADEWIND MARKETS, INC.

TRANSFERO SWISS A.G.

Tripledot Studios Limited

TWENTY-SECOND CENTURY DORA TECHNOLOGY HOLDINGS, INC.

UMEE LABS INC.

UPBOTS GMBH

VAUS LIMITED

Vosbor Exchange B.V.

WAEV LABS INC.

WEBUTECH PTE. LTD.

WENEW, INC. - parent co Yuga Labs, Inc

WIZARDSARDINE, LDA.

WIZPACE

WORLDSPARK STUDIOS, INC.

WUM.BO INC.

XDEFI TECHNOLOGIES LTD

XTERIO FOUNDATION

ZERO ONE PROTOCOL INC.

**Ad Hoc Committee (Non US Customers of FTX.com)**

Venable LLP

**Notice of Appearance**

Cadian Group Co.

Emergent Fidelity Technologies, Ltd.

Grant Kim

New Jersey Bureau of Securities

Oracle America, Inc.

Peter Kim

**Banks/Lenders/UCC Lien Parties/Administrative Agents**

ANCHORAGE LENDING CA, LLC

ANCHORAGE LENDING, LLC

Ashla International Inc

Bittrex, Inc.

BLOCKCHAIN ACCESS UK LTD

Digital Gamma

Emerchantpay

Etana Custody

First Republic Bank

Galago Holdings Limited

Genesis Global Capital, LLC

LIGHTSPEED VENTURE PARTNERS IX, L.P.

Matrix Port Technologies (Hong Kong) Limited

MIAMI INTERNATIONAL HOLDINGS, INC.

Middletown Valley Bank

| | |
|---|---|
| Nexo Capital | Name On File |
| San Juan Mercantile Bank & Trust | Name On File |
| SBI | Name On File |
| SBI Clearing Trust | Name On File |
| SLEMMER, DOUGLAS | Name On File |
| SMART RIVER INVESTMENTS LIMITED | Name On File |
| Sparkasse Hannover | Name On File |
| SPRING LAKE 5, LLC, ET AL | Name On File |
| Stanford Federal Credit Union | Name On File |
| Tesseract Group Oy | Name On File |
| TILLYAEV, TIMUR, ET AL | Name On File |
| Trade Station | Name On File |
| Transactive Systems | Name On File |
| VanEck ETP AG | Name On File |
| Vietcombank | Name On File |
| Ziraat Bankasi | Name On File |
| **Bankruptcy Professionals** | Name On File |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | Name On File |
| Morgan & Morgan | Name On File |
| Owl Hill Advisory | Name On File |
| RLKS Executive Solutions LLC | Name On File |
| **Scheduled Claimant** | Name On File |
| Deltec International Group | Name On File |
| Fried, Barbara | Name On File |
| LYNN NGUYEN | Name On File |
| SEBASTIAN RAMIREZ | Name On File |
| Valdez K. Russell | Name On File |
| Weiyi Xia (Iris) | Name On File |
| **Contract Counter-Parties** | Name On File |
| Caesars Entertainment | Name On File |
| Caesars Palace Las Vegas | Name On File |
| Cal Bear Sports Properties, LLC | Name On File |
| Creator Agency LLC on behalf of The Ice Coffee Hour | Name On File |
| Echo Marketing | Name On File |
| ENK Group Limited - dba Ericka Kullberg LLC | Name On File |
| GCKM LLP | Name On File |
| Latte Larry Inc. | Name On File |
| Laureus / NO Play Academy | Name On File |
| LFG NFTS, Corp. | Name On File |
| NAOMI OSAKA, LLC | Name On File |
| Nathan Sloan | Name On File |
| Nerdwallet, Inc | Name On File |
| NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | Name On File |
| Ohana Experience, LLC. | Name On File |
| Pentoshi | Name On File |
| Tilbury Multi-Media Ltd | Name On File |
| Tomorrowland | Name On File |
| **CUSTOMERS** | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

**Director/Officer**

| | |
|---|---|
| Name On File | Adebayo Samuel Juwon |
| Name On File | Amy Wu |
| Name On File | Atsushi Taira |
| Name On File | BURÇAK ÜNSAL |
| Name On File | Chen Sook Mae |
| Name On File | Colette Daniele Vanessa Gaudechon Ep Tournadre |
| Name On File | Johannes van Zeijts |
| Name On File | Kathryn Schultea |
| Name On File | Kurt Knnip |
| Name On File | Larissa Jane Deacon |

Line Holdings Limited

Line Secretaries Limited

Mary H. Cilia

MATHILDE BROUSTAU EP TAVERNE

Matsack Nominees Limited

Max Hartmut

Maxwell Wood

Metered Limited

Patricia P Ragupathy

Philippe Taverne

Raj Perubhatla

Romanos Secretarial Limited

## Donations

American Patriots PAC

BAPTIST HEALTH SOUTH FLORIDA FOUNDATION

BRINK TECHNOLOGY

CARBONPLAN

CHILDREN'S HEALTHCARE OF ATLANTA INC

DOZY INC

FTX PHILANTHROPY INC.

GIVE FOUNDATION

GUARDING AGAINST PANDEMICS, INC.

Humanity 2.0 Foundation

INTERNATIONAL POLICY NETWORK

NEW VENTURE FUND

NEWORLD ONE BAY STREET

NORTH VALLEY COMMUNITY FOUNDATION

PHIL AND AMY MICKELSON FOUNDATION

Planning for Tomorrow

RALLY FOUNDATION INC

SUSAN G KOMEN BREAST CANCER FOUNDATION

THE GOOD FOOD INSTITUTE, INC.

THE SALVATION ARMY (ATLANTA)

## Insurance

Ascot Specialty Insurance Company

Edgewood Partners Insurance Center

Evanston Insurance Company

Gotham Insurance Company

HDI Global Specialty SE

Lloyd's America, Inc. / Beazley Syndicate

Lloyd's America, Inc. / Hiscox Syndicate

## Interested Parties

20VC

Abu Dhabi Investment Council Company P.J.S.C.

Al Nawwar Investments RSC Limited

Apex Fintech Solutions Inc.

Binance.US

Cadenza

Cantor Fitzgerald Technology Markets LLC

Children's Hospital of Austin

Clear Street Holdings LLC

Clouty, Inc.

Digital Augean, LLC

FinTech HQ Inc.

Galaxy Digital Holdings Limited Partnership (a/k/a Galaxy Digital Holdings Ltd

Greycroft

Hack VC Management, LLC

Industry Ventures

Kalshi, Inc.

LMAX Exchange Group Limited

M 7 Holdings, LLC

Mercury Technologies, Inc.

Oak HC/FT Management Company LLC

Oasis Pro, Inc.

Offchain Labs, Inc. (Arbitrum)

Raine Group

Reazon Holdings, Inc.

Road Capital Management LP

Robert S. Murley

Robinhood Markets, Inc.

SALT Fund Management, LLC

Sharegain Ltd

SoFi Technologies, Inc.

State of Wisconsin Investment Board

SVB Financial Group

Tatiana Koffman

Tipranks

Treasury Fund Management LLC

Tribe Capital Management LLC

University of Wisconsin Foundation

Vestwell Holdings Inc.

Walton Enterprises

Wedbush Financial Services, LLC

## Known Affiliates - JV

BCOIN DIGITAL ASSETS LTD

BCOIN TECHNOLOGY & CO. AG

BINARY TECHNOLOGY & CO. AG

DIGITAL DERIVATIVES GMBH

EMBED CRYPTO LLC

FTX GENERAL PARTNERS AG

## LANDLORDS

Brickell LLC

Büchel Holding AG

Executive Centre Security

Liecht Business Center

Regus Japan Holdings K.K. - (PARENT CO Mitsubishi Estate)

Regus KK

## Litigation

AARON SALIM

ALLEN CHUM

Austin Onusz

Benjamin Armstrong

Bybit Fintech Limited

Cedric Kees Van Putten

Even Singh Luthra

GARY RAMM

Hamad Dar

JULIE SCHOENING

LINLI KWEK

Nicholas J. Marshall

Rebecca Gallagher

SRO TREUHANDSUISSE

Trademark Trial and Appeal Board

**Ordinary Course Professionals**

Ali Budiardjo, Nugroho, Reksodiputro

Harney Westwood and Riegels LP

**Other Significant Creditors**

AdEx Network OÜ

ALAMEDA RESEARCH PARTNERSHIP

aleph.im

APOLLO CAPITAL OPPORTUNITIES FUND LTD

Apricot Platform Limited

Avalanche (BVI), Inc.

BAY CREST LTD.

BAYTECH GROUP INC.

BitBrawl INC

BlockFi Lending LLC

BlockFills

BLUE CIRCLE FOUNDATION

CARRIBEAN INVESTIGATIVE NETWORK LTD

Changpeng Zhao

Chilling Group Ltd.

Coin98 Labs Ltd

Compound Capital Partnes

COTTONGROVE TRADING LIMITED

COTTONWOOD MANAGEMENT COMPANY LIMITED

Dacoco GmbH

DIGITAL GAMING FOUNDATION

DIGITAL GAMING HOLDING INC.

DUX (BVI) Ltd

EMERGENT FIDELITY TECHNOLOGIES LTD.

EYEWITNESS SYSTEMS LTD.

FC BLOCKCHAIN PANAMA, S.A.

FINFINITY APEX LIMITED

Flow Foundation, c/o International Corporation Services Lt

FRAMEWORK CONSULTING LTD.

FTX FBF LLC

FTX INTERNATIONAL CORP.

FTX INTERNATIONAL FOUNDATION

FTX US PIONEER INC

FUNDACIÓN DE BLOCKCHAIN PANAMA

GenesysGo Network Solutions

GROVE WESTMONT INC.

Guardians Guild Limited

HUMAN PROTOCOL FOUNDATION

HXRO GAMES, INC.

INCENTIVE ECOSYSTEM FOUNDATION

Infinity Conflomerate Group

INGRAHAM CONSULTING PTE LTD

itBit PTE. LTD (Paxos)

JONDAL PARTNERS PTE LTD

KIK INTERACTIVE INC.

KING SIRIUS LIMITED

KUJI CORP.

LANIAKEA INC.

LEDGERPRIME DIGITAL ASSET OPPORTUNITIES OFFSHORE FUND

Lemon Fund

LITTLE HARBOUR LTD.

LooksRare

Manticore Securities AS

Mars Voyage Limited

MBG LLC

Mean Labs Limited

Mempool Flying Club

MetisLab Foundation Ltd

Mojito Markets S.A

NEBULAR COACH LLC

Nerf Design Inc

NINJA EPOCH LIMITED

NMFV Tech Limited

Nocturn Venture Partners Limited

Nodle Limited

NORTON HALL LTD

NOVA TREASURE PTE LTD

Off the Chain Defi Ltd.

OliveX (BVI) Limited

OMG Foundation

Phala Ltd c/o Setus Incorporations (BVI) Limited

PINETREE EAST INC.

Provenance Blockchain Foundation

PTU Technologies Ltd.

QORPO s.r.o.

Realy Metaverse Ltd

RIPPLE LABS, INC.

Robert Paulsen Limited

Secret Foundation, Inc

Shen Bo

Socios Technologies AG

Stake Technologies PTE. LTD

StarLaunch Labs Ltd

Sunlight Project Limited

The Compendium Foundation

THE GRANADA LTD

TOBY CONSULTING SERVICES INC.

UNSpecified, INC

VSOW Limited

Waterfall Foundation

WHIRL CASA LIMITED

Zulu Republic Gmbh

RED POINTS SOLUTIONS S.L.

SOL STORES (SOLANA SPACES-SOLANA LABS, INC.)

SPACEWELL INTERIORS LLC

STREAMLINE PARTNERS LLC

T Sutat

TONGLE X LLC DBA VUI CONSULTING

TRICOR KK

TRIDENT SECURITY SOLUTIONS, LLC

TURNER NETWORK TELEVISION

Wasserman Media Group

WASSERMAN MEDIA GROUP LLC

WASSERMAN MUSIC LLC

Zelos Audit Firm

**Taxing Authority/Governmental/Regulatory Agencies**

CySEC Cyprus (EEA-wide Passported License)

Financial Crimes Enforcement Network (FinCEN)

**UCC Professionals**

Debevoise and Plimpton

InCorp Global

JEFFERIES FINANCIAL GROUP INC.

Paul Hastings LLP

Young Conaway Stargatt & Taylor, LLP

**Vendors**

BALLOTREADY, INC.

COLLINS ANDREW JOHN

Elite Foundations Pension Plan

Fairview Asset Management LLC

HERBERT SMITH FREEHILLS

HOKO AGENCY MIDDLE EAST FZ LLC

Japan Employee's Pension Insurance (EPI)

JET WALLET LLC

Konkrit Accounting Services

LAURA VIDIELLA

Links HR Singapore Pte. Ltd.

Mandatory Provident Fund (Hong Kong)

MARGARITAVILLE BEACH RESORT

Mazars Group

MFRO Inc

MONUMENTAL SPORTS & ENTERTAINMENT

Moore Stephens CPA Limited

NAV Consulting

OTC Service AG

OTTER AUDITS LLC

PARADIGM ONE LP

Parker Russell

Premio Consult

PRICEWATERHOUSECOOPERS

PSYOP PRODUCTIONS INC

RAY BLOCH PRODUCTIONS INC

**Schedule B**

**FTX Trading – Redacted Schedule B**

**Current and Former Clients of A&M and/or its Affiliates** [1]
Anchor Labs, Inc.
Apollo Capital Opportunities Fund Ltd.
Name On File
Name On File
Bittrex, Inc.
BlackRock Inc.
Blue Circle Foundation
Caesars Palace Las Vegas
Cantor Fitzgerald Technology Markets LLC
Euroclear
First Republic Bank
Flow Traders
Give Foundation
Harney Westwood and Riegels LP
HDI Global Specialty SE
Herbert Smith Freehills
INX
Name On File
Jefferies Financial Group Inc.
Kik Interactive Inc.
Lloyd's America, Inc. / Beazley Syndicate
Lloyd's America, Inc. / Hiscox Syndicate
Matilock, Inc.
Moore Stephens CPA Limited
NASDAQ
New Venture Fund
Name On File
Oak HC/FT Management Company LLC
Oracle America, Inc.
Pace Health Pte. Ltd.
PricewaterhouseCoopers
Regus Japan Holdings K.K.
Ripple Labs, Inc.
Robinhood
Salvation Army (Atlanta), The
Skybridge Capital II, LLC
StoneX

Susan G Komen Breast Cancer Foundation
SVB Financial Group
TMX
Name On File
Tricor KK
VanEck ETP AG
Z Holdings/Yahoo

**Significant Equity Holders of Current and Former A&M Clients** [2]
Abu Dhabi Investment Council Company P.J.S.C.
Agile Group Fund A
aleph.im
Altimeter
Apollo Capital Opportunities Fund Ltd.
Name On File
BlackRock Inc.
BO Technologies Ltd.
DNA Capital
Docomo
Euroclear
First Republic Bank
Galaxy Digital
Greycroft
Industry Ventures
JC Flowers
Jefferies Financial Group Inc.
Lightspeed Venture Partners IX, L.P.
Liquid 2
Multisafe, Inc.
NASDAQ
Oak HC/FT Management Company LLC
Palm Ventures
Paradigm One LP
Raine Group
Rakuten
Sparkasse Hannover

---

[1]   A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2]   These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

**FTX Trading – Redacted Schedule B**

State of Wisconsin Investment Board
SVB Financial Group
TMX
Name On File
Walton Enterprises
Wedbush Financial Services, LLC
Z Holdings/Yahoo

**Professionals & Advisors**[3]
Ali Budiardjo, Nugroho, Reksodiputro
Cantor Fitzgerald Technology Markets LLC
Debevoise and Plimpton
First Republic Bank
Harney Westwood and Riegels LP
Herbert Smith Freehills
Jefferies Financial Group Inc.
Mazars Group
Montgomery McCracken Walker & Rhoads
  LLP
Oracle America, Inc.
Paul Hastings LLP
PricewaterhouseCoopers
RLKS Executive Solutions LLC
Tricor KK
Venable LLP
Young Conaway Stargatt & Taylor, LLP

**Significant Joint Venture Partners**[4]
Apollo Capital Opportunities Fund Ltd.
SoFi Technologies, Inc.

**Board Members/Officers/Employees**[5]
Murley, Robert S.

**A&M Vendors**[6]
HDI Global Specialty SE
Herbert Smith Freehills
Mazars Group
Oracle America, Inc.
Paul Hastings LLP
PricewaterhouseCoopers
Regus Japan Holdings, K.K.

---

[3]   These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client.  In certain cases, these professionals may have engaged A&M on behalf of such client.

[4]   These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5]   These parties or their affiliates are or were board members. officers or members of management of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[6]   These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates