# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> Re: D.I. 1635 |

## CERTIFICATE OF SERVICE

I, Benjamin Hackman, certify that on June 24, 2023, I served a copy of the *Limited Objection of the United States Trustee to Debtors' Motion To Establish Customer Bar Date* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

Dated: June 24, 2023
      Wilmington, Delaware

By: */s/ Benjamin Hackman*
Benjamin Hackman
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov