# Svalbard Holdings Limited

PO Box 309 ¦ Ugland House ¦ Grand Cayman
Cayman Islands ¦ KY1-1104
c/o Attestor Limited
7 Seymour Street
London W1H 7JW
United Kingdom

To

US Bankruptcy Court District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801
United States



**RE: FTX TRADING LTD., et al., Chapter 11, Case No. 22-11068 (JTD) (Jointly administered)**

Please find enclosed original copies of the Evidence of Transfer of Claim relating to Svalbard Holdings Limited's (as Transferee) purchases of the following Claims in the jointly administered cases captioned above.

Court Claim #
883

The Transferee will make the payment of the applicable fee of US$26 ($26 per transferred Claim) by Credit Card, which can be effectuated by calling Chris Tarrant on +1 (332) 240-1506.

Please kindly acknoledge receipt of the attached originals and accompanying payment be email to settlements@attestorcapital.com.

Yours sincerely

Christopher Guth
Svalbard Holdings Limited

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **Astra Partners Company Limited** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP[1]**<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom | Last known address: | 42/F, Flat A, Tower 2, Phase 1, Residence Bel-Air, 28 Bel-Air Avenue, Island South, Hong Kong |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>settlements@attestorcapital.com<br>+44(0)20 7074 9653 | Court Claim # (if known): | 883 |
| Last Four Digits of Acct #: | | Amount of Claim: | $1,715,721.18 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

|   |   |
|---|---|
| Date Claim Filed: | **February 15, 2023** |
| Phone: | **+852 6996 6610** |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____(signature)_____  Date: __21 Jan 23__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO: U.S. Bankruptcy Court for the
District of Delaware ("Court")

AND: FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Claim #: 883
Schedule #:

**ASTRA PARTNERS COMPANY LIMITED** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SVALBARD HOLDINGS LIMITED**
Attn: Steve Gillies
c/o Attestor Limited
7 Seymour Street
London, United Kingdom W1H7JW

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $1,715,721.18 ("Claim"), which represents 100 % of the total claim amount of $ 1,715,721.18 against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated March ___, 2023.

22 / 03 / 2023

| ASTRA PARTNERS COMPANY LIMITED | SVALBARD HOLDINGS LIMITED |
|---|---|
| By: _____ | By: _____ |
| Name: Jason Fang | Name: Christopher Guth |
| Title: Director | Title: Director |