# **EXHIBIT 1**

**Contracts**

Case 22-11068-JTD    Doc 1716-1    Filed 06/26/23    Page 1 of 3

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Amplitude, Inc. | West Realm Shires Services Inc. | Amplitude, Inc.<br>201 Third Street, Suite 200<br>San Francisco, CA 94103<br>Attn: Legal<br>Email: legalnotices@amplitude.com | Subscription Agreement and related Order Form, dated March 23, 2022. |
| DocuSign, Inc. | West Realm Shires Services Inc. | Docusign, Inc.<br>221 Main Street, Suite 1550<br>San Francisco, CA 94105<br>Email: legal@docusign.com | Master Services Agreement and related Order Form, dated as of February 26, 2022. |
| DocuSign, Inc. | FTX Trading Ltd. | Docusign, Inc.<br>221 Main Street, Suite 1550<br>San Francisco, CA 94105<br>Email: legal@docusign.com | Master Services Agreement and related Order Form, dated as of February 22, 2022. |
| Equinix (UK) Limited | Innovatia Ltd. | Equinix (UK) Limited<br>Master House<br>107 Hammersmith Road<br>London W14 0QH<br>England<br>Attn: Managing Director<br><br>with a copy to:<br>c/o Equinix EMEA B.V.<br>Rembrandt Tower, 7th Floor<br>Amstelplein 1, 1096HA<br>Amsterdam<br>The Netherlands<br>Attn: Vice President, Legal | Master Country Agreement, by and between Equinix (UK) Limited and Innovatia Ltd., dated as of July 22, 2019, and all related order forms thereto. |
| Equinix LLC | West Realm Shires Services Inc. | Equinix LLC<br>One Lagoon Drive, 4th Floor<br>Redwood City, CA 94065<br>Phone: (650) 598-6000 | Master Country Agreement, by and between Equinix LLC and WRSS, dated as of February 22, 2022, and all related order forms thereto and any and all master country agreements, master services agreements, and terms and conditions. |

| | | | |
|---|---|---|---|
| Fortune Media Inc. | West Realm Shires Services Inc. | Fortune Media Inc.<br>244 Madison Avenue, Suite 1552<br>New York, NY 10016 | Sponsorship Agreement, dated as of April 7, 2022. |
| Google Cloud EMEA Ltd. | FTX Europe AG | Google Cloud EMEA Ltd.<br>70 Sir John Rogerson's Quay,<br>Dublin 2, D02 R296<br>Ireland<br>Email: Legal-notices@google.com | Google Cloud Master Agreement, dated as of July 22, 2022, and all related order forms, schedules and addenda thereto, including, but not limited to, that certain Google Cloud Platform Addendum, dated as of September 16, 2022. |
| Google LLC | West Realm Shires Services Inc. | Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>Email: Legal-notices@google.com | Google Cloud Master Agreement, dated as of July 15, 2022, and all related order forms, schedules and addenda thereto, including, but not limited to, that certain Google Cloud Platform Addendum, dated as of September 20, 2022. |
| TigerWit Holding Limited<br><br>and<br><br>Timothy David Hughes | FTX Europe AG | TigerWit Holding Limited<br>PO Box 2075<br>#31 The Strand<br>46 Canal Point Drive<br>Grand Cayman, KY1-1105<br>Cayman Islands<br>Email: summer.xu@tigerwit.com<br><br>and<br><br>Timothy David Hughes<br>Sydenhurst Cottage<br>Mill Lane<br>Godalming, GU8 4SJ<br>United Kingdom | Share Sale and Purchase Agreement, dated as of March 12, 2022. |