IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of a portion of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:     203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**[REDACTED]**
Name of Transferor

**Address:**
[Redacted / on file]

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1711 | [Redacted] | Partial transfer of 3.0091176421% of Claim No. 1711 (in the transferred claim amount of $1,000,000.00) | FTX Trading Ltd. and each of its debtor and non-debtor affiliates (including, but not limited to, FTX Digital Markets Ltd) | **22-11068 (jointly administered)** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____          Date: June 20, 2023
           Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Partial Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.