**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

FTX Trading Ltd., *et al.*,[1]

         Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**SUPPLEMENTAL GLOBAL NOTES REGARDING THE**
**DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

On March 14, March 15 and March 27, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed Schedules of Assets and Liabilities (each, an "Initial Schedule" and, collectively with attachments, the "Initial Schedules"), Statements of Financial Affairs (each, a "Statement" and, collectively with attachments, the "Statements") and their accompanying Global Notes (the "Initial Global Notes") with the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") [D.I. 865-1083, D.I. 1166]. The Debtors hereby amend Schedule F of Assets and Liabilities of certain Debtors (each an "Amended Schedule" and collectively with attachments, the "Amended Schedules") and these Supplemental Global Notes regarding the Amended Schedules (the "Supplemental Global Notes").

The Supplemental Global Notes are in addition to, and do not amend, supersede or replace, other than to the extent expressly set forth herein, the Initial Global Notes. Each Amended Schedule supersedes and replaces in its entirety only the Customer Liabilities listed in the Schedule F of the applicable Debtor from the Initial Schedules. The Supplemental Global Notes incorporate the Statements, the Initial Schedules and the Initial Global Notes by reference, other than to the extent expressly set forth herein.

The Debtors prepared the Amended Schedules with the assistance of their advisors. In preparing the Amended Schedules, the Debtors and their advisors relied on financial data derived from their books and records that was available and accessible at the time of preparation. The Amended Schedules remain subject to further review and adjustment to reflect the Debtors' ongoing reconciliation efforts. As such, the Debtors reserve all of their rights, including to revise,

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

amend, supplement and/or adjust the Initial Schedules, the Statements, the Initial Global Notes, the Amended Schedules and these Supplemental Global Notes.

**<u>Disclosures Applicable to the Amended Schedules</u>**

1.      Certain claim holders on the Initial Schedule F are listed as "Customers".  The quantities and  amounts scheduled for these Customers include the estimated account balance for each Customer, listed in the applicable digital or fiat asset for that balance, based on the Debtors' books and records.  At the time of the filing of the Initial Schedules, the Debtors designated the customer liabilities as contingent, disputed and unliquidated because the Debtors were still in the process of internally examining potential claims.  Where applicable, such designations have been removed.  Certain customer liabilities on the Amended Schedules are still listed as "disputed," "contingent," and/or "unliquidated."  Such liabilities include accounts where the Debtors have identified potentially fraudulent activity; locked tokens; customers using the non-Debtor Embed Clearing LLC ("<u>Embed</u>") program due to the identification of duplicative withdrawals; and liabilities against Quoine Pte Ltd. (d/b/a "<u>Liquid Global</u>"), FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "<u>FTX EU</u>"), and FTX Japan or Liquid platforms operated by FTX Japan K.K. ("<u>FTX Japan</u>"), for potential postpetition withdrawal rights.  For the avoidance of doubt, customers with customer liabilities listed as disputed, contingent, or unliquidated must file a proof of claim by the respective bar date or their claim may be disallowed and expunged in full.

2.      The Debtors have prepared the Amended Schedules to reflect information that became available to the Debtors following the filing of the Initial schedules.  These changes include, but are not limited to, the below categories.  These Supplemental Global Notes and the Initial Global Notes should be referred to, and referenced in connection with, any review of the Amended Schedules.  The descriptions of the Amended Schedules in the Supplemental Global Notes are in summary only; if you are a customer with a potential claim against the Debtors, you should review the Amended Schedules in their entirety.

   a)      **Quoine Pte Ltd. (d/b/a "Liquid Global") Balances** – The Debtors have prepared the Amended Schedules to include quantities and amounts of applicable digital or fiat assets of Customers against Quoine Pte Ltd. (d/b/a "<u>Liquid Global</u>"), records of which were previously unavailable.  Customer activities in Liquid Global were halted on November 20, 2022.  Postpetition deposits, withdrawals, and trading activities by Customers of Quoine Pte Ltd. are not included in the Amended Schedules.

   b)      **Customers with Tokenized Equity** – The Debtors have prepared the Amended Schedules to remove tokenized equity from the customer liabilities.

c) **Customers with Only Non-Fungible Tokens** – The Debtors have prepared the Amended Schedules to add Customers with account holdings that are only comprised of Non-Fungible Tokens ("NFTs").

d) **Customers with No Positive Balance** – The Debtors' continued internal investigation revealed that a subset of Customers were incorrectly scheduled on the Initial Schedules with a net positive balance as of the Petition Date. The Debtors have prepared the Amended Schedules to correct these balances, indicating, where appropriate, instead that such Customers have no net positive balance.

e) **Corrected Certain Processing Withdrawals, Fees, Vouchers, Token Assignments, and Related Adjustments** – The Debtors' continued internal investigation revealed that certain processing withdrawals, fees, vouchers, token assignments and related adjustments required correction. The recalculation of such adjustments are reflected in the Amended Schedules. Specifically for customers of FTX EU, certain customer balances reflect reconciliation performed by FTX EU management for an FTX EU customer balance confirmation process.

f) **Corrected Debtor Entity** – Certain quantities and amounts of Customers were attributed to the incorrect Debtor entity on the Initial Schedules. The Debtors have revised these in the Amended Schedules to allocate Fiat and Crypto holdings to the appropriate debtor.

g) **Revised Customer Categorization** – Certain quantities and amounts of Customers that were incorrectly attributed to non-Customer claimants on the Initial Schedules have been revised in the Amended Schedule.

h) **Earn Program** – Customers who were participating in the earn program on the Petition Date have been noted as such in the Amended Schedule.

i) **Lend Program** – For Customers who were in a lend position as of the Petition Date, the Debtors have identified the lend balances as of Petition Date (shutdown date for FTX EU).

j) **Embed Program** – Scheduled customer liabilities include amounts which may have been withdrawn postpetition from Embed.

k) **FTX.com Derivative Positions** – FTX.com customer derivative positions are reported as of the time of petition (November 11, 2022 at 10:00 a.m., Eastern Time). All derivative positions regardless of quantity have been reported.

l) **FTX EU Derivative Positions** – FTX EU customer derivative positions are reported as of the time of system shutdown (November 11, 2022, at 10:28 p.m., Eastern Time) due to local European Union law. All FTX EU derivative positions were closed to fiat on November 12, 2022.

m)   **FTX EU Withdrawals and NFTs** – For the purposes of the Amended Schedules, pending cryptocurrency withdrawals and NFTs for FTX EU customers are scheduled as against FTX Trading Ltd., not FTX EU, and remain subject to further review.

n)   **FTX Japan Token Balances** – For the purposes of the Amended Schedules, non-whitelisted tokens and derivative positions are not included in the scheduled customer balances. Customer balances at Liquid Japan that were previously unavailable are added to the Amended Schedule. Other balance adjustments made in connection the FTX Japan asset migration and return process may also not be reflected in the Amended Schedule.

3.   While the Debtors have made every reasonable effort to ensure that the Amended Schedules are accurate and complete, based upon the information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Amended Schedules and/or the Initial Schedules.

4.   As noted in the Initial Global Notes, in order to preserve the confidentiality of customer identities and compliance with the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643], customers were scheduled utilizing an unique, individualized customer identification number (each, a "Customer Code") assigned to each applicable customer by the Debtors.  The Debtors provided notice of a customer's Customer Code by email to the email on file for such customer. The Debtors did not change any of the Customer Codes in the Amended Schedules. Customers should refer to their previously received Customer Code to determine their scheduled amounts in the Amended Schedules.

5.   For the avoidance of doubt, the Debtors reserve all rights to object to all claims listed on the Amended Schedules, the Statements and the Initial Schedules.

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>West Realm Shires Services Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-11071 (JTD)</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>ATTORNEY GENERAL OF THE STATE OF TENNESSEE<br>BANKRUPTCY DIVISION<br>PO 20207<br>NASHVILLE, TN 37202 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Corporate Tax | $    Undetermined | $    Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>CECCHETTINI, FABRIZIO<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Employee Expense Reimbursements | $    15,191.00 | $    Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>Ege Mihmanli<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Employee Expense Reimbursements | $    16,959.11 | $    Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Debtor | West Realm Shires Services Inc. | | |
|---|---|---|---|
| | Name | Case number *(If known)* | 22-11071 (JTD) |

---

**Part 1:** **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.4** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1616 CAPITOL AVE.
OMAHA, NE 68102-4970

$    Undetermined    $    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Income Tax Audit FYE 2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**

KATZ, ELIORA
ADDRESS ON FILE

$    79.10    $    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**

LYNN NGUYEN
ADDRESS ON FILE

$    17,810.48    $    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** **Priority creditor's name and mailing address**

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

$    Undetermined    $    Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Income Tax Witholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    West Realm Shires Services Inc.
Name                                           Case number (If known) 22-11071 (JTD)

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

| 2.8 | **Priority creditor's name and mailing address** | | $ 1,108.43 | $ Undetermined |
|---|---|---|---|---|

PALAPARTHI, VENU MADHAV
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.9 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

RI DIVISION OF TAXATION
BANKRUPTCY DIVISION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.10 | **Priority creditor's name and mailing address** | | $ 9,727.59 | $ Undetermined |
|---|---|---|---|---|

SEBASTIAN RAMIREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.11 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

STATE OF HAWAII DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Income Tax Witholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    West Realm Shires Services Inc.
          Name

Case number (If known) 22-11071 (JTD)

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address
STATE OF NEW JERSEY DIVISION OF TAXATION
COMPLIANCE ACTIVITY: BANKRUPTCY DIVISION
50 BARRACK, PO BOX 245
TRENTON, NJ 08695

$ Undetermined      $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.13** Priority creditor's name and mailing address

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.14** Priority creditor's name and mailing address

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.15** Priority creditor's name and mailing address

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) 22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Customer Liabilities - See Schedule F Attachments

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Liabilities

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$       Undetermined

---

**3.2**
**Nonpriority creditor's name and mailing address**
101 SECOND STREET INC
C/O HINES
ATTN: PROPERTY MANAGER
101 SECOND STREET, SUITE 1225
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Lease

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.3**
**Nonpriority creditor's name and mailing address**
ABG SHAQ, LLC
1411 BROADWAY
21ST FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** ENDORSEMENT AGREEMENT

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.4**
**Nonpriority creditor's name and mailing address**
AC HOTELS BY MARRIOTT
AUSTIN-UNIVERSITY
1901 SAN ANTONIO STREET
AUSTIN, TX 78705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       38,760.92

---

**3.5**
**Nonpriority creditor's name and mailing address**
ALPACA CRYPTO LLC
3 EAST THIRD AVE
SUITE 233
SAN MATEO, CA 94401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       63,164.50

---

**3.6**
**Nonpriority creditor's name and mailing address**
AMAZON
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       1,038.42

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

AMAZON CAPITAL
PO BOX 035184
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11,156.96

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS, INC.
200 VESEY ST., 50TH FLOOR
NEW YORK, NY 10285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 776,031.20

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

AMPLITUDE INC
201 3RD ST., SUITE 200
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

ANDROMEDA
WEST 159TH STREET
SUITE 600
LOCKPORT, IL 60441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,554.29

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

ANDY ACOSTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,500.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

ARMANINO LLP
12657 ALCOSTA BLVD.
SUITE 500
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                900.00

---

**3.13** | **Nonpriority creditor's name and mailing address**

Basketball Properties, Ltd.
Attention: John Vidalin, EVP/COO
601 Biscayne Blvd
Miami, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Facilitation Agreement

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$          Undetermined

---

**3.14** | **Nonpriority creditor's name and mailing address**

BLOCKSCORE, INC.
750 BUCKAROO TRAIL, SUITE 101
SISTERS, OR 97759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             26,639.34

---

**3.15** | **Nonpriority creditor's name and mailing address**

BORTSTEIN LEGAL GROUP
TEMPORARY MAILING ADDRESS
P. O. BOX 120
WESTWOOD, NJ 07675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             20,527.50

---

**3.16** | **Nonpriority creditor's name and mailing address**

BRAZE INC.
330 W. 34TH ST., 18TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             34,848.41

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17 Nonpriority creditor's name and mailing address**
BRETT HARRISON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Settlement Agreement

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

**3.18 Nonpriority creditor's name and mailing address**
BUCKLEY LLP
PO BOX 990
NEW YORK, NY 10008-0990

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,887.61

---

**3.19 Nonpriority creditor's name and mailing address**
CAA SPORTS
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 250,000.00

---

**3.20 Nonpriority creditor's name and mailing address**
Caesars Palace Las Vegas
Hospitality Accounting
PO Box 96118
Las Vegas, NV 89193

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Agreement - Las Vegas Grand Prix - F1 Las Vegas

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

**3.21 Nonpriority creditor's name and mailing address**
CHECKR.COM
1 Montgomery St Ste 2400
San Francisco, CA 94104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 74.99

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 80,000.00 |
|---|---|---|---|---|

COINDESK INC
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 982,013.10 |
|---|---|---|---|---|

COLORMATICS LLC
1011 WEST RAILROAD AVE, SUITE 100
SPOKANE, WA 99201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 15,109.19 |
|---|---|---|---|---|

CONAWAY GRAVES GROUP
700 PENNSYLVANIA AVE
SE 2ND FLOOR
WASHINGTON, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

Creator Agency LLC on behalf of The Ice Coffee Hour
30 Gould St
Sheridan, WY 82801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

CREATORS AGENCY LLC
30 GOULD ST
SHERIDAN, WY 82801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement (Graham Stephan)

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 9 of 41 |
|---|---|---|

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

CRYPTO HOPPER
JOHAN VAN HASSELTWEG 18A
1021NW
AMSTERDAM,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 624.02

---

**3.28** | **Nonpriority creditor's name and mailing address**

DAVID ORTIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.29** | **Nonpriority creditor's name and mailing address**

DENTSU X
150 EAST 42ND ST, 13TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 196,252.09

---

**3.30** | **Nonpriority creditor's name and mailing address**

DONE DEAL PROMOTIONS
8224 LEHIGH AVENUE
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,374.89

---

**3.31** | **Nonpriority creditor's name and mailing address**

DOORDASH
116 NEW MONTGOMERY STREET
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,347.95

---

Case 22-11068-JTD   Doc 1751   Filed 06/27/23   Page 15 of 46

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

DOORDASH TECHNOLOGIES CANADA, INC.
PO BOX 12172, STATION A
TORONTO, ON M5W 0K5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 521.87

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

DREAMFIELD SPORTS LLC
6900 TAVISTOCK LAKES BLVD
ORLANDO, FL 32827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,788.33

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

DUANE MORRIS
401 MARKET STREET
PHILADELPHIA, PA 19106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 58,146.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

ECHO MARKETING, LLC
6400 HOLLIS STREET
SUITE 14
EMERYVILLE, CA 94608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter Agreement

$ Undetermined

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

ELITE PROTECTION LLC
8935 SW 162ND TERRACE
MIAMI, FL 33157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 75,753.12

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,000.00 |
|---|---|---|---|

EMPIRE CONSULTING
1717 K STREET NW SUITE 900
WASHINGTON, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ERIKA KULLBERG LLC
30 N GOULD ST
22721
SHERIDAN, WY 82801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,868.67 |
|---|---|---|---|

ETHOCA MASTERCARD
ANDRE EDELBROCK, CHIEF EXECUTIVE OFFICER
OCEANIA BUSINESS PLAZA
PURCHASE, NY 10577-2509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 818.91 |
|---|---|---|---|

FACEBOOK, INC
1601 WILLOW RD.
MENLO PARK, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 455.26 |
|---|---|---|---|

FIGMA, INC.
760 MARKET STREET
FLOOR 10
SAN FRANCISCO, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42**

**Nonpriority creditor's name and mailing address**

FINDER.COM LLC
32 EAST 31ST STREET, 4TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,607.67

---

**3.43**

**Nonpriority creditor's name and mailing address**

FISHER PHILLIPS
1075 PEACHTREE STREET NE
SUITE 3500
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,823.89

---

**3.44**

**Nonpriority creditor's name and mailing address**

FORTUNE MEDIA, INC. D/B/A OPENFORTUNE
244 MADISON AVENUE
SUITE #1552
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SPONSORSHIP AGREEMENT

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.45**

**Nonpriority creditor's name and mailing address**

FOX SPORTS SUN, LLC
500 E. BROWARD
SUITE 1300
FORT LAUDERDALE, FL 33394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising Agreement

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.46**

**Nonpriority creditor's name and mailing address**

GOLDEN STATE WARRIORS
1 WARRIORS WAY
SAN FRANCISCO, CA 94158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

GOOGLE
DELAINE PRADO, GENERAL COUNSEL
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    Undetermined

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

HINMAN STRAUB
121 STATE STREET
ALBANY, NY 12207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    16,000.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

HIVE ( COIN STACK )
8440 VALMONT RD
BOULDER, CO 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,333.33

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

HOLLAND & KNIGHT LLP
PO BOX 936937
ATLANTA, GA 31193-6937

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    196,524.26

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

I2C IN.
100 REDWOOD SHORES PARKWAY SUITE 100
REDWOOD CITY, CA 94065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    50,000.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

INSIGHT DIRECT USA INC
2701 E INSIGHT WAY
CHANDLER, AZ 85286

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 49.88

Date or dates debt was incurred   Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

IPOWER TECHNOLOGIES, INC.
6111 BROKEN SOUND PKWY. SUITE 170
BOCA RATON, FL 33487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 6,755.69

Date or dates debt was incurred   Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

JAMS
P.O. BOX 845402
LOS ANGELES, CA 90084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,494.40

Date or dates debt was incurred   Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

JOSEPHINE SUN
ADDRESS UNKNOWN

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Litigation Judgment / Settlement

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

JULIE SCHOENING
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Threatened Litigation

$ Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

KIMBALL STROUD AND ASSOCIATES, INC.
1700 CONNECTICUT AVE, NW STE 301
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,333.33

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

LATTE LARRY INC.
11812 SAN VICENTE BOULEVARD
4TH FL
LA, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

Laureus / NO Play Academy
460 Fulham Road
London SW6 1BZ

UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  GIFT AGREEMENT

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

LEXIS NEXIS
28330 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 13,200.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

LFG NFTS, Corp.
3130 Wilshire Blvd. 4th Floor
Santa Monica, CA 90403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  MUTUAL SERVICES AGREEMENT

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | LINCOLN HOLDINGS LLC DBA MONUMENTAL SPORTS & ENTERTAINMENT<br>ATTN: PATRICK DUFFY, SR. VICE PRESIDENT<br>CORPORATE PARTNERSHIPS<br>601 F STREET, NW<br>WASHINGTON, DC 20004 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Sponsorship Agreement | | |
| | **Date or dates debt was incurred** 11/10/22 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 35,801.64 |
|---|---|---|---|---|
| | LOCKTON INSURANCE BROKERS, LLC<br>DEPT LA 23878<br>MOSCOW CITY, CA 91185-3878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 46,548.33 |
|---|---|---|---|---|
| | LOWENSTEIN SANDLER LLP<br>ONE LOWENSTEIN DRIVE<br>ROSELAND, NJ 07068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,720.00 |
|---|---|---|---|---|
| | LUCILE THYRARD<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 18,777.67 |
|---|---|---|---|---|
| | LUMEN WORKPLACE, INC<br>1528 W. ADAMS 4A<br>CHICAGO, IL 60607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.67** **Nonpriority creditor's name and mailing address**

LUNCH MONEY GROUP INC
120 SW 8TH STREET
SUITE A
MIAMI, FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Podcast Sponsorship Agreement

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.68** **Nonpriority creditor's name and mailing address**

MAX MAHER SHOW LLC
954 AVE PONCE DE LEON
STE 205 PMB 10290
SAN JUAN, PR 00907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,600.00

---

**3.69** **Nonpriority creditor's name and mailing address**

MEOW TECHNOLOGIES INC.
1504 Bay Rd Apt 2303
Miami,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218.13

---

**3.70** **Nonpriority creditor's name and mailing address**

META PLATFORMS, INC.
1601 WILLOW RD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,007,427.43

---

**3.71** **Nonpriority creditor's name and mailing address**

MIAMI HEAT LIMITED PARTNERSHIP
ATTN: JOHN VIDALIN
EXECUTIVE VICE PRESIDENT & CHIEF COMMERCIAL OFFICER
601 BISCAYNE BOULEVARD
MIAMI,, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising and Promotion Agreement

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72** | **Nonpriority creditor's name and mailing address**

MIAMI-DADE COUNTY
COUNTY MAYOR'S OFFICE
111 NW 1ST STREET, 29TH FLOOR, SUITE 2910
MIAMI, FL 33128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Naming Rights Agreement

$          Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**

MICROSOFT
1 MICROSOFT WAY
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          75.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**

MILLER STARR REGALIA
P.O. BOX 55186
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          627.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**

MOONCOLONY LIMITED
17 THE GRANARY
CHESTERTON MILL
FRENCH'S ROAD
CAMBRIDGE, CB4 3NP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          38,612.50

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

MORRISON & FOERSTER LLP
425 Market Street
San Francisco,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          61,465.70

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.77** | **Nonpriority creditor's name and mailing address**

NAOMI OSAKA, LLC
2049 CENTURY PARK E.
STE #1400
LA, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

$                              Undetermined

**Date or dates debt was incurred**     11/10/22

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.78** | **Nonpriority creditor's name and mailing address**

NATHAN SLOAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$                              Undetermined

**Date or dates debt was incurred**     11/10/22

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.79** | **Nonpriority creditor's name and mailing address**

NAVARREAUX SIMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              1,620.00

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.80** | **Nonpriority creditor's name and mailing address**

Nerdwallet, Inc
55 Hawthorne Street
11th Floor
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  PARTNER REFERRAL AGREEMENT

$                              Undetermined

**Date or dates debt was incurred**     11/10/22

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.81** | **Nonpriority creditor's name and mailing address**

NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC
ATTN: MATTHEW ARCHAMBAULT
1233 W. OLYMPIC BLVD.
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$                              Undetermined

**Date or dates debt was incurred**     11/10/22

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address**

Ohana Experience, LLC.
2437 E Cobblestone Way
Sandy, UT 84093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** SPONSORSHIP AGREEMENT

$   Undetermined

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

ONE WORKPLACE L. FERRARI - DBA TWOFURNISH
One Workplace L. Ferrari
P.O. Box 8522
Pasadena,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   238,468.24

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

PATRIK BJORKSTROM ILLUSTRATION
STAFFANSNASGRAND 8
JAKOBSTAD, 68600
FINLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   1,400.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**

Pentoshi
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$   Undetermined

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

PERKINS COIE LLP
RO BOX 24643
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   22,734.74

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB03109600014 for the benefit of Financial Services Commission of the State of Florida as Head of the Office of Financial Regulation

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.88** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300194 for the benefit of State of Colorado

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.89** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB03109600020 for the benefit of State of Idaho - Department of Finance - Consumer Finance Bureau

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.90** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300196 for the benefit of State of Kansas

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.91** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB03109600019 for the benefit of Louisiana Office of Financial Institutions

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.92

**Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300199 for the benefit of State of Texas

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.93

**Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300201 for the benefit of State of New Jersey

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.94

**Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300195 for the benefit of State of Indiana

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.95

**Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300197 for the benefit of State of North Dakota

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.96

**Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB03109600022 for the benefit of State of Mississippi

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB00321300198 for the benefit of State of Ohio

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.98** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB03109600011 for the benefit of State of Washington

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.99** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB12611200019 for the benefit of Office of Lt. Gov. US VI

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.100** | **Nonpriority creditor's name and mailing address**

PLAID
564 MARKET ST
SUITE 700
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    108,467.65

---

**3.101** | **Nonpriority creditor's name and mailing address**

R&G UK LIMITED
6 RED BARN MEWS
EAST SUSSEX
BATTLE, TN33 0AG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    40,276.32

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 251,736.91 |
|---|---|---|---|

RATIONAL 360
1828 L ST. NW #640
WASHINGTON, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 248.00 |
|---|---|---|---|

REDMOND CONSTRUCTION CORP
ATTN: LISA WENINGER
319 W. ONTARIO SUITE 1
CHICAGO, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,925.00 |
|---|---|---|---|

RHINO NETWORK SOLUTIONS
750 LAKEVIEW WAY
REDWOOD CITY, CA 94062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,333.33 |
|---|---|---|---|

RICH FEUER ANDERSON
1133 CONNECTICUT AVE, NW
SUITE 620
WASHINGTON, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 102,745.50 |
|---|---|---|---|

RIGHTSIZE FACILITY
MASON AWTRY, CHIEF EXECUTIVE OFFICER
4800 W. ROOSEVELT ROAD
4TH FLOOR
CHICAGO, IL 60644

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Various

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345232 for the benefit of State of Delaware

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345225 for the benefit of State of Georgia

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345864 for the benefit of Commonwealth of Puerto Rico

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345257 for the benefit of State of Tennessee

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345242 for the benefit of State of District of Columbia

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345239 for the benefit of State of Alabama

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345230 for the benefit of State of Wyoming

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345863 for the benefit of State of Missouri

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345251 for the benefit of State of West Virginia

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345226 for the benefit of State of Michigan

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:**  Surety Bond #: CMS345258 for the benefit of Pennsylvania Department of Banking and Securities

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:**  Surety Bond #: CMS345253 for the benefit of State of Arkansas

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:**  Surety Bond #: CMS338024 for the benefit of State of Kentucky

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:**  Surety Bond #: CMS345245 for the benefit of State of New Hampshire

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:**  Surety Bond #: CMS345259 for the benefit of Commonwealth of Virginia

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345229 for the benefit of State of Vermont

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345260 for the benefit of Financial Institutions Division of the State of Nevada

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345862 for the benefit of Superintendent of the Bureau of Consumer Credit Protection of the State of Maine

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345255 for the benefit of Nebraska Department of Banking and Finance

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345246 for the benefit of State if Minnesota

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.127** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345250 for the benefit of State of Utah

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345861 for the benefit of State of Illinois Department of Financial & Professional Regulation

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345240 for the benefit of State of Arizona

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345231 for the benefit of State of Vermont

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345256 for the benefit of State of South Carolina

$       Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.132** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345227 for the benefit of State of North Carolina

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.133** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345254 for the benefit of State of Alaska

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.134** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345228 for the benefit of State of Rhode Island

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.135** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345234 for the benefit of State of Massachusetts

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.136** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345243 for the benefit of State of Iowa

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345248 for the benefit of Oklahoma State Banking Department and Money Transmission

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345233 for the benefit of State of South Dakota

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345241 for the benefit of State of Connecticut

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345244 for the benefit of State of Maryland

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345247 for the benefit of State of New Mexico

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345865 for the benefit of State of Wisconsin

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345249 for the benefit of State of Oregon

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** **Nonpriority creditor's name and mailing address**

ROMAN TULINOV
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,250.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

ROTHSTAR CONSTRUCTION, INC.
250 CATALONIA AVENUE
SUITE 300
MIAMI, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,200.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

SARDINEAI CORP
382 NE 191ST ST
#58243
MIAMI, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,503.39

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

SEDOR WENDLANDT EVANS AND FILIPPI
500 L STREET
SUITE 500
ANCHORAGE, AK 99501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,677.50

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

SENSOR TOWER
2261 MARKET STREET, #4331
SAN FRANCISCO, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,277.70

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

SHADOW LION
119 BRAINTREE STREET
SUITE 210
BOSTON, MA 02134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 225,000.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

SHOHEI OHTANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Endorsement Services Agreement

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
P.O. BOX 1764
WHITE PLAINS, NY 10602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 56,757.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|--------|------|------|------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|------|------|

**3.152** **Nonpriority creditor's name and mailing address**

SKYLINE CONSTRUCTION, INC.
505 SANSOME ST., 7TH FLOOR
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,757.99

---

**3.153** **Nonpriority creditor's name and mailing address**

SOL STORES INC.
ATTN: CEO AND OFFICE OF THE GENERAL COUNSEL
548 MARKET STREET
PMB 45477
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services Agreement

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.154** **Nonpriority creditor's name and mailing address**

STATE MECHANICAL SERVICES
535 EXCHANGE CT
AURORA, IL 60504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 575.00

---

**3.155** **Nonpriority creditor's name and mailing address**

STEPHANIE KRIS NAVARRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 519.40

---

**3.156** **Nonpriority creditor's name and mailing address**

STOCKTWITS, INC.
1001 6TH AVE, 7TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 341.00

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,985.00 |
|---|---|---|---|

TAKEDOWN MEDIA
ROOM 2301, 23 F., BAYFIELD BUILDING, 99 HENNESSY ROAD
HONG KONG,
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,950.00 |
|---|---|---|---|

TAS SERVICES
77 K ST. NE
ROOM 1500
WASHINGTON, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Tilbury Multi-Media Ltd
Arcturus
Willow Road, Whitstable
Canterbury
Kent
CT5 3Dw
UNITED KINGDOM

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

**Date or dates debt was incurred**     11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 595,000.00 |
|---|---|---|---|

TURNER NETWORK TELEVISION
PO BOX 32183
NEW YORK, NY 10087

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 178,557.63 |
|---|---|---|---|

TWILIO INC
101 SPEAR STREET SUITE 300
SAN FRANCISCO, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 188,976.23 |
|---|---|---|---|

TWITTER INC.
GENERAL COUNSEL
1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,321.67 |
|---|---|---|---|

VERIFI, INC
8023 BEVERLY BLVD.
SUITE 1
BOX 310
LA, CA 90048-4523

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,000.00 |
|---|---|---|---|

VOSKCOIN, LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

WASSERMAN MEDIA GROUP LLC
ATTN: JASON BANKS
10900 WILSHIRE BLVD #1200
LOS ANGELES, CA 90024

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Master Services Agreement

**Date or dates debt was incurred** 11/10/22

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 290.00 |
|---|---|---|---|

WILLIAM SELLENT
ADDRESS UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

ZOLTAN BOROS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     4,800.00

---

**3.168** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.169** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.170** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.171** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | West Realm Shires Services Inc. | Case number (if known): | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 101 SECOND STREET, INC.<br>C/O: SHARTSIS FRIESE LLP<br>ATTN: SCOTT SCHNEIDER / KATHLEEN KEELER BRYSKI<br>ONE MARITIME PLAZA<br>18TH FLOOR<br>SAN FRANCISCO, CA 94111 | Line 3.2<br><br>☐ Not listed.  Explain | |
| 4.2 | 101 SECOND STREET, INC.<br>C/O INVESCO REAL ESTATE<br>ATTENTION: KEVIN PIROZZOLI<br>101 CALIFORNIA STREET, SUITE 1800<br>SAN FRANCISCO, CA 94111 | Line 3.2<br><br>☐ Not listed.  Explain | |
| 4.3 | ABG-SHAQ, LLC<br>C/O: DENNIS A. ROACH, A PROFESSIONAL CORPORATION<br>9200 SUNSET BLVD., SUITE 525<br>LOS ANGELES, CA 90069 | Line 3.3<br><br>☐ Not listed.  Explain | |
| 4.4 | ABG-SHAQ, LLC, C/O AUTHENTIC BRANDS GROUP<br>ATTN: LEGAL DEPARTMENT (SHQ)<br>1411 BROADWAY, 22ND FLOOR<br>NEW YORK, NY 10018 | Line 3.3<br><br>☐ Not listed.  Explain | |
| 4.5 | BASKETBALL PROPERTIES, LTD.<br>ATTENTION: RAQUEL LIBMAN, EVP/CLO<br>601 BISCAYNE BLVD.<br>MIAMI, FL 33132 | Line 3.13<br><br>☐ Not listed.  Explain | |
| 4.6 | DAVID ORTIZ<br>ADDRESS ON FILE | Line 3.28<br><br>☐ Not listed.  Explain | |
| 4.7 | Larry David c/o Latte Larry Inc<br>c/o Level Four Business Management LLC<br>Attn: Matt Lichtenberg<br>11812 San Vicente Boulevard, 4th Floor<br>Los Angeles, CA 90049 | Line 3.58<br><br>☐ Not listed.  Explain | |
| 4.8 | MIAMI HEAT LIMITED PARTNERSHIP<br>ATTN: RAQUEL LIBMAN<br>EXECUTIVE VICE PRESIDENT & CHIEF LEGAL OFFICER<br>601 BISCAYNE BOULEVARD<br>MIAMI, FL 33132 | Line 3.71<br><br>☐ Not listed.  Explain | |
| 4.9 | MIAMI-DADE COUNTY<br>OFFICE OF THE COUNTY ATTORNEY<br>STEPHEN P. CLARK CENTER<br>111 NW 1ST STREET<br>SUITE 2810<br>MIAMI, FL 33128 | Line 3.72<br><br>☐ Not listed.  Explain | |

| Debtor | West Realm Shires Services Inc. | Case number (If known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | Miami-Dade County, Florida<br>111 NW 1st Street<br>Miami, FL 33128 | Line 3.72<br><br>☐ Not listed. Explain | |
| 4.11 | NAME ON FILE<br>ADDRESS ON FILE | Line 3.67<br><br>☐ Not listed. Explain | |
| 4.12 | NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC<br>C/O: GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST, STE. 2600<br>LOS ANGELES, CA 90067-4590 | Line 3.81<br><br>☐ Not listed. Explain | |
| 4.13 | NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC<br>ROBINSON & COLE LLP<br>ATTN: JAMIE L. EDMONSON<br>1201 N. MARKET STREET<br>SUITE 1406<br>WILMINGTON, DE 19801 | Line 3.81<br><br>☐ Not listed. Explain | |
| 4.14 | TILLBURY MULTI-MEDIA LTD<br>7 ANCHOR BUSINESS PARK<br>KENT<br>SITTINGBOURNE, ME10 3AE<br>UNITED KINGDOM | Line 3.159<br><br>☐ Not listed. Explain | |
| 4.15 | WASSERMAN MEDIA GROUP, LLC<br>ATTN: WENDY PHILLIPS, ESQ.<br>10900 WILSHIRE BLVD., SUITE 1200<br>LOS ANGELES, CA 90024 | Line 3.165<br><br>☐ Not listed. Explain | |
| 4.16 | WME ENTERTAINMENT - LARRY DAVID<br>9601 WILSHIRE BLVD<br>3RD FLOOR<br>BEVERLY HILLS, CA 90210 | Line 3.58<br><br>☐ Not listed. Explain | |

Debtor    West Realm Shires Services Inc.                                    Case number (if known)    22-11071 (JTD)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 60,875.71 |
| | | | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 6,496,848.59 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 6,557,724.30 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case and this filing:**

Debtor name   West Realm Shires Services Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  22-11071 (JTD)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑  Amended Schedule  E/F

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2023
　　　　　　MM / DD / YYYY

X /s/ Mary Cilia
Signature of individual signing on behalf of debtor

Mary Cilia
Printed name

Chief Financial Officer
Position or relationship to debtor