# **<u>EXHIBIT 1</u>**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of First Interim Fee Applications
November 11, 2022 – January 31, 2023

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 11/11/22 – 1/31/2023 D.I. 1112 Filed 3/17/23 | $41,792,309.80 | $650,000.00 | $283,826.67 | $7,088.88 | $41,142,309.80 | $276,737.79 |
| **Landis Rath & Cobb LLP** *Bankruptcy Co-Counsel to the Debtors and Debtors-In- Possession* | 11/11/22 – 1/31/2023 D.I. 1113 Filed 3/17/23 | $1,818,882.00 | $17,500.00 | $36,705.10 | $0.00 | $1,801,382.00 | $36,705.10 |
| **Perella Weinberg Partners LP**[1] *Investment Banker to the Debtors and Debtors-In-Possession* | 11/11/22 – 1/31/2023 D.I. 1114 Filed 3/17/23 | $1,125,000 | N/A | $87,420.74 | N/A | $1,125,000 | $87,420.74 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 11/11/22 – 1/31/2023 D.I. 1115 Filed 3/17/23 | $27,864,801.00 | $380,000.00 | $631,004.78 | $20,000.00 | $27,484,801.00 | $611,004.78 |
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 11/28/22 – 1/31/2023 D.I. 1116 Filed 3/17/23 | $3,217,982.50 | $39,971.08 | $30,362.32 | $0.00 | $3,178,011.42 | $30,362.32 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 11/13/22 – 1/31/2023 D.I. 1117 Filed 3/17/23 | $2,976,709.05 | $69,569.87 | $6,243.60 | $610.98 | $2,907,139.18 | $5,632.62 |
| **Paul Hastings LLP** *Lead Counsel for the Official Committee of Unsecured Creditors* | 12/20/22 – 1/31/2023 D.I. 1106, 1107 Filed 3/17/23 | $5,523,908.75 | $96,981.44 | $37,421.01 | $1,157.72 | $5,426,927.31 | $36,263.29 |

{1368.002-W0071274.5}                                                    1

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of First Interim Fee Applications
November 11, 2022 – January 31, 2023

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 12/22/22 – 1/31/2023 D.I. 1106, 1108 Filed 3/17/23 | $319,526.00 | $11,183.41 | $1,528.50 | $148.49 | $308,342.59 | $1,380.01 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 12/22/22 – 1/31/2023 D.I. 1106, 1110 Filed 3/17/23 | $2,010,425.80 | $91,170.99[2] | $0.00 | $0.00 | $1,919,254.81 | $0.00 |
| **Jefferies LLC**[3] *Investment Banker for the Official Committee of Unsecured Creditors* | 12/20/22 – 1/31/2023 D.I. 1106, 1111 Filed 3/17/23 | $450,000.00 | N/A | $29,665.40 | N/A | $450,000 | $29,665.40 |

---

[1]  Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

[2]  These recommended deductions do not include possible adjustments to $107,876.00 in fees incurred for the preparation of a "fee study," which was completed in a subsequent fee period. The Fee Examiner reserves the right to revisit these fees in connection with review and reporting on FTI's second interim fee application. *See* D.I. 1649, 1653.

[3]  Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0071274.5}                                              2