**Lease Ledger**

| Lease Information | | |
|---|---|---|

|  |  |  |
|---|---|---|
| **Date** | 06/13/2023 | |
| **Lease Id** | t0020716 | |
| **Property** | oe6770 | |
| **Location** | 101 Second Street | |
| **Assigned Space(s)** | 0200 | |
| **Customer** | West Realm Shires Services Inc. (dba FTX US) | |
| **ICS Code** | Other Financial Vehicles | |
| **Lease Type** | Office | |
| **Lease Term** | **From** 01/06/2022  **To**  01/11/2023 | |
| **Lease Area** | (GLA) | |
| **Monthly Rent** | | |
| **Office Phone** | | |
| **Fax  No** | | |
| **E-Mail** | | |

**Delaney Ornelas**
**West Realm Shires Service Inc**
**101 2nd Street**
**Suite #200**
**San Francisco , CA , 94105**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
|  | **Balance Forward** | | | **11,639.00** |
| 10/01/22 | Base Rent | 128,290.33 | | 139,929.33 |
| 10/03/22 | Wire - Pymt-10.2022 rent | | 128,290.33 | 11,639.00 |
| 10/05/22 | Wire - Pymt-08.2022 Chargebacks | | 11,639.00 | 0.00 |
| 10/21/22 | 09.2022 BB - Admin fees | 1,319.03 | | 1,319.03 |
| 10/21/22 | 09.2022 BB - August day porter | 5,175.00 | | 6,494.03 |
| 10/21/22 | 09.2022 BB - September day porter | 3,418.50 | | 9,912.53 |
| 10/21/22 | 09.2022 BB - Access cards | 200.00 | | 10,112.53 |
| 10/21/22 | 09.2022 BB - Overtime HVAC | 11,088.00 | | 21,200.53 |
| 10/21/22 | 09.2022 BB - OT HVAC 09.05.22 | 528.00 | | 21,728.53 |
| 10/21/22 | Wire - Pymt-09.2022 Chargebacks | | 21,728.53 | 0.00 |
| 11/01/22 | Base Rent | 128,290.33 | | 128,290.33 |
| 11/01/22 | Wire - Pymt-11.2022 rent | | 128,290.33 | 0.00 |
| 11/30/22 | 10.2022 BB - Admin fees          *Tenant chargebacks $13,606.80* | 190.80 | | 190.80 |
| 11/30/22 | 10.2022 BB - Special cleaning | 1,272.00 | | 1,462.80 |
| 11/30/22 | 10.2022 BB - Overtime HVAC | 12,144.00 | | 13,606.80 |
| 12/01/22 | Base Rent          *December 2022 rent* | 128,290.33 | | 141,897.13 |
| 01/03/23 | Base Rent | 128,290.33 | | 270,187.46 |
| 01/03/23 | Op Exp Reim Est | 1,915.73 | | 272,103.19 |
| 01/03/23 | RE Tax Reim Est          *January 2023 rent pro-rated* | 5,207.99 | | 277,311.18 |
| 01/12/23 | FTX term-prorate Jan 12-31/2023     *$48,050.15* | (82,767.95) | | 194,543.23 |
| 01/12/23 | FTX term-prorate Jan 12-31/2023 | (1,235.96) | | 193,307.27 |
| 01/12/23 | FTX term-prorate Jan 12-31/2023 | (3,359.99) | | 189,947.28 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 189,947.28 | 189,947.28 |