**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | )   Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*, | )   Case No. 22-11068 (JTD) |
| | )   (Jointly Administered) |
| Debtors. | ) |
| | ) |

**ORDER GRANTING MOTION OF 101 SECOND STREET, INC. FOR ALLOWANCE**
**AND PAYMENT OF ADMINISTRATIVE CLAIM PURSUANT**
**TO  11 U.S.C. §§ 503(B)(1)(A) AND 507(A)**

Upon the motion (the "Motion") of 101 Second Street, Inc. ("Landlord") for an order granting Landlord an allowed administrative expense claim pursuant to Bankruptcy Code Sections 365(d)(3), 503(b)(1)(A), and 507(a) ; and it appearing that the relief sought in the Motion and the entry of this Order are appropriate and necessary; and upon consideration of the Motion and all of the proceedings before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, as follows:

1.      The Motion is GRANTED in its entirety.

2.      Landlord shall have and is hereby granted an allowed administrative claim against the Debtors in the amount of $189,947.28 pursuant to Bankruptcy Code Section 503(b)(1)(A), which claim is entitled to priority under Bankruptcy Code section 507(a)(2).

3.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

4.      This order shall be enforceable and effective immediately upon its entry.