# Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/02/2023 | Airfare Charles Cipione 2023-05-14 DFW - ORD; travel to in person team meetings (United Airlines, one-way, economy) | 354.15 |
| 05/02/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 20.00 |
| 05/02/2023 | Airfare Varun Kotharu 2023-05-14 IAH - ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 362.42 |
| 05/03/2023 | Taxi/Car Service Dana Schwartz AlixPartners New York Office to Client (travel to in-person client meeting) | 38.97 |
| 05/03/2023 | Airfare John Somerville 2023-05-17 ORD - MIA; return from in-person team meetings (American Airlines, one way, economy) | 229.10 |
| 05/03/2023 | Airfare John Somerville 2023-05-15 LGA - ORD; travel to in-person team meetings (American Airlines, one way, economy) | 223.82 |
| 05/03/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 50.83 |
| 05/03/2023 | Train Lilly Goldman - NYP (travel to in-person meetings with client) | 185.00 |
| 05/03/2023 | Train Lilly Goldman - NYP (return from meetings with client) | 337.00 |
| 05/05/2023 | Airfare Bennett Mackay 2023-05-14 DCA - ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 468.38 |
| 05/07/2023 | Airfare Ganesh Gopalakrishnan 2023-05-07 DFW - DCA; travel to in-person team meetings (American Airlines, round-trip, economy) | 992.72 |
| 05/07/2023 | Lodging Ganesh Gopalakrishnan - Hilton Hotels - Washington, D.C. 2023-05-07 2023-05-11 (in-person team meetings) | 1,614.48 |
| 05/07/2023 | Taxi/Car Service Ganesh Gopalakrishnan DCA to Hotel (travel to in-person team meetings) | 53.89 |
| 05/07/2023 | Parking/Tolls Ganesh Gopalakrishnan (travel to in-person team meetings | 76.00 |
| 05/07/2023 | Airfare Randi Self 2023-05-14 DFW - ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 514.55 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/08/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Travis Phelan; Bennett Mackay; Ganesh Gopalakrishnan (in-person team meetings) | 71.01 |
| 05/08/2023 | Airfare Travis Phelan 2023-05-08 DFW - DCA; ; travel to in-person team meetings (American Airlines, round trip, economy) | 627.59 |
| 05/08/2023 | Lodging Travis Phelan Hotel Lombardi, Washington DC 2023-05-08 2023-05-12 (in-person team meetings) | 1,600.00 |
| 05/08/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Travis Phelan; Leslie Morrison; Bennett Mackay; Ganesh Gopalakrishnan (in-person team meetings) | 262.36 |
| 05/08/2023 | Airfare Yujing Sun 2023-05-14 EWR - ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 187.86 |
| 05/09/2023 | Individual Meal - Ganesh Gopalakrishnan - Dinner (in-person team meetings) | 18.10 |
| 05/09/2023 | Airfare Yujing Sun 2023-05-18 ORD - EWR; return from in-person team meetings (American Airlines, one way, economy) | 320.45 |
| 05/11/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Travis Phelan; Bennett Mackay; Ganesh Gopalakrishnan (in-person team meetings) | 94.09 |
| 05/11/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 20.00 |
| 05/11/2023 | Taxi/Car Service Dana Schwartz AlixPartners New York Office to Home (overtime) | 25.90 |
| 05/11/2023 | Taxi/Car Service Ganesh Gopalakrishnan AlixPartners DC Office to DCA airport (return from in-person meetings) | 31.92 |
| 05/11/2023 | Taxi/Car Service Ganesh Gopalakrishnan Hotel to AlixPartners DC Office (in-person team meetings) | 9.71 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/11/2023 | Parking/Tolls Lilly Goldman Parking (travel to in-person team meetings) | 130.00 |
| 05/11/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Travis Phelan; Ganesh Gopalakrishnan (in-person team meetings) | 195.00 |
| 05/12/2023 | Parking/Tolls Travis Phelan at DFW Airport for Washington, DC (travel to in-person team meetings) | 135.00 |
| 05/14/2023 | Lodging Charles Cipione Westin Chicago River N - Chicago, IL 2023-05-14 2023-05-19 (in-person team meetings) | 1,300.00 |
| 05/14/2023 | Taxi/Car Service Charles Cipione ORD to Hotel (travel to in-person team meetings) | 57.30 |
| 05/14/2023 | Airfare Chuanqi Chen 2023-05-14 IAH - ORD; travel to in-person team meetings (United Airlines, one-way, economey) | 319.05 |
| 05/14/2023 | Lodging Chuanqi Chen Hyatt Hotels - 2023-05-14 2023-05-17 (in-person team meetings) | 898.14 |
| 05/14/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 58.29 |
| 05/14/2023 | Taxi/Car Service Chuanqi Chen ORD to Hotel (travel to in-person team meetings) | 68.00 |
| 05/14/2023 | Taxi/Car Service Chuanqi Chen Home to IAH (travel to in-person team meetings) | 47.43 |
| 05/14/2023 | Airfare Dana Schwartz 2023-05-14 LGA - ORD; travel to in-person team meetings (Delta Airlines, one-way, economy) | 596.25 |
| 05/14/2023 | Lodging Dana Schwartz Westin Chicago River N - Chicago, IL 2023-05-14 2023-05-19 (in-person team meetings) | 1,625.00 |
| 05/14/2023 | Group Meal - Engagement Team - Dinner - Dana Schwartz; Seen Yung Wong (in-person team meetings) | 130.00 |
| 05/14/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 95.94 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/14/2023 | Taxi/Car Service Dana Schwartz Airport to Hotel (travel to in-person team meetings) | 103.86 |
| 05/14/2023 | Internet Access Dana Schwartz (in-person team meetings) | 10.00 |
| 05/14/2023 | Lodging John Labella Autograph Collection - Chicago, IL 2023-05-14 2023-05-17 (in-person team meetings) | 975.00 |
| 05/14/2023 | Taxi/Car Service John Labella Aiport to Hotel (travel to in-person team meetings) | 63.25 |
| 05/14/2023 | Airfare Kurt Wessel 2023-05-14 DCA - ORD; travel to in-person team meetings (American Airlines, one-way, economy) | 233.85 |
| 05/14/2023 | Lodging Kurt Wessel Hotel Chicago Dt Autograp - Chicago, IL 2023-05-14 2023-05-19 (in-person team meetings) | 1,625.00 |
| 05/14/2023 | Taxi/Car Service Kurt Wessel Ord Airport to Hotel (in-person team meetings) | 57.90 |
| 05/14/2023 | Airfare Lilly Goldman 2023-05-14 DCA - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 395.51 |
| 05/14/2023 | Lodging Lilly Goldman Hotel Chicago Dt Autograp - Chicago, IL 2023-05-14 2023-05-18 (travel to in-person meetings) | 1,300.00 |
| 05/14/2023 | Airfare Mark Cervi 2023-05-14 LAX - ORD; travel to in-person meetings (United Airlines, one way, economy) | 412.27 |
| 05/14/2023 | Lodging Mark Cervi - Moxy Chicago Downtown, Chicago, IL 2023-05-14 2023-05-17 (in-person team meetings) | 841.77 |
| 05/14/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meetings) | 57.96 |
| 05/14/2023 | Internet Access Mark Cervi | 18.00 |
| 05/14/2023 | Taxi/Car Service Mark Cervi Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 55.17 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/14/2023 | Lodging Randi Self Marriott Hotels - Chicago, IL 2023-05-14 2023-05-18 (in-person team meetings) | 1,300.00 |
| 05/14/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 15.06 |
| 05/14/2023 | Taxi/Car Service Randi Self Airport to Hotel (in-person team meetings) | 69.53 |
| 05/14/2023 | Airfare Sean Thompson 2023-05-14 LGA - ORD; travel to in-person team meetings (Jet Blue, round trip, economy) | 373.38 |
| 05/14/2023 | Lodging Sean Thompson Marriott Hotels - Chicago, IL 2023-05-14 2023-05-18 (in-person team meetings) | 865.48 |
| 05/14/2023 | Taxi/Car Service Sean Thompson Home to Airport (travel to in-person team meetings) | 65.89 |
| 05/14/2023 | Taxi/Car Service Sean Thompson ORD to Hotel (travel to in-person team meetings) | 44.96 |
| 05/14/2023 | Airfare Seen Yung Wong 2023-05-14 LGA - ORD; travel to in-person meetings (Delta Airlines, one way, economy) | 263.02 |
| 05/14/2023 | Train Seen Yung Wong - New York (travel to in-person team meetings) | 62.00 |
| 05/14/2023 | Lodging Seen Yung Wong Hotel Chicago Dt Autograp - Chicago, IL 2023-05-14 2023-05-17 (in-person team meetings) | 975.00 |
| 05/14/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 10.00 |
| 05/14/2023 | Taxi/Car Service Seen Yung Wong Home to LGA (travel to in-person team meetings) | 60.01 |
| 05/14/2023 | Lodging Varun Kotharu Hotel Chicago Dt Autograp - Chicago, IL 2023-05-14 2023-05-17 (in-person team meetings) | 975.00 |
| 05/14/2023 | Public Transportation Varun Kotharu Airport to Hotel (travel to in-person team meetings) | 18.53 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/14/2023 | Taxi/Car Service Varun Kotharu Home to Airport (travel to in-person team meetings) | 29.87 |
| 05/14/2023 | Lodging Yujing Sun Hotel Chicago Dt Autograp - Chicago, IL 2023-05-14 2023-05-18 (in-person team meetings) | 1,300.00 |
| 05/14/2023 | Individual Meal - Yujing Sun - Lunch (in-person team meetings) | 19.57 |
| 05/14/2023 | Taxi/Car Service Yujing Sun O'Hare Chicago Airport to Hotel (travel to in-person team meetings) | 61.90 |
| 05/14/2023 | Taxi/Car Service Yujing Sun Home to Newark, NJ (travel to in-person team meetings) | 46.48 |
| 05/15/2023 | Airfare Adam Searles 2023-05-15 LGA - ORD; travel to in-person team meetings (Delta Airlines, one way, economy) | 176.37 |
| 05/15/2023 | Lodging Adam Searles Westin Hotels and Resorts - CHICAGO 2023-05-15 2023-05-17 (in-person team meetings) | 650.00 |
| 05/15/2023 | Group Meal - Engagement Team - Dinner - Adam Searles; Dana Schwartz; Travis Phelan (in-person team meetings) | 180.00 |
| 05/15/2023 | Taxi/Car Service Adam Searles Home to LGA (travel to in-person team meetings) | 90.00 |
| 05/15/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 20.41 |
| 05/15/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 24.41 |
| 05/15/2023 | Individual Meal - Chuanqi Chen - Lunch (in-person team meetings) | 19.49 |
| 05/15/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 20.35 |
| 05/15/2023 | Airfare Griffin Shapiro 2023-05-15 BOS - ORD; travel to in-person team meetings (Delta Airlines, round-trip, economy) | 508.48 |
| 05/15/2023 | Lodging Griffin Shapiro Westin Chicago River N - Chicago, IL 2023-05-15 2023-05-18 (in-person team meetings) | 975.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/15/2023 | Group Meal - Engagement Team - Dinner - Yujing Sun, Sean Thompson, Allyson Calhoun, Griffin Shapiro (in person team meetings) | 260.00 |
| 05/15/2023 | Group Meal - Engagement Team - Lunch - Randi Self, Allyson Calhoun, Griffin Shapiro | 50.87 |
| 05/15/2023 | Taxi/Car Service Griffin Shapiro Hotel to Dinner (in-person team meetings) | 10.56 |
| 05/15/2023 | Taxi/Car Service Griffin Shapiro ORD to AlixPartners Chicago Office (travel to in person team meetings) | 60.77 |
| 05/15/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 10.98 |
| 05/15/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person team meetings) | 37.62 |
| 05/15/2023 | Lodging Jason Chin Holiday Inn - Chicago, IL 2023-05-15 2023-05-17 (in-person team meetings) | 510.81 |
| 05/15/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 26.94 |
| 05/15/2023 | Airfare Jason Chin 2023-05-15 LGA - ORD; in-pserson team meetings (United Airlines, round trip, economy) | 403.46 |
| 05/15/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 52.96 |
| 05/15/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 31.94 |
| 05/15/2023 | Airfare John Labella 2023-05-14 MFR - ORD; travel to in-person team meetings (United Airlines, one-way, economy) | 672.41 |
| 05/15/2023 | Group Meal - Engagement Team - Dinner - Todd Toaso, John Labella (in-person team meetings) | 130.00 |
| 05/15/2023 | Lodging John Somerville Westin Chicago River N - Chicago, IL 2023-05-15 2023-05-17 | 650.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/15/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 14.84 |
| 05/15/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 17.82 |
| 05/15/2023 | Taxi/Car Service John Somerville Home to LGA airport | 31.98 |
| 05/15/2023 | Airfare Katerina Vasiliou 2023-05-15 ORD- LHR ; travel to in-person team meetings (United, two way trip, economy fare) | 2,299.07 |
| 05/15/2023 | Lodging Katerina Vasiliou Westin Chicago River N - Chicago, IL 2023-05-15 2023-05-19 (in-person team meetings) | 1,625.00 |
| 05/15/2023 | Taxi/Car Service Katerina Vasiliou Chicago Airport to Hotel (travel to in-person meetings) | 79.60 |
| 05/15/2023 | Group Meal - Engagement Team Lilly Goldman - Dinner - Lilly Goldman; Bennett Mackay; Takahiro Yamada; Mark Cervi; Varun Kotharu; Chuanqi Chen; Seen Yung Wong (in-person team meetings) | 244.91 |
| 05/15/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Kurt Wessel; Bennett Mackay; Takahiro Yamada; Dana Schwartz; Mark Cervi; Adam Searles; Varun Kotharu; Yujing Sun; Sean Thompson; Matthew Birtwell; Jason Chin (in-person team meetings) | 291.89 |
| 05/15/2023 | Airfare Matthew Birtwell 2023-05-15 DCA - ORD; travel to in-person team meetins (American Airlines, round trip, economy) | 443.01 |
| 05/15/2023 | Lodging Matthew Birtwell Westin Chicago River N - Chicago, IL 2023-05-15 2023-05-17 (in-person team meetings) | 650.00 |
| 05/15/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 44.70 |
| 05/15/2023 | Individual Meal - Matthew Birtwell - Breakfast | 12.44 |
| 05/15/2023 | Public Transportation Matthew Birtwell (travel to in-person team meetings) | 5.00 |
| 05/15/2023 | Mileage Matthew Birtwell 32 Miles (travel to in-person team meetings) | 20.96 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/15/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings | 38.18 |
| 05/15/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 12.63 |
| 05/15/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 21.20 |
| 05/15/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 27.32 |
| 05/15/2023 | Airfare Takahiro Yamada 2023-05-15 LGA - ORD; travel to in-person team meetings (JetBlue, round trip, economy) | 324.92 |
| 05/15/2023 | Lodging Takahiro Yamada Hotel Chicago Dt Autograp - Chicago, IL 2023-05-15 2023-05-18 (in-person team meetings) | 975.00 |
| 05/15/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 13.46 |
| 05/15/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 61.36 |
| 05/15/2023 | Train Takahiro Yamada - Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 5.00 |
| 05/15/2023 | Airfare Todd Toaso 2023-05-15 LGA - ORD; travel to in-person team meetings (Delta Airlines, round trip, economy) | 752.44 |
| 05/15/2023 | Lodging Todd Toaso Westin Hotels and Resorts - Chicago 2023-05-15 2023-05-18 (in-person team meetings) | 975.00 |
| 05/15/2023 | Individual Meal - Todd Toaso - Lunch (in-person team meetings) | 14.84 |
| 05/15/2023 | Taxi/Car Service Todd Toaso ORD to AlixPartners Chicago Office (travel to in-person team meetings) | 61.25 |
| 05/15/2023 | Taxi/Car Service Todd Toaso Home to LGA (travel to in-person team meetings) | 53.88 |
| 05/15/2023 | Airfare Travis Phelan 2023-05-15 DFW - ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 548.22 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/15/2023 | Lodging Travis Phelan Westin Chicago River N - Chicago, IL 2023-05-15 2023-05-19 (in-person team meetings) | 1,300.00 |
| 05/15/2023 | Taxi/Car Service Travis Phelan Airport to Hotel (travel to in-person team meetings) | 59.06 |
| 05/15/2023 | Individual Meal - Yujing Sun - Dinner (in-person team meetings) | 25.33 |
| 05/15/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.77 |
| 05/16/2023 | Taxi/Car Service Adam Searles Dinner to Hotel (in-person team meetings) | 24.40 |
| 05/16/2023 | Taxi/Car Service Allyson Calhoun Team dinner to Home (in-person team meetings) | 24.68 |
| 05/16/2023 | Lodging Bennett Mackay Hotel Chicago Dt Autograp - Chicago, IL 2023-05-15 2023-05-18 (in-person team meetings) | 975.00 |
| 05/16/2023 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 65.00 |
| 05/16/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 24.76 |
| 05/16/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 10.87 |
| 05/16/2023 | Taxi/Car Service Dana Schwartz Hotel to AlixPartners Chicago Office (in-person team meetings) | 7.92 |
| 05/16/2023 | Taxi/Car Service Dana Schwartz AlixPartners Chicago Office to Hotel (in-person team meetings) | 15.98 |
| 05/16/2023 | Group Meal - Engagement Team - Breakfast - Allyson Calhoun, Griffin Shapiro | 11.73 |
| 05/16/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 26.35 |
| 05/16/2023 | Group Meal - Engagement Team - Dinner - Kurt Wessel; Bennett Mackay; Takahiro Yamada; John Labella; Yujing Sun; Randi Self; Chuanqi Chen, Jason Chin (in-person team meetings) | 520.00 |
| 05/16/2023 | Taxi/Car Service John Labella Hotel to AlixPartners Chicago Office (in-person team meetings) | 24.94 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:   Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/16/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 12.49 |
| 05/16/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 21.10 |
| 05/16/2023 | Taxi/Car Service John Somerville AlixPartners Chicago Office to Dinner (in-person team meetings) | 14.99 |
| 05/16/2023 | Taxi/Car Service John Somerville Dinner to Hotel (in-person team meetings) | 11.92 |
| 05/16/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Todd Toaso; Kurt Wessel; Bennett Mackay; Takahiro Yamada; Dana Schwartz; Mark Cervi; Adam Searles; Varun Kotharu; Yujing Sun; Anne Vanderkamp; Sean Thompson; Katerina Vasiliou; Randi Self; Allyson Calhoun; Griffin Shapiro; Chuanqi Chen; Matthew Birtwell; Jason Chin (in-person team meetings) | 689.39 |
| 05/16/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 7.03 |
| 05/16/2023 | Group Meal - - Engagement Team Matthew Birtwell - Dinner - Matthew Birtwell; Griffin Shapiro; Allyson Calhoun; Sean Thompson | 260.00 |
| 05/16/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 6.55 |
| 05/16/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 17.85 |
| 05/16/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 23.43 |
| 05/16/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 11.73 |
| 05/16/2023 | Individual Meal - Todd Toaso - Breakdast (in-person team meetings) | 12.11 |
| 05/16/2023 | Group Meal - Engagement Team - Dinner - Travis Phelan; Dana Schwartz; Mark Cervi; Adam Searles; John Somerville; Varun Kotharu; Katerina Vasiliou (in-person team meetings) | 455.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/16/2023 | Individual Meal - Varun Kotharu - Breakfast (in-person team meetings) | 16.41 |
| 05/16/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.77 |
| 05/16/2023 | Taxi/Car Service Yujing Sun Dinner to Hotel (in-person team meetings) | 10.95 |
| 05/17/2023 | Individual Meal - Adam Searles - Lunch (in-person team meetings) | 18.36 |
| 05/17/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 12.82 |
| 05/17/2023 | Internet Access Adam Searles | 59.95 |
| 05/17/2023 | Taxi/Car Service Allyson Calhoun Team Dinner to Home (in-person team meetings) | 16.85 |
| 05/17/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 20.27 |
| 05/17/2023 | Internet Access Chuanqi Chen (in-person team meetings) | 19.00 |
| 05/17/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 22.58 |
| 05/17/2023 | Individual Meal - Lunch - Dana Schwartz (in-person team meetings) | 45.00 |
| 05/17/2023 | Taxi/Car Service Dana Schwartz AlixPartners Chicago Office to Dinner (in-person team meetings) | 17.66 |
| 05/17/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 9.61 |
| 05/17/2023 | Group Meal - Lunch - Travis Phelan; Todd Toaso; Charles Cipione; Kurt Wessel; Takahiro Yamada; Varun Kotharu; Yujing Sun; Anne Vanderkamp; Sean Thompson; Katerina Vasiliou; Randi Self; Allyson Calhoun; Griffin Shapiro; Chuanqi Chen; Matthew Birtwell; Jason Chin (in-person team meetings) | 605.62 |
| 05/17/2023 | Taxi/Car Service Jason Chin Airport to Home (return from in-person team meetings) | 46.16 |
| 05/17/2023 | Taxi/Car Service Jason Chin Hotel to Airport (return from in-person team meetings) | 118.33 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/17/2023 | Airfare John Labella 2023-05-14 ORD - ORD; return from in-person team meetings (United Airlines, one-way, economy) | 636.78 |
| 05/17/2023 | Individual Meal - John Labella - Lunch (in-person team meetings) | 40.07 |
| 05/17/2023 | Taxi/Car Service John Labella Airport to Home (return from in-person team meetings) | 99.98 |
| 05/17/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 5.26 |
| 05/17/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 14.51 |
| 05/17/2023 | Group Meal - Engagement Team - Dinner - Adam Searles; John Somerville; Varun Kotharu; Seen Yung Wong (in-person team meetings) | 99.02 |
| 05/17/2023 | Taxi/Car Service John Somerville AlixPartners Chicago Office to Airport (return from in-person team meetings) | 145.81 |
| 05/17/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 10.53 |
| 05/17/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 16.01 |
| 05/17/2023 | Individual Meal - Kurt Wessel - Dinner (in-person team meetings) | 24.03 |
| 05/17/2023 | Taxi/Car Service Kurt Wessel Dinner to Hotel (in-person team meetings) | 14.45 |
| 05/17/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Travis Phelan; Bennett Mackay; Takahiro Yamada; Dana Schwartz; John Somerville; Sean Thompson; Katerina Vasiliou; Randi Self; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 715.00 |
| 05/17/2023 | Airfare Mark Cervi 2023-05-17 ORD - MIA; return from in-person meetings (American Airlines, one way, economy) | 197.75 |
| 05/17/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 23.99 |

# AlixPartners

John J. Ray III  
Chief Executive Officer  
FTX Trading Ltd. and its affiliated debtors-in-possession  
c/o Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York 10004

Re:   Expenses  
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/17/2023 | Taxi/Car Service Mark Cervi AlixPartners Chicago Office to Airport (return from in-person team meetings) | 48.43 |
| 05/17/2023 | Internet Access Mark Cervi | 19.00 |
| 05/17/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 44.93 |
| 05/17/2023 | Public Transportation Matthew Birtwell (return from in-person team meetings) | 2.50 |
| 05/17/2023 | Mileage Matthew Birtwell 33 Miles (return from in-person team meetings) | 21.62 |
| 05/17/2023 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 87.00 |
| 05/17/2023 | Internet Access Matthew Birtwell | 15.00 |
| 05/17/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 17.86 |
| 05/17/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 26.62 |
| 05/17/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 6.15 |
| 05/17/2023 | Taxi/Car Service Todd Toaso Dinner to Hotel (in-person team meetings) | 17.95 |
| 05/17/2023 | Individual Meal - Varun Kotharu - Breakfast (in-person team meetings) | 9.73 |
| 05/17/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.77 |
| 05/18/2023 | Individual Meal - Dana Schwartz - Dinner (in-person team meetings) | 35.38 |
| 05/18/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 18.68 |
| 05/18/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Dana Schwartz; Griffin Shapiro (in-person team meetings) | 65.55 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/18/2023 | Group Meal - Engagement Team - Lunch - Travis Phelan; Todd Toaso; Kurt Wessel; Bennett Mackay; Takahiro Yamada; Anne Vanderkamp; Sean Thompson; Randi Self; Allyson Calhoun (in-person team meetings) | 261.30 |
| 05/18/2023 | Taxi/Car Service Griffin Shapiro Airport to Home (return from in-person team meetings) | 35.87 |
| 05/18/2023 | Public Transportation Griffin Shapiro (return from in-person team meetings) | 2.50 |
| 05/18/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 18.78 |
| 05/18/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 15.98 |
| 05/18/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 18.84 |
| 05/18/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 13.28 |
| 05/18/2023 | Public Transportation Randi Self AlixPartners Chicago Office to Airport (return from in-person team meetings) | 3.00 |
| 05/18/2023 | Individual Meal - Sean Thompson - Dinner - (in-person team meetings) | 27.38 |
| 05/18/2023 | Public Transportation Sean Thompson AlixPartners Chicago Office to Airport - (return from in-person team meetings) | 2.50 |
| 05/18/2023 | Taxi/Car Service Sean Thompson JFK to Home (return from in-person team meetings) | 75.75 |
| 05/18/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 18.47 |
| 05/18/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 9.78 |
| 05/18/2023 | Train Takahiro Yamada - AlixPartners Chicago Office to Airport (return from in-person team meetings) | 3.00 |

# AlixPartners

John J. Ray III  
Chief Executive Officer  
FTX Trading Ltd. and its affiliated debtors-in-possession  
c/o Sullivan & Cromwell LLP  
125 Broad Street  
New York, New York 10004

Re: Expenses  
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/18/2023 | Taxi/Car Service Takahiro Yamada AIrport to Home (return from in-person team meetings) | 74.74 |
| 05/18/2023 | Taxi/Car Service Todd Toaso AlixPartners Chicago Office to ORD (return from in-person team meetings) | 67.50 |
| 05/18/2023 | Taxi/Car Service Todd Toaso LGA to Home (return from in-person team meetings) | 71.85 |
| 05/18/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.77 |
| 05/18/2023 | Individual Meal - Yujing Sun - Dinner (in-person team meetings) | 24.98 |
| 05/18/2023 | Public Transportation Yujing Sun AlixPartners Chicago Office to Airport (return from in-person team meetings) | 2.50 |
| 05/18/2023 | Taxi/Car Service Yujing Sun Newark, NJ to Home (return from in-person team meetings) | 103.92 |
| 05/19/2023 | Parking/Tolls Charles Cipione (return from in-person team meetings) | 173.20 |
| 05/19/2023 | Taxi/Car Service Charles Cipione Hotel to ORD (return from in-person team meetings) | 154.95 |
| 05/19/2023 | Taxi/Car Service Dana Schwartz LGA to Home (return from in-person team meetings) | 103.89 |
| 05/19/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 41.11 |
| 05/19/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 10.56 |
| 05/19/2023 | Taxi/Car Service Katerina Vasiliou Hotel to Airport (return from in-person meetings) | 55.13 |
| 05/19/2023 | Airfare Kurt Wessel 2023-05-19 ORD - DCA; return from in-person team meetings (United Airlines, one way, economy) | 253.26 |
| 05/19/2023 | Taxi/Car Service Kurt Wessel Alixpartners Chicago Office to Airport (return from in-person team meetings) | 60.30 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 05/19/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Travis Phelan; Kurt Wessel; Katerina Vasiliou (in-person team meetings) | 154.94 |
| 05/19/2023 | Parking/Tolls Travis Phelan at DFW Airport for Chicago, IL (travel to in-person team meetings) | 117.00 |
| 05/20/2023 | Taxi/Car Service Katerina Vasiliou Paddington Station to Home (return from in-person meetings) | 8.02 |
| 05/20/2023 | Public Transportation Katerina Vasiliou (return from in-person meetings) | 31.31 |
| **Total Expenses** | | **$ 52,672.11** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | $ | 14,090.54 |
| Client Research | | 50.83 |
| Gas, Parking & Tolls | | 718.20 |
| Ground Transportation | | 3,358.98 |
| Internet | | 140.95 |
| Lodging | | 26,480.68 |
| Meals | | 7,197.35 |
| Mileage | | 42.58 |
| Train | | 592.00 |
| **Total Expenses** | **$** | **52,672.11** |