## Exhibit B

**Disbursements**

{1368.002-W0071364.}

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 05/03/2023 | 0.100 | 2,107.00 | 210.70 | Inhouse Copying |
| 1368.002 | 05/04/2023 | 0.100 | 4,308.00 | 430.80 | Inhouse Copying |
| 1368.002 | 05/09/2023 | 0.100 | 1,068.00 | 106.80 | Inhouse Copying |
| 1368.002 | 05/15/2023 | 0.100 | 386.00 | 38.60 | Inhouse Copying |
| 1368.002 | 05/17/2023 | 0.100 | 33.00 | 3.30 | Inhouse Copying |
| 1368.002 | 05/23/2023 | 0.100 | 94.00 | 9.40 | Inhouse Copying |
| 1368.002 | 05/24/2023 | 0.100 | 107.00 | 10.70 | Inhouse Copying |
| 1368.002 | 05/25/2023 | 0.100 | 1,174.00 | 117.40 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 927.70 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 05/03/2023 | | | 631.80 | Outside printing Parcels, Inc. - Invoice 1021120 |
| 1368.002 | 05/11/2023 | | | 48.70 | Outside printing Parcels, Inc. - Invoice 1023088 |
| 1368.002 | 05/17/2023 | | | 107.90 | Outside printing Parcels, Inc. - Invoice 1023439 |
| 1368.002 | 05/18/2023 | | | 439.47 | Outside printing Parcels, Inc. - Invoice 1023671 |
| 1368.002 | 05/22/2023 | | | 201.10 | Outside printing Parcels, Inc. - Invoice 1024138 |
| 1368.002 | 05/23/2023 | | | 31.08 | Outside printing Parcels, Inc. - Invoice 1024495 |
| 1368.002 | 05/23/2023 | | | 143.25 | Outside printing Parcels, Inc. - Invoice 1024912 |
| 1368.002 | 05/24/2023 | | | 55.78 | Outside printing Parcels, Inc. - Invoice 1024486 |
| 1368.002 | 05/24/2023 | | | 544.97 | Outside printing Parcels, Inc. - Invoice 1024918 |
| **Total for Activity ID E102** | | | Billable | 2,204.05 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 05/31/2023 | | | 847.13 | Online research Relx Inc. DBA LexisNexis - Invoice 3094489510 |
| 1368.002 | 05/31/2023 | | | 17.06 | Online research Relx Inc. DBA LexisNexis - Invoice 3094489510 |
| **Total for Activity ID E106** | | | Billable | 864.19 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 05/01/2023 | | | 25.00 | Delivery services/messengers DLS Discovery - Invoice 176203 |
| 1368.002 | 05/04/2023 | | | 53.00 | Delivery services/messengers Parcels, Inc. - Invoice 36788 |
| 1368.002 | 05/04/2023 | | | 143.00 | Delivery services/messengers Parcels, Inc. - Invoice 36828 |
| 1368.002 | 05/18/2023 | | | 78.90 | Delivery services/messengers Parcels, Inc. - Invoice 1023559 |
| 1368.002 | 05/18/2023 | | | 194.50 | Delivery services/messengers Parcels, Inc. - Invoice 1023667 |
| 1368.002 | 05/18/2023 | | | 223.40 | Delivery services/messengers Parcels, Inc. - Invoice 1023668 |
| 1368.002 | 05/18/2023 | | | 153.90 | Delivery services/messengers Parcels, Inc. - Invoice 1023952 |
| 1368.002 | 05/18/2023 | | | 353.90 | Delivery services/messengers Parcels, Inc. - Invoice 1023954 |
| 1368.002 | 05/19/2023 | | | 100.00 | Delivery services/messengers Parcels, Inc. - Invoice 1023995 |
| 1368.002 | 05/19/2023 | | | 176.12 | Delivery services/messengers Parcels, Inc. - Invoice 1024083 |
| 1368.002 | 05/22/2023 | | | 78.90 | Delivery services/messengers Parcels, Inc. - Invoice 1024046 |
| 1368.002 | 05/22/2023 | | | 53.90 | Delivery services/messengers Parcels, Inc. - Invoice 1024047 |
| 1368.002 | 05/22/2023 | | | 107.80 | Delivery services/messengers Parcels, Inc. - Invoice 1024049 |
| 1368.002 | 05/22/2023 | | | 311.00 | Delivery services/messengers Parcels, Inc. - Invoice 1024048 |
| 1368.002 | 05/22/2023 | | | 138.00 | Delivery services/messengers Parcels, Inc. - Invoice 1024045 |
| 1368.002 | 05/22/2023 | | | 282.00 | Delivery services/messengers Parcels, Inc. - Invoice 1024050 |
| 1368.002 | 05/22/2023 | | | 109.00 | Delivery services/messengers Parcels, Inc. - Invoice 1024051 |
| 1368.002 | 05/24/2023 | | | 10.00 | Delivery services/messengers Parcels, Inc. - Invoice 1024521 |
| 1368.002 | 05/25/2023 | | | 78.30 | Delivery services/messengers Parcels, Inc. - Invoice 1024609 |
| **Total for Activity ID E107** | | | Billable | 2,670.62 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 05/03/2023 | | | 81.04 | Meals Panera Bread - Breakfast for S&C (5); LRC (3) |
| 1368.002 | 05/03/2023 | | | 128.00 | Meals Toscana Catering - Lunch for S&C (5); LRC (3) |
| **Total for Activity ID E111** | | | Billable | 209.04 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 05/31/2023 | | | 23.40 | Document Retrieval - PACER May |
| **Total for Activity ID E208** | | | Billable | 23.40 | Document Retrieval |

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 05/17/2023 | | | 25.00 | Filing Fee Clerk, U.S. District Court - PHV |
| 1368.002 | 05/17/2023 | | | 1,050.00 | Filing Fee Clerk, U.S. District Court - filing of 3 complaints |
| **Total for Activity ID E214** | | | Billable | 1,075.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 05/04/2023 | | | 72.50 | Hearing Transcripts Reliable Wilmington - Invoice WL110571 |
| **Total for Activity ID E218** | | | Billable | 72.50 | Hearing Transcripts |

**GRAND TOTALS**

Billable        8,046.50