IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR <u>PRO HAC VICE</u> ADMISSION OF ELIZABETH A. RODD**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission <u>pro hac vice</u> of Elizabeth A. Rodd of the law firm McDermott Will & Emery LLP, 200 Clarendon Street, Boston, Massachusetts 02116, to represent the Plan Administrator as manager of Voyager Digital Holdings, Inc., Voyager Digital Ltd., and Voyager Digital, LLC, the Wind-Down Debtors, pursuant to the confirmed *Third Amended Joint Plan of Voyager Digital Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*, Case No. 22-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) [Docket No. 1166-1], in the above-captioned case.

Dated: June 20, 2023

*/s/ Maris J. Kandestin*
Maris J. Kandestin (Del. Bar No. 5294)
**McDERMOTT WILL & EMERY LLP**
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone:   (302) 485-3900
Facsimile:    (302) 351-8711
Email:          mkandestin@mwe.com

*Counsel for Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro hac vice</u> is granted.

Dated: July 3rd, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE