**Exhibit B**

**Disbursements**

Case 22-11068-JTD    Doc 1827-3    Filed 07/03/23    Page 1 of 7

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Reproduction | 5/1/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Travel-Internet | 5/2/2023 | 1.00 | 0.00 | 0.00 | Katherine Lemire - Internet - Katherine Lemire - Wifi on plane 05/02/23 |
| Document Reproduction | 5/2/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/2/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 5/2/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 5/2/2023 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Color Document Reproduction | 5/2/2023 | 26.00 | 0.40 | 10.40 | Color Document Reproduction |
| Out-of-Town Travel | 5/2/2023 | 1.00 | 52.63 | 52.63 | Katherine Lemire - Taxi - Katherine Lemire - Paris/SF Uber to airport (47.98 Euros) 05/02/23 |
| Document Reproduction | 5/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/3/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 0.65 | 0.65 | US DOCKETS |
| Color Document Reproduction | 5/3/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 5/3/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 5/3/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Color Document Reproduction | 5/3/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Document Reproduction | 5/3/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Document Reproduction | 5/3/2023 | 48.00 | 0.10 | 4.80 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 5.66 | 5.66 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 5.66 | 5.66 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 5.66 | 5.66 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 5.66 | 5.66 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 11.32 | 11.32 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/3/2023 | 1.00 | 27.56 | 27.56 | SEARCH |
| Travel | 5/3/2023 | 1.00 | 30.00 | 30.00 | Katherine Lemire - Baggage Fee - Katherine Lemire - baggage fee 05/03/23 |
| Meals during travel | 5/3/2023 | 1.00 | 36.15 | 36.15 | Katherine Lemire - Breakfast - Katherine Lemire - Breakfast 05/03/23 Katherine Lemire |
| Meals during travel | 5/3/2023 | 1.00 | 38.79 | 38.79 | Katherine Lemire - Lunch - Katherine Lemire - Lunch with co-counsel 05/03/23 Katherine Lemire |
| Out-of-Town Travel | 5/3/2023 | 1.00 | 40.98 | 40.98 | Katherine Lemire - Taxi - Katherine Lemire - SFO/Hotel Uber from SFO to hotel 05/03/23 |
| Out-of-Town Travel | 5/3/2023 | 1.00 | 90.30 | 90.30 | Katherine Lemire - Taxi - Katherine Lemire - hotel to airport Cab from hotel to airport in San Francisco 05/03/23 |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Air travel | 5/3/2023 | 1.00 | 428.90 | 428.90 | Katherine Lemire - Airfare - Katherine Lemire - SFO/JFK FTX-Redeye to NY from SF 05/03/23 |
| Hotel | 5/3/2023 | 1.00 | 444.35 | 444.35 | Katherine Lemire - Lodging - Katherine Lemire - Omni Hotel in SF 05/03/23 |
| Document Reproduction | 5/4/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Out-of-Town Travel | 5/4/2023 | 1.00 | 90.56 | 90.56 | Katherine Lemire - Taxi - Katherine Lemire - SFO/JFK Taxi from JFK to home 05/04/23 |
| Word processing | 5/5/2023 | 0.50 | 0.00 | 0.00 | Word processing |
| Word processing | 5/6/2023 | 1.50 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 5/6/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/8/2023 | 1.00 | 0.65 | 0.65 | US DOCKETS |
| Document Reproduction | 5/8/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 5/8/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Color Document Reproduction | 5/8/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 5/8/2023 | 1.00 | 2.04 | 2.04 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/8/2023 | 1.00 | 9.17 | 9.17 | SEARCH |
| Document Reproduction | 5/8/2023 | 115.00 | 0.10 | 11.50 | Document Reproduction |
| Color Document Reproduction | 5/8/2023 | 50.00 | 0.40 | 20.00 | Color Document Reproduction |
| Messenger | 5/8/2023 | 1.00 | 75.00 | 75.00 | CITY EXPEDITOR, INC - Messenger-#11807-00001/From Sascha Rand to QE - 04/24/23 |
| Document Reproduction | 5/9/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 5/9/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 5/9/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/9/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/9/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Velobind | 5/9/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Document Reproduction | 5/9/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 83.00 | 0.10 | 8.30 | Document Reproduction |
| Document Reproduction | 5/9/2023 | 87.00 | 0.10 | 8.70 | Document Reproduction |
| Document Reproduction | 5/10/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Services | 5/10/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0214277 |

| Description | Date | Qty | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Document Services | 5/10/2023 | 1.00 | 3.02 | 3.02 | Document Services - TAX/G. SMITH/0214277 |
| Document Services | 5/10/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0214277 |
| Document Services | 5/10/2023 | 18.00 | 0.37 | 6.69 | Document services - TABS/G. SMITH/0214277 |
| Document Services | 5/10/2023 | 290.00 | 0.07 | 19.95 | Document services - PRINTS/G. SMITH/0214277 |
| Document Reproduction | 5/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/11/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 5/11/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 5/12/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/12/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 5/12/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 5/12/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 5/12/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 5/15/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/15/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/15/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/15/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/15/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/16/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 5/16/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 5/16/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 5/17/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Services | 5/17/2023 | 2.00 | 0.75 | 1.50 | Document services - COLOR PRINTS/C. KIM/0214449 |
| Document Reproduction | 5/17/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Services | 5/17/2023 | 5.00 | 0.37 | 1.86 | Document services - TABS/C. KIM/0214449 |
| Color Document Reproduction | 5/17/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Document Services | 5/17/2023 | 2.00 | 2.12 | 4.24 | Document services - SPIRAL BINDING/C. KIM/0214449 |
| Document Services | 5/17/2023 | 1.00 | 6.69 | 6.69 | Document Services - TAX/C. KIM/0214449 |
| Document Services | 5/17/2023 | 2.00 | 5.00 | 10.00 | Document services - DRILLING/C. KIM/0214449 |
| Document Services | 5/17/2023 | 826.00 | 0.07 | 56.83 | Document services - PRINTS/C. KIM/0214449 |
| Local meals | 5/18/2023 | 1.00 | 0.00 | 0.00 | GrubHub Holdings Inc. - Local Meals - Pauline Migliozzi #11807-00001/ Sascha Rand - Client Meeting - 04/18/2023 |
| Document Reproduction | 5/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/18/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/18/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/18/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/18/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/19/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 5/19/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/19/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/19/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Express mail | 5/19/2023 | 1.00 | 26.03 | 26.03 | FEDERAL EXPRESS CORPORATION - Invoice No: 813669690 Paid to: Fedex per Jaclyn Palmerson Ship To: Annie Zhao Ship Dt: 05/12/23 Airbill: 398221441653 11807 00001 007255: Most cost efficient method of proof of delivery. |
| Lexis Courtlink - Off Contract | 5/21/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Word processing | 5/22/2023 | 0.50 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 5/23/2023 | 1.00 | 0.71 | 0.71 | US DOCKETS |
| Lexis Courtlink - Off Contract | 5/23/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 5/23/2023 | 1.00 | 6.16 | 6.16 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/23/2023 | 1.00 | 6.16 | 6.16 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 5/23/2023 | 1.00 | 6.16 | 6.16 | COURTLINK ONLINE DOC VIEW |
| Word processing | 5/24/2023 | 0.80 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 5/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 5/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 5/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 5/24/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/24/2023 | 1.00 | 1.02 | 1.02 | COURTLINK ALERT |
| Document Reproduction | 5/24/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Document Reproduction | 5/24/2023 | 69.00 | 0.10 | 6.90 | Document Reproduction |
| Lexis Courtlink - Off Contract | 5/24/2023 | 1.00 | 9.99 | 9.99 | SEARCH |
| Document Reproduction | 5/24/2023 | 223.00 | 0.10 | 22.30 | Document Reproduction |
| Document Reproduction | 5/26/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Services | 5/26/2023 | 1.00 | 0.75 | 0.75 | Document services - COLOR PRINTS/C. KIM/0214748 |
| Document Reproduction | 5/26/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Color Document Reproduction | 5/26/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 5/26/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 5/26/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Color Document Reproduction | 5/26/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |

| Description | Date | Qty | Rate | Amount | Details |
|---|---|---|---|---|---|
| Document Services | 5/26/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0214748 |
| Document Services | 5/26/2023 | 6.00 | 0.37 | 2.23 | Document services - TABS/C. KIM/0214748 |
| Document Services | 5/26/2023 | 1.00 | 2.96 | 2.96 | Document Services - TAX/C. KIM/0214748 |
| Document Services | 5/26/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/C. KIM/0214748 |
| Document Services | 5/26/2023 | 332.00 | 0.07 | 22.84 | Document services - PRINTS/C. KIM/0214748 |
| Document Reproduction | 5/29/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 5/29/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Document Reproduction | 5/30/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 5/30/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 5/30/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 5/30/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Online Research - Off Contract | 5/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research | 5/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 5/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 5/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research - Tax | 5/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Velobind | 5/31/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Document Reproduction | 5/31/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |

| Cost Type | Quantity | Amount |
|---|---:|---:|
| Air travel | 1.00 | 428.90 |
| Color Document Reproduction | 117.00 | 46.80 |
| Document Reproduction | 1,322.00 | 132.20 |
| Document Services | 1,491.00 | 153.80 |
| Express mail | 1.00 | 26.03 |
| Hotel | 1.00 | 444.35 |
| Lexis Courtlink - Off Contract | 24.00 | 112.39 |
| Local meals | 1.00 | 0.00 |
| Meals during travel | 2.00 | 74.94 |
| Messenger | 1.00 | 75.00 |
| Online Research | 5.00 | 0.00 |
| Out-of-Town Travel | 4.00 | 274.47 |
| Travel | 2.00 | 30.00 |
| Velobind | 2.00 | 4.00 |
| Word processing | 3.30 | 0.00 |
| TOTAL | 2,977.30 | 1,802.88 |