IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>FTX Trading Ltd., et al.,<br>*Debtors*.[1] | Chapter 11<br>Case No. 22-11068-JTD<br>(Jointly Administered) |

## APPELLANTS' DESIGNATION OF RECORD
## AND STATEMENT OF ISSUES ON APPEAL

Appellants-Media Intervenors Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company, and The Financial Times Ltd. (collectively, "Appellants") hereby submit this designation of the record on appeal and statement of issues pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure in the above-captioned appeal from a June 15, 2023 order of the United States Bankruptcy Court for the District of Delaware, D.I. 1643.

**I.   DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

In addition to the docket entries kept by the bankruptcy clerk in Case No. 22-11068-JTD, Appellants designate the following specific docket entries, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Local Rule 8009-1, which include all exhibits, addenda, or other attachments thereto, and all documents incorporated by reference therein:

| Item No. | Dkt No. | Document |
|---|---|---|
| 1 | 24 | Declaration of John J. Ray III |
| 2 | 45 | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of |

---

[1] FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | | |
|---|---|---|
| | | Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (iii) Granting Certain Related Relief |
| 3 | 45-1 | Exhibit A: Proposed Interim Order |
| 4 | 45-2 | Exhibit B: Proposed Final Order |
| 5 | 51 | Notice of Filing of Consolidated List of Top 50 Creditors |
| 6 | 51-1 | Exhibit A: Top 50 List |
| 7 | 57 | Declaration of Edgar W. Mosley II |
| 8 | 142 | Transcript of First Day Hearing, held November 22, 2022 |
| 9 | 196 | Expedited Motion of Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company and the Financial Times LTD. To Intervene for the Limited Purpose of Objecting to the Motion of Debtors for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 10 | 200 | United States Trustee's Objection to the Motion of the Debtors for Entry of Interim and Final Orders |
| 11 | 200-1 | Exhibit A |
| 12 | 255 | Order Granting Certain Media Parties' Expedited Motion to Intervene |
| 13 | 362 | Supplement to United States Trustee's Objection to the Motion of the Debtors for Entry of Interim and Final Orders |
| 14 | 407 | Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Redact or Withhold Certain Confidential Information |
| 15 | 411 | Declaration of Kevin M. Cofsky |
| 16 | 489 | Transcript of Hearing, held January 11, 2023 |
| 17 | 545 | Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of |

| | | |
|---|---|---|
| | | Individuals on a Final Basis and (III) Granting Certain Related Relief |
| 18 | 997 | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs |
| 19 | 1025 | Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs |
| 20 | 1226 | Media Intervenors' Objections to (I) Motion of the Ad Hoc Committee of Non-US Customers to File Under Seal a Verified Statement and Declaration (D.I. 1137) and (II) Extension or Continuance of the Redaction Deadline |
| 21 | 1324 | Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 22 | 1324-2 | Exhibit A: Proposed Order |
| 23 | 1325 | Declaration of Jeremy A. Sheridan |
| 24 | 1325-1 | Exhibits |
| 25 | 1406 | Media Intervenors' Objections to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 26 | 1467 | United States Trustee's Omnibus Objection |
| 27 | 1467-1 | Exhibit A |
| 28 | 1467-2 | Exhibit B |
| 29 | 1567 | Reply of the Debtors and the Official Committee of Unsecured Creditors in Support of Motion for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 30 | 1611 | Transcript of Hearing, held June 8, 2023 |
| 31 | 1612 | Transcript of Hearing, held June 9, 2023 |
| 32 | 1643 | Order Authorizing the Movants to Redact or Withhold |

|    |        | Certain Confidential Information of Customers and Personal Information of Individuals |
|----|--------|---|
| 33 | 1688   | Notice of Appeal and Statement of Election |
| 34 | 1688-1 | Exhibit A |
| 35 | 1688-2 | Exhibit B |
| 36 | 1704-1 | Exhibit A: Second Interim Report of John J. Ray III to the Independent Directors: The Commingling and Misuse of Customer Deposits at ftx.com |

**II.    STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in authorizing the redaction and/or sealing of the names of all of Debtors' customers in filings in the above-captioned Chapter 11 proceedings for at least an additional 90 days pursuant to Bankruptcy Code Section 107(b)?

2. Whether the Bankruptcy Court erred in authorizing the permanent redaction and/or sealing of the names of Debtors' customers who are natural persons in filings in the above-captioned Chapter 11 proceedings pursuant to Bankruptcy Code Section 107(c)?

Dated:  July 5, 2022

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
dfinger@delawgroup.com

Katie Townsend (pro hac vice)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
ktownsend@rcfp.org

Counsel for Media Intervenors

**CERTIFICATE OF SERVICE**

   I, David L. Finger, hereby certify that on this 5th day of July, 2023, a copy of the foregoing document was served via CM/ECF upon the below-listed counsel and parties of record, as well as all parties receiving notice via CM/ECF:

Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800, Wilmington, DE 19801
landis@lrclaw.com brown@lrclaw.com

Juliet Sarkessian, Esq.
U.S. Trustee
844 King Street, Suite 2207 Wilmington, DE 19801
juliet.m.sarkessian@usdoj.gov

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Suite 1600
Wilmington, DE 19801
dabbott@morrisnichols.com


Daniel A. O'Brien, Esq.
Venable LLP
1201 N. Market St., Suite 1400
Wilmington, DE 19801
Tel: (302) 298-3535
Fax: (302) 298-3550
daobrien@venable.com

Kevin Gross, Esq.
Paul N. Heath, Esq.
David T. Queroli, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: gross@rlf.com
heath@rlf.com

Christopher M. Samis, Esq.
Aaron H. Stulman, Esq.
Sameen Rizvi, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
csamis@potteranderson.com
astulman@potteranderson.com
srizvi@potteranderson.com

Ashby & Geddes, P.A.
Ricardo Palacio, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Email: RPalacio@ashbygeddes.com

/s/ David L. Finger
David L. Finger (ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange St., 7th fl.
Wilmington, DE 19801
(302) 573-2525
dfinger@delawgroup.com