# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):  Andrew R. Vara, United States Trustee for Region 3

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   United States Trustee, Region 3 (*See* 11 U.S.C. § 307, 28 U.S.C. §§ 581(a)(3) & 586)

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals (D.I. 1643), a copy of which is attached hereto as Exhibit A.

2. State the date on which the judgment, order, or decree was entered:    June 15, 2023

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

**APPELLEES**:

*FTX Trading Ltd., et al.*

| | |
|---|---|
| Adam G. Landis, Esquire<br>Kimberly A. Brown, Esquire<br>Matthew R. Pierce, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Email: landis@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com | James L. Bromley, Esquire<br>Andrew G. Dietderich, Esquire<br>Brian D. Glueckstein, Esquire<br>Alexa J. Kranzley, Esquire<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Email: bromleyj@sullcrom.com<br>       dietdericha@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com |

*Official Committee of Unsecured Creditors of FTX Trading Ltd., et al.*

| | |
|---|---|
| Robert F. Poppiti, Jr., Esquire<br>Matthew B. Lunn, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: mlunn@ycst.com<br>       rpoppiti@ycst.com | Kristopher M. Hansen, Esquire<br>Kenneth Pasquale, Esquire<br>Gabriel E. Sasson, Esquire<br>Isaac S. Sasson<br>Caroline Diaz<br>**PAUL HASTINGS LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Email: krishansen@paulhastings.com<br>       kenpasquale@paulhastings.com<br>       gabesasson@paulhastings.com<br>       isaacsasson@paulhastings.com<br>       carolinediaz@paulhastings.com |

**ADDITIONAL APPELLANTS (Notice of appeal filed June 22, 2023)**:

*Bloomberg L.P., et al. v. FTX Trading Ltd., et al.*, **Case No. 1:23-cv-00682-CFC (D. Del.)**

| | |
|---|---|
| David L. Finger, Esquire<br>**FINGER & SLANINA, LLC**<br>One Commerce Center<br>1201 N. Orange Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 573-2525<br>Email: dfinger@delawgroup.com | Katie Townsend, Esquire<br>**THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**<br>1156 15th Street, NW, Suite 1020<br>Washington, DC 20005<br>Telephone: (202) 795-9300<br>Email: ktownsend@rcfp.org |

**OTHER INTERESTED PARTIES**:

*Ad Hoc Committee of Non-US Customers of FTX.com*

| David A. Wender, Esquire<br>**Eversheds Sutherland (US), LLP**<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Telephone (404) 853-8175<br>Email: davidwender@eversheds-sutherland.com | Michael A. Ingrassia, Esquire,<br>**MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP**<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Email: mingrassia@morrisnichols.com |
|---|---|

                                                Respectfully submitted,

                                                Andrew R. Vara
                                                United States Trustee for Region 3

Dated:  July 6, 2023                     By:    */s/ Juliet M. Sarkessian*
                                                Juliet M. Sarkessian
                                                Trial Attorney
                                                Benjamin A. Hackman
                                                Trial Attorney
                                                United States Department of Justice
                                                Office of the United States Trustee
                                                J. Caleb Boggs Federal Building
                                                844 King Street, Suite 2207, Lockbox 35
                                                Wilmington, DE 19801
                                                (302) 573-6491 (Phone)
                                                (302) 573-6497 (Fax)
                                                juliet.m.sarkessian@usdoj.gov
                                                benjamin.a.hackman@usdoj.gov

                                                        -and-

David Gerardi
Trial Attorney
Robert J. Schneider, Jr.
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov
robert.j.schneider@usdoj.gov

-and-

Executive Office for U.S. Trustees
441 G Street, NW, Suite 6150
Washington, DC 25530
Telephone:  (202) 307-1399
Facsimile:   (202) 307-2397