IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Juliet Sarkessian, certify that on July 6, 2023, I served copies of the U.S. Trustee's Notice of Appeal of the Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals (D.I. 1643), in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Kristopher M. Hansen, Esq.<br>Kenneth Pasquale, Esq.<br>Gabriel E. Sasson, Esq.<br>Isaac S. Sasson<br>Caroline Diaz<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com<br>carolinediaz@paulhastings.com | Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |
| David L. Finger, Esquire<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 N. Orange Street, 7th Floor<br>Wilmington, DE 19801<br>Email:  dfinger@delawgroup.com | Katie Townsend, Esquire<br>THE REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street, NW, Suite 1020<br>Washington, DC 20005<br>Email: ktownsend@rcfp.org |
| David A. Wender, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email: davidwender@eversheds-sutherland.com | Michael A. Ingrassia, Esquire,<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: mingrassia@morrisnichols.com |
| Dated: July 6, 2023<br>          Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |