# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 7/7/2023
Case: 22−11068−JTD     Form ID: van440     Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Adam G. Landis | Landis Rath & Cobb LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| aty | Alexa J. Kranzley | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004−2498 |
| aty | Andrew G. Dietderich | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Andrew G. Dietderich | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Benjamin A. Hackman | Office of the United States Trustee    844 King Street    Suite 2207    Lockbox 35    Wilmington, DE 19801 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP    125 Broad Street    New York, NY 10004 |
| aty | Caroline Diaz | PAUL HASTINGS LLP    200 Park Avenue    NEW YORK, NY 10166 |
| aty | David Gerardi | Office of the United States Trustee    One Newark Center    1085 Raymond Boulevard    Suite 2100    Newark, NJ 07102 |
| aty | David A. Wender | EVERSHEDS SUTHERLAND    999 Peachtree Street, NE    Suite 2300    Atlanta, GA 30309−3996 |
| aty | David L. Finger | Finger & Slanina, LLC    One Commerce Center    1201 N. Orange Street, 7th fl.    Wilmington, DE 19801−1155 |
| aty | Gabriel Sasson | 200 Park Avenue    New York, NY 10166 |
| aty | Isaac Sasson | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| aty | James L. Bromley | SULLIVAN & CROMWELL LLP    125 Broad Street    New York, NY 10004 |
| aty | James L. Bromley | SULLIVAN & CROMWELL LLP    125 Broad Street    New York, NY 10004 |
| aty | Joseph James McMahon, Jr. | United States Department of Justice    Office of the United States Trustee    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Juliet M. Sarkessian | U.S. Trustee's Office    844 King Street    Room 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | KatieLynn B Townsend | Reporters Committee for Freedom of the Press    1156 15th St. NW    Suite 1020    Washington, DC 20005 |
| aty | Kenneth Pasquale | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| aty | Kenneth Pasquale | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| aty | Kimberly A. Brown | Landis Rath & Cobb LLP    919 N. Market Street    Suite 1800    PO Box 2087    Wilmington, DE 19899 |
| aty | Kristopher M. Hansen | Paul Hastings LLP    200 Park Avenue    New York, NY 10166 |
| aty | Matthew Barry Lunn | Young, Conaway, Stargatt & Taylor LLP    1000 North King Street    Wilmington, DE 19801 |
| aty | Matthew R. Pierce | Landis Rath & Cobb LLP    919 Market Street    Suite 1800    Wilmington, DE 19801 |
| aty | Michael Ingrassia | Morris Nichols Arsht and Tunnell    1201 North Market Street    P. O. Box 1347    Wilmington, DE 19899−1347 |
| aty | Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP    1000 North King Street    Wilmington, DE 19801 |

TOTAL: 26