UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 22-11068     BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals

Docket #: 1643     Date Entered: 6/15/23

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 1846 | Date Filed: | 7/6/23 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Andrew R. Vara, United States Trustee

**Appellee/Cross Appellee**

FTX Trading Ltd

**Counsel for Appellant/Cross Appellant:**

Juliet M. Sarkessian
USDOJ
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Adam Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ○ | ● |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ● | ○ |
| *If Yes, has District Court assigned a Civil Action Number? | ● | ○ |

Civil Action Number: 23-682

*(continued on next page)*

**Notes:** Additional Appelles:

Official Committee of Unsecured Creditors of FTX Trading Ltd

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 7/7/23    **by:** _____
                               Sara Hughes
                               **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   23-36