IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Vara v. FTX Trading Ltd. et al

| | |
|---|---|
| Andrew R. Vara United States Trustee for Region 3, ) ) ) | |
| Appellant, ) | Civil Action No. 1:23-cv-00737-UNA |
| ) ) | |
| v. ) | |
| ) | Bankruptcy Case No. 22-11068 (JTD) |
| FTX Trading Ltd., ) | Bankruptcy BAP No. 23-00036 |
| Official Committee of Unsecured ) Creditors of FTX Trading Ltd. | |
| Appellee. | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 06/15/2023 was docketed in the District Court on 07/07/2023:

### ORDER AUTHORIZING THE MOVANTS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS AND PERSONAL INFORMATION OF INDIVIDUALS

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 07/07/2023
CC:   U.S. Bankruptcy Court
      Counsel via CM/ECF