**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068-JTD |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 1137, 1138, 1226, 1467** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER DENYING THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM'S MOTION TO FILE UNDER SEAL (I) THE VERIFIED STATEMENT OF EVERSHEDS SUTHERLAND (US) LLP AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP PURSUANT TO BANKRUPTCY RULE 2019 AND (II) THE DECLARATION IN SUPPORT OF THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM'S MOTION TO FILE UNDER SEAL THE VERIFIED STATEMENT OF EVERSHEDS SUTHERLAND (US) LLP AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP PURSUANT TO BANKRUPTCY RULE 2019**

The undersigned counsel to the Ad Hoc Committee of Non-US Customers of FTX.com (the "Ad Hoc Committee"), hereby certifies as follows:

1. On March 22, 2023, the Ad Hoc Committee filed the *Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Declaration in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019* (D.I. 1137) (the "Motion to Seal").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases (collectively, the "Debtors"), a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

2. On June 8 and 9, 2023, this Court held an evidentiary hearing on the Motion to Seal and the objections filed thereto by the Media Intervenors (D.I. 1226) and the United States Trustee for the District of Delaware (the "U.S. Trustee") (D.I. 1467).

3. The Court rendered a bench ruling on June 9, 2023, denying the Motion to Seal and directed the parties to confer on a form of order. Attached hereto as **Exhibit A** is a proposed form of order ("Proposed Order") denying the Motion to Seal. The Media Intervenors and the U.S. Trustee have reviewed the Proposed Order and do not object to its entry.

WHEREFORE, the Ad Hoc Committee respectfully requests that the Court enter the Proposed Order at the Court's earliest convenience.

[*Signature page follows.*]

Date: June 7, 2023  
    Wilmington, Delaware

*/s/ Michael A. Ingrassia*  
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**  
Eric D. Schwartz (No. 3134)  
Matthew B. Harvey (No. 5186)  
Paige N. Topper (No. 6470)  
Michael A. Ingrassia (No. 7068)  
1201 North Market Street, 16th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
eschwartz@morrisnichols.com  
mharvey@morrisnichols.com  
ptopper@morrisnichols.com  
mingrassia@morrisnichols.com  

-and-

**EVERSHEDS SUTHERLAND (US) LLP**  
Peter A. Ivanick  
Sarah E. Paul  
The Grace Building, 40th Floor  
1114 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 389-5000  
Facsimile: (212) 389-5099  
peterivanick@eversheds-sutherland.com  
sarahpaul@eversheds-sutherland.com  

-and-

Erin E. Broderick  
227 West Monroe Street, Suite 6000  
Chicago, Illinois 60606  
Telephone: (312) 724-9006  
Facsimile: (312) 724-9322  
erinbroderick@eversheds-sutherland.com  

-and-

David A. Wender  
Nathaniel DeLoatch  
999 Peachtree St NE  
Atlanta, Georgia 30309  
Telephone: (404) 853-8000  
Facsimile: (404) 853-8806  
davidwender@eversheds-sutherland.com  
nathandeloatch@eversheds-sutherland.com  

*Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com*