# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
FTX Trading Ltd.

**Case No.:** 22−11068−JTD

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 7/7/23
(VAN−440)

United States Bankruptcy Court
District of Delaware

In re:                                                                                    Case No. 22-11068-JTD
FTX Trading Ltd.                                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                Page 1 of 31
Date Rcvd: Jul 07, 2023                       Form ID: van440                            Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adam G. Landis, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | | Alexa J. Kranzley, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Andrew G. Dietderich, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Benjamin A. Hackman, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35 Wilmington, DE 19801-3519 |
| aty | + | Brian D. Glueckstein, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Caroline Diaz, PAUL HASTINGS LLP, 200 Park Avenue, NEW YORK, NY 10166-0019 |
| aty | | David A. Wender, EVERSHEDS SUTHERLAND, 999 Peachtree Street, NE, Suite 2300, Atlanta, GA 30309-3996 |
| aty | + | David Gerardi, Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100 Newark, NJ 07102-5218 |
| aty | | David L. Finger, Finger & Slanina, LLC, One Commerce Center, 1201 N. Orange Street, 7th fl., Wilmington, DE 19801-1155 |
| aty | + | Gabriel Sasson, 200 Park Avenue, New York, NY 10166-0005 |
| aty | + | Isaac Sasson, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | KatieLynn B Townsend, Reporters Committee for Freedom of the P, 1156 15th St. NW, Suite 1020, Washington, DC 20005-1754 |
| aty | + | Kenneth Pasquale, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Kimberly A. Brown, Landis Rath & Cobb LLP, 919 N. Market Street, Suite 1800, PO Box 2087 Wilmington, DE 19899-2087 |
| aty | + | Kristopher M. Hansen, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |
| aty | + | Matthew Barry Lunn, Young, Conaway, Stargatt & Taylor LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Matthew R. Pierce, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801-3033 |
| aty | | Michael Ingrassia, Morris Nichols Arsht and Tunnell, 1201 North Market Street, P. O. Box 1347, Wilmington, DE 19899-1347 |
| aty | + | Robert F. Poppiti, Jr., Young, Conaway, Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jul 07 2023 20:08:00 | Joseph James McMahon, Jr., United States Department of Justice, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox #35, Wilmington, DE 19801-3519 |
| aty | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jul 07 2023 20:08:00 | Juliet M. Sarkessian, U.S. Trustee's Office, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Andrew G. Dietderich, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | *+ | Brian D. Glueckstein, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | *+ | James L. Bromley, SULLIVAN & CROMWELL LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | *+ | Kenneth Pasquale, Paul Hastings LLP, 200 Park Avenue, New York, NY 10166-0019 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cahn | on behalf of Creditor Cohen K Investments  Ltd. cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi-Crypto Ltd. cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor Pi 1.0 LP cahn@clm.com  trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board abigail.ryan@oag.texas.gov |
| Abigail Rushing Ryan | on behalf of Interested Party Texas Dept. of Banking abigail.ryan@oag.texas.gov |
| Adam G. Landis | on behalf of Debtor FTX Structured Products AG landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX US Trading  Inc. landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Equity Record Holdings Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Liquid Financial USA Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Alameda Research KK landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Quoine Vietnam Co. Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Western Concord Enterprises Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Global Compass Dynamics Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor FTX Lend Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Adam G. Landis | on behalf of Debtor Clifton Bay Investments LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |

Adam G. Landis

on behalf of Debtor Alameda Aus Pty Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LiquidEX LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Plaintiff Alameda Research LLC landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Ventures  LP landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Pte Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading GmbH landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Holdings Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Strategy Ark Collective Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Blue Ridge Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Services Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Global Services Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hannam Group Inc landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Ledger Holdings Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Realm Shires Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor DAAG Trading  DMCC landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Mangrove Cay Ltd landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Inc. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Atlantis Technology Ltd. landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Maclaurin Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Verdant Canyon Capital LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Blockfolio  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor FTX Japan Holdings K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Alameda TR Systems S. de R. L. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Bancroft Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Good Luck Games  LLC landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor FTX Ventures Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor West Realm Shires Financial Services Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Killarney Lake Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Quoine India Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Zubr Exchange Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Cardinal Ventures Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Allston Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Euclid Way Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Alameda TR Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Pioneer Street Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor North Dimension Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor Island Bay Ventures Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

    on behalf of Debtor LedgerPrime LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

District/off: 0311-1

Date Rcvd: Jul 07, 2023

User: admin

Form ID: van440

Page 5 of 31

Total Noticed: 22

Adam G. Landis

on behalf of Debtor FTX Hong Kong Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Bay Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Assets LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Digital Custody Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM SIRKETI landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor GG Trading Terminal Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Interested Party FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Yankari Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Paper Bird Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Products (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Property Holdings Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Analisya Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Dimension Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Trading Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Goodman Investments Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Crypto Bahamas LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hilltop Technology Services LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan K.K. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

District/off: 0311-1

Date Rcvd: Jul 07, 2023

User: admin

Form ID: van440

Page 6 of 31

Total Noticed: 22

Adam G. Landis

on behalf of Debtor FTX EMEA Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Europe AG landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hawaii Digital Assets Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Liquid Securities Singapore Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Services Solutions Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor North Wireless Dimension Inc. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX US Services  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Marketplace  Inc. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Technologies Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Clifton Bay Investments Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cedar Grove Technology Services  Ltd. landis@lrclaw.com,
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Technology Services Bahamas Limited landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX EU Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Crypto Services Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor LT Baskets Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX (Gibraltar) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Canada Inc landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Quoine Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Switzerland GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Japan Services KK landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deck Technologies Holdings LLC landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Innovatia Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Deep Creek Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Zuma Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Hive Empire Trading Pty Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Cottonwood Grove Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor Alameda Research (Bahamas) Ltd landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor West Innovative Barista Ltd. landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Exchange FZE landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis

on behalf of Debtor FTX Certificates GmbH landis@lrclaw.com
brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Albert A. Ciardi, III

on behalf of Interested Party Peter Lau aciardi@ciardilaw.com  sfrizlen@ciardilaw.com

Alexa J. Kranzley

on behalf of Debtor FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Interested Party FTX Trading Ltd. kranzleya@sullcrom.com

Alexa J. Kranzley

on behalf of Plaintiff Alameda Research LLC kranzleya@sullcrom.com

Alexander Steiger

on behalf of Defendant FTX Digital Markets Ltd steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger

on behalf of Defendant Kevin G. Cambridge steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger

on behalf of Defendant Brian C. Simms steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger

on behalf of Defendant Peter Greaves steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Amish R. Doshi

on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy Patterson

on behalf of Interested Party Georgia Department of Banking and Finance apatterson@law.ga.gov

Andrew G. Dietderich

on behalf of Interested Party Kevin G. Cambridge dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Plaintiff Alameda Research LLC dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Debtor FTX Trading Ltd. dietdericha@sullcrom.com

Andrew G. Dietderich

District/off: 0311-1                      User: admin                                    Page 8 of 31
Date Rcvd: Jul 07, 2023                   Form ID: van440                                 Total Noticed: 22

on behalf of Interested Party Peter Greaves dietdericha@sullcrom.com

Andrew G. Dietderich

on behalf of Interested Party Brian C. Simms dietdericha@sullcrom.com

Andrew J. Entwistle

on behalf of Plaintiff Austin Onusz aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Nicholas Marshall aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Cedric Kees van Putten aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew J. Entwistle

on behalf of Plaintiff Hamad Dar aentwistle@entwistle-law.com  efilings@entwistle-law.com

Andrew John Roth-Moore

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity  L.P. aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Anh Nguyen

on behalf of Creditor Cloudflare  Inc. anh.nguyen@lewisbrisbois.com

Ann M. Kashishian

on behalf of Interested Party Gabriel Recchia amk@kashishianlaw.com

Anthony M. Saccullo

on behalf of Creditor Celsius Network LLC ams@saccullolegal.com

Aram Ordubegian

on behalf of Interested Party Peter Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party BH Trading Ltd. Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Aram Ordubegian

on behalf of Interested Party Grant Kim Aram.Ordubegian@afslaw.com  nicholas.marten@arentfox.com

Benjamin Finestone

on behalf of Debtor FTX Trading Ltd. benjaminfinestone@quinnemanuel.com

Benjamin A. Hackman

on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Brandon Batzel

on behalf of Interested Party Brian C. Simms brandon.batzel@whitecase.com  mco@whitecase.com;jdisanti@whitecase.com

Brandon Batzel

on behalf of Interested Party Kevin G. Cambridge brandon.batzel@whitecase.com  mco@whitecase.com;jdisanti@whitecase.com

Brandon Batzel

on behalf of Interested Party Peter Greaves brandon.batzel@whitecase.com  mco@whitecase.com;jdisanti@whitecase.com

Brendan Joseph Schlauch

on behalf of Defendant Brian C. Simms schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant FTX Digital Markets Ltd schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant Kevin G. Cambridge schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Defendant Peter Greaves schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch

on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
schlauch@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brian Loughnane

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com brian.loughnane@morganlewis.com

Celine E. de la Foscade-Condon

on behalf of Creditor Massachusetts Department of Revenue delafoscac@dor.state.ma.us

Christopher K.S. Wong

on behalf of Interested Party Peter Kim christopher.wong@arentfox.com  yvonne.li@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party BH Trading Ltd. christopher.wong@arentfox.com  yvonne.li@arentfox.com

Christopher K.S. Wong

on behalf of Interested Party Grant Kim christopher.wong@arentfox.com  yvonne.li@arentfox.com

Christopher M. Samis

on behalf of Interested Party Kingdon Capital Ventures VII  LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Colin R. Robinson

on behalf of Interested Party D1 Ventures crobinson@pszjlaw.com

Cullen Drescher Speckhart

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Paul Akhil cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant PruVen Capital Partners Fund I  LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant James Nichols cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Dena Wever cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Peter T. Lawler Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Justin Lovero cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Harland Group LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant William Hockey Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Carol H. Duggan Revocable Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kick the Hive LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Brandon Mann cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Jonathan Duarte cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Brent Johnson cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant John Dwyer cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Philippe Jabre cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Monique Saugstad cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Michael Giles cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Ventures 5 LLC cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Aaron Frank cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Venture Lending Fund  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant The Gardner 2008 Living Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Jonathan Weiner cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Christopher Harper cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fairchild Fund III  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Benjamin Londergan cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Silverstone Venture Investments Limited cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Michael Ferrari cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Joe Percoco cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Operator Partners  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant David Meents cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant S20  a series of Chris Golda Investments, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Stephen Harper cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant SWS Holding Company  LLC cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant TriplePoint Private Venture Credit Inc. cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Z Perret Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Kiara Baudoin cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Matthew Lyon cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Joshua Allen Slate cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Motivate Ventures QP Fund I  LP cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant AAVCF3 LP cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Thomas G. Miglis Revocable Trust cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fund I  a series of 20VC, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Derek Clark cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Christopher Young cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP cspeckhart@cooley.com,
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart

on behalf of Defendant Clayton Gardner cspeckhart@cooley.com
efiling-notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Daniel A. O'Brien

on behalf of Interested Party OKC USA Holding Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Aux Cayes FinTech Co. Ltd. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Okcoin USA  Inc. daobrien@venable.com

Daniel A. O'Brien

on behalf of Interested Party Digital Augean  LLC daobrien@venable.com

Daniel A. O'Brien

on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. daobrien@venable.com

David L. Finger

on behalf of Interested Party The New York Times Company dfinger@delawgroup.com

David L. Finger

on behalf of Interested Party Bloomberg L.P. dfinger@delawgroup.com

David L. Finger

on behalf of Interested Party Dow Jones & Company  Inc. dfinger@delawgroup.com

David L. Finger
        on behalf of Interested Party The Financial Times Ltd. dfinger@delawgroup.com

David M. Banker
        on behalf of Stockholder Samuel L. Bankman-Fried dbanker@mmwr.com  david-banker-1986@ecf.pacerpro.com

David P. Primack
        on behalf of Creditor New Jersey Bureau of Securities dprimack@mdmc-law.com
        scarney@mdmc-law.com;cwhitten@mdmc-law.com

David T Queroli
        on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
        queroli@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Dennis A. Meloro
        on behalf of Interested Party Pateno Payments  Inc. melorod@gtlaw.com,
        bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott
        on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com
        derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
        snichols.com;john-lawrence-0804@ecf.pacerpro.com

Derek C. Abbott
        on behalf of Interested Party BlockFi Inc. and affiliates dabbott@morrisnichols.com
        derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morri
        snichols.com;john-lawrence-0804@ecf.pacerpro.com

Douglas Schneller
        on behalf of Creditor Contrarian Funds  LLC douglas.schneller@rimonlaw.com

Edward L. Schnitzer
        on behalf of Stockholder Samuel L. Bankman-Fried eschnitzer@mmwr.com  Edward-schnitzer-0033@ecf.pacerpro.com

Elisabeth Michaelle Bruce
        on behalf of Creditor United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov
        eastern.taxcivil@usdoj.gov

Epiq Corporate Restructuring, LLC
        rjacobs@ecf.epiqsystems.com

Eric D. Schwartz
        on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
        brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec
        f.pacerpro.com

Eric D. Schwartz
        on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com eschwartz@mnat.com
        brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ec
        f.pacerpro.com

Eric J. Monzo
        on behalf of Defendant Laurence Beal emonzo@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Eric M. Sutty
        on behalf of Creditor Miami-Dade County  Florida esutty@atllp.com, mmillis@atllp.com

Evelyn J. Meltzer
        on behalf of Interested Party Paradigm Operations LP Evelyn.Meltzer@troutman.com
        wlbank@troutman.com;Monica.Molitor@troutman.com

Garvan F. McDaniel
        on behalf of Creditor 101 Second Street  Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler
        on behalf of Creditor Philadelphia Indemnity Insurance Company gbressler@mdmc-law.com  scarney@mdmc-law.com

Gregory A. Taylor
        on behalf of Creditor Mercedes-Benz Grand Prix Limited gtaylor@ashbygeddes.com
        kjones@ashbygeddes.com;adellose@ashbygeddes.com

Gregory T. Donilon
        on behalf of Defendant Sam Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
        on behalf of Defendant Samuel Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon
        on behalf of Stockholder Samuel L. Bankman-Fried gdonilon@mmwr.com  gregory-donilon-6537@ecf.pacerpro.com

Isaac Nesser
        on behalf of Debtor FTX Trading Ltd. isaacnesser@quinnemanuel.com

James E. Huggett
    on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com,
tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jamie Lynne Edmonson
    on behalf of Creditor North America League of Legends Championship Series  LLC jedmonson@rc.com, lshaw@rc.com

Jane VanLare
    on behalf of Interested Party BitGo Trust Company  Inc. jvanlare@cgsh.com, maofiling@cgsh.com

Jared W Kochenash
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Jasmine Ball
    on behalf of Interested Party Paradigm Operations LP jball@debevoise.com
mao-bk-ecf@debevoise.com;gurias@debevoise.com;mduque@debevoise.com;bstadler@debevoise.com;slevinson@debevoise.com;mduque@debevoise.com

Jason A. Gibson
    on behalf of Interested Party Xiao Li gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Yingkai Xu gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Jyunyu Chen gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Weiyang Zhou gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Huayang Zhou gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Jingkuan Hou gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Ke Wang gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Shupei Chen gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Ben Li gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Chris Curl Lee gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party DAG Holdings Limited gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Siyuan Yan gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Qilin Chen gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Hongcheng Huang gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Wenchao Tan gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Tianqi Huang gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Lingling Li gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Haici Gao gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Lu Yu gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Yijian Feng gibson@teamrosner.com

Jason A. Gibson
    on behalf of Interested Party Yan Tang gibson@teamrosner.com

Jason A. Gibson

District/off: 0311-1                          User: admin                                    Page 14 of 31
Date Rcvd: Jul 07, 2023                      Form ID: van440                              Total Noticed: 22

on behalf of Interested Party Hongyuan Zhai gibson@teamrosner.com

Jason A. Gibson

on behalf of Interested Party Simin Jiang gibson@teamrosner.com

Jeffrey S. Sabin

on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al. JSSabin@Venable.com

Jeffrey S. Sabin

on behalf of Interested Party Digital Augean  LLC JSSabin@Venable.com

Jennifer Rood

on behalf of Creditor VT Department of Financial Regulation jennifer.rood@vermont.gov

Jennifer R Sharret

on behalf of Interested Party FTI Consulting Inc. jsharret@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Jessica Lauria

on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) jessica.lauria@whitecase.com  jdisanti@whitecase.com;mco@whitecase.com

Jody C. Barillare

on behalf of Interested Party Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd jody.barillare@morganlewis.com lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Debtor Emergent Fidelity Technologies Ltd. jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

John Mallon

jmallonjnr@gmail.com

John Reding

on behalf of Attorney Illinois Department of Financial & Professional Regulation john.reding@ilag.gov

John Christopher Shore

on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) cshore@whitecase.com caverch@whitecase.com;gsedlik@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;rgorsich@whitecase.com;hannah .lee@whitecase.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Warren Winter jmclaughlin@ferryjoseph.com jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John Daniel McLaughlin, Jr.

on behalf of Creditor Richard L. Brummond jmclaughlin@ferryjoseph.com jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John F. Iaffaldano

on behalf of Creditor Committee Official Committee of Unsecured Creditors jackiaffaldano@paulhastings.com FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

Jonathan Michael Weyand

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Jonathan Michael Weyand

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com jweyand@morrisnichols.com rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Joseph James McMahon, Jr.

on behalf of U.S. Trustee U.S. Trustee joseph.mcmahon@usdoj.gov

Joshua K. Porter

on behalf of Plaintiff Austin Onusz jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Hamad Dar jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Nicholas Marshall jporter@entwistle-law.com

Joshua K. Porter

on behalf of Plaintiff Cedric Kees van Putten jporter@entwistle-law.com

Juliet M. Sarkessian

on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov

Katherine Burghardt Kramer

on behalf of Interested Party Lu Yu kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party DAG Holdings Limited kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Lingling Li kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Siyuan Yan kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Ke Wang kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Yan Tang kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Qilin Chen kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Jyunyu Chen kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Chris Curl Lee kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Haici Gao kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Yijian Feng kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Huayang Zhou kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Simin Jiang kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Xiao Li kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Shupei Chen kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Tianqi Huang kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Ben Li kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Wenchao Tan kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Jingkuan Hou kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Yingkai Xu kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Hongyuan Zhai kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Weiyang Zhou kkramer@dgwllp.com

Katherine Burghardt Kramer

on behalf of Interested Party Hongcheng Huang kkramer@dgwllp.com

KatieLynn B Townsend

on behalf of Interested Party The New York Times Company ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party The Financial Times Ltd. ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party Bloomberg L.P. ktownsend@rcfp.org

KatieLynn B Townsend

on behalf of Interested Party Dow Jones & Company  Inc. ktownsend@rcfp.org

Kevin Gross

on behalf of Defendant Kevin G. Cambridge gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1
Date Rcvd: Jul 07, 2023

User: admin
Form ID: van440

Page 16 of 31
Total Noticed: 22

Kevin Gross
    on behalf of Defendant Brian C. Simms gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
    on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
    on behalf of Defendant Peter Greaves gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross
    on behalf of Defendant FTX Digital Markets Ltd gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kimberly A. Brown
    on behalf of Interested Party FTX Trading Ltd. brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Defendant FTX Trading Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Products (Singapore) Pte Ltd brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Alameda TR Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Alameda Research Holdings Inc. brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Plaintiff Alameda Research Ltd. brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Cottonwood Grove Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Cedar Grove Technology Services  Ltd. brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Lend Inc. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Plaintiff Alameda Research LLC brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Trading Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor DAAG Trading  DMCC brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Japan Services KK brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Deck Technologies Holdings LLC brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Marketplace  Inc. brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Blockfolio  Inc. brown@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor FTX Equity Record Holdings Ltd brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Blue Ridge Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Alameda Global Services Ltd. brown@lrclaw.com ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
    on behalf of Debtor Digital Custody Inc. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research KK brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments Ltd brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Bancroft Way Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cardinal Ventures Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Crypto Services Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Allston Way Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Atlantis Technology Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cottonwood Technologies Ltd brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Aus Pty Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Digital Assets LLC brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Cedar Bay Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Crypto Bahamas LLC brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Hong Kong Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor West Realm Shires Services Inc. brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX EMEA Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Analisya Pte Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Europe AG brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research LLC brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Exchange FZE brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Euclid Way Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research (Bahamas) Ltd brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Deep Creek Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda TR Systems S. de R. L. brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Clifton Bay Investments LLC brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor FTX Certificates GmbH brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown
on behalf of Debtor Alameda Research Pte Ltd brown@lrclaw.com

ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan Holdings K.K. brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Japan K.K. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Deck Technologies Inc. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Canada Inc brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX EU Ltd. brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Alameda Research Yankari Ltd brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor Quoine Pte Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX (Gibraltar) Ltd brown@lrclaw.com  ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown

on behalf of Debtor FTX Services Solutions Ltd. brown@lrclaw.com
ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Laura L. McCloud

on behalf of Creditor TN Dept of Financial Institutions agbankdelaware@ag.tn.gov

Layla Milligan

on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Layla Milligan

on behalf of Interested Party Texas Dept. of Banking layla.milligan@oag.texas.gov

Lisa M. Schweitzer

on behalf of Interested Party M 7 Holdings  LLC lschweitzer@cgsh.com, maofiling@cgsh.com

Louis Phillips

on behalf of Creditor Word of God Fellowship  Inc. louis.phillips@kellyhart.com,
june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Luc A. Despins

on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its
Affiliated Debtors lucdespins@paulhastings.com

Luc A. Despins

on behalf of Creditor Committee Official Committee of Unsecured Creditors lucdespins@paulhastings.com

Lucian Borders Murley

on behalf of Defendant Peter T. Lawler Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant S20  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP luke.murley@saul.com,
robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Michael Ferrari luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Silverstone Venture Investments Limited luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust luke.murley@saul.com
robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brandon Mann luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Brent Johnson luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kick the Hive LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Venture Lending Fund  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Michael Giles luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Paul Akhil luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Jonathan Weiner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Philippe Jabre luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Harland Group LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant SWS Holding Company  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Joshua Allen Slate luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Ventures 5 LLC luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Benjamin Londergan luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Monique Saugstad luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Z Perret Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Justin Lovero luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Aaron Frank luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Operator Partners  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant William Hockey Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fairchild Fund III  LLC luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant PruVen Capital Partners Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Dena Wever luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant The Gardner 2008 Living Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Stephen Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christopher Young luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant AAVCF3 LP luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Derek Clark luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Jonathan Duarte luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant David Meents luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Joe Percoco luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Motivate Ventures QP Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant John Dwyer luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant TriplePoint Private Venture Credit Inc. luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Christopher Harper luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Clayton Gardner luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Fund I  a series of 20VC, LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Matthew Lyon luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Thomas G. Miglis Revocable Trust luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant James Nichols luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Kiara Baudoin luke.murley@saul.com  robyn.warren@saul.com

Lucian Borders Murley

on behalf of Defendant Carol H. Duggan Revocable Living Trust luke.murley@saul.com  robyn.warren@saul.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Paradigm Operations LP Marcy.Smith@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Maris J. Kandestin

on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) mkandestin@mwe.com  dnorthrop@mwe.com

Maris J. Kandestin

on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York) mkandestin@mwe.com  dnorthrop@mwe.com

Mark Minuti

on behalf of Creditor Pyth Data Association mark.minuti@saul.com  robyn.warren@saul.com

Mark W. Hancock

on behalf of Fee Examiner Fee Examiner Stadler mhancock@gklaw.com  kboucher@gklaw.com

Marshal J. Hoda

on behalf of Creditor Warren Winter marshal@thehodalawfirm.com  marshal@ecf.courtdrive.com

Martin A. Sosland

on behalf of Creditor Evolve Bank & Trust Martin.Sosland@butlersnow.com
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Martin B. White

on behalf of Interested Party Commodity Futures Trading Commission mwhite@cftc.gov

Mary E. Augustine
on behalf of Creditor Celsius Network LLC meg@saccullolegal.com

Matthew B. Goeller
on behalf of Defendant Alumni Ventures Group Embedded Trust matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew B. Goeller
on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew B. Harvey
on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com mharvey@mnat.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Matthew B. Harvey
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mharvey@morrisnichols.com matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Matthew B. McGuire
on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures LLC mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff West Realm Shires Services  Inc. mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US) mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff Alameda Research Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff West Realm Shires  Inc. mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff West Realm Shires Inc mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Debtor FTX Trading Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff Alameda Research Ltd mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff FTX Trading Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff Alameda Research LTD mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff West Realm Shires Services Inc mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Defendant FTX Trading Ltd. mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire
on behalf of Plaintiff Alameda Research LLC mcguire@lrclaw.com rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew Barry Lunn
on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com

Matthew Barry Lunn
on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors bankfilings@ycst.com

Matthew R Pierce
on behalf of Debtor Island Bay Ventures Inc Pierce@lrclaw.com Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LT Baskets Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Japan K.K. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hive Empire Trading Pty Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hawaii Digital Assets Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LiquidEX LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Switzerland GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Interested Party FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Ledger Holdings Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Zubr Exchange Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Technology Services Bahamas Limited Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Paper Bird Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Realm Shires Financial Services Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Vietnam Co. Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading GmbH Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor GG Trading Terminal Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Securities Singapore Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Good Luck Games  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Ventures Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Western Concord Enterprises Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Services  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Ventures  LP Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Services Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Mangrove Cay Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX US Trading  Inc. Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Wireless Dimension Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Verdant Canyon Capital LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Killarney Lake Investments Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine India Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research LTD Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hilltop Technology Services LLC Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Liquid Financial USA Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Hannam Group Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff Alameda Research Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Zuma Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Goodman Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Digital Markets Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Global Compass Dynamics Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor North Dimension Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Quoine Pte Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX EU Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Pioneer Street Inc. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Crypto Services Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Property Holdings Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Defendant FTX Trading Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Strategy Ark Collective Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Plaintiff West Realm Shires Inc Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund  LLC Pierce@lrclaw.com,
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Innovatia Ltd Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor West Innovative Barista Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor Maclaurin Investments Ltd. Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce

on behalf of Debtor FTX Structured Products AG Pierce@lrclaw.com
Rogers@lrclaw.com;Dellose@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Michael Ingrassia
on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com mingrassia@morrisnichols.com
michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@e
cf.pacerpro.com

Michael Klein
on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant The Gardner 2008 Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Philippe Jabre mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund  III, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Thomas G. Miglis Revocable Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Aaron Frank mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Jonathan Duarte mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Operator Partners  LLC mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20) mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Michael Ferrari mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Joshua Allen Slate mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Harland Group LLC mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Brent Johnson mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Michael Giles mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Monique Saugstad mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Dena Wever mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Jonathan Weiner mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Carol H. Duggan Revocable Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Christopher Young mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Z Perret Trust mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Joe Percoco mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant Derek Clark mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein
on behalf of Defendant S20  a series of Chris Golda Investments, LP mklein@cooley.com,

Michael Klein

    on behalf of Defendant Brandon Mann mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Motivate Ventures QP Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Silverstone Venture Investments Limited mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant James Nichols mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant William Hockey Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Fund 1  a Series of Not Boring Capital, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant TriplePoint Venture Lending Fund  LLC mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Clayton Gardner mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Cathexis Subsidiaries GP  LLC, Cathexis Ventures LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Christopher Harper mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Kick the Hive LLC mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Matthew Lyon mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Peter T. Lawler Living Trust mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Justin Lovero mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant SWS Holding Company  LLC mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant David Meents mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Stephen Harper mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant TriplePoint Private Venture Credit Inc. mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant John Dwyer mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Fairchild Fund III  LLC mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant AAVCF3 LP mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

    on behalf of Defendant Motivate Ventures Motivate Ventures Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Kiara Baudoin mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Benjamin Londergan mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Fund I  a series of 20VC, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant EM Fund I  a series of Chris Golda Investments, LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant TriplePoint Ventures 5 LLC mklein@cooley.com
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant Paul Akhil mklein@cooley.com  efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein

on behalf of Defendant PruVen Capital Partners Fund I  LP mklein@cooley.com,
efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Morris

on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions Morrismd@doj.state.wi.us
radkeke@doj.state.wi.us

Michael G. Busenkell

on behalf of Interested Party M 7 Holdings  LLC mbusenkell@gsbblaw.com

Michael J. Small

on behalf of Creditor Mercedes-Benz Grand Prix Limited msmall@foley.com

Morris D. Weiss

on behalf of Interested Party Charles Mason Morris.Weiss@wallerlaw.com

Morris D. Weiss

on behalf of Interested Party Peter Lau Morris.Weiss@wallerlaw.com

Nicholas Alexander Pasalides

on behalf of Creditor Chainalysis Inc. npasalides@eckertseamans.com

Nicole A. Leonard

on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com

Norman L. Pernick

on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund  L.P. npernick@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Paige Noelle Topper

on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com ptopper@morrisnichols.com
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper

on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com ptopper@mnat.com
brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paul Noble Heath

on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
heath@rlf.com  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Paul R. Hage

on behalf of Creditor Ikigai Opportunities Master Fund  Ltd. phage@taftlaw.com, ttorni@jaffelaw.com

Peter A. Siddiqui

on behalf of Creditor Pyth Data Association peter.siddiqui@katten.com

Reliable Companies

gmatthews@reliable-co.com

Ricardo Palacio, Esq

on behalf of Interested Party BitGo Trust Company  Inc.
rpalacio@ashby-geddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com

Richard S. Kanowitz

on behalf of Interested Party BlockFi Inc and affiliates Richard.Kanowitz@haynesboone.com
margaret.salvatore@haynesboone.com

Richard S. Kanowitz

| | on behalf of Interested Party BlockFi Inc. and affiliates richard.kanowitz@haynesboone.com margaret.salvatore@haynesboone.com |
|---|---|
| Richard S. Kebrdle | on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation) rkebrdle@whitecase.com  mco@whitecase.com |
| Robert F. Poppiti, Jr. | on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors rpoppiti@ycst.com |
| Robert F. Poppiti, Jr. | on behalf of Creditor Committee Official Committee of Unsecured Creditors bankfilings@ycst.com |
| Robert F. Poppiti, Jr. | on behalf of Intervenor Official Committee of Unsecured Creditors bankfilings@ycst.com |
| Robert J. Kriner, Jr | on behalf of Interested Party Austin Onusz rjk@chimicles.com |
| Robert J. Kriner, Jr | on behalf of Plaintiff Nicholas Marshall rjk@chimicles.com |
| Robert J. Kriner, Jr | on behalf of Plaintiff Cedric Kees van Putten rjk@chimicles.com |
| Robert J. Kriner, Jr | on behalf of Plaintiff Austin Onusz rjk@chimicles.com |
| Robert J. Kriner, Jr | on behalf of Plaintiff Hamad Dar rjk@chimicles.com |
| Robert N. Cappucci | on behalf of Plaintiff Hamad Dar rcappucci@entwistle-law.com |
| Robert N. Cappucci | on behalf of Plaintiff Austin Onusz rcappucci@entwistle-law.com |
| Robert N. Cappucci | on behalf of Plaintiff Nicholas Marshall rcappucci@entwistle-law.com |
| Robert N. Cappucci | on behalf of Plaintiff Cedric Kees van Putten rcappucci@entwistle-law.com |
| Robert T. Honeywell | on behalf of Defendant Alumni Ventures Group Embedded Trust robert.honeywell@klgates.com |
| Robert T. Honeywell | on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A robert.honeywell@klgates.com |
| Roma N Desai | on behalf of Interested Party Texas Dept. of Banking roma.desai@oag.texas.gov |
| Roma N Desai | on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov |
| Roma N. Desai | on behalf of Interested Party Texas State Securities Board Roma.Desai@oag.texas.gov |
| Roma N. Desai | on behalf of Interested Party Texas Dept. of Banking Roma.Desai@oag.texas.gov |
| Ronald S. Beacher | on behalf of Creditor SPCP Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com |
| Ronald S. Beacher | on behalf of Creditor SPCP Institutional Group  LLC rbeacher@pryorcashman.com, docketing@pryorcashman.com |
| Rongping Wu | on behalf of Interested Party Haici Gao lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com |
| Rongping Wu | on behalf of Interested Party DAG Holdings Limited lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com |
| Rongping Wu | on behalf of Interested Party Hongcheng Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com |
| Rongping Wu | on behalf of Interested Party Jyunyu Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com |
| Rongping Wu | on behalf of Interested Party Weiyang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com |

District/off: 0311-1
Date Rcvd: Jul 07, 2023

User: admin
Form ID: van440

Page 29 of 31
Total Noticed: 22

Rongping Wu
on behalf of Interested Party Tianqi Huang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Shupei Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Yan Tang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Huayang Zhou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Ke Wang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Chris Curl Lee lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Yingkai Xu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Simin Jiang lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Ben Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Wenchao Tan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Jingkuan Hou lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Qilin Chen lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Lingling Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Siyuan Yan lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Hongyuan Zhai lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Lu Yu lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Xiao Li lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Rongping Wu
on behalf of Interested Party Yijian Feng lwu@dgwllp.com  dgwllpecf@ecf.courtdrive.com

Sabrina L. Streusand
on behalf of Creditor Cloudflare  Inc. streusand@slollp.com, prentice@slollp.com

Sal H. Lee
on behalf of Plaintiff Cedric Kees van Putten slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Austin Onusz slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Nicholas Marshall slee@entwistle-law.com

Sal H. Lee
on behalf of Plaintiff Hamad Dar slee@entwistle-law.com

Samantha Martin
on behalf of Creditor Committee Official Committee of Unsecured Creditors samanthamartin@paulhastings.com

Sarah M Ennis
on behalf of Defendant Laurence Beal sennis@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Schuyler G. Carroll
on behalf of Creditor Cedar Glade LP scarroll@loeb.com  fmckeown@loeb.com

Scott D Jones
on behalf of Creditor Evolve Bank & Trust scott.jones@cousins-law.com  kmccloskey@bayardlaw.com

Scott D. Cousins
on behalf of Creditor Evolve Bank & Trust scott.cousins@cousins-law.com

District/off: 0311-1
Date Rcvd: Jul 07, 2023

User: admin
Form ID: van440

Page 30 of 31
Total Noticed: 22

| | |
|---|---|
| Scott M Tucker | on behalf of Interested Party Cedric van Putten smt@chimicles.com |
| Scott M Tucker | on behalf of Plaintiff Austin Onusz smt@chimicles.com |
| Scott M Tucker | on behalf of Interested Party Austin Onusz smt@chimicles.com |
| Scott M Tucker | on behalf of Plaintiff Nicholas Marshall smt@chimicles.com |
| Scott M Tucker | on behalf of Plaintiff Cedric Kees van Putten smt@chimicles.com |
| Scott M Tucker | on behalf of Interested Party Nicholas Marshall smt@chimicles.com |
| Scott M Tucker | on behalf of Plaintiff Hamad Dar smt@chimicles.com |
| Scott M Tucker | on behalf of Interested Party Hamad Dar smt@chimicles.com |
| Seth B. Shapiro | on behalf of Interested Party United States seth.shapiro@usdoj.gov |
| Shawn M. Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Stanton C. McManus | on behalf of Interested Party United States stanton.c.mcmanus@usdoj.gov |
| Stephen Manning | on behalf of Interested Party WA State Dept of Financial Institutions Stephen.Manning@atg.wa.gov |
| Steven A. Ginther | on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov |
| Steven L. Caponi | on behalf of Defendant Alumni Ventures Group Embedded Trust steven.caponi@klgates.com  alyssa.domorod@klgates.com |
| Steven L. Caponi | on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Tara C Pakrouh | on behalf of Defendant Laurence Beal tpakrouh@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com |
| Thomas A. Pitta | on behalf of Creditor Cadian Group Co. tpitta@emmetmarvin.com  pdelrio@emmetmarvin.com |
| Thomas Joseph Francella, Jr. | on behalf of Interested Party Grant Kim TFrancella@whitefordlaw.com kcallahan@cozen.com;thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com |
| Thomas Joseph Francella, Jr. | on behalf of Interested Party BH Trading Ltd. TFrancella@whitefordlaw.com kcallahan@cozen.com;thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com |
| Thomas Joseph Francella, Jr. | on behalf of Interested Party Peter Kim TFrancella@whitefordlaw.com kcallahan@cozen.com;thomas-francella-6506@ecf.pacerpro.com;clano@whitefordlaw.com |
| Thomas T Janover | on behalf of Creditor DCP Master Investments XVI LLC tjanover@kramerlevin.com |
| Thomas T Janover | on behalf of Creditor DCP Master Investments XIV LLC tjanover@kramerlevin.com |
| Tori Lynn Remington | on behalf of Interested Party BlockFi Inc. and affiliates tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Walter W. Gouldsbury, III | on behalf of Interested Party Peter Lau wgouldsbury@ciardilaw.com |
| William D. Sullivan | on behalf of Creditor Word of God Fellowship  Inc. wdsecfnotices@sha-llc.com |

District/off: 0311-1                          User: admin                          Page 31 of 31
Date Rcvd: Jul 07, 2023                       Form ID: van440                       Total Noticed: 22
TOTAL: 683