IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC**<br>Name of Transferee | **[REDACTED] [CUSTOMER CODE 05862253]**<br>Name of Transferor |
| **Address for all Communications/Notices:**<br>CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: ALPA JIMENEZ<br>Phone:  203-862-8259<br>Fax:      203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | **Address:**<br>[Redacted / on file] |
| **Address for all Payments/Distributions:**<br>CONTRARIAN FUNDS, LLC<br>ATTN: 392426<br>500 ROSS ST 154-0455<br>PITTSBURGH, PA 15262 | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 05862253 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____    Date: June 20, 2023
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

FTX Trading Ltd.  Case 22-11068-JTD  Doc 1748  Filed 06/27/23  Page 1143 of 1380  Amended Schedule F-1-4 Nonpriority Unsecured Customer Claims  22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 05861129 | | 0 | | |
| 05861162 | | 0 | | |
| 05861201 | | USD[0.03], XRP[.05042] | | |
| 05861208 | | ALCX-PERP[0], AVAX-PERP[0], BTC-PERP[0], DOT-PERP[0], ETC-PERP[0], ETH[.00041536], ETHW[.00041536], LDO-PERP[0], MANA-PERP[0], OP-PERP[0], SAND-PERP[0], SHIB-PERP[0], USD[-0.51], USDT[.00701526] | | |
| 05861259 | | TONCOIN[.058], USD[1.71] | | |
| 05861262 | | LTC[.0049], SOL[2.3795478], USD[0.05], USDT[0] | | |
| 05861276 | | BAO[2], DENT[1], USD[841.17], WRX[6307.19680864] | Yes | |
| 05861294 | | ETH[.00038931], TRX[35.6373191], TRX-PERP[0], USD[0.00] | | |
| 05861317 | | USD[0.00], USDT[.20934692] | | |
| 05861342 | | DOGE-PERP[0], USD[0.06], USDT[0.02748800] | | |
| 05861343 | | BTC[.00239986], USDT[47.8335843] | | |
| 05861370 | | TRX[.119084], USDT[0.48839025] | | |
| 05861371 | | TRX[.000107], USDT[42] | | |
| 05861392 | | 1INCH-PERP[0], AGLD-PERP[0], ALPHA-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BAL-PERP[0], BOBA-PERP[0], BTC-PERP[0], CAKE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ETH-PERP[0], FTM-PERP[0], LINK-PERP[0], MATIC-PERP[0], NEAR-PERP[0], SOL-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.00], USTC-PERP[0], XRP-PERP[0] | | |
| 05861428 | | AXS-PERP[0], BNB[.00230348], GALA-PERP[0], USD[0.04], USDT[0.00000062] | | |
| 05861429 | | AVAX[0.00000001], BNB[0, DAI[0.10000000], ETH[.00137549], ETHW[.00052157], MATIC[1.00000002], USD[0.00], USDT[0.00001058] | | |
| 05861517 | | BNB[.07491951] | | |
| 05861533 | | TRX[.000009] | | |
| 05861567 | | BTC-PERP[0], CHZ-PERP[0], DOGE-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], NEO-PERP[0], SHIB-PERP[0], TRX[.476244], TRX-PERP[0], USD[0.31], USDT-PERP[0], WAVES-PERP[0] | | |
| 05861571 | | USDT[.74224256] | Yes | |
| 05861574 | | BTC-PERP[0], USD[0.00], USDT[0] | | |
| 05861580 | Contingent, Disputed | BTC[0.00005638], SOL[-0.00969287], USD[0.02] | | |
| 05861589 | | BTC[.00478264] | | |
| 05861597 | | TRX[.000102], USDT[0] | | |
| 05861670 | | BRZ[0.12446576] | | |
| 05861705 | | BNB[.02103449] | | |
| 05861708 | | BTC[.00041658], USD[1.74] | | |
| 05861751 | | BULL[.000182], ETHBULL[.00371], TRX[.000157], USD[0.73], USDT[0.47508176] | | |
| 05861755 | | BAO[1], BTC[.00014069], KIN[1], USD[0.00] | Yes | |
| 05861761 | | BRZ[.00262567], USD[0.00] | | |
| 05861773 | | AKRO[1], BAO[1], BTC[0], FB[1.32173997], KIN[4], MATIC[1], SPY[0.75792579], TRX[1], USD[1.12] | | |
| 05861774 | | ETH[.00000002] | | |
| 05861782 | | CEL[1], USD[0.00] | | |
| 05861807 | | NFT (341006120341099833/The Hill by FTX #6461)[1], NFT (520593024890210949/FTX Crypto Cup 2022 Key #16272)[1], XRP[21535.04250101] | Yes | |
| 05861817 | | ADA-PERP[0], ALICE-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-PERP[0], C98-PERP[0], CRV-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], GALA-PERP[0], GAL-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KNC-PERP[0], LDO-PERP[0], LINK-PERP[0], MATIC-PERP[0], MTL-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RAY-PERP[0], ROSE-PERP[0], RSR-PERP[0], SAND-PERP[0], SOL-PERP[0], STORJ-PERP[0], THETA-PERP[0], UNI-PERP[0], USD[0.49], XMR-PERP[0], XRP-PERP[0] | | |
| 05861818 | | BRZ[.00286773], TRX[.000007], USDT[0] | | |
| 05861842 | | TRX[.000008], USDT[53.8280856] | | |
| 05861846 | | AKRO[4], BAO[19], BAT[1], DENT[5], GHS[0.00], KIN[17], RSR[1], TRX[2], UBXT[2], USD[0.00], USDT[0.00079445] | Yes | |
| 05861861 | | BAO[3], BNB[0], ETH[0], KIN[2], RSR[1], USDT[0.00000001] | | |
| 05861883 | | LTC[18.36235294] | | |
| 05861885 | | ALPHA[1], AUD[0.00], BTC[.09379447], DENT[1], USD[0.00] | | |
| 05861921 | | TRX[.000097], USDT[50] | | |
| 05861938 | | ADA-PERP[0], ATOM-PERP[0], BCH-PERP[0], BTC-PERP[0], DOT-PERP[0], ETC-PERP[0], FIL-PERP[0], LTC-PERP[0], SOL-PERP[0], TRX-PERP[0], USD[0.00], USDT[1578.67114119] | | |
| 05861946 | | BTC[.00942276] | | |
| 05861981 | | ETH[.00079965], ETHW[.00079965], TRX[.14212], USDT[0] | | |
| 05862047 | | TRX[.007194], USD[2766.77], USDT[1950.00000002] | | |
| 05862058 | | CRV[.00020998], GBP[14.31], USD[0.00] | Yes | |
| 05862067 | | BAO[1], ETH[.01116563], FTT[25] | | |
| 05862117 | | BTC[.02579193], BTC-PERP[0], ETH[.008], ETHW[.008], USD[0.00], USDT[0.00000835] | | |
| 05862127 | | AUDIO[1], BAT[1], BTC[1.3365], FTT-PERP[0], HOLY[1], KIN[1], SOL-PERP[0], USD[1.76] | Yes | |
| 05862136 | | AUD[0.84] | | |
| 05862156 | | AKRO[1], BAO[3], BTC[.00496225], DENT[1], DOT[1.0648378], ETH[.07238844], ETHW[.04662217], KIN[2], SOL[.35440408], TRX[1], USD[0.00], USDT[40.07209307] | Yes | |
| 05862167 | | BTC[.04667251], USD[0.00] | | |
| 05862184 | Contingent, Disputed | AUD[0.00] | | |
| 05862211 | | BTC[0.50115309], ETH[0], USD[3748.53], USDT[0] | Yes | |
| 05862253 | | ATOM[4999.34754], BTC[8.5106], ENJ[14997.15], ETH[115.346], GALA[669656.545], MANA[10656.05554], MATIC[120123.2287], SOL[2000], USD[72269.50] | | |

FTX Trading Ltd.  Schedule F-GC Non-priority Unsecured Customer Claims  22-11068 (JTD)

| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 05861083 | BTC[0.0035000000000000],CRO[130.0000000000000],DOT[3.0000000000000],NEAR[3.0000000000000],USD[0.0000000092500000],USDT[0.0000000030000000] |
| 05861129 | USD[20.0000000000000000] |
| 05861162 | USD[30.0000000000000000] |
| 05861201 | USD[0.0319845643750000],XRP[0.0504200000000000] |
| 05861208 | ETH[0.0004153600000000],ETHW[0.0004153600000000],USD[-0.5100176185757136],USDT[0.0070152600000000] |
| 05861259 | TONCOIN[0.0580000000000000],USD[1.7103770077500000] |
| 05861262 | LTC[0.0049000000000000],SOL[2.3795478000000000],USD[0.0497959001550000],USDT[0.0000000070000000] |
| 05861276 | BAO[2.0000000000000000],DENT[1.0000000000000000],USD[841.1724966923463546],WRX[6307.1968086400000000] |
| 05861294 | ETH[0.0003893100000000],TRX[35.6373191000000000],USD[0.0000083352519894] |
| 05861317 | USD[0.0011938944988673],USDT[0.2093469200000000] |
| 05861342 | USD[0.0566698819515418],USDT[0.0274880031345069] |
| 05861343 | BTC[0.0023998600000000],USDT[47.8335843000000000] |
| 05861370 | TRX[0.1190840000000000],USDT[0.4883902560000000] |
| 05861371 | TRX[0.0001070000000000],USDT[42.0000000000000000] |
| 05861392 | USD[0.0000002158905927] |
| 05861428 | BNB[0.0023034800000000],USD[0.0422632739249586],USDT[0.0000006288747419] |
| 05861429 | AVAX[0.0000000143028797],BNB[0.0000000062752399],DAI[0.1000000063894708],ETH[0.0013754979723196],ETHW[0.0005215716104197],MATIC[1.0000000206809569],USD[0.0000177508551564],USDT[0.0000105822422500] |
| 05861517 | BNB[0.0749195100000000] |
| 05861533 | TRX[0.0000090000000000] |
| 05861567 | TRX[0.4762440000000000],USD[0.3077049204500000] |
| 05861571 | USDT[0.7422425600000000] |
| 05861574 | USD[0.0000000043195240],USDT[0.0000000084889050] |
| 05861580 | BTC[0.0000563862902800],SOL[-0.0096928702791369],USD[0.0154551892500000] |
| 05861589 | BTC[0.0047826400000000] |
| 05861597 | TRX[0.0001020000000000],USDT[0.0000000042794059] |
| 05861670 | BRZ[0.1244657682768764] |
| 05861705 | BNB[0.0210344900000000] |
| 05861708 | BTC[0.0004165800000000],USD[1.7400661064361538] |
| 05861751 | BULL[0.0001820000000000],ETHBULL[0.0037100000000000],TRX[0.0001570000000000],USD[0.7280521935294046],USDT[0.4750817605605323] |
| 05861755 | BAO[1.0000000000000000],BTC[0.0001406900000000],KIN[1.0000000000000000],USD[0.0000097335489492] |
| 05861761 | BRZ[0.0026256700000000],USD[0.0000000079515426] |
| 05861773 | AKRO[1.0000000000000000],BAO[1.0000000000000000],BTC[0.0000000070109310],FB[1.3217399781463267],KIN[4.0000000000000000],MATIC[1.0000000000000000],SPY[0.7579257955667264],TRX[1.0000000000000000],USD[1.1163200523844388] |
| 05861774 | ETH[0.0000000200000000] |
| 05861782 | CEL[0.0000000026011276],USD[0.0000137629631972] |
| 05861807 | NFT (341006120341099833)[1],NFT (520593024890210949)[1],XRP[21535.0425010100000000] |
| 05861817 | USD[0.4862248004500000] |
| 05861818 | BRZ[0.0028677300000000],TRX[0.0000070000000000],USDT[0.0000000006665543] |
| 05861842 | TRX[0.0000080000000000],USDT[53.8280856000000000] |
| 05861846 | AKRO[1.0000000000000000],BAO[19.0000000000000000],BAT[1.0000000000000000],DENT[5.0000000000000000],GHS[0.0000001482436737],KIN[17.0000000000000000],RSR[1.0000000000000000],TRX[2.0000000000000000],UBXT[2.0000000000000000],USD[0.0013698706565487],USDT[0.0007944504152418] |
| 05861861 | BAO[3.0000000000000000],BNB[0.0000000094819075],ETH[0.0000000037720679],KIN[2.0000000000000000],RSR[1.0000000000000000],USDT[0.0000000124680525] |
| 05861883 | LTC[18.3623529400000000] |
| 05861885 | ALPHA[1.0000000000000000],AUD[0.0000696417168000],BTC[0.0937944700000000],DENT[1.0000000000000000],USD[0.0001753679650500] |
| 05861921 | TRX[0.0000970000000000],USDT[50.0000000000000000] |
| 05861938 | USD[0.0000000143178699],USDT[1578.6711411955752792] |
| 05861946 | BTC[0.0094227600000000] |
| 05861981 | ETH[0.0007996500000000],ETHW[0.0007996500000000],TRX[0.1421200000000000],USDT[0.0000000039000000] |
| 05862047 | TRX[0.0071940000000000],USD[2766.7736754600000000],USDT[1950.0000000244927884] |
| 05862058 | CRV[0.0002099800000000],GBP[14.3131367033735286],USD[0.0000000002525380] |
| 05862067 | BAO[1.0000000000000000],ETH[0.0111656300000000],FTT[25.0000000000000000] |
| 05862117 | BTC[0.0257919300000000],ETH[0.0080000000000000],ETHW[0.0080000000000000],USD[0.0040928455200000],USDT[0.0000083595500470] |
| 05862127 | AUDIO[1.0000000000000000],BAT[1.0000000000000000],BTC[1.3365000000000000],HOLY[1.0000000000000000],KIN[1.0000000000000000],USD[1.7565218017914455] |
| 05862136 | AUD[0.8400299408446091] |
| 05862156 | AKRO[1.0000000000000000],BAO[3.0000000000000000],BTC[0.0049622500000000],DENT[1.0000000000000000],DOT[1.0648378000000000],ETH[0.0723884400000000],ETHW[0.0466221700000000],KIN[2.0000000000000000],SOL[0.3544040800000000],TRX[1.0000000000000000],USD[0.0000000173606671],USDT[40.0720930732190699] |
| 05862167 | BTC[0.0466725100000000],USD[0.0001499809175224] |
| 05862184 | AUD[0.0000741568634333] |
| 05862211 | BTC[0.5011530936109021],ETH[0.0000000032443800],USD[3748.5257933355158443],USDT[0.0000000083346000] |
| 05862253 | ATOM[4999.3475400000000000],BTC[8.5106000000000000],ENJ[14997.1500000000000000],ETH[115.3460000000000000],GALA[669656.5450000000000000],MANA[10656.0555400000000000],MATIC[120123.2287000000000000],SOL[2000.0000000000000000],USD[72269.5004515609450000] |
| 05862279 | AUD[20.0000000000000000] |
| 05862327 | BAO[1.0000000000000000],USD[0.0000000085240084],USDT[1931.2073481200000000] |
| 05862366 | XRP[10.3091559400000000] |
| 05862421 | BTC[0.0000000060000000],JPY[152.5833717404550000] |