**EXHIBIT A**

**June 2023 De Minimis Asset and Fund Asset Sales**

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| June 1, 2023 | 718,912 Shares of Series Seed 2 Preferred Stock in EquiLibre Technologies, Inc. | Clifton Bay Investments LLC (Ventures Silo) | EquiLibre Technologies, Inc. | None | $2,666,660 | $2,666,660 | None | N/A | N/A |
| June 16, 2023 | $100,000 SAFE in Alliance Labs Ltd. and Token Purchase Warrant | LedgerPrime Digital Asset Opportunities Master Fund LP (Alameda Silo) | Alliance Labs Ltd. | None | $100,010 | $100,010 | None | N/A | N/A |
| June 16, 2023 | $250,000 SAFE in Alliance Labs Ltd. and Token Purchase Warrant | Maclaurin Investments Ltd. (Alameda Silo) | Alliance Labs Ltd. | None | $250,025 | $250,025 | None | N/A | N/A |
| June 28, 2023 | 1,547 Shares of Series Seed II Preferred Shares in Vosbor Exchange B.V. | FTX Ventures Ltd. (Ventures Silo) | Market One Capital SCSP; Market One Capital CO-INVEST SCSp; 7percent Ventures II LP; Athos Capital Investment, SCR-Pyme S.A.; Athos Capital Fund II FCR-PYME; K16 Ventures U.G.; Lux Ventures VII, L.P.; Lux Ventures VII Entrepreneurs Fund, L.P. | None | EUR 473,103.54 | EUR 473,101.88 | None | N/A | N/A |