# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from June 1, 2023 through June 30, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from June 1, 2023 through June 30, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies. During the Reporting Period, Mr. Ray was directly involved in the sale processes for the Debtor's businesses, including LedgerX and various venture holdings. Additionally, Mr. Ray was directly involved with the review and management of the Debtors' coin and token holdings and the monetization of certain of the coins and tokens.

**Summary of Compensation and Expenses**

| Period | Fees | Expenses | Total |
|---|---:|---:|---:|
| June 1, 2023 – June 30, 2023 | $277,940.00 | $5,013.67 | $282,953.67 |

**Summary of Expense by Category**

| Expense Category | Total Expenses |
|---|---:|
| Travel – Lodging | $2,651.44 |
| Travel – Airfare | $1,483.50 |
| Travel – Transportation (other) | $865.73 |
| Travel – Meals | $0.00 |
| Other Expenses | $13.00 |
| **Total Amount for Period:** | $5,013.67 |

**Summary of Time and Fees by Professional**

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 223.3 | $290,290.00 |
| | **50% adjustment for non-working travel:** | | 19.0 | ($12,350.00) |
| | **Total Amount for Period:** | | | $277,940.00 |

3

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/1/23 | Weekly call related to exchange with PWP (K Cofsky and others), UCC professionals FTI (S Simms and others), PH (K Hansen and others), and Jeffries (M O'Hara and others) | John J. Ray III | 0.3 | $390.00 |
| 6/1/23 | Call with A&M (K Ramanathan and others) related to coin management | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Review professional fee statements | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Embed wind down process review of status from A&M (R Hershan) | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Review, modify third party proposal and comment on same | John J. Ray III | 0.8 | $1,040.00 |
| 6/1/23 | Review and approve UCC requests for information and provide direction to A&M | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Coordination and preparation of Board agenda materials | John J. Ray III | 1.0 | $1,300.00 |
| 6/1/23 | Finalize draft of term sheet for venture investment and communicate to counter party | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Review of FDM report related to Bahamas real estate | John J. Ray III | 0.5 | $650.00 |
| 6/1/23 | Review of coin management proposal and comment to A&M related to additional materials needed for Board meeting | John J. Ray III | 0.8 | $1,040.00 |
| 6/1/23 | Call with Board member and PWP (B Mendelsohn and others) regarding ventures and sale processes | John J. Ray III | 1.0 | $1,300.00 |
| 6/1/23 | Review of coin management matters | John J. Ray III | 0.8 | $1,040.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

4

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/1/23 | Review of revised customer bar date motion and order | John J. Ray III | 2.5 | $3,250.00 |
| 6/2/23 | Review of term sheet and provide comments to S&C (A Dietderich) | John J. Ray III | 1.8 | $2,340.00 |
| 6/2/23 | Review of tax disclosures provided by E&Y (T Shea) | John J. Ray III | 1.8 | $2,340.00 |
| 6/2/23 | Review of 2004 responses provided by QE (S Rand) | John J. Ray III | 0.5 | $650.00 |
| 6/2/23 | Review of request from venture company and provide direction to PWP (M Rahmani) | John J. Ray III | 0.3 | $390.00 |
| 6/2/23 | Call with A&M (K Ramanathan and others) and third-party vendor related to coin management | John J. Ray III | 1.3 | $1,690.00 |
| 6/2/23 | Review memo from S&C (D Hariton) related tax matters and planning | John J. Ray III | 0.8 | $1,040.00 |
| 6/2/23 | Review contract for support services related to portal development and operations | John J. Ray III | 0.8 | $1,040.00 |
| 6/2/23 | Call with E&Y (D Bailey and others) and A&M (K Ramanathan) related to coin positions and tax implications | John J. Ray III | 0.5 | $650.00 |
| 6/3/23 | Review of sale motion and contract draft | John J. Ray III | 1.3 | $1,690.00 |
| 6/3/23 | Review of preference analysis calculations | John J. Ray III | 2.5 | $3,250.00 |
| 6/4/23 | Review of complaint draft provided by QE (M Scheck) | John J. Ray III | 1.8 | $2,340.00 |
| 6/4/23 | Review and approve venture NDAs | John J. Ray III | 0.3 | $390.00 |
| 6/4/23 | Review revised draft of the customer bar date motion and order | John J. Ray III | 0.8 | $1,040.00 |
| 6/5/23 | Review of draft complaint related to avoidance action and provide comments to S&C (C Dunne) | John J. Ray III | 2.8 | $3,640.00 |
| 6/5/23 | Call with S&C investigations team (N Friedlander and others) | John J. Ray III | 1.0 | $1,300.00 |

5

| **Enter Date** | **Description** | **Professional** | **Hours Worked** | **Corresponding Charge[1]** |
|---|---|---|---|---|
| 6/5/23 | Meeting with vendor related to proposed engagement | John J. Ray III | 0.8 | $1,040.00 |
| 6/5/23 | Review of Board minutes and approve same | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review and approve venture book company request | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review revised customer bar date motion | John J. Ray III | 0.8 | $1,040.00 |
| 6/5/23 | Review and comment on motion related to post petition deposits | John J. Ray III | 1.3 | $1,690.00 |
| 6/5/23 | Review and approve local liquidation engagement letter | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review and comment on term sheet related to potential settlement | John J. Ray III | 1.3 | $1,690.00 |
| 6/5/23 | Review status of third-party exchange balances and migration plan | John J. Ray III | 0.5 | $650.00 |
| 6/5/23 | Review and execute NDA related to potential vendor | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review scorecard for vendors related to coin management | John J. Ray III | 1.3 | $1,690.00 |
| 6/5/23 | Review UCC requests for information and approve same after review | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review and approve coin management matters | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review memo from S&C (KJ Lim) related to trademark maintenance | John J. Ray III | 0.3 | $390.00 |
| 6/5/23 | Review and approve Board agenda | John J. Ray III | 0.3 | $390.00 |
| 6/6/23 | Call with Steering committee S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (S Coverick and others) | John J. Ray III | 2.0 | $2,600.00 |
| 6/6/23 | Weekly board call with Board, S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (S Coverick and others) | John J. Ray III | 1.0 | $1,300.00 |

| **Enter Date** | **Description** | **Professional** | **Hours Worked** | **Corresponding Charge**[1] |
|---|---|---|---|---|
| 6/6/23 | Call with A&M (K Ramanathan) and vendor related to coin management | John J. Ray III | 1.0 | $1,300.00 |
| 6/6/23 | Call with S&C (J Croke) and A&M (K Ramanathan) related to third party exchange balances | John J. Ray III | 0.5 | $650.00 |
| 6/6/23 | Call with S&C (A Dietderich) related to draft complaint | John J. Ray III | 0.3 | $390.00 |
| 6/6/23 | Review and approve contract rejections | John J. Ray III | 0.5 | $650.00 |
| 6/6/23 | Review and comment on updated settlement term sheet | John J. Ray III | 0.8 | $1,040.00 |
| 6/6/23 | Call with PWP (K Cofsky) related to potential venture sale | John J. Ray III | 0.3 | $390.00 |
| 6/6/23 | Review and approve coin management matters | John J. Ray III | 0.5 | $650.00 |
| 6/6/23 | Review and approve NDAs | John J. Ray III | 0.3 | $390.00 |
| 6/6/23 | Review questions related to exchange and interview process related to responses on exchange matters | John J. Ray III | 0.5 | $650.00 |
| 6/6/23 | Review of 2004 responses | John J. Ray III | 0.3 | $390.00 |
| 6/6/23 | Review and approve statement of work for supplemental developers for portal | John J. Ray III | 0.8 | $1,040.00 |
| 6/6/23 | Communicate with A&M (K Ramanathan and others) related to portal capacity and back up plans | John J. Ray III | 0.5 | $650.00 |
| 6/6/23 | Call with S&C (D Hariton) and E&Y (T Shea) re tax matters | John J. Ray III | 0.8 | $1,040.00 |
| 6/7/23 | Non-working travel – flight and transportation to Wilmington, DE to attend June 8 omnibus hearing | John J. Ray III | 4.5 | $2,925.00 |
| 6/7/23 | Review update related to Europe data matters | John J. Ray III | 0.5 | $650.00 |
| 6/7/23 | Review Board deck prepared at the request of S&C | John J. Ray III | 2.5 | $3,250.00 |
| 6/7/23 | Communicate with A&M (K Ramanathan) related to various coin management engagements and processes | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/7/23 | Review work allocation related to portal | John J. Ray III | 0.8 | $1,040.00 |
| 6/7/23 | Review preference analysis | John J. Ray III | 1.3 | $1,690.00 |
| 6/7/23 | Review insurance notices from carriers | John J. Ray III | 0.5 | $650.00 |
| 6/8/23 | Prepare for Court hearing | John J. Ray III | 2.0 | $2,600.00 |
| 6/8/23 | Attend court hearing | John J. Ray III | 4.5 | $5,850.00 |
| 6/8/23 | Call with S&C (D Hariton) related to tax matters | John J. Ray III | 0.5 | $650.00 |
| 6/8/23 | Review and approve payments for professionals | John J. Ray III | 0.8 | $1,040.00 |
| 6/8/23 | Review A&M deck related to crypto holdings | John J. Ray III | 0.8 | $1,040.00 |
| 6/8/23 | Review updated analysis related to preferences | John J. Ray III | 0.5 | $650.00 |
| 6/8/23 | Review and approve objection related to motion seeking discovery | John J. Ray III | 0.5 | $650.00 |
| 6/8/23 | Review memo from S&C (A Cohen) related to a venture sale potential | John J. Ray III | 0.3 | $390.00 |
| 6/9/23 | Board member discussion with PWP (B Mendelsohn) regarding venture sale | John J. Ray III | 1.0 | $1,300.00 |
| 6/9/23 | Review of memo from S&C (A Cohen) related to venture sale | John J. Ray III | 0.3 | $390.00 |
| 6/9/23 | Approval of additional bidders for ventures | John J. Ray III | 0.3 | $390.00 |
| 6/9/23 | Review and approve delisting tokens | John J. Ray III | 0.3 | $390.00 |
| 6/9/23 | Review recommendations related to insurance | John J. Ray III | 0.3 | $390.00 |
| 6/9/23 | Non-working travel – flight and transportation from Wilmington, DE after attending June 8 omnibus hearing | John J. Ray III | 4.5 | $2,925.00 |
| 6/9/23 | Review communications related to portal A&M (K Ramanathan) and follow up discussions with A&M (S Coverick) | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/9/23 | Follow up communications with K Schultea (CAO) re KEIP implementation | John J. Ray III | 0.3 | $390.00 |
| 6/10/23 | Review of Board materials drafts | John J. Ray III | 3.0 | $3,900.00 |
| 6/11/23 | Review engagement letter for technical assistance related to portal | John J. Ray III | 0.8 | $1,040.00 |
| 6/11/23 | Review summary of work streams related to various technology, claims and crypto from A&M (K Ramanathan) | John J. Ray III | 0.5 | $650.00 |
| 6/12/23 | Review draft of KEIP award agreement | John J. Ray III | 0.5 | $650.00 |
| 6/12/23 | Review proposals for coin management matters | John J. Ray III | 1.8 | $2,340.00 |
| 6/12/23 | Review analysis prepared at request of counsel related to plan recoveries | John J. Ray III | 3.5 | $4,550.00 |
| 6/12/23 | Review and approve bidders for venture bids | John J. Ray III | 0.3 | $390.00 |
| 6/12/23 | Call with insurance broker related to upcoming dates for expirations | John J. Ray III | 0.3 | $390.00 |
| 6/12/23 | Call with UCC advisors, PH (K Hansen) related to Anthropic | John J. Ray III | 0.5 | $650.00 |
| 6/12/23 | Review Board materials to prepare for Board meeting | John J. Ray III | 1.8 | $2,340.00 |
| 6/13/23 | Non-working travel – flight and transportation to NY for meetings with S&C, A&M, and Board meeting | John J. Ray III | 2.5 | $1,625.00 |
| 6/13/23 | Meeting with S&C (A Dietderich) and Board member to review plan analysis and recoveries | John J. Ray III | 3.8 | $4,940.00 |
| 6/13/23 | Steering committee meeting with S&C (A Dietderich and others), A&M (E Mosely and others) and PWP (B Mendelsohn and others) related to workstreams | John J. Ray III | 1.0 | $1,300.00 |
| 6/13/23 | Review revised analysis related to plan recoveries prepared for counsel | John J. Ray III | 1.8 | $2,340.00 |
| 6/13/23 | Review draft Board minutes | John J. Ray III | 0.3 | $390.00 |

9

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/13/23 | Review and approve UCC request for materials | John J. Ray III | 0.3 | $390.00 |
| 6/13/23 | Review and mark up term sheet for FTX Venture | John J. Ray III | 1.3 | $1,690.00 |
| 6/13/23 | Review Embed process update | John J. Ray III | 0.5 | $650.00 |
| 6/14/23 | Venture update call with Board and PWP (B Mendelsohn and others) | John J. Ray III | 1.3 | $1,690.00 |
| 6/14/23 | Review and provide direction to A&M (K Ramanathan) regarding crypto management and portal development | John J. Ray III | 0.5 | $650.00 |
| 6/14/23 | Prepare for and attend Board meeting | John J. Ray III | 4.8 | $6,240.00 |
| 6/14/23 | Call with QE (S Rand and others) related to litigation | John J. Ray III | 1.0 | $1,300.00 |
| 6/14/23 | Review amended draft complaint re Bahamas matter | John J. Ray III | 1.0 | $1,300.00 |
| 6/14/23 | Review and approve engagement letter for coin management | John J. Ray III | 0.5 | $650.00 |
| 6/15/23 | Non-working travel – flight and transportation from NYC meetings with S&C, A&M, and Board meeting | John J. Ray III | 2.5 | $1,625.00 |
| 6/15/23 | Review draft complaint | John J. Ray III | 2.0 | $2,600.00 |
| 6/15/23 | Review and approve UCC requests | John J. Ray III | 0.3 | $390.00 |
| 6/15/23 | Review and approve fees for professionals and budget review | John J. Ray III | 0.8 | $1,040.00 |
| 6/17/23 | Review plan term sheet and related materials | John J. Ray III | 3.5 | $4,550.00 |
| 6/18/23 | Revise plan term sheet and outline of plan design | John J. Ray III | 4.8 | $6,240.00 |
| 6/18/23 | Time preparation for monthly staffing report | John J. Ray III | 0.8 | $1,040.00 |
| 6/19/23 | Review of draft complaint and comment on same | John J. Ray III | 2.5 | $3,250.00 |
| 6/19/23 | Call with A&M (K Ramanathan) and S&C (A Kranzley and others) re customer claim calculations | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/19/23 | Review and comment on materials for the Board meeting prepared at direction of S&C set for June 20 | John J. Ray III | 4.5 | $5,850.00 |
| 6/19/23 | Review 2.0 bidder matters and directions regarding same, to PWP | John J. Ray III | 0.3 | $390.00 |
| 6/19/23 | Review and execute settlement agreement | John J. Ray III | 0.3 | $390.00 |
| 6/19/23 | Call with PH (E Gilad and others) related to customer claim calculations | John J. Ray III | 0.5 | $650.00 |
| 6/20/23 | Review second report to the Board and provide comments | John J. Ray III | 2.5 | $3,250.00 |
| 6/20/23 | Steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PW (K Cofsky and others) | John J. Ray III | 1.5 | $1,950.00 |
| 6/20/23 | Review materials for Board call presentation related to plan and avoidance actions | John J. Ray III | 0.5 | $650.00 |
| 6/20/23 | Attend Board meeting | John J. Ray III | 2.0 | $2,600.00 |
| 6/20/23 | Review updates and changes to materials for delivery, final preparation and delivery to the UCC | John J. Ray III | 2.3 | $2,990.00 |
| 6/20/23 | Review work stream allocation of work between professionals to avoid overlap | John J. Ray III | 0.5 | $650.00 |
| 6/21/23 | Review and revise second interim report to the Board | John J. Ray III | 2.5 | $3,250.00 |
| 6/21/23 | Call with K Ramanathan (A&M) related to crypto work streams | John J. Ray III | 0.5 | $650.00 |
| 6/21/23 | Review proposed engagement to capture data related to legal entities and approve same | John J. Ray III | 0.3 | $390.00 |
| 6/21/23 | Review bidder NDAs for venture portfolio | John J. Ray III | 0.3 | $390.00 |
| 6/21/23 | Review and approve UCC Requests | John J. Ray III | 0.3 | $390.00 |
| 6/21/23 | Review and respond to 2.0 bidder requests | John J. Ray III | 0.3 | $390.00 |
| 6/21/23 | Review Embed weekly status report | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/21/23 | Call with S&C (A Dietderich and others) and QE (M Scheck and others) related to discovery matters in pending litigation | John J. Ray III | 1.0 | $1,300.00 |
| 6/21/23 | Review fund process updates from PW (K Finn) | John J. Ray III | 0.8 | $1,040.00 |
| 6/21/23 | Review and comment on plan formulation matters | John J. Ray III | 1.8 | $2,340.00 |
| 6/21/23 | Review status of 2.0 responses from potential interested parties | John J. Ray III | 0.3 | $390.00 |
| 6/22/23 | Call with UCC professionals PH (E Gilad and others), FTI (S Simms and others), Jeffries (M O'Hara and others), S&C (A Dietderich and others), A&M (S Coverick and others), and PW (K Cofsky and others) related to 2.0 status of process | John J. Ray III | 0.5 | $650.00 |
| 6/22/23 | Review and mark up draft term sheet prepared by S&C | John J. Ray III | 2.8 | $3,640.00 |
| 6/22/23 | Review and approve professional fee payment packages | John J. Ray III | 1.0 | $1,300.00 |
| 6/22/23 | Review materials for potential expert retention | John J. Ray III | 0.8 | $1,040.00 |
| 6/22/23 | Review and approve data request | John J. Ray III | 0.3 | $390.00 |
| 6/22/23 | Call with S&C (B Glueckstein and others) related to avoidance action pending | John J. Ray III | 1.0 | $1,300.00 |
| 6/22/23 | Participate in two expert interviews | John J. Ray III | 2.0 | $2,600.00 |
| 6/22/23 | Review and approve matter re wind-down and monetization | John J. Ray III | 0.5 | $650.00 |
| 6/22/23 | Provide comments and direction related to diligence requests from 2.0 bidders | John J. Ray III | 0.5 | $650.00 |
| 6/22/23 | Review and approve UCC Requests and NDA requests for sale process | John J. Ray III | 0.5 | $650.00 |
| 6/22/23 | Review updated second interim report to the Board of Directors | John J. Ray III | 0.8 | $1,040.00 |
| 6/22/23 | Review update re audit and communicate with management and CFO (M Cilia) re same | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/23/23 | Review proposed vendor agreements for KYC | John J. Ray III | 0.8 | $1,040.00 |
| 6/23/23 | Review and comment on stipulation | John J. Ray III | 0.8 | $1,040.00 |
| 6/23/23 | Review issues related to Emergent | John J. Ray III | 0.3 | $390.00 |
| 6/23/23 | Venture update call with Board and PWP (B Mendelsohn and others) | John J. Ray III | 0.8 | $1,040.00 |
| 6/23/23 | Participate in expert interviews | John J. Ray III | 3.0 | $3,900.00 |
| 6/23/23 | Provide additional comment on second interim report to the Board | John J. Ray III | 0.3 | $390.00 |
| 6/23/23 | Review and mark up settlement agreement | John J. Ray III | 1.8 | $2,340.00 |
| 6/23/23 | Review and approve coin management matters | John J. Ray III | 0.3 | $390.00 |
| 6/23/23 | Call with A&M (S Coverick and E Mosely) related to schedules | John J. Ray III | 0.5 | $650.00 |
| 6/23/23 | Review materials from A&M (R Esposito) related to schedules | John J. Ray III | 0.8 | $1,040.00 |
| 6/24/23 | Communicate with management related to audit | John J. Ray III | 0.3 | $390.00 |
| 6/24/23 | Provide direction to counsel related to discovery matters | John J. Ray III | 0.3 | $390.00 |
| 6/24/23 | Provide input to S&C (J Bromley and others) and QE (M Scheck and others) related to Bahamas matters | John J. Ray III | 1.3 | $1,690.00 |
| 6/26/23 | Review changes to claims bar date order | John J. Ray III | 0.8 | $1,040.00 |
| 6/26/23 | Call with S&C (S Wheeler and others) and QE (B Burck and others) related to weekly investigations call | John J. Ray III | 0.3 | $390.00 |
| 6/26/23 | Review final changes to press releases related to second interim report | John J. Ray III | 0.3 | $390.00 |
| 6/26/23 | Non-working travel – flight and transportation to NYC, for meeting with S&C (J Bromley and others), and Board meeting | John J. Ray III | 2.5 | $1,625.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/26/23 | Weekly crypto debrief with A&M (K Ramanathan and others) | John J. Ray III | 0.5 | $650.00 |
| 6/26/23 | Review professional fee statements | John J. Ray III | 1.0 | $1,300.00 |
| 6/26/23 | Review of draft reply and communicate with S&C (A Dietderich) regarding same | John J. Ray III | 0.5 | $650.00 |
| 6/26/23 | Review materials for Board meeting | John J. Ray III | 2.5 | $3,250.00 |
| 6/26/23 | Review and comment on reply | John J. Ray III | 0.8 | $1,040.00 |
| 6/26/23 | Review communication related to foreign non-debtor claims | John J. Ray III | 0.3 | $390.00 |
| 6/26/23 | Review deck related to exchange customer withdraws | John J. Ray III | 1.3 | $1,690.00 |
| 6/26/23 | Review discovery request | John J. Ray III | 0.5 | $650.00 |
| 6/26/23 | Meeting with S&C (J Bromley and others) related to case management | John J. Ray III | 2.5 | $3,250.00 |
| 6/26/23 | Provide direction related to licensing issue | John J. Ray III | 0.3 | $390.00 |
| 6/26/23 | Review deck from PW related to potential sale of assets | John J. Ray III | 0.5 | $650.00 |
| 6/27/23 | Review of venture proposal | John J. Ray III | 0.8 | $1,040.00 |
| 6/27/23 | Review presentations related to coin management | John J. Ray III | 1.3 | $1,690.00 |
| 6/27/23 | Review and comment on regulator proposal re customer funds | John J. Ray III | 0.5 | $650.00 |
| 6/27/23 | Review input from Kroll regarding customer portal timing and response | John J. Ray III | 0.3 | $390.00 |
| 6/27/23 | Weekly steering committee call with S&C (J Bromley and others), A&M (E mostly and others), and PW (B Mendelsohn and others) | John J. Ray III | 1.5 | $1,950.00 |
| 6/27/23 | Call with S&C (E Simpson and others), A&M (D Johnston) related to FTX Europe matters | John J. Ray III | 0.5 | $650.00 |
| 6/27/23 | Board meeting attendance | John J. Ray III | 2.5 | $3,250.00 |

14

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/27/23 | Communicate with venture investment related to transaction | John J. Ray III | 0.3 | $390.00 |
| 6/27/23 | Review of resolutions for Board | John J. Ray III | 0.3 | $390.00 |
| 6/27/23 | Review of May interim financials | John J. Ray III | 0.8 | $1,040.00 |
| 6/27/23 | Review and compile list for planning session related to plan structure | John J. Ray III | 0.8 | $1,040.00 |
| 6/27/23 | Call with S Rand (QE) related to filing of complaint | John J. Ray III | 0.3 | $390.00 |
| 6/27/23 | Review of venture proposal number 2 | John J. Ray III | 0.8 | $1,040.00 |
| 6/27/23 | Review Embed weekly status report | John J. Ray III | 0.3 | $390.00 |
| 6/27/23 | Review workplan for ventures sale matter re claims matters | John J. Ray III | 0.5 | $650.00 |
| 6/27/23 | Review expert resumes | John J. Ray III | 0.8 | $1,040.00 |
| 6/27/23 | Review changes to ventures sale agreement | John J. Ray III | 0.3 | $390.00 |
| 6/28/23 | Review of 2.0 indications of interest | John J. Ray III | 2.5 | $3,250.00 |
| 6/28/23 | Call with A&M (K Ramanathan) related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 6/28/23 | Review of custodial agreement changes and communicate with S&C (A Kranzley) related to same | John J. Ray III | 0.8 | $1,040.00 |
| 6/28/23 | Review and comment on customer claims communication materials | John J. Ray III | 0.8 | $1,040.00 |
| 6/28/23 | Review of updated coin management scorecard | John J. Ray III | 0.3 | $390.00 |
| 6/28/23 | Call with Board of Directors, S&C (J Bromley and others), and A&M (S Coverick and others) related to coin management | John J. Ray III | 1.0 | $1,300.00 |
| 6/28/23 | Non-working travel – flight and transportation from NYC, re meeting with S&C (J Bromley and others), and Board meeting | John J. Ray III | 2.5 | $1,625.00 |
| 6/28/23 | Communicate with Kroll (B Steele) related to portal deadlines | John J. Ray III | 0.3 | $390.00 |

15

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/28/23 | Review and approve presentation re regulatory matters | John J. Ray III | 0.5 | $650.00 |
| 6/28/23 | Request update related to venture sale matter and communicate with venture related to same | John J. Ray III | 0.3 | $390.00 |
| 6/28/23 | Review additional indication of interest re 2.0 | John J. Ray III | 0.5 | $650.00 |
| 6/28/23 | Review updated drafts of communication materials for claims bar date and portal | John J. Ray III | 0.3 | $390.00 |
| 6/28/23 | Review professional fee payment recommendations | John J. Ray III | 0.3 | $390.00 |
| 6/28/23 | Relay memo to PH (K Hansen) related to crypto matters (1.0), and communicate with Board of Directors and receive comments (0.5) | John J. Ray III | 1.5 | $1,950.00 |
| 6/29/23 | Call with UCC, PH (E Gilad and others), Jeffries (M O'Hara and others), FTI (S Simms and others), S&C (A Dietderich and others), A&M (S Coverick and others), and PW (K. Cofsky and others) related to 2.0 update | John J. Ray III | 0.8 | $1,040.00 |
| 6/29/23 | Communicate with QE (E Kapur and S Rand) re litigation matters | John J. Ray III | 0.3 | $390.00 |
| 6/29/23 | Review tax matters received from S&C (D Hariton) | John J. Ray III | 0.8 | $1,040.00 |
| 6/29/23 | Review of non-PEO deck for UCC by A&M (D Johnston) | John J. Ray III | 0.5 | $650.00 |
| 6/29/23 | Participate in Ventures call with PWP (B Mendelsohn and others) and Board members | John J. Ray III | 1.0 | $1,300.00 |
| 6/29/23 | Review materials provided to the Debtors from the UCC related to the plan | John J. Ray III | 2.5 | $3,250.00 |
| 6/29/23 | Review memo from S&C (E Simpson) related to ventures matters | John J. Ray III | 0.3 | $390.00 |
| 6/29/23 | Review and approve UCC requests | John J. Ray III | 0.3 | $390.00 |
| 6/29/23 | Review matter related to post petition deposits | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 6/29/23 | Call with S&C (A Dietderich and others) and A&M (S Coverick and others) related to plan terms | John J. Ray III | 2.0 | $2,600.00 |
| 6/29/23 | Review and communicate bidder list on venture sale | John J. Ray III | 0.5 | $650.00 |
| 6/30/23 | Call with PH (E Gilad and others), FTI (S Simms and others), S&C (A Dietderich and others), and A&M (E Mosely and others) related to plan structure | John J. Ray III | 1.0 | $1,300.00 |
| 6/30/23 | Follow up call with S&C (A Dietderich and others) and A&M (E Mosely and others) related to plan structure | John J. Ray III | 0.5 | $650.00 |
| 6/30/23 | Call with QE (M Scheck) and S&C (B Glueckstein) related to discovery | John J. Ray III | 0.5 | $650.00 |
| **Total Amount for Period:** | | | 223.3 | **$277,940.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 06/07/23 | American Airlines roundtrip coach flight to PHL for June 8 Omnibus hearing | $412.90 | | | | | John J. Ray III |
| 06/07/23 | Lodging in Wilmington DE for June 8 Omnibus hearing | | $350.00 | | | | John J. Ray III |
| 06/07/23 | Car service from PHL to hotel for June 8 Omnibus hearing | | | $149.54 | | | John J. Ray III |
| 06/07/23 | WiFi on Board | | | | | $13.00 | John J. Ray III |
| 06/08/23 | Lodging in Wilmington DE for June 8 Omnibus hearing | | $350.00 | | | | John J. Ray III |
| 06/09/23 | Car service from hotel to PHL from June 8 Omnibus hearing | | | $141.54 | | | John J. Ray III |
| 06/13/23 | Delta one-way coach flight to LGA for meetings with S&C, A&M, and Board meeting | $283.90 | | | | | John J. Ray III |
| 06/13/23 | Lodging in NYC for meetings with S&C, A&M, and Board meeting | | $487.86 | | | | John J. Ray III |
| 06/13/23 | Car service from LGA to hotel for meetings with S&C, A&M, and Board meeting | | | $168.75 | | | John J. Ray III |
| 06/14/23 | Lodging in NYC for meetings with S&C, A&M, and Board meeting | | $487.86 | | | | John J. Ray III |
| 06/15/23 | Delta one-way coach flight from LGA for meetings | $393.90 | | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| | with S&C, A&M, and Board meeting | | | | | | |
| 06/15/23 | Car service from hotel to LGA from meetings with S&C, A&M, and Board meeting | | | $111.51 | | | John J. Ray III |
| 06/15/23 | Airport parking from meetings with S&C, A&M, and Board meeting | | | $42.00 | | | John J. Ray III |
| 06/26/23 | Delta Airlines roundtrip coach airfare to LGA for meetings with S&C, and Board meeting | $392.80 | | | | | John J. Ray III |
| 06/26/23 | Lodging in NYC for meetings with S&C, and Board meeting | | $487.86 | | | | John J. Ray III |
| 06/27/23 | Lodging in NYC for meetings with S&C, and Board meeting | | $487.86 | | | | John J. Ray III |
| 06/27/23 | Car service from LGA to hotel for meetings with S&C, and Board meeting | | | $107.10 | | | John J. Ray III |
| 06/28/23 | Car service from hotel to LGA from meetings with S&C, and Board meeting | | | $108.29 | | | John J. Ray III |
| 06/28/23 | Airport parking from meetings at S&C, and Board meeting | | | $37.00 | | | John J. Ray III |
| **Total Amount for Period:** | | **$1,483.50** | **$2,651.44** | **$865.73** | **$0.00** | **$13.00** | |