## **EXHIBIT A**

## **Consideration Transferred to Defendants**

| Defendant | Relevant Contract (Date Incurred) | Type of Interest | Amount of Transfer | Amount of Obligation Remaining |
|---|---|---|---|---|
| Patrick Gruhn | SPA 2 (July 2, 2021) | Cash | $18,500,000 | $0 |
| Patrick Gruhn | SPA 3 (November 14, 2021) | Cash | $83,750,009.38 | $26,250,000 |
| Patrick Gruhn | SPA 3 (November 14, 2021) | Shares | $8,333,316.17 | $0 |
| Robin Matzke/ Lorem Ipsum UG | SPA 2 (July 2, 2021) | USDC | $18,500,000 | $0 |
| Robin Matzke/ Lorem Ipsum UG | SPA 3 (November 14, 2021) | Cash and USDC | $50,416,671.88 | $26,250,000 |
| Robin Matzke/ Lorem Ipsum UG | SPA 3 (November 14, 2021) | Shares | $41,666,690.07 | $0 |
| Brandon Williams | SPA 2 (July 2, 2021) | USDC | $18,500,000 | $0 |
| Brandon Williams | SPA 3 (November 14, 2021) | USDC | $83,833,312.50 | $0 |

{1368.002-W0071628.}