**NOTICE TO ALL FTX CUSTOMERS: SEPTEMBER 29, 2023 IS THE DEADLINE TO FILE PROOFS OF CLAIM ON ACCOUNT OF CUSTOMER CLAIMS AGAINST THE FTX DEBTORS.**

**TO ACCESS THE CUSTOMER CLAIMS PORTAL AND SUBMIT A PROOF OF CLAIM, VISIT HTTP://CLAIMS.FTX.COM. FOR MORE INFORMATION ABOUT THE PROOF OF CLAIM PROCESS FOR CUSTOMERS, VISIT HTTPS://RESTRUCTURING.RA.KROLL.COM/FTX/.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEADLINES REQUIRING FILING OF CUSTOMER PROOFS OF CLAIM ON OR BEFORE SEPTEMBER 29, 2023 AND CUSTOMER PROOFS OF CLAIM AFFECTED BY THE AMENDMENT OF OR SUPPLEMENT TO THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**

**TO ALL PERSONS AND ENTITIES WITH CUSTOMER CLAIMS AGAINST ANY OF THE DEBTOR ENTITIES LISTED ON THIS NOTICE:**

On June 28, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 1793] (the "Order") in the chapter 11 cases (the "Chapter 11 Cases") of FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") establishing **September 29, 2023 at 4:00 p.m., Eastern Time** (the "Customer Bar Date") as the deadline for each person or entity (including individuals, partnerships, corporations, joint ventures and trusts) holding a Customer Claim (as defined below) to file a proof of claim against any of the Debtors listed below:[2]

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://https://restructuring.ra.kroll.com/ftx. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    For the avoidance of doubt, this Notice and relevant Bar Dates establish deadlines and procedures for filing proofs of claim against FTX Trading Ltd. and its affiliated debtors and debtors-in-possession and not against Debtor Emergent Fidelity Technologies Ltd.

{1368.002-W0071647.}

| FTX Exchanges | | |
|---|---|---|
| **Debtor** | **Case Number** | **Last Four Digits of Debtor's Federal Tax Identification Number** |
| FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "FTX EU") | 22-11166 | N/A |
| FTX Japan K.K. (aka "FTX Japan") | 22-11102 | N/A |
| FTX Trading Ltd. (d/b/a "FTX") | 22-11068 | 3288 |
| Quoine Pte Ltd (d/b/a "Liquid Global") | 22-11161 | N/A |
| West Realm Shires Services Inc. (d/b/a "FTX US") | 22-11071 | N/A |
| **All Other Debtors** | | |
| **Debtor** | **Case Number** | **Last Four Digits of Debtor's Federal Tax Identification Number** |
| Alameda Aus Pty Ltd | 22-11104 | N/A |
| Alameda Global Services Ltd. | 22-11134 | N/A |
| Alameda Research (Bahamas) Ltd | 22-11105 | N/A |
| Alameda Research Holdings Inc. | 22-11069 | 5653 |
| Alameda Research KK | 22-11106 | N/A |
| Alameda Research LLC | 22-11066 | 4063 |
| Alameda Research Ltd | 22-11067 | N/A |
| Alameda Research Pte Ltd | 22-11107 | N/A |
| Alameda Research Yankari Ltd | 22-11108 | N/A |
| Alameda TR Ltd | 22-11078 | N/A |
| Alameda TR Systems S. de R. L. | 22-11109 | N/A |
| Allston Way Ltd | 22-11079 | N/A |
| Analisya Pte Ltd | 22-11080 | N/A |
| Atlantis Technology Ltd. | 22-11081 | N/A |
| Bancroft Way Ltd | 22-11082 | N/A |
| Blockfolio, Inc. | 22-11110 | N/A |
| Blue Ridge Ltd | 22-11083 | N/A |
| Cardinal Ventures Ltd | 22-11084 | N/A |
| Cedar Bay Ltd | 22-11085 | N/A |
| Cedar Grove Technology Services, Ltd | 22-11162 | N/A |
| Clifton Bay Investments LLC | 22-11070 | 6465 |
| Clifton Bay Investments Ltd | 22-11111 | N/A |
| Cottonwood Grove Ltd | 22-11112 | N/A |
| Cottonwood Technologies Ltd. | 22-11136 | N/A |
| Crypto Bahamas LLC | 22-11113 | 5393 |
| DAAG Trading, DMCC | 22-11163 | N/A |
| Deck Technologies Holdings LLC | 22-11138 | N/A |
| Deck Technologies Inc. | 22-11139 | N/A |
| Deep Creek Ltd | 22-11114 | N/A |
| Digital Custody Inc. | 22-11115 | N/A |

| | | |
|---|---|---|
| Euclid Way Ltd | 22-11141 | N/A |
| FTX (Gibraltar) Ltd | 22-11116 | N/A |
| FTX Canada Inc | 22-11117 | N/A |
| FTX Certificates GmbH | 22-11164 | N/A |
| FTX Crypto Services Ltd. | 22-11165 | N/A |
| FTX Digital Assets LLC | 22-11143 | N/A |
| FTX Digital Holdings (Singapore) Pte Ltd | 22-11118 | N/A |
| FTX EMEA Ltd. | 22-11145 | N/A |
| FTX Equity Record Holdings Ltd | 22-11099 | N/A |
| FTX Europe AG | 22-11075 | N/A |
| FTX Exchange FZE | 22-11100 | N/A |
| FTX Hong Kong Ltd | 22-11101 | N/A |
| FTX Japan Holdings K.K. | 22-11074 | N/A |
| FTX Japan Services KK | 22-11103 | N/A |
| FTX Lend Inc. | 22-11167 | N/A |
| FTX Marketplace, Inc. | 22-11168 | N/A |
| FTX Products (Singapore) Pte Ltd | 22-11119 | N/A |
| FTX Property Holdings Ltd | 22-11076 | N/A |
| FTX Services Solutions Ltd. | 22-11120 | N/A |
| FTX Structured Products AG | 22-11122 | N/A |
| FTX Switzerland GmbH | 22-11169 | N/A |
| FTX Trading GmbH | 22-11123 | N/A |
| FTX US Services, Inc. | 22-11171 | N/A |
| FTX US Trading, Inc. | 22-11149 | N/A |
| FTX Ventures Ltd | 22-11172 | 2184 |
| FTX Zuma Ltd | 22-11124 | N/A |
| GG Trading Terminal Ltd | 22-11173 | N/A |
| Global Compass Dynamics Ltd. | 22-11125 | N/A |
| Good Luck Games, LLC | 22-11174 | N/A |
| Goodman Investments Ltd. | 22-11126 | N/A |
| Hannam Group Inc | 22-11175 | N/A |
| Hawaii Digital Assets Inc. | 22-11127 | N/A |
| Hilltop Technology Services LLC | 22-11176 | N/A |
| Hive Empire Trading Pty Ltd | 22-11150 | N/A |
| Innovatia Ltd | 22-11128 | N/A |
| Island Bay Ventures Inc | 22-11129 | 8955 |
| Killarney Lake Investments Ltd | 22-11131 | N/A |
| Ledger Holdings Inc. | 22-11073 | N/A |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | 22-11177 | N/A |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | 22-11155 | N/A |
| LedgerPrime Digital Asset Opportunities Fund, LLC | 22-11156 | N/A |

| LedgerPrime Digital Asset Opportunities Master Fund LP | 22-11157 | N/A |
|---|---|---|
| Ledger Prime LLC | 22-11158 | N/A |
| LedgerPrime Ventures, LP | 22-11159 | N/A |
| Liquid Financial USA Inc. | 22-11151 | N/A |
| LiquidEX LLC | 22-11152 | N/A |
| Liquid Securities Singapore Pte Ltd | 22-11086 | N/A |
| LT Baskets Ltd. | 22-11077 | N/A |
| Maclaurin Investments Ltd. | 22-11087 | N/A |
| Mangrove Cay Ltd | 22-11088 | N/A |
| North Dimension Inc | 22-11153 | N/A |
| North Dimension Ltd | 22-11160 | N/A |
| North Wireless Dimension Inc. | 22-11154 | N/A |
| Paper Bird Inc | 22-11089 | 9237 |
| Pioneer Street Inc. | 22-11090 | N/A |
| Quoine India Pte Ltd | 22-11091 | N/A |
| Quoine Vietnam Co. Ltd | 22-11092 | N/A |
| Strategy Ark Collective Ltd. | 22-11094 | N/A |
| Technology Services Bahamas Limited | 22-11095 | N/A |
| Verdant Canyon Capital LLC | 22-11096 | N/A |
| West Innovative Barista Ltd. | 22-11097 | N/A |
| West Realm Shires Financial Services Inc. | 22-11072 | N/A |
| West Realm Shires Inc. | 22-11183 | N/A |
| Western Concord Enterprises Ltd. | 22-11098 | N/A |
| Zubr Exchange Ltd | 22-11132 | N/A |

See section 2 below for detailed information on how to file claims against multiple FTX Exchanges and/or other Debtors.

The Customer Bar Date, the other deadlines established by the Order, and the procedures set forth below for filing proofs of claim apply to all Customer Claims against any of the Debtors that arose prior to **November 11, and in the case of Debtor West Realm Shires Inc., November 14, 2022 (**as applicable, the "Petition Date"), the date on which the Debtors commenced these Chapter 11 Cases, except for those holders of claims listed in Section 4 below that are specifically excluded from the filing requirements established by the Order.

## 1.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a proof of claim to vote on a Chapter 11 plan or to share in distributions from the Debtors' bankruptcy estates if you hold a Customer Claim (as defined below) against the Debtors.  A "Customer Claim" is any claim of any kind or nature whatsoever (whether arising in law or equity, contract or tort, under the Bankruptcy Code, federal or state law, rule or regulation, common law or otherwise) held by any person or entity against any of the Debtors, in each case, arising out of or related to (a) any cash, cryptocurrency, digital assets or other assets held by such person or entity in an account on any FTX Exchange as of the Petition Date (the

"<u>Customer Entitlement Claim</u>") or (b) any other investment or trading activities on any FTX Exchange (the "<u>Other Activity Claim</u>").

"FTX Exchange" means FTX.com, FTX.US, FTX Trading Ltd. (d/b/a "FTX"), West Realm Shires Services Inc. (d/b/a "FTX US"), FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "FTX EU"), Quoine Ptd. Ltd. (d/b/a "Liquid Global") and FTX Japan or Liquid platforms operated by FTX Japan K.K. ("FTX Japan") or any other exchange or trading platform operated by any Debtor.

Customer Claims shall <u>not</u> include any claims of customers of FTX Japan's two platforms, FTX Japan or Liquid (collectively, the "<u>FTX Japan Platforms</u>"), for cash, cryptocurrency, digital assets or other assets held by such customers in an account on the FTX Japan Platforms as of the Petition Date for which such person or entity has withdrawn, or otherwise received, such cash, cryptocurrency, digital assets or other assets postpetition.

Customer Claims shall also <u>not</u> include any claims of customers of FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "FTX EU") ("<u>FTX EU</u>") for FTX EU Customer Cash (as defined below) held in FTX EU Client Accounts (as defined below) for which such customer has withdrawn, or otherwise received, such cash, cryptocurrency, digital assets or other assets postpetition, but shall include any claims by customers of FTX EU for cash, cryptocurrency, digital assets or other assets that are not FTX EU Customer Cash and were not withdrawn or received by such customer postpetition, including any claims of such customer for any other investment or trading activities on any other FTX Exchange.  FTX EU maintained segregated client fiat accounts with certain third party financial institutions (the "<u>FTX EU Client Accounts</u>"), which contained certain client cash (the "<u>FTX EU Customer Cash</u>").

For the avoidance of doubt, Customer Claims shall only include claims against the Debtors and not against any non-Debtors, including any of the founders of the Debtors, including Samuel Benjamin Bankman-Fried, Gary Wang, Nishad Singh and Caroline Ellison (collectively, the "<u>Founders</u>").

You <u>must</u> file a proof of claim for your Customer Claim on or prior to the applicable Bar Date described in this Notice if you are:

a. an entity whose Customer Claim is not listed in the applicable Debtor's schedules of assets and liabilities (collectively, the "<u>Schedules</u>");

b. an entity that believes its Customer Claim has been listed in an incorrect amount or quantity or improperly characterized in the Debtors' Schedules, and seeks to amend the amount, quantity and/or characterization of such claim in the Schedules; or

c. an entity that believes its Customer Claim as listed in the Schedules is not an obligation of the specific FTX Exchange identified in the Schedules, and seeks to assert the claim against a different Debtor or FTX Exchange.

The Order establishes the following bar dates for filing proofs of claim on account of Customer Claims in these Chapter 11 Cases (collectively, the "<u>Bar Dates</u>"):

a. <u>Customer Bar Date</u>.  A holder of a Customer Claim against any of the Debtors must file a proof of claim for such Customer Claim on or before **September 29, 2023, at 4:00 p.m., Eastern Time**, subject to the exceptions described herein.

b. <u>Amended Schedules Customer Bar Date</u>.  Any entity holding a Customer Claim adversely impacted by an amendment of or supplement to the Schedules with respect to such Customer Claim must file a proof of claim on ***the later of*:  (a) the Customer Bar Date and (b) 4:00 p.m., Eastern Time, on the date that is 30 days after the date that notice of the applicable amendment of or supplement to the Schedules is served on such entity.**

The Debtors will provide notice of any amendment of or supplement to the Schedules to the holders of any Customer Claims affected by such amendment or supplement, and will provide such holders with notice of the applicable Amended Schedules Customer Bar Date.  If the holder of a Customer Claim has already submitted a proof of claim with respect to such Customer Claim, such holder may amend its existing proof of claim or file a new proof of claim.

Section 101(5) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "<u>Bankruptcy Code</u>") provides that the word "claim" means:  (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

---

**Attention**:  This Notice is being sent to many individuals and institutions that were identified on the Debtors' books and records as being customers of an FTX Exchange.  The fact that you have received this Notice ***does not*** mean that you have a claim against the Debtors or that the Debtors or the Court believe that you have a claim against the Debtors.

---

**2.    WHAT TO FILE**

Please follow the link emailed to you to access the Customer Claims Portal.  If you did not receive a link, the electronic Customer Claims Portal may be accessed at http://claims.ftx.com.  The Customer Claims Portal will be available in multiple different languages, including, among others, Spanish, Chinese, Japanese, German and Russian.  From the Customer Claims Portal, you will be able to see your account balance and transaction history and you may fill out a proof of claim (the "<u>Customer Proof of Claim Form</u>").  You may also be required to submit "know your customer" information, such as a passport number or tax identification number.  If you wish to obtain a hard copy of the Customer Proof of Claim Form, please visit https://restructuring.ra.kroll.com/FTX/EPOC-Index.

Each proof of claim on account of a Customer Claim must set forth the FTX Exchange and/or Debtors against whom the claimant has a claim.  As noted above, there are two types of

claims: (i) Customer Entitlement Claims and (ii) Other Activity Claims.  Customer Entitlement Claims may be asserted against one or more of the FTX Exchanges listed on page 2, above; however, in the event that a holder has unique Customer Entitlement Claims against multiple FTX Exchanges, a separate proof of claim must be filed against each FTX Exchange.  Once the holder of a Customer Claim either (x) files a proof of claim for a Customer Entitlement against any FTX Exchange or (y) has a Customer Entitlement Claim that is scheduled against any Debtor and does not separately file a proof of claim with respect to such Customer Entitlement Claim, an identical Customer Entitlement Claim shall be deemed to have been filed in the same amount against all other Debtors.  Accordingly, **claimants do not need to file separate proofs of claim against each Debtor on account of such Customer Entitlement Claim**.  For the avoidance of doubt: (i) Customer Entitlement Claims shall only include claims against the Debtors and not against any non-Debtors, such as the Founders, (ii) unique Customer Entitlement Claims against multiple FTX Exchanges must be filed against each FTX Exchange and (iii) for any Other Activity Claim asserted against multiple Debtors, each such claim must be asserted against each applicable Debtor listed under "All Other Debtors" on pages 2-4 of this Notice.

For Customer Entitlement Claims, each proof of claim for any claim based on cryptocurrency(ies) or digital assets must set forth (i) the number of units or quantity of each cryptocurrency or digital asset and (ii) the program (*i.e.*, Earn, Lend or Stake) applicable to each cryptocurrency or digital asset.  The Customer Proof of Claim Form does not require holders of Customer Claims to set forth a dollar valuation for any of the cryptocurrency(ies) or digital assets.[3]  For any claim based on foreign fiat currency(ies), each proof of claim must set forth (i)  the applicable foreign fiat currency(ies), (ii) the claim amount in that foreign fiat currency(ies), (iii) the exchange rate(s) utilized to convert from the foreign fiat currency(ies) to U.S. dollars as of the Petition Date (if different than the listed rate), and (iv) the amount of such fiat currency claim converted to U.S. dollars using the identified exchange rate(s).  For any Customer Claim for fiat currency(ies), each proof of claim must set forth (i) the applicable fiat currency(ies), and (ii) the amount of fiat currency(ies) as of the Petition Date.  For any Customer Claim for NFTs, each proof of claim must set forth (i) the NFT description and (ii) the unique identification code.  In the case of any other claim, the proof of claim must set forth the amount of such claim in U.S. dollars.   In the event that a holder has an Other Activity Claim against multiple Debtors, such holder must check a box for each Debtor against whom the Other Activity Claim is asserted. For Other Activity Claims, a holder must set forth the amount of such claim in U.S. dollars, must assert such claim with specificity, including all relevant details regarding such investments or other trading activities (*e.g.*, dates, amounts, quantities, type or nature, alleged

---

[3]    For the avoidance of doubt, the Debtors are only requesting all holders of Customer Claims to assert their quantities of cryptocurrency, digital assets and other assets and not to include any conversions or valuations.  The Debtors will seek to establish valuations at a later date, and all parties' rights are reserved.

facts) and must assert such claim against the applicable Debtor(s) listed under "All Other Debtors" on pages 2-4 of this Notice.

A proof of claim submitted under Debtor FTX Trading Ltd. (Case No. 22-11068) or a proof of claim that does not identify an FTX Exchange will be deemed as submitted only against Debtor FTX Trading Ltd.

If your Customer Claim is scheduled by the Debtors, the Customer Proof of Claim Form also sets forth: (a) the amount or quantity of your Customer Claim as scheduled by the Debtors; and (b) the identity of the Debtor / FTX Exchange against which your Customer Claim is scheduled.

You will receive a different Customer Proof of Claim Form for each Customer Claim scheduled in your name by the Debtors.

**Your proof of claim form must NOT contain complete social security numbers or taxpayer identification numbers (instead, list only the last four digits), a complete birth date (instead, list only the year), the name of a minor (instead, list only the minor's initials) or a financial account number (instead, list only the last four digits of such financial account). ONLY SUBMIT SENSITIVE INFORMATION VIA THE CUSTOMER CLAIMS PORTAL.**

**3.     WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be ***received*** **on or before the applicable Bar Date**.  **You are encouraged to submit your proof of claim form electronically through the Customer Claims Portal**.  However, you are permitted to submit proofs of claim by hand delivery or by mail to the applicable address listed below.

**IF ELECTRONICALLY:**

The website established by the Debtors, using the interface available on such website located at http://claims.ftx.com (the "Customer Claims Portal").  The Customer Claims Portal will be available in multiple different languages, including, among others, Spanish, Chinese, Japanese, German and Russian.

**IF DELIVERED BY FIRST-CLASS MAIL:**

    FTX Trading Ltd. Claims Processing Center
    c/o Kroll Restructuring Administration LLC
    Grand Central Station, P.O. Box 4850
    New York, NY 10163-4850

**IF DELIVERED BY HAND OR OVERNIGHT DELIVERY:**

    FTX Trading Ltd. Claims Processing Center
    c/o Kroll Restructuring Administration LLC

850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Proofs of claim will be deemed filed only when **actually received** at the addresses listed above or filed electronically on or before the applicable Bar Date.  It is not sufficient for the proof of claim to be post-marked by the applicable Bar Date.  **Proofs of claim may NOT be delivered by facsimile, telecopy or email transmission.**

## 4.    WHO NEED <u>NOT</u> FILE A PROOF OF CLAIM

You do <u>not</u> need to file a proof of claim for Customer Claims on or prior to the applicable Bar Date described in this Notice if you are:

a.  any entity that, at the time the Motion has been filed, has already properly filed a Customer Claim against the Debtors with the clerk of the Bankruptcy Court in the District of Delaware or the Debtors' Claims Agent in a form substantially similar to Official Bankruptcy Form No. 410 (unless such person or entity seeks to assert the Customer Claim against a Debtor or FTX Exchange not identified in the prior proof of claim or in a different amount or quantity than the prior proof of claim, in which case an additional proof of claim amending the prior proof of claim must be filed);

b.  any entity holding a Customer Claim (i) whose Customer Claim is listed on the Schedules filed by the Debtors; (ii) whose Customer Claim is ***not*** scheduled as "disputed," "contingent," or "unliquidated"; (iii) who does not disagree with the amount or quantity, type or nature, and priority of such Customer Claim as set forth in the Schedules; and (iv) who does not dispute that such Customer Claim is an obligation only of the specific Debtor or FTX Exchange against which the Customer Claim is listed in the Schedules;

c.  any entity holding any Customer Claim that has previously been allowed by order of this Court;

d.  any entity that has been paid in full by any of the Debtors;

e.  any entity with respect to a claim for which a different deadline has previously been fixed by this Court, including Non-Customer Claims filed in response to the Non-Customer Bar Date Order;

f.  any Debtor that holds a claim against another Debtor (whether directly or indirectly); *provided* that if a Debtor's chapter 11 case is dismissed after the Customer Bar Date, such Debtor shall have 30 days after the dismissal of such chapter 11 case to file proof(s) of claim for any Customer Claims such Debtor may have against any FTX Exchange or any other Debtor;

g.  any entity that is exempt from filing a proof of claim pursuant to an order of the Court in these Chapter 11 Cases; or

h. any entity holding a claim solely against a non-Debtor entity, including the Founders.

**5.      CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ABSENT FURTHER ORDER OF THE COURT, ANY HOLDER OF A CUSTOMER CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE APPLICABLE BAR DATE AS DESCRIBED IN THIS NOTICE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM:  (A) ASSERTING THE APPLICABLE CUSTOMER CLAIM AGAINST THE DEBTORS OR THEIR ESTATES OR PROPERTY IN THESE CHAPTER 11 CASES OR (B) VOTING ON, OR RECEIVING ANY DISTRIBUTION UNDER, ANY CHAPTER 11 PLAN IN THESE CHAPTER 11 CASES, EXCEPT TO THE EXTENT THAT SUCH CLAIM IS IDENTIFIED IN THE SCHEDULES AS AN UNDISPUTED, NONCONTINGENT AND LIQUIDATED CLAIM (INCLUDING WITH RESPECT TO THE AMOUNT, QUANTITY, TYPE OR NATURE OF SUCH CLAIM). **CUSTOMERS WHO DO NOT SUBMIT A PROOF OF CLAIM AND/OR KNOW YOUR CUSTOMER INFORMATION VIA THE CUSTOMER CLAIMS PORTAL WILL NOT HAVE THEIR CUSTOMER CLAIMS BARRED IN ACCORDANCE WITH THIS PARAGRAPH, BUT SUCH CLAIMS WILL BE SUBJECT TO OBJECTION BY THE DEBTORS.**

**6.      THE DEBTORS' SCHEDULES**

You may be listed as the holder of a claim against one or more of the Debtors in the Debtors' Schedules.  If you received this notice via email, please refer to the descriptions set forth on the enclosed Customer Proof of Claim Form(s) regarding the nature or type, amount or quantity and status of your claim(s), which reflects the information on the Debtors' Schedules.  If the Debtors believe that you may hold claims against more than one Debtor or FTX Exchange, you will receive multiple Customer Proof of Claim Forms, each of which will reflect the nature or type and amount or quantity of your claim against one Debtor or FTX Exchange, as listed in the Schedules.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the claim is accurately listed in the Schedules.  However, you may rely on the enclosed form and Customer Claims Portal, which lists your claim as scheduled, identifies the Debtor and FTX Exchange against which it is scheduled, and specifies whether the claim is disputed, contingent or unliquidated.  If you agree with the nature or type, quantity or amount and status of your Customer Entitlement Claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor(s) or FTX Exchanges specified by the Debtors in the Schedules, and if your claim is *not* described in the Schedules as "disputed," "contingent" or "unliquidated," you need not file a proof of claim.  If you disagree with the nature or type, quantity or amount or classification listed on the enclosed form or the Customer Claims Portal and/or seek to assert an Other Activity Claim, you must submit a proof of claim before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules, the Order and other information and documents regarding these Chapter 11 Cases may be examined between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, 824 Market Street North, 3rd Floor, Wilmington, DE 19801; and are also available free of charge from the website of the Debtors' Noticing and Claims Agent at https://restructuring.ra.kroll.com/FTX/Home-Index, or by written request to the Debtors' Noticing and Claims Agent at the address listed above in Section 3 of this Notice.  The Schedules may be found on the website of the Debtors' Noticing and Claims Agent under the Quick Link for "Schedules and SOFA."

Copies of the Debtors' Schedules, the Order and other information and documents regarding the Debtors' Chapter 11 Cases are also available for a fee from the Court's website at https://ecf.deb.uscourts.gov.  A login and password to the Court's Public Access to Court Electronic Records ("PACER") system are required to access this information and can be obtained through the PACER Service Center at www.pacer.gov.

7.      **RESERVATION OF RIGHTS**

**Nothing contained in this Notice is intended or should be construed as (a) an admission as to the validity or priority of any claim, equity interest or lien against the Debtors, (b) a waiver of the Debtors' rights to subsequently dispute such claim, equity interest or lien on any grounds, (c) a promise or requirement to pay any prepetition claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Motion, the Order, or this Notice, (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, or (f) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.**

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

**BY ORDER OF THE COURT**

Dated: July 13, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*