## <u>EXHIBIT A</u>

## PROPOSED ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND LOCAL RULE 2004-1 AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR DISCOVERY FROM <u>SILICON VALLEY ACCOUNTANTS, SILVERGATE BANK, AND EVOLVE BANK</u>

Upon the *Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust* (the "<u>Motion</u>")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and upon consideration of the Motion; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and upon the record of any hearing held to consider the relief requested in the Motion; and upon this Court having found and determined that

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Motion.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn, resolved, or overruled on the merits; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The Movants are authorized pursuant to Bankruptcy Code section 105(a) and Bankruptcy Rules 2004 and 9016 to issue a subpoena to each of Silicon Valley Accountants, Silvergate Bank, and Evolve Bank for the production of documents, electronically stored information, or tangible things, including those responsive to the Requests.

3.      Silicon Valley Accountants, Silvergate Bank, and Evolve Bank must substantially complete their production of documents in response to the Requests by August 15, 2023.

4.      The Movants are authorized, pursuant to Bankruptcy Rule 2004, to conduct an oral examination of SVA.

5.      The Movants' rights are reserved to request additional discovery and/or examination, including, without limitation, requests based on any information that may be revealed as a result of the discovery authorized pursuant to this Order.

6.      This Order is without prejudice to the right of the Movants to seek further discovery pursuant to Bankruptcy Rule 2004 or otherwise of any other person or entity.

7.      The Movants are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      This Order shall be effective and enforceable immediately upon its entry.

9.    This Court retains jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and enforce the provisions of this Order.


Dated: _____, 2023
           Wilmington, Delaware

_____
The Honorable John T. Dorsey
United States Bankruptcy Judge