## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 1795 & 1875** |

## CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.      On June 28, 2023, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Motion of Debtors for Entry of an Order (A) Authorizing FTX Canada Inc. to Enter into Settlement Agreement with Pateno Payments Inc. and Bitvo Inc., (B) Approving the Settlement Agreement, and (C) Granting Related Relief* [D.I. 1795] (the "Motion")[2].

2.      On July 18, 2023, the Debtors filed the *Declaration of John J. Ray III in Support of Motion of Debtors for Entry of an Order (A) Authorizing FTX Canada Inc. to Enter into Settlement Agreement with Pateno Payments Inc. and Bitvo Inc., (B) Approving the Settlement Agreement, and (C) Granting Related Relief* [D.I. 1875] (the "Ray Declaration").

---

1    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

2    Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

3.      As of the date hereof, no formal objections or other responses to the Motion have been filed or served on the Debtors.  The Debtors received informal comments (the "Informal Comments") from the Office of the United States Trustee (the "U.S. Trustee").

4.      To resolve the Informal Comments, the Debtors filed the Ray Declaration and have revised the proposed form of order (the "Revised Order"), a copy of which is attached hereto as **Exhibit A**.  A copy of the Revised Order compared against the proposed form of order attached to the Motion is attached hereto as **Exhibit B**.

5.      The Revised Order has been circulated to the U.S. Trustee, the Official Committee of Unsecured Creditors appointed in these chapter 11 cases, and counsel to Bitvo Inc. and Pateno Payments Inc. (collectively, the "Parties").  The Parties have no objection to the entry of the Revised Order.  In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

6.      Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

Dated: July 18, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       mcguire@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*