## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50379 (JTD) |
| ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP, | |
| Defendants. | |

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | |
| - against - | Adv. Pro. No. 23-50380 (JTD) |
| MICHAEL GILES, *et al.*, | |
| Defendants. | |

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

ALAMEDA RESEARCH LTD., WEST REALM
SHIRES, INC., and WEST REALM SHIRES
SERVICES, INC.,

                              Plaintiffs,

                - against -

SAMUEL BANKMAN-FRIED, NISHAD
SINGH, and ZIXIAO "GARY" WANG,

                              Defendants.

Adv. Pro. No. 23-50381 (JTD)

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JULY 19, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT\*\***

## ADJOURNED MATTERS:

1.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda
      Research Ltd. v. Samuel Bankman-Fried., et al.*, Adv. No. 23-50381 (JTD) – Adv. D.I. 3,
      filed on May 24, 2023]

      Status: This matter is adjourned to the hearing scheduled for August 23, 2023 at 1:00
      p.m. (ET)

2.    Motion of the Debtors for Entry an Order (I) Enforcing the Automatic Stay and (II)
      Awarding the Debtors Attorneys' Fees and Expenses [D.I. 1417, filed on May 3, 2023]

      Status: The parties have entered into a settlement agreement that has been submitted to
      the Court for approval.  If approved, the settlement will resolve the motion.

3.    Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return
      Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related
      Relief [D.I. 1584, filed on June 8, 2023]

      Status: This matter is adjourned to the hearing scheduled for August 23, 2023 at 1:00
      p.m. (ET)

---

[2]    **Amended items appear in bold.**

4.      Motion of 101 Second Street, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 503 (b)(a), and 507(a) [D.I. 1802, filed June 29, 2023]

        Status: This matter is adjourned to the hearing scheduled for August 23, 2023 at 1:00 p.m. (ET)

## RESOLVED MATTERS

5.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Rocket Internet Capital Partners II SCS., et al.*, Adv. No. 23-50379 (JTD) – Adv. D.I. 3, filed on May 30, 2023]

        Status: **On July 18, 2023, the Court approved the Case Management Plan and Scheduling Order. Accordingly, a hearing on this matter is no longer required**.

6.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Michael Giles., et al.*, Adv. No. 23-50380 (JTD) – Adv. D.I. 3, filed on May 24, 2023; Adv. D.I. 4, filed on May 30, 2023; Adv. D.I. 5, filed on May 31, 2023; Adv. D.I. 7, filed on June 14, 2023]

        Status: **On July 18, 2023, the Court approved the Case Management Plan and Scheduling Order. Accordingly, a hearing on this matter is no longer required**.

## MATTERS GOING FORWARD:

7.      Motion of Debtors for Entry of an Order (A) Authorizing FTX Canada Inc. to Enter into Settlement Agreement with Pateno Payments Inc. and Bitvo Inc., (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 1795, filed June 28, 2023]

        Status: **On July 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is no longer required**.

Dated: July 18, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*