UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-093

No. 23-8029

In re: FTX Trading Ltd., et al., Debtors

Andrew R. Vara, United States Trustee for Region 3,
  Petitioner

(D. Del. No. 1-23-cv-00241 and Bankr D. Del. No. 22-11068)

Present: SHWARTZ, MATEY and PHIPPS, Circuit Judges

1. Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Andrew R. Vara;

2. Response by Respondent in Opposition for Permission to Appeal;

3. Reply by Petitioner in Further Support of Petition.

Respectfully,
Clerk/sb

_____ORDER_____

The foregoing Petition for Permission to Appeal pursuant to 28 U.S.C. Section 158(d)(2) filed by Petitioner Andrew R. Vara is granted.

By the Court,

s/ *Peter J. Phipps*
Circuit Judge

Dated: July 18, 2023
Sb/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk