# Exhibit B

23007291

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF TERRAFORM LABS PTE LTD. FOR**
**LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENAS ON DEBTORS**

Upon consideration of the Motion of Terraform Labs, Pte. Ltd. ("TFL") for an Order granting TFL's Motion for Leave to Serve Rule 45 Document Subpoenas on Debtors (the "Motion")[2]; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the U.S. District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the U.S. Constitution; and this Court having found venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and in any corresponding declaration establish just cause for the relief granted herein; and upon

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED in its entirety.

2. Terraform Labs, Pte. Ltd ("TFL") is hereby authorized to serve and effectuate the discovery outlined in the Motion upon the Debtors. Such discovery as outlined in the Motion does not violate the automatic stay under 11 U.S.C. § 362(a).

3. The automatic stay imposed by 11 U.S.C. § 362(a), to the extent applicable, is hereby modified solely to the extent necessary for TFL to serve and effectuate the discovery outlined in the Motion upon the Debtors.

4. Any relief from the automatic stay shall be effective immediately upon entry of this Order and any stay period under the Federal Rules of Bankruptcy Procedure shall not apply.

5. Debtors can designate any production made in response to the discovery served by TFL pursuant to the Protective Order entered in the SEC Action, submitted as Exhibit C to the Motion.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.