IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 2, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: July 26, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE
TO SERVE RULE 45 DOCUMENT SUBPOENAS ON DEBTORS**

　　**PLEASE TAKE NOTICE** that on July 11, 2023 Terraform Labs, Pte. Ltd. ("TFL") filed the *Motion for Leave to Serve Rule 45 Document Subpoenas on Debtors* (the "Motion") with the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

　　**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **Wednesday, July 26, 2023 at 4:00 p.m. (Eastern Standard Time)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for TFL.

　　**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at the hearing described below.

　　**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **Wednesday August 2, 2023 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801.

　　**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

23007325

<div style="display:flex">
<div>Date: July 19, 2023</div>
<div>

**BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP**

  /s/ *Daniel N. Brogan*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
Daniel N. Brogan (DE No. 5723)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:   jhoover@beneschlaw.com
          kcapuzzi@beneschlaw.com
          dbrogan@beneschlaw.com

*-and-*

**DENTONS US LLP**
Mark G. Califano (*pro hac vice* forthcoming)
Matthew A. Lafferman (*pro hac vice* forthcoming)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
E-mail:   mark.califano@dentons.com
          matthew.lafferman@dentons.com

Of Counsel:

Douglas W. Henkin (*pro hac vice* forthcoming)
David L. Kornblau (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
E-mail:   douglas.henkin@dentons.com
          david.kornblau@dentons.com


*Counsel to Terraform Labs, PTE Ltd.*
</div>
</div>