# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Daniel N. Brogan, hereby certify that on July 19, 2023, a copy of the *Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoenas on Debtors* was served on the parties on the attached service list in the manner indicated.

Date: July 19, 2023

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

  */s/ Daniel N. Brogan*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
Daniel N. Brogan (DE No. 5723)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:　jhoover@beneschlaw.com
　　　　　kcapuzzi@beneschlaw.com
　　　　　dbrogan@beneschlaw.com

　　　　*-and-*

---

[1] The last four digits of FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US's respective tax identification numbers are 3288 and 4002. A complete list of the numerous Debtors in these Chapter 11 cases, and their federal tax identification numbers, is available at https://cases.ra.kroll.com/FTX. Debtor Emergent Fidelity Technologies Ltd.'s principal place of business is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

23007774

**DENTONS US LLP**
Mark G. Califano (*pro hac vice* forthcoming)
Matthew A. Lafferman (*pro hac vice* forthcoming)
1900 K Street, NW
Washington, DC 20006-1102
Tel: (202) 496-7500
E-mail:  mark.califano@dentons.com
              matthew.lafferman@dentons.com

Of Counsel:

Douglas W. Henkin (*pro hac vice* forthcoming)
David L. Kornblau (*pro hac vice* forthcoming)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
E-mail:  douglas.henkin@dentons.com
              david.kornblau@dentons.com

*Counsel to Terraform Labs, PTE. Ltd.*

## SERVICE LIST

**VIA EMAIL**

| | |
|---|---|
| Teddy M. Kapur, Esq.<br>Jason H. Rosell, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N Market Street, 17th Floor<br>Wilmington, DE 19801<br>tkapur@pszjlaw.com<br>jrosell@pszjlaw.com<br>crobinson@pszjlaw.com | Juliet M. Sarkessian, Esq.<br>Benjamin A. Hackman, Esq.<br>David Gerardi, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br>david.gerardi@usdoj.gov |
| Adam G. Landis, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcromcom<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>petifordj@sullcrom.com |
| Christina Rojas, Esq.<br>DELAWARE DIVISION OF REVENUE<br>820 N French Street<br>Wilmington, DE 19801<br>fasnotify@state.de.us | Delaware Secretary of State<br>Corporations Franchise Tax<br>PO Box 898<br>Dover, DE 19903<br>dosdoc_ftax@state.de.us |
| Delaware State Treasury<br>Bankruptcy Department<br>820 Silver Lake Boulevard Suite 100<br>Dover, DE 19904<br>statetreasurer@state.de.us | Miami-Dade Office of the Tax Collector<br>Bankruptcy Unit<br>200 NW 2nd Avenue, #430<br>Miami, FL 33128<br>priscilla.windley@miamidade.gov<br>mdtcbkc@miamidade.gov |
| TN Department of Financial Institution<br>Office of the TN Attorney General<br>Bankruptcy Division<br>Attn: Laura L. McCloud<br>PO Box 20207<br>Nashville, TN 37202-0207 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov |

agbankdelaware@ag.tn.gov

Securities & Exchange Commission - NY Office
Bankruptcy Department Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov

Securities & Exchange Commission - Philadelphia Office
Bankruptcy Department One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
secbankruptcy@sec.gov

State of Delaware Attorney General
Bankruptcy Department
Carvel State Office Bldg.
820 N. French Street
Wilmington, DE 19801
attorney.general@state.de.us

The Securities Commission of the Bahamas
President or General Counsel
Poinciana House
North Building, 2nd Floor
31a East Bay Street,
PO Box N-8347
Nassau the Bahamas
info@scb.gov.bs

U.S. Department ofJustice
Stanton C. McManus,
Seth B. Sharpiro
Civil Division
1100 L Street, NW, Room 7208
Washington, DC 20005
stanton.c.mcmanus@usdoj.gov
seth.shapiro@usdoj.gov

Shawn M. Christianson, Esq.
BUCHALTER, A PROFESSIONAL CORPORATION
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com

U.S. Attorney for Delaware
David C. Weiss, Esq. C/O Ellen Slights, Esq.
1007 Orange Street Suite 700
PO Box 2046
Wilmington, DE 19899-2046
usade.ecfbankruptcy@usdoj.gov

Norman L. Pernick, Esq.,
Andrew J. Roth, Esq.
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
aroth-moore@coleschotz.com

Scott D. Cousins, Esq.,
Scott D. Jones, Esq.
COUSINS LAW LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
scott.cousins@cousins-law.com
scott.jones@cousins-law.com

Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A. M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, DE 19701
ams@saccullolegal.com
meg@saccullolegal.com

Mercedes-Benz Grand Prix Limited
Ricardo Palacio,
Gregory A. Taylor

James E. Bailey III,
Robert Campbell
BUTLER SNOW LLP

| | |
|---|---|
| ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>PO Box 1150<br>Wilmington, DE 19899<br>rpalacio@ashbygeddes.com<br>gtaylor@ashbygeddes.com | Hillyer Crescent Center, Suite 500<br>6075 Poplar Avenue<br>PO Box 171443<br>Memphis, TN 38187<br>jeb.bailey@butlersnow.com<br>cam.hillyer@butlersnow.com |
| Martin Sosland, Esq.<br>BUTLER SNOW LLP<br>2911 Turtle Creek Boulevard<br>Suite 1400<br>Dallas, TX 75219<br>martin.sosland@butlersnow.com | Jane Vanlare, Esq.<br>Brandon M. Hammer, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>jvanlare@cgsh.com<br>bhammer@cgsh.com |
| Frederick Schmidt, Esq.<br>COZEN O'CONNOR<br>3WTC, 175 Greenwich Street<br>55th Floor<br>New York, NY 10007<br>eschmidt@cozen.com | Thomas J. Francella<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>tfrancella@cozen.com |
| M. Natasha Labovitz, Esq.,<br>Elie J. Worenklein, Esq.,<br>Michael C. Godbe, Esq.<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>nlabovitz@debevoise.com<br>eworenklein@debevoise.com<br>mcgodbe@debevoise.com | Sidney P. Levinson, Esq.<br>Jasmine Ball, Esq.<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, NY 10001<br>slevinson@debevoise.com<br>jball@debevoise.com |
| Amish R. Doshi, Esq.<br>DOSHI LEGAL GROUP, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>amish@doshilegal.com | Thomas A. Pitta, Esq.<br>Judith Swartz, Esq.<br>EMMET, MARVIN & MARTIN, LLP<br>120 Broadway, 32nd Floor<br>New York, NY 10271<br>jswartz@emmetmarvin.com<br>tpitta@emmetmarvin.com |
| Andrea L. Gordon, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street NW, Suite 700<br>Washington, DC 20001<br>andreagordon@eversheds-sutherland.com | Erin E. Broderick, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>227 West Monroe Street, Suite 6000<br>Chicago, IL 60606<br>erinbroderick@eversheds-sutherland.com |

| | |
|---|---|
| Mark D. Sherrill, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>1001 Fannin Street, Suite 3700<br>Houston, TX 77002<br>marksherrill@eversheds-sutherland.com | Richard Kanowitz, Esq.<br>HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>richard.kanowitz@haynesboone.com |
| Michael J. Small, Esq.<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654<br>msmall@foley.com | Samantha Ruppenthal, Esq.<br>FOLEY & LARDNER LLP<br>90 ParkAvenue<br>New York, NY 10016<br>sruppenthal@foley.com |
| Brian Davidoff, Esq.<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067-4590<br>bdavidoff@greenbergglusker.com | Haynes And Boone, LLP<br>Richard D. Anigian, Esq.<br>Charles M. Jones II, Esq.<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>rick.anigian@haynesboone.com<br>charlie.jones@haynesboone.com |
| Peter A. Ivanick, Esq.<br>Sarah E. Paul, Esq.<br>Philip H. Ehrlich, Esq.<br>Lynn W. Holbert, Esq.<br>EVERSHEDS SUTHERLAND (US) LLP<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, NY 10036<br>peterivanick@eversheds-sutherland.com<br>sarahpaul@eversheds-sutherland.com<br>philipehrlich@eversheds-sutherland.com<br>lynnholbert@eversheds-sutherland.com | Warren E. Gluck, Esq.<br>Marie E. Larsen, Esq.<br>David W. Wirt, Esq.<br>Jessica Magee, Esq.<br>Shardul Desai, Esq.<br>HOLLAND & KNIGHT LLP<br>31 W. 52nd Street<br>New York, NY 10019<br>warren.gluck@hklawcom<br>marie.larsen@hklaw.com<br>david.wirt@hklaw.com<br>jessica.magee@hklaw.com<br>shardul.desai@hklaw.com |
| Ann M. Kashishian, Esq.<br>KASHISHIAN LAW LLC<br>501 Silverside Road, Suite 85<br>Wilmington, DE 19809<br>amk@kashishianlaw.com | Louis M. Phillips, Esq.<br>KELLY HART & HALLMAN LLP<br>301 Main Street, Suite 1600<br>Baton Rouge, LA 70801<br>louis.phillips@kellyhart.com |
| Michael D. Anderson, Esq.<br>KELLY HART & HALLMAN LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>michael.anderson@kellyhart.com | Office of the Illinois Attorney General<br>John P. Reding, Esq.<br>100 W. Randolph Street, Suite 13-225<br>Chicago, IL 60601<br>john.reding@ilag.gov |

| | |
|---|---|
| Massachusetts Department of Revenue<br>Celine E. De La Foscade-Condon<br>100 Cambridge Street<br>PO Box 9565<br>Boston, MA 02114<br>delafoscac@dor.state.ma.us | Gary D. Bressler, Esq.<br>David P. Primack, Esq.<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>gbressler@mdmc-law.com<br>dprimack@mdmc-lae.com |
| Jeffrey Bernstein, Esq.<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>570 Broad Street<br>Suite 1401<br>Newark, NJ 07102<br>jbernstein@mdmc-law.com | Michael R. Morano, Esq.<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962<br>mmorano@mdmc-law.com |
| Nicole Leonard, Esq.<br>MCELROY, DEUTSCH, MULVANEY &<br>CARPENTER, LLP<br>225 Liberty Street, 36th Floor<br>New York, NY 10281<br>nleonard@mdmc-law.com | Jody C. Barillare, Esq.<br>MORGAN, LEWIS & BOCKI US LLP<br>1201 N. Market Street Suite 2201<br>Wilmington, DE 19801<br>jody.barillare@morganlewis.com |
| John C. Goodchild III, Esq.<br>Matthew C. Ziegler, Esq.<br>MORGAN, LEWIS & BOCKI US LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Joshua Dorchak, Esq.<br>David K. Shim, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com |
| Derek C. Abbott, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N Market Street, Suite 1600<br>Wilmington, DE 19801<br>dabbott@morrisnichols.com | Matthew B. Harvey, Esq.<br>Paige N. Topper, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N Market Street, 16th Floor<br>Wilmington, DE 19801<br>mharvey@morrisnichols.com<br>ptopper@morrisnichols.com |
| Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>Roma N. Desai, Esq.<br>Layla D. Milligan, Esq.<br>Abigail R. Ryan, Esq.<br>PO Box 12548<br>MC008 | Department of Financial Institutions<br>Office of the Attorney General of<br>Washington<br>Stephen Manning, Esq.<br>PO Box 40100<br>Olympia, WA 98504-4010<br>stephen.manning@atg.wa.gov |

5

Austin, TX 78711-2548
roma.desai@oag.texas.gov
layla.milligan@oag.texas.gov
abigail.ryan@oag.texas.gov

Jeffrey S. Price, Esq.
Melissa J. Lee, Esq.
Scott C. Williams, Esq.
MANIER HEROD, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213
jprice@manierherod.com
mlee@manierherod.com
swilliams@manierherod.com

Gabe E. Sasson, Esq.
Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Luc A. Despins, Esq.
Erez E. Gilad, Esq.
PAUL HASTINGS
200 Park Avenue
New York, NY 10166
gabesasson@paulhastingscom
krishansen@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastingscom
lucdespins@paulhastings.com

Christopher M. Samis, Esq.
Aaron H. Stulman, Esq.
Sameen Rizvi, Esq.
POTTER ANDERSON & CORROON LLP
1313 N Market Street, 6th Floor
Wilmington, DE 19801
csamis@potteranderson.com
astulman@potteranderson.com
srizvi@potteranderson.com

Nicholas A. Pasalides, Esq.
REICH REICH & REICH, P.C.
235 Main Street, Suite 450
White Plains, NY 10601
npasalides@reichpc.com

Kevin Gross, Esq.
Paul N. Heath, Esq.
David T. Queroli, Esq.
Brendan J. Schlauch, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N King Street
Wilmington, DE 19801
gross@rlf.com
heath@rlf.com
queroli@rlf.com
schlauch@rlf.com

U.S. Department of Justice - Civil Division
Ruth A. Harvey, Esq.
Margaret M. Newell, Esq.
Seth B. Shapiro, Esq.
Stanton C. McManus, Esq.
Commercial Litigation Branch
PO Box 875, Ben Franklin Station
Washington, DC 20044-0875
stanton.c.mcmanus@usdoj.gov
seth.shapiro@usdoj.gov

Jacquelyn H. Choi, Esq.
RIMON, P.C.
2029 Century Park E, Suite 400N
Los Angeles, CA 90067
jacquelyn.choi@rimonlaw.com

Jamie L. Edmonson, Esq.
ROBINSON & COLE LLP
1201 N. Market Street Suite 1406
Wilmington, DE 19801
jedmonson@rc.com

Sabrina L. Streusand, Esq.
Anh Nguyen, Esq.
STREUSAND, LANDON, OZBURN &
LEMMON, LLP
1801 S. Mopac Expressway, Suite 320
Austin, TX 78746
streusand@sloLLP.com
nguyen@sloLLP.com

Paul R. Hage, Esq.
TAFT, STETTINIUS & HOLLISTER, LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
phage@taftlaw.com

Evelyn J. Meltzer, Esq.
Marcy J. Mclaughlin Smith, Esq.
TROUTMAN PEPPER HAMILTON SANDERS
LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709
evelyn.meltzer@troutman.com
marcy.smith@troutman.com

U.S. Department of Justice
Ward W. Benson, Esq.
PO Box 227, Ben Franklin Station
Washington, DC 20044
ward.w.benson@usdoj.gov

Frederick Chang, Esq.
RIMON, P.C.
506 2nd Avenue, Suite 1400
Seattle, WA 98104
frederick.chang@rimonlaw.com

U.S. Department of Justice
The Internal Revenue Service
Elisabeth M. Bruce
PO Box 227
Washington, DC 20044
elisabeth.m.bruce@usdoj.gov

Committee of Customers and Creditors of
FTX Trading Ltd.
Andrew J. Currie, Esq
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
ajcurrie@venable.com

Committee of Customers and Creditors of
FTX Trading Ltd.
Daniel A. O'Brien, Esq.
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
daobrien@venable.com

Jeffrey S. Sabin, Esq.
Xochitl S. Strohbehn, Esq.
Carol A. Weiner, Esq.
Arie A. Peled, Esq.
VENABLE LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020
jssabin@venable.com
xsstrohbehn@venable.com
cweinerlevy@venable.com
aapeled@venable.com

Vermont Department of Financial
Regulation
Jennifer Rood, Esq.
89 Main Street, Third Floor
Montpelier, VT 05620
jennifer.rood@vermont.gov

| | |
|---|---|
| Jessica C. Lauria, Esq.<br>J. Christopher Shore, Esq.<br>Brian D. Pfeiffer, Esq.<br>Mark Franke, Esq.<br>Brett Bakemeyer, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>jessica.lauria@whitecasecom<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>mark.franke@whitecase.com<br>brett.bakemeyer@whitecase.com | Thomas E Lauria, Esq.<br>Richard S. Kebrdle, Esq.<br>WHITE & CASE LLP<br>Southeast Financial Center<br>200 South Biscayne Boulevard., Suite 4900<br>Miami, FL 33131<br>tlauria@whitecase.com<br>rkebrdle@whitecase.com<br><br>Environmental Protection Agency<br>Attn Bankruptcy Division<br>290 Broadway<br>New York, NY 10007-1866 |
| Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 N. King Street<br>Wilmington, DE 19801<br>mlunn@ycst.com<br>rpoppiti@ycst.com | Missouri Department of Revenue<br>MO Bankruptcy Unit<br>Steven A. Ginther, General Counsel<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov |
| National Association of Attorneys General<br>Karen Cordry, Esq.<br>1850 M Street, NW 12th Floor<br>Washington, DC 20036<br>kcordry@naag.org | |

**VIA U.S. MAIL**

| | |
|---|---|
| U.S. Attorney General<br>Attn: Bankruptcy Department<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Environmental Protection Agency<br>Attn: General Counsel<br>Office of General Counsel<br>1200 Pennsylvania Avenue NW, 2310A<br>Washington, DC 20460 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Environmental Protection Agency<br>Attn: Bankruptcy Division<br>290 Broadway<br>New York, NY 10007-1866 |
| Shraddha Bharatia, Esq.<br>BECKET & LEE LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | |

8