# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 1643, 1846 |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), submits this designation of items to be included in the record on appeal with respect to this Court's June 15, 2023 *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643]:

**District Court Case No.**　　　　　　　　　　　**Appellant**

1:23-cv-00737 (CFC)　　　　　　　　　　　　　Andrew R. Vara, solely in his capacity as
BAP 23-36　　　　　　　　　　　　　　　　　United States Trustee for Region 3

　　　　　　　　　　　　　　　　　　　　　　**Appellees**

　　　　　　　　　　　　　　　　　　　　　　FTX Trading Ltd., *et al.*

　　　　　　　　　　　　　　　　　　　　　　Official Committee of Unsecured Creditors

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The U.S. Trustee designates the following items (and all exhibits thereto) from the docket maintained in this case for inclusion in the record of the above-referenced appeal:

***In re FTX Trading Ltd., et al.*, Bankr. D. Del. Case No. 22-11068 (JTD) (Jointly Administered)**:

| Docket No. | Date | Description |
|---|---|---|
| N/A | N/A | Copy of Electronic Docket Report in *In re FTX Trading Ltd.*, Bankr. D. Del. Case No. 22-11068 (JTD) |
| 1 | 11/11/22 | Chapter 11 Voluntary Petition of FTX Trading Ltd. |
| 3 | 11/14/22 | Motion of Debtors for Entry of an Order (I) Authorizing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief |
| 9 | 11/14/22 | Motion of Debtors for Entry of an Order (I) Modifying Certain Creditor List Requirements; (II) Authorizing the Debtors to Serve Certain Parties by E-Mail; and (III) Granting Related Relief |
| 24 | 11/17/22 | Declaration of John J. Ray III in Support of Chapter 11 Petitions and First Day Pleadings |
| 45 | 11/19/22 | Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief |
| 51 | 11/19/22 | Notice of Filing of Consolidated List of Top 50 Creditors |
| 57 | 11/20/22 | Declaration of Edgar W. Mosley II in Support of Chapter 11 Petitions and First Day Pleadings |
| 92 | 11/21/22 | Supplemental Declaration of John J. Ray III in Support of First Day Pleadings |
| 93 | 11/21/22 | Supplemental Declaration of Edgar W. Mosley II in Support of First Day Pleadings |
| 115 | 11/22/22 | Notice of Filing First Day Hearing Presentation |
| 128 | 11/22/22 | Order (I) Authorizing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Certain Related Relief |
| 142 | 11/23/22 | Transcript of First Day Hearing Held on November 22, 2022 |

| | | |
|---|---|---|
| 146 | 11/23/22 | Interim Order (I) Modifying Certain Creditor List Requirements, (II) Authorizing the Debtors to Serve Certain Parties by E-Mail and (III) Granting Related Relief |
| 157 | 11/23/22 | Interim Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on an Interim Basis and (III) Granting Certain Related Relief |
| 162 | 11/28/22 | Notice of Filing of Consolidated Lists of Top 50 Creditors |
| 196 | 12/09/22 | Expedited Motion of Bloomberg L.P., Dow Jones & Company, Inc., The New York Times Company and the Financial Times Ltd. To Intervene for the Limited Purpose of Objecting to the Motion of Debtors for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 200 | 12/12/22 | United States Trustee's Objection to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief |
| 255 | 12/19/22 | Order Granting Certain Media Parties' Expedited Motion to Intervene for the Limited Purpose of Objecting to the Motion of Debtors for Entry of a Final Order Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 327 | 12/28/22 | Joinder of the Ad Hoc Committee of Non-US Customers of FTX.com in Connection With the Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers |
| 362 | 1/04/23 | Supplement to United States Trustee's Objection to the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief |

| | | |
|---|---|---|
| 407 | 1/08/23 | Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Redact or Withhold Certain Confidential Information |
| 408 | 1/8/23 | Joinder of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals and (III) Granting Certain Related Relief |
| 411 | 1/8/23 | Declaration of Kevin M. Cofsky in Support of Debtors' Reply in Support of Motion for Entry of an Order Authorizing Debtors to Redact or Withhold Certain Confidential Information |
| 425 | 1/9/23 | Final Order (I) Modifying Certain Creditor List Requirements, (II) Authorizing the Debtors to Serve Certain Parties by E-Mail and (III) Granting Related Relief |
| 450 | 1/9/23 | Notice of Filing Redacted Lists of Equity Holders |
| 489 | 1/13/23 | Transcript of Hearing held on January 11, 2023 |
| 540 | 1/19/23 | Notice of Filing of Revised Dotcom List of Top 50 Creditors |
| 545 | 1/20/23 | Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief |
| 558 | 1/24/23 | Transcript of Hearing held on January 20, 2023 |
| 574 | 1/25/23 | Verification of Creditor Matrix |
| 587 | 1/26/23 | Statement of the Debtors Regarding Filing of Creditor Matrix |
| 966 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs; Summary of Assets and Liabilities for Non-Individual Debtors; Schedules A/B, D, E/F, G & H; Declaration Under Penalty of Perjury for Non-Individual Debtors |
| 967 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-1 |

| 968 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-2 |
| --- | --- | --- |
| 969 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-3 |
| 970 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-4 |
| 971 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-5 |
| 972 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-6 |
| 973 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-7 |
| 974 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-8 |
| 975 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-9 |
| 976 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Schedule F Attachment F-10 |
| 977 | 3/15/23 | For FTX Trading Ltd., Case No. 22-11068: Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs; Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |
| 1098 | 3/16/23 | Statement of the Debtors Regarding Filing of Schedules and Statements and Issuance of Unique Customer Codes |
| 1226 | 4/5/23 | Media Intervenors' Objections to (I) Motion of the Ad Hoc Committee of Non-US Customers to File Under Seal a Verified Statement and Declaration (D.I. 1137) and (II) Extension or Continuance of the Redaction Deadline |
| 1324 | 4/20/23 | Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |

| | | |
|---|---|---|
| 1325 | 4/20/23 | Declaration of Jeremy A. Sheridan in Support of the Joint Motion of The Debtors and the Official Committee of Unsecured Creditors For An Order Authorizing Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 1406 | 5/3/23 | Media Intervenors' Objections to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 1467 | 5/9/23 | United States Trustee's Omnibus Objection to (A) Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals, and (B) the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) the Verified Statement of Eversheds Sutherland (US) LLP and Morris Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Supporting Declaration |
| 1567 | 6/5/23 | Reply of the Debtors and the Official Committee of Unsecured Creditors in Support of Motion for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 1611 | 6/12/23 | Transcript of Hearing held on June 8, 2023 |
| 1612 | 6/12/23 | Transcript of Hearing held on June 9, 2023 |
| 1641 | 6/15/23 | Certification of Counsel Regarding Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 1643 | 6/15/23 | Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals |
| 1688 | 6/22/23 | Notice of Appeal and Statement of Election of the Media Intervenors |
| 1846 | 7/6/23 | Notice of Appeal of U.S. Trustee |

**Exhibits Admitted Into Evidence at the June 9, 2023 Evidentiary Hearing Held in *In re FTX Trading Ltd., et al.*, Bankr. D. Del. Case No. 22-11068 (JTD) (Jointly Administered)**:

The U.S. Trustee designates the following items for inclusion in the record on appeal because they were admitted into evidence at the June 9, 2023 evidentiary hearing:

| Trial Exhibit Designation | Description |
|---|---|
| Debtor Ex. A | CV of James Sheridan |
| Debtor Ex. I | Pleadings from the bankruptcy case of Celsius Network LLC, Case No. 22-10964 (MG)(S.D.N.Y.)(the "Celsius Case") |
| Debtor Ex. J | Transcript of February 6, 2023, from the Celsius Case |

The above-referenced trial exhibits were attached to the Declaration of James Sheridan, at D.I. 1325, as Exhibits A, I and J.

[Remainder of page intentionally left blank]

<table>
<tr><td>Dated: July 20, 2023<br>Wilmington, Delaware</td><td>Respectfully submitted,<br><br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE,**<br>**REGIONS 3 and 9**<br><br>By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>Benjamin A. Hackman<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491 (Phone)<br>(302) 573-6497 (Fax)<br>juliet.m.sarkessian@usdoj.gov<br>benjamin.a.hackman@usdoj.gov<br><br>-and-<br><br>David Gerardi<br>Trial Attorney<br>Robert J. Schneider, Jr.<br>Trial Attorney<br>Department of Justice<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ  07102<br>(973) 645-3014 (Phone)<br>(973) 645-5993 (Fax)<br>david.gerardi@usdoj.gov<br>robert.j.schneider@usdoj.gov</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, hereby certify that on July 20, 2023, I served a copy of the foregoing document through the CM/ECF notification system on the participants in the case that are registered CM/ECF users, with courtesy copies upon the following counsel via e-mail:

Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Gabriel E. Sasson, Esq.
Isaac S. Sasson
Caroline Diaz
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
kenpasquale@paulhastings.com
gabesasson@paulhastings.com
isaacsasson@paulhastings.com
carolinediaz@paulhastings.com

Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

David L. Finger, Esquire
FINGER & SLANINA, LLC
One Commerce Center
1201 N. Orange Street, 7th Floor
Wilmington, DE 19801
Email: dfinger@delawgroup.com

Katie Townsend, Esquire
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street, NW, Suite 1020
Washington, DC 20005
Email: ktownsend@rcfp.org

| | |
|---|---|
| David A. Wender, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email: davidwender@eversheds-sutherland.com | Michael A. Ingrassia, Esquire,<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: mingrassia@morrisnichols.com |
| Dated: July 20, 2023<br>      Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |