# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 1643, 1846 |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), pursuant to Fed. R. Bankr. P. 8009(a)(1), submits this statement of the issues to be presented on appeal with respect to this Court's June 15, 2023 *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643]:

**District Court Case No.**

1:23-cv-00737 (CFC)
BAP 23-36

**Appellant**

Andrew R. Vara, solely in his capacity as
United States Trustee for Region 3

**Appellees**

FTX Trading Ltd., *et al.*

Official Committee of Unsecured Creditors

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The following issues will be presented on appeal:

(1)  Did the bankruptcy court err in authorizing under 11 U.S.C. § 107(b) the redaction of the names of all customers of the debtors from all court filings in which disclosure would indicate the status of such person or entity as a customer?

(2)  Did the bankruptcy court err in authorizing under 11 U.S.C. § 107(c)(1) the redaction of the names of all customers who are natural persons from all court filings in which disclosure would indicate the status of such person as a customer?

Dated: July 20, 2023
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 and 9**

By:  /s/ *Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
Benjamin A. Hackman
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
juliet.m.sarkessian@usdoj.gov
benjamin.a.hackman@usdoj.gov

-and-

David Gerardi
Trial Attorney
Robert J. Schneider, Jr.
Trial Attorney
Department of Justice
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard, Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov
robert.j.schneider@usdoj.gov

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, hereby certify that on July 20, 2023, I served a copy of the foregoing document through the CM/ECF notification system on the participants in the case that are registered CM/ECF users, with courtesy copies upon the following counsel via e-mail:

| | |
|---|---|
| Adam G. Landis<br>Kimberly A. Brown<br>Matthew R. Pierce<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>E-mail: landis@lrclaw.com<br>brown@lrclaw.com<br>pierce@lrclaw.com | Andrew G. Dietderich<br>James L. Bromley<br>Brian D. Glueckstein<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>E-mail: dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com |
| Kristopher M. Hansen, Esq.<br>Kenneth Pasquale, Esq.<br>Gabriel E. Sasson, Esq.<br>Isaac S. Sasson<br>Caroline Diaz<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>kenpasquale@paulhastings.com<br>gabesasson@paulhastings.com<br>isaacsasson@paulhastings.com<br>carolinediaz@paulhastings.com | Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mlunn@ycst.com<br>rpoppiti@ycst.com |
| David L. Finger, Esquire<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 N. Orange Street, 7th Floor<br>Wilmington, DE 19801<br>Email: dfinger@delawgroup.com | Katie Townsend, Esquire<br>THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS<br>1156 15th Street, NW, Suite 1020<br>Washington, DC 20005<br>Email: ktownsend@rcfp.org |

| | |
|---|---|
| David A. Wender, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email: davidwender@eversheds-sutherland.com | Michael A. Ingrassia, Esquire,<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: mingrassia@morrisnichols.com |
| Dated: July 20, 2023<br>      Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |