IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Matthew A. Lafferman, Esquire, of Dentons, to represent Terraform Labs PTE Ltd.

Dated: July 24, 2023                */s/ Daniel N. Brogan*
      Wilmington, Delaware      Daniel N. Brogan (DE No. 5723)
                                                  Benesch, Friedlander, Coplan & Aronoff LLP
                                                  1313 N. Market Street, Suite 1201
                                                  Wilmington, Delaware 19801
                                                  Email: dbrogan@beneschlaw.com

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 24, 2023               */s/ Matthew A. Lafferman*
      Washington, District of Columbia    Matthew A. Lafferman, Esquire
                                                  Dentons
                                                  1900 K Street NW
                                                  Washington, District of Columbia  20006
                                                  Email: matthew.lafferman@dentons.com

### ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 24th, 2023                                      JOHN T. DORSEY
Wilmington, Delaware                                UNITED STATES BANKRUPTCY JUDGE