**<u>EXHIBIT A</u>**

**Fees**

30528370.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | July 10, 2023 |
| 200 Park Avenue | Invoice Number: | 50043782 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re:  FTX
     Billing Period through May 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 105,089.50 |
| Disbursements | $ | 840.80 |
| Total Due This Invoice | $ | 105,930.30 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

| | |
|---|---|
| Invoice Date: | July 10, 2023 |
| Invoice Number: | 50043782 |
| Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/02/23 | JKOCH | Review various recently filed pleading and draft and revise critical dates memorandum based on same | B001 | 2.10 | 1,176.00 |
| 05/03/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/03/23 | MLUNN | Review and evaluate draft critical deadline memo | B001 | 0.20 | 205.00 |
| 05/03/23 | RFPOP | Emails to and from J. Kochenash and Debbie re: draft critical dates memo | B001 | 0.20 | 178.00 |
| 05/04/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 05/08/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/09/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/09/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/09/23 | RFPOP | Review and analyze debtors motion to extend deadline to objection to dischargeability of debts | B001 | 0.20 | 178.00 |
| 05/10/23 | DLASK | Update and draft critical deadline memo | B001 | 0.20 | 73.00 |
| 05/10/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 05/10/23 | MLUNN | Analysis of UST objection to sealing motion and analyze potential responses for reply | B001 | 0.40 | 410.00 |
| 05/12/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/12/23 | MLUNN | Analyze reply of Ad hoc group to objection to customer sealing request | B001 | 0.30 | 307.50 |
| 05/12/23 | RFPOP | Review and analyze ad hoc customer group reply to objections to seal motion | B001 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:                July 10, 2023
Invoice Number:              50043782
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/17/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/18/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/22/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 05/24/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/24/23 | JKOCH | Review various recently filed pleadings (.4) and revise critical dates memorandum based on same (.4) | B001 | 0.80 | 448.00 |
| 05/30/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 05/30/23 | JKOCH | Email correspondence with R. Poppiti and K. Pasquale re: June 8th hearing | B001 | 0.10 | 56.00 |
| 05/02/23 | DLASK | Assemble pleadings, prepare hearing binders | B002 | 0.50 | 182.50 |
| 05/02/23 | MLUNN | Review agenda re: May 4th hearing and witness list and testimony | B002 | 0.20 | 205.00 |
| 05/02/23 | RFPOP | Review agenda and debtors witness list for May 4th hearing | B002 | 0.20 | 178.00 |
| 05/03/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: May 4th hearing | B002 | 0.20 | 178.00 |
| 05/04/23 | MLUNN | Review pleadings in preparation for hearing, including correspondence with R. Poppiti (1.3); correspondence with K. Pasquale and E. Gilad re: hearing (.3); and attend hearing re: Ledger X sale (.8) | B002 | 2.40 | 2,460.00 |
| 05/04/23 | RFPOP | Prepare, including emails to and from M. Lunn and Paul Hastings (Ken Pasquale and Erez Gilad), call with M. Lunn, and review further revised LedgerX sale order (1.1), and attend (.8) hearing | B002 | 1.90 | 1,691.00 |
| 05/10/23 | JKOCH | Finalize notices of exhibits and witness for May 17 hearing | B002 | 0.30 | 168.00 |
| 05/12/23 | MLUNN | Correspondence with K. Brown and correspondence with K. Pasquale and R. Poppiti re: May 17th hearing | B002 | 0.30 | 307.50 |
| 05/15/23 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: May 17th hearing cancellation and matters scheduled and related timing for responsive pleadings | B002 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

| | Invoice Date: | July 10, 2023 |
|---|---|---|
| | Invoice Number: | 50043782 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/15/23 | MLUNN | Correspondence from K. Brown to Court re: cancellation of May 17th hearing and moving hearing to June 8th | B002 | 0.10 | 102.50 |
| 05/15/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Kim Brown) and counsel for JPL (Brett Bakemeyer) re: May 17th hearing | B002 | 0.20 | 178.00 |
| 05/24/23 | MLUNN | Correspondence with K. Pasquale re: June 8th hearing and witness availability | B002 | 0.10 | 102.50 |
| 05/25/23 | MLUNN | Correspondence with UST re: June 8th hearing matters and order of matters | B002 | 0.10 | 102.50 |
| 05/25/23 | MLUNN | Correspondence with R. Poppiti re: issues and matters scheduled for June 8th hearing and UST's email re: status | B002 | 0.20 | 205.00 |
| 05/25/23 | RFPOP | Emails from counsel for ad hoc group (Erin Broderick) and UST re: June 8th hearing | B002 | 0.10 | 89.00 |
| 05/31/23 | MLUNN | Correspondence from counsel for Debtors re: June 8th hearing logistics and Judge's availability and related correspondence with K. Pasquale re: same | B002 | 0.20 | 205.00 |
| 05/31/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Kim Brown and Brian Glueckstein), counsel for JPL (Brett Bakemeyer), counsel for ad hoc customer group (David Wender), and UST re: sequencing for June 8th hearing | B002 | 0.20 | 178.00 |
| 05/17/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: bar date and schedules and statement issues | B004 | 0.20 | 178.00 |
| 05/31/23 | MLUNN | Analysis of Fifth Interim operating report filed by FTX | B004 | 0.30 | 307.50 |
| 05/31/23 | RFPOP | Review and analyze debtors fifth interim financial update | B004 | 0.30 | 267.00 |
| 05/01/23 | MLUNN | Analyze sale processes and review materials re: same | B006 | 0.60 | 615.00 |
| 05/01/23 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: sale process update | B006 | 0.20 | 178.00 |
| 05/01/23 | RFPOP | Emails from counsel for debtors (Alexa Kranzley) and UST re: UST comments to customer redaction motion | B006 | 0.20 | 178.00 |
| 05/02/23 | MLUNN | Analyze sale process updates and recommendations in preparation for UCC meeting | B006 | 0.40 | 410.00 |
| 05/02/23 | MLUNN | Analyze revised Ledger X sale order | B006 | 0.40 | 410.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date: July 10, 2023
Invoice Number: 50043782
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/02/23 | RFPOP | Email from FTI (Brian Bromberg) re: updated cash flow forecast | B006 | 0.10 | 89.00 |
| 05/02/23 | RFPOP | Review and analyze revised proposed LedgerX sale order | B006 | 0.20 | 178.00 |
| 05/03/23 | MLUNN | Analyze sale process timeline | B006 | 0.20 | 205.00 |
| 05/03/23 | MLUNN | Review summary of de minimis asset sales | B006 | 0.10 | 102.50 |
| 05/03/23 | RFPOP | Review and analyze debtors supplemental objection in support of LedgerX sale | B006 | 0.20 | 178.00 |
| 05/03/23 | RFPOP | Review and analyze debtors de minimis asset sale notice for Vy Dharana | B006 | 0.10 | 89.00 |
| 05/03/23 | RFPOP | Emails from Paul Hastings (Kris Hansen), counsel for ad hoc group (David Wender) and UST re: LedgerX sale | B006 | 0.10 | 89.00 |
| 05/03/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Alexa Kranzley), and UST re: committee and debtors motion to redact customer information | B006 | 0.20 | 178.00 |
| 05/03/23 | RFPOP | Review and analyze sale process materials from Jefferies, and emails from Jefferies (Daniel Homrich) re: same | B006 | 0.30 | 267.00 |
| 05/04/23 | RFPOP | Review and analyze media parties objection to committee and debtors customer redaction motion | B006 | 0.40 | 356.00 |
| 05/05/23 | RFPOP | Emails from FTI (Steve Simms) and committee re: cash deposit and investment issues | B006 | 0.20 | 178.00 |
| 05/06/23 | MLUNN | Review Mystin sale memo and related issues | B006 | 0.10 | 102.50 |
| 05/08/23 | RFPOP | Email to and from Paul Hastings (Caroline Diaz) re: reply to objection to customer redaction motion | B006 | 0.20 | 178.00 |
| 05/09/23 | RFPOP | Review and analyze UST comments to joint customer redaction motion, and email from UST re: same | B006 | 0.20 | 178.00 |
| 05/10/23 | MLUNN | Review de Minimis asset sale summary | B006 | 0.10 | 102.50 |
| 05/10/23 | RFPOP | Review and analyze UST objection to debtors and committee joint customer redaction motion | B006 | 0.20 | 178.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:               July 10, 2023
Invoice Number:                 50043782
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/10/23 | RFPOP | Review and comment on draft notice of exhibit and witness list for debtors and committee joint customer redaction motion (.4), and call with M. Neiburg (.1), call with Paul Hastings (Ken Pasquale (.1) and email to and from J. Kochenash (.1) re: same | B006 | 0.70 | 623.00 |
| 05/11/23 | RFPOP | Review and analyze updated de minimis asset sale summary for venture portfolio, and email from PWP (Nikhil Velivela) re: same | B006 | 0.10 | 89.00 |
| 05/12/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale) re: debtors and committee joint motion to redact customer information and UST objection to same | B006 | 0.30 | 267.00 |
| 05/15/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) re: reply to objections to joint committee and debtors customer redaction motion | B006 | 0.20 | 178.00 |
| 05/18/23 | MLUNN | Analysis of de minimis asset sale offers | B006 | 0.10 | 102.50 |
| 05/18/23 | RFPOP | Review and analyze venture portfolio materials from Jefferies, and email from Jefferies (Lars Hultgren) re: same | B006 | 0.30 | 267.00 |
| 05/18/23 | RFPOP | Review and analyze updated cash flow forecast from FTI, and email from FTI (Brian Bromberg) re: same | B006 | 0.20 | 178.00 |
| 05/18/23 | RFPOP | Review and analyze updated venture portfolio de minimis asset sale summary from PWP, and email from PWP (Nikhil Velivela) re: same | B006 | 0.10 | 89.00 |
| 05/22/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: sale process | B006 | 0.10 | 89.00 |
| 05/23/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: sale process | B006 | 0.10 | 89.00 |
| 05/24/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: committee and debtors joint motion to seal customer information | B006 | 0.10 | 89.00 |
| 05/30/23 | MLUNN | Evaluate analysis of venture portfolio issues and processes prepared by Jefferies in preparation for call with UCC | B006 | 0.40 | 410.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:        July 10, 2023
Invoice Number:     50043782
Matter Number:    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/30/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Isaac Sasson) re: reply to objections to committee and debtors joint motion to redact customer information and related exhibit and witness list, and review comments from Isaac Sasson to same and consider related issues re: same | B006 | 0.50 | 445.00 |
| 05/31/23 | MLUNN | Analyze analysis and summary prepared by Jefferies re: bids received for sale of Anthropic shares | B006 | 0.30 | 307.50 |
| 05/31/23 | RFPOP | Review and analyze Anthropic sale process materials from Jefferies | B006 | 0.20 | 178.00 |
| 05/01/23 | MLUNN | Analyze draft bar date motion and revise same (1.6), including related correspondence with R. Poppiti (.2) | B007 | 1.80 | 1,845.00 |
| 05/01/23 | MLUNN | Review issues raised by Paul Hastings (.2) and call with R. Poppiti re: Bar Date (.2) | B007 | 0.40 | 410.00 |
| 05/01/23 | RFPOP | Review and comment on debtors draft bar date motion (1.4), and emails to (.2) and from (.2) M. Lunn and Paul Hastings team (.2) and call with M. Lunn (.4) re: same | B007 | 2.40 | 2,136.00 |
| 05/02/23 | RFPOP | Email to and from Paul Hastings (Gabe Sasson) re: debtors draft bar date motion | B007 | 0.20 | 178.00 |
| 05/03/23 | MLUNN | Review and provide comments to revised bar date motion | B007 | 0.30 | 307.50 |
| 05/03/23 | RFPOP | Review and comment on debtors revised draft bar date motion, and email from Paul Hastings (Gabe Sasson) re: same | B007 | 0.40 | 356.00 |
| 05/04/23 | MLUNN | Evaluate final filed version for bar date motion | B007 | 0.30 | 307.50 |
| 05/06/23 | MLUNN | Review analysis of claim release issues and related correspondence | B007 | 0.20 | 205.00 |
| 05/09/23 | RFPOP | Review and analyze debtors revised proposed order for bar date motion | B007 | 0.20 | 178.00 |
| 05/16/23 | MLUNN | Correspondence with UST re: bar date motion and analysis of issue raised by UST (.2) and correspondence with K. Pasquale, E. Gilad and R. Poppiti re: strategy for addressing and responding to issues raised by the UST to the bar date motion (.2) | B007 | 0.40 | 410.00 |
| 05/16/23 | RFPOP | Emails to and from Paul Hastings team and UST re: UST inquiry re: debtors bar date motion | B007 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

| | Invoice Date: | July 10, 2023 |
|---|---|---|
| | Invoice Number: | 50043782 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/23 | MLUNN | Analysis of claims and bar date memo to UCC members re: claims allowance process and impact | B007 | 0.10 | 102.50 |
| 05/17/23 | RFPOP | Review and comment on revised draft notices and claim forms from counsel for debtors for debtors bar date motion, and email from counsel for debtors (Alexa Kranzley) and UST re: same | B007 | 0.40 | 356.00 |
| 05/18/23 | MLUNN | Review revised bar date and order re: addressing UST issues and related correspondence with UST and S&C | B007 | 0.20 | 205.00 |
| 05/18/23 | RFPOP | Emails to and from Paul Hastings (Gabe Sasson), counsel for debtors (Alexa Kranzley) and UST re: debtors bar date motion, and review additional redlines of revised bar date materials re: same | B007 | 0.30 | 267.00 |
| 05/19/23 | MLUNN | Meeting with Debtors' advisors re: customer claims and portal | B007 | 0.70 | 717.50 |
| 05/19/23 | MLUNN | Analysis of potential claim research re: general partners and partnership agreement | B007 | 0.20 | 205.00 |
| 05/03/23 | MLUNN | Review materials in preparation for UCC update and strategy meeting (.4); attend UCC update and strategy meeting (1.8) | B008 | 2.20 | 2,255.00 |
| 05/03/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.70 | 1,513.00 |
| 05/10/23 | MLUNN | Attend UCC strategy and update call with members and advisors | B008 | 1.90 | 1,947.50 |
| 05/10/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.90 | 1,691.00 |
| 05/18/23 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: agenda for upcoming committee meeting, and review and analyze materials from Paul Hastings for same | B008 | 0.50 | 445.00 |
| 05/19/23 | MLUNN | Analyze and review materials, including summary of sales, in advance of the UCC meeting (.4); UCC meeting (1.6) | B008 | 2.00 | 2,050.00 |
| 05/19/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.6), and review materials from Jefferies (.2) in preparation for same | B008 | 1.80 | 1,602.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:                     July 10, 2023
Invoice Number:                 50043782
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/19/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, committee, and debtors professionals re: claims reconciliation process | B008 | 0.60 | 534.00 |
| 05/24/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.2), and review and analyze materials from Paul Hastings (.4) in preparation for same and follow-up call with M. Lunn (.3) re: same | B008 | 1.90 | 1,691.00 |
| 05/30/23 | MLUNN | Review materials in connection with UCC meeting, including materials related litigations and investigations of various matters, and sale processes | B008 | 0.70 | 717.50 |
| 05/30/23 | RFPOP | Review and analyze various materials from Paul Hastings and Jefferies in preparation for weekly call with Paul Hastings, FTI and Jefferies teams and committee (.5), and email from Paul Hastings (Leonie Koch) (.1) re: same | B008 | 0.60 | 534.00 |
| 05/31/23 | MLUNN | Attend UCC update and strategy meeting with members and advisors to the UCC | B008 | 1.90 | 1,947.50 |
| 05/31/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.90 | 1,691.00 |
| 05/02/23 | MLUNN | Review and provide comments to objection to JPL stay relief motion | B009 | 1.20 | 1,230.00 |
| 05/02/23 | RFPOP | Review and comment on draft committee objection to JPL stay relief motion (.9), and emails to and from M. Lunn and Paul Hastings (Isaac Sasson) (.2) re: same | B009 | 1.10 | 979.00 |
| 05/03/23 | DLASK | Finalize for filing and coordinate service of objection and supporting declaration to JPL Stay Motion | B009 | 0.60 | 219.00 |
| 05/03/23 | MLUNN | Review revised objection to JPL stay relief motion (.4) and correspondence re: issues and process for same (.2) | B009 | 0.60 | 615.00 |
| 05/03/23 | MLUNN | Review Customers' objection to JPL motion for stay relief | B009 | 0.20 | 205.00 |
| 05/03/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) re: deposition in connection with JPL stay relief motion | B009 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023
Billing Period through May 31, 2023 | Invoice Number: | 50043782
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/03/23 | RFPOP | Review and finalize for filing objection to JPL stay relief motion and declaration in support thereof (.8), and emails to and from Paul Hastings (Ken Pasquale and Isaac Sasson) (.3) re: same | B009 | 1.10 | 979.00 |
| 05/04/23 | MLUNN | Analyze declaration of E. Mosley re: support of objection to JPL stay relief motion | B009 | 0.30 | 307.50 |
| 05/04/23 | MLUNN | Analyze motion to enforce automatic stay re: Pateno | B009 | 0.30 | 307.50 |
| 05/04/23 | MLUNN | Analyze deposition issues in connection with JPL stay relief motion and related correspondence and call with R. Poppiti | B009 | 0.50 | 512.50 |
| 05/04/23 | MLUNN | Review and analyze Debtors' objection to JPL stay relief and assess issues in connection with anticipated depositions and hearing | B009 | 0.60 | 615.00 |
| 05/04/23 | MLUNN | Analyze Genesis stay relief motion | B009 | 0.30 | 307.50 |
| 05/04/23 | RFPOP | Review and analyze debtors objection to JPL stay relief motion | B009 | 1.10 | 979.00 |
| 05/04/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Isaac Sasson) re: deposition in connection with JPL stay relief motion | B009 | 0.30 | 267.00 |
| 05/04/23 | RFPOP | Review and analyze debtors motion to enforce automatic stay against Pateno | B009 | 0.30 | 267.00 |
| 05/04/23 | RFPOP | Review and analyze class action claimants objection to JPL stay relief motion | B009 | 0.30 | 267.00 |
| 05/08/23 | MLUNN | Analysis of discovery and anticipated issues re: JPL stay relief motion | B009 | 0.40 | 410.00 |
| 05/08/23 | RFPOP | Review and analyze JPL document request in connection with JPL stay relief motion | B009 | 0.20 | 178.00 |
| 05/09/23 | MLUNN | Correspondence with R. Poppiti and I. Sasson re: preparation for hearing and issues in connection with JPL stay relief motion (.1); and related correspondence with J. Kochenash (.1) | B009 | 0.20 | 205.00 |
| 05/09/23 | RFPOP | Emails to (.2) and from (.2) M. Lunn, J. Kochenash and Paul Hastings (Ken Pasquale and Isaac Sasson) re: evidentiary presentation for committee objection to JPL stay relief motion and joint customer redaction motion, and brief research re: recent precedent (.3) re: same | B009 | 0.70 | 623.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date: July 10, 2023
Invoice Number: 50043782
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/09/23 | RFPOP | Review and analyze debtors deposition notices in connection with JPL stay relief motion | B009 | 0.10 | 89.00 |
| 05/10/23 | MLUNN | Analysis of Ad Hoc response in support of JPL stay relief motion | B009 | 0.20 | 205.00 |
| 05/10/23 | MLUNN | Call with R. Poppiti re: issues and strategy in connection with JPL stay relief motion | B009 | 0.20 | 205.00 |
| 05/10/23 | RFPOP | Review and comment on draft notice of exhibit list for committee objection to JPL stay relief motion | B009 | 0.30 | 267.00 |
| 05/11/23 | RFPOP | Review and analyze Venable ad hoc customer group statement in partial support of JPL stay relief motion | B009 | 0.30 | 267.00 |
| 05/11/23 | RFPOP | Review and analyze Pateno response to debtors motion to enforce automatic stay | B009 | 0.20 | 178.00 |
| 05/12/23 | RFPOP | Review and analyze JPL reply to objections to JPL stay relief motion | B009 | 0.60 | 534.00 |
| 05/14/23 | MLUNN | Analyze JPL reply to stay relief objections | B009 | 0.50 | 512.50 |
| 05/26/23 | JYOCH | Teleconference with R. Poppiti re: lift stay motion and rescission | B009 | 0.40 | 356.00 |
| 05/26/23 | JYOCH | Multiple emails re: rescission and lift stay motion | B009 | 0.20 | 178.00 |
| 05/01/23 | RFPOP | Email to and from Paul Hastings (Jack Iaffaldano) re: UST examiner motion appeal | B011 | 0.20 | 178.00 |
| 05/01/23 | RFPOP | Emails to and from Paul Hastings (Isaac Sasson and Leonie Koch) re: litigation update | B011 | 0.20 | 178.00 |
| 05/02/23 | MLUNN | Analyze litigation summary in preparation for UCC meeting | B011 | 0.20 | 205.00 |
| 05/02/23 | MLUNN | Work with J. Kochenash re: examiner appeal briefing (.1) and call with R. Poppiti re: same (.1) | B011 | 0.20 | 205.00 |
| 05/02/23 | RFPOP | Review and analyze summary investigation update from Paul Hastings | B011 | 0.20 | 178.00 |
| 05/04/23 | JKOCH | Draft joinder to notice of deposition of P. Greaves | B011 | 0.80 | 448.00 |
| 05/04/23 | JKOCH | Email correspondence (multiple) with R. Poppiti and I. Sasson re: joinder to notice of deposition of P. Greaves | B011 | 0.30 | 168.00 |
| 05/05/23 | RFPOP | Call from M. Lunn (.4) and email from Paul Hastings (Ken Pasquale) (.1) re: investigation issues | B011 | 0.50 | 445.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:              July 10, 2023
Invoice Number:              50043782
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/07/23 | MLUNN | Review and evaluate Mystin Lab 2004 request | B011 | 0.30 | 307.50 |
| 05/07/23 | MLUNN | Review and provide comments to objection to UST examiner ruling appeal | B011 | 0.40 | 410.00 |
| 05/07/23 | RFPOP | Review and comment on draft answering brief for UST appeal of UST examiner motion (.6), and emails to and from M. Lunn and Paul Hastings (Jack Iaffaldano) (.1) re: same | B011 | 0.70 | 623.00 |
| 05/08/23 | DLASK | Finalize for filing and coordinate service of appellee's brief in Trustee appeal | B011 | 0.40 | 146.00 |
| 05/08/23 | MLUNN | Call with K. Pasquale re: litigation issues | B011 | 0.30 | 307.50 |
| 05/08/23 | MLUNN | Review revised response brief to UST examiner ruling appeal | B011 | 0.30 | 307.50 |
| 05/08/23 | MLUNN | Strategy and litigation update call with R. Poppiti | B011 | 0.30 | 307.50 |
| 05/08/23 | RFPOP | Review and finalize for filing answering brief for UST appeal of UST examiner motion (.6), and emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano) (.2) and call from Jack Iaffaldano (.1) re: same | B011 | 0.90 | 801.00 |
| 05/08/23 | RFPOP | Call with M. Lunn re: litigation update | B011 | 0.30 | 267.00 |
| 05/09/23 | DLASK | Prepare briefing documents for the Court | B011 | 0.30 | 109.50 |
| 05/09/23 | JKOCH | Draft notices of exhibits and witness for May 17 hearing | B011 | 1.80 | 1,008.00 |
| 05/09/23 | JKOCH | Email correspondence (multiple) with R. Poppiti and M. Lunn re: notices of exhibits and witness for May 17 hearing | B011 | 0.20 | 112.00 |
| 05/09/23 | MLUNN | Analysis and identification of response issues re: JPL motion to dismiss | B011 | 0.90 | 922.50 |
| 05/16/23 | RFPOP | Email to and from Paul Hastings (Ken Pasquale) re: equitable subordination research, and review and analyze related materials re: same | B011 | 0.50 | 445.00 |
| 05/17/23 | MLUNN | Analyze and evaluate UST's reply brief in support of Examiner Order appeal (.4) and related correspondence with K. Pasquale (.1) | B011 | 0.50 | 512.50 |
| 05/17/23 | RFPOP | Review and analyze UST reply brief in UST examiner motion appeal, and email from Paul Hastings (Ken Pasquale) re: same | B011 | 0.60 | 534.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:                July 10, 2023
Invoice Number:                50043782
Matter Number:            102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/23 | RFPOP | Emails to and from Paul Hastings (Leonie Koch) re: investigations update for committee | B011 | 0.20 | 178.00 |
| 05/18/23 | DLASK | Review adversary dockets and, update critical deadline memo to incorporate adversary deadlines | B011 | 0.40 | 146.00 |
| 05/18/23 | MLUNN | Analyze complaint against S. Bankman-Fried for fraudulent transfers in connection with Embed transaction | B011 | 0.90 | 922.50 |
| 05/18/23 | MLUNN | Analysis of fraudulent transfer complaint against Giles and others in connection with Embed transaction | B011 | 0.50 | 512.50 |
| 05/18/23 | RFPOP | Review and analyze debtors Embed adversary complaints | B011 | 0.90 | 801.00 |
| 05/26/23 | DLASK | Work with co-counsel on IEX documents | B011 | 0.30 | 109.50 |
| 05/26/23 | MLUNN | Analyze issues and review of facts and legal matters re: potential litigation in connection with IEX transaction | B011 | 0.80 | 820.00 |
| 05/26/23 | RFPOP | Emails to (.2) and from (.2) M. Lunn, J. Yoch, and Paul Hastings (Ken Pasquale) and call with J. Yoch (.4) re: IEX transaction, and review and analyze related transaction documents and materials (1.2) re: same | B011 | 2.00 | 1,780.00 |
| 05/27/23 | RFPOP | Email to and from Paul Hastings (Leonie Kock) re: litigation update for Committee | B011 | 0.10 | 89.00 |
| 05/30/23 | JYOCH | Review IEX transaction documents and motion papers and research re potential claims | B011 | 4.70 | 4,183.00 |
| 05/30/23 | MLUNN | Analysis of District Court opinion and order granting UST's request for direct appeal of examiner ruling to 3d Circuit and evaluation of potential issues (.3); and correspondence with R. Poppiti re: potential issues and next steps (.1) | B011 | 0.40 | 410.00 |
| 05/30/23 | RFPOP | Review and analyze district court opinion and order re: UST motion to certify to third circuit UST examiner motion appeal, and email to and from M. Lunn and consider related issues re: same | B011 | 0.50 | 445.00 |
| 05/31/23 | JYOCH | Call with R. Poppiti re equitable remedies | B011 | 0.20 | 178.00 |
| 05/31/23 | JYOCH | Review IEX transaction documents and motion papers and research re potential claims | B011 | 5.30 | 4,717.00 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023
Billing Period through May 31, 2023 | Invoice Number: | 50043782
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/31/23 | RFPOP | Call with J. Yoch and emails to and from J. Yoch and Paul Hastings (Ken Pasquale) re: IEX transaction | B011 | 0.30 | 267.00 |
| 05/23/23 | RFPOP | Review and analyze Emergent motion to extend exclusivity deadline | B012 | 0.20 | 178.00 |
| 05/24/23 | MLUNN | Attend UCC meeting with Paul Hastings, FTI and Jefferies re: plan structure considerations and related issues (1.3) and follow-up with R. Poppiti re: further analysis of issues raised during the call (.3) | B012 | 1.60 | 1,640.00 |
| 05/24/23 | MLUNN | Analyze issues and presentation re: chapter 11 plan scenarios and potential structures | B012 | 0.60 | 615.00 |
| 05/04/23 | MLUNN | Analyze cash management and bank account issues and related correspondence with PH and FTI | B014 | 0.40 | 410.00 |
| 05/05/23 | MLUNN | Analyze issues raised by UCC re: cash management (.3); and review correspondence from UCC members and summary of meeting with Debtors, including related strategy (.4) | B014 | 0.70 | 717.50 |
| 05/05/23 | MLUNN | Analyze sale update and related issues | B014 | 0.20 | 205.00 |
| 05/05/23 | MLUNN | Call with E. Gilad re: strategy for cash management issues and other sale matters (.3) and call with R. Poppiti re: same (.3) | B014 | 0.60 | 615.00 |
| 05/14/23 | MLUNN | Review cash management and account issues and presentation from A&M | B014 | 0.30 | 307.50 |
| 05/17/23 | MLUNN | Review analysis of cash flow and budget prepared by FTI | B014 | 0.30 | 307.50 |
| 05/08/23 | RFPOP | Review UST comments to debtors key employee incentive plan motion | B015 | 0.20 | 178.00 |
| 05/09/23 | RFPOP | Review and analyze debtors response to UST comments to key employee incentive plan motion, and email from counsel for debtors (Alexa Kranzley) re: same | B015 | 0.20 | 178.00 |
| 05/10/23 | RFPOP | Review and analyze UST comments to debtors key employee incentive plan motion and debtors responses to same | B015 | 0.20 | 178.00 |
| 05/11/23 | RFPOP | Review and analyze additional UST comments to debtors key employee incentive plan motion and debtors responses thereto, and emails from counsel for debtors (Alexa Kranzley) and UST re: same | B015 | 0.20 | 178.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:              July 10, 2023
Invoice Number:              50043782
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/12/23 | MLUNN | Analysis of UST objection to KEIP motion | B015 | 0.40 | 410.00 |
| 05/12/23 | RFPOP | Review and analyze UST objection to debtors key employee incentive plan motion | B015 | 0.20 | 178.00 |
| 05/01/23 | DLASK | Finalize for filing and coordinate service of Jefferies fee application for February | B017 | 0.40 | 146.00 |
| 05/01/23 | JKOCH | Review Jefferies third monthly fee application | B017 | 0.50 | 280.00 |
| 05/01/23 | RFPOP | Review draft Jefferies February 2023 application, including for privilege and confidentiality, and emails to and from J. Kochenash and counsel for Jefferies (Sarah Schrag) re: same | B017 | 0.20 | 178.00 |
| 05/08/23 | DLASK | Prepare certificate of no objection for FTI's fee application | B017 | 0.20 | 73.00 |
| 05/08/23 | DLASK | Prepare certificate of no objection for Paul Hastings' fee application | B017 | 0.20 | 73.00 |
| 05/08/23 | DLASK | Prepare certificate of no objection for Young Conaway's fee application | B017 | 0.20 | 73.00 |
| 05/08/23 | JKOCH | Review CNO for Paul Hastings fee application; review CNO for FTI fee application; review CNO for YCST fee application | B017 | 0.30 | 168.00 |
| 05/08/23 | RFPOP | Review and analyze debtors amended ordinary course professionals list | B017 | 0.10 | 89.00 |
| 05/09/23 | DLASK | Finalize for filing certificate of no objection for Paul Hastings' 3rd fee application | B017 | 0.30 | 109.50 |
| 05/09/23 | DLASK | Finalize for filing certificate of no objection for FTI's 3rd fee application | B017 | 0.30 | 109.50 |
| 05/09/23 | DLASK | Finalize for filing certificate of no objection for Young Conaway's 3rd fee application | B017 | 0.30 | 109.50 |
| 05/10/23 | JKOCH | Draft second supplemental Lunn declaration re: disclosures | B017 | 0.50 | 280.00 |
| 05/11/23 | MLUNN | Analysis and review of fee examiner report re: YCST fees | B017 | 0.40 | 410.00 |
| 05/19/23 | BWALT | Email from J. Kochenash (.1); finalize and file second supplemental declaration of M. Lunn in support of YCST retention (.2) | B017 | 0.30 | 109.50 |
| 05/19/23 | MLUNN | Revise and draft supplemental declaration re: disclosures in support of retention | B017 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:                July 10, 2023
Invoice Number:              50043782
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/22/23 | MLUNN | Work on preparing responses to issues raised by Fee Examiner to First Interim Fee Application | B017 | 0.40 | 410.00 |
| 05/24/23 | DLASK | Finalize for filing certificate of no objection for Jefferies fee application | B017 | 0.30 | 109.50 |
| 05/24/23 | JKOCH | Prepare CNO for Jefferies third monthly fee application and email correspondence with S. Schrag (multiple) re: same | B017 | 0.20 | 112.00 |
| 05/24/23 | RFPOP | Review and analyze debtors further amended ordinary course professionals list | B017 | 0.10 | 89.00 |
| 05/24/23 | RFPOP | Email from counsel for debtors (Matt Pierce) re: ordinary course rate increase for LRC | B017 | 0.10 | 89.00 |
| 05/25/23 | DLASK | Update 2nd interim fee application of committee's professionals | B017 | 0.20 | 73.00 |
| 05/26/23 | MLUNN | Review draft fee application for FTI re: March to ensure compliance with local rules | B017 | 0.20 | 205.00 |
| 05/30/23 | MLUNN | Prepare for call with fee examiner, including further review of memo from fee examiner to YCST 1st Interim Fee Application (.4); meeting (.3) and call (.3) with R. Poppiti re: discussion of issues and preparation for call with fee examiner and call with fee examiner (.7) re: YCST 1st interim fee application | B017 | 1.70 | 1,742.50 |
| 05/30/23 | RFPOP | Call with (.3) and meet (.3) with M. Lunn and call with M. Lunn and fee examiner (.7) re: fee examiner first confidential interim report, and review and analyze report (.4) re: same | B017 | 1.70 | 1,513.00 |
| 05/30/23 | RFPOP | Review and analyze debtors second ordinary course professionals report, and review ordinary course professionals order re: same | B017 | 0.20 | 178.00 |
| 05/31/23 | DLASK | Finalize for filing and coordinate service of FTI's March fee application | B017 | 0.40 | 146.00 |
| 05/31/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings' March fee application | B017 | 0.40 | 146.00 |
| 05/31/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's March fee application | B017 | 0.40 | 146.00 |
| 05/31/23 | MLUNN | Correspondence with D. Laskin re: interim fee hearing and deadlines for filing monthly fee applications for 2nd interim fee application | B017 | 0.10 | 102.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | July 10, 2023 |
| Billing Period through May 31, 2023 | | | Invoice Number: | | 50043782 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/31/23 | MLUNN | Review fee applications for Paul Hastings and FTI and related correspondence with D. Laskin re: finalizing same for filing | B017 | 0.20 | 205.00 |
| 05/31/23 | MLUNN | Draft response to fee examiner report re: YCST 1st interim fee application and correspondence with R. Poppiti re: same | B017 | 0.50 | 512.50 |
| 05/16/23 | RFPOP | Review and comment on draft YCST March 2023 fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 267.00 |
| 05/24/23 | MLUNN | Confidentiality review of April fee statement in preparation for submission | B018 | 0.70 | 717.50 |
| 05/25/23 | RFPOP | Review invoice for YCST April 2023 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 178.00 |
| 05/31/23 | JKOCH | Email correspondence (multiple) with D. Laskin and R. Poppiti re: interim fee application | B018 | 0.30 | 168.00 |
| 05/31/23 | RFPOP | Review and finalize for filing YCST, Paul Hastings and FTI March 2023 fee applications, and emails to and from D. Laskin and Paul Hastings (Lanie Miliotes) re: same; emails to and from D. Laskin re: second interim fee application | B018 | 0.50 | 445.00 |
| 05/16/23 | RFPOP | Review and analyze JPL motion to dismiss adversary proceeding | BN014 | 0.90 | 801.00 |
| 05/23/23 | RFPOP | Review and analyze stipulation re: briefing deadlines for JPL motion to dismiss adversary proceeding | BN014 | 0.10 | 89.00 |
| 05/24/23 | RFPOP | Review and analyze amended deposition notices in connection with JPL stay relief motion | BN014 | 0.10 | 89.00 |
| 05/05/23 | MLUNN | Review liquidation procedures and impact re: FTX preference claim | BN015 | 0.20 | 205.00 |
| 05/08/23 | RFPOP | Review and analyze Voyager plan liquidation procedures | BN015 | 0.20 | 178.00 |
| 05/15/23 | MLUNN | Correspondence with Voyager UCC and Debtors re: mediation status and scheduling | BN015 | 0.10 | 102.50 |
| 05/15/23 | MLUNN | Correspondence with B. Beller re: Voyager mediation | BN015 | 0.10 | 102.50 |
| 05/15/23 | RFPOP | Emails from M. Lunn and counsel for debtors (Ben Beller) re: Voyager mediation issues | BN015 | 0.20 | 178.00 |
| 05/16/23 | RFPOP | Emails from mediator and counsel for Voyager committee (John Calandra) re: mediation issues | BN015 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

Invoice Date:                    July 10, 2023
Invoice Number:                   50043782
Matter Number:                  102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 05/24/23 | RFPOP | Emails to and from M. Lunn, counsel for debtors (Ben Beller), counsel for Voyager plan administrator (John Calandra) and mediator re: Voyager mediation issues | BN015 | 0.10 | 89.00 |
| 05/25/23 | MLUNN | Analyze issues re: Voyager adversary in preparation for meet and confer in connection with mediation (.4); meet and confer with Voyager plan administrator, S&C and R. Poppiti (.6); and follow-up with R. Poppiti re: strategy and responses following meet and confer (.3) | BN015 | 1.30 | 1,332.50 |
| 05/25/23 | RFPOP | Call with M. Lunn, counsel for debtors (Andrew Dietderich and Brian Glueckstein) and counsel for Voyager (John Calandra and Joseph Evans) (.5) and call with M. Lunn (.1) re: Voyager litigation issues, and prepare for same (.2) | BN015 | 0.80 | 712.00 |
| 05/27/23 | MLUNN | Correspondence with B. Beller re: follow-up from call with Voyager plan administrator in connection with mediation and related correspondence with R. Poppiti re: Debtors' position and impact on UCC | BN015 | 0.20 | 205.00 |
| 05/27/23 | RFPOP | Emails to and from M. Lunn and counsel for debtors (Ben Beller) re: mediation and litigation schedule issues | BN015 | 0.20 | 178.00 |
| 05/30/23 | MLUNN | Call with R. Poppiti re: analysis of mediation position and potential response to Debtors' email | BN015 | 0.30 | 307.50 |
| 05/30/23 | RFPOP | Call with M. Lunn re: analysis of mediation position and potential response to Debtors' email | BN015 | 0.30 | 267.00 |
| | | **Total** | | **119.90** | **$105,089.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

| | |
|---|---|
| Invoice Date: | July 10, 2023 |
| Invoice Number: | 50043782 |
| Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 0.30 | 365.00 | 109.50 |
| DLASK | Debbie Laskin | Paralegal | 9.00 | 365.00 | 3,285.00 |
| JYOCH | James M. Yoch | Partner | 10.80 | 890.00 | 9,612.00 |
| JKOCH | Jared W. Kochenash | Associate | 8.20 | 560.00 | 4,592.00 |
| MLUNN | Matthew B. Lunn | Partner | 44.20 | 1,025.00 | 45,305.00 |
| RFPOP | Robert F. Poppiti | Partner | 47.40 | 890.00 | 42,186.00 |
| **Total** | | | **119.90** | | **$105,089.50** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023 |
|---|---|---|
| Billing Period through May 31, 2023 | Invoice Number: | 50043782 |
| | Matter Number: | 102750.1001 |

## Task Summary

### Task Code:B001            Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.90 | 1,025.00 | 922.50 |
| Robert F. Poppiti | Partner | 0.70 | 890.00 | 623.00 |
| Jared W. Kochenash | Associate | 3.00 | 560.00 | 1,680.00 |
| Debbie Laskin | Paralegal | 2.90 | 365.00 | 1,058.50 |
| **Total** | | **7.50** | | **4,284.00** |

### Task Code:B002            Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.80 | 1,025.00 | 3,895.00 |
| Robert F. Poppiti | Partner | 2.80 | 890.00 | 2,492.00 |
| Jared W. Kochenash | Associate | 0.30 | 560.00 | 168.00 |
| Debbie Laskin | Paralegal | 0.50 | 365.00 | 182.50 |
| **Total** | | **7.40** | | **6,737.50** |

### Task Code:B004            Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.50 | 890.00 | 445.00 |
| **Total** | | **0.80** | | **752.50** |

### Task Code:B006            Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.70 | 1,025.00 | 2,767.50 |
| Robert F. Poppiti | Partner | 5.70 | 890.00 | 5,073.00 |
| **Total** | | **8.40** | | **7,840.50** |

### Task Code:B007            Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 4.60 | 1,025.00 | 4,715.00 |
| Robert F. Poppiti | Partner | 4.20 | 890.00 | 3,738.00 |
| **Total** | | **8.80** | | **8,453.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023 |
| Billing Period through May 31, 2023 | Invoice Number: | 50043782 |
| | Matter Number: | 102750.1001 |

### Task Code:B008 — Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 8.70 | 1,025.00 | 8,917.50 |
| Robert F. Poppiti | Partner | 10.90 | 890.00 | 9,701.00 |
| **Total** | | **19.60** | | **18,618.50** |

### Task Code:B009 — Stay Relief Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| James M. Yoch | Partner | 0.60 | 890.00 | 534.00 |
| Matthew B. Lunn | Partner | 5.50 | 1,025.00 | 5,637.50 |
| Robert F. Poppiti | Partner | 6.90 | 890.00 | 6,141.00 |
| Debbie Laskin | Paralegal | 0.60 | 365.00 | 219.00 |
| **Total** | | **13.60** | | **12,531.50** |

### Task Code:B011 — Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| James M. Yoch | Partner | 10.20 | 890.00 | 9,078.00 |
| Matthew B. Lunn | Partner | 6.00 | 1,025.00 | 6,150.00 |
| Robert F. Poppiti | Partner | 8.10 | 890.00 | 7,209.00 |
| Jared W. Kochenash | Associate | 3.10 | 560.00 | 1,736.00 |
| Debbie Laskin | Paralegal | 1.40 | 365.00 | 511.00 |
| **Total** | | **28.80** | | **24,684.00** |

### Task Code:B012 — Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.20 | 1,025.00 | 2,255.00 |
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **2.40** | | **2,433.00** |

### Task Code:B014 — General Corporate Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.50 | 1,025.00 | 2,562.50 |
| **Total** | | **2.50** | | **2,562.50** |

### Task Code:B015 — Employee Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert F. Poppiti | Partner | 1.00 | 890.00 | 890.00 |
| **Total** | | **1.40** | | **1,300.00** |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023
Billing Period through May 31, 2023 | Invoice Number: | 50043782
| Matter Number: | 102750.1001

### Task Code:B017    Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.70 | 1,025.00 | 3,792.50 |
| Robert F. Poppiti | Partner | 2.40 | 890.00 | 2,136.00 |
| Jared W. Kochenash | Associate | 1.50 | 560.00 | 840.00 |
| Brenda Walters | Paralegal | 0.30 | 365.00 | 109.50 |
| Debbie Laskin | Paralegal | 3.60 | 365.00 | 1,314.00 |
| **Total** | | **11.50** | | **8,192.00** |

### Task Code:B018    Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Robert F. Poppiti | Partner | 1.00 | 890.00 | 890.00 |
| Jared W. Kochenash | Associate | 0.30 | 560.00 | 168.00 |
| **Total** | | **2.00** | | **1,775.50** |

### Task Code:BN014    FTX Digital Chapter 15 Proceeding

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 1.10 | 890.00 | 979.00 |
| **Total** | | **1.10** | | **979.00** |

### Task Code:BN015    Voyager Litigation and Claims

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.20 | 1,025.00 | 2,255.00 |
| Robert F. Poppiti | Partner | 1.90 | 890.00 | 1,691.00 |
| **Total** | | **4.10** | | **3,946.00** |

# **EXHIBIT B**

## **Expenses**

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | July 10, 2023
Billing Period through May 31, 2023 | Invoice Number: | 50043782
 | Matter Number: | 102750.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 05/01/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/23 | Reproduction Charges | 108.00 | 10.80 |
| 05/01/23 | Deposition/Transcript | 3.00 | 316.80 |
| 05/02/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/02/23 | Reproduction Charges | 958.00 | 95.80 |
| 05/03/23 | Docket Retrieval / Search | 28.00 | 2.80 |
| 05/03/23 | Reproduction Charges | 51.00 | 5.10 |
| 05/04/23 | Reproduction Charges | 76.00 | 7.60 |
| 05/04/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/04/23 | Teleconference / Video Conference | 2.00 | 140.00 |
| 05/05/23 | Teleconference / Video Conference | 2.00 | 140.00 |
| 05/05/23 | Filing Fee | 1.00 | 25.00 |
| 05/08/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/09/23 | Docket Retrieval / Search | 35.00 | 3.50 |
| 05/09/23 | Reproduction Charges | 50.00 | 5.00 |
| 05/10/23 | Docket Retrieval / Search | 60.00 | 6.00 |
| 05/10/23 | Reproduction Charges | 5.00 | 0.50 |
| 05/11/23 | Reproduction Charges | 102.00 | 10.20 |
| 05/11/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/12/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/15/23 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/18/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/22/23 | Deposition/Transcript | 1.00 | 12.00 |
| 05/24/23 | Reproduction Charges | 25.00 | 20.00 |
| 05/24/23 | Docket Retrieval / Search | 44.00 | 4.40 |
| 05/24/23 | Reproduction Charges | 27.00 | 2.70 |
| 05/25/23 | Reproduction Charges | 68.00 | 6.80 |
| 05/30/23 | Reproduction Charges | 78.00 | 7.80 |
| 05/31/23 | Reproduction Charges | 61.00 | 6.10 |
| 05/31/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| | **Total** | | **$840.80** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through May 31, 2023

| | |
|---|---|
| Invoice Date: | July 10, 2023 |
| Invoice Number: | 50043782 |
| Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Deposition/Transcript | 328.80 |
| Docket Retrieval / Search | 28.60 |
| Filing Fee | 25.00 |
| Reproduction Charges | 178.40 |
| Teleconference / Video Conference | 280.00 |
| **Total** | **$840.80** |