**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al*. | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw each Transfer/Assignment of Claim that was filed on July 26, 2023 on behalf of Arceau 507 II LLC and, Arceau X, LLC as Docket Entries 1907, 1909, 1911, 1913, 1914, 1915, 1919, and 1921.

Respectfully submitted,

Dated: July 26, 2023

By:     */s/ Dov Kleiner*
DOV KLEINER
Attorney for Arceau 507 II LLC, Arceau X, LLC
500 Fifth Avenue
New York, NY 10110
Email: DKleiner@kkwc.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al*. | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, DOV KLEINER, hereby certify that in addition to the notice and service provided through the Court's ECF system, on July 26, 2023, I caused a true and correct copy of the Precipe to Withdraw to be served by via ECF on the below parties:

Derek C. Abbott on behalf of Interested Party BlockFi Inc and affiliates
dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-
7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Derek C. Abbott on behalf of Interested Party BlockFi Inc. and affiliates
dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-
7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Mary E. Augustine on behalf of Creditor Celsius Network LLC
meg@saccullolegal.com

Jasmine Ball on behalf of Interested Party Paradigm Operations LP
jball@debevoise.com, mao-bk-
ecf@debevoise.com;gurias@debevoise.com;mduque@debevoise.com;bstadler@debevoise.com;slevinson@
debevoise.com;mduque@debevoise.com

Jody C. Barillare on behalf of Debtor Emergent Fidelity Technologies Ltd.
jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare on behalf of Interested Party Emergent Fidelity Technologies Ltd.
jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Jody C. Barillare on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies
Ltd
jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

Brandon Batzel on behalf of Interested Party Brian C. Simms
brandon.batzel@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Brandon Batzel on behalf of Interested Party Kevin G. Cambridge
brandon.batzel@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Brandon Batzel on behalf of Interested Party Peter Greaves
brandon.batzel@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com, docketing@pryorcashman.com

Ronald S. Beacher on behalf of Creditor SPCP Institutional Group, LLC
rbeacher@pryorcashman.com, docketing@pryorcashman.com

Gary D. Bressler on behalf of Creditor Philadelphia Indemnity Insurance Company
gbressler@mdmc-law.com, scarney@mdmc-law.com

Daniel N. Brogan on behalf of Interested Party Terraform Labs PTE Ltd.
dbrogan@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kimberly A. Brown on behalf of Debtor Alameda Aus Pty Ltd

brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Global Services Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research (Bahamas) Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research Holdings Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research KK
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research Pte Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda Research Yankari Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda TR Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Alameda TR Systems S. de R. L.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Allston Way Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Analisya Pte Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Atlantis Technology Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Bancroft Way Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Blockfolio, Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Blue Ridge Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Cardinal Ventures Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Cedar Bay Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Cedar Grove Technology Services, Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Clifton Bay Investments LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Clifton Bay Investments Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Cottonwood Grove Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Cottonwood Technologies Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Crypto Bahamas LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor DAAG Trading, DMCC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Deck Technologies Holdings LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Deck Technologies Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Deep Creek Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Digital Custody Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Euclid Way Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX (Gibraltar) Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Canada Inc
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Certificates GmbH
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Crypto Services Ltd.
brown@lrclaw, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Digital Assets LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX EMEA Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX EU Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Equity Record Holdings Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Europe AG
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Exchange FZE
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Hong Kong Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Japan Holdings K.K.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Japan K.K.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Japan Services KK
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Lend Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Marketplace, Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Products (Singapore) Pte Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Services Solutions Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor FTX Trading Ltd.

brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor Quoine Pte Ltd
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Debtor West Realm Shires Services Inc.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Defendant FTX Trading Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Interested Party FTX Trading Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Plaintiff Alameda Research LLC
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Kimberly A. Brown on behalf of Plaintiff Alameda Research Ltd.
brown@lrclaw.com, ramirez@lrclaw.com;huynh@lrclaw.com

Elisabeth Michaelle Bruce on behalf of Creditor United States of America on behalf of the Internal Revenue Service
elisabeth.m.bruce@usdoj.gov, eastern.taxcivil@usdoj.gov

Michael G. Busenkell on behalf of Interested Party M 7 Holdings, LLC
mbusenkell@gsbblaw.com

Chadwick Scott Caby on behalf of Defendant Adam Boryenace
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Craig Shindledecker
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Lindsey Boerner
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Mike McGee
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Stanton Camp
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Tana Lawler
ccaby@lewisroca.com, jeastin@lewisroca.com

Chadwick Scott Caby on behalf of Defendant Tim Millar
ccaby@lewisroca.com, jeastin@lewisroca.com

Aaron R. Cahn on behalf of Creditor Cohen K Investments, Ltd.
cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn on behalf of Creditor Pi 1.0 LP
cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn on behalf of Creditor Pi-Crypto Ltd.
cahn@clm.com, trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Steven L. Caponi on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust A
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven L. Caponi on behalf of Defendant Alumni Ventures Group Embedded Trust
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Robert N. Cappucci on behalf of Plaintiff Austin Onusz
rcappucci@entwistle-law.com

Robert N. Cappucci on behalf of Plaintiff Cedric Kees van Putten
rcappucci@entwistle-law.com

Robert N. Cappucci on behalf of Plaintiff Hamad Dar
rcappucci@entwistle-law.com

Robert N. Cappucci on behalf of Plaintiff Nicholas Marshall
rcappucci@entwistle-law.com

Schuyler G. Carroll on behalf of Creditor Cedar Glade LP
scarroll@loeb.com, fmckeown@loeb.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Albert A. Ciardi, III on behalf of Interested Party Peter Lau
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com

Scott D. Cousins on behalf of Creditor Evolve Bank & Trust
scott.cousins@cousins-law.com

Roma N Desai on behalf of Interested Party Texas Dept. of Banking
roma.desai@oag.texas.gov

Roma N Desai on behalf of Interested Party Texas State Securities Board
roma.desai@oag.texas.gov

Roma N. Desai on behalf of Interested Party Texas Dept. of Banking
Roma.Desai@oag.texas.gov

Roma N. Desai on behalf of Interested Party Texas State Securities Board
Roma.Desai@oag.texas.gov

Luc A. Despins on behalf of Creditor Committee Official Committee of Unsecured Creditors
lucdespins@paulhastings.com

Luc A. Despins on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11
Cases of FTX Trading Ltd. and Its Affiliated Debtors
lucdespins@paulhastings.com

Andrew G. Dietderich on behalf of Debtor FTX Trading Ltd.
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Defendant Brian C. Simms
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Defendant Kevin G. Cambridge
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Defendant Peter Greaves
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Interested Party FTX Trading Ltd.
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Interested Party Brian C. Simms
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Interested Party Kevin G. Cambridge
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Interested Party Peter Greaves
dietdericha@sullcrom.com

Andrew G. Dietderich on behalf of Plaintiff Alameda Research LLC
dietdericha@sullcrom.com

Gregory T. Donilon on behalf of Defendant Sam Bankman-Fried
gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon on behalf of Defendant Samuel Bankman-Fried
gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com

Gregory T. Donilon on behalf of Stockholder Samuel L. Bankman-Fried
gdonilon@mmwr.com, gregory-donilon-6537@ecf.pacerpro.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
amish@doshilegal.com

Jamie Lynne Edmonson on behalf of Creditor North America League of Legends Championship Series,
LLC
jedmonson@rc.com, lshaw@rc.com

Sarah M Ennis on behalf of Defendant Laurence Beal
sennis@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Andrew J. Entwistle on behalf of Plaintiff Austin Onusz
aentwistle@entwistle-law.com, efilings@entwistle-law.com

Andrew J. Entwistle on behalf of Plaintiff Cedric Kees van Putten
aentwistle@entwistle-law.com, efilings@entwistle-law.com

Andrew J. Entwistle on behalf of Plaintiff Hamad Dar
aentwistle@entwistle-law.com, efilings@entwistle-law.com

Andrew J. Entwistle on behalf of Plaintiff Nicholas Marshall
aentwistle@entwistle-law.com, efilings@entwistle-law.com

Epiq Corporate Restructuring, LLC
rjacobs@ecf.epiqsystems.com

Benjamin Finestone on behalf of Debtor FTX Trading Ltd.
benjaminfinestone@quinnemanuel.com

Benjamin Finestone on behalf of Defendant Brian C. Simms
benjaminfinestone@quinnemanuel.com

Benjamin Finestone on behalf of Defendant Kevin G. Cambridge
benjaminfinestone@quinnemanuel.com

Benjamin Finestone on behalf of Defendant Peter Greaves
benjaminfinestone@quinnemanuel.com

David L. Finger on behalf of Interested Party Bloomberg L.P.
dfinger@delawgroup.com

David L. Finger on behalf of Interested Party Dow Jones & Company, Inc.
dfinger@delawgroup.com

David L. Finger on behalf of Interested Party The Financial Times Ltd.
dfinger@delawgroup.com

David L. Finger on behalf of Interested Party The New York Times Company
dfinger@delawgroup.com

Thomas Joseph Francella, Jr. on behalf of Interested Party BH Trading Ltd.
TFrancella@whitefordlaw.com, kcallahan@cozen.com;thomas-francella-
6506@ecf.pacerpro.com;clano@whitefordlaw.com

Thomas Joseph Francella, Jr. on behalf of Interested Party Grant Kim
TFrancella@whitefordlaw.com, kcallahan@cozen.com;thomas-francella-
6506@ecf.pacerpro.com;clano@whitefordlaw.com

Thomas Joseph Francella, Jr. on behalf of Interested Party Peter Kim
TFrancella@whitefordlaw.com, kcallahan@cozen.com;thomas-francella-
6506@ecf.pacerpro.com;clano@whitefordlaw.com

Jason A. Gibson on behalf of Interested Party DAG Holdings Limited
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Ben Li
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Chris Curl Lee
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Haici Gao
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Hongcheng Huang
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Hongyuan Zhai
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Huayang Zhou
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Jingkuan Hou
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Jyunyu Chen
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Ke Wang
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Lingling Li
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Lu Yu
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Qilin Chen
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Shupei Chen
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Simin Jiang
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Siyuan Yan

gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Tianqi Huang
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Weiyang Zhou
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Wenchao Tan
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Xiao Li
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Yan Tang
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Yijian Feng
gibson@teamrosner.com, campbell@teamrosner.com

Jason A. Gibson on behalf of Interested Party Yingkai Xu
gibson@teamrosner.com, campbell@teamrosner.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Matthew B. Goeller on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies
Trust A
matthew.goeller@klgates.com, alyssa.domorod@klgates.com

Matthew B. Goeller on behalf of Defendant Alumni Ventures Group Embedded Trust
matthew.goeller@klgates.com, alyssa.domorod@klgates.com

Walter W. Gouldsbury, III on behalf of Interested Party Peter Lau
wgouldsbury@ciardilaw.com

Kevin Gross on behalf of Defendant FTX Digital Markets Ltd
gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross on behalf of Defendant Brian C. Simms
gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross on behalf of Defendant Kevin G. Cambridge
gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross on behalf of Defendant Peter Greaves
gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin Gross on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation)

13

gross@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Benjamin A. Hackman on behalf of U.S. Trustee U.S. Trustee
benjamin.a.hackman@usdoj.gov

Paul R. Hage on behalf of Creditor Ikigai Opportunities Master Fund, Ltd.
phage@taftlaw.com, ttorni@jaffelaw.com

Mark W. Hancock on behalf of Fee Examiner Fee Examiner Stadler
mhancock@gklaw.com, kboucher@gklaw.com

Matthew B. Harvey on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
mharvey@morrisnichols.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-
7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Matthew B. Harvey on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-
7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Paul Noble Heath on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd.
(In Provisional Liquidation)
heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Marshal J. Hoda on behalf of Creditor Warren Winter
marshal@thehodalawfirm.com, marshal@ecf.courtdrive.com

Robert T. Honeywell on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies
Trust A
robert.honeywell@klgates.com

Robert T. Honeywell on behalf of Defendant Alumni Ventures Group Embedded Trust
robert.honeywell@klgates.com

James E. Huggett on behalf of Creditor Oracle America, Inc.
jhuggett@margolisedelstein.com,
tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.c
om;SmithCR50524@notify.bestcase.com

John F. Iaffaldano on behalf of Creditor Committee Official Committee of Unsecured Creditors
jackiaffaldano@paulhastings.com, FRG-paralegals@paulhastings.com;FTX.ECF@PaulHastings.com

Thomas T Janover on behalf of Creditor DCP Master Investments XIV LLC
tjanover@kramerlevin.com

Thomas T Janover on behalf of Creditor DCP Master Investments XVI LLC
tjanover@kramerlevin.com

Scott D Jones on behalf of Creditor Evolve Bank & Trust

scott.jones@cousins-law.com, kmccloskey@bayardlaw.com

Maris J. Kandestin on behalf of Defendant Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)
mkandestin@mwe.com, dnorthrop@mwe.com

Maris J. Kandestin on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)
mkandestin@mwe.com, dnorthrop@mwe.com

Richard S. Kanowitz on behalf of Interested Party BlockFi Inc and affiliates
Richard.Kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com

Richard S. Kanowitz on behalf of Interested Party BlockFi Inc. and affiliates
richard.kanowitz@haynesboone.com, margaret.salvatore@haynesboone.com

Ann M. Kashishian on behalf of Interested Party Gabriel Recchia
amk@kashishianlaw.com

Richard S. Kebrdle on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
rkebrdle@whitecase.com, mco@whitecase.com

Michael Klein on behalf of Defendant AAVCF3 LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Carol H. Duggan Revocable Living Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Fairchild Fund III, LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Fund I, a series of 20VC, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Harland Group LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Kick the Hive LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Motivate Ventures QP Fund I, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Operator Partners, LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Peter T. Lawler Living Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant PruVen Capital Partners Fund I, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant S20, a series of Chris Golda Investments, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant SWS Holding Company, LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Silverstone Venture Investments Limited
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund, III, LP
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant The Gardner 2008 Living Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Thomas G. Miglis Revocable Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant TriplePoint Private Venture Credit Inc.
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant TriplePoint Venture Lending Fund, LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant TriplePoint Ventures 5 LLC
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant William Hockey Living Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Z Perret Trust
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Aaron Frank
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Benjamin Londergan
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Brandon Mann
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Brent Johnson
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Christopher Harper
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Christopher Young
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Clayton Gardner
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant David Meents
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Dena Wever
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Derek Clark
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant James Nichols
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Joe Percoco
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant John Dwyer
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Jonathan Duarte

mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Jonathan Weiner
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Joshua Allen Slate
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Justin Lovero
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Kiara Baudoin
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Matthew Lyon
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Michael Ferrari
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Michael Giles
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Monique Saugstad
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Paul Akhil
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Philippe Jabre
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Michael Klein on behalf of Defendant Stephen Harper
mklein@cooley.com, efiling-notice@ecf.pacerpro.com;efilingnotice@cooley.com

Dov R. Kleiner on behalf of Creditor Arceau 507 II LLC
dkleiner@kkwc.com

Dov R. Kleiner on behalf of Creditor Arceau X, LLC
dkleiner@kkwc.com

Jared W Kochenash on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankfilings@ycst.com

Katherine Burghardt Kramer on behalf of Interested Party DAG Holdings Limited
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Ben Li
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Chris Curl Lee
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Haici Gao
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Hongcheng Huang
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Hongyuan Zhai
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Huayang Zhou
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Jingkuan Hou
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Jyunyu Chen
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Ke Wang
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Lingling Li
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Lu Yu
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Qilin Chen
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Shupei Chen
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Simin Jiang
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Siyuan Yan
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Tianqi Huang
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Weiyang Zhou
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Wenchao Tan
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Xiao Li
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Yan Tang
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Yijian Feng
kkramer@dgwllp.com

Katherine Burghardt Kramer on behalf of Interested Party Yingkai Xu
kkramer@dgwllp.com

Alexa J. Kranzley on behalf of Debtor FTX Trading Ltd.
kranzleya@sullcrom.com

Alexa J. Kranzley on behalf of Interested Party FTX Trading Ltd.
kranzleya@sullcrom.com

Alexa J. Kranzley on behalf of Plaintiff Alameda Research LLC
kranzleya@sullcrom.com

Robert J. Kriner, Jr on behalf of Interested Party Austin Onusz
rjk@chimicles.com

Robert J. Kriner, Jr on behalf of Plaintiff Austin Onusz
rjk@chimicles.com

Robert J. Kriner, Jr on behalf of Plaintiff Cedric Kees van Putten
rjk@chimicles.com

Robert J. Kriner, Jr on behalf of Plaintiff Hamad Dar
rjk@chimicles.com

Robert J. Kriner, Jr on behalf of Plaintiff Nicholas Marshall
rjk@chimicles.com

Adam G. Landis on behalf of Debtor Alameda Aus Pty Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Global Services Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research (Bahamas) Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research Holdings Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research KK

landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda Research Yankari Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda TR Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Alameda TR Systems S. de R. L.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Allston Way Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Analisya Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Atlantis Technology Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Bancroft Way Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Blockfolio, Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Blue Ridge Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Cardinal Ventures Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Cedar Bay Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Cedar Grove Technology Services, Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Clifton Bay Investments LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Clifton Bay Investments Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Cottonwood Grove Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Cottonwood Technologies Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Crypto Bahamas LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor DAAG Trading, DMCC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Deck Technologies Holdings LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Deck Technologies Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Deep Creek Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Digital Custody Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Euclid Way Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX (Gibraltar) Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Canada Inc
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Certificates GmbH
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Crypto Services Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Digital Assets LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Digital Holdings (Singapore) Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX EMEA Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX EU Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Equity Record Holdings Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Europe AG
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Exchange FZE
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Hong Kong Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Japan Holdings K.K.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Japan K.K.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Japan Services KK
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Lend Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Marketplace, Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Products (Singapore) Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Property Holdings Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Services Solutions Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Structured Products AG
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Switzerland GmbH
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Trading GmbH

landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Trading Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX US Services, Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX US Trading, Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Ventures Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor FTX Zuma Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor GG Trading Terminal Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Global Compass Dynamics Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Good Luck Games, LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Goodman Investments Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Hannam Group Inc
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Hawaii Digital Assets Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Hilltop Technology Services LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Hive Empire Trading Pty Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Innovatia Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Island Bay Ventures Inc
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Killarney Lake Investments Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LT Baskets Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Ledger Holdings Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund, LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund, LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LedgerPrime Ventures, LP
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Liquid Financial USA Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Liquid Securities Singapore Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor LiquidEX LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Maclaurin Investments Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Mangrove Cay Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor North Dimension Inc
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor North Dimension Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor North Wireless Dimension Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Paper Bird Inc
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Pioneer Street Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Quoine India Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Quoine Pte Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Quoine Vietnam Co. Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor SNG INVESTMENTS YATIRIM VE DANISMANLIK ANONIM
SIRKETI
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Strategy Ark Collective Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Technology Services Bahamas Limited
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Verdant Canyon Capital LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor West Innovative Barista Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor West Realm Shires Financial Services Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor West Realm Shires Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor West Realm Shires Services Inc.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Western Concord Enterprises Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Debtor Zubr Exchange Ltd
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Interested Party FTX Trading Ltd.
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Adam G. Landis on behalf of Plaintiff Alameda Research LLC
landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Jessica Lauria on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
jessica.lauria@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com

Sal H. Lee on behalf of Plaintiff Austin Onusz
slee@entwistle-law.com

Sal H. Lee on behalf of Plaintiff Cedric Kees van Putten
slee@entwistle-law.com

Sal H. Lee on behalf of Plaintiff Hamad Dar
slee@entwistle-law.com

Sal H. Lee on behalf of Plaintiff Nicholas Marshall
slee@entwistle-law.com

Nicole A. Leonard on behalf of Creditor New Jersey Bureau of Securities
nleonard@mdmc-law.com

Zhao Liu on behalf of Defendant Adam Boryenace
liu@teamrosner.com

Zhao Liu on behalf of Defendant Craig Shindledecker
liu@teamrosner.com

Zhao Liu on behalf of Defendant Lindsey Boerner
liu@teamrosner.com

Zhao Liu on behalf of Defendant Mike McGee
liu@teamrosner.com

Zhao Liu on behalf of Defendant Stanton Camp
liu@teamrosner.com

Zhao Liu on behalf of Defendant Tana Lawler
liu@teamrosner.com

Zhao Liu on behalf of Defendant Tim Millar
liu@teamrosner.com

Brian Loughnane on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
brian.loughnane@morganlewis.com

Matthew Barry Lunn on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankfilings@ycst.com

Matthew Barry Lunn on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors
bankfilings@ycst.com

John Mallon
jmallonjnr@gmail.com

Stephen Manning on behalf of Interested Party WA State Dept of Financial Institutions
Stephen.Manning@atg.wa.gov

Samantha Martin on behalf of Creditor Committee Official Committee of Unsecured Creditors
samanthamartin@paulhastings.com

Laura L. McCloud on behalf of Creditor TN Dept of Financial Institutions
agbankdelaware@ag.tn.gov

Garvan F. McDaniel on behalf of Creditor 101 Second Street, Inc.
gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Matthew B. McGuire on behalf of Debtor FTX Trading Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Defendant FTX Trading Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Alameda Research LLC
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Alameda Research LTD
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Alameda Research Ltd
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Alameda Research Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Clifton Bay Investments LLC f/k/a Alameda Research Ventures
LLC
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Cottonwood Grove Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff FTX Trading Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff Maclaurin Investments Ltd.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff North Dimension Inc.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff West Realm Shires Inc

mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff West Realm Shires Services Inc
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff West Realm Shires Services Inc. (d/b/a FTX.US)
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff West Realm Shires Services, Inc.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

Matthew B. McGuire on behalf of Plaintiff West Realm Shires, Inc.
mcguire@lrclaw.com, rogers@lrclaw.com;dellose@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com

John Daniel McLaughlin, Jr. on behalf of Creditor Richard L. Brummond
jmclaughlin@ferryjoseph.com,
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

John Daniel McLaughlin, Jr. on behalf of Creditor Warren Winter
jmclaughlin@ferryjoseph.com,
jack@mclaughlincounsel.com;mclaughlin.johnb111834@notify.bestcase.com

Marcy J. McLaughlin Smith on behalf of Interested Party Paradigm Operations LP
Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Joseph James McMahon, Jr. on behalf of U.S. Trustee U.S. Trustee
joseph.mcmahon@usdoj.gov

Stanton C. McManus on behalf of Interested Party United States
stanton.c.mcmanus@usdoj.gov

Dennis A. Meloro on behalf of Interested Party Pateno Payments, Inc.
melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-
3182@ecf.pacerpro.com

Evelyn J. Meltzer on behalf of Interested Party Paradigm Operations LP
Evelyn.Meltzer@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Layla Milligan on behalf of Interested Party Texas Dept. of Banking
layla.milligan@oag.texas.gov

Layla Milligan on behalf of Interested Party Texas State Securities Board
layla.milligan@oag.texas.gov

Mark Minuti on behalf of Creditor Pyth Data Association
mark.minuti@saul.com, robyn.warren@saul.com

Eric J. Monzo on behalf of Defendant Laurence Beal
emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Michael Morris on behalf of Interested Party State of Wisconsin Dep't of Financial Institutions
Morrismd@doj.state.wi.us, radkeke@doj.state.wi.us

Lucian Borders Murley on behalf of Defendant AAVCF3 LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Carol H. Duggan Revocable Living Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Fairchild Fund III, LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Fund I, a series of 20VC, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Harland Group LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Kick the Hive LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Motivate Ventures QP Fund I, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Operator Partners, LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Peter T. Lawler Living Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant PruVen Capital Partners Fund I, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant S20, a series of Chris Golda Investments, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant SWS Holding Company, LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Silverstone Venture Investments Limited
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund,
III, LP
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant The Gardner 2008 Living Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Thomas G. Miglis Revocable Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant TriplePoint Private Venture Credit Inc.
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant TriplePoint Venture Lending Fund, LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant TriplePoint Ventures 5 LLC
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant William Hockey Living Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Z Perret Trust
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Aaron Frank
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Benjamin Londergan
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Brandon Mann
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Brent Johnson
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Christopher Harper
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Christopher Young
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Clayton Gardner
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant David Meents
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Dena Wever
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Derek Clark
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant James Nichols
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Joe Percoco
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant John Dwyer
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Jonathan Duarte
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Jonathan Weiner
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Joshua Allen Slate
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Justin Lovero
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Kiara Baudoin
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Matthew Lyon
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Michael Ferrari
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Michael Giles
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Monique Saugstad
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Paul Akhil
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Philippe Jabre
luke.murley@saul.com, robyn.warren@saul.com

Lucian Borders Murley on behalf of Defendant Stephen Harper
luke.murley@saul.com, robyn.warren@saul.com

Isaac Nesser on behalf of Debtor FTX Trading Ltd.
isaacnesser@quinnemanuel.com

Anh Nguyen on behalf of Creditor Cloudflare, Inc.
anh.nguyen@lewisbrisbois.com

Daniel A. O'Brien on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading
Ltd. et al.
daobrien@venable.com

Daniel A. O'Brien on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
daobrien@venable.com

Daniel A. O'Brien on behalf of Interested Party Digital Augean, LLC
daobrien@venable.com

Daniel A. O'Brien on behalf of Interested Party OKC USA Holding Inc.
daobrien@venable.com

Daniel A. O'Brien on behalf of Interested Party Okcoin USA, Inc.
daobrien@venable.com

Aram Ordubegian on behalf of Interested Party BH Trading Ltd.
Aram.Ordubegian@afslaw.com, nicholas.marten@arentfox.com

Aram Ordubegian on behalf of Interested Party Grant Kim
Aram.Ordubegian@afslaw.com, nicholas.marten@arentfox.com

Aram Ordubegian on behalf of Interested Party Peter Kim
Aram.Ordubegian@afslaw.com, nicholas.marten@arentfox.com

Tara C Pakrouh on behalf of Defendant Laurence Beal
tpakrouh@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Ricardo Palacio, Esq on behalf of Interested Party BitGo Trust Company, Inc.
rpalacio@ashby-geddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com

Nicholas Alexander Pasalides on behalf of Creditor Chainalysis Inc.
npasalides@eckertseamans.com

Amy Patterson on behalf of Interested Party Georgia Department of Banking and Finance
apatterson@law.ga.gov

Norman L. Pernick on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity
Fund, L.P.
npernick@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com;jford@coleschotz.c
om;lmorton@coleschotz.com

Louis Phillips on behalf of Creditor Word of God Fellowship, Inc.
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Matthew R Pierce on behalf of Debtor FTX Crypto Services Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX EU Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Japan K.K.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Property Holdings Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Structured Products AG
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Switzerland GmbH
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Trading GmbH
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Trading Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX US Services, Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX US Trading, Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Ventures Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor FTX Zuma Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor GG Trading Terminal Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Global Compass Dynamics Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Good Luck Games, LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Goodman Investments Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Hannam Group Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Hawaii Digital Assets Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Hilltop Technology Services LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Hive Empire Trading Pty Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Innovatia Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Island Bay Ventures Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Killarney Lake Investments Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LT Baskets Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Ledger Holdings Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Fund, LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime Bitcoin Yield Enhancement Master Fund LP
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime Digital Asset Opportunities Fund, LLC

Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime Digital Asset Opportunities Master Fund LP
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LedgerPrime Ventures, LP
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Liquid Financial USA Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Liquid Securities Singapore Pte Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor LiquidEX LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Maclaurin Investments Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Mangrove Cay Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor North Dimension Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor North Dimension Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor North Wireless Dimension Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Paper Bird Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Pioneer Street Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Quoine India Pte Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Quoine Pte Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Quoine Vietnam Co. Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Strategy Ark Collective Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Technology Services Bahamas Limited
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Verdant Canyon Capital LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor West Innovative Barista Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor West Realm Shires Financial Services Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor West Realm Shires Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor West Realm Shires Services Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Western Concord Enterprises Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Debtor Zubr Exchange Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Defendant FTX Digital Markets Ltd
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Defendant FTX Trading Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Interested Party FTX Trading Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff Alameda Research LLC
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff Alameda Research LTD
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff Alameda Research Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff FTX Trading Ltd.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff West Realm Shires Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff West Realm Shires Services Inc
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff West Realm Shires Services, Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Matthew R Pierce on behalf of Plaintiff West Realm Shires, Inc.
Pierce@lrclaw.com, Rogers@lrclaw.com;Ramirez@lrclaw.com;Huynh@lrclaw.com

Thomas A. Pitta on behalf of Creditor Cadian Group Co.
tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com

Robert F. Poppiti, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
bankfilings@ycst.com

Robert F. Poppiti, Jr. on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter
11 Cases of FTX Trading Ltd. and Its Affiliated Debtors
rpoppiti@ycst.com

Robert F. Poppiti, Jr. on behalf of Intervenor Official Committee of Unsecured Creditors
bankfilings@ycst.com

Joshua K. Porter on behalf of Plaintiff Austin Onusz
jporter@entwistle-law.com

Joshua K. Porter on behalf of Plaintiff Cedric Kees van Putten
jporter@entwistle-law.com

Joshua K. Porter on behalf of Plaintiff Hamad Dar
jporter@entwistle-law.com

Joshua K. Porter on behalf of Plaintiff Nicholas Marshall
jporter@entwistle-law.com

David P. Primack on behalf of Creditor New Jersey Bureau of Securities
dprimack@mdmc-law.com, scarney@mdmc-law.com;cwhitten@mdmc-law.com

David T Queroli on behalf of Defendant FTX Digital Markets Ltd
Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli on behalf of Defendant Brian C. Simms
Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli on behalf of Defendant Kevin G. Cambridge
Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli on behalf of Defendant Peter Greaves
Queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David T Queroli on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
queroli@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

John Reding on behalf of Attorney Illinois Department of Financial & Professional Regulation
john.reding@ilag.gov

Reliable Companies
gmatthews@reliable-co.com

Tori Lynn Remington on behalf of Interested Party BlockFi Inc. and affiliates
tori.remington@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com

Colin R. Robinson on behalf of Interested Party D1 Ventures
crobinson@pszjlaw.com

Jennifer Rood on behalf of Creditor VT Department of Financial Regulation
jennifer.rood@vermont.gov

Frederick B. Rosner on behalf of Defendant Adam Boryenace
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Craig Shindledecker
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Lindsey Boerner
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Mike McGee
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Stanton Camp
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Tana Lawler
rosner@teamrosner.com

Frederick B. Rosner on behalf of Defendant Tim Millar
rosner@teamrosner.com

Andrew John Roth-Moore on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity Fund, L.P.
aroth-moore@coleschotz.com,
pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Abigail Rushing Ryan on behalf of Interested Party Texas Dept. of Banking
abigail.ryan@oag.texas.gov

Abigail Rushing Ryan on behalf of Interested Party Texas State Securities Board
abigail.ryan@oag.texas.gov

Jeffrey S. Sabin on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd. et al.
JSSabin@Venable.com

Jeffrey S. Sabin on behalf of Interested Party Digital Augean, LLC
JSSabin@Venable.com

Anthony M. Saccullo on behalf of Creditor Celsius Network LLC
ams@saccullolegal.com

Christopher M. Samis on behalf of Interested Party Kingdon Capital Ventures VII, LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com

Juliet M. Sarkessian on behalf of U.S. Trustee U.S. Trustee
juliet.m.sarkessian@usdoj.gov

Juliet M. Sarkessian on behalf of U.S. Trustee U.S. Trustee
juliet.m.sarkessian@usdoj.gov

Brendan Joseph Schlauch on behalf of Defendant FTX Digital Markets Ltd
schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch on behalf of Defendant Brian C. Simms
schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch on behalf of Defendant Kevin G. Cambridge
schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch on behalf of Defendant Peter Greaves
schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Brendan Joseph Schlauch on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Douglas Schneller on behalf of Creditor Contrarian Funds, LLC
douglas.schneller@rimonlaw.com

Eric D. Schwartz on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
eschwartz@mnat.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Eric D. Schwartz on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
eschwartz@mnat.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Lisa M. Schweitzer on behalf of Interested Party M 7 Holdings, LLC

lschweitzer@cgsh.com, maofiling@cgsh.com

Seth B. Shapiro on behalf of Interested Party United States
seth.shapiro@usdoj.gov

Jennifer R Sharret on behalf of Interested Party FTI Consulting Inc.
jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

John Christopher Shore on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets
Ltd. (In Provisional Liquidation)
cshore@whitecase.com,
caverch@whitecase.com;gsedlik@whitecase.com;jdisanti@whitecase.com;mco@whitecase.com;rgorsich@
whitecase.com;hannah.lee@whitecase.com

Peter A. Siddiqui on behalf of Creditor Pyth Data Association
peter.siddiqui@katten.com

Michael J. Small on behalf of Creditor Mercedes-Benz Grand Prix Limited
msmall@foley.com

Martin A. Sosland on behalf of Creditor Evolve Bank & Trust
Martin.Sosland@butlersnow.com,
ecf.notices@butlersnow.com,velvet.johnson@butlersnow.com,vj.barham@butlersnow.com

Cullen Drescher Speckhart on behalf of Defendant AAVCF3 LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Carol H. Duggan Revocable Living Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Fairchild Fund III, LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Fund I, a series of 20VC, LP
cspeckhart@cooley.com, efiling-

41

notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Harland Group LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family
Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Kick the Hive LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Motivate Ventures QP Fund I, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Operator Partners, LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Peter T. Lawler Living Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant PruVen Capital Partners Fund I, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant S20, a series of Chris Golda Investments, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant SWS Holding Company, LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Silverstone Venture Investments Limited
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital
Fund, III, LP
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant The Gardner 2008 Living Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Thomas G. Miglis Revocable Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant TriplePoint Private Venture Credit Inc.
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant TriplePoint Venture Lending Fund, LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant TriplePoint Ventures 5 LLC
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant William Hockey Living Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance
Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Z Perret Trust
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Aaron Frank
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Benjamin Londergan
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Brandon Mann
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Brent Johnson
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Christopher Harper
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Christopher Young
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Clayton Gardner
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant David Meents
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Dena Wever
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Derek Clark
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant James Nichols
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Joe Percoco
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant John Dwyer
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Jonathan Duarte
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Jonathan Weiner

cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Joshua Allen Slate
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Justin Lovero
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Kiara Baudoin
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Matthew Lyon
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Michael Ferrari
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Michael Giles
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Monique Saugstad
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Paul Akhil
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Philippe Jabre
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Cullen Drescher Speckhart on behalf of Defendant Stephen Harper
cspeckhart@cooley.com, efiling-
notice@ecf.pacerpro.com;ebolton@cooley.com;oantle@cooley.com;efilingnotice@cooley.com

Benjamin Joseph Steele on behalf of Claims Agent Kroll Restructuring Administration LLC
ecf@primeclerk.com

Alexander Steiger on behalf of Defendant FTX Digital Markets Ltd
steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger on behalf of Defendant Brian C. Simms

45

steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger on behalf of Defendant Kevin G. Cambridge
steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alexander Steiger on behalf of Defendant Peter Greaves
steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Sabrina L. Streusand on behalf of Creditor Cloudflare, Inc.
streusand@slollp.com, prentice@slollp.com

William D. Sullivan on behalf of Creditor Word of God Fellowship, Inc.
wdsecfnotices@sha-llc.com

Eric M. Sutty on behalf of Creditor Miami-Dade County, Florida
esutty@atllp.com, mmillis@atllp.com

Gregory A. Taylor on behalf of Creditor Mercedes-Benz Grand Prix Limited
gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com

Paige Noelle Topper on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
ptopper@morrisnichols.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Paige Noelle Topper on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
ptopper@mnat.com, brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

KatieLynn B Townsend on behalf of Interested Party Bloomberg L.P.
ktownsend@rcfp.org

KatieLynn B Townsend on behalf of Interested Party Dow Jones & Company, Inc.
ktownsend@rcfp.org

KatieLynn B Townsend on behalf of Interested Party The Financial Times Ltd.
ktownsend@rcfp.org

KatieLynn B Townsend on behalf of Interested Party The New York Times Company
ktownsend@rcfp.org

Scott M Tucker on behalf of Interested Party Austin Onusz
smt@chimicles.com

Scott M Tucker on behalf of Interested Party Cedric van Putten
smt@chimicles.com

Scott M Tucker on behalf of Interested Party Hamad Dar
smt@chimicles.com

Scott M Tucker on behalf of Interested Party Nicholas Marshall
smt@chimicles.com

Scott M Tucker on behalf of Plaintiff Austin Onusz
smt@chimicles.com

Scott M Tucker on behalf of Plaintiff Cedric Kees van Putten
smt@chimicles.com

Scott M Tucker on behalf of Plaintiff Hamad Dar
smt@chimicles.com

Scott M Tucker on behalf of Plaintiff Nicholas Marshall
smt@chimicles.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

Jane VanLare on behalf of Interested Party BitGo Trust Company, Inc.
jvanlare@cgsh.com, maofiling@cgsh.com

Morris D. Weiss on behalf of Interested Party Charles Mason
Morris.Weiss@wallerlaw.com

Morris D. Weiss on behalf of Interested Party Peter Lau
Morris.Weiss@wallerlaw.com

Jonathan Michael Weyand on behalf of Interested Party Ad Hoc Committee of Non-US Customers of
FTX.com
jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Jonathan Michael Weyand on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-
0804@ecf.pacerpro.com

Martin B. White on behalf of Interested Party Commodity Futures Trading Commission
mwhite@cftc.gov

Christopher K.S. Wong on behalf of Interested Party BH Trading Ltd.
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Interested Party Grant Kim
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Christopher K.S. Wong on behalf of Interested Party Peter Kim
christopher.wong@arentfox.com, yvonne.li@arentfox.com

Rongping Wu on behalf of Interested Party DAG Holdings Limited

lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Ben Li
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Chris Curl Lee
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Haici Gao
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Hongcheng Huang
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Hongyuan Zhai
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Huayang Zhou
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Jingkuan Hou
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Jyunyu Chen
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Ke Wang
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Lingling Li
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Lu Yu
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Qilin Chen
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Shupei Chen
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Simin Jiang
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Siyuan Yan
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Tianqi Huang
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Weiyang Zhou
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Wenchao Tan
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Xiao Li
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Yan Tang
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Yijian Feng
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Rongping Wu on behalf of Interested Party Yingkai Xu
lwu@dgwllp.com, dgwllpecf@ecf.courtdrive.com

Celine E. de la Foscade-Condon on behalf of Creditor Massachusetts Department of Revenue
delafoscac@dor.state.ma.us

22-11068-JTD Notice will not be electronically mailed to:

3Commas Technologies OU
,

Anthony P Alden on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017

K. McKenzie Anderson on behalf of Debtor FTX Trading Ltd.
51 Madison Avenue
22nd Floor
New York, NY 10010

Michael D. Anderson on behalf of Creditor Word of God Fellowship, Inc.
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Eric T. Andrews on behalf of Defendant Brian C. Simms
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Eric T. Andrews on behalf of Defendant Kevin G. Cambridge
SULLIVAN & CROMWELL LLP
125 Broad Street

New York, NY 10004

Eric T. Andrews on behalf of Defendant Peter Greaves
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Richard D. Anigian on behalf of Interested Party BlockFi Inc and affiliates
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

Richard D. Anigian on behalf of Interested Party BlockFi Inc. and affiliates
Haynes & Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

Darren Azman on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017-3852

BC Racing, LLC
C/o Juliana Leite, Esq
950 Brickell Bay Dr #3906
Miami, FL 33131

James E. Bailey III on behalf of Creditor Evolve Bank & Trust
Butler Snow LLP
Crescent Center, Suite 500
6075 Poplar Avenue, PO BOX 171443
Memphis, TN 38187

Brett Bakemeyer on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Benjamin S Beller on behalf of Debtor FTX Trading Ltd.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Benjamin S Beller on behalf of Plaintiff Alameda Research Ltd.
Sullivan & Cromwell LLP
125 Broad Street

New York, NY 10004

Jeffrey Bernstein on behalf of Creditor New Jersey Bureau of Securities
MCELROY, DEUTSCH, MULVANEY & CARPENTER,
570 Broad Street
Suite 1401
Newark, NJ 07102-4560

Erin E. Broderick on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 600
Chicago, IL 60606

Erin E. Broderick on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
227 West Monroe Street, Suite 600
Chicago, IL 60606

James L. Bromley on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

James L. Bromley on behalf of Interested Party FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

James L. Bromley on behalf of Interested Party Brian C. Simms
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

James L. Bromley on behalf of Interested Party Kevin G. Cambridge
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

James L. Bromley on behalf of Interested Party Peter Greaves
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

James L. Bromley on behalf of Plaintiff Alameda Research LLC
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

William A. Burck on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP

51

51 Madison Avenue
22nd Floor
New York, NY 10010

John J. Calandra on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017-3852

Frederick Chang on behalf of Creditor Bastion Worldwide Limited
RIMON, P.C.
506 2nd Avenue
Suite 1400
Seattle, WA 98104

Ashley Rona Chase on behalf of Interested Party Brian C. Simms
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Ashley Rona Chase on behalf of Interested Party Kevin G. Cambridge
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Ashley Rona Chase on behalf of Interested Party Peter Greaves
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Cherokee Acquisition
1384 Broadway
Suite 906
New York, NY 10018

Cherokee Acquisitions
1384 Broadway
Suite 906
New York, NY 10018

Jacquelyn H. Choi on behalf of Creditor Bastion Worldwide Limited
Rimon, P.C.
2029 Century Park East
Suite 400N
Los Angeles, CA 90067

Brent R. Cohen on behalf of Defendant Adam Boryenace
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000

Denver, CO 80202

Brent R. Cohen on behalf of Defendant Craig Shindledecker
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Brent R. Cohen on behalf of Defendant Lindsey Boerner
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Brent R. Cohen on behalf of Defendant Mike McGee
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Brent R. Cohen on behalf of Defendant Stanton Camp
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Brent R. Cohen on behalf of Defendant Tana Lawler
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Brent R. Cohen on behalf of Defendant Tim Millar
Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202

Jacob M. Croke on behalf of Debtor FTX Trading Ltd.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Ileana Cruz on behalf of Creditor Miami-Dade County, Florida
Miami-Dade County Attorney's Office
111 N.W. 1st Street
Suite 2810
Stephen P Clark Center
Miami, FL 33128-1993

Andrew J. Currie on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd.
et al.
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Andrew J. Currie on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
VENABLE LLP
600 Massachusetts Avenue
NW
Washington, DC 20001

Andrew J. Currie on behalf of Interested Party Digital Augean, LLC
VENABLE LLP
600 Massachusetts Avenue
NW
New York, NY 10020

Andrew J. Currie on behalf of Interested Party OKC USA Holding Inc.
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Andrew J. Currie on behalf of Interested Party Okcoin USA, Inc.
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Brian Davidoff on behalf of Creditor North America League of Legends Championship Series, LLC
Greenberg Glusker Fields Claman et al.
2049 Century Park East, Suite 2600
Los Angeles, CA 90067-4590

Caroline Diaz on behalf of Creditor Committee Official Committee of Unsecured Creditors
PAUL HASTINGS LLP
200 Park Avenue
NEW YORK, NY 10166

Joshua Dorchak on behalf of Debtor Emergent Fidelity Technologies Ltd.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Joshua Dorchak on behalf of Interested Party Emergent Fidelity Technologies Ltd.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Joshua Dorchak on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Christopher J Dunne on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP

125 Broad Street
New York, NY 10004

Kenneth H. Eckstein on behalf of Creditor Committee Official Committee of Unsecured Creditors
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Stephen Ehrenberg on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Philip H. Ehrlich on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LP
114 Avenue of the Americas
New York, NY 10036

Philip H. Ehrlich on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LP
114 Avenue of the Americas
New York, NY 10036

Joseph B. Evans on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S.
Bankruptcy Court for the Southern District of New York)
McDermott Will & Emery LLP
1 Vanderbilt Avenue
New York, NY 10017

Mark Franke on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Daniel Friedberg on behalf of Creditor Daniel Friedberg
1133 Bigelow Avenue North
Seattle, WA 98109

Nicole Friedlander on behalf of Debtor FTX Trading Ltd.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Sean P. Fulton on behalf of Defendant Brian C. Simms
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Sean P. Fulton on behalf of Defendant Kevin G. Cambridge

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Sean P. Fulton on behalf of Defendant Peter Greaves
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

David Gerardi on behalf of U.S. Trustee U.S. Trustee
Office of the United States Trustee
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

Erez Gilad on behalf of Creditor Committee Official Committee of Unsecured Creditors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Erez Gilad on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases
of FTX Trading Ltd. and Its Affiliated Debtors
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Brian D. Glueckstein on behalf of Debtor FTX Trading Ltd.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Defendant Brian C. Simms
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Defendant Kevin G. Cambridge
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Defendant Peter Greaves
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Interested Party FTX Trading Ltd.
Sullivan & Cromwell LLP
125 Broad Street

New York, NY 10004

Brian D. Glueckstein on behalf of Interested Party Brian C. Simms
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Interested Party Kevin G. Cambridge
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Interested Party Peter Greaves
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Brian D. Glueckstein on behalf of Plaintiff Alameda Research LLC
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Michael C. Godbe on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity
Fund, L.P.
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Eduardo W. Gonzalez on behalf of Creditor Miami-Dade County, Florida
Miami-Dade County, Florida
111 N.W. First St.
Suite 2810
Miami, FL 33128

John C Goodchild on behalf of Debtor Emergent Fidelity Technologies Ltd.
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

John C Goodchild on behalf of Interested Party Emergent Fidelity Technologies Ltd.
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

John C Goodchild on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies
Ltd
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

Andrea L. Gordon on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001

Andrea L. Gordon on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC

Brandon M. Hammer on behalf of Interested Party BitGo Trust Company, Inc.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Kristopher M. Hansen on behalf of Creditor Committee Official Committee of Unsecured Creditors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kristopher M. Hansen on behalf of Interested Party Official Committee of Unsecured Creditors in the
Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Zachary W.H. Hearn on behalf of Defendant Brian C. Simms
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Zachary W.H. Hearn on behalf of Defendant Kevin G. Cambridge
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Zachary W.H. Hearn on behalf of Defendant Peter Greaves
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Paul N. Heath on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In
Provisional Liquidation)
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Robert Campbell Hillyer on behalf of Creditor Evolve Bank & Trust
Butler Snow LLP

Crescent Center, Suite 500
6075 Poplar Avenue
PO BOX 171443
Memphis, TN 38187

Lynn Holbert on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

Lynn Holbert on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

Steven L. Holley on behalf of Debtor FTX Trading Ltd.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Peter A. Ivanick on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

Peter A. Ivanick on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
1114 Avenue of the Americas
New York, NY 10036

Charles M. Jones, II on behalf of Interested Party BlockFi Inc and affiliates
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

Charles M. Jones, II on behalf of Interested Party BlockFi Inc. and affiliates
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

Maris J. Kandestin on behalf of Defendant Voyager Digital, LLC
McDermott Will & Emery LLP
The Nemours Building
1007 North Orange Street
10th Floor
Wilmington, DE 19801

Teddy M. Kapur on behalf of Interested Party D1 Ventures

Pachulski, Stang Ziehl and Jones LLP
10100 Santa Monica Blvd. #1100
13th Floor
Los Angeles, CA 90067- 4003

Brian D. Koosed on behalf of Defendant Alumni Ventures Group - Embedded Financial Technologies Trust
A
K&L Gates LLP
1601 K Street NW
Washington, DC 20006-1600

Brian D. Koosed on behalf of Defendant Alumni Ventures Group Embedded Trust
K&L Gates LLP
1601 K Street NW
Washington, DC 20006-1600

M. Natasha Labovitz on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity
Fund, L.P.
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Matthew A. Lafferman on behalf of Interested Party Terraform Labs PTE Ltd.
Dentons
1900 K Street NW
Washington, DC 20006

Thomas E. Lauria on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd.
(In Provisional Liquidation)
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Melissa J. Lee on behalf of Creditor Philadelphia Indemnity Insurance Company
Manier Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213

Katherine A. Lemire on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Sidney P. Levinson on behalf of Interested Party Paradigm Operations LP
DEBEVOISE & PLIMPTON LLP
66 Hudson Blulevard
New York, NY 10001

Anthony J. Lewis on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067

Stacy A Lutkus on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S.
Bankruptcy Court for the Southern District of New York)
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017

James M. McDonald on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Matthew B. McGuire on behalf of Defendant Brian C. Simms
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

Matthew B. McGuire on behalf of Defendant Kevin G. Cambridge
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

Matthew B. McGuire on behalf of Defendant Peter Greaves
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

Matthew B. McGuire on behalf of Plaintiff Alameda Research LLC
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19899

Frank Merola on behalf of Creditor Committee Official Committee of Unsecured Creditors
Paul Hastings LLP
1999 Avenue of the Starts
27th Floor
Center City, CA 90067

Jeremy D. Mishkin on behalf of Defendant Sam Bankman-Fried
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street

21st Floor
Philadelphia, PA 19103-7505

Edward Moncada
c/o Waller Lansden Dortch & Davis, LLP
100 Congress Avenue
l 81h Floor
Attn: Morris D. Weiss
Austin, TX 78701

Michael R. Morano on behalf of Creditor Philadelphia Indemnity Insurance Company
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Ave.
PO Box 2075
Morristown, NJ 07962

Peter G. Neiman on behalf of Defendant Caroline Ellison
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Nifty Island LLC
,

Park Walk Credit Partners LLC
,

Kenneth Pasquale on behalf of Creditor Committee Official Committee of Unsecured Creditors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Defendant Brian C. Simms
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Defendant Kevin G. Cambridge
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Defendant Peter Greaves
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11
Cases of FTX Trading Ltd. and Its Affiliated Debtors

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Interested Party Brian C. Simms
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Interested Party Kevin G. Cambridge
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Kenneth Pasquale on behalf of Interested Party Peter Greaves
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Sarah E. Paul on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
114 Avenue of the Americas
New York, NY 10036

Sarah E. Paul on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Eversheds Sutherland (US) LLP
114 Avenue of the Americas
New York, NY 10036

Steven R. Peikin on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Arie Peled on behalf of Interested Party Digital Augean, LLC
Venable LLP
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020

Arie A. Peled on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Arie A. Peled on behalf of Interested Party OKC USA Holding Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Arie A. Peled on behalf of Interested Party Okcoin USA, Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Brian D. Pfeiffer on behalf of Interested Party Joint Provisional Liquidators of FTX Digital Markets Ltd. (In Provisional Liquidation)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

Matthew R. Pierce on behalf of Debtor FTX Trading Ltd.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Matthew R. Pierce on behalf of Plaintiff Alameda Research LLC
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Caroline Pignatelli on behalf of Defendant AAVCF3 LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Carol H. Duggan Revocable Living Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Fairchild Fund III, LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Fund I, a series of 20VC, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Harland Group LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Kick the Hive LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Motivate Ventures QP Fund I, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Operator Partners, LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Peter T. Lawler Living Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant PruVen Capital Partners Fund I, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant S20, a series of Chris Golda Investments, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant SWS Holding Company, LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Silverstone Venture Investments Limited
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund, III, LP
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant The Gardner 2008 Living Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Thomas G. Miglis Revocable Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant TriplePoint Private Venture Credit Inc.
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant TriplePoint Venture Lending Fund, LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant TriplePoint Ventures 5 LLC
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant William Hockey Living Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Z Perret Trust
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Aaron Frank
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Benjamin Londergan
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Brandon Mann
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Brent Johnson
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Christopher Harper
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Christopher Young
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Clayton Gardner
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant David Meents
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Dena Wever
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Derek Clark
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant James Nichols
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Joe Percoco
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant John Dwyer
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Jonathan Duarte
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Jonathan Weiner
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Joshua Allen Slate
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Justin Lovero
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Kiara Baudoin
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Matthew Lyon
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Michael Ferrari
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Michael Giles
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Monique Saugstad
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Paul Akhil
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Philippe Jabre
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Caroline Pignatelli on behalf of Defendant Stephen Harper
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157

Jeffrey S Price on behalf of Creditor Philadelphia Indemnity Insurance Company
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900

Nashville, TN 37213

Sascha Rand on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Sascha Rand on behalf of Defendant Brian C. Simms
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Sascha Rand on behalf of Defendant Kevin G. Cambridge
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Sascha Rand on behalf of Defendant Peter Greaves
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Redacted
,

Erica Richards on behalf of Defendant AAVCF3 LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Carol H. Duggan Revocable Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Fairchild Fund III, LLC

Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Fund I, a series of 20VC, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Harland Group LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Kick the Hive LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Motivate Ventures QP Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Operator Partners, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Peter T. Lawler Living Trust

Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant PruVen Capital Partners Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant S20, a series of Chris Golda Investments, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant SWS Holding Company, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Silverstone Venture Investments Limited
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund, III, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant The Gardner 2008 Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Thomas G. Miglis Revocable Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant TriplePoint Private Venture Credit Inc.
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant TriplePoint Venture Lending Fund, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant TriplePoint Ventures 5 LLC

Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant William Hockey Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157

Erica Richards on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Z Perret Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Aaron Frank
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Benjamin Londergan
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Brandon Mann
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Brent Johnson
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Christopher Harper
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Christopher Young

Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Clayton Gardner
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant David Meents
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Dena Wever
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Derek Clark
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant James Nichols
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Joe Percoco
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant John Dwyer
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Jonathan Duarte
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Jonathan Weiner
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Joshua Allen Slate

Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Justin Lovero
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Kiara Baudoin
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Matthew Lyon
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Michael Ferrari
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Michael Giles
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Monique Saugstad
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Paul Akhil
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Philippe Jabre
Cooley LLP
55 Hudson Yards
New York, NY 10001

Erica Richards on behalf of Defendant Stephen Harper
Cooley LLP
55 Hudson Yards
New York, NY 10001

Elizabeth Rodd on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S.

Bankruptcy Court for the Southern District of New York)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017-3852

Elizabeth A. Rodd on behalf of Interested Party Plan Administrator in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)
McDERMOTT WILL & EMERY LLP
200 Clarendon Street
Boston, MA 02116

Jason H. Rosell on behalf of Interested Party D1 Ventures
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
Suite 3430
San Francisco, CA 94104

Samantha Ruppenthal on behalf of Creditor Mercedes-Benz Grand Prix Limited
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

SB Min.
,

Jeffrey S. Sabin on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Jeffrey S. Sabin on behalf of Interested Party OKC USA Holding Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Jeffrey S. Sabin on behalf of Interested Party Okcoin USA, Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Gabriel Sasson on behalf of Creditor Committee Official Committee of Unsecured Creditors
200 Park Avenue
New York, NY 10166

Gabriel Sasson on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11 Cases of FTX Trading Ltd. and Its Affiliated Debtors
PAUL HASTINGS LLP

200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Creditor Committee Official Committee of Unsecured Creditors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Defendant Brian C. Simms
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Defendant Kevin G. Cambridge
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Defendant Peter Greaves
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Interested Party Official Committee of Unsecured Creditors in the Chapter 11
Cases of FTX Trading Ltd. and Its Affiliated Debtors
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Interested Party Brian C. Simms
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Interested Party Kevin G. Cambridge
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Isaac Sasson on behalf of Interested Party Peter Greaves
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

Matthew Scheck on behalf of Defendant Brian C. Simms
Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Matthew Scheck on behalf of Defendant Kevin G. Cambridge

Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Matthew Scheck on behalf of Defendant Peter Greaves
Quinn Emanuel Urquhart Oliver & Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Matthew R. Schieck on behalf of Debtor FTX Trading Ltd.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street
Suite 2010
Austin, TX 78701

Frederick E. Schmidt, Jr. on behalf of Interested Party BH Trading Ltd.
Cozen O'Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007

Frederick E. Schmidt, Jr. on behalf of Interested Party Grant Kim
Cozen O'Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007

Frederick E. Schmidt, Jr. on behalf of Interested Party Peter Kim
Cozen O'Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007

William R. Sears on behalf of Debtor FTX Trading Ltd.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

K. John Shaffer on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Mark D. Sherrill on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
Sutherland Asbill & Brennan LLP
1001 Fannin Street
Suite 3700
Houston, TX 77002

Mark D. Sherrill on behalf of Plaintiff Ad Hoc Committee of Non-US Customers of FTX.com
Sutherland Asbill & Brennan LLP
1001 Fannin Street
Suite 3700
Houston, TX 77002

David K. Shim on behalf of Debtor Emergent Fidelity Technologies Ltd.
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103

David K. Shim on behalf of Interested Party Emergent Fidelity Technologies Ltd.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

David K. Shim on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies Ltd
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178

Brian Singleterry on behalf of Interested Party BlockFi Inc. and affiliates
HAYNES and BOONE, LLP
301 Commerce Street
Suite 2600
Fort Worth, TX 76102

Xochitl S. Strohbehn on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Xochitl S. Strohbehn on behalf of Interested Party Digital Augean, LLC
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

Xochitl S. Strohbehn on behalf of Interested Party OKC USA Holding Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Xochitl S. Strohbehn on behalf of Interested Party Okcoin USA, Inc.
VENABLE LLP
151 West 42nd St.
48th Floor

New York, NY 10036

Leslie Stuart
PO BOX N1671
Nassau, Bahamas,

Svalbard Holdings Limited
,

Judith Swartz on behalf of Creditor Cadian Group Co.
Emmet, Marvin & Martin, LLP
120 Broadway
32nd Floor
New York, NY 10271

Treschow-Fritze AS
,

Ethan Trotz on behalf of Creditor Pyth Data Association
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Voyager Digital Holdings, Inc.
,

Voyager Digital Ltd.
,

Voyager Digital, LLC and affiliates
,

Robert B. Wasserman on behalf of Interested Party Commodity Futures Trading Commission
U.S. Commodity Futures Trading Commissio
1155 21st Street NW
Washington, DC 20581

Carol A. Weiner on behalf of Creditor Ad Hoc Committee of Customers and Creditors of FTX Trading Ltd.
et al.
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

Carol A. Weiner on behalf of Interested Party Aux Cayes FinTech Co. Ltd.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Carol A. Weiner on behalf of Interested Party Digital Augean, LLC
Venable LLP
1270 Avenue of the Americas
24th Floor
New York, NY 10020

Carol A. Weiner on behalf of Interested Party OKC USA Holding Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

Carol A. Weiner on behalf of Interested Party Okcoin USA, Inc.
VENABLE LLP
151 West 42nd St.
48th Floor
New York, NY 10036

David A. Wender on behalf of Interested Party Ad Hoc Committee of Non-US Customers of FTX.com
EVERSHEDS SUTHERLAND
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309-3996

Nicholas Werle on behalf of Defendant Caroline Ellison
Wilmer Cutler Pickering Hale and Dorr LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Stephanie G. Wheeler on behalf of Debtor FTX Trading Ltd.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Hilary M Williams on behalf of Debtor FTX Trading Ltd.
Sullivan &Cromwell LLP
125 Broad Street
Newyork, NY 10004

Scott C. Williams on behalf of Creditor Philadelphia Indemnity Insurance Company
Manier & Herod, P.C.
1201 Demonbreun Street
Suite 900
Nashville, TN 37213

Craig A. Wolfe on behalf of Debtor Emergent Fidelity Technologies Ltd.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600

Adrienne Woods, Esqui on behalf of Attorney FTX1 SPV Ltd
Weinberg Zareh Malkin Price LLP
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

Elie J. Worenklein on behalf of Creditor Lightspeed Strategic Partners I L.P. and Lightspeed Opportunity
Fund, L.P.
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001

Aric H. Wu on behalf of Defendant AAVCF3 LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Carol H. Duggan Revocable Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Cathexis Subsidiaries GP, LLC, Cathexis Ventures LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant EM Fund I, a series of Chris Golda Investments, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Fairchild Fund III, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Fund 1, a Series of Not Boring Capital, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Fund I, a series of 20VC, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Harland Group LLC
Cooley LLP
55 Hudson Yards

New York, NY 10001

Aric H. Wu on behalf of Defendant KV5 Pty Ltd a/t/f KV5 Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Kerr Investment Holdings Pty Ltd atf The Kerr Family Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Kick the Hive LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Motivate Ventures Motivate Ventures Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Motivate Ventures QP Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Operator Partners, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Peter T. Lawler Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant PruVen Capital Partners Fund I, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant S20, a series of Chris Golda Investments, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant SWS Holding Company, LLC
Cooley LLP
55 Hudson Yards

New York, NY 10001

Aric H. Wu on behalf of Defendant Silverstone Venture Investments Limited
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Soma Capital Fund III Partners LLC SOMA Capital Fund, III, LP
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant The Gardner 2008 Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Thomas G. Miglis Revocable Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant TriplePoint Private Venture Credit Inc.
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant TriplePoint Venture Lending Fund, LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant TriplePoint Ventures 5 LLC
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant VentureSouq Capital SPC o/b/o VSQ SP 59 (YCS20)
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant William Hockey Living Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157

Aric H. Wu on behalf of Defendant Yaselleraph Finance Pty Ltd atf Yaselleraph Finance Trust
Cooley LLP
55 Hudson Yards

New York, NY 10001

Aric H. Wu on behalf of Defendant Z Perret Trust
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Aaron Frank
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Benjamin Londergan
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Brandon Mann
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Brent Johnson
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Christopher Harper
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Christopher Young
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Clayton Gardner
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant David Meents
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Dena Wever
Cooley LLP
55 Hudson Yards

New York, NY 10001

Aric H. Wu on behalf of Defendant Derek Clark
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant James Nichols
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Joe Percoco
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant John Dwyer
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Jonathan Duarte
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Jonathan Weiner
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Joshua Allen Slate
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Justin Lovero
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Kiara Baudoin
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Matthew Lyon
Cooley LLP
55 Hudson Yards

New York, NY 10001

Aric H. Wu on behalf of Defendant Michael Ferrari
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Michael Giles
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Monique Saugstad
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Paul Akhil
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Philippe Jabre
Cooley LLP
55 Hudson Yards
New York, NY 10001

Aric H. Wu on behalf of Defendant Stephen Harper
Cooley LLP
55 Hudson Yards
New York, NY 10001

XCLAIM Inc.
Xclaim
2261 Market Street #4385
San Francisco, CA 94114

Patrick Yarborough on behalf of Creditor Warren Winter
Foster Yarborough PLLC
917 Franklin Street
Suite 220
Houston, TX 77002

Justine Young on behalf of Debtor FTX Trading Ltd.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

Jason Zakia on behalf of Interested Party Brian C. Simms

White & Case LLP
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606

Jason N. Zakia on behalf of Interested Party Kevin G. Cambridge
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606

Jason N. Zakia on behalf of Interested Party Peter Greaves
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606

Matthew C. Ziegler on behalf of Debtor Emergent Fidelity Technologies Ltd.
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Matthew C. Ziegler on behalf of Interested Party Emergent Fidelity Technologies Ltd.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Matthew C. Ziegler on behalf of Liquidator Joint Provisional Liquidators of Emergent Fidelity Technologies
Ltd
Morgan Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103


Dated: July 26, 2023          */s/ Dov Kleiner*
                        Attorney for Arceau 507 II LLC,
                        Arceau X, LLC
                        500 Fifth Avernue
                        New York, NY 10110
                        DKleiner@kkwc.com