EXHIBIT
1

| | |
|---|---|
| **From:** | Glaws, J. Peter |
| **To:** | Anthony Alden; Jaclyn Palmerson; Pasquale, Ken; Sasson, Isaac |
| **Cc:** | Jahan Raissi; Sascha Rand; John Shaffer; Murphy, Kevin M.; Koch, Leonie; Glaws, J. Peter |
| **Subject:** | RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents |
| **Date:** | Tuesday, July 25, 2023 12:00:35 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png |

Anthony,

With due respect, I don't know why you're asking questions, for the most part, we have already addressed. I wrote you a memo dated March 17, 2023 that outlined many of these issues and then I followed up regarding further issues with Jackie in April and May. After we performed our supplemental hit report and document production, I asked you (and Jackie) repeatedly what was the specific claimed deficiency in our response, other than your generalized statements amounting to "we think there is more". When Jackie finally said the issue was internal emails, I got you a quick response confirming that search terms were run across all internal and external emails.

Regarding the questions in your July 24th 11:43pm email:

1. SVA uses Microsoft 365 cloud for email and other applications. Searches were performed across Microsoft 365 data, including but not limited to email.

2. Regarding search functionality, it was run to pick up all variations of each term, but Microsoft will not provide a 100% guarantee for each and every search term. With specific regard to the FTX examples noted below, it would have captured all variations.

3. As I said in my March memo, the bulk data was collected and reviewed for responsiveness. I personally reviewed all such data, both the initial production and the supplemental production. Unresponsive data was removed, no responsive data was withheld, and you received a full production of responsive documents, to include a DAT file.

4. As I said in the March memo, a litigation hold was instituted on November 23, 2022. While its possible emails could have been deleted in the ordinary course of business prior to that point, as is a possibility with any person or entity, there was no formal deletion policy that would have been applicable.

   As you surely know from the documents you have been provided and from our previous discussions, SVA did not perform services for FTX for a lengthy period of time. SVA initially began with a January 2021 engagement to provide services to Robert Lee & Associates LLP ("RLA"). RLA was providing bookkeeping services to many of the FTX entities. SVA was initially retained to provide RLA with support and consulting in regard to RLA's bookkeeping services, RLA's documentation preparation, and RLA's responses to auditor requests related to the 12/31/2020 audit. The initial engagement letter clarifies that the SVA services were consulting services only, not attestation services or bookkeeping or auditing. The engagement letter also specifically clarifies that it is not SVA's responsibility to approve the information provided to the auditors. SVA did provide these limited consulting services during 2021. In that year, Gabe Zubizaretta was the only person at SVA providing substantive services to RLA related to the FTX Entities. Then, in January 2022, SVA was engaged by FTX Trading Ltd., and by West Realm Shires Services Inc. dba FTX US, to provide services for each entity. As described in those two engagement letters, SVA was retained by each of those companies to implement the AFRM (Accelerated Financial Reporting Management) Hosted Software application, in order to help each of those companies achieve foundational process improvements for the monthly accounting close process. In early 2022, SVA began the work of implementing the AFRM application. The application was not yet fully implemented when the bankruptcy filing occurred in November 2022. In June 2022, SVA was engaged by Alameda Research LLC to provide the same services in regard to implementation of the AFRM application. The implementation work for Alameda was begun but did not progress far before the bankruptcy filing occurred.

   I discussed the relevant period of time with Jackie in April and May, as stated in her May 4th email to me (that you were copied on) "SVA confirmed its understanding that collecting documents and data beginning in January 2021 would capture the time period from when SVA was first retained. The Debtors and the Committee agree to that time period but reserve all rights to request documents from prior to January 2021 in the event they learn that SVA was performing work for or in connection with the Debtors prior to January 2021."

5. This issue was discussed by Jackie and I in April and May, as stated in Jackie's May 4th email to me (that – as noted – you were copied on) "SVA understands based on custodial interviews that there are no personal or other non-SVA e-mail accounts that were used to communicate with or regarding the Debtors.  SVA further understands based on custodial interviews that there are no responsive hard copy documents."

6. As I told you in my March 17th memo: SVA, with the assistance of its IT vendor, identified the following systems that may contain responsive documents: Microsoft 365, Individual SVA personnel hard drives, Highland document management software. Searches were run across all Office 365 data. Searches were also performed of individual SVA personnel hard drives for those identified as possibly having relevant FTX related information including: Gabe Zubizarreta, Guilherme ██████, Felicity ██████, Destiny ██████, Doug ██████, Alex ██████. The Highland management software was also searched. The supplemental search terms were run across the same data.

7. Its my understanding that SVA personnel have access to Signal, but as I stated in my July 20th email, we are not able to run your requested search terms across the third-party app. Someone with the appropriate tech needs to be hired, and I reiterate my July 20th proposal that the costs for a forensic extraction be paid for by your client(s). I do not know whether Felicity ██████ has access to Signal. She is no longer with SVA and that is a personal application. We request that your clients bear the cost of this document collection, or otherwise confirm that we can send screen shots of relevant communications without running search terms.

SVA has done everything appropriate and reasonable to respond to your document requests. These are the same steps that would be taken regardless of whether there was a formal subpoena or not. If you want them re-done, we request that your client(s) bear the cost burden as I stated in my July 20th email.

Peter

---

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com



This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Tuesday, July 25, 2023 6:24 AM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <ascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** Re: Silicon Valley Accountants / FTX Debtors and Committee request for documents

I'm sorry, 1:00pm on Wednesday.

Get Outlook for iOS

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Tuesday, July 25, 2023 6:15:33 AM

**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** Re: Silicon Valley Accountants / FTX Debtors and Committee request for documents

I'm available at 1:00pm today.

Peter

Get Outlook for iOS

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Monday, July 24, 2023 11:43 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Thanks Peter.  Providing this kind of information is helpful in terms of potentially resolving or at least narrowing our disputes.  Here are some additional questions in the same vein that we would like to discuss on Wednesday:

1. How are SVA's email stored?

2. Did the search functionality SVA used to run the search terms pick up all variations of each term?  For example, did running the term "FTX" capture the terms "FTXUS" and "FTX.com"?

3. Were all documents captured by the search terms produced to us or was any review or filtering conducted before the documents were produced to us?  If so, what kind of review/filtering?

4. How far back do SVA's emails go?  Did SVA have any sort of document deletion policy that would have resulted in the deletion of any emails before the searches were run?

5. Did Mr. Zubizarreta or any other SVA personnel who undertook work for FTX use non-SVA email accounts to communicate regarding their work for FTX?

6. Other than email, were the search terms run across any other SVA document repositories?

7. Did Mr. Zubizarreta or any other SVA personnel who undertook work for FTX retain access to their Signal and other messaging applications with FTX personnel?

My colleagues may have additional questions.

Thanks,
Anthony

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Monday, July 24, 2023 6:04 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie

<leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** Re: Silicon Valley Accountants / FTX Debtors and Committee request for documents

<mark>**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**</mark>

Jackie,

I have confirmed that your requested search terms were run across all internal and external emails.

Peter

Get Outlook for iOS

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Friday, July 21, 2023 8:22:57 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** Re: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Jackie,

I am available next Wednesday. But I just want to be clear so I can appropriately inform the court, you did not clear a mutually available hearing date and are refusing to accommodate availability.

Peter

Get Outlook for iOS

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Friday, July 21, 2023 7:23:47 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Thanks for your e-mail. As we are seeking substantial completion by August 15, it is not feasible for us to simply move the hearing date to August 14 without first addressing our various issues.

We are happy to evaluate whether an adjournment of the hearing is feasible to accommodate your family trip if you will meet and confer with us immediately on the various issues we have raised.

Our concerns with SVA's document production primarily stem from the hit report you provided, which returned a much lower volume of hits than expected, raising concerns that the searches were not run correctly, or that the search terms are not adequately capturing responsive communications, which we previously explained. Now that we've received SVA's document production, these concerns have only grown more serious, given the low number of internal e-mails that were produced. We've repeatedly requested a meet and confer so we can discuss the hit report and better understand how these searches were run and why the hits were so low, but you have inexplicably rejected each of our requests to have a discussion on this, necessitating our motion. For this reason, your offer to engage another vendor to re-do the searches (at the Debtors' expense) is premature. The next logical step is to do what we've been requesting for months—have a meet and confer in which you explain to us in detail how the searches were performed. Please let us know your availability to meet and confer early next week regarding SVA's searches and accompanying hit report.

Regarding correspondence from third-party messaging applications, we need to understand the sources and volume of data before we decide next steps. This too can be discussed on our requested meet and confer.

We also note that a text message search and production is still within the scope of our request.  As we previously indicated, we intended to discuss a protocol for a text message production once we squared away the search parameters for other ESI.  That step was never completed because you repeatedly refused to get on the phone and simply explain how SVA performed its searches.  That being said, we will provide a proposed text message search protocol shortly and we can dual-track those discussions with our continued discussions on SVA's searches for other ESI.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Thursday, July 20, 2023 10:02 AM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Anthony,

We're in receipt of your motion for a 2004 exam. Thank you for having that sent to me quickly. We plan to respond accordingly, but I will be on a long-planned family vacation from July 29th through August 12th and therefore I am not available for the August 2nd hearing. Thus, will you agree to move the hearing? I can make myself available any day after August 14th (to include the 14th).

Also, I continue to be perplexed on why you believe SVA has not made a full production. The Motion repeats the same refrain that you think there is more, but you've provided noting tangible that would indicate SVA's document search is less than complete. I've asked a number of times for you to substantiate your belief, but nothing.

That said, SVA wants to continue working with you to the extent reasonably possible. To that end, even though we believe SVA's IT professionals have adequately searched for responsive documents, that we have produced the same, and we have given you detailed information on our collection and search parameters, because you think that is not adequate for some reason, we are willing to engage another eDiscovery vendor to re-do the searches, if your client(s) are willing to pay for the costs. My suggestion is the forensics team at DISCO. If you are agreeable, I will get a quote from DISCO for those services.

Also, there are a few other lose ends that need to be addressed. First, we have been unable to effectively extract correspondence from third-party messaging apps. While I can send you screen shots, I believe (and I think you would agree) that a formal extraction is preferred (although I do not believe it would be legally required for a non-party to incur that cost as its overly burdensome). As such, I propose that the costs for a forensic extraction be included in the services to be performed by DISCO, and paid for by your client(s).

Finally, Jackie told me she would provide relevant phone numbers for text message searches. This was to be provided after we gave you the hit report for the search terms you provided. I don't believe I received it. Please give me a list of relevant phone numbers for the text message search. Otherwise, I assume that is not within the scope of what you are requesting.

Best,

Peter

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Monday, June 26, 2023 2:22 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Peter: I'm not sure why this is difficult. We asked for a call last week because we have some questions about how the searches are being run, in light of the discrepancy we're seeing between what SVA is capturing and what we already have. You failed to respond. If you're unwilling to have such a call, we'll move for leave to depose your client so we can get answers to our questions. That would seem to be a wasteful course but one we'll have no choice but to pursue if you don't promptly provide some times for a call with someone who can discuss how the searches are being run.

Best,
Anthony

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Monday, June 26, 2023 8:30 AM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

==**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**==

Anthony,

By "file a motion", I assume you simply mean requesting leave to issue a Rule 2004 subpoena. Since there is no subpoena, there is no other "motion" to file.

Regardless, as I said previously, we have pulled all documents that came back per the supplemental search terms and will be making a production. We also continue to work on pulling Signal, Telegram, and Slack accounts.

You haven not identified anything that would give me a reasonable basis to believe the previous PC and email searches are not sufficient.  Saying you think there's more "based on FTX's own records", really doesn't tell me anything. Except for certain messaging platforms noted above, we have performed complete searches and supplemented those searches with your requested search terms. Even if there was a subpoena, which there is not, we have fully satisfied our response obligations and will be supplementing with the remaining material.

Peter

---

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879


2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

[www.carrmaloney.com](http://www.carrmaloney.com)

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Anthony Alden <[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>
**Sent:** Friday, June 23, 2023 7:28 PM
**To:** Jaclyn Palmerson <[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)>; Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>; Pasquale, Ken <[kenpasquale@paulhastings.com](mailto:kenpasquale@paulhastings.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer <[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>; Koch, Leonie <[leoniekoch@paulhastings.com](mailto:leoniekoch@paulhastings.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Peter:  we have still not heard from you.  Given the persistent delays since February, we intend to file a motion with the Court next week.

**Anthony Alden**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)
[www.quinnemanuel.com](http://www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson <[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)>
**Sent:** Tuesday, June 20, 2023 12:09 PM
**To:** Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>; Pasquale, Ken <[kenpasquale@paulhastings.com](mailto:kenpasquale@paulhastings.com)>; Anthony Alden <[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer <[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>; Koch, Leonie <[leoniekoch@paulhastings.com](mailto:leoniekoch@paulhastings.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Thank you for sending the hit reports and for the update on the document collection and timing of your review.  Based on the hit reports, it appears the search terms are capturing fewer documents than we would have expected based on FTX's own records.  Please let us know some times this week that we can discuss how the searches were run.  In the interest of efficiency, we think it makes sense to have the person who ran the searches on the call.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Tuesday, June 20, 2023 10:46 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

<mark>**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**</mark>

Jackie,

Attached is the hit report from the search terms you sent. Given that the total hits for these terms is approximately 1,560 items, we have collected them and will review for responsiveness this week.

This search did not include Signal, Telegram, and Slack accounts, so I am still working on getting those searched per the same parameters.

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879


2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Thursday, June 15, 2023 9:45 AM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie

<leoniekoch@paulhastings.com>>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

The Debtors' document requests are squarely within the scope of what the Debtors are entitled to request under the Federal Rules of Bankruptcy Procedure.  We do not view them as unreasonable or overbroad.  While we reject any claim that the requests border on a "fishing expedition," Rule 2004 discovery is "unfettered and broad."  *See In re Wash. Mut., Inc.*, 408 B.R. 45, 49 (Bankr. D. Del. 2009) (citation omitted).  Because SVA was a consultant for the Debtors, the Debtors are well within their rights to seek the requested discovery from SVA.

That being said, we have always been willing to discuss our proposed searches and potential modifications.  In my April 26 e-mail, we asked for a hit report and stated that, if you identified particular terms that were problematic, we would be happy to discuss potential modifications.  Again, on our May 2 meet and confer, and as memorialized in my May 4 e-mail, we stated that if SVA believed any of our proposed searches were unreasonable, it should raise them, and that we would otherwise be ready to discuss any potentially unreasonable searches after receipt of a hit report.  SVA has yet to provide a hit report or raise any particular searches it believes to be unreasonable.

We look forward to promptly receiving your update.  However, as previously stated, if we do not see meaningful progress and a commitment to complete the production in a matter of weeks, not months, we intend to file a motion with the Court authorizing Rule 2004 discovery of SVA and setting a deadline for its full compliance.

We remain available to discuss.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Wednesday, June 14, 2023 11:02 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Jackie,

I'm not sure what you mean by not taking things seriously or timely. We have produced a significant amount of information to you and I think this borders on an unnecessary fishing expedition. Nonetheless, we are trying to work with you as reasonably as possible. The search terms list for the hit report you sent is extremely extensive. So extensive that it required my client to get support from Microsoft on multiple occasions to perform it. It's my understanding that those issues have been worked through and I should have more information today.

I continue to believe your proposed document requests are overly broad and unreasonable. I want to be clear that working with you in

an informal way should not be viewed as consent to the reasonableness of your proposed requests or a waiver of any objections.

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, June 12, 2023 10:39 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

We have not heard from you since your June 5 e-mail, which promised an update late last week.  We sent our original set of search terms to SVA on April 3, *ten weeks ago*.  After SVA suggested our proposed terms were not "reasonably proportional" (but failed to provide any detail as to why, or provide a counterproposal), we requested a hit report on April 26, over *six weeks ago*.  SVA agreed to provide a hit report on our May 2 meet and confer.  We then resent our proposed search terms, at your request, with some additional terms on May 30.  The delay in providing a hit report, or responding in any substantive way to our proposed search terms, is unacceptable.

Please provide an update on when you expect you can provide a hit report by the end of the day tomorrow.  If we do not receive a response by tomorrow, or otherwise do not believe SVA is taking our Rule 2004 requests seriously or intends to make timely document productions, we intend to promptly initiate formal motion practice to obtain the requested documents.

Thank you,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number

212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Friday, June 9, 2023 12:08 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Please provide an update on when you expect you can provide a hit report by the end of the day.

Thank you,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Monday, June 5, 2023 6:06 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Jackie,

I've been out of the office since last Thursday, but we are still working on the hit report. Your list of requested search terms was very extensive and is a lot of work for my client. I will update you again over the next few days.

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com



This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Tuesday, May 30, 2023 4:34 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Thanks for the update. Please find attached our proposed search terms for e-mail communications, hard drives, and other centrally-stored data. Please note these search terms are slightly modified from the original list we sent on April 3. As previously stated, we request that the search terms be run across the entire extracted text of the file and not solely the participants field. Further, it is our understanding that search terms will be run in such a way that each term will capture all variations of that term with expanders on either side (e.g., the term FTX will capture documents hitting on FTX, FTX.US, and sam@FTX.com). Please let us know if that is not the case.

We propose these same search terms be used for Signal, Telegram, and Slack accounts/channels, except we can drop the e-mail addresses and domain name searches.

Please let us know by Thursday, June 1 when you can expect to provide a hit report. The Debtors and the Committee reserve all rights to request additional search terms.

As discussed, we will put together a proposed text message search protocol once we reach an agreement on search terms to be applied to other ESI.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>

**Sent:** Monday, May 15, 2023 4:11 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Jackie,

For No. 5, IT support needed to run the search against MDB, ACCDB, CSV, and RTF files and to confirm previous searches caught documents in ZIP and RAR files have been on vacation, but I am trying to get this as quickly as possible. That said, it should not be a problem.

Can you get me your proposed search terms for Nos 2, 4, and 6? Also, the phone numbers for No. 2?

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879


2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Wednesday, May 10, 2023 3:38 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Please let us know when we can expect to receive the hit report we discussed on our May 2 call and a response to #5 in my May 4 e-mail.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Thursday, May 4, 2023 9:39 AM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Thanks for the call earlier this week.  As discussed, here is a summary of the next steps we agreed to on our call.

1. SVA understands based on custodial interviews that there are no personal or other non-SVA e-mail accounts that were used to communicate with or regarding the Debtors.  SVA further understands based on custodial interviews that there are no responsive hard copy documents.

2. SVA has collected all text messages for the following custodians: Gabe Zubizarreta, Guilherme Lins, Felicity Sedmak, Destiny Martinez, Doug Brown, and Alex Bedell (the "Custodians").  The Debtors and the Committee will put together a proposed text message search protocol for text messages once we reach an agreement on search terms to be applied to other ESI.

3. SVA confirmed its understanding that collecting documents and data beginning in January 2021 would capture the time period from when SVA was first retained.  The Debtors and the Committee agree to that time period but reserve all rights to request documents from prior to January 2021 in the event they learn that SVA was performing work for or in connection with the Debtors prior to January 2021.

4. SVA has agreed to run our to-be-agreed-upon search terms through the Custodians' Signal, Telegram, and Slack accounts/channels.  The Debtors and the Committee reserve all rights to request additional messaging applications be searched if they learn potentially responsive information may be contained in additional messaging applications.

5. SVA will advise whether it will agree to collect, review, and produce any responsive documents from the additional file types requested in our April 26 e-mail.  SVA will also confirm that its initial document collection would have captured any responsive file types included in its initial hard drive collection that existed within ZIP or RAR files.

6. SVA will provide a hit report for our proposed search terms for the Custodians.  The hit report will include both internal and external communications.  For the avoidance of doubt, we request that the search terms be run across the entire extracted text of the file and not solely the participants field.  Further, it is our understanding that search terms will be run in such a way that each term will capture all variations of that term with expanders on either side (e.g., the term FTX will capture documents hitting on FTX, FTX.US, and sam@FTX.com).

   We expect that the search terms we ultimately agree to will be applied to the hard drives and other centrally-stored data as well.

7. To the extent SVA believes that any of the search terms in our proposal are on their face unreasonable, SVA will raise them with us. We will otherwise discuss the search terms and whether any are unreasonable after receipt of the hit report.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Monday, May 1, 2023 12:48 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Thanks, I'll send a calendar and dial-in for 3:00 PM ET tomorrow.

Best,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Monday, May 1, 2023 9:37 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Between 2:00-3:30pm (Eastern) works for me.

Peter

---

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

Visit Carr Maloney's COVID-19 Resource Hub

www.carrmaloney.com

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, May 1, 2023 9:36 AM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand < sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Please let us know if you are available tomorrow afternoon to discuss the below.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jaclyn Palmerson
**Sent:** Wednesday, April 26, 2023 3:28 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie

<leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

We are available Tuesday afternoon.  Please let us know if there's a time that works on your end.  In the meantime, please see some follow-up questions in **blue** below that we would like to discuss on our call next week.

<u>Data Sources</u>

1. Were personal e-mail accounts or any non-SVA e-mail accounts used to communicate with or regarding the Debtors and, if so, were those accounts collected?

   • It's our reasonable belief that all email accounts used to communicate with FTX were searched and collected. It's our understanding that SVA personnel used SVA email addresses to communicate with or regarding the Debtors, and thus, there is no reason to believe non-SVA email addresses should or need to be searched. What is the basis for your "reasonable belief"?  Please let us know whether custodial interviews were conducted to determine whether personal or non-SVA e-mail accounts were used to communicate with or regarding the Debtors.

2. We understand there was a text message collection and search done.  Were text messages collected for all of the individuals who performed work for the Debtors?  What searches were ran across that data?  Was anything identified as relating to the Debtors in the collection?

   • A bulk collection of text messages was done. That bulk data collection has not been filtered a▮▮ ▮▮ has not followed-up with any such request. If there are specific phone numbers that you would like searched, please advise. However, SVA does not believe any substantive communications occurred via text message.  Please let us know whose text messages were part of this bulk collection.  We will follow up with a proposed text message search protocol once we reach an agreement on search terms to be applied to e-mail correspondence.

3. Were any other personal messaging platforms used to communicate with or regarding the Debtors, such as Signal or Telegram, and, if so, were they collected?

   • See response to No. 6.

4. Please confirm that no hard copy documents were identified that may be relevant (e.g., handwritten notes, markups of documents).

   • No hard copy documents were identified as relevant or potentially relevant.  Please confirm whether custodial interviews were conducted to determine whether hard copy documents may exist that are potentially responsive.

5. Did SVA use Google sheets or any similar platforms in connection with its work for the Debtors?

   • No.

6. Did any of the individuals who performed work for the Debtors use Slack or any similar business messaging applications (either internally or externally) to communicate with or regarding the Debtors?

   • FTX asked SVA personnel to have a Signal and Telegram accounts, particularly because FTX's van / shuttle service was called through Telegram if it was ever needed. SVA does not believe any substantive work occurred through Slack, Telegram, Signal, or any other similar application.  It is our understanding that Slack was used to discuss substantive matters with at least Gabe Zubizarreta.  Accordingly, please advise as to the basis for your belief that no substantive communications occurred through Slack, Telegram, Signal, or any other similar applications.  Were custodial interviews conducted or a sample of documents reviewed?

7. Are there any other central repositories that may store documents related to SVA's work for the Debtors that were not identified in the memo?

   • No. All repositories were identified and searched. AFRM is a "repository", but SVA does not have control over it.

Microsoft 365 Search

1. Please confirm that the search terms (e.g., FTX.com and Fenwick) were run across the entire extracted text of a document, and not just the participants (to/from/CC/BCC) field metadata (such that the search would capture an e-mail that mentions "Fenwick," even if Fenwick was never a participant in any of the chains in the e-mail). The memo suggests that the search was just ran in the participants metadata field.

   - Search done is based on participants & then content. It would capture "Fenwick" if Fenwick was discussed in emails by the people in to/from/cc/bcc. Emails outside the people in to/from/cc/bcc are not covered by this search. We do not follow this explanation.  Can you kindly explain what searches were done on the participants field, and what searches were done on the content?

2. The date range listed, January 1, 2021 to December 7, 2022, is narrower than the date range for hard drives (January 1, 2020 to December 8, 2022).  We understand from our meet and confer that the date range may have been narrowed after running the first search, which may have given additional clarity on what the appropriate date range is.  However, it appears from the memo that the Microsoft 365 search was run *before* the hard drive search.  Can you please explain why the Microsoft 365 date range is narrower than the hard drive search?

   - The search explanatory memo does not indicate the order in which searches were performed. The broader time frame was originally used and then narrowed to January 1, 2021 to December 7, 2022, as the appropriate range to identify responsive material without collecting an unreasonable amount of non-responsive material given when SVA was first retained to perform services and when the ██████ subpoena was served.  Thank you for that explanation.  We had assumed, perhaps incorrectly, that the "last run on" notation identified when the search was performed.  What is the significance of the "last run on" date identified in the memo?

Hard Drive Search

1. What is "Project Benchmark" referring to?

   - SVA has no knowledge of what "project benchmark" is. The search for responsive documents included a review of test documents to identify words that may pick up other responsive documents. This term was seen and thus included as a search term to ensure all potentially responsive material was collected.

2. There are a handful of specific file types listed.  Were any file types excluded from this search?

   - Search was done on these file types, docx; doc; xlsx; xls; ppt; pptx; pdf, because these are the normal file extensions and most documents are created with those extensions. Not done to exclude other file types, but rather to most efficiently collect responsive material without collecting an unreasonable amount of non-responsive documents in the bulk data pull.  Thank you for the additional explanation.  We request, at a minimum, that MDB, ACCDB, CSV, and RTF files also be searched.  If those file types appear to return "an unreasonable amount of non-responsive documents," please let us know and we are happy to discuss.  Would a PDF or Excel file saved within a ZIP or RAR file be captured by the searches you previously ran?  If not, we also request ZIP and RAR files be searched.  Finally, please let us know if SVA uses any proprietary software with different extensions that we may need to consider.

Document Review

1. In the review of these documents, what protocol was in place when privileged information was identified?  Were documents withheld in their entirety and, if so, were they logged?  Were redactions applied when appropriate?

   - There were no privileged documents that were also responsive to ██████ subpoena.

2. Regarding the actual search terms run across Microsoft 365 and the hard drives, we request that the hard drive searches be run across the Microsoft 365 data, and vice versa.  We further request that the proposed search terms in the attached document be run across both Microsoft 365 and hard drive data.  We have highlighted in yellow the terms we understand were already run (or would be duplicative of the searches already run) by SVA.  Please let us know if this is acceptable.

   - This is not a reasonably proportional request. Running these terms across the 365 data would result in massive amounts of non-relevant information. Do you have a hit report that you can provide to us?  If you can identify particular terms that are turning up a particularly high volume of "non-relevant information," we are happy to consider modifying those terms, as appropriate.

Finally, you requested that SVA provide its insurance policy limits applicable under the circumstances. However, we do not believe such a request is appropriate at this time and we decline to provide insurance coverage information.  Suffice it to say that we disagree and reserve all rights.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Wednesday, April 26, 2023 10:25 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Jackie,

I'm in a multi-day mediation from today through Friday, so I'm not really available this week. Early next week I'm generally available.

However, to be adequately prepared for any discussion, it would be helpful to know exactly what your follow-up questions are.

Thanks,

Peter

---

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879


2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

Visit Carr Maloney's COVID-19 Resource Hub

www.carrmaloney.com

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Wednesday, April 26, 2023 10:00 AM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter – just checking back to see if you are available between 12-2 PM ET today.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Tuesday, April 25, 2023 5:36 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Koch, Leonie <leoniekoch@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

We have some follow-up questions regarding the responses in your April 19 e-mail, including regarding the bases for SVA's beliefs as to certain data sources, SVA's text message collection, and the Microsoft 365 searches that were performed, among other things.  We'd also like to discuss next steps in SVA's document production.

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Tuesday, April 25, 2023 4:22 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden

<[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer
<[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>; Koch, Leonie
<[leoniekoch@paulhastings.com](mailto:leoniekoch@paulhastings.com)>; Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

<span style="background-color:yellow">**[EXTERNAL EMAIL from [peter.glaws@carrmaloney.com](mailto:peter.glaws@carrmaloney.com)]**</span>

Jackie,

Can you be more specific about what you would like to discuss?

Peter

_____

**J. Peter Glaws, IV | Partner**
[peter.glaws@carrmaloney.com](mailto:peter.glaws@carrmaloney.com)

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555


signature_1406768879

2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

[Visit Carr Maloney's COVID-19 Resource Hub](#)

[www.carrmaloney.com](http://www.carrmaloney.com)

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Jaclyn Palmerson <[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)>
**Sent:** Tuesday, April 25, 2023 3:08 PM
**To:** Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>; Pasquale, Ken <[kenpasquale@paulhastings.com](mailto:kenpasquale@paulhastings.com)>; Anthony Alden
<[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer
<[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>; Koch, Leonie
<[leoniekoch@paulhastings.com](mailto:leoniekoch@paulhastings.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Thanks for your e-mail.  Are you available between 12-2 PM ET tomorrow to discuss?

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell

212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Wednesday, April 19, 2023 6:06 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Jackie,

Our responses to your questions are below, in red.

Data Sources

1. Were personal e-mail accounts or any non-SVA e-mail accounts used to communicate with or regarding the Debtors and, if so, were those accounts collected?

   • It's our reasonable belief that all email accounts used to communicate with FTX were searched and collected. It's our understanding that SVA personnel used SVA email addresses to communicate with or regarding the Debtors, and thus, there is no reason to believe non-SVA email addresses should or need to be searched.

2. We understand there was a text message collection and search done. Were text messages collected for all of the individuals who performed work for the Debtors? What searches were ran across that data? Was anything identified as relating to the Debtors in the collection?

   • A bulk collection of text messages was done. That bulk data collection has not been filtered as ▮▮▮▮▮ has not followed-up with any such request. If there are specific phone numbers that you would like searched, please advise. However, SVA does not believe any substantive communications occurred via text message.

3. Were any other personal messaging platforms used to communicate with or regarding the Debtors, such as Signal or Telegram, and, if so, were they collected?

   • See response to No. 6.

4. Please confirm that no hard copy documents were identified that may be relevant (e.g., handwritten notes, markups of documents).

   • No hard copy documents were identified as relevant or potentially relevant.

5. Did SVA use Google sheets or any similar platforms in connection with its work for the Debtors?

   • No.

6. Did any of the individuals who performed work for the Debtors use Slack or any similar business messaging applications (either internally or externally) to communicate with or regarding the Debtors?

   • FTX asked SVA personnel to have a Signal and Telegram accounts, particularly because FTX's van / shuttle service was called through Telegram if it was ever needed. SVA does not believe any substantive work occurred through Slack, Telegram, Signal, or any other similar application.

7. Are there any other central repositories that may store documents related to SVA's work for the Debtors that were not identified in the memo?

- No. All repositories were identified and searched. AFRM is a "repository", but SVA does not have control over it.

Microsoft 365 Search

1. Please confirm that the search terms (e.g., FTX.com and Fenwick) were run across the entire extracted text of a document, and not just the participants (to/from/CC/BCC) field metadata (such that the search would capture an e-mail that mentions "Fenwick," even if Fenwick was never a participant in any of the chains in the e-mail). The memo suggests that the search was just ran in the participants metadata field.

- Search done is based on participants & then content. It would capture "Fenwick" if Fenwick was discussed in emails by the people in to/from/cc/bcc. Emails outside the people in to/from/cc/bcc are not covered by this search.

2. The date range listed, January 1, 2021 to December 7, 2022, is narrower than the date range for hard drives (January 1, 2020 to December 8, 2022). We understand from our meet and confer that the date range may have been narrowed after running the first search, which may have given additional clarity on what the appropriate date range is. However, it appears from the memo that the Microsoft 365 search was run *before* the hard drive search. Can you please explain why the Microsoft 365 date range is narrower than the hard drive search?

- The search explanatory memo does not indicate the order in which searches were performed. The broader time frame was originally used and then narrowed to January 1, 2021 to December 7, 2022, as the appropriate range to identify responsive material without collecting an unreasonable amount of non-responsive material given when SVA was first retained to perform services and when ████ subpoena was served.

Hard Drive Search

1. What is "Project Benchmark" referring to?

- SVA has no knowledge of what "project benchmark" is. The search for responsive documents included a review of test documents to identify words that may pick up other responsive documents. This term was seen and thus included as a search term to ensure all potentially responsive material was collected.

2. There are a handful of specific file types listed. Were any file types excluded from this search?

- Search was done on these file types, docx; doc; xlsx; xls; ppt; pptx; pdf, because these are the normal file extensions and most documents are created with those extensions. Not done to exclude other file types, but rather to most efficiently collect responsive material without collecting an unreasonable amount of non-responsive documents in the bulk data pull.

Document Review

1. In the review of these documents, what protocol was in place when privileged information was identified? Were documents withheld in their entirety and, if so, were they logged? Were redactions applied when appropriate?

- There were no privileged documents that were also responsive to ████ subpoena.

2. Regarding the actual search terms run across Microsoft 365 and the hard drives, we request that the hard drive searches be run across the Microsoft 365 data, and vice versa. We further request that the proposed search terms in the attached document be run across both Microsoft 365 and hard drive data. We have highlighted in yellow the terms we understand were already run (or would be duplicative of the searches already run) by SVA. Please let us know if this is acceptable.

- This is not a reasonably proportional request. Running these terms across the 365 data would result in massive amounts of non-relevant information.

Finally, you requested that SVA provide its insurance policy limits applicable under the circumstances. However, we do not believe such a request is appropriate at this time and we decline to provide insurance coverage information.

Best,

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

Visit Carr Maloney's COVID-19 Resource Hub

www.carrmaloney.com



This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Wednesday, April 19, 2023 7:36 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Jackie,

We are still working on responses to the below. I will be able to get you responses on at least some of the points this afternoon.

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

Visit Carr Maloney's COVID-19 Resource Hub

www.carrmaloney.com



This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Tuesday, April 18, 2023 10:27 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Counsel:

It's been over two weeks since my April 3 e-mail, and going on three weeks since our meet and confer when we first raised these questions. Please give us an update no later than tomorrow, or let us know when you are available this week to provide an update by phone. While we strongly prefer to engage cooperatively, we will have no choice but to seek the Court's assistance if sufficient progress towards obtaining the requested documents is not being made.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Friday, April 14, 2023 11:12 AM
**To:** 'Glaws, J. Peter' <Peter.Glaws@carrmaloney.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Peter,

Can we expect a response to our April 3 e-mail today?

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Monday, April 10, 2023 4:34 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** Re: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Hi Jaclyn,

I'll be able to respond over the next several days.

Peter

Get Outlook for iOS

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, April 10, 2023 4:31:43 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi all,

Please let us know when we can expect a response to my April 3 e-mail, or when you are available this week to discuss.

Thank you,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Jaclyn Palmerson
**Sent:** Monday, April 3, 2023 5:16 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>

**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi all,

Following up from our meet and confer last week, below please find the questions we had regarding the search parameters sent to us on March 22.

Data Sources

1. Were personal e-mail accounts or any non-SVA e-mail accounts used to communicate with or regarding the Debtors and, if so, were those accounts collected?
2. We understand there was a text message collection and search done. Were text messages collected for all of the individuals who performed work for the Debtors? What searches were ran across that data? Was anything identified as relating to the Debtors in the collection?
3. Were any other personal messaging platforms used to communicate with or regarding the Debtors, such as Signal or Telegram, and, if so, were they collected?
4. Please confirm that no hard copy documents were identified that may be relevant (e.g., handwritten notes, markups of documents).
5. Did SVA use Google sheets or any similar platforms in connection with its work for the Debtors?
6. Did any of the individuals who performed work for the Debtors use Slack or any similar business messaging applications (either internally or externally) to communicate with or regarding the Debtors?
7. Are there any other central repositories that may store documents related to SVA's work for the Debtors that were not identified in the memo?

Microsoft 365 Search

1. Please confirm that the search terms (e.g., FTX.com and Fenwick) were run across the entire extracted text of a document, and not just the participants (to/from/CC/BCC) field metadata (such that the search would capture an e-mail that mentions "Fenwick," even if Fenwick was never a participant in any of the chains in the e-mail). The memo suggests that the search was just ran in the participants metadata field.
2. The date range listed, January 1, 2021 to December 7, 2022, is narrower than the date range for hard drives (January 1, 2020 to December 8, 2022). We understand from our meet and confer that the date range may have been narrowed after running the first search, which may have given additional clarity on what the appropriate date range is. However, it appears from the memo that the Microsoft 365 search was run *before* the hard drive search. Can you please explain why the Microsoft 365 date range is narrower than the hard drive search?

Hard Drive Search

1. What is "Project Benchmark" referring to?
2. There are a handful of specific file types listed. Were any file types excluded from this search?

Document Review

1. In the review of these documents, what protocol was in place when privileged information was identified? Were documents withheld in their entirety and, if so, were they logged? Were redactions applied when appropriate?

Regarding the actual search terms run across Microsoft 365 and the hard drives, we request that the hard drive searches be run across the Microsoft 365 data, and vice versa. We further request that the proposed search terms in the attached document be run across both Microsoft 365 and hard drive data. We have highlighted in yellow the terms we understand were already run (or would be duplicative of the searches already run) by SVA. Please let us know if this is acceptable.

Finally, as discussed on our meet and confer, please let us know whether SVA is willing to share its insurance information. We can send a supplemental Rule 2004 document request if that would be helpful.

Please let us know a convenient time for us to connect regarding the above.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Wednesday, March 29, 2023 11:50 AM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Thanks, Kevin.  I'll send a calendar and dial-in for 12:30 PM ET tomorrow.

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>
**Sent:** Tuesday, March 28, 2023 12:42 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from kevin.murphy@carrmaloney.com]**

Jackie,
We are available for a meet and confer call as follows:
Wednesday, before 3:00 eastern
Thursday, before 3:00 eastern
Friday, 9-10 and 11-3, eastern.
Kevin

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, March 27, 2023 12:10 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Sasson, Isaac <isaacsasson@paulhastings.com>

**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer
<johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi all,

Thank you for sending the production, document requests, and search parameters last week.  We are still internally assessing the
information provided, but our initial assessment is that the search parameters are likely more narrow than what is necessary to capture
the documents responsive to the Rule 2004 document requests.  Can you please let us know when you are available to meet and
confer this week so we can discuss?

For the avoidance of doubt, while we will agree to treat the memorandum on SVA's search parameters as highly confidential, we
disagree that the memorandum is privileged or covered as attorney work product given that it was created to be shared with the
Debtors and the Committee.  Please let us know if you disagree.

Thank you,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-
client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to
the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Wednesday, March 22, 2023 8:48 AM
**To:** Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>; Murphy, Kevin M.
<kevin.murphy@carrmaloney.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Sasson, Isaac
<isaacsasson@paulhastings.com>
**Cc:** Jahan Raissi <JRaissi@sflaw.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Sascha Rand
<sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from peter.glaws@carrmaloney.com]**

Thanks, all.

I'll send the document production today. You will receive an email from Carr Maloney PC with a link to the production.

You will need a password download the documents. The PW is:

█████████████

As you will see, the documents are currently labeled "FOIA CONFIDENTIAL TREATMENT REQUESTED BY SVA". We are not going to re-
process the production, so please treat this confidential designation as confidential pursuant to the protective order.

Best,

Peter

_____

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

signature_1406768879



2000 Pennsylvania Ave. NW, Suite 8001
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

Visit Carr Maloney's COVID-19 Resource Hub

www.carrmaloney.com

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

---

**From:** Pasquale, Ken <kenpasquale@paulhastings.com>
**Sent:** Tuesday, March 21, 2023 8:33 PM
**To:** Anthony Alden <anthonyalden@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

The Committee also agrees.  Thanks.

---



**Ken Pasquale** | **Partner** | **Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166
Direct: +1.212.318.6463 | Mobile: +1.908.578.3514
kenpasquale@paulhastings.com|www.paulhastings.com

---

**From:** Anthony Alden <anthonyalden@quinnemanuel.com>
**Sent:** Tuesday, March 21, 2023 8:32 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>
**Subject:** [EXT] RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

> You don't often get email from anthonyalden@quinnemanuel.com. Learn why this is important

Thanks,

**Anthony P. Alden**
Partner
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3159 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
anthonyalden@quinnemanuel.com

[www.quinnemanuel.com](www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>
**Sent:** Tuesday, March 21, 2023 1:18 PM
**To:** Jaclyn Palmerson <[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>; Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer <[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Pasquale, Ken <[kenpasquale@paulhastings.com](mailto:kenpasquale@paulhastings.com)>; Anthony Alden <[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

**[EXTERNAL EMAIL from [kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)]**

Jackie,

We are agreed that, to the extent that SVA asserts that the documents it produces to counsel for FTX Debtors and the Committee inadvertently include non-responsive or non-related documents/materials, and if counsel for FTX Debtors or counsel for the Committee challenge that assertion, we will apply the procedures of Paragraph 20 of the Protective Order, as if the provisions of that paragraph addressed not only privileged documents/materials, but also non-responsive or non-related documents/materials.

As to my comments about the "order of proceeding" in response to section (b) of your March 2 email, I think that is no longer a concern because, if you confirm that the above is agreed, then we will proceed to send to you (a) Attachment A to ███████████████ and (b) the summary of the steps taken by SVA to respond to the ████ subpoena, and (c) the documents we have produced to ████. Please advise if we have agreement on the above.

If you and counsel for the Committee confirm we have agreement on this, my partner Peter Glaws will coordinate the delivery of documents/materials to you.

Thanks.

Kevin

**From:** Jaclyn Palmerson <[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)>
**Sent:** Monday, March 20, 2023 9:36 PM
**To:** Murphy, Kevin M. <[kevin.murphy@carrmaloney.com](mailto:kevin.murphy@carrmaloney.com)>; Sasson, Isaac <[isaacsasson@paulhastings.com](mailto:isaacsasson@paulhastings.com)>
**Cc:** Glaws, J. Peter <[Peter.Glaws@carrmaloney.com](mailto:Peter.Glaws@carrmaloney.com)>; Jahan Raissi <[JRaissi@sflaw.com](mailto:JRaissi@sflaw.com)>; Sascha Rand <[sascharand@quinnemanuel.com](mailto:sascharand@quinnemanuel.com)>; John Shaffer <[johnshaffer@quinnemanuel.com](mailto:johnshaffer@quinnemanuel.com)>; Pasquale, Ken <[kenpasquale@paulhastings.com](mailto:kenpasquale@paulhastings.com)>; Anthony Alden <[anthonyalden@quinnemanuel.com](mailto:anthonyalden@quinnemanuel.com)>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Thanks, Kevin. While we have no objection to agreeing to a procedure that would allow SVA to clawback inadvertently produced, non-responsive materials, we will need a mechanism to challenge any such clawback in the event that we disagree that such documents/materials are not responsive to the document requests or related to the FTX Debtors. We propose the parties follow the same dispute procedures outlined in paragraph 20 of the Protective Order for disputes related to inadvertently produced privileged material. Our understanding is that this is also acceptable to the Committee. Please let us know if that would be acceptable to SVA.

I also don't believe we ever received a response to my March 6 e-mail below regarding section (b) of your March 2 e-mail. Can you please let us know where we stand on that?

Thank you,

Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
[jaclynpalmerson@quinnemanuel.com](mailto:jaclynpalmerson@quinnemanuel.com)
[www.quinnemanuel.com](www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-

client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>
**Sent:** Monday, March 20, 2023 12:09 PM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

<div style="background:yellow">**[EXTERNAL EMAIL from kevin.murphy@carrmaloney.com]**</div>

Jackie,
We have reviewed the Protective Order.  Here is what we propose in response:

- First, we are satisfied with the procedures defined in the Protective Order for clawback of inadvertently produced, privileged materials.
- Second, the Protective Order does not have a provision for clawback of inadvertently produced, non-responsive materials.  In regard to those, you had said in your below email of February 27: "Regarding inadvertently produced non-responsive materials, generally speaking, we have no objection to entering into an agreement with SVA allowing SVA to clawback such documents if we're able to reach an agreement on SVA's informal production.  However, we suggest we revisit this after SVA has had an opportunity to review the Protective Order."   We are willing to provide to you the document request portion of the ██ subpoena and our summary of the search steps undertaken by SVA to obtain records that were produced ███ ██ response to the ██ subpoena, and we are willing to produce to you the same documents that we produced to ███ ██. But, we first need written confirmation that we have an agreement that *SVA may, upon reasonable notice to counsel for FTX Debtors and counsel for the Committee, claw back any documents/material that are within the documents/material that we provide to you and that are not responsive to your request for records or is not related to FTX Debtors, and that all such identified non-responsive or non-responsive documents/materials in all forms will either be returned to SVA within 15 days, or will be destroyed within 15 days and certified by counsel in writing as having been destroyed.*  We would need for that to be agreed in writing by both the attorneys for FTX Debtors and the attorneys for the Committee.   Email confirmation of agreement on this by each counsel will be sufficient for our purposes.  But if you prefer a more formal document of such agreement, that is fine and we will expect that you will prepare such a document and send it to us.   As soon as you can provide us that written agreement, we will take the steps to make the production to you.

Thanks.
Kevin

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, March 20, 2023 11:37 AM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi all,

Assuming you've had a chance to review the Protective Order, can you please let us know if that resolves any of the items in your February 21 e-mail so we can discuss next steps?  We'd prefer to avoid motion practice.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Wednesday, March 8, 2023 6:11 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Kevin,

Attached please find the Protective Order, which was signed by the Court earlier today.  Please let us know if this resolves any of the items in your February 21 e-mail so we can discuss next steps.

Best,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jaclyn Palmerson
**Sent:** Monday, March 6, 2023 5:46 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Anthony Alden <anthonyalden@quinnemanuel.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Kevin,

Thanks for your e-mail.  Regarding section (b), I am not sure I understand the difference of viewpoint you are referencing with regard to the "order of proceeding."  It seems to me that we are aligned on this point, other than our position that the documents already produced by SVA should be produced to the Debtors regardless of whether the Debtors request any additional searches.  Please let me know if you'd like to discuss.

Regarding section (d), Debtors confirm they will not argue in any Rule 2004 proceeding against SVA that, by producing the documents previously produced to ███████ to the Debtors, SVA has waived or otherwise diminished any right it would otherwise have regarding the confidentiality of or any privilege applicable to such documents.

Thank you,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>
**Sent:** Thursday, March 2, 2023 4:42 PM
**To:** Sasson, Isaac <isaacsasson@paulhastings.com>; Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Dave Grable <davegrable@quinnemanuel.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

<div style="background-color: yellow; text-align: center;">[EXTERNAL EMAIL from kevin.murphy@carrmaloney.com]</div>

---

Jackie and Isaac,
Our responses to your email are below in *RED italics*.  Thanks.
Kevin

---

**From:** Sasson, Isaac <isaacsasson@paulhastings.com>
**Sent:** Tuesday, February 28, 2023 11:28 AM
**To:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Dave Grable <davegrable@quinnemanuel.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>
**Subject:** RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Thanks, Jackie.  I can confirm for the Committee that we are in agreement with the Debtors' positions below.

---



**Isaac Sasson | Associate | Financial Restructuring Group**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166
Direct: +1.212.318.6948 | Mobile: +1.917.692.3337
isaacsasson@paulhastings.com  |  www.paulhastings.com

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Monday, February 27, 2023 11:01 PM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>; Dave Grable <davegrable@quinnemanuel.com>
**Cc:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi <JRaissi@sflaw.com>; Sascha Rand <sascharand@quinnemanuel.com>; John Shaffer <johnshaffer@quinnemanuel.com>; Pasquale, Ken <kenpasquale@paulhastings.com>; Sasson, Isaac <isaacsasson@paulhastings.com>
**Subject:** [EXT] RE: Silicon Valley Accountants / FTX Debtors and Committee request for documents

Hi Kevin,

Thank you for sending these proposed terms.  I have forwarded your message to Ken Pasquale and Isaac Sasson from Paul Hastings, who are counsel for the Committee (and who participated in our meet and confer).  They are copied here as well.

I am responding to your proposed terms in turn below on behalf of the Debtors.  I understand the Committee is in agreement with the

Debtors' positions reflected below.

1. We have reviewed the proposed Claw-Back Agreement. With regard to inadvertently produced privileged material, there will be a provision in the forthcoming Protective Order that will govern this topic. To avoid conflicting procedures on the same topic, we'd suggest the parties agree that the Protective Order will govern the procedures for inadvertently produced privileged material. If, after SVA has had an opportunity to review the forthcoming Protective Order, it finds the provisions regarding inadvertently produced privileged material to be inadequate, we are happy to discuss a further agreement on that point. Regarding inadvertently produced non-responsive materials, generally speaking, we have no objection to entering into an agreement with SVA allowing SVA to clawback such documents if we're able to reach an agreement on SVA's informal production. However, we suggest we revisit this after SVA has had an opportunity to review the Protective Order. *Understood. The process you describe in this paragraph 1 is fine.*

2. We agree that, if SVA, the Debtors, and the Committee are able to reach an agreement on the issues raised in your e-mail, SVA will produce the same documents SVA produced to ███ in response to the subpoena.

3.

   a. The forthcoming Protective Order will contain detailed procedures for the protection of confidential and highly confidential information. We suggest that, after the Protective Order is signed and made available to SVA, SVA provide the list of documents requested by ███ and the description of the search parameters used in collecting the documents for production to ███ with the appropriate confidentiality designation under the Protective Order. Counsel for the Debtors, who will sign as signatories to the forthcoming Protective Order, will abide by all obligations under the forthcoming Protective Order with respect to any materials designated by SVA, including those listed in section 3(a) of your e-mail below. Please let us know if that is agreeable. *Assuming that we are satisfied that the Protective Order properly covers this, and we have the Claw-Back Agreement in place, then it appears that we are agreed on these next steps as described.*

   Can you please explain the reason for the redactions you reference? *Once you see the ███ subpoena attachment, with the minor redaction, I think this will be a non-issue. If it remains an issue, we can discuss.*

   b. We agree to a procedure in which the Debtors shall have an opportunity to request additional searches following receipt of the information discussed in section 3(a) of your e-mail. We further agree that SVA shall have no obligation to agree to any such searches requested by the Debtors. We would request that SVA produce the documents already produced to ███ regardless of any potential disputes as to additional searches, but acknowledge SVA's reservation of rights in that regard. The Debtors reserve all rights to file a motion under Rule 2004 with regard to any documents requested that SVA refuses to produce or additional searches that SVA refuses to conduct. *If I correctly understand your statements in this sub-paragraph, I think we have a difference of viewpoint on the order of proceeding. I suggest that once we review the Protective Order, and then assuming we move to the step of providing you ███ requests and a summary of our search procedures used to respond ████████, we revisit this issue, as it may or may not become a sticking point.*

   c. We anticipate having a Protective Order signed and docketed within the next week. We will promptly provide you with a copy once that is filed. *Understood. We will await and review that Order when it is provided.*

   d. The Debtors agree that, by accepting SVA's production of documents previously produced to ███, the Debtors are not foreclosed from seeking, and are expressly reserving all rights to seek, additional documents both informally and pursuant to a formal motion under Rule 2004. The Debtors further acknowledge SVA's reservation of rights to object to the production of such additional documents sought by the Debtors. The Debtors will comply with all applicable requirements regarding discovery, including with respect to scope and burden, and expect that SVA will do the same, but cannot agree to further language to the extent that it purports to modify the rights of the Debtors, which are fully preserved. *We can probably agree as you propose here except that your response did not directly address the following sentence in my email to you: "You (and counsel for the Committee) agree that you (and counsel for the Committee) will not argue in any subsequent Rule 2004 proceeding that SVA, by producing the ███ Documents, has waived or otherwise diminished any of its rights or any confidentiality or privilege positions that it has available to it as of today in regard to any of SVA's documents or information." Please let us know if that provision is agreeable. I cannot see why it would not be agreeable. If you cannot agree to the terms in that sentence, we may have hit a snag.*

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct

732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-
client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to
the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly
prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>
**Sent:** Tuesday, February 21, 2023 3:48 PM
**To:** Dave Grable <davegrable@quinnemanuel.com>
**Cc:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Jahan Raissi
<JRaissi@sflaw.com>
**Subject:** Silicon Valley Accountants / FTX Debtors and Committee request for documents

<mark>[EXTERNAL EMAIL from kevin.murphy@carrmaloney.com]</mark>

Mr. Grable:
As you know from our recent discussion, this law firm, along with Jahan Raissi Esq. of Shartsis Friese LLP, represent Silicon Valley
Accountants ("SVA"). By letter dated February 10, 2023, you transmitted to SVA certain requests that SVA informally produce
documents to your firm (the "Document Requests").  You have represented that you are counsel for FTX Trading, Ltd., West Realm
Shires Services Inc., d/b/a FTX US, and Alameda Research LLC, (and direct and indirect subsidiaries), debtors-in-possession in a Chapter
11 proceeding pending in the U.S. Bankruptcy Court for the District of Delaware (collectively, the "FTX Debtors").  We understand that
you also conveyed the request on behalf of counsel for the Official Committee of Unsecured Creditors (the "Committee").  We have
not received written confirmation of who are those attorneys representing the Committee, and so we anticipate that you will forward
this email to them, and, to the extent that SVA documents are to be informally (without court order) produced to counsel for the
Committee under terms of agreement, we will need from them a written statement that they represent the Committee and that they
agree to the same terms as we agree upon with you for production of SVA documents.
At this time, the Document Requests are "informal", although you have indicated that you would intend to pursue a Rule 2004 Order
from the Bankruptcy Court to compel document production, if necessary.  The following are the terms that we propose for completion
of an "informal" document production, in lieu of addressing this through a Rule 2004 request / response process:

1. We require in advance of any informal document production, a Claw-Back Agreement signed by the Parties, that would provide
   a process by which SVA would have the right to take back any privileged or irrelevant/unrelated documents that may be
   inadvertently included in the SVA informal document production.  A draft of such a Claw-Back Agreement is **attached** for review
   by you and by counsel for the Committee.

2. If you and counsel for the Committee agree to the other terms identified here, below, then we would produce to you (and the
   Committee's attorneys if they confirm their agreement), the same SVA documents that we have produced to █████ pursuant
   to the █████ subpoena (the "█████ Documents").

3. After receipt of the fully signed Claw-Back Agreement, and before we produce the █████ documents, we will require the
   following:

   a. As a first step, we will provide to you the list of documents requested from SVA by █████ subpoena (with the full name
      of SVA redacted from that list, but the initials SVA still visible), and a description of the search steps taken by SVA in what
      files and system folders to gather █████ Documents for production to █████, but only if you first confirm that you,
      for yourself and your law firm and the FTX Debtors (and counsel for the Committee, for themselves and for the
      Committee) will maintain strict confidentiality of these items and not disseminate or make them available to any other
      person/entities.

   b. If after you (and counsel for the Committee) review the list of documents requested by █████ subpoena and the
      description of the search terms/process used by SVA to gather the █████ Documents, and before we produce the █████
      █ Documents, you request a different or additional search by SVA, we will consider that, but we are not committing at
      this time to do any further or additional search.  Depending on the nature of any such additional requests by you (and/or
      counsel for the Committee), we reserve the right to agree or not, and if we do not agree, we reserve the right to not
      produce any of the █████ Documents until and unless ordered to do so via a Rule 2004 Order.

   c. Before we produce the █████ Documents, we require that you provide to us a signed and docketed Confidentiality
      Order in the Bankruptcy Case, and you would agree that such Confidentiality Order would encompass any █████
      Documents we produce, and that you (and the Committee if it is a recipient of the documents) will not disseminate to or

make available to any other persons/entities, any of the ███████ Documents that we produce, except in accordance with the terms of the Confidentiality Order.  We reserve the right to require stricter confidentiality for the ███████ documents than is provided for in the Confidentiality Order, if we determine that we need to request that, after you have provided the Confidentiality Order to us for review.

d.  If all of the above terms are agreed upon and if SVA then produces the ███████ Documents in accordance with the above term, then by accepting the ███████ Documents, you (and counsel for the Committee) are not foreclosed from later seeking additional documents from SVA; however, SVA also reserves the right to object to and withhold any additional documents that you (and counsel for the Committee) may request and to require a formal Rule 2004 examination process for any such later or additional requests for documents from SVA.  You (and counsel for the Committee) agree that you (and counsel for the Committee) will not argue in any subsequent Rule 2004 proceeding that SVA, by producing the ███████ Documents, has waived or otherwise diminished any of its rights or any confidentiality or privilege positions that it has available to it as of today in regard to any of SVA's documents or information.   You (and counsel for the Committee) agree that you will take reasonable steps to avoid imposing burden or expense upon SVA for any further or additional requests beyond the ███████ Documents, and that you will not make such further or additional requests on SVA if the additional documents are reasonably available from other persons or entities (including from the records of the FTX Debtors, among others) or are not reasonably necessary for the adjudication of substantive issues in the Bankruptcy Case.

Please advise if these terms for voluntary and informal production of the ███████ Documents are acceptable, and if the proposed Claw-Back Agreement is acceptable.

_____

**Kevin M. Murphy | Partner**
kevin.murphy@carrmaloney.com

**Direct (202) 310-5507**
**Main (202) 310-5500**
**Fax (202) 310-5555**

signature_1406768879



**2000 Pennsylvania Ave. NW, Suite 8001**
**Washington, D.C. 20006**
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Murphy, Kevin M. |
| **To:** | Jaclyn Palmerson |
| **Cc:** | Dave Grable; Glaws, J. Peter; JRaissi@sflaw.com |
| **Subject:** | RE: FTX / Request to Silicon Valley Accountants |
| **Date:** | Wednesday, February 15, 2023 12:02:47 PM |
| **Attachments:** | image001.png |

Let's set the call for 3:30 ET tomorrow, Thursday.  I assume you will circulate a number or link.
Thanks.
Kevin

---

**From:** Jaclyn Palmerson <jaclynpalmerson@quinnemanuel.com>
**Sent:** Wednesday, February 15, 2023 10:19 AM
**To:** Murphy, Kevin M. <kevin.murphy@carrmaloney.com>
**Cc:** Dave Grable <davegrable@quinnemanuel.com>; Glaws, J. Peter
<Peter.Glaws@carrmaloney.com>; JRaissi@sflaw.com
**Subject:** RE: FTX / Request to Silicon Valley Accountants

Hi Kevin,

We are available tomorrow between 3:30-5 PM ET.  Please let us know your availability during that
window.

Thanks,
Jackie

**Jaclyn Palmerson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7104 Direct
732-300-0001 Cell
212-849-7000 Main Office Number
212-849-7100 FAX
jaclynpalmerson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** "Murphy, Kevin M." <kevin.murphy@carrmaloney.com>
**Date:** February 14, 2023 at 3:01:29 PM PST
**To:** Dave Grable <davegrable@quinnemanuel.com>
**Cc:** "Glaws, J. Peter" <Peter.Glaws@carrmaloney.com>, Jahan Raissi
<JRaissi@sflaw.com>
**Subject: FTX / Request to Silicon Valley Accountants**

[EXTERNAL EMAIL from kevin.murphy@carrmaloney.com]

Mr. Grable,

This law firm, along with Jahan Raissi, Esq. of Shartsis Friese LLP, represents Silicon Valley Accountants.  We are in receipt of your "meet and confer" letter request to Silicon Valley Accountants, dated February 10, 2023.  We are prepared to have a discussion with you about your requests.  Please let us know what dates/times work for you over the remainder of this week or early next week for a call.  Thank you.

_____

**Kevin M. Murphy | Partner**
**kevin.murphy@carrmaloney.com**

**Direct (202) 310-5507**
**Main (202) 310-5500**
**Fax (202) 310-5555**

# CARR
# MALONEY P.C.

**2000 Pennsylvania Ave. NW, Suite 8001**
**Washington, D.C. 20006**
***Offices in D.C., Maryland, Virginia, West Virginia***

**www.carrmaloney.com**

**This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.**