██████████████████████████████████
████████████████████

## FTX Search June - 1-1

**Last run on**
2023-06-13T18:27:07.503Z

**Searched by**
Harry ████

**Search conditions**

FTX, Alameda, "West Realm", WRS, (c:s) Cottonwood, "Clifton Bay" , "Digital Markets" , Ledger , Quoine , "GG Trading" , North w/2 Dimension , Blockfolio , "Island Bay Ventures" , "Paper Bird" , "Liquid Group" , ZUBR , SBF , "Sam BF" , Bankman , "Barbara Fried" , "Zixiao Wang" , "Gary Wang" , Nishad , Singh , Ellison , Eades , Jayesh , Peswani , Salame , Markou , "Tiffany Wells" , Jürg , Juerg , Bavaud , Sakiko , Kojima , "Chloe Xu" , Jaitipa , Sriparakool , Serhat , Aydin , Yusuf , Kaboğlu , "Brett Harrison" , Mamoru , Kobayashi , Rhotert , "Dexter Fish" , Balsam , Danhach , Sumie , Inami , Tzulin , "Josephine Chan" , Liebi , Raatz , "Can Sun" , "Trang Ha" , "Duyen Dao" , "An Hsien" , Matze , "Hui Nee Chuan" , "Bao Vuong" , "Ryan Mendel" , Takashi , Hidaka , Papadopoulos , "Stephanie Yuen" , "Stephenie Yuen" , Luk-wai , "Luk wai" , "Jen Chan" , Friedberg , Ramnik , Arora , "Pulsar Global", Antigua , Coinbase , Fiat , Crypto , Chainalysis , Blockchain , Slack , Mazars , Fenwick , Prager , "Project Benchmark" , Riversmoorehead , Takahida , "Robert Lee" , RLA , RL&A ,

**Status**

The search is completed
38 item(s) (22.34 MB)
14,462 unindexed items, 89.28 GB
103 mailbox(es)
All sites
All public folders

EXHIBIT 3

## FTX Search June - 1-2

**Summary**  Search statistics

**Description**
Search on Email addresses

**Last run on**
2023-06-13T18:27:46.657Z

**Searched by**
Harry

**Search conditions**
@ftexchange.com, @westrealmshires.com , @liquid.com , @digitalassets.ag , @embed.com , @embedclear.com , @leveragedtokens.com , @alres.io , @gl-games.com , @projectserum.com , emergentfidelity@gmail.com , @armaninollp.com , @amllp.com , @pwc.com , @pwc.ch , @konkritaccounting.com , @axalo.com , @cda.gmbh , @alpha8tax.com.au , @farahatco.com , @pragermetis.com , @sapro.com , @sterleymedia.com , @hashconsulting.com , @hash.consulting.com , @bdo.com , @stout.com , @acsondhi.com , 11235813sam@gmail.com, sambfspam@gmail.com , barbara@mtg.org , barbara@mtg2020.org , barbarafried1110@gmail.com , bfried@law.stanford.edu , bfried@stanford.edu , bfried1110@gmail.com , gabe@againstpandemics.org , gfried@csus.org , ftt2themoon@gmail.com , zx.gary@gmail.com , sxtywxd@gmail.com , dan@energidp.com , realcomfyracingshower@protonmail.com , jenclw@gmail.com , fttmoon1e8@gmail.com , josephine.cky@gmail.com , can.sun.hrlf@gmail.com , can.sun@yale.edu , suncan99@gmail.com , brettharrison@gmail.com , @ftx.com,@ftx.us @ftx.org , @ftxdigitalmarkets.com , @ftxtrading.eu , @ftxpayments.com , @ftxfoundation.com , @ftxkr.com , @ftxsupport.com , @alameda-research.com , @alamedaresearch.com , @alamedaotc.com , @quoine.com , ftxchange@gmail.com , ftxchallenge@gmail.com , alamedaresearchltd@gmail.com , alamedaresearch@gmail.com , @ledgerx.com , @ledgerprime.com , @fenwick.com , @blockfolio.com ,

## FTX Search June - 1-2

@sterleymedia.com , @hashconsulting.com , @hash.consulting.com , @bdo.com , @stout.com , @acsondhi.com , 11235813sam@gmail.com, sambfspam@gmail.com , barbara@mtg.org , barbara@mtg2020.org , barbarafried1110@gmail.com , bfried@law.stanford.edu , bfried@stanford.edu , bfried1110@gmail.com , gabe@againstpandemics.org , gfried@csus.org , ftt2themoon@gmail.com , zx.gary@gmail.com , sxtywxd@gmail.com , dan@energidp.com , realcomfyracingshower@protonmail.com , jenclw@gmail.com , fttmoon1e8@gmail.com , josephine.cky@gmail.com , can.sun.hrlf@gmail.com , can.sun@yale.edu , suncan99@gmail.com , brettharrison@gmail.com , @ftx.com,@ftx.us @ftx.org , @ftxdigitalmarkets.com , @ftxtrading.eu , @ftxpayments.com , @ftxfoundation.com , @ftxkr.com , @ftxsupport.com , @alameda-research.com , @alamedaresearch.com , @alamedaotc.com , @quoine.com , ftxchange@gmail.com , ftxchallenge@gmail.com , alamedaresearchltd@gmail.com , alamedaresearch@gmail.com , @ledgerx.com , @ledgerprime.com , @fenwick.com , @blockfolio.com , gabriel_bankman-fried@brown.edu , gbankmanfried@gmail.com , gbankman-fried@janestreet.com , jbankman@law.stanford.edu , jbankman@stanford.edu , joe.bankman@gmail.com , joebankman@gmail.com , carolinesellison@gmail.com , nishadsingh@gmail.com , nishad.singh@gmail.com , nishad@evergreennorthenterprises.com , danielscottfriedberg@gmail.com , dfriedberg@crestlawfirm.com , dfriedberg@Riddellwilliams.com , jayesh.peswani@gmail.com , WRSS , @mazars.com.sg , @mazars.de , @mazars.ch , @rlallp.com , ruben.pekary.rlallp@gmail.com , caroline.eades.rlallp@gmail.com , caroline.eades@gmail.com , caroline.eades@onbase.com , FTXUS , FTX.US , FTX.COM , @riversmoorehead.com , @riversmooreheadvs.com , takahida1112@gmail.com , takahida1965@gmail.com , can.sun.fenwick@gmail.com , csun@fenwick.com , rsalame@bonhamcapital.net , ryan.salame@gmail.com ,"Bankman-Fried"

**Status**
The search is completed
1,527 item(s) (997.34 MB)
14,462 unindexed items, 89.28 GB
103 mailbox(es)
All sites
All public folders