## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Non-party Silicon Valley Accountant's Objection to Movant's Motion for a Rule 2004 Examination** was transmitted to counsel of record for the Movants via the Court's electronic filing system on this 26th day of July, 2023.

*/s/ James E. Huggett*
James E. Huggett, Esq. (ID No. 3956)

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV, Esq.