## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) | **Related Docket No. 1925** |

### CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that, on July 26, 2023, a true and correct copy of *Silvergate Bank's Response to Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2014-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust* was filed *via* the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF:

I further certify that, in addition, on the same day, I caused the above-listed pleading to be served on the parties listed on the attached service list *via* electronic mail.

Dated: July 26, 2023

                                                                       **CHIPMAN BROWN CICERO**
                                                                         **& COLE, LLP**

                                                                        */s/ William E. Chipman, Jr.*
                                                                        William E. Chipman, Jr. (No. 3818)
                                                                        Hercules Plaza
                                                                        1313 North Market Street, Suite 5400
                                                                        Wilmington, Delaware 19801
                                                                        Telephone: (302) 295-0191
                                                                        Email: chipman@chipmanbrown.com

                                                                        *Counsel for Silvergate Bank*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Silvergate is advised that a complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX and that the principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

00054612.1

**SERVICE LIST**

Adam G. Landis
Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

William A. Burck
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Email: williamburck@quinnemanuel.com

Sascha N. Rand
Katherine A. Lemire
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Email: sascharand@quinnemanuel.com
katherinelemire@quinnemanuel.com

K. John Shaffer
Anthony Alden
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Email: johnshaffer@quinnemanuel.com
anthonyalden@quinnemanuel.com