

# Seventh Interim Financial Update

**6/1/2023 Through 6/30/2023**



**Debtor Name:** *FTX Trading Ltd. et al.*
**Lead Case #:** *22-11068 (JTD)*
**Petition Dates:** *11/11/2022 & 11/14/2022*
**Report Period Ending:** *6/30/23*
**Months Pending:** *8*
**Industry Classification:** *5239*

# Contents



I.    Interim Financial Update Cover Page

II.   Cash Update

III.  Assets Sold or Transferred (as applicable)

IV.  Professional Fees & Expenses

V.   Summary of Taxes Paid

VI.  Questionnaire

# I. Interim Financial Update Cover Page



The Debtors are filing this report based on the best available information to provide interim disclosures until such time as monthly operating reports are filed. While the Debtors have made reasonable efforts to completely and accurately report the listed information, until such time as the monthly operating reports are filed, the Debtors are unable to completely certify the accuracy of the reported information.

The Debtors maintain accounts in foreign currencies across numerous entities. Balances presented are translated at the applicable rate.  Period end cash balances are translated at the month-end rate and disbursements are translated using the applicable rate for the date of the disbursement. All amounts presented are in US Dollars, unless otherwise stated.

| FTX Trading Ltd.<br>Case No. 22-11068 (JTD) | |
|---|---|
| Lead Case | FTX Trading Ltd. et al. |
| Petition Dates | 11/11/2022, 11/14/2022 |
| Report Period Ending | 6/30/2023 |
| Months Pending | 8 |
| Industry Classification | 5239 |
| Reporting Method | Accrual |
| Debtors' Full Time Employees (Current) | 82 |
| Debtors' Full-Time Employees (as of Petition Date) | 320 |

*Note:  Report herein reflects the dismissal of the Chapter 11 cases of FTX Turkey Teknoloji Ve Ticaret Anonim Şirket and SNG Investments Yatirim Ve Danişmanlik Anonim Şirketi on Feb 13th, 2023 (Docket #711)*

# II. Cash Update – Disbursements thru 6/30[1]



| Disbursements by Silo | June 2023 | |
|---|---:|---:|
| WRS | $ | 55,360,404 |
| Alameda | | 3,762,991 |
| Dotcom | | 2,092,549 |
| No Silo (Deck Technologies Inc.) | | 249,137 |
| Ventures | | 51,818 |
| Total Debtor Disbursements | $ | 61,516,899 |

(1) Disbursements are converted into USD at the time of payment

4

# II. Disbursements thru 6/30[1] – Alameda



| Case No. | Debtor Name | Silo | June 2023 |
|----------|-------------|------|-----------:|
| 22-11087 | Maclaurin Investments Ltd | Alameda | $ 3,325,500 |
| 22-11112 | Cottonwood Grove Ltd | Alameda | 159,833 |
| 22-11158 | Ledger Prime LLC | Alameda | 152,920 |
| 22-11066 | Alameda Research LLC | Alameda | 88,818 |
| 22-11106 | Alameda Research KK | Alameda | 23,227 |
| 22-11067 | Alameda Research Ltd | Alameda | 12,600 |
| 22-11105 | Alameda Research (Bahamas) Ltd | Alameda | 93 |
| 22-11156 | LedgerPrime Digital Asset Opportunities Fund, LLC | Alameda | - |
| 22-11160 | North Dimension Ltd | Alameda | - |
| 22-11081 | Atlantis Technology Ltd | Alameda | - |
| 22-11109 | Alameda TR Systems S de RL | Alameda | - |
| 22-11177 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | Alameda | - |
| 22-11069 | Alameda Research Holdings Inc. | Alameda | - |
| 22-11078 | Alameda TR Ltd | Alameda | - |
| 22-11083 | Blue Ridge Ltd | Alameda | - |
| 22-11084 | Cardinal Ventures Ltd | Alameda | - |
| 22-11085 | Cedar Bay Ltd | Alameda | - |
| 22-11104 | Alameda Aus Pty Ltd | Alameda | - |
| 22-11107 | Alameda Research Pte Ltd | Alameda | - |
| 22-11108 | Alameda Research Yankari Ltd | Alameda | - |
| 22-11126 | Goodman Investments Ltd | Alameda | - |
| 22-11131 | Killarney Lake Investments Ltd | Alameda | - |
| 22-11134 | Alameda Global Services Ltd | Alameda | - |
| 22-11136 | Cottonwood Technologies Ltd | Alameda | - |
| 22-11141 | Euclid Way Ltd | Alameda | - |
| 22-11150 | Hive Empire Trading Pty Ltd | Alameda | - |

(1) Disbursements are converted into USD at the time of payment

# II. Disbursements thru 6/30[1] – Alameda



| Case No. | Debtor Name | Silo | June 2023 |
|----------|-------------|------|-----------|
| 22-11175 | Hannam Group Inc | Alameda | - |
| 22-11155 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | Alameda | - |
| 22-11157 | LedgerPrime Digital Asset Opportunities Master Fund LP | Alameda | - |
| 22-11159 | LedgerPrime Ventures, LP | Alameda | - |
| 22-11153 | North Dimension Inc | Alameda | - |
| 22-11154 | North Wireless Dimension Inc | Alameda | - |
| 22-11094 | Strategy Ark Collective Ltd | Alameda | - |
| 22-11096 | Verdant Canyon Capital LLC | Alameda | - |
| | Total Alameda Silo Disbursements[1] | $ | 3,762,991 |

(1) Disbursements are converted into USD at the time of payment

# II. Disbursements thru 6/30[1] – Dotcom



| Case No. | Debtor Name | Silo | June 2023 |
|---|---|---|---|
| 22-11068 | FTX Trading Ltd | Dotcom | $    694,136 |
| 22-11102 | FTX Japan KK | Dotcom | 526,659 |
| 22-11110 | Blockfolio, Inc | Dotcom | 286,220 |
| 22-11075 | FTX Europe AG | Dotcom | 261,280 |
| 22-11161 | Quoine Pte Ltd | Dotcom | 98,210 |
| 22-11166 | FTX EU Ltd | Dotcom | 67,661 |
| 22-11123 | FTX Trading GmbH | Dotcom | 61,352 |
| 22-11092 | Quoine Vietnam Co | Dotcom | 48,073 |
| 22-11122 | FTX Structured Products AG | Dotcom | 17,695 |
| 22-11100 | FTX Exchange FZE | Dotcom | 15,911 |
| 22-11169 | FTX Switzerland GmbH | Dotcom | 5,146 |
| 22-11091 | Quoine India Pte Ltd | Dotcom | 3,438 |
| 22-11165 | FTX Crypto Services Ltd | Dotcom | 2,116 |
| 22-11145 | FTX EMEA Ltd | Dotcom | 1,981 |
| 22-11074 | FTX Japan Holdings KK | Dotcom | 414 |
| 22-11113 | Crypto Bahamas LLC | Dotcom | 392 |
| 22-11128 | Innovatia Ltd | Dotcom | 351 |
| 22-11103 | FTX Japan Services KK | Dotcom | 310 |
| 22-11118 | FTX Digital Holdings (Singapore) Pte Ltd | Dotcom | 310 |
| 22-11076 | FTX Property Holdings Ltd | Dotcom | 310 |
| 22-11164 | FTX Certificates GmbH | Dotcom | 272 |
| 22-11119 | FTX Products (Singapore) Pte Ltd | Dotcom | 218 |
| 22-11173 | GG Trading Terminal Ltd | Dotcom | 93 |
| 22-11120 | FTX Services Solutions Ltd | Dotcom | - |

# II. Disbursements thru 6/30[(1)] – Dotcom



| Case No. | Debtor Name | Silo | June 2023 |
|----------|-------------|------|-----------|
| 22-11114 | Deep Creek Ltd | Dotcom | - |
| 22-11082 | Bancroft Way Ltd | Dotcom | - |
| 22-11116 | FTX (Gibraltar) Ltd | Dotcom | - |
| 22-11098 | Western Concord Enterprises Ltd | Dotcom | - |
| 22-11132 | Zubr Exchange Ltd | Dotcom | - |
| 22-11099 | FTX Equity Record Holdings Ltd | Dotcom | - |
| 22-11117 | FTX Canada Inc | Dotcom | - |
| 22-11101 | FTX Hong Kong Ltd | Dotcom | - |
| 22-11080 | Analisya Pte Ltd | Dotcom | - |
| 22-11079 | Allston Way Ltd | Dotcom | - |
| 22-11163 | DAAG Trading, DMCC | Dotcom | - |
| 22-11124 | FTX Zuma Ltd | Dotcom | - |
| 22-11125 | Global Compass Dynamics Ltd | Dotcom | - |
| 22-11151 | Liquid Financial USA Inc | Dotcom | - |
| 22-11086 | Liquid Securities Singapore Pte Ltd | Dotcom | - |
| 22-11152 | LiquidEX LLC | Dotcom | - |
| 22-11077 | LT Baskets Ltd | Dotcom | - |
| 22-11088 | Mangrove Cay Ltd | Dotcom | - |
| 22-11095 | Technology Services Bahamas Limited | Dotcom | - |
| 22-11097 | West Innovative Barista Ltd | Dotcom | - |
| | Total Dotcom Silo Disbursements[(1)] | | $ 2,092,549 |

# II. Disbursements thru 6/30[1] – WRS



| Case No. | Debtor Name | Silo | | June 2023 |
|---|---|---|---|---|
| 22-11183 | West Realm Shires Inc | WRS | $ | 54,985,612 |
| 22-11071 | West Realm Shires Services Inc. | WRS | | 372,478 |
| 22-11174 | Good Luck Games, LLC | WRS | | 1,037 |
| 22-11072 | West Realm Shires Financial Services Inc | WRS | | 436 |
| 22-11167 | FTX Lend Inc | WRS | | 376 |
| 22-11115 | Digital Custody Inc | WRS | | 218 |
| 22-11127 | Hawaii Digital Assets Inc | WRS | | 93 |
| 22-11143 | FTX Digital Assets LLC | WRS | | 93 |
| 22-11073 | Ledger Holdings Inc | WRS | | 63 |
| 22-11168 | FTX Marketplace, Inc | WRS | | - |
| 22-11171 | FTX US Services, Inc | WRS | | - |
| 22-11149 | FTX US Trading, Inc | WRS | | - |
| 22-11090 | Pioneer Street Inc | WRS | | - |
| | Total WRS Silo Disbursements[1] | | $ | 55,360,404 |

(1) Disbursements are converted into USD at the time of payment

# II. Disbursements thru 6/30[1] – Ventures



| Case No. | Debtor Name | Silo | June 2023 |
|----------|-------------|------|----------:|
| 22-11070 | Clifton Bay Investments LLC | Ventures | $ 50,093 |
| 22-11162 | Cedar Grove Technology Services, Ltd | Ventures | 1,105 |
| 22-11089 | Paper Bird Inc | Ventures | 310 |
| 22-11129 | Island Bay Ventures Inc | Ventures | 218 |
| 22-11172 | FTX Ventures Ltd | Ventures | 93 |
| 22-11176 | Hilltop Technology Services LLC | Ventures | - |
| 22-11111 | Clifton Bay Investments Ltd | Ventures | - |
| | Total Venture Silo Disbursements[1] | | $ 51,818 |

(1) Disbursements are converted into USD at the time of payment

10

# II. Disbursements thru 6/30[1] – Not Siloed



| Case No. | Debtor Name | Silo | | June 2023 |
|----------|-------------|------|---|-----------|
| 22-11139 | Deck Technologies Inc | None | $ | 249,137 |
| 22-11138 | Deck Technologies Holdings LLC | None | | - |
| | Total Not Siloed Entities Disbursements[1] | | $ | 249,137 |

# II. Cash Update – Bank Balances as of 6/30



| | Debtor Bank Account Balances as of June 30, 2023 | | | |
|---|---|---|---|---|
| **Cash Balances by Silo** | **Unrestricted** | **Custodial**[1] | **Other Restricted** | **Total Cash** |
| Debtor Accounts | | | | |
| Alameda | $ 1,393,685,151 | $ 29,508,714 | $ - | $ 1,423,193,865 |
| WRS | 526,570,951 | 32,453,949 | - | 559,024,900 |
| Dotcom | 303,887,326 | 102,424,304 | 4,000,000 | 410,311,630 |
| Ventures | 158,143,332 | - | - | 158,143,332 |
| Not Siloed[2] | 229,899 | - | - | 229,899 |
| **Total Debtor Accounts** | **$ 2,382,516,658** | **$ 164,386,967** | **$ 4,000,000** | **$ 2,550,903,626** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein
(2) Represents bank account at Deck Technologies, Inc., a Debtor entity that is not in a Silo

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Alameda Debtor Bank Account Balances as of June 30, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Alameda Research LLC | $ 1,376,728,620 | $ 635 | $ - | $ 1,376,729,255 |
| Alameda Research Ltd | - | 27,957,204 | - | 27,957,204 |
| Alameda Research KK | 15,680,308 | - | - | 15,680,308 |
| North Dimension Inc | - | 1,550,875 | - | 1,550,875 |
| Maclaurin Investments Ltd. | 1,121,127 | - | - | 1,121,127 |
| Cottonwood Grove Ltd | 7,680 | - | - | 7,680 |
| Ledger Prime LLC | - | - | - | - |
| LedgerPrime Digital Asset Opportunities Master Fund LP | - | - | - | - |
| LedgerPrime Digital Asset Opportunities Fund, LLC | - | - | - | - |
| Hive Empire Trading Pty Ltd | - | - | - | - |
| Goodman Investments Ltd. | - | - | - | - |
| Alameda Aus Pty Ltd | - | - | - | - |
| Alameda Global Services Ltd | - | - | - | - |
| Alameda Research (Bahamas) Ltd | - | - | - | - |
| Alameda Research Holdings Inc. | - | - | - | - |
| Alameda Research Pte Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Alameda Debtor Bank Account Balances as of June 30, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Alameda Research Yankari Ltd | $        - | $        - | $        - | $        - |
| Alameda TR Ltd | - | - | - | - |
| Alameda TR Systems S de RL | - | - | - | - |
| Atlantis Technology Ltd | - | - | - | - |
| Blue Ridge Ltd | - | - | - | - |
| Cardinal Ventures Ltd | - | - | - | - |
| Cedar Bay Ltd | - | - | - | - |
| Cottonwood Technologies Ltd | - | - | - | - |
| Euclid Way Ltd | - | - | - | - |
| Hannam Group Inc | 147,416 | - | - | 147,416 |
| Killarney Lake Investments Ltd | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | - | - | - | - |
| LedgerPrime Bitcoin Yield Enhancement Master Fund LP | - | - | - | - |
| LedgerPrime Ventures, LP | - | - | - | - |
| North Dimension Ltd | - | - | - | - |
| North Wireless Dimension Inc | - | - | - | - |

# II. Cash Update – Bank Balances as of 6/30



| | Alameda Debtor Bank Account Balances as of June 30, 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cash Balances by Entity | Unrestricted | | Custodial[1] | | Other Restricted | | Total Cash | |
| Strategy Ark Collective Ltd | $ | - | $ | - | $ | - | $ | - |
| Verdant Canyon Capital LLC | | - | | - | | - | | - |
| **Total Alameda Debtor Accounts** | $ | **1,393,685,151** | $ | **29,508,714** | $ | **-** | $ | **1,423,193,865** |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

15

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of June 30, 2023 | | | |
|---|---|---|---|---|
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| FTX Trading Ltd | $ 179,954,125 | $ 27,003,360 | $ - | $ 206,957,485 |
| FTX Japan K.K. | 107,202,880 | 18,635,301 | - | 125,838,181 |
| FTX EU Ltd | 1,322,033 | 50,818,022 | - | 52,140,055 |
| Quoine Pte Ltd | 2,432,967 | 5,967,621 | - | 8,400,588 |
| FTX Europe AG | 6,197,047 | - | - | 6,197,047 |
| FTX Exchange FZE | 522,764 | - | 4,000,000 | 4,522,764 |
| Quoine India Pte Ltd | 3,232,051 | - | - | 3,232,051 |
| Zubr Exchange Ltd | 841,063 | - | - | 841,063 |
| FTX Japan Services KK | 732,930 | - | - | 732,930 |
| FTX Japan Holdings K.K. | 400,764 | - | - | 400,764 |
| Quoine Vietnam Co. Ltd | 310,372 | - | - | 310,372 |
| FTX Digital Holdings (Singapore) Pte Ltd | 258,882 | - | - | 258,882 |
| FTX Crypto Services Ltd. | 183,633 | - | - | 183,633 |
| Hannam Group Inc | 147,416 | - | - | 147,416 |
| FTX Switzerland GmbH | 83,323 | - | - | 83,323 |
| Innovatia Ltd | 39,431 | - | - | 39,431 |
| FTX Trading GmbH | 25,645 | - | - | 25,645 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of June 30, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| Blockfolio, Inc. | - | - | - | - |
| Crypto Bahamas LLC | - | - | - | - |
| Liquid Securities Singapore Pte Ltd | - | - | - | - |
| FTX Property Holdings, Ltd | - | - | - | - |
| FTX Services Solutions Ltd | - | - | - | - |
| FTX Structured Products AG | - | - | - | - |
| FTX Certificates GmbH | - | - | - | - |
| Allston Way Ltd | - | - | - | - |
| Analisya Pte Ltd | - | - | - | - |
| Bancroft Way Ltd | - | - | - | - |
| DAAG Trading, DMCC | - | - | - | - |
| Deep Creek Ltd | - | - | - | - |
| FTX (Gibraltar) Ltd | - | - | - | - |
| FTX Canada Inc | - | - | - | - |
| FTX EMEA Ltd | - | - | - | - |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Dotcom Debtor Bank Account Balances as of June 30, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| FTX Equity Record Holdings Ltd | $            - | $            - | $            - | $            - |
| FTX Hong Kong Ltd | - | - | - | - |
| FTX Products (Singapore) Pte Ltd | - | - | - | - |
| FTX Zuma Ltd | - | - | - | - |
| GG Trading Terminal Ltd | - | - | - | - |
| Global Compass Dynamics Ltd | - | - | - | - |
| Liquid Financial USA Inc | - | - | - | - |
| LiquidEX LLC | - | - | - | - |
| LT Baskets Ltd | - | - | - | - |
| Mangrove Cay Ltd | - | - | - | - |
| Technology Services Bahamas Limited | - | - | - | - |
| West Innovative Barista Ltd | - | - | - | - |
| Western Concord Enterprises Ltd | - | - | - | - |
| **Total Dotcom Debtor Accounts** | $   303,887,326 | $   102,424,304 | $   4,000,000 | $   410,311,630 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | WRS Debtor Bank Account Balances as of June 30, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Unrestricted | Custodial[1] | Other Restricted | Total Cash |
| West Realm Shires Inc. | $ 521,079,951 | $ - | $ - | $ 521,079,951 |
| West Realm Shires Services Inc. | 5,491,000 | 32,453,949 | - | 37,944,949 |
| Ledger Holdings Inc. | - | - | - | - |
| FTX Lend Inc. | - | - | - | - |
| Digital Custody Inc. | - | - | - | - |
| Good Luck Games, LLC | - | - | - | - |
| Hawaii Digital Assets Inc. | - | - | - | - |
| FTX Digital Assets LLC | - | - | - | - |
| West Realm Shires Financial Services Inc. | - | - | - | - |
| FTX Marketplace, Inc | - | - | - | - |
| FTX US Services, Inc | - | - | - | - |
| FTX US Trading, Inc | - | - | - | - |
| Pioneer Street Inc | - | - | - | - |
| **Total WRS Debtor Accounts** | $ 526,570,951 | $ 32,453,949 | $ - | $ 559,024,900 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Ventures Debtor Bank Account Balances as of June 30, 2023 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Unrestricted | | Custodial[1] | | Other Restricted | | Total Cash |
| Clifton Bay Investments LLC | $ | 158,143,332 | $ | - | $ | - | $ | 158,143,332 |
| Paper Bird Inc | | - | | - | | - | | - |
| FTX Ventures Ltd | | - | | - | | - | | - |
| Clifton Bay Investments Ltd | | - | | - | | - | | - |
| Cedar Grove Technology Services, Ltd | | - | | - | | - | | - |
| Island Bay Ventures Inc | | - | | - | | - | | - |
| **Total Ventures Debtor Accounts** | $ | **158,143,332** | $ | **-** | $ | **-** | $ | **158,143,332** |

# II. Cash Update – Bank Balances as of 6/30



| Cash Balances by Entity | Not Siloed Debtor Bank Account Balances as of June 30, 2023 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Unrestricted | | Custodial[1] | | Other Restricted | | Total Cash |
| Deck Technologies Inc. | $ | 229,899 | $ | - | $ | - | $ | 229,899 |
| Deck Technologies Holdings LLC | | - | | - | | - | | - |
| **Total Not Siloed Debtor Accounts** | $ | 229,899 | $ | - | $ | - | $ | 229,899 |

(1) Classification of custodial accounts is still under review and does not imply that any customer has an interest herein

# IV. Professional Fees & Expenses



Through June 2023, retained professional fees were approved and paid as outlined below

**Debtor's Professional Fees and Expenses (Bankruptcy)**

| Firm Name | Role | Approved Current Month[1] | Approved Cumulative | Paid Current Month[2] | Paid Cumulative |
|---|---|---:|---:|---:|---:|
| Sullivan & Cromwell LLP | Restructuring Counsel | $ 15,704,445 | $ 71,597,744 | $ 15,704,445 | $ 66,626,083 |
| Alvarez & Marsal North America, LLC | Financial Advisor | 14,024,335 | 57,928,962 | 14,024,335 | 57,928,962 |
| AlixPartners, LLP | Forensic Inv. Consultant | 4,527,523 | 13,168,312 | 4,527,523 | 13,168,312 |
| Paul Hastings LLP | UCC Counsel | 3,850,355 | 10,551,675 | 3,850,355 | 10,551,675 |
| Quinn Emanuel Urquhart & Sullivan, LLP | Special Counsel | 2,354,359 | 9,526,715 | 2,354,359 | 9,526,715 |
| RLKS Executive Solutions LLC | Chief Officers | 1,364,273 | 7,805,725 | 1,364,273 | 7,805,725 |
| FTI Consulting, Inc. | UCC Financial Advisor | 2,788,097 | 6,288,077 | 2,788,097 | 6,288,077 |
| Perella Weinberg Partners LP | Investment Banker | 450,000 | 5,468,409 | 450,000 | 5,468,409 |
| Landis Rath & Cobb LLP | Restructuring Co-Counsel | 694,624 | 3,179,433 | 694,624 | 3,179,433 |
| Kroll Restructuring Administration LLC - 156(c) | Claims & Noticing Agent | 556,145 | 2,566,229 | 556,145 | 2,566,229 |
| Owl Hill Advisory, LLC | Chief Executive Officer | 290,190 | 1,976,688 | 290,190 | 1,976,688 |
| Ernst & Young LLP | Tax Services Provider | 937,458 | 1,961,079 | 937,458 | 1,961,079 |
| Young Conaway Stargatt & Taylor, LLP | UCC Local Counsel | 215,735 | 704,463 | 215,735 | 704,463 |
| Jefferies LLC | UCC Investment Banker | 90,000 | 686,072 | 90,000 | 686,072 |
| **Aggregate Total** | | $ 47,847,539 | $ 193,409,584 | $ 47,847,539 | $ 188,437,923 |

(1)  Fees reflect amounts filed in monthly fee statements and approved on an interim basis, subject to final approval
(2)  Paid fees do not include the application of any retainer

# III. Assets Sold or Transferred



Through June 2023, assets were sold or transferred outside of ordinary course of business as outlined below

| Case No. | Debtor Name | Sale Date | Description of Assets Sold | Gross Sale Price | Payments to Third Parties | Net sale proceeds |
|---|---|---|---|---|---|---|
| 22-11087 | Maclaurin Investments Ltd. | 6/30/2023 | SCHF Fund Position Sale | $ 19,566,294 | $ - | $ 19,566,294 |
| 22-11172 | Clifton Bay Investments LLC | 6/22/2023 | Equilibre Equity Sale | 2,666,660 | - | 2,666,660 |
| 22-11172 | FTX Ventures Ltd. | 6/29/2023 | Vosbor Exchnage Equity Sale | 511,064 | - | 511,064 |
| 22-11087 | Maclaurin Investments Ltd. | 6/20/2023 | Alliance Labs Equity Sale | 250,025 | - | 250,025 |
| 22-11157 | LedgerPrime Digital Asset Opportunities Master Fund LP | 6/20/2023 | Alliance Labs Equity Sale | 100,010 | - | 100,010 |
| 22-11087 | Maclaurin Investments Ltd. | 6/5/2023 | Blade Labs Equity Sale | 81,800 | - | 81,800 |
| 22-11070 | Clifton Bay Investments LLC | 6/26/2023 | New Gen Minting Equity Sale | 8,376 | - | 8,376 |
| | | | | $ 23,184,228 | | $ 23,184,228 |

# V. Summary of Taxes Paid[1]



| Consolidated Taxes Paid Across All Silos | June 2023 |
|---|---|
| Postpetition income taxes paid (local, state, and federal) | - |
| Postpetition employer payroll taxes paid | 161,660 |
| Postpetition property taxes paid | 1,560 |
| Postpetition other taxes paid (foreign, local, state, and federal) | 83,941 |
| Total Postpetition Taxes Paid | $247,161 |

(1) Disbursements are converted into USD at the time of payment

# VI. Questionnaire



| FTX Trading Ltd. Case No. 22-11068 (JTD) | |
|---|---|
| Were any payments made on prepetition debts[1]? | Yes |
| Were any payments made outside the ordinary course of business without court approval? | No |
| Were any payments made to or on behalf of insiders? | Yes[2] |
| Are you current on postpetition tax return filings? | Yes |
| Are you current on Postpetition estimated tax payments? | Yes |
| Were all trust fund taxes remitted on a current basis? | Yes |
| Was there any postpetition borrowing, other than trade credit? | No |
| Were all payments made to or on behalf of professionals approved by the court? | Yes |
| Do the Debtors Have: | |
| Worker's compensation insurance?[3] | Yes |
| If yes, are the premiums current? | Yes |
| Casualty/property insurance? [3] | Yes |
| If yes, are the premiums current? | Yes |
| General liability insurance? [3] | Yes |
| If yes, are the premiums current? | Yes |
| Has a plan of reorganization been filed with the court? | No |
| Has a disclosure statement been filed with the court? | No |
| Are the Debtors current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes |

(1)  Certain prepetition payments were made in accordance with bankruptcy court orders allowing such payments
(2)  Insider payments were made in the ordinary course of business and do not include any payments to the founders or their relatives
(3)  Insurance is being evaluated across the entities and deficiencies are being addressed where identified