# Exhibit B

**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period March 1, 2023 through March 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor JS | 1/15/2023 | Airfare | Airfare – Delta - Coach - Round trip - 1/15/23 to 1/18/23 – Raleigh, NC and New York, NY for meetings with client | $357.80 |
| Scott,James | Client Serving Contractor JS | 1/15/2023 | Ground Transportation | Taxi - LaGuardia airport to hotel | $73.80 |
| Scott,James | Client Serving Contractor JS | 1/15/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 1/15/23 to 1/16/23 - 1 night - Working sessions | $359.51 |
| Scott,James | Client Serving Contractor JS | 1/16/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 1/16/23 to 1/17/23 - 1 night - Working sessions | $359.51 |
| Scott,James | Client Serving Contractor JS | 1/17/2023 | Meals | Meal - Out of Town - Breakfast - Self | $15.00 |
| Scott,James | Client Serving Contractor JS | 1/17/2023 | Meals | Meal - Out of Town - Dinner - T. Shea, J. Scott, and Self | $70.77 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Ground Transportation | Taxi - Hotel to EY Office | $31.90 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 1/17/23 to 1/18/23 - 1 night - Working sessions | $359.51 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Meals | Meal - Out of Town - Breakfast - Self | $3.00 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Meals | Meal - Out of Town - Lunch - Self | $23.60 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Ground Transportation | Taxi - EY Office to LaGuardia airport | $69.95 |
| Scott,James | Client Serving Contractor JS | 1/18/2023 | Ground Transportation | Taxi - Raleigh airport to home | $27.98 |
| Scott,James | Client Serving Contractor JS | 1/30/2023 | Airfare | Airfare – Delta - Coach - Round trip - 1/30/23 to 2/2/23 – Raleigh, NC and New York, NY for meetings with client | $777.80 |
| Scott,James | Client Serving Contractor JS | 1/30/2023 | Ground Transportation | Taxi - LaGuardia airport to hotel | $56.40 |
| Scott,James | Client Serving Contractor JS | 1/31/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 1/30/23 to 1/31/23 - 1 night - Working sessions | $437.54 |
| Scott,James | Client Serving Contractor JS | 1/31/2023 | Meals | Meal - Out of Town - Breakfast - Self | $6.00 |
| Scott,James | Client Serving Contractor JS | 1/31/2023 | Meals | Meal - Out of Town - Dinner - Self | $23.56 |
| Scott,James | Client Serving Contractor JS | 2/1/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 1/31/23 to 2/1/23 - 1 night - Working sessions | $437.54 |
| Scott,James | Client Serving Contractor JS | 2/2/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 2/1/23 to 2/2/23 - 1 night - Working sessions | $437.54 |
| Scott,James | Client Serving Contractor JS | 2/2/2023 | Meals | Meal - Out of Town - Breakfast - Self | $14.00 |
| Scott,James | Client Serving Contractor JS | 2/2/2023 | Ground Transportation | Taxi - EY Office to LaGuardia airport | $63.00 |
| Scott,James | Client Serving Contractor JS | 2/2/2023 | Ground Transportation | Taxi - Raleigh airport to home | $42.97 |
| Scott,James | Client Serving Contractor JS | 2/19/2023 | Airfare | Airfare – Delta - Coach - Round trip - 2/19/23 to 2/22/23 – Raleigh, NC and New York, NY for meetings with client | $377.80 |
| Scott,James | Client Serving Contractor JS | 2/19/2023 | Meals | Meal - Out of Town - Dinner - Self | $47.26 |
| Scott,James | Client Serving Contractor JS | 2/19/2023 | Ground Transportation | Taxi - Home to Raleigh airport | $23.98 |
| Scott,James | Client Serving Contractor JS | 2/19/2023 | Ground Transportation | Taxi - LaGuardia airport to hotel | $66.61 |
| Scott,James | Client Serving Contractor JS | 2/20/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 2/19/23 to 2/20/23 - 1 night - Working sessions | $398.52 |
| Scott,James | Client Serving Contractor JS | 2/20/2023 | Meals | Meal - Out of Town - Breakfast - Self | $5.00 |
| Scott,James | Client Serving Contractor JS | 2/20/2023 | Ground Transportation | Taxi - Hotel to EY Office | $28.93 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor JS | 2/20/2023 | Ground Transportation | Taxi - EY Office to hotel | $34.90 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 2/20/23 to 2/21/23 - 1 night - Working sessions | $398.52 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Meals | Meal - Out of Town - Breakfast - Self | $8.00 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Ground Transportation | Taxi - Hotel to EY Office | $32.95 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Ground Transportation | Taxi - EY Office to hotel | $31.99 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Ground Transportation | Taxi - Hotel to LaGuardia airport | $82.62 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Ground Transportation | Taxi - Raleigh airport to home | $46.95 |
| Scott,James | Client Serving Contractor JS | 2/21/2023 | Meals | Meal - Out of Town - Breakfast - Self | $5.81 |
| Scott,James | Client Serving Contractor JS | 2/22/2023 | Lodging | Lodging - Wall Street Hotel - New York, NY - 2/21/23 to 2/22/23 - 1 night - Working sessions | $447.29 |
| Mistler,Brian M | Manager | 2/28/2023 | Lodging | Lodging - Hilton - San Francisco - 2/26/23 to 2/28/23 - 2 nights - Working sessions | $353.96 |
| Shea JR,Thomas M | Partner/Principal | 3/6/2023 | Airfare | Airfare – United - Coach - Round trip - 3/6/23 to 3/9/23 – New York, NY to Dallas, TX for working sessions | $651.98 |
| Richardson,Audrey Sarah | Manager | 3/6/2023 | Meals | Meal - In Town - Overtime - Self | $20.00 |
| Scott,James | Client Serving Contractor JS | 3/6/2023 | Airfare | Airfare – American - Coach - Round trip - 3/6/23 to 3/9/23 – Raleigh, NC and New York, NY for meetings with client | $766.80 |
| Scott,James | Client Serving Contractor JS | 3/6/2023 | Ground Transportation | Taxi - Dallas Ft. Worth airport to hotel | $51.73 |
| Scott,James | Client Serving Contractor JS | 3/6/2023 | Meals | Meal - Out of Town - Dinner - Self | $19.26 |
| Mistler,Brian M | Manager | 3/7/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| Shea JR,Thomas M | Partner/Principal | 3/7/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Shea JR,Thomas M | Partner/Principal | 3/7/2023 | Meals | Meal - Out of Town - Dinner - Self | $4.30 |
| Mistler,Brian M | Manager | 3/7/2023 | Meals | Meal - Out of Town - Dinner - Self | $42.24 |
| Mistler,Brian M | Manager | 3/7/2023 | Meals | Meal - Out of Town - Lunch - T. Shea, J. Scott, and Self | $60.93 |
| Mistler,Brian M | Manager | 3/7/2023 | Airfare | Airfare – Southwest - Coach - One Way - 3/7/23 – San Diego, CA to Dallas, TX for meetings with A&M and RLKS | $235.47 |
| Mistler,Brian M | Manager | 3/7/2023 | Ground Transportation | Taxi - Dallas airport to client site | $23.12 |
| Shea JR,Thomas M | Partner/Principal | 3/7/2023 | Ground Transportation | Taxi - Dallas airport to hotel | $50.78 |
| Shea JR,Thomas M | Partner/Principal | 3/7/2023 | Ground Transportation | Taxi - Home to Newark airport | $103.71 |
| Scott,James | Client Serving Contractor JS | 3/7/2023 | Lodging | Lodging - Sheraton - Dallas, TX - 3/6/23 to 3/7/23 - 1 night - Working sessions | $225.00 |
| Scott,James | Client Serving Contractor JS | 3/7/2023 | Meals | Meal - Out of Town - Breakfast - Self | $22.49 |
| Scott,James | Client Serving Contractor JS | 3/7/2023 | Meals | Meal - Out of Town - Dinner - Self | $50.00 |
| Mistler,Brian M | Manager | 3/8/2023 | Ground Transportation | Taxi - Hotel to office | $12.93 |
| Shea JR,Thomas M | Partner/Principal | 3/8/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Shea JR,Thomas M | Partner/Principal | 3/8/2023 | Meals | Meal - Out of Town - Dinner - Self | $40.01 |
| Mistler,Brian M | Manager | 3/8/2023 | Meals | Meal - Out of Town - Lunch - T. Shea, J. Scott, and Self | $40.46 |
| Mistler,Brian M | Manager | 3/8/2023 | Meals | Meal - Out of Town - Dinner - Self | $40.01 |
| Maiello,Rob | Consultant | 3/8/2023 | Ground Transportation | Taxi - Late night travel from office to home | $60.40 |
| Scott,James | Client Serving Contractor JS | 3/8/2023 | Lodging | Lodging - Sheraton - Dallas, TX - 3/7/23 to 3/8/23 - 1 night - Working sessions | $225.00 |
| Scott,James | Client Serving Contractor JS | 3/8/2023 | Ground Transportation | Taxi - Hotel to EY Office | $10.97 |
| Scott,James | Client Serving Contractor JS | 3/8/2023 | Meals | Meal - Out of Town - Dinner - Self | $40.02 |
| Mistler,Brian M | Manager | 3/9/2023 | Lodging | Lodging - Hilton Garden Inn - Dallas, TX - 3/7/23 to 3/9/23 - 2 nights - Working sessions | $450.00 |
| Mistler,Brian M | Manager | 3/9/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.96 |
| Mistler,Brian M | Manager | 3/9/2023 | Airfare | Airfare – Southwest - Coach - One Way - 3/9/23 – Dallas, TX to San Diego, CA for meetings with A&M and RLKS | $343.81 |
| Shea JR,Thomas M | Partner/Principal | 3/9/2023 | Lodging | Lodging - Sheraton - Dallas, TX - 3/6/23 to 3/9/23 - 3 nights - Working sessions | $675.00 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Shea JR,Thomas M | Partner/Principal | 3/9/2023 | Airfare | Airfare – United - Coach - Round trip - 3/13/23 to 3/15/23 – New York, NY and Dallas, TX for meetings with client | $367.52 |
| Shea JR,Thomas M | Partner/Principal | 3/9/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Mistler,Brian M | Manager | 3/9/2023 | Meals | Meal - Out of Town - Dinner - Self | $23.51 |
| Mistler,Brian M | Manager | 3/9/2023 | Meals | Meal - Out of Town - Lunch - Self | $24.96 |
| Mistler,Brian M | Manager | 3/9/2023 | Meals | Meal - Out of Town - Dinner - Self | $32.09 |
| Mistler,Brian M | Manager | 3/9/2023 | Ground Transportation | Taxi - Office to Dallas airport | $24.28 |
| Mistler,Brian M | Manager | 3/9/2023 | Ground Transportation | Taxi - Love Field Dallas airport to home | $23.93 |
| Mistler,Brian M | Manager | 3/9/2023 | Ground Transportation | Taxi - Office to hotel | $14.99 |
| Mistler,Brian M | Manager | 3/9/2023 | Ground Transportation | Taxi - Hotel to office | $20.90 |
| Shea JR,Thomas M | Partner/Principal | 3/9/2023 | Ground Transportation | Taxi - EY office to hotel | $12.00 |
| Maiello,Rob | Consultant | 3/9/2023 | Ground Transportation | Taxi - Late night travel from office to home | $77.27 |
| Scott,James | Client Serving Contractor JS | 3/9/2023 | Lodging | Lodging - Sheraton - Dallas, TX - 3/8/23 to 3/9/23 - 1 night - Working sessions | $225.00 |
| Scott,James | Client Serving Contractor JS | 3/9/2023 | Ground Transportation | Taxi - Hotel to EY Office | $27.51 |
| Scott,James | Client Serving Contractor JS | 3/9/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Scott,James | Client Serving Contractor JS | 3/9/2023 | Ground Transportation | Taxi - EY Office to Dallas Ft. Worth airport | $47.13 |
| Shea JR,Thomas M | Partner/Principal | 3/10/2023 | Ground Transportation | Taxi - Newark Airport to home | $81.12 |
| Shea JR,Thomas M | Partner/Principal | 3/13/2023 | Ground Transportation | Taxi - Hotel to EY office | $38.11 |
| Shea JR,Thomas M | Partner/Principal | 3/13/2023 | Ground Transportation | Taxi - Home to Fort Worth Dallas airport | $152.41 |
| Wrenn,Kaitlin Doyle | Manager | 3/13/2023 | Airfare | Airfare – American - Coach - Round trip - 3/13/23 to 3/15/23 – Charlotte, NC and Dallas, TX for meetings with client | $541.29 |
| Lowery,Kristie L | National Partner/Principal | 3/13/2023 | Meals | Meal - Out of Town - Breakfast - Self | $23.23 |
| Lowery,Kristie L | National Partner/Principal | 3/13/2023 | Airfare | Airfare – American - Coach - Round trip - 3/13/23 to 3/15/23 – Charlotte, NC and Dallas, TX for meetings with client | $541.29 |
| Shea JR,Thomas M | Partner/Principal | 3/14/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Shea JR,Thomas M | Partner/Principal | 3/14/2023 | Meals | Meal - Out of Town - Dinner - C. Carver, K. Lowery, M. Cilia, and Self | $200.00 |
| Carver,Cody R. | Senior | 3/14/2023 | Ground Transportation | Mileage - Roundtrip - Home to Dallas, TX | $25.00 |
| Shea JR,Thomas M | Partner/Principal | 3/15/2023 | Lodging | Lodging - Marriott City Center - Dallas, TX - 3/13/23 to 3/15/23 - 2 nights - Working sessions | $450.00 |
| Shea JR,Thomas M | Partner/Principal | 3/15/2023 | Meals | Meal - Out of Town - Breakfast - Self | $22.76 |
| Lowery,Kristie L | National Partner/Principal | 3/15/2023 | Ground Transportation | Parking - Charlotte airport - 3/13/23 to 3/15/23 - 3 days | $72.00 |
| Lowery,Kristie L | National Partner/Principal | 3/15/2023 | Ground Transportation | Taxi - Dallas airport to client office | $186.00 |
| Lowery,Kristie L | National Partner/Principal | 3/15/2023 | Lodging | Lodging - Marriott City Center - Dallas, TX - 3/13/23 to 3/15/23 - 2 nights - Working sessions | $450.00 |
| Lowery,Kristie L | National Partner/Principal | 3/15/2023 | Meals | Meal - Out of Town - Breakfast - Self | $3.63 |
| Lowery,Kristie L | National Partner/Principal | 3/15/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $19.00 |
| Shea JR,Thomas M | Partner/Principal | 3/16/2023 | Ground Transportation | Taxi - Newark Airport to home | $119.95 |
| Mistler,Brian M | Manager | 3/18/2023 | Ground Transportation | Taxi - Home to Newark airport | $20.90 |
| Mistler,Brian M | Manager | 3/18/2023 | Ground Transportation | Taxi - New York airport to hotel | $59.70 |
| Hammon,David Lane | Manager | 3/20/2023 | Meals | Meal - Out of Town - Dinner - Self | $47.96 |
| Hammon,David Lane | Manager | 3/20/2023 | Ground Transportation | Taxi - New York airport to hotel | $53.23 |
| Hammon,David Lane | Manager | 3/20/2023 | Airfare | Airfare – United - Coach - Round trip - 3/20/23 to 3/22/23 – Cleveland, OH and New York, NY for meetings with client | $825.81 |
| Knoeller,Thomas J. | Partner/Principal | 3/20/2023 | Ground Transportation | Taxi - Home to office | $39.50 |
| Mistler,Brian M | Manager | 3/20/2023 | Meals | Meal - Out of Town - Dinner - Self | $21.23 |
| Mistler,Brian M | Manager | 3/20/2023 | Meals | Meal - Out of Town - Lunch - Self | $16.28 |
| Karan,Anna Suncheuri | Staff | 3/20/2023 | Meals | Meal - In Town - Overtime - Self | $8.51 |
| Scott,James | Client Serving Contractor JS | 3/20/2023 | Airfare | Airfare – Delta - Coach - Round trip - 3/20/23 to 3/22/23 – Raleigh, NC and New York, NY for meetings with client | $437.80 |
| Scott,James | Client Serving Contractor JS | 3/20/2023 | Ground Transportation | Taxi - LaGuardia airport to hotel | $56.68 |
| Hammon,David Lane | Manager | 3/21/2023 | Meals | Meal - Out of Town - Breakfast - Self | $5.17 |
| Staromiejska,Kinga | Manager | 3/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $70.00 |
| Hammon,David Lane | Manager | 3/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $70.00 |
| Mistler,Brian M | Manager | 3/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $24.48 |
| Ellenson,Cory | Senior Manager | 3/21/2023 | Ground Transportation | Taxi - Newark airport to hotel | $124.49 |
| Ellenson,Cory | Senior Manager | 3/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $58.00 |
| Scott,James | Client Serving Contractor JS | 3/21/2023 | Lodging | Lodging - Motto by Hilton - New York, NY - 3/20/23 to 3/21/23 - 1 night - Working sessions | $312.23 |

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Scott,James | Client Serving Contractor JS | 3/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $70.00 |
| Hammon,David Lane | Manager | 3/22/2023 | Lodging | Lodging - Doubletree New York Times Square - New York, NY - 3/20/23 to 3/22/23 - 2 nights - Working sessions | $327.42 |
| Hammon,David Lane | Manager | 3/22/2023 | Meals | Meal - Out of Town - Dinner - Self | $60.75 |
| Hammon,David Lane | Manager | 3/22/2023 | Ground Transportation | Taxi - Cleveland airport to home | $46.00 |
| Hammon,David Lane | Manager | 3/22/2023 | Ground Transportation | Taxi - Hotel to office | $11.97 |
| Hammon,David Lane | Manager | 3/22/2023 | Ground Transportation | Taxi - EY office to airport | $136.68 |
| Mistler,Brian M | Manager | 3/22/2023 | Meals | Meal - Out of Town - Dinner - Self | $20.09 |
| Ellenson,Cory | Senior Manager | 3/22/2023 | Ground Transportation | Taxi - Hotel to dinner | $33.49 |
| Ellenson,Cory | Senior Manager | 3/22/2023 | Ground Transportation | Taxi - Dinner to hotel | $27.59 |
| Ellenson,Cory | Senior Manager | 3/22/2023 | Meals | Meal - Out of Town - Lunch - Self | $55.00 |
| Ellenson,Cory | Senior Manager | 3/22/2023 | Meals | Meal - Out of Town - Breakfast - Self | $7.62 |
| Scott,James | Client Serving Contractor JS | 3/22/2023 | Lodging | Lodging - Motto by Hilton - New York, NY - 3/21/23 to 3/22/23 - 1 night - Working sessions | $383.12 |
| Scott,James | Client Serving Contractor JS | 3/22/2023 | Meals | Meal - Out of Town - Breakfast - Self | $9.16 |
| Scott,James | Client Serving Contractor JS | 3/22/2023 | Ground Transportation | Taxi - EY Office to LaGuardia airport | $76.90 |
| Scott,James | Client Serving Contractor JS | 3/22/2023 | Ground Transportation | Taxi - Raleigh airport to home | $40.26 |
| Ellenson,Cory | Senior Manager | 3/23/2023 | Meals | Meal - Out of Town - Lunch - Self | $55.00 |
| Ellenson,Cory | Senior Manager | 3/23/2023 | Ground Transportation | Taxi - Hotel to Newark airport | $146.48 |
| Ellenson,Cory | Senior Manager | 3/23/2023 | Meals | Meal - Out of Town - Dinner - Self | $32.32 |
| Mistler,Brian M | Manager | 3/26/2023 | Meals | Meal - Out of Town - Dinner - Self | $20.23 |
| Bouza,Victor | Manager | 3/28/2023 | Ground Transportation | Mass Transit - Coach - Swiss Federal Railways - Roundtrip - 5/28/23 - Lusanne, Switzerland to Zurich, Switzerland | $146.76 |
| Bouza,Victor | Manager | 3/28/2023 | Meals | Meal - Out of Town - Lunch - Self | $35.00 |
| Mistler,Brian M | Manager | 3/28/2023 | Ground Transportation | Taxi - Hotel to New York airport | $87.50 |
| Mistler,Brian M | Manager | 3/28/2023 | Ground Transportation | Taxi - Client to San Francisco airport | $62.32 |
| Mistler,Brian M | Manager | 3/28/2023 | Meals | Meal - Out of Town - Breakfast - Self | $14.95 |
| Mistler,Brian M | Manager | 3/28/2023 | Meals | Meal - Out of Town - Dinner - Self | $17.18 |
| McComber,Donna | National Partner/Principal | 3/29/2023 | Ground Transportation | Taxi - Home to Washington, DC airport | $35.80 |
| McComber,Donna | National Partner/Principal | 3/29/2023 | Meals | Meal - Out of Town - Breakfast - Self | $12.61 |
| Bost,Anne | Managing Director | 3/30/2023 | Ground Transportation | Taxi - Home to Washington, DC airport | $51.67 |
| Shea JR,Thomas M | Partner/Principal | 3/30/2023 | Meals | Meal - Out of Town - Dinner - A. Bost and Self | $140.00 |
| Shea JR,Thomas M | Partner/Principal | 3/30/2023 | Airfare | Airfare – United - Coach - Round trip - 3/30/23 to 3/31/23 – New York, NY and Dallas, TX for meetings with client | $416.43 |
| Shea JR,Thomas M | Partner/Principal | 3/30/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| Bost,Anne | Managing Director | 3/31/2023 | Ground Transportation | Taxi - Hotel to client site | $14.18 |
| Bost,Anne | Managing Director | 3/31/2023 | Ground Transportation | Taxi - Client site to hotel | $13.99 |
| Bost,Anne | Managing Director | 3/31/2023 | Ground Transportation | Taxi - Hotel to dinner | $9.97 |
| McComber,Donna | National Partner/Principal | 3/31/2023 | Meals | Meal - Out of Town - Breakfast - Self | $25.00 |
| McComber,Donna | National Partner/Principal | 3/31/2023 | Ground Transportation | Taxi - Washington, DC airport to home | $35.45 |
| McComber,Donna | National Partner/Principal | 3/31/2023 | Ground Transportation | Taxi - Dallas airport to hotel | $90.94 |
| Shea JR,Thomas M | Partner/Principal | 3/31/2023 | Meals | Meal - Out of Town - Dinner - Self | $46.78 |
| Shea JR,Thomas M | Partner/Principal | 3/31/2023 | Lodging | Lodging - SpringHill Suites - Dallas, TX - 3/30/23 to 3/31/23 - 1 night - Working sessions | $225.00 |
| Shea JR,Thomas M | Partner/Principal | 3/31/2023 | Ground Transportation | Taxi - Dallas airport to hotel | $51.92 |
| Legal Fees | | | | Fees for EY LLP's Outside Legal Counsel – March 2023 | $1,700.00 |
| Cyprus | | | | Value Added Tax - Cyprus | $3,625.20 |
| Turkey | | | | Value Added Tax - Turkey | $718.02 |
| **Total** | | | | | **$26,108.75** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.