IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **J Digital 6 Cayman Ltd.** | Name of Transferor: | **[Redacted]** |
| Address where notices and payments to transferee should be sent: | **P.O. Box 309, Ugland House Grand Cayman KY1-1104 Cayman Islands** | Address: | **[Redacted]** |
| | | Unique Customer Code: | **02828952** |
| | | Claim No.: | **1998**[1] |
| Email: | **legalteam@prairieops.com** | Amount of Claim Transferred: | **$12,979,273.35** |
| | | Date Claim Filed: | **May 31, 2023** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: July 26, 2023
     Transferee/Transferee's Agent

---

[1] Transferor has transferred only the USD portion of its claims scheduled on the Schedules and Statements of FTX Trading Ltd. (as amended through the date hereof) under Transferor's Unique Customer Code 02828952.

## **Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.