

## United States Bankruptcy Court
## District of Delaware

In re FTX Trading LTD. et al                                              Case No. 22-11068

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Teina Lionel Hynes** | **BFCP IV LLC** |
| 449/12 Salonika Street<br>Parap, NT, 0820, Australia | 800 Miramonte Dr. Suite 380<br>Santa Barbara, CA 93109<br><br>tim.babich@nexxus-holdings.com |

| Claim No. | Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| N/A | 00619692 | Teina Lionel Hynes | $546,403.49 | FTX Trading LTD., et al | Case Number: 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.



Tim Babich
BC0BEE224A14472...
Transferee                                                                07/26/2023
                                                                          Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

<u>Annex B</u>

TO:        United States Bankruptcy Court ("<u>Court</u>")
                District of Delaware

AND TO:    FTX Trading Ltd., et al.("<u>Debtor</u>")
                Case No. 22-11068 ("<u>Case</u>")

<u>Unique Customer Code: 00619692</u>

**Teina Lionel Hynes** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto: its successors and assigns **BFCP IV LLC** ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and
(f) to any amounts listed on Debtor's schedules, in the principal amount of $<u>546,403.49</u> ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $<u>546,403.49</u>, against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated ___07/26/2023___, 2023.

**Teina Lionel Hynes**            **BFCP IV LLC**

By: _[signature]_             By: _Tim Babich_
Name: Teina Lionel Hynes         Name: Tim Babich
                        Title: CEO



| | | |
|---|---|---|
| 00619692 | Contingent | AAVE-PERP[0], ADA-0624[0], ADABULL[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], APE-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-20210924[0], AVAX-PERP[0], BABA[312.5], BAND-PERP[0], BTC[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CEL[0], CEL-PERP[0], CHZ-PERP[0], CLV-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-20210924[0], DOGEBULL[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0], ETHBULL[0], ETHE[2804.2], ETH-PERP[0], FLM-PERP[0], FTT[25.05405737], FTT-PERP[0], FXS-PERP[0], GAL-PERP[0], GBTC[5145.3], GMT-PERP[0], HOT-PERP[0], ICP-PERP[0], IOTA-PERP[0], JASMY-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.76559092], LUNA2_LOCKED[1.78637883], LUNC[0], MATIC-PERP[0], MINA-PERP[0], MKR-PERP[0], MOB[0], NEAR-PERP[0], NIO[5394.09], PEOPLE-PERP[0], PROM-PERP[0], RAMP-PERP[0], RSR[7812500], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SKL-PERP[0], SLP-PERP[0], SOL[0], SOL-PERP[0], SPELL-PERP[0], SRM[1.2316325], SRM_LOCKED[17.07535809], SRM-PERP[0], SRN-PERP[0], SUSHI-20210924[0], SUSHI-PERP[0], THETABULL[0], THETA-PERP[0], TRX[181337], USD[258746.86], USDT[0.00976583], USTC-PERP[0], VETBULL[0], XEM-PERP[0], XLMBULL[0], XLM-PERP[0], XRP[2271.08], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | |