# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **FTX TRADING LTD, et al.,** | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) D.E. No. 1874 & 1927 |

**NOTICE OF WITHDRAWAL OF NON-PARTY SILICON VALLEY ACCOUNTANTS' OBJECTION TO THE JOINT OMNIBUS MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION PURSUANT TO BANKRUPTCY RULE 2004 FOR AN ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS (DKT. 1874)**

PLEASE TAKE NOTICE that Silicon Valley Accounts withdraws its *Objection to the Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Motion Pursuant to Bankruptcy Rule 2004 for an order Authorizing the Issuance of Subpoenas* [D.E. No. 1927] filed on July 26, 2023. Silicon Valley Accountants will refile our Objection with the correct exhibits.

Dated: July 31, 2023
    Wilmington, DE

/s/ *James E. Huggett*
James E. Huggett, Esquire (DE ID #3956)
Margolis Edelstein
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Tel.: 302-888-1112
Fax: 302-888-1119
jhuggett@margolisedelstein.com

and

/s/ *J. Peter Glaws, IV*
J. Peter Glaws, IV (pro hac vice forthcoming)
Carr Maloney P.C.
2000 Pennsylvania Ave., Suite 8001

Washington, D.C. 20006
peter.glaws@carrmaloney.com

*Attorneys for Silicon Valley Accountants*