# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Non-party Silicon Valley Accountant's Notice of Withdrawal of its Objection to the Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Motion Pursuant to Bankruptcy Rule 2004 for an order Authorizing the Issuance of Subpoenas** was transmitted to counsel of record for the Movants via the Court's electronic filing system on this 31st day of July, 2023.

*/s/ James E. Huggett*
James E. Huggett, Esq. (ID No. 3956)

*/s/ J. Peter Glaws, IV*
J. Peter Glaws, IV, Esq.