███████████████████████████████
███████████████

# MEMORANDUM

| | |
|---|---|
| **TO:** | FTX bankruptcy and creditor's counsel |
| **FROM:** | Peter Glaws |
| **DATE:** | March 17, 2023 |
| **RE:** | SVA search summary |
| | <u>Our File No.:</u> ███████ |

**EXHIBIT 2**

- SVA, with the assistance of its IT vendor, identified the following systems that may have documents responsive to the ███ subpoena for FTX records:

    - Microsoft 365
    - Individual SVA personnel hard drives
    - Highland document management software

- Searches performed:

    - one search for all Office 365 data (across all Microsoft 365 applications – including, but not limited to, email);

    - Individual searches of individual SVA personnel hard drives for those identified as possibly having relevant FTX related information:

        - Gabe Zubizarreta
        - Guilherme ███
        - Felicity ███
        - Destiny ███
        - Doug ███
        - Alex ███

    - Search of Highland document management software

- Microsoft 365

    - All SVA Microsoft 365 accounts were put on litigation hold on Wednesday, November 23, 2022.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

- o The following search was performed against all SVA Microsoft 365 accounts by SVA's IT vendor:

**FTX Search 1**

Summary | Search statistics

**Description**
Based on Participants ( To, From, CC, BCC)

**Last run on**
2022-12-07T15:54:20.53Z

**Searched by**
Harry ▮▮▮

**Search conditions**
participants:FTX.com participants:Fenwick participants:RLALLP.com participants:riversmoorehead.com participants:mazars.ch participants:mazars.com.sg participants:mazars.de participants:pwc.com participants:Pwc.ch participants:konkritaccounting.com participants:Axalo.com participants:Cda.gmbh participants:Alpha8tax.com.au participants:Farahatco.com participants:pragermetis.com participants:sapro.com participants:hashconsulting.com participants:Armaninollp participants:amllp participants:bdo.com participants:Stout participants:acsondhi (c:c)(date=2021-01-01..2022-12-07)

**Status**
The search is completed
189,209 item(s) (141.67 GB)
11,285 unindexed items, 69.26 GB
97 mailbox(es)
All sites
All public folders

- o The bulk data was reviewed and filtered for relevancy to FTX, related entities, and responsiveness to the ▮▮▮ subpoena.

- For individual hard drives:

  - o SVA's IT vendor imaged the relevant hard drives and used the following search protocols to pull potentially responsive information off the imaged hard drives:

**FTX Teams Search of 6 PC - Search 3**

Summary | Search statistics

**Description**
6 PC

**Last run on**
2022-12-23T12:19:09.197Z

**Searched by**
Harry ▮

**Search conditions**
"GG Trading ";(c:s) "Gary Wang"; (c:s) "Pulsar Global"; (c:s) Antigua; (c:s) Quoine; (c:s) WRS; (c:s) Coinbase; (c:s) Salame; (c:s) Fiat; (c:s) Crypto; (c:s) Chainalysis; (c:s) Blockchain; (c:s) Nishad; (c:s) Slack; (c:s) Ramnik;(c:s) PragerMetis; (c:s) "Project Benchmark"; (c:s) (c:c)(date=2020-01-01..2022-12-08)(filetype=docx)(filetype=doc)(filetype=xlsx)(filetype=xls)(filetype=ppt)(filetype=pptx)(filetype=pdf)

**Status**
The search is completed
484 item(s) (511.50 MB)
0 unindexed items, 0.00 B
1 mailbox(es)
1 sites

- o   The bulk data was reviewed and filtered for relevancy to FTX, related entities, and responsiveness to the ▮ subpoena.

- Highland doc management software

    - o   All FTX related client documents were pulled from SVA's Highland document management software.

    - o   The bulk data pull was reviewed and filtered for relevancy to FTX, related entities, and responsiveness to the ▮ subpoena.