██████████████████████████████████████
████████████████████████

**EXHIBIT 3**

## FTX Search June - 1-1

**Last run on**
2023-06-13T18:27:07.503Z

**Searched by**
Harry ████

**Search conditions**
FTX,Alameda,"West Realm",WRS, (c:s) Cottonwood,"Clifton Bay" , "Digital Markets" , Ledger , Quoine , "GG Trading" , North w/2 Dimension , Blockfolio , "Island Bay Ventures" , "Paper Bird" , "Liquid Group" , ZUBR , SBF, "Sam BF" , Bankman , "Barbara Fried" , "Zixiao Wang" , "Gary Wang" , Nishad , Singh , Ellison , Eades , Jayesh , Peswani , Salame , Markou , "Tiffany Wells" , Jürg , Juerg , Bavaud , Sakiko , Kojima , "Chloe Xu" , Jaitipa , Sriparakool , Serhat , Aydin , Yusuf , Kaboğlu , "Brett Harrison" , Mamoru , Kobayashi , Rhotert , "Dexter Fish" , Balsam , Danhach, Sumie , Inami , Tzulin , "Josephine Chan" , Liebi , Raatz , "Can Sun" , "Trang Ha" , "Duyen Dao" , "An Hsien" , Matze , "Hui Nee Chuan" , "Bao Vuong" , "Ryan Mendel" , Takashi , Hidaka , Papadopoulos , "Stephanie Yuen" , "Stephenie Yuen" , Luk-wai , "Luk wai" , "Jen Chan" , Friedberg , Ramnik , Arora , "Pulsar Global", Antigua , Coinbase , Fiat , Crypto , Chainalysis , Blockchain , Slack , Mazars , Fenwick , Prager , "Project Benchmark" , Riversmoorehead , Takahida , "Robert Lee" , RLA , RL&A ,

**Status**
The search is completed
38 item(s) (22.34 MB)
14,462 unindexed items, 89.28 GB
103 mailbox(es)
All sites
All public folders

## FTX Search June - 1-2

**Summary**  **Search statistics**

**Description**
Search on Email addresses

**Last run on**
2023-06-13T18:27:46.657Z

**Searched by**
Harry ▇

**Search conditions**
@ftexchange.com, @westrealmshires.com , @liquid.com , @digitalassets.ag , @embed.com , @embedclear.com , @leveragedtokens.com , @alres.io , @gl-games.com , @projectserum.com , ▇@gmail.com , @armaninollp.com , @amllp.com , @pwc.com , @pwc.ch , @konkritaccounting.com , @axalo.com , @cda.gmbh , @alpha8tax.com.au , @farahatco.com , @pragermetis.com , @sapro.com , @sterleymedia.com , @hashconsulting.com , @hash.consulting.com , @bdo.com , @stout.com , @acsondhi.com , ▇@gmail.com, ▇@gmail.com , ▇@mtg.org , ▇@mtg2020.org , ▇@gmail.com , ▇@law.stanford.edu , ▇@stanford.edu , ▇@gmail.com , ▇@againstpandemics.org , ▇@csus.org , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@energidp.com ▇@protonmail.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@gmail.com , ▇@yale.edu ▇@gmail.com , ▇@gmail.com , @ftx.com,@ftx.us @ftx.org , @ftxdigitalmarkets.com , @ftxtrading.eu , @ftxpayments.com , @ftxfoundation.com , @ftxkr.com , @ftxsupport.com , @alameda-research.com , @alamedaresearch.com , @alamedaotc.com , @quoine.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@gmail.com ▇@gmail.com , @ledgerx.com , @ledgerprime.com , @fenwick.com , @blockfolio.com ,

## FTX Search June - 1-2

@sterleymedia.com , @hashconsulting.com , @hash.consulting.com , @bdo.com , @stout.com , @acsondhi.com , ▇@gmail.com, ▇@gmail.com ▇@mtg.org , ▇@mtg2020.org , ▇@gmail.com ▇@law.stanford.edu , ▇@stanford.edu , ▇@gmail.com , ▇@againstpandemics.org , ▇@csus.org , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@energidp.com ▇@protonmail.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@gmail.com , ▇@yale.edu ▇@gmail.com , ▇@gmail.com , @ftx.com,@ftx.us @ftx.org , @ftxdigitalmarkets.com , @ftxtrading.eu , @ftxpayments.com , @ftxfoundation.com , @ftxkr.com , @ftxsupport.com , @alameda-research.com , @alamedaresearch.com , @alamedaotc.com , @quoine.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@gmail.com ▇@gmail.com , @ledgerx.com , @ledgerprime.com , @fenwick.com , @blockfolio.com ,
▇@brown.edu , ▇@gmail.com , ▇@janestreet.com , ▇@law.stanford.edu , ▇@stanford.edu , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com ▇@evergreennorthenterprises.com , ▇@gmail.com ▇@crestlawfirm.com , ▇@Riddellwilliams.com ▇@gmail.com , WRSS , @mazars.com.sg , @mazars.de , @mazars.ch , @rlallp.com , ▇@gmail.com , ▇@gmail.com , ▇@gmail.com , ▇@onbase.com , FTXUS , FTX.US , FTX.COM , @riversmoorehead.com , @riversmooreheadvs.com , ▇@gmail.com ▇@gmail.com , ▇@gmail.com , @fenwick.com , ▇@bonhamcapital.net , ▇@gmail.com ,"Bankman-Fried"

**Status**
The search is completed
1,527 item(s) (997.34 MB)
14,462 unindexed items, 89.28 GB
103 mailbox(es)
All sites
All public folders