**EXHIBIT A**

(REVISED ORDER)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 1880 |

**AGREED ORDER RESOLVING MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENAS ON DEBTORS**

Upon consideration of the Certification of Counsel and *Motion of Terraform Labs PTE Ltd. for Leave to Serve Rule 45 Document Subpoenas on Debtors* (the "Motion");[2] and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Motion has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is RESOLVED as set forth herein.

2. The automatic stay as set forth in 11 U.S.C. § 362 is hereby lifted and modified solely for the limited purpose of permitting TFL to serve FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US each with subpoenas (collectively, the "Subpoenas")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

under Rule 45 of the Federal Rules of Civil Procedure with respect to the Proposed Limited Discovery outlined in the Motion.

3. The Debtors may designate any production in response to the Subpoenas in accordance with the terms of the Protective Order entered in the SEC Action or any confidentiality agreement entered into between the Debtors and TFL.

4. Nothing in this Order shall limit, modify or otherwise affect (or shall be construed or interpreted as limiting, modifying or otherwise affecting) the Debtors' rights under applicable law, Federal Rules of Civil Procedure, and/or the Federal Rules of Bankruptcy Procedure to object to any Subpoenas issued or discovery request made in accordance with this Order.

5. Any relief from the automatic stay shall be effective immediately upon entry of this Order and any stay period under the Federal Rules of Bankruptcy Procedure shall not apply.

6. The Court retains jurisdiction to interpret and enforce the terms of this Order.