**EXHIBIT B**

(BLACKLINE)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. No. 1880** |

**~~ORDER GRANTING MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENAS ON DEBTORS~~**
**AGREED ORDER RESOLVING MOTION OF TERRAFORM LABS PTE LTD. FOR LEAVE TO SERVE RULE 45 DOCUMENT SUBPOENAS ON DEBTORS**

Upon consideration of the Certification of Counsel and *Motion of Terraform Labs~~, Pte.~~ PTE Ltd.* ~~("TFL") for an Order granting TFL's Motion~~ *for Leave to Serve Rule 45 Document Subpoenas on Debtors* (the "Motion");[2]~~;~~ and this Court ~~having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the U.S. District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and that this Court may enter~~being able to issue a final order consistent with Article III of the ~~U.S.~~United States Constitution; and ~~this Court having found~~ venue of ~~this proceeding and the Motion~~these Chapter 11 Cases in this district ~~is~~being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this ~~Court having found that~~ matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing

[1] The last four digits of FTX Trading Ltd.'s and ~~West Realm Shires Services Inc. d/b/a FTX US's respective~~Alameda Research LLC's tax identification numbers~~s~~ are 3288 and 40~~02~~63~~. A complete list of the~~ respectively. Due to the large numb~~erous~~er of ~~D~~debtor~~s~~ entities in these Chapter 11 ~~c~~Cases, ~~and~~a complete list of the Debtors and the last four digits of their federal tax identification numbers~~,~~ is ~~available~~ not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd~~.'s principal place of business~~ is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not ~~otherwise~~ defined herein shall have the meanings ascribed to them in the Motion.

that sufficient notice of the Motion ~~and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and in any corresponding declaration establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and~~has been given; and after due deliberation; and good and sufficient cause appearing therefor~~,~~ ;

IT IS HEREBY ORDERED~~, ADJUDGED, AND DECREED~~ THAT:

1. The Motion is ~~GRANTED in its entirety~~RESOLVED as set forth herein.

~~2. Terraform Labs, Pte. Ltd ("TFL") is hereby authorized to serve and effectuate the discovery outlined in the Motion upon the Debtors. Such discovery as outlined in the Motion does not violate the automatic stay under 11 U.S.C. § 362(a).~~

2. ~~3.~~ The automatic stay ~~imposed by~~as set forth in 11 U.S.C. § 362~~(a), to the extent applicable,~~ is hereby lifted and modified solely ~~to the extent necessary for TFL to serve and effectuate the~~ for the limited purpose of permitting TFL to serve FTX Trading Ltd. and West Realm Shires Services Inc. d/b/a FTX US each with subpoenas (collectively, the "Subpoenas") under Rule 45 of the Federal Rules of Civil Procedure with respect to the Proposed Limited ~~d~~Discovery outlined in the Motion ~~upon the Debtors~~.

3. The Debtors may designate any production in response to the Subpoenas in accordance with the terms of the Protective Order entered in the SEC Action or any confidentiality agreement entered into between the Debtors and TFL.

4. Nothing in this Order shall limit, modify or otherwise affect (or shall be construed or interpreted as limiting, modifying or otherwise affecting) the Debtors' rights under applicable law, Federal Rules of Civil Procedure, and/or the Federal Rules of Bankruptcy

Procedure to object to any Subpoenas issued or discovery request made in accordance with this Order.

5. ~~4.~~ Any relief from the automatic stay shall be effective immediately upon entry of this Order and any stay period under the Federal Rules of Bankruptcy Procedure shall not apply.

~~5. Debtors can designate any production made in response to the discovery served by TFL pursuant to the Protective Order entered in the SEC Action, submitted as Exhibit C to the Motion.~~

6. ~~This~~The Court retains jurisdiction ~~with respect to all matters arising from or related to the implementation~~to interpret and enforce the terms of this Order.

| **Summary report:<br>Litera Compare for Word 11.4.0.111 Document comparison done on 7/31/2023 11:20:02 AM** | |
|---|---|
| **Style name:** Ignore Formatting | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://beneschlaw-mobility.imanage.work/BENESCH/23048339/1 | |
| **Modified DMS:** iw://beneschlaw-mobility.imanage.work/BENESCH/23048339/2 | |
| **Changes:** | |
| Add | 51 |
| ~~Delete~~ | 48 |
| ~~Move From~~ | 9 |
| Move To | 9 |
| Table Insert | 1 |
| ~~Table Delete~~ | 0 |
| Table moves to | 0 |
| ~~Table moves from~~ | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 118 |