# **Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 05/30/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 20.00 |
| 06/03/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 51.38 |
| 06/05/2023 | Airfare Lilly Goldman 2023-06-05 DCA - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 658.87 |
| 06/05/2023 | Parking/Tolls Lilly Goldman (travel to in-person team meetings) | 130.00 |
| 06/05/2023 | Lodging Lilly Goldman - Marriott Hotels - Dallas, TX 2023-06-05 2023-06-08 (in-person team meetings) | 675.00 |
| 06/05/2023 | Group Meal - Engagement Team - Dinner - Travis Phelan; Lilly Goldman; Ganesh Gopalakrishnan | 82.81 |
| 06/05/2023 | Taxi/Car Service Lilly Goldman Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 84.16 |
| 06/06/2023 | Airfare Bennett Mackay 2023-06-06 DCA - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 658.87 |
| 06/06/2023 | Lodging Bennett Makay - Hotel Crescent Court - Dallas, TX 2023-06-06 2023-06-09 (in-person team meetings) | 675.00 |
| 06/06/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Bennett Mackay; Travis Phelan; Ganesh Gopalakrishnan | 165.31 |
| 06/06/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Bennett Mackay; Travis Phelan | 105.00 |
| 06/07/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 20.00 |
| 06/07/2023 | Group Meal - Engagement Team - Dinner - Travis Phelan; Lilly Goldman; Bennett Mackay; Ganesh Gopalakrishnan; Linna Jia | 220.54 |
| 06/08/2023 | Individual Meal - Dana Schwartz - Dinner (overtime meal) | 20.00 |
| 06/08/2023 | Group Meal - Engagement Team - Dinner - Bennett Mackay; Lilly Goldman; Travis Phelan; Ganesh Gopalakrishnan | 200.00 |
| 06/08/2023 | Train Matthew Birtwell - NYP | 267.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/08/2023 | Lodging Matthew Birtwell - Courtyard Midtown East - New York, NY 2023-06-08 2023-06-09 (in-person team meetings) | 461.35 |
| 06/08/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 2.43 |
| 06/08/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 42.14 |
| 06/08/2023 | Public Transportation Matthew Birtwell (travel to in-person team meetings) | 11.00 |
| 06/08/2023 | Mileage Matthew Birtwell 28 Miles (travel to in-person team meetings) | 18.34 |
| 06/08/2023 | Group Meal - Engagement Team - Lunch - Ganesh Gopalakrishnan; Thomas Hofner; Bennett Mackay; Travis Phelan; Lilly Goldman; Linna Jia; Shengjia Kang | 245.00 |
| 06/09/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 10.94 |
| 06/09/2023 | Taxi/Car Service Matthew Birtwell Hotel to NYP (return from in-person team meetings) | 18.96 |
| 06/09/2023 | Mileage Matthew Birtwell 29 Miles (return from in-person team meetings) | 19.00 |
| 06/09/2023 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 12.00 |
| 06/09/2023 | Individual Meal - Matthew Birtwell - Lunch (in-person team meetings) | 27.39 |
| 06/10/2023 | Airfare Chuanqi Chen 2023-06-11 IAH - DFW; travel to in-person team meetings (United, round trip, economy) | 425.14 |
| 06/10/2023 | Airfare Yujing Sun 2023-06-10 EWR - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 546.00 |
| 06/10/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 22.19 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/10/2023 | Taxi/Car Service Yujing Sun Home to Airport (travel to in-person team meetings) | 52.39 |
| 06/11/2023 | Airfare Allyson Calhoun 2023-06-11 ORD - DFW; travel to in-person team meetings (United Airlines, round trip, economy) | 605.71 |
| 06/11/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 50.00 |
| 06/11/2023 | Taxi/Car Service Allyson Calhoun Home to Airport (travel to in-person team meetings) | 70.74 |
| 06/11/2023 | Lodging Allyson Calhoun - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Taxi/Car Service Allyson Calhoun Airport to Hotel (travel to in-person team meetings) | 95.05 |
| 06/11/2023 | Lodging Chuanqi Chen - Hyatt Hotels - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 35.06 |
| 06/11/2023 | Airfare Dana Schwartz 2023-06-11 LGA - DFW; travel to in-person team meetings (Delta, round trip, economy) | 717.13 |
| 06/11/2023 | Lodging Dana Schwartz - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Group Meal - Engagement Team - Dinner - Olivia Braat; Seen Yung Wong; Dana Schwartz (in-person team meetings) | 150.00 |
| 06/11/2023 | Individual Meal - Dana Schwartz - Lunch (in-person team meetings) | 25.96 |
| 06/11/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 88.54 |
| 06/11/2023 | Taxi/Car Service Dana Schwartz Airport to Hotel (travel to in-person team meetings) | 45.65 |
| 06/11/2023 | Airfare David White 2023-06-11 LAX - DFW; travel to in-person team meetings (United, one way, economy) | 259.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 06/11/2023 | Lodging David White - Marriott Dallas - Dallas, TX 2023-06-11 2023-06-16 (in-person team meetings) | 1,125.00 |
| 06/11/2023 | Individual Meal - David White - Dinner (in-person team meetings) | 42.82 |
| 06/11/2023 | Taxi/Car Service David White Airport to Hotel (travel to in-person team meetings) | 141.69 |
| 06/11/2023 | Taxi/Car Service David White Home to Airport (in-person team meetings) | 129.56 |
| 06/11/2023 | Airfare Di Liang 2023-06-11 LGA - DFW; travel to in-person team meetings (Delta, round trip, economy) | 628.81 |
| 06/11/2023 | Lodging Di Liang - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Taxi/Car Service Di Liang Home to Airport (travel to in-person team meetings) | 109.42 |
| 06/11/2023 | Internet Access Di Liang | 19.00 |
| 06/11/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 50.00 |
| 06/11/2023 | Taxi/Car Service Di Liang Airport to Hotel (travel to in-person team meetings) | 79.22 |
| 06/11/2023 | Airfare Eric Mostoff 2023-06-11 LGA - DFW; travel to in-person team meetings (Delta, round trip, economy) | 535.50 |
| 06/11/2023 | Lodging Eric Mostoff - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Taxi/Car Service Eric Mostoff Home to Airport (travel to in-person team meetings) | 58.54 |
| 06/11/2023 | Taxi/Car Service Eric Mostoff Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 121.87 |
| 06/11/2023 | Airfare John Labella 2023-06-11 MFR - DFW; travel to in-person team meetings (United Airlines, one way, economy) | 782.89 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 06/11/2023 | Lodging John Labella - The Stoneleigh Hotel - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Taxi/Car Service John Labella Airport to Hotel (travel to in-person team meetings) | 112.74 |
| 06/11/2023 | Airfare Kurt Wessel 2023-06-11 DCA - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 658.87 |
| 06/11/2023 | Taxi/Car Service Kurt Wessel Airport to Hotel (travel to in-person team meetings) | 94.95 |
| 06/11/2023 | Airfare Lilly Goldman 2023-06-11 DCA - DFW; travel to in-person team meeting (American Airlines, round trip, economy) | 533.50 |
| 06/11/2023 | Parking/Tolls Lilly Goldman (travel to in-person team meetings) | 130.00 |
| 06/11/2023 | Lodging Lilly Goldman - Marriott Hotels - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Individual Meal - Lilly Goldman - Dinner (in-person team meetings) | 50.00 |
| 06/11/2023 | Taxi/Car Service Lilly Goldman Airport to Hotel (travel to in-person team meetings) | 65.00 |
| 06/11/2023 | Airfare Olivia Braat 2023-06-11 LGA - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 586.80 |
| 06/11/2023 | Lodging Olivia Braat - The Stoneleigh Hotel - Dallas, TX 2023-06-11 2023-06-14 (in-person team meetings) | 675.00 |
| 06/11/2023 | Taxi/Car Service Olivia Braat Dinner to Hotel (in-person team meetings) | 5.93 |
| 06/11/2023 | Taxi/Car Service Olivia Braat Hotel to Dinner (in-person team meetings) | 5.93 |
| 06/11/2023 | Taxi/Car Service Olivia Braat Airport to Hotel (in-person team meetings) | 48.99 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/11/2023 | Taxi/Car Service Olivia Braat Home to Airport (travel to in-person team meetings) | 59.28 |
| 06/11/2023 | Airfare Ryan Backus 2023-06-11 JFK - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 434.20 |
| 06/11/2023 | Lodging Ryan Backus - Adolphus - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Taxi/Car Service Ryan Backus Hotel to AlixPartners Dallas Office (in-person team meetings) | 7.77 |
| 06/11/2023 | Taxi/Car Service Ryan Backus Airport to Hotel (travel to in-person team meetings) | 48.93 |
| 06/11/2023 | Airfare Sean Thompson 2023-06-11 LGA - DFW; travel to in-person team meetings (JetBlue, round trip, economy) | 597.24 |
| 06/11/2023 | Taxi/Car Service Sean Thompson Home to Airport (travel to in-person team meetings) | 60.41 |
| 06/11/2023 | Lodging Sean Thompson - Ritz-Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Airfare Seen Yung Wong 2023-06-11 LGA - DFW; travel to in-person team meetings (Delta, one way, economy) | 372.39 |
| 06/11/2023 | Lodging Seen Yung Wong - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/11/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 35.00 |
| 06/11/2023 | Internet Access Seen Yung Wong | 25.00 |
| 06/11/2023 | Taxi/Car Service Seen Yung Wong Home to Airport (travel to in-person team meetings) | 74.93 |
| 06/11/2023 | Taxi/Car Service Seen Yung Wong Airport to Hotel (travel to in-person team meetings) | 127.91 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 06/11/2023 | Taxi/Car Service Seen Yung Wong Hotel to Dinner (in-person team meetings) | 6.35 |
| 06/11/2023 | Lodging Yujing Sun - Ritz Carlton - Dallas, TX 2023-06-11 2023-06-15 (in-person team meetings) | 900.00 |
| 06/12/2023 | Lodging Adam Searles - Ritz-Carlton - Dallas, TX 2023-06-12 2023-06-14 (in-person team meetings) | 450.00 |
| 06/12/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 15.51 |
| 06/12/2023 | Individual Meal - Adam Searles - Lunch (in-person team meetings) | 35.00 |
| 06/12/2023 | Taxi/Car Service Adam Searles Home to Airport (travel to in-person team meetings) | 90.00 |
| 06/12/2023 | Taxi/Car Service Adam Searles Airport to Hotel (travel to in-person team meetings) | 49.33 |
| 06/12/2023 | Airfare Adam Searles 2023-06-12 LGA - DFW; travel to in-person team meetings (Delta Airlines, one way, economy) | 277.93 |
| 06/12/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 25.00 |
| 06/12/2023 | Airfare Anne Vanderkamp 2023-06-12 ORD - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 596.71 |
| 06/12/2023 | Lodging Anne Vanderkamp - Ritz-Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Individual Meal - Anne Vanderkamp - Breakfast (in-person team meetings) | 8.21 |
| 06/12/2023 | Taxi/Car Service Anne Vanderkamp Home to Airport (travel to in-person team meetings) | 56.63 |
| 06/12/2023 | Taxi/Car Service Anne Vanderkamp Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 39.92 |
| 06/12/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 21.30 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/12/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 19.85 |
| 06/12/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Dallas Office to Hotel (in-person team meetings) | 8.43 |
| 06/12/2023 | Taxi/Car Service Dana Schwartz Hotel to Dinner (in-person team meetings) | 22.55 |
| 06/12/2023 | Taxi/Car Service Dana Schwartz AlixPartners Dallas Office to Hotel (in-person team meetings) | 12.92 |
| 06/12/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 6.44 |
| 06/12/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 11.28 |
| 06/12/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 50.00 |
| 06/12/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 6.10 |
| 06/12/2023 | Airfare Griffin Shapiro 2023-06-12 BOS - DFW; travel to in-person team meetings (Delta, round trip, economy) | 596.85 |
| 06/12/2023 | Airfare Jason Chin 2023-06-12 LGA - DAL; travel to in-person team meetings (Southwest, round trip, economy) | 559.96 |
| 06/12/2023 | Lodging Jason Chin - Ritz Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 50.00 |
| 06/12/2023 | Taxi/Car Service Jason Chin Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 20.93 |
| 06/12/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 50.48 |
| 06/12/2023 | Airfare John Somerville 2023-06-12 LGA - DFW; travel to in-person team meetings (Delta, one way, economy) | 277.34 |
| 06/12/2023 | Lodging John Somerville - Ritz Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 28.05 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/12/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 15.15 |
| 06/12/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person team meetings) | 35.93 |
| 06/12/2023 | Lodging Kurt Wessel - The Stoneleigh Hotel - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Airfare Mark Cervi 2023-06-12 LAX - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 521.86 |
| 06/12/2023 | Lodging Mark Cervi - Ritz Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 8.08 |
| 06/12/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meetings) | 67.51 |
| 06/12/2023 | Taxi/Car Service Mark Cervi Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 57.06 |
| 06/12/2023 | Internet Access Mark Cervi | 15.00 |
| 06/12/2023 | Airfare Matthew Birtwell 2023-06-12 BWI - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 490.15 |
| 06/12/2023 | Lodging Matthew Birtwell - Ritz Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 10.74 |
| 06/12/2023 | Taxi/Car Service Matthew Birtwell Airport to Dallas AlixPartners Dallas Office (travel to in-person meetings) | 38.94 |
| 06/12/2023 | Mileage Matthew Birtwell 28 Miles (travel to in-person team meetings) | 18.34 |
| 06/12/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 20.24 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 06/12/2023 | Group Meal - Engagement Team - Dinner - Eric Mostoff; Seen Yung Wong; Olivia Braat (in-person team meetings) | 150.00 |
| 06/12/2023 | Taxi/Car Service Ryan Backus AlixPartners Dallas Office to Hotel (in-person team meetings) | 7.77 |
| 06/12/2023 | Taxi/Car Service Ryan Backus Hotel to AlixPartners Dallas Office (in-person team meetings) | 6.46 |
| 06/12/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 9.47 |
| 06/12/2023 | Taxi/Car Service Seen Yung Wong Dinner to Hotel (in-person team meetings) | 24.00 |
| 06/12/2023 | Airfare Takahiro Yamada 2023-06-12 EWR - DFW; travel to in-person team meetings (American Airlines, round trip, economy) | 465.38 |
| 06/12/2023 | Lodging Takahiro Yamada - Ritz Carlton - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Taxi/Car Service Takahiro Yamada Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 44.74 |
| 06/12/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 120.20 |
| 06/12/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 27.40 |
| 06/12/2023 | Airfare Todd Toaso 2023-06-12 LGA - DFW; travel to in-person team meetings (Delta, round trip, economy) | 503.95 |
| 06/12/2023 | Lodging Todd Toaso - Le Meridien Hotels - Dallas, TX 2023-06-12 2023-06-15 (in-person team meetings) | 675.00 |
| 06/12/2023 | Taxi/Car Service Todd Toaso Home to Airport (travel to in-person team meetings) | 54.66 |
| 06/12/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 13.80 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 06/12/2023 | Taxi/Car Service Yujing Sun Travel to Hotel (travel to in-person team meetings) | 22.99 |
| 06/13/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 6.82 |
| 06/13/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 16.57 |
| 06/13/2023 | Group Meal - Engagement Team - Dinner - Matthew Birtwell; Allyson Calhoun; Griffin Shapiro; Linna Jia; Kurt Wessel; Dana Schwartz; Anne Vanderkamp; Yujing Sun | 400.00 |
| 06/13/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Dallas Office to Hotel (in-person team meetings) | 9.17 |
| 06/13/2023 | Taxi/Car Service Chuanqi Chen Hotel to AlixPartners Dallas Office (in-person team meetings) | 10.38 |
| 06/13/2023 | Group Meal - Engagement Team - Lunch - Kurt Wessel; John Labella; Adam Searles; Dana Schwartz (in-person team meetings) | 43.23 |
| 06/13/2023 | Group Meal - Engagement Team - Dinner - Olivia Braat; David White; Sean Thompson; Ryan Backus; Eric Mostoff; Di Liang; Seen Yung Wong; John Somerville; Randi Self; Travel Phelan; Chuanqi Chen; | 550.00 |
| 06/13/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 5.90 |
| 06/13/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 18.08 |
| 06/13/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 11.91 |
| 06/13/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 15.29 |
| 06/13/2023 | Lodging Griffin Shapiro - Ritz Carlton - Dallas, TX 2023-06-13 2023-06-15 (in-person team meetings) | 450.00 |
| 06/13/2023 | Taxi/Car Service Griffin Shapiro Airport to AlixPartners Dallas Office (travel to in-person team meetings) | 37.02 |
| 06/13/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person meetings) | 37.62 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 06/13/2023 | Internet Access Griffin Shapiro | 20.00 |
| 06/13/2023 | Individual Meal - Jason Chin - Dinner | 27.40 |
| 06/13/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 21.35 |
| 06/13/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 12.81 |
| 06/13/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 10.88 |
| 06/13/2023 | Group Meal - Engagement Team - Breakfast - Dana Schwartz; Matthew Birtwell (in-person team meetings) | 20.35 |
| 06/13/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 13.04 |
| 06/13/2023 | Taxi/Car Service Ryan Backus Dinner to Hotel (in-person team meetings) | 15.54 |
| 06/13/2023 | Taxi/Car Service Ryan Backus Hotel to AlixPartners Dallas Office (in-person team meetings) | 11.24 |
| 06/13/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 18.59 |
| 06/13/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 18.81 |
| 06/13/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 12.00 |
| 06/13/2023 | Taxi/Car Service Seen Yung Wong Dinner to Hotel (in-person team meetings) | 10.97 |
| 06/13/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 21.65 |
| 06/14/2023 | Individual Meal - Adam Searles - Breakfast (in-person team meetings) | 18.80 |
| 06/14/2023 | Taxi/Car Service Adam Searles Hotel to Airport (return from in-person team meetings) | 46.98 |
| 06/14/2023 | Airfare Adam Searles 2023-06-14 DFW - ORD; return from in person team meetings (American Airlines, one way, economy) | 266.58 |
| 06/14/2023 | Internet Access Adam Searles | 19.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:    Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/14/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 16.85 |
| 06/14/2023 | Group Meal - Engagement Team - Dinner - Adam Searles, Allyson Calhoun, Anne Vanderkamp, Chuanqi Chen, Dana Schwartz, David White, Di Liang, Eric Mostoff, Griffin Shapiro, Jason Chin, John C LaBella, John Somerville, Kurt H Wessel, Lilly M Goldman, Mark Cervi, Matthew Birtwell, Ryan Backus, Sean Thompson, Seen Yung Wong, Shengjia Kang, Takahiro Yamada, Todd Toaso, Yujing Sun, Brent Robison, Charles Cipione, Jeffrey Berg, Linna Jia, Randi Self, Thomas Hofner, Travis Phelan | 1,500.00 |
| 06/14/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Dallas Office to Hotel (in-person team meetings) | 8.93 |
| 06/14/2023 | Taxi/Car Service Chuanqi Chen Hotel to AlixPartners Dallas Office (in-person team meetings) | 8.43 |
| 06/14/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 17.37 |
| 06/14/2023 | Group Meal - Engagement Team - Lunch - Lilly Goldman; Dana Schwartz; John Labella; Todd Toaso (in-person team meetings) | 71.45 |
| 06/14/2023 | Taxi/Car Service Dana Schwartz Hotel to AlixPartners Dallas Office (in-person team meetings) | 26.96 |
| 06/14/2023 | Taxi/Car Service Dana Schwartz AlixPartners Dallas Office to Hotel (in-person team meetings) | 26.61 |
| 06/14/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 6.44 |
| 06/14/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 15.64 |
| 06/14/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 15.29 |
| 06/14/2023 | Group Meal - Engagement Team - Lunch - Eric Mostoff; Ryan Backus; Chuanqi Chen (in-person team meetings) | 16.88 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 06/14/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 10.81 |
| 06/14/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 14.58 |
| 06/14/2023 | Individual Meal - John Labella - Breakfast (in-person team meetings) | 12.80 |
| 06/14/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 22.44 |
| 06/14/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 14.52 |
| 06/14/2023 | Individual Meal - Kurt Wessel - Breakfast (in-person team meetings) | 11.83 |
| 06/14/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 10.88 |
| 06/14/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 12.02 |
| 06/14/2023 | Individual Meal - Olivia Braat - Dinner | 19.46 |
| 06/14/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 13.04 |
| 06/14/2023 | Taxi/Car Service Ryan Backus AlixPartners Dallas Office to Hotel (in-person team meetings) | 7.52 |
| 06/14/2023 | Taxi/Car Service Ryan Backus Dinner to Hotel (in-person team meetings) | 7.77 |
| 06/14/2023 | Taxi/Car Service Seen Yung Wong AlixPartners Dallas Office to Hotel (in-person team meetings) | 6.33 |
| 06/14/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 5.82 |
| 06/14/2023 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 23.55 |
| 06/14/2023 | Taxi/Car Service Todd Toaso Dinner to Hotel (in-person team meetings) | 55.68 |
| 06/14/2023 | Taxi/Car Service Todd Toaso AlixPartners Dallas Office to Dinner (in-person team meetings) | 58.08 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 06/14/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 17.37 |
| 06/15/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 15.40 |
| 06/15/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 19.93 |
| 06/15/2023 | Taxi/Car Service Allyson Calhoun Airport to Home (return from in-person team meetings) | 79.68 |
| 06/15/2023 | Individual - Anne Vanderkamp - Dinner | 46.49 |
| 06/15/2023 | Taxi/Car Service Anne Vanderkamp Airport to Home (return from in-person team meetings) | 32.16 |
| 06/15/2023 | Internet Access Anne Vanderkamp | 15.00 |
| 06/15/2023 | Individual Meal - Chuanqi Chen - Dinner | 32.33 |
| 06/15/2023 | Taxi/Car Service Chuanqi Chen Hotel to AlixPartners Dallas Office (in-person team meetings) | 8.43 |
| 06/15/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Dallas Office to Hotel (in-person team meetings) | 8.85 |
| 06/15/2023 | Group Meal - Engagement Team - Dinner - Dana Schwartz; Lilly Goldman | 50.10 |
| 06/15/2023 | Taxi/Car Service Dana Schwartz AlixPartners Dallas Office to Airport (return from in-person meetings) | 100.74 |
| 06/15/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person meetings) | 91.03 |
| 06/15/2023 | Individual Meal - David White - Breakfast | 6.12 |
| 06/15/2023 | Individual Meal - Di Liang - Dinner | 23.49 |
| 06/15/2023 | Taxi/Car Service Di Liang AlixPartners Dallas Office to Airport (return from in-person team meetings) | 73.07 |
| 06/15/2023 | Internet Access Di Liang | 19.00 |

# **Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/15/2023 | Taxi/Car Service Di Liang Airport to Home (return from in-person team meetings) | 52.29 |
| 06/15/2023 | Individual Meal - Eric Mostoff - Breakfast | 6.14 |
| 06/15/2023 | Individual - Eric Mostoff - Dinner | 30.57 |
| 06/15/2023 | Internet Access Eric Mostoff | 15.00 |
| 06/15/2023 | Taxi/Car Service Eric Mostoff Airport to Home (return from in-person team meetings) | 47.90 |
| 06/15/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 14.90 |
| 06/15/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 18.21 |
| 06/15/2023 | Individual Meal - Jason Chin - Breakfast | 17.32 |
| 06/15/2023 | Individual Meal - Jason Chin - Dinner | 10.98 |
| 06/15/2023 | Taxi/Car Service Jason Chin AlixPartners Dallas Office to Airport (return from in-person team meetings) | 20.73 |
| 06/15/2023 | Taxi/Car Service Jason Chin Airport to Home (return from in-person team meetings) | 37.38 |
| 06/15/2023 | Airfare John Labella 2023-06-15 DFW - SFO; return from in-person team meetings (United Airlines, one way, economy) | 597.66 |
| 06/15/2023 | Individual Meal - John Labella - Breakfast | 12.80 |
| 06/15/2023 | Taxi/Car Service John Labella Airport to Home (return from in-person team meetings) | 86.13 |
| 06/15/2023 | Airfare John Somerville 2023-06-15 DFW - LGA; return from in-person team meetings (Delta, one way, economy) | 277.34 |
| 06/15/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 20.52 |
| 06/15/2023 | Taxi/Car Service John Somerville AlixPartners Dallas Office to Airport (return from in-person team meetings) | 39.22 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/15/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 28.73 |
| 06/15/2023 | Taxi/Car Service John Somerville Airport to Home (travel to in-person team meetings) | 37.28 |
| 06/15/2023 | Individual Meal - Kurt Wessel - Breakfast | 13.67 |
| 06/15/2023 | Taxi/Car Service Kurt Wessel AlixPartners Dallas Office to Airport (return from in-person team meetings) | 41.74 |
| 06/15/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 50.00 |
| 06/15/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 9.58 |
| 06/15/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 33.71 |
| 06/15/2023 | Taxi/Car Service Mark Cervi AlixPartners Dallas Office to Hotel (in-person team meetings) | 33.41 |
| 06/15/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 37.82 |
| 06/15/2023 | Internet Access Mark Cervi | 19.00 |
| 06/15/2023 | Individual Meal - Matthew Birtwell - Breakfast | 13.62 |
| 06/15/2023 | Individual Meal - Matthew Birtwell - Dinner | 16.08 |
| 06/15/2023 | Group Meal - Engagement Team - Lunch - Allyson Calhoun; Griffin Shapiro; Matthew Birtwell | 39.51 |
| 06/15/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Dallas Office to Airport (return from in-person team meetings) | 57.59 |
| 06/15/2023 | Taxi/Car Service Matthew Birtwell Airport to Parking Garage (return from in-person team meetings) | 5.93 |
| 06/15/2023 | Taxi/Car Service Matthew Birtwell Breakfast to AlixPartners Dallas Office (in-person team meetings) | 7.92 |
| 06/15/2023 | Mileage Matthew Birtwell 29 Miles (return from in-person team meetings) | 19.00 |
| 06/15/2023 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 48.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/15/2023 | Internet Access Matthew Birtwell | 19.00 |
| 06/15/2023 | Taxi/Car Service Olivia Braat Airport to Home (return from in-person team meetings) | 59.23 |
| 06/15/2023 | Taxi/Car Service Olivia Braat AlixPartners Dallas Office to Airport (return from in-person team meeitngs) | 37.96 |
| 06/15/2023 | Individual Meal - Ryan Backus - Breakfast (in-person team meetings) | 5.36 |
| 06/15/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 36.54 |
| 06/15/2023 | Taxi/Car Service Ryan Backus AlixPartners Dallas Office to Airport (return from in-person team meetings) | 43.94 |
| 06/15/2023 | Taxi/Car Service Ryan Backus Airport to Home (return from in-person team meetings) | 64.91 |
| 06/15/2023 | Internet Access Sean Thompson | 8.66 |
| 06/15/2023 | Airfare Seen Yung Wong 2023-06-15 DFW - LGA; return from in-person team meetings (Delta, one way, economy) | 265.01 |
| 06/15/2023 | Group Meal - Engagement Team - Breakfast - Dana Schwartz; Seen Yung Wong (in-person team meetings) | 50.00 |
| 06/15/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 6.82 |
| 06/15/2023 | Taxi/Car Service Seen Yung Wong Breakfast to Hotel (in-person team meetings) | 11.98 |
| 06/15/2023 | Taxi/Car Service Seen Yung Wong Airport to Home (return from in-person team meetings) | 77.29 |
| 06/15/2023 | Internet Access Seen Yung Wong | 19.00 |
| 06/15/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 25.14 |
| 06/15/2023 | Taxi/Car Service Seen Yung Wong AlixPartners Dallas Office to Airport (return from in-person team meetings) | 37.93 |
| 06/15/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 29.06 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 06/15/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 14.67 |
| 06/15/2023 | Taxi/Car Service Takahiro Yamada Airport to Home (return from in-person team meetings) | 51.66 |
| 06/15/2023 | Taxi/Car Service Todd Toaso Airport to Home (return from in-person team meetings) | 76.94 |
| 06/15/2023 | Individual Meal - Yujing Sun - Breakfast (in-person team meetings) | 11.26 |
| 06/15/2023 | Individual Meal - Yujing Sun - Dinner (in-person team meetings) | 28.74 |
| 06/15/2023 | Taxi/Car Service Yujing Sun Airport to Home (return from in-person team meetings) | 60.44 |
| 06/15/2023 | Taxi/Car Service Yujing Sun AlixPartners Dallas Office to Airport (return from in-person team meetings) | 43.97 |
| 06/15/2023 | Internet Access Yujing Sun | 19.00 |
| 06/16/2023 | Airfare David White 2023-06-16 DFW - IAH (American Airlines, one way, economy) | 285.96 |
| 06/16/2023 | Individual Meal - David White - Breakfast | 7.96 |
| 06/16/2023 | Taxi/Car Service David White Hotel to Airport (return from in-person team meetings) | 49.39 |
| 06/16/2023 | Taxi/Car Service David White Airport to Home (return from in-person team meetings) | 188.44 |
| 06/16/2023 | Internet Access David White | 8.00 |
| 06/21/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 24.93 |
| 06/22/2023 | Taxi/Car Service Dana Schwartz AlixPartners New York Office to Home (overtime) | 17.22 |
| 06/22/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 18.25 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 06/29/2023 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 18.14 |
| 06/29/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Boston Office to Home (overtime) | 15.22 |
| **Total Expenses** | | **$ 46,599.88** |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | $ 14,983.60 |
| Client Research | 51.38 |
| Ground Transportation | 5,121.38 |
| Internet | 239.66 |
| Lodging | 19,811.35 |
| Meals | 5,997.83 |
| Mileage | 74.68 |
| Parking & Tolls | 320.00 |
| **Total Expenses** | **$ 46,599.88** |