**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 6/3/2023 | Zachary W.M. Hearn | 2687.0 | $0.10 | $268.70 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2023 | Lydia S. Gulick | 115.0 | $0.10 | $11.50 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2023 | Sonam Jhalani | 2591.0 | $0.10 | $259.10 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2023 | Victoria G. Shahnazary | 589.0 | $0.10 | $58.90 | Repro - B&W Copies |
| Repro - B&W Copies | 6/5/2023 | Zachary W.M. Hearn | 1234.0 | $0.10 | $123.40 | Repro - B&W Copies |
| Repro - B&W Copies | 6/6/2023 | Sonam Jhalani | 276.0 | $0.10 | $27.60 | Repro - B&W Copies |
| Repro - B&W Copies | 6/9/2023 | Tatum E. Millet | 53.0 | $0.10 | $5.30 | Repro - B&W Copies |
| Repro - B&W Copies | 6/12/2023 | Christian T. Hodges | 29.0 | $0.10 | $2.90 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Sophia Chen | 37.0 | $0.10 | $3.70 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Sophia Chen | 455.0 | $0.10 | $45.50 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Sophia Chen | 35.0 | $0.10 | $3.50 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Sophia Chen | 60.0 | $0.10 | $6.00 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Sophia Chen | 37.0 | $0.10 | $3.70 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Victoria G. Shahnazary | 489.0 | $0.10 | $48.90 | Repro - B&W Copies |
| Repro - B&W Copies | 6/13/2023 | Victoria G. Shahnazary | 10.0 | $0.10 | $1.00 | Repro - B&W Copies |
| Repro - B&W Copies | 6/14/2023 | Sophia Chen | 342.0 | $0.10 | $34.20 | Repro - B&W Copies |
| Repro - B&W Copies | 6/15/2023 | Sonam Jhalani | 67.0 | $0.10 | $6.70 | Repro - B&W Copies |
| Repro - B&W Copies | 6/28/2023 | Halloran N. Purcell | 103.0 | $0.10 | $10.30 | Repro - B&W Copies |
| Repro - B&W Copies | 6/30/2023 | Harrison Schlossberg | 936.0 | $0.10 | $93.60 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$1,014.50** | |
| Repro - Color Copies | 6/12/2023 | Christian T. Hodges | 70.0 | $0.20 | $14.00 | Repro - Color Copies |
| Repro - Color Copies | 6/13/2023 | Sophia Chen | 1675.0 | $0.20 | $335.00 | Repro - Color Copies |
| Repro - Color Copies | 6/13/2023 | Sophia Chen | 98.0 | $0.20 | $19.60 | Repro - Color Copies |
| Repro - Color Copies | 6/13/2023 | Sophia Chen | 98.0 | $0.20 | $19.60 | Repro - Color Copies |
| Repro - Color Copies | 6/13/2023 | Sophia Chen | 2987.0 | $0.20 | $597.40 | Repro - Color Copies |
| Repro - Color Copies | 6/28/2023 | Halloran N. Purcell | 472.0 | $0.20 | $94.40 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$1,080.00** | |
| Telephonic court appearance | 6/14/2023 | Benjamin S. Beller | 1.0 | $70.00 | $70.00 | Telephone - Business Purpose: Telephonic court appearance |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| **Telephonic Court Appearance Total** | | | | | **$70.00** | |
| Delivery/Courier | 5/23/2023 | Stepan G. Atamian | 1.0 | $42.44 | $42.44 | Delivery/Courier |
| Delivery/Courier | 5/23/2023 | Stepan G. Atamian | 1.0 | $27.41 | $27.41 | Delivery/Courier |
| Delivery/Courier | 6/1/2023 | Victoria G. Shahnazary | 1.0 | $16.19 | $16.19 | Delivery/Courier |
| Delivery/Courier | 6/1/2023 | Victoria G. Shahnazary | 1.0 | $17.27 | $17.27 | Delivery/Courier |
| Delivery/Courier | 6/1/2023 | Victoria G. Shahnazary | 1.0 | $17.27 | $17.27 | Delivery/Courier |
| Delivery/Courier | 6/1/2023 | Victoria G. Shahnazary | 1.0 | $16.19 | $16.19 | Delivery/Courier |
| Delivery/Courier | 6/6/2023 | Stepan G. Atamian | 1.0 | $27.35 | $27.35 | Delivery/Courier |
| Delivery/Courier | 6/6/2023 | Stepan G. Atamian | 1.0 | $26.81 | $26.81 | Delivery/Courier |
| Delivery/Courier | 6/6/2023 | Zachary W.M. Hearn | 1.0 | $50.88 | $50.88 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Sophia Chen | 1.0 | $15.05 | $15.05 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Stepan G. Atamian | 1.0 | $19.63 | $19.63 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Stepan G. Atamian | 1.0 | $16.18 | $16.18 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Stepan G. Atamian | 1.0 | $16.18 | $16.18 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Stepan G. Atamian | 1.0 | $19.63 | $19.63 | Delivery/Courier |
| Delivery/Courier | 6/8/2023 | Sophia Chen | 1.0 | $15.05 | $15.05 | Delivery/Courier |
| Delivery/Courier | 6/13/2023 | Corey J. Stern | 1.0 | $40.24 | $40.24 | Delivery/Courier |
| Delivery/Courier | 6/13/2023 | Sophia Chen | 1.0 | $15.02 | $15.02 | Delivery/Courier |
| Delivery/Courier | 6/13/2023 | Stepan G. Atamian | 1.0 | $27.29 | $27.29 | Delivery/Courier |
| Delivery/Courier | 6/13/2023 | Stepan G. Atamian | 1.0 | $26.75 | $26.75 | Delivery/Courier |
| Delivery/Courier | 6/15/2023 | Stepan G. Atamian | 1.0 | $16.14 | $16.14 | Delivery/Courier |
| Delivery/Courier | 6/15/2023 | Stepan G. Atamian | 1.0 | $19.59 | $19.59 | Delivery/Courier |
| Delivery/Courier | 6/15/2023 | Stepan G. Atamian | 1.0 | $16.14 | $16.14 | Delivery/Courier |
| Delivery/Courier | 6/21/2023 | Samantha Li | 1.0 | $49.09 | $49.09 | Delivery/Courier |
| Delivery/Courier | 6/21/2023 | Stepan G. Atamian | 1.0 | $42.54 | $42.54 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 6/21/2023 | Stepan G. Atamian | 1.0 | $44.77 | $44.77 | Delivery/Courier |
| Delivery/Courier | 6/23/2023 | Stepan G. Atamian | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 6/23/2023 | Stepan G. Atamian | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 6/23/2023 | Stepan G. Atamian | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 6/23/2023 | Stepan G. Atamian | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 6/27/2023 | Thursday K. Williams | 1.0 | $27.41 | $27.41 | Delivery/Courier |
| Delivery/Courier | 6/27/2023 | Thursday K. Williams | 1.0 | $26.87 | $26.87 | Delivery/Courier |
| Delivery/Courier | 6/27/2023 | Fabio Weinberg Crocco | 1.0 | $36.22 | $36.22 | Delivery/Courier |
| Delivery/Courier | 6/29/2023 | Bright S. Boafo | 1.0 | $19.68 | $19.68 | Delivery/Courier |
| Delivery/Courier | 6/29/2023 | Bright S. Boafo | 1.0 | $16.21 | $16.21 | Delivery/Courier |
| Delivery/Courier | 6/29/2023 | Bright S. Boafo | 1.0 | $16.21 | $16.21 | Delivery/Courier |
| Delivery/Courier | 6/29/2023 | Bright S. Boafo | 1.0 | $19.68 | $19.68 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$875.32** | |
| Local Transportation | 5/24/2023 | Arthur D. Courroy | 1.0 | $37.65 | $37.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:30; Purpose: OT Travel |
| Local Transportation | 6/1/2023 | Christian T. Hodges | 1.0 | $35.84 | $35.84 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:59; Purpose: OT Travel |
| Local Transportation | 6/1/2023 | Aneesa Mazumdar | 1.0 | $55.57 | $55.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/1/2023 | Ethan R. Savitch | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:54; Purpose: OT Travel |
| Local Transportation | 6/1/2023 | Joshua M. Hazard | 1.0 | $151.31 | $151.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 6/2/2023 | Mimi Wu | 1.0 | $57.43 | $57.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Aaron M. Levine | 1.0 | $64.17 | $64.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | William M. Scheffer | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/5/2023 | Robert O. Providence | 1.0 | $91.80 | $91.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Daniel P. O'Hara | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Adam J. Toobin | 1.0 | $85.03 | $85.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:54; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Aaron M. Levine | 1.0 | $83.81 | $83.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:27; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Sam Yu | 1.0 | $104.16 | $104.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:06; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/7/2023 | Fareed Ahmed | 1.0 | $140.53 | $140.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/7/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 6/7/2023 | Joseph F. Gilday | 1.0 | $108.04 | $108.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 6/8/2023 | Daniel P. O'Hara | 1.0 | $73.39 | $73.39 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/8/2023 | Christopher J. Dunne | 1.0 | $180.59 | $180.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 6/8/2023 | Benjamin Zonenshayn | 1.0 | $76.68 | $76.68 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:29; Purpose: OT Travel |
| Local Transportation | 6/12/2023 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/13/2023 | Christopher J. Dunne | 1.0 | $168.51 | $168.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 6/13/2023 | Sophia Chen | 1.0 | $37.13 | $37.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:19; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Daniel P. O'Hara | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Aaron M. Levine | 1.0 | $64.17 | $64.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |
| Local Transportation | 6/15/2023 | Christopher J. Dunne | 1.0 | $181.38 | $181.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/15/2023 | Joshua M. Hazard | 1.0 | $138.51 | $138.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:46; Purpose: OT Travel |
| Local Transportation | 6/15/2023 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:35; Purpose: OT Travel |
| Local Transportation | 6/16/2023 | Julia E. Paranyuk | 1.0 | $56.81 | $56.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/16/2023 | Maxwell E. Schwartz | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 6/16/2023 | Mario Schollmeyer | 1.0 | $77.88 | $77.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:55; Purpose: OT Travel |
| Local Transportation | 6/16/2023 | Mario Schollmeyer | 1.0 | $71.54 | $71.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:58; Purpose: OT Travel |
| Local Transportation | 6/20/2023 | Luke W. Ross | 1.0 | $63.56 | $63.56 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/20/2023 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:19; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Robert O. Providence | 1.0 | $91.80 | $91.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:27; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:11; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Farrah F. Kalach | 1.0 | $62.94 | $62.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:08; Purpose: OT Travel |
| Local Transportation | 6/22/2023 | Farrah F. Kalach | 1.0 | $63.57 | $63.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 6/22/2023 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:39; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/22/2023 | Aneesa Mazumdar | 1.0 | $60.48 | $60.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 6/22/2023 | Joseph F. Gilday | 1.0 | $107.42 | $107.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:59; Purpose: OT Travel |
| Local Transportation | 6/22/2023 | Aaron M. Levine | 1.0 | $67.85 | $67.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 6/23/2023 | Neil A. Dokurno | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:10; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Benjamin Zonenshayn | 1.0 | $154.68 | $154.68 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:26; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | William M. Scheffer | 1.0 | $55.57 | $55.57 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/26/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Aaron M. Levine | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Scott D. Miller | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:49; Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Serge N. Koveshnikoff | 1.0 | $126.36 | $126.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:52; Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Danielle B. Abada | 1.0 | $56.20 | $56.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:02; Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Daniel P. O'Hara | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Zoeth M. Flegenheimer | 1.0 | $79.81 | $79.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/28/2023 | Fareed Ahmed | 1.0 | $139.90 | $139.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 6/28/2023 | Benjamin Zonenshayn | 1.0 | $133.15 | $133.15 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:40; Purpose: OT Travel |
| Local Transportation | 6/28/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 6/29/2023 | Natalie A. Hills | 1.0 | $76.44 | $76.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 6/29/2023 | Dawn A. Harris-Cox | 1.0 | $123.37 | $123.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 6/29/2023 | Aneesa Mazumdar | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 6/29/2023 | Daniel P. O'Hara | 1.0 | $64.80 | $64.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 5/31/2023 | Christian T. Hodges | 1.0 | $32.17 | $32.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:30; Purpose: OT Travel |
| Local Transportation | 6/1/2023 | Jacob M. Croke | 1.0 | $95.00 | $95.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:44; Purpose: OT Travel |
| Local Transportation | 6/1/2023 | Christian T. Hodges | 1.0 | $30.89 | $30.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:48; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | HyunKyu Kim | 1.0 | $71.35 | $71.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:41; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Jacob M. Croke | 1.0 | $78.91 | $78.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:30; Purpose: OT Travel |
| Local Transportation | 6/5/2023 | Christian T. Hodges | 1.0 | $31.50 | $31.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:40; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | Alexa J. Kranzley | 1.0 | $13.92 | $13.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/6/2023 | Christian T. Hodges | 1.0 | $36.01 | $36.01 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:43; Purpose: OT Travel |
| Local Transportation | 6/6/2023 | HyunKyu Kim | 1.0 | $67.78 | $67.78 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:29; Purpose: OT Travel |
| Local Transportation | 6/7/2023 | Jacob M. Croke | 1.0 | $82.16 | $82.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:27; Purpose: OT Travel |
| Local Transportation | 6/8/2023 | Jacob M. Croke | 1.0 | $79.56 | $79.56 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 6/9/2023 | HyunKyu Kim | 1.0 | $69.71 | $69.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:59; Purpose: OT Travel |
| Local Transportation | 6/9/2023 | Christian T. Hodges | 1.0 | $35.70 | $35.70 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 6/12/2023 | Jacob M. Croke | 1.0 | $77.34 | $77.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:05; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/12/2023 | Alexa J. Kranzley | 1.0 | $24.44 | $24.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 6/12/2023 | Alexander S. Holland | 1.0 | $28.52 | $28.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 6/13/2023 | Jacob M. Croke | 1.0 | $83.18 | $83.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 6/13/2023 | Christian T. Hodges | 1.0 | $33.99 | $33.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:41; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | William M. Scheffer | 1.0 | $29.47 | $29.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Alexa J. Kranzley | 1.0 | $14.99 | $14.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 6/14/2023 | Jacob M. Croke | 1.0 | $80.64 | $80.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/14/2023 | Alexander S. Holland | 1.0 | $26.54 | $26.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 6/15/2023 | Jacob M. Croke | 1.0 | $107.96 | $107.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 6/20/2023 | Christian T. Hodges | 1.0 | $35.65 | $35.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:57; Purpose: OT Travel |
| Local Transportation | 6/20/2023 | William M. Scheffer | 1.0 | $33.96 | $33.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 6/20/2023 | Mark C. Bennett | 1.0 | $39.96 | $39.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Mark C. Bennett | 1.0 | $11.27 | $11.27 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |
| Local Transportation | 6/21/2023 | Christian T. Hodges | 1.0 | $35.58 | $35.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/21/2023 | KJ Lim | 1.0 | $35.24 | $35.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:02; Purpose: OT Travel |
| Local Transportation | 6/22/2023 | KJ Lim | 1.0 | $38.03 | $38.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:57; Purpose: OT Travel |
| Local Transportation | 6/25/2023 | Marc-André O. Cyr | 1.0 | $18.95 | $18.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:47; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Alexa J. Kranzley | 1.0 | $13.95 | $13.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:25; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Jacob M. Croke | 1.0 | $80.51 | $80.51 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:11; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Marc-André O. Cyr | 1.0 | $20.98 | $20.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:19 Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Jacob M. Croke | 1.0 | $97.99 | $97.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/28/2023 | William M. Scheffer | 1.0 | $36.60 | $36.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 6/28/2023 | Corey J. Stern | 1.0 | $29.56 | $29.56 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 6/29/2023 | Alexa J. Kranzley | 1.0 | $15.97 | $15.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$8,387.82** | |
| Travel and expenses | 6/7/2023 | Christian T. Hodges | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Christian T. Hodges; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 447.00 + Taxes: 44.70; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Sean P. Fulton | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Sean P. Fulton; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 416.00 + Taxes: 41.60; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/7/2023 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 421.00 + Taxes: 42.10; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Zachary W.M. Hearn | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Zachary W.M. Hearn; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 416.00 + Taxes: 41.60; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Andrew G. Dietderich | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Andrew G. Dietderich; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 421.00 + Taxes: 42.10; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/7/2023 | James L. Bromley | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: James L. Bromley; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/7/2023 + Departure Date: 6/8/2023; Room Charge: 421.00 + Taxes: 42.10; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/8/2023 | Brian D. Glueckstein | 1.0 | $350.00 | $350.00 | Travel and expenses - Hotel - Lodging; Hotel Guest Name: Brian D. Glueckstein; Hotel Name: Hotel DuPont; Location: Wilmington, DE; Arrival Date: 6/8/2023 + Departure Date: 6/9/2023; Room Charge: 432.00 + Taxes: 43.20; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Christian T. Hodges | 1.0 | $36.00 | $36.00 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE/New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Brian D. Glueckstein | 1.0 | $16.07 | $16.07 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE/New York, NY; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/7/2023 | Christian T. Hodges | 1.0 | $10.57 | $10.57 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE/New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/9/2023 | Brian D. Glueckstein | 1.0 | $33.37 | $33.37 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE/New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/28/2023 | Brian D. Glueckstein | 1.0 | $14.05 | $14.05 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: Wilmington, DE/New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Andrew G. Dietderich | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | James L. Bromley | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: James L. Bromley; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/7/2023 | Christian T. Hodges | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Christian T. Hodges; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Zachary W.M. Hearn | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Zachary W.M. Hearn; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Brian D. Glueckstein | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Sean P. Fulton | 1.0 | $305.00 | $305.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Sean P. Fulton; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/28/2023 | Alexa J. Kranzley | 1.0 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Alexa J. Kranzley; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/28/2023 | Brian D. Glueckstein | 1.0 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/27/2023 | Alexa J. Kranzley | 1.0 | $35.91 | $35.91 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Sean P. Fulton | 1.0 | $67.26 | $67.26 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Brian D. Glueckstein | 1.0 | $35.98 | $35.98 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C Office; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/7/2023 | Zachary W.M. Hearn | 1.0 | $46.92 | $46.92 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 6/7/2023 | Christian T. Hodges | 1.0 | $57.62 | $57.62 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/8/2023 | Sean P. Fulton | 1.0 | $11.97 | $11.97 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Local Counsel's office; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/8/2023 | Sean P. Fulton | 1.0 | $56.80 | $56.80 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station; End Point: Home; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/8/2023 | Zachary W.M. Hearn | 1.0 | $8.30 | $8.30 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station; End Point: Local Counsel's Office; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 6/9/2023 | Christian T. Hodges | 1.0 | $7.51 | $7.51 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Local Counsel's office; End Point: Train Station; Business Purpose: Attend omnibus hearing |
| **Travel and Expenses Total** | | | | | **$5,494.33** | |
| Conference Room Dining | 5/18/2023 | Christian P. Jensen | 1.0 | $240.00 | $240.00 | Conference Room Dining (Breakfast + Lunch for 6 people) - Attendees: S. Coverick (A&M), J. Gonzalez (A&M), E. Mosley (A&M), D. Slay (A&M), S. Sullivan (A&M), H. Trent (A&M) |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Conference Room Dining | 6/1/2023 | Sean P. Fulton | 1.0 | $26.13 | $26.13 | Conference Room Dining (Breakfast for 6 people) - Attendees: B. Glueckstein, A. Dietderich, S. Fulton, E. Mosley (A&M), S. Coverick (A&M), K. Ramanathan (A&M) |
| Conference Room Dining | 6/2/2023 | Zachary W.M. Hearn | 1.0 | $220.00 | $220.00 | Conference Room Dining (Lunch for 15 people) - Attendees: B. Glueckstein, S. Fulton, J. Zakia (White & Case), A. Tsier (White & Case), C. Shore (White & Case), B. Bakemeyer (White & Case), K. Pasquale (Paul Hastings), I. Sasson (Paul Hastings), L. Koch (Paul Hastings), Court Reporter, Videographer |
| Conference Room Dining | 6/14/2023 | Andrew G. Dietderich | 1.0 | $300.00 | $300.00 | Conference Room Dining (Lunch for 15 people) - Attendees:  A. Dietderich, J. Bromley, S. Wheeler, B. Glueckstein, S. Peikin, J. McDonald. N. Friedlander, J. Croke, B. Baker, K. Flinn (PWP), J. Krupp (PWP), B. Mendelsohn (PWP), M. Rahmani (PWP), S. Rand (Quinn Emanuel), M. Sonkin (FTX) |
| **Conference Room Dining Total** | | | | | **$786.13** | |
| Meals - Overtime | 6/1/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/1/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/1/2023 | Victoria G. Shahnazary | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00029, 00036 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/1/2023 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/1/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025, 00040, 00043 |
| Meals - Overtime | 6/1/2023 | Ethan R. Savitch | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/1/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/1/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/2/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/2/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/5/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/5/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/5/2023 | Camille A. Flynn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/5/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 6/5/2023 | KJ Lim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 6/5/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00033, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/5/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/5/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/5/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00040, 00043 |
| Meals - Overtime | 6/5/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 6/6/2023 | Christian T. Hodges | 1.0 | $16.28 | $16.28 | Meals - Overtime; Project Code(s): 00019, 00025, 00040, 00043 |
| Meals - Overtime | 6/6/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 6/6/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 6/6/2023 | Priyanka R. Ghatalia | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/6/2023 | Jacob M. Croke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00033 |
| Meals - Overtime | 6/6/2023 | Stephen J. Profeta | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 6/6/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00019, 00020, 00025, 00035, 00041 |
| Meals - Overtime | 6/6/2023 | Hannah S. Zhukovsky | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 6/6/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/7/2023 | Matteo Berti | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 6/7/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/7/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/7/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 6/7/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/8/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 6/8/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00029, 00044 |
| Meals - Overtime | 6/8/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/9/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020 |
| Meals - Overtime | 6/9/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 000040, 00043 |
| Meals - Overtime | 6/9/2023 | Russell M. Green | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00043 |
| Meals - Overtime | 6/12/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/12/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/12/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/12/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/12/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/13/2023 | Frederic Wünsche | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 6/13/2023 | Victoria G. Shahnazary | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00036 |
| Meals - Overtime | 6/13/2023 | Emma C. Downing | 1.0 | $19.82 | $19.82 | Meals - Overtime; Project Code(s): 00010, 00013, 00033, 00043 |
| Meals - Overtime | 6/13/2023 | Jacob M. Croke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 6/13/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 6/13/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00014 |
| Meals - Overtime | 6/13/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025, 00040, 00043 |
| Meals - Overtime | 6/13/2023 | Matteo Berti | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 6/14/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00017, 00019, 00020, 00023, 00025, 00035, 00041 |
| Meals - Overtime | 6/14/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/14/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/14/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00044 |
| Meals - Overtime | 6/14/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022 |
| Meals - Overtime | 6/14/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/14/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 6/14/2023 | Harrison Schlossberg | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019 |
| Meals - Overtime | 6/15/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/15/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/15/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 6/15/2023 | Georgina M. Kilborn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/16/2023 | KJ Lim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 6/16/2023 | Maxwell E. Schwartz | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/20/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/20/2023 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 6/20/2023 | Marc-André O. Cyr | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00043 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/20/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00040, 00043 |
| Meals - Overtime | 6/20/2023 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 6/20/2023 | Georgina M. Kilborn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/21/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/21/2023 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 6/21/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/21/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 6/21/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00043 |
| Meals - Overtime | 6/21/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/21/2023 | KJ Lim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 6/21/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 6/22/2023 | KJ Lim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 6/22/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00044 |
| Meals - Overtime | 6/22/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00040, 00043 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/22/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00035 |
| Meals - Overtime | 6/22/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00027, 00033 |
| Meals - Overtime | 6/22/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/22/2023 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/22/2023 | Georgina M. Kilborn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/23/2023 | Neil A. Dokurno | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 6/23/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 6/26/2023 | Jacob M. Croke | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00029 |
| Meals - Overtime | 6/26/2023 | Grier E. Barnes | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00034 |
| Meals - Overtime | 6/26/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/26/2023 | Marc-André O. Cyr | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00043 |
| Meals - Overtime | 6/26/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00019, 00034, 00035 |
| Meals - Overtime | 6/26/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/26/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 6/26/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00035 |
| Meals - Overtime | 6/26/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/26/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/27/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/27/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 6/27/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00035 |
| Meals - Overtime | 6/27/2023 | Brian S. Budd | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 6/28/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013 |
| Meals - Overtime | 6/28/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/28/2023 | Marc-André O. Cyr | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029, 00043 |
| Meals - Overtime | 6/29/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/29/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 6/29/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00014, 00025, 00043 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/29/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00016, 00019, 00023, 00025, 00035 |
| Meals - Overtime | 6/29/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 6/29/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 6/29/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 6/30/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00043 |
| Meals - Overtime | 6/3/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s):00040, 00043 |
| Meals - Overtime | 6/25/2023 | Marc-André O. Cyr | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00022, 00029, 00035, 00043 |
| Meals - Overtime | 6/25/2023 | Marc-André O. Cyr | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00022, 00029, 00035, 00043 |
| **Meals – Overtime Total** | | | | | **$2,376.10** | |
| Transcripts | 6/5/2023 | Adam J. Toobin | 1.0 | $123.60 | $123.60 | Transcript (Veritext - Certified Transcript Advanced Proceeding) |
| Transcripts | 6/15/2023 | Adam J. Toobin | 1.0 | $141.60 | $141.60 | Transcript (Veritext - Certified Transcript Advanced Proceeding) |
| Transcripts | 6/30/2023 | Sophia Chen | 1.0 | $598.95 | $598.95 | Transcripts (Escribers, LLC - 99 Transcriptions) |
| **Transcripts Total** | | | | | **$864.15** | |
| **GRAND TOTAL** | | | | | **$20,948.35** | |