**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 6/1/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Document Reproduction | 6/1/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 6/1/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 6/1/2023 | 53.00 | 0.10 | 5.30 | Document Reproduction |
| Document Reproduction | 6/1/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 6/1/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 6/1/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Color Document Reproduction | 6/1/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 6/1/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 6/1/2023 | 17.00 | 0.40 | 6.80 | Color Document Reproduction |
| Color Document Reproduction | 6/1/2023 | 23.00 | 0.40 | 9.20 | Color Document Reproduction |
| Word processing | 6/2/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 6/4/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 6/5/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 6/5/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Color Document Reproduction | 6/5/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/6/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Document Reproduction | 6/6/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 6/6/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Color Document Reproduction | 6/6/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Document Reproduction | 6/7/2023 | 35.00 | 0.10 | 3.50 | Document Reproduction |
| Document Reproduction | 6/8/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/9/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Document Reproduction | 6/11/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Color Document Reproduction | 6/11/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/12/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Messenger | 6/12/2023 | 1.00 | 163.25 | 163.25 | A & A LEGAL SERVICES - Messenger - #11807-00001 / Messenger services - 6/8/23 |
| Document Reproduction | 6/12/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 6/12/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 6/12/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 6/13/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Document Reproduction | 6/13/2023 | 67.00 | 0.10 | 6.70 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/13/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 6/13/2023 | 61.00 | 0.40 | 24.40 | Color Document Reproduction |
| Color Document Reproduction | 6/13/2023 | 18.00 | 0.40 | 7.20 | Color Document Reproduction |
| Color Document Reproduction | 6/13/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/14/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 6/14/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 6/14/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Service of process | 6/14/2023 | 1.00 | 6,850.00 | 6,850.00 | Viking Advocates, LLC - Service of process-#11807-00001/Service of Process of Complaints in Germany and Luxembourg - invoice dated 6/3/2023 |
| Document Reproduction | 6/14/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 6/14/2023 | 52.00 | 0.10 | 5.20 | Document Reproduction |
| Document Reproduction | 6/14/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/14/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 6/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 6/14/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 6/14/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 6/15/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| Document Reproduction | 6/16/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/20/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 6/20/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Velobind | 6/20/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Document Reproduction | 6/20/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 6/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 6/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 6/20/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Local meals | 6/20/2023 | 1.00 | 0.00 | 0.00 | GrubHub Holdings Inc. - Local meals - Pauline Migliozzi #11807-00001 - Sophie Hill - Beverages for FTX Team Meeting - 05/16/2023 |
| Lexis Courtlink - Off Contract | 6/21/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Document Reproduction | 6/21/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/21/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| Color Document Reproduction | 6/21/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/22/2023 | 1.00 | 5.40 | 5.40 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 6/22/2023 | 1.00 | 5.40 | 5.40 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 6/22/2023 | 1.00 | 5.40 | 5.40 | COURTLINK ONLINE DOC VIEW |
| Document Reproduction | 6/22/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 6/22/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Lexis Courtlink - Off Contract | 6/23/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Air travel-Agency fees | 6/23/2023 | 1.00 | 50.00 | 50.00 | AMERICAN EXPRESS - Date: 2023-06-23 Passenger: SCHECK/MATTHEW Tkt #: 0851581285- |
| Document Reproduction | 6/23/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 6/23/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 6/24/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Color Document Reproduction | 6/24/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Document Services | 6/25/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0215492 |
| Document Services | 6/25/2023 | 2.00 | 5.00 | 10.00 | Document services - DRILLING/C. KIM/0215492 |
| Document Services | 6/25/2023 | 9.00 | 0.37 | 3.34 | Document services - TABS/C. KIM/0215492 |
| Messenger | 6/25/2023 | 1.00 | 100.00 | 100.00 | Messenger - MESSENGER SERVICE/C. KIM/0215492 |
| Color Document Reproduction | 6/25/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 6/25/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 6/25/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Color Document Reproduction | 6/25/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Services | 6/25/2023 | 1.00 | 0.75 | 0.75 | Document services - COLOR PRINTS/C. KIM/0215492 |
| Document Services | 6/25/2023 | 541.00 | 0.07 | 37.22 | Document services - PRINTS/C. KIM/0215492 |
| Document Services | 6/25/2023 | 1.00 | 13.67 | 13.67 | Document Services - TAX/C. KIM/0215492 |
| Lexis Courtlink - Off Contract | 6/26/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Hotel | 6/26/2023 | 1.00 | 397.55 | 397.55 | Matthew Scheck - Lodging - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/26/23 |
| Parking | 6/26/2023 | 1.00 | 12.00 | 12.00 | McKenzie Anderson - Parking - McKenzie Anderson - Airport Parking 06/26/23 |
| Out-of-Town Travel | 6/26/2023 | 1.00 | 62.70 | 62.70 | Matthew Scheck - Taxi - Matthew R. Scheck - New York Airport/Hotel Meeting in New York regarding Bahamas Litigation. 06/26/23 |
| Out-of-Town Travel | 6/26/2023 | 1.00 | 45.15 | 45.15 | Matthew Scheck - Taxi - Matthew R. Scheck - Home/Austin Airport Meeting in New York regarding Bahamas Litigation. 06/26/23 |
| Air travel | 6/26/2023 | 1.00 | 393.90 | 393.90 | AMERICAN EXPRESS - Date: 2023-06-26 Itinerary: Austin/New York City Passenger: SCHECK/MATTHEW Tkt #: 7976579749- |
| Air travel | 6/26/2023 | 1.00 | 543.90 | 543.90 | Matthew Scheck - Airfare - Matthew R. Scheck - New York/Austin Meeting in New York re Bahamas Litigation 06/26/23 |
| Document Services | 6/26/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/C. KIM/0215486 |
| Document Services | 6/26/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0215486 |
| Document Reproduction | 6/26/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 53.00 | 0.10 | 5.30 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| Document Reproduction | 6/26/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Color Document Reproduction | 6/26/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Document Services | 6/26/2023 | 3.00 | 0.75 | 2.25 | Document services - COLOR PRINTS/C. KIM/0215486 |
| Document Services | 6/26/2023 | 32.00 | 0.07 | 2.20 | Document services - PRINTS/C. KIM/0215486 |
| Document Services | 6/26/2023 | 1.00 | 1.03 | 1.03 | Document Services - TAX/C. KIM/0215486 |
| Meals during travel | 6/27/2023 | 1.00 | 24.69 | 24.69 | Matthew Scheck - Dinner - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/27/23 Matthew R. Scheck |
| Meals during travel | 6/27/2023 | 1.00 | 40.80 | 40.80 | Matthew Scheck - Meals Other - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/27/23 Matthew R. Scheck |
| Meals during travel | 6/27/2023 | 1.00 | 26.95 | 26.95 | Matthew Scheck - Breakfast - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/27/23 Matthew R. Scheck |
| Meals during travel | 6/27/2023 | 1.00 | 20.48 | 20.48 | McKenzie Anderson - Breakfast - McKenzie Anderson - Breakfast at airport 06/27/23 McKenzie Anderson |
| Lexis Courtlink - Off Contract | 6/27/2023 | 1.00 | 0.97 | 0.97 | COURTLINK ALERT |
| Hotel | 6/27/2023 | 1.00 | 463.65 | 463.65 | Matthew Scheck - Lodging - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/27/23 |
| Velobind | 6/27/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Out-of-Town Travel | 6/27/2023 | 1.00 | 79.51 | 79.51 | McKenzie Anderson - Taxi - McKenzie Anderson - Terminal B, Flushing, NY 11371, US/125 Broad St, New York, NY 10004, US Uber from Airport to Hotel 06/27/23 |
| Out-of-Town Travel | 6/27/2023 | 1.00 | 37.56 | 37.56 | Matthew Scheck - Taxi - Matthew R. Scheck - Co-Counsel's Office/Quinn New York Office Meeting in New York regarding Bahamas Litigation. 06/27/23 |
| Out-of-Town Travel | 6/27/2023 | 1.00 | 28.07 | 28.07 | Matthew Scheck - Taxi - Matthew R. Scheck - Quinn New York Office/Co-Counsel's Office Meeting in New York regarding Bahamas Litigation. 06/27/23 |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Out-of-Town Travel | 6/27/2023 | 1.00 | 79.51 | 79.51 | McKenzie Anderson - Taxi - McKenzie Anderson - Terminal B, Flushing, NY 11371, US/125 Broad St, New York, NY 10004, US Uber from Airport to Hotel 06/27/23 |
| Air travel | 6/27/2023 | 1.00 | 358.90 | 358.90 | AMERICAN EXPRESS - Date: 2023-06-27 Itinerary: Newark/Austin Passenger: SCHECK/MATTHEW Tkt #: 7976579750- |
| Air travel | 6/27/2023 | 1.00 | 37.00 | 37.00 | AMERICAN EXPRESS - Date: 2023-06-27 Itinerary: Newark/Austin Passenger: SCHECK/MATTHEW |
| Document Reproduction | 6/27/2023 | 45.00 | 0.10 | 4.50 | Document Reproduction |
| Document Reproduction | 6/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 6/27/2023 | 91.00 | 0.10 | 9.10 | Document Reproduction |
| Color Document Reproduction | 6/27/2023 | 62.00 | 0.40 | 24.80 | Color Document Reproduction |
| Color Document Reproduction | 6/27/2023 | 13.00 | 0.40 | 5.20 | Color Document Reproduction |
| Meals during travel | 6/28/2023 | 1.00 | 12.47 | 12.47 | Matthew Scheck - Breakfast - Matthew R. Scheck - Meeting in New York regarding Bahamas Litigation. 06/28/23 Matthew R. Scheck |
| Meals during travel | 6/28/2023 | 1.00 | 7.61 | 7.61 | McKenzie Anderson - Meals Other - McKenzie Anderson - Airplane Snack 06/28/23 McKenzie Anderson |
| Meals during travel | 6/28/2023 | 1.00 | 32.45 | 32.45 | McKenzie Anderson - Lunch - McKenzie Anderson - Meal while traveling from NYC to OKC 06/28/23 McKenzie Anderson |
| Hotel | 6/28/2023 | 1.00 | 347.76 | 347.76 | McKenzie Anderson - Lodging - McKenzie Anderson - Hotel Stay 06/28/23 |
| Parking | 6/28/2023 | 1.00 | 24.00 | 24.00 | McKenzie Anderson - Parking - McKenzie Anderson - Airport Parking 06/28/23 |
| Out-of-Town Travel | 6/28/2023 | 1.00 | 93.25 | 93.25 | Matthew Scheck - Taxi - Matthew R. Scheck - Austin Airport/Home Meeting in New York regarding Bahamas Litigation. 06/28/23 |
| Out-of-Town Travel | 6/28/2023 | 1.00 | 85.32 | 85.32 | Matthew Scheck - Taxi - Matthew R. Scheck - Hotel/New York Airport Meeting in New York regarding Bahamas Litigation. 06/28/23 |

| Description | Date | Qty | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Out-of-Town Travel | 6/28/2023 | 1.00 | 83.95 | 83.95 | McKenzie Anderson - Taxi - McKenzie Anderson - 378 Park Ave S, New York City, NY 10010, US/Terminal C, LaGuardia Airport (LGA), Queens, NY 11371, US Uber from Office to Airport 06/28/23 |
| Document Reproduction | 6/28/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 6/28/2023 | 59.00 | 0.10 | 5.90 | Document Reproduction |
| Color Document Reproduction | 6/28/2023 | 12.00 | 0.40 | 4.80 | Color Document Reproduction |
| Color Document Reproduction | 6/28/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 6/28/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| Color Document Reproduction | 6/28/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 6/29/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Online Research - Off Contract | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Word processing | 6/30/2023 | 0.80 | 0.00 | 0.00 | Word processing |
| Velobind | 6/30/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Online Research | 6/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |

| Type | Quantity | Amount |
|---|---:|---:|
| Air travel | 5 | 1,383.70 |
| Color Document Reproduction | 299 | 119.60 |
| Document Reproduction | 1,212 | 121.20 |
| Document Services | 593 | 79.70 |
| Hotel | 3 | 1,208.96 |
| Lexis Courtlink - Off Contract | 17 | 29.78 |
| Local meals | 1 | 0.00 |
| Meals during travel | 7 | 165.45 |
| Messenger | 1 | 163.25 |
| Messenger | 1 | 100.00 |
| Online Research | 6 | 0.00 |
| Out-of-Town Travel | 9 | 595.02 |
| Parking | 2 | 36.00 |
| Service of process | 1 | 6,850.00 |
| Velobind | 3 | 6.00 |
| Word processing | 1 | 0.00 |
| TOTAL | 2,161 | 10,858.66 |