## Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report**
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 06/01/2023 | 0.100 | 98.00 | 9.80 | Inhouse Copying |
| 1368.002 | 06/06/2023 | 0.100 | 28.00 | 2.80 | Inhouse Copying |
| 1368.002 | 06/07/2023 | 0.100 | 4,736.00 | 473.60 | Inhouse Copying |
| 1368.002 | 06/08/2023 | 0.100 | 906.00 | 90.60 | Inhouse Copying |
| 1368.002 | 06/16/2023 | 0.100 | 53.00 | 5.30 | Inhouse Copying |
| 1368.002 | 06/20/2023 | 0.100 | 30.00 | 3.00 | Inhouse Copying |
| 1368.002 | 06/21/2023 | 0.100 | 12.00 | 1.20 | Inhouse Copying |
| 1368.002 | 06/23/2023 | 0.100 | 139.00 | 13.90 | Inhouse Copying |
| 1368.002 | 06/28/2023 | 0.100 | 358.00 | 35.80 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 636.00 | Inhouse Copying |
| | | | | | |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 06/06/2023 | | | 1,199.15 | Outside printing Parcels, Inc. - Invoice 1026459 |
| 1368.002 | 06/06/2023 | | | 1,454.25 | Outside printing Parcels, Inc. - Invoice 1026475 |
| 1368.002 | 06/07/2023 | | | 72.20 | Outside printing Parcels, Inc. - Invoice 1027015 |
| 1368.002 | 06/07/2023 | | | 1,039.30 | Outside printing Parcels, Inc. - Invoice 1026993 |
| 1368.002 | 06/07/2023 | | | 689.70 | Outside printing Parcels, Inc. - Invoice 1026365 |
| 1368.002 | 06/08/2023 | | | 174.65 | Outside printing Parcels, Inc. - Invoice 1027098 |
| 1368.002 | 06/14/2023 | | | 98.11 | Outside printing Parcels, Inc. - Invoice 1027567 |
| 1368.002 | 06/27/2023 | | | 353.55 | Outside printing Parcels, Inc. - Invoice 1029382 |
| **Total for Activity ID E102** | | | Billable | 5,080.91 | Outside printing |
| | | | | | |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 06/30/2023 | | | 945.56 | Online research Relx Inc. DBA LexisNexis - Invoice 3094539503 |
| **Total for Activity ID E106** | | | Billable | 945.56 | Online research |
| | | | | | |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 06/08/2023 | | | 30.00 | Delivery services/messengers DLS Discovery - Invoice 177462 |
| 1368.002 | 06/08/2023 | | | 169.00 | Delivery services/messengers Parcels, Inc. - Invoice 1026687 |
| 1368.002 | 06/08/2023 | | | 95.00 | Delivery services/messengers Parcels, Inc. - Invoice 1026676 |
| 1368.002 | 06/15/2023 | | | 15.00 | Delivery services/messengers Parcels, Inc. - Invoice 1027870 |
| **Total for Activity ID E107** | | | Billable | 309.00 | Delivery services/messengers |
| | | | | | |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 06/06/2023 | | | 98.24 | Meals Manhattan Bagel - Breakfast for J. Ray, A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/06/2023 | | | 91.08 | Meals Cavanaugh's Restaurant - Lunch for J. Ray, A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/07/2023 | | | 302.00 | Meals Tonic Bar & Grill - Dinner for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/07/2023 | | | 151.97 | Meals Manhattan Bagel - Breakfast for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/07/2023 | | | 276.86 | Meals Cavanaugh's Restaurant - Lunch for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/08/2023 | | | 74.50 | Meals Bardea Pizza - Partial Lunch for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4), UCC (5) |
| 1368.002 | 06/08/2023 | | | 137.00 | Meals Toscana Catering - Partial Lunch for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4), UCC (5) |
| 1368.002 | 06/08/2023 | | | 145.36 | Meals Bardea Pizza - Dinner J. Ray, S&C (5), LRC (4) |
| 1368.002 | 06/08/2023 | | | 199.48 | Meals Manhattan Bagel - Breakfast for J. Ray, PWP (1), A&M (3), S&C (5), LRC (4) |
| 1368.002 | 06/09/2023 | | | 31.51 | Meals Panera Bread - Breakfast for J. Ray, S&C (1), LRC (4) |
| 1368.002 | 06/09/2023 | | | 180.00 | Meals The Quoin - Dinner for J. Ray, S&C (2), LRC (2) |
| 1368.002 | 06/09/2023 | | | 110.00 | Meals Bardea Pizza - Lunch for J. Ray, S&C(1), LRC (3) |
| 1368.002 | 06/28/2023 | | | 115.98 | Meals Manhattan Bagel - Breakfast for S&C (2), LRC (4) |
| 1368.002 | 06/28/2023 | | | 127.65 | Meals Toscana Catering - Lunch for S&C (2), LRC (4) |
| **Total for Activity ID E111** | | | Billable | 2,041.63 | Meals |
| | | | | | |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 06/07/2023 | 0.800 | 167.00 | 133.60 | Inhouse Color Copies |
| 1368.002 | 06/08/2023 | 0.800 | 36.00 | 28.80 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 162.40 | Inhouse Color Copies |
| | | | | | |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 06/09/2023 | | | 188.00 | Filing Fee Clerk, US Bankruptcy Court - Sale Motion |

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 06/22/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV |
| 1368.002 | 06/22/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - adversary complaint |
| 1368.002 | 06/27/2023 | | | 704.00 | Filing Fee Clerk, US Bankruptcy Court - amended schedules and attachments |
| 1368.002 | 06/27/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - adversary complaint |
| 1368.002 | 06/29/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV for J. Young |
| **Total for Activity ID E214** | | | Billable | 1,642.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 06/07/2023 | | | 587.25 | Hearing Transcripts Reliable Wilmington - Invoice WL111081 |
| 1368.002 | 06/08/2023 | | | 1,254.25 | Hearing Transcripts Reliable Wilmington - Invoice WL111124 |
| 1368.002 | 06/09/2023 | | | 1,268.75 | Hearing Transcripts Reliable Wilmington - Invoice WL111124 |
| **Total for Activity ID E218** | | | Billable | 3,110.25 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 06/14/2023 | | | 3,750.00 | Service Fees - Viking Advocates: service on certain foreign defendants. |
| **Total for Activity ID E219** | | | Billable | 3,750.00 | Service Fees |

**GRAND TOTALS**

Billable  17,677.75