**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref No. __** |

### ORDER (A) AUTHORIZING THE DEBTORS TO ENTER INTO STIPULATION WITH THE UNIVERSITY OF TORONTO, (B) APPROVING THE STIPULATION, AND (C) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to enter into the Stipulation, which is attached hereto as Exhibit 1, (b) approving the Stipulation, and (c) granting certain related relief; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or

further notice is necessary; and objections (if any) to the Motion having been withdrawn,

resolved or overruled on the merits; and this Court having found and determined that the relief

set forth in this Order is in the best interests of the Debtors and their estates; and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized to enter into the Stipulation.

3.      The terms of the Stipulation are approved in their entirety.

4.      The failure to specifically include or reference any particular term or

provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such

term or provision.

5.      The Debtors are authorized and empowered to execute and deliver such

documents, and to take and perform all actions necessary to implement and effectuate the relief

granted in this Order.

6.      The requirements set forth in Bankruptcy Rule 6004(a) are waived.

7.      This Order is immediately effective and enforceable, notwithstanding the

possible applicability of Bankruptcy Rule 6004(h) or otherwise.

8.      This Court shall retain jurisdiction with respect to any matters, claims,

rights or disputes arising from or related to the Motion or the implementation of this Order.


Dated: _____

        Wilmington, Delaware                  The Honorable John T. Dorsey
                                              United States Bankruptcy Judge

## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**JOINT STIPULATION**
**BETWEEN THE FTX DEBTORS**
**AND THE GOVERNING COUNCIL FOR THE UNIVERSITY OF TORONTO**

This *Stipulation* ("Stipulation") is being entered into between (i) the above-captioned debtors and debtors in possession (collectively, the "FTX Debtors") and (ii) The Governing Council for the University of Toronto (the "University of Toronto"). The FTX Debtors and the University of Toronto are each a "Party" and collectively, the "Parties."

**WHEREAS**, on June 29, 2022, the FTX Foundation Inc. transferred $492,119.00 (the "Grant") to the University of Toronto pursuant to a grant agreement between FTX Foundation Inc. and the University of Toronto last dated July 19, 2022 (the "Grant Agreement");

**WHEREAS**, the Parties agree that the Grant constituted funds of the FTX Debtors;

**WHEREAS**, on November 11, 2022 and November 14, 2022 (the "Petition Dates")[2] each FTX Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     The petition date applicable to the FTX Debtors is November 11, 2022 except for West Realm Shires, Inc.

Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**WHEREAS**, as of the Petition Date, the University of Toronto retains possession of the Grant;

**WHEREAS**, the University of Toronto wishes to return the Grant to the FTX Debtors, and the FTX Debtors and the University of Toronto have engaged in arm's length negotiations concerning the return of the Grant.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties, and the Bankruptcy Court adopts such joint stipulation and **ORDERS** as follows:

1.    **Return of Grant**.  The University of Toronto will pay to the FTX Debtors the sum of $492,119.00 constituting the Grant (the "Settlement Amount") within thirty (30) days after the later of (i) the entry of an order of the Bankruptcy Court approving this Stipulation and (ii) the University of Toronto's receipt of payment instructions and such additional information as is necessary for the University of Toronto to properly disburse, record and account for the payment, all to be provided by the FTX Debtors.

2.    **Release of Claims**.  Upon receipt by the FTX Debtors of the Settlement Amount, each of the Parties unconditionally and irrevocably releases, acquits and forever discharges the other Parties and their officers, members, directors, employees, agents, attorneys and stockholders from any and all claims, counterclaims, demands, liabilities, suits, debts, costs, expenses, and causes of action, at law or in equity, including, but not limited to, claims for interest, compensatory, exemplary, statutory, punitive or restitutionary damages, and expert or attorneys' fees and costs, arising out of the Grant or the return thereof in the form of the Settlement Amount.

3. **Cancellation of Grant Agreement.** The Parties agree that the Grant Agreement shall be null and void.

4. **Reservation of Rights.** Except as otherwise set forth in this Stipulation, each Party reserves any and all rights, claims, and defenses against any other Party.

5. **No Admission of Wrongdoing.** This Stipulation does not constitute an admission by any of the Parties of any wrongful action or violation of any federal, state, or commonwealth statutory or common law rights, or any other possible or claimed violation of law or rights. The Stipulation shall not be construed as an admission of liability.

6. **Good Faith and Understanding.** The Parties expressly represent and warrant that this Stipulation is given in good faith and acknowledge that execution of this Stipulation is not the product or result of any duress, economic or otherwise. The Parties represent and warrant that they have read and understand the terms of this Stipulation. The Parties further represent and warrant that each individual signing the Stipulation on behalf of such Party is fully authorized to sign on behalf of said Party.

7. **Cooperation.** Each Party shall cooperate with each other Party and take such actions as are reasonably necessary to obtain approval of this Stipulation by the Bankruptcy Court and entry of approval orders, and to effectuate their terms.

8. **Effectiveness.** This Stipulation shall become effective upon entry of an order of the Bankruptcy Court "so ordering" it. The Parties irrevocably consent to the jurisdiction of the Bankruptcy Court with respect to any action to enforce the terms and provisions of this Stipulation and expressly waive any right to commence any such action in any other forum.

**AGREED BY**:

August 1 , 2023

LANDIS RATH & COBB LLP
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450
Email:        landis@lrclaw.com
              mcguire@lrclaw.com
              brown@lrclaw.com
              pierce@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
Email:        dietdericha@sullcrom.com
              bromleyj@sullcrom.com
              glueckseinb@sullcrom.com
              dunnec@sullcrom.com
              crokej@sullcrom.com
              kranzleya@sullcrom.com

Drew Gyorke
Director, Agency & Foundation Funding
Research Services Office
12 Queen's Park Cres W, 3rd Floor
Toronto, ON M5S 1S8

Email: drew.gyorke@utoronto.ca


*On behalf of The University of Toronto*