## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 25, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Committee Email Service List attached hereto as **Exhibit A**, and via overnight mail on the Office of the United States Trustee, Attn: Juliet M Sarkessian, at an address that has been redacted in the interest of privacy:

- Notice of Filing of Fifth Amended OCP List [Docket No. 1905] (the ***"Notice of Filing"***)

- Declaration in Support of Employment of Ladas & Parry LLP as Professional Utilized in the Ordinary Course of Business [Docket No. 1906] (the ***"Declaration of Ladas Parry LLP"***)

On July 25, 2023, at my direction and under my supervision, employees of Kroll caused the Notice of Filing and the Declaration of Ladas Parry LLP to be served via email on the Office of the United States Trustee, Attn: Juliet M. Sarkessian, Benjamin A. Hackman, David Gerardi, juliet.m.sarkessian@usdoj.gov, benjamin.a.hackman@usdoj.gov, and david.gerardi@usdoj.gov.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 4, 2023

/s/ Amy Castillo
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 4, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 71602

**<u>Exhibit A</u>**

Exhibit A

Committee Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |