**<u>EXHIBIT A</u>**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
<u>for the Period from July 1, 2023 through July 31, 2023</u>**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes**
**services performed by Owl Hill on behalf of the Debtors**
**<u>for the period from July 1, 2023 through July 31, 2023</u>**

## <u>Summary of Services Provided</u>

1.    John J. Ray III is the only professional staffed by Owl Hill on the engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a)    <u>Implementation of Controls</u>:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b)    <u>Asset Protection & Recovery</u>:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c)    <u>Transparency and Investigation</u>:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d)    <u>Efficiency and Coordination</u>:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e)    <u>Maximization of Value</u>:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.    During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives.  This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases.  Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors.  Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases.  Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions.  In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services.  In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the early development of restructuring strategies.  During the Reporting Period, Mr. Ray was directly involved in the sale processes and negotiations with respect to the Debtor's businesses, including the Debtors' settlement with IEX. Additionally, Mr. Ray was directly involved in the formation of the Plan Term sheet and draft plan filed July 31, 2023.  Additionally, Mr. Ray was directly involved with the review and management of the Debtors' coin and token holdings.

**Summary of Compensation and Expenses**

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2023 – July 31, 2023 | $285,220.00 | $45.58 | $285,265.58 |

**Summary of Expense by Category**

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $45.58 |
| **Total Amount for Period:** | $45.58 |

**Summary of Time and Fees by Professional**

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 219.4 | $285,220.00 |
| **50% adjustment for non-working travel:** | | | 0.0 | (0.00) |
| **Total Amount for Period:** | | | | $285,220.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/1/23 | Review of additional follow up memo from S&C (D Hariton) re tax matters | John J. Ray III | 0.8 | $1,040.00 |
| 7/2/23 | Review crypto management procedures and valuation methods | John J. Ray III | 1.8 | $2,340.00 |
| 7/3/23 | Review and comment on venture matter sale agreement | John J. Ray III | 1.3 | $1,690.00 |
| 7/3/23 | Review Debtor emergent MOR | John J. Ray III | 0.3 | $390.00 |
| 7/3/23 | Draft memo regarding next steps and reporting cadence for internal investigation | John J. Ray III | 0.8 | $1,040.00 |
| 7/3/23 | Review and approve data requests | John J. Ray III | 0.1 | $130.00 |
| 7/3/23 | Review response by UCC to crypto management and communicate with counsel and Board regarding same | John J. Ray III | 0.8 | $1,040.00 |
| 7/4/23 | Communicate with A&M (H Chambers) related to request for account openings and restart of Japan | John J. Ray III | 0.3 | $390.00 |
| 7/4/23 | Review crypto management structures for planned meeting with vendor and UCC | John J. Ray III | 0.5 | $650.00 |
| 7/4/23 | Review of professional fees | John J. Ray III | 0.8 | $1,040.00 |
| 7/4/23 | Review memorandum from S&C (D Hariton) regarding tax matters and provide comments | John J. Ray III | 2.0 | $2,600.00 |
| 7/5/23 | Review tax matters update from S&C (D Hariton) (0.8), and review memo to the Board from S&C (D Hariton) and provide comments (1.3) | John J. Ray III | 2.1 | $2,730.00 |
| 7/5/23 | Provide comments to KEIP letter for Japan KK | John J. Ray III | 0.5 | $650.00 |
| 7/5/23 | Steering committee call with S&C (J Bromley and others), A&M (E Mosley and others), QE (S Rand), and PWP (B Mendelsohn and others) related to management of ongoing work streams | John J. Ray III | 1.0 | $1,300.00 |
| 7/5/23 | Call with S&C (J Bromley, A Dietderich, B Glueckstein and others) related to plan term sheet matters | John J. Ray III | 1.0 | $1,300.00 |

-4-

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/5/23 | Review EU materials for administration of case and related documents from S&C (E Simpson) | John J. Ray III | 0.8 | $1,040.00 |
| 7/5/23 | Review Genesis avoidance action materials from S&C (A Dietderich) | John J. Ray III | 0.3 | $390.00 |
| 7/5/23 | Call with A&M (K Ramanathan and others) and Board member related to crypto holdings, and management thereof | John J. Ray III | 1.0 | $1,300.00 |
| 7/5/23 | Review plan term sheet and provide comments | John J. Ray III | 1.8 | $2,340.00 |
| 7/5/23 | Call with S&C (A Dietderich) and Alix Partners (J LaBella and others)) related to rebuilding of historical financials | John J. Ray III | 1.0 | $1,300.00 |
| 7/5/23 | Review Embed winddown update from A&M (R Hershan) | John J. Ray III | 0.3 | $390.00 |
| 7/5/23 | Review and approve de minimis venture sale materials from S&C (J Macdonald) | John J. Ray III | 0.5 | $650.00 |
| 7/5/23 | Review materials from PWP (K Cofsky) related to ventures proposals | John J. Ray III | 0.8 | $1,040.00 |
| 7/6/23 | Call with PWP (K Cofsky and others), S&C (A Dietderich and others), UCC professionals, PH (G Sasson and others), Jeffries (M O'Hara and others), and FTI (B Bromberg and others) related to status of 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 7/6/23 | Call with A&M (K Ramanathan) and outside vendor related to crypto management | John J. Ray III | 1.8 | $2,340.00 |
| 7/6/23 | Call with A&M (R Hershan) related to Embed winddown | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Call with QE (S Rand) and S&C (B Glueckstein) to interview potential expert | John J. Ray III | 0.5 | $650.00 |
| 7/6/23 | Review materials related to crypto management from A&M (K Ramanathan) | John J. Ray III | 1.8 | $2,340.00 |
| 7/6/23 | Call with Board member related to proposed crypto management initiatives | John J. Ray III | 1.0 | $1,300.00 |
| 7/6/23 | Review closing matters related to LedgerX | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/6/23 | Review professional fees for approval | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Review readiness of portal for claims and recommendations | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Review MOR status for catch up of MORs | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Finalize comments for KEIP award letter for Japan KK | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Review and make further revision to plan term sheet | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Review EU administration update from A&M (D Johnston) | John J. Ray III | 0.5 | $650.00 |
| 7/6/23 | Review status of Genesis avoidance action provided by S&C (A Dietderich) | John J. Ray III | 0.3 | $390.00 |
| 7/6/23 | Prepare Board materials for July 11 Board meeting | John J. Ray III | 2.5 | $3,250.00 |
| 7/7/23 | Review of communication from foreign liquidator related to status of liquidation | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Review update from S&C (E Simpson) related to EU status | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Provide comments and updates to Board agenda materials | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Call with S&C (A Dietderich and J Bromley) related to plan term sheet matters. | John J. Ray III | 0.5 | $650.00 |
| 7/7/23 | Review of dissolution recommendations related to entities outside the US and execute documents re same S&C (A Courroy) | John J. Ray III | 0.8 | $1,040.00 |
| 7/7/23 | Call with UCC professionals, PH (E Gilad and others), FTI (S Simms and others) related to crypto management | John J. Ray III | 1.0 | $1,300.00 |
| 7/7/23 | Debrief call with A&M (K Ramanathan) related to crypto management | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Further call with A&M (K Ramanathan) related to vendors proposals for crypto management | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/7/23 | Review and comment on customer communication materials for bar date motion | John J. Ray III | 1.0 | $1,300.00 |
| 7/7/23 | Review of LedgerX post-closing adjustment | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Review data requests from bidders on 2.0 | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Review draft complaint prepared by S&C (S Ehrenberg) | John J. Ray III | 2.0 | $2,600.00 |
| 7/7/23 | Review materials related to plan term sheet support | John J. Ray III | 0.3 | $390.00 |
| 7/7/23 | Communicate with representatives for potential mediators to check on availability | John J. Ray III | 0.8 | $1,040.00 |
| 7/7/23 | Review further revisions to customer bar date materials and communications | John J. Ray III | 0.5 | $650.00 |
| 7/8/23 | Communicate with QE (M Scheck) related to further discovery requests | John J. Ray III | 0.5 | $650.00 |
| 7/8/23 | Review of bar date notice and provide comments | John J. Ray III | 0.3 | $390.00 |
| 7/8/23 | Review of plan term sheet by ad hocs and other materials for the Board meeting | John J. Ray III | 0.3 | $390.00 |
| 7/9/23 | Review of updated Board materials | John J. Ray III | 0.5 | $650.00 |
| 7/10/23 | Call with crypto vendor related to crypto management | John J. Ray III | 0.3 | $390.00 |
| 7/10/23 | Review of preference materials prepared by A&M (S Coverick and others) | John J. Ray III | 0.3 | $390.00 |
| 7/10/23 | Weekly investigations call with S&C (S Wheeler and others) and QE (S Rand) | John J. Ray III | 0.8 | $1,040.00 |
| 7/10/23 | Call with CFO (M Cilia) re professional fee oversight | John J. Ray III | 0.3 | $390.00 |
| 7/10/23 | Review of fee adjustments and professional fees | John J. Ray III | 0.5 | $650.00 |
| 7/10/23 | Communications with QE (B Burck) and PH (K Pasquale) related to third report contents | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/10/23 | Review updated materials for claims communications | John J. Ray III | 0.5 | $650.00 |
| 7/10/23 | Review draft complaint prepared by S&C (S Ehrenberg) | John J. Ray III | 2.8 | $3,640.00 |
| 7/10/23 | Review revised and updated term sheet | John J. Ray III | 0.8 | $1,040.00 |
| 7/10/23 | Call with A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 7/10/23 | Review materials related to de minimis asset sale and approve same S&C (J MacDonald) | John J. Ray III | 0.3 | $390.00 |
| 7/10/23 | Review mark up of settlement agreement | John J. Ray III | 0.8 | $1,040.00 |
| 7/10/23 | Review draft outline for third report (0.5) and communicate with B Burck (QE) re same (1.0) | John J. Ray III | 1.5 | $1,950.00 |
| 7/10/23 | Call with S&C (J Macdonald and A Cohen) regarding draft settlement agreement | John J. Ray III | 0.5 | $650.00 |
| 7/11/23 | Review memo from S&C (A Dietderich) related to plan matters | John J. Ray III | 2.0 | $2,600.00 |
| 7/11/23 | Review tax memo from S&C (D Hariton) related to tax matters | John J. Ray III | 0.8 | $1,040.00 |
| 7/11/23 | Attend Steering committee meeting with S&C (B Glueckstein and others), PWP (K Cofsky and others), and A&M (E Mosley and others) | John J. Ray III | 1.5 | $1,950.00 |
| 7/11/23 | Prepare for weekly Board meeting | John J. Ray III | 0.5 | $650.00 |
| 7/11/23 | Attend weekly Board meeting with directors and S&C (J Bromley and others) | John J. Ray III | 2.3 | $2,990.00 |
| 7/11/23 | Review of bidder NDA questions and provide comments | John J. Ray III | 0.1 | $130.00 |
| 7/11/23 | Review updates related to claims portal | John J. Ray III | 0.8 | $1,040.00 |
| 7/11/23 | Call with FTI (S Simms) related to status of crypto management | John J. Ray III | 0.1 | $130.00 |
| 7/11/23 | Review comments and add comments related to memo to Board re plan matters | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/11/23 | Review revised draft of settlement agreement with a venture entity | John J. Ray III | 0.8 | $1,040.00 |
| 7/12/23 | Communicate with QE (S Rand) related to discovery matters | John J. Ray III | 0.8 | $1,040.00 |
| 7/12/23 | Review of plan term sheets | John J. Ray III | 1.3 | $1,690.00 |
| 7/12/23 | Review of professional fees and work allocation, and prepare for meetings to review same | John J. Ray III | 2.5 | $3,250.00 |
| 7/12/23 | Call with S&C (A Cohen and others) related to venture investment sale | John J. Ray III | 0.3 | $390.00 |
| 7/12/23 | Call with S&C (D Hariton) re tax matters | John J. Ray III | 0.3 | $390.00 |
| 7/12/23 | Call with PH (K Pasquale) related to venture settlement | John J. Ray III | 0.5 | $650.00 |
| 7/12/23 | Review materials prepared by S&C for the Board | John J. Ray III | 0.5 | $650.00 |
| 7/12/23 | Review issues and resolution related to claims portal | John J. Ray III | 1.3 | $1,690.00 |
| 7/12/23 | Review and prepare monthly compensation report | John J. Ray III | 1.0 | $1,300.00 |
| 7/12/23 | Review status report related to 2.0 restart | John J. Ray III | 0.5 | $650.00 |
| 7/13/23 | Review of crypto holdings by entity for purposes of financials and other support | John J. Ray III | 0.8 | $1,040.00 |
| 7/13/23 | Review status of portal updates and communications | John J. Ray III | 1.3 | $1,690.00 |
| 7/13/23 | Call with PH (K Pasquale and others), FTI (S Simms and others), Jeffries (M O'Hara and others), A&M (S Coverick and others), PWP (K Cofsky and others), and S&C (A Dietderich and others) related to 2.0 restart | John J. Ray III | 0.5 | $650.00 |
| 7/13/23 | Review updates to Europe status related to wind down and terminations | John J. Ray III | 0.8 | $1,040.00 |
| 7/13/23 | Review further edits to settlement agreement | John J. Ray III | 1.8 | $2,340.00 |
| 7/13/23 | Call with Board members and PWP (M Rahmani and others) related to ventures updates | John J. Ray III | 1.0 | $1,300.00 |
| 7/13/23 | Review of cash position in Japan | John J. Ray III | 0.1 | $130.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/13/23 | Review of investigation report related to certain ventures | John J. Ray III | 1.5 | $1,950.00 |
| 7/13/23 | Call with QE (S Rand, B Burck, M Scheck and others) related to discovery and pending litigation | John J. Ray III | 0.5 | $650.00 |
| 7/13/23 | Review draft complaint prepared by S&C (S Ehrenberg) | John J. Ray III | 1.5 | $1,950.00 |
| 7/13/23 | Call with S&C (D Hariton and others) and A&M (E Mosley and others) related to Alameda crypto holdings | John J. Ray III | 0.5 | $650.00 |
| 7/13/23 | Call with S&C (A Dietderich and others) related to avoidance action matter | John J. Ray III | 0.5 | $650.00 |
| 7/13/23 | Review of weekly payment package for professionals | John J. Ray III | 0.2 | $260.00 |
| 7/14/23 | Call with crypto vendor re terms and conditions | John J. Ray III | 0.8 | $1,040.00 |
| 7/14/23 | Review of venture sale and settlement agreement | John J. Ray III | 0.5 | $650.00 |
| 7/14/23 | Review of EU liquidation expenses and budget | John J. Ray III | 0.3 | $390.00 |
| 7/14/23 | Respond to creditor inquiries related to claims process and other matters | John J. Ray III | 1.0 | $1,300.00 |
| 7/14/23 | Review employee change of status and system changes | John J. Ray III | 0.3 | $390.00 |
| 7/14/23 | Prepare for Board meeting | John J. Ray III | 0.8 | $1,040.00 |
| 7/14/23 | Review of financial statements | John J. Ray III | 2.0 | $2,600.00 |
| 7/14/23 | Review and respond to settlement proposal | John J. Ray III | 0.3 | $390.00 |
| 7/14/23 | Review and execution of NDAs | John J. Ray III | 0.5 | $650.00 |
| 7/14/23 | Review and deliver materials to the Board related to engagement of crypto management firms | John J. Ray III | 1.8 | $2,340.00 |
| 7/15/23 | Call with S&C (S Ehrenberg and others) related to EU suit | John J. Ray III | 0.5 | $650.00 |
| 7/16/23 | Prepare recommendations and materials to Board related to crypto management | John J. Ray III | 2.5 | $3,250.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/16/23 | Call with S&C (J Bromley and others) related to ad hoc committee | John J. Ray III | 0.5 | $650.00 |
| 7/16/23 | Review agreement related to crypto management | John J. Ray III | 1.5 | $1,950.00 |
| 7/17/23 | Review venture update from PWP and recommendations related to proposed action | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review Board minutes for presentation to the Board | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Review materials provided by A&M (D Johnston) related to the FTX EU winddown | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Review staffing at Japan related to Japan exchange restart | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Review of asset manager proposals and comparisons for presentation to the Board | John J. Ray III | 1.8 | $2,340.00 |
| 7/17/23 | Review communication from S&C (E Simpson) related to the EU winddown and requests from foreign administrator | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review proposed materials from S&C (J Croke) related to litigation summaries and allocation among firms and provide comments | John J. Ray III | 0.8 | $1,040.00 |
| 7/17/23 | Call with QE (S Rand and others) related to Bahamas litigation | John J. Ray III | 1.0 | $1,300.00 |
| 7/17/23 | Review and approve distribution materials for data room access by UCC and Bidders | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review summary of bidder for clearance to enter data room | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Call with A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Call with S&C (E Simpson) and A&M (D Johnston) related to Quoine balance sheet and financial matters | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review and adjust head count summary | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Review and approve draft 2004 prepared by QE (A Alden) | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/17/23 | Review update related to Deck venture from A&M (H Trent) | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Review materials from S&C (B Glueckstein) related to Paterno settlement and provide declaration re same | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Call with FTI (S Simms and others) related to asset manager selection | John J. Ray III | 1.0 | $1,300.00 |
| 7/17/23 | Review summary provided by S&C (J Croke) related to crypto held on exchanges | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review and finalize agenda for the Board meeting on July 18 | John J. Ray III | 1.5 | $1,950.00 |
| 7/17/23 | Review questions and proceed responses to creditor inquiries related to claims and claims portal | John J. Ray III | 0.3 | $390.00 |
| 7/17/23 | Call with A&M (K Ramanathan and others) related to asset manager selection | John J. Ray III | 0.5 | $650.00 |
| 7/17/23 | Review mark up to venture settlement and sale agreement | John J. Ray III | 0.5 | $650.00 |
| 7/18/23 | Review payments related to Embed winddown | John J. Ray III | 0.5 | $650.00 |
| 7/18/23 | Review update from S&C (A Dietderich) related to avoidance action claim | John J. Ray III | 0.5 | $650.00 |
| 7/18/23 | Review questions from creditors related to claims and follow up with responses and draft Q&As for posting to Kroll site | John J. Ray III | 0.8 | $1,040.00 |
| 7/18/23 | Steering committee weekly call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 2.0 | $2,600.00 |
| 7/18/23 | Prepare for weekly Board call and presentation of agenda items | John J. Ray III | 1.0 | $1,300.00 |
| 7/18/23 | Weekly Board call with directors and S&C (A Dietderich and others) | John J. Ray III | 1.3 | $1,690.00 |
| 7/18/23 | Review revised settlement agreement and communicate with counter party re same | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/18/23 | Review of preference actions and next steps | John J. Ray III | 0.8 | $1,040.00 |
| 7/18/23 | Call with FTI (S Simms and others) related to crypto management | John J. Ray III | 1.0 | $1,300.00 |
| 7/18/23 | Review materials to be provided to Ad Hoc committee representatives | John J. Ray III | 0.5 | $650.00 |
| 7/18/23 | Call with A&M (K Ramanathan and others) related to crypto management, (0.5) and review of materials prepared to summarize next steps (0.3) | John J. Ray III | 0.8 | $1,040.00 |
| 7/18/23 | Review of draft complaint and approve same | John J. Ray III | 1.3 | $1,690.00 |
| 7/18/23 | Call with S&C (D Hariton) related to tax update | John J. Ray III | 0.3 | $390.00 |
| 7/19/23 | Review budget for S&C | John J. Ray III | 1.0 | $1,300.00 |
| 7/19/23 | Review budget for A&M | John J. Ray III | 1.3 | $1,690.00 |
| 7/19/23 | Review Alix Partners budget | John J. Ray III | 0.8 | $1,040.00 |
| 7/19/23 | Review presentation related to coin management | John J. Ray III | 1.3 | $1,690.00 |
| 7/19/23 | Final review of complaint to be filed | John J. Ray III | 1.8 | $2,340.00 |
| 7/19/23 | Review cash flow forecasts and budgets | John J. Ray III | 2.3 | $2,990.00 |
| 7/20/23 | Review communication materials for Japan | John J. Ray III | 0.5 | $650.00 |
| 7/20/23 | Review S&C budget in preparation for review call | John J. Ray III | 1.0 | $1,300.00 |
| 7/20/23 | Review matching search engine deck | John J. Ray III | 0.8 | $1,040.00 |
| 7/20/23 | Review counterproposal related to settlement agreement and formulate response | John J. Ray III | 0.5 | $650.00 |
| 7/20/23 | Call with S&C (A Kranzley and others) and CFO (M Cilia) related to budget review | John J. Ray III | 0.8 | $1,040.00 |
| 7/20/23 | Call with UCC members, PH (K Pasquale and others), FTI (S Simms and others), S&C (A Dietderich and others), A&M (E Mosley and others), and Board member related to crypto management | John J. Ray III | 1.0 | $1,300.00 |
| 7/20/23 | Review budgets for Alix Partners and A&M | John J. Ray III | 2.5 | $3,250.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/20/23 | Call with Alix Partners (M Evans and J LaBella) and CFO (M Cilia) re budget review | John J. Ray III | 0.8 | $1,040.00 |
| 7/20/23 | Call with Board member (M Rosenberg) related to crypto management and plan matters | John J. Ray III | 1.3 | $1,690.00 |
| 7/20/23 | Review of plan term sheet modifications and communicate with Board | John J. Ray III | 0.8 | $1,040.00 |
| 7/20/23 | Call with A&M (E Mosley and S Coverick) and CFO (M Cilia) related to budget and forecasts | John J. Ray III | 1.0 | $1,300.00 |
| 7/20/23 | Review and execute NDA with ad hoc committee | John J. Ray III | 0.3 | $390.00 |
| 7/21/23 | Call with S&C (J Bromley and others) related to various plan matters and case management | John J. Ray III | 1.0 | $1,300.00 |
| 7/21/23 | Review of work allocation between QE and S&C | John J. Ray III | 0.8 | $1,040.00 |
| 7/21/23 | Review tax memoranda from S&C (D Hariton) | John J. Ray III | 1.0 | $1,300.00 |
| 7/21/23 | Review venture settlement agreement and communicate with PH (K Pasquale) | John J. Ray III | 0.5 | $650.00 |
| 7/21/23 | Review avoidance action settlement procedures motion | John J. Ray III | 0.8 | $1,040.00 |
| 7/21/23 | Review payment packages for professionals | John J. Ray III | 0.5 | $650.00 |
| 7/21/23 | Review Sygnia recommendations related to Portal | John J. Ray III | 0.5 | $650.00 |
| 7/21/23 | Prepare term sheet for coin management and revise same | John J. Ray III | 2.3 | $2,990.00 |
| 7/21/23 | Review update from QE (S Rand) on open litigation matters | John J. Ray III | 0.3 | $390.00 |
| 7/23/23 | Review coin management term sheet | John J. Ray III | 0.5 | $650.00 |
| 7/23/23 | Prepare Board agenda and materials for same | John J. Ray III | 0.8 | $1,040.00 |
| 7/24/23 | Review of venture proposal | John J. Ray III | 0.5 | $650.00 |
| 7/24/23 | Call with QE (S Rand and others) related to litigation update and discussion of scheduling and process of case | John J. Ray III | 0.8 | $1,040.00 |
| 7/24/23 | Review update related to venture sale proposal | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/24/23 | Review of memo prepared by S&C on plan matters | John J. Ray III | 1.3 | $1,690.00 |
| 7/24/23 | Review request for warrant exercise relative to venture proposal | John J. Ray III | 0.3 | $390.00 |
| 7/24/23 | Call with A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 7/24/23 | Review and revise draft settlement agreement | John J. Ray III | 1.3 | $1,690.00 |
| 7/24/23 | Review and revise term sheet related to crypto management | John J. Ray III | 2.5 | $3,250.00 |
| 7/24/23 | Call with Board member related to Crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 7/24/23 | Review of preference settlement status | John J. Ray III | 0.3 | $390.00 |
| 7/24/23 | Review and provide final Board meeting materials for July 25 meeting | John J. Ray III | 0.5 | $650.00 |
| 7/24/23 | Review data room requests for UCC and 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 7/24/23 | Call with PH (K Pasquale and E Gilad) related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 7/25/23 | Review of memorandum to Board prepared by S&C (A Dietderich and others) | John J. Ray III | 1.3 | $1,690.00 |
| 7/25/23 | Call with steering committee, S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 2.0 | $2,600.00 |
| 7/25/23 | Weekly Board call with Board members, S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 7/25/23 | Review of preference analysis by A&M (E Mosley and others) | John J. Ray III | 1.5 | $1,950.00 |
| 7/25/23 | Call with QE (B Burck and others) related to litigation matters | John J. Ray III | 1.0 | $1,300.00 |
| 7/25/23 | Revise settlement agreement with venture company and markup | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/25/23 | Call with Board member related to crypto matters | John J. Ray III | 0.8 | $1,040.00 |
| 7/25/23 | Review and edit revised term sheet related to crypto management | John J. Ray III | 1.8 | $2,340.00 |
| 7/26/23 | Review of FTI mark up of crypto term sheet | John J. Ray III | 0.5 | $650.00 |
| 7/26/23 | Call with PH (K Pasquale and E Gilad) related to term sheet for crypto management | John J. Ray III | 0.5 | $650.00 |
| 7/26/23 | Review term sheet as modified by UCC | John J. Ray III | 1.3 | $1,690.00 |
| 7/26/23 | Review ad hoc committee mark up to term sheet | John J. Ray III | 1.3 | $1,690.00 |
| 7/26/23 | Review analysis of differing positions in term sheets | John J. Ray III | 1.8 | $2,340.00 |
| 7/26/23 | Review updates and changes to settlement agreement | John J. Ray III | 0.8 | $1,040.00 |
| 7/26/23 | Review avoidance action calculations | John J. Ray III | 1.8 | $2,340.00 |
| 7/26/23 | Review tax disclosures and comment on same | John J. Ray III | 0.8 | $1,040.00 |
| 7/26/23 | Call with S&C (A Dietderich and others) and A&M (E Mosley and others) regarding plan filing | John J. Ray III | 0.8 | $1,040.00 |
| 7/26/23 | Revisions to crypto term sheet and distribution to PH | John J. Ray III | 0.5 | $650.00 |
| 7/26/23 | Review draft motion and declaration related to settlement agreement | John J. Ray III | 0.5 | $650.00 |
| 7/27/23 | Review of Japan initiatives and communicate with A&M (H Chambers) | John J. Ray III | 0.5 | $650.00 |
| 7/27/23 | Review and comment on plan and plan term sheet | John J. Ray III | 5.5 | $7,150.00 |
| 7/27/23 | Review of Australia administration status and proceedings | John J. Ray III | 0.5 | $650.00 |
| 7/27/23 | Call with A&M (E Mosley and S Coverick) related to work allocation | John J. Ray III | 0.5 | $650.00 |
| 7/27/23 | Review draft motion related to venture settlement | John J. Ray III | 0.8 | $1,040.00 |
| 7/27/23 | Review plan model update from A&M (C Sullivan) | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/27/23 | Communications with S&C (A Lewis) related to token matter | John J. Ray III | 0.3 | $390.00 |
| 7/28/23 | Review and comment on draft plan and term sheet | John J. Ray III | 6.8 | $8,840.00 |
| 7/28/23 | Review of stipulation related to state tax matters | John J. Ray III | 0.3 | $390.00 |
| 7/28/23 | Review of crypto management term sheet | John J. Ray III | 0.5 | $650.00 |
| 7/28/23 | Review of UCC comments on term sheet | John J. Ray III | 0.8 | $1,040.00 |
| 7/29/23 | Provide comments on draft press release related to plan | John J. Ray III | 0.5 | $650.00 |
| 7/29/23 | Review and edit plan term sheet | John J. Ray III | 1.5 | $1,950.00 |
| 7/29/23 | Review and edit crypto term sheet and communicate to working group at S&C and A&M | John J. Ray III | 0.8 | $1,040.00 |
| 7/29/23 | Review venture request related to certain action proposed by venture | John J. Ray III | 1.0 | $1,300.00 |
| 7/29/23 | Review proposal from token venture company related to settlement | John J. Ray III | 1.3 | $1,690.00 |
| 7/29/23 | Review and provide guidance on requests for data related to 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 7/30/23 | Review of plan materials and analysis prepared by A&M (C Sullivan) and comment | John J. Ray III | 0.8 | $1,040.00 |
| 7/30/23 | Review venture proposal and provide guidance to A&M (A Titus) | John J. Ray III | 0.8 | $1,040.00 |
| 7/30/23 | Review materials related to corporate action requested of venture company and communicate with S&C (J MacDonald) re same | John J. Ray III | 0.5 | $650.00 |
| 7/30/23 | Review and communicate litigation matter to QE (M Scheck) | John J. Ray III | 0.3 | $390.00 |
| 7/30/23 | Review memo from A&M (S Coverick) related to crypto | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/31/23 | Review draft interim investigations report and provide comments and direction to QE (R Zink and others) | John J. Ray III | 3.0 | $3,900.00 |
| 7/31/23 | Review of system changes proposed at FTX Japan and communicate with working group | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Call with Crypto vendor and A&M (K Ramanathan and others) related to terms and trading principles | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Call with QE (S Rand and others) related to QE litigation matters | John J. Ray III | 0.6 | $780.00 |
| 7/31/23 | Review of state licensing matters and provide direction to S&C (J Sutton and others) | John J. Ray III | 0.3 | $390.00 |
| 7/31/23 | Review of final changes to plan, plan term sheet and press release | John J. Ray III | 0.8 | $1,040.00 |
| 7/31/23 | Review of crypto management process | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Review of updated avoidance actions and status | John J. Ray III | 1.0 | $1,300.00 |
| 7/31/23 | Review report related to state licensing and recommendations re same | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Review of tax memo from A&M (E Mosely and others) and S&C (D Hariton) | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Review of memo related to treasury obligations and risks related thereto provided by S&C (A Dietderich and others) | John J. Ray III | 0.5 | $650.00 |
| 7/31/23 | Review final settlement motion draft | John J. Ray III | 0.3 | $390.00 |
| 7/31/23 | Review communications from A&M (D Johnston) related to FTX EU | John J. Ray III | 0.3 | $390.00 |
| 7/31/23 | Call with PH (E Gilad and others), FTI (S Simms and others), A&M (K Ramanathan and others), and S&C (J Croke and others) related to crypto management | John J. Ray III | 1.0 | $1,300.00 |
| 7/31/23 | Follow up review and modifications related to crypto management term sheet | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 7/31/23 | Review and sign off on final plan term sheet and plan | John J. Ray III | 0.8 | $1,040.00 |
| **Total Amount for Period:** | | | **219.4** | **$285,220.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 7/7/23 | Shipping FTX documents to S&C, NYC | | | | | $45.58 | John J. Ray III |
| **Total Amount for Period:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$45.58** | |