**Exhibit A**

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Adam Rabie | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 150,950.00 |
| Altana Digital Assets Fund | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 1,039,066.36 |
| Auros Tech Limited | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 22,000,000.00 |
| Azamat Akylov | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 11,373,198.56 |
| B2C Alternative Equity Ltd | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 85,000,000.00 |
| Bloomington Triumph International Limited | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 40,000,000.00 |
| Blue Basin Ventures LLC | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 890,000.00 |
| Crimson International Investment | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 5,839,342.73 |
| Cyant Arb Ltd. | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick | 21,834,136.37 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
|  | 227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 |  |
| Daniel Gupta | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 420,000.00 |
| Dietmar Poppe | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 281,807.90 |
| Dlocal LLP | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 5,575,226.00 |
| dParadigm Fund SPC | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 560,000.00 |
| FC Cayman A, L.L.C. | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 191,516,897.62 |
| Fingolfin GmbH | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 5,700,000.00 |
| Funds managed by Decentral Park Advisors LLC and its affiliates, as Manager of Decentral Park Capital II LP | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 19,775,211.88 |
| Grzegorz Swiatek | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 540,260.00 |
| GSR Markets Limited / | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick | 3,958,924.00<br>33,493.021.00 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---:|
| GSR International Trading Limited | 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | |
| HEKA Funds Sicav plc - Elysium Global Arbirtage | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 12,205,415.00 |
| Iris Partners | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 804,000.00 |
| Jian Chen | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 1,200,000.00 |
| Kbit Global Limited | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 25,021,826.00 |
| Koalalgo Research | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 3,700,000.00 |
| Lemma Technologies Inc. | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 160,000,000.00 |
| Mohammad Alsabah | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 275,000.00 |
| Neor Crypto Volatility Fund Ltd | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick 227 W. Monroe St., Suite 6000 Chicago, IL 60606 | 2,124,186.17 |
| Nestcoin Holding Limited | Eversheds Sutherland (US) LLP Attn: Erin E. Broderick | 3,900,000.00 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| | 227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | |
| Nickel Digital Asset Management | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 12,000,000.00 |
| Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 2,113,816.32 |
| Orange Phoenix LLC | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 4,573,288.21 |
| PRIMO Holding GmbH | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 853,674.48 |
| Phoenix Digital | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 10,000,000 |
| Robert Himmelbauer | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 107,000.00 |
| Rodney Clough | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 378,000.00 |
| Safe Eagle Holding Limited | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 3,200,000.00 |
| Sutjagin Capital | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick | 27,000,000.00 |

| **Member Name** | **Address** | **Dollarized Amount (US$)** |
|---|---|---|
| | 227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | |
| Svalbard Holdings Limited | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 137,390,384.16 |
| Yu Ting | Eversheds Sutherland (US) LLP<br>Attn: Erin E. Broderick<br>227 W. Monroe St., Suite 6000<br>Chicago, IL 60606 | 64,434.00 |
| | **Total** | **856,859,066.76** |