UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

               Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Kratos Studio Limited** | **Oroboros FTX I, LLC** |
| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
| **Kratos Studio Limited**<br>**OMC Chambers, Wickhams Cay 1**<br>**Road Town, Tortola, British Virgin Islands** | **Oroboros FTX I, LLC**<br>**245 Michigan Avenue LG4**<br>**Miami, FL 33139** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 5751 | Kratos Studio Limited, assignee of Nerf Design Inc. | $1,522,400.00 | Alameda Research Ltd. | 22-11067 |
| Schedule G Line #: 2.299 | Kratos Studio Limited, assignee of Nerf Design Inc. | as described on Schedule G (attached) | Alameda Research Ltd. | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _*/s/ Michael Berger*_   Date: August 7, 2023
Transferee/Transferee's Agent

