**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a portion of the claim referenced in this notice.

**NAME OF TRANSFEREE**

[REDACTED / ON FILE]

**Name and Address where notices to Transferee should be sent:**

[Redacted / On File]

c/o counsel to Transferee:

Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Attention:  Patricia Chen
E-mail:     patricia.chen@ropesgray.com
Phone:      617-951-7553

**Name and Address where Transferee payments should be sent (if different from above):**

Payments to Transferee should be sent as separately directed by the Transferee.

**NAME OF TRANSFEROR**

DCP MASTER INVESTMENTS XIV LLC

**Transferor Address:**

DCP Master Investments XIV LLC
55 Hudson Yards, Suite 29B
New York, NY  10001
Phone:  212-655-1419
Email:  srao@diametercap.com

| Schedule/Claim No. | Creditor Name | Amount of Claim | Debtor | Case No. |
|---|---|---|---|---|
| Proof of Claim No.: 1711 | DCP Master Investments XIV LLC | Partial transfer of 10.53191174736% of the Proof of Claim<br><br>Total Claim Amount: $33,232,333.16<br>Transferred Claim Amount: $3,500,000 | FTX Trading Ltd. and each of its debtor and non-debtor affiliates | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: */s/ Patricia Chen*                          Date: August 10, 2023
     Counsel to Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferee, the Transferee's name or address has not been disclosed and the signed Evidence of Transfer of Claim has not been attached to this Notice of Transfer of Claim.

Upon written request to counsel to the Transferee, counsel to the Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the clerk of the United States Bankruptcy Court for the District of Delaware, the Debtors, the Debtors' claims agent, and relevant professionals.