IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Phala Ltd., a party-in-interest, hereby appears in the above-captioned jointly-administered cases under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 case and any other case(s) consolidated herewith, be given to and served upon:

Locke Lord LLP
200 Vesey Street
New York, NY 10281
Attn: Ira S. Greene (IG-2315)
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
ira.greene@lockelord.com

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan or reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the Debtor, the aforementioned party-in-interest or any property or

134262300v.1

proceeds in which the Debtor may claim an interest.  <u>Please add the attorney of record to such mailing matrix as may be used for all purposes in this case.</u>

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: New York, NY
August 9, 2023

**LOCKE LORD LLP**

By: _____
Ira S. Greene (IG-2315)
Locke Lord LLP
200 Vesey Street
New York, NY 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754

*Attorney for Phala Ltd.*

134262300v.1