## EXHIBIT 1

### Executory Contract List

The Purchaser has demonstrated adequate assurance of future performance with respect to each of the following Executory Contracts pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.

| Executory Contract | Assumption/Assignment/Rejection | Cure Amounts |
|---|---|---|
| Constitution of UVM Signum Blockchain Fund VCC, dated as of July 12, 2021. | Assumed and Assigned | $0 |
| Private Placement Memorandum relating to the offer and issue of Participating Shares in relation to UVM Signum Blockchain VCC, dated as of August 2, 2021. | Assumed and Assigned | $0 |