**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 27, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Office of the United States Trustee and Official Committee of Unsecured Creditors Service List attached hereto as **<u>Exhibit A</u>**:

- Seventh Interim Financial Update [Docket No. 1930]

On July 27, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **<u>Exhibit B</u>**:

- Fourth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [Docket No. 1932]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: August 8, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 8, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 71693

**<u>Exhibit A</u>**

Exhibit A

Office of the United States Trustee and Official Committee of Unsecured Creditors Service List
Served by the method set forth

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN | ADDRESS ON FILE | | OVERNIGHT MAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JULIET M. SARKESSIAN | | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV | EMAIL |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; | EMAIL |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | | MLUNN@YCST.COM; RPOPPITI@YCST.COM | EMAIL |

**<u>Exhibit B</u>**

Exhibit B

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS / KIMBERLY A. BROWN | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; |
| SULLIVAN & CROMWELL LLP | Attn: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |

In re: FTX Trading Ltd., *et al.*

Case No. 22-11068 (JTD)