# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC hereby withdraws the *Affidavit of Service of Aqeel Ahmed Regarding Legal Hold Notice of Preservation of Records*, filed on August 14, 2023 [Docket No. 2168].

Dated: August 14, 2023

*/s/ Javier Hernandez*
Javier Hernandez
Kroll Restructuring Administration LLC
55 East 52nd Street
17th Floor
New York, NY 10155

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.