IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF FIRST INTERIM FEE
APPLICATION OF MORGAN, LEWIS & BOCKIUS LLP
AS COUNSEL TO EMERGENT FIDELITY TECHNOLOGIES LTD
FOR THE PERIOD OF FEBRUARY 3, 2023 THROUGH JULY 31, 2023**

**PLEASE TAKE NOTICE** that on August 15, 2023, Morgan, Lewis & Bockius LLP filed its first interim fee application (the "Application") as counsel to Emergent Fidelity Technologies Ltd in Case No. 23-10149 for the period of February 3, 2023 through July 31, 2023 in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application has been scheduled for **September 13, 2023, at 1:00 p.m., prevailing Eastern Time** before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Delaware, and all General

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Orders applicable to the above-referenced chapter 11 case (the "FTX Chapter 11 Case"); (c) be filed electronically with the Court on the docket of the FTX Chapter 11 Case, by registered users of the Court's electronic filing system and in accordance with the applicable General Orders (available on the Court's website at http://www.deb.uscourts.gov) **by September 6, 2023 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"); and (d) be promptly served on the following parties: (i) counsel to the Debtor, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: Craig A. Wolfe (craig.wolfe@morganlewis.com) and David K. Shim (david.shim@morganlewis.com), and (ii) the Office of the United States Trustee for Region 3, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (Juliet.M.Sarkessian@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that if no responses to the Application are timely filed, served, and received in accordance with this Notice, the Court may grant the relief requested in the Application without further notice or hearing.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 15, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br>       - and -<br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br>       - and -<br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |