## **EXHIBIT 1**

| **Professional/Role** | **Interim Fee Period** | **Total Fees Approved** | **Total Expenses Approved** |
|---|---|---|---|
| Morgan, Lewis & Bockius LLP – *Counsel to Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* | 02/03/2023 – 07/31/2023 | $1,073,502.00 | $9,706.61 |