**EXHIBIT B**

**Summary of Fees by Individual for the Application Period**

| Professional | Practice Group | Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| Kail, K.S. | Taxation | 1981 | 1,725.00 | 1.70 | 2,932.50 |
| Goodchild, J.C. | Bankruptcy | 1994 | 1,525.00 | 109.0 | 166,225.00 |
| Dorchak, J. | Bankruptcy | 2001 | 1,400.00 | 106.40 | 148,960.00 |
| Wolfe, C. | Bankruptcy | 1999 | 1,400.00 | 50.70 | 70,980.00 |
| Tehrani, D.B. | Litigation | 2006 | 1,325.00 | 45.90 | 60,817.50 |
| Weitz, J. | Litigation | 2011 | 1,225.00 | 14.40 | 17,640.00 |
| Chairman, J.W. | CBT | 1996 | 1,185.00 | 6.40 | 7,584.00 |
| Carter, C.L. | Bankruptcy | 2010 | 995.00 | .30 | 298.50 |
| Ziegler, M. | Bankruptcy | 2011 | 995.00 | 192.90 | 191,935.50 |
| | | | | | |
| **Of Counsel** | | | | | |
| Alderson, J.R. | Bankruptcy | 2004 | 1,095.00 | 23.40 | 25,623.00 |
| Barillare, J.C. | Litigation | 2008 | 955.00 | 36.40 | 34,762.00 |
| | | | | | |
| **Associate** | | | | | |
| Shim, D.K. | Bankruptcy | 2016 | 870.00 | 326.60 | 284,142.00 |
| Gocksch, M.K. | Bankruptcy | 2017 | 840.00 | 40.80 | 34,272.00 |
| Blackburn, J.O. | Bankruptcy | 2019 | 690.00 | 5.60 | 3,864.00 |
| Arra, M.M. | Litigation | 2019 | 795.00 | 22.00 | 17,490.00 |
| | | | | | |
| **Paralegal** | | | | | |
| Purdon, A. | Paralegal | - | 200.00 | 3.80 | 760.00 |
| | | | | | |
| **Practice Technology** | | | | | |
| Gordon, C.S. | Senior Analyst | - | 450.00 | 1.00 | 450.00 |
| Llorin, C. | Project Manager | - | 530.00 | 4.10 | 2,173.00 |
| Sempronio, A.C. | Tech Analyst | - | 410.00 | 3.80 | 1,558.00 |
| Sillah, O. | Senior Analyst | - | 450.00 | 2.00 | 900.00 |

2

| Professional | Practice Group | Bar Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Trusnovic, J.T. | Senior Analyst | - | 450.00 | .30 | 135.00 |
| | | | | | |
| **TOTALS** | | | | 997.50 | $1,073,502.00 |
| **BLENDED RATE** | | | $1,076.19 | | |