**EXHIBIT C**

**Summary of Compensation by Project Category[1]**

| Project Category | Hours | Fee Amount |
|---|---:|---:|
| Case Administration (B110) | 224.80 | 235,595.50 |
| Asset Analysis and Recovery (B120) | 211.30 | 243,838.50 |
| Asset Disposition (B130) | 17.80 | 20,183.00 |
| Meeting of and Communication with Creditors (B150) | 6.70 | 5,879.00 |
| Fee/Employment Applications (B160) | 69.60 | 69,012.50 |
| Fee/Employment Objections (B170) | 19.10 | 16,617.00 |
| Avoidance Action Analysis (B180) | 10.20 | 11,308.00 |
| Other Contested Matters (B190) | 170.00 | 190,287.00 |
| Non-Working Travel (B195)[2] | 4.40 | 6,160.00 |
| Financing/Cash Collections (B230) | 73.90 | 76,441.00 |
| Tax Issues (B240) | 2.30 | 3,772.50 |
| Board of Directors Matters (B260) | .70 | 609.00 |
| Claims Administration and Objections (B310) | 11.50 | 10,005.00 |
| Plan and Disclosure Statement (B320) | 12.00 | 10,440.00 |
| BlockFi Litigation (B330) | 126.80 | 140,200.50 |
| Antiguan Litigation (B340) | 6.10 | 6,792.50 |
| General Bankruptcy Advice/Opinions (B410) | 30.30 | 26,361.00 |
| **Total:** | **997.50** | **$1,073,502.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

[2] 50% rate applied where time is charged for non-working travel.