## EXHIBIT D

### Expense Summary for the Application Period

| Expense Category | Amount |
|---|---|
| Taxi | 455.19 |
| Parking | 11.00 |
| Hotel | 172.70 |
| Air | 1,056.95 |
| Rail Out of Town | 200.00 |
| Business Meals | 22.00 |
| Courier/Messenger | 15.00 |
| Overnight Courier Service | 858.27 |
| Postage | 635.78 |
| Duplicating Usage | 874.08 |
| Other Duplicating | 431.04 |
| Filing Fees | 2,045.00 |
| Lexis Research | 475.20 |
| Legal Westlaw Research | 2,331.00 |
| Data Services Active-R | 28.40 |
| User Fees (Monthly) – Relativity | 95.00 |
| **TOTAL:** | **$9,706.61** |