## EXHIBIT E

### Customary and Comparable Compensation Disclosures

Morgan Lewis's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Morgan Lewis's hourly rates for bankruptcy services are comparable to the rates charged by Morgan Lewis for other complex corporate and litigation matters as set forth below.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Firmwide for Calendar Year 2022**<br><br>All Practice Groups, Except for Bankruptcy, Restructuring & Insolvency Practice Group, Across Entire Firm | **Firmwide for Calendar Year 2022**<br><br>Only Bankruptcy, Restructuring & Insolvency Practice Group Across Entire Firm | **This First Interim Application[1]** |
| Partner | $1,034.73 | $1,139.75 | $1,265.80 |
| Counsel | $859.88 | $956.79 | $1,009.78 |
| Associate | $616.12 | $666.44 | $860.17 |
| Paralegal | $325.90 | $375.00 | $200.00 |
| **Aggregated:** | $774.41 | $963.98 | $1,083.12 |

---

[1] The differences in the blended hourly rates between the preceding calendar year and the blended rates for services rendered during the Application Period is predominantly attributable to the January 2023 firm-wide rate increase.