## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Aqeel Ahmed, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the (1) Core/2002 Service List attached hereto as **Exhibit A**; and (2) Banks Service List attached hereto as **Exhibit B**:

- Notice of Proposed Amendment to Cash Management Order [Docket No. 1615]

On June 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit C**:

- Third Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [Docket No. 1627]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On June 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [Docket No. 1631] (the "***Third Omnibus Rejection Motion***")

- Motion of Debtors for Entry of an Order (I)(A) Establishing Deadlines for Filing Customer Proofs of Claim, (B) Approving Procedures for Submitting Proofs of Claim and (C) Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief [Docket No. 1635]

On June 14, 2023, at my direction and under my supervision, employees of Kroll caused the Third Omnibus Rejection Motion to be served by the method set forth on the Contract Counterparties Service List attached hereto as **Exhibit D**.

On June 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [Docket No. 1643]

On June 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit C**:

- Second Interim Fee Application of Perella Weinberg Partners LP [Docket No. 1642]

- Second Interim Application of Alixpartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through April 30, 2023 [Docket No. 1644]

- Second Interim Fee Application of Alvarez & Marsal North America, LLC [Docket No. 1645]

- Second Interim Fee Application of Landis Rath & Cobb LLP [Docket No. 1646]

- Second Interim Fee Application of Sullivan & Cromwell LLP [Docket No. 1647]

- Second Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 1648]

- First Interim Fee Application of Ernst & Young LLP [Docket No. 1654]

Dated: July 18, 2023

*/s/ Aqeel Ahmed*
Aqeel Ahmed

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 18, 2023, by Aqeel Ahmed, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE<br>27 CRIMSON KING DRIVE<br>BEAR DE 19701 | AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | First Class Mail and Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899 | RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187 | JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS TX 75219 | MARTIN.SOSLAND@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL<br>1155 21ST STREET NW<br>WASHINGTON DC 20581 | MWHITE@CFTC.GOV | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ.<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON DE 19801 | SCOTT.COUSINS@COUSINS-LAW.COM<br>SCOTT.JONES@COUSINS-LAW.COM | First Class Mail and Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007 | ESCHMIDT@COZEN.COM | First Class Mail and Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON DE 19801 | TFRANCELLA@COZEN.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001 | NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK NY 10001 | SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS NY 11042 | AMISH@DOSHILEGAL.COM | First Class Mail and Email |
| COUNSEL TO CADIAN | EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK NY 10271 | JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON DC 20001 | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK<br>227 WEST MONROE STREET, SUITE 6000<br>CHICAGO IL 60606 | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM<br>LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO IL 60654 | MSMALL@FOLEY.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK NY 10016 | SRUPPENTHAL@FOLEY.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST<br>STE 2600<br>LOS ANGELES CA 90067-4590 | BDAVIDOFF@GREENBERGGLUSKER.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK NY 10019 | WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>SHARDUL.DESAI@HKLAW.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO GABRIEL RECCHIA | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809 | AMK@KASHISHIANLAW.COM | First Class Mail and Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS<br>301 MAIN ST., SUITE 1600<br>BATON ROUGE LA 70801 | LOUIS.PHILLIPS@KELLYHART.COM | First Class Mail and Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500<br>FORT WORTH TX 76102 | MICHAEL.ANDERSON@KELLYHART.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM | Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE TN 37213 | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM | First Class Mail and Email |
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: CELINE E. DE LA FOSCADE-CONDON<br>100 CAMBRIDGE STREET, P.O. BOX 9565<br>BOSTON MA 02114 | DELAFOSCAC@DOR.STATE.MA.US | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY, NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, DAVID P. PRIMACK<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM<br>DPRIMACK@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET<br>SUITE 1401<br>NEWARK NJ 07102 | JBERNSTEIN@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ.<br>1300 MT. KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962 | MMORANO@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD<br>225 LIBERTY STREET<br>36TH FLOOR<br>NEW YORK NY 10281 | NLEONARD@MDMC-LAW.COM | First Class Mail and Email |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | BANKRUPTCY UNIT<br>200 NW 2ND AVENUE, #430<br>MIAMI FL 33128 | PRISCILLA.WINDLEY@MIAMIDADE.GOV<br>MDTCBKC@MIAMIDADE.GOV | First Class Mail and Email |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | DEECF@DOR.MO.GOV | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE<br>1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON DE 19801 | JODY.BARILLARE@MORGANLEWIS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER<br>1701 MARKET STREET<br>PHILADELPHIA PA 19103 | JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK NY 10178 | JOSHUA.DORCHAK@MORGANLEWIS.COM<br>DAVID.SHIM@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO LAURENCE BEAL | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, SARAH M. ENNIS<br>TARA C. PAKROUTH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM<br>SENNIS@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON DE 19801 | DABBOTT@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>WILMINGTON DE 19801 | MHARVEY@MORRISNICHOLS.COM<br>PTOPPER@MORRISNICHOLS.COM | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON<br>40 CAPITOL SQUARE, S.W.<br>ATLANTA GA 30334 | APATTERSON@LAW.GA.GOV | First Class Mail and Email |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN<br>P.O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV | First Class Mail and Email |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING<br>P. O. BOX 40100<br>OLYMPIA WA 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV | First Class Mail and Email |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING<br>100 W. RANDOLPH ST.<br>SUITE 13-225<br>CHICAGO IL 60601 | JOHN.REDING@ILAG.GOV | First Class Mail and Email |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKDELAWARE@AG.TN.GOV | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN<br>ADDRESS ON FILE | | Overnight Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | JULIET.M.SARKESSIAN@USDOJ.GOV<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO D1 VENTURES | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19801 | TKAPUR@PSZJLAW.COM<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD<br>200 PARK AVENUE<br>NEW YORK NY 10166 | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO VOYAGER DIGITAL LTD., VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL, LLC AND AFFILIATES | POTTER ANDERSON & CORROON LLP | ATTN: CHRISTOPHER M. SAMIS, AARON H. STULMAN, SAMEEN RIZVI<br>1313 N. MARKET STREET, 6TH FLOOR<br>WILMINGTON DE 19801 | CSAMIS@POTTERANDERSON.COM<br>ASTULMAN@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM | First Class Mail and Email |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES<br>3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD<br>PO BOX N-4875<br>NASSAU THE BAHAMAS | BSIMMS@LENNOXPATON.COM<br>KEVIN.CAMBRIDGE@PWC.COM<br>PETER.GREAVES@HK.PWC.COM | First Class Mail and Email |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ.<br>235 MAIN STREET, SUITE 450<br>WHITE PLAINS NY 10601 | NPASALIDES@REICHPC.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | GROSS@RLF.COM<br>HEATH@RLF.COM<br>QUEROLI@RLF.COM<br>SCHLAUCH@RLF.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG<br>506 2ND AVE., SUITE 1400<br>SEATTLE WA 98104 | FREDERICK.CHANG@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N<br>LOS ANGELES CA 90067 | JACQUELYN.CHOI@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON<br>1201 N. MARKET STREET<br>SUITE 1406<br>WILMINGTON DE 19801 | JEDMONSON@RC.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN TX 78746 | STREUSAND@SLOLLP.COM<br>NGUYEN@SLOLLP.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | First Class Mail and Email |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)
Page 5 of 7

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE<br>27777 FRANKLIN ROAD<br>SUITE 2500<br>SOUTHFIELD MI 48034 | PHAGE@TAFTLAW.COM | First Class Mail and Email |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU THE BAHAMAS | INFO@SCB.GOV.BS | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN SMITH<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | EVELYN.MELTZER@TROUTMAN.COM<br>MARCY.SMITH@TROUTMAN.COM | First Class Mail and Email |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | WARD.W.BENSON@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ATTN: ELISABETH M. BRUCE<br>P.O. BOX 227<br>WASHINGTON DC 20044 | ELISABETH.M.BRUCE@USDOJ.GOV | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN<br>1201 N. MARKET ST.<br>SUITE 1400<br>WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>1270 AVENUE OF THE AMERICAS<br>24TH FLOOR<br>NEW YORK NY 10020 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>151 WEST 42ND ST., 48TH FLOOR<br>NEW YORK NY 10036 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD<br>89 MAIN STREET, THIRD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | JESSICA.LAURIA@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>BRIAN.PFEIFFER@WHITECASE.COM<br>MARK.FRANKE@WHITECASE.COM<br>BRETT.BAKEMEYER@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM<br>RKEBRDLE@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM | First Class Mail and Email |

**Exhibit B**

Exhibit B
Banks Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10275926 | AKBANK | SABANCI CENTER 34330 4 LEVENT | | | ISTANBUL | | | TURKEY | ORHAN.SEKER@AKBANK.COM | First Class Mail and Email |
| 10275925 | AKBANK | | | | | | | | EBRU.YAKUPOGLU@AKBANK.COM | Email |
| 10279549 | AKBANK | | | | | | | | EBRU.YAKUPOGLU@AKBANK.COM, ORHAN.SEKER@AKBANK.COM, HANDE.PENEZ@AKBANK.COM | Email |
| 10275928 | BANK OF AMERICA | ATTN: AYRTON DE BEAUFFORT | 37TH FLOOR | ONE BRYANT PARK | NEW YORK | NY | 10036 | | AYRTON.DE_BEAUFFORT@BOFA.COM | First Class Mail and Email |
| 10275927 | BANK OF AMERICA | ATTN: KEITH PADUA | 37TH FLOOR | ONE BRYANT PARK | NEW YORK | NY | 10036 | | KEITH.PADUA@BANKOFAMERICA.COM | First Class Mail and Email |
| 10279536 | BANK OF AMERICA | | | | | | | | KEITH.PADUA@BANKOFAMERICA.COM, AYRTON.DE_BEAUFFORT@BOFA.COM | Email |
| 10275929 | BANK OF CYPRUS | 51 STASINOU STREET | AYIA PARASKEVI | | STROVOLOS, NICOSIA | | 2002 | CYPRUS | INFO@CY.BANKOFCYPRUS.COM | First Class Mail and Email |
| 10279551 | BANK OF CYPRUS | | | | | | | | BOCAM@BANKOFCYPRUS.COM | Email |
| 10275930 | COMMERCIAL BANK OF DUBAI | ITTIHAD STREET DEIRA | BEHIND DEIRA CITY CENTRE | | DUBAI | | | UNITED ARAB EMIRATES | ABDALLAH.MOHAMAD@CBD.AE | First Class Mail and Email |
| 10279565 | COMMERCIAL BANK OF DUBAI | | | | | | | | ABDALLAH.MOHAMAD@CBD.AE | Email |
| 10275931 | DBS | 12 MARINA BOULEVARD | DBS ASIA CENTRAL | MARINA BAY FINANCIAL CENTRE TOWER 3 | SINGAPORE | | 018982 | SINGAPORE | | First Class Mail |
| 10279485 | DBS BANK LIMITED | | | | | | | | ALICIAFOO@DBS.COM | Email |
| 10275932 | DELTEC | ATTN: GREG/ADRIAN | DELETEC HOUSE | | NASSAU | | | BAHAMAS | CORPORATESERVICES@DELTECBANK.COM | First Class Mail and Email |
| 10279563 | DELTEC | | | | | | | | ACAPRON@DELTECBANK.COM | Email |
| 10275934 | EMIRATE NBD BANK | BANIYAS ROAD, DEIRA | P.O. BOX 777 | | DUBAI | | | UNITED ARAB EMIRATES | AMANDAH@EMIRATESNBD.COM | First Class Mail and Email |
| 10275933 | EMIRATE NBD BANK | | | | | | | | VIPULM@EMIRATESNBD.COM | Email |
| 10279476 | EMIRATE NBD BANK | | | | | | | | VIPULM@EMIRATESNBD.COM, TEJASS@EMIRATESNBD.COM, AMANDAH@EMIRATESNBD.COM, FAYAZFA@EMIRATESNBD.COM | Email |
| 10275935 | EUROBANK | 8 OTHONOS STREET | | | ATHENS | | 105 57 | GREECE | EBANKING@EUROBANK.GR | First Class Mail and Email |
| 10279488 | EUROBANK | | | | | | | | EBANKING@EUROBANK.GR | Email |
| 10275936 | EVOLVE | ATTN: SIMRAN SAHNI | TRIAD CENTER | | MEMPHIS | TN | 38119 | | SIMRAN.SAHNI@GETEVOLVED.COM | First Class Mail and Email |
| 10279546 | EVOLVE | | | | | | | | HWORD@GETEVOLVED.COM, WALTER.SCIBERRAS@GETEVOLVED.COM, ROBERT.DUCKLO@GETEVOLVED.COM | Email |
| 10275937 | FAR EASTERN INT'L BANK | 26F, 27F, 207, DUNHUA S. RD., SEC. 2 | | | TAIPEI CITY | | 10602 | TAIWAN | YCCHEN@FEIB.COM.TW | First Class Mail and Email |
| 10279506 | FAR EASTERN INT'L BANK | | | | | | | | YCCHEN@FEIB.COM.TW, ESTHERHUANG@FEIB.COM.TW | Email |
| 10275938 | FIBABANKA | 129 SISLI 34394 | | | ISTANBUL | | 34349 | TURKEY | INFO@FIBABANKA.COM | First Class Mail and Email |
| 10279503 | FIBABANKA | | | | | | | | NAZLI.SARAYOGLUBAL@FIBABANKA.COM.TR | Email |
| 10275939 | GARANTI BBVA | KEIZERSGRACHT 569-575, 1017 DR | | | AMSTERDAM | | | THE NETHERLANDS | | First Class Mail |
| 10279508 | GARANTI BBVA | | | | | | | | KORCANA@GARANTIBBVA.COM.TR | Email |
| 10275940 | GOLDFIELDS MONEY | LVL 14, 191 ST GEORGES TERRACE | | | PERTH, WA | | 6000 | AUSTRALIA | INFO@GOLDFIELDSMONEY.COM.AU | First Class Mail and Email |
| 10279556 | GOLDFIELDS MONEY | | | | | | | | INFO@GOLDFIELDSMONEY.COM.AU | Email |
| 10275941 | KLARPAY | INDUSTRIESTRASSE 24 | | | ZUG | | CH-6300 | SWITZERLAND | MARTYNAS@KLARPAY.COM | First Class Mail and Email |
| 10279524 | KLARPAY | | | | | | | | MARTYNAS@KLARPAY.COM | Email |
| 10275942 | LENDINGCLUB | 595 MARKET STREET | SUITE 200 | | SAN FRANCISCO | CA | 94105 | | SUPPORT@KLARPAY.COM | First Class Mail and Email |
| 10279510 | LENDINGCLUB | | | | | | | | SUPPORT@BREX.COM | Email |
| 10275943 | MAERKI BAUMANN & CO. AG | DREIKÖNIGSTRASSE 6 ZÜRICH | | | ZÜRICH | | 8002 | SWITZERLAND | CRYPTO@MAERKI-BAUMANN.CH | First Class Mail and Email |
| 10279521 | MAERKI BAUMANN & CO. AG | | | | | | | | CRYPTO@MAERKI-BAUMANN.CH | Email |
| 10275944 | MONEYTECH | 80 PACIFIC HWY L 7, NORTH SYDNEY | | | NEW SOUTH WALES | | 2060 | AUSTRALIA | | First Class Mail |
| 10279607 | MONEYTECH | | | | | | | | JIRA@MONOOVA.ATLASSIAN.NET | Email |
| 10275945 | MUFG BANK, LTD. | 1251 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020-1104 | | | First Class Mail |
| 10279501 | MUFG BANK, LTD. | | | | | | | | CUSTOMERCARE@MY.MUFG.JP | Email |
| 10275947 | NIUM | 20-05, HONG LEONG BUILDING, 16, RAFFLES QUAY | | | SINGAPORE | | 048581 | SINGAPORE | GREG@IOFINNET.COM | First Class Mail and Email |
| 10279526 | NIUM | | | | | | | | DAVE.BERSON@NIUM.COM | Email |
| 10275946 | NIUM | | | | | | | | MICHAEL@NIUM.COM | Email |
| 10279527 | NIUM | | | | | | | | MICHAEL@NIUM.COM, DAVE.BERSON@NIUM.COM | Email |
| 10279512 | NUVEI | | | | | | | | INTEGRATION@NUVEI.COM, PRIVACY@NUVEI.COM | Email |
| 10279513 | OCTABASE | | | | | | | | INFO@OCTABASE.COM , CONTACT@OCTABASE.COM | Email |
| 10275948 | PAYPAY BANK | 6F SHINJUKU MITSUI BUILDING 2-1-1 NISHI-SHINJUKU SHINJUKU-KU | | | TOKYO | | 160-0023 | JAPAN | | First Class Mail |
| 10279481 | PAYPAY BANK | | | | | | | | INFO@PAYPAYBANK.COM, CONTACT@PAYPAYBANK.COM | Email |
| 10275949 | PAYSAFE | 25 CANADA SQUARE | 27TH FLOOR | | LONDON | | E14 5LQ | UNITED KINGDOM | | First Class Mail |
| 10279496 | PAYSAFE | | | | | | | | TECHNICALSUPPORT@PAYSAFE.COM | Email |
| 10275950 | PRIME TRUST | ATTN: NATALIE MARTIN | 330 S RAMPART BLVD | | LAS VEGAS | NV | 89145 | | NATALIE.MARTIN@PRIMETRUST.COM | First Class Mail and Email |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 2

Exhibit B
Banks Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10279519 | PRIME TRUST | | | | | | | | STEVE@PRIMETRUST.COM, ASHARMA@PRIMETRUST.COM | Email |
| 10275951 | RAKUTEN BANK | 2-16-5, KONAN NBF SHINAGAWA TOWER MINATO-KU | | | TOKYO | | 108-0075 | JAPAN | | First Class Mail |
| 10279475 | RAKUTEN BANK | | | | | | | | INFO@RAKUTENBANK.COM, CONTACT@RAKUTENBANK.COM | Email |
| 10279515 | RJ O'BRIEN | | | | | | | | CLIENTSERVICES@RJOBRIEN.COM | Email |
| 10275952 | SBI | STATE BANK BHAVAN | MADAME CAMA MARG | | MUMBAI | | 400021 | INDIA | CUSTOMERCARE@SBI.CO.IN | First Class Mail and Email |
| 10279555 | SBI SUMISHIN NET BANK, LTD. | | | | | | | | CUSTOMERCARE@SBI.CO.IN, YUKDAIG@NETBK.CO.JP | Email |
| 10275955 | SIGNATURE BANK | 565 FIFTH AVENUE | 12TH FLOOR | | NEW YORK | NY | 10017 | | | First Class Mail |
| 10275953 | SIGNATURE BANK | ATTN: RIVERA | 565 FIFTH AVENUE | SUITE 501 | NEW YORK | NY | 10017 | | MRIVERA@SIGNATURENY.COM | First Class Mail and Email |
| 10275954 | SIGNATURE BANK | ATTN: SARMEN SARYAN | 200 PARK AVENUE SOUTH | | NEW YORK | NY | 10003 | | SSARYAN@SIGNATURENY.COM | First Class Mail and Email |
| 10279533 | SIGNATURE BANK | | | | | | | | MRIVERA@SIGNATURENY.COM | Email |
| 10275957 | SIGNET | ANTONIJAS STREET 3 | | | RIGA | | LV-1010 | LATVIA | MRIVERA@SIGNATURENY.COM, INFO@SIGNETBANK.COM | First Class Mail and Email |
| 10279494 | SIGNET BANK | | | | | | | | DNOVELLO@SIGNATURENY.COM | Email |
| 10275958 | SILICON VALLEY BANK | ATTN: JUSTIN PIRZADEH | 3003 TASMAN DRIVE | SUITE 300 | LA JOLLA | CA | 95054 | | JPIRZADEH@SVB.COM | First Class Mail and Email |
| 10279542 | SILICON VALLEY BANK | | | | | | | | JPIRZADEH@SVB.COM | Email |
| 10275961 | SILVERGATE BANK | ATTN: ADAM MENDOZA | 4250 EXECUTIVE SQUARE | | LA JOLLA | CA | 92037 | | AMENDOZA@SILVERGATE.COM | First Class Mail and Email |
| 10275960 | SILVERGATE BANK | ATTN: JESSICA CATRAMBONE | 4250 EXECUTIVE SQUARE | SUITE 300 | LA JOLLA | CA | 92037 | | JCATRAMBONE@SILVERGATE.COM | First Class Mail and Email |
| 10275959 | SILVERGATE BANK | ATTN: TEDDY HANSON | 4250 EXECUTIVE SQUARE | SUITE 300 | LA JOLLA | CA | 92037 | | THANSON@SILVERGATE.COM | First Class Mail and Email |
| 10279498 | SILVERGATE BANK | | | | | | | | PCRIBBEN@SILVERGATE.COM, ILUCAS-HOLGUIN@SILVERGATE.COM | Email |
| 10275962 | SIRAAT BANKSAI | DOGANBEY MAH. ATATÜRK BULVARI | SIRAAT BANKSAI | | ANKARA | | | TURKEY | SERVICE@ZIRAATBANK.DE | First Class Mail and Email |
| 10279511 | STRIPE | | | | | | | | SUPPORT@STRIPE.COM | Email |
| 10275963 | SUMITOMO MITSUI BANKING CORPORATION (SMBC) | 1-1-2, MARUNOUCHI, CHIYODA-KU | | | TOKYO | | | JAPAN | | First Class Mail |
| 10279509 | SUMITOMO MITSUI BANKING CORPORATION (SMBC) | | | | | | | | CASH_MANAGEMENT_QA@SMBCGROUP.COM, EMONEYGERHELPDESK@GB.SMBCGROUP.COM | Email |
| 10275964 | TOKYO STAR BANK | 2-3-5, AKASAKA AKASAKA STAR GATE PLAZA MINATO-KU | | | TOKYO | | 107-0052 | JAPAN | | First Class Mail |
| 10279479 | TOKYO STAR BANK | | | | | | | | INFO@TOKYOSTARBANK.CO.JP, CONTACT@TOKYOSTARBANK.CO.JP | Email |
| 10279484 | TRANSFERO | | | | | | | | CONTACT@TRANSFERO.COM, CONTACT@TRANSFEROSWISS.CH | Email |
| 10275965 | TURICUM | BRANDSCHENKESTRASSE 152 ZÜRICH | | | ZÜRICH | | 8002 | SWITZERLAND | INFO@TURICUM.COM | First Class Mail and Email |
| 10279540 | TURICUM | | | | | | | | INFO@TURICUM.COM | Email |
| 10275967 | VAKIFBANK | SANAYI MAHALLESI ESKI BÜYÜKDERE | CADDESI GÜLER SOKAK NO: 51 | KAGITHANE | ISTANBUL | | | TURKEY | ZEYNEP.OZKAPLAN@VAKIFBANK.COM.TR | First Class Mail and Email |
| 10279559 | VAKIFBANK | | | | | | | | CANSU.SUVARIOGLUISIK@VAKIFBANK.COM.TR | Email |
| 10275968 | VOLKSBANK BAYERN MITTE EG | 34 LUDWIGSTR., INGOLSTADT | | | BAVARIA | | 85049 | GERMANY | SOPHIE.STIFTL@VR-BAYERNMITTE.DE | First Class Mail and Email |
| 10275969 | WELLS FARGO | 420 MONTGOMERY STREET | | | SAN FRANCISCO | CA | 94104 | | XIAN.W.ZHAO@WELLSFARGO.COM | First Class Mail and Email |
| 10279561 | WELLS FARGO | | | | | | | | XIAN.W.ZHAO@WELLSFARGO.COM | Email |
| 10275970 | ZAND BANK | KOSTERSBERG 2 | | | BERTEM | | 3060 | BELGIUM | SEHRISH.SRINIVAS@ZAND.AE | First Class Mail and Email |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 2 of 2

# Exhibit C

Exhibit C
United States Trustee and Unsecured Creditors Committee Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS / KIMBERLY A. BROWN | LANDIS@LRCLAW.COM, BROWN@LRCLAW.COM |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |

**Exhibit D**

Exhibit D
Contract Counterparties Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12832268 | AMPLITUDE | 201 3RD STREET | SUITE 200 | | | SAN FRANCISCO | CA | 94103 | | LEGALNOTICES@AMPLITUDE.COM | Overnight Mail and Email |
| 12982412 | DOCUSIGN, INC. | DOCUSIGN, INC | 221 MAIN STREET | SUITE 1550 | | SAN FRANCISCO | CA | 94105 | | LEGAL@DOCUSIGN.COM | Overnight Mail and Email |
| 12982417 | EQUINIX (UK) LIMITED | ATTN: VICE PRESIDENT, LEGAL | C/O EQUINIX EMEA B.V. REMBRANDT TOWER | 7TH FLOOR | AMSTELPLEIN 1 | AMSTERDAM | NH | 1096HA | THE NETHERLANDS | | Overnight Mail |
| 12982414 | EQUINIX (UK) LIMITED | EQUINIX (UK) LIMITED MASTER HOUSE | ATTN: MANAGING DIRECTOR | 107 HAMMERSMITH ROAD | | LONDON | UK | W14 0QH | ENGLAND | | Overnight Mail |
| 12982420 | EQUINIX LLC | ONE LAGOON DRIVE | 4TH FLOOR | | | REDWOOD CITY | CA | 94065 | | | Overnight Mail |
| 12982421 | FORTUNE MEDIA INC. | 244 MADISON AVE | SUITE 1552 | | | NEW YORK | NY | 10016 | | | Overnight Mail |
| 10303007 | GOOGLE CLOUD EMEA LTD | 70 SIR JOHN ROGERSON'S QUAY | D02 R296, DUBLIN 2 | | | | | | IRELAND (EIRE) | LEGAL-NOTICES@GOOGLE.COM | Overnight Mail and Email |
| 12982423 | GOOGLE LLC | 1600 AMPHITHEATRE PARKWAY | | | | MOUNTAIN VIEW | CA | 94043 | | LEGAL-NOTICES@GOOGLE.COM | Overnight Mail and Email |
| 12982425 | TIGERWIT HOLDING LIMITED | PO BOX 2075 | #31 THE STRAND | 46 CANAL POINT DRIVE | | GRAND CAYMAN | | KY1-1105 | CAYMAN ISLANDS | SUMMER.XU@TIGERWIT.COM | Overnight Mail and Email |
| 12982427 | TIMOTHY DAVID HUGHES | ADDRESS ON FILE | | | | | | | | | Overnight Mail |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1