# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory Aviles, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served by the date and method set forth on the Fee Examiner Service List attached hereto as **Exhibit A**:

- Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and Including June 30, 2023 [Docket No. 2098] (the "***Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC***")

- Seventh Monthly Fee Statement of Alixpartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through June 30, 2023 [Docket No. 2099] (the "***Seventh Monthly Fee Statement of Alixpartners, LLP***")

- Eighth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and Including June 30, 2023 [Docket No. 2101] (the "***Eighth Monthly Fee Statement of Sullivan & Cromwell LLP***")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and Including June 30, 2023 [Docket No. 2102] (the "***Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP***")

On August 1, 2023, at my direction and under my supervision, employees of Kroll caused the Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC, Seventh Monthly Fee Statement of Alixpartners, LLP, Eighth Monthly Fee Statement of Sullivan & Cromwell LLP, and Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**.

Dated: August 11, 2023

                                                */s/ Gregory Aviles*
                                                Gregory Aviles

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 11, 2023, by Gregory Aviles, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

## Exhibit A

Exhibit A
Fee Examiner Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 12118099 | GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | 833 EAST MICHIGAN STREET | MILWAUKEE | WI | 53202 | KSTADLER@GKLAW.COM | First Class Mail on 7/31/2023 and Email on 8/1/2023 |

In re: FTX Trading Ltd., *et al.*
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

Exhibit B
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS / KIMBERLY A. BROWN | | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM | Email |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN | ADDRESS ON FILE | | Overnight Mail |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JULIET M. SARKESSIAN | | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JULIET.M.SARKESSIAN@USDOJ.GOV | Email |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; | Email |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | | KRANZLEYA@SULLCROM.COM | Email |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | | MLUNN@YCST.COM; RPOPPITI@YCST.COM | Email |