
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.*,

            Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Contrarian Funds, LLC**

Name and Address where notices and payments to transferee should be sent:
**Contrarian Funds, LLC**
**Attn: Alpa Jimenez**
**411 West Putnam Avenue, Suite 425**
**Greenwich, CT 06830**

| Claim/Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Customer Claim Confirmation ID: 3265-70-RPACN-190709536 | Name (Redacted) | as described on the Customer Claim filed on July 15, 2023 | FTX Trading Ltd. | 22-11068 |
| Schedule F Line 00332901 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Kit McConal_                           Date: August 16, 2023
Transferee/Transferee's Agent

| | | |
|---|---|---|
| 00332895 | | BTC[0.28123804], BULL[0], ETH[0], EUR[0.00], FTT[42.001469], NEXO[0], SOL[0], USD[4373.10], USDT[0.00005432] |
| 00332901 | Contingent | ADABULL[0], AVAX[0], AXS[0], BNB[0], BTC[0.00000001], DOGEBEAR2021[0], DOGEBULL[0], ETH[0.00000001], FTM[0], FTT[1.60000002], FTT_ST LUNA2[0.00000001], LUNA2_LOCKED[52.76252669], LUNC[0.00864407], MER[0], PAXG[0], RAY[0], SOL[0.00991183], SRM[.00000002], SRM_LOC USDT[0.00549243], USTC[0] |
| 00332902 | Contingent | BNB[0.10018117], BNB-PERP[0], BTC[0.13178691], BTC-20210625[0], BTC-PERP[0], ETH[0.00133369], ETH-0624[0], ETH-20210326[0], ETH-PERP |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.