# EXHIBIT 1

**Contracts**

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Neil Patel Digital, LLC | FTX Trading Ltd. | Neil Patel Digital, LLC<br>Attn: Jeff Johnson<br>750 B Street, Suite 1400<br>San Diego, CA 92101<br>Email: jj@npdigital.com;<br>        mikeg@npdigital.com | Master Services Agreement, dated as of October 19, 2021, and all related order forms, statements of work and schedules thereto. |
| Neil Patel Digital, LLC | FTX Trading Ltd. | Neil Patel Digital, LLC<br>Attn: Jeff Johnson<br>750 B Street, Suite 1400<br>San Diego, CA 92101<br>Email: jj@npdigital.com;<br>        mikeg@npdigital.com | Statement of Work #1, dated as of October 19, 2021, and all related order forms and schedules thereto. |
| Refinitiv (US) LLC | West Realm Shires Services Inc. | Refinitiv (US) LLC<br>3 Times Square<br>New York, NY 10036 | Master Terms Agreement, dated as of April 25, 2020, and all related order forms, statements of work and schedules thereto. |
| Refinitiv (US) LLC | FTX Trading Ltd. | Refinitiv (US) LLC<br>8 Liberty Street, 58th Floor<br>New York, NY 10005 | Order Form, dated as of January 19, 2022, and all related order forms, statements of work, schedules and agreements. |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Refinitiv (US) LLC | Alameda Research, LLC | Refinitiv (US) LLC<br>3 Times Square<br>New York, NY 10036 | Order Form, dated as of March 27, 2020, and all related order forms, statements of work, schedules and agreements. |