**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | To Be Determined |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | To Be Determined |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession has filed the attached *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Compelling Mediation of Chapter 11 Plan and Other Case Issues* (the "Mediation Motion").

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Mediation Motion, the Committee has filed the *Motion for Entry of an Order Shortening Notice and Scheduling an Expedited Hearing on the Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Compelling Mediation of Chapter 11 Plan and Other Case Issues* (the "Motion to Shorten"). Pursuant to the Motion to Shorten, the Committee has requested the Court to (i) shorten the time for notice of the hearing to consider approval of the Mediation Motion so that it may be heard on an expedited basis as set forth in the Motion to Shorten, and (ii) set a deadline of 12:00 p.m. (Eastern Time) two business days prior to such hearing for objections or responses to the relief requested in the Mediation Motion.

**PLEASE TAKE FURTHER NOTICE** that the Committee will provide notice of the hearing date and objection deadline for the Mediation Motion after the Court rules on the Motion to Shorten.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: August 18, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>           rpoppiti@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen\*<br>Kenneth Pasquale\*<br>Erez E. Gilad\*<br>Gabriel E. Sasson\*<br>Isaac S. Sasson\*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>           kenpasquale@paulhastings.com<br>           erezgilad@paulhastings.com<br>           gabesasson@paulhastings.com<br>           isaacsasson@paulhastings.com<br><br>*\* Admitted pro hac vice*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |