## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| | ) Chapter 11 |
| In re: | ) |
| | ) Case No. 22-11068 (JTD) |
| | ) |
| FTX TRADING LTD., et al.,[1] | ) (Jointly Administered) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) **Ref. Docket No. _____** |
| | ) |

**ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING ON THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER COMPELLING MEDIATION OF CHAPTER 11 PLAN AND OTHER CASE ISSUES**

Upon consideration of the motion (the "Motion to Shorten") of the Official Committee of Unsecured Creditors for entry of an order (this "Order") shortening the time for notice to consider the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Compelling Mediation of Chapter 11 Plan and Other Case Issues* (the "Mediation Motion"); and this Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and it appearing that the Motion to Shorten is a core proceeding within the meaning of 28 U.S.C. § 157; and venue of this proceeding and this Motion to Shorten in this District being proper

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Motion to Shorten being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is hereby GRANTED as set forth herein.

2.      The hearing to consider the Mediation Motion will be held on _____, 2023 at ___:___ __.m. (ET).  Objections to the relief requested in the Mediation Motion, if any, shall be filed and served on the Committee no later than _____, 2023 at 12:00 p.m. (ET).

3.      The Committee shall serve a copy of this Order on the service parties identified in the Motion to Shorten within one business day of the entry of this Order.

4.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.