## **EXHIBIT A**

### **Mosley Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 2137** |

**DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF
MOTION OF DEBTORS FOR AN ORDER AUTHORIZING
AND APPROVING PROCEDURES FOR SETTLING CERTAIN
EXISTING AND FUTURE LITIGATION CLAIMS AND CAUSES OF ACTION**

I, Edgar W. Mosley II, hereby declare under penalty of perjury:

1.      I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2.      I have more than 20 years of restructuring and distressed investment experience across various industries, including oil & gas, manufacturing, transportation, automotive, retail, industrial construction, telecommunications, healthcare, and consumer products.  I have a Bachelor's Degree from Harvard University, and have been recognized as a Certified Insolvency and Restructuring Advisor by the Association of Insolvency and Restructuring Advisors, where I served on the board from 2019 until 2020.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072081.}

3.      Since joining A&M, I have been involved in numerous Chapter 11 restructurings including Seadrill Limited (2020 and 2017), Valaris plc, Diamond Offshore Drilling, Inc., Imerys Talc America, White Star Petroleum, Southcross Energy, Magnum Hunter Resources, Exide Technologies (where I served as the Chief Restructuring Officer), and Visteon Corporation.

4.      I submit this declaration (the "Declaration") in support of the Debtors obtaining final relief with respect to the *Motion of Debtors for an Order Authorizing and Approving Procedures for Settling Certain Existing and Future Litigation Claims and Causes of Action* [D.I. 2137] (the "Motion").[2]  I am not being compensated separately for this testimony other than through payments received by A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").  Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the above-captioned case (the "Chapter 11 Case") or information provided to me by the Debtors.  If called upon to testify, I could and would testify to the facts set forth herein on that basis.  I am authorized to submit this Declaration on behalf of the Debtors.

5.      The Debtors, with the assistance of their advisors, have for months been conducting a strategic review of potential claims of the estate, including potential avoidance actions related to the misuse and transfer of estate assets that involved, *inter alia*, overpaying for venture investments and acquisitions, improper loans, speculative trading, the purchase of luxury

---

[2]    Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

properties, as well as political and other donations.  The Debtors have begun the process of

issuing demand letters and pursuing avoidance claims through adversary proceedings filed in this

Court.  [*See* D.I. 1502, 1503, 1504, 1679, 1866].  I understand there are many more litigation

claims to come.

6.      The Debtors and their advisors continue to evaluate the Debtors' claims

and causes of action.  But the Debtors expect the total number of avoidance claims, including

preferences, the recovery of asset transfers, political and charitable donations number in the

thousands.  I understand that a number of the parties that the Debtors have claims against have

asserted, and will likely continue to assert, claims against the Debtors.

7.      Based on my understanding of the Debtors' claims to date, a significant

number of the Debtors' potential estate claims are smaller in size and would be eligible for

resolution pursuant to the proposed Settlement Procedures.

8.      I believe that the administration of the Debtors' estates would be

facilitated and value maximized if the Settlement Procedures are implemented and the Debtors

have the ability to settle Small Estate Claims with a Settled Value of $7,000,000 or less without

needing to file a separate motion pursuant to Federal Rule of Bankruptcy Procedure 9019,

provide notice of each individual settlement, and obtaining Court approval.  I further believe the

Debtors will be able to more efficiently negotiate and settle claims with individual defendants

either before or after filing adversary proceedings without filing individual settlement approval

motions with respect to every claim irrespective of size.  Without this authority, the Debtors will

incur significant costs and delays associated with preparing, filing, and serving individual

pleadings and motions with the Court.

9.      The Settlement Procedures were developed to effectively govern individual settlements of Small Estate Claims on a more cost-effective and expeditious basis, while at the same time preserving an oversight function for key parties-in-interest in these Chapter 11 Cases as Noticed Parties who retain an opportunity to diligence settlements and object if they disagree with the Debtors' business judgment with respect to any individual settlement.

Dated: August 20, 2023                          /s/ Edgar W. Mosley II
                                                Edgar W. Mosley II
                                                Alvarez & Marsal North America, LLC
                                                Managing Director