**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF BRUCE MENDELSOHN PURSUANT TO THE DEBTORS' APPROVED APPLICATION FOR AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF PERELLA WEINBERG PARTNERS LP AS INVESTMENT BANKER TO THE DEBTORS *NUNC PRO TUNC* TO NOVEMBER 16, 2022 AND (II) WAIVING CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(H)**

I, Bruce Mendelsohn, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am a Partner at Perella Weinberg Partners LP (and together with its corporate advisory affiliates, "PWP" or the "Firm"), which has its principal office at 767 Fifth Avenue, New York, New York 10153.  PWP is part of a global financial services firm that provides corporate advisory and asset management services.  I am duly authorized to make this third supplemental declaration (the "Third Supplemental Declaration") on behalf of PWP.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

14127754

2.        I submit this Third Supplemental Declaration to supplement my Prior Declarations (as defined below) that have been submitted in connection with PWP's retention in these Chapter 11 Cases. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[2]

3.        On November 11 and November 14, 2022,[3] the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code").

4.        On December 21, 2022, the Debtors filed their *Application for an Order (I) Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors* Nunc Pro Tunc *to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(H)* [D.I. 275] (the "Application") and attached thereto was my declaration in support of the Application (the "Original Declaration"). On January 18, 2023, the Debtors filed a supplement to the Application [D.I. 524] (the "Application Supplement") and attached thereto was my supplemental declaration in support of the Application (the "Supplemental Declaration"). On February 1, 2023, the Debtors filed my second supplemental declaration in support of the Application [D.I. 603] (the "Second Supplemental Declaration" and together with the Original Declaration and the Supplemental Declaration, the "Prior Declarations").

---

[2]    Certain of the disclosures herein relate to matters within the knowledge of other professionals at PWP and are based on information provided by them.

[3]    November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

14127754

5.      On February 3, 2023, the Court entered the *Order Authorizing the Retention and Employment of Perella Weinberg Partners LP as Investment Banker to the Debtors nunc pro tunc to November 16, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Loral Rule 2016-2(H)* [D.I. 615] (the "<u>Retention Order</u>").

6.      I submit this Third Supplemental Declaration to disclose certain additional information which has come to my attention since the filing of the Prior Declarations. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

<u>**ADDITIONAL POTENTIAL PARTIES IN INTEREST**</u>

8.      In connection with its retention by the Debtors in this case, PWP has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or been discovered. In connection therewith, it has come to PWP's attention that the entities identified on Schedule 1 attached hereto (the "<u>New Parties</u>") are parties involved in the Debtors' chapter 11 cases who were not identified on the schedules to the Prior Declarations. The New Parties together with the parties identified on the schedules to the Prior Declarations are hereinafter referred to as the "<u>Potential Parties in Interest</u>").

9.      Based on the review protocol described in the Original Declaration, the relationships with the New Parties are identified on Schedule 2 attached hereto.

3

10.     In addition, as part of PWP's research and inquiries to determine whether it, or any of its Professionals, had any present or former connections with Potential Parties-in-Interest (performed as described in the Original Declaration), PWP makes the following disclosures:

    a.   <u>PWP Professional Investments</u>.  PWP searched its databases of current direct investments held by PWP Professionals in PWP's Advisory Practice against the list of Potential Parties in Interest to identify any known investments by such PWP Professionals in any Potential Parties in Interest.  PWP's search of direct investments held by such PWP Professionals indicated investments in the following Potential Parties in Interest and/or their affiliates: Nasdaq; Robinhood Markets; Sofi Technologies; SVB Financial Group; BlackRock Inc.;  ETHE: Grayscale Ethereum Trust (ETF); First Republic Bank; Grayscale Bitcoin Trust (BTC); Jefferies Financial Group Inc.

       All such investments were in amounts representing less than 0.1% of any issue and three of such investments were held by PWP Professionals working on the Debtors' chapter 11 cases.

11.     Based on the results of its review, to the best of my knowledge, except as set forth herein or in the Prior Declarations, PWP does not have an active relationship with any of the Potential Parties in Interest in matters relating to the Debtors' Chapter 11 Cases.

*[Remainder of Page Intentionally Blank]*

4

SimplyAgree Sign signature packet ID: a2fe55db-350f-4f32-9937-f8eb23ade50a

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2023.

*Bruce Mendelsohn*

---

Bruce Mendelsohn
Partner
Perella Weinberg Partners LP

5

14127754

## SCHEDULE 1

## NEW PARTIES

**FTX Trading – Redacted Parties in Interest**[1]

**363 Sales Parties**

7Ridge

ACX

Alphapoint

Anya Torres

Belinda Meruelo

BitPanda

Blockdaemon

BSQ Capital

CMC Markets

CoinDCX

DNA Capital

Docomo

Enhanced Digital

Euroclear

Flow Traders

Galaxy Digital

Gamepay

INX

JC Flowers

Jing Shi

Joffre Capital

LMAX Group

Miguel Echemendia

Mingxing Xi

Nasdaq

Newco/ LedgerX Acquisitions

Noia

NYDIG

OKC Holdings Corporation

OKC USA Holding Inc.

OKCoin

Outlander Capital

Palm Ventures

Rakuten

REAZON

Richard Meruelo

Ripple Labs, Inc.

Robinhood

StoneX

Sygnum

Thunderbridge

TMX

Tribe Capital

USA Opportunity Income One, Inc.

Xpansiv

Z Holdings / Yahoo

**Investments/Acquisition**

42 LABS INC.

6529 CAPITAL GP LLC

80 ACRES URBAN AGRICULTURE, INC.

ACE LUCK INTERNATIONAL LIMITED

AGILE GROUP FUND A

Agile Group Pty. Ltd.

ALLIANCE LABS LTD.

Altimeter

ANCHOR LABS, INC.

ANTHROPIC, PBC

APE RAVE CORP.

ARCANA ANALYTICS, INC.

ARCHAX HOLDINGS LTD

ARMOR DAO

ARTEMIS ANALYTICS INC.

AU SPECIAL INVESTMENTS II, L.P.

Avara Labs

AVY ENTERTAINMENT, INC.

AXELAR FOUNDATION

BASIS YIELD CORP

BEIJING BANBO TECHNOLOGY CO., LTD.

BEIJING PLANET NODE COMMUNICATION CULTURE CO., LTD.

BENGINE, INC.

BETDEX LABS, INC.

BİLİRA TEKNOLOJİ ANONİM ŞİRKETİ

BITW: Bitwise 10 Crypto Index Fund

BLACK HOLE INDUSTRIES

BlackRock Inc

BLADE LABS INC.

BLOXROUTE LABS, INC.

BLUE HORIZON GLOBAL CORP

BO TECHNOLOGIES LTD.

Bond III

BONZAI PROTOCOL LTD.

BULLET GALAXY LABS LTD.

BUZZ DEVELOPMENT INC

CELESTIA FOUNDATION

ChainTimes Fintech Limited

CHILLCHAT HOLDINGS PTE. LTD.

CHINGARI HOLDINGS LTD.

---

[1] Pursuant to the Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals [D.I. 1643], the names of customers are redacted.

Chipper Cash

COFFEE TO CODE TECHNOLOGIES PTE. LTD.

COIN Finance Limited

COMBAT LAB, INC.

CONCURRENT C INC

CONTRARIAN DEFI LLC

CONTXTS.IO INC

CREATOROS INC.

CRIPCO PTE. LTD.

CRY AI DEVELOPMENT ASSOCIATION LTD.

CRYPTOMIND LAB PTE. LTD

CURATED NFTS GP, LLC

CYBERPREP CORP

DAPPBASE PTY LTD

DAPPBASE VENTURES LIMITED

DAVE Class A Common Stock

DEFI ALLIANCE DELAWARE FEEDER I LP

DELTA ONE LABS, CORP.

DGTAL LABS LIMITED

DGTAL RESEARCH INC.

Docs I18N, Inc.

DOODLES SUPER HOLDCO, LLC

DRIVEWEALTH HOLDINGS, INC.

DTRADE LABS INC.

EIZPER

ENTROPY PROTOCOL LTD.

ETCG: Grayscale Ethereum Classic Trust (ETC)

ETHE: Grayscale Ethereum Trust ETF

ETHOS INVESTMENTS XII LLC

EUCLID LABS, INC.

EVOSVERSE LTD

FAIRSIDE NETWORK LLC

FANATICS HOLDINGS, INC.

FBH CORPORATION

FOLKVANG, SRL

Fractal Network Ltd.

FRIKTION LABS INC.

FTX Japan

FTX VENTURES BAHAMAS LIMITED

FUND II, A SERIES OF TOY VENTURES, LP

FUTARCHY RESEARCH LIMITED

FUTURE FUTURE LABS LTD.

GAMECHAIN LTD.

GAMERGAINS LAB, INC.

GENESIS BLOCK LIMITED

GGX PROTOCOL LIMITED

Grayscale Bitcoin Trust (BTC)

Grayscale Digital Large Cap Fund LLC

GREENPARK SPORTS, INC.

HATEA LOOP LTD.

HUMBLEFRENS LTD

J DIGITAL 6 CAYMAN LTD.

JET PROTOCOL HOLDINGS LLC

JITO NETWORK INC.

KABOMPO HOLDINGS, LTD.

KAILAASA INFOTECH PTE LTD

KEPLER SPACE INDUSTRIES LIMITED

KINDERGARTEN VENTURES FUND II

KRESUS LABS, INC.

KUROSEMI INC.

LAB3 TECHNOLOGY LIMITED

LIGHTBEAM DATA LABS INC.

LIGHTSPEED FACTION FUND I, LP

Liquid 2

LN SPORTS & HEALTH TECH FUND (GP), LLC

LTCN: Grayscale Litecoin Trust (LTC)

LTIC, INC.

LUXON CORPORATION

MATIC NETWORK

MATILOCK, INC.

MCDEX FOUNDATION LTD

MERGE HOLDINGS LTD

MESSARI HOLDING INC.

METALINK LABS, INC.

METAMAGNET LIMITED

METAPLAY8 LIMITED

MINA FOUNDATION LTD.

MINT I, A SERIES OF CURATED NFTS, LP

M-LEAGUE PTE. LTD.

MOJOVERSE, INC.

MPC TECHNOLOGIES PTE LTD

MULTISAFE, INC.

MYTHICAL, INC.

NEAR FOUNDATION

NEKOVIA LABS LIMITED

NESTCOIN HOLDING LIMITED

NEXUS PRO, INC.

NGM WORLD LIMITED

NODE GUARDIANS LIMITED

Noom Limited

NURAL CAPITAL FIRST LIGHT

NURAL CAPITAL FIRST LIGHT (US) LP

O'LEARY PRODUCTIONS USA LLC

ODYSSEY TECHNOLOGIES LIMITED

ORDERLY NETWORK LTD

OTC SERVICES LTD.

OVEX PROPRIETARY LIMITED

PACE HEALTH PTE. LTD.

PANGEA FUND I LP

PANTERA BLOCKCHAIN GP LLC

PARADIGM CONNECT HOLDINGS, LLC

PARADIGM ONE

PARADIGM ONE GP, LLC

PARASTATE FOUNDATION LTD

PARASWAP LABS

PARROT PROTOCOL.

PIER3 VENTURES LIMITED

Pintu

PINTU INVESTMENTS ONE PTE. LTD.

PIONIC VENTURES LLC

PORTALS LABS, INC.

PORTTO CO.

PRAGMA PLATFORM, INC.

Prime Round Ltd

PROTEGO TRUST COMPANY

PT TRINITI INVESTAMA BERKAT

REBITTANCE INC.

REFRACTOR, INC.

RUBIN GLOBAL LIMITED

SAMUDAI TECHNOLOGIES PTE LTD

SANDAI LIMITED

SATORI RESEARCH INTERNATIONAL HOLDINGS LIMITED

SCHF (GPE), LLC

SCHF CAYMAN, L.P.

SECURE INC.

Sequoia Heritage

SERUM FOUNDATION

SINTRA LABS, INC.

SIPHER JSC LIMITED

SKY MAVIS PTE. LTD.

SKYBRIDGE CAPITAL II, LLC

SKYBRIDGE COIN FUND LP

SMILE RESEARCH LIMITED

SOBA STUDIOS, INC

SOCIAL RESEARCH

SOJ TRADING LTD.

SOTERIA FZCO

SPACE METAVERSE AG

SPOAK, INC

STACKED FINANCE CORPORATION

STARKWARE INDUSTRIES LTD.

STEP FINANCE PROJECT

STOKE SPACE TECHNOLOGIES, INC.

SUBSPACE LABS, INC.

SUNDAESWAP LABS, INC.

SUNLIGHT PROJECT LIMITED

SWIM PROTOCOL LTD

SYNDICA INC.

SYNTHETIFY LABS SP. Z.O.O.

TALEVERSE ENTERTAINMENT STUDIOS, INC.

THE METAPLEX FOUNDATION

TIPLINK CORP

TORUS LABS PRIVATE LIMITED

TRADEWIND MARKETS, INC.

TRANSFERO SWISS A.G.

Tripledot Studios Limited

TWENTY-SECOND CENTURY DORA TECHNOLOGY HOLDINGS, INC.

UMEE LABS INC.

UPBOTS GMBH

VAUS LIMITED

Vosbor Exchange B.V.

WAEV LABS INC.

WEBUTECH PTE. LTD.

WENEW, INC. - parent co Yuga Labs, Inc

WIZARDSARDINE, LDA.

WIZPACE

WORLDSPARK STUDIOS, INC.

WUM.BO INC.

XDEFI TECHNOLOGIES LTD

XTERIO FOUNDATION

ZERO ONE PROTOCOL INC.

**Ad Hoc Committee (Non US Customers of FTX.com)**

Venable LLP

**Notice of Appearance**

Cadian Group Co.

Emergent Fidelity Technologies, Ltd.

Grant Kim

New Jersey Bureau of Securities

Oracle America, Inc.

Peter Kim

**Banks/Lenders/UCC Lien Parties/Administrative Agents**

ANCHORAGE LENDING CA, LLC

ANCHORAGE LENDING, LLC

Ashla International Inc

Bittrex, Inc.

BLOCKCHAIN ACCESS UK LTD

Digital Gamma

Emerchantpay

Etana Custody

First Republic Bank

Galago Holdings Limited

Genesis Global Capital, LLC

LIGHTSPEED VENTURE PARTNERS IX, L.P.

Matrix Port Technologies (Hong Kong) Limited

MIAMI INTERNATIONAL HOLDINGS, INC.

Middletown Valley Bank

| | |
|---|---|
| Nexo Capital | Name On File |
| San Juan Mercantile Bank & Trust | Name On File |
| SBI | Name On File |
| SBI Clearing Trust | Name On File |
| SLEMMER, DOUGLAS | Name On File |
| SMART RIVER INVESTMENTS LIMITED | Name On File |
| Sparkasse Hannover | Name On File |
| SPRING LAKE 5, LLC, ET AL | Name On File |
| Stanford Federal Credit Union | Name On File |
| Tesseract Group Oy | Name On File |
| TILLYAEV, TIMUR, ET AL | Name On File |
| Trade Station | Name On File |
| Transactive Systems | Name On File |
| VanEck ETP AG | Name On File |
| Vietcombank | Name On File |
| Ziraat Bankasi | Name On File |
| **Bankruptcy Professionals** | Name On File |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | Name On File |
| Morgan & Morgan | Name On File |
| Owl Hill Advisory | Name On File |
| RLKS Executive Solutions LLC | Name On File |
| **Scheduled Claimant** | Name On File |
| Deltec International Group | Name On File |
| Fried, Barbara | Name On File |
| LYNN NGUYEN | Name On File |
| SEBASTIAN RAMIREZ | Name On File |
| Valdez K. Russell | Name On File |
| Weiyi Xia (Iris) | Name On File |
| **Contract Counter-Parties** | Name On File |
| Caesars Entertainment | Name On File |
| Caesars Palace Las Vegas | Name On File |
| Cal Bear Sports Properties, LLC | Name On File |
| Creator Agency LLC on behalf of The Ice Coffee Hour | Name On File |
| Echo Marketing | Name On File |
| ENK Group Limited - dba Ericka Kullberg LLC | Name On File |
| GCKM LLP | Name On File |
| Latte Larry Inc. | Name On File |
| Laureus / NO Play Academy | Name On File |
| LFG NFTS, Corp. | Name On File |
| NAOMI OSAKA, LLC | Name On File |
| Nathan Sloan | Name On File |
| Nerdwallet, Inc | Name On File |
| NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | Name On File |
| Ohana Experience, LLC. | Name On File |
| Pentoshi | Name On File |
| Tilbury Multi-Media Ltd | Name On File |
| Tomorrowland | Name On File |
| **CUSTOMERS** | Name On File |
| Name On File | Name On File |

| | |
|---|---|
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |
| Name On File | Name On File |

**Director/Officer**

| | |
|---|---|
| Name On File | Adebayo Samuel Juwon |
| Name On File | Amy Wu |
| Name On File | Atsushi Taira |
| Name On File | BURÇAK ÜNSAL |
| Name On File | Chen Sook Mae |
| Name On File | Colette Daniele Vanessa Gaudechon Ep Tournadre |
| Name On File | Johannes van Zeijts |
| Name On File | Kathryn Schultea |
| Name On File | Kurt Knnip |
| Name On File | Larissa Jane Deacon |

Line Holdings Limited

Line Secretaries Limited

Mary H. Cilia

MATHILDE BROUSTAU EP TAVERNE

Matsack Nominees Limited

Max Hartmut

Maxwell Wood

Metered Limited

Patricia P Ragupathy

Philippe Taverne

Raj Perubhatla

Romanos Secretarial Limited

## Donations

American Patriots PAC

BAPTIST HEALTH SOUTH FLORIDA FOUNDATION

BRINK TECHNOLOGY

CARBONPLAN

CHILDREN'S HEALTHCARE OF ATLANTA INC

DOZY INC

FTX PHILANTHROPY INC.

GIVE FOUNDATION

GUARDING AGAINST PANDEMICS, INC.

Humanity 2.0 Foundation

INTERNATIONAL POLICY NETWORK

NEW VENTURE FUND

NEWORLD ONE BAY STREET

NORTH VALLEY COMMUNITY FOUNDATION

PHIL AND AMY MICKELSON FOUNDATION

Planning for Tomorrow

RALLY FOUNDATION INC

SUSAN G KOMEN BREAST CANCER FOUNDATION

THE GOOD FOOD INSTITUTE, INC.

THE SALVATION ARMY (ATLANTA)

## Insurance

Ascot Specialty Insurance Company

Edgewood Partners Insurance Center

Evanston Insurance Company

Gotham Insurance Company

HDI Global Specialty SE

Lloyd's America, Inc. / Beazley Syndicate

Lloyd's America, Inc. / Hiscox Syndicate

## Interested Parties

20VC

Abu Dhabi Investment Council Company P.J.S.C.

Al Nawwar Investments RSC Limited

Apex Fintech Solutions Inc.

Binance.US

Cadenza

Cantor Fitzgerald Technology Markets LLC

Children's Hospital of Austin

Clear Street Holdings LLC

Clouty, Inc.

Digital Augean, LLC

FinTech HQ Inc.

Galaxy Digital Holdings Limited Partnership (a/k/a Galaxy Digital Holdings Ltd

Greycroft

Hack VC Management, LLC

Industry Ventures

Kalshi, Inc.

LMAX Exchange Group Limited

M 7 Holdings, LLC

Mercury Technologies, Inc.

Oak HC/FT Management Company LLC

Oasis Pro, Inc.

Offchain Labs, Inc. (Arbitrum)

Raine Group

Reazon Holdings, Inc.

Road Capital Management LP

Robert S. Murley

Robinhood Markets, Inc.

SALT Fund Management, LLC

Sharegain Ltd

SoFi Technologies, Inc.

State of Wisconsin Investment Board

SVB Financial Group

Tatiana Koffman

Tipranks

Treasury Fund Management LLC

Tribe Capital Management LLC

University of Wisconsin Foundation

Vestwell Holdings Inc.

Walton Enterprises

Wedbush Financial Services, LLC

## Known Affiliates - JV

BCOIN DIGITAL ASSETS LTD

BCOIN TECHNOLOGY & CO. AG

BINARY TECHNOLOGY & CO. AG

DIGITAL DERIVATIVES GMBH

EMBED CRYPTO LLC

FTX GENERAL PARTNERS AG

## LANDLORDS

Brickell LLC

Büchel Holding AG

Executive Centre Security

Liecht Business Center

Regus Japan Holdings K.K. - (PARENT CO Mitsubishi Estate)

Regus KK

## Litigation

AARON SALIM

ALLEN CHUM

Austin Onusz

Benjamin Armstrong

Bybit Fintech Limited

Cedric Kees Van Putten

Even Singh Luthra

GARY RAMM

Hamad Dar

JULIE SCHOENING

LINLI KWEK

Nicholas J. Marshall

Rebecca Gallagher

SRO TREUHANDSUISSE

Trademark Trial and Appeal Board

**Ordinary Course Professionals**

Ali Budiardjo, Nugroho, Reksodiputro

Harney Westwood and Riegels LP

**Other Significant Creditors**

AdEx Network OÜ

ALAMEDA RESEARCH PARTNERSHIP

aleph.im

APOLLO CAPITAL OPPORTUNITIES FUND LTD

Apricot Platform Limited

Avalanche (BVI), Inc.

BAY CREST LTD.

BAYTECH GROUP INC.

BitBrawl INC

BlockFi Lending LLC

BlockFills

BLUE CIRCLE FOUNDATION

CARRIBEAN INVESTIGATIVE NETWORK LTD

Changpeng Zhao

Chilling Group Ltd.

Coin98 Labs Ltd

Compound Capital Partnes

COTTONGROVE TRADING LIMITED

COTTONWOOD MANAGEMENT COMPANY LIMITED

Dacoco GmbH

DIGITAL GAMING FOUNDATION

DIGITAL GAMING HOLDING INC.

DUX (BVI) Ltd

EMERGENT FIDELITY TECHNOLOGIES LTD.

EYEWITNESS SYSTEMS LTD.

FC BLOCKCHAIN PANAMA, S.A.

FINFINITY APEX LIMITED

Flow Foundation, c/o International Corporation Services Lt

FRAMEWORK CONSULTING LTD.

FTX FBF LLC

FTX INTERNATIONAL CORP.

FTX INTERNATIONAL FOUNDATION

FTX US PIONEER INC

FUNDACIÓN DE BLOCKCHAIN PANAMA

GenesysGo Network Solutions

GROVE WESTMONT INC.

Guardians Guild Limited

HUMAN PROTOCOL FOUNDATION

HXRO GAMES, INC.

INCENTIVE ECOSYSTEM FOUNDATION

Infinity Conflomerate Group

INGRAHAM CONSULTING PTE LTD

itBit PTE. LTD (Paxos)

JONDAL PARTNERS PTE LTD

KIK INTERACTIVE INC.

KING SIRIUS LIMITED

KUJI CORP.

LANIAKEA INC.

LEDGERPRIME DIGITAL ASSET OPPORTUNITIES OFFSHORE FUND

Lemon Fund

LITTLE HARBOUR LTD.

LooksRare

Manticore Securities AS

Mars Voyage Limited

MBG LLC

Mean Labs Limited

Mempool Flying Club

MetisLab Foundation Ltd

Mojito Markets S.A

NEBULAR COACH LLC

Nerf Design Inc

NINJA EPOCH LIMITED

NMFV Tech Limited

Nocturn Venture Partners Limited

Nodle Limited

NORTON HALL LTD

NOVA TREASURE PTE LTD

Off the Chain Defi Ltd.

OliveX (BVI) Limited

OMG Foundation

Phala Ltd c/o Setus Incorporations (BVI) Limited

PINETREE EAST INC.

Provenance Blockchain Foundation

PTU Technologies Ltd.

QORPO s.r.o.

Realy Metaverse Ltd

RIPPLE LABS, INC.

Robert Paulsen Limited

Secret Foundation, Inc

Shen Bo
Socios Technologies AG
Stake Technologies PTE. LTD
StarLaunch Labs Ltd
Sunlight Project Limited
The Compendium Foundation
THE GRANADA LTD
TOBY CONSULTING SERVICES INC.
UNSpecified, INC
VSOW Limited
Waterfall Foundation
WHIRL CASA LIMITED
Zulu Republic Gmbh

RED POINTS SOLUTIONS S.L.
SOL STORES (SOLANA SPACES-SOLANA LABS, INC.)
SPACEWELL INTERIORS LLC
STREAMLINE PARTNERS LLC
T Sutat
TONGLE X LLC DBA VUI CONSULTING
TRICOR KK
TRIDENT SECURITY SOLUTIONS, LLC
TURNER NETWORK TELEVISION
Wasserman Media Group
WASSERMAN MEDIA GROUP LLC
WASSERMAN MUSIC LLC
Zelos Audit Firm

**Taxing Authority/Governmental/Regulatory Agencies**
CySEC Cyprus (EEA-wide Passported License)
Financial Crimes Enforcement Network (FinCEN)

**UCC Professionals**
Debevoise and Plimpton
InCorp Global
JEFFERIES FINANCIAL GROUP INC.
Paul Hastings LLP
Young Conaway Stargatt & Taylor, LLP

**Vendors**
BALLOTREADY, INC.
COLLINS ANDREW JOHN
Elite Foundations Pension Plan
Fairview Asset Management LLC
HERBERT SMITH FREEHILLS
HOKO AGENCY MIDDLE EAST FZ LLC
Japan Employee's Pension Insurance (EPI)
JET WALLET LLC
Konkrit Accounting Services
LAURA VIDIELLA
Links HR Singapore Pte. Ltd.
Mandatory Provident Fund (Hong Kong)
MARGARITAVILLE BEACH RESORT
Mazars Group
MFRO Inc
MONUMENTAL SPORTS & ENTERTAINMENT
Moore Stephens CPA Limited
NAV Consulting
OTC Service AG
OTTER AUDITS LLC
PARADIGM ONE LP
Parker Russell
Premio Consult
PRICEWATERHOUSECOOPERS
PSYOP PRODUCTIONS INC
RAY BLOCH PRODUCTIONS INC

**SCHEDULE 2**

**Results of Conflicts Check**

| Party in Interest | Relationship to Debtors | Relationship to PWP Advisory |
|---|---|---|
| Herbert Smith Freehills LLP | Vendors | Vendor |
| Nasdaq | 363 | Vendor Affiliate |
| PricewaterhouseCoopers | Vendors | Vendor Affiliate |
| Regus KK | Landlords | Vendor Affiliate |
| Tricor K.K. | Vendors | Vendor Affiliate |
| Venable LLP | Ad Hoc Committee (Non US Customers of FTX.com) | Vendor |

14127754