# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., FTX TRADING LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., | |
| Plaintiffs, | Adv. Pro. No. 23-50145 (JTD) |
| -against- | |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, and J. DOES 1–20, | |
| Defendants. | |
| FTX DIGITAL MARKETS LTD., BRIAN C. SIMMS, KEVIN G. CAMBRIDGE, and PETER GREAVES, | |
| Counterclaim Plaintiffs, | |
| -against- | |
| ALAMEDA RESEARCH LLC., *et al.*, | |
| Counterclaim Defendants. | |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0071942.4}

| | |
|---|---|
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC. <br><br> Plaintiffs, <br><br> -against- <br><br> ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH, GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1, WILLIAM HOCKEY LIVING TRUST, and 9YARDS CAPITAL INVESTMENTS II LP, <br><br> Defendants. | Adv. Pro. No. 23-50379 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> MICHAEL GILES, *et al.*, <br><br> Defendants. | Adv. Pro. No. 23-50380 (JTD) |
| ALAMEDA RESEARCH LTD., WEST REALM SHIRES, INC., and WEST REALM SHIRES SERVICES, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> SAMUEL BANKMAN-FRIED, NISHAD SINGH, and ZIXIAO "GARY" WANG, <br><br> Defendants. | Adv. Pro. No. 23-50381 (JTD) |

| |  |
|---|---|
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>       Plaintiffs,<br><br>    - against -<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>       Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
AUGUST 23, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
<u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW
BY AUGUST 23, 2023 AT 11:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-6trz4vHYvW1i-V-5LPHWnIdiMYgb8

**After registering your appearance by Zoom, you will receive a confirmation
email containing information about joining the hearing.**

Topic:  FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
When:  August 23, 2023 at 1:00 p.m. (ET)

<u>**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**</u>

**ADJOURNED MATTERS:**

1. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research Ltd. v. Samuel Bankman-Fried, et al.*, Adv. No. 23-50381 (JTD) – Adv. D.I. 3, filed on May 24, 2023]

   <u>Status</u>: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. and Maclaurin Investments Ltd. v. Lorem Ipsum UG, et al.*, Adv. No. 23-50437 (JTD) – Adv. D.I. 3, filed on July 18, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

3. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. FTX Digital Markets Ltd. et al.*, Adv. No. 23-50145 (JTD) – Adv. D.I. 35, filed on July 27, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

4. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Rocket Internet Capital Partners II SCS, et al.*, Adv. No. 23-50379 (JTD) – Adv. D.I. 3, filed on May 30, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

5. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Michael Giles, et al.*, Adv. No. 23-50380 (JTD) – Adv. D.I. 3, filed on May 24, 2023; Adv. D.I. 4, filed on May 30, 2023; Adv. D.I. 5, filed on May 31, 2023; Adv. D.I. 7, filed on June 14, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

6. Motion for the Entry of an Order (I) Authorizing and Directing the Debtors to Return Certain Postpetition Cryptocurrency Deposits to D1 Ventures and (II) Granting Related Relief [D.I. 1584, filed on June 8, 2023]

   Status: This matter is adjourned to a date to be determined

7. Motion of 101 Second Street, Inc. for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §§ 503 (b)(a), and 507(a) [D.I. 1802, filed June 29, 2023]

   Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

8. Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed July 17, 2023]

   Response Deadline: July 26, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Objection of Evolve Bank & Trust to Joint Omnibus Motion of Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1922, filed on July 26, 2023]

B. Silvergate Bank's Response to Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2014-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1925, filed on July 26, 2023]

C. Non-Party Silicon Valley Accountants' Objection to the Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Motion Pursuant to Bankruptcy Rule 2004 for an Order Authorizing the Issuance of Subpoenas (DKT. 1874) [D.I. 1982, filed on July 31, 2023 (modifying withdrawn D.I. 1927, filed on July 26, 2023)]

Status: This matter is adjourned to the hearing scheduled for September 13, 2023 at 1:00 p.m. (ET)

## RESOLVED MATTERS:

9. Motion of Debtors for Entry of An Order Directing the Turnover of Assets [D.I. 2107, filed on August 2, 2023]

    Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

10. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with the University of Toronto, (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 2108, filed on August 2, 2023]

    Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

11. [SEALED] Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Settlement Agreement with IEX Group, Inc., (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 2109, filed on August 2, 2023]

    Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

12. Motion of Debtors for Entry of An Order (A) Authorizing the Debtors to File Certain Schedules to the Settlement and Stock Exchange Agreement Between FTX Trading Ltd.,

West Realm Shires Inc. and IEX Group, Inc. Under Seal and (B) Granting Related Relief [D.I. 2112, filed on August 2, 2023]

Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

13. Motion to Dismiss Debtor FTX Exchange FZE [D.I. 2113, filed on August 2, 2023]

Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

14. Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date [D.I. 2142, filed on August 2, 2023]

Status: On August 18, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

15. Update regarding Chapter 11 Cases.

Status: This matter is going forward.

16. Motion of Debtors for an Order Authorizing and Approving Procedures for Settling Certain Existing and Future Litigation Claims and Causes of Action [D.I. 2137, filed on August 2, 2023]

Response Deadline: August 16, 2023 at 4:00 p.m. (ET)

Responses Received:

A. United States Trustee's Objection to Motion of Debtors for an Order Authorizing Procedures for Settling Certain Existing and Future Litigation Claims and Causes of Action [D.I. 2189, filed on August 16, 2023]

Related Documents:

B. Debtors' Reply in Support of Settlement Procedures Motion [D.I. 2215, filed on August 20, 2023]

Status: This matter is going forward.

<table>
<tr><td>Dated: August 21, 2023<br>Wilmington, Delaware</td><td>**LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession*</td></tr>
</table>