IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MICHAEL CAHILL
IN SUPPORT OF MOTION OF PYTH DATA
ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Michael Cahill, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746, and make this declaration to the best of my knowledge and belief:

1. On June 14, 2023, the Pyth Data Association filed the *Motion of Pyth Data Association for Relief from the Automatic Stay* [Docket No. 1632] (the "Motion").[2]

2. On June 23, 2023, the Court entered the *Order Granting Motion of Pyth Data Association for Relief from the Automatic Stay* [Docket No. 1693] (the "Order").

3. Paragraph 4 of the Order requires that "[f]ollowing the completion of the Reminting Plan, a representative of the PDA shall file a declaration with the Court stating that the PDA has endorsed New PYTH and Original PYTH has no functionality on the Pyth Protocol."

4. The Reminting Plan has been completed.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

2

5.      The PDA has endorsed New Pyth and Original PYTH has no functionality on the Pyth Protocol.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 23, 2023  
Porto, Portugal

Respectfully submitted,

*/s/ Michael Cahill*  
Michael Cahill