| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: August 23, 2023 at 1:00 p.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

JUDGE: Dorsey     COURTROOM: 5

CASE NUMBER(S): 22-11068   CASE NAME: FTX Trading Ltd.   DATE: 8/23/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Erin Broderick | Eversheds Sutherland (US) LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | " " " " " " " |
| Kris Hansen | Paul Hastings | Official Committee of Unsecured Creditors |
| Gabe Sasson | " | " |
| Matt Lunn | Young Conaway | " |
| Juliet Sarkessian | U.S. Trustee | |

**FTX TRADING LTD. - Case No. 22-11068**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Mia | Cooper | n/a | |
| David | Kozlowski | Interested Party | Morrison Cohen LLP |
| Heath | Rosenblat | Lorem | Morrison Cohen LLP |
| Spencer | Payne | Silver Point Capital, L.P. | |
| Martin | Sosland | Evolve Bank & Trust | Butler Snow LLP |
| Michael | Morris | WI Dept of Financial Institutions | WI Dept of Justice |
| Mr. | Purple | Creditors | |
| Robert | Poppiti | Committee of Unsecured Creditors | Young Conaway |
| Philip | Dalgarno | FC Cayman A, L.L.C. | |
| Craig | Rasile | Interested Creditor | Winston & Strawn |
| DJC01 | | Farmington State Bank | Baker Donelson Bearman Caldwell & Berkowtiz |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Marcy | McLaughlin Smith | Paradigm Operations LP | Troutman Pepper Hamilton Sanders LLP |
| William | Sullivan | Word of God Fellowship, Inc. | Sullivan Hazeltine Allinson LLC |
| Therese | Scheuer | SEC (listen only) | |
| Carson | Zhou | None (Bar Applicant) | None (Bar Applicant) |
| Marc | Phillips | Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads LLP |
| Noah | Blum | Interested Party | Shearman & Sterling |
| Amanda | Lindner | Michael Giles, et al. | Cooley LLP |
| Robert | Cook | self | |
| Gabriela | Urias | observing | |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition, LLC | Cherokee Acquisition |
| Jason | Lu | Creditor | |
| Hans | Kung | Pulsar | Pulsar |
| Michele | Wan | Pulsar Global Limited | Pulsar Trading |
| Maximiliano Serafín | Larriba Herranz | Customer | |
| Hugh | Bellamy | N/A | |
| nama | lili | Move | May |
| Meghana | Vunnamadala | 3AC | |
| Rebekah | Presley | 3AC | |
| Becky | Yerak | Wall Street Journal | News Corp |
| David | Wender | Ad Hoc Committee of Non-US Customers | |

| | | | |
|---|---|---|---|
| Robin | Jacobs | Wisconsin Dep't of Financial Institutions | Wisconsin Dep't of Financial Institutions |
| Peter | Sprofera | Self | |
| Lauren | Sisson | BlockFi | Haynes and Boone |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Jennifer | Lee | Rocket Internet Capital Partners II SCS | Hogan Lovells US LLP |
| Andrew | Currie | Ad Hoc Group of Customers | Venable LLP |
| Mike | Legge | Reorg | |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Isaac | Sasson | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Kenneth | Brown | The Moskowitz Law Firm | Pachulski Stang Ziehl & Jones LLP |
| Mark | Hurford | Celsius Networking | A.M. Saccullo Legal, LLC |
| Jack | Amed | Customer | |
| M | E | ME | |
| Vince | Sullivan | Law360 | |
| Arush | Sehgal | Self | |
| Ken | Lukaszewski | None | |
| Jasmine | Armand | Party in Interest | White & Case LLP |
| Jonathan | Chu | Jonathan Chu | |
| John | Ray | CEO of FTX Trading Ltd. | Owl Hill Advisory, LLC |
| Suzzanne | Uhland | K5 Global | Latham |
| John | Gallego | Party in interest | Togut, Segal & Segal LLP |
| Andrew | Glantz | Xclaim Inc. | Xclaim Inc. |
| Shira | Weiner | Kroll Restructuring Administration LLC | |
| Pat | Rabbitte | Self | n/a |
| Jim | Hou | Media | Hou |
| Sun | Kav | Ftx creditors | |
| Cameron | Sinclair | Cameron Sinclair | |
| Ahmed | Razek | self | |
| Mathis | Dehez | Right | |
| One | Creditor | Creditors | |
| Nikhil | Khurana | Creditor | |

| | | | |
|---|---|---|---|
| K. | Breeuwsma | K. Breeuwsma | |
| Geo | Groenewald | Private | |
| long | vu | Viet cong | Long |
| Angel | Wildschut | Angel | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Mark | Richards | creditor | |
| steven | | steven sydow | |
| Gren | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Austin | Viny | VonWin | Vonwin |
| Justin | Chang | Chia-Wei Chang | |
| Kevin | Duarte | Debt | Wehodl |
| Tian | Zeng | Phoenix Digital | Phoenix Digital |
| CHENG-HSUAN | LEE | Journalist | |
| Christina | Pullo | Kroll Restructuring Administration LLC | |
| Taylor | Harrison | Debtwire | |
| Chad | Flick | n/a | Hudson Bay Capital |
| Steven | Church | non party | Bloomberg News |
| James | H | Folkvang | Folkvang |
| Brandon | Ortiz | Nope | |
| Joseph Huang | | Telin Huang | |
| Ryan | Beil | FDM | White & Case |
| Laura | Haney | Court | |
| Ellen | Bardash | ALM | |
| Evie | Hammer | BlockFi | Morris, Nichols, Arsht & Tunnell LLP |
| Soma | Biswas | Dow Jones | Dow Jones |
| Jared | Kochenash | UCC | Young Conaway |
| Jasmine | Ball | Paradigm | Debevoise |
| David | Queroli | Bahamian JPLs | |
| YBF | | yuan18jing | yuan18jing |
| Christopher | Arnett | Debtor | Alvarez & Marsal |
| Oliver | Melbourne | Oliver Melbourne | |
| Kyle | Rupprecht | Creditor | |
| Isaac | Ashworth | N/A | |
| William | Chan | Creditor | |

| | | | |
|---|---|---|---|
| Julien | KERMAREC | BALLZYSCAM | WEHOLD |
| Ashley | Gherlone | Party in interest | Simpson Thacher & Bartlett LLP |
| SONG | XU | KVBHK | |
| Kim | Brown | FTX Trading Ltd. | Landis Rath & Cobb LLP |
| Samy | Soliman | Customer | |
| Jonathan | Randles | Bloomberg News | |
| Douglass | Wilson | Coinbase Asset Management | Coinbase Asset Management |
| KBO | Chambers | KBO Chambers | |
| jon | detrinis | DJ Bam, LLC | DeT Law Firm, LLC |
| Brett | Bakemeyer | JPLs of FTX Digital Markets, Ltd. | White & Case |
| Deniz | Irgi | Interested Party | |
| Law | Clerk | Court | |
| Jonathan | Weyand | Ad Hoc Committee of Non-US Customers | Morris, Nichols, Arsht & Tunnell LLP |
| Ben | Weissler | None | |
| Alexandra | Zablocki | K5 Global | |
| Charles | Melvin | Wincent Investment Fund | |
| Max | Dawson | UCC | FTI Consulting |