## EXHIBIT B

**Mosley Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF (A) THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING
(I) GUIDELINES FOR THE SALE OR TRANSFER OF CERTAIN DIGITAL
ASSETS, (II) THE SALE OR TRANSFER OF SUCH DIGITAL ASSETS IN
ACCORDANCE WITH SUCH GUIDELINES FREE AND CLEAR OF ANY LIENS,
CLAIMS, INTERESTS AND ENCUMBRANCES, (III) THE DEBTORS' ENTRY
INTO, AND PERFORMANCE UNDER, POSTPETITION HEDGING
ARRANGEMENTS, INCLUDING GRANTING LIENS AND SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS IN CONNECTION THEREWITH
AND (IV) THE DEBTORS TO STAKE CERTAIN DIGITAL ASSETS,
AND (B) THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING
FTX TRADING LTD. TO ENTER INTO, AND PERFORM ITS OBLIGATIONS
UNDER, THE INVESTMENT SERVICES AGREEMENT**

I, Edgar W. Mosley II, hereby declare as follows:

1.   I am a Managing Director at Alvarez & Marsal North America, LLC ("A&M"), a restructuring advisory services firm specializing in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operation restructuring.

2.   I have more than 20 years of restructuring and distressed investment experience across various industries, including oil & gas, manufacturing, transportation,

---

[1]   The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

automotive, retail, industrial construction, telecommunications, healthcare, and consumer products. I have a Bachelor's Degree from Harvard University and have been recognized as a Certified Insolvency and Restructuring Advisor by the Association of Insolvency and Restructuring Advisors, where I served on the board from 2019 until 2020.

3. Since joining A&M, I have been involved in numerous Chapter 11 restructurings, including Seadrill Limited (2020 and 2017), Valaris plc, Diamond Offshore Drilling, Inc., Imerys Talc America, White Star Petroleum, Southcross Energy, Magnum Hunter Resources, Exide Technologies (where I served as the Chief Restructuring Officer), and Visteon Corporation.

4. I submit this declaration (this "Declaration") in support of the *Debtors' Motion for Entry of an Order Authorizing and Approving (i) Guidelines for the Sale or Transfer of Certain Digital Assets, (ii) the Sale or Transfer of Such Digital Assets in Accordance With Such Guidelines Free and Clear of Any Liens, Claims, Interests and Encumbrances, (iii) the Debtors' Entry Into, and Performance Under, Postpetition Hedging Arrangements, Including Granting Liens and Superpriority Administrative Expense Claims in Connection Therewith and (iv) the Debtors to Stake Certain Digital Assets* (the "Coin Management and Monetization Motion") and the *Debtors' Motion for an Order Authorizing FTX Trading Ltd. to Enter Into, and Perform its Obligations Under, the Investment Services Agreement* (the "Investment Services Agreement Motion" and, together with the Coin Management and Monetization Motion, the "Motions").[2] I am not being compensated separately for this testimony other than through payments received by

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Coin Management and Monetization Motion.

-2-

A&M as financial advisor retained by FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

5. Except as otherwise indicated herein, all of the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by A&M professionals involved in advising the Debtors in the above-captioned cases (the "Chapter 11 Cases") or information provided to me by the Debtors. If called upon to testify, I could and would testify to the facts set forth herein on that basis. I am authorized to submit this Declaration on behalf of the Debtors.

6. A substantial amount of the Debtors' assets include, among other things, coins, tokens and other digital assets (collectively, the "Digital Assets"). Pursuant to the *Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and its Debtor Affiliates* [D.I. 2100], the Debtors are considering providing dollarized distributions to their creditors on account of allowed claims. Because digital asset markets are characterized by extreme and unpredictable price movements, it is my belief that the Debtors need the flexibility to sell and/or transfer Digital Assets so that they can maximize value by executing sales and trades at the appropriate time and for the best price. Accordingly, the Debtors and their advisors have worked together to develop the Management and Monetization Program and Management and Monetization Guidelines. I believe that sales pursuant to the Management and Monetization Program and Management and Monetization Guidelines will allow the Debtors, with the assistance of an Investment Adviser, to maximize value of their assets by proactively mitigating the risk of these volatile markets as well as the potential effect on market prices if large sales were made during a compressed time period.

7. The Management and Monetization Guidelines provide for, among other things, sales, hedging and staking of Digital Assets through an Investment Adviser. I believe that

the Management and Monetization Guidelines will allow the Debtors to monetize, hedge and stake Digital Assets efficiently and at the best time and price. I also understand that staking Digital Assets is consistent with the Debtors' prepetition practice. I further believe that, if the Debtors attempted to sell large Digital Asset positions directly on an exchange, the Debtors would risk "flooding the market" and depressing the value of such Digital Assets. The Management and Monetization Guidelines also will alleviate the cost and delay of filing a separate motion for each proposed sale or use of Digital Assets and will eliminate any uncertainty regarding the Debtors' authority to consummate certain sales and transactions. Based on these factors and discussions with their advisors, it is the Debtors' business judgment that the Management and Monetization Program and the Management and Monetization Guidelines are in the best interests of the Debtors, their creditors and their estates.

8.  To facilitate the Management and Monetization Program, pursuant to the Investment Services Agreement Motion, the Debtors seek authorization for FTX Trading Ltd. to enter into an Investment Services Agreement (the "Investment Services Agreement") with Galaxy Digital Capital Management LP ("Galaxy Asset Management") and to perform its obligations thereunder. The Debtors selected Galaxy Asset Management as investment adviser based on their sophistication and qualifications, which are set forth in more detail in the Investment Services Agreement Motion and the Kurz Declaration (as defined in the Investment Services Agreement Motion). The Investment Services Agreement was negotiated in good faith and at arm's length. In addition, the Debtors have determined that the Investment Services Agreement's proposed fee structure appropriately reflects the nature of the services to be provided by Galaxy Asset Management and contains reasonable terms and conditions. It is my view that it is a reasonable

-5-

exercise of the Debtors' business judgment for FTX Trading Ltd. enter into the Investment Services Agreement and perform its obligations thereunder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 23, 2023

/s/ Edgar W. Mosley II
Edgar W. Mosley II
Alvarez & Marsal North America, LLC
Managing Director