# **Exhibit A**

{1368.002-W0072142.}



# Case Update

**August 23, 2023**

In re FTX Trading LTD., et al., Case No. 22-11068 (JTD)

ALVAREZ & MARSAL | SULLIVAN & CROMWELL LLP | P/W/P PERELLA WEINBERG PARTNERS

# Recovery Initiatives

**USD in Billions**



**Recovery Initiatives**

Over $7 Billion Total Assets Marshalled

**$0.8B** — **Government Recovered Assets**
Asset seizures by SDNY including cash and public equity investments

**$0.5B** — **Brokerage Assets**
Venture brokerage assets secured and managed by the Debtors

**$3.8B** — **Crypto Assets[1]**
Category A crypto assets secured and managed by the Debtors

**$1.6B** — **Post Petition Cash Identified and Secured**
Cash assets identified, secured and managed by the Debtors

**$1.1B** — **Cash at Petition Date**
Cash balances identified at Petition Date, secured and managed by the Debtors

Balances as of August 04, 2023, adjusted for latest market pricing in Crypto and Brokerage
1. Category A Assets are tokens with a market capitalization of at least 15M and an average daily trading volume of at least 1M during the past 30 days

2

# Recent Significant Events



**Debtor Operations**

- Second Interim Report
- Filed 2022 Federal Tax Returns for all FTX Debtors
- 70 Total Contracts and Leases Exited
- Rationalized Employee & Contractor Base
- Customer Portal Launched
- Interim Financial Updates Filed Monthly
- Over $150M of Customer Withdrawals at FTX Japan
- Filed Framework Plan of Reorganization
- Offshore Exchange Process

3

# Recent Significant Events

| Asset Management | Legal Actions | M&A & Venture Book Activity |
|---|---|---|
| **Over $7.0B Total Marshalled Assets** | 48 count action against SBF and insiders | $50M LedgerX Sale |
| **Developed Asset Management Plans to Optimize Value of Crypto and Cash** | Settlement with Genesis | $18M+ Sequoia Heritage |
| **$2.3B 345A Compliant Cash** | **$700M Action against Kives, Baum and associated entities** | Venture Book |
| **$0.3B Other Cash** | $300M Action related to Embed | $5M De Minimis |
| **$1.6B Cat. A Crypto in Debtor Cold Storage** | **$300M Action related to FTX Europe** | Ongoing Sale Processes |
| **$1.4B Staked Category A Crypto** | $70M Action against Latona | |
| **$0.8B Other Category A Crypto** | Other Avoidance Actions | |

4

# Target Plan Timeline



# Key Open Items in Draft Plan

 Expected size of classes of claims, recovery pools & estimates of creditor recoveries

 Amount of property to be given to exchange shortfall claims against general pool of assets

 Decision & manner in which FTX.com exchange is sold or reorganized

 Post Plan effective date claims transfer process (recovery rights token or digital assets)

 Corporate governance & future stewardship of offshore exchange company, venture trust, & other post-confirmation entities

6

## Plan Meetings with Stakeholders

| Agenda Items | |
|---|---|
| Overview of Non-Customer Claims | Bahamas Update |
| Preliminary Recovery Analysis & Sensitivities | Ventures Sales Strategy |
| Progress of Customer Claims Portal | DOJ Restitution |
| Estate Assets Update | Offshore Exchange Process |
| IRS and Tax Update | Digital Asset Sale Timing |
| Outbound Litigation | Preferences & Preference Policy |