# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. No. 1433 |

## NOTICE OF NAME CHANGE FOR CERTAIN OF THE DEBTORS

**PLEASE TAKE NOTICE** that on May 4, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order (I) Approving the LedgerX Business Purchase Agreement, (II) Approving the Sale of the LedgerX Business Free and Clear of All Liens, Claims, Interests and Encumbrances, (III) Authorizing Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief* [D.I. 1433] (the "Sale Order")[2] authorizing, among other things, the sale of the LedgerX Business to M 7 Holdings, LLC pursuant to the terms of the Purchase Agreement approved by the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Section 4.14 of the Purchase Agreement and paragraphs 4 and 5 of the Sale Order, certain of the Debtors have filed the appropriate documentation with the office of the Secretary of State of the State of Delaware or the Cayman Islands Registrar of Exempted Limited Partnerships, as applicable, to change their legal names as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

{1368.002-W0072160.}

| Debtor's Former Name | Debtor's New Name |
|---|---|
| Ledger Holdings Inc. | LH Successor Inc. |
| LedgerPrime Bitcoin Yield Enhancement Fund, LLC | LP Bitcoin Yield Enhancement Fund Successor, LLC |
| LedgerPrime Digital Asset Opportunities Fund, LLC | LP Digital Asset Opportunities Fund Successor, LLC |
| LedgerPrime LLC | LP Successor Entity LLC |
| LedgerPrime Digital Asset Opportunities Master Fund LP | LP Digital Asset Opportunities Master Fund Successor LP |

Dated: August 25, 2023
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*