July 8th, 2023


RECEIVED JUL 1 0 2023 By_____

The Honorable Judge John T. Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

Dear Judge Dorsey,

I am writing on behalf of my father, Vincent Musura. On July 8th, 2023, I submitted a claim form (confirmation ID is 3265-69-MPUOW-253642514) to Kroll as my family is a victim of the FTX.US bankruptcy. Laura from your office was kind enough to direct me to Kroll earlier in the week. It's my understanding that claims were due on June 30th, 2023. I am respectfully requesting that you consider my family's claim even though it is late.

I have spent months trying to resolve our issue. I tried to file a police report. I hired an attorney that didn't know how to help us. I wrote a letter to John J. Ray, III back in December. I even contacted the FBI. No one has communicated with us regarding where our family funds are. We wired $360,000 to FTX.US on October 28th, 2022 to buy Bitcoin well ahead of the FTX.US Bankruptcy. The funds never landed in my father's FTX.US account for him to be able to purchase Bitcoin or even withdraw his money. This is money that traveled on a federally regulated rail and we are simply in shock that no one can tell us where it is or when it will be returned to us.

It wasn't until July 4th, 2023 that help came our way. A knowledgeable banking professional heard our story and gave me the direction I needed to advocate for my family by telling me to contact your office for guidance.

Please allow our claim to be considered. Stealing US Dollars from a regulated rail is theft and my father deserves his money back. Only one week has passed. By allowing our claim to be considered, our family is one step closer to justice. Thank you in advance for your consideration.

Kind Regards,

Helen McCarty
8200 Tillinghast Lane
Gainesville, VA 20155
mobile: (571) 265-4015
email: helen.mccarty2@gmail.com