Clerk's Office
USBC District of Delaware
824 Market Street
Wilmington, DE, 19801

Re: **Case Caption:** FTX Bankruptcy
**Case Number:** 43087
**Username:** tomibaglietto@gmail.com



Dear Clerk's Office,

I hope this letter finds you well. I am writing with regards to the aforementioned case, FTX Bankruptcy, under Case Number 43087, and I am writing to address a matter of verification concerning my credit information.

I would like to confirm that I was one of the individuals impacted by the FTX bankruptcy proceedings. Having originally created my account while residing in Argentina, I am now a resident of the United States. Due to this change in location, **I am unable to access my account and fulfill the necessary steps to verify my address and phone number for the purpose of credit verification.**

Attached to this letter, you will find the necessary documentation that provides evidence of my previous address and phone number in Argentina, as well as the updated information for my new address and phone number in the United States. I kindly request that this documentation be considered as part of my effort to verify my credit information.

**Previous Address and Phone Number (Argentina):**
Av del Puerto 610, Riviera 1, 3ro D, Tigre, 1648, Buenos Aires, Argentina
Phone: +54 9 11 3187-6783

**New Address and Phone Number (United States):**
1706 T Street NW, Apt 205, Washington DC, 20009, District of Columbia, United States
Phone: +1 202-602-9793

It is imperative that I am able to complete the credit verification process, as it directly impacts my financial standing and future transactions. I understand the importance of adhering to the necessary protocols, and I sincerely apologize for any inconvenience caused by this change in circumstances.

I kindly request your assistance in ensuring that the attached documents are reviewed and incorporated into the verification process. Should there be any additional forms, affidavits, or procedures that need to be followed, please do not hesitate to provide me with the necessary guidance and instructions. I greatly appreciate your attention to this matter and your understanding of my situation. If there is any further information required from my end, please feel free to contact me at +1-202-602-9793 or tomibaglietto@gmail.com.

Thank you for your time and assistance. I look forward to your prompt response.

Sincerely,

Tomas Baglietto