## EXHIBIT A

**Quarterly Statement**

**Ordinary Course Professionals List Subject to Tier 1 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Abrams & Bayliss LLP | $135,538.16 | Delaware local counsel providing support in the grayscale litigation |
| Anderson Mori & Tomotsune | $189,867.00 | Japanese local counsel providing support regarding Japanese local law |
| Antis Triantafyllides & Sons LLC | $41,602.50 | Cyprus local counsel providing support regarding Cyprus local law |
| BlackOak LLC | $0 | Singapore local counsel providing support regarding Singapore local law |
| Covington & Burling LLP | $858,267.76[3] | Pool counsel |
| King & Wood Mallesons | $227,090.67 | Hong Kong local counsel providing support regarding Hong Kong local law |
| Lenz & Staehelin | $0 | Switzerland local counsel providing support regarding Switzerland local law |
| Peter D. Maynard, Counsel & Attorneys | $455,093.59 | Bahamas local counsel providing support regarding Bahamas local law |
| Walkers (Cayman) LLP | $0 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law |

---

[3] Payments to Covington & Burling LLP during the Reporting Period include the following payments: (i) $116,041.50 for November 11, 2022 through November 30, 2022; (ii) $225,801.80 for December 2022; (iii) $225,853.74 for January 2023; (iv) $118,360.08 for February 2023; (v) $71,332.44 for March 2023; and (vi) $70,878.20 for April 2023.

**Ordinary Course Professionals List Subject to Tier 2 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| CBD Legal Services | $15,405.40 | Antigua local counsel providing support regarding Antigua local law |
| Clayton Utz | $18,531.63 | Australia local counsel providing support regarding Australia local law |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $65,421.07 | Turkey local counsel providing support regarding Turkey local law |
| Hamel-Smith Caribbean | $0 | Antigua local counsel providing support regarding Antigua local law |
| McCarthy Tétrault LLP | $58,110.97 | Canada local counsel providing support regarding Canada local law |

**Ordinary Course Professionals List Subject to Tier 3 OCP Cap Amount**

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Advokatur Sprenger+Partner | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $19,906.99 | Indonesia local counsel providing support regarding Indonesia local law |
| Anthony Waddy Astapahan | $0 | Antigua local counsel providing support regarding Antigua local law |
| Appleby | $500.00 | Seychelles local counsel providing support regarding Seychelles local law |
| Arias, Fábrega & Fábrega | $0 | Panama local counsel providing support regarding Panama local law |
| Arthur Cox LLP | $0 | Ireland local counsel providing support regarding Ireland local law |
| Bowmans | $2,775.00 | South Africa local counsel providing support regarding South Africa local law |
| Gorriceta Africa Cauton & Saavedra | $0 | Philippines local counsel providing support regarding Philippines local law |
| Grant Thornton | $0 | Accounting and tax advisor in Vietnam |
| Groom Law Group | $0 | ERISA advice |
| Harney Westwood & Riegels LLP | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law |
| Hadef & Partners LLC | $643.29 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law |
| Harris Kyriakides | $8,349.43 | Cyprus local counsel providing support regarding Cyprus local law |
| Kantenwein Zimmermann Spatscheck & Partner | $41,948.30 | Advise and represent Debtors in German litigation |
| Kim & Chang | $1,234.00 | South Korea local counsel providing support regarding South Korea local law |

| ORDINARY COURSE PROFESSIONAL | AMOUNT PAID DURING STATEMENT PERIOD | DESCRIPTION OF SERVICES |
|---|---|---|
| Ladas & Parry LLP | $0 | Trademark portfolio maintenance and prosecution |
| Lane IP | $0 | Trademark maintenance and prosecution in the UK and EU |
| Lexcomm Vietnam LLC | $0 | Vietnam local counsel providing support regarding Vietnam local law |
| Link Partners Law Firm | $6,718.81 | Japanese local counsel providing support regarding Japan local law |
| Olaniwun Ajayi LP | $0 | Nigeria local counsel providing support regarding Nigeria local law |
| S&N Partners | $1,944.84 | Japanese local counsel providing support regarding Japan local law |
| Schurti Partners Attorneys at Law Ltd | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law |
| Shardul Amarchand Mangaldas & Co | $9,133.71 | India local counsel providing support regarding India local law |
| TSN Limited | $1,498.10 | Gibraltar local counsel providing support regarding Gibraltar local law |