**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Daniel M. Pereira, Esquire, of Stradley Ronon Stevens & Young, LLP, attorneys for Nathaniel Parke ("Mr. Parke"), hereby enters his appearance in the above-captioned case on behalf of Mr. Parke, pursuant to Rules 20A02, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), and hereby demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon him at the address set forth below:

| | |
|---|---|
| Daniel M. Pereira | Deborah A. Reperowitz |
| Stradley Ronon Stevens & Young, LLP | Stradley Ronon Stevens & Young, LLP |
| 1000 N. West Street, Suite 1200 | 100 Park Avenue, Suite 2000 |
| Wilmington, DE 19801 | New York, NY 10017 |
| (302) 295-3805 | (212) 812-4124 |
| dpereira@stradley.com | dreperowitz@stradley.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints, or

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

other documents which, in any way, affect the above-captioned Debtors, their estates or their property.

**PLEASE TAKE FURTHER NOTICE** that Mr. Parke does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) Mr. Parke's right to have final orders in non-core matters entered only after de novo review by the District Court, (2) Mr. Parke's right to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) Mr. Parke's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Mr. Parke is or may be entitled.

Dated: August 29, 2023

**STRADLEY RONON STEVENS & YOUNG, LLP**

*/s/ Daniel M. Pereira*
Daniel M. Pereira (No. 119862014)
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-3805
(302) 295-4801 (fax)
dpereira@stradley.com

-and-

Deborah A. Reperowitz
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
(212) 812-4124
dreperowitz@stradley.com
(*pro hac vice* motion pending)

*Attorneys for Nathaniel Parke*

5762954v.1