# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068-JTD |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    PLEASE TAKE NOTICE that Lightcone Infrastructure ("Lightcone") hereby enters its appearance in the above-captioned case by and through its counsel, McCarter & English, LLP, and hereby requests, pursuant to Section 1109 of Title 11 of the United States Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that the undersigned be placed on the mailing matrix filed by the debtor(s) and any and all other mailing matrices or service lists that may be used for any purpose in this case and that copies of any and all notices given or required to be given and of all pleadings and other papers served or required to be served in this case be given and served on undersigned counsel at the following address:

        Kate Roggio Buck
        **MCCARTER & ENGLISH LLP**
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, Delaware 19801
        Tel: 302-984-6300
        Fax: 302-984-6399
        Email: kbuck@mccarter.com

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether

transmitted or conveyed by mail, hand delivery, facsimile transmission, telephone, telegraph, telex or otherwise, which affects the debtor(s) or the property of or in the possession, custody or control of the debtor(s), or which is otherwise filed or given with regard to the above-captioned case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Lightcone's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Lightcone is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Wilmington, Delaware  
August 30, 2023

McCARTER & ENGLISH LLP

By: */s/ Kate Roggio Buck*  
Kate Roggio Buck (DE #5140)  
McCarter & English LLP  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, Delaware 19801  
Tel: 302-984-6300  
Fax: 302-984-6399  
Email: kbuck@mccarter.com

*Attorneys for Lightcone Infrastructure*

ME1 45875731v.1