**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 7/13/2023 | Harrison Schlossberg | 61.0 | $0.10 | $6.10 | Repro - B&W Copies |
| Repro - B&W Copies | 7/13/2023 | Emily A. Kopp | 15.0 | $0.10 | $1.50 | Repro - B&W Copies |
| Repro - B&W Copies | 7/14/2023 | Emily A. Kopp | 93.0 | $0.10 | $9.30 | Repro - B&W Copies |
| Repro - B&W Copies | 7/20/2023 | Matthew H. Torres | 200.0 | $0.10 | $20.00 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$36.90** | |
| Repro - Color Copies | 7/13/2023 | Harrison Schlossberg | 194.0 | $0.20 | $38.80 | Repro - Color Copies |
| Repro - Color Copies | 7/13/2023 | Emily A. Kopp | 320.0 | $0.20 | $64.00 | Repro - Color Copies |
| Repro - Color Copies | 7/20/2023 | Matthew H. Torres | 613.0 | $0.20 | $122.60 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$225.40** | |
| Delivery/Courier | 7/5/2023 | Stepan G. Atamian | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/5/2023 | Stepan G. Atamian | 1.0 | $26.93 | $26.93 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Bright S. Boafo | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $26.35 | $26.35 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Bright S. Boafo | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Bright S. Boafo | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Bright S. Boafo | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $29.37 | $29.37 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $31.90 | $31.90 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $25.15 | $25.15 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $26.93 | $26.93 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $30.50 | $30.50 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $30.50 | $30.50 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Justin J. DeCamp | 1.0 | $41.16 | $41.16 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Alexa J. Kranzley | 1.0 | $355.75 | $355.75 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Alexa J. Kranzley | 1.0 | $62.68 | $62.68 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Alexa J. Kranzley | 1.0 | $6.53 | $6.53 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $26.93 | $26.93 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $25.15 | $25.15 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $25.15 | $25.15 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $26.93 | $26.93 | Delivery/Courier |
| Delivery/Courier | 7/6/2023 | Sophia Chen | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/11/2023 | Stepan G. Atamian | 1.0 | $42.44 | $42.44 | Delivery/Courier |
| Delivery/Courier | 7/11/2023 | Stepan G. Atamian | 1.0 | $44.68 | $44.68 | Delivery/Courier |
| Delivery/Courier | 7/13/2023 | Thursday K. Williams | 1.0 | $19.68 | $19.68 | Delivery/Courier |
| Delivery/Courier | 7/13/2023 | Thursday K. Williams | 1.0 | $16.21 | $16.21 | Delivery/Courier |
| Delivery/Courier | 7/13/2023 | Thursday K. Williams | 1.0 | $19.68 | $19.68 | Delivery/Courier |
| Delivery/Courier | 7/13/2023 | Thursday K. Williams | 1.0 | $16.21 | $16.21 | Delivery/Courier |
| Delivery/Courier | 7/14/2023 | Samantha Li | 1.0 | $36.62 | $36.62 | Delivery/Courier |
| Delivery/Courier | 7/18/2023 | Stepan G. Atamian | 1.0 | $27.47 | $27.47 | Delivery/Courier |
| Delivery/Courier | 7/18/2023 | Stepan G. Atamian | 1.0 | $26.93 | $26.93 | Delivery/Courier |
| Delivery/Courier | 7/20/2023 | Thursday K. Williams | 1.0 | $16.25 | $16.25 | Delivery/Courier |
| Delivery/Courier | 7/20/2023 | Thursday K. Williams | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/20/2023 | Thursday K. Williams | 1.0 | $19.72 | $19.72 | Delivery/Courier |
| Delivery/Courier | 7/20/2023 | Thursday K. Williams | 1.0 | $16.25 | $16.25 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 7/20/2023 | Justin J. DeCamp | 1.0 | $46.41 | $46.41 | Delivery/Courier |
| Delivery/Courier | 7/25/2023 | Bright S. Boafo | 1.0 | $27.05 | $27.05 | Delivery/Courier |
| Delivery/Courier | 7/25/2023 | Bright S. Boafo | 1.0 | $27.59 | $27.59 | Delivery/Courier |
| Delivery/Courier | 7/27/2023 | Victoria G. Shahnazary | 1.0 | $16.13 | $16.13 | Delivery/Courier |
| Delivery/Courier | 7/27/2023 | Victoria G. Shahnazary | 1.0 | $16.13 | $16.13 | Delivery/Courier |
| Delivery/Courier | 7/27/2023 | Victoria G. Shahnazary | 1.0 | $15.18 | $15.18 | Delivery/Courier |
| Delivery/Courier | 7/27/2023 | Victoria G. Shahnazary | 1.0 | $15.18 | $15.18 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$1,649.39** | |
| Local Transportation | 7/3/2023 | Fareed Ahmed | 1.0 | $130.13 | $130.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 7/5/2023 | Maxim H. Bjarnason | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| Local Transportation | 7/5/2023 | Fareed Ahmed | 1.0 | $140.22 | $140.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/5/2023 | Joshua M. Hazard | 1.0 | $147.95 | $147.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/5/2023 | Christopher J. Dunne | 1.0 | $180.44 | $180.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Dawn A. Harris-Cox | 1.0 | $123.72 | $123.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:25; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:14; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Michael X. Baldini | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Jack T. Wiley | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:18; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Ethan R. Savitch | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Emily A. Kopp | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:03; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/6/2023 | Joseph F. Gilday | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Kathleen T. Donnelly | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/7/2023 | Dawn A. Harris-Cox | 1.0 | $0.00 | $0.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: ; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Christopher J. Dunne | 1.0 | $178.83 | $178.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Benjamin Zonenshayn | 1.0 | $97.43 | $97.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:57; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/10/2023 | Fareed Ahmed | 1.0 | $139.64 | $139.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Joseph F. Gilday | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:54; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Luke W. Ross | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | William M. Scheffer | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:25; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Benjamin Zonenshayn | 1.0 | $99.87 | $99.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:59; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Serge N. Koveshnikoff | 1.0 | $146.98 | $146.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:02; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/12/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 7/12/2023 | Fareed Ahmed | 1.0 | $139.64 | $139.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| Local Transportation | 7/12/2023 | Aneesa Mazumdar | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| Local Transportation | 7/12/2023 | Kathleen T. Donnelly | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Michael X. Baldini | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:33; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Emily A. Kopp | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:34; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Aaron M. Levine | 1.0 | $173.08 | $173.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/13/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:28; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Virginia E. Ontiveros | 1.0 | $91.03 | $91.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Christopher J. Dunne | 1.0 | $181.22 | $181.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 7/14/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Benjamin Zonenshayn | 1.0 | $206.36 | $206.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Joshua M. Hazard | 1.0 | $121.73 | $121.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:59; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/17/2023 | Robert O. Providence | 1.0 | $91.60 | $91.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:54; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Christopher J. Dunne | 1.0 | $182.06 | $182.06 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Fareed Ahmed | 1.0 | $139.64 | $139.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 7/18/2023 | Isaac S. Foote | 1.0 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 7/18/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:12; Purpose: OT Travel |
| Local Transportation | 7/18/2023 | Anshul V. Palavajjhala | 1.0 | $91.60 | $91.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:15; Purpose: OT Travel |
| Local Transportation | 7/18/2023 | Benjamin Zonenshayn | 1.0 | $143.69 | $143.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/18/2023 | Joshua M. Hazard | 1.0 | $130.54 | $130.54 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:55; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Fareed Ahmed | 1.0 | $139.64 | $139.64 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Christopher J. Dunne | 1.0 | $180.58 | $180.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Robert O. Providence | 1.0 | $91.60 | $91.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:26; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Benjamin Zonenshayn | 1.0 | $143.69 | $143.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:25; Purpose: OT Travel |
| Local Transportation | 7/20/2023 | Fabio Weinberg Crocco | 1.0 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:27; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/21/2023 | Adam J. Toobin | 1.0 | $95.55 | $95.55 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 7/21/2023 | Fareed Ahmed | 1.0 | $140.22 | $140.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Daniel P. O'Hara | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Christian T. Hodges | 1.0 | $59.44 | $59.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Benjamin Zonenshayn | 1.0 | $75.30 | $75.30 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:30; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Christian T. Hodges | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Robert O. Providence | 1.0 | $91.60 | $91.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/24/2023 | Neil A. Dokurno | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:11; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | Joseph F. Gilday | 1.0 | $107.80 | $107.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:01; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Joseph F. Gilday | 1.0 | $107.23 | $107.23 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Christian T. Hodges | 1.0 | $85.06 | $85.06 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:26; Purpose: OT Travel |
| Local Transportation | 7/26/2023 | Sophia Chen | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 7/27/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/27/2023 | Dawn A. Harris-Cox | 1.0 | $123.72 | $123.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 7/27/2023 | Christopher J. Dunne | 1.0 | $192.17 | $192.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Benjamin Zonenshayn | 1.0 | $88.85 | $88.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:34; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Robert O. Providence | 1.0 | $91.03 | $91.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Christopher J. Dunne | 1.0 | $180.98 | $180.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 6/26/2023 | Grier E. Barnes | 1.0 | $34.99 | $34.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 6/26/2023 | Christian T. Hodges | 1.0 | $24.46 | $24.46 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home/Hotel; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 6/27/2023 | Christian T. Hodges | 1.0 | $24.85 | $24.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home/Hotel; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 7/5/2023 | Stephanie G. Wheeler | 1.0 | $28.38 | $28.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 7/5/2023 | Jacob M. Croke | 1.0 | $61.61 | $61.61 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |
| Local Transportation | 7/6/2023 | Jacob M. Croke | 1.0 | $73.78 | $73.78 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:19; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Jacob M. Croke | 1.0 | $77.98 | $77.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:54; Purpose: OT Travel |
| Local Transportation | 7/10/2023 | Christian T. Hodges | 1.0 | $32.36 | $32.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:57; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/11/2023 | Jacob M. Croke | 1.0 | $79.69 | $79.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Alexa J. Kranzley | 1.0 | $13.48 | $13.48 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 7/12/2023 | Kathleen T. Donnelly | 1.0 | $52.52 | $52.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 7/12/2023 | Stephanie G. Wheeler | 1.0 | $35.38 | $35.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 7/13/2023 | Jacob M. Croke | 1.0 | $92.90 | $92.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Alexander S. Holland | 1.0 | $20.97 | $20.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Jacob M. Croke | 1.0 | $80.91 | $80.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:38; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/17/2023 | Alexa J. Kranzley | 1.0 | $14.38 | $14.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 7/18/2023 | Jacob M. Croke | 1.0 | $82.45 | $82.45 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:32; Purpose: OT Travel |
| Local Transportation | 7/19/2023 | Jacob M. Croke | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:47; Purpose: OT Travel |
| Local Transportation | 7/24/2023 | William M. Scheffer | 1.0 | $35.05 | $35.05 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Kathleen T. Donnelly | 1.0 | $56.71 | $56.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Alexa J. Kranzley | 1.0 | $14.98 | $14.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:37; Purpose: OT Travel |
| Local Transportation | 7/25/2023 | Jacob M. Croke | 1.0 | $83.34 | $83.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:09; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 7/26/2023 | Christian T. Hodges | 1.0 | $35.53 | $35.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:09; Purpose: OT Travel |
| Local Transportation | 7/26/2023 | Alexa J. Kranzley | 1.0 | $15.81 | $15.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| Local Transportation | 7/27/2023 | Jacob G. Singer | 1.0 | $90.25 | $90.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 7/30/2023 | Christian T. Hodges | 1.0 | $34.81 | $34.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:23; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$8,800.13** | |
| CT Corp/CSC | 7/11/2023 | Evelyn H. Seeger | 1.0 | $372.52 | $372.52 | CT Corp/CSC - OBTAIN CERTIFIED/PLAIN DOCUMENT COPY |
| CT Corp/CSC | 7/13/2023 | Evelyn H. Seeger | 1.0 | $192.00 | $192.00 | CT Corp/CSC - OBTAIN CERTIFIED/PLAIN DOCUMENT COPY |
| CT Corp/CSC | 7/14/2023 | Sarah N. Tinkler | 1.0 | $220.52 | $220.52 | CT Corp/CSC - OBTAIN CERTIFIED/PLAIN DOCUMENT COPY |
| **CT/Corp/CSC Total** | | | | | **$785.04** | |
| Meals - Business | 5/10/2023 | Nicole Friedlander | 1.0 | $57.47 | $57.47 | Meals - Meal Type: Out of Office Meal (Lunch); Business Purpose: Lunch while on break at Sharpe sentencing; S&C Attendees: N. Friedlander, T. Chenoweth + External Attendees: Y. Meitar |
| **Meals - Business Total** | | | | | **$57.47** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 6/27/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00043 |
| Meals - Overtime | 7/3/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/3/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/5/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 7/5/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/5/2023 | Benedikt Ayrle | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 7/6/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/6/2023 | Ethan R. Savitch | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/6/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/6/2023 | Emily A. Kopp | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/6/2023 | Kathleen T. Donnelly | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 7/6/2023 | Victoria G. Shahnazary | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/6/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013, 00014, 00022, 00029, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/6/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 7/6/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/7/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/7/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 7/10/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00014, 00016, 00019, 00025, 00034, 00035 |
| Meals - Overtime | 7/10/2023 | Natalia Vasylyk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/10/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/10/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 7/11/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/11/2023 | Robert P. Schutt | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020 |
| Meals - Overtime | 7/11/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00019, 00033 |
| Meals - Overtime | 7/11/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/11/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/11/2023 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/11/2023 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013, 00017, 00041 |
| Meals - Overtime | 7/12/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00013, 00029 |
| Meals - Overtime | 7/12/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 7/12/2023 | Jessica H. Goldman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/13/2023 | Ehi G. Arebamen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/13/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 7/13/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/13/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 7/13/2023 | Virginia E. Ontiveros | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/13/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 7/13/2023 | Emily A. Kopp | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/14/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/14/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 7/17/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/17/2023 | Matteo Berti | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 7/17/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00014, 00015, 00016, 00020, 00023, 00025, 00034, 00035, 00037, 00041 |
| Meals - Overtime | 7/17/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016 |
| Meals - Overtime | 7/17/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 7/17/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/17/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00022, 00043 |
| Meals - Overtime | 7/17/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035, 00041 |
| Meals - Overtime | 7/17/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00019, 00029, 00033 |
| Meals - Overtime | 7/17/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029, 00033 |
| Meals - Overtime | 7/17/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/18/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029, 00033 |
| Meals - Overtime | 7/18/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/18/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022, 00029, 00033, 00044 |
| Meals - Overtime | 7/18/2023 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00043 |
| Meals - Overtime | 7/19/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 7/19/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/19/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/19/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029 |
| Meals - Overtime | 7/19/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/20/2023 | Fabio Weinberg Crocco | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00025 |
| Meals - Overtime | 7/20/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 7/21/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): .00029 |
| Meals - Overtime | 7/21/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00043 |
| Meals - Overtime | 7/24/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/24/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 7/24/2023 | LaToya C. Edwards | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/24/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00044 |
| Meals - Overtime | 7/24/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 7/24/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00025, 00027 |
| Meals - Overtime | 7/24/2023 | Neil A. Dokurno | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 7/24/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 7/24/2023 | Maxim H. Bjarnason | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/24/2023 | Matteo Berti | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 7/25/2023 | Kathleen T. Donnelly | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 7/25/2023 | Maxim H. Bjarnason | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00036 |
| Meals - Overtime | 7/25/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 7/25/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/26/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/26/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00011, 00013 |
| Meals - Overtime | 7/26/2023 | Maxim H. Bjarnason | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00036 |
| Meals - Overtime | 7/26/2023 | Matteo Berti | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00041 |
| Meals - Overtime | 7/27/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 7/27/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/27/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/27/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 7/31/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 7/31/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00019, 00023, 00025, 00034, 00035, 00041 |
| Meals - Overtime | 7/31/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 7/31/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00044 |
| Meals - Overtime | 7/31/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 7/31/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 7/31/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00041 |
| Meals - Overtime | 7/31/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 7/31/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 7/31/2023 | Maxim H. Bjarnason | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00036 |
| Meals - Overtime | 7/8/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s):  00010, 00013 |
| Meals - Overtime | 7/8/2023 | Patrick D. Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s):  00011 |
| Meals - Overtime | 7/15/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 7/15/2023 | Brian S. Budd | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00025 |
| **Meals – Overtime Total** | | | | | **$2,000.00** | |
| Trial Transcripts | 7/6/2023 | Harrison Schlossberg | 1.0 | $171.60 | $171.60 | Trial Transcript (Veritext - Witness: Genesis) |
| Trial Transcripts | 7/20/2023 | Harrison Schlossberg | 1.0 | $40.80 | $40.80 | Trial Transcript (Veritext - Witness: Genesis) |
| **Transcripts Total** | | | | | **$212.40** | |
| **GRAND TOTAL** | | | | | **$13,935.37** | |