**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Obj. Deadline: September 19, 2023 at 4:00 p.m. ET |

**NINTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH
AMERICA, LLC AS FINANCIAL ADVISORS TO THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| **Name of Applicant** | **Alvarez & Marsal North America, LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | January 19, 2023 *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | July 1, 2023 through July 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $11,606,179.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $9,284,943.20 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $441,563.02 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PRIOR FEE STATEMENTS FILED**

| Fee Application | Date Filed | Period Covered | Requested | | Approved[2] | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expenses |
| Interim Fee Application | 3/17/23 | 11/11/22 – 1/31/23 | $27,864,801.00 | $631,004.78 | $27,484,801.00 | $611,004.78 |
| Monthly Fee Statement | 4/4/23 | 2/1/23 – 2/28/23 | $11,944,177.00 | $229,211.95 | *pending* | *pending* |
| Monthly Fee Statement | 4/28/23 | 3/1/23 – 3/31/23 | $13,320,206.50 | $541,063.33 | *pending* | *pending* |
| Monthly Fee Statement | 6/1/23 | 4/1/23 – 4/30/23 | $10,647,395.50 | $333,458.10 | *pending* | *pending* |
| Monthly Fee Statement | 6/30/23 | 5/1/23 – 5/31/23 | $12,213,841.00 | $761,812.61 | *pending* | *pending* |
| Monthly Fee Statement | 7/30/23 | 6/1/23 – 6/30/23 | $11,433,017.00 | $333,325.88 | *pending* | *pending* |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 65.2 | $68,460.00 |
| Bowles, Carl | Managing Director | $1,025 | 8.0 | $8,200.00 |
| Chambers, Henry | Managing Director | $995 | 194.4 | $193,428.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 2.5 | $2,750.00 |
| Gordon, Robert | Managing Director | $1,025 | 148.7 | $152,417.50 |
| Grosvenor, Robert | Managing Director | $1,000 | 9.0 | $9,000.00 |
| Hershan, Robert[3] | Managing Director | $1,100 | 62.8 | $69,080.00 |
| Howe, Christopher | Managing Director | $1,200 | 34.6 | $41,520.00 |
| Iwanski, Larry | Managing Director | $1,075 | 32.1 | $34,507.50 |
| Jacobs, Kevin | Managing Director | $1,100 | 43.3 | $47,630.00 |
| Johnston, David | Managing Director | $1,025 | 140.7 | $144,217.50 |
| Kotarba, Chris | Managing Director | $1,100 | 9.2 | $10,120.00 |
| Kotarba, Steve | Managing Director | $1,100 | 60.1 | $66,110.00 |

---

[2] Approved Fees/Expenses reflect any reduction agreed upon by A&M, the U.S. Trustee, and Fee Examiner.

[3] Inclusive of billable time from prior months not previously included in prior Monthly Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lawson, Alex | Managing Director | $875 | 5.5 | $4,812.50 |
| Marshall, Jonathan | Managing Director | $1,075 | 2.6 | $2,795.00 |
| Mosley, Ed | Managing Director | $1,250 | 166.1 | $207,625.00 |
| Ryan, Laureen | Managing Director | $1,075 | 117.2 | $125,990.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 6.0 | $8,250.00 |
| Wall, Guy | Managing Director | $1,025 | 28.8 | $29,520.00 |
| **Managing Director Total** | | | **1,136.8** | **$1,226,433.00** |
| Seaway, Bill | Senior Advisor | $1,100 | 25.4 | $27,940.00 |
| **Senior Advisor Total** | | | **25.4** | **$27,940.00** |
| Broskay, Cole | Senior Director | $900 | 169.0 | $152,100.00 |
| Callerio, Lorenzo | Senior Director | $875 | 148.2 | $129,675.00 |
| Canale, Alex | Senior Director | $900 | 214.1 | $192,690.00 |
| Chew, Ee Ling | Senior Director | $750 | 3.3 | $2,475.00 |
| Cooper, James | Senior Director | $875 | 200.3 | $175,262.50 |
| Coverick, Steve | Senior Director | $950 | 167.2 | $158,840.00 |
| Dusendschon, Kora | Senior Director | $900 | 42.7 | $38,430.00 |
| Esposito, Rob | Senior Director | $875 | 251.9 | $220,412.50 |
| Evans, Charles | Senior Director | $835 | 11.1 | $9,268.50 |
| Johnson, Robert | Senior Director | $900 | 110.2 | $99,180.00 |
| Konig, Louis | Senior Director | $900 | 192.8 | $173,520.00 |
| Kwan, Peter | Senior Director | $900 | 168.7 | $151,830.00 |
| Mohammed, Azmat | Senior Director | $925 | 215.2 | $199,060.00 |
| Nadimpalli, Vamsi | Senior Director | $925 | 30.2 | $27,935.00 |
| Negus, Matthew | Senior Director | $900 | 29.8 | $26,820.00 |
| Piechota, Robert | Senior Director | $950 | 2.1 | $1,995.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 196.0 | $186,200.00 |
| Sequeira, Joseph | Senior Director | $900 | 10.6 | $9,540.00 |
| Sexton, Rachel[4] | Senior Director | $875 | 24.1 | $21,087.50 |
| Shanahan, Michael | Senior Director | $900 | 126.6 | $113,940.00 |
| Titus, Adam | Senior Director | $950 | 216.1 | $205,295.00 |
| Wilson, Sean | Senior Director | $950 | 1.6 | $1,520.00 |
| Zatz, Jonathan | Senior Director | $900 | 132.6 | $119,340.00 |
| **Senior Director Total** | | | **2,664.4** | **$2,416,416.00** |
| Arbid, Rami | Director | $750 | 30.8 | $23,100.00 |
| Baker, Kevin | Director | $750 | 144.5 | $108,375.00 |

---

[4] Bill rate has been adjusted to reflect the accurate amount moving forward. No prior adjustments are needed.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Balmelli, Gioele | Director | $800 | 94.3 | $75,440.00 |
| Bammert, Brett | Director | $750 | 1.0 | $750.00 |
| Casey, John | Director | $725 | 90.0 | $65,250.00 |
| Chamma, Leandro | Director | $750 | 180.9 | $135,675.00 |
| Dennison, Kim | Director | $650 | 24.3 | $15,795.00 |
| Flynn, Matthew | Director | $775 | 196.1 | $151,977.50 |
| Glustein, Steven | Director | $800 | 242.0 | $193,600.00 |
| Gosau, Tracy | Director | $750 | 27.2 | $20,400.00 |
| Hainline, Drew | Director | $800 | 211.9 | $169,520.00 |
| Kearney, Kevin | Director | $800 | 212.9 | $170,320.00 |
| Lambert, Leslie | Director | $750 | 110.5 | $82,875.00 |
| Lee, Julian | Director | $750 | 165.1 | $123,825.00 |
| Lewandowski, Douglas | Director | $800 | 198.7 | $158,960.00 |
| McGoldrick, Hugh | Director | $750 | 19.3 | $14,475.00 |
| McGrath, Patrick | Director | $750 | 128.8 | $96,600.00 |
| Medway, David | Director | $750 | 239.8 | $179,850.00 |
| Peoples, Scott[3] | Director | $750 | 26.0 | $19,500.00 |
| Radis, Cameron | Director | $750 | 43.6 | $32,700.00 |
| Ruez, William | Director | $750 | 37.6 | $28,200.00 |
| Sullivan, Christopher | Director | $825 | 198.3 | $163,597.50 |
| van den Belt, Mark | Director | $750 | 214.8 | $161,100.00 |
| Walia, Gaurav | Director | $825 | 231.9 | $191,317.50 |
| Walker, William | Director | $850 | 214.5 | $182,325.00 |
| **Director Total** | | | **3,284.8** | **$2,565,527.50** |
| Ardizzoni, Heather | Manager | $700 | 141.0 | $98,700.00 |
| Grussing, Bernice | Operations Manager | $325 | 10.6 | $3,445.00 |
| Hoffer, Emily | Manager | $650 | 234.0 | $152,100.00 |
| Lam, James | Manager | $600 | 107.1 | $64,260.00 |
| Li, Summer | Senior Manager | $670 | 80.7 | $54,069.00 |
| Lowe, Sam | Senior Manager | $650 | 33.9 | $22,035.00 |
| Mimms, Samuel | Manager | $650 | 137.2 | $89,180.00 |
| Pestano, Kyle | Manager | $650 | 128.2 | $83,330.00 |
| Sarmiento, Dubhe[5] | Manager | $650 | 29.3 | $19,045.00 |
| Sivapalu, Anan | Manager | $625 | 211.7 | $132,312.50 |
| Sloan, Austin | Manager | $650 | 27.0 | $17,550.00 |

---

[5] Bill rate has been adjusted to reflect the accurate amount moving forward. No prior adjustments are needed.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Strong, Nichole | Manager | $650 | 172.7 | $112,255.00 |
| Yurchak, Lilia | Manager | $650 | 104.1 | $67,665.00 |
| Zhang, Qi | Senior Manager | $670 | 216.3 | $144,921.00 |
| **Manager Total** | | | **1,633.8** | **$1,060,867.50** |
| Blanchard, Madison | Senior Associate | $575 | 149.9 | $86,192.50 |
| Cox, Allison | Senior Associate | $575 | 151.7 | $87,227.50 |
| Dalgleish, Elizabeth | Senior Associate | $700 | 106.3 | $74,410.00 |
| DiNatale, Trevor | Senior Associate | $700 | 2.5 | $1,750.00 |
| Faett, Jack | Senior Associate | $700 | 179.2 | $125,440.00 |
| Helal, Aly | Senior Associate | $575 | 135.2 | $77,740.00 |
| Kuruvilla, Daniel | Senior Associate | $700 | 145.5 | $101,850.00 |
| Montague, Katie | Senior Associate | $700 | 129.7 | $90,790.00 |
| Sagen, Daniel | Senior Associate | $725 | 171.8 | $124,555.00 |
| Wilson, David | Senior Associate | $575 | 173.6 | $99,820.00 |
| **Senior Associate Total** | | | **1,345.4** | **$869,775.00** |
| Braatelien, Troy | Associate | $600 | 154.2 | $92,520.00 |
| Chan, Jon | Associate | $525 | 235.4 | $123,585.00 |
| Collis, Jack | Associate | $500 | 46.4 | $23,200.00 |
| Corr, Caoimhe | Associate | $500 | 19.2 | $9,600.00 |
| Dobbs, Aaron | Associate | $525 | 189.9 | $99,697.50 |
| Ebrey, Mason | Associate | $525 | 157.6 | $82,740.00 |
| Francis, Luke | Associate | $600 | 328.3 | $196,980.00 |
| Gany, Jared | Associate | $475 | 282.4 | $134,140.00 |
| Glynn, Maiti | Associate | $600 | 3.4 | $2,040.00 |
| Gonzalez, Johnny | Associate | $600 | 251.4 | $150,840.00 |
| Haigis, Maya | Associate | $525 | 57.5 | $30,187.50 |
| Heric, Andrew | Associate | $525 | 158.3 | $83,107.50 |
| Hill, Liam | Associate | $450 | 103.6 | $46,620.00 |
| Mirando, Michael | Associate | $600 | 204.5 | $122,700.00 |
| Parker, Brandon | Associate | $550 | 2.0 | $1,100.00 |
| Patel, Ishika | Associate | $525 | 99.7 | $52,342.50 |
| Paterson, Warren | Associate | $400 | 14.6 | $5,840.00 |
| Price, Breanna | Associate | $525 | 99.2 | $52,080.00 |
| Schlam Batista, Sharon | Associate | $500 | 83.5 | $41,750.00 |
| Simkins, Maximilian | Associate | $525 | 44.0 | $23,100.00 |
| Sunkara, Manasa | Associate | $525 | 230.9 | $121,222.50 |
| Taraba, Erik | Associate | $600 | 223.9 | $134,340.00 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| Trent, Hudson | Associate | $625 | 287.0 | $179,375.00 |
| Witherspoon, Samuel | Associate | $575 | 204.0 | $117,300.00 |
| **Associate Total** | | | **3,480.9** | **$1,926,407.50** |
| Bruck, Ran | Consultant | $600 | 189.9 | $113,940.00 |
| Jones, Mackenzie | Consultant | $600 | 183.6 | $110,160.00 |
| Zabcik, Kathryn | Consultant | $600 | 170.0 | $102,000.00 |
| **Consultant Total** | | | **543.5** | **$326,100.00** |
| Arora, Rohan | Analyst | $425 | 136.8 | $58,140.00 |
| Burns, Zach | Analyst | $500 | 175.8 | $87,900.00 |
| Clayton, Lance | Analyst | $475 | 265.4 | $126,065.00 |
| Hubbard, Taylor[3] | Analyst | $425 | 99.6 | $42,330.00 |
| Liv-Feyman, Alec | Analyst | $450 | 220.0 | $99,000.00 |
| Lowdermilk, Quinn | Analyst | $450 | 134.2 | $60,390.00 |
| Myers, Claire | Analyst | $425 | 93.5 | $39,737.50 |
| Nizhner, David | Analyst | $500 | 196.6 | $98,300.00 |
| Okuzu, Ciera | Analyst | $475 | 121.7 | $57,807.50 |
| Pecen, Sena | Analyst | $425 | 2.0 | $850.00 |
| Radwanski, Igor | Analyst | $450 | 153.7 | $69,165.00 |
| Simoneaux, Nicole | Analyst | $475 | 229.4 | $108,965.00 |
| Slay, David | Analyst | $525 | 207.9 | $109,147.50 |
| Stockmeyer, Cullen | Analyst | $450 | 189.5 | $85,275.00 |
| Tenney, Bridger | Analyst | $450 | 217.5 | $97,875.00 |
| Yan, Jack | Analyst | $450 | 101.7 | $45,765.00 |
| **Analyst Total** | | | **2,545.3** | **$1,186,712.50** |
| **GRAND TOTAL** | | | **16,660.3** | **$11,606,179.00** |

**Blended Hourly Rate: $696.64**

## STATEMENT OF FEES BY PROJECT CATEGORY[6]
## JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023

| Project Name | Hours | Fee Amount |
|---|---:|---:|
| ACCOUNTING | 1,102.5 | $766,459.00 |
| ASSET SALES | 301.7 | $253,742.50 |
| AVOIDANCE ACTIONS | 2,797.6 | $1,947,469.50 |
| BUSINESS OPERATIONS | 4,039.2 | $2,806,470.00 |
| CASE ADMINISTRATION | 97.2 | $96,405.00 |
| CASH MANAGEMENT | 558.3 | $386,171.00 |
| CLAIMS | 2,234.9 | $1,629,807.00 |
| CONTRACTS | 22.0 | $13,955.00 |
| COURT AND UST REPORTING | 290.2 | $208,993.50 |
| CREDITOR COOPERATION | 163.3 | $115,885.00 |
| DISCLOSURE STATEMENT AND PLAN | 1,060.6 | $676,152.50 |
| DUE DILIGENCE | 149.9 | $107,260.00 |
| EMPLOYEE MATTERS | 116.1 | $58,160.00 |
| FEE APPLICATION | 13.1 | $5,407.50 |
| FINANCIAL ANALYSIS | 1,438.7 | $973,150.00 |
| INTERCOMPANY | 181.0 | $140,159.00 |
| JOINT PROVISIONAL LIQUIDATORS | 784.8 | $523,755.00 |
| LIQUIDATION ANALYSIS | 54.8 | $39,662.50 |
| LITIGATION | 26.4 | $24,480.00 |
| MOTIONS AND RELATED SUPPORT | 15.6 | $13,842.50 |
| NON-WORKING TRAVEL (BILLED AT 50%) | 9.1 | $6,830.00 |
| SCHEDULES AND STATEMENTS | 931.6 | $572,175.00 |
| TAX INITIATIVES | 190.6 | $191,102.50 |
| VENDOR MANAGEMENT | 81.1 | $48,685.00 |
| **GRAND TOTAL** | **16,660.3** | **$11,606,179.00** |

---

[6] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $374,309.31 |
| Airfare | $26,739.45 |
| Lodging | $19,876.11 |
| Meals | $11,710.86 |
| Transportation | $8,565.46 |
| Miscellaneous | $361.83 |
| **TOTAL** | **$441,563.02** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

Alvarez & Marsal North America, LLC ("A&M"), Financial Advisors to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submits this Ninth Monthly Fee Statement (this "Monthly Fee Statement") for compensation for professional services rendered and expenses incurred for the period from July 1, 2023, through and including July 31, 2023 (the "Fee Period"). In support of the Monthly Fee Statement, A&M respectfully states as follows:

**Background**

1. On November 11 and November 14, 2022,[2] the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] November 11, 2022 is the petition date for all Debtors, except for Debtor West Realm Shires Inc.

the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases (the "Chapter 11 Cases") was authorized by the Court by entry of an order on November 22, 2022 [D.I. 128]. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code [D.I. 231].

2. On January 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* [D.I. 534], authorizing the retention and employment of A&M as the Debtors' financial advisors, *nunc pro tunc* to November 11, 2022.

3. On January 9, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* [D.I. 435] (the "Interim Compensation Order").

4. On March 8, 2023, the Court entered the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834] appointing Katherine Stadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

**Relief Requested**

5. By this Monthly Fee Statement and in accordance with the Interim Compensation Order, A&M makes this application for (i) allowance of compensation as an administrative expense of the Debtors' estates in the amount of $11,606,179.00 for reasonable

and necessary professional services rendered, (ii) payment of compensation in the amount of 80% thereof (in the amount of $9,284,943.20) and (iii) payment of $441,563.02 for actual and necessary expenses incurred.

### a. Compensation Requested

6. The services performed by A&M during the Fee Period included, among others, identification of assets, development of accounting records and reporting procedures, vendor outreach and management services, statements and schedules preparation, analysis of contracts, cooperation with various constituencies including the Official Committee of Unsecured Creditors and the United States Trustee, evaluating potential preference and avoidance actions, assistance with cash management services, and assessment of the components included in and relating to the Chapter 11 plan. The following exhibits are attached hereto for the Fee Period: (i) Exhibit A is a summary of time detail by professional; (ii) Exhibit B is a summary of time by task; (iii) Exhibit C is a summary of time records by professional by project category; and (iv) Exhibit D is a summary of time detail by activity by professional. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

7. The timekeepers who rendered services related to each category are identified in Exhibit A, Exhibit B, Exhibit C, and Exhibit D along with the number of hours for each individual and the total compensation sought by each category. All services for which A&M requests compensation were performed for, or on behalf of, the Debtors.

    b. **Expense Reimbursement**

8.    A&M incurred out-of-pocket expenses during the Fee Period in the amount of $441,563.02. The following exhibits are attached hereto for the Fee Period: (i) <u>Exhibit E</u> is a summary of expenses by category and (ii) <u>Exhibit F</u> is a description of the expenses actually incurred by A&M in the performance of services rendered as Financial Advisors to the Debtors. The expenses are broken down into categories of charges, which may include, among other things, the following charges: license fees, airfare, lodging, out of town meals, transportation, and other expenses.

9.    In accordance with section 330 of the Bankruptcy Code, A&M seeks reimbursement only for the actual cost of such expenses to A&M. A&M submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Monthly Fee Statement, requests reimbursement of the same.

## Valuation of Services

10.    Professionals of A&M have expended a total of 16,660.3 hours in connection with this matter during the Fee Period.

11.    The amount of time spent by each of the professionals providing services to the Debtors for the Fee Period is set forth in Exhibit A, Exhibit B, Exhibit C, and Exhibit D. The rates are A&M's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&M for the Fee Period as Financial Advisors for the Debtors in the Chapter 11 Cases is $11,606,179.00.

12.    A&M believes that the time entries included in Exhibit A, Exhibit B, Exhibit C, and Exhibit D, attached hereto and the expense breakdown set forth in Exhibit E and Exhibit F attached hereto are in compliance with the requirements of Local Rule 2016-2.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given the complexities of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

### Certificate of Compliance and Waiver

14. The undersigned representative of A&M certifies that he has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, A&M believes that such deviations are not material and respectfully requests that any such requirements be waived.

### Notice and No Prior Request

15. Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors, (c) the Fee Examiner; and (d) all parties required to be given notice in the Interim Compensation Order.  A&M submits that no other or further notice is necessary.

16. No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

- 6 -

WHEREFORE, A&M respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

Respectfully,

Alvarez & Marsal North America, LLC

By: *Ed Mosley*
    Ed Mosley
    Title:  Managing Director