## Exhibit B

**Disbursements**

## Detail Cost Task Code Billing Report
### Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 07/10/2023 | 0.100 | 42.00 | 4.20 | Inhouse Copying |
| 1368.002 | 07/12/2023 | 0.100 | 28.00 | 2.80 | Inhouse Copying |
| 1368.002 | 07/19/2023 | 0.100 | 38.00 | 3.80 | Inhouse Copying |
| 1368.002 | 07/21/2023 | 0.100 | 153.00 | 15.30 | Inhouse Copying |
| 1368.002 | 07/25/2023 | 0.100 | 50.00 | 5.00 | Inhouse Copying |
| 1368.002 | 07/26/2023 | 0.100 | 50.00 | 5.00 | Inhouse Copying |
| 1368.002 | 07/31/2023 | 0.100 | 171.00 | 17.10 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 53.20 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 07/12/2023 | | | 12.55 | Outside printing DLS Discovery - Invoice 178912 |
| 1368.002 | 07/13/2023 | | | 62.50 | Outside printing Parcels, Inc. - Invoice 1032919 |
| 1368.002 | 07/19/2023 | | | 226.43 | Outside printing Parcels, Inc. - Invoice 1033922 |
| 1368.002 | 07/20/2023 | | | 30.96 | Outside printing Parcels, Inc. - Invoice 1032983 |
| 1368.002 | 07/21/2023 | | | 78.60 | Outside printing Parcels, Inc. - Invoice 1033412 |
| 1368.002 | 07/24/2023 | | | 55.28 | Outside printing Parcels, Inc. - Invoice 1033948 |
| 1368.002 | 07/25/2023 | | | 266.66 | Outside printing Parcels, Inc. - Invoice 1034705 |
| **Total for Activity ID E102** | | | Billable | 732.98 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 07/31/2023 | | | 917.40 | Online research Relx Inc. DBA LexisNexis - Invoice 3094588699 |
| **Total for Activity ID E106** | | | Billable | 917.40 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 07/13/2023 | | | 80.10 | Delivery services/messengers Parcels, Inc. - Invoice 1031452 |
| **Total for Activity ID E107** | | | Billable | 80.10 | Delivery services/messengers |
| **Activity ID E201 Inhouse Color Copies** | | | | | |
| 1368.002 | 07/31/2023 | 0.800 | 17.00 | 13.60 | Inhouse Color Copies |
| **Total for Activity ID E201** | | | Billable | 13.60 | Inhouse Color Copies |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 07/31/2023 | | | 52.50 | Document Retrieval - PACER July |
| **Total for Activity ID E208** | | | Billable | 52.50 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 07/06/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV |
| 1368.002 | 07/12/2023 | | | 50.00 | Filing Fee Clerk, District Court of Delaware - PHV motions |
| 1368.002 | 07/13/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - EU Avoidance Complaint |
| 1368.002 | 07/19/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - Latona Complaint |
| 1368.002 | 07/20/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court - Adversary complaint |
| 1368.002 | 07/21/2023 | | | 50.00 | Filing Fee Delaware Secretary of State - Summons to SGN Albany |
| 1368.002 | 07/25/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware - PHV for A. Lewis |
| **Total for Activity ID E214** | | | Billable | 1,200.00 | Filing Fee |
| **Activity ID E221 Overnight Delivery** | | | | | |
| 1368.002 | 07/21/2023 | | | 31.10 | Overnight Delivery FedEx - Invoice 8-209-99467 |
| **Total for Activity ID E221** | | | Billable | 31.10 | Overnight Delivery |

### GRAND TOTALS

Billable    3,080.88