IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EXAMINATION OF WELLS FARGO BANK, N.A.
UNDER BANKRUPTCY RULE 2004 AND LOCAL BANKRUPTCY RULE 2004-1**

Notice is hereby given that Wells Fargo Bank, N.A. has voluntarily agreed to produce the documents described in Schedule A hereto to Quinn Emanuel Urquhart & Sullivan, LLP, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession, and to Paul Hastings LLP, counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned cases, at the office of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, with an initial production of documents to be completed no later than 14 days following service of the Subpoena for Rule 2004 Examination.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0072290.}

| | |
|---|---|
| Dated: August 30, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>By: */s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        mcguire@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession*<br><br>-and-<br><br>**QUINN EMANUEL URQUHART &**<br>**SULLIVAN, LLP**<br><br>William A. Burck (*pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br><br>Sascha N. Rand (*pro hac vice*)<br>Katherine A. Lemire (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>sascharand@quinnemanuel.com<br>katherinelemire@quinnemanuel.com<br><br>K. John Shaffer (*pro hac vice*)<br>Anthony P. Alden (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3000<br>johnshaffer@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br><br>*Special Counsel to the Debtors*<br><br>-and- |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
mlunn@ycst.com
rpoppiti@ycst.com
-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen (*pro hac vice*)
Kenneth Pasquale (*pro hac vice*)
Isaac S. Sasson (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
krishansen@paulhastings.com
kenpasquale@paulhastings.com
isaacsasson@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*