# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 9/1/2023
Case: 22−11068−JTD     Form ID: van441     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Kimberly A. Brown     brown@lrclaw.com

TOTAL: 1