UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 22-11068 (JTD)

Debtor: FTX Trading Ltd., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Deborah A. Reperowitz to represent Nathaniel Parke in this action.

/s/ Daniel M. Pereira

Firm Name: Stradley Ronon Stevens & Young
Address: 1000 N. West Street, Suite 1200, Wilmington, DE 19801
Phone: (302) 295.3805
Email: dpereira@stradley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Deborah A. Reperowitz

Firm Name: Stradley Ronon Stevens & Young
Address: 100 Park Avenue, Suite 2000, New York, NY 10017
Phone: (212) 812.4124
Email: dreperowitz@stradley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 5th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

Local Form 105