IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE** that on September 4, 2023, counsel to the Official Committee of Unsecured Creditors appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") caused the (i) *Official Committee of Unsecured Creditors' Request for Production of Documents to the Debtors in Connection With the Debtors' Motion to Enter Into, and Perform Their Obligations Under, the Reimbursement Agreements* and (ii) *Official Committee of Unsecured Creditors' Request for Production of Documents to the Ad Hoc Committee in Connection With the Debtors' Motion to Enter Into, and Perform Their Obligations Under, the Reimbursement Agreements* to be served via the manner indicated upon the following counsel of record for the Debtors and the Ad Hoc Committee of Non-U.S. Customers of FTX.com:

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30740512.1

| | |
|---|---|
| **Via Electronic Mail to Counsel for the Ad Hoc Committee**<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com | **Via Electronic Mail to Counsel for the Ad Hoc Committee**<br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Sarah E. Paul<br>Jennifer B. Kimble<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>sarahpaul@eversheds-sutherland.com<br>jenniferkimble@eversheds-sutherland.com |
| **Via Electronic Mail to Counsel for the Debtors**<br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>glueksteinb@sullcrom.com<br>kranzleya@sullcrom.com | |

| | |
|---|---|
| Dated: September 6, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>      rpoppiti@ycst.com<br>      jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Kenneth Pasquale*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>Isaac Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>      kenpasquale@paulhastings.com<br>      erezgilad@paulhastings.com<br>      gabesasson@paulhastings.com<br>      isaacsasson@paulhastings.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |

30740512.1