IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF THE DEBTORS IN CONNECTION WITH THE DEBTORS' MOTION TO ENTER INTO, AND PERFORM THEIR OBLIGATIONS UNDER, THE REIMBURSEMENT AGREEMENTS**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7030 and 9014, Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and Rule 30.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), will take the oral deposition of the Debtors, at a date and time to be agreed, at the offices of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, or such other place and/or time to be agreed. Said deposition will be stenographically and may be videographically recorded.

The Debtors are required to designate, pursuant to Rule 30(b)(6), person(s) to testify on their behalf regarding the subject matters listed in the attached **Schedule A**. The Debtors are

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30741235.1

requested to provide the Committee's counsel, as soon as reasonably possible, with a written designation of the name(s) and position(s) of the persons who will testify on behalf of the Debtors.

| | |
|---|---|
| Dated: September 6, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         rpoppiti@ycst.com<br>         jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Kenneth Pasquale*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>Isaac Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: krishansen@paulhastings.com<br>         kenpasquale@paulhastings.com<br>         erezgilad@paulhastings.com<br>         gabesasson@paulhastings.com<br>         isaacsasson@paulhastings.com<br><br> * *Admitted pro hac vice*<br><br>*Counsel to the Official Committee<br>of Unsecured Creditors* |

30741235.1

## CERTIFICATE OF SERVICE

I certify that on September 4, 2023, counsel for the Committee caused a copy of the foregoing document to be served via e-mail on the following counsel for the Debtors and the Ad Hoc Committee of Non-U.S. Customers of FTX.com.

Dated: September 6, 2023
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rpoppiti@ycst.com

30741235.1

| | |
|---|---|
| **Via Electronic Mail to Counsel for the Ad Hoc Committee**<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>mharvey@morrisnichols.com | **Via Electronic Mail to Counsel for the Ad Hoc Committee**<br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Erin E. Broderick<br>227 West Monroe Street, Suite 6000<br>Chicago, Illinois 60606<br>Telephone: (312) 724-9006<br>Facsimile: (312) 724-9322<br>erinbroderick@eversheds-sutherland.com<br><br>Sarah E. Paul<br>Jennifer B. Kimble<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 389-5000<br>Facsimile: (212) 389-5099<br>sarahpaul@eversheds-sutherland.com<br>jenniferkimble@eversheds-sutherland.com |
| **Via Electronic Mail to Counsel for the Debtors**<br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com | |

# **SCHEDULE A**

30741235.1