# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068 (JTD) |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that she (i) is admitted to practice before the bars of the State of Massachusetts and the State of Delaware; the United States District Court for the District of Massachusetts, the United States District Court for the District of Delaware, and the United States District Court for the District of Colorado; the Second Circuit Court of Appeals; the Ninth Circuit Court of Appeals; and the Supreme Court of the United States; (ii) is in good standing in all jurisdictions in which she is admitted to practice; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

Dated:  September 6, 2023

/s/ *Therese A. Scheuer*
Therese A. Scheuer (No. 5699)
U. S. SECURITIES AND
EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
Tel.: (202) 551-6029
Fax: (202) 772-9317
scheuert@sec.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1