IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) <br> ) <br> FTX TRADING LTD., *et al.*, ) <br> ) <br> ) <br> Debtors.[1] ) <br> ) | Case No. 22-11068 (JTD) <br><br> (Jointly Administered) <br><br> Chapter 11 |

## CERTIFICATION PURSUANT TO LOCAL RULE 9010-1(e)

Pursuant to Local Rule 9010-1(e), the undersigned counsel is representing an agency of the United States of America and hereby certifies that he (i) is admitted to the State Bars of New York and New Jersey, as well as admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the Third Circuit, and the U.S. District Court for the District of New Jersey; (ii) is in good standing in all jurisdictions in which he is admitted to practice; (iii) will abide by the local rules governing practice before this Court; and (iv) submits to the jurisdiction of this Court for disciplinary purposes.

Dated: September 6, 2023

                                                                                                                                    /s/ *William M. Uptegrove*
                                                                                                                                    William M. Uptegrove
                                                                                                                                    NY Bar No. 4846622; NJ Bar No. 031602003
                                                                                                                                    U.S. Securities and Exchange Commission
                                                                                                                                    950 East Paces Ferry Road, N.E., Suite 900
                                                                                                                                    Atlanta, GA  30326-1382
                                                                                                                                    Telephone: (404) 842-5765
                                                                                                                                    E-mail: uptegrovew@sec.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.