# EXHIBIT A

## August 2023 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| August 23, 2023 | Limited partnership interests in Collide Capital Fund I LP | FTX Ventures Ltd. (Ventures Silo) | Industry Ventures Secondary IX-A, L.P. | None | $40,000 | N/A | None | $100,000 | $400,000 |
| August 23, 2023 | 5,000,000 of Participating Shares in UVM Signum Blockchain Fund VCC | Maclaurin Investments Ltd. (Alameda Silo) | Raffles Fund SPC - GX Equity SP | None | $600,000 | N/A | None | $2,075,269 | $2,924,731 |