**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Local business travel | 6/8/2023 | 1.00 | 3.00 | 3.00 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 6/8/2023 |
| Local business travel | 6/8/2023 | 1.00 | 19.82 | 19.82 | Uber Technologies, Inc - #11807-00001/Sascha Rand/ 6/8/2023 |
| Air travel | 6/23/2023 | 1.00 | 768.91 | 768.91 | JOHN B. QUINN - Altour - DELTA AIRLINES - ANDERSON/KATIE, Travel to LGA/OKC on 6/28/2023 |
| Air travel | 6/23/2023 | 1.00 | 498.90 | 498.90 | McKenzie Anderson - Airfare - McKenzie Anderson - OKC-Oklahoma City/LGA-New York Airfare 06/23/23 |
| Air travel-Agency fees | 6/23/2023 | 1.00 | 50.00 | 50.00 | JOHN B. QUINN - Altour - AIRLINE REPORTING CORPORATION - ANDERSON/KATIE, Travel to on 6/23/2023 |
| PACER Services | 7/1/2023 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 4/1/2023 to 6/30/2023 - Account # 2618656 |
| PACER Services | 7/1/2023 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 4/1/2023 to 6/30/2023 - Account # 2618657 |
| Air travel | 7/1/2023 | 1.00 | (37.00) | (37.00) | AMERICAN EXPRESS - Date: 2023-07-01 Itinerary: Ohare/IL Passenger: SCHECK/MATTHEW Tkt #: 01642173984931 |
| Air travel | 7/1/2023 | 1.00 | (358.90) | (358.90) | AMERICAN EXPRESS - Date: 2023-06-27 Itinerary: Newark/Austin Passenger: SCHECK/MATTHEW Tkt #: 7976579750- |
| Document Reproduction | 7/3/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 7/3/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 7/3/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 7/4/2023 | 13.00 | 0.40 | 5.20 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/4/2023 | 1.00 | 0.90 | 0.90 | COURTLINK ALERT |
| Word processing | 7/5/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/5/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| Document Reproduction | 7/5/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 7/6/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Color Document Reproduction | 7/6/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/6/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Document Reproduction | 7/6/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| Color Document Reproduction | 7/7/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 7/7/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/7/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 42.00 | 0.10 | 4.20 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/7/2023 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Lexis Courtlink - Off Contract | 7/9/2023 | 1.00 | 4.97 | 4.97 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/9/2023 | 1.00 | 4.97 | 4.97 | COURTLINK ONLINE DOC VIEW |
| Document Reproduction | 7/10/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| Document Services | 7/10/2023 | 12.00 | 0.37 | 4.46 | Document services - TABS/M. RUTT/0215700 |
| Document Services | 7/10/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/M. RUTT/0215700 |
| Document Services | 7/10/2023 | 2.00 | 5.00 | 10.00 | Document services - DRILLING/M. RUTT/0215700 |
| Document Services | 7/10/2023 | 586.00 | 0.07 | 40.29 | Document services - PRINTS/M. RUTT/0215700 |
| Document Services | 7/10/2023 | 1.00 | 0.75 | 0.75 | Document services - COLOR PRINTS/M. RUTT/0215700 |
| Document Services | 7/10/2023 | 1.00 | 5.18 | 5.18 | Document Services - TAX/M. RUTT/0215700 |
| Document Reproduction | 7/10/2023 | 62.00 | 0.10 | 6.20 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 153.00 | 0.10 | 15.30 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 7/10/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 7/10/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/10/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 7/10/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/10/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Word processing | 7/11/2023 | 0.60 | 0.00 | 0.00 | Word processing |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/11/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 7/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 7/11/2023 | 1.00 | 0.90 | 0.90 | COURTLINK ALERT |
| Document Reproduction | 7/11/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 7/12/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/12/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| Word processing | 7/12/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/12/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| Document Reproduction | 7/12/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 7/13/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 7/13/2023 | 19.00 | 0.40 | 7.60 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | ALERT SERVICE |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 7/13/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Service of process | 7/13/2023 | 1.00 | (112.50) | (112.50) | PROOF - Service of process - #11807-00001/ Credit for Service of Process -06/26/23 |
| Service of process | 7/13/2023 | 1.00 | (112.50) | (112.50) | PROOF - Service of process - #11807-00001/ Credit for Service of Process - 06/26/23 |
| Document Reproduction | 7/13/2023 | 162.00 | 0.10 | 16.20 | Document Reproduction |
| Document Reproduction | 7/13/2023 | 58.00 | 0.10 | 5.80 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/13/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 7/13/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 7/14/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Color Document Reproduction | 7/14/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/14/2023 | 1.00 | 0.90 | 0.90 | COURTLINK ALERT |
| Document Reproduction | 7/17/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 7/17/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/17/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/17/2023 | 20.00 | 0.40 | 8.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/17/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Meals during travel | 7/18/2023 | 1.00 | 17.33 | 17.33 | Jack Robbins - Lunch - Jack Robbins - Meal 07/18/23 Jack Robbins |
| Lexis Courtlink - Off Contract | 7/18/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Local business travel | 7/18/2023 | 1.00 | 19.91 | 19.91 | Jack Robbins - Taxi - Jack Robbins - To Amtrak Travel to DC 07/18/23 |
| Travel | 7/18/2023 | 1.00 | 50.00 | 50.00 | AMTRAK - Client Billable • Travel - #11807-00001/ Agency Fee for Jack Robbins - NY/ Wahpeton/ NY - Travel Dates: 7/18/23 - 7/20/23 |
| Travel | 7/18/2023 | 1.00 | 674.00 | 674.00 | AMTRAK - Client Billable • Travel - #11807-00001/ Train Fare for Jack Robbins - NY/ Wahpeton/ NY - Travel Dates: 7/18/23 - 7/20/23 |
| Hotel | 7/18/2023 | 1.00 | 759.48 | 759.48 | Jack Robbins - Lodging - Jack Robbins - Hotel in DC 07/18/23 |
| Out-of-Town Travel | 7/18/2023 | 1.00 | 18.48 | 18.48 | Jack Robbins - Taxi - Jack Robbins - To Hotel Travel in DC 07/18/23 |
| Document Services | 7/18/2023 | 3.00 | 2.12 | 6.36 | Document services - SPIRAL BINDING/G. SMITH/0215850 |
| Document Services | 7/18/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0215850 |
| Document Services | 7/18/2023 | 1.00 | 15.00 | 15.00 | Document services - CREATION OF TABS/G. SMITH/0215850 |
| Document Services | 7/18/2023 | 18.00 | 0.53 | 9.57 | Document services - CUSTOM TABS/G. SMITH/0215850 |
| Document Reproduction | 7/18/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 7/18/2023 | 18.00 | 0.40 | 7.20 | Color Document Reproduction |
| Color Document Reproduction | 7/18/2023 | 15.00 | 0.40 | 6.00 | Color Document Reproduction |
| Document Services | 7/18/2023 | 214.00 | 0.07 | 14.71 | Document services - PRINTS/G. SMITH/0215850 |
| Document Services | 7/18/2023 | 3.00 | 0.75 | 2.25 | Document services - COLOR PRINTS/G. SMITH/0215850 |
| Document Services | 7/18/2023 | 1.00 | 4.72 | 4.72 | Document Services - TAX/G. SMITH/0215850 |
| Document Reproduction | 7/18/2023 | 47.00 | 0.10 | 4.70 | Document Reproduction |
| Document Reproduction | 7/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/18/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/18/2023 | 49.00 | 0.10 | 4.90 | Document Reproduction |
| Document Reproduction | 7/18/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 7/18/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Color Document Reproduction | 7/18/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/18/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Document Reproduction | 7/18/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 7/19/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 7/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 7/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/19/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 7/19/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Document Reproduction | 7/19/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 7/19/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Lexis Courtlink - Off Contract | 7/19/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Out-of-Town Travel | 7/19/2023 | 1.00 | 19.97 | 19.97 | Jack Robbins - Taxi - Jack Robbins - From Hotel Travel in DC 07/19/23 |
| Document Reproduction | 7/19/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 7/19/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Local meals | 7/19/2023 | 1.00 | 0.00 | 0.00 | Jennifer Gindin - Dinner - Jennifer Gindin - Dinner while prepping for witness interviews in DC office (Jennifer paid the whole bill) 07/19/23 Jennifer Gindin, Kiersten Whitfield, Jack Robbins |
| Document Services | 7/19/2023 | 828.00 | 0.37 | 307.53 | Document services - TABS/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 4.00 | 23.07 | 92.27 | Document services - 4"" RING BINDER/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 4.00 | 14.32 | 57.28 | Document services - 3"" RING BINDER/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 6.00 | 10.40 | 62.40 | Document services - 1 1/2"" BINDER/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 1,240.00 | 0.02 | 28.34 | Document services - SLIP SHEETS/K.WHITFIELD/0215781 |
| Document Reproduction | 7/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 7/19/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Services | 7/19/2023 | 1,240.00 | 0.07 | 85.25 | Document services - PRINTS/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 6,000.00 | 0.75 | 4,500.00 | Document services - COLOR PRINTS/K.WHITFIELD/0215781 |
| Document Services | 7/19/2023 | 1.00 | 307.80 | 307.80 | Document Services - TAX/K.WHITFIELD/0215781 |
| Document Reproduction | 7/20/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |

| Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 7/20/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| Color Document Reproduction | 7/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/20/2023 | 1.00 | 0.89 | 0.89 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 7/20/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Local business travel | 7/20/2023 | 1.00 | 18.86 | 18.86 | Jack Robbins - Taxi - Jack Robbins - To home Travel back from DC 07/20/23 |
| Travel | 7/20/2023 | 1.00 | 35.00 | 35.00 | AMTRAK - Client Billable • Travel - #11807-00001/ Agency Fee for Jack Robbins - Wahpeton/ NY - Travel Date: 7/20/23 |
| Out-of-Town Travel | 7/20/2023 | 1.00 | 13.90 | 13.90 | Jack Robbins - Taxi - Jack Robbins - From Hotel Travel in DC 07/20/23 |
| Out-of-Town Travel | 7/20/2023 | 1.00 | 14.72 | 14.72 | Jack Robbins - Taxi - Jack Robbins - From Restaurant Travel in DC 07/20/23 |
| Document Services | 7/20/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0215896 |
| Document Services | 7/20/2023 | 15.00 | 0.37 | 5.57 | Document services - TABS/G. SMITH/0215896 |
| Document Services | 7/20/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0215896 |
| Document Reproduction | 7/20/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| Document Services | 7/20/2023 | 1.00 | 0.75 | 0.75 | Document services - COLOR PRINTS/G. SMITH/0215896 |
| Document Services | 7/20/2023 | 108.00 | 0.07 | 7.43 | Document services - PRINTS/G. SMITH/0215896 |
| Document Services | 7/20/2023 | 1.00 | 1.86 | 1.86 | Document Services - TAX/G. SMITH/0215896 |
| Document Reproduction | 7/20/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/20/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/20/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/21/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/21/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Express mail | 7/21/2023 | 1.00 | 85.32 | 85.32 | FEDERAL EXPRESS CORPORATION - Invoice No: 819921864 Paid to: Fedex per Gina Smith Ship To: Sascha Rand Ship Dt: 07/18/23 Airbill: 781297573695 11807 00001 005010: Most cost efficient method of proof of delivery. |
| Document Services | 7/21/2023 | 128.00 | 0.37 | 47.54 | Document services - TABS/K.WHITFIELD/0215783 |
| Document Services | 7/21/2023 | 4.00 | 3.71 | 14.83 | Document services - COIL BIND/K.WHITFIELD/0215783 |
| Document Services | 7/21/2023 | 244.00 | 0.02 | 5.58 | Document services - SLIP SHEETS/K.WHITFIELD/0215783 |
| Document Services | 7/21/2023 | 244.00 | 0.07 | 16.78 | Document services - PRINTS/K.WHITFIELD/0215783 |
| Document Services | 7/21/2023 | 656.00 | 0.75 | 492.00 | Document services - COLOR PRINTS/K.WHITFIELD/0215783 |
| Document Services | 7/21/2023 | 1.00 | 34.57 | 34.57 | Document Services - TAX/K.WHITFIELD/0215783 |
| Document Reproduction | 7/23/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 7/23/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 7/23/2023 | 15.00 | 0.40 | 6.00 | Color Document Reproduction |
| Color Document Reproduction | 7/23/2023 | 10.00 | 0.40 | 4.00 | Color Document Reproduction |
| Color Document Reproduction | 7/23/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Word processing | 7/24/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/24/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 7/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/24/2023 | 1.00 | 0.89 | 0.89 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 7/24/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 7/24/2023 | 1.00 | 0.89 | 0.89 | COURTLINK ALERT |
| Document Reproduction | 7/24/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 7/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 7/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/25/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 7/25/2023 | 1.00 | 0.62 | 0.62 | COURTLINK DOCKET UPDATE |
| Word processing | 7/25/2023 | 0.80 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/25/2023 | 56.00 | 0.10 | 5.60 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 56.00 | 0.10 | 5.60 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 56.00 | 0.10 | 5.60 | Document Reproduction |
| Document Reproduction | 7/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Color Document Reproduction | 7/25/2023 | 32.00 | 0.40 | 12.80 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 40.00 | 0.40 | 16.00 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/25/2023 | 20.00 | 0.40 | 8.00 | Color Document Reproduction |
| Document Reproduction | 7/26/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 35.00 | 0.40 | 14.00 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 45.00 | 0.40 | 18.00 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 35.00 | 0.40 | 14.00 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 45.00 | 0.40 | 18.00 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/26/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Word processing | 7/26/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Word processing | 7/26/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/26/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 7/26/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/26/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 7/27/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 7/27/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Document Reproduction | 7/27/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 105.00 | 0.40 | 42.00 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 7/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 62.00 | 0.10 | 6.20 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 58.00 | 0.10 | 5.80 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 162.00 | 0.10 | 16.20 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Reproduction | 7/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/27/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 7/28/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Word processing | 7/28/2023 | 0.60 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 7/28/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 7/28/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| Color Document Reproduction | 7/28/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Document Reproduction | 7/28/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 7/29/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/29/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| Local meals | 7/29/2023 | 1.00 | 0.00 | 0.00 | Kiersten Whitfield - Lunch - Kiersten Whitfield - FTX Report and Presentation Prep 07/29/23 Kiersten Whitfield, Michael Shaheen |
| Document Reproduction | 7/29/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 7/29/2023 | 30.00 | 0.10 | 3.00 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Local meals | 7/30/2023 | 1.00 | 0.00 | 0.00 | Kiersten Whitfield - Dinner - Kiersten Whitfield - FTX Report and Presentation Prep 07/30/23 Kiersten Whitfield, Michael Shaheen |
| Document Reproduction | 7/30/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 7/30/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 7/30/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2023 | 20.00 | 0.40 | 8.00 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 7/30/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Document Reproduction | 7/31/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 7/31/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Color Document Reproduction | 7/31/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Online Research - Off Contract | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Off Contract | 7/31/2023 | 1.00 | 184.00 | 184.00 | Online Research - Off Contract |
| Online Research - Tax | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research - Tax | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |

| | | | | | |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 7/31/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| Online Research | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 7/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Document Reproduction | 7/31/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Services | 7/31/2023 | 40.00 | 0.37 | 14.86 | Document services - TABS/K.WHITFIELD/0216129 |
| Document Services | 7/31/2023 | 77.00 | 0.02 | 1.76 | Document services - SLIP SHEETS/K.WHITFIELD/0216129 |
| Document Services | 7/31/2023 | 2.00 | 12.73 | 25.46 | Document services - 2"" BLACK VIEW BINDER/K.WHITFIELD/0216129 |
| Document Reproduction | 7/31/2023 | 88.00 | 0.10 | 8.80 | Document Reproduction |
| Document Services | 7/31/2023 | 77.00 | 0.07 | 5.29 | Document services - PRINTS/K.WHITFIELD/0216129 |
| Document Services | 7/31/2023 | 670.00 | 0.75 | 502.50 | Document services - COLOR PRINTS/K.WHITFIELD/0216129 |
| Document Services | 7/31/2023 | 1.00 | 32.98 | 32.98 | Document Services - TAX/K.WHITFIELD/0216129 |
| | | | | 10,027.36 | |

| Cost Type-Description | Quantity | Amount |
|---|---|---|
| Online Research - Off Contract | 1 | 0.00 |
| Online Research - Off Contract | 1 | 184.00 |
| Meals during travel | 1 | 17.33 |
| Online Research - Tax | 2 | 0.00 |
| Lexis Courtlink - Off Contract | 40 | 26.60 |
| Express mail | 1 | 85.32 |
| Online Research | 2 | 0.00 |
| Local business travel | 4 | 61.59 |
| Travel | 3 | 759.00 |
| Word processing | 3 | 0.00 |
| Hotel | 1 | 759.48 |
| Service of process | 2 | (225.00) |
| Out-of-Town Travel | 4 | 67.07 |
| Air travel | 4 | 871.91 |
| Air travel-Agency fees | 1 | 50.00 |
| Online Research | 1 | 0.00 |
| Document Services | 2,632 | 723.05 |
| Document Reproduction | 2,747 | 274.70 |
| Color Document Reproduction | 793 | 317.20 |
| Local meals | 3 | 0.00 |
| PACER Services | 2 | 0.00 |
| Document Services | 9,800 | 5,668.00 |
| Document Services | 6 | 387.11 |
| | | 10,027.36 |