# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Re: DI 2443** |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on September 6, 2023, I served copies of the United States Trustee's Objection to Motion of Debtors to Enter into, and Perform Their Obligations Under, the Reimbursement Agreements, in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

Kimberly A. Brown, Esq.  
LANDIS RATH & COBB LLP  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
E-mail: brown@lrclaw.com

Brian D. Glueckstein, Esq.  
Alexa J. Kranzley, Esq.  
Julie G. Kappoor, Esq.  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, NY 10004  
E-mail: gluecksteinb@sullcrom.com  
         kranzleya@sullcrom.com  
         kapoorj@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
      kenpasquale@paulhastings.com

David A. Wender, Esquire
Sarah Paul, Esquire
Erin Broderick, Esquire
Jennifer Kimble, Esquire
EVERSHEDS SUTHERLAND (US), LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
Email:  davidwender@eversheds-sutherland.com
      sarahpaul@eversheds-sutherland.com
      erinbroderick@eversheds-sutherland.com
      jenniferkimble@eversheds-sutherland.com

Dated: September 7, 2023
      Wilmington, Delaware

Robert F. Poppiti, Jr., Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: rpoppiti@ycst.com

Eric Schwartz, Esquire
Paige Topper, Esquire
Matthew Harvey, Esquire
Derek Abbott, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email:  eschwartz@morrisnichols.com
      ptopper@morrisnichols.com
      mharvey@morrisnichols.com
      dabbott@morrisnichols.com

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov