## EVIDENCE OF TRANSFER OF CLAIM

### Annex B

To:     United States Bankruptcy Court ("Court") District of Delaware

To:     FTX Trading Ltd., et al. ("Debtor"), Case No. 22-11068 ("Case")

Re:     Claim No. _____624_____          Unique Customer Code: _06395814_

**OBSCURO LIMITED** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BFCP IV LLC** ("Buyer") and its successors and assigns, all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and

(f) to any amounts listed on Debtor's schedules, in the principal amount of $2,796,426.82 ("Claim"), which represents 100% of the total claim amount of $2,796,426.82 against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated August __24__, 2023.

**SELLER:**

**OBSCURO LIMITED**

By: _____
Name: GAVIN THOMAS, DIRECTOR

**BUYER:**

**BFCP IV LLC**

By: _____
Name: TIM BABICH, CEO

## United States Bankruptcy Court District of Delaware

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### In re FTX Trading LTD. et al  (Case No. 22-11068)

Name of Transferor
OBSCURO LIMITED
15 Andover Road
Winchester S023 7BT
United Kingdom
gavin@obscu.ro

Name of Transferee
BFCP IV LLC
800 Miramonte Dr. Suite 380 Santa Barbara, CA 93109
tim.babich@nexxus-holdings.com

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claim No. | Schedule No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| | | Obscuro Limited | $2,796,426.82 | FTX Trading LTD., et al | Case Number: 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

**BFCP IV LLC**

By:_____
Name: Tim Babich, CEO

3