IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  | : |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
|  | : |  |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Re:  DI 2452** |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on September 7, 2023, I served copies of the United States Trustee's Objection to Debtors' Motion for Entry of an Order Authorizing and Approving (I) Guidelines for the Sale or Transfer of Certain Digital Assets, (II) The Sale or Transfer of such Digital Assets in Accordance with such Guidelines Free and Clear of any Liens, Claims, Interests and Encumbrances, (III) The Debtors' Entry into, and Performance Under Postpetition Hedging Arrangements, Including Granting Liens and Super Priority Administrative Expense Claims in Connection Therewith and (IV) The Debtors to Stake Certain Digital Assets, in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

Kimberly A. Brown, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Julie G. Kappoor, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com
          kapoorj@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Kristopher M. Hansen, Esq.<br>Kenneth Pasquale, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>        kenpasquale@paulhastings.com | Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: rpoppiti@ycst.com |
| David A. Wender, Esquire<br>Sarah Paul, Esquire<br>Erin Broderick, Esquire<br>Jennifer Kimble, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email:  davidwender@eversheds-sutherland.com<br>          sarahpaul@eversheds-sutherland.com<br>          erinbroderick@eversheds-sutherland.com<br>          jenniferkimble@eversheds-sutherland.com | Eric Schwartz, Esquire<br>Paige Topper, Esquire<br>Matthew Harvey, Esquire<br>Derek Abbott, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: eschwartz@morrisnichols.com<br>        ptopper@morrisnichols.com<br>        mharvey@morrisnichols.com<br>        dabbott@morrisnichols.com |
| Dated: September 8, 2023<br>        Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |