# EXHIBIT A

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF LAYERZERO (ACCOUNT NO. -7839)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/15/22 1:50 PM | Withdrawal | USDC | 303.76 | $1.00 | $304 | $304 |
| 8/19/22 5:37 PM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 16,760 |
| 8/19/22 5:38 PM | Withdrawal | ETH | 11.68 | 1,645.58 | 19,224 | 35,984 |
| 8/19/22 5:39 PM | Withdrawal | ETH | 8.23 | 1,645.58 | 13,551 | 49,534 |
| 8/19/22 5:40 PM | Withdrawal | ETH | 7.10 | 1,645.58 | 11,681 | 61,216 |
| 8/19/22 5:42 PM | Withdrawal | BNB | 7.98 | 216.64 | 1,730 | 62,945 |
| 8/19/22 5:44 PM | Withdrawal | AVAX | 10.00 | 9.98 | 100 | 63,045 |
| 8/19/22 5:45 PM | Withdrawal | AVAX | 14.23 | 9.98 | 142 | 63,187 |
| 8/19/22 5:57 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 64,832 |
| 8/23/22 12:34 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 66,478 |
| 8/23/22 12:49 PM | Withdrawal | ETH | 0.33 | 1,645.58 | 543 | 67,021 |
| 8/23/22 12:50 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 67,238 |
| 8/23/22 12:50 PM | Withdrawal | AVAX | 2.00 | 9.98 | 20 | 67,258 |
| 8/23/22 12:51 PM | Withdrawal | MATIC | 10.00 | 0.55 | 5 | 67,263 |
| 8/23/22 12:53 PM | Withdrawal | FTM | 20.00 | 0.20 | 4 | 67,267 |
| 8/23/22 12:54 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 67,277 |
| 8/23/22 1:13 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 67,287 |
| 8/25/22 12:58 PM | Withdrawal | FTM | 50.00 | 0.20 | 10 | 67,297 |
| 8/25/22 12:59 PM | Withdrawal | FTM | 25.00 | 0.20 | 5 | 67,302 |
| 8/25/22 1:01 PM | Withdrawal | ETH | 0.55 | 1,645.58 | 905 | 68,207 |
| 8/25/22 1:23 PM | Withdrawal | ETH | 0.45 | 1,645.58 | 741 | 68,948 |
| 8/25/22 1:23 PM | Withdrawal | ETH | 0.20 | 1,645.58 | 329 | 69,277 |
| 8/25/22 1:24 PM | Withdrawal | ETH | 0.50 | 1,645.58 | 823 | 70,100 |
| 8/25/22 1:24 PM | Withdrawal | ETH | 0.20 | 1,645.58 | 329 | 70,429 |
| 8/25/22 1:28 PM | Withdrawal | MATIC | 25.00 | 0.55 | 14 | 70,442 |
| 8/25/22 1:29 PM | Withdrawal | MATIC | 25.00 | 0.55 | 14 | 70,456 |
| 8/25/22 1:30 PM | Withdrawal | AVAX | 3.00 | 9.98 | 30 | 70,486 |
| 8/25/22 1:30 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 70,496 |
| 8/25/22 1:31 PM | Withdrawal | BNB | 2.00 | 216.64 | 433 | 70,929 |
| 8/25/22 1:31 PM | Withdrawal | BNB | 0.30 | 216.64 | 65 | 70,995 |
| 8/25/22 1:40 PM | Withdrawal | ETH | 0.68 | 1,645.58 | 1,117 | 72,112 |
| 8/25/22 5:45 PM | Withdrawal | FTM | 15.00 | 0.20 | 3 | 72,115 |
| 8/25/22 5:46 PM | Withdrawal | ETH | 0.25 | 1,645.58 | 411 | 72,526 |
| 8/25/22 5:47 PM | Withdrawal | MATIC | 9.98 | 0.55 | 5 | 72,531 |
| 8/25/22 5:47 PM | Withdrawal | AVAX | 0.78 | 9.98 | 8 | 72,539 |
| 8/25/22 5:48 PM | Withdrawal | BNB | 0.46 | 216.64 | 99 | 72,638 |
| 8/25/22 5:48 PM | Withdrawal | ETH | 0.31 | 1,645.58 | 514 | 73,152 |
| 8/26/22 5:45 PM | Withdrawal | USDT | 2.00 | 1.00 | 2 | 73,154 |
| 8/26/22 5:45 PM | Withdrawal | USDC | 3.00 | 1.00 | 3 | 73,157 |
| 8/29/22 9:06 PM | Withdrawal | USDC | 1,701.00 | 1.00 | 1,701 | 74,858 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/31/22 1:38 PM | Withdrawal | ETH | 0.22 | 1,645.58 | 366 | 75,224 |
| 8/31/22 1:39 PM | Withdrawal | BNB | 0.20 | 216.64 | 43 | 75,268 |
| 8/31/22 1:40 PM | Withdrawal | AVAX | 0.25 | 9.98 | 2 | 75,270 |
| 8/31/22 1:41 PM | Withdrawal | MATIC | 5.00 | 0.55 | 3 | 75,273 |
| 8/31/22 1:44 PM | Withdrawal | FTM | 10.00 | 0.20 | 2 | 75,275 |
| 8/31/22 4:23 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 75,285 |
| 8/31/22 4:30 PM | Withdrawal | AVAX | 0.02 | 9.98 | 0 | 75,285 |
| 9/2/22 2:21 PM | Withdrawal | FTM | 10.00 | 0.20 | 2 | 75,287 |
| 9/2/22 2:39 PM | Withdrawal | FTM | 7,000.00 | 0.20 | 1,401 | 76,688 |
| 9/2/22 2:42 PM | Withdrawal | MATIC | 6,000.00 | 0.55 | 3,295 | 79,983 |
| 9/2/22 2:42 PM | Withdrawal | AVAX | 85.00 | 9.98 | 848 | 80,831 |
| 9/2/22 2:43 PM | Withdrawal | BNB | 12.00 | 216.64 | 2,600 | 83,431 |
| 9/2/22 2:43 PM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 99,887 |
| 9/2/22 2:44 PM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 108,115 |
| 9/5/22 2:24 PM | Withdrawal | USDT | 255.00 | 1.00 | 255 | 108,369 |
| 9/5/22 5:34 PM | Withdrawal | ETH | 0.06 | 1,645.58 | 99 | 108,468 |
| 9/5/22 5:35 PM | Withdrawal | BNB | 0.06 | 216.64 | 13 | 108,481 |
| 9/5/22 5:43 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 108,698 |
| 9/5/22 5:43 PM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 108,862 |
| 9/6/22 6:34 AM | Withdrawal | ETH | 0.05 | 1,645.58 | 82 | 108,945 |
| 9/6/22 6:34 AM | Withdrawal | USDC | 25.00 | 1.00 | 25 | 108,970 |
| 9/6/22 6:35 AM | Withdrawal | AVAX | 0.40 | 9.98 | 4 | 108,974 |
| 9/6/22 6:35 AM | Withdrawal | USDC | 25.00 | 1.00 | 25 | 108,999 |
| 9/6/22 6:44 AM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 109,245 |
| 9/6/22 6:58 AM | Withdrawal | AVAX | 2.00 | 9.98 | 20 | 109,265 |
| 9/6/22 7:06 AM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 109,512 |
| 9/6/22 7:08 AM | Withdrawal | USDC | 20.00 | 1.00 | 20 | 109,532 |
| 9/6/22 11:02 PM | Withdrawal | USDC | 25.00 | 1.00 | 25 | 109,557 |
| 9/6/22 11:03 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 109,774 |
| 9/6/22 11:06 PM | Withdrawal | MATIC | 250.00 | 0.55 | 137 | 109,911 |
| 9/6/22 11:09 PM | Withdrawal | USDC | 25.00 | 1.00 | 25 | 109,936 |
| 9/6/22 11:30 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 111,582 |
| 9/7/22 10:09 AM | Withdrawal | ETH | 8.23 | 1,645.58 | 13,551 | 125,132 |
| 9/7/22 11:10 AM | Withdrawal | ETH | 0.35 | 1,645.58 | 576 | 125,708 |
| 9/7/22 4:53 PM | Withdrawal | USDC | 128,989.00 | 1.00 | 128,989 | 254,697 |
| 9/15/22 3:14 AM | Deposit | ETH | (0.04) | 1,617.60 | (68) | 254,629 |
| 9/18/22 7:41 PM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 262,857 |
| 9/18/22 8:15 PM | Withdrawal | FTM | 10.00 | 0.20 | 2 | 262,859 |
| 9/18/22 8:18 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 264,505 |
| 9/18/22 8:19 PM | Withdrawal | MATIC | 10.00 | 0.55 | 5 | 264,510 |
| 9/18/22 8:19 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 264,727 |
| 9/18/22 8:19 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 264,737 |
| 9/18/22 8:20 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 266,382 |
| 9/20/22 1:24 PM | Withdrawal | FTM | 1.00 | 0.20 | 0 | 266,382 |
| 9/20/22 1:35 PM | Withdrawal | ETH | 0.65 | 1,645.58 | 1,070 | 267,452 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 9/20/22 1:35 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 269,098 |
| 9/20/22 1:36 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 269,314 |
| 9/20/22 1:36 PM | Withdrawal | AVAX | 2.00 | 9.98 | 20 | 269,334 |
| 9/20/22 1:38 PM | Withdrawal | MATIC | 10.00 | 0.55 | 5 | 269,340 |
| 9/20/22 1:38 PM | Withdrawal | ETH | 0.50 | 1,645.58 | 823 | 270,163 |
| 9/20/22 1:40 PM | Withdrawal | FTM | 19.00 | 0.20 | 4 | 270,166 |
| 9/21/22 11:23 AM | Withdrawal | AVAX | 50.00 | 9.98 | 499 | 270,665 |
| 9/21/22 8:49 PM | Deposit | FTM | (50.00) | 0.22 | (11) | 270,654 |
| 9/27/22 3:21 PM | Withdrawal | ETH | 4.00 | 1,645.58 | 6,588 | 277,242 |
| 9/30/22 1:03 AM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 293,698 |
| 10/1/22 3:07 PM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 301,926 |
| 10/3/22 1:29 AM | Withdrawal | USDC | 405.00 | 1.00 | 405 | 302,331 |
| 10/3/22 10:24 PM | Withdrawal | BNB | 2.00 | 216.64 | 433 | 302,764 |
| 10/4/22 10:42 AM | Withdrawal | USDC | 127,814.18 | 1.00 | 127,814 | 430,578 |
| 10/4/22 1:40 PM | Withdrawal | ETH | 4.25 | 1,645.58 | 6,986 | 437,565 |
| 10/4/22 2:35 PM | Withdrawal | ETH | 9.99 | 1,645.58 | 16,439 | 454,004 |
| 10/5/22 11:51 AM | Withdrawal | ETH | 7.50 | 1,645.58 | 12,342 | 466,346 |
| 10/7/22 5:09 AM | Withdrawal | BNB | 5.00 | 216.64 | 1,083 | 467,429 |
| 10/7/22 11:38 AM | Withdrawal | BUSD | 650.00 | 1.00 | 650 | 468,079 |
| 10/7/22 2:36 PM | Withdrawal | ETH | 7.00 | 1,645.58 | 11,519 | 479,598 |
| 10/9/22 2:16 AM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 496,054 |
| 10/9/22 2:24 AM | Withdrawal | AVAX | 25.00 | 9.98 | 249 | 496,303 |
| 10/11/22 9:14 AM | Withdrawal | AVAX | 10.00 | 9.98 | 100 | 496,403 |
| 10/13/22 10:45 AM | Withdrawal | USDC | 50,002.50 | 1.00 | 50,002 | 546,405 |
| 10/13/22 10:47 AM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 554,633 |
| 10/14/22 8:22 AM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 562,861 |
| 10/14/22 8:29 AM | Withdrawal | ETH | 8.00 | 1,645.58 | 13,165 | 576,026 |
| 10/18/22 1:41 PM | Withdrawal | ETH | 40.00 | 1,645.58 | 65,823 | 641,849 |
| 10/18/22 1:42 PM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 658,305 |
| 10/18/22 9:23 PM | Withdrawal | APT | 100.00 | 5.51 | 551 | 658,856 |
| 10/18/22 9:26 PM | Withdrawal | APT | 50.00 | 5.51 | 276 | 659,132 |
| 10/18/22 9:41 PM | Withdrawal | APT | 1,000.00 | 5.51 | 5,513 | 664,644 |
| 10/18/22 9:48 PM | Withdrawal | APT | 1,000.00 | 5.51 | 5,513 | 670,157 |
| 10/18/22 9:53 PM | Withdrawal | APT | 2,000.00 | 5.51 | 11,025 | 681,182 |
| 10/18/22 10:00 PM | Withdrawal | APT | 100.00 | 5.51 | 551 | 681,734 |
| 10/18/22 10:01 PM | Withdrawal | APT | 100.00 | 5.51 | 551 | 682,285 |
| 10/18/22 10:01 PM | Withdrawal | APT | 100.00 | 5.51 | 551 | 682,836 |
| 10/18/22 10:02 PM | Withdrawal | APT | 100.00 | 5.51 | 551 | 683,388 |
| 10/18/22 11:35 PM | Withdrawal | ETH | 0.40 | 1,645.58 | 658 | 684,046 |
| 10/18/22 11:35 PM | Withdrawal | BNB | 0.25 | 216.64 | 54 | 684,100 |
| 10/18/22 11:36 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 684,110 |
| 10/18/22 11:37 PM | Withdrawal | MATIC | 5.00 | 0.55 | 3 | 684,113 |
| 10/18/22 11:38 PM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 684,360 |
| 10/19/22 12:28 AM | Withdrawal | MATIC | 5.00 | 0.55 | 3 | 684,362 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---:|---:|---:|---:|
| 10/19/22 12:34 AM | Withdrawal | MATIC | 9.00 | 0.55 | 5 | 684,367 |
| 10/19/22 2:05 AM | Withdrawal | APT | 1,486.00 | 5.51 | 8,192 | 692,559 |
| 10/19/22 11:02 AM | Withdrawal | USDC | 257,000.00 | 1.00 | 257,000 | 949,559 |
| 10/19/22 11:03 AM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 949,805 |
| 10/19/22 11:10 AM | Withdrawal | APT | 33,000.00 | 5.51 | 181,919 | 1,131,725 |
| 10/19/22 2:15 PM | Withdrawal | USDT | 350,000.00 | 1.00 | 349,899 | 1,481,623 |
| 10/19/22 2:18 PM | Withdrawal | USDC | 350,000.00 | 1.00 | 349,999 | 1,831,623 |
| 10/19/22 2:18 PM | Withdrawal | ETH | 116.20 | 1,645.58 | 191,216 | 2,022,839 |
| 10/19/22 2:30 PM | Withdrawal | APT | 20,189.51 | 5.51 | 111,299 | 2,134,138 |
| 10/20/22 1:28 PM | Withdrawal | ETH | 25.00 | 1,645.58 | 41,140 | 2,175,277 |
| 10/20/22 7:00 PM | Withdrawal | APT | 2.50 | 5.51 | 14 | 2,175,291 |
| 10/20/22 7:04 PM | Withdrawal | ETH | 0.13 | 1,645.58 | 206 | 2,175,497 |
| 10/20/22 7:05 PM | Withdrawal | USDC | 475,001.00 | 1.00 | 475,000 | 2,650,497 |
| 10/20/22 7:45 PM | Withdrawal | APT | 3.00 | 5.51 | 17 | 2,650,513 |
| 10/21/22 3:20 AM | Withdrawal | APT | 1.00 | 5.51 | 6 | 2,650,519 |
| 10/21/22 3:20 AM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 2,650,684 |
| 10/21/22 4:45 AM | Withdrawal | USDC | 1,200,001.00 | 1.00 | 1,199,999 | 3,850,682 |
| 10/21/22 4:50 AM | Withdrawal | APT | 1.00 | 5.51 | 6 | 3,850,688 |
| 10/21/22 5:16 AM | Withdrawal | APT | 0.88 | 5.51 | 5 | 3,850,693 |
| 10/21/22 5:17 AM | Withdrawal | ETH | 0.09 | 1,645.58 | 150 | 3,850,843 |
| 10/21/22 5:20 AM | Withdrawal | USDC | 775,000.00 | 1.00 | 774,999 | 4,625,841 |
| 10/21/22 6:43 PM | Withdrawal | ETH | 0.08 | 1,645.58 | 135 | 4,625,977 |
| 10/21/22 6:44 PM | Withdrawal | APT | 2.00 | 5.51 | 11 | 4,625,988 |
| 10/21/22 6:45 PM | Withdrawal | ETH | 193.50 | 1,645.58 | 318,420 | 4,944,407 |
| 10/21/22 6:48 PM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 4,944,572 |
| 10/21/22 6:49 PM | Withdrawal | ETH | 0.06 | 1,645.58 | 104 | 4,944,676 |
| 10/21/22 6:50 PM | Withdrawal | APT | 0.75 | 5.51 | 4 | 4,944,680 |
| 10/21/22 6:58 PM | Withdrawal | USDC | 1,000,000.00 | 1.00 | 999,998 | 5,944,678 |
| 10/21/22 6:59 PM | Withdrawal | ETH | 0.05 | 1,645.58 | 88 | 5,944,766 |
| 10/21/22 7:01 PM | Withdrawal | APT | 0.55 | 5.51 | 3 | 5,944,769 |
| 10/21/22 7:01 PM | Withdrawal | APT | 1.00 | 5.51 | 6 | 5,944,775 |
| 10/21/22 7:20 PM | Withdrawal | USDC | 245,500.00 | 1.00 | 245,500 | 6,190,274 |
| 10/21/22 7:22 PM | Withdrawal | ETH | 180.00 | 1,645.58 | 296,204 | 6,486,479 |
| 10/21/22 7:26 PM | Withdrawal | USDT | 500,405.00 | 1.00 | 500,260 | 6,986,739 |
| 10/21/22 7:27 PM | Withdrawal | APT | 0.25 | 5.51 | 1 | 6,986,740 |
| 10/21/22 7:34 PM | Withdrawal | ETH | 0.04 | 1,645.58 | 60 | 6,986,800 |
| 10/21/22 7:35 PM | Withdrawal | ETH | 0.05 | 1,645.58 | 81 | 6,986,881 |
| 10/21/22 8:01 PM | Withdrawal | ETH | 0.05 | 1,645.58 | 82 | 6,986,963 |
| 10/21/22 8:02 PM | Withdrawal | APT | 0.32 | 5.51 | 2 | 6,986,965 |
| 10/21/22 8:03 PM | Withdrawal | APT | 0.50 | 5.51 | 3 | 6,986,968 |
| 10/21/22 8:05 PM | Withdrawal | ETH | 0.04 | 1,645.58 | 62 | 6,987,029 |
| 10/21/22 8:06 PM | Withdrawal | USDT | 987,500.00 | 1.00 | 987,214 | 7,974,243 |
| 10/21/22 8:07 PM | Withdrawal | USDC | 1,023,000.00 | 1.00 | 1,022,998 | 8,997,241 |
| 10/21/22 8:09 PM | Withdrawal | ETH | 0.03 | 1,645.58 | 49 | 8,997,290 |
| 10/21/22 8:10 PM | Withdrawal | ETH | 0.04 | 1,645.58 | 66 | 8,997,356 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/21/22 8:10 PM | Withdrawal | ETH | 0.05 | 1,645.58 | 82 | 8,997,438 |
| 10/21/22 8:11 PM | Withdrawal | ETH | 399.00 | 1,645.58 | 656,586 | 9,654,025 |
| 10/21/22 8:12 PM | Withdrawal | APT | 0.65 | 5.51 | 4 | 9,654,028 |
| 10/21/22 8:13 PM | Withdrawal | APT | 0.02 | 5.51 | 0 | 9,654,029 |
| 10/21/22 8:13 PM | Withdrawal | APT | 0.45 | 5.51 | 3 | 9,654,031 |
| 10/21/22 8:22 PM | Withdrawal | USDC | 984,000.00 | 1.00 | 983,998 | 10,638,029 |
| 10/21/22 8:31 PM | Withdrawal | USDT | 499,999.00 | 1.00 | 499,854 | 11,137,883 |
| 10/21/22 10:02 PM | Withdrawal | ETH | 0.04 | 1,645.58 | 69 | 11,137,952 |
| 10/21/22 10:05 PM | Withdrawal | APT | 0.33 | 5.51 | 2 | 11,137,954 |
| 10/21/22 10:06 PM | Withdrawal | USDC | 1,253,333.00 | 1.00 | 1,253,331 | 12,391,285 |
| 10/21/22 10:07 PM | Withdrawal | ETH | 0.04 | 1,645.58 | 62 | 12,391,346 |
| 10/21/22 10:08 PM | Withdrawal | APT | 0.33 | 5.51 | 2 | 12,391,348 |
| 10/21/22 10:38 PM | Withdrawal | APT | 0.16 | 5.51 | 1 | 12,391,349 |
| 10/21/22 10:39 PM | Withdrawal | APT | 1.00 | 5.51 | 6 | 12,391,355 |
| 10/21/22 10:39 PM | Withdrawal | APT | 0.23 | 5.51 | 1 | 12,391,356 |
| 10/21/22 10:51 PM | Withdrawal | APT | 0.35 | 5.51 | 2 | 12,391,358 |
| 10/21/22 10:53 PM | Withdrawal | APT | 0.25 | 5.51 | 1 | 12,391,359 |
| 10/21/22 11:18 PM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 12,391,606 |
| 10/21/22 11:32 PM | Withdrawal | USDT | 1,253,331.50 | 1.00 | 1,252,968 | 13,644,574 |
| 10/21/22 11:47 PM | Withdrawal | APT | 2.00 | 5.51 | 11 | 13,644,585 |
| 10/21/22 11:54 PM | Withdrawal | USDC | 500,000.00 | 1.00 | 499,999 | 14,144,584 |
| 10/21/22 11:55 PM | Withdrawal | APT | 3.00 | 5.51 | 17 | 14,144,601 |
| 10/21/22 11:56 PM | Withdrawal | USDT | 500,000.00 | 1.00 | 499,855 | 14,644,456 |
| 10/22/22 12:18 AM | Withdrawal | APT | 2.00 | 5.51 | 11 | 14,644,467 |
| 10/24/22 6:58 AM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 14,660,923 |
| 10/24/22 7:01 AM | Withdrawal | ETH | 8.27 | 1,645.58 | 13,616 | 14,674,539 |
| 10/24/22 5:51 PM | Withdrawal | AVAX | 100.00 | 9.98 | 998 | 14,675,536 |
| 10/24/22 9:48 PM | Withdrawal | ETH | 40.00 | 1,645.58 | 65,823 | 14,741,359 |
| 10/24/22 11:36 PM | Withdrawal | USDT | 5,000.00 | 1.00 | 4,999 | 14,746,358 |
| 10/25/22 12:00 AM | Withdrawal | MATIC | 3,000.00 | 0.55 | 1,648 | 14,748,006 |
| 10/26/22 4:29 PM | Withdrawal | AVAX | 75.00 | 9.98 | 748 | 14,748,754 |
| 10/26/22 7:00 PM | Withdrawal | USDC | 3,001.00 | 1.00 | 3,001 | 14,751,755 |
| 10/28/22 12:09 PM | Withdrawal | ETH | 30.00 | 1,645.58 | 49,367 | 14,801,122 |
| 10/28/22 2:32 PM | Withdrawal | ETH | 0.50 | 1,645.58 | 823 | 14,801,945 |
| 10/28/22 5:47 PM | Withdrawal | BNB | 20.00 | 216.64 | 4,333 | 14,806,278 |
| 10/30/22 3:05 PM | Withdrawal | BNB | 15.00 | 216.64 | 3,250 | 14,809,527 |
| 10/30/22 3:06 PM | Withdrawal | ETH | 4.00 | 1,645.58 | 6,582 | 14,816,110 |
| 10/30/22 6:00 PM | Withdrawal | ETH | 0.13 | 1,645.58 | 206 | 14,816,315 |
| 10/30/22 6:01 PM | Withdrawal | BNB | 0.13 | 216.64 | 27 | 14,816,342 |
| 10/30/22 6:02 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 14,816,352 |
| 10/30/22 6:02 PM | Withdrawal | MATIC | 5.00 | 0.55 | 3 | 14,816,355 |
| 10/30/22 6:03 PM | Withdrawal | ETH | 0.13 | 1,645.58 | 206 | 14,816,561 |
| 10/30/22 6:05 PM | Withdrawal | ETH | 0.33 | 1,645.58 | 548 | 14,817,109 |
| 10/30/22 6:11 PM | Withdrawal | ETH | 0.12 | 1,645.58 | 189 | 14,817,298 |
| 10/30/22 6:12 PM | Withdrawal | BNB | 0.20 | 216.64 | 43 | 14,817,341 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/30/22 6:12 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 14,817,351 |
| 10/30/22 6:12 PM | Withdrawal | MATIC | 4.00 | 0.55 | 2 | 14,817,354 |
| 10/30/22 6:13 PM | Withdrawal | ETH | 0.11 | 1,645.58 | 183 | 14,817,536 |
| 10/30/22 6:14 PM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 14,817,701 |
| 10/30/22 6:15 PM | Withdrawal | BNB | 0.13 | 216.64 | 29 | 14,817,730 |
| 10/30/22 6:16 PM | Withdrawal | AVAX | 0.79 | 9.98 | 8 | 14,817,738 |
| 10/30/22 6:16 PM | Withdrawal | MATIC | 3.52 | 0.55 | 2 | 14,817,739 |
| 10/30/22 6:17 PM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 14,817,904 |
| 10/31/22 1:11 PM | Withdrawal | ETH | 6.25 | 1,645.58 | 10,285 | 14,828,189 |
| 10/31/22 1:59 PM | Withdrawal | ETH | 0.10 | 1,645.58 | 165 | 14,828,353 |
| 10/31/22 3:01 PM | Withdrawal | ETH | 0.20 | 1,645.58 | 329 | 14,828,683 |
| 10/31/22 3:11 PM | Withdrawal | ETH | 0.20 | 1,645.58 | 329 | 14,829,012 |
| 10/31/22 8:03 PM | Withdrawal | ETH | 0.30 | 1,645.58 | 494 | 14,829,505 |
| 10/31/22 8:07 PM | Withdrawal | ETH | 11.62 | 1,645.58 | 19,121 | 14,848,627 |
| 10/31/22 9:52 PM | Withdrawal | ETH | 570.00 | 1,645.58 | 937,981 | 15,786,607 |
| 10/31/22 10:49 PM | Withdrawal | APT | 93,250.00 | 5.51 | 514,060 | 16,300,667 |
| 11/2/22 12:49 PM | Withdrawal | ETH | 0.14 | 1,645.58 | 232 | 16,300,899 |
| 11/2/22 3:18 PM | Withdrawal | ETH | 5.00 | 1,645.58 | 8,228 | 16,309,127 |
| 11/3/22 1:03 AM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 16,325,583 |
| 11/3/22 3:14 PM | Withdrawal | ETH | 6.39 | 1,645.58 | 10,519 | 16,336,102 |
| 11/6/22 8:22 PM | Withdrawal | USDC | 303.00 | 1.00 | 303 | 16,336,405 |
| 11/7/22 12:31 AM | Withdrawal | USDC | 5,000,000.00 | 1.00 | 4,999,990 | 21,336,395 |
| 11/7/22 12:35 PM | Withdrawal | ETH | 9.90 | 1,645.58 | 16,291 | 21,352,687 |
| 11/7/22 1:28 PM | Withdrawal | ETH | 10.00 | 1,645.58 | 16,456 | 21,369,142 |
| 11/7/22 4:54 PM | Withdrawal | ETH | 1.00 | 1,645.58 | 1,646 | 21,370,788 |
| 11/7/22 4:55 PM | Withdrawal | ETH | 0.50 | 1,645.58 | 823 | 21,371,611 |
| 11/7/22 4:55 PM | Withdrawal | ETH | 0.20 | 1,645.58 | 329 | 21,371,940 |
| 11/7/22 4:55 PM | Withdrawal | BNB | 1.00 | 216.64 | 217 | 21,372,157 |
| 11/7/22 4:56 PM | Withdrawal | AVAX | 2.00 | 9.98 | 20 | 21,372,177 |
| 11/7/22 4:57 PM | Withdrawal | MATIC | 9.00 | 0.55 | 5 | 21,372,182 |
| 11/7/22 4:58 PM | Withdrawal | ETH | 0.75 | 1,645.58 | 1,234 | 21,373,416 |
| 11/7/22 4:58 PM | Withdrawal | FTM | 25.00 | 0.20 | 5 | 21,373,421 |
| 11/7/22 5:02 PM | Withdrawal | ETH | 0.11 | 1,645.58 | 181 | 21,373,602 |
| 11/7/22 5:04 PM | Withdrawal | BNB | 0.10 | 216.64 | 22 | 21,373,623 |
| 11/7/22 5:04 PM | Withdrawal | AVAX | 1.00 | 9.98 | 10 | 21,373,633 |
| 11/7/22 5:04 PM | Withdrawal | MATIC | 5.00 | 0.55 | 3 | 21,373,636 |
| 11/7/22 5:05 PM | Withdrawal | ETH | 0.15 | 1,645.58 | 247 | 21,373,883 |
| 11/7/22 5:06 PM | Withdrawal | FTM | 20.00 | 0.20 | 4 | 21,373,887 |
| 11/7/22 8:10 PM | Withdrawal | AVAX | 15.00 | 9.98 | 150 | 21,374,037 |
| | | | | | **Estimated Preference Exposure:** | **$21,374,037** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.