# EXHIBIT B

## ACTIVITY DURING PREFERENCE PERIOD OF FTX US ACCOUNT REGISTED IN THE NAME OF ARI LITAN (ACCOUNT NO. -4764)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 11/8/22 8:32 PM | Withdrawal | BTC | 1.00 | $25,931.29 | $25,931 | $25,931 |
| 11/8/22 8:51 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 51,863 |
| 11/8/22 9:05 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 77,794 |
| 11/8/22 9:10 PM | Withdrawal | BTC | 24.00 | 25,931.29 | 622,351 | 700,145 |
| 11/8/22 9:17 PM | Withdrawal | BTC | 5.00 | 25,931.29 | 129,656 | 829,801 |
| 11/8/22 9:22 PM | Withdrawal | BTC | 3.00 | 25,931.29 | 77,794 | 907,595 |
| 11/8/22 9:26 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 933,526 |
| 11/8/22 9:32 PM | Withdrawal | BTC | 8.00 | 25,931.29 | 207,450 | 1,140,977 |
| 11/8/22 9:42 PM | Withdrawal | BTC | 30.00 | 25,931.29 | 777,939 | 1,918,915 |
| 11/8/22 9:51 PM | Withdrawal | BTC | 9.00 | 25,931.29 | 233,382 | 2,152,297 |
| 11/8/22 9:56 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 2,178,228 |
| 11/8/22 10:05 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 2,204,160 |
| 11/8/22 10:12 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 2,230,091 |
| 11/8/22 10:21 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 2,256,022 |
| 11/8/22 10:30 PM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 2,774,648 |
| 11/8/22 10:37 PM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 2,800,579 |
| 11/8/22 10:56 PM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 3,319,205 |
| 11/8/22 11:09 PM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 3,837,831 |
| 11/8/22 11:18 PM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 4,356,457 |
| 11/8/22 11:29 PM | Withdrawal | BTC | 30.00 | 25,931.29 | 777,939 | 5,134,395 |
| 11/8/22 11:39 PM | Withdrawal | BTC | 30.00 | 25,931.29 | 777,939 | 5,912,334 |
| 11/9/22 12:01 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 5,938,265 |
| 11/9/22 12:17 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 6,456,891 |
| 11/9/22 12:26 AM | Withdrawal | BTC | 25.00 | 25,931.29 | 648,282 | 7,105,173 |
| 11/9/22 12:28 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 7,131,105 |
| 11/9/22 12:32 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 7,157,036 |
| 11/9/22 12:44 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 7,675,662 |
| 11/9/22 2:20 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 7,701,593 |
| 11/9/22 2:20 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 7,727,524 |
| 11/9/22 2:23 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 7,753,456 |
| 11/9/22 2:28 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 8,272,082 |
| 11/9/22 2:28 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,298,013 |
| 11/9/22 2:31 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,323,944 |
| 11/9/22 2:32 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,349,875 |
| 11/9/22 2:33 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,375,807 |
| 11/9/22 2:34 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,401,738 |
| 11/9/22 2:34 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 8,920,364 |
| 11/9/22 2:35 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 8,946,295 |
| 11/9/22 2:35 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 9,464,921 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 11/9/22 2:36 AM | Withdrawal | BTC | 30.00 | 25,931.29 | 777,939 | 10,242,860 |
| 11/9/22 2:37 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 10,761,485 |
| 11/9/22 2:38 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 10,787,417 |
| 11/9/22 2:39 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 10,813,348 |
| 11/9/22 2:41 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 10,839,279 |
| 11/9/22 2:42 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 10,865,211 |
| 11/9/22 2:44 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 11,383,836 |
| 11/9/22 2:45 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 11,902,462 |
| 11/9/22 2:47 AM | Withdrawal | BTC | 20.00 | 25,931.29 | 518,626 | 12,421,088 |
| 11/9/22 2:48 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,447,019 |
| 11/9/22 2:48 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,472,950 |
| 11/9/22 2:49 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,498,882 |
| 11/9/22 2:49 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,524,813 |
| 11/9/22 2:50 AM | Withdrawal | BTC | 15.01 | 25,931.29 | 389,221 | 12,914,034 |
| 11/9/22 2:52 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,939,965 |
| 11/9/22 2:53 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,965,896 |
| 11/9/22 2:53 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 12,991,828 |
| 11/9/22 2:57 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 13,017,759 |
| 11/9/22 2:58 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 13,043,690 |
| 11/9/22 2:59 AM | Withdrawal | BTC | 1.00 | 25,931.29 | 25,931 | 13,069,622 |
| | | | | **Estimated Preference Exposure:** | | **$13,069,622** |

1.   Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2.   USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.