UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )
                                          )   Chapter 11
FTX TRADING LTD, et al.,                  )   Case No. 22-11068 (JTD)
                                          )
                                          )   (Jointly Administered)
         Debtors.                         )
                                          )

**ASSIGNMENT OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Assignor: Timothy benjamin Gerritsen
Name and Current Address of Assignor:

REDACTED

REDACTED

Name of Assignee:
FTX1 SPV Ltd

Name and Address where notices and payments to Assignee should be sent:
Adrienne Woods, Esq.
c/o WZMP
45 Rockefeller Plaza, Floor 20
New York, New York 10111
aw@heimdallrwa.com

| Customer/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 01888847 | Upon written request, Assignee is prepared to provide a copy of the signed Evidence of Assignment to the Bankruptcy Court, the Debtors, and appropriate professionals.<br><br>REDACTED | ADA-PERP: 0<br>ALGO: .83786<br>ALICE-PERP: 0<br>ANC-PERP: 0<br>APE: 0.00205225<br>APE-PERP: 0<br>APT-PERP: 0<br>AVAX-PERP: 0<br>AXS-PERP: 0<br>BNB: 0.00000001<br>BNB-PERP: 0<br>BTC: 0<br>BTC-PERP: 0<br>CEL-PERP: 0<br>DOGE: 0.54586260<br>DOGE-PERP: 0<br>ETH: 0.00064225<br>ETH-PERP: 0<br>FTM-PERP: 0<br>FTT: .0273535<br>FTT-PERP: 0<br>GALA-PERP: 0<br>GMT-PERP: 0<br>LINK-PERP: 0<br>LOOKS-PERP: 0<br>LUNA2: 0.00000001<br>LUNA2_LOCKED: 0.00000004<br>LUNC: 0.00407707<br>LUNC-PERP: 0<br>MASK-PERP: 0<br>MATIC: .68691<br>MATIC-PERP: 0<br>PEOPLE-PERP: 0<br>RSR-PERP: 0<br>SHIB: 241939<br>SHIB-PERP: 0 | FTX TRADING LTD | 22-11068 |

| | | |
|---|---|---|
| | SNX-PERP: 0<br>SOL: 0.03810000<br>SOL-PERP: 0<br>SRM-PERP: 0<br>SRN-PERP: 0<br>STG: 229.9594425<br>STG-PERP: 0<br>SUSHI-1230: 0<br>SUSHI-PERP: 0<br>TRX-PERP: 0<br>USD: 21271.39<br>USDT: 0.00000001<br>WAVES-PERP: 0<br>XRP-PERP: 0 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Sitanshu Kumar*        Date: **September 7, 2023**
Assignee/Assignee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five (5) years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

| | |
|---|---|
| **TO:** | **THE DEBTOR AND THE BANKRUPTCY COURT** |
| **AND TO:** | **FTX1 SPV LTD** ("Debtor") |
| | **Case No. 22-11068** ("Case") |

**Claim No.:**
**Schedule/Customer No.:**  01888847

REDACTED   ("Assignor") does hereby unconditionally and irrevocably assign by deed unto:

**FTX1 SPV Ltd**
Suite 202, 2nd Floor, Eden Plaza
Eden Island, Mahe, Seychelles

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Assignor in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Assignor; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case; and (f) to any amounts listed on Debtor's schedules (collectively, "Claim"), which represents 100% of the total claim amount of the Assignor against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Assignor hereby waives: (a) any objection to the assignment of the Claim to Assignee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Assignor assigning the Claim to Assignee and recognizing Assignee as the sole owner and holder of the Claim.

Assignee does not assume and will not be responsible for any obligations or liabilities of Assignor related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Assignee.

**Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, all payments or distributions of money or property in respect of the Claim or for any other purpose in this Case, shall be delivered or made to the Assignee.**

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated September 7, 2023.

| | |
|---|---|
| REDACTED | FTX1 SPV LTD |
| By: *(signature)* | By: *Sitanshu Kumar* |
| Name: REDACTED | Title: Director |