# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 2137, 2189 & 2215 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1.  On August 2, 2023, the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Motion of Debtors for an Order Authorizing and Approving Procedures for Settling Certain Existing and Future Litigation Claims and Causes of Action* [D.I. 2137] (the "Motion")[2].

2.  On August 16, 2023, the Office of the United States Trustee (the "U.S. Trustee") filed the *United States Trustee's Objection to Motion of Debtors for an Order Authorizing Procedures for Settling Certain Existing and Future Litigation Claims and Causes of Action* [D.I. 2189] (the "U.S. Trustee Objection").

3.  On August 23, 2023 the Court held a hearing (the "Hearing") to consider, among other things, the Motion.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

{1368.002-W0072270.2}

2

4. The Debtors have revised the proposed order (the "**Revised Order**") consistent with the Court's ruling on the Motion at the Hearing, a copy of which is attached hereto as **Exhibit A**. A copy of the Revised Order compared against the form of proposed order filed by the Debtors on August 20, 2023 [D.I. 2215] and discussed at the Hearing is attached hereto as **Exhibit B**.

5. The Revised Order has been circulated to the U.S. Trustee, the Official Committee of Unsecured Creditors appointed in these chapter 11 cases (the "**Committee**") and the Ad Hoc Committee of Non-US Customers of FTX.com (together with the U.S. Trustee and the Committee, as the "**Parties**"). The Parties have reviewed the Revised Order and attachments thereto and believe the Revised Order accurately reflects the Court's ruling on the Motion at the Hearing and have no objection to entry of the Revised Order. In accordance with the Court's electronic order processing procedures, a clean copy of the Revised Order shall be uploaded to CM/ECF.

6. Accordingly, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated: September 11, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>           brown@lrclaw.com<br>           pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>           bromleyj@sullcrom.com<br>           gluecksteinb@sullcrom.com<br>           kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |