## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## COVER SHEET OF SIXTH MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2023 TO AND INCLUDING MAY 31, 2023

| | |
|---|---|
| Name of Applicant: | <u>Jefferies LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729]</u> |
| Period for Which Compensation and Reimbursement Are Sought: | <u>May 1, 2023 – May 31, 2023</u> |
| Amount of Compensation Requested: | <u>$225,000.00</u> |
| Amount of Compensation Requested Immediately: | <u>$180,000.00</u> |
| Amount of Compensation to be Held Back: | <u>$45,000.00</u> |
| Amount of Expense Reimbursement Requested: | <u>$3,429.09</u> |

This is a(n): __X__ monthly  ___ interim  _____ final application

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

# SIXTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## MAY 1, 2023 – MAY 31, 2023

**Summary of Hours by Professional**
May 1, 2023 - May 31, 2023

| Name | Position | Hours |
|------|----------|------:|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 38.0 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 52.5 |
| Timothy Shea | Senior Vice President, Financial Institutions Group | 14.0 |
| Alexander Gavin | Vice President, Financial Institutions Group | 7.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 98.5 |
| Kelan Curran-Cross | Anlayst, Financial Institutions Group | 15.0 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 148.5 |
| Jared Robinson | Analyst, Debt Advisory and Restructuring | 30.5 |
| **Total** | | **404.0** |

## SIXTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## MAY 1, 2023 – MAY 31, 2023

**Summary of Hours by Category**
May 1, 2023 - May 31, 2023

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 19.0 |
| 2 | Sale Process | 11.0 |
| 3 | Creditor Communication | 40.5 |
| 4 | Debtor Communication | 50.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 183.5 |
| 10 | Business Plan | 2.0 |
| 11 | Process Update and Case Strategy | 98.0 |
| **Total** | | **404.0** |

## SIXTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## EXPENSES BY CATEGORY
## <u>MAY 1, 2023 – MAY 31, 2023</u>

**Jefferies LLC**
Summary of Expenses by Category
May 1, 2023 - May 31, 2023

| Category | Expenses |
|---|---|
| Employee Overtime Meal | $196.36 |
| Transportation | 609.73 |
| Internet Access Fees | 16.00 |
| Legal Fees | 2,607.00 |
| **Total** | **$3,429.09** |

30761354.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

## SIXTH MONTHLY FEE APPLICATION OF JEFFERIES LLC
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
## FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
## PERIOD FROM MAY 1, 2023 TO AND INCLUDING MAY 31, 2023

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this sixth monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from May 1, 2023 to and including May 31, 2023 (the "Compensation Period") in the amount of

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

$225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,429.09. In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

## BACKGROUND

3.     On November 11, 2022 and November 14 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.     On December 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5.     On January 9, 2023, the Court entered the Interim Compensation Order, which

generally sets forth the procedures for interim compensation and expense reimbursement for retained professionals in the Debtors' chapter 11 cases.  The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6.      On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2]  A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7.      On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order").  The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

## RELIEF REQUESTED

8.      By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of

---

[2]    Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,429.09.

9.      The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on May 23, 2023 in accordance with the Engagement Letter.

10.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as **Exhibit A**.  During the Compensation Period, Jefferies professionals spent approximately 404.0 hours providing investment banking services to the Committee.

11.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13.     Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $3,429.09.[3]

## CERTIFICATION OF COMPLIANCE

14.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

*[Remainder of page intentionally left blank.]*

---

[3]    The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof.  Any such expenses will be included in future monthly fee applications.

30761354.1

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $3,429.09.

Dated: September 11, 2023
New York, New York

JEFFERIES LLC


 /s/ Leon Szlezinger
Leon Szlezinger
Managing Director and Joint Global Head of
Debt Advisory & Restructuring
JEFFERIES LLC

**Exhibit A**

**Time Records of Jefferies Professionals**

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Michael O'Hara | *FTX 2.0 Subcommittee meeting with UCC advisors* | 1.0 | 3 |
| 05/01/23 | Michael O'Hara | *Internal call re: weekly UCC call with R. Hamilton, D. Homrich, J. Robinson, L. Hultgren* | 0.5 | 11 |
| 05/01/23 | Michael O'Hara | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Michael O'Hara | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/02/23 | Michael O'Hara | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/02/23 | Michael O'Hara | *Internal call with R. Hamilton* | 0.5 | 11 |
| 05/03/23 | Michael O'Hara | *Review of de minimis offers summary* | 0.5 | 9 |
| 05/03/23 | Michael O'Hara | *Call with Paul Hastings re: FTX 2.0 RFP* | 0.5 | 11 |
| 05/04/23 | Michael O'Hara | *LedgerX sale haring* | 1.0 | 1 |
| 05/04/23 | Michael O'Hara | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/04/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture portfolio* | 0.5 | 11 |
| 05/08/23 | Michael O'Hara | *Call with Paul Hastings re: Aptos* | 0.5 | 11 |
| 05/08/23 | Michael O'Hara | *Weekly call with UCC advisors* | 1.0 | 11 |
| 05/09/23 | Michael O'Hara | *Call with Paul Hastings re: fund process, Anthropic, FTX 2.0* | 0.5 | 11 |
| 05/09/23 | Michael O'Hara | *Call with Paul Hastings re: Mysten Labs update* | 0.5 | 11 |
| 05/10/23 | Michael O'Hara | *Weekly call with the UCC re: plan discussion* | 2.0 | 3 |
| 05/10/23 | Michael O'Hara | *Review of Paradigm One investment and capital call* | 0.5 | 11 |
| 05/10/23 | Michael O'Hara | *Prepare for weekly UCC call* | 0.5 | 11 |
| 05/11/23 | Michael O'Hara | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/11/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/15/23 | Michael O'Hara | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/17/23 | Michael O'Hara | *Call with UCC advisors and Debtors' advisors re: FTX Vault* | 0.5 | 4 |
| 05/17/23 | Michael O'Hara | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/17/23 | Michael O'Hara | *Review of FTX Vault presentation from Debtors' VDR* | 0.5 | 9 |
| 05/18/23 | Michael O'Hara | *Call with FTX Monetization Subcommittee* | 0.5 | 3 |
| 05/18/23 | Michael O'Hara | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Michael O'Hara | *Update call with Debtors and UCC re: FTX 2.0 sale process* | 0.5 | 4 |
| 05/18/23 | Michael O'Hara | *Review of Anthropic materials and investment information* | 0.5 | 9 |
| 05/18/23 | Michael O'Hara | *Call with Wave re: FTX bankruptcy process* | 0.5 | 11 |
| 05/19/23 | Michael O'Hara | *UCC meeting re: customer bar date, venture investments, FTX 2.0 update, FTX EU, administrative matters* | 2.0 | 3 |
| 05/19/23 | Michael O'Hara | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/19/23 | Michael O'Hara | *Review of Anthropic materials and investment information* | 0.5 | 9 |
| 05/19/23 | Michael O'Hara | *Prepare for weekly UCC call and review materials sent to UCC* | 0.5 | 9 |
| 05/19/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/22/23 | Michael O'Hara | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/24/23 | Michael O'Hara | *Weekly UCC call re: Plan discussions and update* | 2.0 | 3 |
| 05/24/23 | Michael O'Hara | *Call with H. Kung and S. Shah and Paul Hasting re: venture portfolio management* | 0.5 | 3 |
| 05/24/23 | Michael O'Hara | *Prepare for weekly UCC call* | 0.5 | 9 |
| 05/25/23 | Michael O'Hara | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/25/23 | Michael O'Hara | *Review of materials related to Anthropic* | 2.0 | 9 |
| 05/25/23 | Michael O'Hara | *Internal call re: UCC agenda for next Committee call* | 0.5 | 11 |
| 05/30/23 | Michael O'Hara | *Review of FTX 2.0 outreach names* | 0.5 | 2 |
| 05/31/23 | Michael O'Hara | *Weekly UCC call re: Anthropic, Sequoia Heritage, Paradigm One, venture portfolio, FTX Europe, customer claims portal* | 2.0 | 3 |
| 05/31/23 | Michael O'Hara | *Review Debtors' summary of Anthropic offers* | 2.0 | 9 |
| 05/31/23 | Michael O'Hara | *Prepare for weekly UCC call* | 0.5 | 9 |
| | | **May 1, 2023 - May 31, 2023 Hours for Michael O'Hara** | **38.0** | |

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Ryan Hamilton | *FTX 2.0 Subcommittee meeting with UCC advisors* | 1.0 | 3 |
| 05/01/23 | Ryan Hamilton | *Internal call re: weekly UCC call with M. O'Hara, D. Homrich, J. Robinson, L. Hultgren* | 0.5 | 11 |
| 05/01/23 | Ryan Hamilton | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Ryan Hamilton | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/02/23 | Ryan Hamilton | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/02/23 | Ryan Hamilton | *Internal conversation with M. O'Hara* | 0.5 | 11 |
| 05/02/23 | Ryan Hamilton | *Internal call re: FTX 2.0 with D. Homrich, J. Robinson* | 0.5 | 11 |
| 05/03/23 | Ryan Hamilton | *Call with Paul Hastings re: FTX 2.0 RFP* | 0.5 | 11 |
| 05/04/23 | Ryan Hamilton | *LedgerX sale haring* | 1.0 | 1 |
| 05/04/23 | Ryan Hamilton | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/04/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio* | 0.5 | 11 |
| 05/05/23 | Ryan Hamilton | *Internal call re: Mysten labs investment and communications* | 0.5 | 11 |
| 05/08/23 | Ryan Hamilton | *Internal call re: FTX data room with D. Homrich, J. Robinson, L. Hultgren* | 0.5 | 11 |
| 05/08/23 | Ryan Hamilton | *Call with Paul Hastings re: Aptos* | 0.5 | 11 |
| 05/08/23 | Ryan Hamilton | *Weekly call with UCC advisors* | 1.0 | 11 |
| 05/09/23 | Ryan Hamilton | *Call with Paul Hastings re: fund process, Anthropic, FTX 2.0* | 0.5 | 11 |
| 05/09/23 | Ryan Hamilton | *Call with Paul Hastings re: Mysten Labs update* | 0.5 | 11 |
| 05/10/23 | Ryan Hamilton | *Weekly call with the UCC re: plan discussion* | 2.0 | 3 |
| 05/10/23 | Ryan Hamilton | *Review of Paradigm One investment and capital call* | 0.5 | 9 |
| 05/10/23 | Ryan Hamilton | *Internal call with Restructuring team re: UCC meeting debrief* | 0.5 | 11 |
| 05/11/23 | Ryan Hamilton | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/11/23 | Ryan Hamilton | *Internal strategy call with D. Homrich, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/11/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/11/23 | Ryan Hamilton | *Review of venture investments re: Anthropic, Genesis Digital Assets* | 2.0 | 11 |
| 05/12/23 | Ryan Hamilton | *Research re: AI and Anthropic value proposition* | 1.0 | 9 |
| 05/12/23 | Ryan Hamilton | *Review and prepare materials for the UCC re: Anthropic* | 2.5 | 9 |
| 05/12/23 | Ryan Hamilton | *Call with FTI re: FTX claims / recovery* | 0.5 | 11 |
| 05/15/23 | Ryan Hamilton | *Review of UCC feedback re: Aptos Labs, Paradigm One, and Sequoia Heritage investment* | 0.5 | 9 |
| 05/15/23 | Ryan Hamilton | *Review and preparation of timeline materials for the UCC re: Debtors' proposed sales* | 1.0 | 9 |
| 05/15/23 | Ryan Hamilton | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/15/23 | Ryan Hamilton | *Call with interested party re: FTX bankruptcy process and venture portfolio* | 0.5 | 11 |
| 05/16/23 | Ryan Hamilton | *Review of Anthropic materials and broader AI landscape for UCC* | 0.5 | 9 |
| 05/17/23 | Ryan Hamilton | *Draft update email for the UCC re: venture portfolio GP proposal* | 0.5 | 3 |
| 05/17/23 | Ryan Hamilton | *Call with UCC advisors and Debtors' advisors re: FTX Vault* | 0.5 | 4 |
| 05/17/23 | Ryan Hamilton | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/17/23 | Ryan Hamilton | *Review of FTX Vault presentation from Debtors' VDR* | 0.5 | 9 |
| 05/17/23 | Ryan Hamilton | *Call with interested party re: FTX bankruptcy process* | 0.5 | 11 |
| 05/17/23 | Ryan Hamilton | *Call with Paul Hastings (G. Sasson, L. Koch) re: VDR materials for UCC* | 0.5 | 11 |
| 05/18/23 | Ryan Hamilton | *Call with FTX Monetization Subcommittee* | 0.5 | 3 |
| 05/18/23 | Ryan Hamilton | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Ryan Hamilton | *Update call with Debtors and UCC re: FTX 2.0 sale process* | 0.5 | 4 |
| 05/18/23 | Ryan Hamilton | *Internal strategy call with D. Homrich, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/18/23 | Ryan Hamilton | *Call with Wave re: FTX bankruptcy process* | 0.5 | 11 |
| 05/19/23 | Ryan Hamilton | *UCC meeting re: customer bar date, venture investments, FTX 2.0 update, FTX EU, administrative matters* | 2.0 | 3 |
| 05/19/23 | Ryan Hamilton | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/19/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/22/23 | Ryan Hamilton | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/23/23 | Ryan Hamilton | *Review of materials and research certain information for the UCC re: Anthropic* | 1.0 | 9 |
| 05/23/23 | Ryan Hamilton | *Review of Paradigm One investment detail and documentation* | 1.0 | 9 |
| 05/23/23 | Ryan Hamilton | *Classify venture investments and review documents for top 30 venture investments* | 1.0 | 9 |
| 05/24/23 | Ryan Hamilton | *Weekly UCC call re: Plan discussions and update* | 2.0 | 3 |
| 05/24/23 | Ryan Hamilton | *Call with H. Kung and S. Shah and Paul Hasting re: venture portfolio management* | 0.5 | 3 |
| 05/25/23 | Ryan Hamilton | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/25/23 | Ryan Hamilton | *Review and materials for the UCC re: Anthropic* | 1.5 | 9 |
| 05/25/23 | Ryan Hamilton | *Internal call re: UCC agenda for next Committee call* | 0.5 | 11 |
| 05/25/23 | Ryan Hamilton | *Internal catch-up call with D. Homrich, L. Hultgren* | 0.5 | 11 |
| 05/26/23 | Ryan Hamilton | *Review materials for the UCC re: Paradigm One, Sequoia Heritage, Anthropic* | 0.5 | 9 |
| 05/30/23 | Ryan Hamilton | *Review of FTX 2.0 outreach names* | 0.5 | 2 |
| 05/30/23 | Ryan Hamilton | *Review summary table of Sequoia Capital Heritage Fund offer value* | 0.5 | 9 |
| 05/30/23 | Ryan Hamilton | *Review of Debtors' materials re: IEX* | 1.0 | 9 |
| 05/30/23 | Ryan Hamilton | *Internal catch-up call with D. Homrich, L. Hultgren* | 0.5 | 11 |
| 05/31/23 | Ryan Hamilton | *Weekly UCC call re: Anthropic, Sequoia Heritage, Paradigm One, venture portfolio, FTX Europe, customer claims portal* | 2.0 | 3 |
| 05/31/23 | Ryan Hamilton | *Review Debtors' summary of Anthropic offers* | 2.0 | 9 |
| **May 1, 2023 - May 31, 2023 Hours for Ryan Hamilton** | | | **52.5** | |

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Daniel Homrich | *FTX 2.0 Subcommittee meeting with UCC advisors* | 1.0 | 3 |
| 05/01/23 | Daniel Homrich | *Prepare materials for the UCC re: Sequoia Heritage and Paradigm One* | 7.0 | 9 |
| 05/01/23 | Daniel Homrich | *Internal call re: weekly UCC call with M. O'Hara, R. Hamilton, J. Robinson, L. Hultgren* | 0.5 | 11 |
| 05/01/23 | Daniel Homrich | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Daniel Homrich | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/01/23 | Daniel Homrich | *Calls with data room providers re: sharing materials with the UCC* | 1.0 | 11 |
| 05/02/23 | Daniel Homrich | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/02/23 | Daniel Homrich | *Prepare materials for the UCC re: Sequoia Heritage and Paradigm One* | 2.0 | 9 |
| 05/02/23 | Daniel Homrich | *Internal call re: FTX 2.0 with R. Hamilton, J. Robinson* | 0.5 | 11 |
| 05/03/23 | Daniel Homrich | *Draft email response to UCC member questions* | 0.5 | 3 |
| 05/03/23 | Daniel Homrich | *Review of token and token warrant investments* | 2.0 | 9 |
| 05/03/23 | Daniel Homrich | *Prepare materials for the UCC re: FTX 2.0* | 0.5 | 9 |
| 05/03/23 | Daniel Homrich | *Review of data room proposals for UCC VDR* | 0.5 | 11 |
| 05/03/23 | Daniel Homrich | *Call with Paul Hastings re: FTX 2.0 RFP* | 0.5 | 11 |
| 05/04/23 | Daniel Homrich | *LedgerX sale haring* | 1.0 | 1 |
| 05/04/23 | Daniel Homrich | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/04/23 | Daniel Homrich | *Preparation of materials / update email for UCC* | 2.0 | 9 |
| 05/04/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture portfolio* | 0.5 | 11 |
| 05/05/23 | Daniel Homrich | *Internal call re: Mysten labs investment and communications* | 1.0 | 11 |
| 05/06/23 | Daniel Homrich | *Review of diligence and communications re: Mysten Labs* | 2.0 | 9 |
| 05/07/23 | Daniel Homrich | *Prepare response / update to UCC members' follow-up questions re: certain venture portfolio investments* | 3.0 | 11 |
| 05/08/23 | Daniel Homrich | *Internal call re: FTX data room with R. Hamilton, J. Robinson, L. Hultgren* | 0.5 | 11 |
| 05/08/23 | Daniel Homrich | *Call with Paul Hastings re: Aptos* | 0.5 | 11 |
| 05/08/23 | Daniel Homrich | *Weekly call with UCC advisors* | 1.0 | 11 |
| 05/09/23 | Daniel Homrich | *Review of UCC data room materials* | 2.0 | 9 |
| 05/09/23 | Daniel Homrich | *Review of FTX 2.0 process materials* | 1.0 | 9 |
| 05/09/23 | Daniel Homrich | *Call with Paul Hastings re: fund process, Anthropic, FTX 2.0* | 0.5 | 11 |
| 05/09/23 | Daniel Homrich | *Call with Paul Hastings re: Mysten Labs update* | 0.5 | 11 |
| 05/10/23 | Daniel Homrich | *Weekly call with the UCC re: plan discussion* | 2.0 | 3 |
| 05/10/23 | Daniel Homrich | *Review of UCC data room materials* | 3.0 | 9 |
| 05/10/23 | Daniel Homrich | *Review of Paradigm One investment and capital call* | 0.5 | 9 |
| 05/10/23 | Daniel Homrich | *Internal call with Restructuring team re: UCC meeting debrief* | 0.5 | 11 |
| 05/10/23 | Daniel Homrich | *Call with data room provider re: sharing materials with the UCC* | 0.5 | 11 |
| 05/11/23 | Daniel Homrich | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/11/23 | Daniel Homrich | *Prepare VDR index and check for potential UCC conflicts* | 5.0 | 9 |
| 05/11/23 | Daniel Homrich | *Review of venture investments re: Anthropic, Genesis Digital Assets* | 2.0 | 9 |
| 05/11/23 | Daniel Homrich | *Internal strategy call with R. Hamilton, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/11/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/12/23 | Daniel Homrich | *Review of UCC data room materials* | 3.0 | 9 |
| 05/12/23 | Daniel Homrich | *Research re: AI and Anthropic value proposition* | 1.0 | 9 |
| 05/12/23 | Daniel Homrich | *Prepare materials for the UCC re: Anthropic* | 2.5 | 9 |
| 05/12/23 | Daniel Homrich | *Call with FTI re: FTX claims and recovery* | 0.5 | 11 |
| 05/13/23 | Daniel Homrich | *Research re: AI and Anthropic value proposition* | 0.5 | 9 |
| 05/15/23 | Daniel Homrich | *Review of UCC feedback re: Aptos Labs, Paradigm One, and Sequoia Heritage investment* | 0.5 | 3 |
| 05/15/23 | Daniel Homrich | *Preparation of timeline materials for the UCC re: Debtors proposed sale closings* | 2.0 | 9 |
| 05/15/23 | Daniel Homrich | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/16/23 | Daniel Homrich | *Review of Anthropic materials and broader AI landscape for UCC materials* | 0.5 | 9 |
| 05/17/23 | Daniel Homrich | *Call with UCC advisors and Debtors' advisors re: FTX Vault* | 0.5 | 4 |
| 05/17/23 | Daniel Homrich | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/17/23 | Daniel Homrich | *Review of Anthropic materials and broader AI landscape for UCC* | 2.0 | 9 |
| 05/17/23 | Daniel Homrich | *Call with Paul Hastings (G. Sasson, L. Koch) re: VDR materials for UCC* | 0.5 | 11 |
| 05/18/23 | Daniel Homrich | *Call with FTX Monetization Subcommittee* | 0.5 | 3 |
| 05/18/23 | Daniel Homrich | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Daniel Homrich | *Update call with Debtors and UCC re: FTX 2.0 sale process* | 0.5 | 4 |
| 05/18/23 | Daniel Homrich | *Prepare UCC materials re: Genesis Digital Assets* | 2.0 | 9 |
| 05/18/23 | Daniel Homrich | *Internal strategy call with R. Hamilton, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/18/23 | Daniel Homrich | *Call with Wave re: FTX bankruptcy process* | 0.5 | 11 |
| 05/18/23 | Daniel Homrich | *Internal call with Restructuring team re: workstreams* | 0.5 | 11 |
| 05/19/23 | Daniel Homrich | *UCC meeting re: customer bar date, venture investments, FTX 2.0 update, FTX EU, administrative matters* | 2.0 | 3 |
| 05/19/23 | Daniel Homrich | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/19/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture portfolio update* | 0.5 | 11 |
| 05/22/23 | Daniel Homrich | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/23/23 | Daniel Homrich | *Review of materials and commercial information for the UCC re: Anthropic* | 1.0 | 9 |
| 05/23/23 | Daniel Homrich | *Review of Paradigm One investment detail and documentation* | 1.0 | 9 |
| 05/23/23 | Daniel Homrich | *Classify venture investments and review documents for top 30 venture investments* | 1.5 | 9 |
| 05/24/23 | Daniel Homrich | *Weekly UCC call re: Plan discussions and update* | 2.0 | 3 |
| 05/24/23 | Daniel Homrich | *Call with H. Kung and S. Shah and Paul Hasting re: venture portfolio management* | 0.5 | 3 |
| 05/25/23 | Daniel Homrich | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/25/23 | Daniel Homrich | *Preparation of UCC materials re: Anthropic, Sequoia Heritage and Paradigm One* | 3.0 | 9 |
| 05/25/23 | Daniel Homrich | *Review of Debtors' materials and similar companies re: 80 Acres Farms* | 1.0 | 9 |

**Jefferies LLC**
*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/25/23 | Daniel Homrich | *Internal call re: UCC agenda for next Committee call* | 0.5 | 11 |
| 05/25/23 | Daniel Homrich | *Internal catch-up call with R. Hamilton, L. Hultgren* | 0.5 | 11 |
| 05/26/23 | Daniel Homrich | *Review materials for the UCC re: Paradigm One, Sequoia Heritage, Anthropic* | 3.0 | 9 |
| 05/30/23 | Daniel Homrich | *Review of FTX 2.0 outreach names* | 0.5 | 2 |
| 05/30/23 | Daniel Homrich | *Review of Debtors' materials re: IEX* | 2.0 | 9 |
| 05/30/23 | Daniel Homrich | *Call with UCC advisors: coordination* | 0.5 | 11 |
| 05/30/23 | Daniel Homrich | *Internal catch-up call with R. Hamilton, D. Homrich, L. Hultgren* | 0.5 | 11 |
| 05/31/23 | Daniel Homrich | *Weekly UCC call re: Anthropic, Sequoia Heritage, Paradigm One, venture portfolio, FTX Europe, customer claims portal* | 2.0 | 3 |
| 05/31/23 | Daniel Homrich | *Review Debtors' summary of Anthropic offers* | 2.0 | 9 |
| 05/31/23 | Daniel Homrich | *Internal call with L. Hultgren to discuss information on Genesis Digital Assets* | 0.5 | 11 |
| | | **May 1, 2023 - May 31, 2023 Hours for Daniel Homrich** | **98.5** | |

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Jared Robinson | FTX 2.0 Subcommittee meeting with UCC advisors | 1.0 | 3 |
| 05/01/23 | Jared Robinson | Internal call re: weekly UCC call with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren | 0.5 | 11 |
| 05/01/23 | Jared Robinson | Weekly call with UCC advisors re: UCC call agenda | 1.0 | 11 |
| 05/01/23 | Jared Robinson | Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams | 0.5 | 11 |
| 05/01/23 | Jared Robinson | Calls with data room providers re: sharing materials with the UCC | 1.0 | 11 |
| 05/02/23 | Jared Robinson | Call with Debtors re: FTX 2.0 pre-launch | 1.0 | 4 |
| 05/02/23 | Jared Robinson | Internal call re: FTX 2.0 with R. Hamilton, D. Homrich | 0.5 | 11 |
| 05/03/23 | Jared Robinson | Call with Paul Hastings re: FTX 2.0 RFP | 0.5 | 11 |
| 05/04/23 | Jared Robinson | Weekly call with Debtors' investment banker re: venture portfolio | 1.0 | 4 |
| 05/04/23 | Jared Robinson | Weekly call with Paul Hastings re: venture portfolio | 0.5 | 11 |
| 05/05/23 | Jared Robinson | Internal call re: Mysten labs investment and communications | 0.5 | 9 |
| 05/08/23 | Jared Robinson | Internal call re: FTX data room with R. Hamilton, D. Homrich, L. Hultgren | 0.5 | 11 |
| 05/08/23 | Jared Robinson | Call with Paul Hastings re: Aptos | 0.5 | 11 |
| 05/08/23 | Jared Robinson | Weekly call with UCC advisors | 1.0 | 11 |
| 05/09/23 | Jared Robinson | Call with Paul Hastings re: fund process, Anthropic, FTX 2.0 | 0.5 | 11 |
| 05/09/23 | Jared Robinson | Call with Paul Hastings re: Mysten Labs update | 0.5 | 11 |
| 05/10/23 | Jared Robinson | Review of Paradigm One investment and capital call | 0.5 | 9 |
| 05/10/23 | Jared Robinson | Internal call with Restructuring team re: UCC meeting debrief | 0.5 | 11 |
| 05/10/23 | Jared Robinson | Call with data room provider re: sharing materials with the UCC | 0.5 | 11 |
| 05/11/23 | Jared Robinson | Weekly call with Debtors' investment banker re: venture portfolio | 1.0 | 4 |
| 05/11/23 | Jared Robinson | Prepare VDR index and check for potential UCC conflicts | 5.0 | 9 |
| 05/11/23 | Jared Robinson | Internal strategy call with R. Hamilton, D. Homrich, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0 | 0.5 | 11 |
| 05/11/23 | Jared Robinson | Weekly call with Paul Hastings re: venture portfolio updates | 0.5 | 11 |
| 05/11/23 | Jared Robinson | Call with FTI re: FTX claims and recovery | 0.5 | 11 |
| 05/12/23 | Jared Robinson | Call with FTI re: FTX claims / recovery | 0.5 | 11 |
| 05/15/23 | Jared Robinson | Preparation of timeline materials for the UCC re: Debtors proposed sale closings | 2.0 | 9 |
| 05/15/23 | Jared Robinson | Refresh of venture portfolio pages for the UCC | 0.5 | 9 |
| 05/15/23 | Jared Robinson | Weekly call with UCC advisors re: UCC call agenda | 1.0 | 11 |
| 05/17/23 | Jared Robinson | Review materials ahead of Anthropic webinar | 1.5 | 9 |
| 05/18/23 | Jared Robinson | Call with FTX Monetization Subcommittee | 0.5 | 3 |
| 05/18/23 | Jared Robinson | Weekly call with Debtors' investment banker re: venture portfolio updates | 1.0 | 4 |
| 05/18/23 | Jared Robinson | Internal strategy call with R. Hamilton, D. Homrich, L. Hultgren re: Paradigm One, Anthropic, GDA, FTX 2.0 | 0.5 | 11 |
| 05/19/23 | Jared Robinson | Weekly call with Paul Hastings re: venture portfolio updates | 0.5 | 11 |
| 05/22/23 | Jared Robinson | Weekly call with UCC advisors re: UCC call agenda | 1.0 | 11 |
| 05/25/23 | Jared Robinson | Weekly call with Debtors' investment banker re: venture portfolio | 1.0 | 4 |
| 05/25/23 | Jared Robinson | Internal call re: UCC agenda for next Committee call | 0.5 | 11 |
| **May 1, 2023 - May 31, 2023 Hours for Jared Robinson** | | | **30.5** | |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Lars Hultgren | *Prepare list of comparable bankruptcy cases* | 1.0 | 1 |
| 05/01/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 05/01/23 | Lars Hultgren | *Prepare list of outreach contacts re: FTX 2.0* | 0.5 | 2 |
| 05/01/23 | Lars Hultgren | *Review of LedgerX investment* | 2.0 | 2 |
| 05/01/23 | Lars Hultgren | *FTX 2.0 Subcommittee meeting with UCC advisors* | 1.0 | 3 |
| 05/01/23 | Lars Hultgren | *Prepare summary of completed M&A and venture sales* | 1.0 | 9 |
| 05/01/23 | Lars Hultgren | *Review of de minimis offers summary* | 1.0 | 9 |
| 05/01/23 | Lars Hultgren | *Review of fund investments re: Paradigm and Heritage Fund* | 1.0 | 9 |
| 05/01/23 | Lars Hultgren | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Lars Hultgren | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/01/23 | Lars Hultgren | *Calls with data room providers re: sharing materials with the UCC* | 1.0 | 11 |
| 05/01/23 | Lars Hultgren | *Internal call re: weekly UCC call with M. O'Hara, R. Hamilton, D. Homrich* | 0.5 | 11 |
| 05/02/23 | Lars Hultgren | *Prepare list of outreach contacts re: FTX 2.0* | 0.5 | 2 |
| 05/02/23 | Lars Hultgren | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/02/23 | Lars Hultgren | *Prepare materials for the UCC: summary of fund interests held* | 1.0 | 9 |
| 05/02/23 | Lars Hultgren | *Prepare materials for the UCC: Anthropic* | 2.0 | 9 |
| 05/02/23 | Lars Hultgren | *Prepare materials for the UCC: Paradigm One* | 2.0 | 9 |
| 05/02/23 | Lars Hultgren | *Prepare summary of venture related sale proceeds* | 0.5 | 9 |
| 05/03/23 | Lars Hultgren | *Review of data request list re: FTX 2.0* | 0.5 | 2 |
| 05/03/23 | Lars Hultgren | *Review and analysis of token holdings* | 0.5 | 9 |
| 05/03/23 | Lars Hultgren | *Review venture investment re: Paradigm* | 0.5 | 9 |
| 05/03/23 | Lars Hultgren | *Review of de minimis offers summary* | 0.5 | 9 |
| 05/03/23 | Lars Hultgren | *Call with Paul Hastings re: FTX 2.0 RFP* | 0.5 | 11 |
| 05/04/23 | Lars Hultgren | *LedgerX sale haring* | 1.0 | 1 |
| 05/04/23 | Lars Hultgren | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/04/23 | Lars Hultgren | *Review of IOI re: Embed* | 0.5 | 9 |
| 05/04/23 | Lars Hultgren | *Review of materials related to Mysten* | 1.0 | 9 |
| 05/04/23 | Lars Hultgren | *Review of FTX's token investments* | 0.5 | 9 |
| 05/04/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/04/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture portfolio* | 0.5 | 11 |
| 05/05/23 | Lars Hultgren | *Review of materials related to Aptos* | 1.0 | 9 |
| 05/05/23 | Lars Hultgren | *Review of UCC feedback re: Aptos* | 0.5 | 9 |
| 05/05/23 | Lars Hultgren | *Internal call re: Mysten labs investment and communications* | 0.5 | 9 |
| 05/05/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/07/23 | Lars Hultgren | *Review of materials related to Mysten* | 1.0 | 9 |
| 05/07/23 | Lars Hultgren | *Review of Aptos investment documentation* | 0.5 | 9 |
| 05/08/23 | Lars Hultgren | *Prepare list of comparable bankruptcy cases* | 1.0 | 1 |
| 05/08/23 | Lars Hultgren | *Review of UCC feedback re: Anthropic* | 0.5 | 3 |
| 05/08/23 | Lars Hultgren | *Review of materials related to Mysten* | 0.5 | 9 |
| 05/08/23 | Lars Hultgren | *Call with Paul Hastings re: Aptos* | 0.5 | 11 |
| 05/08/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/08/23 | Lars Hultgren | *Internal call re: FTX data room with R. Hamilton, D. Homrich, J. Robinson* | 0.5 | 11 |
| 05/08/23 | Lars Hultgren | *Weekly call with UCC advisors* | 1.0 | 11 |
| 05/09/23 | Lars Hultgren | *Prepare list of comparable bankruptcy cases* | 1.0 | 1 |
| 05/09/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 05/09/23 | Lars Hultgren | *Review of Aptos investment* | 0.5 | 9 |
| 05/09/23 | Lars Hultgren | *Call with Paul Hastings re: fund process, Anthropic, FTX 2.0* | 0.5 | 11 |
| 05/09/23 | Lars Hultgren | *Call with Paul Hastings re: Mysten Labs update* | 0.5 | 11 |
| 05/10/23 | Lars Hultgren | *Prepare data room for UCC* | 0.5 | 1 |
| 05/10/23 | Lars Hultgren | *Review of IOI re: Embed* | 0.5 | 2 |
| 05/10/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/10/23 | Lars Hultgren | *Internal call with Restructuring team re: UCC meeting debrief* | 0.5 | 11 |
| 05/10/23 | Lars Hultgren | *Call with data room provider re: sharing materials with the UCC* | 0.5 | 11 |
| 05/10/23 | Lars Hultgren | *Review of Paradigm One investment and capital call* | 0.5 | 11 |
| 05/11/23 | Lars Hultgren | *Prepare data room for UCC* | 1.0 | 1 |
| 05/11/23 | Lars Hultgren | *Prepare list of outreach contacts re: FTX 2.0* | 0.5 | 2 |
| 05/11/23 | Lars Hultgren | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 3 |
| 05/11/23 | Lars Hultgren | *Prepare VDR index and check for potential UCC conflicts and permissions* | 5.0 | 9 |
| 05/11/23 | Lars Hultgren | *Internal strategy call with R. Hamilton, D. Homrich re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/11/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/11/23 | Lars Hultgren | *Call with FTI re: FTX claims and recovery* | 0.5 | 11 |
| 05/11/23 | Lars Hultgren | *Review of venture investments re: Anthropic, Genesis Digital Assets* | 2.0 | 11 |
| 05/11/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/12/23 | Lars Hultgren | *Prepare data room for UCC* | 0.5 | 1 |
| 05/12/23 | Lars Hultgren | *Research re: AI and Anthropic value proposition* | 1.0 | 9 |
| 05/12/23 | Lars Hultgren | *Prepare materials for the UCC re: Anthropic* | 2.5 | 9 |
| 05/12/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/12/23 | Lars Hultgren | *Call with FTI re: FTX claims / recovery* | 0.5 | 11 |
| 05/13/23 | Lars Hultgren | *Prepare data room for UCC* | 1.0 | 1 |
| 05/14/23 | Lars Hultgren | *Preparation of materials and research re: AI* | 2.0 | 9 |

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/15/23 | Lars Hultgren | *Prepare list of outreach contacts re: FTX 2.0* | 0.5 | 2 |
| 05/15/23 | Lars Hultgren | *Review of Mysten Labs information posted to Debtors' VDR* | 0.5 | 9 |
| 05/15/23 | Lars Hultgren | *Review of UCC feedback re: Aptos Labs, Paradigm One, and Sequoia Heritage investment* | 0.5 | 9 |
| 05/15/23 | Lars Hultgren | *Preparation of timeline materials for the UCC re: Debtors proposed sale closings* | 2.0 | 9 |
| 05/15/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/15/23 | Lars Hultgren | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/15/23 | Lars Hultgren | *Call with interested party re: FTX bankruptcy process and venture portfolio* | 0.5 | 11 |
| 05/15/23 | Lars Hultgren | *Refresh of venture portfolio pages for the UCC* | 0.5 | 11 |
| 05/16/23 | Lars Hultgren | *Preparation of materials and research re: AI* | 2.0 | 9 |
| 05/16/23 | Lars Hultgren | *Preparation of venture portfolio update re: news, key dates, and diligence* | 2.0 | 9 |
| 05/16/23 | Lars Hultgren | *Preparation of Anthropic materials and broader AI landscape for UCC* | 3.0 | 9 |
| 05/16/23 | Lars Hultgren | *Prepare venture portfolio update pages for the UCC re: Mysten, Aptos, and de minimis sales* | 2.0 | 9 |
| 05/16/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/17/23 | Lars Hultgren | *Call with UCC advisors and Debtors' advisors re: FTX Vault* | 0.5 | 4 |
| 05/17/23 | Lars Hultgren | *Preparation of materials and research re: AI* | 2.0 | 9 |
| 05/17/23 | Lars Hultgren | *Preparation of venture portfolio update re: news, key dates, and diligence* | 3.0 | 9 |
| 05/17/23 | Lars Hultgren | *Review materials re: venture portfolio proposal* | 0.5 | 9 |
| 05/17/23 | Lars Hultgren | *Review of FTI's cash flow update* | 0.5 | 9 |
| 05/17/23 | Lars Hultgren | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/17/23 | Lars Hultgren | *Prepare materials and broader AI landscape for UCC* | 1.5 | 9 |
| 05/17/23 | Lars Hultgren | *Review of FTX Vault presentation in Debtors' VDR* | 0.5 | 9 |
| 05/17/23 | Lars Hultgren | *Call with interested party re: FTX bankruptcy process* | 0.5 | 11 |
| 05/17/23 | Lars Hultgren | *Call with Paul Hastings (G. Sasson, L. Koch) re: VDR materials for UCC* | 0.5 | 11 |
| 05/18/23 | Lars Hultgren | *Call with FTX Monetization Subcommittee* | 0.5 | 3 |
| 05/18/23 | Lars Hultgren | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Lars Hultgren | *Update call with Debtors and UCC re: FTX 2.0 sale process* | 0.5 | 4 |
| 05/18/23 | Lars Hultgren | *Consolidate notes re: Anthropic webinar* | 0.5 | 9 |
| 05/18/23 | Lars Hultgren | *Internal strategy call with R. Hamilton, D. Homrich re: Paradigm One, Anthropic, GDA, FTX 2.0* | 0.5 | 11 |
| 05/18/23 | Lars Hultgren | *Call with Wave re: FTX bankruptcy process* | 0.5 | 11 |
| 05/19/23 | Lars Hultgren | *Review of contact list, timeline, process letter re: FTX 2.0* | 1.0 | 2 |
| 05/19/23 | Lars Hultgren | *Communication with the UCC re: Sequoia and data room* | 1.0 | 3 |
| 05/19/23 | Lars Hultgren | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/19/23 | Lars Hultgren | *Review of venture investment re: Paradigm One* | 1.0 | 9 |
| 05/19/23 | Lars Hultgren | *Consolidate materials related to Sequoia Capital Heritage Fund* | 1.0 | 9 |
| 05/19/23 | Lars Hultgren | *Update internal venture investment tracker re: fund investment dates* | 0.5 | 9 |
| 05/19/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture portfolio updates* | 0.5 | 11 |
| 05/22/23 | Lars Hultgren | *Tracking UCC member venture feedback re: Sequoia Capital Heritage Fund* | 1.0 | 1 |
| 05/22/23 | Lars Hultgren | *Prepare fee application* | 2.0 | 1 |
| 05/22/23 | Lars Hultgren | *Communications with Paul Hastings regarding Jefferies' invoice* | 0.5 | 1 |
| 05/22/23 | Lars Hultgren | *Review of materials posted to the data room* | 1.5 | 9 |
| 05/22/23 | Lars Hultgren | *Review of Sequoia Capital Heritage Fund investment documents* | 1.0 | 9 |
| 05/22/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/22/23 | Lars Hultgren | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/23/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 05/23/23 | Lars Hultgren | *Review of Debtors' FTX 2.0 VDR index* | 0.5 | 2 |
| 05/23/23 | Lars Hultgren | *Review of FTX 2.0 contact log* | 1.0 | 2 |
| 05/23/23 | Lars Hultgren | *Review and confirm structure of key venture investments* | 4.0 | 9 |
| 05/23/23 | Lars Hultgren | *Preparation of materials and research re: Anthropic* | 1.0 | 9 |
| 05/23/23 | Lars Hultgren | *Review of materials for the UCC re: Anthropic* | 1.5 | 9 |
| 05/23/23 | Lars Hultgren | *Review of Paradigm One investment detail* | 1.0 | 9 |
| 05/23/23 | Lars Hultgren | *Classify venture investments and review documents for top 30 venture investments* | 1.0 | 9 |
| 05/23/23 | Lars Hultgren | *Review of FTX 2.0 VDR and outreach list* | 2.0 | 10 |
| 05/24/23 | Lars Hultgren | *Prepare fee application* | 1.5 | 1 |
| 05/24/23 | Lars Hultgren | *Call with H. Kung, S. Shah and Paul Hasting re: venture portfolio management* | 0.5 | 3 |
| 05/24/23 | Lars Hultgren | *Review and confirm structure of key venture investments* | 1.0 | 9 |
| 05/24/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/25/23 | Lars Hultgren | *Review of FTX 2.0 outreach summary and FTX 2.0 contact information* | 0.5 | 2 |
| 05/25/23 | Lars Hultgren | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/25/23 | Lars Hultgren | *Prepare consideration materials for the UCC on Anthropic, Paradigm One, and Sequoia Capital Heritage Fund* | 2.0 | 9 |
| 05/25/23 | Lars Hultgren | *Preparation of materials and research re: Anthropic* | 1.0 | 9 |
| 05/25/23 | Lars Hultgren | *Review of news related to Anthropic* | 0.5 | 9 |
| 05/25/23 | Lars Hultgren | *Review and materials for the UCC re: Anthropic* | 1.0 | 9 |
| 05/25/23 | Lars Hultgren | *Review of Debtors' materials and similar companies re: 80 Acres Farms* | 1.0 | 9 |
| 05/25/23 | Lars Hultgren | *Internal call re: UCC agenda for next Committee call* | 0.5 | 11 |
| 05/25/23 | Lars Hultgren | *Internal catch-up call with R. Hamilton, D. Homrich* | 0.5 | 11 |
| 05/26/23 | Lars Hultgren | *Review valuation and fundraising history for various AI companies* | 1.0 | 9 |
| 05/26/23 | Lars Hultgren | *Prepare consideration materials for the UCC on Anthropic, Paradigm One, and Sequoia Capital Heritage Fund* | 5.0 | 9 |
| 05/26/23 | Lars Hultgren | *Review conflicts for the UCC data room* | 0.5 | 9 |
| 05/26/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/30/23 | Lars Hultgren | *Prepare fee application* | 1.0 | 1 |
| 05/30/23 | Lars Hultgren | *Review of FTX 2.0 outreach names* | 0.5 | 2 |

**Jefferies LLC**
*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/30/23 | Lars Hultgren | *Review valuation and fundraising history for various AI companies* | 0.5 | 9 |
| 05/30/23 | Lars Hultgren | *Prepare consideration materials for the UCC on Anthropic, Paradigm One, and Sequoia Capital Heritage Fund* | 0.5 | 9 |
| 05/30/23 | Lars Hultgren | *Review of Sequoia Capital Heritage Fund information* | 0.5 | 9 |
| 05/30/23 | Lars Hultgren | *Review of fund Paradigm One investment materials* | 1.0 | 9 |
| 05/30/23 | Lars Hultgren | *Prepare summary table of Sequoia Capital Heritage Fund offer value* | 0.5 | 9 |
| 05/30/23 | Lars Hultgren | *Review of Debtors' materials re: IEX* | 0.5 | 9 |
| 05/30/23 | Lars Hultgren | *Crypto-related news compilation* | 0.5 | 11 |
| 05/30/23 | Lars Hultgren | *Internal catch-up call with R. Hamilton, D. Homrich* | 0.5 | 11 |
| 05/31/23 | Lars Hultgren | *Prepare and review of FTX 2.0 outreach names* | 1.0 | 2 |
| 05/31/23 | Lars Hultgren | *Prepare communication for the UCC re: Anthropic update* | 0.5 | 3 |
| 05/31/23 | Lars Hultgren | *Review of Anthropic materials re: capitalization* | 1.0 | 9 |
| 05/31/23 | Lars Hultgren | *Review of IEX materials* | 0.5 | 9 |
| 05/31/23 | Lars Hultgren | *Review Debtors' summary of Anthropic offers* | 1.0 | 9 |
| 05/31/23 | Lars Hultgren | *Prepare materials for the UCC re: Anthropic* | 2.0 | 9 |
| 05/31/23 | Lars Hultgren | *Review of Anthropic diligence materials uploaded to data room* | 1.0 | 9 |
| 05/31/23 | Lars Hultgren | *Internal call with D. Homrich to discuss information on Genesis Digital Assets* | 0.5 | 11 |
| | | **May 1, 2023 - May 31, 2023 Hours for Lars Hultgren** | **148.5** | |

**Jefferies LLC**

*May 1, 2023 - May 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 05/01/23 | Timothy Shea | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Timothy Shea | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/02/23 | Timothy Shea | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/04/23 | Timothy Shea | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/11/23 | Timothy Shea | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/17/23 | Timothy Shea | *Call with UCC advisors and Debtors' advisors re: FTX Vault* | 0.5 | 4 |
| 05/17/23 | Timothy Shea | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/18/23 | Timothy Shea | *Call with FTX Monetization Subcommittee* | 0.5 | 3 |
| 05/18/23 | Timothy Shea | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Timothy Shea | *Update call with Debtors and UCC re: FTX 2.0 sale process* | 0.5 | 4 |
| 05/19/23 | Timothy Shea | *UCC meeting re: customer bar date, venture investments, FTX 2.0 update, FTX EU, administrative matters* | 2.0 | 3 |
| 05/19/23 | Timothy Shea | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/25/23 | Timothy Shea | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/25/23 | Timothy Shea | *Internal call re: UCC agenda for next Committee call* | 0.5 | 11 |
| 05/30/23 | Timothy Shea | *Review of Debtors' materials re: IEX* | 1.0 | 9 |
| 05/31/23 | Timothy Shea | *Review of Debtors' materials re: IEX* | 0.5 | 9 |
| | | **May 1, 2023 - May 31, 2023 Hours for Timothy Shea** | **14.0** | |
| | | | | |
| 05/01/23 | Alexander Gavin | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Alexander Gavin | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/02/23 | Alexander Gavin | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/04/23 | Alexander Gavin | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/11/23 | Alexander Gavin | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/17/23 | Alexander Gavin | *Review materials ahead of Anthropic webinar* | 0.5 | 9 |
| 05/18/23 | Alexander Gavin | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/25/23 | Alexander Gavin | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| | | **May 1, 2023 - May 31, 2023 Hours for Alexander Gavin** | **7.0** | |
| | | | | |
| 05/01/23 | Kelan Curran-Cross | *Weekly UCC advisors' call re: committee meeting* | 1.0 | 11 |
| 05/01/23 | Kelan Curran-Cross | *Weekly call with UCC advisors re: UCC call agenda* | 1.0 | 11 |
| 05/01/23 | Kelan Curran-Cross | *Internal call re: FTX 2.0 outreach list with Restructuring and FIG teams* | 0.5 | 11 |
| 05/02/23 | Kelan Curran-Cross | *Call with Debtors re: FTX 2.0 pre-launch* | 1.0 | 4 |
| 05/04/23 | Kelan Curran-Cross | *Call re: venture portfolio and communication with UCC* | 1.0 | 4 |
| 05/04/23 | Kelan Curran-Cross | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/08/23 | Kelan Curran-Cross | *Weekly UCC advisors' call re: committee meeting* | 1.0 | 11 |
| 05/11/23 | Kelan Curran-Cross | *Call with Debtors re: venture portfolio and communication with UCC* | 1.0 | 4 |
| 05/11/23 | Kelan Curran-Cross | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/17/23 | Kelan Curran-Cross | *Review materials ahead of Anthropic webinar* | 1.5 | 9 |
| 05/18/23 | Kelan Curran-Cross | *Call with Debtors re: venture portfolio and communication with UCC* | 1.0 | 4 |
| 05/18/23 | Kelan Curran-Cross | *Weekly call with Debtors' investment banker re: venture portfolio updates* | 1.0 | 4 |
| 05/18/23 | Kelan Curran-Cross | *Consolidate notes re: Anthropic webinar* | 0.5 | 9 |
| 05/19/23 | Kelan Curran-Cross | *Call with the Debtors re: Customer Claims Portal* | 0.5 | 4 |
| 05/25/23 | Kelan Curran-Cross | *Weekly call with Debtors' investment banker re: venture portfolio* | 1.0 | 4 |
| 05/30/23 | Kelan Curran-Cross | *Weekly UCC advisors' call re: committee meeting/communication* | 1.0 | 11 |
| | | **May 1, 2023 - May 31, 2023 Hours for Kelan Curran-Cross** | **15.0** | |

## Exhibit B

## Expense Detail

**Expense Detail**
May 1 - May 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 3/23/2023 | $27.37 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 3/23/2023 | $49.99 | TAXI |
| DANIEL HOMRICH | 3/24/2023 | $25.08 | EMPLOYEE MEAL |
| MICHAEL O'HARA | 4/5/2023 | $173.95 | TAXI |
| DANIEL HOMRICH | 4/6/2023 | $28.34 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 4/6/2023 | $34.92 | TAXI |
| DANIEL HOMRICH | 4/7/2023 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 4/7/2023 | $35.92 | TAXI |
| DANIEL HOMRICH | 4/11/2023 | $267.00 | TRAIN |
| DANIEL HOMRICH | 4/27/2023 | $25.57 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 4/28/2023 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 5/3/2023 | $30.00 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 5/3/2023 | $8.00 | INTERNET ACCESS FEES |
| DANIEL HOMRICH | 5/3/2023 | $47.95 | TAXI |
| DANIEL HOMRICH | 5/7/2023 | $8.00 | INTERNET ACCESS FEES |
| DENTONS | 5/31/2023 | $2,607.00 | LEGAL |
| **Total Expense** | | **$3,429.09** | |

30761354.1

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

June 13, 2023

**Invoice No. 2639943**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice                                    $         2,607.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606

Account Name: Dentons US LLP
Swift Code:
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000



Dentons US LLP                         dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Attn: Justin DeSpirito                                    June 13, 2023
Jefferies LLC
520 Madison Avenue                              **Invoice No. 2639943**
New York NY 10022
United States

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

_____

For Professional Services Rendered through May 31, 2023:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 05/01/23 | T. Labuda | 0.10 | 135.00 | Emails with Scharg and client team re third monthly fee statement. |
| 05/01/23 | S. Schrag | 0.90 | 756.00 | Confer with J. Kochenash regarding filing fee application (.1); confer with L. Hultgren regarding the same (.1); draft fourth fee statement (.6); confer with L. Hultgren regarding the same (.1). |
| 05/10/23 | T. Labuda | 0.10 | 135.00 | Conférence with Szlezinger re case status. |
| 05/17/23 | T. Labuda | 0.20 | 270.00 | Conference with Szlezinger re case status. |
| 05/24/23 | S. Schrag | 1.20 | 1,008.00 | Review Certificate of No Objection (.1); confer with J. Kochenash regarding the same (.1); confer with T. Labuda regarding monthly fee statements (.1); draft monthly fee statements for March and April (.8); confer with L. Hultgren regarding the monthly and interim fee applications (.1). |
| 05/31/23 | T. Labuda | 0.10 | 135.00 | Emails with Schrag and Committee counsel re interim fee application. |
| 05/31/23 | S. Schrag | 0.20 | 168.00 | Review correspondence from D. Laskin regarding fee statements (.1); review protocol for interim fee applications (.1). |

Total Hours                              2.80

Fee Amount                                                    $ 2,607.00

FTX Bankruptcy
8116

June 13, 2023

Matter: 09806540-000047
Invoice No.: 2639943

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|-----:|------:|-----:|
| T. Labuda | $ 1,350.00 | 0.50 | $ 675.00 |
| S. Schrag | $ 840.00 | 2.30 | $ 1,932.00 |
| Totals | | 2.80 | $ 2,607.00 |

Fee Total          $     2,607.00

Invoice Total          $     2,607.00