**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**COVER SHEET OF SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JUNE 1, 2023 TO AND INCLUDING JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | June 1, 2023 – June 30, 2023 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $6,173.59 |

This is a(n):  _X_  monthly    ___  interim    _____  final application

---

[1]  The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases ra.kroll.com/FTX.

30761434.1

# SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## JUNE 1, 2023 – JUNE 30, 2023

**Summary of Hours by Professional**
June 1, 2023 - June 30, 2023

| Name | Position | Hours |
|------|----------|------:|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 37.0 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 53.0 |
| Timothy Shea | Senior Vice President, Financial Institutions Group | 18.5 |
| Alexander Gavin | Vice President, Financial Institutions Group | 11.5 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 56.5 |
| Lee Eller | Associate, Financial Institutions Group | 2.0 |
| Kelan Curran-Cross | Anlayst, Financial Institutions Group | 11.5 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 82.0 |
| Gabriela Hull | Analyst, Debt Advisory and Restructuring | 32.0 |
| **Total** | | **304.0** |

**SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**HOURS BY ACTIVITY**
**JUNE 1, 2023 – JUNE 30, 2023**

**Summary of Hours by Professional**
June 1, 2023 - June 30, 2023

| Name | Position | Hours |
|------|----------|------:|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 37.0 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 53.0 |
| Timothy Shea | Senior Vice President, Financial Institutions Group | 18.5 |
| Alexander Gavin | Vice President, Financial Institutions Group | 11.5 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 56.5 |
| Lee Eller | Associate, Financial Institutions Group | 2.0 |
| Kelan Curran-Cross | Anlayst, Financial Institutions Group | 11.5 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 82.0 |
| Gabriela Hull | Analyst, Debt Advisory and Restructuring | 32.0 |
| **Total** | | **304.0** |

**SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**JUNE 1, 2023 – JUNE 30, 2023**

**Jefferies LLC**
Summary of Expenses by Category
June 1, 2023 - June 30, 2023

| Category | Expenses |
| --- | --- |
| Employee Overtime Meal | $71.59 |
| Legal Fees | 6,102.00 |
| **Total** | **$6,173.59** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**SEVENTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FROM JUNE 1, 2023 TO AND INCLUDING JUNE 30, 2023**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this seventh monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from June 1, 2023 to and including June 30, 2023 (the "Compensation Period") in the amount of

---

[1]  The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

$225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $6,173.59. In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1.     The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

## BACKGROUND

3.     On November 11, 2022 and November 14 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.     On December 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5.     On January 9, 2023, the Court entered the Interim Compensation Order, which

generally sets forth the procedures for interim compensation and expense reimbursement for retained professionals in the Debtors' chapter 11 cases.  The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6.      On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2]  A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7.      On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order").  The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

**RELIEF REQUESTED**

8.      By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of

---

[2]    Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $6,173.59.

9.     The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on June 23, 2023 in accordance with the Engagement Letter.

10.     Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as **Exhibit A**.  During the Compensation Period, Jefferies professionals spent approximately 304.0 hours providing investment banking services to the Committee.

11.     The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.     There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13.    Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $6,173.59.[3]

## CERTIFICATION OF COMPLIANCE

14.    The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

*[Remainder of page intentionally left blank.]*

---

[3]    The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof.  Any such expenses will be included in future monthly fee applications.

30761434.1

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $6,173.59.

Dated: September 11, 2023
New York, New York

JEFFERIES LLC


 _/s/ Leon Szlezinger_____
Leon Szlezinger
Managing Director and Joint Global Head of
Debt Advisory & Restructuring
JEFFERIES LLC

## <u>Exhibit A</u>

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/01/23 | Michael O'Hara | *Review and prepare venture portfolio proposal to share with the Debtors* | 0 5 | 9 |
| 06/01/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/01/23 | Michael O'Hara | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 0 | 3 |
| 06/01/23 | Michael O'Hara | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/02/23 | Michael O'Hara | *Jefferies call with interested party re: FTX process and venture portfolio interests* | 0 5 | 11 |
| 06/04/23 | Michael O'Hara | *Call with UCC advisors re: Plan Structure and Recovery* | 1 0 | 11 |
| 06/05/23 | Michael O'Hara | *Review and prepare Anthropic materials for the UCC* | 0 5 | 9 |
| 06/05/23 | Michael O'Hara | *Internal discussion re: Anthropic materials for the Committee (R. Hamilton, D. Homrich, L. Hultgren)* | 0 5 | 11 |
| 06/07/23 | Michael O'Hara | *Internal discussion with R. Hamilton re: weekly UCC call* | 0 5 | 9 |
| 06/07/23 | Michael O'Hara | *Prepare for UCC call* | 0 5 | 11 |
| 06/07/23 | Michael O'Hara | *Weekly UCC call re: M&A / litigation update, plan structure and recovery analysis, meeting minutes, subcommittee charters* | 2 0 | 3 |
| 06/08/23 | Michael O'Hara | *Meeting with Ascendex re: FTX process* | 0 5 | 2 |
| 06/08/23 | Michael O'Hara | *Internal call with R. Hamilton, D. Homrich, L. Hultgren re: venture updates* | 0 5 | 9 |
| 06/08/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/08/23 | Michael O'Hara | *Listen to FTX omnibus hearing* | 1 0 | 1 |
| 06/08/23 | Michael O'Hara | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/09/23 | Michael O'Hara | *Listen to FTX omnibus hearing* | 1 0 | 1 |
| 06/11/23 | Michael O'Hara | *Review of communication with Debtors re: Anthropic* | 1 0 | 11 |
| 06/12/23 | Michael O'Hara | *Internal communication re: Anthropic* | 0 5 | 11 |
| 06/12/23 | Michael O'Hara | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0 5 | 11 |
| 06/13/23 | Michael O'Hara | *Call with Paul Hastings (E. Gilad) re: FTX 2.0* | 0 5 | 2 |
| 06/14/23 | Michael O'Hara | *Communications with UCC advisors re: Anthropic* | 0 5 | 11 |
| 06/14/23 | Michael O'Hara | *Internal catch-up re: Anthropic, Paradigm One, Sequoia Capital Heritage Fund, FTX 2.0 (R. Hamilton, D. Homrich, L. Hultgren)* | 0 5 | 11 |
| 06/14/23 | Michael O'Hara | *Prepare for UCC call* | 1 0 | 11 |
| 06/14/23 | Michael O'Hara | *Weekly UCC call re: M&A, coin valuation and hedging protocols, litigation and investigation, cash flow and budget, FTX 2.0* | 2 0 | 3 |
| 06/15/23 | Michael O'Hara | *UCC prep call re: FTX 2.0* | 0 5 | 3 |
| 06/15/23 | Michael O'Hara | *Internal catch-up re: FTX 2.0* | 0 5 | 11 |
| 06/15/23 | Michael O'Hara | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/15/23 | Michael O'Hara | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/16/23 | Michael O'Hara | *Check-in call with Paul Hastings re: FTX 2.0* | 0 5 | 11 |
| 06/19/23 | Michael O'Hara | *Weekly call with UCC advisors re: FTX 2.0* | 1 0 | 3 |
| 06/21/23 | Michael O'Hara | *Review of Plan scenario materials ahead of weekly UCC call* | 0 5 | 9 |
| 06/21/23 | Michael O'Hara | *FTX UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund* | 1 5 | 11 |
| 06/22/23 | Michael O'Hara | *Review of fund investment information and Debtors' recommendation* | 0 5 | 9 |
| 06/22/23 | Michael O'Hara | *Review of IEX valuation report and historical financials* | 0 5 | 9 |
| 06/22/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/22/23 | Michael O'Hara | *Review of Sequoia Capital Heritage objection* | 0 5 | 11 |
| 06/22/23 | Michael O'Hara | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/22/23 | Michael O'Hara | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/26/23 | Michael O'Hara | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/27/23 | Michael O'Hara | *Weekly call with UCC advisors re: prep for Committee call* | 1 0 | 11 |
| 06/28/23 | Michael O'Hara | *Prepare for UCC call* | 0 5 | 11 |
| 06/28/23 | Michael O'Hara | *Weekly UCC call re: IEX, plan term sheet, FTX 2.0 update, fund process update, coin and token valuation* | 2 0 | 3 |
| 06/29/23 | Michael O'Hara | *Weekly call with PWP re: venture investment updates* | 0 5 | 4 |
| 06/29/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 1 0 | 11 |
| | | **June 1, 2023 - June 30, 2023 Hours for Michael O'Hara** | **37.0** | |

**Jefferies LLC**

*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/01/23 | Ryan Hamilton | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1.0 | 3 |
| 06/01/23 | Ryan Hamilton | *Weekly call with Debtors investment banker re: venture investment updates* | 1.0 | 4 |
| 06/01/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 06/02/23 | Ryan Hamilton | *Review materials for the Committee re: Anthropic* | 0.5 | 9 |
| 06/02/23 | Ryan Hamilton | *Jefferies call with interested party re: FTX process and venture portfolio interests* | 0.5 | 11 |
| 06/04/23 | Ryan Hamilton | *Review materials re: Plan Structure and Recovery* | 1.0 | 9 |
| 06/04/23 | Ryan Hamilton | *Call with UCC advisors re: Plan Structure and Recovery* | 1.5 | 11 |
| 06/05/23 | Ryan Hamilton | *Call with PWP re: Anthropic* | 0.5 | 4 |
| 06/05/23 | Ryan Hamilton | *Review materials re: Plan Structure and Recovery* | 1.0 | 9 |
| 06/05/23 | Ryan Hamilton | *Weekly UCC advisors' call re: committee meeting* | 1.0 | 11 |
| 06/05/23 | Ryan Hamilton | *Internal discussion re: Anthropic materials for the Committee (M. O'Hara, D. Homrich, L. Hultgren)* | 0.5 | 11 |
| 06/05/23 | Ryan Hamilton | *Communications with Paul Hastings re: Anthropic* | 0.5 | 11 |
| 06/06/23 | Ryan Hamilton | *Review Debtors' materials re: fund positions sales process* | 1.0 | 9 |
| 06/06/23 | Ryan Hamilton | *Call with Paul Hastings (E. Gilad) and Committee members re: FTX 2.0* | 0.5 | 11 |
| 06/06/23 | Ryan Hamilton | *Internal call with L. Hultgren re: Fund Process Summary materials* | 0.5 | 11 |
| 06/06/23 | Ryan Hamilton | *Call with Dentons re: monthly fee application preparation* | 0.5 | 11 |
| 06/07/23 | Ryan Hamilton | *Weekly UCC call re: M&A / litigation update, plan structure and recovery analysis, meeting minutes, subcommittee charters* | 2.0 | 3 |
| 06/07/23 | Ryan Hamilton | *Call with PWP (W. Syed, M. Rahmani) re: fund positions sales process* | 0.5 | 4 |
| 06/07/23 | Ryan Hamilton | *Internal discussion with M. O'Hara re: weekly UCC call* | 0.5 | 9 |
| 06/08/23 | Ryan Hamilton | *Listen to FTX omnibus hearing* | 2.0 | 1 |
| 06/08/23 | Ryan Hamilton | *Meeting with Interested Party re: FTX 2.0 process* | 0.5 | 2 |
| 06/08/23 | Ryan Hamilton | *Communications with Committee members re: FTX 2.0 and Anthropic* | 0.5 | 3 |
| 06/08/23 | Ryan Hamilton | *Weekly call with Debtors investment banker re: venture portfolio and M&A updates* | 1.0 | 4 |
| 06/08/23 | Ryan Hamilton | *Internal call with D. Homrich, L. Hultgren and M. O'Hara re: venture portfolio and M&A updates* | 0.5 | 9 |
| 06/08/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio and M&A updates* | 0.5 | 11 |
| 06/09/23 | Ryan Hamilton | *Listen to FTX omnibus hearing* | 1.0 | 1 |
| 06/09/23 | Ryan Hamilton | *Communications with Paul Hastings (K. Hansen, E. Gilad) re: FTX 2.0 and Anthropic* | 0.5 | 9 |
| 06/12/23 | Ryan Hamilton | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0.5 | 4 |
| 06/12/23 | Ryan Hamilton | *Call with Debtors advisors re: Anthropic* | 0.5 | 4 |
| 06/12/23 | Ryan Hamilton | *Review materials for the Committee re: Anthropic* | 0.5 | 11 |
| 06/13/23 | Ryan Hamilton | *Call with Paul Hastings (E. Gilad) re: FTX 2.0* | 0.5 | 2 |
| 06/13/23 | Ryan Hamilton | *Review materials for the Committee re: Anthropic* | 0.5 | 11 |
| 06/13/23 | Ryan Hamilton | *Prepare for UCC call* | 1.0 | 11 |
| 06/14/23 | Ryan Hamilton | *Weekly UCC call re: M&A, coin valuation and hedging protocols, litigation and investigation, cash flow and budget, FTX 2.0* | 2.5 | 3 |
| 06/14/23 | Ryan Hamilton | *Internal catch-up re: Anthropic, Paradigm One, Sequoia Capital Heritage Fund, FTX 2.0 (M. O'Hara, D. Homrich, L. Hultgren)* | 0.5 | 11 |
| 06/15/23 | Ryan Hamilton | *UCC prep call re: FTX 2.0* | 0.5 | 3 |
| 06/15/23 | Ryan Hamilton | *Weekly call with Debtors and UCC re: FTX 2.0 process* | 1.5 | 4 |
| 06/15/23 | Ryan Hamilton | *Weekly call with PWP re: venture portfolio and M&A updates* | 1.0 | 4 |
| 06/15/23 | Ryan Hamilton | *Call with Paul Hastings (E. Gilad) and Committee members re: FTX 2.0* | 0.5 | 4 |
| 06/15/23 | Ryan Hamilton | *Internal catch-up re: FTX 2.0* | 0.5 | 11 |
| 06/16/23 | Ryan Hamilton | *Check-in call with Paul Hastings re: FTX 2.0* | 0.5 | 11 |
| 06/19/23 | Ryan Hamilton | *Weekly call with UCC advisors re: FTX 2.0* | 1.0 | 3 |
| 06/19/23 | Ryan Hamilton | *Communications with Paul Hastings (E. Gilad) and Committee members re: FTX 2.0* | 1.0 | 4 |
| 06/20/23 | Ryan Hamilton | *Call with Interested Party and Paul Hastings (E. Gilad) re: FTX 2.0* | 0.5 | 2 |
| 06/20/23 | Ryan Hamilton | *Review materials re: Plan Structure and Recovery* | 1.0 | 9 |
| 06/21/23 | Ryan Hamilton | *Weekly UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund* | 1.5 | 3 |
| 06/21/23 | Ryan Hamilton | *Review Plan Term Sheet and Waterfall Analysis* | 3.0 | 7 |
| 06/22/23 | Ryan Hamilton | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1.5 | 4 |
| 06/22/23 | Ryan Hamilton | *Weekly call with PWP re: venture portfolio and M&A updates* | 1.0 | 4 |
| 06/22/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio and M&A updates* | 0.5 | 11 |
| 06/23/23 | Ryan Hamilton | *Review materials for the Committee re: Paradigm One* | 1.0 | 9 |
| 06/23/23 | Ryan Hamilton | *Internal call re: Paradigm One and Multicoin update for UCC (D. Homrich, L. Hultgren)* | 0.5 | 11 |
| 06/26/23 | Ryan Hamilton | *Review and prepare materials for the UCC re: fund process update* | 0.5 | 9 |
| 06/26/23 | Ryan Hamilton | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1.0 | 11 |
| 06/27/23 | Ryan Hamilton | *Review and prepare materials for the UCC re: fund process update* | 0.5 | 9 |
| 06/27/23 | Ryan Hamilton | *Weekly call with UCC advisors re: prep for Committee call* | 0.5 | 11 |
| 06/28/23 | Ryan Hamilton | *Weekly UCC call re: IEX, plan term sheet, FTX 2.0 update, fund process update, coin and token valuation* | 2.0 | 3 |
| 06/28/23 | Ryan Hamilton | *Call with PWP (K. Cofsky, M. Rahmani) re: FTX 2.0* | 0.5 | 4 |
| 06/28/23 | Ryan Hamilton | *Discussion with Paul Hastings (E. Gilad, G. Sasson) re: FTX 2.0* | 0.5 | 11 |
| 06/29/23 | Ryan Hamilton | *Weekly call with Debtors and UCC re: FTX 2.0 process* | 0.5 | 4 |
| 06/29/23 | Ryan Hamilton | *Weekly call with PWP re: venture portfolio and M&A updates* | 0.5 | 4 |
| 06/29/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture portfolio and M&A updates* | 1.0 | 11 |
| **June 1, 2023 - June 30, 2023 Hours for Ryan Hamilton** | | | **53.0** | |

**Jefferies LLC**

*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/01/23 | Daniel Homrich | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 0 | 3 |
| 06/01/23 | Daniel Homrich | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/01/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/02/23 | Daniel Homrich | *Preparation of UCC materials re: Anthropic* | 4 0 | 11 |
| 06/02/23 | Daniel Homrich | *Call with interested party re: certain assets* | 0 5 | 11 |
| 06/02/23 | Daniel Homrich | *Jefferies call with interested party re: FTX process and venture portfolio interests* | 0 5 | 11 |
| 06/03/23 | Daniel Homrich | *Analyze Debtors' materials re: Anthropic* | 4 0 | 9 |
| 06/04/23 | Daniel Homrich | *Call with UCC advisors re: Plan Structure and Recovery* | 1 0 | 11 |
| 06/05/23 | Daniel Homrich | *Communication with PWP re: FTX 2.0 outreach statistics* | 0 5 | 2 |
| 06/05/23 | Daniel Homrich | *Weekly UCC advisors' call re: committee meeting* | 1 0 | 11 |
| 06/05/23 | Daniel Homrich | *Preparation of UCC materials re: Anthropic* | 1 0 | 11 |
| 06/05/23 | Daniel Homrich | *Internal discussion re: Anthropic materials for the Committee (M. O'Hara, R. Hamilton, L. Hultgren)* | 0 5 | 11 |
| 06/06/23 | Daniel Homrich | *Analyze Debtors Materials re: Genesis* | 3 0 | 9 |
| 06/07/23 | Daniel Homrich | *Weekly UCC call re: M&A / litigation update, plan structure and recovery analysis, meeting minutes, subcommittee charters* | 2 0 | 3 |
| 06/08/23 | Daniel Homrich | *Listen to FTX omnibus hearing* | 3 0 | 1 |
| 06/08/23 | Daniel Homrich | *Meeting with Ascendex re: FTX process* | 0 5 | 2 |
| 06/08/23 | Daniel Homrich | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/08/23 | Daniel Homrich | *Internal call with R. Hamilton, L. Hultgren and M. O'Hara re: venture updates* | 0 5 | 9 |
| 06/08/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/09/23 | Daniel Homrich | *Listen to FTX omnibus hearing* | 1 0 | 1 |
| 06/12/23 | Daniel Homrich | *Preparation of UCC materials re: Anthropic* | 1 0 | 11 |
| 06/12/23 | Daniel Homrich | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0 5 | 11 |
| 06/13/23 | Daniel Homrich | *Call with Paul Hastings (E. Gilad) re: FTX 2.0* | 0 5 | 2 |
| 06/13/23 | Daniel Homrich | *Preparation of UCC materials re: Anthropic* | 2 0 | 11 |
| 06/14/23 | Daniel Homrich | *Weekly UCC call re: M&A, coin valuation and hedging protocols, litigation and investigation, cash flow and budget, FTX 2.0* | 2 0 | 3 |
| 06/14/23 | Daniel Homrich | *Internal catch-up re: Anthropic, Paradigm One, Sequoia Capital Heritage Fund, FTX 2.0 (M. O'Hara, R. Hamilton, L. Hultgren)* | 0 5 | 11 |
| 06/15/23 | Daniel Homrich | *UCC prep call re: FTX 2.0* | 0 5 | 3 |
| 06/15/23 | Daniel Homrich | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/15/23 | Daniel Homrich | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/15/23 | Daniel Homrich | *Internal catch-up re: FTX 2.0* | 0 5 | 11 |
| 06/16/23 | Daniel Homrich | *Check-in call with Paul Hastings re: FTX 2.0* | 0 5 | 11 |
| 06/19/23 | Daniel Homrich | *Weekly call with UCC advisors re: FTX 2.0* | 1 0 | 11 |
| 06/21/23 | Daniel Homrich | *Weekly UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund* | 1 5 | 3 |
| 06/22/23 | Daniel Homrich | *Weekly call with UCC and Debtors re: FTX 2.0 process* | 0 5 | 4 |
| 06/22/23 | Daniel Homrich | *Weekly call with Debtors advisors re: venture portfolio and other process updates* | 1 0 | 4 |
| 06/22/23 | Daniel Homrich | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/22/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/22/23 | Daniel Homrich | *Internal catch-up with L.Hultgren re: various workstreams* | 0 5 | 11 |
| 06/23/23 | Daniel Homrich | *Internal call re: Paradigm One and Multicoin update for UCC (R. Hamilton, L. Hultgren)* | 0 5 | 11 |
| 06/25/23 | Daniel Homrich | *Preparation of materials for the UCC re: fund process* | 2 0 | 11 |
| 06/26/23 | Daniel Homrich | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/27/23 | Daniel Homrich | *Weekly call with UCC advisors re: prep for Committee call* | 2 0 | 11 |
| 06/28/23 | Daniel Homrich | *Weekly UCC call re: IEX, plan term sheet, FTX 2.0 update, fund process update, coin and token valuation* | 2 0 | 3 |
| 06/29/23 | Daniel Homrich | *Weekly call with PWP re: venture investment updates* | 0 5 | 4 |
| 06/29/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 1 0 | 11 |
| 06/30/23 | Daniel Homrich | *Preparation of materials for the UCC re: FTX 2.0* | 2 0 | 2 |
| 06/30/23 | Daniel Homrich | *Review of FTX 2.0 sale process bids* | 2 0 | 2 |
| | | **June 1, 2023 - June 30, 2023 Hours for Daniel Homrich** | **56.5** | |

**Jefferies LLC**

*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/01/23 | Lars Hu tgren | Weekly call with Debtors and UCC re: FTX 2.0 process update | 1 0 | 3 |
| 06/01/23 | Lars Hu tgren | Weekly call with Debtors investment banker re: venture investment updates | 1 0 | 4 |
| 06/01/23 | Lars Hu tgren | Review of Anthropic sale process materials and prepare update deck for Committee | 3 0 | 9 |
| 06/01/23 | Lars Hu tgren | Prepare venture portfolio proposal to share with the Debtors | 0 5 | 9 |
| 06/01/23 | Lars Hu tgren | Weekly call with Paul Hastings re: venture investment updates | 0 5 | 11 |
| 06/01/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/02/23 | Lars Hu tgren | Jefferies call with interested party re: FTX process and venture portfolio interests | 0 5 | 11 |
| 06/02/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/04/23 | Lars Hu tgren | Call with UCC advisors re: Plan Structure and Recovery | 1 0 | 11 |
| 06/05/23 | Lars Hu tgren | Communication with PWP re: FTX 2.0 outreach statistics | 0 5 | 2 |
| 06/05/23 | Lars Hu tgren | Internal discussion re: Anthropic materials for the Committee (M. O'Hara, R. Hamilton, D. Homrich) | 0 5 | 11 |
| 06/05/23 | Lars Hu tgren | Weekly UCC advisors' call re: committee meeting | 1 0 | 11 |
| 06/05/23 | Lars Hu tgren | Review of materials posted to VDR | 0 5 | 11 |
| 06/05/23 | Lars Hu tgren | Management of UCC VDR | 0 5 | 11 |
| 06/06/23 | Lars Hu tgren | Review of Fund Process Summary posted to data room | 1 0 | 9 |
| 06/06/23 | Lars Hu tgren | Public research re: Genesis Digital Assets and crypto miners | 2 0 | 9 |
| 06/06/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/06/23 | Lars Hu tgren | Call with Dentons re: monthly fee application preparation | 0 5 | 11 |
| 06/06/23 | Lars Hu tgren | Internal call with Ryan Hamilton re: Fund Process Summary materials | 0 5 | 11 |
| 06/07/23 | Lars Hultgren | Weekly UCC call re: M&A / litigation update, plan structure and recovery analysis, meeting minutes, subcommittee charters | 2 0 | 3 |
| 06/07/23 | Lars Hultgren | Review of Fund Process Summary posted to data room | 0 5 | 9 |
| 06/07/23 | Lars Hultgren | Review of latest de minimis offers summary | 0 5 | 9 |
| 06/08/23 | Lars Hultgren | Listen to FTX omnibus hearing | 1 0 | 1 |
| 06/08/23 | Lars Hultgren | Meeting with Ascendex re: FTX process | 0 5 | 2 |
| 06/08/23 | Lars Hultgren | Weekly call with Debtors investment banker re: venture investment updates | 1 0 | 4 |
| 06/08/23 | Lars Hultgren | Public research re: Genesis Digital Assets and crypto miners | 3 0 | 9 |
| 06/08/23 | Lars Hultgren | Internal call with R. Hamilton, D. Homrich and M. O'Hara re: venture updates | 0 5 | 9 |
| 06/08/23 | Lars Hultgren | Crypto-related news compilation | 0 5 | 11 |
| 06/08/23 | Lars Hultgren | Weekly call with Paul Hastings re: venture investment updates | 0 5 | 11 |
| 06/09/23 | Lars Hultgren | Prepare monthly fee applications re: March and April | 1 0 | 1 |
| 06/09/23 | Lars Hultgren | Listen to FTX omnibus hearing | 1 0 | 1 |
| 06/09/23 | Lars Hultgren | Review of Anthropic data room | 0 5 | 9 |
| 06/09/23 | Lars Hultgren | Review of materials posted to VDR | 0 5 | 11 |
| 06/09/23 | Lars Hultgren | Management of UCC VDR | 0 5 | 11 |
| 06/10/23 | Lars Hultgren | Prepare internal materials re: Anthropic | 1 5 | 9 |
| 06/11/23 | Lars Hultgren | Prepare internal materials re: Anthropic | 1 0 | 9 |
| 06/12/23 | Lars Hultgren | Prepare interim fee applications | 1 0 | 1 |
| 06/12/23 | Lars Hultgren | Review of Paradigm One materials in the data room | 0 5 | 9 |
| 06/12/23 | Lars Hultgren | Crypto-related news compilation | 0 5 | 11 |
| 06/12/23 | Lars Hultgren | Weekly call with UCC advisors re: UCC meeting and agenda | 0 5 | 11 |
| 06/12/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/12/23 | Lars Hu tgren | Internal catch-up re: workstreams and organization | 1 0 | 11 |
| 06/13/23 | Lars Hu tgren | Call with Paul Hastings (E. Gilad) re: FTX 2.0 | 0 5 | 2 |
| 06/13/23 | Lars Hu tgren | Public research re: Genesis Digital Assets and crypto miners | 0 5 | 9 |
| 06/13/23 | Lars Hu tgren | Prepare materials for the UCC re: Anthropic | 2 0 | 9 |
| 06/14/23 | Lars Hu tgren | Prepare agenda for FTX 2.0 Subcommittee call | 0 5 | 2 |
| 06/14/23 | Lars Hu tgren | Prepare and gather summary information re: Sequoia Capital Heritage Fund | 0 5 | 9 |
| 06/14/23 | Lars Hu tgren | Internal catch-up re: Anthropic, Paradigm One, Sequoia Capital Heritage Fund, FTX 2.0 (M. O'Hara, R. Hamilton, D. Homrich) | 0 5 | 11 |
| 06/15/23 | Lars Hu tgren | UCC prep call re: FTX 2.0 | 0 5 | 3 |
| 06/15/23 | Lars Hu tgren | Weekly call with Debtors and UCC re: FTX 2.0 process update | 1 5 | 4 |
| 06/15/23 | Lars Hu tgren | Weekly call with PWP re: venture investment updates | 1 0 | 4 |
| 06/15/23 | Lars Hu tgren | Internal catch-up re: FTX 2.0 | 0 5 | 11 |
| 06/16/23 | Lars Hu tgren | Check-in call with Paul Hastings re: FTX 2.0 | 0 5 | 11 |
| 06/19/23 | Lars Hu tgren | Review of venture investments re: fund NAV and investment detail | 1 0 | 9 |
| 06/19/23 | Lars Hu tgren | Weekly call with UCC advisors re: FTX 2.0 | 1 0 | 11 |
| 06/19/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/20/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/21/23 | Lars Hu tgren | Weekly UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund | 1 5 | 3 |
| 06/21/23 | Lars Hu tgren | Review of Plan of Reorganization materials for the UCC | 0 5 | 7 |
| 06/21/23 | Lars Hu tgren | Review of fund investment information and Debtors' recommendation | 0 5 | 9 |
| 06/21/23 | Lars Hu tgren | Crypto-related news compilation | 0 5 | 11 |
| 06/22/23 | Lars Hu tgren | Weekly call with Debtors and UCC re: FTX 2.0 process update | 1 5 | 4 |
| 06/22/23 | Lars Hu tgren | Weekly call with PWP re: venture investment updates | 1 0 | 4 |
| 06/22/23 | Lars Hu tgren | Review of fund investment information posted to UCC data room | 2 0 | 9 |
| 06/22/23 | Lars Hu tgren | Review of IEX valuation report and historical financials | 0 5 | 9 |
| 06/22/23 | Lars Hu tgren | Weekly call with Paul Hastings re: venture investment updates | 0 5 | 11 |
| 06/22/23 | Lars Hu tgren | Review of Sequoia Capital Heritage objection | 0 5 | 11 |
| 06/22/23 | Lars Hu tgren | Internal catch-up with D. Homrich re: various workstreams | 0 5 | 11 |
| 06/23/23 | Lars Hu tgren | Prepare materials for the UCC re: fund sale process | 2 0 | 9 |
| 06/23/23 | Lars Hu tgren | Internal call re: Paradigm One and Multicoin update for UCC (R. Hamilton, D. Homrich) | 0 5 | 11 |

**Jefferies LLC**
*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/25/23 | Lars Hu tgren | *Prepare materials for the UCC re: fund sale process* | 2 0 | 9 |
| 06/25/23 | Lars Hu tgren | *Review of Debtors' materials re: fund process recommendation* | 0 5 | 9 |
| 06/25/23 | Lars Hu tgren | *Crypto-related news compilation* | 0 5 | 11 |
| 06/26/23 | Lars Hu tgren | *Prepare materials for the UCC re: fund sale process* | 3 0 | 9 |
| 06/26/23 | Lars Hu tgren | *Review of Debtors' materials re: fund process recommendation* | 0 5 | 9 |
| 06/26/23 | Lars Hu tgren | *Prepare materials for the UCC re: fund sale process* | 2 5 | 9 |
| 06/26/23 | Lars Hu tgren | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/27/23 | Lars Hu tgren | *Prepare materials for the UCC re: fund process update* | 3 0 | 9 |
| 06/27/23 | Lars Hu tgren | *Weekly call with UCC advisors re: prep for Committee call* | 1 0 | 11 |
| 06/27/23 | Lars Hu tgren | *Crypto-related news compilation* | 0 5 | 11 |
| 06/28/23 | Lars Hu tgren | *Weekly UCC call re: IEX, plan term sheet, FTX 2.0 update, fund process update, coin and token valuation* | 2 0 | 3 |
| 06/28/23 | Lars Hu tgren | *Review and analyze FTX 2.0 initial indications of interest* | 2 5 | 9 |
| 06/29/23 | Lars Hu tgren | *Weekly call with PWP re: venture investment updates* | 0 5 | 4 |
| 06/29/23 | Lars Hu tgren | *Weekly call with Paul Hastings re: venture investment updates* | 1 0 | 11 |
| 06/30/23 | Lars Hu tgren | *Review and analyze indication of interest presentation* | 2 0 | 9 |
| | **June 1, 2023 - June 30, 2023 Hours for Lars Hultgren** | | **82.0** | |

**Jefferies LLC**
*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/15/23 | Gabriela Hull | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/15/23 | Gabriela Hull | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/19/23 | Gabriela Hull | *Weekly call with UCC advisors re: FTX 2.0* | 1 0 | 11 |
| 06/19/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/20/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/21/23 | Gabriela Hull | *Review of Plan of Reorganization materials for the UCC* | 1 0 | 7 |
| 06/21/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/22/23 | Gabriela Hull | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/22/23 | Gabriela Hull | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/22/23 | Gabriela Hull | *Review of fund investment information posted to UCC data room* | 0 5 | 9 |
| 06/22/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/23/23 | Gabriela Hull | *Prepare materials for the UCC re: fund sale process* | 1 5 | 9 |
| 06/23/23 | Gabriela Hull | *Internal call re: Paradigm One and Multicoin update for UCC* | 0 5 | 11 |
| 06/25/23 | Gabriela Hull | *Prepare materials for the UCC re: fund sale process* | 2 0 | 9 |
| 06/25/23 | Gabriela Hull | *Review of Debtors' materials re: fund process recommendation* | 0 5 | 9 |
| 06/25/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/26/23 | Gabriela Hull | *Prepare materials for the UCC re: fund sale process* | 2 5 | 9 |
| 06/26/23 | Gabriela Hull | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/26/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/27/23 | Gabriela Hull | *Prepare materials for the UCC re: fund process update* | 3 0 | 9 |
| 06/27/23 | Gabriela Hull | *Weekly call with UCC advisors re: prep for Committee call* | 1 0 | 11 |
| 06/27/23 | Gabriela Hull | *Crypto-related news compilation* | 0 5 | 11 |
| 06/28/23 | Gabriela Hull | *Review and analyze FTX 2.0 initial indications of interest* | 2 5 | 9 |
| 06/29/23 | Gabriela Hull | *Weekly call with PWP re: venture investment updates* | 0 5 | 4 |
| 06/29/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 1 0 | 11 |
| 06/30/23 | Gabriela Hull | *Review and analyze indication of interest presentation* | 3 0 | 9 |
| 06/30/23 | Gabriela Hull | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 2 0 | 9 |
| | | **June 1, 2023 - June 30, 2023 Hours for Gabriela Hull** | **32.0** | |

**Jefferies LLC**
*June 1, 2023 - June 30, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 06/01/23 | Timothy Shea | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/02/23 | Timothy Shea | *Jefferies call with interested party re: FTX process and venture portfolio interests* | 0 5 | 11 |
| 06/08/23 | Timothy Shea | *Meeting with Ascendex re: FTX process* | 0 5 | 2 |
| 06/08/23 | Timothy Shea | *Weekly call with Debtors investment banker re: venture investment updates* | 1 0 | 4 |
| 06/12/23 | Timothy Shea | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0 5 | 11 |
| 06/14/23 | Timothy Shea | *Weekly UCC call re: M&A, coin valuation and hedging protocols, litigation and investigation, cash flow and budget, FTX 2.0* | 2 0 | 3 |
| 06/14/23 | Timothy Shea | *Review of IEX financials* | 0 5 | 9 |
| 06/15/23 | Timothy Shea | *UCC prep call re: FTX 2.0* | 0 5 | 3 |
| 06/15/23 | Timothy Shea | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/15/23 | Timothy Shea | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/15/23 | Timothy Shea | *Internal catch-up re: FTX 2.0* | 0 5 | 11 |
| 06/21/23 | Timothy Shea | *Weekly UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund* | 1 5 | 3 |
| 06/21/23 | Timothy Shea | *Review of IEX valuation report and historical financials* | 0 5 | 9 |
| 06/21/23 | Timothy Shea | *FTX UCC call re: Plan update, Anthropic, Sequoia Capital Heritage Fund* | 1 5 | 11 |
| 06/22/23 | Timothy Shea | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1 5 | 4 |
| 06/22/23 | Timothy Shea | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/22/23 | Timothy Shea | *Review of fund investment information and Debtors' recommendation* | 0 5 | 9 |
| 06/22/23 | Timothy Shea | *Review of IEX valuation report and historical financials* | 0 5 | 9 |
| 06/22/23 | Timothy Shea | *Weekly call with Paul Hastings re: venture investment updates* | 0 5 | 11 |
| 06/22/23 | Timothy Shea | *Review of Sequoia Capital Heritage objection* | 0 5 | 11 |
| 06/26/23 | Timothy Shea | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| | | **June 1, 2023 - June 30, 2023 Hours for Timothy Shea** | **18.5** | |
| | | | | |
| 06/01/23 | Alexander Gavin | *Call with Debtors re: venture portfolio and communication with UCC* | 1 0 | 4 |
| 06/05/23 | Alexander Gavin | *Weekly UCC advisors' call re: committee meeting* | 1 0 | 11 |
| 06/08/23 | Alexander Gavin | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/12/23 | Alexander Gavin | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0 5 | 11 |
| 06/15/23 | Alexander Gavin | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/20/23 | Alexander Gavin | *Weekly UCC advisors' call re: committee meeting* | 1 0 | 11 |
| 06/22/23 | Alexander Gavin | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/26/23 | Alexander Gavin | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/27/23 | Alexander Gavin | *UCC advisors' Follow Up Call re: committee meeting and claims process* | 1 0 | 11 |
| 06/29/23 | Alexander Gavin | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 3 0 | 9 |
| | | **June 1, 2023 - June 30, 2023 Hours for Alexander Gavin** | **11.5** | |
| | | | | |
| 06/08/23 | Lee Eller | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/26/23 | Lee Eller | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| | | **June 1, 2023 - June 30, 2023 Hours for Lee Eller** | **2.0** | |
| | | | | |
| 06/01/23 | Kelan Curran-Cross | *Call with Debtors re: venture portfolio and communication with UCC* | 1 0 | 4 |
| 06/05/23 | Kelan Curran-Cross | *Weekly UCC advisors' call re: committee meeting* | 1 0 | 11 |
| 06/08/23 | Kelan Curran-Cross | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/12/23 | Kelan Curran-Cross | *Weekly call with UCC advisors re: UCC meeting and agenda* | 0 5 | 11 |
| 06/15/23 | Kelan Curran-Cross | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/20/23 | Kelan Curran-Cross | *Weekly UCC advisors' call re: committee meeting* | 1 0 | 11 |
| 06/22/23 | Kelan Curran-Cross | *Weekly call with PWP re: venture investment updates* | 1 0 | 4 |
| 06/26/23 | Kelan Curran-Cross | *Weekly call with UCC advisors re: UCC call agenda, IEX, FTX 2.0* | 1 0 | 11 |
| 06/27/23 | Kelan Curran-Cross | *UCC advisors' Follow Up Call re: committee meeting and claims process* | 1 0 | 11 |
| 06/29/23 | Kelan Curran-Cross | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 3 0 | 9 |
| | | **June 1, 2023 - June 30, 2023 Hours for Kelan Curran-Cross** | **11.5** | |

## **Exhibit B**

## **Expense Detail**

**Expense Detail**
June 1 - June 30, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 5/10/2023 | $14.50 | EMPLOYEE MEAL |
| RYAN HAMILTON | 5/25/2023 | $27.09 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 5/26/2023 | $30.00 | EMPLOYEE MEAL |
| DENTONS | 6/30/2023 | $6,102.00 | LEGAL |
| **Total Expense** | | **$6,173.59** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

July 14, 2023

**Invoice No. 2649045**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

_____

Total This Invoice                                    $          6,102.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| Payments by check should be sent to: | | Payment by wire transfer/ACH should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL  60132-3078 | | ███████████ |

Account Name: Dentons US LLP
Swift Code: ████████
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

July 14, 2023

**Invoice No. 2649045**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

---

For Professional Services Rendered through June 30, 2023:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 06/02/23 | S. Schrag | 0.10 | 84.00 | Confer with L. Hultgren regarding fee statements. |
| 06/06/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Schrag re fee application materials. |
| 06/06/23 | S. Schrag | 0.30 | 252.00 | Confer with L. Hultgren and R. Hamilton regarding monthly fee statements (.2); confer with T. Labuda regarding the same (.1). |
| 06/07/23 | S. Schrag | 0.10 | 84.00 | Confer with J. Kochenash regarding fee applications. |
| 06/09/23 | S. Schrag | 0.20 | 168.00 | Review correspondence from L. Hultgren regarding fee statements. |
| 06/10/23 | S. Schrag | 0.90 | 756.00 | Review final version of monthly fee statements (.5); confer with J. Kochenash regarding the same and interim fee application (.2); review supplement (.2). |
| 06/11/23 | S. Schrag | 1.30 | 1,092.00 | Draft Fifth Monthly Fee Statement (May) (.6); review correspondence from J. Kochenash regarding interim fee application (.1); review and revise interim fee application (.6). |
| 06/12/23 | S. Schrag | 0.30 | 252.00 | Confer with L. Hultgren regarding Second Interim Fee Application and Fifth Monthly Fee Statement (.2); confer with J. Kochenash regarding Fifth Monthly Fee Statement (.1). |
| 06/13/23 | T. Labuda | 0.10 | 135.00 | Emails with Schrag and client re draft interim application. |
| 06/13/23 | T. Labuda | 0.10 | 135.00 | Review interim application. |
| 06/13/23 | S. Schrag | 0.40 | 336.00 | Review correspondence from L. Hultgren (.1); review and revise Second Interim Fee Application (.1); confer with J. Kochenash regarding the same (.1); review revised version and confer with Committee counsel (.1). |

FTX Bankruptcy
8116

July 14, 2023

Matter: 09806540-000047
Invoice No.: 2649045

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 06/22/23 | S. Schrag | 0.10 | 84.00 | Review and analyze materials in support of fee statement. |
| 06/23/23 | S. Schrag | 0.50 | 420.00 | Review and analyze the proposed order. |
| 06/23/23 | T. Labuda | 0.10 | 135.00 | Emails with Schrag re omnibus fee order. |
| 06/26/23 | T. Labuda | 0.10 | 135.00 | Emails with YCST and Schrag re omnibus fee order. |
| 06/26/23 | S. Schrag | 0.10 | 84.00 | Confer with R. Poppiti regarding revised schedule to order regarding fee application. |
| 06/27/23 | S. Schrag | 0.50 | 420.00 | Confer with T. Labuda regarding interim fee hearing (.1); review hearing agenda and chambers protocols (.3); confer with R. Poppiti regarding the same (.1). |
| 06/27/23 | T. Labuda | 0.10 | 135.00 | Emails and conference with Schrag re fee hearing. |
| 06/28/23 | S. Schrag | 0.80 | 672.00 | Prepare for hearing on First Interim Fee Application (.6); confer with T. Labuda regarding the same (.1); confer with R. Poppiti regarding the same (.1). |
| 06/29/23 | S. Schrag | 0.70 | 588.00 | Draft May Monthly Fee Statement (.6); confer with L. Hultgren regarding the same (.1). |
| Total Hours | | 6.90 | | |
| Fee Amount | | | | $ 6,102.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Labuda | $ 1,350.00 | 0.60 | $ 810.00 |
| S. Schrag | $ 840.00 | 6.30 | $ 5,292.00 |
| Totals | | 6.90 | $ 6,102.00 |

| | | |
|---|---|---|
| Fee Total | $ | 6,102.00 |
| | | |
| Invoice Total | $ | 6,102.00 |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

For your Information - Open Invoices

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States
Client/Matter #: 09806540-000047
FTX Bankruptcy
8116

July 14, 2023

---

Statement of Account

According to our records, as of July 14, 2023, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 06/13/23 | 2639943 | $ 2,607.00 | $ 0.00 | $ 2,607.00 |
| 07/14/23 | 2649045 | $ 6,102.00 | $ 0.00 | $ 6,102.00 |
| | | Total Outstanding Invoices | | $ 8,709.00 |

Questions should be directed to:
T. Labuda
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

227748/065