## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**COVER SHEET OF EIGHTH MONTHLY FEE APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 TO AND INCLUDING JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Order entered February 15, 2023 (effective as of December 23, 2022) [Docket No. 729] |
| Period for Which Compensation and Reimbursement Are Sought: | July 1, 2023 – July 31, 2023 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 |
| Amount of Compensation to be Held Back: | $45,000.00 |
| Amount of Expense Reimbursement Requested: | $1,183.17 |

This is a(n):  _X_  monthly    ___    interim    _____    final application

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## EIGHTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY PROFESSIONAL
## JULY 1, 2023 – JULY 31, 2023

**Summary of Hours by Professional**
July 1, 2023 - July 31, 2023

| Name | Position | Hours |
|------|----------|------:|
| Michael O'Hara | Managing Director, Co-Head of US Debt Advisory and Restructuring | 35.5 |
| Ryan Hamilton | Senior Vice President, Debt Advisory and Restructuring | 43.0 |
| Timothy Shea | Senior Vice President, Financial Institutions Group | 18.0 |
| Alexander Gavin | Vice President, Financial Institutions Group | 6.0 |
| Daniel Homrich | Vice President, Debt Advisory and Restructuring | 80.0 |
| Kelan Curran-Cross | Anlayst, Financial Institutions Group | 6.0 |
| Lars Hultgren | Analyst, Debt Advisory and Restructuring | 61.5 |
| Gabriela Hull | Analyst, Debt Advisory and Restructuring | 55.5 |
| **Total** | | **305.5** |

# EIGHTH MONTHLY FEE APPLICATION OF JEFFERIES LLC

## HOURS BY ACTIVITY
## JULY 1, 2023 – JULY 31, 2023

**Summary of Hours by Category**
July 1, 2023 - July 31, 2023

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 6.0 |
| 2 | Sale Process | 43.0 |
| 3 | Creditor Communication | 48.0 |
| 4 | Debtor Communication | 27.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence / Analysis | 93.0 |
| 10 | Business Plan | - |
| 11 | Process Update and Case Strategy | 88.5 |
| **Total** | | **305.5** |

**EIGHTH MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**JULY 1, 2023 – JULY 31, 2023**

**Jefferies LLC**
Summary of Expenses by Category
July 1, 2023 - July 31, 2023

| Category | Expenses |
|---|---|
| Meeting Expenses | $440.94 |
| Employee Overtime Meal | 208.54 |
| Non-Employee Meal | 134.95 |
| Transportation | 62.74 |
| Legal Fees | 336.00 |
| **Total** | **$1,183.17** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

## EIGHTH MONTHLY FEE APPLICATION OF JEFFERIES LLC
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
## FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
## PERIOD FROM JULY 1, 2023 TO AND INCLUDING JULY 31, 2023

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above captioned debtors and debtors in possession (the "Debtors"), hereby submits this eighth monthly fee application (this "Monthly Fee Application"), pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order"), requesting (a) allowance of compensation for professional services rendered on behalf of the Committee during the period from July 1, 2023 to and including July 31, 2023 (the "Compensation Period") in the amount of

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

$225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,183.17.  In support of this Monthly Fee Application, Jefferies respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested in this Monthly Fee Application are sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, and the Interim Compensation Order.

## BACKGROUND

3.      On November 11, 2022 and November 14 (as applicable, the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as a debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.      On December 15, 2022, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") filed the *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231], and on December 20, 2022, the U.S. Trustee filed the *Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 261].

5.      On January 9, 2023, the Court entered the Interim Compensation Order, which

generally sets forth the procedures for interim compensation and expense reimbursement for retained professionals in the Debtors' chapter 11 cases. The Interim Compensation Order provides, among other things, that, after the twentieth (20th) day following service of a monthly fee application the applicant may file a certificate of no objection with the Court, at which time the Debtors are authorized and directed to pay such professional eighty percent (80%) of the fees and 100 percent (100%) of the expenses requested in the monthly fee application that are not subject to an objection.

6.      On January 18, 2023, the Committee filed an application to retain and employ Jefferies as its investment banker [Docket No. 520] (the "Retention Application"), effective as of December 23, 2022, pursuant to the terms of that certain engagement letter between Jefferies and the Committee, dated as of December 23, 2022 (the "Engagement Letter").[2]  A copy of the Engagement Letter was appended to the Retention Order (as defined below) as Exhibit 1.

7.      On February 15, 2023, the Court entered the order approving the Retention Application [Docket No. 729] (the "Retention Order"). The Retention Order, among other things, approved the Engagement Letter, as modified by the Retention Order, pursuant to section 328(a) of the Bankruptcy Code, and authorized the Debtors to pay, reimburse, and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter.

## RELIEF REQUESTED

8.      By this Monthly Fee Application, Jefferies requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of

---

[2]   Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Engagement Letter.

Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,183.17.

9.      The $225,000.00 in fees requested herein are on account of the $225,000.00 Monthly Fee payable to Jefferies on July 23, 2023 in accordance with the Engagement Letter.

10.      Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as **<u>Exhibit A</u>**.  During the Compensation Period, Jefferies professionals spent approximately 305.5 hours providing investment banking services to the Committee.

11.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

12.      There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

## ACTUAL AND NECESSARY EXPENSES

13.     Jefferies incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter.  As set forth in detail on the attached **Exhibit B**, Jefferies' total expenses for the Compensation Period are $1,183.17.[3]

## CERTIFICATION OF COMPLIANCE

14.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Monthly Fee Application complies with that rule.

*[Remainder of page intentionally left blank.]*

---

[3]  The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof.  Any such expenses will be included in future monthly fee applications.

WHEREFORE, Jefferies respectfully requests (a) allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $1,183.17.


Dated: September 11, 2023          JEFFERIES LLC
New York, New York

                                    */s/ Leon Szlezinger*
                                   Leon Szlezinger
                                   Managing Director and Joint Global Head of
                                   Debt Advisory & Restructuring
                                   JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

**Jefferies LLC**
*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 07/01/23 | Michael O'Hara | *Review and diligence of FTX 2.0 bids* | 1.0 | 9 |
| 07/03/23 | Michael O'Hara | *Prep for weekly call with UCC Advisors* | 0.5 | 9 |
| 07/03/23 | Michael O'Hara | *Review and diligence of FTX 2.0 bids* | 1.0 | 9 |
| 07/03/23 | Michael O'Hara | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/06/23 | Michael O'Hara | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/06/23 | Michael O'Hara | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Michael O'Hara | *Prep for weekly call with UCC Advisors* | 0.5 | 9 |
| 07/06/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/06/23 | Michael O'Hara | *Weekly call with UCC re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/06/23 | Michael O'Hara | *Meeting with interested party re: FTX process* | 1.0 | 11 |
| 07/07/23 | Michael O'Hara | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/07/23 | Michael O'Hara | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/07/23 | Michael O'Hara | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 11 |
| 07/10/23 | Michael O'Hara | *Call with committee member and UCC Advisors (I. Sasson, B. Bromberg) re: Genesis* | 0.5 | 3 |
| 07/10/23 | Michael O'Hara | *Call with committee member and JEF (R. Hamilton, T. Shea) re: FTX 2.0* | 0.5 | 3 |
| 07/10/23 | Michael O'Hara | *Prep for weekly call with UCC Advisors* | 0.5 | 9 |
| 07/10/23 | Michael O'Hara | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 2.0 | 11 |
| 07/11/23 | Michael O'Hara | *Review of materials for the UCC re: sale process update and Genesis* | 2.0 | 9 |
| 07/12/23 | Michael O'Hara | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 2.5 | 3 |
| 07/12/23 | Michael O'Hara | *Prep for weekly call with UCC* | 0.5 | 9 |
| 07/12/23 | Michael O'Hara | *Internal call re: FTX 2.0 (R. Hamilton, T. Shea, D. Homrich, L. Hultgren, G. Hull)* | 0.5 | 11 |
| 07/12/23 | Michael O'Hara | *Call with Paul Hastings and PWP re: initial indications of interest for FTX 2.0* | 0.5 | 11 |
| 07/13/23 | Michael O'Hara | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Michael O'Hara | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/13/23 | Michael O'Hara | *Draft notes for PWP re: communication with FTX 2.0 bidders* | 2.0 | 11 |
| 07/14/23 | Michael O'Hara | *Review of FTX 2.0 proposal received from PWP* | 0.5 | 2 |
| 07/17/23 | Michael O'Hara | *Communications with Perella re: FTX 2.0 proposal* | 0.5 | 4 |
| 07/19/23 | Michael O'Hara | *Weekly UCC re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| 07/19/23 | Michael O'Hara | *Prepare for weekly call with UCC re: FTX 2.0 and M&A update* | 0.5 | 9 |
| 07/19/23 | Michael O'Hara | *UCC Advisor discussion re: Genesis settlement* | 0.5 | 11 |
| 07/20/23 | Michael O'Hara | *Call with UCC Members and advisors re: Genesis settlement* | 1.0 | 3 |
| 07/20/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/24/23 | Michael O'Hara | *Weekly call with UCC Advisors re: workstreams coordination and weekly call agenda* | 0.5 | 11 |
| 07/25/23 | Michael O'Hara | *Review and prepare materials for the UCC: Genesis Digital Assets* | 1.0 | 9 |
| 07/26/23 | Michael O'Hara | *Weekly UCC call re: plan update, coin monetization, M&A update, communications plan, committee calls, general updates* | 2.0 | 3 |
| 07/26/23 | Michael O'Hara | *Prep for Weekly call with UCC* | 0.5 | 9 |
| 07/27/23 | Michael O'Hara | *Call among UCC Members / Advisors and Ad Hoc Group Members / Advisors* | 1.0 | 3 |
| 07/27/23 | Michael O'Hara | *Weekly call with Debtors: venture updates* | 1.0 | 4 |
| 07/27/23 | Michael O'Hara | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/28/23 | Michael O'Hara | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| | **July 1, 2023 - July 31, 2023 Hours for Michael O'Hara** | | **35.5** | |

**Jefferies LLC**

*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 07/01/23 | Ryan Hamilton | *Review of FTX 2.0 bids* | 1.5 | 9 |
| 07/03/23 | Ryan Hamilton | *Review of FTX 2.0 bids* | 1.0 | 9 |
| 07/03/23 | Ryan Hamilton | *Internal call re: FTX 2.0 (T. Shea, D. Homrich, L. Hultgren, G. Hull)* | 0.5 | 11 |
| 07/03/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/04/23 | Ryan Hamilton | *Review of FTX 2.0 bids* | 1.0 | 9 |
| 07/05/23 | Ryan Hamilton | *Review of FTX 2.0 bids* | 2.0 | 9 |
| 07/06/23 | Ryan Hamilton | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 3 |
| 07/06/23 | Ryan Hamilton | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/06/23 | Ryan Hamilton | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Ryan Hamilton | *Review and analyze Genesis claim* | 1.0 | 9 |
| 07/06/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/06/23 | Ryan Hamilton | *Meeting with interested party re: FTX process* | 1.0 | 11 |
| 07/07/23 | Ryan Hamilton | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 4 |
| 07/07/23 | Ryan Hamilton | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/07/23 | Ryan Hamilton | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/09/23 | Ryan Hamilton | *Review materials for UCC re: Praxis and 3Commas* | 1.0 | 2 |
| 07/10/23 | Ryan Hamilton | *Review materials for UCC re: Praxis and 3Commas* | 1.0 | 2 |
| 07/10/23 | Ryan Hamilton | *Call with committee member and UCC Advisors (I. Sasson, B. Bromberg) re: Genesis* | 0.5 | 3 |
| 07/10/23 | Ryan Hamilton | *Call with committee member and JEF (M. O'Hara, T. Shea) re: FTX 2.0* | 0.5 | 3 |
| 07/10/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/11/23 | Ryan Hamilton | *Review of materials for the UCC re: sale process update and Genesis* | 2.0 | 9 |
| 07/12/23 | Ryan Hamilton | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 2.5 | 3 |
| 07/12/23 | Ryan Hamilton | *Call with Paul Hastings and PWP re: initial indications of interest for FTX 2.0* | 0.5 | 4 |
| 07/12/23 | Ryan Hamilton | *Internal call re: FTX 2.0 (M. O'Hara, T. Shea, D. Homrich, L. Hultgren, G. Hull)* | 0.5 | 11 |
| 07/13/23 | Ryan Hamilton | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Ryan Hamilton | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/13/23 | Ryan Hamilton | *Review and updated notes for PWP re: communication with FTX 2.0 bidders* | 1.0 | 11 |
| 07/14/23 | Ryan Hamilton | *Review of FTX 2.0 proposal received from PWP* | 0.5 | 4 |
| 07/17/23 | Ryan Hamilton | *Communications with Debtors' advisors re: Defi Alliance, 3 Commas / Praxis, FTX 2.0* | 0.5 | 4 |
| 07/17/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/19/23 | Ryan Hamilton | *Weekly UCC Call re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| 07/19/23 | Ryan Hamilton | *Prepare for weekly call with UCC re: FTX 2.0 and M&A update* | 0.5 | 9 |
| 07/19/23 | Ryan Hamilton | *UCC Advisor discussion re: Genesis settlement* | 0.5 | 11 |
| 07/20/23 | Ryan Hamilton | *Call with UCC Members and advisors re: Genesis settlement* | 1.0 | 3 |
| 07/20/23 | Ryan Hamilton | *Call between Debtors and UCC Members re: coin monetization* | 1.0 | 4 |
| 07/24/23 | Ryan Hamilton | *Review and prepare materials for the UCC: Genesis Digital Assets* | 1.0 | 9 |
| 07/24/23 | Ryan Hamilton | *Review materials re: Tools for Humanity / Worldcoin token launch* | 0.5 | 9 |
| 07/24/23 | Ryan Hamilton | *Weekly call with UCC Advisors re: workstreams coordination and weekly call agenda* | 0.5 | 11 |
| 07/24/23 | Ryan Hamilton | *Internal catchup call re: workstreams with D. Homrich, L. Hultgren, G. Hull* | 0.5 | 11 |
| 07/25/23 | Ryan Hamilton | *Review and prepare materials for the UCC: Genesis Digital Assets* | 2.0 | 9 |
| 07/26/23 | Ryan Hamilton | *Prepare monthly fee statement support* | 0.5 | 1 |
| 07/26/23 | Ryan Hamilton | *Weekly UCC call re: plan update, coin monetization, M&A update, communications plan, committee calls, general updates* | 2.0 | 3 |
| 07/26/23 | Ryan Hamilton | *Prep for Weekly call with UCC* | 0.5 | 9 |
| 07/27/23 | Ryan Hamilton | *Call among UCC Members / Advisors and Ad Hoc Group Members / Advisors* | 1.0 | 3 |
| 07/27/23 | Ryan Hamilton | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| 07/27/23 | Ryan Hamilton | *Weekly call with Debtors: venture updates* | 1.0 | 4 |
| 07/27/23 | Ryan Hamilton | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/28/23 | Ryan Hamilton | *Communications with PH (E. Gilad, G. Sasson, et al.) re: venture portfolio* | 0.5 | 11 |
| **July 1, 2023 - July 31, 2023 Hours for Ryan Hamilton** | | | **43.0** | |

**Jefferies LLC**

*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 07/01/23 | Daniel Homrich | *Review of 2.0 bids and preparation of UCC materials* | 1.0 | 2 |
| 07/01/23 | Daniel Homrich | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 3.0 | 2 |
| 07/01/23 | Daniel Homrich | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 3.0 | 2 |
| 07/02/23 | Daniel Homrich | *Preparation of materials for the UCC re: FTX 2.0* | 1.0 | 2 |
| 07/02/23 | Daniel Homrich | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 1.0 | 2 |
| 07/03/23 | Daniel Homrich | *Preparation of materials for the UCC re: FTX 2.0* | 2.0 | 2 |
| 07/03/23 | Daniel Homrich | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 4.0 | 2 |
| 07/03/23 | Daniel Homrich | *Internal discussion re: FTX 2.0 materials for the UCC (L. Hultgren)* | 0.5 | 11 |
| 07/03/23 | Daniel Homrich | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/04/23 | Daniel Homrich | *Review of FTX 2.0 sale process bids* | 1.0 | 2 |
| 07/04/23 | Daniel Homrich | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 1.0 | 2 |
| 07/05/23 | Daniel Homrich | *Review of FTX 2.0 sale process bids* | 2.0 | 2 |
| 07/05/23 | Daniel Homrich | *Preparation of materials for the UCC re: FTX 2.0* | 3.0 | 2 |
| 07/06/23 | Daniel Homrich | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Daniel Homrich | *Review of Genesis Global case and updating materials* | 4.0 | 9 |
| 07/06/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/06/23 | Daniel Homrich | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/07/23 | Daniel Homrich | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 4 |
| 07/07/23 | Daniel Homrich | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/07/23 | Daniel Homrich | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/08/23 | Daniel Homrich | *Prepare and review materials for the UCC re: Genesis* | 1.0 | 9 |
| 07/09/23 | Daniel Homrich | *Prepare and review materials for the UCC re: Genesis* | 2.0 | 9 |
| 07/10/23 | Daniel Homrich | *Prepare and review materials for the UCC re: Genesis* | 2.0 | 9 |
| 07/10/23 | Daniel Homrich | *Weekly call with UCC Advisors re: case updates and other workstreams* | 0.5 | 11 |
| 07/11/23 | Daniel Homrich | *Review of materials for the UCC re: sale process update and Genesis* | 1.0 | 9 |
| 07/12/23 | Daniel Homrich | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 2.5 | 3 |
| 07/12/23 | Daniel Homrich | *Call with Paul Hastings and PWP re: initial indications of interest* | 0.5 | 4 |
| 07/12/23 | Daniel Homrich | *Internal call re: FTX 2.0 (M. O'Hara, R. Hamilton, T. Shea, L. Hultgren, G. Hull)* | 0.5 | 11 |
| 07/13/23 | Daniel Homrich | *Call with committee members, PH and FTI re: FTX 2.0* | 0.5 | 3 |
| 07/13/23 | Daniel Homrich | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Daniel Homrich | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Daniel Homrich | *Prepare update summary re: FTX 2.0 bidders* | 2.0 | 9 |
| 07/13/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/17/23 | Daniel Homrich | *Preparation of materials for UCC re: Praxis, 3 Commas and DeFi Alliance* | 0.5 | 9 |
| 07/17/23 | Daniel Homrich | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/18/23 | Daniel Homrich | *Preparation of materials for UCC re: Praxis, 3 Commas and DeFi Alliance* | 0.5 | 9 |
| 07/19/23 | Daniel Homrich | *Weekly UCC Call re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| 07/19/23 | Daniel Homrich | *UCC Advisor discussion re: Genesis settlement* | 0.5 | 11 |
| 07/20/23 | Daniel Homrich | *Call with UCC Members and advisors re: Genesis updates* | 1.0 | 3 |
| 07/20/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/20/23 | Daniel Homrich | *Prepare communications for the UCC re: venture investment feedback on 3Commas and Praxis* | 1.0 | 11 |
| 07/21/23 | Daniel Homrich | *Preparation of materials for UCC re: Genesis Digital Assets* | 3.0 | 9 |
| 07/24/23 | Daniel Homrich | *Preparation of materials for UCC re Genesis Digital Assets* | 8.0 | 9 |
| 07/24/23 | Daniel Homrich | *Weekly call with UCC Advisors re: workstreams coordination and weekly call agenda* | 0.5 | 11 |
| 07/24/23 | Daniel Homrich | *Internal catchup call re: workstreams with R. Hamilton, L. Hultgren, G. Hull* | 0.5 | 11 |
| 07/25/23 | Daniel Homrich | *Preparation of materials for UCC re Genesis Digital Assets* | 8.0 | 9 |
| 07/26/23 | Daniel Homrich | *Weekly UCC call re: plan update, coin monetization, M&A update, communications plan, committee calls, general updates* | 2.0 | 3 |
| 07/26/23 | Daniel Homrich | *Review and coordination of certain venture portfolio assets proposed sales* | 1.0 | 9 |
| 07/27/23 | Daniel Homrich | *Call among UCC Members / Advisors and Ad Hoc Group Members / Advisors* | 1.0 | 3 |
| 07/27/23 | Daniel Homrich | *Weekly call with Debtors: venture updates* | 1.0 | 4 |
| 07/27/23 | Daniel Homrich | *Review of materials posted to the VDR re: coin update* | 0.5 | 9 |
| 07/27/23 | Daniel Homrich | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/28/23 | Daniel Homrich | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| 07/31/23 | Daniel Homrich | *Weekly call with UCC Advisors re: case updates and other workstreams* | 1.0 | 11 |
| | | **July 1, 2023 - July 31, 2023 Hours for Daniel Homrich** | **80.0** | |

**Jefferies LLC**

*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 07/01/23 | Lars Hultgren | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 1.0 | 2 |
| 07/02/23 | Lars Hultgren | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 5.0 | 2 |
| 07/03/23 | Lars Hultgren | *Review and analyze FTX 2.0 bid summary materials for the UCC* | 1.5 | 2 |
| 07/03/23 | Lars Hultgren | *Internal discussion re: FTX 2.0 materials for the UCC (D. Homrich)* | 0.5 | 11 |
| 07/03/23 | Lars Hultgren | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/04/23 | Lars Hultgren | *Prepare summary materials for the UCC re: FTX 2.0 bids* | 3.0 | 9 |
| 07/06/23 | Lars Hultgren | *Weekly call with UCC and Debtors: FTX 2.0* | 0.5 | 4 |
| 07/06/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Lars Hultgren | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Lars Hultgren | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/06/23 | Lars Hultgren | *Meeting with interested party re: FTX process* | 1.0 | 11 |
| 07/07/23 | Lars Hultgren | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 4 |
| 07/07/23 | Lars Hultgren | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/07/23 | Lars Hultgren | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/08/23 | Lars Hultgren | *Review and Analyze De Minimis Update* | 2.0 | 9 |
| 07/09/23 | Lars Hultgren | *Prepare materials for UCC re: sale process update* | 2.0 | 2 |
| 07/09/23 | Lars Hultgren | *Review and analysis of UCC data room re: Defi Alliance* | 2.0 | 9 |
| 07/10/23 | Lars Hultgren | *Prepare fee application* | 2.0 | 1 |
| 07/10/23 | Lars Hultgren | *Review materials for UCC re: sale process update* | 2.0 | 2 |
| 07/10/23 | Lars Hultgren | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/11/23 | Lars Hultgren | *Prepare fee application* | 3.0 | 1 |
| 07/11/23 | Lars Hultgren | *Review sale process update* | 3.0 | 2 |
| 07/11/23 | Lars Hultgren | *Prepare materials for UCC re: 3Commas and Praxis* | 1.5 | 9 |
| 07/11/23 | Lars Hultgren | *Review documents related to 3Commas and Praxis* | 1.0 | 9 |
| 07/11/23 | Lars Hultgren | *Review of Genesis materials for the UCC* | 1.0 | 9 |
| 07/12/23 | Lars Hultgren | *Internal call re: FTX 2.0 (M. O'Hara, R. Hamilton, T. Shea, D. Homrich, G. Hull)* | 0.5 | 11 |
| 07/12/23 | Lars Hultgren | *Communications with Paul Hastings re: equity sale materials for the UCC* | 0.5 | 11 |
| 07/13/23 | Lars Hultgren | *Call with committee members, PH and FTI re: FTX 2.0* | 0.5 | 3 |
| 07/13/23 | Lars Hultgren | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Lars Hultgren | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/17/23 | Lars Hultgren | *Review of FTX Vault Trust presentation* | 0.5 | 9 |
| 07/17/23 | Lars Hultgren | *Review of materials posted to UCC VDR re: GDA* | 0.5 | 9 |
| 07/17/23 | Lars Hultgren | *Prepare fee application* | 2.0 | 1 |
| 07/17/23 | Lars Hultgren | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/18/23 | Lars Hultgren | *Prepare sale process update emails for the UCC re: Defi Alliance and 3Commmas / Praxis* | 2.5 | 9 |
| 07/19/23 | Lars Hultgren | *Prepare fee application* | 0.5 | 1 |
| 07/19/23 | Lars Hultgren | *Weekly UCC Call re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| 07/19/23 | Lars Hultgren | *Draft agenda for weekly call with Debtors re: FTX 2.0* | 0.5 | 9 |
| 07/19/23 | Lars Hultgren | *UCC Advisor discussion re: Genesis settlement* | 0.5 | 11 |
| 07/20/23 | Lars Hultgren | *Call with UCC Members and advisors re: Genesis settlement* | 1.0 | 3 |
| 07/20/23 | Lars Hultgren | *Prepare communications for the UCC re: venture investment feedback* | 0.5 | 3 |
| 07/20/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/20/23 | Lars Hultgren | *Prepare communications for the UCC re: venture investment feedback on 3Commas and Praxis* | 1.5 | 11 |
| 07/21/23 | Lars Hultgren | *Review of Debtors' materials re: Genesis Digital Assets* | 0.5 | 9 |
| 07/21/23 | Lars Hultgren | *Research and analysis of Genesis Digital Assets and comparable companies* | 1.0 | 9 |
| 07/24/23 | Lars Hultgren | *Diligence and analysis re: Genesis Digital Assets* | 0.5 | 9 |
| 07/24/23 | Lars Hultgren | *Weekly call with UCC Advisors re: workstreams coordination and weekly call agenda* | 0.5 | 11 |
| 07/24/23 | Lars Hultgren | *Internal catchup call re: workstreams with R. Hamilton, D. Homrich, G. Hull* | 0.5 | 11 |
| 07/25/23 | Lars Hultgren | *Review of revised bid re: FTX 2.0* | 0.5 | 2 |
| 07/25/23 | Lars Hultgren | *Review of UCC responses re: venture investment feedback* | 0.5 | 3 |
| 07/27/23 | Lars Hultgren | *Call among UCC Members / Advisors and Ad Hoc Group Members / Advisors* | 1.0 | 3 |
| 07/27/23 | Lars Hultgren | *Weekly call with Debtors: venture updates* | 1.0 | 4 |
| 07/27/23 | Lars Hultgren | *Review of materials posted to the VDR re: coin update* | 0.5 | 9 |
| 07/27/23 | Lars Hultgren | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/28/23 | Lars Hultgren | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| **July 1, 2023 - July 31, 2023 Hours for Lars Hultgren** | | | **61.5** | |

**Jefferies LLC**

*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 07/03/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/03/23 | Gabriela Hull | *Internal discussion re: FTX 2.0 materials for the UCC* | 0.5 | 11 |
| 07/03/23 | Gabriela Hull | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/06/23 | Gabriela Hull | *Weekly with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/06/23 | Gabriela Hull | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/06/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/06/23 | Gabriela Hull | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/06/23 | Gabriela Hull | *Review and analyze fund investments* | 2.0 | 11 |
| 07/07/23 | Gabriela Hull | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 4 |
| 07/07/23 | Gabriela Hull | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/07/23 | Gabriela Hull | *Call with Paul Hastings re: Genesis* | 0.5 | 11 |
| 07/07/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/08/23 | Gabriela Hull | *Prepare materials for UCC re: sale process update* | 4.0 | 9 |
| 07/09/23 | Gabriela Hull | *Prepare materials for UCC re: sale process update* | 4.0 | 9 |
| 07/10/23 | Gabriela Hull | *Review materials for UCC re: sale process update* | 2.0 | 9 |
| 07/10/23 | Gabriela Hull | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/10/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/11/23 | Gabriela Hull | *Review FTX 2.0 sale process update* | 3.0 | 2 |
| 07/11/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/12/23 | Gabriela Hull | *Internal call re: FTX 2.0 (M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren)* | 0.5 | 11 |
| 07/12/23 | Gabriela Hull | *Call with Paul Hastings and PWP re: initial indications of interest* | 0.5 | 11 |
| 07/12/23 | Gabriela Hull | *Publish fund investment information to UCC data room* | 0.5 | 11 |
| 07/12/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/13/23 | Gabriela Hull | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Gabriela Hull | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Gabriela Hull | *Weekly call with Debtors and UCC re: FTX 2.0 process update* | 1.0 | 4 |
| 07/13/23 | Gabriela Hull | *Analyze materials posted to the VDR re: interested party* | 2.0 | 9 |
| 07/13/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/13/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/14/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/17/23 | Gabriela Hull | *Prepare fee application* | 3.0 | 11 |
| 07/17/23 | Gabriela Hull | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/18/23 | Gabriela Hull | *Prepare sale process updates email for the UCC re: Defi Alliance* | 2.5 | 9 |
| 07/18/23 | Gabriela Hull | *Prepare fee application* | 3.0 | 11 |
| 07/19/23 | Gabriela Hull | *Draft agenda for weekly call with Debtors re: FTX 2.0* | 0.5 | 9 |
| 07/19/23 | Gabriela Hull | *UCC Advisor discussion re: Genesis settlement* | 0.5 | 11 |
| 07/19/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/19/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/20/23 | Gabriela Hull | *Call with UCC Members and advisors re: Genesis settlement* | 1.0 | 3 |
| 07/20/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/21/23 | Gabriela Hull | *Research and analysis of Genesis Digital Assets and comparable companies* | 3.0 | 9 |
| 07/24/23 | Gabriela Hull | *Review of revised proposal re: FTX 2.0* | 0.5 | 2 |
| 07/24/23 | Gabriela Hull | *Weekly call with UCC Advisors re: workstreams coordination and weekly call agenda* | 0.5 | 11 |
| 07/24/23 | Gabriela Hull | *Internal catchup call re: workstreams with R. Hamilton, D. Homrich, L. Hultgren* | 0.5 | 11 |
| 07/24/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/25/23 | Gabriela Hull | *Review of UCC responses re: venture investment feedback* | 0.5 | 3 |
| 07/25/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/26/23 | Gabriela Hull | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| 07/27/23 | Gabriela Hull | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| 07/27/23 | Gabriela Hull | *Call among UCC Members / Advisors and Ad Hoc Group Members / Advisors* | 1.0 | 3 |
| 07/27/23 | Gabriela Hull | *Weekly call with Debtors: venture updates* | 1.0 | 4 |
| 07/27/23 | Gabriela Hull | *Review of materials posted to the VDR re: coin update* | 0.5 | 9 |
| 07/27/23 | Gabriela Hull | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/27/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| 07/28/23 | Gabriela Hull | *Review of UCC feedback re: various venture investments* | 0.5 | 3 |
| 07/31/23 | Gabriela Hull | *Crypto-related news compilation* | 0.5 | 11 |
| **July 1, 2023 - July 31, 2023 Hours for Gabriela Hull** | | | **55.5** | |

**Jefferies LLC**

*July 1, 2023 - July 31, 2023*

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 07/03/23 | Timothy Shea | *Review FTX 2.0 Bid questions* | 1.0 | 9 |
| 07/03/23 | Timothy Shea | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/03/23 | Timothy Shea | *Internal discussion re: FTX 2.0 materials for the UCC* | 0.5 | 11 |
| 07/06/23 | Timothy Shea | *FTX 2.0 Weekly with UCC and Debtors re:  FTX 2.0* | 0.5 | 4 |
| 07/06/23 | Timothy Shea | *Weekly call with PWP re: venture investment updates* | 0.5 | 4 |
| 07/06/23 | Timothy Shea | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/06/23 | Timothy Shea | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/06/23 | Timothy Shea | *Meeting with interested party re: FTX process* | 1.0 | 11 |
| 07/07/23 | Timothy Shea | *Call with PWP re: FTX 2.0 IOI Questions* | 0.5 | 4 |
| 07/07/23 | Timothy Shea | *Weekly call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/07/23 | Timothy Shea | *Call with interested party re: FTX process* | 0.5 | 11 |
| 07/10/23 | Timothy Shea | *Call with committee member and JEF (M. O'Hara, R. Hamilton) re: FTX 2.0* | 0.5 | 3 |
| 07/12/23 | Timothy Shea | *Weekly UCC call re: Plan term sheet, FTX 2.0, M&A* | 2.5 | 3 |
| 07/12/23 | Timothy Shea | *Internal call re: FTX 2.0 (M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren, G. Hull)* | 0.5 | 11 |
| 07/13/23 | Timothy Shea | *Weekly call with UCC and Debtors re: FTX 2.0* | 0.5 | 4 |
| 07/13/23 | Timothy Shea | *Weekly call with Debtors: GDA, IEX, 3Commas / Praxis* | 1.0 | 4 |
| 07/13/23 | Timothy Shea | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| 07/13/23 | Timothy Shea | *Draft notes for PWP re: communication with FTX 2.0 bidders* | 2.0 | 11 |
| 07/19/23 | Timothy Shea | *Weekly UCC Call re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| 07/20/23 | Timothy Shea | *Weekly call with Paul Hastings re: venture investment updates* | 0.5 | 11 |
| | | **July 1, 2023 - July 31, 2023 Hours for Timothy Shea** | **18.0** | |
| | | | | |
| 07/03/23 | Alexander Gavin | *Internal discussion re: FTX 2.0 materials for the UCC* | 0.5 | 11 |
| 07/03/23 | Alexander Gavin | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/06/23 | Alexander Gavin | *Call with Paul Hastings and UCC re: Plan term sheet, FTX 2.0, M+A* | 1.5 | 11 |
| 07/07/23 | Alexander Gavin | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/10/23 | Alexander Gavin | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/19/23 | Alexander Gavin | *Weekly UCC Call re: plan, FTX 2.0, preference analysis, follow-ups, Genesis settlement, M&A update* | 2.0 | 3 |
| | | **July 1, 2023 - July 31, 2023 Hours for Alexander Gavin** | **6.0** | |
| | | | | |
| 07/03/23 | Kelan Curran-Cross | *Prepare materials for the UCC re: FTX 2.0* | 1.0 | 9 |
| 07/03/23 | Kelan Curran-Cross | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| 07/03/23 | Kelan Curran-Cross | *Internal discussion re: FTX 2.0 materials for the UCC* | 0.5 | 11 |
| 07/06/23 | Kelan Curran-Cross | *Weekly call with Paul Hastings and UCC re: Plan term sheet, FTX 2.0, M&A* | 1.5 | 11 |
| 07/07/23 | Kelan Curran-Cross | *Internal meeting and prepare materials for the UCC re: FTX 2.0* | 1.0 | 9 |
| 07/07/23 | Kelan Curran-Cross | *Call with Paul Hastings re: Genesis* | 1.0 | 11 |
| 07/10/23 | Kelan Curran-Cross | *Weekly call with UCC Advisors re: FTX 2.0, term sheet, coin and token valuation* | 0.5 | 11 |
| | | **July 1, 2023 - July 31, 2023 Hours for Kelan Curran-Cross** | **6.0** | |

**Exhibit B**

**Expense Detail**

**Expense Detail**
July 1 - July 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| MICHAEL O'HARA | 6/6/2023 | $134.95 | NON-EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 6/25/2023 | $30.00 | EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 6/26/2023 | $30.00 | EMPLOYEE MEAL |
| JEF FTX TEAM | 7/6/2023 | $405.00 | MEETING EXPENSES |
| JEF FTX TEAM | 7/6/2023 | $35.94 | MEETING EXPENSES |
| ELENA HULL GARCIA DE MADARIAGA | 7/10/2023 | $28.75 | EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 7/10/2023 | $29.92 | TAXI |
| ELENA HULL GARCIA DE MADARIAGA | 7/11/2023 | $30.00 | EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 7/13/2023 | $30.00 | EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 7/13/2023 | $32.82 | TAXI |
| ELENA HULL GARCIA DE MADARIAGA | 7/17/2023 | $29.79 | EMPLOYEE MEAL |
| ELENA HULL GARCIA DE MADARIAGA | 7/18/2023 | $30.00 | EMPLOYEE MEAL |
| DENTONS | 7/31/2023 | $336.00 | LEGAL |
| **Total Expense** | | **$1,183.17** | |

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

August 17, 2023

**Invoice No. 2659012**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

Total This Invoice                                    $            336.00

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| Payments by check should be sent to: | | Payment by wire transfer/ACH should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL 60132-3078 | | ABA Transit ▇▇▇▇ |
| | | Account #: ▇▇▇▇ |
| | | Account Name: Dentons US LLP |
| | | Swift Code: ▇▇▇▇ |
| | | Reference: Invoice # and/or client matter # |

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

**DENTONS**

Dentons US LLP                dentons.com
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

Attn: Justin DeSpirito                                        August 17, 2023
Jefferies LLC
520 Madison Avenue                                **Invoice No. 2659012**
New York NY 10022
United States

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

---

For Professional Services Rendered through July 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 07/05/23 | S. Schrag | 0.40 | 336.00 | Review certificates of no objection (.2); confer with L. Hultgren regarding the same (.1); confer with J. Kochenash regarding the same (.1). |
| Total Hours | | 0.40 | | |
| Fee Amount | | | | $ 336.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Schrag | $ 840.00 | 0.40 | $ 336.00 |
| Totals | | 0.40 | $ 336.00 |
| Fee Total | $ | 336.00 | |
| Invoice Total | $ | 336.00 | |