Notice of Withdrawal of Document filed as Docket #2454

Filed by: Brian Jarmain, Managing Member of Holly Pond Capital LLC

Dated: September 11, 2023