# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke (the "Lorem Parties") hereby appear through their counsel, Morrison Cohen LLP ("MC"), The Daley Law Firm ("Daley"), and Pachulski Stang Ziehl & Jones LLP ("PSZ&J"). MC, Daley, and PSZ&J hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that the undersigned be added to the official mailing matrix and service lists in these cases. MC, Daley, and PSZ&J request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases and copies of all papers served or required to be served in these cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

or in any related adversary proceeding, be given and served upon the Lorem Parties through service upon MC, Daley, and PSZ&J at the addresses, telephone numbers, and facsimile numbers set forth below:

| MORRISON COHEN LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| Joseph T. Moldovan | Laura Davis Jones |
| Heath D. Rosenblat | Peter J. Keane |
| Jason P. Gottlieb | 919 N. Market Street, 17th Floor |
| 909 Third Avenue, 27th Floor | P.O. Box 8705 |
| New York, New York 10022 | Wilmington, DE 19899-8705 (Courier 19801) |
| Telephone: (212) 735-8600 | Telephone: (302) 652-4100 |
| Facsimile: (212) 735-8708 | Facsimile: (302) 652-4400 |
| Email: jmoldovan@morrisoncohen.com | Email: ljones@pszjlaw.com |
|        hrosenblat@morrisoncohen.com |        pkeane@pszjlaw.com |
|        jgottlieb@morrisoncohen.com | |

THE DALEY LAW FIRM
Darrell Daley
Samantha Neal
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301
Telephone: (303) 479-3500
Email: Darrell@daleylawyers.com
       Samantha@daleylawyers.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a

waiver of any of the rights of the Lorem Parties, including, without limitation, to: (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to these cases; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Lorem Parties may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: September 11, 2023<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100; Facsimile: (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>- and -<br><br>MORRISON COHEN LLP<br>Joseph T. Moldovan (*pro hac vice* pending)<br>Heath D. Rosenblat (*pro hac vice* pending)<br>Jason P. Gottlieb (*pro hac vice* pending)<br>909 Third Avenue, 27th Floor<br>New York, New York 10022<br>Telephone: (212) 735-8600; Facsimile: (212) 735-8708<br>Email:  jmoldovan@morrisoncohen.com<br>           hrosenblat@morrisoncohen.com<br>           jgottlieb@morrisoncohen.com<br><br>- and -<br><br>THE DALEY LAW FIRM<br>Darrell Daley<br>Samantha Neal<br>4845 Pearl East Circle, Suite 101<br>Boulder, Colorado 80301<br>Telephone: (303) 479-3500<br>Email:  Darrell@daleylawyers.com<br>           Samantha@daleylawyers.com<br><br>*Counsel to Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke* |