# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS

1. Second Interim Fee Application of Perella Weinberg Partners LP [D.I. 1642, filed on June 15, 2023]

   Related Documents:

   A. Fourth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1223, filed on April 4, 2023]

   B. Certificate of No Objection [D.I. 1349, filed on April 25, 2023]

   C. Fifth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1434, filed on May 4, 2023]

   D. Certificate of No Objection [D.I. 1537, filed on May 25, 2023]

   E. Sixth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1568, filed on June 5, 2023]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

    F.    Certificate of No Objection [D.I. 2159, filed on August 11, 2023]

2. Second Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through April 30, 2023 [D.I. 1644, filed on June 15, 2023]

    Related Documents:

    A.    Third Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 [D.I. 1220, filed on April 4, 2023]

    B.    Certificate of No Objection [D.I. 1346, filed on April 25, 2023]

    C.    Fourth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 [D.I. 1397, filed on May 1, 2023]

    D.    Certificate of No Objection [D.I. 1525, filed on May 23, 2023]

    E.    Fifth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through April 30, 2023 [D.I. 1560, filed on June 2, 2023]

    F.    Certificate of No Objection [D.I. 1717, filed on June 26, 2023]

3. Second Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 1645, filed on June 15, 2023]

    Related Documents:

    A.    Fourth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1224, filed on April 4, 2023]

    B.    Certificate of No Objection [D.I. 1352, filed on April 26, 2023]

      C.    Fifth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1390, filed on April 28, 2023]

      D.    Certificate of No Objection [D.I. 1518, filed on May 19, 2023]

      E.    Sixth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1555, filed on June 1, 2023]

      F.    Certificate of No Objection [D.I. 1684, filed on June 22, 2023]

4.    Second Interim Fee Application of Landis Rath & Cobb LLP [D.I. 1646, filed on June 15, 2023]

    Related Documents:

      A.    Third Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1222, filed on April 4, 2023]

      B.    Certificate of No Objection [D.I. 1348, filed on April 25, 2023]

      C.    Fourth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1389, filed on April 28, 2023]

      D.    Certificate of No Objection [D.I. 1517, filed on May 19, 2023]

      E.    Fifth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1557, filed on June 1, 2023]

      F.    Certificate of No Objection [D.I. 1686, filed on June 22, 2023]

5. Second Interim Application for Compensation of Sullivan & Cromwell LLP [D.I. 1647, filed on June 15, 2023]

   Related Documents:

   A. Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through and including February 28, 2023 [D.I. 1221, filed on April 4, 2023]

   B. Certificate of No Objection [D.I. 1347, filed on April 25, 2023]

   C. Fifth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through and including March 31, 2023 [D.I. 1388, filed April 28, 2023]

   D. Certificate of No Objection [D.I. 1516, filed May 19, 2023]

   E. Sixth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through and including April 30, 2023 [D.I. 1556, filed on June 1, 2023]

   F. Certificate of No Objection [D.I. 1685, filed on June 22, 2023]

6. Second Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1648, filed on June 15, 2023]

   Related Documents:

   A. Third Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 Through and Including February 28, 2023 [D.I. 1241, filed April 7, 2023]

   B. Certificate of No Objection [D.I. 1392, filed on May 1, 2023]

   C. Fourth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 Through and Including March 31, 2023 [D.I. 1399, filed on May 1, 2023]

   D. Certificate of No Objection [D.I. 1526, filed on May 23, 2023]

|   |   |   |
|---|---|---|
|   | E. | Fifth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 Through and Including April 30, 2023 [D.I. 1574, filed on June 6, 2023] |
|   | F. | Certificate of No Objection [D.I. 1803, filed on June 29, 2023] |
| 7. |   | Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1649, filed on June 15, 2023] |

Related Documents:

|   |   |   |
|---|---|---|
|   | A. | Third Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2023 through February 28, 2023 [D.I. 1301, filed on April 17, 2023] |
|   | B. | Certificate of No Objection [D.I. 1461, filed on May 9, 2023] |
|   | C. | Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2023 to March 31, 2023 [1551, filed on May 31, 2023] |
|   | D. | Fifth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2023 to April 30, 2023 [1619, filed on June 12, 2023] |
|   | E. | Supplement to Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1651, filed on June 15, 2023] |
|   | F. | Certificate of No Objection [D.I. 1677, filed on June 21, 2023] |
|   | G. | Certificate of No Objection [D.I. 1838, filed on July 5, 2023] |
| 8. |   | Second Interim Fee Request of Paul Hastings LLP [D.I. 1649, filed on June 15, 2023] |

Related Documents:

|   |   |   |
|---|---|---|
|   | A. | Third Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2023 to February 28, 2023 [D.I. 1300, filed on April 17, 2023] |

  B. Certificate of No Objection [D.I. 1460, filed on May 9, 2023]

  C. Fourth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 to March 31, 2023 [D.I. 1550, filed on May 31, 2023]

  D. Fifth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2023 to April 30, 2023 [D.I. 1618, filed on June 12, 2023]

  E. Supplement to the Second Interim Fee Application of Paul Hastings LLP [D.I. 1650, filed on June 15, 2023]

  F. Certificate of No Objection [D.I. 1675, filed on June 21, 2023]

  G. Certificate of No Objection [D.I. 1837, filed on July 5, 2023]

9. Second Interim Fee Request of FTI Consulting, Inc. [D.I. 1649, filed on June 15, 2023]

 Related Documents:

  A. Third Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2023 through February 28, 2023 [D.I. 1302, filed on April 17, 2023]

  B. Certificate of No Objection [D.I. 1462, filed on May 9, 2023]

  C. Fourth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2023 to March 31, 2023 [D.I. 1552, filed on May 31, 2023]

  D. Fifth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2023 to April 30, 2023 [D.I. 1628, filed on June 14, 2023]

  E. Supplement to the Second Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2023 through April 30, 2023 [D.I. 1653, filed on June 15, 2023]

      F.      Certificate of No Objection [D.I. 1678, filed on June 21, 2023]

      G.      Certificate of No Objection [D.I. 1847, filed on July 6, 2023]

10. Second Interim Fee Request of Jefferies LLC [D.I. 1649, filed on June 15, 2023]

    Related Documents:

      A.      Third Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from February 1, 2023 to and Including February 28, 2023 [D.I. 1394, filed on May 1, 2023]

      B.      Certificate of No Objection [D.I. 1530, filed on May 24, 2023]

      C.      Fourth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from March 1, 2023 to March 31, 2023 [D.I. 1616, filed on June 12, 2023]

      D.      Fifth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from April 1, 2023 to April 30, 2023 [D.I. 1617, filed on June 12, 2023]

      E.      Supplement to the Second Interim Fee Request of Jefferies LLC [D.I. 1652, filed on June 15, 2023]

      F.      Certificate of No Objection [D.I. 1840, filed on July 5, 2023]

      G.      Certificate of No Objection [D.I. 1841, filed on July 5, 2023]

11. First Interim Fee Application of Ernst & Young LLP [D.I. 1654, filed on June 15, 2023]

    Related Documents:

      A.      First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through and including December 31, 2022 [D.I. 847, filed on March 10, 2023]

      B.      Certificate of No Objection [D.I. 1209, filed on March 31, 2023]

C. Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 1500, filed on May 16, 2023]

D. Certificate of No Objection [D.I. 1576, filed on June 6, 2023]

12. Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on September 13, 2023 [D.I. 2427, filed on September 5, 2023]