# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 2142 & 2464 |

## ORDER APPROVING STIPULATION REGARDING MUTUAL CONTRACT REJECTION WITH LEXISNEXIS RISK SOLUTIONS AND EMAILAGE CORP.

Upon the *Certification of Counsel Regarding Stipulation Regarding Mutual Contract Rejection with LexisNexis Risk Solutions and Emailage Corp.* (the "Certification") and the *Stipulation Regarding Mutual Contract Rejection with LexisNexis Risk Solutions and Emailage Corp.* (the "Stipulation")[2] entered into between the Debtors and LexisNexis Risk Solutions and Emailage Corp., attached hereto as **Exhibit 1**, and this Court having jurisdiction to consider the Certification and the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is hereby APPROVED.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation.

{1368.002-W0072083.2}

2.       The failure to specifically include or reference any particular term or provision of the Stipulation in this Order shall not diminish or impair the effectiveness of such term or provision as all terms and provisions of the Stipulation are incorporated fully herein.

3.       This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

4.       The Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the terms of the Stipulation.

5.       This Court shall retain jurisdiction with respect to any and all matters, claims, rights or disputes arising from or related to the Stipulation and the implementation of this Order.

Dated: September 11th, 2023  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE