IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

**CERTIFICATE OF NO OBJECTION REGARDING
FIRST INTERIM FEE APPLICATION OF MORGAN, LEWIS & BOCKIUS LLP
AS COUNSEL TO EMERGENT FIDELITY TECHNOLOGIES LTD
FOR THE PERIOD OF FEBRUARY 3, 2023 THROUGH JULY 31, 2023**

Jody C. Barillare as counsel to Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Emergent Debtor"), hereby certifies as follows:

1. On August 15, 2023, Morgan, Lewis & Bockius LLP ("Morgan Lewis") as counsel to the Emergent Debtor filed its first interim fee application for the period of February 3, 2023 through July 31, 2023 (the "Application") [D.I. 2180].

2. Morgan Lewis attached a notice form to the Application, setting forth September 6, 2023 as the deadline for filing a response to the Application (the "Objection Deadline") and September 13, 2023 as the hearing date (the "Notice Form"). *See id*.

3. The Emergent Debtor served the Notice Form, the Application and exhibits attached thereto as reflected in the certificate of service filed with the Application. *See id*.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. As of the filing of this certificate, more than forty-eight (48) hours have elapsed since the Objection Deadline. The Emergent Debtor received informal comments from the United States Trustee; however, no other responsive pleading or objection has been filed with this Court on the docket of the FTX chapter 11 cases or the Emergent chapter 11 case, or served upon the Emergent Debtor or its counsel.

5. Accordingly, the Emergent Debtor respectfully requests entry of a revised form of the proposed order (the "Revised Order"), attached hereto as **Exhibit A**, reflecting the agreed changes based on the informal comments received from the United States Trustee. The United States Trustee has no objection to entry of the Revised Order.

6. A redline copy of the Revised Order is attached hereto as **Exhibit B**, showing changes made from the proposed order attached to the Application.

7. Accordingly, the Emergent Debtor respectfully requests entry of the Revised Order attached hereto as **Exhibit A**.

[*Signature page to follow*]

| | |
|---|---|
| Dated: September 12, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |