## CERTIFICATE OF SERVICE

I, Jody C. Barillare, hereby certify that on September 12, 2023, I caused to be served copies of the *Certificate of No Objection Regarding First Interim Fee Application of Morgan, Lewis & Bockius LLP as Counsel to Emergent Fidelity Technologies Ltd for the Period of February 3, 2023 through July 31, 2023* to all parties consenting to service through the Court's CM/ECF system.

Dated: September 12, 2023
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/  *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com