**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 5/1/2023 | Rohan Sindhwani | Late night / weekend transportation | 14.95 | Taxi home working late |
| 5/2/2023 | Rohan Sindhwani | Late night / weekend transportation | 23.02 | Taxi home working late |
| 5/2/2023 | Kendyl Flinn | Late night / weekend transportation | 15.86 | Taxi home working late |
| 5/2/2023 | Rohan Mekala | Late night / weekend transportation | 30.75 | Taxi home working late |
| 5/2/2023 | Bruce Mendelsohn | Air / train travel | 326.00 | Train fare for Andy Dietderich to allow him to prep Bruce on testimony at 5/4/23 hearing |
| 5/3/2023 | Kendyl Flinn | Late night / weekend meals | 10.26 | Meal working late |
| 5/3/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late |
| 5/3/2023 | Alina Negulescu | Late night / weekend transportation | 43.63 | Taxi home working late |
| 5/4/2023 | Alina Negulescu | Late night / weekend transportation | 34.02 | Taxi home working late |
| 5/5/2023 | Kendyl Flinn | Late night / weekend transportation | 23.72 | Taxi home working late |
| 5/5/2023 | Bruce Mendelsohn | Air / train travel | 195.05 | Car from home to Moynihan Station for 5/4/23 hearing |
| 5/5/2023 | Bruce Mendelsohn | Late night / weekend transportation | 212.15 | Car from New Rochelle to home after train from Wilmington for 5/4/23 hearing |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 5/5/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 24,742.88 | DFIN<br>Project Name: Focus VDR<br>Project Id: a278a000007tzs9AAA<br>Effective: 25-Nov-22 Term: 6 Months |
| 5/6/2023 | Alina Negulescu | Late night / weekend transportation | 45.98 | Taxi home working late |
| 5/9/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 5/9/2023 | Alina Negulescu | Late night / weekend transportation | 48.19 | Taxi home working late |
| 5/9/2023 | Kendyl Flinn | Late night / weekend transportation | 21.52 | Taxi home working late |
| 5/10/2023 | Kendyl Flinn | Late night / weekend transportation | 16.87 | Taxi home working late |
| 5/10/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late |
| 5/11/2023 | Kendyl Flinn | Late night / weekend transportation | 12.39 | Taxi home working late |
| 5/11/2023 | Alina Negulescu | Late night / weekend transportation | 19.21 | Taxi home working late |
| 5/12/2023 | Alina Negulescu | Late night / weekend transportation | 43.72 | Taxi home working late |
| 5/12/2023 | Bruce Mendelsohn | Misc. expenses (supplies, wifi, etc.) | 9.95 | Wifi on flight |
| 5/13/2023 | Alina Negulescu | Late night / weekend transportation | 37.01 | Taxi home working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 5/15/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 5/15/2023 | Alina Negulescu | Late night / weekend transportation | 12.41 | Taxi home working late |
| 5/16/2023 | Alina Negulescu | Late night / weekend transportation | 39.93 | Taxi home working late |
| 5/17/2023 | Alina Negulescu | Late night / weekend transportation | 45.52 | Taxi home working late |
| 5/17/2023 | Kendyl Flinn | Late night / weekend transportation | 12.88 | Taxi home working late |
| 5/17/2023 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late |
| 5/17/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 5/18/2023 | Alina Negulescu | Late night / weekend transportation | 47.65 | Taxi home working late |
| 5/18/2023 | Kendyl Flinn | Late night / weekend transportation | 14.35 | Taxi home working late |
| 5/18/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late |
| 5/18/2023 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late |
| 5/20/2023 | Alina Negulescu | Late night / weekend transportation | 13.46 | Taxi home working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 5/22/2023 | Kendyl Flinn | Late night / weekend transportation | 12.88 | Taxi home working late |
| 5/23/2023 | Alina Negulescu | Late night / weekend transportation | 27.19 | Taxi home working late |
| 5/23/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 369.00 | Period ended April 30, 2023<br>Re: FTX Chapter 11<br>Matter No: 22726417 |
| 5/24/2023 | Kendyl Flinn | Late night / weekend transportation | 12.39 | Taxi home working late |
| 5/24/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 8,484.00 | For professional services rendered and related expenses incurred through April 2023 |
| 5/25/2023 | Alina Negulescu | Late night / weekend transportation | 43.63 | Taxi home working late |
| 5/25/2023 | Matt Rahmani | Late night / weekend transportation | 88.26 | Taxi home working late |
| 5/26/2023 | Alina Negulescu | Late night / weekend transportation | 66.45 | Taxi home working late |
| 5/28/2023 | Alina Negulescu | Late night / weekend transportation | 59.51 | Taxi home working late |
| 5/30/2023 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late |
| 5/30/2023 | Eduardo Ascoli | Late night / weekend transportation | 33.37 | Taxi home working late |
| 5/30/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 5/30/2023 | Laura Klaassen | Late night / weekend transportation | 132.15 | Taxi home working late |
| 5/30/2023 | Alina Negulescu | Late night / weekend transportation | 40.36 | Taxi home working late |
| 5/31/2023 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late |
| 5/31/2023 | Wasif Syed | Late night / weekend meals | 20.00 | Meal working late |
| 5/31/2023 | Alina Negulescu | Late night / weekend transportation | 42.50 | Taxi home working late |
| **Total** | | | **$35,765.02** | |