**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(Apr. 1, 2023 to Apr. 30, 2023)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $8,484.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | n/a |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | Pending | Pending |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | Pending | Pending |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | Pending | Pending |

## SUMMARY OF BILLING BY PROFESSIONAL
## APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 2.6 | $2,457.00 |
| **Partner Total** | | | | | **2.6** | **$2,457.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 9.8 | $6,027.00 |
| **Associate Total** | | | | | **9.8** | **$6,027.00** |
| **GRAND TOTAL** | | | | | **12.4** | **$8,484.00** |

### Blended Hourly Rate:  $684.19

## STATEMENT OF FEES BY PROJECT CATEGORY[1]
## APRIL 1, 2023 THROUGH AND INCLUDING APRIL 30, 2023

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 12.4 | $8,484.00 |
| **TOTAL** | **12.4** | **$8,484.00** |

---

[1]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Computer Assisted Legal Research | n/a | n/a |
| **TOTAL** | | $0.00 |

---

[2]    Porter Hedges LLP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 549296 |
| Date | 05/24/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $8,484.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $8,484.00 |
| **TOTAL AMOUNT DUE** | **$8,484.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 549296 |
| Date | 05/24/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through April 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/03/23 | MNY | Review retention order provisions regarding sale fee (.4); call and email with J. Petiford regarding same (.4); prepare fourth monthly fee statement (2.2); email client and debtors' counsel regarding same (.2). | 3.20 | 1,968.00 |
| 04/03/23 | JFH | Email regarding asset sale and PWP fees. | 0.30 | 283.50 |
| 04/04/23 | MNY | Review comments from S&C to monthly fee statement and incorporate same (.5); circulate updated fee statement to client for signature (.2); compile and finalize fee statement and circulate to Debtors' counsel for filing (.8); emails with Debtors' counsel regarding same (.2); email with J. Higgins regarding fee statement (.1). | 1.80 | 1,107.00 |
| 04/04/23 | JFH | Email regarding fee statement and asset sales; email regarding offers. | 0.50 | 472.50 |
| 04/06/23 | MNY | Review UST requests and comments regarding first interim fee application (.2); email client regarding same (.2). | 0.40 | 246.00 |
| 04/06/23 | JFH | Email UST and M. Young-John and A. Kranzley regarding UST fee issues. | 0.30 | 283.50 |
| 04/07/23 | MNY | Review and email questions/comments from UST to client for input (.3); review information from client and prepare draft response to UST for client review (.5); send response to UST comments to Debtors' counsel (.2). | 1.00 | 615.00 |
| 04/08/23 | JFH | Email A. Kranzley and J. Sarkessian regrding UST comments. | 0.20 | 189.00 |
| 04/11/23 | MNY | Review requests from fee examiner for first interim fee application and email client regarding same. | 0.30 | 184.50 |
| 04/11/23 | JFH | Email regarding fee examiner requests. | 0.20 | 189.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 549296 |
| Date | 05/24/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/23 | MNY | Emails with Debtors' counsel regarding timing for interim fee application and monthly fee statements (.2); email client regarding same and outstanding fee examiner requests (.2). | 0.40 | 246.00 |
| 04/18/23 | JFH | Email A. Kranzley, J. Kapoor, M. Young-John and R. Flinn regarding fee statement and UST. | 0.30 | 283.50 |
| 04/21/23 | MNY | Emails with client regarding interim fee application timeline and monthly fee statement. | 1.00 | 615.00 |
| 04/25/23 | MNY | Review documents responsive to fee examiner requests and email client regarding same (.6); email to Fee Examiner with documents responsive to requests for first interim fee application (.3); email client regarding CNO for February fee statement (.1); email Debtors' counsel regarding same (.1). | 1.10 | 676.50 |
| 04/25/23 | JFH | Numerous emails regarding invoices, UST, fee statement and order. | 0.40 | 378.00 |
| 04/27/23 | MNY | Review invoice from client and respond with questions (.3); prepare monthly fee statement (.3). | 0.60 | 369.00 |
| 04/27/23 | JFH | Email regarding invoices and backup (.2); email K. Flinn regarding same (.2). | 0.40 | 378.00 |
| **Total Services** | | | **12.40** | **$8,484.00** |

## Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 2.60 | 945.00 | 2,457.00 |
| MNY | Megan N. Young-John | Associate | 9.80 | 615.00 | 6,027.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 549296 |
| Date | 05/24/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

Total Disbursements                                                    $0.00

**Invoice Total**                                                    **$8,484.00**