IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrew R. Vara, United States Trustee for Region 3,<br><br>Appellant.<br><br>vs.<br><br>FTX Trading Ltd. *et al.*;[1] and the Official Committee of Unsecured Creditors of FTX Trading Ltd. *et al.*,<br><br>Appellees. | : : : : : : : : : : : : : : : : : : | Case No. 1:23-cv-00737 (CFC)<br><br>Re: D.I. 16 |

**[~~PROPOSED~~] ORDER GRANTING THE MOTION TO DISMISS APPEAL
BY APPELLANT ANDREW R. VARA, UNITED STATES TRUSTEE**

Pending before me is the *Motion To Dismiss Appeal by Appellant Andrew R. Vara, United States Trustee* [D.I. 16] (the "Motion"), in the above-captioned matter. Having considered the Motion, now therefore, at Wilmington on this 12th day of ~~August,~~ September 2023, it is HEREBY ORDERED that:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The Debtors' chapter 11 bankruptcy cases are being jointly administered under lead case number 22-11068 (JTD) (Bankr. D. Del.).

1. The Motion is GRANTED;

2. The above-captioned appeal is hereby dismissed, with each side to bear its own costs;

3. This Court shall retain jurisdiction to interpret and enforce the provisions of this order.

_____
Chief Judge