# <u>Exhibit 1</u>

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In- Possession* | 2/1/23 – 4/30/23 D.I. 1647 Filed 6/15/23 | $37,492,869.60 | $550,000.00 | $184,400.94 | $0.00[1] | $36,942,869.60 | $0.00 |
| **Perella Weinberg Partners LP[2]** *Investment Banker to the Debtors and Debtors-In-Possession* | 2/1/23 – 4/30/23 D.I. 1642 Filed 6/15/23 | $6,131,250.00 | N/A | $117,844.15 | N/A | $6,131,250.00 | $117,844.15 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 2/1/23 – 4/30/23 D.I. 1645 Filed 6/15/23 | $35,911,779.00 | $385,000.00 | $1,103,726.94 | $53.46 | $35,526,779.00 | $1,103,673.48 |
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 2/1/23 – 4/30/23 D.I. 1644 Filed 6/15/23 | $12,298,421.00 | $210,000.00 | $121,201.07 | $15,000.00 | $12,088,421.00 | $106,201.07 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 2/1/23 – 4/30/23 D.I. 1648 Filed 6/15/23 | $8,256,186.00 | $145,000.00 | $8,994.69 | $4,818.56 | $8,111,186.00 | $4,176.13 |

---

[1] Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on September 13, 2023* [D.I. 2427], the Fee Examiner has agreed to defer consideration of Sullivan & Cromwell's second interim expenses subject to the production of additional supporting documentation.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0072261.6}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Paul Hastings LLP** *Lead Counsel for the Official Committee of Unsecured Creditors* | 2/1/23 – 4/30/23 D.I. 1649, 1650 Filed 6/15/23 | $8,857,029.00 | $33,980.69 | $90,996.65 | $900.50 | $8,823,048.31 | $90,096.15 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 2/1/23 – 4/30/23 D.I. 1649, 1651 Filed 6/15/23 | $584,523.00 | $6,387.15 | $4,320.14 | $1,103.69 | $578,135.85 | $3,216.45 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 2/1/23 – 4/30/23 D.I. 1649, 1653 Filed 6/15/23 | $8,188,298.40 | $163,069.83 | $8,403.77 | $543.77 | $8,025,228.57 | $7,860.00 |
| **Jefferies LLC**[3] *Investment Banker for the Official Committee of Unsecured Creditors* | 2/1/23 – 4/30/23 D.I. 1649, 1652 Filed 6/15/23 | $675,000.00 | N/A | $41,196.39 | N/A | $675,000.00 | $41,196.39 |

---

[3] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0072261.6}