Form2100A

# United States Bankrupcy Court District of Delaware

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

In re FTX Trading LTD. et al            Case No. 22-11068

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer other than for security, of the claim referenced in this evidence and notice.

Name of Transferor
BEE CAPITAL BV
Hertendreef 4
2970 Schilde
BELGIUM
ben@beecapital.be

Name of Transferee
BEN VAN HOOL
Hertendreef 4
2970 Schilde
BELGIUM
ben.vanhool@gmail.com

| Claim No. | Date Filed | Creditor Name | Amount of Claim | Debtor |
|---|---|---|---|---|
| 241 | 12/21/2022 | Bee Capital bv | $12,328,170.57 | FTX Trading LTD., et al |

#### Claim distribution after partial transfer:

| BEE CAPITAL BV | BEN VAN HOOL |
|---|---|
| $1.034.333,51 (8,39%) | $11,293,837.06 (91,61%) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BEN VAN HOOL                                    Date: 10 september 2023

By: _____

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:    U.S. Bankrupcy Court
District of Delaware ("court")

AND TO:    FTX Trading Ltd., et al. ("Debtor")
Case No. 22-11068 ("Case")

Re:    Claim #: 241    Unique Customer Code: 01591667

**BEE CAPITAL BV** ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and pursuant to the terms of an Agreement between Transferror and Transferree, dated December 23, 2022, does hereby certify that they have unconditionally and irrevocably <u>partially transfered</u> and assigned to

**BEN VAN HOOL**
Hertendreef 4
2970 Schilde
BELGIUM

its successors and assigns ("Transferee"), <u>part</u> of the rights, title and interest in and to the following claims of Transferor against the Debtor (the "claim") in the United States Bankrupcy Court District of Delaware, which represent $11,293.837.06, equal to <u>91.61%</u> of the total claim amount of $12,328,170.57 listed on Debtor's schedules under claim number #241 against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Transferee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rule of Bankrupcy Procedure, the Bankrupcy Code, applicable local bankrupcy rules or applicable law. Tranferor acknowledges, understands, agrees and hereby stipulates that an order of the Court may be entered without further notice to <u>the Transferror transferring part of the Claim to Transferee</u> and recognizing Transferee as the new owner of 91.61% of the Claim.

**<u>Claim distribution after partial transfer</u>:**

| BEE CAPITAL BV | BEN VAN HOOL |
|---|---|
| $1.034.333,51 (8,39%) | $11,293,837.06 (91,61%) |

Transferee does not assume and will not be responsible for any obligations or liabilities of Transferor related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give notice and other communications in respect of the Claim to both the Transferor, who still owns 8.39% of the Claim and the Transferee who owns 91.61% of the Claim.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated September 11, 2023.

BEE CAPITAL BV

By:_____

Name: Helen Van Hulle
Title: Manager

BEN VAN HOOL

By:_____

Name: Ben Van Hool
Title: Individual

Bee Capital BV
Hertendreef 4
2970 Schilde
BELGIUM

**BY COURIER TO**

United States Bankrupcy Court
District of Delaware
Attn. Claims
824 Market Street, 3rd floor
Wilmington, DE 19801
United States of America

**AND TO**

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
United States of Americe

September 11, 2023

*FILED 2023 SEP 13 PM 1:10 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE*

Regarding: **FTX CLAIM PARTIAL TRANSFER**

Dear Sir/Madam,

Bee Capital bv filed a claim against debtor FTX Trading LTD in case number 22-11068.

| Claim No. | Date Filed | Creditor Name | Amount of Claim | Debtor |
|---|---|---|---|---|
| 241 | 12/21/2022 | Bee Capital bv | $12,328,170.57 | FTX Trading LTD., et al |

Our Unique Customer Code is 01591667 and email ben@beecapital.be

Meanwhile, **Bee Capital bv has transferred part of her claim**, as an internal settlement between the company and her shareholder Ben Van Hool. This **transfer happened on December 23, 2022**.

**The agreement states that 8.39% of the above claim remains with Bee Capital bv and that 91.61% of the claim is transferred to Ben Van Hool.**

Following documents are included:
- Transfer of claim other than for security
- Evidence of Transfer of Claim (Annex B)

We request you to take note of this partial claim transfer, and request your written confirmation that this partial claim transfer has been recorded by the court and in your books.

**For privacy reasons, we ask you to redact all names and addresses where possible.**

In case you have questions about this, then please contact Ben Van Hool (ben@beecapital.be)

Yours sincerely,

Ben Van Hool
Bee Capital bv