**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

*In re FTX Trading Ltd., et al.*          Case No. 22-11068 (JTD) (Jointly Administered)
                                          Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Hudson Bay Claim Fund LLC | Name of Transferor:<br>Fortune Media Inc., d/b/a OpenFortune |
|---|---|
| Notices to Transferee should be sent to:<br>Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 USA<br>Att'n: Matthew Weinstein / Chad Flick<br>Email: mweinstein@hudsonbaycapital.com /<br>cflick@hudsonbaycapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#:<br>Name and Current Address of Transferor:<br>[see proof of claim] |
| Claim Amount Transferred: 100% | Filed Amount: $23,058,750.00 |
| Claim Number: 4085 | Debtor: West Realm Shires Services, Inc. |
| Date Claim Filed: 6/29/2023 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *Matt Weinstein*          Date:  September 12, 2023
    Authorized Signatory

As set forth in the attached Evidences of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR FTX TRADING LTD. AND THE BANKRUPTCY COURT

**Fortune Media Inc. d/b/a OpenFortune** ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$3,858,750** arising from a certain *Sponsorship Agreement dated as of August 4, 2021* between Assignor and West Realm Shires Services, Inc. d/b/a FTX US (the "Debtor"), a debtor in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which contract was rejected by the Debtor (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS MAY 23, 2023.

**Fortune Media Inc. d/b/a OpenFortune**

By: _____
Name: Shawn Porat
Title: CEO


**Hudson Bay Claim Fund LLC**

By: _____
Name: Matthew Weinstein
Title: Authorized Signatory

DB1/ 137434972.4

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR FTX TRADING LTD. AND THE BANKRUPTCY COURT

**Fortune Media Inc. d/b/a OpenFortune** ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **$19,200,000** arising from a certain *Sponsorship Agreement dated as of April 7, 2022* between Assignor and West Realm Shires Services, Inc. d/b/a FTX US (the "Debtor"), a debtor in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which contract was rejected by the Debtor (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS MAY 23, 2023.

**Fortune Media Inc. d/b/a OpenFortune**

By: _____
Name: Shawn Porat
Title: CEO


**Hudson Bay Claim Fund LLC**

By: _____
Name: Matthew Weinstein
Title: Authorized Signatory