**Exhibit B**

**Disbursements**

14163555v1

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/1/2023 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late |
| 6/1/2023 | Alina Negulescu | Late night / weekend transportation | 58.65 | Taxi working late |
| 6/1/2023 | Kendyl Flinn | Late night / weekend transportation | 12.88 | Taxi working late |
| 6/1/2023 | Laura Klaassen | Late night / weekend transportation | 114.64 | Taxi working late |
| 6/2/2023 | Matt Rahmani | Late night / weekend transportation | 104.02 | Taxi working late |
| 6/5/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 3,147.39 | Project Name: Focus VDR  Project Id: a278a000007tzs9AAA  Effective: 25-Nov-22 Term: 6 Months |
| 6/5/2023 | Kevin Cofsky | Air / train travel | 216.00 | Train to FTX Hearings in Delaware |
| 6/5/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/6/2023 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late |
| 6/6/2023 | Alina Negulescu | Late night / weekend transportation | 33.85 | Taxi working late |
| 6/6/2023 | Eduardo Ascoli | Late night / weekend transportation | 38.46 | Taxi working late |
| 6/7/2023 | Eduardo Ascoli | Late night / weekend meals | 20.00 | Meal working late |
| 6/7/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 6/7/2023 | Kendyl Flinn | Late night / weekend transportation | 12.78 | Taxi working late |
| 6/7/2023 | Matt Rahmani | Late night / weekend transportation | 85.89 | Taxi working late |
| 6/7/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/8/2023 | Kevin Cofsky | Travel meals | 20.00 | Meal while traveling - FTX hearings in Delaware |
| 6/8/2023 | Kendyl Flinn | Late night / weekend transportation | 14.66 | Taxi working late |
| 6/8/2023 | Kevin Cofsky | Air / train travel | 216.00 | Train from DEL to NYP - FTX hearings |
| 6/8/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/9/2023 | Kevin Cofsky | Travel meals | 20.00 | Meal while traveling for FTX hearings |
| 6/9/2023 | Alina Negulescu | Late night / weekend transportation | 19.05 | Taxi working late |
| 6/9/2023 | Kendyl Flinn | Late night / weekend transportation | 13.85 | Taxi working late |
| 6/9/2023 | Kevin Cofsky | Travel to meetings / out of town | 472.83 | Hotel in wilmington DE for FTX Hearings |
| 6/9/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/12/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/12/2023 | Alina Negulescu | Late night / weekend transportation | 39.73 | Taxi working late |
| 6/12/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/13/2023 | Matt Rahmani | Late night / weekend meals | 35.00 | Meal working late |
| 6/13/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 5,626.50 | For professional services rendered and related expenses incurred through May 2023 |
| 6/13/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/14/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 49.11 | Cab to FTX board meeting from office |
| 6/14/2023 | Kendyl Flinn | Late night / weekend transportation | 20.18 | Taxi working late |
| 6/14/2023 | Matt Rahmani | Late night / weekend transportation | 111.77 | Taxi working late |
| 6/15/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late |
| 6/15/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 73.13 | Car from FTX board meeting at S&C to PWP |
| 6/15/2023 | Kendyl Flinn | Late night / weekend transportation | 17.40 | Taxi home working late |
| 6/15/2023 | Matt Rahmani | Travel to meetings / out of town | 44.01 | Taxi back to office after FTX meeting |
| 6/15/2023 | Matt Rahmani | Travel to meetings / out of town | 38.77 | Taxi from office to FTX Meeting |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 6/15/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 6/16/2023 | Kendyl Flinn | Late night / weekend transportation | 21.20 | Taxi home working late |
| 6/16/2023 | Matt Rahmani | Late night / weekend transportation | 95.40 | Taxi home working late |
| 6/20/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late |
| 6/22/2023 | Matt Rahmani | Late night / weekend meals | 20.00 | Meal working late |
| 6/22/2023 | Alina Negulescu | Late night / weekend transportation | 36.84 | Working late taxi home |
| 6/23/2023 | Matt Rahmani | Late night / weekend transportation | 93.60 | Taxi working late |
| 6/27/2023 | Bruce Mendelsohn | Misc. expenses (supplies, wifi, etc.) | 22.72 | Wifi on flight |
| 6/30/2023 | Bruce Mendelsohn | Travel to meetings / out of town | 197.80 | Car from home to city for train to Wilmington for Sequoia hearing. Too late to cancel car in the morning. |
| **Total** | | | **$11,424.11** | |