**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(May 1, 2023 to May 31, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | May 1, 2023 through May 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $5,626.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | n/a |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | Pending | Pending |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | Pending | Pending |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | Pending | Pending |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 1.4 | $1,323.00 |
| **Partner Total** | | | | | **1.4** | **$1,323.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 6.8 | $4,182.00 |
| **Associate Total** | | | | | **6.8** | **$4,182.00** |
| Mitzie L. Webb | Paralegal | n/a | n/a | $405.00 | 0.3 | $121.50 |
| **Paralegal Total** | | | | | **0.3** | **$121.50** |
| **GRAND TOTAL** | | | | | **8.5** | **$5,626.50** |

**Blended Hourly Rate: $661.94**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 8.5 | $5,626.50 |
| **TOTAL** | **8.5** | **$5,626.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Computer Assisted Legal Research | n/a | n/a |
| | **TOTAL** | $0.00 |

---

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
14163555v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 1
Inv# 550181
Date 06/13/23
017741-0001
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $5,626.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $5,626.50 |
| **TOTAL AMOUNT DUE** | **$5,626.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 550181
Date 06/13/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through May 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | MNY | Prepare fifth monthly fee statement for PWP and circulate to client with requests for further information on sale fee. | 3.10 | 1,906.50 |
| 05/01/23 | MLW | Chart deadlines for fee applications, confidential letter report and summary report for uncontested applications. | 0.30 | 121.50 |
| 05/02/23 | MNY | Update fee statement and compile exhibits (.8); circulate same to client for final review (.2); circulate same to Debtors' counsel for review (.2). | 1.20 | 738.00 |
| 05/04/23 | MNY | Coordinate updates to monthly fee statement with PWP (.2); update and compile monthly fee statement and circulate final drafts to client (1.0); coordinate final approval of same and submit to debtors' counsel for filing (.4). | 1.60 | 984.00 |
| 05/04/23 | JFH | Email A. Kranzley and M. Young-John regarding fee examiner (.2); email K. Flinn and N. Velivela regarding same (.1). | 0.30 | 283.50 |
| 05/10/23 | JFH | Email P. Hancock and M. Young-John regarding fee applications. | 0.20 | 189.00 |
| 05/17/23 | MNY | Email debtors' counsel regarding fee examiner order. | 0.20 | 123.00 |
| 05/18/23 | JFH | Email A. Kranzley, PWP and M. Young-John regarding examiner review. | 0.20 | 189.00 |
| 05/23/23 | MNY | Email client regarding timelines for interim fee application and fee statements. | 0.20 | 123.00 |
| 05/23/23 | JFH | Email M. Rahmani and M. Young-John regarding examiner and fee application. | 0.20 | 189.00 |
| 05/25/23 | MNY | Emails with client regarding interim fee application and timing of payments. | 0.50 | 307.50 |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 3  
Inv# 550181  
Date 06/13/23  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/25/23 | JFH | Email K. Flinn, V. Norden, J. Miller and M. Young-John regarding fee application and examiner. | 0.30 | 283.50 |
| 05/26/23 | JFH | Email regarding PWP application and payment. | 0.20 | 189.00 |
| **Total Services** | | | **8.50** | **$5,626.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.40 | 945.00 | 1,323.00 |
| MNY | Megan N. Young-John | Associate | 6.80 | 615.00 | 4,182.00 |
| MLW | Mitzie L. Webb | Paralegal | 0.30 | 405.00 | 121.50 |

Total Disbursements                                                                                     $0.00

**Invoice Total**                                                                                       **$5,626.50**