**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---:|---|
| 1/12/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 90,824.46 | Legal fees for period ended December 31, 2022 (recently approved) |
| 4/26/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 51,219.50 | Legal fees for period ended March 31, 2023 (recently approved) |
| 7/4/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late |
| 7/5/2023 | Data Retention and Hosting | Misc. expenses (supplies, wifi, etc.) | 31,146.99 | Project Name: Focus VDR<br>Project Id: a278a000007u6X3AAI<br>Pages Hosted In Continuation 05-Jun-23 to 04-Jul-23 |
| 7/5/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/5/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late |
| 7/6/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/6/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late |
| 7/6/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late |
| 7/7/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/10/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late |
| 7/11/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 7/12/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/12/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late |
| 7/13/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/14/2023 | Matt Rahmani | Late night / weekend transportation | 88.93 | Taxi working late |
| 7/17/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 29,986.50 | Period ended June 30, 2023<br>Re: FTX Chapter 11<br>Matter No: 22726417 |
| 7/17/2023 | Kevin Cofsky | Misc. expenses (supplies, wifi, etc.) | 8.00 | Inflight wifi |
| 7/17/2023 | Wasif Syed | Travel to meetings / out of town | 21.00 | ESTA for trip to US |
| 7/17/2023 | Wasif Syed | Air / train travel | 8,251.11 | Flight to New York for UCC meeting |
| 7/18/2023 | Compliance and Regulatory Consulting | Misc. expenses (supplies, wifi, etc.) | 21,275.00 | Data extraction costs from Global Relay |
| 7/18/2023 | Alina Negulescu | Late night / weekend transportation | 33.17 | Taxi working late |
| 7/18/2023 | Wasif Syed | Travel to meetings / out of town | 17.39 | Travel to New York for UCC meeting |
| 7/19/2023 | Matt Rahmani | Late night / weekend transportation | 14.00 | Taxi working late |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 7/19/2023 | Matt Rahmani | Late night / weekend transportation | 23.80 | Taxi working late |
| 7/19/2023 | Wasif Syed | Travel to meetings / out of town | 12.98 | Taxi to meeting |
| 7/20/2023 | Kevin Cofsky | Misc. expenses (supplies, wifi, etc.) | 8.00 | Inflight wifi |
| 7/20/2023 | Matt Rahmani | Late night / weekend transportation | 106.97 | Taxi working late |
| 7/21/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 7,525.80 | For professional services rendered and related expenses incurred through June 2023 |
| 7/21/2023 | Matt Rahmani | Late night / weekend transportation | 125.81 | Taxi working late |
| 7/21/2023 | Wasif Syed | Travel meals | 20.00 | Breakfast at hotel |
| 7/21/2023 | Wasif Syed | Travel to meetings / out of town | 1,714.53 | Hotel room rate, etc x 3 nights |
| 7/21/2023 | Wasif Syed | Travel meals | 7.08 | Meal while traveling |
| 7/21/2023 | Wasif Syed | Travel to meetings / out of town | 118.65 | Taxi to airport |
| 7/22/2023 | Wasif Syed | Travel meals | 5.44 | Meal while traveling |
| 7/22/2023 | Wasif Syed | Air / train travel | 212.07 | Flight to London following UCC meeting |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 7/24/2023 | Alina Negulescu | Late night / weekend transportation | 28.93 | Taxi working late |
| 7/24/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late |
| 7/25/2023 | Alina Negulescu | Late night / weekend transportation | 28.93 | Taxi working late |
| 7/25/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/26/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |
| 7/26/2023 | Alina Negulescu | Late night / weekend transportation | 33.35 | Taxi working late |
| 7/27/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late |
| 7/28/2023 | Alina Negulescu | Late night / weekend transportation | 44.91 | Taxi working late |
| 7/30/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late |

**Total**     **$243,243.30**