<u>**Exhibit C**</u>

**Porter Hedges LLP Time and Expense Records**

**(June 1, 2023 to June 30, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $7,521.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4.30 |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | Pending | Pending |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | Pending | Pending |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | Pending | Pending |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 1.2 | $1,134.00 |
| **Partner Total** | | | | | **1.2** | **$1,134.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 7.7 | $4,735.50 |
| James A. Keefe | Associate | 2017 | 2017 | $590.00 | 2.8 | $1,652.00 |
| **Associate Total** | | | | | **10.5** | **$6,387.50** |
| **GRAND TOTAL** | | | | | | **$7,521.50** |

**Blended Hourly Rate: $716.33**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**JUNE 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 10.5 | $7,521.50 |
| **TOTAL** | **10.5** | **$7,521.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

4887-7430-3052 v.4
14165319v1

SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Computer Assisted Legal Research | n/a | $4.30 |
| | **TOTAL** | $4.30 |

---

[2] Porter Hedges LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4887-7430-3052 v.4
14165319v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 551730  
Date 07/21/23  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $7,521.50 |
| Disbursements | 4.30 |
| Total Current Invoice | $7,525.80 |
| **TOTAL AMOUNT DUE** | **$7,525.80** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 551730
Date 07/21/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through June 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/23 | JAK | Draft April Monthly Fee Statement and send draft to M. Young-John for review. | 2.60 | 1,534.00 |
| 06/01/23 | JAK | Receive and respond to emails from M. Young-John and B. Rochelle re: drafting April monthly fee statement. | 0.20 | 118.00 |
| 06/01/23 | MNY | Review April monthly fee statement and make updates to same (1.0); compile exhibits to same (.2); circulate April monthly fee statement to client (.2); circulate same to Debtors' counsel (.2). | 1.60 | 984.00 |
| 06/01/23 | JFH | Email M. Cilia, K. Flinn, B. Mendelsohn and M. Young-John regarding fees. | 0.20 | 189.00 |
| 06/02/23 | MNY | Review and incorporate comments from debtors' counsel to April monthly fee statement (.5); circulate additional requests to client (.2). | 0.70 | 430.50 |
| 06/02/23 | JFH | Email A. Kranzley and M. Young-John regarding PWP April fee statement and revisions. | 0.20 | 189.00 |
| 06/03/23 | MNY | Finalize April monthly fee statement and circulate package and signature pages to client. | 0.90 | 553.50 |
| 06/05/23 | MNY | Compile final April monthly fee statement and circulate for filing. | 0.70 | 430.50 |
| 06/11/23 | MNY | Preparation of second interim fee application. | 0.50 | 307.50 |
| 06/12/23 | MNY | Prepare second interim fee application and send to client for review. | 1.60 | 984.00 |
| 06/14/23 | MNY | Review comments from client and update draft second interim fee application (.5); emails with client regarding same (.2). | 0.70 | 430.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346
_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 551730
Date 07/21/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/23 | MNY | Compile final second interim fee application with signatures and coordinate with debtors' counsel for filing. | 0.60 | 369.00 |
| 06/15/23 | JFH | Email N. Velivela, B. Mendelson and M. Young-John regarding fee application. | 0.30 | 283.50 |
| 06/27/23 | MNY | Review and approve order on first interim fee request (.2); emails with client regarding CNO for April fee statement (.2). | 0.40 | 246.00 |
| 06/27/23 | JFH | Email H. Robertson, A. Kranzley and M. Young-0John regarding fee order and chart (.3); email regarding fee statement (.1); email regarding UCC objection (.1). | 0.50 | 472.50 |
| **Total Services** | | | **11.70** | **$7,521.50** |

**Timekeeper Summary**

| | Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.20 | 945.00 | 1,134.00 |
| JAK | James A. Keefe | Associate | 2.80 | 590.00 | 1,652.00 |
| MNY | Megan N. Young-John | Associate | 7.70 | 615.00 | 4,735.50 |

**Disbursements Summary**

| Description | Value |
|---|---|
| Computer Assisted Legal Research | 4.30 |
| **Total Disbursements** | **$4.30** |

**Invoice Total**     **$7,525.80**