**<u>Exhibit D</u>**

**Mayer Brown LLP Time and Expense Records**

**(December 1, 2022 to June 30, 2023)**

4887-7430-3052 v.4
14165319v1

| Name of Applicant | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | December 1, 2022 through June 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $171,523.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $506.96 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a | n/a |

## SUMMARY OF BILLING BY PROFESSIONAL
### DECEMBER 1, 2022 THROUGH AND INCLUDING JUNE 30, 2023

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ryan Castillo | Partner | 2012 | 2011 | $1,230.00 | 11.3 | $13,899.00 |
| Tyler R. Ferguson | Partner | 2012 | 2011 | $1,075.00 - $1,230.00 | 2 | $2,429.00 |
| Aaron K. Gavant | Partner | 2010 | 2009 | $1,215.00 | 2.9 | $3,523.50 |
| Brian D. Hirshberg | Partner | 2007 | 2006 | $1,140.00 - $1,230.00 | 39.1 | $45,600.00 |
| Charles S. Kelley | Partner | 1992 | 1991 | $1,415.00 | 4.2 | $5,943.00 |
| Andrew J. Noreuil | Partner | 2000 | 1999 | $1,245.00 - $1,350.00 | 2.7 | $3,414.00 |
| Adam C. Paul | Partner | 1997 | 1997 | $1,635.00 - $1,855.00 | 20.5 | $35,057.50 |
| Anna T. Pinedo | Partner | 1994 | 1993 | $1,665.00 - $1,855.00 | 10.1 | $17,709.50 |
| **Partner Total** | | | | | **92.8** | **$127,575.5** |
| Marissa R. Dressor | Associate | 2021 | 2020 | $610.00 - $735.00 | 21.9 | $14,121.50 |
| Anna V. Durham | Associate | 2021 | 2020 | $725.00 | .1 | $72.50 |
| Jade M. Edwards | Associate | 2017 | 2016 | $685.00 | 11.2 | $7,672.00 |
| Kathryne M. Gray | Associate | 2014 | 2013 | $1,050.00 | 3.7 | $3,885.00 |
| Brian E. Saleeby | Associate | 2022 | 2021 | $550.00 - $670.00 | 25.1 | $14,741.00 |
| **Associate Total** | | | | | **62** | **$40,492.00** |
| Barbara J. Fisher | Librarian | n/a | n/a | $290.00 | 1.9 | $551.00 |
| Mia Sclafani | Paralegal | n/a | n/a | $415.00 | 7 | $2,905.00 |
| **Paraprofessional Total** | | | | | **8.9** | **$3,456.00** |
| **GRAND TOTAL** | | | | | **163.7** | **$171,523.50** |

**Blended Hourly Rate:  $1,047.79**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**DECEMBER 1, 2022 THROUGH AND INCLUDING JUNE 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[3] | 163.7 | $171,523.50 |
| **TOTAL** | **163.7** | **$171,523.50** |

---

[3]    Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[4] if Applicable** | **Amount** |
| Document Preparation – Word Processing | n/a | $132.00 |
| Westlaw Research | Westlaw | $374.96 |
| | **TOTAL** | **$506.96** |

---

[4]    Mayer Brown LLP may use one or more service providers.  The service providers identified herein are the primary service providers for the categories described.

## MAYER | BROWN

January 12, 2023

Invoice Number: 100035498

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended December 31, 2022

**Re:    FTX Chapter 11**
**Matter No: 22726417**

| | |
|---|---|
| Fees | $90,449.50 |
| Disbursements | 374.96 |
| **Total Fees and Disbursements** | **$90,824.46** |

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100035498
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 2
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/01/22 | **Pinedo, Anna T.**<br>Discuss advisory work. | 0.50 |
| 12/02/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding engagement (.5); correspondence to/from working group regarding background (.3). | 0.80 |
| 12/03/22 | **Hirshberg, Brian D.**<br>Kick-off call; coordinate internally. | 1.00 |
| 12/03/22 | **Paul, Adam C.**<br>Telephone conference with working group regarding status and strategy; correspondence to/from working group regarding same. | 1.00 |
| 12/03/22 | **Pinedo, Anna T.**<br>Project Focus - PWP/MB kickoff call. | 0.80 |
| 12/03/22 | **Pinedo, Anna T.**<br>Review background materials. | 0.80 |
| 12/05/22 | **Dressor, Marissa R.**<br>Reviewing FTX news search and coordinating MB team's review. | 0.80 |
| 12/05/22 | **Hirshberg, Brian D.**<br>Review spreadsheet; coordinate internally. | 1.00 |
| 12/05/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding status. | 0.10 |
| 12/07/22 | **Hirshberg, Brian D.**<br>Review organizational chart; coordinate internally. | 0.80 |
| 12/08/22 | **Paul, Adam C.**<br>Telephone conference with K. Cofsky regarding strategy (.4); telephone conference with A. Pinedo regarding same (.3); correspondence to/from working group regarding same (.2). | 0.90 |
| 12/09/22 | **Hirshberg, Brian D.**<br>Reseearch request. | 1.00 |
| 12/09/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding strategy call. | 0.20 |
| 12/10/22 | **Edwards, Jade M.**<br>Correspond with A. Paul re precedent for sale of securities order; related research re same. | 2.30 |
| 12/10/22 | **Hirshberg, Brian D.**<br>Research bankruptcy cases relating to ███████ | 2.00 |
| 12/10/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding ████████. | 0.50 |

Mayer Brown LLP

Invoice No: 100035498                                            Page 3
Perella Weinberg Partners LP                         Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 12/11/22 | **Dressor, Marissa R.**<br>Researching ██████████████████████████ | 2.50 |
| 12/11/22 | **Edwards, Jade M.**<br>Review ████████████████████████████████████<br>████████████████████████ .compile findings<br>into chart re ████████████████████ and distribute to<br>A. Paul, A. Gavant, T. Ferguson and K. TumSuden; related correspondence with<br>A. Paul. | 1.90 |
| 12/11/22 | **Hirshberg, Brian D.**<br>Research bankruptcy cases relating to ██████████ | 2.50 |
| 12/11/22 | **Paul, Adam C.**<br>Analyze ███████ . | 0.50 |
| 12/11/22 | **Saleeby, Brian E.**<br>Research and analysis re ████████████████████<br>███████ ; communication with B. Hirshberg and M. Dressor re results of analysis. | 8.40 |
| 12/12/22 | **Dressor, Marissa R.**<br>Researching ████████████████████████<br>████████████ and preparing summary related to such. | 4.50 |
| 12/12/22 | **Edwards, Jade M.**<br>Continued research and correspondence with A. Gavant and A. Paul re<br>███████████████████████████████████████ ; draft<br>proposed language and circulate to MB team. | 2.50 |
| 12/12/22 | **Gavant, Aaron K.**<br>Consider PWP inquiry on ████████████████<br>████████████████ , research same and multiple<br>communications with MB team regarding same. | 1.00 |
| 12/12/22 | **Hirshberg, Brian D.**<br>Research bankruptcy cases. | 3.00 |
| 12/12/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding ████████ (.2); analyze ████████<br>████████ (.5); telephone conference with A. Pinedo regarding same (.4);<br>correspondence to/from K. Cofsky regarding same (.1). | 1.20 |
| 12/12/22 | **Saleeby, Brian E.**<br>Conference with B. Hirshberg and M. Dressor re research and analysis; draft<br>and revise summary of analysis re ████████████████ . | 3.80 |
| 12/13/22 | **Dressor, Marissa R.**<br>Researching ████████████████████████████<br>████████████ and preparing summary related to such. | 0.30 |
| 12/13/22 | **Hirshberg, Brian D.** | 2.80 |

Mayer Brown LLP

Invoice No: 100035498                                                    Page 4
Perella Weinberg Partners LP                                    Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

Bankruptcy case research; coordinate internally.

**12/13/22  Paul, Adam C.**                                                1.10
Telephone conference with K. Cofsky regarding presentation (.5); telephone conference with A. Pinedo regarding same (.2); prepare for call with client (.4).

**12/13/22  Saleeby, Brian E.**                                            0.50
Review and revise summary of ██████████████████████; email correspondence with A. Pinedo, B. Hirshberg, and M. Dressor re ████████

**12/14/22  Noreuil, Andrew J.**                                           0.50
(PWP-FTX) Organization call with PWP.

**12/14/22  Paul, Adam C.**                                                1.80
Prepare for call with client regarding strategy (.5); telephone conference with working group regarding strategy (.5); correspondence to/from working group regarding strategy (.3); telephone conference with working group regarding same (.5).

**12/15/22  Edwards, Jade M.**                                             1.10
Review FTX bid procedures motion and correspondence with A. Gavant and A. Paul re same.

**12/15/22  Gavant, Aaron K.**                                             0.30
Review PWP inquiry on potential conflict issue and communications with MB team regarding same.

**12/15/22  Gavant, Aaron K.**                                             0.80
Initial review of bid procedures, communications with MB team regarding same, and call with MB team and PWP regarding same and next steps.

**12/15/22  Hirshberg, Brian D.**                                          2.30
Call to discuss; bid procedures; NDA

**12/15/22  Noreuil, Andrew J.**                                           0.50
(PWP - FTX) Conference call with client regarding process and auction process order.

**12/15/22  Paul, Adam C.**                                                2.10
Correspondence to/from working group regarding bidding procedures (.3); correspondence to/from working group regarding conflicts (.2); telephone conference with working group regarding bidding procedures (.5); analyze same (.9); correspondence to/from working group regarding NDAs (.2).

**12/16/22  Dressor, Marissa R.**                                          3.80
Reviewing NDA; Reviewing Bid Procedures, First Day Motion and VDR.

**12/16/22  Edwards, Jade M.**                                             2.90
Review and summarize FTX bid procedures motion and circulate to A. Paul and A. Gavant.

**12/16/22  Ferguson, Tyler R.**                                           0.20
Review correspondence regarding data room.

Mayer Brown LLP

Invoice No: 100035498                                                                       Page 5
Perella Weinberg Partners LP                                            Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/16/22 | **Hirshberg, Brian D.**<br>Bid procedures; call to discuss internally; review first day motion | 2.50 |
| 12/16/22 | **Noreuil, Andrew J.**<br>(PWP - FTX) E-mails regarding NDA; review of same. | 0.20 |
| 12/16/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding bidding procedures (.3); telephone conference with working group regarding M&A process (.6). | 0.90 |
| 12/16/22 | **Saleeby, Brian E.**<br>Internal conference with A. Pinedo, B. Hirshberg and M. Dressor re process of matter and next steps; begin initial review of documents provided in dataroom, presentations, and other discrete tasks per supervising partner's request. | 1.30 |
| 12/17/22 | **Gavant, Aaron K.**<br>Review J. Edwards summary of bid procedures motion, consider impact of same on draft process letter and provide comments on draft process letter. | 0.50 |
| 12/17/22 | **Hirshberg, Brian D.**<br>Review draft NDA | 1.80 |
| 12/17/22 | **Paul, Adam C.**<br>Analyze process letter (.4); correspondence to/from working group regarding same (.3). | 0.70 |
| 12/18/22 | **Dressor, Marissa R.**<br>Reviewing Phase 1 VDRs; Coordinating comments on the omnibus process letter. | 1.50 |
| 12/18/22 | **Edwards, Jade M.**<br>Review Omnibus Process Letter for consistency with bid procedures motion and correspond with A. Paul re same. | 0.50 |
| 12/18/22 | **Gavant, Aaron K.**<br>Continue review of bid procedures motion and draft process letter. | 0.30 |
| 12/18/22 | **Hirshberg, Brian D.**<br>Review bid letter; NDA comments; VDR review | 2.00 |
| 12/18/22 | **Noreuil, Andrew J.**<br>(PWP - FTX) Review of bid instructions and procedures; e-mail regarding same. | 1.00 |
| 12/18/22 | **Paul, Adam C.**<br>Analyze process letter comments (.4); correspondence to/from working group regarding same (.3). | 0.70 |
| 12/18/22 | **Saleeby, Brian E.**<br>Review scope of documents provided in VDR to determine additional recommendation with respect to Phase 1 review. | 2.00 |
| 12/19/22 | **Dressor, Marissa R.**<br>Reviewing Phase 1 VDRs; Coordinating comments on the omnibus process letter. | 0.50 |

Mayer Brown LLP

Invoice No: 100035498
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 6
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/19/22 | **Hirshberg, Brian D.**<br>Review bid procedures and mark-up bid letter. | 2.00 |
| 12/19/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts (.2); correspondence to/from working group regarding process letter (.2). | 0.40 |
| 12/19/22 | **Saleeby, Brian E.**<br>Analyze and compare Bid Procedures against proposed Process Letter and provide comments; emails with M. Dressor and B. Hirshberg re same. | 1.30 |
| 12/20/22 | **Dressor, Marissa R.**<br>Reviewing recent news articles. | 0.20 |
| 12/21/22 | **Dressor, Marissa R.**<br>Reviewing and commenting on NDA and discussing such with S&C. | 1.70 |
| 12/21/22 | **Hirshberg, Brian D.**<br>Diligence; data room; NDA call | 2.00 |
| 12/21/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts. | 0.20 |
| 12/28/22 | **Hirshberg, Brian D.**<br>Call with S&C; coordinate internally. | 0.50 |
| 12/28/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts. | 0.20 |
| 12/29/22 | **Hirshberg, Brian D.**<br>Call with S&C | 0.50 |
| 12/29/22 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts. | 0.20 |

**Total Hours**     **92.90**

Mayer Brown LLP

Invoice No: 100035498                                                                                               Page 7
Perella Weinberg Partners LP                                                                          Pinedo, Anna T.
22726417 FTX Chapter 11

Disbursements

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/12/22 | **Westlaw Research** <br> Westlaw Research performed by Edwards, Jade M. | | 374.96 |

**Total Disbursements**                                                                                         **$374.96**

Mayer Brown LLP

Invoice No: 100035498                                                              Page 8
Perella Weinberg Partners LP                                          Pinedo, Anna T.
22726417 FTX Chapter 11


### TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|------:|-------:|
| Dressor, Marissa R. | 15.80 | 9,638.00 |
| Edwards, Jade M. | 11.20 | 7,672.00 |
| Ferguson, Tyler R. | 0.20 | 215.00 |
| Gavant, Aaron K. | 2.90 | 3,523.50 |
| Hirshberg, Brian D. | 27.70 | 31,578.00 |
| Noreuil, Andrew J. | 2.20 | 2,739.00 |
| Paul, Adam C. | 13.50 | 22,072.50 |
| Pinedo, Anna T. | 2.10 | 3,496.50 |
| Saleeby, Brian E. | 17.30 | 9,515.00 |
| **Total Legal Fees** | **92.90** | **$90,449.50** |

Mayer Brown LLP

Invoice No: 100035498         Page 9
Perella Weinberg Partners LP         Pinedo, Anna T.
22726417 FTX Chapter 11

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Westlaw Research | 374.96 |
| **Total Disbursements** | **$374.96** |

# MAYER | BROWN

July 17, 2023

Invoice Number: 100097473

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended June 30, 2023

**Re:   FTX Chapter 11
       Matter No: 22726417**

| | |
|---|---|
| Fees | $29,986.50 |
| **Total Fees** | **$29,986.50** |

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100097473                                                    Page 2
Perella Weinberg Partners LP                                        Pinedo, Anna T.
22726417 FTX Chapter 11


### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 02/23/23 | **Pinedo, Anna T.**<br>Call with W. Syed regarding ████████████████████████ ████████████ | 0.50 |
| 02/24/23 | **Pinedo, Anna T.**<br>Follow up with W. Syed regarding ████████████████ ██████████████ | 0.50 |
| 02/27/23 | **Pinedo, Anna T.**<br>Review revised fund packet and comment. | 0.50 |
| 03/02/23 | **Pinedo, Anna T.**<br>Discuss with W. Syed ████████████████████ | 0.30 |
| 03/16/23 | **Pinedo, Anna T.**<br>Review process letter. | 0.30 |
| 03/20/23 | **Pinedo, Anna T.**<br>Review funds process outreach email templates. | 0.50 |
| 03/23/23 | **Pinedo, Anna T.**<br>Discuss investor status with PWP. | 0.20 |
| 03/29/23 | **Pinedo, Anna T.**<br>Discuss investor qualifications with PWP. | 0.10 |
| 06/01/23 | **Hirshberg, Brian D.**<br>Coordinate call to discuss. | 0.30 |
| 06/01/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding ██████████; analyze status of same. | 0.40 |
| 06/02/23 | **Hirshberg, Brian D.**<br>Call to discuss. | 0.50 |
| 06/02/23 | **Paul, Adam C.**<br>Prepare for and participate in call with client regarding ████████████ | 1.00 |
| 06/02/23 | **Pinedo, Anna T.**<br>████████████████. | 0.50 |
| 06/23/23 | **Hirshberg, Brian D.**<br>Call to discuss. | 0.50 |
| 06/23/23 | **Paul, Adam C.**<br>Prepare for and participate in call with client regarding fee objection; correspondence to/from working group regarding same. | 0.80 |
| 06/24/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding fee objection. | 0.30 |

Mayer Brown LLP

Invoice No: 100097473                                                      Page 3
Perella Weinberg Partners LP                                      Pinedo, Anna T.
22726417 FTX Chapter 11

### DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|

**06/29/23    Paul, Adam C.**      0.50
Telephone conference with client regarding ███████████; Correspondence
to/from working group regarding same.

**06/30/23    Durham, Anna V.**      0.10
Correspond with team re document review and analysis and strategy.

**06/30/23    Gray, Kathryne M.**      3.70
Review and analyze PWP correspondence, FTX bankruptcy filings, documents
related to Mysten transaction, and records produced to the UCC for purposes of
developing legal strategy and preparing for ███████████████████

**06/30/23    Kelley, Charles S.**      4.20
Call with Parella Team to understand facts, issues, and process of Mysten sale
(1.6); calls with counsel at S&C/ emails requesting materials (0.4); call with UCC
counsel regarding scheduling (0.2); review of docket and Pacer for Dear Arts,
orders, pleadings etc (1.0); commence material view (0.5); conduct internet
search regarding Mysten (0.5).

**06/30/23    Paul, Adam C.**      2.00
Prepare for and participate in call with client regarding ███████████.

**06/30/23    Sclafani, Mia**      7.00
Researched, organized and prepared documents to be GXT bound for CSK.
Reviewed the FTX Delaware Bankruptcy docket for pertinent pleadings.
Created Box folder and uploaded all relevant files with access to all
teammembers.  Reviewed, organized and filed production received from Sullivan
& Cromwell, Researched on-line sites (social media, journals, websites, press
releases, etc...) relating to tokenizing posts.

**Total Hours**      **24.70**

Mayer Brown LLP

Invoice No: 100097473
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 4
Pinedo, Anna T.

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|------:|-------:|
| Durham, Anna V. | 0.10 | 72.50 |
| Gray, Kathryne M. | 3.70 | 3,885.00 |
| Hirshberg, Brian D. | 1.30 | 1,599.00 |
| Kelley, Charles S. | 4.20 | 5,943.00 |
| Paul, Adam C. | 5.00 | 9,275.00 |
| Pinedo, Anna T. | 3.40 | 6,307.00 |
| Sclafani, Mia | 7.00 | 2,905.00 |
| **Total Legal Fees** | **24.70** | **$29,986.50** |

# MAYER | BROWN

April 21, 2023

Invoice Number: 100069326

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended March 31, 2023

**Re:    FTX Chapter 11
Matter No: 22726417**

| | |
|---|---|
| Fees | $51,087.50 |
| Disbursements | <u>132.00</u> |
| **Total Fees and Disbursements** | **<u>$51,219.50</u>** |

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100069326                                                                                              Page 2
Perella Weinberg Partners LP                                                                          Pinedo, Anna T.
22726417 FTX Chapter 11


## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| 12/09/22 | **Pinedo, Anna T.**<br>Project Focus kickoff call. | 0.50 |
| 12/12/22 | **Pinedo, Anna T.**<br>Conference call. | 0.50 |
| 12/14/22 | **Pinedo, Anna T.**<br>Zoom meeting regarding FTX. | 0.50 |
| 12/14/22 | **Pinedo, Anna T.**<br>Follow up call. | 0.50 |
| 12/15/22 | **Pinedo, Anna T.**<br>Group call. | 0.30 |
| 12/16/22 | **Pinedo, Anna T.**<br>Discuss securities law issues. | 0.50 |
| 12/16/22 | **Pinedo, Anna T.**<br>Zoom meeting to discuss M&A. | 0.50 |
| 01/02/23 | **Hirshberg, Brian D.**<br>Update call. | 0.50 |
| 01/02/23 | **Paul, Adam C.**<br>Telephone conference with working group regarding diligence. | 0.40 |
| 01/02/23 | **Pinedo, Anna T.**<br>Call with working group. | 0.30 |
| 01/17/23 | **Fisher, Barbara J.**<br>Reviewed FTX/SBF news in WSJ, NYT,Bloomberg,  AmBanker, Law360 and FT | 0.30 |
| 01/17/23 | **Hirshberg, Brian D.**<br>Status check | 0.30 |
| 01/17/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding update. | 0.10 |
| 01/18/23 | **Fisher, Barbara J.**<br>Daily review of FTX and SBF news in selected news papers; per a request of B. Saleeby | 0.30 |
| 01/19/23 | **Fisher, Barbara J.**<br>Daily review of news relating to FTX/SBF for B. Saleeby. | 0.50 |
| 01/20/23 | **Fisher, Barbara J.**<br>Daily review of news relating to FTX and SBF; per a request of B. Saleeby. | 0.50 |
| 01/23/23 | **Fisher, Barbara J.**<br>Daily FTX review | 0.30 |
| 01/24/23 | **Hirshberg, Brian D.** | 0.30 |

Mayer Brown LLP

Invoice No: 100069326
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 3
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Side letter inquiries. | |
| 02/02/23 | **Pinedo, Anna T.**<br>Catch up zoom call. | 0.50 |
| 02/05/23 | **Dressor, Marissa R.**<br>Reviewing Japan VDR. | 0.30 |
| 02/06/23 | **Dressor, Marissa R.**<br>Reviewing Japan VDR. | 0.30 |
| 02/06/23 | **Saleeby, Brian E.**<br>Review documents uploaded to VDR; emails with M. Dressor re same. | 3.40 |
| 02/09/23 | **Hirshberg, Brian D.**<br>Update call | 0.30 |
| 02/21/23 | **Ferguson, Tyler R.**<br>Review of PWP correspondence and related issues regarding chapter 11 sale processes (0.4); internal discussion regarding same (0.2). | 0.60 |
| 02/21/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding update and restructuring issues. | 0.20 |
| 02/22/23 | **Castillo, Ryan**<br>project Focus - review materials and emails from A. Pinedo; emails and call with M. Dressor re QIB/WP and AI questionnaires | 2.70 |
| 02/22/23 | **Dressor, Marissa R.**<br>Drafting accredited investor, qualified purchaser and qualified instutitional buyer questionnaires. | 3.80 |
| 02/22/23 | **Ferguson, Tyler R.**<br>Prep for call with PWP regarding chapter 11 sale process regarding funds (0.4); call with PWP and MB teams regarding same (0.5); review related follow-up correspondence (0.3). | 1.20 |
| 02/22/23 | **Noreuil, Andrew J.**<br>Conference call with bankers regarding bidder outreach and engagement. | 0.50 |
| 02/22/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding investor outreach. | 0.30 |
| 02/22/23 | **Pinedo, Anna T.**<br>Project Focus catch up teams meeting. | 0.50 |
| 02/23/23 | **Castillo, Ryan**<br>review draft QIB/QP and AI questionnaires from M. Dressor and send edits/comments | 1.80 |
| 02/23/23 | **Dressor, Marissa R.**<br>Drafting accredited investor, qualified purchaser and qualified institutional buyer questionnaires. | 0.30 |

Mayer Brown LLP

Invoice No: 100069326                                                   Page 4
Perella Weinberg Partners LP                                   Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 02/24/23 | **Dressor, Marissa R.**<br>Circulating accredited investor, qualified purchaser and qualified institutional buyer questionnaires to client. | 0.10 |
| 02/24/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts and creditor outreach. | 0.30 |
| 02/27/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding investor outreach. | 0.30 |
| 02/28/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding conflicts. | 0.20 |
| 03/02/23 | **Paul, Adam C.**<br>Correspondence to/from working group regarding investor outreach. | 0.20 |
| 03/06/23 | **Saleeby, Brian E.**<br>Analyze various documents submitted with bids for LedgerX. | 0.50 |
| 03/09/23 | **Dressor, Marissa R.**<br>Reviewing and summarizing bid proposals. | 1.00 |
| 03/09/23 | **Hirshberg, Brian D.**<br>Update call. | 0.30 |
| 03/13/23 | **Castillo, Ryan**<br>emails with PWP re fund interest process and call for tomorrow; review materials forwarded by A. Pinedo and B. Hirshberg | 2.10 |
| 03/14/23 | **Castillo, Ryan**<br>attend call with PWP and S&C re funds process, plan of posting of funds pack info pdf or UCC deck; emails with A. Pinedo and B. Hirshberg re same; reivew email queries from Wasif Syed | 2.70 |
| 03/14/23 | **Dressor, Marissa R.**<br>Coordinating client meeting. | 0.10 |
| 03/14/23 | **Hirshberg, Brian D.**<br>Review bids; coodinate internally. | 1.00 |
| 03/14/23 | **Saleeby, Brian E.**<br>Conference with client team to discuss Funds Process. | 0.70 |
| 03/15/23 | **Castillo, Ryan**<br>call with A. Pinedo and B. Hirshberg to discuss PWP queries on funds process; email W. Syed responses to PWP queries | 2.00 |
| 03/15/23 | **Hirshberg, Brian D.**<br>Call to discuss. | 0.50 |
| 03/16/23 | **Dressor, Marissa R.**<br>Reviewing process letter. | 0.20 |
| 03/16/23 | **Hirshberg, Brian D.** | 1.80 |

Mayer Brown LLP

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|------|-----------------|-------|
| | Mark up to process letter | |
| 03/16/23 | **Saleeby, Brian E.**<br>Review and revise draft of Process Letter. | 1.60 |
| 03/17/23 | **Hirshberg, Brian D.**<br>Review edits to draft letter. | 1.00 |
| 03/21/23 | **Hirshberg, Brian D.**<br>Revisions to draft process letter and emails. | 0.50 |
| 03/23/23 | **Hirshberg, Brian D.**<br>Research potential purchaser status; correspondance and coordinate internally. | 1.00 |
| 03/23/23 | **Saleeby, Brian E.**<br>Conduct research regarding Cadenza to help inform B. Hirshberg and A. Pinedo response to client query. | 1.60 |
| 03/24/23 | **Hirshberg, Brian D.**<br>Cadenza inquiries; research. | 0.80 |
| 03/26/23 | **Hirshberg, Brian D.**<br>Call to discuss; review QIB questionnaires. | 0.80 |
| 03/27/23 | **Hirshberg, Brian D.**<br>Process update; review QIB/QP forms. | 1.00 |
| | **Total Hours** | **46.10** |

Mayer Brown LLP

Invoice No: 100069326                                                                    Page 6
Perella Weinberg Partners LP                                               Pinedo, Anna T.
22726417 FTX Chapter 11

## Disbursements

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 02/22/23 | **Document Preparation - Word Processing**<br>Performed by Foster, Danielle for Dressor, Marissa R. | | 132.00 |

**Total Disbursements**                                                            **$132.00**

Mayer Brown LLP

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|------|------:|-------:|
| Castillo, Ryan | 11.30 | 13,899.00 |
| Dressor, Marissa R. | 6.10 | 4,483.50 |
| Ferguson, Tyler R. | 1.80 | 2,214.00 |
| Fisher, Barbara J. | 1.90 | 551.00 |
| Hirshberg, Brian D. | 10.10 | 12,423.00 |
| Noreuil, Andrew J. | 0.50 | 675.00 |
| Paul, Adam C. | 2.00 | 3,710.00 |
| Pinedo, Anna T. | 1.30 | 2,411.50 |
| Pinedo, Anna T. | 3.30 | 5,494.50 |
| Saleeby, Brian E. | 7.80 | 5,226.00 |
| **Total Legal Fees** | **46.10** | **$51,087.50** |

Mayer Brown LLP

Invoice No: 100069326
Perella Weinberg Partners LP
22726417 FTX Chapter 11

Page 8
Pinedo, Anna T.

DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---|
| Document Preparation - Word Processing | 132.00 |
| **Total Disbursements** | **$132.00** |