**<u>EXHIBIT A</u>**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
<u>for the Period from August 1, 2023 through August 31, 2023</u>**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from August 1, 2023 through August 31, 2023**

## Summary of Services Provided

1.      John J. Ray III is the only professional staffed by Owl Hill on the

engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the

management of the Debtors' businesses.  In addition, as described in the First Day

Declarations, Mr. Ray has provided oversight and support to the Debtors' other

professionals in connection with execution of the five core objectives of these Chapter 11

Cases:

    (a)     Implementation of Controls:  the implementation of accounting, audit,
            cash management, cybersecurity, human resources, risk management, data
            protection and other systems that did not exist, or did not exist to an
            appropriate degree, prior to Mr. Ray's appointment;

    (b)     Asset Protection & Recovery:  the location and security of property of the
            estate, a substantial portion of which may be missing or stolen;

    (c)     Transparency and Investigation:  the pending, comprehensive, transparent
            and deliberate investigation into claims against Mr. Samuel Bankman-
            Fried, the other co-founders of the Debtors and third parties, in
            coordination with regulatory stakeholders in the United States and around
            the world;

    (d)     Efficiency and Coordination:  cooperation and coordination with
            insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e)     Maximization of Value:  the maximization of value for all stakeholders
            through the eventual reorganization or sale of the Debtors 'complex array
            of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors'

businesses and worked with the Debtors' retained professionals on these five objectives.

This work included periodic meetings and numerous communications with the

independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Additionally, Mr. Ray was directly involved in the process to retain an investment advisor related to the coin management motion filed with the court, including all ancillary agreements, processes and court filings.

**Summary of Compensation and Expenses**

| Period | Fees | Expenses | Total |
|---|---|---|---|
| August 1, 2023 – August 31, 2023 | $280,410.00 | $162.10 | $280,572.10 |

**Summary of Expense by Category**

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $162.10 |
| **Total Amount for Period:** | $162.10 |

**Summary of Time and Fees by Professional**

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 215.7 | $280,410.00 |
| **50% adjustment for non-working travel:** | | | 0.0 | (0.00) |
| **Total Amount for Period:** | | | | $280,410.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/1/23 | Review of investigation reports in preparation for litigation | John J. Ray III | 2.8 | $3,640.00 |
| 8/1/23 | Review of venture requests related to share transfer and communicate with QE (S Rand) re same | John J. Ray III | 0.8 | $1,040.00 |
| 8/1/23 | Review of avoidance matter related to charitable and other contributions | John J. Ray III | 0.3 | $390.00 |
| 8/1/23 | Call with Steering Committee with S&C (A Dietderich and others), QE (S Rand and others), PWP (K Cofsky and others), and A&M (S Coverick and E Mosley and others) | John J. Ray III | 1.5 | $1,950.00 |
| 8/1/23 | Prepare for (0.5) and attend and lead Board call (1.0) | John J. Ray III | 1.5 | $1,950.00 |
| 8/1/23 | Review revised term sheet from UCC related to crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 8/1/23 | Call with A&M (K Ramanathan and others) related to term sheet for crypto management | John J. Ray III | 0.5 | $650.00 |
| 8/1/23 | Call with Board member related to pending matter | John J. Ray III | 0.8 | $1,040.00 |
| 8/1/23 | Draft document related to plan process and other matters related to UCC | John J. Ray III | 1.3 | $1,690.00 |
| 8/2/23 | Call with third-party crypto-lender related to current status of crypto-lender's operations and bankruptcy | John J. Ray III | 0.5 | $650.00 |
| 8/2/23 | Memo to Board related to Board policy | John J. Ray III | 0.3 | $390.00 |
| 8/2/23 | Revise Memo to Board related to Board policy | John J. Ray III | 0.5 | $650.00 |
| 8/2/23 | Review crypto token matter from A&M (A Titus) | John J. Ray III | 0.5 | $650.00 |
| 8/2/23 | Review and execute declaration related to settlement motion | John J. Ray III | 0.3 | $390.00 |
| 8/2/23 | Review and approve turnover motion | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/2/23 | Review matter related to non-US subsidiary and associated regulatory matter | John J. Ray III | 0.8 | $1,040.00 |
| 8/2/23 | Call with A&M (K Ramanathan) and vendor related to compliance | John J. Ray III | 0.5 | $650.00 |
| 8/2/23 | Review and approve scheduling on Grayscale matter | John J. Ray III | 0.3 | $390.00 |
| 8/2/23 | Call with S&C (A Dietderich and others), PH (E Gilad and others), and A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 1.0 | $1,300.00 |
| 8/2/23 | Review documentation related to crypto management | John J. Ray III | 1.8 | $2,340.00 |
| 8/2/23 | Call with S&C (A Dietderich and J Bromley) and PWP (B Mendelsohn and K Cofsky) related to FTX 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 8/3/23 | Review intercompany balances re Japan | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Revise crypto management protocol | John J. Ray III | 0.5 | $650.00 |
| 8/3/23 | Review and execute letter related to non-US subsidiary and deliver to Apostille | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Attend meeting with UCC members, PH (E Gilad and others), FTI (S Simms and others), Jeffries (M O'Hara and others), A&M (E Mosley and others), S&C (A Dietderich and others), and PWP (K Cofsky and others) related to FTX 2.0 restart | John J. Ray III | 1.1 | $1,430.00 |
| 8/3/23 | Review and comment on proposed UCC NDA | John J. Ray III | 0.3 | $390.00 |
| 8/3/23 | Communicate with Ad Hoc advisors related to meeting | John J. Ray III | 0.2 | $260.00 |
| 8/3/23 | Prepare agenda matters for discussion with Ad Hoc committee members | John J. Ray III | 0.3 | $390.00 |
| 8/3/23 | Review token lockup agreement status and provide direction to A&M (A Titus) | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Review Embed wind down status and call with A&M (R Hershan) and S&C (B Glueckstein and others) related to same | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/3/23 | Review and approve weekly payment to professionals | John J. Ray III | 0.5 | $650.00 |
| 8/3/23 | Review engagement letters related to experts | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Review UCC statement related to plan and provide feedback to S&C (J Bromley) | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Review update from A&M (T Hudson) related to third-party crypto lender business | John J. Ray III | 0.3 | $390.00 |
| 8/3/23 | Review and approve contract rejections | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Review and approve scheduling changes related to Grayscale litigation | John J. Ray III | 0.3 | $390.00 |
| 8/3/23 | Communicate with S&C (A Dietderich and B Glueckstein) related to ad hoc committee matters | John J. Ray III | 0.5 | $650.00 |
| 8/3/23 | Review proposed reply filing from S&C (J Bromley) | John J. Ray III | 0.8 | $1,040.00 |
| 8/3/23 | Communicate with PWP (K Cofsky) related to FTX 2.0 process | John J. Ray III | 0.3 | $390.00 |
| 8/4/23 | Call with S&C (S Rand and others) related to Grayscale litigation | John J. Ray III | 0.8 | $1,040.00 |
| 8/4/23 | Call with Ad Hoc Committee members related to status of the case | John J. Ray III | 1.0 | $1,300.00 |
| 8/4/23 | Review data related to billings and time allocations for certain professionals | John J. Ray III | 0.5 | $650.00 |
| 8/4/23 | Review status of FTX property matters and discuss with A&M (E Mosley) re same | John J. Ray III | 0.5 | $650.00 |
| 8/4/23 | Call with vendor related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 8/4/23 | Review cash positions at Embed | John J. Ray III | 0.3 | $390.00 |
| 8/4/23 | Develop case timeline and action items list for execution for August through October related to goal of filing amended plan | John J. Ray III | 0.5 | $650.00 |
| 8/4/23 | Review revised reply prepared by S&C (J Bromley and others) and provide additional comments | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/5/23 | Review mark up of NDA and provide comments | John J. Ray III | 1.3 | $1,690.00 |
| 8/5/23 | Review and mark up reply filing | John J. Ray III | 0.8 | $1,040.00 |
| 8/5/23 | Prepare July compensation report | John J. Ray III | 2.5 | $3,250.00 |
| 8/5/23 | Review revised NDA related to UCC members | John J. Ray III | 0.5 | $650.00 |
| 8/5/23 | Review materials from A&M (C Arnett) related to non-customer preferences | John J. Ray III | 1.0 | $1,300.00 |
| 8/6/23 | Communications with S&C (S Ehrenberg and others) related to pending litigation | John J. Ray III | 0.5 | $650.00 |
| 8/6/23 | Communications with S&C (A Dietderich) related to active work streams | John J. Ray III | 0.5 | $650.00 |
| 8/7/23 | Review of NDA agreement and UCC bylaws | John J. Ray III | 0.5 | $650.00 |
| 8/7/23 | Call with QE (M Scheck and others) related to litigation status | John J. Ray III | 1.0 | $1,300.00 |
| 8/7/23 | Review and revision to draft crypto management protocol | John J. Ray III | 0.8 | $1,040.00 |
| 8/7/23 | Review minutes for Board meeting; draft minutes for executive session at the request of counsel | John J. Ray III | 0.8 | $1,040.00 |
| 8/7/23 | Review agenda and vendor agreement related to securing assets | John J. Ray III | 1.3 | $1,690.00 |
| 8/7/23 | Review and approve data requests, respond with questions and provide direction | John J. Ray III | 0.8 | $1,040.00 |
| 8/7/23 | Call with S&C (A Dietderich and others) and PWP (K Cofsky and others) related to data sharing and FTX 2.0 process status and time line | John J. Ray III | 0.5 | $650.00 |
| 8/7/23 | Call with S&C (A Dietderich) and A&M (K Ramanathan and others) related to valuation and estimation of coins and tokens | John J. Ray III | 1.3 | $1,690.00 |
| 8/7/23 | Review of yield related to bank deposits | John J. Ray III | 0.5 | $650.00 |
| 8/7/23 | Review and comment on pleading | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/7/23 | Revise and comment on terms of motion to be filed | John J. Ray III | 0.8 | $1,040.00 |
| 8/7/23 | Review memo from counsel at S&C (A Dietderich) related to FTX 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 8/7/23 | Review A&M (H Trent) deck related to a venture investment | John J. Ray III | 0.8 | $1,040.00 |
| 8/7/23 | Review of A&M workstream status | John J. Ray III | 0.3 | $390.00 |
| 8/7/23 | Review and approval of data items to publish to professionals | John J. Ray III | 0.3 | $390.00 |
| 8/8/23 | Participate in steering committee call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 2.0 | $2,600.00 |
| 8/8/23 | Review of communication and response to Japan management related to intracompany claims and balance sheet questions related to plan term sheet | John J. Ray III | 0.3 | $390.00 |
| 8/8/23 | Review and approve mediation agreement and approve payment. | John J. Ray III | 0.3 | $390.00 |
| 8/8/23 | Review update from S&C (A Kranzley) related to venture investment discussions | John J. Ray III | 0.3 | $390.00 |
| 8/8/23 | Review update regarding bank investments and increased yield | John J. Ray III | 0.3 | $390.00 |
| 8/8/23 | Review preference analysis related to customers and non-customers | John J. Ray III | 2.8 | $3,640.00 |
| 8/8/23 | Review update related to investigation and pre litigation matters | John J. Ray III | 0.8 | $1,040.00 |
| 8/8/23 | Review statements and schedules amendments planned | John J. Ray III | 0.8 | $1,040.00 |
| 8/8/23 | Provide direction to A&M (S Coverick) related to claims work streams and deadlines | John J. Ray III | 0.5 | $650.00 |
| 8/9/23 | Review status of FTX Propco asset status and management | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/9/23 | Review and execution; and obtain apostille for non-US subsidiary matters | John J. Ray III | 1.5 | $1,950.00 |
| 8/9/23 | Review and approve/execute E&Y SOW amendment | John J. Ray III | 1.3 | $1,690.00 |
| 8/9/23 | Review Embed weekly update and provide feedback | John J. Ray III | 0.5 | $650.00 |
| 8/9/23 | Review revised pleading from S&C (J Bromley) | John J. Ray III | 0.5 | $650.00 |
| 8/9/23 | Review advice from S&C (B Glueckstein) related to claims matter | John J. Ray III | 0.3 | $390.00 |
| 8/9/23 | Review proposed action and payment waterfall related to Propco advances to pay expenses | John J. Ray III | 0.5 | $650.00 |
| 8/9/23 | Review communications from carriers related to insurance matters | John J. Ray III | 0.5 | $650.00 |
| 8/9/23 | Review token investment status from A&M (A Titus) | John J. Ray III | 0.8 | $1,040.00 |
| 8/9/23 | Review update related to venture investments from PW (M Rahmani) | John J. Ray III | 0.3 | $390.00 |
| 8/9/23 | Review outstanding data requests and provide direction related to content and sharing | John J. Ray III | 1.3 | $1,690.00 |
| 8/10/23 | Call with A&M (K Ramanathan) related to claims portal | John J. Ray III | 0.8 | $1,040.00 |
| 8/10/23 | Review of further data requests and direction re same | John J. Ray III | 0.3 | $390.00 |
| 8/10/23 | Review and execute crypto engagement letter related to storage and security | John J. Ray III | 0.8 | $1,040.00 |
| 8/10/23 | Review and comment on draft motion | John J. Ray III | 1.8 | $2,340.00 |
| 8/10/23 | Review of affidavit and other tax related matters and provide comments | John J. Ray III | 1.8 | $2,340.00 |
| 8/10/23 | Review comments and provide approval related to venture sale | John J. Ray III | 1.3 | $1,690.00 |
| 8/10/23 | Further updates related to venture sale processes | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/10/23 | Provide feedback on license status and state action | John J. Ray III | 0.3 | $390.00 |
| 8/10/23 | Review updated draft of motion related to crypto | John J. Ray III | 0.3 | $390.00 |
| 8/10/23 | Review communications from S&C (A Dietderich) related to various motions status and creditor feedback | John J. Ray III | 0.5 | $650.00 |
| 8/11/23 | Call with Ad Hoc committee advisor related to case status | John J. Ray III | 1.0 | $1,300.00 |
| 8/11/23 | Review revised ventures offer | John J. Ray III | 0.3 | $390.00 |
| 8/11/23 | Review billings for professionals | John J. Ray III | 1.3 | $1,690.00 |
| 8/11/23 | Review revised affidavit for tax matters and filing | John J. Ray III | 0.5 | $650.00 |
| 8/11/23 | Call with S&C (A Dietderich) related to open matters and scheduling | John J. Ray III | 0.5 | $650.00 |
| 8/11/23 | Review and provide direction to A&M (J Cooper) related to population of data for ad hoc committee professionals | John J. Ray III | 0.5 | $650.00 |
| 8/11/23 | Review and comment on vendor agreement | John J. Ray III | 1.5 | $1,950.00 |
| 8/11/23 | Preparation of materials related to plan of reorganization structures and plan issues | John J. Ray III | 3.3 | $4,290.00 |
| 8/12/23 | Review of engagement letter related to crypto vendor and provide comments re same | John J. Ray III | 1.3 | $1,690.00 |
| 8/12/23 | Review of lender preference analysis | John J. Ray III | 1.3 | $1,690.00 |
| 8/13/23 | Review of engagement letter and reimbursement agreement related to Ad Hoc committee | John J. Ray III | 0.8 | $1,040.00 |
| 8/13/23 | Review of status of EU matters and various liquidation initiatives | John J. Ray III | 2.0 | $2,600.00 |
| 8/14/23 | Review of balance sheets of Europe and EU | John J. Ray III | 1.5 | $1,950.00 |
| 8/14/23 | Review of communications from A&M (A Lawson) related to Bahamas property | John J. Ray III | 0.3 | $390.00 |
| 8/14/23 | Review and approve NDA for FTX 2.0 | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/14/23 | Provide direction related to contract database and executory contract review | John J. Ray III | 0.8 | $1,040.00 |
| 8/14/23 | Call with QE (S Rand and others) related to pending litigation | John J. Ray III | 0.8 | $1,040.00 |
| 8/14/23 | Review supplemental information related to fee examiner request of a professional for discussion with fee examiner | John J. Ray III | 0.3 | $390.00 |
| 8/14/23 | Call with A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 8/14/23 | Review of tax presentation from E&Y (T Shea) and associated filing materials for 2022 tax return | John J. Ray III | 1.3 | $1,690.00 |
| 8/14/23 | Communication with Ad Hoc committee advisor related to meeting follow up and agenda | John J. Ray III | 0.3 | $390.00 |
| 8/14/23 | Review of Board presentation material | John J. Ray III | 0.8 | $1,040.00 |
| 8/14/23 | Review and approve form of settlement agreement and related motion | John J. Ray III | 0.8 | $1,040.00 |
| 8/14/23 | Review of pending avoidance action status | John J. Ray III | 0.5 | $650.00 |
| 8/14/23 | Call with S&C (A Dietderich) related to pending matters | John J. Ray III | 0.3 | $390.00 |
| 8/14/23 | Call with S&C (E Simpson) and A&M (D Johnston) related to EU matters and proceedings | John J. Ray III | 0.5 | $650.00 |
| 8/14/23 | Review of avoidance action back up materials (C Arnett, A&M) materials | John J. Ray III | 0.3 | $390.00 |
| 8/14/23 | Call with E&Y (T Shea and others) related to 2022 tax return filing review | John J. Ray III | 1.0 | $1,300.00 |
| 8/15/23 | Review of Quoine balance sheet and operational and license matters | John J. Ray III | 1.5 | $1,950.00 |
| 8/15/23 | Review materials related to intercompany claims involving Japan | John J. Ray III | 0.5 | $650.00 |
| 8/15/23 | Communicate with S&C (B Glueckstein and others) related to mediation for the Bahamas | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/15/23 | Review and execute affidavit related to tax filing | John J. Ray III | 0.8 | $1,040.00 |
| 8/15/23 | Call with Steering Committee, S&C (B Glueckstein and others), PWP (K Cofsky, B Mendelsohn and others), and A&M (Ed Mosely and others) | John J. Ray III | 1.0 | $1,300.00 |
| 8/15/23 | Prepare for (0.8) and lead Board meeting with independent Board (0.5) | John J. Ray III | 1.3 | $1,690.00 |
| 8/15/23 | Call with Ad Hoc committee representative related to status | John J. Ray III | 0.3 | $390.00 |
| 8/15/23 | Review changes to vendor agreement | John J. Ray III | 0.3 | $390.00 |
| 8/15/23 | Review and mark up portal and claims Q&A for additional changes | John J. Ray III | 0.8 | $1,040.00 |
| 8/15/23 | Review update from A&M (A Lawson) related to Bahamas maters | John J. Ray III | 0.5 | $650.00 |
| 8/15/23 | Review diligence requests related to FTX 2.0 | John J. Ray III | 0.3 | $390.00 |
| 8/15/23 | Communications with S&C (A Kranzley, A Dietderich and J Bromley) related to status of various matters pending | John J. Ray III | 1.3 | $1,690.00 |
| 8/15/23 | Review wind down materials for venture entity | John J. Ray III | 1.5 | $1,950.00 |
| 8/16/23 | Review and execute documents related to pending litigation matter, | John J. Ray III | 0.3 | $390.00 |
| 8/16/23 | Review balance sheets and restructuring propels for Europe entities | John J. Ray III | 2.8 | $3,640.00 |
| 8/16/23 | Review avoidance action settlement agreement and motion | John J. Ray III | 1.3 | $1,690.00 |
| 8/16/23 | Review and approve FTX 2.0 bidders | John J. Ray III | 0.3 | $390.00 |
| 8/16/23 | Review and approve venture bidders | John J. Ray III | 0.3 | $390.00 |
| 8/16/23 | Coordinate mediation matters and schedule; participants to attend | John J. Ray III | 0.8 | $1,040.00 |
| 8/16/23 | Review updates from A&M (A Lawson) related to Bahamas | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/16/23 | Review materials (0.3) Respond to A&M (A Titus) related to pending token matter (0.3) | John J. Ray III | 0.6 | $780.00 |
| 8/16/23 | Review and execute name changes related to LedgerX acquisition | John J. Ray III | 0.3 | $390.00 |
| 8/16/23 | Review updates related to coin management motions and associated documents | John J. Ray III | 0.5 | $650.00 |
| 8/16/23 | Review status of onboarding Ad Hoc committee advisors | John J. Ray III | 0.3 | $390.00 |
| 8/16/23 | Review of state licensing updates | John J. Ray III | 0.3 | $390.00 |
| 8/17/23 | Review professional fees for the period | John J. Ray III | 0.5 | $650.00 |
| 8/17/23 | Review of materials from S&C (A Dietderich) related to pending litigation | John J. Ray III | 0.5 | $650.00 |
| 8/17/23 | Mark up of protocol related to FTX 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 8/17/23 | Review update from PWP (K Cofsky) on FTX 2.0 process and provide feedback | John J. Ray III | 0.3 | $390.00 |
| 8/17/23 | Review of and comment on ad hoc counsel agreement | John J. Ray III | 0.8 | $1,040.00 |
| 8/17/23 | Review of materials related to Singapore financial status and options | John J. Ray III | 2.0 | $2,600.00 |
| 8/17/23 | Review and provide input to S&C (A Dietderich) related to plan process | John J. Ray III | 0.8 | $1,040.00 |
| 8/17/23 | Review and respond to foreign Debtor matter related to liquidation | John J. Ray III | 0.3 | $390.00 |
| 8/17/23 | Review and comment on ad hoc banker agreements and motion | John J. Ray III | 1.3 | $1,690.00 |
| 8/17/23 | Review of A&M materials from D Johnston related to Europe matters | John J. Ray III | 1.3 | $1,690.00 |
| 8/18/23 | Review materials from A&M (D Johnston) and S&C (E Simpson) related to Europe to prepare for call (0.8), and follow up call with same (1.0) | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/18/23 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), and P Maynard related to property sales process | John J. Ray III | 1.0 | $1,300.00 |
| 8/18/23 | Call with A&M (K Ramanathan) and S&C (J Croke) related to token matter and next steps | John J. Ray III | 0.5 | $650.00 |
| 8/18/23 | Call with S&C (A Dietderich) related to update on various matters | John J. Ray III | 0.3 | $390.00 |
| 8/18/23 | Review of coin management agreements and mark ups and provide comments | John J. Ray III | 1.3 | $1,690.00 |
| 8/18/23 | Review additional diligence requests and respond | John J. Ray III | 0.3 | $390.00 |
| 8/18/23 | Review and sign off on S&C materials (C Hodges) related to coin management | John J. Ray III | 0.5 | $650.00 |
| 8/18/23 | Review matters from S&C (E Simpson) related to foreign jurisdictions (Dubai, India) and act on corporate matters related to Europe | John J. Ray III | 1.8 | $2,340.00 |
| 8/18/23 | Review of mark up of ad hoc agreements and provide additional comments | John J. Ray III | 0.5 | $650.00 |
| 8/18/23 | Review and resend to QE (M Scheck) regarding litigation matters | John J. Ray III | 0.3 | $390.00 |
| 8/18/23 | Review materials related to vendor engagement and related motions and provide feedback | John J. Ray III | 2.3 | $2,990.00 |
| 8/19/23 | Review materials for meetings with the Board | John J. Ray III | 0.8 | $1,040.00 |
| 8/19/23 | Review additional drafts of vendor agreement changes | John J. Ray III | 0.5 | $650.00 |
| 8/19/23 | Review additional comments related to professional engagement re ad hoc advisors | John J. Ray III | 0.8 | $1,040.00 |
| 8/20/23 | Further review of comments related to professional engagement letter | John J. Ray III | 0.5 | $650.00 |
| 8/20/23 | Call with venture counsel related to next steps in process | John J. Ray III | 0.3 | $390.00 |
| 8/20/23 | Review revised draft of info sharing guidelines prepared by S&C | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/20/23 | Review and comment on 9/11-12 agenda and materials | John J. Ray III | 0.5 | $650.00 |
| 8/20/23 | Review Grayscale materials prepared by QE (E Kapur) | John J. Ray III | 0.5 | $650.00 |
| 8/20/23 | Review revised draft of vendor engagement agreement | John J. Ray III | 1.3 | $1,690.00 |
| 8/21/23 | Review Grayscale releases | John J. Ray III | 0.3 | $390.00 |
| 8/21/23 | Review preference analysis from A&M (C Arnett) | John J. Ray III | 0.8 | $1,040.00 |
| 8/21/23 | Review Quoine analysis | John J. Ray III | 0.8 | $1,040.00 |
| 8/21/23 | Call with Ad Hoc committee representative | John J. Ray III | 1.3 | $1,690.00 |
| 8/21/23 | Call with QE (S Rand and others) related to litigation update | John J. Ray III | 1.0 | $1,300.00 |
| 8/21/23 | Review and edit vendor agreements | John J. Ray III | 1.5 | $1,950.00 |
| 8/21/23 | Review professional fee agreements and revisions | John J. Ray III | 1.3 | $1,690.00 |
| 8/21/23 | Review retention agreements and provide comments | John J. Ray III | 1.3 | $1,690.00 |
| 8/21/23 | Call with A&M (K Ramanathan and others) related to crypto updates | John J. Ray III | 0.5 | $650.00 |
| 8/21/23 | Review and edit declarations for motion filing | John J. Ray III | 0.3 | $390.00 |
| 8/21/23 | Review and approve data requests and responses | John J. Ray III | 0.3 | $390.00 |
| 8/21/23 | Review spreadsheet for crypto holdings and comment on same | John J. Ray III | 0.5 | $650.00 |
| 8/21/23 | Review draft letter re stay violation | John J. Ray III | 0.3 | $390.00 |
| 8/21/23 | Respond to inquiry related to venture sale | John J. Ray III | 0.3 | $390.00 |
| 8/21/23 | Further review of retention agreement markups and comments back | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/22/23 | Call with A&M (D Johnston and others), S&C (E Simpson and others), Japan management and FTX management related to Quoine and intracompany balances | John J. Ray III | 1.0 | $1,300.00 |
| 8/22/23 | Weekly status call with S&C (J Bromley, B Glueckstein and others), A&M (E Mosley and others), and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,300.00 |
| 8/22/23 | Communicate with Japan management and FTX HR related to staffing | John J. Ray III | 0.3 | $390.00 |
| 8/22/23 | Review and execute corporate documents related to share closing, de minimis sale | John J. Ray III | 0.5 | $650.00 |
| 8/22/23 | Provide comments to S&C (A Dietderich) on presentation materials for case status | John J. Ray III | 0.5 | $650.00 |
| 8/22/23 | Review further changes to professional engagement and reimbursement agreements | John J. Ray III | 1.5 | $1,950.00 |
| 8/22/23 | Review draft complaint prepared by QE and provide comments | John J. Ray III | 2.5 | $3,250.00 |
| 8/22/23 | Review motion reply prepared by S&C and comments | John J. Ray III | 0.8 | $1,040.00 |
| 8/22/23 | Review and further comments on investment manager agreements and associated documents | John J. Ray III | 2.3 | $2,990.00 |
| 8/22/23 | Review and communicate with S&C (D Hariton) related to tax matters and reviewing correspondence related thereto | John J. Ray III | 1.3 | $1,690.00 |
| 8/23/23 | Review letter and background on tax matter from S&C (D Hariton) and response | John J. Ray III | 0.3 | $390.00 |
| 8/23/23 | Review set of comments on coin management agreements and revisions to same | John J. Ray III | 3.3 | $4,290.00 |
| 8/23/23 | Call with JPL related to consult on coin management motion to be filed | John J. Ray III | 1.0 | $1,300.00 |
| 8/23/23 | Call with fee examiner | John J. Ray III | 0.5 | $650.00 |
| 8/23/23 | Review Kroll claims matter and communicate with S&C (A Kranzley and others) | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/23/23 | Court hearing attendance | John J. Ray III | 2.0 | $2,600.00 |
| 8/23/23 | Call with Landis (A Landis) to follow up on fee examiner matter | John J. Ray III | 0.3 | $390.00 |
| 8/23/23 | Further comments on coin management agreement, review and respond | John J. Ray III | 2.8 | $3,640.00 |
| 8/23/23 | Review and deliver token list to vendor | John J. Ray III | 0.3 | $390.00 |
| 8/23/23 | Review of draft notes revisions from A&M (R Esposito) | John J. Ray III | 0.5 | $650.00 |
| 8/24/23 | Review of communications and serials related to claims matter from S&C (A Lewis) | John J. Ray III | 3.5 | $4,550.00 |
| 8/24/23 | Review of NDA revision and data requests | John J. Ray III | 0.5 | $650.00 |
| 8/25/23 | Review of communications related to claims matter from S&C (A Lewis) | John J. Ray III | 2.8 | $3,640.00 |
| 8/25/23 | Call with S&C (A Lewis and others) and A&M (S Coverick and others) related to claims matter | John J. Ray III | 0.8 | $1,040.00 |
| 8/25/23 | Review Q&A materials related to customers | John J. Ray III | 1.3 | $1,690.00 |
| 8/26/23 | Review EU filing materials | John J. Ray III | 1.3 | $1,690.00 |
| 8/26/23 | Review and mark up NDA related to FTX 2.0 bidder and execute same | John J. Ray III | 0.5 | $650.00 |
| 8/28/23 | Review of communications with QE (S Rand) related to discovery and other litigation matters | John J. Ray III | 0.3 | $390.00 |
| 8/28/23 | Prepare and accumulate materials for Board meeting | John J. Ray III | 1.3 | $1,690.00 |
| 8/28/23 | Communicate with S&C (A Dietderich) and A&M (A Lawson) related to FTX PH property sale | John J. Ray III | 0.5 | $650.00 |
| 8/28/23 | Review and comment on draft agenda related to creditor meetings | John J. Ray III | 0.8 | $1,040.00 |
| 8/28/23 | Review draft complaint | John J. Ray III | 1.3 | $1,690.00 |
| 8/28/23 | Review and comment on mediation submission related to avoidance action | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/28/23 | Review work stream update | John J. Ray III | 0.5 | $650.00 |
| 8/28/23 | Review and revise communications from S&C (D Hariton) re tax matters | John J. Ray III | 0.3 | $390.00 |
| 8/28/23 | Review and comment on customer communications and information from S&C (A Lewis) and feedback | John J. Ray III | 0.8 | $1,040.00 |
| 8/28/23 | Process receipt of IEX ownership interest and confirm same | John J. Ray III | 0.3 | $390.00 |
| 8/28/23 | Review and communicate with A&M (L Callerio) and PWP (K Cofsky) related to diligence requests | John J. Ray III | 0.3 | $390.00 |
| 8/28/23 | Call with QE (M Scheck and others) related to pending litigation | John J. Ray III | 1.0 | $1,300.00 |
| 8/29/23 | Review UE status and Board materials related to same (1.0); prepare for Board meeting (0.5) | John J. Ray III | 1.5 | $1,950.00 |
| 8/29/23 | Review communications from S&C (A Lewis) related to Kroll matter | John J. Ray III | 0.3 | $390.00 |
| 8/29/23 | Review and approve vendor invoices | John J. Ray III | 0.3 | $390.00 |
| 8/29/23 | Weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.0 | $1,300.00 |
| 8/29/23 | Call with S&C, PWP (B Mendelsohn), and IEX counsel related to share sale | John J. Ray III | 0.8 | $1,040.00 |
| 8/29/23 | Weekly Board call | John J. Ray III | 1.0 | $1,300.00 |
| 8/29/23 | Review comments from UCC related to Galaxy agreements | John J. Ray III | 1.3 | $1,690.00 |
| 8/29/23 | Review recommendations from S&C (S Wheeler) related to avoidance action matters | John J. Ray III | 0.5 | $650.00 |
| 8/29/23 | Review of draft complaint and discussions with QE (W Sears) and S&C (S Wheeler) | John J. Ray III | 0.8 | $1,040.00 |
| 8/29/23 | Review and revise draft agenda related to September 11-12 meetings | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 8/29/23 | Review Grayscale decision and communications from QE (E Kapur) | John J. Ray III | 0.8 | $1,040.00 |
| 8/30/23 | Review and prepare, draft agenda for creditor meetings | John J. Ray III | 0.5 | $650.00 |
| 8/30/23 | Review preference calculations for lender | John J. Ray III | 0.8 | $1,040.00 |
| 8/30/23 | Communications with S&C (W Sears) related to draft complaint | John J. Ray III | 0.5 | $650.00 |
| 8/30/23 | Review July IFU from FTX CFO (M Cilia) | John J. Ray III | 0.5 | $650.00 |
| 8/30/23 | Review status of Kroll update with S&C (A Lewis and others) | John J. Ray III | 0.5 | $650.00 |
| 8/30/23 | Review consulting agreement related to Ledger Prime | John J. Ray III | 0.5 | $650.00 |
| 8/30/23 | Communicate with CFO (M Cilia) related to contract database | John J. Ray III | 0.3 | $390.00 |
| 8/31/23 | Review weekly status report related to Embed wind down | John J. Ray III | 0.3 | $390.00 |
| 8/31/23 | Review of Japan payables and receivables | John J. Ray III | 0.8 | $1,040.00 |
| 8/31/23 | Review various requests related to data room and approve same | John J. Ray III | 0.3 | $390.00 |
| 8/31/23 | Review and sign off on coin monetization order | John J. Ray III | 0.3 | $390.00 |
| 8/31/23 | Respond to inquiry related to Debtor entity wind down | John J. Ray III | 0.3 | $390.00 |
| 8/31/23 | Update KYC for onboarding vendor | John J. Ray III | 0.5 | $650.00 |
| 8/31/23 | Review materials for FTX 2.0 presentation to UCC | John J. Ray III | 0.8 | $1,040.00 |
| 8/31/23 | Review communications from S&C (N Menillo) related to insurance notices | John J. Ray III | 0.5 | $650.00 |
| 8/31/23 | Review draft motion from QE related to pending litigation | John J. Ray III | 1.3 | $1,690.00 |
| **Total Amount for Period:** | | | **215.7** | **$280,410.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 08/03/23 | Shipping: documents to S&C | | | | | $76.52 | John J. Ray III |
| 08/09/23 | Shipping: documents to S&C | | | | | $38.86 | John J. Ray III |
| 08/18/23 | Shipping: documents to S&C | | | | | $46.72 | John J. Ray III |
| **Total Amount for Period:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$162.10** | |