# Exhibit A

## Summary of Billing by Individual for the Application Period

14179580v1

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD (MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 203 |
| Kevin Cofsky | Partner | 197.5 |
| Michael Grace | Partner | 48.5 |
| Max Mesny | Partner | 22.5 |
| Timm Schipporeit | Partner | 21.5 |
| **Partner Total** | | **493** |
| Laura Klaassen | Managing Director | 45 |
| Ema Betts | Managing Director | 36 |
| **Managing Director Total** | | **81** |
| Matt Rahmani | Executive Director | 231.5 |
| Emmanuel Aidoo | Executive Director | 133 |
| Nathaniel Nussbaum | Executive Director | 102.5 |
| **Executive Director Total** | | **467** |
| Geoff Posess | Director | 81 |
| Wasif Syed | Director | 177 |
| **Director Total** | | **258** |
| Kendyl Flinn | Associate | 303 |
| Eduardo Ascoli | Associate | 62 |
| Arjun Arora | Associate | 12 |
| Bruce Baker | Associate | 309 |
| Alexander Kalashnikov | Associate | 94.5 |
| **Associate Total** | | **780.5** |
| Sam Saferstein | Analyst | 298 |
| Nikhil Velivela | Analyst | 301 |
| Jenny Zhu | Analyst | 54 |
| Rohan Sindhwani | Analyst | 12 |
| Rohan Mekala | Analyst | 58.5 |
| Alina Negulescu | Analyst | 174.5 |
| **Analyst Total** | | **898** |
| **GRAND TOTAL** | | **2,977.5** |

14179580v1