<u>**Exhibit C**</u>

**Expense Summary for the Application Period**

14179580v1

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Air / Train Travel | n/a | $9,416.23 |
| Late Night / Weekend Transportation | n/a | $2,861.53 |
| Travel to Meetings / Out of Town | n/a | $2,760.2 |
| Late Night / Weekend Meals | n/a | $825.26 |
| Travel Meals | n/a | $172.52 |
| Misc. Expenses (supplies, wifi, etc.) | Datasite & Global Relay | $80,360.93 |
| Counsel to PWP | Porter Hedges LLP & Mayer Brown LLP | $194,035.76[2] |
| | **TOTAL** | **$290,432.43** |

---

[1] Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

[2] Invoices for Counsel to PWP are accounted for in the monthly fee statement in which the invoice is paid and not the monthly fee statement in which the services were rendered (*e.g.*, services provided to PWP in November are paid for in December and therefore appear on the December Monthly Fee Statement). Accordingly, the invoices for Counsel to PWP for July 1-31, 2023 are not accounted for in this Interim Application because they were not paid during the Application Period. Such invoices will be reflected in the next Interim Application.

14179580v1