**Exhibit A**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,280 | 87.4 | $ 111,872.00 |
| Charles Cipione | Partner & Managing Director | $1,220 | 294.4 | 359,168.00 |
| Marc J Brown | Partner & Managing Director | $1,220 | 2.5 | 3,050.00 |
| Matthew Evans | Partner & Managing Director | $1,220 | 144.8 | 176,656.00 |
| David J White | Partner & Managing Director | $1,140 | 308.4 | 351,576.00 |
| David Waterfield | Partner | $1,115 | 29.0 | 32,335.00 |
| John C LaBella | Partner | $1,115 | 501.8 | 559,507.00 |
| Lilly M Goldman | Partner | $1,115 | 415.4 | 463,171.00 |
| Thomas Hofner | Partner | $1,115 | 212.7 | 237,160.50 |
| Elizabeth S Kardos | Partner | $800 | 7.6 | 6,080.00 |
| Tao Shen | Director | $1,070 | 360.1 | 385,307.00 |
| Mark Cervi | Director | $1,020 | 476.1 | 485,622.00 |
| Adam Searles | Director | $950 | 319.8 | 303,810.00 |
| Anne Vanderkamp | Director | $950 | 510.8 | 485,260.00 |
| Brent Robison | Director | $950 | 233.3 | 221,635.00 |
| Edward Boyle | Director | $950 | 164.1 | 155,895.00 |
| Justin Sutherland | Director | $950 | 7.2 | 6,840.00 |
| Steven Hanzi | Director | $950 | 292.9 | 278,255.00 |
| Todd Toaso | Director | $950 | 338.9 | 321,955.00 |
| Travis Phelan | Director | $950 | 554.2 | 526,490.00 |
| Christopher Smith | Director | $880 | 4.1 | 3,608.00 |
| Dana Schwartz | Director | $880 | 524.5 | 461,560.00 |
| Jiayan Xu | Director | $880 | 324.3 | 285,384.00 |
| Kurt H Wessel | Director | $880 | 450.8 | 396,704.00 |
| Leslie I Morrison | Director | $880 | 141.2 | 124,256.00 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Ganesh Gopalakrishnan | Senior Vice President | $860 | 458.9 | 394,654.00 |
| Alexander Patti | Senior Vice President | $825 | 91.6 | 75,570.00 |
| John L Somerville | Senior Vice President | $825 | 407.2 | 335,940.00 |
| Anhtuan Le | Senior Vice President | $805 | 12.9 | 10,384.50 |
| Bennett F Mackay | Senior Vice President | $805 | 550.5 | 443,152.50 |
| Matthew Birtwell | Senior Vice President | $805 | 598.2 | 481,551.00 |
| Nicholas Caminiti | Senior Vice President | $805 | 4.8 | 3,864.00 |
| Takahiro Yamada | Senior Vice President | $805 | 416.3 | 335,121.50 |
| Vaibhav Asher | Senior Vice President | $805 | 150.3 | 120,991.50 |
| Lewis Beischer | Senior Vice President | $805 | 328.4 | 264,362.00 |
| Ezra Roth | Senior Vice President | $735 | 36.3 | 26,680.50 |
| Jeffrey R Berg | Senior Vice President | $735 | 366.5 | 269,377.50 |
| Irina A Cordero | Senior Vice President | $735 | 2.9 | 2,131.50 |
| Kristina Galbraith | Senior Vice President | $735 | 1.5 | 1,102.50 |
| Joseph Demyanovich | Senior Vice President | $725 | 2.5 | 1,812.50 |
| Kaitlyn A Sundt | Senior Vice President | $585 | 23.4 | 13,689.00 |
| Laura Capen Verry | Senior Vice President | $540 | 61.9 | 33,426.00 |
| Ryan Backus | Vice President | $725 | 340.3 | 246,717.50 |
| Travis Dane | Vice President | $715 | 3.7 | 2,645.50 |
| Chuanqi Chen | Vice President | $605 | 518.8 | 313,874.00 |
| Di Liang | Vice President | $605 | 439.9 | 266,139.50 |
| Seen Yung Wong | Vice President | $605 | 534.0 | 323,070.00 |
| Varun Kotharu | Vice President | $605 | 157.1 | 95,045.50 |
| Yujing Sun | Vice President | $605 | 319.5 | 193,297.50 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Aidan Walker | Vice President | $585 | 269.4 | 157,599.00 |
| Jo-Kuang Liao | Vice President | $585 | 191.1 | 111,793.50 |
| Katerina Vasiliou | Vice President | $585 | 507.3 | 296,770.50 |
| Leon Schoonderwoerd | Vice President | $585 | 164.6 | 96,291.00 |
| Randi Self | Vice President | $585 | 496.1 | 290,218.50 |
| Rose-Marie Fuchs | Vice President | $585 | 11.5 | 6,727.50 |
| Shiying Zhou | Vice President | $585 | 202.1 | 118,228.50 |
| Yue Shen | Vice President | $585 | 60.1 | 35,158.50 |
| Brooke Filler | Vice President | $510 | 3.7 | 1,887.00 |
| Olivia Braat | Consultant | $510 | 319.4 | 162,894.00 |
| Lisa Marie Bonito | Vice President | $500 | 75.9 | 37,950.00 |
| Jennifer A Bowes | Vice President | $485 | 4.9 | 2,376.50 |
| Linna Jia | Consultant | $555 | 421.3 | 233,821.50 |
| Zifan Chen | Consultant | $555 | 59.3 | 32,911.50 |
| Chenxi Xu | Consultant | $510 | 286.8 | 146,268.00 |
| Eric Mostoff | Consultant | $510 | 568.5 | 289,935.00 |
| Griffin Shapiro | Consultant | $510 | 564.1 | 287,691.00 |
| Sean Thompson | Consultant | $510 | 482.9 | 246,279.00 |
| Shengjia Kang | Consultant | $510 | 500.0 | 255,000.00 |
| Yuqing Tong | Consultant | $510 | 170.0 | 86,700.00 |
| Allyson Calhoun | Consultant | $510 | 536.2 | 273,462.00 |
| Jason Chin | Consultant | $510 | 471.8 | 240,618.00 |
| Si Yu Yao | Consultant | $415 | 266.1 | 110,431.50 |
| Xiaoyue Su | Consultant | $415 | 501.2 | 207,998.00 |
| Derrick Q Irving | Paralegal | $380 | 6.3 | 2,394.00 |
| **Total Hours and Fees for Professionals** | | | **19,674.3** | **$ 14,729,160.50** |
| Less: 50% Travel Fees | | | | (355,894.25) |
| **Total Fees for Professionals** | | | | **$ 14,373,266.25** |

**Average Billing Rate**      $ 730.56