**Exhibit C**

**Summary of Expenses**

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 50,318.83 |
| Client Research | | 158.05 |
| Ground Transportation | | 22,708.02 |
| Internet | | 664.18 |
| Lodging | | 108,653.57 |
| Meals | | 28,802.86 |
| Mileage | | 117.26 |
| Parking & Tolls | | 1,909.02 |
| **Total Expenses** | **$** | **213,331.79** |