**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 30.30 | $65,599.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00 | 28.20 | $60,207.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 19.20 | $41,568.00 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 9.90 | $21,433.50 |
| Blass, Dalia O. | Partner | 2000 | 1999 | $2,165.00 | 5.20 | $11,258.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,083.00** | 4.00 | $4,332.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 119.80 | $259,367.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 239.10 | $517,651.50 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00 | 524.20 | $1,134,893.00 |
| De Leeuw, Marc | Partner | 1992 | 1992 | $2,165.00 | 11.80 | $25,547.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,165.00 | 273.90 | $592,993.50 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,165.00 | 23.60 | $51,094.00 |
| Diamond, Eric M. | Partner | 2011 | 2010 | $2,165.00 | 7.00 | $15,155.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 3.10 | $3,357.30 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 501.90 | $1,086,613.50 |
| Downes, Robert W. | Partner | 1992 | 1991 | $2,165.00 | 1.10 | $2,381.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 452.00 | $978,580.00 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 181.60 | $393,164.00 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 19.60 | $42,434.00 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 402.10 | $870,546.50 |
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 10.60 | $22,949.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 4.30 | $4,656.90 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 591.10 | $1,279,731.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 416.80 | $902,372.00 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 3.50 | $7,577.50 |
| Hochberg, Jeffrey D. | Partner | 1996 | 1995 | $2,165.00 | 0.50 | $1,082.50 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 118.30 | $256,119.50 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 39.40 | $85,301.00 |
| Jones Jr., Waldo D. | Partner | 1991 | 1990 | $2,165.00 | 0.40 | $866.00 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 4.50 | $9,742.50 |
| Kadel Jr., Eric J. | Partner | 2000 | 1997 | $2,165.00 | 2.50 | $5,412.50 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $928.00** | 2.20 | $2,041.60 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00 | 333.20 | $618,086.00 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 77.00 | $166,705.00 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00 | 156.90 | $339,688.50 |
| Li, Ken | Partner | 2014 | 2013 | $1,850.00 | 5.90 | $10,915.00 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 8.90 | $19,268.50 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00 | 11.00 | $20,350.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 38.70 | $83,785.50 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 52.90 | $114,528.50 |
| McGimsey, Diane L. | Partner | 2004 | 2002 | $2,165.00 | 0.40 | $866.00 |
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00 | 42.40 | $86,072.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 132.20 | $286,213.00 |
| Ostrager, Ann-Elizabeth | Partner | 2011 | 2009 | $2,165.00 | 0.50 | $1,082.50 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 18.20 | $39,403.00 |
| Reeder III, Robert W. | Partner | 1985 | 1984 | $2,165.00 | 0.50 | $1,082.50 |
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,595.00 | 32.10 | $51,199.50 |
| Shields, Kamil R. | Partner | 2010 | 1991 | $2,165.00 | 1.30 | $2,814.50 |
| Simmons, Rebecca J. | Partner | 1992 | 1991 | $2,165.00 | 5.60 | $12,124.00 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00 | 307.20 | $665,088.00 |
| Weiner, Benjamin H. | Partner | 2010 | 2009 | $2,165.00 | 0.50 | $1,082.50 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 1.10 | $2,381.50 |
| Wheeler, Isaac J. | Partner | 2010 | 2008 | $2,165.00 | 0.70 | $1,515.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 337.30 | $730,254.50 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,165.00 | 2.70 | $5,845.50 |
| Yu, Rachel | Partner | 2014 | 2014 | $1,595.00 | 0.30 | $478.50 |
| **Partner Total** | | | | | **5,619.20** | **$12,016,858.30** |
| Korb, Donald L. | Of Counsel | 1973 | 1973 | $2,165.00 | 0.60 | $1,299.00 |
| Leventhal, Shari D. | Of Counsel | 1989 | 1988 | $2,165.00 | 6.30 | $13,639.50 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,165.00 | 164.60 | $356,359.00 |
| Williams, Hilary M. | Of Counsel | 1998 | 1996 | $2,165.00 | 99.20 | $214,768.00 |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00 | 206.20 | $324,765.00 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,575.00 | 12.10 | $19,057.50 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 393.00 | $703,470.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 84.90 | $151,971.00 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,575.00 | 2.20 | $3,465.00 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 26.50 | $48,362.50 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,750.00 | 95.00 | $166,250.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 17.40 | $27,405.00 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 2.10 | $3,349.50 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 20.40 | $36,516.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 55.20 | $86,940.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 73.20 | $115,290.00 |
| **Of Counsel & Special Counsel Total** | | | | | **1,258.90** | **$2,272,907.00** |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 1.80 | $2,457.00 |
| DeMarco, Raffaele A. | Practice Area Associate | 2003 | 2002 | $1,000.00 | 8.40 | $8,400.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 0.80 | $648.00 |
| **Practice Area Associate Total** | | | | | **11.00** | **$11,505.00** |
| Abada, Danielle B. | Associate | 2018 | 2017 | $1,395.00 | 6.70 | $9,346.50 |
| Andrews, Eric T. | Associate | 2018 | 2019 | $1,310.00 | 155.80 | $204,098.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $960.00 | 114.10 | $109,536.00 |
| Beard, Hannah L. | Associate | 2020 | 2019 | $1,310.00 | 18.80 | $24,628.00 |
| Bekker, William V. | Associate | 2020 | 2019 | $1,310.00 | 9.30 | $12,183.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,395.00 | 247.40 | $345,123.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $775.00 | 107.00 | $82,925.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,205.00 | 4.50 | $5,422.50 |
| Chen, Linda Yao | Associate | 2021 | 2020 | $1,205.00 | 13.30 | $16,026.50 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $775.00 | 106.80 | $82,770.00 |
| Cyr, Marc-André O. | Associate | 2012 | 2015 | $1,475.00 | 37.30 | $55,017.50 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,365.00 | 301.90 | $412,093.50 |
| Downing, Emma C. | Associate | in process | 2022 | $775.00 | 336.00 | $260,400.00 |
| Eze, Ugonna | Associate | 2022 | 2021 | $960.00 | 19.60 | $18,816.00 |
| Ferdinandi, Federico | Associate | 2021 | 2019 | $1,310.00 | 0.50 | $655.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $683.00 | 1.00 | $683.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,365.00 | 447.90 | $611,383.50 |
| Foote, Isaac S. | Associate | in process | 2022 | $775.00 | 115.20 | $89,280.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $683.00 | 2.00 | $1,366.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,365.00 | 81.70 | $111,520.50 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $720.00 | 3.20 | $2,304.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,440.00 | 345.60 | $497,664.00 |
| Gallant, Jason W. | Associate | 2022 | 2021 | $960.00 | 120.70 | $115,872.00 |
| Gambino, Dominick T. | Associate | in process | 2022 | $775.00 | 62.90 | $48,747.50 |
| Gautam, Ashray | Associate | in process | 2022 | $775.00 | 0.20 | $155.00 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,310.00 | 142.10 | $186,151.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,395.00 | 94.80 | $132,246.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,365.00 | 95.70 | $130,630.50 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $603.00 | 2.90 | $1,748.70 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,205.00 | 152.20 | $183,401.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,440.00 | 59.90 | $86,256.00 |
| Hills, Natalie A. | Associate | in process | 2022 | $775.00 | 155.70 | $120,667.50 |
| Hirshman, Jacob E. | Associate | in process | 2022 | $775.00 | 40.10 | $31,077.50 |
| Hisarli, M. Devin | Associate | in process | 2022 | $775.00 | 95.00 | $73,625.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $388.00 | 3.70 | $1,435.60 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $775.00 | 361.20 | $279,930.00 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,205.00 | 287.30 | $346,196.50 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 6.30 | $9,292.50 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,395.00 | 81.40 | $113,553.00 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,440.00 | 20.70 | $29,808.00 |
| Keeley, Julian M. | Associate | in process | 2022 | $775.00 | 54.30 | $42,082.50 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,365.00 | 230.90 | $315,178.50 |
| Kilborn, Georgina M. | Associate | 2020 | 2020 | $1,205.00 | 253.90 | $305,949.50 |
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,205.00 | 143.10 | $172,435.50 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $775.00 | 335.30 | $259,857.50 |
| Lee, Jinny | Associate | in process | 2022 | $775.00 | 122.10 | $94,627.50 |
| Lee, Patrick D. | Associate | 2023 | 2022 | $775.00 | 108.00 | $83,700.00 |
| Lestelin, Jasmin E. J. | Associate | 2021 | 2021 | $960.00 | 1.00 | $960.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,205.00 | 33.50 | $40,367.50 |
| Levin, Lana V. | Associate | 2023 | 2022 | $775.00 | 12.30 | $9,532.50 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,395.00 | 102.90 | $143,545.50 |
| Li, Samantha | Associate | 2022 | 2021 | $960.00 | 3.90 | $3,744.00 |
| Lim, KJ | Associate | 2019 | 2018 | $1,365.00 | 48.20 | $65,793.00 |

4862-1394-2908 v.2

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Liu, Sienna | Associate | 2021 | 2020 | $1,205.00 | 183.00 | $220,515.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $960.00 | 125.80 | $120,768.00 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $775.00 | 23.20 | $17,980.00 |
| Luu, Nam | Associate | 2022 | 2022 | $775.00 | 121.30 | $94,007.50 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,395.00 | 412.30 | $575,158.50 |
| Masoudi, Yasmin | Associate | in process | 2022 | $775.00 | 33.50 | $25,962.50 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,440.00 | 273.80 | $394,272.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $775.00 | 447.00 | $346,425.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $775.00 | 361.30 | $280,007.50 |
| McEvoy, Ryan C. | Associate | 2022 | 2021 | $960.00 | 0.60 | $576.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,395.00 | 26.70 | $37,246.50 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $775.00 | 7.30 | $5,657.50 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $775.00 | 203.50 | $157,712.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,365.00 | 12.10 | $16,516.50 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,205.00 | 442.70 | $533,453.50 |
| Ong, Mevelyn S. | Associate | 2012 | 2015 | $1,475.00 | 52.20 | $76,995.00 |
| Opris, Gabriel | Associate | 2019 | 2019 | $1,310.00 | 31.80 | $41,658.00 |
| Pacia, Gabrielle N. | Associate | 2021 | 2020 | $1,205.00 | 28.80 | $34,704.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $960.00 | 46.80 | $44,928.00 |
| Patton, James A. | Associate | 2022 | 2021 | $960.00 | 23.90 | $22,944.00 |
| Pester, Rachel J. | Associate | 2023 | 2022 | $775.00 | 54.80 | $42,470.00 |
| Piazza, Walter | Associate | 2015 | 2018 | $1,310.00 | 19.60 | $25,676.00 |
| Plamondon, Marie-Ève | Associate | in process | 2022 | $1,310.00 | 10.50 | $13,755.00 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $960.00 | 2.80 | $2,688.00 |
| Rogosch, Katharina | Associate | in process | 2022 | $775.00 | 15.70 | $12,167.50 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,365.00 | 417.00 | $569,205.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,205.00 | 290.80 | $350,414.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $775.00 | 201.80 | $156,395.00 |
| Ruan, Ting | Associate | 2023 | 2022 | $775.00 | 30.00 | $23,250.00 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,205.00 | 37.60 | $45,308.00 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,440.00 | 5.80 | $8,352.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $775.00 | 244.00 | $189,100.00 |
| Schutt, Robert P. | Associate | in process | 2022 | $775.00 | 52.80 | $40,920.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,310.00 | 44.10 | $57,771.00 |
| Shehada, Emile R. | Associate | in process | 2022 | $775.00 | 267.90 | $207,622.50 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,440.00 | 49.20 | $70,848.00 |
| Stern, Corey J. | Associate | in process | 2022 | $775.00 | 52.50 | $40,687.50 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,205.00 | 70.60 | $85,073.00 |
| Sullivan, Charles H. | Associate | 2019 | 2018 | $1,365.00 | 0.30 | $409.50 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,365.00 | 48.90 | $66,748.50 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $775.00 | 330.40 | $256,060.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $960.00 | 10.80 | $10,368.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 4.70 | $6,932.50 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,395.00 | 313.90 | $437,890.50 |
| Weldon, Christopher M. | Associate | 2018 | 2017 | $1,395.00 | 1.10 | $1,534.50 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 190.00 | $280,250.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Wünsche, Frederic | Associate | 2018 | 2017 | $1,395.00 | 62.90 | $87,745.50 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $775.00 | 179.50 | $139,112.50 |
| Zhao, Lilian | Associate | in process | 2022 | $775.00 | 62.80 | $48,670.00 |
| Zhu, Angela | Associate | 2021 | 2020 | $1,205.00 | 0.70 | $843.50 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $775.00 | 244.80 | $189,720.00 |
| Berti, Matteo | Visiting Lawyer | 2020 | 2016 | $775.00 | 138.30 | $107,182.50 |
| **Associate Total** | | | | | 12,022.00 | $13,004,465.80 |
| **Lawyers Total** | | | | | 18,911.10 | $27,305,736.10 |
| Ayrle, Benedikt | Law Clerk | | | $550.00 | 52.10 | $28,655.00 |
| Artis, Maya A. | Summer Associate | | | $0.00* | 29.80 | $0.00 |
| Baum, Jack F. | Summer Associate | | | $0.00* | 8.40 | $0.00 |
| Berzin, Victoria M. | Summer Associate | | | $0.00* | 14.40 | $0.00 |
| Bharanidaran, Rupan K. | Summer Associate | | | $0.00* | 16.70 | $0.00 |
| Bonomo, Alexandria | Summer Associate | | | $0.00* | 12.70 | $0.00 |
| Brown, Sophia E. | Summer Associate | | | $0.00* | 4.60 | $0.00 |
| Budd, Brian S. | Summer Associate | | | $0.00* | 59.80 | $0.00 |
| Cohen, Jordan M. | Summer Associate | | | $0.00* | 52.00 | $0.00 |
| DiGiovanni, Callen T. | Summer Associate | | | $0.00* | 63.80 | $0.00 |
| Dokurno, Neil A. | Summer Associate | | | $0.00* | 118.60 | $0.00 |
| D'Urso, Christopher J. | Summer Associate | | | $0.00* | 2.10 | $0.00 |
| Fineberg, Sam J. | Summer Associate | | | $0.00* | 29.90 | $0.00 |
| Fischer, S. Donnavon | Summer Associate | | | $0.00* | 66.50 | $0.00 |
| Fregia, Preston D. | Summer Associate | | | $0.00* | 1.80 | $0.00 |
| Green, Russell M. | Summer Associate | | | $0.00* | 50.90 | $0.00 |
| Gursoy, Berke B. | Summer Associate | | | $0.00* | 42.10 | $0.00 |
| Kalach, Farrah F. | Summer Associate | | | $0.00* | 32.30 | $0.00 |
| Kenny, Kathryn C. | Summer Associate | | | $0.00* | 1.00 | $0.00 |
| Kenny-Pessia, Emma E. | Summer Associate | | | $0.00* | 19.50 | $0.00 |
| Killen, Madeline B. | Summer Associate | | | $0.00* | 12.20 | $0.00 |
| Mariotti, Jackson M. | Summer Associate | | | $0.00* | 55.00 | $0.00 |
| Newman, Alexander | Summer Associate | | | $0.00* | 33.50 | $0.00 |
| Palavajjhala, Anshul V. | Summer Associate | | | $0.00* | 101.60 | $0.00 |
| Pang, Belisa A. | Summer Associate | | | $0.00* | 11.60 | $0.00 |
| Parker, Davis R. | Summer Associate | | | $0.00* | 7.70 | $0.00 |
| Reda, Austin R. | Summer Associate | | | $0.00* | 83.30 | $0.00 |
| Savitch, Ethan R. | Summer Associate | | | $0.00* | 65.00 | $0.00 |
| Smith, Geneva J. | Summer Associate | | | $0.00* | 1.60 | $0.00 |
| Sonenclar, Charles B. | Summer Associate | | | $0.00* | 3.00 | $0.00 |
| Sullivan, Carly M. | Summer Associate | | | $0.00* | 15.50 | $0.00 |
| Yu, Sam | Summer Associate | | | $0.00* | 40.90 | $0.00 |
| Jokelson, Max A. | Intern | | | $550.00 | 2.70 | $1,485.00 |
| Atamian, Stepan G. | Paralegal | | | $425.00 | 2.60 | $1,105.00 |
| Baldini, Michael X. | Paralegal | | | $0.00* | 35.90 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $0.00* | 7.50 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $425.00 | 12.50 | $5,312.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Chen, Sophia | Paralegal | | | $0.00* | 28.70 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 83.90 | $49,920.50 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 152.00 | $0.00 |
| Katz, Jason S. | Paralegal | | | $0.00* | 15.70 | $0.00 |
| Katz, Jason S. | Paralegal | | | $530.00 | 0.80 | $424.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 32.80 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $425.00 | 5.70 | $2,422.50 |
| Li, Kathy J. | Paralegal | | | $425.00 | 0.60 | $255.00 |
| Nguyen, Bach-Yen T. | Paralegal | | | $595.00 | 0.70 | $416.50 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 95.00 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $0.00* | 88.80 | $0.00 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 130.70 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 3.80 | $2,261.00 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 36.70 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 3.50 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $425.00 | 45.40 | $19,295.00 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 48.30 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $425.00 | 27.30 | $11,602.50 |
| Shahnazary, Victoria G. | Paralegal | | | $530.00 | 14.90 | $7,897.00 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 56.30 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 42.00 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $530.00 | 0.30 | $159.00 |
| West, Molly E. | Paralegal | | | $425.00 | 5.10 | $2,167.50 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 79.50 | $0.00 |
| Zhukovsky, Hannah S. | Paralegal | | | $530.00 | 8.20 | $4,346.00 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 404.40 | $240,618.00 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 668.30 | $397,638.50 |
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 376.50 | $224,017.50 |
| Baskerville, Phillip L. | Legal Analyst - Litigation | | | $595.00 | 2.20 | $1,309.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 319.70 | $190,221.50 |
| Edwards, LaToya C. | Legal Analyst - Litigation | | | $595.00 | 212.00 | $126,140.00 |
| Flynn, Camille A. | Legal Analyst - Litigation | | | $595.00 | 353.70 | $210,451.50 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 114.20 | $0.00 |
| Godin, Ruth P. | Legal Analyst - Litigation | | | $595.00 | 198.10 | $117,869.50 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 438.10 | $260,669.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 301.00 | $179,095.00 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 624.10 | $371,339.50 |
| Isacoff, Nicole I. | Legal Analyst - Litigation/Discovery | | | $595.00 | 197.20 | $117,334.00 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 337.50 | $200,812.50 |
| Jordan, Frank A. | Legal Analyst - Litigation | | | $595.00 | 582.60 | $346,647.00 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 548.30 | $326,238.50 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $595.00 | 320.70 | $190,816.50 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 501.20 | $298,214.00 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 461.70 | $274,711.50 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 123.90 | $73,720.50 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 586.20 | $348,789.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 132.40 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 183.00 | $108,885.00 |
| Cabrera, Ismael | Electronic Discovery | | | $550.00 | 1.40 | $770.00 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 2.80 | $1,540.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 20.90 | $11,495.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 145.60 | $80,080.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 4.90 | $2,695.00 |
| Kordic, Alma | Electronic Discovery | | | $550.00 | 4.50 | $2,475.00 |
| Long, Jacky Q. | Electronic Discovery | | | $550.00 | 2.00 | $1,100.00 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $550.00 | 4.90 | $2,695.00 |
| Masurka, Evan R. | Electronic Discovery | | | $550.00 | 40.50 | $22,275.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 2.10 | $1,155.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 47.10 | $25,905.00 |
| Phan, Jimmy T. | Electronic Discovery | | | $550.00 | 0.90 | $495.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 40.80 | $22,440.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 58.20 | $32,010.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $490.00 | 2.90 | $1,421.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 105.20 | $57,860.00 |
| **Non Legal Personnel Total** | | | | | **10,649.50** | **$5,009,673.00** |
| **GRAND TOTAL** | | | | | **29,560.60** | **$32,315,409.10** |

\* Zero rate appears wherever no fee was charged for work.

\*\* 50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate: $1,093.19**