## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Travel and expenses | | $11,709.73 |
| Repro - B&W Copies | | $2,693.40 |
| Repro - Color Copies | | $3,064.40 |
| Delivery/Courier | | $3,531.64 |
| Conference Room Dining | | $1,463.60 |
| Meals - Overtime | | $6,936.10 |
| Local Transportation | | $27,375.39 |
| Telephonic Court Appearance | | $140.00 |
| Filing Fees | | $188.00 |
| Hearing Transcripts | | $2,082.95 |
| Outside Professional Services | Esquire Deposition Solutions, LLC | $168.64 |
| CT Corp/CSC | | $785.04 |
| Pro Hac Fees | | $300.00 |
| | **TOTAL** | **$60,438.89** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4862-1394-2908 v.2