# Exhibit D

## Customary and Comparable Compensation Disclosures

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category | FTX Trading Ltd.[*] May 2023 through July 2023 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from July 2022 through July 2023 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [(1)] | $2,078 | 44% | $1,959 | 30% |
| Associate [(2)] | $1,082 | 40% | $996 | 63% |
| Non-Lawyer [(3)] | $470 | 16% | $514 | 7% |
| All Timekeepers Average | $1,093 | 100% | $1,255 | 100% |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel

[(2)] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[(3)] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).

4862-1394-2908 v.2