## Exhibit E

**Estimated Staffing and Budget Plan**

4862-1394-2908 v.2

**STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE
DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 55 | $1,850.00-$2,165.00 |
| Associates | 125 | $550.00-$1,475.00 |
| Non-Legal Personnel | 100 | $425.00-$595.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 2850.00 | $3,291,750.00 | 1,171.10 | $1,588,936.50 |
| ASSET DISPOSITION | 6000.00 | $6,930,000.00 | 2,813.80 | $3,799,530.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 300.00 | $346,500.00 | 31.10 | $28,506.50 |
| AVOIDANCE ACTION ANALYSIS | 1200.00 | $1,386,000.00 | 4,562.90 | $5,995,892.00 |
| BUSINESS OPERATIONS | 600.00 | $693,000.00 | 599.90 | $808,317.50 |
| CASE ADMINISTRATION | 750.00 | $866,250.00 | 191.50 | $339,285.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 1100.00 | $1,270,500.00 | 323.90 | $427,052.00 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 1200.00 | $1,386,000.00 | 286.70 | $466,538.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 375.00 | $433,125.00 | 95.20 | $136,379.00 |

---

[1]  Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2]  Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

4862-1394-2908 v.2

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 1050.00 | $1,212,750.00 | 232.20 | $241,106.00 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 600.00 | $693,000.00 | 86.40 | $94,688.50 |
| FINANCING AND CASH COLLATERAL | 60.00 | $69,300.00 | - | $0.00 |
| OTHER LITIGATION | 1200.00 | $1,386,000.00 | 693.70 | $960,186.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 900.00 | $1,039,500.00 | 114.60 | $209,648.00 |
| NON-WORKING TRAVEL | 150.00 | $173,250.00 | 26.40 | $21,925.10 |
| PLAN AND DISCLOSURE STATEMENT | 1400.00 | $1,617,000.00 | 920.20 | $1,009,745.50 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 120.00 | $138,600.00 | 3.10 | $6,711.50 |
| TAX | 375.00 | $433,125.00 | 686.10 | $1,037,361.00 |
| VALUATION | - | $0.00 | - | $0.00 |
| DISCOVERY | 14250.00 | $16,458,750.00 | 9,279.20 | $6,229,888.00 |
| HEARINGS | 150.00 | $173,250.00 | 53.60 | $104,766.00 |
| FIRST AND SECOND DAY MOTIONS | 60.00 | $69,300.00 | - | $0.00 |
| CLAIMS INVESTIGATION | 150.00 | $173,250.00 | - | $0.00 |
| GENERAL INVESTIGATION | 5400.00 | $6,237,000.00 | 923.30 | $1,295,749.00 |
| SCHEDULES, SOFAS AND REPORTING | 45.00 | $51,975.00 | 38.30 | $60,509.00 |
| OTHER MOTIONS/APPLICATIONS | 1050.00 | $1,212,750.00 | 453.90 | $483,427.50 |
| TIME ENTRY REVIEW | 2250.00 | $0.00 | 1,100.00 | $0.00 |
| BUDGETING | 30.00 | $34,650.00 | 3.60 | $7,110.00 |
| GENERAL REGULATORY | 1500.00 | $1,732,500.00 | 74.00 | $108,324.00 |
| BAHAMAS MATTERS | 1500.00 | $1,732,500.00 | 1,076.60 | $1,479,253.00 |
| FOREIGN DEBTOR MATTERS | 1950.00 | $2,252,250.00 | 1,248.10 | $1,947,620.00 |
| COORDINATION WITH FOREIGN PROCEDURES | 450.00 | $519,750.00 | 24.00 | $47,730.50 |
| COORDINATION IN OTHER BANKRUPTCIES | 1950.00 | $2,252,250.00 | 936.40 | $1,068,672.50 |
| INVESTIGATIVE REPORTS | 900.00 | $1,039,500.00 | 1,510.80 | $2,310,551.50 |
| **Total** | **51,865.00** | **$57,305,325.00** | **29,560.60** | **$32,315,409.10** |