# Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,150.00 | 105.00 | $120,750.00 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $900.00 | 0.90 | $810.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $900.00 | 151.40 | $136,260.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $820.00 | 353.30 | $289,706.00 |
| **Partner Total** | | | | | **610.60** | **$547,526.00** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $625.00 | 325.30 | $203,312.50 |
| Jennifer L. Cree | Associate | DE 2013, PA 2014 | May, 2013 | $625.00 | 0.20 | $125.00 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $525.00 | 144.40 | $75,810.00 |
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $475.00 | 461.80 | $219,355.00 |
| **Associate Total** | | | | | **931.70** | **$498,602.50** |
| **Lawyers Total** | | | | | **1542.30** | **$1,046,128.50** |
| Melissa Ramirez | Paralegal | N/A | N/A | $310.00 | 188.30 | $58,373.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $275.00 | 84.00 | $23,100.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $200.00 | 1.60 | $320.00 |
| **Non-Legal Personnel Total** | | | | | **273.90** | **$81,793.00** |
| **GRAND TOTAL** | | | | | **1816.20** | **$1,127,921.50** |

**Blended Hourly Rate: $621.03**

---

[1] LRC's billing rates did not change during the Application Period.