## Exhibit B

**Summary of Compensation by Project Category**

# SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]
# (MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)

| Project Name | Hours | Fee Amount |
|---|---|---|
| B110 - Asset Analysis and Recovery | 2.70 | $2,020.50 |
| B112 - Asset Disposition | 66.40 | $38,571.00 |
| B114 - Assumption/Rejection of Leases and Contracts | 17.20 | $11,193.50 |
| B120 - Business Operations | 82.00 | $51,841.50 |
| B122 - Case Administration | 69.40 | $33,129.50 |
| B124 - Claims Administration & Objections | 117.40 | $79,487.00 |
| B126 - Employee Benefits/Pensions | 33.10 | $20,366.00 |
| B134 - Hearings | 210.10 | $124,642.50 |
| B135 - Litigation | 535.60 | $330,073.00 |
| B136 - LRC Retention & Fee Matters | 174.80 | $111,158.50 |
| B138 - Committee Meetings/Communications | 2.90 | $2,820.50 |
| B140 - Creditor Inquiries | 16.10 | $10,792.00 |
| B144 - Non-LRC Retention & Fee Matters | 239.10 | $142,935.50 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 51.70 | $40,326.00 |
| B150 - Relief from Stay/Adequate Protection Proceeding | 39.60 | $27,746.50 |
| B151 - Schedules/Operating Reports | 104.80 | $60,688.50 |
| B160 - Examiner | 53.30 | $40,129.50 |
| **TOTAL** | **1816.20** | **$1,127,921.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.