## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD
(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $1,616.90 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $8,017.94 |
| Online Research | Relx Inc. DBA LexisNexis | $2,727.15 |
| Delivery Services/Messengers | Parcels, Inc.; DLS Discovery | $3,059.72 |
| Meals | Various | $2,250.67 |
| Inhouse Color Copies | N/A | $176.00 |
| Document Retrieval | PACER | $75.90 |
| Filing Fees | N/A | $3,917.00 |
| Hearing Transcripts | Reliable | $3,182.75 |
| Service Fees | Viking Advocates | $3,750.00 |
| Overnight Delivery | FedEx | $31.10 |
| | **TOTAL** | $28,805.13 |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

{1368.002-W0072454.4}