**Exhibit D**

**Customary and Comparable Compensation Disclosures**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES
### (May 1, 2023 – July 31, 2023)

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2023) | Billed May 1, 2023 through July 31, 2023 |
| Partner | $919.90 | $915.46 |
| Associate | $557.94 | $555.09 |
| Paralegal | $300.36 | $298.74 |
| Aggregated | $657.98 | $647.91 |