**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 162.9 | $171,045.00 |
| Bowles, Carl | Managing Director | $1,025 | 17.9 | $18,347.50 |
| Chambers, Henry | Managing Director | $995 | 450.1 | $447,849.50 |
| Cumberland, Brian | Managing Director | $1,320 | 8.8 | $11,616.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 43.1 | $47,410.00 |
| Gordon, Robert | Managing Director | $1,025 | 429.6 | $440,340.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 14.0 | $14,000.00 |
| Hershan, Robert[1] | Managing Director | $1,100 | 216.8 | $238,480.00 |
| Howe, Christopher | Managing Director | $1,200 | 174.8 | $209,760.00 |
| Iwanski, Larry | Managing Director | $1,075 | 101.5 | $109,112.50 |
| Jacobs, Kevin | Managing Director | $1,100 | 143.8 | $158,180.00 |
| Johnston, David | Managing Director | $1,025 | 590.1 | $604,852.50 |
| Kotarba, Chris | Managing Director | $1,100 | 18.2 | $20,020.00 |
| Kotarba, Steve | Managing Director | $1,100 | 241.4 | $265,540.00 |
| Lawson, Alex | Managing Director | $875 | 27.1 | $23,712.50 |
| Marshall, Jonathan | Managing Director | $1,075 | 9.8 | $10,535.00 |
| Mosley, Ed | Managing Director | $1,250 | 539.4 | $674,250.00 |
| Renner, Eric[1] | Managing Director | $1,100 | 5.0 | $5,500.00 |
| Ryan, Laureen | Managing Director | $1,075 | 326.8 | $351,310.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 23.9 | $32,862.50 |
| Wall, Guy | Managing Director | $1,025 | 38.2 | $39,155.00 |
| **Managing Director Total** | | | **3,583.2** | **$3,893,878.00** |
| Seaway, Bill | Senior Advisor | $1,100 | 59.7 | $65,670.00 |
| **Senior Advisor Total** | | | **59.7** | **$65,670.00** |
| Broskay, Cole | Senior Director | $900 | 541.4 | $487,260.00 |
| Callerio, Lorenzo | Senior Director | $875 | 512.0 | $448,000.00 |
| Canale, Alex | Senior Director | $900 | 503.5 | $453,150.00 |
| Casburn, Rob | Senior Director | $1,045 | 2.7 | $2,821.50 |
| Chew, Ee Ling | Senior Director | $750 | 21.7 | $16,275.00 |
| Cooper, James | Senior Director | $875 | 559.0 | $489,125.00 |
| Coverick, Steve | Senior Director | $950 | 614.4 | $583,680.00 |
| Dusendschon, Kora | Senior Director | $900 | 140.0 | $126,000.00 |

---

[1] Inclusive of billable time from April not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Esposito, Rob | Senior Director | $875 | 674.8 | $590,450.00 |
| Evans, Charles | Senior Director | $835 | 41.7 | $34,819.50 |
| Griffith, David | Senior Director | $900 | 4.0 | $3,600.00 |
| Johnson, Robert[1] | Senior Director | $900 | 364.3 | $327,870.00 |
| Konig, Louis | Senior Director | $900 | 631.3 | $568,170.00 |
| Kwan, Peter | Senior Director | $900 | 587.9 | $529,110.00 |
| Mohammed, Azmat | Senior Director | $925 | 546.3 | $505,327.50 |
| Nadimpalli, Vamsi | Senior Director | $925 | 215.6 | $199,430.00 |
| Negus, Matthew | Senior Director | $900 | 39.5 | $35,550.00 |
| Piechota, Robert | Senior Director | $950 | 2.1 | $1,995.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 628.5 | $597,075.00 |
| Sequeira, Joseph | Senior Director | $900 | 205.2 | $184,680.00 |
| Sexton, Rachel[2] | Senior Director | $875 | 29.7 | $25,567.50 |
| Shanahan, Michael | Senior Director | $900 | 440.9 | $396,810.00 |
| Titus, Adam | Senior Director | $950 | 685.1 | $650,845.00 |
| Ulyanenko, Andrey | Senior Director | $950 | 82.5 | $78,375.00 |
| Vaish, Khushboo | Senior Director | $875 | 2.0 | $1,750.00 |
| Wilson, Sean | Senior Director | $950 | 9.9 | $9,405.00 |
| Zatz, Jonathan | Senior Director | $900 | 633.5 | $570,150.00 |
| **Senior Director Total** | | | **8,719.5** | **$7,917,291.00** |
| Arbid, Rami | Director | $750 | 48.1 | $36,075.00 |
| Baker, Kevin | Director | $750 | 480.0 | $360,000.00 |
| Balmelli, Gioele | Director | $800 | 448.1 | $358,480.00 |
| Bammert, Brett | Director | $750 | 4.5 | $3,375.00 |
| Casey, John | Director | $725 | 90.0 | $65,250.00 |
| Chamma, Leandro | Director | $750 | 278.4 | $208,800.00 |
| Dennison, Kim | Director | $650 | 75.1 | $48,815.00 |
| Flynn, Matthew | Director | $775 | 673.4 | $521,885.00 |
| Glustein, Steven | Director | $800 | 705.4 | $564,320.00 |
| Gosau, Tracy | Director | $750 | 27.2 | $20,400.00 |
| Hainline, Drew | Director | $800 | 769.6 | $615,680.00 |
| Kearney, Kevin | Director | $800 | 827.6 | $662,080.00 |
| Lambert, Leslie | Director | $750 | 311.0 | $233,250.00 |

---

[1] Inclusive of billable time from April not previously included in prior Interim Fee Applications.

[2] The correct hourly rate for this timekeeper is $875. In the June submission, the rate for Ms. Sexton was incorrectly listed and calculated at a rate of $800 per hour. No retroactive application of the rate differential is sought, however, on this Interim Application.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lee, Julian | Director | $750 | 429.1 | $321,825.00 |
| Lewandowski, Douglas | Director | $800 | 446.0 | $356,800.00 |
| McGoldrick, Hugh[1] | Director | $750 | 27.8 | $20,850.00 |
| McGrath, Patrick | Director | $750 | 340.9 | $255,675.00 |
| Medway, David | Director | $750 | 640.9 | $480,675.00 |
| Peoples, Scott[1] | Director | $750 | 26.0 | $19,500.00 |
| Radis, Cameron | Director | $750 | 193.8 | $145,350.00 |
| Ruez, William | Director | $750 | 37.6 | $28,200.00 |
| Sullivan, Christopher | Director | $825 | 790.6 | $652,245.00 |
| van den Belt, Mark | Director | $750 | 716.0 | $537,000.00 |
| Walia, Gaurav | Director | $825 | 710.0 | $585,750.00 |
| Walker, William | Director | $850 | 731.2 | $621,520.00 |
| **Director Total** | | | **9,828.3** | **$7,723,800.00** |
| Ardizzoni, Heather | Manager | $700 | 451.0 | $315,700.00 |
| Dawes, David | Manager | $650 | 29.7 | $19,305.00 |
| Grussing, Bernice | Operations Manager | $325 | 35.5 | $11,537.50 |
| Hernandez, Dylan | Manager | $660 | 12.1 | $7,986.00 |
| Hoffer, Emily | Manager | $650 | 609.6 | $396,240.00 |
| Lam, James | Manager | $600 | 357.3 | $214,380.00 |
| Li, Summer | Senior Manager | $670 | 274.3 | $183,781.00 |
| Lowe, Sam | Senior Manager | $650 | 33.9 | $22,035.00 |
| Mimms, Samuel | Manager | $650 | 271.7 | $176,605.00 |
| Pestano, Kyle | Manager | $650 | 128.2 | $83,330.00 |
| Rybarczyk, Jodi | Manager | $700 | 40.8 | $28,560.00 |
| Sarmiento, Dubhe[3] | Manager | $650 | 69.4 | $43,105.00 |
| Sivapalu, Anan | Manager | $625 | 563.4 | $352,125.00 |
| Sloan, Austin | Manager | $650 | 181.0 | $117,650.00 |
| Strong, Nichole | Manager | $650 | 406.3 | $264,095.00 |
| Su, Warren | Manager | $700 | 4.2 | $2,940.00 |
| Yurchak, Lilia | Manager | $650 | 231.9 | $150,735.00 |
| Zhang, Qi | Senior Manager | $670 | 400.8 | $268,536.00 |
| **Manager Total** | | | **4,101.1** | **$2,658,645.50** |
| Blanchard, Madison | Senior Associate | $575 | 403.5 | $232,012.50 |

---

[1] Inclusive of billable time from April not previously included in prior Interim Fee Applications.

[3] The correct hourly rate for this timekeeper is $650. In the June submission, the rate for Ms. Sarmiento was incorrectly listed and calculated at a rate of $600 per hour. No retroactive application of the rate differential is sought, however, on this Interim Application.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Chuah, Jane | Senior Associate | $495 | 103.7 | $51,331.50 |
| Cox, Allison | Senior Associate | $575 | 440.5 | $253,287.50 |
| Dalgleish, Elizabeth | Senior Associate | $700 | 158.3 | $110,810.00 |
| DiNatale, Trevor | Senior Associate | $700 | 37.1 | $25,970.00 |
| Faett, Jack | Senior Associate | $700 | 656.2 | $459,340.00 |
| Helal, Aly | Senior Associate | $575 | 381.4 | $219,305.00 |
| Jackson, Max | Senior Associate | $500 | 3.0 | $1,500.00 |
| Kuruvilla, Daniel | Senior Associate | $700 | 612.8 | $428,960.00 |
| Montague, Katie | Senior Associate | $700 | 312.8 | $218,960.00 |
| Rajasekhar, Vinny | Senior Associate | $530 | 117.7 | $62,381.00 |
| Sagen, Daniel | Senior Associate | $725 | 632.1 | $458,272.50 |
| Schweinzer, Matthias | Senior Associate | $650 | 45.6 | $29,640.00 |
| Wilson, David | Senior Associate | $575 | 320.7 | $184,402.50 |
| **Senior Associate Total** | | | **4,225.4** | **$2,736,172.50** |
| Braatelien, Troy | Associate | $600 | 575.1 | $345,060.00 |
| Chan, Jon | Associate | $525 | 648.5 | $340,462.50 |
| Collis, Jack | Associate | $500 | 51.7 | $25,850.00 |
| Corr, Caoimhe | Associate | $500 | 101.9 | $50,950.00 |
| Dobbs, Aaron | Associate | $525 | 475.0 | $249,375.00 |
| Ebrey, Mason | Associate | $525 | 387.7 | $203,542.50 |
| Francis, Luke | Associate | $600 | 858.8 | $515,280.00 |
| Gany, Jared | Associate | $475 | 676.8 | $321,480.00 |
| Glynn, Maiti | Associate | $600 | 8.4 | $5,040.00 |
| Gonzalez, Johnny | Associate | $600 | 907.1 | $544,260.00 |
| Haigis, Maya | Associate | $525 | 264.6 | $138,915.00 |
| Heric, Andrew | Associate | $525 | 495.7 | $260,242.50 |
| Hill, Liam | Associate | $450 | 103.6 | $46,620.00 |
| Lei, Katie | Associate | $550 | 16.3 | $8,965.00 |
| Mirando, Michael | Associate | $600 | 598.2 | $358,920.00 |
| Parker, Brandon | Associate | $550 | 87.5 | $48,125.00 |
| Patel, Ishika | Associate | $525 | 212.6 | $111,615.00 |
| Paterson, Warren | Associate | $400 | 19.2 | $7,680.00 |
| Price, Breanna | Associate | $525 | 278.5 | $146,212.50 |
| Schlam Batista, Sharon | Associate | $500 | 386.5 | $193,250.00 |
| Simkins, Maximilian | Associate | $525 | 224.7 | $117,967.50 |
| Sunkara, Manasa | Associate | $525 | 681.5 | $357,787.50 |
| Taraba, Erik | Associate | $600 | 770.4 | $462,240.00 |
| Trent, Hudson | Associate | $625 | 790.7 | $494,187.50 |

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Witherspoon, Samuel | Associate | $575 | 673.2 | $387,090.00 |
| **Associate Total** | | | **10,294.2** | **$5,741,117.50** |
| Bruck, Ran | Consultant | $600 | 540.0 | $324,000.00 |
| Jones, Mackenzie | Consultant | $600 | 529.5 | $317,700.00 |
| Zabcik, Kathryn | Consultant | $600 | 618.9 | $371,340.00 |
| **Consultant Total** | | | **1,688.4** | **$1,013,040.00** |
| Arora, Rohan | Analyst | $425 | 136.8 | $58,140.00 |
| Burns, Zach | Analyst | $500 | 477.0 | $238,500.00 |
| Clayton, Lance | Analyst | $475 | 632.5 | $300,437.50 |
| Fonteijne, Bas | Analyst | $400 | 180.5 | $72,200.00 |
| Hubbard, Taylor | Analyst | $425 | 319.0 | $135,575.00 |
| Liv-Feyman, Alec | Analyst | $450 | 648.3 | $291,735.00 |
| Lowdermilk, Quinn | Analyst | $450 | 464.0 | $208,800.00 |
| Myers, Claire | Analyst | $425 | 384.7 | $163,497.50 |
| Nizhner, David | Analyst | $500 | 658.2 | $329,100.00 |
| Okuzu, Ciera | Analyst | $475 | 121.7 | $57,807.50 |
| Pecen, Sena | Analyst | $425 | 2.0 | $850.00 |
| Radwanski, Igor | Analyst | $450 | 451.3 | $203,085.00 |
| Simoneaux, Nicole | Analyst | $475 | 614.0 | $291,650.00 |
| Slay, David | Analyst | $525 | 764.4 | $401,310.00 |
| Stockmeyer, Cullen | Analyst | $450 | 688.0 | $309,600.00 |
| Tenney, Bridger | Analyst | $450 | 661.9 | $297,855.00 |
| Warren, Matthew | Analyst | $450 | 147.4 | $66,330.00 |
| Yan, Jack | Analyst | $450 | 171.0 | $76,950.00 |
| **Analyst Total** | | | **7,522.7** | **$3,503,422.50** |
| **GRAND TOTAL** | | | **50,022.5** | **$35,253,037.00** |

**Blended Hourly Rate:  $704.74**