**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Expense Summary | |
|---|---|
| **Expense Category** | **Amount** |
| License Fees | $1,215,185.58 |
| Airfare | $107,669.16 |
| Lodging | $104,263.37 |
| Transportation | $40,930.84 |
| Miscellaneous | $37,444.47 |
| Meals | $31,208.09 |
| **TOTAL** | **$1,536,701.51** |

4863-8557-1410 v.3