**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 233.3 | $447,236.10 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 164.3 | $314,963.10 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 73.8 | $141,474.60 |
| Richard East | Partner | 1997 | 1995 | $1,917.00 | 6 | $11,502.00 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 454.3 | $723,699.90 |
| Jonathan Pickhardt | Partner | 2000 | 1998 | $1,593.00 | 60.4 | $96,217.20 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 391.8 | $624,137.40 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 144 | $207,360.00 |
| Benjamin Finestone | Partner | 2005 | 2004 | $1,440.00 | 10.4 | $14,976.00 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 7.7 | $11,088.00 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 42.8 | $61,632.00 |
| Robert Zink | Partner | 2006 | 2005 | $1,440.00 | 147.9 | $212,976.00 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 302.1 | $398,318.85 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,318.50 | 3.6 | $4,746.60 |
| Michael Shaheen | Partner | 2010 | 2009 | $1,318.50 | 172.2 | $227,045.70 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 182.7 | $227,735.55 |
| William Sears | Partner | 2015 | 2014 | $1,246.50 | 17.7 | $22,063.05 |
| Blair Adams | Partner | 2014 | 2013 | $1,246.50 | 3.8 | $4,736.70 |
| **Partner Total** | | | | | **2,418.8** | **$3,751,908.75** |
| Tyler Murray | Counsel | 2001 | 2000 | $1,215.00 | 358.7 | $435,820.50 |
| Kurt Wolfe | Counsel | 2007 | 2006 | $1,215.00 | 45.1 | $54,796.50 |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 471.6 | $572,994.00 |
| K. McKenzie Anderson | Counsel | 2008 | 2007 | $1,215.00 | 171.1 | $207,886.50 |
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,215.00 | 125.8 | $152,847.00 |
| Marina E. Lev | Counsel | 2013 | 2012 | $1,215.00 | 152.9 | $185,773.50 |
| **Counsel Total** | | | | | **1,325.2** | **$1,610,118.00** |
| Alex Nelder | Associate | 2012 | 2011 | $1,336.50 | 28.4 | $37,956.60 |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 263.2 | $311,497.20 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,183.50 | 83.4 | $98,703.90 |
| Ben Odell | Associate | 2010 | 2010 | $1,183.50 | 4.7 | $5,562.45 |
| Nicholas Inns | Associate | 2010 | 2010 | $1,174.50 | 48.3 | $56,728.35 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 255.6 | $292,150.80 |
| Ari Roytenberg | Associate | 2017 | 2016 | $1,143.00 | 3.6 | $4,114.80 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,143.00 | 231.1 | $264,147.30 |
| Max Meadows | Associate | 2016 | 2015 | $1,107.00 | 32.3 | $35,756.10 |
| Jared Dummitt | Associate | 2019 | 2018 | $1,048.50 | 50.7 | $53,158.95 |
| Peter Collins | Associate | 2020 | 2018 | $1,048.50 | 117 | $122,674.50 |
| Samuel Seneczko | Associate | 2019 | 2019 | $985.50 | 52.8 | $52,034.40 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $904.50 | 139.9 | $126,539.55 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 213.3 | $192,929.85 |
| Cameron Kelly | Associate | 2020 | 2020 | $904.50 | 42.4 | $38,350.80 |
| Zane Muller | Associate | 2022 | 2020 | $904.50 | 11.7 | $10,582.65 |
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 112.2 | $101,484.90 |
| Sara Turk | Associate | 2021 | 2020 | $904.50 | 8.4 | $7,597.80 |
| Jeffery Arnier | Associate | 2021 | 2021 | $841.50 | 40 | $33,660.00 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 28.4 | $23,898.60 |
| Sydney Snower | Associate | 2022 | 2021 | $841.50 | 102 | $85,833.00 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $841.50 | 171.1 | $143,980.65 |
| Mark Fuchs | Associate | 2023 | 2022 | $841.50 | 77.5 | $65,216.25 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 687.8 | $578,783.70 |
| Mary Trainor | Associate | 2023 | 2022 | $747.00 | 95.2 | $71,114.40 |
| Adelyn Curran | Associate | 2022 | 2022 | $747.00 | 142.5 | $106,447.50 |
| Angela Nelson | Associate | 2022 | 2022 | $747.00 | 185 | $138,195.00 |
| Seth Rosenberg | Associate | 2023 | 2022 | $747.00 | 147.5 | $110,182.50 |
| Ben Carroll | Associate | 2023 | 2022 | $747.00 | 189.7 | $141,705.90 |
| Marissa Smith | Associate | 2023 | 2022 | $747.00 | 81.5 | $60,880.50 |
| Michael Wittmann | Associate | 2023 | 2022 | $747.00 | 194.1 | $144,992.70 |
| Destiny Rose Murphy | Associate | 2023 | 2022 | $747.00 | 45.3 | $33,839.10 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $747.00 | 92.9 | $69,396.30 |
| Cara Mund | Law Clerk | - | 2022 | $508.50 | 370.7 | $188,500.95 |
| Elijah Turner | Law Clerk | 2023 | 2022 | $508.50 | 214.6 | $109,124.10 |
| Alec Bahramipour | Law Clerk/Associate | 2023 | 2022 | $508.50 | 70.6 | $35,900.10 |
| Jack Robbins | Law Clerk/Associate | 2023 | 2022 | $508.50 / $747.00 | 527.3 | $310,489.65 |
| Arielle Gerber | Law Clerk/Associate | 2023 | 2022 | $508.50 / $747.00 | 290.6 | $204,676.20 |
| Jonathan Abrams | Law Clerk | - | 2022 | $508.50 | 126.2 | $64,172.70 |
| Gavin Coyle | Law Clerk/Associate | 2023 | 2022 | $508.50 / $747.00 | 99.5 | $58,370.85 |
| Todd Riegler | Attorney | 2002 | 2001 | $445.50 | 1.1 | $490.05 |
| John Volpe | Attorney | 1988 | 1987 | $445.50 | 82.6 | $36,798.30 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **5,762.7** | **$4,628,619.90** |
| **Lawyers Total** | | | | | **9,506.7** | **$9,990,646.65** |
| Connie Kim | Paralegal | - | - | $432.00 | 20.4 | $8,812.80 |
| Michael Guerrero | Paralegal | - | - | $432.00 | 0.9 | $388.80 |
| Joe Liao | Litigation Support | - | - | $157.50 | 1.6 | $252.00 |
| **Non Legal Personnel Total** | | | | | **22.9** | **$9,453.60** |
| 50% Non-Working Travel | | | | | | -$36,079.43 |
| **GRAND TOTAL** | | | | | **9,529.6** | **$9,964,020.82** |

**Blended Hourly Rate: $1,045.59**