# Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $168.77 |
| Express Mail | | $111.35 |
| Online Research | | $184.00 |
| Delivery/Courier | | $338.25 |
| Service of Process | | $6,625.00 |
| Document Reproduction ($.10/page) | | $528.10 |
| Color Document Reproduction ($.40/page) | | $483.60 |
| Travel | | $7,228.17 |
| Velobind | | $10.00 |
| Document Services | | $7,011.66 |
| | **TOTAL** | **$22,688.90** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.