# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(MAY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide May 1, 2023 through July 31, 2023 | Billed to Debtors May 1, 2023 through July 31, 2023 |
| Partner | $1,451.50 | $1,551.14 |
| Counsel | $1,176.30 | $1,215.00 |
| Associate | $1,003.17 | $803.20 |
| Paraprofessional | $422.45 | $412.82 |
| Aggregated | $1,118.30 | $1,045.59 |