# Exhibit E

## Estimated Staffing and Budget Plan

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 20 | $1,215.00–$1,917.00 |
| Associates | 35 | $747.00–$1,183.50 |
| Paraprofessionals & Law Clerks | 10 | $157.50–$508.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 2,387 | $2,446,250 | 2,877.40 | $3,153,750.30 |
| AVOIDANCE ACTION ANALYSIS | 927 | $950,000 | 565.20 | $584,811.45 |
| BANKRUPTCY LITIGATION | 1,854 | $1,900,000 | 1,772.80 | $2,196,673.65 |
| BOARD / CORPORATE GOVERNANCE | 278 | $285,000 | 99.60 | $162,006.30 |
| CASE ADMINISTRATION | 277 | $285,000 | 47.20 | $51,210.00 |
| EMPLOYMENT AND FEE APPLICATIONS | 278 | $285,000 | 128.20 | $160,951.50 |
| PLAN AND DISCLOSURE STATEMENT | 0 | $0 | 0.80 | $1,274.40 |
| INVESTIGATION | 3,244 | $3,325,000 | 3,986.20 | $3,617,263.80 |
| NON-WORKING TRAVEL | 23 | $23,750 | 52.20 | $72,158.85 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | | | -$36,079.43 |
| **Total** | **9,268** | **$9,500,000.00** | **9,529.6** | **$9,964,020.82** |