**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 2467, 2469 and** |
| | ) **2470** |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2023, I caused to be served the:

   a. "Sixth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 to and Including May 31, 2023," dated September 11, 2023 [Docket No. 2467],

   b. "Seventh Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 to and Including June 30, 2023," dated September, 11, 2023 [Docket No. 2469], and

   c. "Eighth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 to and Including July 31, 2023," dated September 11, 2023 [Docket No. 2470],

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

by causing true and correct copies to be:

    i. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i><u>/s/ Arnold Nguyen</u></i><br>Arnold Nguyen

**EXHIBIT A**

**FTX TRADING LTD., *et al.*, - Case No. 22-11068 (JTD)**
**First Class Mail Additional Party**

U.S. TRUSTEE
ATTN: JULIET SARKESSIAN
844 KING STREET, SUITE 2207
WILMINGTON, DELAWARE 19801

**EXHIBIT B**

**FTX TRADING LTD., *et al.*, - Case No. 22-11068 (JTD)**
**Electronic Mail Fee Application Parties**

| Name | Email |
|---|---|
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | juliet.m.sarkessian@usdoj.gov |