-1-

EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| DCP Master Investments XV LLC | Hudson Bay Claim Fund LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Phone: 212-655-1419 | Email: mweinstein@hudsonbaycapital.com; cflick@hudsonbaycapital.com |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent: | Name and Address for notices to transferor: Hudson Bay Claim Fund LLC c/o Hudson Bay Capital Management LP 28 Havemeyer Place, 2nd Floor Greenwich, CT 06830 Attn: Matthew Weinstein and Chad Flick |
| DCP Master Investments XV LLC 55 Hudson Yards, Suite 29B New York, NY 10001 Srao@diametercap.com | Claim No: 4085 Date Filed: June 29, 2023 Total Amount of Claim: $23,058,750 Transferred Amount of Claim: $11,529,375 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

    DCP Master Investments XV LLC
    By: Diameter Capital Partners LP, its manager

By: _____[signature]_____              Date:     September 18 , 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Execution Version*

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:** THE DEBTOR WEST REALM SHIRES SERVICES, INC.
THE BANKRUPTCY COURT

**RE:** Proof of Claim 4085
Transferred Portion: 50% ($11,529,375)

Hudson Bay Claim Fund LLC ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to DCP Master Investments XV LLC ("Assignee") the above-referenced portion of the above-mentioned proof of claim (such portion, the "Claim") filed against West Realm Shires Services, Inc. d/b/a FTX US (the "Debtor"), a debtor in the jointly administered Chapter 11 Case No. 22-11068 (JTD) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF PARTIAL TRANSFER OF CLAIM IS EXECUTED THIS SEPTEMBER 11, 2023.

**DCP Master Investments XV LLC**

By: Diameter Capital Partners LP, its manager

By: *[signature]*
Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel

**Hudson Bay Claim Fund LLC**

By: *[signature: Matt Weinstein]*
Name: Matthew Weinstein
Title: Authorized Signatory