# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. __ |

### ORDER GRANTING (I) LEAVE FROM LOCAL RULE 3007-1(F) TO PERMIT THE FILING OF SUBSTANTIVE OMNIBUS OBJECTIONS AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") granting relief from certain of the requirements of Local Rule 3007-1(f) to permit (but not require) the Debtors to exceed certain claims objection limits and to modify the requirement that the Debtors include all substantive grounds for objection at the same time and granting related relief; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

{1368.002-W0072476.}

in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and objections (if any) to the Motion having been withdrawn, resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors (or any other party in interest) are granted leave from Local Rules 3007-1(f)(i) and (iii). For the avoidance of doubt, the Debtors (or any other party in interest) may file more than three omnibus claim objections per month and may exceed the 100-claim limit per substantive objection. Omnibus substantive objections are not required to raise all substantive objections to each claim in such omnibus objections in the Chapter 11 Cases.

3. Nothing in the Motion or this Order shall be deemed or construed as: (a) an admission as to the validity or priority of any claim, equity interest or lien against the Debtors; (b) a waiver of the Debtors' rights to dispute or otherwise object to any claim, equity interest or lien on any grounds or basis; (c) a promise or requirement to pay any claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; or (e) a waiver or release of the Debtors' or any other party in interests' rights, claims, defenses, or counterclaims under the Bankruptcy Code or any other applicable law.

4.      This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

5.      The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction with respect to any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
       Wilmington, Delaware

_____
THE HONORABLE JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE