**EXHIBIT 1**

| Professional/Role | Interim Fee Period | Total Fees Approved | Total Expenses Approved |
|---|---|---|---|
| Morgan, Lewis & Bockius LLP – *Counsel to Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* | 02/03/2023 – 07/31/2023 | $320,477.60 | $0 |