**EXHIBIT A**

**AGGREGATE FTX US AND FTX.COM PREFERENTIAL TRANSFERS TO
DEFENDANTS DURING PREFERENCE PERIOD**

| Asset | Quantity |
|-------|----------|
| USD (fiat) | $66,474,177 |
| USDC | 53,565,922 |
| USDT | 24,848,984 |
| SOL | 542,428 |
| MATIC | 1,689,690 |
| BUSD | 437,697 |
| AUD (fiat) | 381,205 |
| BNB | 328 |
| RAY | 111,421 |
| XRP | 14,206 |
| TRX | 60,787 |
| BTC | 0.09 |
| AVAX | 59 |
| ETH | 0.008 |
| FTT_WH | 1 |