# EXHIBIT B

## FRAUDULENT TRANSFERS FROM FTX US ACCOUNT
## REGISTED IN THE NAME OF MICHAEL BURGESS (ACCOUNT NO. -7783)

| Date and Time (EST) | Asset | Quantity | Estimated Transaction Value (USD) |
|---|---|---|---|
| 11/7/22 12:36 AM | USDC | 16,000,000 | $15,999,969 |
| 11/7/22 3:08 AM | USDC | 10,000,000 | $9,999,981 |
| 11/7/22 3:11 AM | USDC | 10,000,002 | $9,999,983 |
| 11/7/22 3:40 AM | USDC | 15,000,000 | $14,999,971 |
| 11/8/22 9:32 AM | USDT | 99,444 | $99,416 |
| 11/8/22 9:40 AM | USDT | 22,572,475 | $22,565,929 |
| | | Total | $73,665,249 |

1. USD values calculated using Coin Metrics reference rate from August 31, 2023.

B-1