# EXHIBIT D-1

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF MICHAEL BURGESS (ACCOUNT NO. -7916)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/13/22 6:27 PM | Withdrawal | USDC | 21,000.00 | $1.00 | $21,000 | $21,000 |
| 8/24/22 3:55 PM | Withdrawal | USDC | 700.00 | $1.00 | $700 | $21,700 |
| 8/30/22 1:10 AM | Withdrawal | USDC | 300,000.00 | $1.00 | $299,999 | $321,699 |
| 9/4/22 10:23 PM | Withdrawal | USDC | 23,000.00 | $1.00 | $23,000 | $344,699 |
| 9/4/22 10:24 PM | Withdrawal | USDC | 92,000.00 | $1.00 | $92,000 | $436,699 |
| 10/2/22 1:33 PM | Withdrawal | USDC | 15,000.00 | $1.00 | $15,000 | $451,699 |
| 10/5/22 7:54 PM | Withdrawal | USDC | 38,000.00 | $1.00 | $38,000 | $489,699 |
| 10/7/22 4:49 PM | Withdrawal | USDC | 200,000.00 | $1.00 | $200,000 | $689,699 |
| 10/9/22 1:28 AM | Withdrawal | USDC | 22,000.00 | $1.00 | $22,000 | $711,699 |
| 10/9/22 1:45 AM | Withdrawal | USDC | 89,300.00 | $1.00 | $89,300 | $800,998 |
| 11/5/22 5:47 AM | Withdrawal | USDC | 88,000.00 | $1.00 | $88,000 | $888,998 |
| 11/5/22 5:49 AM | Withdrawal | USDC | 21,000.00 | $1.00 | $21,000 | $909,998 |
| 11/7/22 11:35 PM | Withdrawal | SOL | 212,160.42 | $19.73 | $4,185,925 | $5,095,923 |
| | | | | **Estimated Preference Exposure** | | **$5,095,923** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-2

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF KEVIN NGYUEN (ACCOUNT NO. -4705)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/15/22 12:51 PM | Deposit | USDC | (25,000.00) | $1.00 | ($24,998) | $0 |
| 8/23/22 10:11 PM | Deposit | USDC | (2,370.00) | $1.00 | ($2,370) | $0 |
| 9/3/22 7:29 AM | Withdrawal | BUSD | 12,000.00 | $1.00 | $11,995 | $11,995 |
| 9/3/22 7:29 AM | Withdrawal | BUSD | 6,900.00 | $1.00 | $6,897 | $18,892 |
| 9/3/22 7:30 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $26,888 |
| 9/3/22 7:31 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $34,884 |
| 9/3/22 7:32 AM | Withdrawal | BUSD | 4,000.00 | $1.00 | $3,998 | $38,883 |
| 9/3/22 7:33 AM | Withdrawal | BUSD | 1,000.00 | $1.00 | $1,000 | $39,882 |
| 9/3/22 7:34 AM | Withdrawal | BUSD | 1,000.00 | $1.00 | $1,000 | $40,882 |
| 9/3/22 7:35 AM | Withdrawal | BUSD | 2,000.00 | $1.00 | $1,999 | $42,881 |
| 9/3/22 7:38 AM | Withdrawal | BUSD | 49,666.00 | $1.00 | $49,644 | $92,525 |
| 9/3/22 7:39 AM | Withdrawal | BUSD | 7,000.00 | $1.00 | $6,997 | $99,522 |
| 9/3/22 7:40 AM | Withdrawal | USDC | 3,100.00 | $1.00 | $3,100 | $102,622 |
| 10/3/22 7:57 AM | Withdrawal | BUSD | 12,000.00 | $1.00 | $11,995 | $114,616 |
| 10/3/22 7:57 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $122,613 |
| 10/3/22 7:58 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $130,609 |
| 10/3/22 7:59 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $138,605 |
| 10/3/22 8:00 AM | Withdrawal | BUSD | 4,000.00 | $1.00 | $3,998 | $142,604 |
| 10/3/22 8:01 AM | Withdrawal | BUSD | 1,000.00 | $1.00 | $1,000 | $143,603 |
| 10/3/22 8:02 AM | Withdrawal | BUSD | 2,000.00 | $1.00 | $1,999 | $145,602 |
| 10/3/22 8:03 AM | Withdrawal | BUSD | 46,333.00 | $1.00 | $46,312 | $191,915 |
| 10/3/22 8:04 AM | Withdrawal | BUSD | 7,000.00 | $1.00 | $6,997 | $198,912 |
| 10/3/22 8:04 AM | Withdrawal | BUSD | 3,100.00 | $1.00 | $3,099 | $202,010 |
| 10/3/22 8:05 AM | Withdrawal | BUSD | 1,000.00 | $1.00 | $1,000 | $203,010 |
| 10/3/22 8:15 AM | Deposit | RAY | (71,440.70) | $0.56 | ($40,228) | $162,781 |
| 10/5/22 3:02 PM | Deposit | USDC | (9,480.00) | $1.00 | ($9,479) | $153,302 |
| 10/26/22 6:13 PM | Deposit | USDC | (10.00) | $1.00 | ($10) | $153,292 |
| 11/2/22 10:25 PM | Withdrawal | USDC | 25,000.00 | $1.00 | $25,000 | $178,292 |
| 11/3/22 3:51 AM | Withdrawal | BUSD | 12,000.00 | $1.00 | $11,995 | $190,287 |
| 11/3/22 3:51 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $198,283 |
| 11/3/22 3:51 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $206,280 |
| 11/3/22 3:52 AM | Withdrawal | BUSD | 8,000.00 | $1.00 | $7,996 | $214,276 |
| 11/3/22 3:53 AM | Withdrawal | BUSD | 4,000.00 | $1.00 | $3,998 | $218,275 |
| 11/3/22 3:53 AM | Withdrawal | BUSD | 2,000.00 | $1.00 | $1,999 | $220,274 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 11/3/22 3:54 AM | Withdrawal | BUSD | 45,583.00 | $1.00 | $45,563 | $265,836 |
| 11/3/22 3:54 AM | Withdrawal | BUSD | 7,000.00 | $1.00 | $6,997 | $272,833 |
| 11/3/22 3:55 AM | Withdrawal | USDC | 3,100.00 | $1.00 | $3,100 | $275,933 |
| 11/8/22 5:31 AM | Withdrawal | MATIC | 202,737.91 | $0.55 | $111,343 | $387,276 |
| 11/8/22 5:31 AM | Withdrawal | MATIC | 210,515.00 | $0.55 | $115,614 | $502,890 |
| 11/8/22 5:32 AM | Withdrawal | MATIC | 181,245.00 | $0.55 | $99,539 | $602,429 |
| 11/8/22 5:32 AM | Withdrawal | MATIC | 195,123.00 | $0.55 | $107,161 | $709,590 |
| 11/8/22 5:39 AM | Withdrawal | MATIC | 261,007.65 | $0.55 | $143,344 | $852,934 |
| 11/8/22 5:50 AM | Withdrawal | MATIC | 331,775.00 | $0.55 | $182,209 | $1,035,144 |
| 11/8/22 5:56 AM | Withdrawal | MATIC | 187,415.00 | $0.55 | $102,928 | $1,138,071 |
| | | | | | **Estimated Preference Exposure** | **$1,138,071** |

1.    Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2.    USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-3

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF KEVIN NGYUEN (ACCOUNT NO. -8358)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/16/22 3:20 AM | Withdrawal | USD | 1,500.00 | $1.00 | $1,500 | $1,500 |
| 8/16/22 6:08 AM | Withdrawal | USDT | 5,500.00 | $1.00 | $5,498 | $6,998 |
| 8/21/22 12:24 PM | Withdrawal | USDC | 18,000.00 | $1.00 | $18,000 | $24,998 |
| 8/25/22 3:50 PM | Withdrawal | USD | 10,000,000.00 | $1.00 | $10,000,000 | $10,024,998 |
| 9/2/22 12:53 AM | Withdrawal | USD | 20,000,000.00 | $1.00 | $20,000,000 | $30,024,998 |
| 9/2/22 5:32 AM | Withdrawal | USDT | 1.00 | $1.00 | $1 | $30,024,999 |
| 9/5/22 7:08 AM | Withdrawal | USDT | 7,114.00 | $1.00 | $7,112 | $30,032,111 |
| 9/7/22 9:54 AM | Withdrawal | USDT | 4,890.00 | $1.00 | $4,889 | $30,037,000 |
| 9/15/22 10:43 PM | Withdrawal | USDT | 5,500.00 | $1.00 | $5,498 | $30,042,498 |
| 9/19/22 6:28 AM | Withdrawal | USDC | 2,058.00 | $1.00 | $2,058 | $30,044,556 |
| 9/30/22 9:18 PM | Withdrawal | USDC | 50,000.00 | $1.00 | $50,000 | $30,094,556 |
| 10/1/22 5:58 AM | Deposit | USDC | (29,592.78) | $1.00 | ($29,590) | $30,064,966 |
| 10/1/22 6:02 AM | Deposit | BUSD | (58,207.88) | $1.00 | ($58,213) | $30,006,754 |
| 10/1/22 6:07 AM | Deposit | USDT | (34,313.17) | $1.00 | ($34,317) | $29,972,437 |
| 10/1/22 6:31 AM | Deposit | USDT | (9,616.62) | $1.00 | ($9,617) | $29,962,820 |
| 10/1/22 7:52 AM | Deposit | USDT | (42,732.60) | $1.00 | ($42,734) | $29,920,086 |
| 10/1/22 7:57 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $29,920,086 |
| 10/4/22 1:07 AM | Withdrawal | USDC | 20,000.00 | $1.00 | $20,000 | $29,940,086 |
| 10/5/22 12:55 AM | Withdrawal | USDT | 4,175.00 | $1.00 | $4,174 | $29,944,260 |
| 10/10/22 3:00 AM | Deposit | BUSD | (12,045.00) | $1.00 | ($12,045) | $29,932,215 |
| 10/11/22 7:22 AM | Deposit | C98 | (555,557.56) | $0.34 | ($188,878) | $29,743,336 |
| 10/11/22 7:23 AM | Deposit | USDC | (50,000.00) | $1.00 | ($49,995) | $29,693,341 |
| 10/12/22 2:51 AM | Deposit | C98 | (138,892.90) | $0.35 | ($48,695) | $29,644,647 |
| 10/13/22 7:14 AM | Deposit | MATIC | (12,528.29) | $0.74 | ($9,208) | $29,635,438 |
| 10/13/22 7:15 AM | Deposit | MATIC | (1,360.00) | $0.74 | ($1,000) | $29,634,438 |
| 10/13/22 7:17 AM | Deposit | USDC | (13,512.76) | $1.00 | ($13,511) | $29,620,927 |
| 10/13/22 7:26 AM | Deposit | USDC | (5,181.49) | $1.00 | ($5,181) | $29,615,745 |
| 10/13/22 7:45 AM | Deposit | BUSD | (6,965.61) | $1.00 | ($6,965) | $29,608,780 |
| 10/13/22 7:46 AM | Deposit | BUSD | (1,102.21) | $1.00 | ($1,102) | $29,607,677 |
| 10/13/22 7:46 AM | Deposit | BUSD | (4,276.17) | $1.00 | ($4,276) | $29,603,401 |
| 10/13/22 7:50 AM | Deposit | USDC | (5,798.23) | $1.00 | ($5,798) | $29,597,603 |
| 10/13/22 7:51 AM | Deposit | USDC | (1,873.79) | $1.00 | ($1,874) | $29,595,729 |
| 10/13/22 7:51 AM | Deposit | USDC | (10,036.25) | $1.00 | ($10,036) | $29,585,693 |
| 10/13/22 7:59 AM | Deposit | USDC | (10,073.75) | $1.00 | ($10,073) | $29,575,620 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/13/22 8:00 AM | Deposit | USDC | (1,058.44) | $1.00 | ($1,058) | $29,574,562 |
| 10/13/22 8:01 AM | Deposit | USDC | (9,595.71) | $1.00 | ($9,596) | $29,564,966 |
| 10/16/22 7:36 AM | Withdrawal | USDT | 5,500.00 | $1.00 | $5,498 | $29,570,464 |
| 10/19/22 2:28 AM | Deposit | BUSD | (40,000.00) | $1.00 | ($40,000) | $29,530,464 |
| 10/25/22 2:24 AM | Deposit | C98 | (277,777.78) | $0.30 | ($83,103) | $29,447,361 |
| 10/25/22 10:37 PM | Deposit | C98 | (69,444.45) | $0.30 | ($21,006) | $29,426,355 |
| 10/31/22 10:17 AM | Deposit | USDT | (44,277.53) | $1.00 | ($44,283) | $29,382,073 |
| 11/1/22 5:10 AM | Deposit | TRX | (0.00001) | $0.06 | ($0) | $29,382,073 |
| 11/1/22 7:06 AM | Deposit | USDT | (2,432.42) | $1.00 | ($2,432) | $29,379,641 |
| 11/2/22 3:12 AM | Withdrawal | BUSD | 20,554.60 | $1.00 | $20,545 | $29,400,186 |
| 11/2/22 11:52 PM | Deposit | USDC | (25,310.95) | $1.00 | ($25,311) | $29,374,875 |
| 11/5/22 10:37 AM | Deposit | BUSD | (29,757.77) | $1.00 | ($29,756) | $29,345,119 |
| 11/6/22 11:42 PM | Deposit | RAY | (96,642.49) | $0.51 | ($48,809) | $29,296,310 |
| 11/7/22 6:53 AM | Withdrawal | USDT | 3,343.00 | $1.00 | $3,342 | $29,299,652 |
| | | | | | **Estimated Preference Exposure** | **$29,299,652** |

1.   Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2.   USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

**EXHIBIT D-4**

**ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF DARREN WONG (ACCOUNT NO. -0480)**

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/26/22 10:09 PM | Withdrawal | USD | 300,380.00 | $1.00 | $300,380 | $300,380 |
| 11/7/22 11:43 PM | Withdrawal | SOL | 330,074.28 | $19.73 | $6,512,365 | $6,812,745 |
| 11/8/22 5:43 AM | Withdrawal | MATIC | 119,871.02 | $0.55 | $65,832 | $6,878,578 |
| | | | | | **Estimated Preference Exposure** | **$6,878,578** |

1.   Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2.   USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-5

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF DARREN WONG (ACCOUNT NO. -8528)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/21/22 6:08 AM | Deposit | BUSD | (343.00) | $1.00 | ($343) | $0 |
| 8/22/22 2:47 AM | Deposit | ETH | (0.39) | $1,579.26 | ($616) | $0 |
| 8/30/22 2:57 AM | Deposit | USDT | (2,931.00) | $1.00 | ($2,931) | $0 |
| 8/30/22 2:59 AM | Deposit | TRX | (0.000028) | $0.06 | ($0) | $0 |
| 9/2/22 7:18 AM | Deposit | USDT | (708.00) | $1.00 | ($708) | $0 |
| 9/2/22 7:19 AM | Deposit | TRX | (0.000008) | $0.06 | ($0) | $0 |
| 9/2/22 7:19 AM | Deposit | TRX | (0.000028) | $0.06 | ($0) | $0 |
| 9/3/22 12:25 PM | Withdrawal | SOL | 20.00 | $19.73 | $395 | $395 |
| 9/7/22 11:19 AM | Deposit | USDT | (2,355.00) | $1.00 | ($2,355) | $0 |
| 9/7/22 11:21 AM | Deposit | TRX | (0.000028) | $0.06 | ($0) | $0 |
| 9/11/22 1:21 PM | Withdrawal | SOL | 10.00 | $19.73 | $197 | $197 |
| 9/13/22 2:07 AM | Withdrawal | SOL | 2.20 | $19.73 | $43 | $241 |
| 9/15/22 11:53 AM | Deposit | USDT | (569.00) | $1.00 | ($569) | $0 |
| 9/18/22 12:31 AM | Deposit | USDT | (2,355.00) | $1.00 | ($2,355) | $0 |
| 9/18/22 1:58 AM | Withdrawal | USDT | 3,000.00 | $1.00 | $2,999 | $2,999 |
| 9/19/22 1:01 PM | Deposit | USDT | (706.00) | $1.00 | ($706) | $2,293 |
| 9/19/22 1:02 PM | Deposit | TRX | (0.000017) | $0.06 | ($0) | $2,293 |
| 9/22/22 9:51 AM | Withdrawal | USDT | 1,528.00 | $1.00 | $1,528 | $3,821 |
| 9/25/22 12:57 AM | Deposit | USDT | (1,157.00) | $1.00 | ($1,157) | $2,664 |
| 9/25/22 1:02 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $2,664 |
| 9/25/22 1:02 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $2,664 |
| 9/25/22 1:02 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $2,664 |
| 9/25/22 1:03 AM | Deposit | USDT | (2,314.00) | $1.00 | ($2,314) | $349 |
| 9/25/22 1:35 AM | Withdrawal | USDT | 4,000.00 | $1.00 | $3,999 | $4,348 |
| 9/25/22 1:43 AM | Withdrawal | BUSD | 109.74 | $1.00 | $110 | $4,458 |
| 9/25/22 1:50 AM | Withdrawal | BUSD | 109.42 | $1.00 | $109 | $4,567 |
| 9/29/22 10:50 AM | Withdrawal | USDT | 2,500.00 | $1.00 | $2,499 | $7,067 |
| 10/1/22 9:42 AM | Withdrawal | SOL | 20.00 | $19.73 | $395 | $7,461 |
| 10/1/22 11:46 AM | Deposit | USDT | (1,144.00) | $1.00 | ($1,144) | $6,317 |
| 10/1/22 11:47 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $6,317 |
| 10/5/22 10:56 AM | Withdrawal | USDT | 650.00 | $1.00 | $650 | $6,967 |
| 10/6/22 2:36 AM | Deposit | USDT | (433.00) | $1.00 | ($433) | $6,534 |
| 10/6/22 2:53 AM | Deposit | TRX | (0.000014) | $0.06 | ($0) | $6,534 |
| 10/6/22 11:31 AM | Withdrawal | USDT | 876.32 | $1.00 | $876 | $7,410 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/7/22 10:05 AM | Deposit | USDT | (1,147.00) | $1.00 | ($1,147) | $6,263 |
| 10/7/22 12:44 PM | Deposit | TRX | (0.000007) | $0.06 | ($0) | $6,263 |
| 10/8/22 11:25 AM | Deposit | USDT | (1,142.00) | $1.00 | ($1,142) | $5,121 |
| 10/13/22 9:18 AM | Deposit | BUSD | (151.10) | $1.00 | ($151) | $4,970 |
| 10/13/22 9:37 AM | Deposit | USDT | (2,806.00) | $1.00 | ($2,806) | $2,164 |
| 10/13/22 9:57 AM | Withdrawal | USDT | 1,650.00 | $1.00 | $1,650 | $3,814 |
| 10/20/22 11:05 AM | Deposit | USDT | (2,241.00) | $1.00 | ($2,241) | $1,573 |
| 10/20/22 9:13 PM | Deposit | TRX | (0.000012) | $0.06 | ($0) | $1,573 |
| 10/25/22 1:52 AM | Deposit | SOL | (9.99) | $28.40 | ($284) | $1,289 |
| 10/25/22 3:21 AM | Withdrawal | USDT | 1,800.00 | $1.00 | $1,799 | $3,088 |
| 10/26/22 10:44 AM | Withdrawal | USDT | 1,800.00 | $1.00 | $1,799 | $4,888 |
| 10/27/22 8:57 PM | Withdrawal | SOL | 14.99 | $19.73 | $296 | $5,184 |
| 10/28/22 9:07 AM | Deposit | SOL | (13.00) | $30.81 | ($401) | $4,783 |
| 10/28/22 12:23 PM | Withdrawal | SOL | 2.00 | $19.73 | $39 | $4,822 |
| 10/30/22 3:34 AM | Withdrawal | USDT | 1,486.00 | $1.00 | $1,486 | $6,308 |
| 11/1/22 4:06 AM | Deposit | USDT | (2,782.80) | $1.00 | ($2,782) | $3,526 |
| 11/1/22 11:35 AM | Withdrawal | USDT | 1,800.00 | $1.00 | $1,799 | $5,325 |
| 11/1/22 12:00 PM | Deposit | SOL | (7.00) | $32.47 | ($227) | $5,098 |
| 11/1/22 12:12 PM | Deposit | SOL | (6.00) | $32.56 | ($195) | $4,903 |
| 11/1/22 3:52 PM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $4,903 |
| 11/6/22 9:13 AM | Withdrawal | USDT | 782.80 | $1.00 | $783 | $5,685 |
| 11/6/22 9:33 AM | Withdrawal | SOL | 54.52 | $19.73 | $1,076 | $6,761 |
| 11/6/22 9:36 AM | Withdrawal | BUSD | 2,164.61 | $1.00 | $2,164 | $8,925 |
| 11/6/22 9:39 AM | Withdrawal | USDT | 907.00 | $1.00 | $907 | $9,831 |
| 11/6/22 9:48 AM | Withdrawal | BUSD | 164.30 | $1.00 | $164 | $9,996 |
| 11/7/22 9:21 AM | Deposit | USDT | (2,236.00) | $1.00 | ($2,236) | $7,760 |
| 11/7/22 10:44 AM | Withdrawal | USDT | 2,236.00 | $1.00 | $2,235 | $9,995 |
| 11/9/22 5:17 AM | Deposit | TRX | (0.000007) | $0.06 | $0 | $9,995 |
| | | | | **Estimated Preference Exposure** | | **$9,995** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-6

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF DARREN WONG (ACCOUNT NO. -9880)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/17/22 1:18 AM | Withdrawal | USDC | 7,700.00 | $1.00 | $7,700 | $7,700 |
| 8/18/22 10:40 PM | Deposit | USDC | (4,500.00) | $1.00 | ($4,500) | $3,200 |
| 8/29/22 6:46 AM | Deposit | RAY | (85,530.82) | $0.63 | ($54,295) | $0 |
| 9/24/22 5:21 PM | Deposit | RAY | (82,363.01) | $0.58 | ($47,548) | $0 |
| 10/6/22 6:20 PM | Deposit | RAY | (34,845.89) | $0.56 | ($19,618) | $0 |
| 11/7/22 2:47 AM | Withdrawal | RAY | 111,420.52 | $0.17 | $18,903 | $18,903 |
| | | | | **Estimated Preference Exposure** | | **$18,903** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-7

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF MATTHEW BURGESS (ACCOUNT NO. -1926)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/15/22 3:02 AM | Withdrawal | AUD | 3,500.00 | $0.65 | $2,267 | $2,267 |
| 8/31/22 6:57 PM | Withdrawal | AUD | 3,500.00 | $0.65 | $2,267 | $4,534 |
| 9/3/22 7:03 AM | Withdrawal | BTC | 0.000679 | $25,931.29 | $18 | $4,552 |
| 9/7/22 2:28 AM | Withdrawal | BTC | 0.001 | $25,931.29 | $26 | $4,578 |
| 9/7/22 4:08 AM | Withdrawal | BTC | 0.05 | $25,931.29 | $1,421 | $5,999 |
| 9/8/22 8:34 PM | Withdrawal | AUD | 3,000.00 | $0.65 | $1,943 | $7,942 |
| 9/12/22 9:22 AM | Withdrawal | BTC | 0.002437 | $25,931.29 | $63 | $8,005 |
| 9/21/22 10:12 PM | Withdrawal | AUD | 3,000.00 | $0.65 | $1,943 | $9,948 |
| 9/28/22 8:52 PM | Withdrawal | AUD | 18,000.00 | $0.65 | $11,659 | $21,607 |
| 10/1/22 5:36 AM | Withdrawal | AUD | 3,500.00 | $0.65 | $2,267 | $23,874 |
| 10/8/22 6:46 PM | Withdrawal | AUD | 3,500.00 | $0.65 | $2,267 | $26,141 |
| 10/10/22 3:27 AM | Withdrawal | BTC | 0.002729 | $25,931.29 | $71 | $26,212 |
| 10/26/22 3:15 PM | Withdrawal | AUD | 2,200.00 | $0.65 | $1,425 | $27,637 |
| 10/29/22 5:06 PM | Withdrawal | BTC | 0.001645 | $25,931.29 | $43 | $27,679 |
| 10/30/22 5:08 PM | Withdrawal | BTC | 0.03 | $25,931.29 | $702 | $28,381 |
| 11/7/22 1:46 AM | Withdrawal | USDC | 10.00 | $1.00 | $10 | $28,391 |
| 11/7/22 4:25 AM | Withdrawal | AUD | 5,000.00 | $0.65 | $3,239 | $31,630 |
| 11/7/22 5:31 AM | Withdrawal | USDC | 115,000.00 | $1.00 | $115,000 | $146,629 |
| 11/8/22 10:29 AM | Withdrawal | AUD | 2,700.00 | $0.65 | $1,749 | $148,378 |
| 11/8/22 10:44 AM | Withdrawal | AUD | 24,508.00 | $0.65 | $15,874 | $164,252 |
| | | | | | **Estimated Preference Exposure** | **$164,252** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

# EXHIBIT D-8

## ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTED IN THE NAME OF LESLEY BURGESS (ACCOUNT NO. -9241)

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 9/26/22 2:13 AM | Withdrawal | AUD | 27,485.00 | $0.65 | $17,802 | $17,802 |
| 11/7/22 3:24 AM | Withdrawal | USDC | 10.00 | $1.00 | $10 | $17,812 |
| 11/7/22 3:10 PM | Withdrawal | USDC | 1,410,885.00 | $1.00 | $1,410,882 | $1,428,695 |
| 11/8/22 10:40 AM | Withdrawal | AUD | 281,312.00 | $0.65 | $182,210 | $1,610,905 |
| | | | | | **Estimated Preference Exposure** | **$1,610,905** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.

**EXHIBIT D-9**

**ACTIVITY DURING PREFERENCE PERIOD OF FTX.COM ACCOUNT REGISTERED IN THE NAME OF BDK CONSULTING (ACCOUNT NO. -8909)**

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 8/23/22 4:14 AM | Withdrawal | USDT | 100.00 | $1.00 | $100 | $100 |
| 8/23/22 4:24 AM | Withdrawal | USDT | 50,000.00 | $1.00 | $49,986 | $50,085 |
| 8/25/22 4:53 AM | Withdrawal | USDT | 100.00 | $1.00 | $100 | $50,185 |
| 8/25/22 5:01 AM | Withdrawal | USDT | 50,000.00 | $1.00 | $49,986 | $100,171 |
| 9/2/22 4:01 AM | Withdrawal | USDT | 1,000.00 | $1.00 | $1,000 | $101,171 |
| 9/2/22 4:05 AM | Withdrawal | USDT | 50,000.00 | $1.00 | $49,986 | $151,156 |
| 9/2/22 4:14 AM | Withdrawal | USDT | 49,500.00 | $1.00 | $49,486 | $200,642 |
| 9/2/22 4:18 AM | Withdrawal | USDT | 49,500.00 | $1.00 | $49,486 | $250,127 |
| 9/4/22 9:28 PM | Withdrawal | USDT | 25,000.00 | $1.00 | $24,993 | $275,120 |
| 9/4/22 11:00 PM | Withdrawal | USDT | 800,000.00 | $1.00 | $799,768 | $1,074,888 |
| 9/22/22 7:20 AM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,074,910 |
| 9/22/22 7:37 AM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,074,932 |
| 9/22/22 7:49 AM | Withdrawal | BNB | 1.00 | $216.64 | $217 | $1,075,148 |
| 9/26/22 12:05 AM | Withdrawal | BNB | 1.00 | $216.64 | $217 | $1,075,365 |
| 9/26/22 12:14 AM | Withdrawal | BNB | 3.00 | $216.64 | $650 | $1,076,015 |
| 9/27/22 11:12 PM | Withdrawal | BNB | 3.00 | $216.64 | $650 | $1,076,665 |
| 9/30/22 8:49 AM | Withdrawal | BNB | 1.01 | $216.64 | $219 | $1,076,883 |
| 10/3/22 3:50 AM | Withdrawal | BNB | 1.07 | $216.64 | $232 | $1,077,115 |
| 10/3/22 3:51 AM | Withdrawal | BNB | 1.07 | $216.64 | $232 | $1,077,347 |
| 10/3/22 12:10 PM | Withdrawal | BNB | 0.21 | $216.64 | $45 | $1,077,393 |
| 10/3/22 5:29 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,077,501 |
| 10/3/22 8:26 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,077,609 |
| 10/4/22 1:08 AM | Withdrawal | BNB | 0.51 | $216.64 | $110 | $1,077,720 |
| 10/4/22 3:44 AM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,077,828 |
| 10/4/22 5:17 AM | Withdrawal | BNB | 0.51 | $216.64 | $110 | $1,077,938 |
| 10/4/22 10:00 AM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,047 |
| 10/4/22 1:11 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,155 |
| 10/4/22 5:04 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,263 |
| 10/4/22 11:18 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,372 |
| 10/5/22 5:18 AM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,480 |
| 10/5/22 10:02 AM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,588 |
| 10/5/22 12:50 PM | Withdrawal | BNB | 0.50 | $216.64 | $108 | $1,078,697 |
| 10/5/22 10:19 PM | Withdrawal | BNB | 1.68 | $216.64 | $364 | $1,079,061 |
| 10/5/22 10:31 PM | Withdrawal | BNB | 5.01 | $216.64 | $1,085 | $1,080,146 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/5/22 10:41 PM | Withdrawal | BNB | 99.66 | $216.64 | $21,590 | $1,101,736 |
| 10/6/22 1:38 AM | Withdrawal | BNB | 102.95 | $216.64 | $22,303 | $1,124,039 |
| 10/6/22 1:41 AM | Withdrawal | BNB | 50.00 | $216.64 | $10,832 | $1,134,871 |
| 10/6/22 1:59 AM | Withdrawal | BNB | 15.33 | $216.64 | $3,321 | $1,138,192 |
| 10/10/22 11:17 PM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,138,213 |
| 10/12/22 4:25 AM | Withdrawal | BNB | 1.09 | $216.64 | $236 | $1,138,450 |
| 10/12/22 4:29 AM | Withdrawal | BNB | 0.84 | $216.64 | $182 | $1,138,632 |
| 10/14/22 5:29 AM | Withdrawal | BNB | 0.32 | $216.64 | $69 | $1,138,701 |
| 10/19/22 8:43 PM | Withdrawal | BNB | 10.00 | $216.64 | $2,166 | $1,140,867 |
| 10/21/22 1:59 AM | Withdrawal | USDT | 10.00 | $1.00 | $10 | $1,140,877 |
| 10/23/22 10:06 PM | Withdrawal | BNB | 7.61 | $216.64 | $1,649 | $1,142,526 |
| 10/23/22 11:50 PM | Withdrawal | AVAX | 2.50 | $9.98 | $25 | $1,142,551 |
| 10/24/22 2:58 AM | Withdrawal | BTC | 0.0006 | $25,931.29 | $16 | $1,142,566 |
| 10/24/22 3:10 AM | Withdrawal | BUSD | 12.00 | $1.00 | $12 | $1,142,578 |
| 10/24/22 3:17 AM | Withdrawal | ETH | 0.008 | $1,645.58 | $13 | $1,142,591 |
| 10/24/22 3:22 AM | Withdrawal | SOL | 0.42 | $19.73 | $8 | $1,142,600 |
| 10/24/22 3:22 AM | Withdrawal | TRX | 195.00 | $0.08 | $15 | $1,142,615 |
| 10/24/22 3:23 AM | Withdrawal | USDC | 12.00 | $1.00 | $12 | $1,142,627 |
| 10/24/22 3:27 AM | Withdrawal | USDT | 11.00 | $1.00 | $11 | $1,142,638 |
| 10/24/22 4:08 AM | Withdrawal | AVAX | 0.70 | $9.98 | $7 | $1,142,645 |
| 10/24/22 4:09 AM | Withdrawal | SOL | 0.42 | $19.73 | $8 | $1,142,653 |
| 10/24/22 4:09 AM | Withdrawal | TRX | 195.00 | $0.08 | $15 | $1,142,668 |
| 10/24/22 4:12 AM | Withdrawal | USDC | 12.00 | $1.00 | $12 | $1,142,680 |
| 10/24/22 4:14 AM | Withdrawal | USDT | 11.00 | $1.00 | $11 | $1,142,691 |
| 10/24/22 6:01 AM | Deposit | BUSD | (12.00) | $1.00 | ($12) | $1,142,679 |
| 10/24/22 6:59 AM | Deposit | BNB | (0.04) | $274.53 | ($11) | $1,142,668 |
| 10/24/22 7:00 AM | Deposit | AVAX | (0.69) | $16.06 | ($11) | $1,142,657 |
| 10/24/22 7:02 AM | Deposit | BTC | (0.000596) | $19,402.26 | ($12) | $1,142,645 |
| 10/24/22 7:03 AM | Deposit | BUSD | (12.00) | $1.00 | ($12) | $1,142,633 |
| 10/24/22 7:05 AM | Deposit | ETH | (0.007939) | $1,350.38 | ($11) | $1,142,623 |
| 10/24/22 7:07 AM | Deposit | SOL | (0.40) | $29.02 | ($12) | $1,142,611 |
| 10/24/22 7:11 AM | Deposit | TRX | (193.00) | $0.06 | ($12) | $1,142,599 |
| 10/24/22 7:11 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,142,599 |
| 10/24/22 7:14 AM | Deposit | USDT | (10.20) | $1.00 | ($10) | $1,142,589 |
| 10/24/22 7:17 AM | Deposit | TRX | (0.000003) | $0.06 | $0 | $1,142,589 |
| 10/24/22 7:21 AM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $1,142,589 |
| 10/24/22 7:22 AM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $1,142,589 |
| 10/25/22 3:25 AM | Deposit | USDC | (11.00) | $1.00 | ($11) | $1,142,578 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/25/22 4:05 AM | Deposit | USDT | (11.20) | $1.00 | ($11) | $1,142,567 |
| 10/25/22 4:07 AM | Deposit | TRX | (0.000009) | $0.06 | ($0) | $1,142,567 |
| 10/25/22 6:57 AM | Withdrawal | BNB | 0.04 | $216.64 | $9 | $1,142,575 |
| 10/25/22 8:19 AM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $1,142,575 |
| 10/25/22 4:38 PM | Withdrawal | BNB | 0.11 | $216.64 | $24 | $1,142,599 |
| 10/25/22 5:25 PM | Withdrawal | BNB | 0.11 | $216.64 | $24 | $1,142,623 |
| 10/25/22 5:56 PM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,142,645 |
| 10/25/22 6:15 PM | Withdrawal | BNB | 0.11 | $216.64 | $24 | $1,142,669 |
| 10/25/22 6:46 PM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,142,690 |
| 10/25/22 7:48 PM | Withdrawal | BNB | 0.11 | $216.64 | $24 | $1,142,714 |
| 10/25/22 9:07 PM | Withdrawal | BNB | 0.10 | $216.64 | $22 | $1,142,736 |
| 10/25/22 9:41 PM | Withdrawal | BNB | 0.06 | $216.64 | $13 | $1,142,749 |
| 10/25/22 10:15 PM | Withdrawal | BNB | 0.06 | $216.64 | $13 | $1,142,762 |
| 10/25/22 11:17 PM | Withdrawal | BNB | 5.00 | $216.64 | $1,083 | $1,143,845 |
| 10/26/22 4:30 AM | Withdrawal | TRX | 24,284.00 | $0.08 | $1,863 | $1,145,708 |
| 10/26/22 4:31 AM | Withdrawal | AVAX | 41.50 | $9.98 | $414 | $1,146,122 |
| 10/26/22 8:15 AM | Deposit | TRX | (0.000013) | $0.06 | ($0) | $1,146,122 |
| 10/26/22 10:42 PM | Deposit | TRX | (0.000016) | $0.06 | ($0) | $1,146,122 |
| 10/27/22 12:16 AM | Withdrawal | BUSD | 10,000.00 | $1.00 | $9,996 | $1,156,117 |
| 10/27/22 12:17 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,166,112 |
| 10/27/22 12:17 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,176,107 |
| 10/27/22 1:34 AM | Withdrawal | BUSD | 10,000.00 | $1.00 | $9,996 | $1,186,103 |
| 10/27/22 2:07 AM | Withdrawal | XRP | 25.00 | $0.51 | $13 | $1,186,116 |
| 10/27/22 4:45 AM | Withdrawal | XRP | 2,177.00 | $0.51 | $1,112 | $1,187,228 |
| 10/27/22 6:36 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,197,223 |
| 10/27/22 6:38 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,207,219 |
| 10/27/22 6:47 AM | Withdrawal | XRP | 25.00 | $0.51 | $13 | $1,207,232 |
| 10/27/22 7:02 AM | Withdrawal | USDT | 9,539.00 | $1.00 | $9,536 | $1,216,768 |
| 10/27/22 7:03 AM | Withdrawal | USDT | 23.00 | $1.00 | $23 | $1,216,791 |
| 10/27/22 7:03 AM | Deposit | USDT | (1,494.20) | $1.00 | ($1,494) | $1,215,297 |
| 10/27/22 7:04 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,215,297 |
| 10/27/22 7:07 AM | Deposit | USDT | (68.20) | $1.00 | ($68) | $1,215,229 |
| 10/27/22 7:13 AM | Deposit | USDT | (183.20) | $1.00 | ($183) | $1,215,045 |
| 10/27/22 7:18 AM | Deposit | USDT | (2,719.20) | $1.00 | ($2,719) | $1,212,326 |
| 10/27/22 7:19 AM | Withdrawal | USDT | 6,161.00 | $1.00 | $6,159 | $1,218,485 |
| 10/27/22 7:20 AM | Withdrawal | USDT | 8,283.00 | $1.00 | $8,281 | $1,226,766 |
| 10/27/22 7:24 AM | Deposit | USDT | (5,328.20) | $1.00 | ($5,329) | $1,221,437 |
| 10/27/22 7:26 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,231,432 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/27/22 7:42 AM | Withdrawal | XRP | 25.00 | $0.51 | $13 | $1,231,444 |
| 10/27/22 7:46 AM | Deposit | USDT | (17.20) | $1.00 | ($17) | $1,231,427 |
| 10/27/22 7:48 AM | Deposit | XRP | (47.80) | $0.47 | ($22) | $1,231,405 |
| 10/27/22 7:48 AM | Deposit | USDT | (24.20) | $1.00 | ($24) | $1,231,380 |
| 10/27/22 7:55 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,241,377 |
| 10/27/22 7:56 AM | Deposit | BUSD | (9,938.00) | $1.00 | ($9,937) | $1,231,440 |
| 10/27/22 8:16 AM | Deposit | USDT | (18,999.20) | $1.00 | ($19,002) | $1,212,438 |
| 10/27/22 8:36 AM | Deposit | USDT | (111.20) | $1.00 | ($111) | $1,212,327 |
| 10/27/22 8:40 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,222,322 |
| 10/27/22 8:50 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,232,318 |
| 10/27/22 8:51 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,242,314 |
| 10/27/22 8:58 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,242,314 |
| 10/27/22 8:58 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,242,314 |
| 10/27/22 8:59 AM | Deposit | USDT | (101.20) | $1.00 | ($101) | $1,242,213 |
| 10/27/22 9:00 AM | Deposit | USDT | (872.20) | $1.00 | ($872) | $1,241,341 |
| 10/27/22 9:00 AM | Deposit | USDT | (9,998.20) | $1.00 | ($10,000) | $1,231,341 |
| 10/27/22 9:02 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,241,336 |
| 10/27/22 9:03 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,251,332 |
| 10/27/22 9:08 AM | Deposit | USDT | (9,998.20) | $1.00 | ($10,000) | $1,241,332 |
| 10/27/22 9:14 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,251,327 |
| 10/27/22 9:21 AM | Withdrawal | USDT | 9,653.00 | $1.00 | $9,650 | $1,260,978 |
| 10/27/22 9:22 AM | Deposit | USDT | (702.20) | $1.00 | ($702) | $1,260,275 |
| 10/27/22 9:23 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,260,275 |
| 10/27/22 9:28 AM | Deposit | USDT | (9,091.20) | $1.00 | ($9,093) | $1,251,183 |
| 10/27/22 9:31 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,261,178 |
| 10/27/22 9:37 AM | Deposit | USDT | (100.20) | $1.00 | ($100) | $1,261,077 |
| 10/27/22 9:37 AM | Deposit | USDT | (112.20) | $1.00 | ($112) | $1,260,965 |
| 10/27/22 9:39 AM | Deposit | USDT | (9,998.20) | $1.00 | ($10,000) | $1,250,965 |
| 10/27/22 9:39 AM | Withdrawal | USDT | 7,615.00 | $1.00 | $7,613 | $1,258,578 |
| 10/27/22 9:41 AM | Deposit | USDT | (124.20) | $1.00 | ($124) | $1,258,454 |
| 10/27/22 9:42 AM | Withdrawal | USDT | 5,212.00 | $1.00 | $5,210 | $1,263,664 |
| 10/27/22 9:42 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,263,664 |
| 10/27/22 9:44 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,263,664 |
| 10/27/22 9:47 AM | Deposit | USDT | (1,587.20) | $1.00 | ($1,588) | $1,262,077 |
| 10/27/22 9:47 AM | Deposit | USDT | (457.20) | $1.00 | ($457) | $1,261,619 |
| 10/27/22 9:50 AM | Deposit | USDT | (3,099.20) | $1.00 | ($3,100) | $1,258,520 |
| 10/27/22 9:51 AM | Withdrawal | USDT | 2,850.00 | $1.00 | $2,849 | $1,261,369 |
| 10/27/22 9:53 AM | Withdrawal | USDT | 3,739.00 | $1.00 | $3,738 | $1,265,107 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/27/22 9:56 AM | Withdrawal | USDT | 9,194.00 | $1.00 | $9,191 | $1,274,298 |
| 10/27/22 9:57 AM | Deposit | USDT | (2,979.20) | $1.00 | ($2,980) | $1,271,319 |
| 10/27/22 9:58 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,281,314 |
| 10/27/22 10:03 AM | Deposit | USDT | (127.20) | $1.00 | ($127) | $1,281,186 |
| 10/27/22 10:05 AM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,271,187 |
| 10/27/22 10:08 AM | Deposit | USDT | (9,998.20) | $1.00 | ($10,000) | $1,261,187 |
| 10/27/22 10:10 AM | Deposit | USDT | (100.20) | $1.00 | ($100) | $1,261,087 |
| 10/27/22 10:10 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,271,082 |
| 10/27/22 10:12 AM | Deposit | USDT | (389.20) | $1.00 | ($389) | $1,270,693 |
| 10/27/22 10:20 AM | Withdrawal | USDT | 9,998.00 | $1.00 | $9,995 | $1,280,688 |
| 10/27/22 12:12 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,290,684 |
| 10/27/22 12:23 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,300,680 |
| 10/27/22 12:31 PM | Deposit | USDT | (9,944.20) | $1.00 | ($9,945) | $1,290,735 |
| 10/27/22 12:35 PM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,290,735 |
| 10/27/22 12:58 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,300,731 |
| 10/27/22 12:59 PM | Deposit | USDT | (102.20) | $1.00 | ($102) | $1,300,629 |
| 10/27/22 1:23 PM | Deposit | USDT | (5,114.20) | $1.00 | ($5,114) | $1,295,515 |
| 10/27/22 1:42 PM | Deposit | USDT | (9,997.20) | $1.00 | ($9,998) | $1,285,517 |
| 10/27/22 1:49 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,295,513 |
| 10/27/22 3:38 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,305,509 |
| 10/27/22 4:09 PM | Deposit | USDT | (4,221.20) | $1.00 | ($4,221) | $1,301,288 |
| 10/27/22 4:09 PM | Deposit | USDT | (1,997.20) | $1.00 | ($1,997) | $1,299,291 |
| 10/27/22 4:12 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,309,287 |
| 10/27/22 4:24 PM | Withdrawal | XRP | 2,142.00 | $0.51 | $1,094 | $1,310,381 |
| 10/27/22 4:28 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,300,383 |
| 10/27/22 4:31 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,290,383 |
| 10/27/22 4:32 PM | Withdrawal | USDT | 10,000.00 | $1.00 | $9,997 | $1,300,380 |
| 10/27/22 4:38 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,310,377 |
| 10/27/22 4:38 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,300,378 |
| 10/27/22 4:45 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,310,374 |
| 10/27/22 7:57 PM | Withdrawal | XRP | 2,019.00 | $0.51 | $1,031 | $1,311,405 |
| 10/27/22 7:58 PM | Deposit | USDT | (104.20) | $1.00 | ($104) | $1,311,301 |
| 10/27/22 8:02 PM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,311,301 |
| 10/27/22 8:04 PM | Deposit | USDT | (120.20) | $1.00 | ($120) | $1,311,181 |
| 10/27/22 8:09 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,998) | $1,301,182 |
| 10/27/22 8:13 PM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,311,178 |
| 10/27/22 8:36 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,301,180 |
| 10/27/22 8:37 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,291,181 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/27/22 8:37 PM | Deposit | USDT | (5,473.20) | $1.00 | ($5,473) | $1,285,708 |
| 10/27/22 8:42 PM | Deposit | USDT | (2,481.20) | $1.00 | ($2,481) | $1,283,226 |
| 10/27/22 8:47 PM | Deposit | USDT | (8,779.20) | $1.00 | ($8,780) | $1,274,446 |
| 10/27/22 9:08 PM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,264,448 |
| 10/27/22 9:33 PM | Deposit | USDT | (112.20) | $1.00 | ($112) | $1,264,336 |
| 10/27/22 9:43 PM | Deposit | USDT | (277.20) | $1.00 | ($277) | $1,264,059 |
| 10/27/22 9:46 PM | Deposit | USDT | (216.20) | $1.00 | ($216) | $1,263,842 |
| 10/27/22 9:52 PM | Deposit | USDT | (155.20) | $1.00 | ($155) | $1,263,687 |
| 10/27/22 10:08 PM | Deposit | USDT | (104.20) | $1.00 | ($104) | $1,263,583 |
| 10/27/22 10:13 PM | Deposit | USDT | (541.20) | $1.00 | ($541) | $1,263,042 |
| 10/27/22 10:14 PM | Deposit | USDT | (283.20) | $1.00 | ($283) | $1,262,758 |
| 10/27/22 10:18 PM | Deposit | USDT | (166.20) | $1.00 | ($166) | $1,262,592 |
| 10/27/22 10:20 PM | Deposit | USDT | (3,206.20) | $1.00 | ($3,207) | $1,259,385 |
| 10/27/22 10:20 PM | Deposit | USDT | (168.20) | $1.00 | ($168) | $1,259,217 |
| 10/27/22 10:24 PM | Deposit | USDT | (123.20) | $1.00 | ($123) | $1,259,094 |
| 10/27/22 11:46 PM | Deposit | TRX | (0.000015) | $0.06 | ($0) | $1,259,094 |
| 10/28/22 12:14 AM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,249,095 |
| 10/28/22 12:15 AM | Deposit | USDT | (9,998.20) | $1.00 | ($9,999) | $1,239,097 |
| 10/28/22 12:16 AM | Deposit | USDT | (2,494.20) | $1.00 | ($2,494) | $1,236,602 |
| 10/28/22 12:21 AM | Deposit | USDT | (3,365.20) | $1.00 | ($3,365) | $1,233,237 |
| 10/28/22 12:23 AM | Deposit | USDT | (2,494.20) | $1.00 | ($2,494) | $1,230,743 |
| 10/28/22 2:32 AM | Withdrawal | BNB | 5.00 | $216.64 | $1,083 | $1,231,826 |
| 10/28/22 2:36 AM | Deposit | USDT | (19,999.20) | $1.00 | ($20,001) | $1,211,825 |
| 10/28/22 2:37 AM | Withdrawal | BNB | 5.00 | $216.64 | $1,083 | $1,212,908 |
| 10/28/22 3:34 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,222,904 |
| 10/28/22 3:40 AM | Withdrawal | USDT | 9,999.00 | $1.00 | $9,996 | $1,232,900 |
| 10/28/22 5:55 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,252,892 |
| 10/28/22 8:34 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,272,885 |
| 10/28/22 8:36 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,292,877 |
| 10/28/22 8:37 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,312,869 |
| 10/28/22 8:40 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,332,861 |
| 10/28/22 8:41 AM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,352,853 |
| 10/28/22 9:28 AM | Deposit | USDT | (14,924.20) | $1.00 | ($14,927) | $1,337,926 |
| 10/28/22 9:28 AM | Deposit | USDT | (19,997.20) | $1.00 | ($20,001) | $1,317,925 |
| 10/28/22 9:29 AM | Deposit | USDT | (19,997.20) | $1.00 | ($20,001) | $1,297,924 |
| 10/28/22 9:33 AM | Deposit | USDT | (19,997.20) | $1.00 | ($20,000) | $1,277,923 |
| 10/28/22 9:38 AM | Deposit | USDT | (12,129.20) | $1.00 | ($12,132) | $1,265,792 |
| 10/28/22 9:54 AM | Deposit | USDT | (13,937.20) | $1.00 | ($13,940) | $1,251,852 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/28/22 10:01 AM | Deposit | USDT | (11,431.20) | $1.00 | ($11,433) | $1,240,419 |
| 10/28/22 10:07 AM | Deposit | USDT | (18,756.20) | $1.00 | ($18,760) | $1,221,659 |
| 10/28/22 12:20 PM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,241,651 |
| 10/28/22 12:31 PM | Deposit | USDT | (18,885.20) | $1.00 | ($18,888) | $1,222,763 |
| 10/28/22 12:47 PM | Withdrawal | USDT | 19,998.00 | $1.00 | $19,992 | $1,242,755 |
| 10/28/22 12:48 PM | Withdrawal | USDT | 19,997.00 | $1.00 | $19,991 | $1,262,746 |
| 10/28/22 12:59 PM | Deposit | USDT | (11,559.20) | $1.00 | ($11,562) | $1,251,185 |
| 10/28/22 1:20 PM | Deposit | TRX | (0.000011) | $0.06 | ($0) | $1,251,185 |
| 10/28/22 1:23 PM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,251,185 |
| 10/28/22 1:30 PM | Withdrawal | USDT | 19,997.00 | $1.00 | $19,991 | $1,271,176 |
| 10/28/22 3:58 PM | Withdrawal | USDT | 19,997.00 | $1.00 | $19,991 | $1,291,167 |
| 10/28/22 4:07 PM | Deposit | USDT | (19,544.20) | $1.00 | ($19,548) | $1,271,619 |
| 10/28/22 4:10 PM | Withdrawal | USDT | 19,997.00 | $1.00 | $19,991 | $1,291,611 |
| 10/28/22 4:21 PM | Withdrawal | USDT | 19,996.00 | $1.00 | $19,990 | $1,311,601 |
| 10/28/22 8:18 PM | Withdrawal | USDT | 18,593.00 | $1.00 | $18,588 | $1,330,188 |
| 10/28/22 8:49 PM | Deposit | USDT | (10,331.20) | $1.00 | ($10,334) | $1,319,855 |
| 10/29/22 1:31 AM | Withdrawal | USDT | 19,996.00 | $1.00 | $19,990 | $1,339,845 |
| 10/29/22 1:32 AM | Withdrawal | SOL | 33.31 | $19.73 | $657 | $1,340,502 |
| 10/29/22 2:05 AM | Deposit | USDT | (17,554.20) | $1.00 | ($17,559) | $1,322,943 |
| 10/29/22 2:26 AM | Deposit | USDT | (10,478.20) | $1.00 | ($10,481) | $1,312,461 |
| 10/29/22 4:33 AM | Withdrawal | SOL | 35.52 | $19.73 | $701 | $1,313,162 |
| 10/29/22 4:36 AM | Deposit | USDT | (19,995.20) | $1.00 | ($20,001) | $1,293,161 |
| 10/29/22 6:29 AM | Deposit | USDT | (19,995.20) | $1.00 | ($20,001) | $1,273,160 |
| 10/29/22 9:21 AM | Withdrawal | USDT | 19,995.00 | $1.00 | $19,989 | $1,293,149 |
| 10/29/22 11:03 AM | Deposit | USDT | (11,610.20) | $1.00 | ($11,614) | $1,281,535 |
| 10/29/22 12:06 PM | Deposit | USDT | (14,750.20) | $1.00 | ($14,755) | $1,266,781 |
| 10/29/22 12:08 PM | Deposit | USDT | (10,356.20) | $1.00 | ($10,359) | $1,256,421 |
| 10/29/22 12:13 PM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,256,421 |
| 10/29/22 12:43 PM | Deposit | USDT | (19,993.20) | $1.00 | ($20,000) | $1,236,421 |
| 10/29/22 1:29 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,256,409 |
| 10/29/22 3:59 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,276,398 |
| 10/29/22 6:19 PM | Deposit | USDT | (12,005.20) | $1.00 | ($12,008) | $1,264,390 |
| 10/29/22 6:29 PM | Deposit | USDT | (11,075.20) | $1.00 | ($11,079) | $1,253,311 |
| 10/29/22 6:44 PM | Deposit | TRX | (0.000012) | $0.06 | ($0) | $1,253,311 |
| 10/30/22 1:32 AM | Deposit | USDT | (11,468.20) | $1.00 | ($11,471) | $1,241,840 |
| 10/30/22 1:53 AM | Deposit | USDT | (14,283.20) | $1.00 | ($14,287) | $1,227,552 |
| 10/30/22 3:54 AM | Deposit | USDT | (13,423.20) | $1.00 | ($13,426) | $1,214,126 |
| 10/30/22 11:06 AM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,234,115 |

| Date and Time (EST) | Transaction Type | Asset | Quantity | Price | Preference Exposure / Subsequent New Value | Total Preference Exposure |
|---|---|---|---|---|---|---|
| 10/30/22 12:55 PM | Deposit | USDT | (18,328.20) | $1.00 | ($18,332) | $1,215,782 |
| 10/30/22 1:01 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,235,770 |
| 10/30/22 2:40 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,255,759 |
| 10/30/22 4:33 PM | Deposit | USDT | (17,869.20) | $1.00 | ($17,875) | $1,237,884 |
| 10/30/22 5:16 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,257,872 |
| 10/30/22 8:13 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,277,860 |
| 10/30/22 10:00 PM | Deposit | USDT | (10,276.20) | $1.00 | ($10,278) | $1,267,582 |
| 10/30/22 10:20 PM | Withdrawal | USDT | 19,994.00 | $1.00 | $19,988 | $1,287,570 |
| 10/30/22 11:14 PM | Withdrawal | USDT | 19,995.00 | $1.00 | $19,989 | $1,307,559 |
| 10/31/22 12:14 AM | Deposit | USDT | (15,862.20) | $1.00 | ($15,865) | $1,291,694 |
| 10/31/22 3:25 AM | Deposit | USDT | (12,687.20) | $1.00 | ($12,690) | $1,279,004 |
| 10/31/22 5:28 AM | Deposit | USDT | (11,241.20) | $1.00 | ($11,242) | $1,267,761 |
| 10/31/22 6:01 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,267,761 |
| 10/31/22 6:02 AM | Deposit | USDT | (10,168.20) | $1.00 | ($10,169) | $1,257,592 |
| 10/31/22 6:07 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,257,592 |
| 10/31/22 6:18 AM | Deposit | USDT | (10,582.20) | $1.00 | ($10,583) | $1,247,009 |
| 10/31/22 7:17 AM | Deposit | USDT | (14,602.20) | $1.00 | ($14,602) | $1,232,407 |
| 10/31/22 8:47 AM | Deposit | USDT | (10,469.20) | $1.00 | ($10,469) | $1,221,937 |
| 11/2/22 3:51 AM | Withdrawal | USDT | 1.00 | $1.00 | $1 | $1,221,938 |
| 11/2/22 4:02 AM | Withdrawal | USDT | 6,000.00 | $1.00 | $5,998 | $1,227,937 |
| 11/3/22 4:24 AM | Deposit | USDT | (10,361.20) | $1.00 | ($10,360) | $1,217,577 |
| 11/3/22 10:42 PM | Deposit | RAY | (428,989.73) | $0.50 | ($213,189) | $1,004,388 |
| 11/4/22 7:18 AM | Deposit | TRX | (0.000001) | $0.06 | ($0) | $1,004,388 |
| 11/4/22 7:22 AM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $1,004,388 |
| 11/4/22 7:22 AM | Deposit | TRX | (0.000003) | $0.06 | ($0) | $1,004,388 |
| 11/4/22 7:22 AM | Deposit | TRX | (0.000006) | $0.06 | ($0) | $1,004,388 |
| 11/7/22 11:00 PM | Withdrawal | XRP | 3,048.00 | $0.51 | $1,557 | $1,005,945 |
| 11/7/22 11:12 PM | Withdrawal | XRP | 2,356.00 | $0.51 | $1,204 | $1,007,149 |
| 11/7/22 11:16 PM | Withdrawal | XRP | 2,389.00 | $0.51 | $1,220 | $1,008,369 |
| 11/8/22 1:59 AM | Deposit | USDT | (11,509.20) | $1.00 | ($11,513) | $996,856 |
| 11/8/22 2:31 AM | Withdrawal | FTT_WH | 1.00 | $3.15 | $3 | $996,860 |
| 11/8/22 3:23 PM | Deposit | TRX | (0.000015) | $0.06 | ($0) | $996,860 |
| 11/8/22 5:14 PM | Deposit | TRX | (0.000017) | $0.06 | ($0) | $996,860 |
| | | | | | **Estimated Preference Exposure** | **$996,860** |

1. Transaction Types included in analysis are withdrawals from FTX Exchange accounts (Preference Exposure) and deposits to FTX Exchange accounts (New Value).

2. USD values calculated using Coin Metrics reference rate minute-by-minute transaction time pricing for deposits, and August 31, 2023 pricing for withdrawals.