# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>             Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jane Kim, Esq. of Keller Benvenutti Kim LLP to represent Island Air Capital and Paul F. Aranha in this matter.

Dated:  September 21, 2023            */s/ Jamie L. Edmonson*
                                                              Jamie L. Edmonson (No. 4247)
                                                              ROBINSON & COLE LLP
                                                              1201 N. Market Street, Suite 1406
                                                              Wilmington, DE 19801
                                                              Tel: (302) 516-1700
                                                              Fax: (302) 516-1699
                                                              jedmonson@rc.com

                                                              *Attorneys for Island Air Capital and Paul F. Aranha*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "U.S. Debtors") and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated:  September 21, 2023

*/s/ Jane Kim*
Jane Kim, Esq.
**KELLER BENVENUTTI KIM LLP**
650 California St. #1900
San Francisco, California 94108
Email: jkim@kbkllp.com

### **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.