# EXHIBIT 1

# AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ 1 and OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

| REGISTRATION NUMBER | T7-LAM |
|---|---|

**AIRCRAFT MANUFACTURER & MODEL**
Bombardier DB-700-1A10

**AIRCRAFT SERIAL No.**
9295

DOES THIS 9th DAY OF March , 2022 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Island Air Capital
P.O. BOX SP-64181
Island House, East Atlantic Drive, Freeport, Grand Bahama
The Commonwealth of the Bahamas

DEALER CERTIFICATE NUMBER

AND TO EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF    HAVE SET    HAND AND SEAL THIS 9th    DAY OF March 2022

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| Carolina Corporate Jets, Inc | DocuSigned by: *tony ryan* F57763050E414E9... | Tony Ryan - President |
| | | |
| | | |
| | | |

**ACKNOWLEDGMENT** (NOT REQUIRED FOR PURPOSES OF RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL:**