# EXHIBIT 2



**CIVIL AVIATION AUTHORITY BAHAMAS**

Certificate No: **22-001609 586**

# CERTIFICATE OF REGISTRATION

| Nationality & registration: | Manufacturer & designation: | Aircraft Serial Number: |
|---|---|---|
| C6-SPR | BOMBARDIER    GL5T | 9295 |

**Name & Address of Owner:** ISLAND AIR CAPITAL LTD.

ISLAND HOUSE, EAST ATLANTIC DRIVE, FREEPORT, BAHAMAS.

It is hereby certified that the above described aircraft has been duly entered on the Civil Aircraft Register of The Bahamas in accordance with the Convention on International Civil Aviation dated 7 December 1944 and with The Bahamas **Civil Aviation Regulations CAR REG.020**

**Date of Issue:**
22-Apr-2022

Director General, Civil Aviation Authority Bahamas:

*Mr. Alexander B. Ferguson*

**Date of Expiry:**
30-Apr-2025

**REGISTRATION NOT TRANSFERABLE**
TO BE CARRIED IN AIRCRAFT WHENEVER OPERATED