# EXHIBIT 6

| | | |
|---|---|---|
|  CIVIL AVIATION AUTHORITY BAHAMAS **CERTIFICATE OF DEREGISTRATION** | | Certificate No: 22-005626 Aircraft file No. 586 |
| Nationality & registration C6- SPR | Manufacturer & Designation BOMBARDIER GL5T | Aircraft Serial No. 9295 |
| Issue to ISLAND AIR CAPITAL LTD | | |
| Basis of Registration. Ownership of aircraft | | |
| Address of certificate holder. ISLAND HOUSE, EAST ATLANTIC DR. FREEPORT, GRAND BAHAMA | | |
| Name and contact information of owner, if different from certificate holder: | | |
| It is hereby certified that the above described aircraft has been duly removed from the Civil Aircraft Register of The Bahamas on 28-Nov-2022 and the Certificate of Registration has been cancelled. | | |
| Date of Issue 28-Nov-2022 | *(signature)* | Digitally signed by Gregory Edwards Date: 2022.11.28 15:44:21 -05'00' |