# EXHIBIT 7

| UNITED STATES OF AMERICA | OMB Control No. 2120-0042 |
| --- | --- |
| U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION | Exp. 11/30/2014 |

**AIRCRAFT BILL OF SALE**

FOR AND IN CONSIDERATION OF $ 1.00 + OVC THE UNDERSIGNED OWNER(S) OF THE FULL    LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

| UNITED STATES REGISTRATION NUMBER | **N** |
| --- | --- |

**AIRCRAFT MANUFACTURER & MODEL**
BOMBARDIER INC. BD-700-1A11

**AIRCRAFT SERIAL No.**
9295

DOES THIS           DAY OF    December , 2022
HEREBY SELL, GRANT, TRANSFER AND
DELIVER ALL RIGHTS, TITLE, AND INTERESTS
IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

CAPITAL PEAK AVIATION LLC
11884 CATTLE LN.
PARKER, CO 80134-3065 US

DEALER CERTIFICATE NUMBER

AND TO    its successors    EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF    I    HAVE SET    my    HAND AND SEAL THIS           DAY OF Dec., 2022

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
| --- | --- | --- |
| Island Air Capital Ltd. | Digitally signed by PAUL FRANCIS ARANHA id.VkSW0HXqIoE9IlAI2DGhPRA53shS | President |
| (Foreign Seller) | | |
| | | |
| | | |

**ACKNOWLEDGMENT** (NOT REQUIRED FOR PURPOSES OF FAA RECORDING:  HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL: TO FAA:**

AC Form 8050-2 (01/12) (NSN 0052-00-629-0003)