# EXHIBIT 10

**REGISTRATION NOT TRANSFERABLE**

| UNITED STATES OF AMERICA<br>DEPARTMENT OF TRANSPORTATION – FEDERAL AVIATION ADMINISTRATION<br>CERTIFICATE OF AIRCRAFT REGISTRATION | This certificate must be in the aircraft when operated. |
|---|---|

| NATIONALITY AND REGISTRATION MARKS **N** 410AT | AIRCRAFT SERIAL NO. 9295 |
|---|---|

MANUFACTURER AND MANUFACTURER'S DESIGNATION OF AIRCRAFT
BOMBARDIER INC        BD-700-1A11

ICAO Aircraft Address Code:   51152062

ISSUED TO

CAPITAL PEAK AVIATION LLC
11884 CATTLE LN
PARKER CO 80134-3065

LLC

This certificate is issued for registration purposes only and is not a certificate of title. The Federal Aviation Administration does not determine rights of ownership as between private persons.

It is certified that the above described aircraft has been entered on the register of the Federal Aviation Administration, United States of America, in accordance with the Convention on International Civil Aviation dated December 7, 1944, and with Title 49, United States Code, and regulations issued thereunder.

DATE OF ISSUE    December 16, 2022
EXPIRATION DATE  December 31, 2025

ACTING ADMINISTRATOR

U.S. Department of Transportation
Federal Aviation Administration

AC Form 8050-3 (10/2019) Supersedes previous editions

---

U.S. Department of Transportation
**Federal Aviation Administration**

Civil Aviation Registry
P.O. Box 25504
Oklahoma City, OK 73125-0504

**Official Business**
**Penalty for Private Use $300**

AC Form 8050-3 (10/2010) Supersedes previous edition        410AT

**TO:**  CAPITAL PEAK AVIATION LLC
             11884 CATTLE LN
             PARKER CO 80134-3065

## EFFECT OF REGISTRATION

Title 49 U. S. C. 44103(c)(2) provides: "A certificate of registration issued under this section is not evidence of ownership of aircraft in a proceeding in which ownership is or may be in issue." THIS CERTIFICATE MUST BE SIGNED AND RETURNED BY THE REGISTERED OWNER WITHIN 21 DAYS WHEN IT IS NO LONGER IN EFFECT FOR ANY REASON UNDER 14 C.F.R. 47.41(a)(1) through (7). Registration is canceled at the request of the owner for one of the following reasons: (Must check and/or complete Block a,b,c,d or e.)

a. ☐ The aircraft is totally destroyed or scrapped.

b. ☐ United States citizenship has been lost, or the owner's status as a resident alien has changed (unless changed to that of a U.S. citizen).

c. ☐ Thirty days have elapsed since the death of the registered owner (estate representative should sign).

d. ☐ The aircraft is to be registered under the laws of a foreign country:

_____
(NAME OF FOREIGN COUNTRY)

e. ☐ The ownership of the aircraft is transferred to:

_____
(NAME)

_____
(ADDRESS)

_____
(CITY, STATE, ZIP)

_____  _____  _____
(SIGNATURE)                (TITLE)                   (DATE)

This certificate must be returned to:
AIRCRAFT REGISTRATION BRANCH, P.O. BOX 25504, OKLAHOMA CITY, OKLAHOMA 73125-0504

## RETAIN THIS INFORMATION FOR FUTURE REFERENCE

### CHANGE OF ADDRESS

Federal Aviation Regulations require that the registered owner of the aircraft shall report in writing within 30 days any change in permanent mailing address. A revised Certificate of Registration will be issued without charge. The Application for Registration AC Form 8050-1 may be used to report a change of address.

### REPLACEMENT OF CERTIFICATE

If this certificate is lost, destroyed, or mutilated, a replacement may be obtained at the written request of the holder. Send your request and $2.00 replacement fee (check or money order made payable to the Federal Aviation Administration) to:

Aircraft Registration Branch
P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504

NOTE: All correspondence should include the registration N-Number, manufacturer, model, and serial number of the aircraft.

To offer your feedback regarding the aircraft registration process, please visit our website at http://registry.faa.gov/arcert/