# EXHIBIT 11

# Sharon Frase

**Subject:**       FW: AC 9295 - TERMINATION WARNING FOR OVERDUE CORPORATECARE(R) CONTRACT

---------- Forwarded message ---------
From: **Abbasov, Parviz** <Parviz.Abbasov@rolls-royce.com>
Date: Mon, Aug 21, 2023 at 1:19 PM
Subject: AC 9295 - TERMINATION WARNING FOR OVERDUE CORPORATECARE® CONTRACT
To: ewen@tia.aero <ewen@tia.aero>, paularanha@gmail.com <paularanha@gmail.com>, sharon@tia.aero <sharon@tia.aero>, rhea@tia.aero <rhea@tia.aero>, lex@tia.aero <lex@tia.aero>
CC: Rolls-Royce Care CLEAdmin <Rolls-RoyceCareCLEAdmin@rolls-royce.com>, CustomerSupport <CustomerSupport@rolls-royce.com>, Corporate Aircraft EHM (CorporateAircraftCorrespondence@ds-s.com) <CorporateAircraftCorrespondence@ds-s.com>, RRNA Corp <rrnacorp@rolls-royce.com>, Foor, Keith <Keith.Foor@rolls-royce.com>, Cesar Martins, Julio <Julio.Martins@rolls-royce.com>, Richardson, Diane <Diane.Richardson@rolls-royce.com>, Tracy, Paul <Paul.Tracy@rolls-royce.com>


Dear Sir / Madam,

Unfortunately despite extensive efforts by Rolls-Royce, your CorporateCare® account is still showing overdue. Please be advised that the account will be terminated with immediate effect if the payment is not made current within 7 calendar days of this warning.

In the event of termination of the CorporateCare ® Contract (the 'Agreement'), Rolls-Royce will charge a termination fee in accordance with Clause C5.3.1 of the Agreement in the amount already quoted in the Suspension Letter along with a recalculated late payment charge up to the date of termination.

Please note that Customer remains obligated to pay **ALL** outstanding amounts in accordance with the Agreement.

Please ensure payment is issued to the corresponding Rolls-Royce bank account or by paying on the CorporateCare® Portal.

If you have already released the payment, please provide Rolls-Royce (EFSC AR RRD Remittance Advice RRD.Remittance.Advice@Rolls-Royce.com)  with a copy of the bank transfer to allow the payment to be allocated in a timely matter.

Should you have any questions, please do not hesitate to contact us or your RCM (Regional Customer Manager) by referring to this email and we will come back to you as soon as possible.

For and on behalf of Rolls-Royce Deutschland Ltd & Co KG.

CorporateCare* Portal Website
https://corporatecare.rolls-royce.com/


Best Regards,

**Parviz Abbasov**

Asst. Commercial Manager, Business Aviation

Parviz.Abbasov@rolls-royce.com

**M** +1 703-826-3206

Rolls-Royce North America Inc.,

1900 Reston Metro Plaza, Reston, VA 20190



---

**From:** Abbasov, Parviz
**Sent:** Monday, June 26, 2023 12:24 PM
**To:** ewen@tia.aero; paularanha@gmail.com; sharon@tia.aero; rhea@tia.aero
**Cc:** Rolls-Royce Care CLEAdmin <Rolls-RoyceCareCLEAdmin@Rolls-Royce.com>; CustomerSupport <CustomerSupport@Rolls-Royce.com>; Corporate Aircraft EHM (CorporateAircraftCorrespondence@ds-s.com) <CorporateAircraftCorrespondence@ds-s.com>; RRNA Corp <rrnacorp@Rolls-Royce.com>; Foor, Keith <Keith.Foor@Rolls-Royce.com>; Cesar Martins, Julio <Julio.Martins@Rolls-Royce.com>; Richardson, Diane <Diane.Richardson@Rolls-Royce.com>
**Subject:** Suspension of CorporateCare: AC 9295
**Importance:** High


Dear CorporateCare® Customer,


We regret to advise that in accordance with your CorporateCare contract we have to suspend your CorporateCare contract for AC 9295.


Please note that as of now there are no further services provided. Enclosed you will find the suspension letter, late payment charge invoice and below is a Statement of Account.

| Doc. Date  | Net due dt | Amount in DC | Curr. | DD | Text |
|---|---|---|---|---|---|
| 06/01/2023 | 06/30/2023 | 60,470.67 | USD |  | Fixed Price July 2023 |
| 05/02/2023 | 05/31/2023 | 60,470.67 | USD |  | Fixed Price June 2023 10.5 Card in Kanban |
| 04/03/2023 | 04/30/2023 | 60,470.67 | USD |  | Fixed Price May 2023 10.5 Card in Kanban |
| 03/01/2023 | 03/31/2023 | 60,470.67 | USD |  | Fixed Price April 2023 10.5 Card in Kanban |
| 02/01/2023 | 02/28/2023 | 60,470.67 | USD |  | Fixed Price March 2023 10.5 Card in Kanban |
| 01/03/2023 | 01/31/2023 | 60,470.67 | USD |  | Fixed Price Feb 2023 10.5 Card in Kanban |
|  |  | 362,824.02 | USD |  |  |

Immediate payment can be made via the Customer Portal.

Please, do not hesitate to contact me, should you have any questions.

Best Regards,

**Parviz Abbasov**

Asst. Commercial Manager, Business Aviation

Parviz.Abbasov@rolls-royce.com

M +1 703-826-3206

Rolls-Royce North America Inc.,

1900 Reston Metro Plaza, Reston, VA 20190



Private - Rolls-Royce Content Only - Not Subject to Export Control

This e-mail (including attachments) contains contents owned by Rolls-Royce plc and its subsidiaries, affiliated companies or customers and covered by the laws of England and Wales, Brazil, US, or Canada (federal, state or provincial). The information contained in this email is intended to be confidential, may be legally privileged and subject to export controls which may restrict the access to and transfer of the information. If you are not the intended recipient, you are

hereby notified that any retention, dissemination, distribution, interception or copying of this communication is strictly prohibited and may subject you to further legal action. Reply to the sender if you received this email by accident, and then delete the email and any attachments.
--
Best,

Paul



**Paul Francis Aranha**

President | Director Operations

Trans Island Airways

 242-427-8888

 paularanha@gmail.com

 www.transislandairways.com

 Nassau International Airport, Nassau, Bahamas



4