# EXHIBIT 2



**CIVIL AVIATION AUTHORITY OF THE BAHAMAS**

Certificate No: **22-001609 586**

# CERTIFICATE OF REGISTRATION

| Nationality & registration: | Manufacturer & designation: | Aircraft Serial Number: |
|---|---|---|
| C6-SPR | BOMBARDIER GL5T | 9295 |

**Name & Address of Owner:** ISLAND AIR CAPITAL LTD.

ISLAND HOUSE, EAST ATLANTIC DRIVE, FREEPORT, BAHAMAS.

*It is hereby certified that the above described aircraft has been duly entered on the Civil Aircraft Register of The Bahamas in accordance with the Convention on International Civil Aviation dated 7 December 1944 and with The Bahamas* **Civil Aviation Regulations CAR REG.020**

Date of Issue: **22-Apr-2022**

Director General, Civil Aviation Authority Bahamas:

Mr. Alexander B. Ferguson

Date of Expiry: **30-Apr-2025**

**REGISTRATION NOT TRANSFERABLE**
TO BE CARRIED IN AIRCRAFT WHENEVER OPERATED