# EXHIBIT 4



CIVIL AVIATION AUTHORITY BAHAMAS

Certificate No: 22-003565 590

# CERTIFICATE OF REGISTRATION

| *Nationality & registration:* | *Manufacturer & designation:* | *Aircraft Serial Number:* |
|---|---|---|
| C6-BDE | EMBRAER  EMB-135BJ | 14500967 |

*Name & Address of Owner:* ISLAND AIR CAPITAL

ISLAND HOUSE EAST MALL DR. FREEPORT GRAND BAHAMA

*It is hereby certified that the above described aircraft has been duly entered on the Civil Aircraft Register of The Bahamas in accordance with the Convention on International Civil Aviation dated 7 December 1944 and with The Bahamas **Civil Aviation Regulations CAR REG.020***

*Date of Issue:* 22 AUGUST 2022

*Director General, Civil Aviation Authority Bahamas:*

Mr. Alexander B. Ferguson

*Date of Expiry:* 31 AUGUST 2025

**REGISTRATION NOT TRANSFERABLE**
TO BE CARRIED IN AIRCRAFT WHENEVER OPERATED