# EXHIBIT 6

| | | |
|---|---|---|
|  | **CIVIL AVIATION AUTHORITY BAHAMAS**<br>**CERTIFICATE OF DEREGISTRATION** | Certificate No:<br>**22-005626**<br>Aircraft file No.<br>**586** |

| Nationality & registration<br>C6- SPR | Manufacturer & Designation<br>BOMBARDIER<br>GL5T | Aircraft Serial No.<br>9295 |
|---|---|---|
| Issue to  ISLAND AIR CAPITAL LTD ||||
| Basis of Registration.  Ownership of aircraft ||||
| Address of certificate holder.  ISLAND HOUSE, EAST ATLANTIC DR. FREEPORT, GRAND BAHAMA ||||
| Name and contact information of owner, if different from certificate holder: ||||
| It is hereby certified that the above described aircraft has been duly removed from the Civil Aircraft Register of The Bahamas on 28-Nov-2022  and the Certificate of Registration has been cancelled. ||||
| Date of Issue   28-Nov-2022 || Digitally signed by Gregory Edwards<br>Date: 2022.11.28 15:44:21 -05'00' |