# EXHIBIT 9A



**U.S. Department of Transportation**

**Federal Aviation Administration**

Aviation Safety

P.O. Box 25504
Oklahoma City, Oklahoma 73125-0504
(405) 954-3116
Toll Free: 1-866-762-9434
WEB Address: http://registry.faa.gov

Date of Issue: December 16, 2022

CAPITAL PEAK AVIATION LLC
11884 CATTLE LN
PARKER, CO   80134-3065

HAND DELIVERED TO AIC IN THE PD ROOM

T225431       This facsimile must be carried in the Aircraft as a Temporary Certificate of Registration for

**N410AT   BOMBARDIER INC   BD-700-1A11** Serial 9295 and is valid until Jan 15, 2023.

This is not an airworthiness certificate. For airworthiness information, contact the nearest Federal Aviation Administration Flight Standards District Office.

_____ for
Kevin R. West
Manager, Aircraft Registration Branch
Federal Aviation Administration

REGAR-FAX-4 (05/22)