# Exhibit A

**Notice of Settlements**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Working Policy Project (UK) | $1,807,427 to $3,614,854 | 2,400,000 GBP ($2,951,508 at 1.23 exchange rate) | N/A |