IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 16, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email (1) on the Fee Examiner Service List attached hereto as **Exhibit A**; and (2) on the Unsecured Creditors Committee and United States Trustee Service List attached hereto as **Exhibit B**:

- Third Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 Through July 31, 2023 [Docket No. 2520]

- Third Interim Fee Application of Sullivan & Cromwell LLP [Docket No. 2523]

- Third Interim Fee Application of Landis Rath & Cobb LLP (ET) [Docket No. 2529]

- Third Interim Fee Application of Alvarez & Marsal North America, LLC [Docket No. 2530]

- Third Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [Docket No. 2531]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: September 21, 2023

*/s/ Liz Santodomingo*
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

## **Exhibit A**

Exhibit A
Fee Examiner Service List
Served via Email

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|---|
| 12118099 | GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | 833 EAST MICHIGAN STREET | MILWAUKEE | WI | 53202 | KSTADLER@GKLAW.COM |

**Exhibit B**

Exhibit B
Unsecured Creditors Committee and United States Trustee Service List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | JULIET.M.SARKESSIAN@USDOJ.GOV<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |