UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

NOTICE OF PARTIAL TRANSFER OF CLAIM
OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Acquisen, LLC | [REDACTED] |
| Last Four Digits of Acct #: N/A | ADDRESS ON FILE<br>Last Four Digits of Customer Code: 7243 |
| Name and Address where notices and payments to transferee should be sent: | Claim Confirmation No:<br>3265-70-KGMIO-758427749 |
| PO Box 935190<br>Dubai, United Arab Emirates<br>Email: acquisen@pm.me | Date Filed: July 31, 2023 |
| | Total Amount of Claim:<br>$5148040.5983030296017897 (USD) |
| | Transferred Amount of Claim:<br>$1,109,635.00 (USD) |

**[SIGNATURE PAGE FOLLOWS]**

//
//
//

1

2

//
//

**SIGNATURE PAGE**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *Marshal J. Hoda*
Transferee's General Counsel

Date: September 13, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER**

        Transferee has in its possession an Evidence of Transfer signed by the Transferor. To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim. Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

By:    */s/ Marshal J. Hoda*
       Transferee's General Counsel

Date:   September 13, 2023