## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AMENDED VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019

The law firm of Venable LLP ("Venable") respectfully submits this Amended Verified Statement Pursuant to Bankruptcy Rule 2019 (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the disbandment of the Ad Hoc Group of Customers of FTX Trading Ltd. (the "Ad Hoc Group")[2] and respectfully represents as follows:

1.     On March 16, 2023, Venable filed its Verified Statement Pursuant to Bankruptcy Rule 2019 [Dkt. No. 1084] disclosing (i) the names and addresses of each member (individually, a "Member" and collectively, the "Members") of the Ad Hoc Group, (ii) each Member's disclosable economic interests held in relation to FTX Trading Ltd. and/or its affiliated chapter 11 debtors and debtors-in-possession (collectively, the "FTX Debtors") as of November 11, 2022, and (iii) the Ad Hoc Group's retention of Venable to represent the Ad Hoc Group in the FTX Debtors' chapter 11 cases, all in accordance with Bankruptcy Rule 2019.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https: //cases.ra.kroll.com/FTX.

[2] Each member of the Ad Hoc Group files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

2.      The Members have each determined to no longer act in concert in connection with the FTX Debtors and these chapter 11 cases, effective as of September 18, 2023, and, accordingly, to disband the Ad Hoc Group.

3.      Venable may currently or in the future represent one or more Members in their individual capacity in these chapter 11 cases and/or with respect to any property interests or related claims other than in connection with their status as a customer and creditor of the FTX Debtors.

4.      Nothing in this Statement should be construed as (i) a limitation upon, or waiver of, any Member's right to assert, file, and/or amend claims, if any, in accordance with applicable law and any orders entered in the FTX Debtors' chapter 11 cases or (ii) an admission with respect to any fact or legal theory.

5.      The undersigned verifies that the information contained in this Statement is true and correct to the best of his knowledge.

Dated: September 22, 2023
       Wilmington, Delaware

                              **VENABLE LLP**

                              */s/ Daniel A. O'Brien*
                              Daniel A. O'Brien (No. 4897)
                              1201 North Market Street, Suite 1400
                              Wilmington, DE 19801
                              Tel: 302.298.3535
                              Fax: 302.298.3550
                              daobrien@venable.com

                                      and

                              Jeffrey S. Sabin
                              Carol A. Levy
                              1270 Avenue of the Americas, 24th Floor
                              New York, New York 10020
                              Tel: (212) 307-5500
                              Fax: (212) 307-5598

jssabin@venable.com
cweinerlevy@venable.com
            and

Andrew J. Currie
600 Massachusetts Avenue, NW
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598
ajcurrie@venable.com