## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing: October 19, 2023 at 10:00 a.m. (ET)**<br>**Objections Deadline: October 5, 2023 at 4:00 p.m.**<br>**Related Dkt No. 2664** |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on September 21, 2023, the undersigned counsel for Island Air Capital and Paul F. Aranha filed the *Motion of Island Air Capital and Paul F. Aranah for Relief from the Automatic Stay, to the Extent Applicable, and Related Relief* [Dkt. No. 2664] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be received **October 5, 2023 by 4:00 p.m.** (the "Objection Deadline").

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 19, 2023 AT 10:00 A.M.** BEFORE THE HONORABLE JOHN T. DORSEY, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors (the "U.S. Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the U.S. Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 22, 2023
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
1201 North Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 516-1700
Fax: (302) 516-1699
Email: jedmonson@rc.com

**KELLER BENVENUTTI KIM LLP**

Jane Kim (*pro hac vice* pending)
Gabrielle L. Albert (*pro hac vice* pending)
650 California Street, Suite 1900
San Francisco, California 94108
Tel: (415) 496-6273
Fax: (650) 636-9251
Email: jkim@kbkllp.com
        galbert@kbkllp.com

**BOERSCH ILLOVSKY LLP**

Sharon E. Frase (*pro hac vice* pending)
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Tel: (415) 500-6640
Fax: (415) 967-3062
Email: sharon@boersch-illovsky.com

*Attorneys for Island Air Capital and Paul F. Aranha*