# EXHIBIT 1

**Contracts**

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| BallotReady, Inc. | Deck Technologies Inc. | 4800 Express Dr. #19769<br>Charlotte, NC 28208 | Master Services Agreement, dated as of August 15, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto.<br><br>API Contract, dated as of August 15, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |
| Civis Analytics, Inc. | Deck Technologies Inc. | 200 W. Monroe St. 22nd Floor<br>Chicago, IL 60606<br>Email: charris@civisanalytics.com | Master Services Agreement and Order Form, dated as of August 12, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |
| Critical Mention, Inc. | Deck Technologies Inc. | 19 West 44th Street, Suite 300<br>New York, NY 10036 | Services Agreement, dated as of September 15, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| OpenSecrets (OS) | Deck Technologies Inc. | 1300 L St., Suite 200<br>Washington, D.C. 20005<br>Phone: 202 354-0104 | API Limited License and Confidentiality Agreement, dated as of October 21, 2022 and made effective as of October 1, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |
| TargetSmart Communications, LLC | Deck Technologies Inc. | 1155 15th Str. NW, Suite 750<br>Washington, DC 20005<br>Attn: Tom Bonier | Master Services Agreement, and Statement of Work, dated as of June 13, 2019 and July 20, 2022, respectively, and all related agreements, order forms, schedules, addenda and statements of work thereto. |
| TeamViewer Germany GmbH | Alameda Research LLC | Bahnhofsplatz 2<br>73033 Göppingen<br>Germany<br>Email: contact@teamviewer.com | End User License Agreement, dated as of July 16, 2020, and all related agreements, order forms, schedules, addenda and statements of work thereto. |

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| TeamViewer Germany GmbH | West Realm Shires Services Inc. | Bahnhofsplatz 2<br>73033 Göppingen<br>Germany<br>Email: contact@teamviewer.com | End User License Agreement, dated as of July 27, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |
| Transparency USA, LLC | Deck Technologies Inc. | 6125 Luther Lane PMB 262<br>Dallas, TX 75255<br>Phone: (512) 710-8979<br>Email: kwalls@transparencyusa.org | Service Agreement, by and between and Deck Technologies, dated as of September 27, 2022, and all related agreements, order forms, schedules, addenda and statements of work thereto. |