IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **PHILIP BONELLO** | **[REDACTED] [CUSTOMER CODE 00377951]** |
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:**<br>PHILIP BONELLO<br>C/O CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: TRADE CLAIMS GROUP<br>Phone: 203-862-8259<br>Fax: 203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | **Address:**<br>[Redacted / on file] |
| **Address for all Payments/Distributions:**<br>PHILIP BONELLO<br>ATTN: 392426<br>500 ROSS ST 154-0455<br>PITTSBURGH, PA 15262 | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00377951 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*/s/ Philip Bonello*_____   Date: September 18, 2023
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

Your Unique Customer Code is 00377951

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AAVE[0.0059887500000000], STG[1670.0000000000000000)
AVAX[0.0193122195506403), SUN[255.0360000000000000]
BNB[0.0003715000000000], SUSHI[0.4318612500000000] BTC[0.0000567957194857],
USD[6500.0000000047610532) COMP[0.3270000000000000],
USDC[447390.5439686500000000] CRV[89.0000000000000000],
USDT[0.0061913772351496) DYDX[0.0552750000000000]
ETH(0.0001849346072649]
ETHW[0.0001849307931799]
FTT[0.0360810000000000) GRT[0.0725400000000000)
**MOB(1.**7350000000000000) MTA[0.9986600000000000)
RAY[0.9033200000000000) REN[0.7024000000000000)
RUNE(0.0240418518387885]
SNX[0.0141600000000000]
SOL[1758.6529277688472411]
SRM[1.2339627300000000]
SRM_LOCKED[263.6399072700000000]

Your Unique Customer Code is 00377951

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AAVE[0.0059887500000000], STG[1670.0000000000000000]
AVAX[0.01931122195506403], SUN[255.0360000000000000]
BNB[0.0003715000000000], SUSHI[0.4318612500000000]
BTC[0.0000567957194857], USD[6500.0000000047610532]
COMP[0.3270000000000000], USDC[447390.5439686500000000]
CRV[89.0000000000000000], USDT[0.0061913772351496]
DYDX[0.0552750000000000]
ETH[0.0001849346072649]
ETHW[0.0001849307931799]
FTT[0.0360810000000000]
GRT[0.0725400000000000]
MOB[1.7350000000000000]
MTA[0.9986600000000000]
RAY[0.9033200000000000]
REN[0.7024000000000000]
RUNE[0.0240418518387885]
SNX[0.0141600000000000]
SOL[1758.6529277688472411]
SRM[1.2339627300000000]
SRM_LOCKED[263.6399072700000000]