DocuSign Envelope ID: 0D2B8CF1-2D02-4525-9F40-AC79850D5295



## United States Bankruptcy Court
## District of Delaware

In re FTX Trading et al                                                Case No. 22-11068

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Franco Venter** | **Phoenix Digital LLC** |
| Address on File | 42 W 33rd St, 27B |
| | New York, NY 10001 |
| | tzeng@nirvana-cap.com |

**Proof of Claim #**   N/A

**Schedule Claim #**   00847189

**Transferred Claim Amount**   $276,201.00

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.



Transferee                                                             08/09/2023

                                                                        Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**Franco Venter**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Phoenix Digital LLC.**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading Ltd. et al.**

| | |
|---|---|
| **Schedule F Claim  #** | 00847189 |
| **Claim Amount** | $276,201.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 08/09/2023

Buyer:

**Phoenix Digital LLC**

DocuSigned by:
*Tian Zeng*
2B2E5E8A67F4445

Name: Tian Zeng

Seller:

**Franco Venter**

DocuSigned by:
*Franco Venter*
05334FE5C09B4D9...

Name: Franco Venter



To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00847189

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ATOMBULL[0.0000000036856860]
BADGER[0.0000000012531195]
BTC[8.1100200326201023]
COPE[0.0000000045164649]
DOGEBEAR2021[0.0000000050000000]
ETH[104.8297440622691287]
FTT[0.0000000266620170]
LUNA2[0.0021383077580000]
LUNA2_LOCKED[0.0049893847680000]
LUNC[0.0000000065050400]
MAPS[0.0000000002346146]
OXY[0.0000000006623427]
SOL[0.0000000192450338]
SRM[0.0776006888438479]
SRM_LOCKED[5.0605835600000000]
STEP[0.0000000100000000]
SUSHI[0.0000000071283420]
USD[0.2887590224065499]
USDT[0.0000000043989711]
XTZBULL[0.0000000068370300]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe