# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit A**:

- Monthly Staffing Report and Compensation Report by RLKS Executive Solutions LLC for the Period August 1, 2023 through August 31, 2023 [Docket No. 2513]

- Monthly Staffing Report and Compensation Report by Owl Hill Advisory, LLC for the Period August 1, 2023 through August 31, 2023 [Docket No. 2516]

On September 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via email on the Fee Application Service List attached hereto as **Exhibit B**; and (2) via email to Godfrey & Kahn, S.C. (ADRID: 12118099), Attn: Katherine Stadler, 833 East Michigan Street, Milwaukee, WI 53202, kstadler@gklaw.com:

- Eighth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and Including June 30, 2023 [Docket No. 2514]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Ninth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and Including July 31, 2023 [Docket No. 2515]

Dated: September 25, 2023

*/s/ Humas Ali*
Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 25, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
United States Trustee and Unsecured Creditors Committee Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |

**Exhibit B**

## Exhibit B
Fee Application Service List
Served via email

| Name | Address1 | Email |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS / KIMBERLY A. BROWN | landis@lrclaw.com, brown@lrclaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; |
| SULLIVAN & CROMWELL LLP | Attn: Alexa J. Kranzley | kranzleya@sullcrom.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |