# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.,*</u> Debtors

Chapter 11
Case No. <u>22-111068</u>
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Confidential Creditor with Custmer/Schedule No. 05864203 on Schedule F Attachment F-9 Address on File | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>**Email: tzeng@nirvana-cap.com**<br>**42 W 33rd St, 27B**<br>**New York, NY 10001** |

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) **$2,450,817.37** | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 05864203 on Schedule F Attachment F-9 | Name on File | ETHW[0.0999000000000000], USD[0.0001211050000000], USDC[118815.9670000000000000], USDT[2332001.4043532700000000] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: 17/9/2023

TRASNFEREE
PHOENIX DIGITAL LLC

By:_____
Name: Tian Zeng

329140.2 - 02/06/17

Title: CIO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

329140.2 - 02/06/17

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                          _____
                                         Clerk of the Court

### Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

Redacted email showing customer number and claim (redacting name and other information):



329140.2 - 02/06/17

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, LinX Communications Limited ("**Selle**r") hereby unconditionally and irrevocably sells, transfers, and assigns to Phoenix Digital LLC ("**Purchaser**") all of Seller's right, title, and interest in and to the Claim and Proof of Claim associated with **Customer Code: 05864203 and UID 132050072** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") or included on the schedules of the Debtors in the amount of not less than $[**2,451,269.50**] in the proceeding identified as In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: 9/20/2023

By: _____
Name: