IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**CONTRARIAN FUNDS, LLC**
Name of Transferee

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: ALPA JIMENEZ
Phone:  203-862-8259
Fax:     203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address for all Payments/Distributions:**
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

**[REDACTED] [CUSTOMER CODE 00151030]**
Name of Transferor

**Address:**
[Redacted / on file]

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 1158 | [Redacted] | $49,108,825.68 | FTX Trading Ltd. | **22-11068** |
| Unique Customer Code: 00151030 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____          Date: December 27, 2022
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

Your Unique Customer Code is 00151030
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

1INCH[0.606195000000000]
AAVE[-0.4757862541994833]
ALPHA[0.862318280000000]
APE[27831.6229491381659581]
ASD[0.094775500000000]
ATOM[-9.4317848658006184]
AURY[0.593962200000000]
AVAX[0.5471582601929203]
AXS[0.0637346066797603]
BAL[1.095819030000000]
BCH[0.0003785685623225]
BCHA[0.000730890000000]
BNB[514.6189067936300819]
BTC[1872.1342211957611987]
BUSD[3500000.0000000000000000]
BVOL[0.0000775945500000]
CEL[0.0851953371645745]
COMP[0.0179709996000000]
CREAM[0.006964600000000]
CRV[0.029929270000000]
DAI[565.4886774594438517]
DOGE[-165.2755068591616986]
DOT[0.2894895776961383]
ETH[-288.8715325139104385]
ETHW[-2892.2755713149534668]
FTM[-344.3697639397341375]
FTT[99533.3089049033333360]
GMT[3000.0000000000000000]
HNT[0.094067500000000]
HT[4868.900000000000000]
KNC[0.080546000000000]
LINK[83.5651227251528876]
LOOKS[1.0000000000000000]
LTC[-9161.0779171229538168]
LUNA2[0.0271800721419000]
LUNA2_LOCKED[3296.7859231683410000]
LUNC[5100.6064821261851978]
MANA[0.356535000000000]
MATIC[-73.4826136559837712]
MKR[0.0002207517369426]
MNGO[7.136000000000000]
MOB[0.6981095696950200]
NEAR[84.0000000000000000]
OXY[0.4000000000000000]
RAY[0.510790000000000]
REN[0.529500000000000]
RUNE[0.0392357076736406]
SHIB[101485.0000000000000000]
SOL[-9065.6068302921855401]
SPELL[0.0000000100000000]
SRM[392.6015221200000000]
SRM_LOCKED[12598.4682388600000000]
STEP[0.126544000000000]

SUSHI[0.1301550000000000]
SWEAT[739152.2003200000000000]
TONCOIN[0.1000000000000000]
TRU[1153297.4497800000000000]
TRX[8599753.4614448290338964]
TULIP[0.0636200000000000]
UNI[0.0637395700000000]
USD[3294469.2765817301375374000000000]
USDC[128999.9000000000000000]
USDT[12929.7859801532642520]
USTC[0.5263889117532466]
WBTC[614.5155320525833031]
XRP[-1000559.4713418032740241]
YFI[0.0114627850000000]

| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 00150983 | ALCX[0.0007361700000000],AMPL[18.8000774843826041],APT[1.2500000000000000],AVAX[0.1362341800000000],BIT[1.3150939100000000],BOBA[0.1264704800000000],BTC[0.0020081635750000],C98[0.7868883600000000],CEL[0.0982010000000000],CHZ[13.7478887300000000],CLV[52455.1253195100000000],CRO[3900007.3935821000000000],DYDX[0.0503928700000000],ETH[0.0007384431677357],ETHW[0.0023709800000000],FIDA[137317.6640850000000000],FTM[0.9415900000000000],FTT[114302.8364528000000000],GALA[10.3810000000000000],GMT[1.4549062300000000],GMX[0.0066170000000000],GST[0.1464436900000000],HNT[0.1347630000000000],IMX[40206.2372276500000000],LDO[0.9842691300000000],LINA[7.7417000000000000],LINK[0.0638910800000000],LOOKS[1.4545741600000000],LUNA2[0.0079845383850000],LUNA2_LOCKED[0.0186305895600000],LUNC[0.0000001000000000],MASK[1.3471367200000000],MEDIA[0.1023353000000000],MSOL[0.0102206900000000],NEAR[0.1377670000000000],PEOPLE[13.5974610300000000],PERP[0.0554778900000000],RAY[210688.2566400000000000],RNDR[251.7387498100000000],RSR[12.9428321900000000],SAND[45860.0470555000000000],SHIB[29239088361.0269236000000000],SNX[0.1365733100000000],SPELL[141.4012049500000000],SRM[177.1642200700000000],SRM_LOCKED[1687.8157799300000000],STG[0.8190050900000000],TRU[0.9488319100000000],TRX[1.4304760000000000],USD[2284533.9619801315940294000000000],USDC[21511798.5100000000000000],USDT[0.4739375890000000],USTC[1.1302500000000000],YFII[0.0004634500000000] |
| 00150984 | BTC[0.0000000033636448],ETH[5835.1616474330962144],ETHW[0.0000000068357454],PAXG[20.5795571667459254],SOL[0.0000000010933779],SRM[17013.6992956100000000],SRM_LOCKED[83024.6568687300000000],USD[1635.7539181915984324],USDT[0.0000000059905550],WBTC[0.0000000077042548] |
| 00150987 | AMPL[0.0000000000454110],BNB[0.0000000016761500],BTC[0.0000000142671564],CQT[0.3855032200000000],DODO[0.0000000100000000],ENS[0.0000000100000000],ETH[0.0000000450000000],FIDA[0.2880301900000000],FIDA_LOCKED[31.4364408200000000],FTT[1000.1526461541136400],LINA[0.0000000100000000],LUNA2[0.0000000208741954],LUNA2_LOCKED[0.0000000487064560],RAY[325068.2319726200000000],SRM[10.4870016800000000],SRM_LOCKED[2178.1707287500000000],USD[118.6938706689433335],USDT[0.0000000760547878] |
| 00150994 | AMPL[0.0000000006936950],APE[1220.0000000000000000],BCHMOON[120.0000000000000000],BNB[0.0010000048267937],BOBA[4166.6666666600000000],BOBA_LOCKED[45833.3333333400000000],BTC[16.0321748325138900],COMP[0.0000000050000000],EMB[43193.1629773700000000],ETH[0.0000000110080993],FTT[2276.8180266525693254],FTX_EQUITY[29588.0000000000000000],HTDOOM[1.0000000000000000],LINK[0.0000000100000000],LTC[0.0000000115655946],MNGO[304593.0055934100000000],MOB[999.0000000000000000],NFT (382870298773558934)[1],NFT (440773186715621741)[1],OKBBEAR[50000500.0000000000000000],OMG[0.0000000044006777],OXY_LOCKED[683841.9656490200000000],PAXG[36.1987000000000000],RUNE[0.4260013252426000],SNX[360.0669122369491670],SOL[1767.0443850860217999],SRM[942.9561750700000000],SRM_LOCKED[2412.7876304100000000],SUSHI[0.0000000100000000],TOMO[0.0000000101361500],TRU[6081.3853561000000000],TRX[83532.5474400000000000],TRXDOOM[50.0000000000000000],UNISWAPBULL[0.0000000040500000],USD[19505.0747213334956924],USDT[183369.1038329057061757],WBTC[0.6476064760000000],WEST_REALM_EQUITY_POSTSPLIT[131291.0000000000000000],YFI[0.2147843073803347] |
| 00150997 | USD[0.0000000093522000] |
| 00150999 | ALCX[0.0000000050000000],BNB[0.0000000054738000],BTC[0.0000000037384728],ETH[0.0000000058651900],ETHW[0.0000000068569400],FTM[0.0000000052048857],FTT[150.4059190053158541],LTC[0.0000000068320000],LUNA2[0.0053797729280000],LUNA2_LOCKED[0.0125528035000000],MKR[0.0000000038499677],RAY[67.0466083065924152],RUNE[0.0000000057001704],SRM[4055.4787619700000000],SRM_LOCKED[150.3197996400000000],STETH[0.0000000074400977],SUSHI[0.0000000050906497],USD[0.0000000011740349],USDT[0.0000000021185847],USTC[0.0000000033854800],YFI[0.0000000050000000] |
| 00151002 | BIT[116456.0927916100000000],BTC[64.8011832498526900],BUSD[119500.0000000000000000],DOGE[10.0000000000000000],ETH[555.9728517190526183],ETHW[0.0000000058553883],FTT[1224.4159002174290159],FXS[5060.5276790000000000],HNT[1388.4242200000000000],SRM[1.3539470800000000],SRM_LOCKED[612.9450548500000000],USD[105125.9498401293757257],USDC[99876.0000000000000000],USDT[44999.9392594733602507] |
| 00151003 | AAVE[0.2092595000000000],APE[0.0450950000000000],ATOM[0.1295000000000000],AVAX[0.5898660000000000],AXS[0.2670050000000000],BCH[200.1277434500000000],BTC[11.3803672691692400],COMP[0.0028396575000000],CRV[0.2025250000000000],CVX[0.7050000000000000],DAI[0.0207350000000000],DOGE[0.0172000000000000],ETH[63.2838677850000000],ETHW[25000.8100364850000000],FTT[0.6103060300000000],LINK[0.1512810000000000],LTC[0.7613992500000000],LUNA2[0.2825773512000000],LUNA2_LOCKED[0.6593471528000000],LUNC[0.2920292500000000],MATIC[0.4967500000000000],NEAR[0.7880650000000000],PAXG[0.0011251100000000],PYTH_LOCKED[100000000.0000000000000000],RNDR[0.2688675000000000],SNX[0.6434025000000000],SOL[7500.8535780000000000],SPELL[0.0000000100000000],SRM[302.1597144700000000],SRM_LOCKED[261190.0402855300000000],SUSHI[0.3023500000000000],TRX[0.8951720000000000],UNI[0.0712462500000000],USD[4462755.8550068907310851000000000],USDC[260100.0000000000000000],USDT[0.3259243096025000],USTC[40.0000000000000000],WBTC[21.3042173700000000] |
| 00151006 | BEAR[0.0015544300000000],FTT[0.0150500000000000],SRM[505.6628296300000000],SRM_LOCKED[2260.0826541600000000],TRX[0.0000040000000000],USD[55.1790203118451282],USDT[0.0452994282868292] |
| 00151008 | BTC[0.0000000055500000],ETH[0.0000000020630560],FTT[275.0000000077381580],USD[0.0000000135375233],USDC[127721.4015431300000000],USDT[0.0000000070585326] |
| 00151009 | AAVE[3.0452797100592600],AMPL[0.0000000000091026],AVAX[1740.6250232431249600],BAL[150.0037500000000000],BNB[0.1899980989232800],BOBA[200.0456689800000000],BTC[0.0000694625000000],COPE[33104.0823071300000000],DOGE[5.0000000000000000],ETH[9.1546881623619507],ETHW[6.6023915131222507],EUR[100.2603279434728700],FIDA[0.8905123600000000],FIDA_LOCKED[104.5939030200000000],FTM[9104.6976168070876000],FTT[0.0246578840143434],FTX_EQUITY[225367.6986146500000000],GME[0.0000000400000000],GMEPRE[-0.0000000005947200],JOE[100.0000000000000000],LUNA2[0.0422894648200000],LUNA2_LOCKED[0.0986754179100000],LUNC[9208.6200000000000000],MAPS[0.4033762600000000],MATIC[748.4922635962057800],MEDIA[0.0010603100000000],MER[0.4852172900000000],MNGO[6.6385859900000000],NFT (337187834462755500)[1],NFT (346332953308321195)[1],NFT (376947271550331842)[1],NFT (408719745380603160)[1],NFT (428593307816747985)[1],NFT (434331102895904934)[1],NFT (464516035555837272)[1],NFT (481275109648207261)[1],NFT (556048423879651659)[1],OMG[200.8644378958458800],ORCA[9254.4595335900000000],REN[5055.0201948000000000],SLP[97321.9976000000000000],SOL[371.0462954505665000],SRM[294.3000917400000000],SRM_LOCKED[181185.4485658600000000],SUSHI[0.3736250000000000],TRX[2337666.0000000000000000],UBXT[59296.2231106600000000],UBXT_LOCKED[301.7633681200000000],USD[2575403.7746627171822073],USDC[1700000.0000000000000000],USDT[72.1349140096239300],YFI[0.0010601554170800] |
| 00151010 | BTC[0.0000000146304500],CREAM[0.0000000100000000],ETH[0.0000000128601340],ETHW[0.0001721978601340],FTT[1180.1445425000000000],MTA[-0.0000000200000000],USD[622135.8456341909556650000000000],USDT[0.0000000050810995],YFI[0.0000000100000000] |
| 00151012 | BTC[1.3716750643365750],DAI[51954.8675706898443800],RSR[0.0000000068964487],SOL[0.0000000013779477],SRM[3.5543573000000000],SRM_LOCKED[1026.5745791500000000],USD[52019.5111428118567360000000000] |
| 00151013 | DYDX[2098.0000000000000000],FTT[1.0000000000000000],USD[0.8275330918000000],USDT[0.0080000000000000] |
| 00151014 | BTC[0.0000000045574080],FTT[15074.5376800000000000],SOL[1.2310076700000000],SRM[118084.3517678400000000],SRM_LOCKED[461944.3104866800000000],USD[5.0000000235209170],USDT[0.0089936000000000],WBTC[0.0000000097524276] |
| 00151015 | BNB[8.8055362415385700],BNBBEAR[951840.0000000000000000],BNBBULL[0.0000000020000000],CRV[540.0067500000000000],ETH[1.2000120000000000],ETHW[1.2000120000000000],FTM[226.8607500000000000],FTT[1564.3953921563689636],LUNA2[0.9312708767000000],LUNA2_LOCKED[2.1729653790000000],LUNC[0.0000300000000000],MAPS[200.0040000000000000],NFT (298605325169154522)[1],OXY[300.0030000000000000],RAY[1688.5467281200000000],SOL[334.8202620376190189],SRM[54233.7920250700000000],SRM_LOCKED[831186.9523022400000000],SUSHI[0.0000000076595678],USD[66078.0526545850290140000000000],USDT[0.0029857920970232],WAVES[5.0000500000000000] |
| 00151016 | ATLAS[0.7200000000000000],BTC[0.5806404316031300],DOGE[0.0000000019407500],ETH[9.7353312084242660],ETHW[9.6861001584252260],FTT[20000.0597000000000000],NFT (441251379028761411)[1],NFT (495631094144013903)[1],NFT (517071638958353879)[1],NFT (559349236704116839)[1],OXY[0.1050000000000000],POLIS[0.0397500000000000],RAY[1974.6604022300000000],SOL[242.8720945776238686],SRM[0.4423371300000000],SRM_LOCKED[1018110.9358755100000000],SUSHI[329.3211387942753211],USD[29019.4747891686403045],XAUT[0.0000000029812800],XRP[0.0000000064753600] |
| 00151017 | BNB[0.4276504100000000],BTC[0.0008743142286500],ETH[0.6292420810790196],ETHW[0.6292420824258601],FTT[200.0500000000000000],LUNA2[0.0000000197522775],LUNA2_LOCKED[0.0000000460886474],LUNC[0.0043011000000000],RUNE[0.0000000100000000],SOL[0.0000000090000000],SRM[3.2021772600000000],SRM_LOCKED[12.2014450900000000],USD[0.0009239653790011],USDC[611.9228243200000000],USDT[0.0000000094198111] |
| 00151018 | AVAX[0.0424576458262314],BTC[0.0000470000000000],FTT[0.0386660000000000],GOG[0.9820000000000000],USD[9478.9562699703661870] |
| 00151020 | ADABULL[0.0000000087000000],BULL[0.0000000152000000],COMPBULL[0.0000000040000000],DEFIBULL[0.0000000120000000],ETH[0.0000000090000000],FTT[0.0000000309655531],MKRBULL[0.0000000118000000],NFT (562600476790412714)[1],USD[2.6582855419474182],USDT[0.0000000159962118] |
| 00151022 | AAPL[6.5700000000000000],AMZN[115.9791200000000000],BNB[0.0000000077387172],BNT[0.0000000084452800],BTC[0.8179850600263408],BULL[0.0000000040000000],BVOL[0.0000000078000000],DOGEBEAR[10000100.0000000000000000],ETH[14.7276601117250688],ETHW[0.0001601117250688],FTT[1801.0119095254468485],GALA[0.2905000000000000],GMX[0.0002352000000000],GODS[0.0197780000000000],GOOGL[251.3610000000000000],IMX[0.0195790000000000],LUNA2[37.2220726700000000],LUNA2_LOCKED[86.8515028900000000],LUNC[4000000.0000000000000000],MCB[40.0918866000000000],NFT (299712269192558872)[1],NFT (310180105175746645)[1],NFT (407800963858470231)[1],NFT (483392592535852156)[1],QI[0.3659000000000000],SOL[0.0311587079697678],SRM[2.5696051000000000],SRM_LOCKED[1027.4491344300000000],SWEAT[1.0000000000000000],USD[27102.9184894299247847],USDC[20000.0000000000000000],USDT[20063.3572775123330592],WBTC[0.0000270800000000],XLMBULL[0.0000000950000000],YFI[0.0000000040000000] |
| 00151025 | AAVE[0.0100000000000000],BCH[0.0550000000000000],BNB[0.0437460000000000],BTC[0.0000930254274833],CREAM[0.0100000000000000],ETH[0.0000005550000000],ETHW[0.0000005550000000],FTT[4010.3089000000000000],OXY[0.3479700000000000],SRM[243.3040379800000000],SRM_LOCKED[84122.1759620200000000],TRX[0.0000730000000000],USD[0.0412996450312485],USDT[0.0174596404225000],WBTC[0.0000000029000000],XAUT[0.0153000000000000],YFI[0.0200000000000000] |
| 00151027 | BTC[0.0080676680000000],DOGE[50.1535729300000000],ETH[0.0008435800000000],ETHW[0.0008435800000000],HTDOOM[10.0000000000000000],SGD[0.0400000000000000],SRM[564.6941259200000000],SRM_LOCKED[2137.6259512800000000],SXP[0.0173880000000000],TRX[0.0000520000000000],USD[15258.4522583050819638],USDT[1553.0725382385000000] |
| 00151028 | BNB[0.4951526800000000],BTC[0.0156788149630000],COMP[0.0000000025000000],DAI[19.6981880100000000],ETH[8.0006240077938000],ETHW[35.0006240077938000],FTT[1201.8531600333333360],MOB[1332.8062502261154002],SRM[164246.3598503900000000],SRM_LOCKED[1656835.2782117700000000],USD[4759.9281763162768076],USDT[1.0216860106448787] |
| 00151029 | BTC[0.0000000081600000],ETH[0.0000000050000000],FTT[0.9431960000000000],SRM[0.1549630000000000],USD[1.8831702545794000],USDT[0.6243797817966806] |
| 00151030 | 1INCH[0.6061950000000000],AAVE[-0.4757862541994833],ALPHA[0.8623182800000000],APE[27831.6229491381659581],ASD[0.0947755000000000],ATOM[-9.4317848658006184],AURY[0.5939622000000000],AVAX[0.5471582601929203],AXS[0.0637346066797603],BAL[1.0958190300000000],BCH[0.0003785685623225],BCHA[0.0007308900000000],BNB[514.6189067936300819],BTC[1872.1342211957611987],BUSD[3500000.0000000000000000],BVOL[0.0000775945500000],CEL[0.0851953371645745],COMP[0.0179709996000000],CREAM[0.0069646000000000],CRV[0.0299292700000000],DAI[565.4886774594438517],DOGE[-165.2755068591616986],DOT[0.2894895776961383],ETH[-288.8715325139104385],ETHW[-2892.2755713149534668],FTM[-344.3697639397341375],FTT[99533.3089049033333360],GMT[3000.0000000000000000],HNT[0.0940675000000000],HT[4868.9000000000000000],KNC[0.0805460000000000],LINK[83.5651227251528876],LOOKS[1.0000000000000000],LTC[-9161.0779171229538168],LUNA2[0.0271800721419000],LUNA2_LOCKED[3296.7859231683410000],LUNC[5100.6064821261851978],MANA[0.3565350000000000],MATIC[-73.4826136559837712],MKR[0.0002207517369426],MNGO[7.1360000000000000],MOB[0.6981095696950200],NEAR[84.0000000000000000],OXY[0.4000000000000000],RAY[0.5107900000000000],REN[0.5295000000000000],RUNE[0.0392357076736406],SHIB[101485.0000000000000000],SOL[-9065.6068302921855401],SPELL[0.0000000100000000],SRM[392.6015221200000000],SRM_LOCKED[12598.4682388600000000],STEP[0.1265440000000000],SUSHI[0.1301550000000000],SWEAT[739152.2003200000000000],TONCOIN[0.1000000000000000],TRU[1153297.4497800000000000],TRX[8599753.4614448290338964],TULIP[0.0636200000000000],UNI[0.0637395700000000],USD[3294469.2765817301375374000000000],USDC[128999.9000000000000000],USDT[12929.7859801532642520],USTC[0.5263889117532466],WBTC[614.5155320525833031],XRP[-1000559.4713418032740241],YFI[0.0114627850000000] |
| 00151033 | BTC[0.0000000055115000],FTT[0.2528285833333360],TRUMPFEBWIN[5114.6000000000000000],USD[742.5678501238750000] |
| 00151034 | ETH[0.0000000050000000],FIDA[0.7000000000000000],FTT[0.0000000165056940],SRM[1.3431422000000000],SRM_LOCKED[11.8760556400000000],USD[10.9096333243874104],USDT[5685.6472297212263752] |
| 00151035 | 1INCH[109.3846500000000000],AAVE[0.0024578656713178],ALCX[0.0004154250000000],ALEPH[0.0461000000000000],ALGO[1387.5553250000000000],ALPHA[0.9237600000000000],ATOM[115.2445100000000000],AUDIO[0.8617400000000000],AVAX[0.0000000100000000],AXS[0.0054050000000000],BADGER[0.8900000000000000],BCH[0.0000291000000000],BNB[59.8554318700000000],BTC[1429.6351189521720375],CEL[0.0010000000000000],CHZ[17.5525825000000000],COMP[1.8176949350000000],COPE[0.3341400000000000],CREAM[0.6406474000000000],CRV[0.5338550000000000],CVX[1306.8000000000000000],DOGE[0.9017500000000000],DOT[0.7007925100000000],ETH[4471.8075484550000000],ETHW[114.5500401135000000],FTM[0.0032500000000000],FTT[0.0545650000000000],FXS[0.0970400000000000],GRT[883.8975750000000000],IMX[14569.5000000000000000],KIN[7700.7598093600000000],KNC[0.2342350000000000],LDO[0.1875000000000000],LEO[250838.5169964709340850],LINK[0.0324300000000000],LRC[0.0000000100000000],LTC[0.0053634000000000],LUNA2[295.7468805000000000],LUNA2_LOCKED[690.0760546000000000],MATIC[9.1474500000000000],MKR[0.0006852850000000],MOB[443.9650505346455000],NEAR[0.0138925000000000],PAXG[0.0000900000000000],PERP[0.0664510000000000],POLIS[0.4472000000000000],RAY[0.0935000000000000],RUNE[0.3776700000000000],SNX[0.0414235000000000],SOL[0.0093541400000000],SPELL[182064.9485000000000000],SRM[11194.9379897800000000],SRM_LOCKED[53543.1541652200000000],SUSHI[0.3148995000000000],TRX[0.3655050000000000],UNI[2.2074302800000000],USD[25467.1266561389569980000000000],USDC[50000.0000000000000000],USDT[6604.9741102261000000],USTC[400.2857920000000000],WAVES[0.0052250000000000],WBTC[0.0000001100000000],YFI[0.0261937550000000] |
| 00151037 | AURY[0.9945686300000000],BCH[0.0001751300000000],BCHA[0.0001751300000000],BNB[0.0070087200000000],BTC[5.0001605486966937],BUSD[405086.9989638000000000],DAI[1000.0000000000000000],DOGE[10.0058422500000000],ETH[128.4865198275000000],ETHW[0.0018222100000000],FTT[1.0167428800000000],LUNA2[0.0038853415120000],LUNA2_LOCKED[0.0090657968610000],RUNE[0.0257400000000000],SOL[0.0068086300000000],SRM[11.9589369900000000],SRM_LOCKED[42.1752569900000000],SWEAT[40.0000000000000000],TRX[0.4695570000000000],USD[128.7003652190114720],USDT[21000.0065240141387076],USTC[0.5499888694180856],YFI[0.0008174950000000] |
| 00151038 | AAVE[0.0002500000000000],ALPHA[0.0274900000000000],BAL[201.6210081000000000],CHZ[30000.1500000000000000],FTT[500.2865600000000000],GRT[0.0750000000000000],OXY[1243.7462200000000000],RSR[240.2500000000000000],SRM[1540.1844690600000000],SRM_LOCKED[5929.1055309400000000],SUSHI[0.0050000000000000],USD[-11.0801630005991479] |
| 00151039 | ATLAS[8.6500000000000000],EOSBULL[0.0050000000000000],FTT[0.0664700000000000],SRM[47.8659826100000000],SRM_LOCKED[183.0140173900000000],USD[4.1838501173145100] |
| 00151040 | BNB[0.0196683600000000],BTC[0.0000142954214070],ETH[0.0000000200000000],ETHW[0.0000125890000000],FTT[0.0160110100000000],GRT[0.0000000100000000],NEAR[0.5000000000000000],PAXG[0.0000000040000000],SOL[0.0000000100000000],SRM[6321.8140244100000000],SRM_LOCKED[4986883.4105297900000000],SUSHI[0.0215000000000000],USD[54052.8826327962725714],USDT[0.0047600158777402],WBTC[0.0000000149165623] |
| 00151042 | BTC[0.0009755861500000],ETH[0.0648930300000000],ETHW[0.0641372300000000],FIDA[30109.9751818400000000],FIDA_LOCKED[697080.2919721600000000],FTT[0.0010200000000000],GRT[1.0000000000000000],KIN[1.0000000000000000],LUNA2[241.2049919200000000],LUNA2_LOCKED[549.7575434000000000],SOL[0.0634252700000000],SRM[1486.0323751400000000],SRM_LOCKED[810464.2137181400000000],TRX[0.0008380000000000],UBXT[1.0000000000000000],USD[0.0000000270275994],USDT[20032.6319806697015234] |
| 00151043 | BTC[0.0000000152430000],FTT[0.6000000000000000],SRM[519.7121032200000000],SRM_LOCKED[861.8540151100000000],USD[-5.3746287685710416],USDT[0.0000000048391102] |
| 00151045 | ALCX[0.0008559100000000],AURY[0.6856000000000000],BOBA[0.0000050000000000],BTC[0.0000000060292800],CREAM[0.0022792900000000],CRV[0.8849416800000000],DAI[0.0000000085957700],ETH[0.0000000039351150],ETHW[96.6528173772256750],FTT[150.6829857635850459],IMX[0.0246105000000000],MOB[0.3803351322970100],OMG[0.0000050000000000],SOL[0.0039471404687105],SRM[1.5512490500000000],SRM_LOCKED[0.0380110100000000],TRX[0.0000070000000000],USD[70.5750863448165631],USDT[0.0000000058131318] |
| 00151048 | 1INCH[0.8741010810519689],ALPHA[0.0637246856323272],BNB[-1.3339961660541411],BTC[-0.0101315549198477],DOGE[15.0000000000000000],EMB[7.0000000000000000],ETH[78.4131914780163907],ETHW[0.0102226251400389],FTT[0.0337477411192538],MSRM_LOCKED[4.8000000200000000],NFT (403090175085224769)[1],PAXG[0.0000000030000000],SOL[0.0000000107228461],SRM[11751.8394014500000000],SRM_LOCKED[21974534.7306123900000000],UNI[0.0202767739911104],USD[33909.6342632640883996],USDT[-1.9469262667204857],WBTC[0.0000465232744377],YFI[0.0010261018365685] |