Filing Version

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

*[FILED stamp: 2023 SEP 27 PH 12:48 — US BANKRUPTCY COURT CLERK — DISTRICT OF DELAWARE]*

In re FTX TRADING LTD., et al., Debtors

Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 06865649**

Advanced Legal P.C.

_____
Name of Transferee

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Address for all Payments/Distributions:
Same as above

[REDACTED]

_____
Name of Transferor

Phone: [REDACTED]
Email: [REDACTED]

[PLEASE FILE THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL, AND REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the five percent (5%) of the total claim** as listed under Unique Customer Code **06865649** in the Amended Customer Schedule (F-20) filed on June 27, 2023

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: September 19, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Redacted Version

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors                    Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 06865649**

Advanced Legal P.C.                                    ███████

---

Name of Transferee                                    Name of Transferor

Address for all Communications/Notices:               Last Known Address:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577                                Phone: ██████████
Email: contact@ftxlegalclinic.com                     Email: █████████

                                                      [PLEASE FILE THE NAME, ADDRESS,
Address for all Payments/Distributions:               PHONE NUMBER, AND EMAIL, AND
Same as above                                         REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the five percent (5%) of the total claim** as listed under Unique Customer Code **06865649** in the Amended Customer Schedule (F-20) filed on June 27, 2023

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                    Date: September 19, 2023_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court for the District of Delaware
             Attn: Clerk

AND TO:      FTX TRADING LTD., et al., Debtors

Case No. 22-11068

The Transferee has in its possession an agreement signed by the Transferor as Evidence of Transfer.

To protect the confidentiality of the agreement with the Transferor, the Transferee has not attached the signed agreement as Evidence of Transfer. Upon written request, the Transferee is prepared to provide a copy of the signed agreement as Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

For your information, the agreement is to transfer for security from Transferor to Transferee the five percent (5%) of the total claim (BTC [0.00000272], USD [103813.63], and USDT [0.0040587]) as listed under Unique Customer Code **06865649** in the Amended Customer Schedule (F-20) filed by FTX Trading Ltd. on June 27, 2023 as enclosed herewith (*see* Exhibit No. 1). The same claim amount was listed in the original Schedules (F-10) filed on March 15 and was also included in the email sent to the Transferor as enclosed herewith (*see* Exhibit No. 2).

**The Transferee cordially requests the Court and FTX to use the redacted version of the previous page as provided by the Transferee for any publication purposes.**

Signature: _____          Date: <u>September 19, 2023</u>
             Woong Kyu SUNG (authorized agent)
             Managing Partner
             Advanced Legal P.C.

The last part of a Notice of Transfer of Claim form is copied below for the convenient use of the Court.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**

**Exhibit No. 1:**

## Screenshot of the relevant part of the

# Amended Schedules (F-20)

### filed FTX Trading Ltd. on June 27, 2023



**Exhibit No. 2:**

### PDF copy of the relevant part of the

# Schedules (F-10)

### filed by FTX Trading Ltd. on March 15, 2023

---

## FW: FTX - Your Scheduled Claim Information and Unique Customer Code

1 me age

---

██ ███████████████                                         Mon, Sep 18, 2023 at 4:54 PM

To: contact@ftxlegalclinic.com


-----Original Message-----
**From:** "FTX Noticing"<ftx@noticing.ra.kroll.com>
████████████████████████
**Cc:**
**Sent:** 2023-03-29 (수) 06:34:27 (GMT+09:00)
**Subject** FT    Your Scheduled Claim Information and Unique Cu tomer Code


**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A**

**DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Link  " Standalone e cerpt  of the cu tomer data can be found under "Cu tomer Schedules."

**Your Unique Customer Code is 06865649**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**BTC[0.0000027200000000]**
**BUSD[103813.6343948400000000]**
**USDT[0.0040587000000000]**

FTX Noticing

Kroll Re tructuring Admini tration LLC, 55 Ea t 52nd Street, 17th Floor, New York, NY 10055

Un ub cribe