**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the scheduled claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **Seaport Loan Products LLC** |

| Name and Current Address of Transferor | Name and Address where notices and Payments to transferee should be sent: |
|---|---|
| **Name (Redacted)** | Seaport Loan Products llc<br>Attn: Jonathan R. Silverman<br>360 Madison Avenue<br>New York, NY 10017<br>Email: jsilverman@seaportglobal.com |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 01727831 | Name (Redacted) | as stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |

By: _Jonathan Silverman, General Counsel_
Transferee/Transferee's Agent

Date: [ 09/28/2023 ]

FTX Trading Ltd.

| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 01727761 | USD[0.0000170860416473] |
| 01727764 | NFT (4716580524013254981)[1],NFT (444602440408147895)[1],NFT (563876191973547929)[1],USD[0.00000846264546225],USDT[0.2481363300000005] |
| 01727765 | USD[3447.2808139489120670000000000],USDT[0.0000000078142023] |
| 01727777 | USD[1113.8454975153767500],XRP[0.3922679900000000] |
| 01727779 | NFT (293855315231421584)[1],NFT (375949394975428939)[1],NFT (527313040720770736)[1],NFT (549269823921223447)[1],TRX[0.0015590000000000],USDT[0.0037267400000000] |
| 01727783 | AKRO[0.000000000000000],BAC[0.0000000000000],BTC[0.0430496990000000],CAD[0.4321539968358777],CEL[0.000000000001371682],CHZ[1.0000000000000000],CRO[0.9486514100000000],DENT[4.0000000000000000],ETH[1.1806363796000000000],ETHW[1.1806284700000000],FTT[0.0027899092422362501],KIN[5.0000000000000000],MATIC[0.000000001300000],NFT (405590605401758447)[1],SOL[0.0001941600000000],SXP[0.00858770000000000],TRX[0.0000000000000],USDC[640.1985447300000000],USDT[0.0000010568046],XRP[0.0124681975R5100121] |
| 01727784 | BTC[0.0000082483582],ETH[0.000078350000000],FTT[33.1614858400000000],GMT[0.2243950500000000],KIN[1.0000000000000000],LUNA2[0.0000003000086651],LUNA_LOCKED[0.000000007602021885],LUNC[0.0085344500000000],SRM[8.7594587500000000],SRM_LOCKED[91.8595311900000000],TRX[0.000001000000000],USD[29.2906135002625312],USDT[2.426413848640020] |
| 01727787 | DOGEBULL[5.4982092800000000],TRX[0.0000002000000],USD[0.2143508355000000],USDT[0.0000008529455920] |
| 01727788 | BTC[0.0514000000000000],USD[0.8714867854100000] |
| 01727792 | FTT[6.0549768800000000] |
| 01727795 | USD[100.00000000000000000] |
| 01727800 | POLIS[417.1521200000000000],USD[0.5216056950000000] |
| 01727817 | ETH[0.0000000071341075],MATIC[0.0000000053178150],USDT[0.0000006596633169] |
| 01727818 | ETH[0.0000000034962667],ETHW[0.4859436349826671],LUNA2[0.4615948481000000],LUNA2_LOCKED[0.07705464500000000],USDC[947.272459090000000],USDT[10.0279270059780834] |
| 01727820 | DENT[1.0000000000000000],TRX[0.0000020000000000],USDT[12.8268900386571834] |
| 01727824 | BTC[1.7092496500000000],EUR[0.0004950000000],FTT[2.0068755800000000],SHIB[740000.0000000000],TRX[0.0113790000000000],USD[0.00000009880008020],USDT[85039.09297302807560311] |
| 01727831 | USD[901064.5959503018891600] |
| 01727838 | USD[1.8637053852126048],USDT[0.0000001377886653] |
| 01727839 | BLT[0.0010400000000000],CRO[9.5231000000000],FRONT[50.0000000000000000],FTT[817.4890075000000000],FXS[141.4389210000000000],GENE[15.8000000000000000],LINK[0.0910890000000000],PSYO[0.6734390000000000],TONCOIN[0.0526400000000000],TRX[0.00000200000000000],USD[3.6704970009624352000000000],USDT[80.6306175750000000],YGG[287.00204000000000] |
| 01727859 | TRX[0.0000010000000000],USD[0.0016994981197120],USD[0.000000184672] |
| 01727862 | USD[20.0000000000000000] |
| 01727866 | ETH[0.0009217200000000],ETHW[0.0009217200000000],USD[0.000000175977101],USDC[244.1633080600000000] |
| 01727869 | SRM[58.2917657400000000],SRM_LOCKED[0.25671837000000000],USD[0.0002801021401642],USDT[0.0031100134812733] |
| 01727870 | MNGO[9.9069000000000000],USD[76.2984961383628240] |
| 01727871 | FTT[31.6986500000000000],SOL[153.0600000000000],USDT[2.8048265306000000] |
| 01727872 | TRX[0.0000010000000000],USD[0.0001056656185187],USDT[0.0000162456581824] |
| 01727875 | AKRO[1.0000000000000000],BAC[1.0000000000000000],BTC[0.0000000200000000],ETH[0.0000001100000000],EUR[0.010280421403004],KIN[3.000000000000000],RSR[2.00000000000000],SOL[0.000023160000000],USD[0.0019190544008],XRP[52.3415750100000000] |
| 01727877 | TRX[0.0000320000000000],USD[0.0000000082265078] |
| 01727879 | TRX[0.0000180000000000],USD[55.1057944535345398] |
| 01727891 | ETH[0.0000004900000000] |
| 01727893 | THETABULL[1.2230000000000000],USD[0.1997332687000000],USDT[0.0000000696965557] |
| 01727901 | TRX[0.0000010000000000],USDT[0.7550000000000000] |
| 01727903 | ALGOBULL[110000.00000000000000],COMPBULL[1.0000000000000],DOGEBULL[0.1000000000000000],DOGEBULL[1.0000000000000000],THETABULL[0.200500000000000],USDC[2.4665782335972500000000000],USDT[7.1491830000000000],VETBULL[3.0000000000000000] |
| 01727904 | USD[21.9629307700000000] |
| 01727909 | BTC[0.0000000008755856],ETH[0.0000000045503520],FTT[0.0000000082799648],INDI_IEO_TICKET[1.0000000000000000],RUNE[0.0000000083888956],SRM[5.2817534200000000],SRM_LOCKED[34.07824658000000000],USD[0.0001313740589511],USDT[0.00006902682102036] |
| 01727911 | NFT (326628957659121155)[1],NFT (373329935007862232)[1],NFT (384615548265153602)[1],SRM[1.2588080900000000],SRM_LOCKED[7.7086343500000000] |
| 01727912 | DAI[0.0000000096066606],TRX[0.0000000041549830] |
| 01727914 | AKRO[1.0000000000000000],AUD[212.6827714852476737],BAC[1.0000000000000000],DENT[2.0000000000000000],KIN[1.0000000000000000],SXP[1.0256721700000000],USD[0.0100169442458320] |
| 01727915 | BTC[0.0098000270268970],FTT[0.0000000277147192],USD[683.6118294146795919],USDT[0.00000000380064098] |
| 01727916 | BTC[0.000000041903766],RAY[0.0000000380000000],SOL[0.00000003000545514],USD[0.0222189759973077] |
| 01727917 | USD[3.1664375434184324],XRP[21.9921196690000000] |
| 01727918 | USD[0.0000000697544488],USDT[0.0000000174384429] |
| 01727919 | ATLAS[810.0000000000000000],BNB[0.0092169300000000],DOGEBULL[4.6510000000000],GRTBULL[254.0000000000000],HTBULL[70.9000000000000000],TRX[0.000001000000000],USD[0.0047118026000000] |
| 01727939 | USD[26.0334327400000000],USDT[0.0000000280751206] |
| 01727940 | BAO[1528600.0000000000000],FTT[27.0653079000000000],IMX[132.5000000000000000],TRX[0.0000010000000000],USD[11798.3151156197667493],USDT[0.0000000069924736] |
| 01727942 | BNB[0.0000000035962408],FTT[0.0026192910320450],SOL[0.000000022331140],USD[0.0015539746206339],USD[0.00000001097532] |
| 01727944 | USD[20.0000000000000000] |
| 01727946 | SOL[0.0565870000000000],USD[0.0956006925000000] |
| 01727950 | USD[0.5016843425457486],USDT[156.1285666448595000] |
| 01727952 | USD[0.0000000856271162],USDT[0.0000000280751206] |
| 01727954 | USD[4.4540904528406537],USDT[0.0000000687497420] |
| 01727956 | BTC[0.000000085275520] |
| 01727957 | KIN[99960.0000000000000],USD[0.0000000130984125],USDT[0.0000000085471740] |
| 01727963 | USD[0.0000000775454571],USDT[0.8548500030184828] |
| 01727964 | USD[0.8805410900000000] |
| 01727967 | SOL[0.0099090000000000],USD[0.0095030090000000],USDT[0.0000000250000000] |
| 01727988 | ATLAS[1999.60000000000000],POLIS[9.99800000000000],TRX[0.0000010000000000],USD[116.9202218700000000],USDT[0.0000000045059494] |
| 01727969 | BNB[0.0000000020280000] |
| 01727971 | USD[25.0000000000000000] |

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferor has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.