Filing Version

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors

Case No. 22-11068

FILED 2023 SEP 27 PM 12:42
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 00918464**

Advanced Legal P.C.
_____
Name of Transferee

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Address for all Payments/Distributions:
Same as above

[REDACTED]
_____
Name of Transferor

[REDACTED]

Phone: [REDACTED]
Email: [REDACTED]

[PLEASE FILE THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL, AND REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the twenty percent (20%) of the total claim** as listed under Unique Customer Code 00918464.

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_____     Date: September 22, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Redacted Version

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors            Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 00918464**

Advanced Legal P.C.

Name of Transferee            Name of Transferor

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Last Known Address:

Phone:
Email:

Address for all Payments/Distributions:
Same as above

[PLEASE FILE THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL, AND REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the twenty percent (20%) of the total claim** as listed under Unique Customer Code 00918464.

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____            Date: September 22, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware
Attn: Clerk

AND TO: FTX TRADING LTD., et al., Debtors

Case No. 22-11068

The Transferee has in its possession an agreement signed by the Transferor as Evidence of Transfer.

To protect the confidentiality of the agreement with the Transferor, the Transferee has not attached the signed agreement as Evidence of Transfer. Upon written request, the Transferee is prepared to provide a copy of the signed agreement as Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

For your information, the agreement is to transfer for security from Transferor to Transferee the twenty percent (20%) of the total claim possessed by the Transferor as listed under Unique Customer Code 00918464.

The amount of the claim as the basis of this transfer is asserted in the amended proof of claim filed on behalf of the Transferor on September 20, 2023 (*see* Exhibit No. 1).

**The Transferee cordially requests the Court and FTX to use the redacted version of the previous page as provided by the Transferee for any publication purposes.**

Signature: _[signature]_                           Date: September 22, 2023

Woong Kyu SUNG (authorized agent)
Managing Partner
Advanced Legal P.C.

The last part of a Notice of Transfer of Claim form is copied below for the convenient use of the Court.

---~DEADLINE TO OBJECT TO TRANSFER~---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                   _____
                                                   **CLERK OF THE COURT**

**Exhibit No. 1**

# Amended Proof of Claim

## Filed on behalf of the Transferor

## on September 20, 2023

### (redacted)

**United States Bankruptcy Court, District of Delaware**
<u>Modified Official Form 410</u>

# Customer Proof of Claim Form
04/22

IF YOU WISH TO FILE THIS PROOF OF CLAIM ELECTRONICALLY, THE ELECTRIC FORM IS AVAILABLE AT https://restructuring.ra.kroll.com/ftx/EPOC-Index. The link also contains other important information about this proof of claim form, such as the definition of capitalized terms.

Proofs of Claim must be filed in ENGLISH.

Any claim, whether valid or not, will be categorized as "Unverified" as described in the Bar Date Order [D.I. #] if the Creditor does not provide Know Your Customer ("KYC") documentation. To upload KYC information, visit the Debtors' Customer Claims Portal, available at: https://claims.ftx.com.

Read the instructions before filling out this form. This form is for making a customer claim against the Debtors at the FTX Exchanges. <u>Do not</u> use this form to assert any other pre-petition claims. <u>Do not</u> use this form to make a request for payment of an administrative expense.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. Do not send original documents; they will not be returned and may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Claimants do not need to file separate proofs of claim against each Debtor on account of the same Customer Entitlement Claim.

Please complete Part 2, Box 8 for any claims arising out of or related to any other investment or trading activities on any FTX Exchange.

This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.

Fill in all the information about the claim as of November 11, 2022 unless your claim is against West Realm Shires Inc., in which case information about the claim is as of November 14, 2022 (as applicable, the "Petition Date").

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim): [REDACTED]

Other names the creditor used with the debtor (if any): ___

FTX customer account number: 19597197 (Unique Customer Code: 00918464)

Email Address(es) Used for each FTX Account: [REDACTED]

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? (name, account email and account identification number)

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Woong Kyu SUNG
Name

258 Steilen Avenue
Number    Street

Ridgewood, NJ 07450
City    State    ZIP Code

Country (if outside of the US)

Contact phone  (917) 587-0577
Contact email  contact@ftxlegalclinic.com

Where should payments to the creditor be sent? (if different)

Same as the notice recipient
Name

Number    Street

City    State    ZIP Code

Country (if outside of the US)

Contact phone ___
Contact email ___

**4. Does this claim amend one already filed?**
☐ No  Document ID a393f64f519e0f982da76911127ace49e00a8896 and Confirmation ID 3265-70-CSWOR-896658607
☒ Yes. Claim number on court claims registry (if known) ___   Filed on 07 / 22 / 2023
The prior claim was submitted online at https://claims.ftx.com/ with the above IDs.

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? ___

**Part 2:** Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Trading Activity.

| ☑ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐ FTX EU Ltd. (f/k/a KDNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166) | ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) |
|---|---|---|
| ☐ Quoine Pte Ltd (d/b/a "Liquid Global") (Case No. 22-11161) | ☐ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071) | |

6. Did you participate in the FTX Earn program (available via Blockfolio app) as of the petition date?   ☐ No   ☑ Yes

7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account(s) along with the unique identification code. **Please see the attached list.**
If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, then please populate the Loaned Quantity column.

| Fiat Currency (Currency Code) Exchange Rate | Total Asserted Quantity of Crypto or Fiat (local currency) | Total Asserted Quantity of Crypto or Fiat (converted to USD) | Loaned Quantity of Crypto or Fiat (converted to USD) |
|---|---|---|---|
| *Fiat – exchange rates are LOCAL CURRENCY/USD* | | | |
| US Dollar (USD) USD/USD = 1.00000 | | **Please see the attached list.** | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | | | |
| Euro (EUR) EUR/USD = 1.021000 | | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | | | |
| Other Fiat: | | | |
| Other Fiat: | | | |

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| **Crypto** Please list the number of tokens held ||||
| 3X Long Bitcoin Token (BULL) | | | |
| 3X Long Cardano Token (ADABULL) | | | |
| 3X Long Dogecoin Token (DOGEBULL) | **Please see the attached list.** | | |
| 3X Long Ethereum Token (ETHBULL) | | | |
| 3X Long XRP Token (XRPBULL) | | | |
| Aave (AAVE) | | | |
| Akropolis (AKRO) | | | |
| ApeCoin (APE) | | | |
| ATLAS (ATLAS) | | | |
| Atom (ATOM) | | | |
| Aurory (AURY) | | | |
| Avalanche (AVAX) | | | |
| BaoToken (BAO) | | | |
| Basic Attention Token (BAT) | | | |
| Binance Coin (BNB) | | | |
| Bitcoin (BTC) | | | |
| Bitcoin Cash (BCH) | | | |
| Brazilian Digital Token (BRZ) | | | |
| Celsius Token (CEL) | | | |
| ChainLink Token (LINK) | | | |
| Chiliz (CHZ) | | | |
| Compound USDT (CUSDT) | | | |
| Cope (COPE) | | | |
| Crypto.com Coin (CRO) | | | |
| Decentraland (MANA) | | | |
| Dent (DENT) | | | |
| Dogecoin (DOGE) | | | |
| Ethereum (ETH) | | | |
| EthereumPoW (ETHW) | | | |
| Fantom (FTM) | | | |
| FTX Token (FTT) | | | |
| Gala (GALA) | | | |
| Immutable X Token (IMX) | | | |
| Kin (KIN) | | | |
| Litecoin (LTC) | | | |
| Luna 2.0 (LUNA2) | | | |
| Luna Classic (LUNC) | | | |

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto | Loaned Quantity of Crypto | Staked Quantity of Crypto |
|---|---|---|---|
| **Crypto (continued)** <br> *Please list the number of tokens held* | | | |
| Matic (MATIC) | | | |
| POLIS (POLIS) | | | |
| Polkadot (DOT) | | | |
| Raydium (RAY) | **Please see the attached list.** | | |
| Reserve Rights (RSR) | | | |
| Serum (SRM) | | | |
| Shiba Inu (SHIB) | | | |
| Solana (SOL) | | | |
| Spell Token (SPELL) | | | |
| Step Finance (STEP) | | | |
| SushiSwap (SUSHI) | | | |
| Swipe (SXP) | | | |
| Terra Classic USD (Wormhole) (USTC) | | | |
| The Graph (GRT) | | | |
| The Sandbox (SAND) | | | |
| Thorchain (RUNE) | | | |
| TON Coin (TONCOIN) | | | |
| TRON (TRX) | | | |
| Uniswap Protocol Token (UNI) | | | |
| UpBots (UBXT) | | | |
| USD Coin (USDC) | | | |
| USD Tether (USDT) | | | |
| XRP (XRP) | | | |
| **Other Crypto not previously listed (please specify)** | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| Coin Type: | | | |
| **NFTs (non-fungible tokens)** | | | |
| NFT Description: <br><br> NFT Identifier: | | NFT Description: <br><br> NFT Identifier: | |
| NFT Description: <br><br> NFT Identifier: | | NFT Description: <br><br> NFT Identifier: | |
| NFT Description: <br><br> NFT Identifier: | | NFT Description: <br><br> NFT Identifier: | |
| NFT Description: <br><br> NFT Identifier: | | NFT Description: <br><br> NFT Identifier: | |
| NFT Description: <br><br> NFT Identifier: | | NFT Description: <br><br> NFT Identifier: | |

| 8. Do you have Customer Claims related to any Other Trading Activity on the FTX Exchanges? Other Trading Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above. | ☒ No<br>☐ Yes. Please describe: _____<br><br>If yes, how much is the claim?  $_____ | | |
|---|---|---|---|

*Please provide any relevant supporting documentation necessary to support a claim related to any Other Trading Activity.*

Please identify all relevant Debtor(s) you are asserting this claim against below, you may check more than one Debtor.

| ☒ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068) | ☐ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd.) (Case No. 22-11166) | ☐ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102) | ☐ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161) |
|---|---|---|---|
| ☐ West Realm Shires Services (d/b/a "FTX US") Inc, (Case No. 22-11071) | ☐ Alameda Aus Pty Ltd (Case No. 22-11104) | ☐ Alameda Global Services Ltd. (Case No. 22-11134) | ☐ Alameda Research (Bahamas) Ltd (Case No. 22-11105) |
| ☐ Alameda Research Holdings Inc. (Case No. 22-11069) | ☐ Alameda Research KK (Case No. 22-11106) | ☐ Alameda Research LLC (Case No. 22-11066) | ☐ Alameda Research Ltd (Case No. 22-11067) |
| ☐ Alameda Research Pte Ltd (Case No. 22-11107) | ☐ Alameda Research Yankari Ltd (Case No. 22-11108) | ☐ Alameda TR Ltd (Case No. 22-11078) | ☐ Alameda TR Systems S. de R. L. (Case No. 22-11109) |
| ☐ Allston Way Ltd (Case No. 22-11079) | ☐ Analisya Pte Ltd (Case No. 22-11080) | ☐ Atlantis Technology Ltd. (Case No. 22-11081) | ☐ Bancroft Way Ltd (Case No. 22-11082) |
| ☐ Blockfolio, Inc. (Case No. 22-11110) | ☐ Blue Ridge Ltd (Case No. 22-11083) | ☐ Cardinal Ventures Ltd (Case No. 22-11084) | ☐ Cedar Bay Ltd (Case No. 22-11085) |
| ☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162) | ☐ Clifton Bay Investments LLC (Case No. 22-11070) | ☐ Clifton Bay Investments Ltd (Case No. 22-11111) | ☐ Cottonwood Grove Ltd (Case No. 22-11112) |
| ☐ Cottonwood Technologies Ltd (Case No. 22-11136) | ☐ Crypto Bahamas LLC (Case No. 22-11113) | ☐ DAAG Trading, DMCC (Case No. 22-11163) | ☐ Deck Technologies Holdings LLC (Case No. 22-11138) |
| ☐ Deck Technologies Inc. (Case No. 22-11139) | ☐ Deep Creek Ltd (Case No. 22-11114) | ☐ Digital Custody Inc. (Case No. 22-11115) | ☐ Euclid Way Ltd (Case No. 22-11141) |
| ☐ FTX (Gibraltar) Ltd (Case No. 22-11116) | ☐ FTX Canada Inc (Case No. 22-11117) | ☐ FTX Certificates GmbH (Case No. 22-11164) | ☐ FTX Crypto Services Ltd. (Case No. 22-11165) |
| ☐ FTX Digital Assets LLC (Case No. 22-11143) | ☐ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118) | ☐ FTX EMEA Ltd. (Case No. 22-11145) | ☐ FTX Equity Record Holdings Ltd (Case No. 22-11099) |
| ☐ FTX Europe AG (Case No. 22-11075) | ☐ FTX Exchange FZE (Case No. 22-11100) | ☐ FTX Hong Kong Ltd (Case No. 22-11101) | ☐ FTX Japan Holdings K.K. (Case No. 22-11074) |
| ☐ FTX Japan Services KK (Case No. 22-11103) | ☐ FTX Lend Inc. (Case No. 22-11167) | ☐ FTX Marketplace, Inc. (Case No. 22-11168) | ☐ FTX Products (Singapore) Pte Ltd (Case No. 22-11119) |
| ☐ FTX Property Holdings Ltd (Case No. 22-11076) | ☐ FTX Services Solutions Ltd. (Case No. 22-11120) | ☐ FTX Structured Products AG (Case No. 22-11122) | ☐ FTX Switzerland GmbH (Case No. 22-11169) |
| ☐ FTX Trading GmbH (Case No. 22-11123) | ☐ FTX US Services, Inc. (Case No. 22-11171) | ☐ FTX US Trading, Inc. (Case No. 22-11149) | ☐ FTX Ventures Ltd. (Case No. 22-11172) |
| ☐ FTX Zuma Ltd (Case No. 22-11124) | ☐ GG Trading Terminal Ltd (Case No. 22-11173) | ☐ Global Compass Dynamics Ltd. (Case No. 22-11125) | ☐ Good Luck Games, LLC (Case No. 22-11174) |
| ☐ Goodman Investments Ltd. (Case No. 22-11126) | ☐ Hannam Group Inc (Case No. 22-11175) | ☐ Hawaii Digital Assets Inc. (Case No. 22-11127) | ☐ Hilltop Technology Services LLC (Case No. 22-11176) |
| ☐ Hive Empire Trading Pty Ltd (Case No. 22-11150) | ☐ Innovatia Ltd (Case No. 22-11128) | ☐ Island Bay Ventures Inc (Case No. 22-11129) | ☐ Killarney Lake Investments Ltd (Case No. 22-11131) |
| ☐ Ledger Holdings Inc. (Case No. 22-11073) | ☐ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177) | ☐ LedgerPrime Bitcoin Yield Enhancement Master Fund LP (Case No. 22-11155) | ☐ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156) |
| ☐ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157) | ☐ LedgerPrime LLC (Case No. 22-11158) | ☐ LedgerPrime Ventures, LP (Case No. 22-11159) | ☐ Liquid Financial USA Inc. (Case No. 22-11151) |
| ☐ Liquid Securities Singapore Pte Ltd (Case No. 22-11086) | ☐ LiquidEX LLC (Case No. 22-11152) | ☐ LT Baskets Ltd. (Case No. 22-11077) | ☐ Maclaurin Investments Ltd. (Case No. 22-11087) |
| ☐ Mangrove Cay Ltd (Case No. 22-11088) | ☐ North Dimension Inc (Case No. 22-11153) | ☐ North Dimension Ltd (Case No. 22-11160) | ☐ North Wireless Dimension Inc. (Case No. 22-11154) |
| ☐ Paper Bird Inc (Case No. 22-11089) | ☐ Pioneer Street Inc. (Case No. 22-11090) | ☐ Quoine India Pte Ltd (Case No. 22-11091) | ☐ Quoine Vietnam Co. Ltd (Case No. 22-11092) |
| ☐ Strategy Ark Collective Ltd. (Case No. 22-11094) | ☐ Technology Services Bahamas Limited (Case No. 22-11095) | ☐ Verdant Canyon Capital LLC (Case No. 22-11096) | ☐ West Innovative Barista Ltd. (Case No. 22-11097) |
| ☐ West Realm Shires Financial Services Inc. (Case No. 22-11072) | ☐ West Realm Shires Inc. (Case No. 22-11183) | ☐ Western Concord Enterprises Ltd. (Case No. 22-11098) | ☐ Zubr Exchange Ltd (Case No. 22-11132) |

## 9. What is the basis of the claim (no. 8 in the original 'Modified Official Form 410')?

**Enclosed please find a statement with documents supporting the claim required by Bankruptcy Rule 3001(c).**

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date **09/20/2023** (mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

Name: **Woong Kyu** (First name) **** (Middle name) **Sung** (Last name)

Title: **Managing Partner**

Company: **Advanced Legal P.C.**
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: **258 Stellen Avenue**
Number   Street
**Ridgewood, NJ 07450**
City    State    ZIP Code

Contact phone: **(917) 587-0577**    Email: **contact@ftxlegalclinic.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors          Case No. 22-11068

> This is the AMENDED proof of claim filed on behalf of ███ (FTX customer) amending the prior proof of claim submitted online at https://claims.ftx.com/ on July 22, 2023, with document ID (a393f64f519e0f982da76911127ace49e00a8896) and confirmation ID (3265-70-CSWOR-896658607).

**Q7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

Mr. ███ claim is asserted as follows, which is the same amount and kinds as included in the original Customer Schedule filed on March 15, 2023 by FTX Trading Ltd. under his Unique Customer Code 00918464 (*see* the enclosed screenshot).

ATLAS [0.0000000012105776], USDT [0.0000000000000640]
AXS [0.0000000148301287], WRX [0.0000000120689560]
BCH [20.9574328170107416], XRP [120004.6643155168426655]
BTC [0.4343201780450573]
CLV [0.0000000029027573]
CREAM [0.0000000054357066]
DAI [0.0000000111025485]
DOGE [0.0000000229046727]
ETH [0.0000000273069985]
FTT [0.0000000055839113]
LEO [0.0000000027786136]
LRC [0.0000000040000000]
MANA [0.0000000027590249]
MATIC [11327.0000000083172112]
OMG [0.0000000113917188]
SHIB [77931.1871667499197888]
SOL [0.0000000082352545]
SRM [0.0000000034019032]
TRX [325.8056522598562893]
USD [0.5746503632013558]

Enclosed: Screenshot of the relevant part of the email "FTX - Your Scheduled Claim Information and Unique Customer Code" sent to Mr. ■ by FTX Noticing <ftx@noticing.ra.kroll.com> on March 31, 2023.

> ... https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."
>
> Your Unique Customer Code is 00918464
>
> Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:
>
> ATLAS[0.0000000012105776], USDT[0.0000000000000640]
> AXS[0.0000000148301287], WRX[0.0000000120689560]
> BCH[20.9574328170107416], XRP[120004.6643155168426655]
> BTC[0.4343201780450573]
> CLV[0.0000000029027573]
> CREAM[0.0000000054357066]
> DAI[0.0000000111025485]
> DOGE[0.0000000229046727]
> ETH[0.0000000273069985]
> FTT[0.0000000055839113]
> LEO[0.0000000027786136]
> LRC[0.0000000040000000]
> MANA[0.0000000027590249]
> MATIC[11327.0000000083172112]
> OMG[0.0000000113917188]
> SHIB[77931.1871667499197888]
> SOL[0.0000000082352545]
> SRM[0.0000000034019032]
> TRX[325.8056522598562893]
> USD[0.5746503632013558]
>
> FTX Noticing
> Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
> Unsubscribe

Signature: _/s/ Woong Kyu Sung_          Date: <u>September 20, 2023</u>

**Woong Kyu SUNG (authorized agent of Advanced Legal P.C.)**
Managing Partner
Advanced Legal P.C.
Phone: (917) 587-0577
Email: contact@ftxlegalclinic.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors                                   Case No. 22-11068

---

This is the AMENDED proof of claim filed on behalf of ■ ■ ■ (FTX customer) amending the prior proof of claim submitted online at https://claims.ftx.com/ on July 22, 2023, with document ID (a393f64f519e0f982da76911127ace49e00a8896) and confirmation ID (3265-70-CSWOR-896658607).

---

## Q9. What is the basis of the claim?

### Statement Addressing the Basis of the Claim with Supporting Documents Pursuant to Federal Rules of Bankruptcy Procedure 3001(c)

**Introduction**

1. The amount of the claim possessed by Mr. ■ ■ ■ has been gradually distorted (decreased) each time the Debtors updated the list of his claim. This is described in paragraphs 2, 3, and 4.

**Under the Original Customer Schedule**

2. Mr. ■ claim is correctly listed in the email by FTX Noticing <ftx@noticing.ra.kroll.com> sent to him on March 31, 2023, with his Unique Customer Code 00918464 (Code). This claim is identical to one in the Original Customer Schedule filed on March 15, 2023 (*see* Exhibit no. 1).

**Under the Amended Customer Schedule**

3. However, the loan of two cryptocurrencies was incorrectly added to Mr. ■ claim under the same Code in the Amended Customer Schedule subsequently filed on June 27 (*see* Exhibit no. 2). **The two incorrectly loaned cryptocurrencies (GROUP 1) are as follows:**
   - BCH [20.949713]
   - XRP [64,849.68696495]

**Under the Online Proof of Claim**

4. Additionally, when Mr. ■ tried to address this 'loan' issue at https://claims.ftx.com/ (the online platform provided for FTX customers to submit their KYCs and Proofs of Claim), he found that in addition to the inclusion of GROUP 1 (loan), the two of his cryptocurrencies, which were previously listed in the Original and Amended Customer Schedules, incorrectly disappeared (*see* Exhibit no. 3). **The two incorrectly omitted cryptocurrencies (GROUP 2) are as follows:**
   - BCH [20.95743281701074l6]
   - XRP [120,004.6643155168426655]

**Conclusion**

5. The outcome of this gradual distortion (decrease) of the amount of Mr. ███ claim needs to be addressed and corrected immediately given the critical time in the current Chapter 11 process.

6. Via this amended proof of claim, therefore, Mr. ███ rightfully and timely requests that the amount of his claim should be correctly reflected in this case and that any of the incorrect versions of his claim as described in paragraphs 3 and 4 of this statement should not be considered or used in calculating the amount of any settlement or distribution for Mr. ███

7. The amount of Mr. ███ claim as appears in the email sent to him by FTX Noticing <ftx@noticing.ra.kroll.com> on March 31, 2023, shall be the only valid basis for any settlement or distribution. In advance of any calculation for settlement or distribution, GROUP 1 should be deleted from his claim and GROUP 2 should be added to his claim.

On behalf of Mr. ███ I hereby file this AMENDED Proof of Claim with the above statement addressing the basis of the claim and with the documents supporting the amended proof of claim pursuant to the Federal Rules of Bankruptcy Procedure 3001(c).

*Enclosed:*

- Exhibit No. 1: Email from FTX Listing the Claim as in the Original Customer Schedule
- Exhibit No. 2: Relevant Page of the Amended Customer Schedule
- Exhibit No. 3: PDF Printed Version of the Prior Online Proof of Claim

Signature: *[signature]*    Date: <u>September 20, 2023</u>

Woong Kyu SUNG (authorized agent of Advanced Legal P.C.)
Managing Partner
Advanced Legal P.C.
Phone: (917) 587-0577
Email: contact@ftxlegalclinic.com