## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

*In re FTX Trading Ltd., et al.*       Case No. 22-11068 (JTD) (Jointly Administered)

Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Hudson Bay Claim Fund LLC | Name of Transferor:<br>DCP Master Investments XIV LLC |
|---|---|
| Notices to Transferee should be sent to:<br>Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 USA<br>Att'n: Matthew Weinstein / Chad Flick<br>Email: mweinstein@hudsonbaycapital.com /<br>cflick@hudsonbaycapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#:<br>Name and Current Address of Transferor:<br>[see proof of claim] |
| Claim Portion Transferred: 21.0638234947% | Claim Dollar Amount Transferred: $7,000,000.00 |
| Claim Number: 1711 | Debtor: FTX Trading Ltd. |
| Date Claim Filed: 4/24/2023 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Matt Weinstein*_____       Date: September 12, 2023
      Authorized Signatory

As set forth in the attached Evidences of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

**EXHIBIT B**

**FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM –
PROOF OF CLAIM NUMBER 1711**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

      For value received, the adequacy and sufficiency of which are hereby acknowledged, DCP Master Investments XIV LLC, with offices located at 55 Hudson Yards Suite 29B, New York, NY 10001 (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Hudson Bay Claim Fund LLC with offices located at 28 Havermeyer Place, 2nd Floor, Greenwich CT 06830 (the "Buyer") a 21.0638234947% pro-rata share (in the amount of $7,000,000.00 ) of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Claim No. 1711, that was asserted against FTX Trading Ltd. and each of its debtor and non-debtor affiliates (collectively, "**FTX**"), including, but not limited to, FTX Digital Markets Ltd (the "Bankruptcy Cases") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

      Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(<em>remainder of page blank</em>)

KL2 3320219.7

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed July 3, 2023.

**SELLER**:

**DCP Master Investments XIV LLC**
By Diameter Capital Partners LP, solely as its investment manager

By: ___*/s/ Shailini Rao*___
Name:  Shailini Rao
Title:  Co-Chief Operating Officer & General Counsel

**BUYER:**

**Hudson Bay Claim Fund, LLC**


By:_____

Name:
Title:

KL2 3320219.7

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed July 3, 2023.

**SELLER**:

**DCP Master Investments XIV LLC**

By: _____
Name:
Title:

**BUYER:**

**Hudson Bay Claim Fund, LLC**

By: _____*Matt Weinstein*_____

Name: Matthew Weinstein
Title: Authorized Signatory

KL2 3320219.7