UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD, et al.,<br><br>    Debtors. | )<br>)<br>)    Chapter 11<br>)    Case No. 22-11068 (JTD)<br>)<br>)    (Jointly Administered)<br>)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal
Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this
evidence and notice.

**Name of Assignor:**   Redacted
**Name and Current Address of Assignor:**

> Redacted; Upon written request,
> Assignee is prepared to provide a copy
> of the non-redacted, executed Evidence
> of Transfer to the Bankruptcy Court,
> the Debtors, and appropriate
> professionals.

**Name of Assignee:**   DRQC LLC

**Name and Address where notices and
payments to Assignee should be sent:**

> DRQC LLC
> 1413 Ave Ponce de Leon
> Ste 400 PMB  2305
> San Juan, PR 00907
> DRQCLLC@gmail.com

| Customer Code | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 00620550 | Redacted | 308.36704362 – (BTC)<br>5,537.3166655 – (FTT)<br>4,754.52964847 – (ETH)<br>138,194.739618 – (NEAR)<br>2,037.4603744 – (SOL)<br>2,230.20414 – (SRM_LOCKED)<br>94.28840184 – (SRM) | FTX Trading LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

DRQC LLC

BY: _____          **Date:** September 26, 2023

    Dan Schmidt, Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five (5)
years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware
Attn: Clerk

AND TO: FTX TRADING LTD., as debtor ("Debtor")
Case No. 22-11068 (JTD) (Jointly Administered) ("Case")

Customer Code: 00620550

█████████████████████ ("Assignor"), does hereby unconditionally and irrevocably, transfer and assign unto:

DRQC LLC
1413 Ave Ponce de Leon
Ste 400 PMB 2305
San Juan, PR 00907

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Assignor in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Assignor; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case, and (f) to any amounts listed on Debtor's schedules (collectively, "Claim"), which represents 100% of the total claim amount of the Assignor against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Assignor hereby waives: (a) any objection to the transfer of the Claim to Assignee on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Assignor acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Assignor transferring the Claim to Assignee and recognizing Assignee as the sole owner and holder of the Claim.

Assignee does not assume and will not be responsible for any obligations or liabilities of Assignor related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Assignee.

Assignee further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, all payments or distributions of money or property in respect of the Claim or for any other purpose in this Case, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, ASSIGNEE and ASSIGNOR have executed this Evidence of Transfer of Claim as of September 26, 2023.

**ASSIGNEE:**
DRQC LLC

By: Dan Schmidt, Director

**ASSIGNOR:**
████████████████████████

DocuSigned by:
████████████████████████
EEA47F07F424442...