UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                )
                                      )
                                      )    Chapter 11
FTX TRADING LTD, et al.,              )    Case No. 22-11068 (JTD)
                                      )
        Debtors.                      )    (Jointly Administered)
                                      )
                                      )

**ASSIGNMENT OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Assignee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Assignor:** Redacted

**Name and Current Address of Assignor:**

Redacted; Upon written request, Assignee is prepared to provide a copy of the non-redacted, executed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**Name of Assignee:**

Escaleras de Esperanza LLC

**Name and Address where notices and payments to Assignee should be sent:**

Escaleras de Esperanza LLC
1225 Ave Ponce de Leon
PH-1369
San Juan, PR 00907

| Schedule / Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code:00175155 | Redacted | [As stated on Schedule F (below)] | FTX Trading LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Escaleras de Esperanza LLC

BY: _____        **Date:** September 18, 2023
Jesse Tsai, Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five (5) years, or both. 18 U.S.C. §§ 152 & 3571.

**Your Unique Customer Code is 00175155**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

BNB[127.1112711000000000]
BOBA[1928.3869500000000000]
BTC[21.6839410081392480]
ETH[3.4999089474206321]
ETHW[157.4962796507642527]
FTT[5834.7732055335620247]
MATIC[29245.2924500000000000]
MOB[0.9223000018990560]
OMG[18.2678950000000000]
PAXG[19.3576000000000000]
SLP[51597.5354000000000000]
SOL[5099.5409949100000000]
SPELL[76000.0000000000000000]
SRM[550.6559755400000000]
SRM_LOCKED[3086.2440244600000000]
STG[106.5644700000000000]
TRX[1538.6697800000000000]
USD[30890.8926232148487821000000000]
USDT[2051.8360355024866622]

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor and by the original creditor.

To protect the identity of the original creditor, Transferee has not disclosed the original creditor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.