# EXHIBIT A

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**RE: D.I. _____** |

**ORDER GRANTING THE U.S. TRUSTEE'S MOTION TO COMPEL
THE AD HOC COMMITTEE OF NON-U.S. CUSTOMERS OF FTX.COM
TO COMPLY WITH THE COURT'S ORDER OF JULY 10, 2023**

Upon consideration of the *United States Trustee's Motion to Compel the Ad Hoc Committee of Non-U.S. Customers of FTX.Com to Comply with the Court's Order Concerning the Verified Statement of Eversheds Sutherland (US) and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019* (the "Motion"); and finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and finding that there is good and sufficient cause for the relief set forth herein, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The Ad Hoc Committee of Non-U.S. Customers of FTX.Com shall have fourteen

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/FTX.

(14) calendar days after entry of this Order to comply with this Court's *Order Denying the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal (I) Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 and (II) the Declaration in Support of the Ad Hoc Committee of Non-US Customers of FTX.com's Motion to File Under Seal the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019* [D.I. 1858], entered on July 10, 2023, including providing the unredacted actual address of each member of the Ad Hoc Committee of Non-U.S. Customers of FTX.Com.

3. If the Ad Hoc Committee of Non-U.S. Customers of FTX.Com does not comply with the requirements of paragraph 2 of this Order within fourteen (14) calendar days after entry of this Order, then such committee shall not be permitted to be heard in these cases.

Dated: _____          _____
      Wilmington, Delaware                         The Honorable John T. Dorsey
                                                   United States Bankruptcy Judge