IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Hearing Date: October 19, 2023, 10:00 a.m. ET**<br>**Objection Deadline: October 12, 2023, 4:00 p.m. ET** |

**NOTICE OF THE UNITED STATES TRUSTEE'S MOTION TO COMPEL THE AD HOC COMMITTEE OF NON-U.S. CUSTOMERS OF FTX.COM TO COMPLY WITH THE COURT'S ORDER CONCERNING THE VERIFIED STATEMENT OF EVERSHEDS SUTHERLAND (US) AND MORRIS, NICHOLS, ARSHT & TUNNELL LLP PURSUANT TO BANKRUPTCY RULE 2019**

**PLEASE TAKE NOTICE** that on September 28, 2023, Andrew R. Vara, United States Trustee for Regions Three and Nine (the "U.S. Trustee"), filed his Motion to Compel the Ad Hoc Committee of Non-U.S. Customers of FTX.Com to Comply with the Court's Order Concerning the Verified Statement of Eversheds Sutherland (US) and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019 (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned counsel to the U.S. Trustee on or before **4:00 P.M. (Eastern Time) on October 12, 2023,** which service may be by email.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **October 19, 2023, at 10:00 A.M. (Eastern Time)** before the Honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom # 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE BANKRUPTCY COURT MAY**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: September 28, 2023
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA
UNITED STATES TRUSTEE,
REGIONS 3 and 9**

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
juliet.m.sarkessian@usdoj.gov