**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



CHEROKEE
ACQUISITION

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of
Transferor:
**Name (Redacted)**

Name of Transferee:

**SPCP Group, LLC**

Name and Address where notices and payments to
transferee should be sent:
**SPCP Group, LLC**
**2 Greenwich Plaza, First Floor**
**Greenwich, CT 06830**
**Attn: Operations**
**Email:  12017192157@tls.ldsprod.com and**
**rbeacher@pryorcashman.com**

| Claim Confirmation ID | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| 3265-70-RIRHP-603766347 | Name (Redacted) | $616,129.88 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 03110061 | Name (Redacted) | 84.13180493% of the amounts described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                         Date: <u>September 29</u>, 2023
Transferee/Transferee's Agent

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 03110061**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

BNB[0.0008320000000000]
BTC[0.1148682010247500]
ETH[12.0000000000000000]
FTT[2218.8200400000000000]
LUNA2[31.9607119100000000]
LUNA2_LOCKED[74.5749944500000000]
LUNC[0.0094040000000000]
USD[98978.1095076857500000000000000000]
USDC[399999.6641305400000000]
USDT[22015.9982899654546295]