# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | : : : : : : : : : : | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Re: DI 2725, 2745 and 2748** |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on September 27, 2023, I served copies of the *United States Trustee's Objection to Second Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 2725]; and on September 28, 2023, I served copies of the *United States Trustee's Motion to Compel the Ad Hoc Committee of Non-U.S. Customers of FTX.Com to Comply with the Court's Order Concerning the Verified Statement of Eversheds Sutherland (US) and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019*, including the Notice of Motion of the same [D.I. 2745]; and on September 29, 2023, I served copies of the *United States Trustee's Objection to the Debtors' Motion for Entry of an Order (I) Granting Leave from Local Rule 3007-1(f) to Permit the Filing of Substantive Omnibus Objections and (II) Granting Related Relief* [D.I. 2748], in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

---

[1] The last four digits of the respective tax identification numbers for Debtors FTX Trading Ltd. and Alameda Research LLC are 3288 and 4063, respectively. A complete list of the additional Debtors tax identification numbers may be obtained on the website of the Debtors' claims agent at https:/cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is: Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Kimberly A. Brown, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Julie G. Kappoor, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com
         kapoorj@sullcrom.com

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
       kenpasquale@paulhastings.com

Robert F. Poppiti, Jr., Esq.
Matthew Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: rpoppiti@ycst.com
       Mlunn@ycst.com

David A. Wender, Esquire
Sarah Paul, Esquire
Erin Broderick, Esquire
Jennifer Kimble, Esquire
EVERSHEDS SUTHERLAND (US), LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
Email:  davidwender@eversheds-sutherland.com
        sarahpaul@eversheds-sutherland.com
        erinbroderick@eversheds-sutherland.com
        jenniferkimble@eversheds-sutherland.com

Eric Schwartz, Esquire
Paige Topper, Esquire
Matthew Harvey, Esquire
Derek Abbott, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email: eschwartz@morrisnichols.com
       ptopper@morrisnichols.com
       mharvey@morrisnichols.com
       dabbott@morrisnichols.com

| | |
|---|---|
| David L. Finger, Esquire<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 N. Orange St.,7th Fl.<br>Wilmington, DE 19801<br>Email: dfinger@delawgroup.com | Katie Townsend, Esquire<br>THE REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street NW, Suite 1020<br>Washington, DC 20005<br>Email:  ktownsend@rcfp.org |
| Dated: September 29, 2023<br>       Wilmington, Delaware | By: <u>*/s/ Juliet Sarkessian*</u><br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |