IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>                     Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Oct. 12, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: Oct. 19, 2023 at 10:00 a.m. (ET)** |

### NOTICE OF THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS

      **PLEASE TAKE NOTICE** that Russell Crumpler and Christopher Farmer, in their capacities as the joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code, by and through the undersigned counsel filed the attached *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. For Coordination Among Courts* (the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 12, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon the undersigned counsel and the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Juliet M. Sarkessian (juliet.m.sarkessian@usdoj.gov).

      **PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

      **PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON OCTOBER 19, 2023 AT 10:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: September 29, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ John W. Weiss*<br>John W. Weiss (No. 4160)<br>Joseph C. Barsalona II (No. 6102)<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>1007 North Orange Street, 4th Floor #183<br>Wilmington, DE 19801<br>Telephone: (732) 852-2481<br>Facsimile: (732) 852-2482<br>Email:   jweiss@pashmanstein.com<br>              jbarsalona@pashmanstein.com |
| Warren E. Gluck (*pro hac vice* pending)<br>**HOLLAND & KNIGHT LLP**<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>Telephone: (212) 513-3200<br>Email:   warren.gluck@hklaw.com | |
| – and – | – and – |
| John J. Monaghan (*pro hac vice* pending)<br>**HOLLAND & KNIGHT LLP**<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Telephone: (617) 573-5834<br>Email:   john.monaghan@hklaw.com | Christopher Harris<br>Adam J. Goldberg<br>Brett M. Neve<br>Nacif Taousse<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.ravin@lw.com<br>             chris.harris@lw.com<br>             adam.goldberg@lw.com<br>             brett.neve@lw.com<br>             nacif.taousse@lw.com |
| | – and – |
| | Nima H. Mohebbi<br>Tiffany M. Ikeda<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   nima.mohebbi@lw.com<br>              tiffany.ikeda@lw.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd. (in liquidation)* |