## **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | x |
| In re: | : Chapter 11 |
| | : |
| FTX TRADING LTD., *et al.*,[1] | : Case No. 22-11068 (JTD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | x  **Re: D.I. ____** |

**ORDER WITH RESPECT TO THE MOTION**
**OF THE JOINT LIQUIDATORS OF THREE ARROWS**
**CAPITAL, LTD. FOR COORDINATION AMONG COURTS**

Upon consideration of the motion (the "**Motion**")[2] of the Joint Liquidators of Thee Arrows

Capital, Ltd., for entry of an order authorizing this Court to conference with the BVI Court, the

Genesis Court, the BlockFi Court, the Celsius Court, and the Chapter 15 Court to establish

procedures to adjudicate the overlapping and identical issues of fact and law raised by the 3AC

Claims in a centralized forum; and this Court having jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334; the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); the relief requested in the Motion being in the best interests of the

Debtors' estates, creditors, and other parties-in-interest; proper notice having been given under the

circumstances and no further notice is necessary; and after due deliberation thereon, and good and

sufficient cause appearing therefor, it is hereby:

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

ORDERED that on or before [ ● ], 2023, this Court, the BVI Court, the Genesis Court, the BlockFi Court, the Celsius Court, and the Chapter 15 Court shall coordinate in order to establish procedures to adjudicate the common issues of fact and law raised by the 3AC Claims in a centralized forum.

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order