## Exhibit B

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 8/1/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Messenger | 8/1/2023 | 1.00 | 23.00 | 23.00 | CITY EXPEDITOR, INC - Messenger - PU: QE NY To: Sascha Rand - 07/20/23 |
| Messenger | 8/1/2023 | 1.00 | 89.00 | 89.00 | CITY EXPEDITOR, INC - Messenger - PU: Sascha Rand DO: QE - 07/20/23 |
| Document Reproduction | 8/1/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Color Document Reproduction | 8/1/2023 | 12.00 | 0.40 | 4.80 | Color Document Reproduction |
| Word processing | 8/1/2023 | 0.60 | 0.00 | 0.00 | Word processing |
| Word processing | 8/1/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 8/2/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Color Document Reproduction | 8/2/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 8/2/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 8/2/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Velobind | 8/2/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Document Services | 8/2/2023 | 229.00 | 0.02 | 5.24 | Document services - PDF/G ISAZU/0216191 |
| Document Services | 8/2/2023 | 229.00 | 0.75 | 171.75 | Document services - COLOR PRINTS/G ISAZU/0216191 |
| Document Services | 8/2/2023 | 1.00 | 16.75 | 16.75 | Document Services - TAX/G ISAZU/0216191 |
| Lexis Courtlink - Off Contract | 8/3/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/3/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 8/3/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Color Document Reproduction | 8/3/2023 | 223.00 | 0.40 | 89.20 | Color Document Reproduction |
| Word processing | 8/3/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Document Services | 8/3/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/J. PALMERSON/0216321 |
| Document Services | 8/3/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/J. PALMERSON/0216321 |
| Document Services | 8/3/2023 | 68.00 | 0.75 | 51.00 | Document services - COLOR PRINTS/J. PALMERSON/0216321 |
| Document Services | 8/3/2023 | 7.00 | 0.07 | 0.48 | Document services - PRINTS/J. PALMERSON/0216321 |
| Document Services | 8/3/2023 | 1.00 | 5.20 | 5.20 | Document Services - TAX/J. PALMERSON/0216321 |
| Lexis Courtlink - Off Contract | 8/4/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/4/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 8/4/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 8/4/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 8/4/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 8/7/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/7/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/7/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Document Reproduction | 8/7/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 8/7/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/8/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/8/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 8/8/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/8/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/8/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| Document Services | 8/8/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/C. KIM/0216361 |
| Document Services | 8/8/2023 | 29.00 | 0.37 | 10.77 | Document services - TABS/C. KIM/0216361 |
| Document Services | 8/8/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0216361 |
| Document Services | 8/8/2023 | 1.00 | 0.02 | 0.02 | Document services - SLIP SHEETS/C. KIM/0216361 |
| Document Services | 8/8/2023 | 399.00 | 0.07 | 27.45 | Document services - PRINTS/C. KIM/0216361 |
| Document Services | 8/8/2023 | 1.00 | 0.75 | 0.75 | Document services - COLOR PRINTS/C. KIM/0216361 |
| Document Services | 8/8/2023 | 1.00 | 4.13 | 4.13 | Document Services - TAX/C. KIM/0216361 |
| Lexis Courtlink - Off Contract | 8/9/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/9/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/9/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 8/9/2023 | 45.00 | 0.10 | 4.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/10/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 32.00 | 0.10 | 3.20 | Document Reproduction |
| Document Reproduction | 8/10/2023 | 60.00 | 0.10 | 6.00 | Document Reproduction |
| Color Document Reproduction | 8/10/2023 | 102.00 | 0.40 | 40.80 | Color Document Reproduction |
| Color Document Reproduction | 8/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Word processing | 8/10/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 8/11/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/11/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Express mail | 8/11/2023 | 1.00 | 35.32 | 35.32 | FEDERAL EXPRESS CORPORATION - Invoice No: 822028820 Paid to: Fedex per Gaelle Isazu Ship To: Kathleen Wilson Thompson Ship Dt: 08/04/23 Airbill: 782032163447 00811 99595 007116 documents: Most cost efficient method of proof of delivery. |
| Document Reproduction | 8/11/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Word processing | 8/11/2023 | 0.70 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 8/12/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/12/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |

| | | | | | |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/14/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Document Reproduction | 8/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/15/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 8/15/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Word processing | 8/15/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 8/16/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 8/16/2023 | 1.00 | 3.29 | 3.29 | COURTLINK ONLINE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/17/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 8/17/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/17/2023 | 1.00 | 0.55 | 0.55 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/18/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.35 | 0.35 | US DOCKETS |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.35 | 0.35 | US DOCKETS |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.35 | 0.35 | US DOCKETS |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.35 | 0.35 | US DOCKETS |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| Lexis Courtlink - Off Contract | 8/21/2023 | 1.00 | 0.35 | 0.35 | US DOCKETS |

| | | | | | |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 8/22/2023 | 1.00 | 0.54 | 0.54 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/22/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Messenger | 8/22/2023 | 1.00 | 33.00 | 33.00 | CITY EXPEDITOR, INC - Messenger- #11807-00001/Messenger services - 08/08/23 |
| Document Reproduction | 8/22/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 71.00 | 0.10 | 7.10 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 46.00 | 0.10 | 4.60 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 34.00 | 0.10 | 3.40 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 8/22/2023 | 46.00 | 0.10 | 4.60 | Document Reproduction |
| Color Document Reproduction | 8/22/2023 | 26.00 | 0.40 | 10.40 | Color Document Reproduction |
| Color Document Reproduction | 8/22/2023 | 26.00 | 0.40 | 10.40 | Color Document Reproduction |
| Word processing | 8/22/2023 | 1.40 | 0.00 | 0.00 | Word processing |
| Word processing | 8/22/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 8/23/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/23/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| Document Reproduction | 8/23/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 8/23/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/24/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/24/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 8/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/24/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 8/24/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 8/25/2023 | 1.00 | 0.54 | 0.54 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 8/25/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Attorney service | 8/25/2023 | 1.00 | 59.13 | 59.13 | FIRST LEGAL NETWORK, LLC - Attorney service - Gaelle Isazu #11807- 00001/ Deliver Envelope to James Murdoch in Beverly Hills - 08/02/2023 |
| Lexis Courtlink - Off Contract | 8/28/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/28/2023 | 101.00 | 0.10 | 10.10 | Document Reproduction |
| Document Reproduction | 8/28/2023 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| Document Reproduction | 8/28/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 8/28/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 8/28/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| Color Document Reproduction | 8/28/2023 | 74.00 | 0.40 | 29.60 | Color Document Reproduction |
| Color Document Reproduction | 8/28/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 8/28/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 8/28/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| Color Document Reproduction | 8/28/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 8/29/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |

| | | | | | |
|---|---|---|---|---|---|
| Color Document Reproduction | 8/29/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 8/30/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Document Reproduction | 8/30/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 8/30/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Local meals | 8/30/2023 | 1.00 | 0.00 | 0.00 | GrubHub Holdings Inc. - Local meals - Sinem Susuz #11807-00001/ Jack Robbins - Prep for Board Meeting - 08/01/23 |
| Lexis Courtlink - Off Contract | 8/31/2023 | 1.00 | 0.59 | 0.59 | COURTLINK TRACK |
| Online Research - Off Contract | 8/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Tax | 8/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 8/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 8/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 8/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Document Reproduction | 8/31/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |

1,007.71

| CostType | Quantity | Amount |
|---|---|---|
| Attorney service | 1.00 | 59.13 |
| Color Document Reproduction | 519.00 | 207.60 |
| Document Reproduction | 919.00 | 91.90 |
| Document Services | 970.00 | 307.78 |
| Express mail | 1.00 | 35.32 |
| Lexis Courtlink - Off Contract | 86.00 | 158.98 |
| Local meals | 1.00 | 0.00 |
| Messenger | 3.00 | 145.00 |
| Online Research | 5.00 | 0.00 |
| Velobind | 1.00 | 2.00 |
| Word processing | 4.10 | 0.00 |
| TOTAL | 2,510.10 | 1,007.71 |