**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 8/7/2023 | Sophia Chen | 317.0 | $0.10 | $31.70 | Repro - B&W Copies |
| Repro - B&W Copies | 8/7/2023 | Victoria G. Shahnazary | 141.0 | $0.10 | $14.10 | Repro - B&W Copies |
| Repro - B&W Copies | 8/10/2023 | Meng Yu | 1790.0 | $0.10 | $179.00 | Repro - B&W Copies |
| Repro - B&W Copies | 8/10/2023 | Nicole A. Kramer | 4.0 | $0.10 | $0.40 | Repro - B&W Copies |
| Repro - B&W Copies | 8/15/2023 | Victoria G. Shahnazary | 949.0 | $0.10 | $94.90 | Repro - B&W Copies |
| Repro - B&W Copies | 8/17/2023 | Stephanie G. Wheeler | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 8/21/2023 | Jessica Ljustina | 2171.0 | $0.10 | $217.10 | Repro - B&W Copies |
| Repro - B&W Copies | 8/21/2023 | Nicole A. Kramer | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 8/23/2023 | Molly E. West | 170.0 | $0.10 | $17.00 | Repro - B&W Copies |
| Repro - B&W Copies | 8/25/2023 | Victoria G. Shahnazary | 763.0 | $0.10 | $76.30 | Repro - B&W Copies |
| Repro - B&W Copies | 8/30/2023 | Halloran N. Purcell | 110.0 | $0.10 | $11.00 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$641.70** | |
| Repro - Color Copies | 8/7/2023 | Victoria G. Shahnazary | 330.0 | $0.20 | $66.00 | Repro - Color Copies |
| Repro - Color Copies | 8/10/2023 | Nicole A. Kramer | 37.0 | $0.20 | $7.40 | Repro - Color Copies |
| Repro - Color Copies | 8/17/2023 | Stephanie G. Wheeler | 164.0 | $0.20 | $32.80 | Repro - Color Copies |
| Repro - Color Copies | 8/21/2023 | Nicole A. Kramer | 42.0 | $0.20 | $8.40 | Repro - Color Copies |
| Repro - Color Copies | 8/23/2023 | Molly E. West | 22.0 | $0.20 | $4.40 | Repro - Color Copies |
| Repro - Color Copies | 8/30/2023 | Halloran N. Purcell | 29.0 | $0.20 | $5.80 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$124.80** | |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.30 | $0.30 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $10.00 | $10.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.27 | $0.27 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $9.00 | $9.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.16 | $0.16 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $5.50 | $5.50 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.15 | $0.15 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $5.00 | $5.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.40 | $0.40 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $13.50 | $13.50 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.40 | $0.40 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $13.50 | $13.50 | NV Court Fees |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $25.00 | $25.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.75 | $0.75 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.75 | $0.75 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $25.00 | $25.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.15 | $0.15 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $3.00 | $3.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.09 | $0.09 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $5.00 | $5.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $17.00 | $17.00 | NV Court Fees |
| Outside Reproduction | 7/27/2023 | Jacob M. Croke | 1.0 | $0.51 | $0.51 | NV Court Fees |
| **Outside Reproduction Total** | | | | | **$135.43** | |
| Delivery/Courier | 8/1/2023 | Thursday K. Williams | 1.0 | $27.65 | $27.65 | Delivery/Courier |
| Delivery/Courier | 8/1/2023 | Thursday K. Williams | 1.0 | $27.11 | $27.11 | Delivery/Courier |
| Delivery/Courier | 8/3/2023 | Bright S. Boafo | 1.0 | $16.35 | $16.35 | Delivery/Courier |
| Delivery/Courier | 8/3/2023 | Bright S. Boafo | 1.0 | $16.35 | $16.35 | Delivery/Courier |
| Delivery/Courier | 8/3/2023 | Bright S. Boafo | 1.0 | $19.85 | $19.85 | Delivery/Courier |
| Delivery/Courier | 8/3/2023 | Bright S. Boafo | 1.0 | $19.85 | $19.85 | Delivery/Courier |
| Delivery/Courier | 8/4/2023 | Stepan G. Atamian | 1.0 | $25.31 | $25.31 | Delivery/Courier |
| Delivery/Courier | 8/8/2023 | Stepan G. Atamian | 1.0 | $27.40 | $27.40 | Delivery/Courier |
| Delivery/Courier | 8/8/2023 | Stepan G. Atamian | 1.0 | $27.95 | $27.95 | Delivery/Courier |
| Delivery/Courier | 8/11/2023 | Internal S&C | 1.0 | $26.49 | $26.49 | Delivery/Courier |
| Delivery/Courier | 8/11/2023 | Stepan G. Atamian | 1.0 | $20.06 | $20.06 | Delivery/Courier |
| Delivery/Courier | 8/11/2023 | Stepan G. Atamian | 1.0 | $20.06 | $20.06 | Delivery/Courier |
| Delivery/Courier | 8/11/2023 | Stepan G. Atamian | 1.0 | $16.53 | $16.53 | Delivery/Courier |
| Delivery/Courier | 8/11/2023 | Stepan G. Atamian | 1.0 | $20.24 | $20.24 | Delivery/Courier |
| Delivery/Courier | 8/14/2023 | Sarah H. Mishkin | 1.0 | -$1.45 | -$1.45 | Delivery/Courier |
| Delivery/Courier | 8/15/2023 | Bright S. Boafo | 1.0 | $28.19 | $28.19 | Delivery/Courier |
| Delivery/Courier | 8/15/2023 | Bright S. Boafo | 1.0 | $27.64 | $27.64 | Delivery/Courier |
| Delivery/Courier | 8/16/2023 | Victoria G. Shahnazary | 1.0 | $160.72 | $160.72 | Delivery/Courier |
| Delivery/Courier | 8/17/2023 | Thursday K. Williams | 1.0 | $20.24 | $20.24 | Delivery/Courier |
| Delivery/Courier | 8/17/2023 | Thursday K. Williams | 1.0 | $16.67 | $16.67 | Delivery/Courier |
| Delivery/Courier | 8/17/2023 | Thursday K. Williams | 1.0 | $20.24 | $20.24 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 8/17/2023 | Thursday K. Williams | 1.0 | $16.67 | $16.67 | Delivery/Courier |
| Delivery/Courier | 8/21/2023 | Fabio Weinberg Crocco | 1.0 | $40.86 | $40.86 | Delivery/Courier |
| Delivery/Courier | 8/22/2023 | Thursday K. Williams | 1.0 | $28.31 | $28.31 | Delivery/Courier |
| Delivery/Courier | 8/22/2023 | Thursday K. Williams | 1.0 | $27.75 | $27.75 | Delivery/Courier |
| Delivery/Courier | 8/24/2023 | Bright S. Boafo | 1.0 | $20.32 | $20.32 | Delivery/Courier |
| Delivery/Courier | 8/24/2023 | Bright S. Boafo | 1.0 | $16.74 | $16.74 | Delivery/Courier |
| Delivery/Courier | 8/24/2023 | Bright S. Boafo | 1.0 | $16.74 | $16.74 | Delivery/Courier |
| Delivery/Courier | 8/24/2023 | Bright S. Boafo | 1.0 | $20.32 | $20.32 | Delivery/Courier |
| Delivery/Courier | 8/29/2023 | Thursday K. Williams | 1.0 | $28.25 | $28.25 | Delivery/Courier |
| Delivery/Courier | 8/29/2023 | Thursday K. Williams | 1.0 | $16.71 | $16.71 | Delivery/Courier |
| Delivery/Courier | 8/29/2023 | Thursday K. Williams | 1.0 | $27.69 | $27.69 | Delivery/Courier |
| Delivery/Courier | 8/30/2023 | Stepan G. Atamian | 1.0 | $53.74 | $53.74 | Delivery/Courier |
| Delivery/Courier | 8/31/2023 | Thursday K. Williams | 1.0 | $20.28 | $20.28 | Delivery/Courier |
| Delivery/Courier | 8/31/2023 | Thursday K. Williams | 1.0 | $16.71 | $16.71 | Delivery/Courier |
| Delivery/Courier | 8/31/2023 | Thursday K. Williams | 1.0 | $20.28 | $20.28 | Delivery/Courier |
| Delivery/Courier | 8/31/2023 | Thursday K. Williams | 1.0 | $16.71 | $16.71 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$971.53** | |
| Local Transportation | 7/11/2023 | Matteo Berti | 1.0 | $26.87 | $26.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:35; Purpose: OT Travel |
| Local Transportation | 7/11/2023 | Evan S. Simpson | 1.0 | $54.04 | $54.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:28; Purpose: OT Travel |
| Local Transportation | 7/17/2023 | Matteo Berti | 1.0 | $34.47 | $34.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:53; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Local Transportation | 7/24/2023 | Matteo Berti | 1.0 | $28.33 | $28.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:43; Purpose: OT Travel |
| Local Transportation | 7/26/2023 | Matteo Berti | 1.0 | $47.91 | $47.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:44; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Alexander S. Holland | 1.0 | $26.42 | $26.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Ken Li | 1.0 | $20.83 | $20.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Jacob M. Croke | 1.0 | $86.23 | $86.23 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:42; Purpose: OT Travel |
| Local Transportation | 7/31/2023 | Alexa J. Kranzley | 1.0 | $14.96 | $14.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:09; Purpose: OT Travel |
| Local Transportation | 8/1/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/1/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:00; Purpose: OT Travel |
| Local Transportation | 8/1/2023 | Jacob M. Croke | 1.0 | $79.23 | $79.23 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:50; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/2/2023 | Robert O. Providence | 1.0 | $91.60 | $91.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:49; Purpose: OT Travel |
| Local Transportation | 8/2/2023 | Jacob M. Croke | 1.0 | $83.91 | $83.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:00; Purpose: OT Travel |
| Local Transportation | 8/3/2023 | Joseph F. Gilday | 1.0 | $108.86 | $108.86 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:27; Purpose: OT Travel |
| Local Transportation | 8/3/2023 | Joshua M. Hazard | 1.0 | $143.47 | $143.47 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:59; Purpose: OT Travel |
| Local Transportation | 8/3/2023 | Dawn A. Harris-Cox | 1.0 | $123.72 | $123.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/3/2023 | Serge N. Koveshnikoff | 1.0 | $126.08 | $126.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:30; Purpose: OT Travel |
| Local Transportation | 8/4/2023 | Joseph F. Gilday | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:25; Purpose: OT Travel |
| Local Transportation | 8/4/2023 | Ugonna Eze | 1.0 | $72.82 | $72.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 8/5/2023 | HyunKyu Kim | 1.0 | $32.74 | $32.74 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/7/2023 | Benjamin Zonenshayn | 1.0 | $97.22 | $97.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 8/7/2023 | Dylan M. Handelsman | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/7/2023 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:06; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | Joshua M. Hazard | 1.0 | $148.88 | $148.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:20; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | Serge N. Koveshnikoff | 1.0 | $128.83 | $128.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:17; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | Natalie A. Hills | 1.0 | $55.43 | $55.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:34; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | Dylan M. Handelsman | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | HyunKyu Kim | 1.0 | $80.00 | $80.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 8/8/2023 | Jacob M. Croke | 1.0 | $77.99 | $77.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:22; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/9/2023 | Natalie A. Hills | 1.0 | $55.43 | $55.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 8/9/2023 | Emily A. Kopp | 1.0 | $61.22 | $61.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:47; Purpose: OT Travel |
| Local Transportation | 8/9/2023 | Christopher J. Dunne | 1.0 | $181.59 | $181.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 8/9/2023 | Jacob M. Croke | 1.0 | $81.53 | $81.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:56; Purpose: OT Travel |
| Local Transportation | 8/9/2023 | Alexander S. Holland | 1.0 | $22.63 | $22.63 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 8/10/2023 | Natalie A. Hills | 1.0 | $87.41 | $87.41 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:58; Purpose: OT Travel |
| Local Transportation | 8/10/2023 | Serge N. Koveshnikoff | 1.0 | $129.13 | $129.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:30; Purpose: OT Travel |
| Local Transportation | 8/10/2023 | Luke W. Ross | 1.0 | $71.58 | $71.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 8/10/2023 | HyunKyu Kim | 1.0 | $84.00 | $84.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/14/2023 | Joseph F. Gilday | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:42; Purpose: OT Travel |
| Local Transportation | 8/14/2023 | Robert O. Providence | 1.0 | $91.03 | $91.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:54; Purpose: OT Travel |
| Local Transportation | 8/14/2023 | William M. Scheffer | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/14/2023 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/14/2023 | Jacob M. Croke | 1.0 | $79.97 | $79.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:16; Purpose: OT Travel |
| Local Transportation | 8/14/2023 | Alexander S. Holland | 1.0 | $26.46 | $26.46 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:25; Purpose: OT Travel |
| Local Transportation | 8/15/2023 | Meng Yu | 1.0 | $104.53 | $104.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 8/15/2023 | Christopher J. Dunne | 1.0 | $181.59 | $181.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 8/15/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/15/2023 | HyunKyu Kim | 1.0 | $73.02 | $73.02 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:52; Purpose: OT Travel |
| Local Transportation | 8/15/2023 | Jacob M. Croke | 1.0 | $87.19 | $87.19 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:18; Purpose: OT Travel |
| Local Transportation | 8/16/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| Local Transportation | 8/16/2023 | Sherry T. Johnson | 1.0 | $78.94 | $78.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:45; Purpose: OT Travel |
| Local Transportation | 8/16/2023 | HyunKyu Kim | 1.0 | $89.13 | $89.13 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 8/16/2023 | Alexander S. Holland | 1.0 | $27.60 | $27.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:52; Purpose: OT Travel |
| Local Transportation | 8/16/2023 | Jacob M. Croke | 1.0 | $77.00 | $77.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:17; Purpose: OT Travel |
| Local Transportation | 8/17/2023 | Thursday K. Williams | 1.0 | $100.17 | $100.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 8/17/2023 | Daniel P. O'Hara | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:31; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/17/2023 | Alexander S. Holland | 1.0 | $28.36 | $28.36 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 8/18/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/18/2023 | Ken Li | 1.0 | $24.52 | $24.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:05; Purpose: OT Travel |
| Local Transportation | 8/21/2023 | Emily A. Kopp | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:25; Purpose: OT Travel |
| Local Transportation | 8/22/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/22/2023 | Christopher J. Dunne | 1.0 | $181.42 | $181.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 8/22/2023 | Jacob M. Croke | 1.0 | $73.95 | $73.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:04; Purpose: OT Travel |
| Local Transportation | 8/22/2023 | HyunKyu Kim | 1.0 | $75.00 | $75.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:47; Purpose: OT Travel |
| Local Transportation | 8/23/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:38; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/23/2023 | Christopher J. Dunne | 1.0 | $181.59 | $181.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20;57; Purpose: OT Travel |
| Local Transportation | 8/23/2023 | Alexander S. Holland | 1.0 | $40.59 | $40.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 8/24/2023 | Daniel P. O'Hara | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:18; Purpose: OT Travel |
| Local Transportation | 8/24/2023 | Alexander S. Holland | 1.0 | $24.60 | $24.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 8/25/2023 | HyunKyu Kim | 1.0 | $49.95 | $49.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:35; Purpose: OT Travel |
| Local Transportation | 8/28/2023 | Molly E. West | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:31; Purpose: OT Travel |
| Local Transportation | 8/28/2023 | Aneesa Mazumdar | 1.0 | $60.40 | $60.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| Local Transportation | 8/28/2023 | Sherry T. Johnson | 1.0 | $75.10 | $75.10 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 8/28/2023 | Fareed Ahmed | 1.0 | $142.67 | $142.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/28/2023 | Robert O. Providence | 1.0 | $91.03 | $91.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:53; Purpose: OT Travel |
| Local Transportation | 8/28/2023 | HyunKyu Kim | 1.0 | $74.00 | $74.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:54; Purpose: OT Travel |
| Local Transportation | 8/29/2023 | Isaac S. Foote | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 8/29/2023 | Aneesa Mazumdar | 1.0 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:28; Purpose: OT Travel |
| Local Transportation | 8/29/2023 | HyunKyu Kim | 1.0 | $79.00 | $79.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:46; Purpose: OT Travel |
| Local Transportation | 8/30/2023 | Isaac S. Foote | 1.0 | $71.43 | $71.43 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:37; Purpose: OT Travel |
| Local Transportation | 8/31/2023 | Aneesa Mazumdar | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$6,341.95** | |
| Travel and expenses | 7/20/2023 | James M. McDonald | 1.0 | $220.34 | $220.34 | Travel and expenses - Airfare; Starting Point: LGA; End Point: DCA; Airline: Delta; Class of Travel: Economy; Date of Travel: 7/19/2023 - One way; Passenger Name: James M. McDonald; Business Purpose: Attend client meetings |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Travel and expenses | 7/20/2023 | James M. McDonald | 1.0 | $29.57 | $29.57 | Travel and expenses : Expense Type: Taxi Limo Shuttle - Out of Town Location: New York Pickup Time: 9:30am-5:29pm Pickup Location: DC airport Drop off Location: 1700 New York Ave, NW Washington, DC Purpose of Ride: Other Business Purpose: Taxi from DC airport to S&C office in DC S&C Attendees: James M. McDonald |
| Travel and expenses | 7/20/2023 | James M. McDonald | 1.0 | $59.94 | $59.94 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: LGA Airport; Business Purpose: Attend client meetings |
| Travel and expenses | 7/21/2023 | James M. McDonald | 1.0 | $60.57 | $60.57 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Hotel; End Point: DCA Airport Business Purpose: Attend client meetings |
| Travel and expenses | 7/21/2023 | James M. McDonald | 1.0 | $21.53 | $21.53 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C Office (DC); End Point: Client Office (DC); Business Purpose: Attend client meetings |
| Travel and expenses | 8/23/2023 | Alexa J. Kranzley | 1.0 | $11.89 | $11.89 | Travel and Expenses: Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 8/23/2023 | Brian D. Glueckstein | 1.0 | $14.05 | $14.05 | Travel and Expenses: Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend Omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 8/23/2023 | Alexa J. Kranzley | 1.0 | $302.00 | $302.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Alexa J. Kranzley; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 8/23/2023 | Brian D. Glueckstein | 1.0 | $302.00 | $302.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 8/23/2023 | Alexa J. Kranzley | 1.0 | $35.83 | $35.83 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 8/23/2023 | Brian D. Glueckstein | 1.0 | $40.40 | $40.40 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C Office; End Point: Train Station; Business Purpose: Attend Omnibus hearing |
| **Travel and Expenses Total** | | | | | **$1,098.12** | |
| Meals - Overtime | 8/1/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 8/1/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/1/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00044 |
| Meals - Overtime | 8/1/2023 | Julian M. Keeley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00043 |
| Meals - Overtime | 8/1/2023 | Serge N. Koveshnikoff | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/2/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/2/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/2/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 8/2/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/2/2023 | LaToya C. Edwards | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/3/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 8/3/2023 | Serge N. Koveshnikoff | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/3/2023 | Dawn A. Harris-Cox | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/3/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/4/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 8/4/2023 | Emma C. Downing | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 8/7/2023 | Dylan M. Handelsman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00035 |
| Meals - Overtime | 8/7/2023 | Virginia E. Ontiveros | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/7/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00023, 00025, 00035 |
| Meals - Overtime | 8/7/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/7/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 8/7/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/8/2023 | Stephen Ehrenberg | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033 |
| Meals - Overtime | 8/8/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/8/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/8/2023 | Dylan M. Handelsman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00035 |
| Meals - Overtime | 8/8/2023 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 8/8/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/8/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/8/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 8/9/2023 | Luke W. Ross | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 8/9/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 8/9/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029 |
| Meals - Overtime | 8/9/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 8/9/2023 | Celia S. Rosen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/9/2023 | Natalie A. Hills | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 8/10/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00027 |
| Meals - Overtime | 8/10/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 8/10/2023 | Natalie A. Hills | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00033 |
| Meals - Overtime | 8/10/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 8/10/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00017, 00019, 00023, 00034, 00035, 00041 |
| Meals - Overtime | 8/14/2023 | William M. Scheffer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/14/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022 |
| Meals - Overtime | 8/14/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00044 |
| Meals - Overtime | 8/14/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029 |
| Meals - Overtime | 8/14/2023 | Victoria G. Shahnazary | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00036 |
| Meals - Overtime | 8/15/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 8/15/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022 |
| Meals - Overtime | 8/15/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/15/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00027 |
| Meals - Overtime | 8/16/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 8/16/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00022, 00027 |
| Meals - Overtime | 8/16/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029 |
| Meals - Overtime | 8/17/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00020, 00027 |
| Meals - Overtime | 8/17/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00035, 00041, 00044 |
| Meals - Overtime | 8/17/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 8/17/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/17/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00020, 00023, 00025, 00034, 00035 |
| Meals - Overtime | 8/18/2023 | Ashray Gautam | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 8/18/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 8/18/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00035 |
| Meals - Overtime | 8/19/2023 | Ashray Gautam | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00014 |
| Meals - Overtime | 8/21/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 8/21/2023 | Emily A. Kopp | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 8/21/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033, 00034 |
| Meals - Overtime | 8/21/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 8/22/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/22/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 8/22/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 8/23/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 8/23/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/23/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 8/23/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/24/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00044 |
| Meals - Overtime | 8/24/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00033, 00043, 00045 |
| Meals - Overtime | 8/25/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/25/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 8/28/2023 | Fareed Ahmed | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/28/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 8/28/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/28/2023 | LaToya C. Edwards | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/28/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/28/2023 | Molly E. West | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00045 |
| Meals - Overtime | 8/29/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 8/29/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/29/2023 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035 |
| Meals - Overtime | 8/30/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 8/30/2023 | Isaac S. Foote | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033, 00035 |
| Meals - Overtime | 8/30/2023 | Sherry T. Johnson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 8/31/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 8/31/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029, 00033, 00045 |
| **Meals - Overtime Total** | | | | | **$1,820.00** | |
| Hearing Transcripts | 6/2/2023 | Brian D. Glueckstein | 1.0 | $1,898.16 | $1,898.16 | Hearing Transcripts (Magna Legal Services) - Certified copy of transcript of Edgar W. Mosley II |
| Hearing Transcripts | 6/6/2023 | Brian D. Glueckstein | 1.0 | $1,663.38 | $1,663.38 | Hearing Transcripts (Magna Legal Services) - Original + Certified copies of transcript of Peter Greaves |
| **Hearing Transcripts Total** | | | | | **$3,561.54** | |
| CT Corp/CSC | 8/21/2023 | Evelyn H. Seeger | 1.0 | $87.00 | $87.00 | CT Corp/CSC - Obtain Certified/Plain Document Copy |
| **CT Corp/CSC Total** | | | | | **$87.00** | |
| **GRAND TOTAL** | | | | | **$14,782.07** | |