## Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 07/23/2023 | Airfare Katerina Vasiliou 2023-07-23 LHR- BOS; travel to in-person team meetings (British Airways, round trip, economy) | 2,477.00 |
| 07/23/2023 | Lodging John LaBella - Hilton, Boston Downtown Cenni - Boston, MA 2023-07-23 2023-07-27 (in-person team meetings) | 1,800.00 |
| 07/23/2023 | Train Takahiro Yamada - New York, NY - Washington DC (travel to in-person team meetings) | 298.00 |
| 07/26/2023 | Group Meal - Engagement Team - Dinner - Matthew Jacques; Matthew Evans; David White; John LaBella; Dana Schwartz; Travis Phelan; John Somerville, Bennett Mackay; Olivia Braat; Randi Self; Katerina Vasiliou; Ryan Backus; Jason Chin; Alexander Patti (in-person team meetings) | 750.00 |
| 08/01/2023 | Individual Meal - Bennett Mackay - Lunch (in-person team meetings) | 17.80 |
| 08/01/2023 | Group Meal - Engagement Team - Dinner - Todd Toaso; Kurt Wessel; Bennett Mackay; Mark Cervi; John LaBella; John Somerville; Dana Schwartz (in-person team meetings) | 490.00 |
| 08/01/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 5.49 |
| 08/01/2023 | Taxi/Car Service John Somerville S&C office to Home (in-person meetings with S&C) | 29.92 |
| 08/01/2023 | Individual Meal - Kurt Wessel - Breakfast (in-person team meetings) | 21.46 |
| 08/01/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 11.27 |
| 08/01/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 24.99 |
| 08/01/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person meetings with S&C) | 117.92 |
| 08/02/2023 | Lodging Bennett Mackay - HGI Financial District, New York, NY 2023-08-01 2023-08-02 (in-person meetings with A&M) | 290.60 |
| 08/02/2023 | Individual Meal - Bennett Mackay - Breakfast (in-person team meetings) | 17.00 |
| 08/02/2023 | Individual Meal - Bennett Mackay - Lunch (in-person team meetings) | 17.80 |
| 08/02/2023 | Train Bennett Mackay - NYC - Washington, DC (return from in-person meetings with A&M) | 77.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/02/2023 | Group Meal -  Engagement Team - Breakfast - Todd Toaso; Kurt Wessel; John LaBella; John Somerville; Mark Cervi; Dana Schwartz (in-person team meetings) | 77.12 |
| 08/02/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 31.75 |
| 08/02/2023 | Airfare Mark Cervi 2023-08-02 EWR - LAX; return from in-person meetings with A&M (United, one way, economy) | 838.22 |
| 08/02/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 44.76 |
| 08/02/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 29.57 |
| 08/02/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person meetings with S&C) | 43.11 |
| 08/02/2023 | Taxi/Car Service Mark Cervi Office to Airport (return from in-person meetings with S&C) | 110.37 |
| 08/02/2023 | Internet Access Mark Cervi | 8.00 |
| 08/02/2023 | Group Meal - Engagement Team - Lunch - Todd Toaso; Dana Schwartz; John LaBella (in-person team meetings) | 74.50 |
| 08/03/2023 | Airfare Allyson Calhoun 2023-08-03 Albany, NY- Chicago, Illinois; return from in-person team meetings (United Airlines, one way, | 220.62 |
| 08/03/2023 | Airfare John LaBella 2023-08-03 JFK - SFO; return from in-person meetings with S&C (Jet Blue, one way, economy) | 1,000.22 |
| 08/03/2023 | Lodging John LaBella - ACBM - New York, NY 2023-07-31 2023-08-03 (in-person meetings with S&C) | 933.83 |
| 08/03/2023 | Group Meal - Engagement Team - Dinner - Takahiro Yamada; John LaBella; Todd Toaso (in-person team meetings) | 210.00 |
| 08/03/2023 | Taxi/Car Service John LaBella S&C offices to Airport (return from in-person meetings with S&C) | 167.29 |
| 08/03/2023 | Parking/Tolls John LaBella (travel to meetings with S&C) | 144.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|-------:|
| 08/03/2023 | Taxi/Car Service John Somerville S&C office to Home (in-person meetings with S&C) | 38.99 |
| 08/03/2023 | Lodging Kurt Wessel - Courtyards - New York, NY  2023-07-31 2023-08-03 (in-person meetings with S&C) | 863.10 |
| 08/03/2023 | Train Kurt Wessel - New York, NY - Washington, DC (return from in-person meetings with S&C) | 337.00 |
| 08/03/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 50.11 |
| 08/03/2023 | Client Research - Quicknode API subscription (Solana blockchain data) | 305.80 |
| 08/03/2023 | Group Meal - Engagement Team - Lunch - John LaBella; Dana Schwartz; Todd Toaso (in-person team meetings) | 57.71 |
| 08/06/2023 | Airfare Alexander Patti 2023-08-06 LGA- DCA; travel to in-person team meetings (American Airlines, round trip, economy) | 401.71 |
| 08/06/2023 | Taxi/Car Service Alexander Patti Airport to Hotel (travel to in-person team meetings) | 12.97 |
| 08/06/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 16.15 |
| 08/06/2023 | Airfare Chuanqi Chen 2023-08-06 IAH- DCA; travel to in-person meetings (United Airlines, one way, economy) | 364.72 |
| 08/06/2023 | Taxi/Car Service Chuanqi Chen DCA Airport to Hotel (travel to in-person team meetings) | 28.98 |
| 08/06/2023 | Mileage Chuanqi Chen 22 Miles (travel to in-person team meetings) | 14.41 |
| 08/06/2023 | Lodging Chuanqi Chen - Marriott Hotels - DC 2023-08-06 2023-08-10 (in-person team meetings) | 1,166.47 |
| 08/06/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 48.90 |
| 08/06/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 28.30 |
| 08/06/2023 | Airfare Di Liang 2023-08-06 LGA- DCA; travel to in-person meetings (Delta Airlines, one way, economy) | 178.80 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/06/2023 | Taxi/Car Service Di Liang Home to LGA (travel to in-person team meetings) | 60.41 |
| 08/06/2023 | Taxi/Car Service Di Liang Sunday Dinner restaurant to Hotel (travel to in-person team meetings) | 28.89 |
| 08/06/2023 | Taxi/Car Service Di Liang Washington, DC Airport to Dinner (travel to in-person team meetings) | 43.15 |
| 08/06/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 33.60 |
| 08/06/2023 | Taxi/Car Service Eric Mostoff Home to LGA (travel to in-person team meetings) | 63.75 |
| 08/06/2023 | Airfare Jason Chin 2023-08-06 LGA - DCA; travel to in-person team meetings (Delta, round trip, economy) | 327.05 |
| 08/06/2023 | Taxi/Car Service Jason Chin Airport to Hotel (travel to in-person team meetings) | 25.25 |
| 08/06/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 33.72 |
| 08/06/2023 | Airfare John Somerville 2023-08-06 LGA - DCA; travel to in-person team meetings (Delta, one way, economy) | 169.92 |
| 08/06/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 10.34 |
| 08/06/2023 | Train John Somerville - New York, NY - Washington, DC (travel to in-person team meetings) | 303.00 |
| 08/06/2023 | Taxi/Car Service John Somerville Home to Train Station (travel to in-person team meetings) | 43.94 |
| 08/06/2023 | Taxi/Car Service John Somerville Train Station to Hotel (travel to in-person team meetings) | 36.94 |
| 08/06/2023 | Airfare Mark Cervi 2023-08-06 LAX - IAD; travel to in-person team meetings (United, one way, economy) | 400.44 |
| 08/06/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 36.03 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 08/06/2023 | Internet Access Mark Cervi | 8.00 |
| 08/06/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person team meetings) | 123.50 |
| 08/06/2023 | Airfare Randi Self 2023-08-06 DFW- DCA; travel to in-person team meetings (American Airlines, one way, economy) | 397.94 |
| 08/06/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 22.05 |
| 08/06/2023 | Internet Access Randi Self | 19.00 |
| 08/06/2023 | Taxi/Car Service Randi Self Airport to Hotel (travel to in-person team meetings) | 25.10 |
| 08/06/2023 | Train Seen Yung Wong - New York, NY - Washington DC (travel to in-person team meetings) | 411.00 |
| 08/06/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 31.61 |
| 08/06/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 7.65 |
| 08/06/2023 | Taxi/Car Service Seen Yung Wong Train station to Hotel (travel to in-person team meetings) | 41.08 |
| 08/06/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 25.85 |
| 08/06/2023 | Taxi/Car Service Takahiro Yamada Brooklyn to Penn station (travel to in-person team meetings) | 48.37 |
| 08/06/2023 | Taxi/Car Service Takahiro Yamada Union station (Washington DC) to Hotel (travel to in-person team meetings) | 34.46 |
| 08/07/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 10.20 |
| 08/07/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 65.00 |
| 08/07/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 11.63 |
| 08/07/2023 | Taxi/Car Service Alexander Patti Airport to Hotel (travel to in-person team meetings) | 30.91 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|-------:|
| 08/07/2023 | Group Meal - Engagement Team - Breakfast - Kurt Wessel; Lilly Goldman; Todd Toaso; Sultana Qureshi; Jason Chin; Mark Cervi; Takahiro Yamada; Bennett Mackay | 186.55 |
| 08/07/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 17.32 |
| 08/07/2023 | Airfare Dana Schwartz 2023-08-07 LGA- DCA; travel to in-person meetings (Delta, round trip, economy) | 400.37 |
| 08/07/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 17.40 |
| 08/07/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 92.67 |
| 08/07/2023 | Taxi/Car Service Dana Schwartz Airport to Office (travel to in-person team meetings) | 42.81 |
| 08/07/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 08/07/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 27.10 |
| 08/07/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 24.25 |
| 08/07/2023 | Individual Meal - Jason Chin - Lunch (in-person team meetings) | 27.30 |
| 08/07/2023 | Group Meal - Engagement Team - Dinner - Jason Chin; Chuanqi Chen; John Somerville; Mark Cervi; Takahiro Yamada (in-person team meetings) | 193.62 |
| 08/07/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 27.79 |
| 08/07/2023 | Taxi/Car Service Mark Cervi AlixPartners Office to Hotel (in-person team meetings) | 11.65 |
| 08/07/2023 | Internet Access Mark Cervi | 29.59 |
| 08/07/2023 | Airfare Olivia Braat 2023-08-07 LGA- DCA; travel to in-person team meetings (American Airlines, round trip, economy) | 350.40 |
| 08/07/2023 | Individual Meal - Olivia Braat - Dinner (in-person team meetings) | 65.00 |
| 08/07/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 15.12 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/07/2023 | Taxi/Car Service Olivia Braat Home to LGA (travel to in-person team meetings) | 59.06 |
| 08/07/2023 | Taxi/Car Service Olivia Braat DCA to AlixPartners office (travel to in-person team meetings) | 16.96 |
| 08/07/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 6.06 |
| 08/07/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 13.99 |
| 08/07/2023 | Group Meal - Engagement Team - Lunch - Seen Yung Wong; Randi Self (in-person team meetings) | 29.13 |
| 08/07/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 11.05 |
| 08/07/2023 | Group Meal - Engagement Team - Lunch - Todd Toaso; Kurt Wessel; Dana Schwartz; Di Liang (in-person team meetings) | 30.58 |
| 08/07/2023 | Taxi/Car Service Todd Toaso Home to LGA (travel to in-person team meetings) | 6.72 |
| 08/07/2023 | Taxi/Car Service Todd Toaso Office to Hotel (in-person team meetings) | 15.41 |
| 08/08/2023 | Lodging Alexander Patti - W - Philadelphia, PA 2023-08-07 2023-08-08 (travel to in-person team meetings) | 324.66 |
| 08/08/2023 | Taxi/Car Service Alexander Patti Hotel to Office (in-person team meetings) | 15.34 |
| 08/08/2023 | Taxi/Car Service Alexander Patti Airport to Hotel (travel to in-person team meetings) | 20.99 |
| 08/08/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 60.59 |
| 08/08/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Todd Toaso; Eric Mostoff; Sultana Qureshi; Jason Chin; Mark Cervi; John Somerville; Dana Schwartz; Bennett Mackay (in-person team meetings) | 309.45 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/08/2023 | Group Meal - Engagement Team - Breakfast - Bennett Mackay; Takahiro Yamada; Mark Cervi; Alexander Patti; Chuanqi Chen; Sultana Qureshi; Eric Mostoff; Lilly Goldman; Todd Toaso; Kurt Wessel (in-person team meetings) | 239.33 |
| 08/08/2023 | Taxi/Car Service Chuanqi Chen Dinner to Hotel (in-person team | 11.45 |
| 08/08/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 52.52 |
| 08/08/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 10.49 |
| 08/08/2023 | Group Meal - Engagement Team - Lunch - Dana Schwartz; Lilly Goldman; Kurt Wessel; Todd Toaso (in-person team meetings) | 26.53 |
| 08/08/2023 | Taxi/Car Service Dana Schwartz Hotel to Office (in-person team meetings) | 13.92 |
| 08/08/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 08/08/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 30.00 |
| 08/08/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 4.88 |
| 08/08/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 15.40 |
| 08/08/2023 | Airfare John Somerville 2023-08-08 DCA - LAX; return from in-person team meetings (Delta, one way, economy) | 296.52 |
| 08/08/2023 | Lodging John Somerville - AC Hotel - Washington, DC 2023-08-06 2023-08-08 (in-person team meetings) | 471.45 |
| 08/08/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 22.30 |
| 08/08/2023 | Individual Meal - Olivia Braat - Lunch (in-person team meetings) | 44.83 |
| 08/08/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 10.98 |
| 08/08/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 7.97 |
| 08/08/2023 | Group Meal - Engagement Team - Dinner - Seen Yung Wong; Randi Self; Olivia Braat (in-person team meetings) | 195.00 |
| 08/08/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 9.95 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/08/2023 | Group Meal - Engagement Team - Lunch - Eric Mostoff; Seen Yung Wong (in-person team meetings) | 90.00 |
| 08/08/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 38.50 |
| 08/08/2023 | Taxi/Car Service Takahiro Yamada Washington DC office to Westin Georgetown (in-person team meetings) | 8.42 |
| 08/08/2023 | Taxi/Car Service Todd Toaso Office to Dinner (in-person team meetings) | 20.21 |
| 08/08/2023 | Taxi/Car Service Todd Toaso Dinner to Hotel (in-person team meetings) | 15.85 |
| 08/09/2023 | Taxi/Car Service Alexander Patti Hotel to Office (in-person team meetings) | 9.87 |
| 08/09/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 65.00 |
| 08/09/2023 | Group Meal - Engagement Team - Breakfast - Kurt Wessel; Todd Toaso; Randi Self; Lilly Goldman; Olivia Braat; Sultana Qureshi; Chuanqi Chen; Jason Chin; Alexander Patti; Mark Cervi; John Somerville; Takahiro Yamada; Bennett Mackay (in-person team meetings) | 227.18 |
| 08/09/2023 | Group Meal - Engagement Team - Lunch - Bennett Mackay; Takahiro Yamada; Dana Schwartz; John Somerville; Alexander Patti; Jason Chin; Chuanqi Chen; Seen Yung Wong; Eric Mostoff; Di Liang; Randi Self; Todd Toaso (in-person team meetings) | 290.43 |
| 08/09/2023 | Taxi/Car Service Chuanqi Chen Dinner to Hotel (in-person team | 15.99 |
| 08/09/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 49.80 |
| 08/09/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 15.40 |
| 08/09/2023 | Taxi/Car Service Dana Schwartz Hotel to Office (in-person team meetings) | 22.54 |
| 08/09/2023 | Taxi/Car Service Dana Schwartz Office to (in-person team meetings) | 45.37 |
| 08/09/2023 | Group Meal - Engagement Team - Dinner - Di Liang; Eric Mostoff (in-person team meetings) | 130.00 |
| 08/09/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 25.10 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/09/2023 | Taxi/Car Service Eric Mostoff AlixPartners Office to Dinner (in-person team meetings) | 29.26 |
| 08/09/2023 | Taxi/Car Service Eric Mostoff Team dinner to Hotel (in-person team meetings) | 10.30 |
| 08/09/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 15.20 |
| 08/09/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 65.00 |
| 08/09/2023 | Taxi/Car Service John Somerville AlixPartners Office to Airport (return from in-person team meetings) | 21.89 |
| 08/09/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetings) | 39.96 |
| 08/09/2023 | Group Meal - Engagement Team - Dinner - Dana Schwartz; Lilly Goldman; Bennett Mackay (in-person team meetings) | 195.00 |
| 08/09/2023 | Lodging Mark Cervi - Westin Georgetown - Washington DC 2023-08-06 2023-08-09 (in-person team meetings) | 844.87 |
| 08/09/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 31.31 |
| 08/09/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 55.74 |
| 08/09/2023 | Taxi/Car Service Mark Cervi Hotel to Airport (return from in-person team meetings) | 34.74 |
| 08/09/2023 | Lodging Olivia Braat-  AC Hotel - Washington, DC 2023-08-07 2023-08-09 (in-person team meetings) | 493.48 |
| 08/09/2023 | Individual Meal - Olivia Braat - Lunch (in-person team meetings) | 20.04 |
| 08/09/2023 | Taxi/Car Service Olivia Braat LGA to Home (return from in-person team meetings) | 60.90 |
| 08/09/2023 | Taxi/Car Service Olivia Braat AlixPartners office to DCA (return from in-person team meetings) | 20.92 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/09/2023 | Airfare Randi Self 2023-08-09 BWI- SAT; return from in-person team meetings (Southwest Airlines, one way, economy) | 209.98 |
| 08/09/2023 | Lodging Randi Self - Marriott Hotels - Washington, DC 2023-08-06 2023-08-09 (in-person team meetings) | 738.88 |
| 08/09/2023 | Taxi/Car Service Randi Self AlixPartners Washington DC office to Airport (return from in-person team meetings) | 98.31 |
| 08/09/2023 | Taxi/Car Service Randi Self Airport to Boerne (return from in-person team meetings) | 99.68 |
| 08/09/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 11.23 |
| 08/09/2023 | Taxi/Car Service Seen Yung Wong Dinner to Hotel (in-person team meetings) | 10.90 |
| 08/09/2023 | Taxi/Car Service Seen Yung Wong Hotel to Dinner (in-person team meetings) | 9.88 |
| 08/09/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 11.05 |
| 08/09/2023 | Lodging Todd Toaso - Autograph Collection - Washington, DC 2023-08-07 2023-08-09 (in-person team meetings) | 623.82 |
| 08/09/2023 | Taxi/Car Service Todd Toaso Office to DCA (return from in-person team meetings) | 30.19 |
| 08/09/2023 | Taxi/Car Service Todd Toaso LGA to Home (return from in-person team meetings) | 117.66 |
| 08/10/2023 | Parking/Tolls Alexander Patti (travel to in-person team meetings) | 176.00 |
| 08/10/2023 | Taxi/Car Service Alexander Patti Hotel to Airport (return from in-person team meetings) | 21.97 |
| 08/10/2023 | Lodging Alexander Patti - Ritz Carlton, Washington, DC 2023-08-07 2023-08-10 (in-person team meetings) | 1,200.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 08/10/2023 | Group Meal - Engagement Team - Breakfast - Kurt Wessel; Lilly Goldman; Eric Mostoff; Seen Yung Wong; Sultana Qureshi; Jason Chin; Takahiro Yamada; Bennett Mackay (in-person team meetings) | 156.07 |
| 08/10/2023 | Group Meal - Engagement Team - Lunch - Bennett Mackay; Dana Schwartz; Takahiro Yamada; Mark Cervi; Alexander Patti; Sultana Qureshi; Jason Chin; Chuanqi Chen; Olivia Braat; Lilly Goldman; Todd Toaso; Di Liang; Eric Mostoff; Randi Self; Kurt Wessel (in-person team meetings) | 468.12 |
| 08/10/2023 | Airfare Chuanqi Chen 2023-08-10 DCA- IAH; return from in-person team meetings (United Airlines, one way, economy) | 375.52 |
| 08/10/2023 | Parking/Tolls Chuanqi Chen (travel to in-person team meetings) | 75.89 |
| 08/10/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Washington DC office to DCA Airport (return from in-person team meetings) | 27.43 |
| 08/10/2023 | Mileage Chuanqi Chen 22 Miles (return from in-person team meetings) | 14.41 |
| 08/10/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 12.10 |
| 08/10/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 44.25 |
| 08/10/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 7.72 |
| 08/10/2023 | Group Meal - Engagement Team - Dinner - Kurt Wessel; Lilly Goldman; Bennett Mackay; Dana Schwartz (in-person team meetings) | 260.00 |
| 08/10/2023 | Taxi/Car Service Dana Schwartz Dinner to Office (in-person team meetings) | 42.16 |
| 08/10/2023 | Taxi/Car Service Dana Schwartz Dinner to Hotel (in-person team meetings) | 41.62 |
| 08/10/2023 | Taxi/Car Service Di Liang Office to Dinner (in-person team meetings) | 28.24 |
| 08/10/2023 | Taxi/Car Service Di Liang Office to Hotel (in-person team meetings) | 12.79 |
| 08/10/2023 | Taxi/Car Service Di Liang Dinner to Office (in-person team meetings) | 19.62 |
| 08/10/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 21.80 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/10/2023 | Lodging Eric Mostoff- AC Hotel - Washington, DC 2023-08-06 2023-08-10 (in-person team meetings) | 953.91 |
| 08/10/2023 | Taxi/Car Service Eric Mostoff LGA to Home (return from in-person team meetings) | 54.95 |
| 08/10/2023 | Taxi/Car Service Eric Mostoff AlixPartners office to DCA (return from in-person team meetings) | 29.84 |
| 08/10/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 14.00 |
| 08/10/2023 | Lodging Jason Chin - AC Hotel - Washington, DC 2023-08-06 2023-08-10 (in-person team meetings) | 962.38 |
| 08/10/2023 | Train Jason Chin - Washington, DC - New York, NY (return from in-person team meetings) | 206.00 |
| 08/10/2023 | Taxi/Car Service Jason Chin Hotel to Train Station (return from in-person team meetings) | 13.96 |
| 08/10/2023 | Taxi/Car Service Jason Chin Train Station to Home (return from in-person team meetings) | 80.46 |
| 08/10/2023 | Airfare Mark Cervi 2023-08-09 DCA - LAX; return from in-person team meetings (American, one way, economy) | 375.37 |
| 08/10/2023 | Individual Meal - Olivia Braat - Dinner (in-person team meetings) | 65.00 |
| 08/10/2023 | Lodging Seen Yung Wong - AC Hotel - Washington, DC 2023-08-06 2023-08-10 (in-person team meetings) | 975.95 |
| 08/10/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 19.25 |
| 08/10/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 59.51 |
| 08/10/2023 | Taxi/Car Service Seen Yung Wong AlixPartners office to Train station (return from in-person team meetings) | 14.52 |
| 08/10/2023 | Lodging Takahiro Yamada - Westin, Georgetown - Washington, DC 2023-08-06 2023-08-10 (in-person team meetings) | 999.49 |

# **Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/10/2023 | Train Takahiro Yamada - New York, NY - Washington, DC (return from in-person team meetings) | 91.00 |
| 08/10/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 37.40 |
| 08/11/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 22.12 |
| 08/11/2023 | Group Meal - Engagement Team - Lunch - Takahiro Yamada; Dana Schwartz; Jason Chin; Sultana Qureshi; Chuanqi Chen; Seen Yung Wong; Eric Mostoff; Kurt Wessel (in-person team meetings) | 195.77 |
| 08/11/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 4.02 |
| 08/11/2023 | Lodging Dana Schwartz - Ritz Carlton - Washington, DC  2023-08-07 2023-08-11 (in-person team meetings) | 1,600.00 |
| 08/11/2023 | Taxi/Car Service Dana Schwartz Hotel to Airport (return from in-person team meetings) | 51.79 |
| 08/11/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meetings) | 105.55 |
| 08/11/2023 | Lodging Di Liang - Marriott - Washington, DC 2023-08-06 2023-08-11 (in-person team meetings) | 1,251.11 |
| 08/11/2023 | Train Di Liang - Washington, DC - New York, NY (return from in-person team meetings) | 144.00 |
| 08/11/2023 | Taxi/Car Service Di Liang Hotel to Breakfast (in-person team meetings) | 23.80 |
| 08/11/2023 | Taxi/Car Service Di Liang Breakfast to Office (in-person team meetings) | 15.04 |
| 08/11/2023 | Taxi/Car Service Di Liang Train station NYC to Home (return from in-person team meetings) | 26.24 |
| 08/11/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 23.98 |
| 08/11/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 08/11/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 38.50 |
| 08/11/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 58.51 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 08/11/2023 | Taxi/Car Service Takahiro Yamada Penn Station to Brooklyn (return from in-person team meetings) | 53.84 |
| 08/11/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 22.15 |
| 08/12/2023 | Individual Meal - Dana Schwartz - Lunch (in-person team meetings) | 45.00 |
| 08/16/2023 | Individual Meal - Di Liang - Dinner (overtime meal) | 20.00 |
| 08/20/2023 | Airfare Adam Searles 2023-08-20 LGA- MDW; travel to in-person team meetings (Southwest Airlines, round trip, economy) | 110.64 |
| 08/20/2023 | Airfare Charles Cipione 2023-08-20 DFW- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 456.53 |
| 08/20/2023 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 52.64 |
| 08/20/2023 | Taxi/Car Service Charles Cipione ORD to Hotel (travel to in-person team meetings) | 58.75 |
| 08/20/2023 | Airfare Chuanqi Chen 2023-08-20 Houston- Chicago; travel to in-person meetings (United Airlines, one way, economy) | 329.05 |
| 08/20/2023 | Mileage Chuanqi Chen 22 Miles (travel to in-person team meetings) | 14.41 |
| 08/20/2023 | Taxi/Car Service Chuanqi Chen ORD Airport to Chicago Hotel (travel to in-person team meetings) | 47.92 |
| 08/20/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 58.87 |
| 08/20/2023 | Individual Meal - Dana Schwartz - Dinner (in-person team meetings) | 65.00 |
| 08/20/2023 | Airfare Dana Schwartz 2023-08-20 LGA- ORD; travel to in-person team meetings (Delta, round trip, economy) | 566.05 |
| 08/20/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 108.52 |
| 08/20/2023 | Airfare Di Liang 2023-08-20 LGA- ORD; travel to in-person meetings (American Airlines, round trip, economy) | 441.93 |
| 08/20/2023 | Taxi/Car Service Di Liang Home to Airport (travel to in-person team meetings) | 76.46 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:          Expenses
Code:        20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 08/20/2023 | Internet Access Di Liang | 19.00 |
| 08/20/2023 | Taxi/Car Service Di Liang Airport to Hotel (travel to in-person team meetings) | 66.49 |
| 08/20/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 43.50 |
| 08/20/2023 | Airfare Eric Mostoff 2023-08-20 LGA - ORD; travel to in-person meetings (Delta, round trip, economy) | 309.44 |
| 08/20/2023 | Group Meal - Engagement Team - Lunch - Eric Mostoff; Dana Schwartz (in-person team meetings) | 26.11 |
| 08/20/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 57.11 |
| 08/20/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 65.00 |
| 08/20/2023 | Airfare Jason Chin 2023-08-20 LGA- ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 550.59 |
| 08/20/2023 | Taxi/Car Service Jason Chin Home to LGA airport (travel to in-person team meetings) | 31.14 |
| 08/20/2023 | Taxi/Car Service Jason Chin O'Hare airport to Hotel Chicago Autograph (travel to in-person team meetings) | 63.18 |
| 08/20/2023 | Taxi/Car Service John LaBella Airport to Hotel (travel to in-person team meetings) | 62.36 |
| 08/20/2023 | Airfare Kurt Wessel 2023-08-20 DCA - ORD; travel to in-person team meetings (United, round trip, economy) | 466.50 |
| 08/20/2023 | Taxi/Car Service Kurt Wessel Airport to Hotel (travel to in-person team meetings) | 57.30 |
| 08/20/2023 | Airfare Olivia Braat 2023-08-20 EWR- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 402.66 |
| 08/20/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 12.68 |
| 08/20/2023 | Airfare Randi Self 2023-08-20 DFW- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 303.09 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/20/2023 | Taxi/Car Service Randi Self Airport to Hotel (travel to in-person team meetings) | 77.26 |
| 08/20/2023 | Mileage Randi Self 22 Miles (travel to in-person team meetings) | 14.41 |
| 08/20/2023 | Airfare Ryan Backus 2023-08-20 JFK- ORD | 461.54 |
| 08/20/2023 | Taxi/Car Service Ryan Backus Chicago Airport to Westin, Chicago, IL (travel to in-person team meetings) | 81.90 |
| 08/20/2023 | Taxi/Car Service Ryan Backus Island Park, New York to JFK Airport (travel to in-person team meetings) | 61.44 |
| 08/20/2023 | Airfare Sean Thompson 2023-08-20 LGA- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 535.69 |
| 08/20/2023 | Taxi/Car Service Sean Thompson Home to Aiport (travel to in-person team meetings) | 59.71 |
| 08/20/2023 | Taxi/Car Service Sean Thompson Airport to Hotel (travel to in-person team meetings) | 51.50 |
| 08/20/2023 | Individual Meal - Sean Thompson - Dinner (in-person team meetings) | 16.24 |
| 08/20/2023 | Airfare Seen Yung Wong 2023-08-20 LGA- ORD; travel to in-person team meetings (Delta, round trip, economy) | 563.84 |
| 08/20/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 23.93 |
| 08/20/2023 | Taxi/Car Service Seen Yung Wong Home to LGA (travel to in-person team meetings) | 68.69 |
| 08/20/2023 | Airfare Takahiro Yamada 2023-08-20 LGA- ORD; travel to in-person team meetings (American Airlines, round trip, economy) | 614.69 |
| 08/20/2023 | Taxi/Car Service Takahiro Yamada Home to LGA Airport (travel to in-person team meetings) | 63.73 |
| 08/20/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 25.18 |
| 08/20/2023 | Taxi/Car Service Takahiro Yamada Chicago Airport to Office (travel to in-person team meetings) | 41.92 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/21/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 11.34 |
| 08/21/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 17.91 |
| 08/21/2023 | Individual Meal - Charles Cipione - Dinner (in-person team meetings) | 64.82 |
| 08/21/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 26.28 |
| 08/21/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 16.17 |
| 08/21/2023 | Taxi/Car Service Dana Schwartz Office to Hotel (in-person team meetings) | 15.93 |
| 08/21/2023 | Taxi/Car Service Dana Schwartz Hotel to Office (in-person team meetings) | 24.93 |
| 08/21/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 22.00 |
| 08/21/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 31.23 |
| 08/21/2023 | Taxi/Car Service Eric Mostoff ORD to Westin (travel to in-person team meetings) | 108.55 |
| 08/21/2023 | Taxi/Car Service Eric Mostoff Home to LGA (travel to in-person team meetings) | 61.16 |
| 08/21/2023 | Airfare Griffin Shapiro 2023-08-21 BOS - ORD; travel to in-person team meetings (Delta, round trip, economy) | 364.58 |
| 08/21/2023 | Taxi/Car Service Griffin Shapiro Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 46.32 |
| 08/21/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person team meetings) | 41.48 |
| 08/21/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 8.25 |
| 08/21/2023 | Group Meal - Engagement Team - Dinner - Allyson Calhoun; Griffin Shapiro; Sean Thompson (in-person team meetings) | 195.00 |
| 08/21/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 30.00 |
| 08/21/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 11.14 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 08/21/2023 | Airfare John Somerville 2023-08-21 LGA - ORD; travel to in-person team meetings (Delta, one way, economy) | 272.22 |
| 08/21/2023 | Taxi/Car Service John Somerville Airport to AlixPartners Office (travel to in-person team meetings) | 54.60 |
| 08/21/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person team meetings) | 37.58 |
| 08/21/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 15.00 |
| 08/21/2023 | $0 | - |
| 08/21/2023 | Airfare Lilly Goldman 2023-08-21 DCA - ORD; travel to in-person team meetings (United, one way, economy) | 271.92 |
| 08/21/2023 | Public Transportation Lilly Goldman Airport to AlixPartners Office (travel to in-person team meetings) | 5.00 |
| 08/21/2023 | Airfare Matthew Birtwell 2023-08-21 DCA - ORD; travel to in-person team meetings (American, round trip, economy) | 483.40 |
| 08/21/2023 | Mileage Matthew Birtwell 32 Miles (travel to in-person team meetings) | 20.96 |
| 08/21/2023 | Public Transportation Matthew Birtwell Airport to AlixPartners Office (travel to in-person team meetings) | 5.00 |
| 08/21/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 19.22 |
| 08/21/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 65.00 |
| 08/21/2023 | Airfare Matthew Jacques 2023-08-21 BOS- ORD; travel to in-person team meetings (United Airlines, round trip, economy) | 329.88 |
| 08/21/2023 | Taxi/Car Service Matthew Jacques Office to Dinner (in-person team meetings) | 23.91 |
| 08/21/2023 | Taxi/Car Service Matthew Jacques Hotel to Office (in-person team meetings) | 19.49 |
| 08/21/2023 | Taxi/Car Service Matthew Jacques ORD Airport to Hotel (travel to in-person team meetings) | 57.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/21/2023 | Taxi/Car Service Matthew Jacques Office to Dinner (in-person team meetings) | 3.58 |
| 08/21/2023 | Individual Meal - Matthew Jacques - Lunch (in-person team meetings) | 16.77 |
| 08/21/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 15.06 |
| 08/21/2023 | Internet Access Randi Self | 19.00 |
| 08/21/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 13.44 |
| 08/21/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 62.93 |
| 08/21/2023 | Group Meal - Engagement Team - Lunch - Randi Self; Seen Yung Wong (in-person team meetings) | 30.14 |
| 08/21/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team | 9.22 |
| 08/22/2023 | Lodging Adam Searles - Marriott Hotels - Chicago, IL 2023-08-20 2023-08-22 (in-person team meetings) | 499.62 |
| 08/22/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 10.36 |
| 08/22/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 21.97 |
| 08/22/2023 | Individual Meal - Chuanqi Chen - Lunch (in-person team meetings) | 24.61 |
| 08/22/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 20.21 |
| 08/22/2023 | Group Meal - Engagement Team - Lunch - Matthew Birtwell; Kurt Wessel; Lilly Goldman; Dana Schwartz; John LaBella; Adam Searles | 241.59 |
| 08/22/2023 | Taxi/Car Service Dana Schwartz Office to Dinner (in-person team meetings) | 25.92 |
| 08/22/2023 | Taxi/Car Service Dana Schwartz Dinner to Hotel (in-person team meetings) | 14.98 |
| 08/22/2023 | Taxi/Car Service Di Liang Breakfast to Hotel (in-person team meetings) | 19.71 |
| 08/22/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 29.93 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 08/22/2023 | Group Meal - Engagement Team - Dinner - Takahiro Yamada; Alexander Patti; Eric Mostoff; Sean Thompson; Di Liang; Jason Chin; Randi Self (in-person team meetings) | 442.69 |
| 08/22/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 9.73 |
| 08/22/2023 | Group Meal - Engagement Team - Lunch - Allyson Calhoun; Griffin Shapiro; Jason Chin (in-person team meetings) | 60.70 |
| 08/22/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 30.00 |
| 08/22/2023 | Group Meal - Engagement Team - Dinner - Seen Yung Wong; Chuanqi Chen; Kurt Wessel; John Somerville; Dana Schwartz (in-person team meetings) | 294.47 |
| 08/21/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 23.88 |
| 08/22/2023 | Airfare Mark Cervi 2023-08-22 LAX - ORD; travel to in-person team meetings (United, one way, economy) | 393.32 |
| 08/22/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 19.34 |
| 08/22/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meetings) | 66.89 |
| 08/22/2023 | Internet Access Mark Cervi | 8.00 |
| 08/22/2023 | Taxi/Car Service Mark Cervi Airport to AlixPartners Office (travel to in-person team meetings) | 74.81 |
| 08/22/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 11.81 |
| 08/22/2023 | Group Meal - Engagement Team - Dinner - Griffin Shapiro; Allyson Calhoun; Matthew Birtwell (in-person team meetings) | 195.00 |
| 08/22/2023 | Group Meal - Engagement Team - Dinner - Lilly Goldman; Matthew Jacques; Mark Cervi; John LaBella (in-person team meetings) | 260.00 |
| 08/22/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 11.40 |
| 08/22/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 14.83 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/22/2023 | Group Meal - Engagement Team - Breakfast - Seen Yung Wong; Dana Schwartz (in-person team meetings) | 18.96 |
| 08/22/2023 | Group Meal - Engagement Team - Lunch - Seen Yung Wong; Randi Self (in-person team meetings) | 60.01 |
| 08/23/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 20.20 |
| 08/23/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 15.00 |
| 08/23/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 27.88 |
| 08/23/2023 | Taxi/Car Service Dana Schwartz Office to Dinner (in-person team meetings) | 22.96 |
| 08/23/2023 | Taxi/Car Service Di Liang Breakfast to Hotel (in-person team meetings) | 18.24 |
| 08/23/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 25.69 |
| 08/23/2023 | Group Meal - Engagement Team - Dinner - Seen Yung Wong; Chuanqi Chen; Di Liang; Eric Mostoff; John Somerville; Alexander Patti; Mark Cervi; Takahiro Yamada (in-person team meetings) | 520.00 |
| 08/23/2023 | Taxi/Car Service Eric Mostoff AlixPartners office to Lunch pickup (in-person team meetings) | 14.95 |
| 08/23/2023 | Group Meal - Engagement Team - Breakfast - Eric Mostoff; Alexander Patti (in-person team meetings) | 45.27 |
| 08/22/2023 | Group Meal - Engagement Team - Lunch - Takahiro Yamada; Alexander Patti; Matthew Jacques; Eric Mostoff (in-person team meetings) | 119.38 |
| 08/23/2023 | Group Meal - Engagement Team - Dinner - Allyson Calhoun; Griffin Shapiro; Matthew Birtwell; Jason Chin (in-person team meetings) | 260.00 |
| 08/23/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 17.86 |
| 08/23/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 20.44 |
| 08/23/2023 | Group Meal - Engagement Team - Dinner - Kurt Wessel; Lilly Goldman; Dana Schwartz; John LaBella (in-person team meetings) | 260.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 08/23/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 6.59 |
| 08/22/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 13.40 |
| 08/23/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 25.00 |
| 08/23/2023 | Individual Meal - Lilly Goldman - Lunch (in-person team meetings) | 16.08 |
| 08/23/2023 | Individual Meal - Lilly Goldman - Breakfast (in-person team meetings) | 6.16 |
| 08/23/2023 | Group Meal - Engagement Team - Lunch - Matthew Birtwell; Allyson Calhoun (in-person team meetings) | 11.15 |
| 08/23/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 10.37 |
| 08/23/2023 | Lodging Matthew Jacques - Marriott Hotels - Chicago, IL 2023-08-21 2023-08-23 (in-person team meetings) | 650.00 |
| 08/23/2023 | Taxi/Car Service Matthew Jacques Hotel to Office (in-person team meetings) | 18.59 |
| 08/23/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 57.96 |
| 08/23/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 6.70 |
| 08/23/2023 | Individual Meal - Sean Thompson - Lunch (in-person team meetings) | 8.75 |
| 08/23/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 8.31 |
| 08/23/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team | 9.21 |
| 08/24/2023 | Lodging Charles Cipione - Westin Chicago River N - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Charles Cipione Hotel to ORD (return from in-person team meetings) | 68.50 |
| 08/24/2023 | Parking/Tolls Charles Cipione (travel to in-person team meetings) | 173.20 |
| 08/24/2023 | Lodging Chuanqi Chen - Marriott Hotels - Chicago, IL  2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Airfare Chuanqi Chen 2023-08-24 Chicago- Houston; return from in-person meetings (United Airlines, one way, economy) | 329.05 |
| 08/24/2023 | Mileage Chuanqi Chen 22 Miles (return from in-person team meetings) | 14.41 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/24/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Chicago office to ORD Airport (return from in-person team meetings) | 119.20 |
| 08/24/2023 | Parking/Tolls Chuanqi Chen (travel to in person team meetings) | 61.78 |
| 08/24/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 19.83 |
| 08/24/2023 | Lodging Dana Schwartz - Westin Chicago River N - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meetings) | 92.25 |
| 08/24/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 24.26 |
| 08/24/2023 | Individual Meal - Dana Schwartz - Dinner (in-person team meetings) | 65.00 |
| 08/24/2023 | Lodging Di Liang - Renaissance Hotels & Resorts - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Di Liang Lunch to Office (in-person team meetings) | 26.55 |
| 08/24/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 08/24/2023 | Lodging Eric Mostoff - Westin - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/23/2023 | Group Meal - Engagement Team - Lunch - Kurt Wessel; Randi Self; Di Liang; Eric Mostoff; Chuanqi Chen; Jason Chin; Griffin Shapiro; Mark Cervi; John Somerville; Dana Schwartz; Takahiro Yamada (in-person team meetings) | 400.79 |
| 08/24/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 10.33 |
| 08/24/2023 | Lodging Griffin Shapiro - Hotel Chicago DT Autograph - Chicago, IL 2023-08-21 2023-08-24 (in-person team meetings) | 975.00 |
| 08/24/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Chicago Office to Airport (return from in-person team meetings) | 79.68 |
| 08/24/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 16.52 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 08/24/2023 | Lodging Jason Chin - Hotel Chicago DT - Autograph - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 65.00 |
| 08/24/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 22.60 |
| 08/24/2023 | Taxi/Car Service Jason Chin LGA to Home (return from in-person team meetings) | 40.19 |
| 08/24/2023 | Lodging John LaBella - Westin - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Airfare John LaBella 2023-08-24 ORD - SFO; return from in-person team meetings (Alaska, one way, economy) | 805.10 |
| 08/24/2023 | Taxi/Car Service John LaBella AlixPartners Office to Dinner (in-person team meetings) | 22.60 |
| 08/24/2023 | Individual Meal - John LaBella - Lunch (in-person team meetings) | 18.42 |
| 08/24/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 6.59 |
| 08/24/2023 | Airfare John Somerville 2023-08-24 ORD - LGA; return from in-person team meetings (Delta, one way, economy) | 135.60 |
| 08/24/2023 | Lodging John Somerville - Moxy Chicago Downtown - Chicago, IL 2023-08-21 2023-08-24 (in-person team meetings) | 777.37 |
| 08/24/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 25.00 |
| 08/24/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 39.18 |
| 08/24/2023 | Lodging Kurt Wessel - Westin - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Kurt Wessel Hotel to Airport (return from in-person team meetings) | 61.25 |
| 08/24/2023 | Lodging Lilly Goldman - Hotel Chicago, DT Autograph - Chicago, IL 2023-08-21 2023-08-24 (in-person team meetings) | 975.00 |
| 08/24/2023 | Taxi/Car Service Lilly Goldman Dinner to Hotel (in-person team | 42.07 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/24/2023 | Public Transportation Lilly Goldman AlixPartners Office to Airport (return from in-person team meetings) | 2.50 |
| 08/24/2023 | Parking/Tolls Lilly Goldman (travel to in-person team meetings) | 116.00 |
| 08/24/2023 | Individual Meal - Lilly Goldman - Breakfast (in-person team meetings) | 6.30 |
| 08/24/2023 | Individual Meal - Lilly Goldman - Dinner (in-person team meetings) | 17.13 |
| 08/24/2023 | Airfare Mark Cervi 2023-08-24 ORD - LAX; return from in-person team meetings (United, one way, economy) | 215.66 |
| 08/24/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 34.10 |
| 08/24/2023 | Lodging Mark Cervi - Westin Chicago, River North - Chicago, IL 2023-08-22 2023-08-24 (in-person team meetings) | 650.00 |
| 08/24/2023 | Taxi/Car Service Mark Cervi AlixPartners Office to Hotel (in-person team meetings) | 35.40 |
| 08/24/2023 | Lodging Matthew Birtwell - Westin - Chicago, IL 2023-08-21 2023-08-24 (in-person team meetings) | 975.00 |
| 08/24/2023 | Mileage Matthew Birtwell 33 Miles (return from in-person team | 21.62 |
| 08/24/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Office to Airport (return from in-person team meetings) | 90.11 |
| 08/24/2023 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 116.00 |
| 08/24/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 29.06 |
| 08/24/2023 | Parking/Tolls Matthew Jacques (travel to in-person team meetings) | 96.00 |
| 08/24/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 23.42 |
| 08/24/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 6.90 |
| 08/24/2023 | Lodging Randi Self Marriott Hotels - Chicago, IL  2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Parking/Tolls Randi Self (travel to in-person team meetings) | 118.00 |
| 08/24/2023 | Mileage Randi Self 22 Miles (return from in-person team meetings) | 14.41 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|--------------------------|--------|
| 08/24/2023 | Lodging Ryan Backus - Westin, Chicago, IL - 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Ryan Backus JFK Airport to Island park, New York (return from in-person team meetings) | 60.78 |
| 08/24/2023 | Individual Meal - Ryan Backus - Lunch (in-person team meetings) | 14.11 |
| 08/24/2023 | Lodging Sean Thompson - Hyatt Hotels - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 815.08 |
| 08/24/2023 | Taxi/Car Service Sean Thompson AlixPartners Chicago office to Airport (return from in-person team meetings) | 121.78 |
| 08/24/2023 | Taxi/Car Service Sean Thompson Airport to Home (return from in-person team meetings) | 49.41 |
| 08/24/2023 | Group Meal - Engagement Team - Dinner - Sean Thompson; Matthew Birtwell (in-person team meetings) | 130.00 |
| 08/24/2023 | Lodging Seen Yung Wong - Hotel Chicago TD Autograph - Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/24/2023 | Taxi/Car Service Seen Yung Wong AlixPartners office to Airport (return from in-person team meetings) | 46.16 |
| 08/24/2023 | Taxi/Car Service Seen Yung Wong LGA to Home (return from in-person team meetings) | 83.59 |
| 08/24/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 22.53 |
| 08/24/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 34.56 |
| 08/24/2023 | Taxi/Car Service Takahiro Yamada LGA Airport to Home (return from in-person team meetings) | 53.84 |
| 08/24/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team | 10.62 |
| 08/24/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 65.00 |
| 08/25/2023 | Taxi/Car Service Di Liang Airport to Home (return from in-person team meetings) | 74.26 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 08/25/2023 | Taxi/Car Service Di Liang Office to Airport (return from in-person team meetings) | 95.24 |
| 08/25/2023 | Internet Access Di Liang | 15.00 |
| 08/24/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 6.69 |
| 08/25/2023 | Taxi/Car Service Eric Mostoff LGA to Home (return from in-person team meetings) | 81.99 |
| 08/25/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 10.33 |
| 08/25/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 28.73 |
| 08/25/2023 | Taxi/Car Service John Somerville AlixPartners Office to Airport (return from in-person team meetings) | 123.99 |
| 08/25/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetings) | 38.48 |
| 08/24/2023 | Group Meal - Engagement Team - Lunch - John Somerville; Takahiro Yamada; Dana Schwartz; Xi Liang; Mark Cervi; Eric Mostoff; Lilly Goldman; Kurt Wessel; Sean Thompson; Chuanqi Chen; Allyson Calhoun; Griffin Shapiro; Randi Self; Matthew Birtwell; Jason Chin (in-person team meetings) | 400.56 |
| 08/24/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 43.58 |
| 08/24/2023 | Lodging Takahiro Yamada - Westin, Chicago, IL 2023-08-20 2023-08-24 (in-person team meetings) | 1,300.00 |
| 08/29/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime meal) | 20.00 |
| **Total Expenses** | | **$ 79,925.05** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | $ 18,497.77 |
| Client Research | 387.66 |
| Ground Transportation | 9,441.06 |
| Internet | 125.59 |
| Lodging | 38,411.07 |
| Meals | 13,061.90 |
| **Total Expenses** | **$ 79,925.05** |