**<u>Exhibit B</u>**

**Disbursements**

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 08/01/2023 | 0.100 | 80.00 | 8.00 | Inhouse Copying |
| 1368.002 | 08/22/2023 | 0.100 | 498.00 | 49.80 | Inhouse Copying |
| 1368.002 | 08/23/2023 | 0.100 | 226.00 | 22.60 | Inhouse Copying |
| 1368.002 | 08/30/2023 | 0.100 | 33.00 | 3.30 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 83.70 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 08/15/2023 | | | 257.18 | Outside printing Parcels, Inc. - Invoice 1036947 |
| 1368.002 | 08/25/2023 | | | 31.56 | Outside printing DLS Discovery - Invoice 180982 |
| 1368.002 | 08/25/2023 | | | 35.80 | Outside printing Parcels, Inc. |
| 1368.002 | 08/25/2023 | | | 0.00 | Outside printing Parcels, Inc. |
| 1368.002 | 08/28/2023 | | | 200.00 | Outside printing Parcels, Inc. - Invoice 1038432 |
| **Total for Activity ID E102** | | | Billable | 524.54 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 08/31/2023 | | | 1,233.25 | Online research Relx Inc. DBA LexisNexis - Invoice 3094642650 |
| **Total for Activity ID E106** | | | Billable | 1,233.25 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 08/23/2023 | | | 25.00 | Delivery services/messengers Parcels, Inc. - Invoice 1038925 |
| 1368.002 | 08/23/2023 | | | 39.00 | Delivery services/messengers Parcels, Inc. - Invoice 1038937 |
| 1368.002 | 08/24/2023 | | | 76.40 | Delivery services/messengers Parcels, Inc. - Invoice 1038121 |
| 1368.002 | 08/24/2023 | | | 75.00 | Delivery services/messengers Parcels, Inc. - Invoice 1038132 |
| 1368.002 | 08/25/2023 | | | 40.34 | Delivery services/messengers Parcels, Inc. - Invoice 1039009 |
| 1368.002 | 08/28/2023 | | | 76.60 | Delivery services/messengers Parcels, Inc. - Invoice 1038685 |
| 1368.002 | 08/28/2023 | | | 76.60 | Delivery services/messengers Parcels, Inc. - Invoice 1038689 |
| 1368.002 | 08/28/2023 | | | 76.60 | Delivery services/messengers Parcels, Inc. - Invoice 1038691 |
| 1368.002 | 08/29/2023 | | | 156.40 | Delivery services/messengers Parcels, Inc. - Invoice 1038781 |
| 1368.002 | 08/29/2023 | | | 76.60 | Delivery services/messengers Parcels, Inc. - Invoice 1038783 |
| 1368.002 | 08/29/2023 | | | 76.60 | Delivery services/messengers Parcels, Inc. - Invoice 1038784 |
| **Total for Activity ID E107** | | | Billable | 795.14 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 08/23/2023 | | | 205.00 | Meals Toscana - Lunch for S&C (3), A&M (2), LRC (3) |
| 1368.002 | 08/24/2023 | | | 15.60 | Meals Pizzeria Bardea - working dinner for KAB |
| **Total for Activity ID E111** | | | Billable | 220.60 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 08/31/2023 | | | 93.00 | Document Retrieval - August PACER charges |
| **Total for Activity ID E208** | | | Billable | 93.00 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 08/24/2023 | | | 188.00 | Filing Fee DE Bankruptcy Court - Sale Motion |
| **Total for Activity ID E214** | | | Billable | 188.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 08/23/2023 | | | 739.50 | Hearing Transcripts Reliable Wilmington - Invoice WL112322 |
| **Total for Activity ID E218** | | | Billable | 739.50 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 08/18/2023 | | | 6,450.00 | Service Fees - Viking Advocates: service on certain foreign defendants |
| 1368.002 | 08/25/2023 | | | 50.00 | Service Fees Delaware Secretary of State |

**Detail Cost Task Code Billing Report** — Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Total for Activity ID E219** | | | Billable | 6,500.00 | Service Fees |

**GRAND TOTALS**

| | | | Billable | 10,377.73 | |
|---|---|---|---|---|---|