Filing Version

**FILED**

**2023 SEP 29 PM 1: 15**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors          Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 05841435**

Advanced Legal P.C.
_____
Name of Transferee

[REDACTED]
_____
Name of Transferor

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Last Known Address:
[REDACTED]

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Phone: [REDACTED]
Email: [REDACTED]

Address for all Payments/Distributions:
Same as above

[PLEASE FILE THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL, AND REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the twelve percent (12%) of the claim** as listed under Unique Customer Code **05841435** in the Amended Customer Schedule (F-19) filed on June 27, 2023

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and upon request, the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _*/s/ Woong Kyu Sung*_____     Date: September 27, 2023
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Redacted Version

FILED
2023 SEP 29 PM 1:15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors

Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

**Unique Customer Code: 05841435**

Advanced Legal P.C.

Name of Transferee

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Address for all Payments/Distributions:
Same as above

Name of Transferor

Last Known Address:

Phone:
Email:

[PLEASE FILE THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL, AND REDACT THEM BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the twelve percent (12%) of the claim** as listed under Unique Customer Code **05841435** in the Amended Customer Schedule (F-19) filed on June 27, 2023

The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively, and upon written request, the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________
Transferee/Transferee's Agent

Date: September 27, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware
Attn: Clerk

AND TO: FTX TRADING LTD., et al., Debtors

Case No. 22-11068

The Transferee has in its possession an agreement signed by the Transferor as Evidence of Transfer.

To protect the confidentiality of the agreement with the Transferor, the Transferee has not attached the signed agreement as Evidence of Transfer. Upon written request, the Transferee is prepared to provide a copy of the signed agreement as Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

For your information, the agreement is to transfer for security from Transferor to Transferee the twelve percent (12%) of the claim (ATOM [0.03187279], BTC [2.60699756], BTC-PERP [0], DOGE [0.873778], MANA [0.701795], MATIC [0.03355154], SOL [0.00975487], TRX [3284], USD [230179.75], USDT [0], XRP [0.47609877]) as listed under Unique Customer Code **05841435** in the Amended Customer Schedule (F-19) filed by FTX Trading Ltd. on June 27, 2023 as enclosed herewith (*see* Exhibit No. 1). The same claim amount was listed in the original Schedules filed on March 15, which is included in the email sent to the Transferor as enclosed herewith (*see* Exhibit No. 2).

**The Transferee cordially requests the Court and FTX to use the redacted version of the previous page as provided by the Transferee for any publication purposes.**

Signature: ______________________ Date: September 27, 2023

Woong Kyu SUNG (authorized agent)
Managing Partner
Advanced Legal P.C.

The last part of a Notice of Transfer of Claim form is copied below for the convenient use of the Court.

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:__________

______________________
**CLERK OF THE COURT**

**Exhibit No. 1:**

**Screenshot of the relevant part of the**

# Amended Customer Schedule (F-19)

**filed FTX Trading Ltd. on June 27, 2023**

FTX Trading Ltd. - F-19 - Amended Customer Schedule.pdf - Adobe Acrobat Pro (64-bit)

File Edit View E-Sign Window Help

Home Tools FTX Trading Ltd. - F... ×

1123 / 1380 170%

Find: 05841435 Previous Next ▸ Replace with

FTX Trading Ltd.

Case 22-11068-JTD Doc 1748 Filed 06/27/23 Page 1123 of 1380

Amended Schedule F-19 Nonpriority Unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total [...] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 05841120 | | ALGO[...] | | |
| 05841122 | | USDT[...] | | |
| 05841136 | | AUDIO[1], BAO[3], DENT[2], ETHW[.16318302], GBP[1333.67], KIN[1], UBXT[1], USD[0.01] | | |
| 05841138 | | BTC[.00016346], DENT[1], USDT[0.00014753] | | |
| 05841180 | | AAVE[.56175864], AKRO[3], BAO[20], BTC[.01154599], DENT[3], DOGE[509.21041388], DOT[7.7578806], ETH[.11683018], ETHW[.07395435], KIN[19], MANA[40.90186613], MATIC[69.02695144], REN[433.13325239], RSR[1], SAND[33.75584672], SHIB[4048073.1948545], SNX[15.73935407], SOL[1.25427212], TRX[1], UBXT[1], USD[0.00] | | |
| 05841188 | | ENS-PERP[0], FTT[.04], FTT-PERP[0], KLAY-PERP[0], SOL[.00998], USD[0.00], USDT[0.08725711] | | |
| 05841196 | | BAO[1], KIN[1], USD[0.00] | | |
| 05841216 | | KIN[1], USD[0.00] | | |
| 05841250 | | BRZ[97.51854498], USDT[0] | | |
| 05841263 | | TRX[.000003] | | |
| 05841264 | | SOL[.009325], USDT[0.37112162] | | |
| 05841299 | | USD[0.00] | Yes | |
| 05841312 | | USD[0.05], USDT[0] | | |
| 05841331 | | BTC[0.15277765], BTC-1230[0], BTC-PERP[0], CHF[0.00], DOGE[.4781446], ETH[1.32081998], ETH-PERP[0], ETHW[1.88965691], FTT[25.02484420], MATIC[.05389998], SHIB[5494.31663775], SHIB-PERP[0], SOL[.00347741], TRX[3487], USD[2467.02], USDT[0.00322273], XRP[461.96619671] | Yes | |
| 05841422 | | BRZ[.03994043], TRX[.000007], USDT[0] | | |
| 05841432 | | USD[0.00] | | |
| 05841435 | | ATOM[.03187279], BTC[2.60699756], BTC-PERP[0], DOGE[.873778], MANA[.701795], MATIC[.03365154], SOL[0.00975487], TRX[3284], USD[230179.75], USDT[0], XRP[.47609877] | Yes | |
| 05841440 | | USD[0.04] | | |
| 05841442 | | 1INCH[17.3128788], ALGO[733.0149726], ATOM[2.25917852], BAL[43.13313103], BCH[0.00961183], DYDX[170.31004406], FTT[29.7904142], GALA[8093.588688], HNT[.0958969], LOOKS[1345.3148266], LTC[0.22695754], OKB[1.8723259], SAND[.7880356], SHIB[1851647.14], TONCOIN[1.86505198], TRX[.000035], USD[9117.45], USDT[0], YFII[0.04236488] | | |
| 05841444 | | TRX[0.00000001], USD[0.00], USDT[0] | | |
| 05841452 | | APE-PERP[0], ARS[10.13], ATOM-PERP[0], AVAX-PERP[0], BTC-PERP[0], CHZ-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH-PERP[0], KAVA-PERP[0], KSHIB-PERP[0], MATIC-PERP[0], NEAR-PERP[0], RVN-PERP[0], SOL-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.08], USDT[111.22426777], VET-PERP[0], XRP-PERP[0] | Yes | |
| 05841459 | | 0 | | |
| 05841502 | | BAO[2], KIN[1], TRY[0.00], UBXT[1] | Yes | |
| 05841568 | | USD[0.00] | | |
| 05841585 | | NFT (543592503106134267/FTX Crypto Cup 2022 Key #8972)[1], USDT[0] | | |

**Exhibit No. 2:**

**Email sent to Transferor by FTX containing the**

# Original Customer Schedule

**filed FTX Trading Ltd. on March 15, 2023**

Advanced Legal P C contact@ft legalclinic com

**FW: FTX - Your Scheduled Claim Information and Unique Customer Code**

1 message

Wed, Sep 27, 2023 at 3:41 PM

To: "Advanced Legal P.C." <contact@ftxlegalclinic.com>

안녕하세요

하기와 같이 FTX로부터 받은 이메일 포워딩해드립니다.

Original Me age
From: "FTX Noticing"<ftx@noticing.ra.kroll.com>
To:
Cc:
Sent: 2023-03-31 (금) 01:27:21 (GMT+07:00)
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code

**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code

(a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Link " Standalone e cerpt of the cu tomer data can be found under "Cu tomer Schedules."

**Your Unique Customer Code is 05841435**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**ATOM[0.0318727900000000]**
**BTC[2.6069975670000000]**
**DOGE[0.8737780000000000]**
**MANA[0.7017950000000000]**
**MATIC[0.0335515400000000]**
**SOL[0.0097548750000000]**
**TRX[3284.0000000000000000]**
**USD[230179.7487976145169158]**
**USDT[0.0000000004712064]**
**XRP[0.4760987700000000]**

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe