# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re FTX Trading Ltd., et al.,  
Debtors.

Case No. 22-11068 (JTD)  
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

FC CAYMAN A, L.L.C.  
Name of Transferee

DCP Master Investments XIV LLC  
Name of Transferor

Name and Address where notices to transferee should be sent:

FC Cayman A, L.L.C.  
c/o Willkie Farr & Gallagher LLP  
Attn: Joseph G. Minias, Esq.  
787 Seventh Avenue  
New York, New York 10019  
(212) 728-8000  
jminias@willkie.com

Claim #: 1711  
Amount of Claim Transferred: $9,000,000.00  
Date Claim Filed: 4/24/2023  
Debtor: FTX Trading Ltd.  
Case Number: 22-11068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FC Cayman A, L.L.C.

By: _____  
Transferee/Transferee's Agent

Date: October 2, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM –
# PROOF OF CLAIM NUMBER 1711

**TO:** **THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, DCP Master Investments XIV LLC, with offices located at 55 Hudson Yards Suite 29B, New York, NY 10001 (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to FC Cayman A, L.L.C. (the "Buyer") a 27.0820587789% pro-rata share (in the amount of $9,000,000.00 ) of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Case (as defined below) as Claim No. 1711, that was asserted against FTX Trading Ltd. and each of its debtor and non-debtor affiliates (collectively, "FTX"), including, but not limited to, FTX Digital Markets Ltd (the "Bankruptcy Cases") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

KL2 3320219.7

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed June 22, 2023.

**SELLER**:

**DCP Master Investments XIV LLC**
By: Diameter Capital Partners LP, solely as its manager

By: _____
Name:   Shailini Rao
Title:    General Counsel & CCO

**BUYER**:
FC CAYMAN A, L.L.C.

By: FC Funding A, L.L.C., its Manager

By: _____
Name: James A. David
Title: Authorized Signatory

KL2 3320219.7