**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| In re: | | Chapter 11 |
|---|---|---|
| FTX Trading Ltd., *et al.* | | Case No. 22-11068 |
| | Debtors. | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

**Neor Crypto Volatility Fund Ltd**

Transferor's Address:

c/o Neor Technologies Ltd
Suites 7B & 8B
50 Town Range
PO Box 472
Gibraltar
GX11 1AA

Name of Transferee

**Olympus Peak Trade Claims Opportunities Fund 1 Non-ECI Mast LP**

Transferee's address for notices and payment:

c/o Olympus Peak Asset Management LP

177 West Putnam Ave Suite 2622-S1
Greenwich, CT 06831

Attn: Leah Silverman
lsilverman@opeaklp.com

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 02408854 | As described in the Debtors' Amended Schedules |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Leah Silverman*
DocuSigned by:
A6B1B2D9FC98479...
Transferee / Transferee's Agent

Date: 09/24/2023

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____

Clerk of the Court

Annex A

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO:  Clerk, United States Bankruptcy Court, District of Delaware

**Neor Crypto Volatility Fund Ltd**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 02408854 | As described in the Debtors' Amended Schedules (see Exhibit A for supporting documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**

By: Olympus Peak Asset Management LP, its Investment Manager

By: _Leah Silverman_ (DocuSigned by)

Name:  Leah Silverman

Title:  Authorized Signatory

Email:  lsilverman@opeaklp.com

Date:  09/24/2023

**Seller:**

**Neor Crypto Volatility Fund Ltd**

By: _Andrew Paine_ (DocuSigned by)

Name:  Andrew Paine

Title:  Authorized Signatory

Email:  andrew@neorfund.com

Date:  09/21/2023

## EXHIBIT A

## SCHEDULED CLAIMS

| 02408854 | | BTC[10.00006], BTC-PERP[0.01110000], DOGE-PERP[0], DOT-PERP[0], ETC-PERP[0], ETH[95.61725816], ETH-PERP[0], ETHW[273.501802], LUNC-PERP[0], MATIC-PERP[0], SOL-PERP[0], USD[162654.82], USDT[1663703.55152433] |