**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Summary of Out-of-Pocket Expenses by Category**
**For the Period April 1, 2023 through April 30, 2023**

| Expense Category | Expense Amount |
|---|---:|
| Airfare | $1,185.06 |
| Ground Transportation | $1,809.28 |
| Lodging | $2,916.26 |
| Meals | $842.59 |
| Value Added Tax - Cyprus | $523.00 |
| **Total Expenses Due** | **$7,276.19** |

**The request herein is without prejudice to EY's right to seek additional compensation for Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period April 1, 2023 through April 30, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Mistler,Brian M | Manager | 3/7/2023 | Airfare | Airfare – Southwest - Coach - One Way - 3/7/23 – San Diego, CA to Dallas, TX for meetings with A&M and RLKS | 235.47 |
| Mistler,Brian M | Manager | 3/9/2023 | Airfare | Airfare – Southwest - Coach - One Way - 3/9/23 – Dallas, TX to San Diego, CA after meetings with A&M and RLKS | 343.81 |
| Wrenn,Kaitlin Doyle | Manager | 4/23/2023 | Airfare | Airfare – American - Coach - One way Need the dates – Charlotte, NC and Houston, TX for meetings with client | 187.98 |
| Scott,James | Client Serving Contractor JS | 4/11/2023 | Airfare | Airfare - Delta - Roundtrip - 4/11/23-4/13/23 - Raleigh, NC to New York, NC for in person meetings related to t | 417.80 |
| Mistler,Brian M | Manager | 3/9/2023 | Ground Transportation | Taxi - Dallas airport to client site | 23.93 |
| Mistler,Brian M | Manager | 3/18/2023 | Ground Transportation | Taxi - Newark airport to EY office | 20.90 |
| Farrar,Anne | Partner/Principal | 4/18/2023 | Ground Transportation | Milage - Home to Charlotte airport (11 miles) | 7.21 |
| Farrar,Anne | Partner/Principal | 4/20/2023 | Ground Transportation | Milage - Charlotte airport to home (11 miles) | 7.21 |
| Farrar,Anne | Partner/Principal | 4/19/2023 | Ground Transportation | Taxi - NYC airport to EY office for client meetings | 47.03 |
| Farrar,Anne | Partner/Principal | 4/21/2023 | Ground Transportation | Taxi - Hotel to EY office while traveling out of town | 18.97 |
| Farrar,Anne | Partner/Principal | 4/21/2023 | Ground Transportation | Taxi - EY office to NYC airport after meetings | 116.87 |
| Hammon,David Lane | Manager | 4/12/2023 | Ground Transportation | Taxi - CLE airport to home | 48.00 |
| Hammon,David Lane | Manager | 4/10/2023 | Ground Transportation | Taxi - Home to CLE airport | 27.96 |
| Hammon,David Lane | Manager | 4/10/2023 | Ground Transportation | Taxi - NYC airport to hotel | 66.92 |
| Hammon,David Lane | Manager | 4/12/2023 | Ground Transportation | Taxi - EY office to NYC airport | 85.95 |
| Hammon,David Lane | Manager | 4/12/2023 | Ground Transportation | Taxi - Hotel to EY office | 10.94 |
| McComber,Donna | National Partner/Principal | 4/1/2023 | Ground Transportation | Taxi - Meeting to Dallas airport with clients | 128.71 |
| Bost,Anne | Managing Director | 4/1/2023 | Ground Transportation | Taxi - Airport to home | 54.79 |
| Shea JR,Thomas M | Partner/Principal | 4/1/2023 | Ground Transportation | Taxi - Hotel to client site for meetings | 139.45 |
| Shea JR,Thomas M | Partner/Principal | 4/1/2023 | Ground Transportation | Taxi - Dinner meeting to hotel | 45.12 |
| Lowery,Kristie L | National Partner/Principal | 4/14/2023 | Ground Transportation | Taxi - EY office to NYC airport | 90.63 |
| Wrenn,Kaitlin Doyle | Manager | 4/25/2023 | Ground Transportation | Taxi - Dallas airport to hotel for client meeting | 63.99 |
| Wrenn,Kaitlin Doyle | Manager | 4/24/2023 | Ground Transportation | Taxi - Hotel to Dallas airport to hotel after client meeting | 54.36 |
| Wrenn,Kaitlin Doyle | Manager | 4/11/2023 | Ground Transportation | Taxi - NYC airport to hotel | 87.97 |
| Wrenn,Kaitlin Doyle | Manager | 4/13/2023 | Ground Transportation | Taxi - Hotel to dinner | 15.91 |
| Cavusoglu,Coskun | Partner/Principal | 4/25/2023 | Ground Transportation | Taxi - NYC airport t hotel | 68.52 |
| Cavusoglu,Coskun | Partner/Principal | 4/24/2023 | Ground Transportation | Taxi - Home to airport | 49.20 |
| Cavusoglu,Coskun | Partner/Principal | 4/28/2023 | Ground Transportation | Taxi - Airport to home | 84.39 |
| Cavusoglu,Coskun | Partner/Principal | 4/27/2023 | Ground Transportation | Taxi - Hotel to EY office while traveling out of town | 24.88 |
| Cavusoglu,Coskun | Partner/Principal | 4/28/2023 | Ground Transportation | Taxi - EY office to NYC airport while traveling out of town | 101.57 |
| Ellenson,Cory | Senior Manager | 4/6/2023 | Ground Transportation | Taxi - Hotel to Newark airport after meeting with team | 24.49 |
| Ellenson,Cory | Senior Manager | 4/4/2023 | Ground Transportation | Taxi - Newark airport to hotel for meeting with team | 24.59 |
| Scott,James | Client Serving Contractor JS | 4/11/2023 | Ground Transportation | Taxi - Home to Raleigh Durham Airport for in person meetings related to tax extensions | 28.18 |
| Scott,James | Client Serving Contractor JS | 4/11/2023 | Ground Transportation | Taxi - LaGuardia Airport to The Motto Hotel in NYC for in person meetings related to tax extensions | 66.37 |
| Scott,James | Client Serving Contractor JS | 4/12/2023 | Ground Transportation | Taxi - The Motto Hotel to EY office NYC for in person meetings related to tax extensions | 14.91 |
| Scott,James | Client Serving Contractor JS | 4/12/2023 | Ground Transportation | Taxi - EY office NYC to The Motto Hotel after in person meetings related to tax extensions | 16.96 |
| Scott,James | Client Serving Contractor JS | 4/13/2023 | Ground Transportation | Taxi - The Motto Hotel to One Manhattan West for in person meeting related to tax extensions | 16.96 |
| Scott,James | Client Serving Contractor JS | 4/13/2023 | Ground Transportation | Taxi - EY office NYC to LaGuardia Airport after in person meetings related to tax extensions | 83.50 |
| Scott,James | Client Serving Contractor JS | 4/13/2023 | Ground Transportation | Taxi - Raleigh Durham Airport to Home | 41.94 |
| Mistler,Brian M | Manager | 3/9/2023 | Lodging | Lodging - Hilton Garden - Dallas, TX - 3/7/23 - 3/9/23 - 2 nights - For meetings with A&M and RLKS | 450.00 |
| Mistler,Brian M | Manager | 3/22/2023 | Lodging | Lodging - Hilton - New York, NY - 4/19/23 - 4/22/23 - 3 nights - For IRS exam and tax extension filing works sessions | 1,302.10 |
| Mistler,Brian M | Manager | 3/28/2023 | Lodging | Lodging - Hilton - San Francisco, CA - 2/26/23 - 2/28//23 - 3 nights - Meeting with RLA regarding statements & schedules, tax disclosures. | 353.96 |
| Scott,James | Client Serving Contractor JS | 4/11/2023 | Lodging | Lodging - The Motto - New York, NY 4/11/23-4/12/23 - 1 night - for in person meetings related to tax extension | 389.09 |
| Scott,James | Client Serving Contractor JS | 4/12/2023 | Lodging | Lodging - The Motto - New York, NY 4/12/23-4/13/23 - 1 night - for in person meetings related to tax extension | 421.11 |
| Farrar,Anne | Partner/Principal | 4/18/2023 | Meals | Meals - Dinner -  Out of town - Self, C Ancona and C Tong - discuss the FTX / EY Program Management client meetings | 210.00 |
| Farrar,Anne | Partner/Principal | 4/19/2023 | Meals | Meals - Breakfast - Out of town - Self | 11.43 |
| Farrar,Anne | Partner/Principal | 4/19/2023 | Meals | Meals - Breakfast - Out of town - Self | 5.01 |
| Farrar,Anne | Partner/Principal | 4/20/2023 | Meals | Meals - Breakfast - Out of town - Self | 16.30 |
| Farrar,Anne | Partner/Principal | 4/20/2023 | Meals | Meals - Breakfast - Out of town - Self | 5.01 |
| Hammon,David Lane | Manager | 4/12/2023 | Meals | Meals - Breakfast - Out of town - Self | 24.60 |
| Hammon,David Lane | Manager | 4/12/2023 | Meals | Meals - Dinner - Out of town - Self | 27.26 |
| Hammon,David Lane | Manager | 4/11/2023 | Meals | Meals - Breakfast - Out of town - Self | 10.94 |
| Hammon,David Lane | Manager | 4/10/2023 | Meals | Meals - Dinner - Out of town - Self | 55.95 |
| Wrenn,Kaitlin Doyle | Manager | 4/23/2023 | Meals | Meals - Lunch - Out of town - Self | 35.00 |
| Wrenn,Kaitlin Doyle | Manager | 4/25/2023 | Meals | Meals - Dinner - Out of town - Self | 50.00 |
| Wrenn,Kaitlin Doyle | Manager | 4/25/2023 | Meals | Meals - Breakfast - Out of town - Self and J. DeVincenzo | 50.00 |
| Lowery,Kristie L | National Partner/Principal | 4/11/2023 | Meals | Meals - Breakfast - Out of town - Self | 9.65 |
| Lowery,Kristie L | National Partner/Principal | 4/12/2023 | Meals | Meals - Breakfast - Out of town - Self | 10.83 |
| Lowery,Kristie L | National Partner/Principal | 4/13/2023 | Meals | Meals - Breakfast - Out of town - Self | 17.31 |
| Lowery,Kristie L | National Partner/Principal | 4/12/2023 | Meals | Meals - Dinner - Out of town - Self and  K Schultea to discuss project matters | 140.00 |
| Wrenn,Kaitlin Doyle | Manager | 4/23/2023 | Meals | Meals - Lunch - Out of town - Self | 35.00 |
| Wrenn,Kaitlin Doyle | Manager | 4/11/2023 | Meals | Meals - Breakfast - Out of town - Self | 4.74 |
| Wrenn,Kaitlin Doyle | Manager | 4/12/2023 | Meals | Meals - Breakfast - Out of town - Self | 7.84 |
| Wrenn,Kaitlin Doyle | Manager | 4/13/2023 | Meals | Meals - Breakfast - Out of town - Self | 18.29 |
| Cavusoglu,Coskun | Partner/Principal | 4/25/2023 | Meals | Meals - Breakfast - Out of town - Self | 14.04 |
| Cavusoglu,Coskun | Partner/Principal | 4/26/2023 | Meals | Meals - Breakfast - Out of town - Self | 15.35 |
| Cavusoglu,Coskun | Partner/Principal | 4/27/2023 | Meals | Meals - Dinner - Out of town - Self | 29.17 |
| Ellenson,Cory | Senior Manager | 4/4/2023 | Meals | Meals - Dinner - Out of town - Self | 11.71 |
| Scott,James | Client Serving Contractor JS | 4/11/2023 | Meals | Meals - Out of town - Dinner NYC - Self | 16.65 |
| Scott,James | Client Serving Contractor JS | 4/12/2023 | Meals | Meals - Out of town - Breakfast NYC - Self | 10.51 |
| Cyprus | | | | Value Added Tax - Cyprus | $523.00 |
| **Total** | | | | | **$7,276.19** |

The request herein is without prejudice to EY's right to seek additional compensation for expenses incurred during the Fee Period, which were not processed at the time of this Application.