# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Stanford University | $5,718,404.17 | $5,718,404.17 | N/A |