# Morgan Lewis

**John C. Goodchild, III**
Partner
+1.215.963.5020
john.goodchild@morganlewis.com

October 4, 2023

**VIA ECF**

The Honorable John T. Dorsey
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 5th Floor, Courtroom 5
Wilmington, DE 19801

Re:   *In re Emergent Fidelity Technologies Ltd.,* Case No. 1:23-bk-10149

Dear Judge Dorsey:

Morgan, Lewis & Bockius LLP ("Morgan Lewis" or the "Firm") writes to provide notice that Rachael Gonzales, a former law clerk for The Honorable John T. Dorsey of the United States Bankruptcy Court for the District of Delaware, will be joining Morgan Lewis in October as an associate in our Finance practice group, resident in the Firm's New York office. Ms. Gonzales disclosed that during her clerkship, she was assigned to work on *In re Emergent Fidelity Technologies Ltd.,* Case No. 1:23-bk-10149 ("Matter"), which remains pending before the Court. Morgan Lewis represents Angela Barkhouse and Toni Shukla as Joint Receivers of Emergent Fidelity Technologies Ltd. ("Emergent Fidelity") in this Matter.

In accordance with our ethical obligations under Rule 1.12(c) of the Delaware Lawyers' Rules of Professional Conduct, prior to Ms. Gonzales's arrival at Morgan Lewis, the Firm will establish screening to ensure that Ms. Gonzales will not be involved in Morgan Lewis's representation of Emergent Fidelity in this Matter. Under the implemented screening procedures, Ms. Gonzales will not be allowed to access Morgan Lewis's files relating to the Matter. Additionally, Ms. Gonzales will be apportioned no part of any fees in relation to the Matter.

Morgan Lewis and Ms. Gonzales confirm compliance with the Delaware Lawyers' Rules of Professional Conduct with respect to these circumstances, including that material confidential information received by Ms. Gonzales, if any, has not been disclosed or used in violation of ethical rules. Morgan Lewis also agrees to respond promptly to any written inquiries or objections about the implemented screening procedures.

Respectfully submitted,

 */s/ John C. Goodchild, III*

John C. Goodchild, III

cc:  All Parties of Record (VIA ECF)

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921           T +1.215.963.5000
United States                                      F +1.215.963.5001