| Fill in this information to identify the case: |
| --- |
| Debtor Name: FTX Trading Ltd. |
| United States Bankruptcy Court for the          District of  Delaware |
| Case Number: 22-11068 |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the Periodic Report as of  | 06/30/2023 |  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

FTX Trading Ltd. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
| --- | --- | --- |
| See attached Exhibits | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), and a statement of changes in shareholders' or partners' equity *(deficit)* for the period covered by the *Entity Report,* along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| | |
|---|---|
| **For non-individual Debtors:** | *Mary Cilia* <br> Mary Cilia (Oct 3, 2023 21:43 CDT) <br> Signature of Authorized individual <br> Mary Cilia <br> Printed name of Authorized Individual <br> Date 10 / 03 / 2023 <br>        MM / DD / YYYY |
| **For individual Debtors:** | _____  _____ <br> Signature of Debtor 1     Signature of Debtor 2 <br> _____  _____ <br> Printed name of Debtor 1    Printed name of Debtor 2 <br> Date _____    Date _____ <br>   MM / DD / YYYY          MM / DD / YYYY |

**CASE NAME:** FTX Trading Ltd.   **CASE NUMBER:** 22-11068

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

| Name of Non-Debtor Entity | Interest of the Estate |
|---|---|
| FTX Malta Holdings Limited | 100% |
| FTX Malta Gaming Services Limited[1] | 100% |
| PT Triniti Investama Berkat | 99% |
| FTX Turkey Teknoloji Ve Ticaret Anonim Şirket | 80% |

*(1) FTX Malta Gaming Services Limited is a wholly owned subsidiary of FTX Malta Holding Limited.*

CASE NAME: FTX Trading Ltd.   CASE NUMBER: 22-11068

**Exhibit A-1: Balance Sheet of Controlled Non-Debtor Entities as of 06/30/2023**

Official Form 426
United States Bankruptcy Court
District of Delaware

Exhibit A-1: Balance Sheet of Non-Debtors[1]

|  | As of December 31, 2022 | | As of June 30, 2023[2] | |
|---|---:|---:|---:|---:|
| In US $ Unless Otherwise Indicated | PT Triniti Investama Berkat | FTX Turkey Teknoloji Ve Ticaret Anonim Şirket | PT Triniti Investama Berkat | FTX Turkey Teknoloji Ve Ticaret Anonim Şirket |
| **Assets** | | | | |
| Cash and cash equivalents | $ 2,722,993 | $ 3,016,574 | $ 2,612,969 | |
| Cryptocurrency assets | 120,482 | - | - | |
| Accounts receivable | - | 69,023 | - | |
| Intercompany receivable - Customer accounts | - | 11,861,328 | - | |
| Related party receivable - SNG Investments | - | 65,501,523 | - | |
| Intercompany receivable - Company exchange accounts | - | 8,697,630 | - | |
| Advances to 3rd parties | - | 955 | - | |
| Prepaid assets | 20,140 | 42,373 | 85,809 | |
| Marketing goods | - | 40,341 | - | |
| Tangible assets, net depreciation | - | 43,589 | - | |
| Intangible assets, net depreciation | - | 773 | - | |
| Tax withholdings and advances | - | 238,647 | | |
| Deferred taxes | - | 38,145 | | |
| **Total Assets** | 2,863,615 | 89,550,901 | 2,698,778 | - |
| | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| Related Party Payable - SNG Investments | 48,551 | 65,501,523 | 91,798 | |
| Customer Payable - Exchange Liabilities | - | 10,796,617 | - | |
| Payable to employees | - | 76,378 | - | |
| Other short-term debt | - | - | - | |
| Other liabilities | 3,709 | 7,132,844 | 2,341 | |
| Intercompany payable | | | | |
| Other liabilities | | | | |
| **Total Liabilities** | 52,260 | 83,507,362 | 94,138 | - |
| | | | | |
| Capital stock and APIC | 3,336,386 | 2,675,972 | 3,336,386 | |
| Retained earnings (deficit) | (357,205) | 1,148,690 | (557,758) | |
| Current year net income | - | 2,222,607 | - | |
| AOCI - CTA | (167,826) | (3,730) | (173,988) | |
| **Total Stockholders' Equity** | 2,811,355 | 6,043,539 | 2,604,640 | - |
| **Total Liabilities and Stockholders' Equity** | $ 2,863,615 | $ 89,550,901 | $ 2,698,778 | $ - |

(1) No operations were conducted by either FTX Malta Holdings Limited or FTX Malta Gaming Services Limited and no financial statements were prepared or maintained for either of these entities. As such, no data for these entities has been provided in this Periodic Report.

(2) The Debtors are unable to provide reasonable assurance that the financial statements provided by FTX Turkey Teknoloji Ve Ticaret Anonim Şirket as of June 30,2023 are complete or accurate. As such, the Debtors have excluded financial data as of June 30, 2023 for FTX Turkey Teknoloji Ve Ticaret Anonim Şirket from this Periodic Report.

CASE NAME: FTX Trading Ltd.                                                                                                                              CASE NUMBER: 22-11068

**Exhibit A-2: Statement of Income (Loss) for controlled Non-Debtor Entities for the period ended 06/30/2023**

Official Form 426
United States Bankruptcy Court
District of Delaware

Exhibit A-2: Statement of Income (Loss)[1]

|  | As of December 31, 2022 | | As of June 30, 2023[2] | |
| --- | --- | --- | --- | --- |
| In US $ Unless Otherwise Indicated | PT Triniti Investama Berkat | FTX Turkey Teknoloji Ve Ticaret Anonim Şirket | PT Triniti Investama Berkat | FTX Turkey Teknoloji Ve Ticaret Anonim Şirket |
| **Revenues:** | | | | |
| Transaction revenue | $ 10,903 | $ 201,143 | $ 2,567 | |
| Interest income | - | 2,863,693 | - | |
| Commission income | - | 233,401 | - | |
| Other income | - | 45,262 | - | |
| **Net Revenue** | **10,903** | **3,343,499** | **2,567** | **-** |
| | | | | |
| **Expenses:** | | | | |
| Compensation and benefits | 58,618 | - | - | |
| General and administrative | - | 1,100,165 | 97,757 | |
| Employee expense | 4,602 | - | - | |
| Professional fees and services | 10,076 | - | - | |
| Office and IT expense | 50,298 | - | - | |
| Marketing expense | 850 | - | - | |
| Taxes and licenses | 531 | - | - | |
| Bank fees | 2,299 | - | - | |
| Interest (income) expense | 667,206 | - | (64,004) | |
| Foreign exchange losses | - | 631 | - | |
| Non deductable expenses | - | 20,096 | - | |
| Other operational expenses | - | - | 169,367 | |
| **Total Expenses** | **794,480** | **1,120,891** | **203,120** | **-** |
| **Net Income (Loss) Before Taxes** | **(783,577)** | **2,222,607** | **(200,553)** | **-** |
| Income tax benefit (loss) | - | - | - | |
| **Net Income (Loss)** | **$ (783,577)** | **$ 2,222,607** | **$ (200,553)** | **$ -** |

(1) No operations were conducted by either FTX Malta Holdings Limited or FTX Malta Gaming Services Limited and no financial statements were prepared or maintained for either of these entities.  As such, no data for these entities has been provided in this Periodic Report.

(2) The Debtors are unable to provide reasonable assurance that the financial statements provided by FTX Turkey Teknoloji Ve Ticaret Anonim Şirket as of June 30,2023, are complete or accurate.  As such, the Debtors have excluded financial data as of June 30,2023 for FTX Turkey Teknoloji Ve Ticaret Anonim Şirket from this Periodic Report.

CASE NAME: FTX Trading Ltd.  CASE NUMBER: 22-11068

Exhibit A-3: Statement of Cash Flows for Controlled Non-Debtor Entities for the period ended 06/30/2023

Official Form 426
United States Bankruptcy Court
District of Delaware

Exhibit A-3: Statement of Cash Flows[1][2]

| In US $ Unless Otherwise Indicated | As of December 31, 2022 PT Triniti Investama Berkat | As of June 30, 2023 PT Triniti Investama Berkat |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net income / (loss) | $ (783,577) | $ (200,553) |
| Change in net working capital | 1,594,154 | 100,120 |
| Net cash flows used by operating activities | 810,577 | (100,433) |
| **Cash Flows from Investing Activities** | | |
| Cash flows used in investing activities | - | - |
| **Cash Flows from Financing Activities** | | |
| Paid in capital | 1,592,337 | - |
| Net cash flows from financing activities | 1,592,337 | - |
| Net Increase (Decrease) in cash and cash equivalents | 2,402,914 | (100,433) |
| Effect of exchange rate change on cash | (19,672) | (9,590) |
| Net cash and cash equivalents, beginning of year | 339,751 | 2,722,993 |
| Cash and cash equivalents, current | $ 2,722,993 | $ 2,612,969 |

(1) No operations were conducted by either FTX Malta Holdings Limited or FTX Malta Gaming Services Limited and no financial statements were prepared or maintained for either of these entities.  As such, no data for these entities has been provided in this Periodic Report.

(2) The Debtors are unable to obtain an audited statement of cash flows for FTX Turkey Teknoloji Ve Ticaret Anonim Şirket as of December 31, 2022.  As such, the Debtors have excluded financial data for FTX Turkey Teknoloji Ve Ticaret Anonim Şirket from this Periodic Report. The Debtors are unable to provide reasonable assurance that the financial statements provided by FTX Turkey Teknoloji Ve Ticaret Anonim Şirket as of June 30,2023, are complete or accurate.  As such, the Debtors have excluded financial data as of June 30,2023 for FTX Turkey Teknoloji Ve Ticaret Anonim Şirket from this Periodic Report.

| | |
|---|---|
| **CASE NAME:** <u>FTX Trading Ltd.</u> | **CASE NUMBER:** <u>22-11068</u> |

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Controlled Non-Debtor Entities for the period ended 06/30/2023**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (Deficit)**

The Controlled Non-Debtor Entities do not prepare or maintain individual statements of stockholders' equity.  The statement of shareholders' equity is prepared and maintained on a consolidated basis at Debtor FTX Trading Ltd.

CASE NAME: FTX Trading Ltd.                                                                              CASE NUMBER: 22-11068

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

Official Form 426
United States Bankruptcy Court
District of Delaware

| Non-Debtor Entity | Description |
|---|---|
| FTX Malta Holdings Limited | Holding company. |
| FTX Malta Gaming Services Limited | Gaming software platform. Gaming license applicant entity with the Malta Gaming Authority. |
| PT Triniti Investama Berkat | Crypto asset trading company. |
| FTX Turkey Teknoloji Ve Ticaret Anonim Şirket | FTX trading platform in Turkey. |

| | |
|---|---|
| **CASE NAME:** FTX Trading Ltd. | **CASE NUMBER:** 22-11068 |

**Exhibit C: Description of Intercompany Claims**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

Debtor FTX Trading Ltd made payments on behalf of FTX Malta Gaming Services Limited for professional services and fees incurred to incorporate and apply for a Maltese remote gaming license.  Debtor FTX Trading Ltd. also paid $5.3k on behalf of FTX Malta Holding Limited for various incorporation fees.  These amounts were never recorded as intercompany balances as FTX Malta Gaming Services Limited and FTX Malta Holdings Limited never began operations.

FTX Turkey Teknoloji Ve Ticaret Anonim Şirket had an intercompany payable from Debtor FTX Trading Ltd of $20.6m comprised of $11.9m related to FTX Turkey Teknoloji Ve Ticaret Anonim Şirket exchange customer accounts and $8.7m related to FTX Turkey Teknoloji Ve Ticaret Anonim Şirket company accounts maintained by Debtor FTX Trading Ltd on the FTX.com platform.  FTX Turkey Teknoloji Ve Ticaret Anonim Şirket had a related party payable of $65.5m offset by a related party receivable of $65.5m with SNG Investments Yatirim Ve Danişmanlik Anonim Şirketi related to SNG Investments Yatirim Ve Danişmanlik Anonim Şirketi balances maintained by FTX Turkey Teknoloji Ve Ticaret Anonim Şirket on the FTX.com platform.

**CASE NAME:** FTX Trading Ltd.   **CASE NUMBER:** 22-11068

**Exhibit D: Allocation of Tax Liabilities and Assets**

**Official Form 426**
United States Bankruptcy Court
District of Delaware

Debtor FTX Trading Ltd. does not conduct an allocation of tax assets or liabilities to its Controlled Non-Debtor Entities. There has not been any allocation of tax attributes between the Controlled Non-Debtor Entities.

**CASE NAME:** FTX Trading Ltd.                                                                                            **CASE NUMBER:** 22-11068

| | **Exhibit E - Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |

**Official Form 426**
United States Bankruptcy Court
District of Delaware

No payments of administrative expenses, professional fees, or otherwise were paid by the Controlled Non-Debtor Entities that would have otherwise been payable by a Debtor Entity.