## EXHIBIT 1

### Executory Contract List

The Purchaser has demonstrated adequate assurance of future performance with respect to each of the following Executory Contracts pursuant to sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.

| Executory Contract | Assumption/Assignment/ Rejection | Cure Amounts |
|---|---|---|
| Amended and Restated Limited Partnership Agreement of Altimeter Growth Partners Fund VI, L.P., dated September 21, 2021 | Assumed and Assigned | $32,896.65 |