## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.* | ) Case No.22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**BLOCKFORCE CAPITAL VESPER DEFI GROWTH FUND**
Name of Transferee

**BEQUANT PRIME LIMITED**
Name of Transferor

Name and Address where notices to transferee should be sent:

Blockforce Capital Vesper DeFi Growth Fund
c/o Blockforce Capital Management, LLC
402 West Broadway Suite 920
San Diego, CA 92101

Phone: (619) 340-0660
Last Four Digits of Acct#: N/A

Name and Address where transferee payments should be sent (if different from above): Same as above

Last known address of transferor:

Bequant Prime Limited
Santalo 114, Piso 3, Apt. 1A
Barcelona, Spain

Court Claim # (if known): 51021
Confirmation ID# 3265-70-BBQLX-436172583
Amount of Claim: $3,560,374.00
Date Claim Filed: September 12, 2023

Phone: +34620673727
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Eric Erwin*
     C31A6C5B34C24B7...
    Transferee/Transferee's Agent

Date: October 4, 2023

Local Form 138

507074089.2

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EVIDENCE OF OWNERSHIP OF CLAIM

Pursuant to authority granted to it under the Terms of Business (as set forth in Schedule I) dated October 15, 2021, Bequant Prime Limited (or its affiliate) ("<u>Bequant</u>") opened two accounts at FTX Trading Ltd. for Blockforce Capital Vesper DeFi Growth Fund ("<u>Blockforce</u>") (with the aliases account-01-deriv and account-03-deriv; Internal ID 0005172). As part of the bankruptcy *In re* FTX Trading Ltd., et. al. (Case No. 22-11068 (JTD)) pending in the United States Bankruptcy Court for the District of Delaware, Bequant filed a proof of claim on September 12, 2023 for such accounts (Confirmation ID# 3265-70-BBQLX-436172583) in the amount of $3,560,374 (the "<u>Proof of Claim</u>").

Bequant hereby acknowledges that Blockforce is entitled to such amounts associated the Proof of Claim as the owner of the underlying accounts and hereby unconditionally and irrevocably transfers and assigns to Blockforce all of Bequant's right, title, and interest in and to Proof of Claim.

Bequant hereby waives any objection to the transfer of the Proof of Claim on the books and records of the FTX Trading Ltd. and the above referenced Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Bequant acknowledges that an order of the Bankruptcy Court may be entered recognizing Blockforce as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Ownership of Claim is executed on September 26, 2023.

Bequant Prime Limited

By: *George Zarya* (DocuSigned by: EEC5423A25C8464...)

Name: George Zarya

Title: Director

**Error! Unknown document property name.**