# Exhibit B

| | |
|---|---|
| **From:** | customerservice@silvergate.com[customerservice@silvergate.com] |
| **Sent:** | Wed 2/2/2022 8:08:24 PM (UTC) |
| **To:** | fiats@alameda-research.com[fiats@alameda-research.com] |
| **Subject:** | Advice of Debit - Bank Confidential |

## WIRE TRANSFER OPERATIONS ADVICE OF DEBIT

ON Wed Feb 02 00:00:00 UTC 2022 , WE DEBITED YOUR ACCOUNT *******456 FOR USD 500000.00

## DETAILS OF PAYMENT

PAYMENT DATE AND TIME: 2022-02-02 20:08:23.204
PAID AMOUNT: USD 500000.00
METHOD OF PAYMENT: FED
TRANSACTION NUMBER: M022K08187A2O18N
OMAD(CYCLE DATE/LTERM/OMSN): 20220202B6B7HU1R01158302021508FT01
IMAD(CYCLE DATE/LTERM/IMSN): 20220202MMQFMPUR001185
REFERENCE: 1224699601
UETR: 8ab34ed4-1b1c-497f-ae2e-3e8e5f39ebc0

BENEFICIARY:
Acct: *********465
AIC TITLE AGENCY, LLC
6350 W RENO, OKLAHOMA CITY OK 73127

BENEFICIARY BANK
ABA: 026009593
BIC:
NAME: BANK OF AMERICA, N.A., NY

RECEIVER BANK
ABA: 026009593
BIC:
NAME: BANK OF AMERICA, N.A., NY

DEBITED FROM:
ALAMEDA RESEARCH LTD
TORTOLA PIER PARK, BLDG. I SECOND FLOOR WICKHAM CAY I. ROAD TOWN
TORTOLA BRITISH VIRGIN ISLAN

ORIGINATOR TO BENEFICIARY INFO: ATTN: SUZANNE M. PRUITTRE: G5000-92 95