# Exhibit C

| | |
|---|---|
| **From:** | customerservice@silvergate.com[customerservice@silvergate.com] |
| **Sent:** | Wed 3/2/2022 4:03:52 PM (UTC) |
| **To:** | fiats@alameda-research.com[fiats@alameda-research.com] |
| **Subject:** | Advice of Debit - Bank Confidential |

## WIRE TRANSFER OPERATIONS ADVICE OF DEBIT
ON 2022-03-02 , WE DEBITED YOUR ACCOUNT *******738 FOR USD 15400000.00

## DETAILS OF PAYMENT

PAYMENT DATE AND TIME: 2022-03-02 16:03:51.142
PAID AMOUNT: USD 15400000.00
METHOD OF PAYMENT: FED
TRANSACTION NUMBER: M032E3831Q95H198
OMAD(CYCLE DATE/LTERM/OMSN): 20220302B6B7HU2R00636203021103FT01
IMAD(CYCLE DATE/LTERM/IMSN): 20220302MMQFMPUR000952
REFERENCE: 74142200
UETR: 6da17da7-29ad-4fef-a08e-bd44c795d525

BENEFICIARY:
Acct: *********465
AIC TITLE AGENCY, LLC
6350 W RENO, OKLAHOMA CITY OK 73127, US

BENEFICIARY BANK
ABA: 026009593
BIC:
NAME: BANK OF AMERICA, N.A., NY

RECEIVER BANK
ABA: 026009593
BIC:
NAME: BANK OF AMERICA, N.A., NY

DEBITED FROM:
NORTH DIMENSION INC.
2000 CENTER ST STE 400 BERKELEY CA 94704-1996

ORIGINATOR TO BENEFICIARY INFO: SUZANNE M. PRUITT G5000 - 9295