# Exhibit E

**Ross, Luke W.**

| | |
|---|---|
| **From:** | customerservice@silvergate.com |
| **Sent:** | Tuesday, August 16, 2022 5:00 PM |
| **To:** | fiats@alameda-research.com |
| **Subject:** | Advice of Debit - Bank Confidential |

## WIRE TRANSFER OPERATIONS ADVICE OF DEBIT
ON 2022-08-16 , WE DEBITED YOUR ACCOUNT *******456 FOR USD 11545000.00

## DETAILS OF PAYMENT

PAYMENT DATE AND TIME: 2022-08-16 20:59:32.680
PAID AMOUNT: USD 11545000.00
METHOD OF PAYMENT: FED
TRANSACTION NUMBER: M08GG3926G3B63C6
OMAD(CYCLE DATE/LTERM/OMSN): 20220816B1QGC01R07731508161659FT03
IMAD(CYCLE DATE/LTERM/IMSN): 20220816MMQFMPUR001626
REFERENCE: 3207766601
UETR: 40f26ee2-b464-48eb-ab65-6ec4fcc35ea2

BENEFICIARY:
Acct: ******018
AEROTITLE
1200 METROPOLITAN AVE. OKLAHOMA CITY, OK 73108

BENEFICIARY BANK
ABA: 021000021
BIC:
NAME: JPMORGAN CHASE BANK, NA

RECEIVER BANK
ABA: 021000021
BIC:
NAME: JPMORGAN CHASE BANK, NA

DEBITED FROM:
ALAMEDA RESEARCH LTD
TORTOLA PIER PARK, BLDG. I SECOND FLOOR WICKHAM CAY I. ROAD TOWN TORTOLA
BRITISH VIRGIN ISLAN

ORIGINATOR TO BENEFICIARY INFO: REFERENCE: JACINDA JANKO 14500967