# Exhibit F



Trans Island Airways
Phone: 242.362.4006 | 954.727.3377
Fax: 954.727.5599
Email: sales@tia.aero
Website: http://www.tia.aero

**Invoice # 189092**     (Aircraft Expenses) 17-July-2022

| **Prepared For** | Ryan Salame<br>FTX Bahamas | **Pay To:** | Trans Island Airways<br>Banyan Air Service<br>5360 NW 20th Terrace<br>Fort Lauderdale FL 33309<br>United States |
|---|---|---|---|

| **Aircraft** | Global 5000 |
|---|---|

| | |
|---|---:|
| Pre Purchase Inspection Expenses for Global 5000 9124 | 49,958.00 |
| Closing Costs and Title Search | 6,750.00 |
| Delivery Flight Costs from Hong Kong to Ft. Lauderdale | 97,700.00 |
| Insurance Expense through November 2022 | 33,630.00 |
| Pilot Training - Simulator Training | 270,000.00 |
| Pilot Training – Expenses and Salary for the Periods at Training (Hotels, Airfare, Meals, Transportation) | 128,160.00 |
| Interior Refurbishment Progress Payment – May | 128,088.00 |
| Interior Refurbishment Progress Payment – June | 175,540.00 |
| Interior Refurbishment Progress Payment – July | 175,540.00 |
| Interior Refurbishment Progress Payment – August | 175,540.00 |
| Rolls Royce Corporate Care Payment – June | 51,924.00 |
| Rolls Royce Corporate Care Payment – July | 51,924.00 |
| Rolls Royce Corporate Care Payment – August | 51,924.00 |
| Pre Purchase Inspection on Global 9324 and Travel for Legacy | 69,612.00 |
| Honeywell APU Program Transfer Cost | 7,000.00 |
| Smart Parts Coverage – April | 20,360.00 |
| Smart Parts Coverage – May | 20,360.00 |
| Smart Parts Coverage – June | 20,360.00 |
| Smart Parts Coverage – July | 20,360.00 |
| Smart Parts Coverage – August | 20,360.00 |
| Aircraft Strip and Paint | 165,000.00 |
| **Total** | **$1,740,090.00** |



Trans Island Airways
Phone: 242.362.4006 | 954.727.3377
Fax: 954.727.5599
Email: sales@tia.aero
Website: http://www.tia.aero

**Invoice # BDE-08-2022**    (Aircraft Expenses) 21-Aug-2022

| **Prepared For** | Ryan Salame | **Pay To:** | Trans Island Airways |
| | FTX Bahamas | | Banyan Air Service |
| | | | 5360 NW 20th Terrace |
| | | | Fort Lauderdale FL 33309 |
| | | | United States |

**Aircraft**    Legacy Shuttle

| | |
|---|---:|
| Aviation Manuals MEL for Shuttle (Legacy) | 1,600.00 |
| Pre Purchase Inspection Costs for Shuttle | 49,700.00 |
| Scheme Designers Guidelines for Shuttle Paint | 2,075.00 |
| Closing Costs and Title Search for Shuttle (Legacy) | 7,950.00 |
| Wifi and USB Charger Installation for Shuttle | 450,843.10 |
| Insurance Coverage for Shuttle Through November 2022 | 12,800.00 |
| APG iPreflight Genesis Runway Analysis | 1,740.00 |
| SchedAero Subscription for Shuttle | 3,600.00 |
| Paint Deposit for Shuttle | 165,000.00 |
| Foreflight Subscriptions - Annual | 1,440.00 |
| Aileron ADS-B Subscription - Annual | 2,450.00 |
| CAA-B Airworthiness / Registration / Noise / Radio Certificate Fees | 2,969.09 |
| USCBP DTOPS | 30.53 |
| iPads for Shuttle | 3,636.00 |
| Escrow Company and Title Search Fees for Shuttle | 7,950.00 |
| **Total** | **713,783.72** |



Trans Island Airways
Phone: 242.362.4006 | 954.727.3377
Fax: 954.727.5599
Email: sales@tia.aero
Website: http://www.tia.aero

**Invoice # SPR-08-2022**    (Aircraft Expenses) 21-Aug-2022

| Prepared For | Ryan Salame<br>FTX Bahamas | Pay To: | Trans Island Airways<br>Banyan Air Service<br>5360 NW 20th Terrace<br>Fort Lauderdale FL 33309<br>United States |
|---|---|---|---|

**Aircraft**        Global 5000

| | |
|---|---:|
| Rolls Royce Corporate Care Payment – September | 51,924.00 |
| Smart Parts Coverage – September | 20,360.00 |
| Autumn Elizabeth Design Deposit - Interior Designer and Design Oversight for Global Interior Work | 40,000.00 |
| Pilot Training - Scott International Procedures Course | 11,950.00 |
| Maintenance Training – Technician to Rolls Royce for BD700 Engine Course and Borescope (Travel and Expenses) | 5637.00 |
| Aviation Manuals MEL for Global | 3,200.00 |
| Aircraft Parts – 2 x Spare Nose Wheel Assy for Global | 60,000.00 |
| Aircraft Parts – 2 x Spare Main Wheel Assy for Global | 220,000.00 |
| Aircraft Operations Manuals Subscriptions for Global | 12,392.20 |
| Banyan Wifi Install Final Payment for Global | 845,321.00 |
| Interior Refurbishment Progress Payment - September - Final Discrepancy Payment Only Remains After Install Complete | 175,540.00 |
| Scheme Designers Guidelines for Global Paint | 2,075.00 |
| Pilot Foreflight Subscription | 1,440.00 |
| USCBP DTOPS | 30.53 |
| Aileron ADS-B Subscription - Annual | 2,450.00 |
| CAA-B Airworthiness / Registration / Noise / Radio Certificate Fees | 2,969.06 |
| APG iPreflight Genesis | 1,740.00 |
| iPads for Global | 3,636.00 |
| SchedAero Subscription for Global | 3,600.00 |
| **Total** | **1,464,264.79** |



Trans Island Airways
Phone: 242.362.4006 | 954.727.3377
Fax: 954.727.5599
Email: sales@tia.aero
Website: http://www.tia.aero

**Invoice # BDE-10-2022**    (Aircraft Expenses) 26-Oct-2022

| **Prepared For** | Ryan Salame<br>FTX Bahamas | **Pay To:** | Trans Island Airways<br>Banyan Air Service<br>5360 NW 20th Terrace<br>Fort Lauderdale FL 33309<br>United States |
| --- | --- | --- | --- |

**Aircraft**        Legacy 600

| | |
| --- | ---: |
| Test and Delivery Flight Costs from Riga to Fort Lauderdale | 98,900 |
| Pilot Training - Simulator Training | 124,500 |
| Pilot Training – Expenses and Salary for the Periods at Training (Hotels, Airfare, Meals, Transportation) | 97,910 |
| Embraer - SB 145LEG-31-0025 | 5,147 |
| Embraer - Aircraft Operations Manuals Subscription | 12,750 |
| Embraer - Aircraft Maintenance Manuals Subscription | 12,000 |
| CAMP Systems - Maintenance Tracking Software Subscription | 18,400 |
| Bruce Custom Covers - Aircraft Covers Order | 12,590 |
| USCBP DTOPS 2023 | 32.62 |
| TLD – Ground Support Equipment NBL | 63,849.90 |
| **Total** | 446,079.52 |



Trans Island Airways
Phone: 242.362.4006 | 954.727.3377
Fax: 954.727.5599
Email: sales@tia.aero
Website: http://www.tia.aero

**Invoice # SPR-10-2022**    (Aircraft Expenses) 26-Oct-2022

**Prepared For**    Ryan Salame          **Pay To:**    Trans Island Airways
                    FTX Bahamas                        Banyan Air Service
                                                       5360 NW 20th Terrace
                                                       Fort Lauderdale FL 33309
                                                       United States

**Aircraft**    Global 5000

| | |
|---|---:|
| Rolls Royce Corporate Care Payment– October | 51,924.00 |
| Smart Parts Coverage – October | 20,360.00 |
| Rolls Royce Corporate Care Payment– November | 51,924.00 |
| Smart Parts Coverage – November | 20,360.00 |
| Amazon – Board Game Purchases for SBF for Aiplane | 975.00 |
| Diep Sleep – Deposit on Aircraft Bed Systems | 24,030.00 |
| TLD – Ground Support Equipment AC GPU-406-E-CUP | 64,250.00 |
| US Customs – DTOPS Sticker for Calendar Year 2023 | 32.62 |
| **Total** | **233,847.62** |