**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX Trading Ltd., et al <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-11068 (JTD) <br> ) <br> ) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A claim has been scheduled in this case or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. Assignee hereby gives evidence (attached as **Exhibit A**) and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Alleged Transferor: | Name of Transferee: |
|---|---|
| Digital Eureka <br> c/o Campbells Corporate Services, Ltd., Floor 4 <br> Willow House, Cricket Square <br> Grand Cayman  KY1-9010 <br> Cayman Islands | David Edwards <br> 591 S. Hillcrest Avenue <br> Chicago, Illinois 60126 |

Claim Transferred:

| Customer # | Customer Name | Claim Components | Debtor | Case No. |
|---|---|---|---|---|
| 05611254 | Digital Eureka | ATOM[0.0000000078484644] <br> AVAX[0.0000000062512259] <br> AXS[0.0000000099818477] <br> BCH[0.0000000032456920] <br> BNB[0.0000000055593999] <br> BTC[20.0000000134712883] <br> CEL[0.0001210949851613] <br> ETH[0.1770047725620628] <br> ETHW[0.0000000101035541] <br> FTT[220.9962500000000000] <br> LTC[0.0000000063984685] <br> SOL[0.0000000009988445] <br> USD[711.7100560109690122000000000] <br> USDC[987.0000000000000000] <br> USDT[0.0000000081171253] <br> XRP[0.0000000093630797] | FTX Trading Ltd. | 22-11098 |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                                  **CLERK OF THE COURT**

## EXHIBIT A

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment and Transfer Agreement ("**Assignment**") dated September 5, 2023, by and between Digital Eureka ("**Assignor**") and David Edwards, an individual (the "**Assignee**") with respect to Assignor's rights as the holder of a "customer account" with *FTX Trading Ltd.*, a debtor in possession (the "**Debtor**") in case number 22-11068 (JTD) pending in the United States Bankruptcy Court, District of Delaware (the "**Case**"), Assignor has unconditionally and irrevocably sold, transferred, and assigned to Assignee all of Assignor's right, title and interest in and to its deposit account as identified on Schedule F-9 filed by the Debtor in the Case, where Assignor is identified as Customer # 05611254 on page 1790 of Schedule F-9 (Docket # 975) including any claim, right, cause of action or other right to payment owed to the Assignor by the Debtor as of the date of the Debtor's bankruptcy filing (the "**Claim**") and any proof of claim filed by the Assignor in the Case related to the Claim.

Assignor hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Assignor acknowledges and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim to Assignee and recognizing Assignee as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 13, 2023.

DIGITAL EUREKA, Assignor

By: David Edwards
Its: Authorized Party