# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Selwyn Perry, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

Commencing on September 21, 2023, and ending on September 24, 2023, at my direction and under my supervision, employees of Kroll caused the "Email to All Customers", attached hereto as **Exhibit A**, to be served via email on approximately 9 million customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

Dated: October 6, 2023

*/s/ Selwyn Perry*
Selwyn Perry

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 6, 2023, by Selwyn Perry, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 73069

**Exhibit A**

**Email to all customers**

Dear Customer:

We would like to remind you that the **FTX Customer Claims Bar Date is September 29, 2023, 4 PM United States Eastern Time ("Bar Date")**. The Bar Date is the deadline to file proofs of claim, against the FTX Debtors, on account of Customer Claims. We recommend all customers with a customer claim to begin the claim process by logging in to the Customer Claims Portal at https://claims.ftx.com. If you have already filed a proof of claim and do not have any changes, then there is no need to file another claim.

Please note that the FTX Debtors have also requested KYC information as part of the customer claim process. As such, we urge you to begin the Know Your Customer ("KYC") process.  Please note that it is **NOT** mandatory for you to have a verified KYC status in order to submit a claim.  If you wish to submit a customer claim, you may do so during your KYC process prior to the Bar Date. Additionally, you do not need to have your KYC process completed and verified by the Bar Date.  The KYC review and verification process will continue after the Bar Date.

Note that if your account was previously frozen as a result of the cybersecurity incident, please refer to the separate communication sent on September 17, 2023.

Please visit the FTX support website at https://support.ftx.com to learn more about the customer claim process and the KYC process. You may also contact our customer support team via email (support@ftx.com) if you have trouble logging in to the customer claims portal.

Sincerely,

FTX