**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: October 19, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: October 18, 2023 at 4:00 p.m. (ET)**<br><br>Ref. Nos. 2994 & 2996 |

## NOTICE OF HEARING

TO: (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Securities and Exchange Commission; (d) the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney for the District of Delaware; (g) counsel to the BlockFi Debtors; and (h) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

On October 4, 2023, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of and Order (A) Authorizing the Debtors to Enter into Settlement Agreement Resolving Certain Disputes with the BlockFi Debtors, (B) Approving the Settlement Agreement, and (C) Granting Related Relief* (the "Motion") [D.I. 2994] and the *Motion for Entry of an Order Shortening the Time for Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into Settlement Agreement with the BlockFi Debtors, (B) Approving the Settlement Agreement, and (C) Granting Related Relief* (the "Motion to Shorten") [D.I. 2996]. A copy of the Motion and Motion to Shorten has previously been served upon you.

On October 5, 2023, the Court entered the *Order Granting Motion for Entry of an Order Shortening the Time for Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Enter into Settlement Agreement with the BlockFi Debtors, (B) Approving the Settlement Agreement, and (C) Granting Related Relief* [D.I. 3014].

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 18, 2023 at 4:00 p.m. (ET).**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on October 18, 2023.**

A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 19, 2023 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 6, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*