**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

**ORDER EXPEDITING HEARING**
**AND SHORTENING OBJECTION AND NOTICE PERIOD WITH**
**RESPECT TO EMERGENT DEBTOR'S MOTION FOR ENTRY OF AN ORDER**
**APPROVING POSTPETITION FINANCING AND GRANTING RELATED RELIEF**

Upon consideration of the motion of Emergent Fidelity Technologies Ltd, as debtor and debtor in possession in Case No. 23-10149 (JTD), for entry of an order shortening the time (the "Motion to Shorten") for notice to consider *Emergent Debtor's Motion for Entry of an Order Approving Postpetition Financing and Granting Related Relief* (the "DIP Motion);[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; pursuant to Rule 9006-1(e) of the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is **GRANTED** with respect to the DIP Motion.

2. The DIP Motion shall be heard at the hearing on October 19, 2023, at 10:00 a.m. (ET).

3. Objections to the relief requested in the DIP Motion, if any, may be made orally at the hearing, and any written responses and objections may be filed at any time prior to the hearing.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to implementation or interpretation of this Order.