# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) |

### SUPPLEMENTAL DECLARATION OF FTI CONSULTING, INC. IN CONNECTION WITH THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FTX TRADING LTD., *ET AL*.

Pursuant to 28 U.S.C. § 1746, I, Matthew Diaz, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, ("**FTI**")), an international consulting firm.

2. I submit this declaration pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to supplement prior declarations that were submitted in connection with FTI's retention in these Chapter 11 cases.

3. On February 15, 2023, this Court entered an order authorizing the Official Committee of Unsecured Creditors' (the "**Committee**") retention of FTI, as financial advisor to

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

the Committee (the "**Retention Order**") [Docket No. 730], for the specific purposes detailed in FTI's retention application filed on January 11, 2023 (the "**Application**") [Docket No. 481].

4. As set forth in the Application, FTI's customary hourly rates are subject to periodic adjustment, and the rates charged by FTI in these Chapter 11 cases shall continue to be based on FTI's standard and customary billing arrangements. *See* Application ¶ 17.

5. Effective October 19, 2023, FTI's billing rates for professionals anticipated to be assigned to these cases shall range as follows: (i) $1,130 to $1,895 for senior managing directors, (ii) $685 to $1,515 for directors, senior directors, and managing directors, (iii) $420 to $990 for consultants and senior consultants, and (iv) $340 to $370 for paraprofessionals. These rates continue to be subject to periodic adjustment. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 9, 2023                                    FTI CONSULTING, INC.

                                                                          By: */s/ Matthew Diaz*
                                                                             Matthew Diaz
                                                                             1166 Ave of the Americas, 15th Floor
                                                                             New York, NY 10036
                                                                             Telephone: 212-499-3611
                                                                             E-mail: matt.diaz@fticonsulting.com

                                                                             Financial Advisors to the Official
                                                                             Committee of Unsecured Creditors of
                                                                             FTX Trading Ltd., *et al.*