UNITED STATES BANKRUPTCY COURT
District of Delaware

In re FTX Trading Ltd., *et al.,* Debtors            Chapter 11
                                                    Case No. 22-11068
                                                    (Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Confidential Creditor with Customer/Schedule No. 03662040 on Schedule F Attachment F-9 Address on File | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>**Email: tzeng@nirvana-cap.com**<br>**42 W 33rd St, 27B**<br>**New York, NY 10001** |

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) $280,075.18 AUD and $504 USD | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 03662040 on Schedule F Attachment F-9 | Name on File | **AUD[280075.1803876691469453]**<br>**ETH[0.0000000002421626]**<br>**USD[0.0000000094269015]**<br>**USDC[504.0000000000000000]**<br>**USDT[0.0000000038662392]** | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: 9/25/2023

                                        **TRASNFEREE**
                                        **PHOENIX DIGITAL LLC**

329140.2 - 02/06/17

By *[signature: Tian Zeng]*
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                              Clerk of the Court


**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim. Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068.  YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief [D.I. 545], customer names and addresses in the Schedules and Statements are redacted.  With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code").  Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS.  WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.

PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.  PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO.  THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links."  Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 03662040
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AUD[280075.1803876691469453]
ETH[0.0000000002421626]
USD[0.0000000094269015]
USDC[504.0000000000000000]
USDT[0.0000000038662392]

329140.2 - 02/06/17

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ███████ ("**Selle**r") hereby unconditionally and irrevocably sells, transfers, and assigns to Phoenix Digital LLC ("**Purchaser**") all of Seller's right, title, and interest in and to the Claim and Proof of Claim associated with **Customer Code: 03662040** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") or included on the schedules of the Debtors in the amount of not less than $[280,075.18 AUD and $504 USD] in the proceeding identified as In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: [Sept 25th 2023]

By: ███████████████████████████

Date: 10/8/2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**FTX TRADING LTD., et al.,**[1],

        Debtors,

Case No. 22-11068 (JTD)
(Jointly Administered)

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that  a creditor in the cases of the above-captioned debtors (the "***Debtors***") identified by **Customer Code: 03662040** has changed it address in connection with the Debtors' cases and hereby directs the Debtors and counsel for the Debtors (including any claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleseings, notices, correspondence, ballots, and distribution relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address:

New Address:
Phoenix Digital LLC
Attn: Tian Zeng
Email: tzeng@nirvana-cap.com
42 W 33rd St, 27B
New York, NY 10001

---

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

329140.2 - 02/06/17



By
Name:
Date:10/8/2023

329140.2 - 02/06/17