**EXHIBIT A**

**September 2023 De Minimis Asset and Fund Asset Sales**

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| September 6, 2023 | Limited partnership interests in DeFi Alliance Delaware Feeder I LP | Clifton Bay Investments LLC (Ventures Silo) | GVH Venture FOF II LP | None | $325,000 | N/A | None | $250,000 | $0 |
| September 14, 2023 | 52,466 shares of Series A Preferred Stock in Twenty-Second Century Dora Technology Holdings, Inc. | FTX Ventures Ltd. (Ventures Silo) | Twenty-Second Century Dora Technology Holdings, Inc. | None | $500,000.98 | $500,000.98 | None | N/A | N/A |
| September 29, 2023 | Limited partnership interests in Exponent Founders Capital I, LP | Clifton Bay Investments LLC (Ventures Silo) | TrueBridge Secondaries I, L.P. | None | $450,000 | N/A | None | $1,000,000 | $0 |