UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

▉▉▉▉▉▉▉

Name and Current Address of Transferor:

▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉

Name of Transferee:

**Arceau X**

Name and Address where notices and payments to transferee should be sent:

Arceau X
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1868 | ▉▉▉▉▉ | $2,964,271.73 | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No. 03078630 | ▉▉▉▉▉ | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer* (signature)    Date: 10/10/2023

Transferee/Transferee's Agent

**TRANSFER OF CLAIM AGREEMENT**



Your Unique Customer Code is 03078630

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BTC[0.0000973235504614]
ETH[0.0000000020120500]
FTT[0.0000039600000000]
SOL[0.0000000043824000]
SRM[0.9664346400000000]
SRM_LOCKED[279.1385462800000000]
USD[2964271.7265335513621916]
USDT[0.0031000000000000]