B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DELAWARE

In re FTX Trading Ltd ,   Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TOWER SQUARE CAPITAL LIMITED | ACHERON PTE LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: ATTN: Jaimin Ma

TOWER SQUARE CAPITAL LIMITED

Trinity Chambers, P.O. Box 4301; Road Town, Tortola, British Virgin Islands
towersquarecl@gmail.com
Phone:    +1 516 993 9503
Last Four Digits of Acct #: _____

Court Claim # (if known): 1056
Amount of Claim: $27,944.14 and 157,056.54 ASD tokens
Date Claim Filed: 3|1|2023

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jams C Fawll                    Date: 09/26/2023
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.