B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DELAWARE

In re FTX Trading Ltd, Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HXRO Foundation | ACHERON PTE LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Brandt Page

106 Burnthwaite Road, SW6 5BG, London, United Kingdom

Phone: +447923364304
Last Four Digits of Acct #: _____

Court Claim # (if known): 1068
Amount of Claim: 209,095,730 HXRO tokens
Date Claim Filed: 1/3/2023

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

_____

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/9/23
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.