B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

DELAWARE

In re FTX Trading Ltd , Case No. 22-11068

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HXRO Foundation
Name of Transferee

ACHERON PTE LTD
Name of Transferor

Name and Address where notices to transferee should be sent:

Brandt Page

106 Burnthwaite Road, SW6 5BG, London, United Kingdom

Phone: +44 7923 364 304
Last Four Digits of Acct #: _____

Court Claim # (if known): 1069
Amount of Claim: 1,690,876.960 HXRO tokens
Date Claim Filed: 1/3/2023

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____
Transferee/Transferee's Agent

Date: 12/9/23

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.