# Exhibit A

**Settlements Consummated Pursuant to the Small Estate Claims Settlement Procedures Order**
**September 2023**

| Settling Party | Settled Value |
|---|---|
| RAND Corporation | $1,500,000 |