

## United States Bankruptcy Court
## District of Delaware

**In re FTX Trading Ltd., et al**                              **Case No. 22-11068**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor                              Name of Transferee

**Name (Redacted)**                             **Moty Povolotski**

Address on File                                 Zhutupasa, Camlibel Sokak,

Evren, apt 11/2

Istanbul, Turkiye

blumstain@gmail.com

| Claim No./Schedule | Creditor Name | Claim Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F Customer Code #: 01888847 | Name (Redacted) | As described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:

*Moty Povolotski*                              10/05/2023

0C3F0C3202CE408...

Transferee                                      Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



| Customer Code | Token / Fiat / NFT [Balance/NFT ID] |
|---|---|
| 01888807 | BTC[D.00004465000000000],ETH[0.00757775000000000],FTM[1200.000000000000000],FTT[10.000000100000000],MATIC[0.014678226238000],SOL[92.123750930000000],USD[15.631586394162500],XRP[5.000000000000000] |
| 01888810 | 1INCH[0.008200000000000],DOGE[9.000000000000000],LUNA2[0.323072074800000],LUNA2_LOCKED[0.753834841100000],LUNC[70349.624468000000000],SLP[439.740000000000000],SOL[0.119972000000000],STEP[1500.702040000000000],TONCOIN[0.099000000000000],USD[0.010886740383400],XRP[2.999400000000000] |
| 01888811 | USD[0.004982334400000],USDT[3.170000000000000] |
| 01888815 | LINK[107.018937550000000],RUNE[80.353489000000000],SOL[48.251691780000000],USD[0.000000007667975],USDT[3.818268082500000],XRP[0.043696000000000] |
| 01888816 | SRM[104.955430520000000],SRM_LOCKED[1.542920120000000] |
| 01888817 | MATIC[2338.000000000000000],USD[0.662873666250000] |
| 01888820 | USD[-0.001425552181190],USDT[0.001581000000000] |
| 01888825 | BNB[0.003366100000000],TRX[0.000092000000000],USD[30.319217288801194],USDT[0.002303546500000] |
| 01888826 | MATIC[347.630543845924720],SOL[103.098187470000000],SRM[0.000000004751076],USD[0.000000058410153],USDT[0.000000026530046] |
| 01888827 | TRX[0.000010000000000],USD[0.010607456710081],USDT[-0.006690737660473 6] |
| 01888838 | BNB[0.000000009210361],BTC[0.000000002005500],DOGE[0.000000005000000],FTT[0.000000018528940],MATIC[0.000000009454608],SOL[0.000000009445608],USD[0.000000018875403],USDT[0.000000033638318] |
| 01888842 | BTC[0.000490790000000],CEL[0.003600000000000],ETH[0.000140340000000],ETHW[0.000140337301573],SOL[0.001951470000000],USD[5688.609437463575000],USDT[0.000000005125728] |
| 01888845 | AKRO[2.000000000000000],ALPHA[1.000000000000000],AXS[0.000000082403863],BAO[8.000000000000000],BAT[1.013508740000000],BTC[0.000000003564043B],CEL[1.066357750000000],CHZ[1.000000000000000],DENT[2.000000000000000],ETH[0.00000000133587],ETHW[1.078322660013358 7],FRONT[3.000000000000000],HOLY[1.018720910000000],HXRO[1.000000000000000],MX[0.000000040570724],KIN[3.000000000000000],LUNA2[0.001057672947000],LUNA2_LOCKED[0.002467903542000],LINC[230.310510038795902B],MATIC[0.032399741801810],RSR[4.000000000000000],RUNE[0.007441077337970],TRX[1.000000000000000],UBXT[5.000000000000000],USDC[0.000000289306795],XRP[5.072246584305227] |
| 01888846 | RAY[0.088156380000000],USD[-0.000445107253045],USDT[0.000000025535353] |
| 01888847 | ALGO[0.837960000000000],APE[0.002052253756956],BNB[0.000001639983443],BTC[0.000000002],DOGE[0.545662600263037],ETH[0.000842532550242],FTT[0.027353000000000],LUNA[0.000000187234929],LUNA2_LOCKED[0.000000436881501],LUNC[0.004077075000000],MKR[0.686910000000000],SHIB[2419396.000000000000000],SOL[0.038100007301992],STG[229.959442500000000],USD[0.000000072416737],USDC[21.389267560000000],USDT[0.000001099000490] |
| 01888848 | USDC[1.000000000000000],USDT[0.000000002434143] |