# **EXHIBIT 1**

**Contracts**

| Non-Debtor Counterparty | Debtor Counterparty | Non-Debtor Counterparty Address | Description of Agreement |
|---|---|---|---|
| Twilio Inc. | West Realm Shires Services Inc. | 101 Spear Street, 1st Floor San Francisco, CA 94105 Email: legalnotices@twilio.com | Twilio Platform Agreement, dated as of February 28, 2022 and February 25, 2022, respectively, and all related agreements, order forms, schedules, addenda and statements of work thereto. |