# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from September 1, 2023 through September 30, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from September 1, 2023 through September 30, 2023**

**Summary of Services Provided**

1.   John J. Ray III is the only professional staffed by Owl Hill on the engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a)   Implementation of Controls:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b)   Asset Protection & Recovery:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c)   Transparency and Investigation:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d)   Efficiency and Coordination:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e)   Maximization of Value:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.   During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives.  This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Additionally, Mr. Ray was directly involved in the process to retain an investment advisor related to the coin management motion filed with the court, including all ancillary agreements, processes and court filings. During the period, Mr. Ray participated and directed meetings with creditor groups related to the terms of an amended plan of reorganization. Finally, Mr. Ray has been

actively involved with the potential sale of the FTX exchange and participated in review and discussions with potential bidders.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| September 1, 2023 – September 30, 2023 | $244,010.00 | $3,446.38 | $247,456.38 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $1,575.00 |
| Travel – Airfare | $717.80 |
| Travel – Transportation (other) | $606.75 |
| Travel – Meals | $452.80 |
| Other Expenses | $94.03 |
| **Total Amount for Period:** | $3,446.38 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 190.7 | $247,910.00 |
| | **50% adjustment for non-working travel:** | | 6.0 | (3,900.00) |
| | **Total Amount for Period:** | | | $244,010.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/1/23 | Call with FTX 2.0 working group of S&C (A Dietderich and others), A&M (S Coverick and others), PWP (K Cofsky and others), and UCC members and professionals | John J. Ray III | 1.1 | $1,430.00 |
| 9/1/23 | Prepare and review materials for UCC and Ad Hoc meetings | John J. Ray III | 1.8 | $2,340.00 |
| 9/1/23 | Review and approve data requests | John J. Ray III | 0.3 | $390.00 |
| 9/1/23 | Review and revise agenda for creditor meetings | John J. Ray III | 0.3 | $390.00 |
| 9/1/23 | Call with S&C (J Bromley) related to claims portal matter | John J. Ray III | 0.5 | $650.00 |
| 9/1/23 | Call with QE (S Rand and others) related to Grayscale matter | John J. Ray III | 0.5 | $650.00 |
| 9/1/23 | Review of draft motion to compel | John J. Ray III | 1.8 | $2,340.00 |
| 9/1/23 | Review revised materials for creditor meetings | John J. Ray III | 1.3 | $1,690.00 |
| 9/1/23 | Review revisions to vendor agreement for coin management | John J. Ray III | 0.3 | $390.00 |
| 9/2/23 | Call with S&C (A Dietderich) related to pending matters | John J. Ray III | 1.3 | $1,690.00 |
| 9/2/23 | Review materials (0.3) and Communicate with A&M (A Ramanathan) related to coin management (0.3) | John J. Ray III | 0.6 | $780.00 |
| 9/2/23 | Review data (0.8) Communicate with A&M (C Sullivan) related to intracompany balances related to certain subsidiaries (0.8) | John J. Ray III | 1.6 | $2,080.00 |
| 9/2/23 | Communicate with CFO (M Cilia) related to intracompany balances | John J. Ray III | 0.3 | $390.00 |
| 9/3/23 | Review and comments on creditor meeting materials | John J. Ray III | 1.3 | $1,690.00 |
| 9/3/23 | Review data requests | John J. Ray III | 0.3 | $390.00 |
| 9/4/23 | Review and respond to matters related to various subsidiaries | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/4/23 | Review and approve steps related to EU data | John J. Ray III | 0.3 | $390.00 |
| 9/4/23 | Review and provide comments on revisions to coin monetization order | John J. Ray III | 0.3 | $390.00 |
| 9/4/23 | Call with S&C (A Dietderich) related to scheduling and open matters | John J. Ray III | 0.8 | $1,040.00 |
| 9/5/23 | Review Japan and Singapore updates, and provide feedback | John J. Ray III | 0.5 | $650.00 |
| 9/5/23 | Review of deck from Japan management and provide direction re same | John J. Ray III | 0.3 | $390.00 |
| 9/5/23 | Review of venture investment sale materials | John J. Ray III | 0.3 | $390.00 |
| 9/5/23 | Coordination with S&C (A Dietderich) of creditor meetings | John J. Ray III | 0.5 | $650.00 |
| 9/5/23 | Call with steering committee, S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (K Cofsky and others) | John J. Ray III | 1.0 | $1,300.00 |
| 9/5/23 | Call with QE (M Scheck and others) related to coordination of litigation | John J. Ray III | 1.0 | $1,300.00 |
| 9/5/23 | Review and comment on revised creditor meeting materials | John J. Ray III | 2.3 | $2,990.00 |
| 9/5/23 | Provide mark up of exclusivity motion | John J. Ray III | 0.8 | $1,040.00 |
| 9/5/23 | Review of materials related to FTX Europe process and term sheet from S&C (E Simpson) and provide feedback | John J. Ray III | 1.8 | $2,340.00 |
| 9/5/23 | Review and mark up FTX 2.0 bidder term guidance | John J. Ray III | 0.8 | $1,040.00 |
| 9/5/23 | Review and approve communication on digital asset transfers | John J. Ray III | 0.3 | $390.00 |
| 9/6/23 | Communications with S&C (A Kranzley and A Dietderich) related to Ad Hoc committee reimbursement agreements and creditor inquiries re same | John J. Ray III | 1.8 | $2,340.00 |
| 9/6/23 | Review and approve of data requests by Ad Hoc committee advisors | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/6/23 | Call with UCC members and Ad Hoc members related to reimbursement agreements | John J. Ray III | 0.8 | $1,040.00 |
| 9/6/23 | Provide direction to A&M (T Hudson) regarding Board schedule and prepare next agenda | John J. Ray III | 0.3 | $390.00 |
| 9/6/23 | Review FTX 2.0 diligence requests from bidders | John J. Ray III | 0.5 | $650.00 |
| 9/6/23 | Call with Board members related to pending matters | John J. Ray III | 1.3 | $1,690.00 |
| 9/6/23 | Provide direction to PWP related to venture portfolio | John J. Ray III | 0.3 | $390.00 |
| 9/6/23 | Review updated draft of Galaxy agreements | John J. Ray III | 0.5 | $650.00 |
| 9/6/23 | Call with QE (S Rand) related to pending litigation | John J. Ray III | 0.8 | $1,040.00 |
| 9/6/23 | Provide comments to S&C (A Dietderich) related to Bahamas discussions outline | John J. Ray III | 0.8 | $1,040.00 |
| 9/6/23 | Review of draft avoidance action provided by S&C (J Croke) and approve same for filing | John J. Ray III | 0.8 | $1,040.00 |
| 9/6/23 | Review communications from E&Y (J Scott) related to various tax returns filing | John J. Ray III | 0.2 | $260.00 |
| 9/6/23 | Review final version of exclusivity motion | John J. Ray III | 0.3 | $390.00 |
| 9/7/23 | Review and comment related to draft letter prepared by S&C (N Friedlander) regarding claims matter | John J. Ray III | 0.3 | $390.00 |
| 9/7/23 | Review of Japan notice re Quoine | John J. Ray III | 0.3 | $390.00 |
| 9/7/23 | Review and approve data requests | John J. Ray III | 0.2 | $260.00 |
| 9/7/23 | Review ventures materials (0.8) and call with Board members and PWP (B Mendelsohn and others) regarding same (1.1) | John J. Ray III | 1.9 | $2,470.00 |
| 9/7/23 | Review and comment on materials for creditor meeting | John J. Ray III | 1.8 | $2,340.00 |
| 9/7/23 | Review materials related to Fee Examiner request and assistance | John J. Ray III | 0.5 | $650.00 |
| 9/7/23 | Review comments on Galaxy agreements | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/7/23 | Review and respond to S&C (A Dietderich) related to Bahamas mediation | John J. Ray III | 0.5 | $650.00 |
| 9/7/23 | Review FTX 2.0 proposal and feedback to PWP (K Cofsky) | John J. Ray III | 0.5 | $650.00 |
| 9/7/23 | Review deck from A&M (R Esposito) related to statements and schedules | John J. Ray III | 0.8 | $1,040.00 |
| 9/8/23 | Review FTX 2.0 proposal and provide feedback to PWP | John J. Ray III | 1.8 | $2,340.00 |
| 9/8/23 | Review Japan Board materials and related information | John J. Ray III | 0.8 | $1,040.00 |
| 9/8/23 | Review comments related to Galaxy agreements, motions and orders and objections re same and provide direction and feedback | John J. Ray III | 3.3 | $4,290.00 |
| 9/8/23 | Review of deck related to changes and modifications to statements and schedules | John J. Ray III | 1.5 | $1,950.00 |
| 9/8/23 | Review creditor presentation materials and provide comments | John J. Ray III | 2.8 | $3,640.00 |
| 9/8/23 | Review and approve data requests from bidder | John J. Ray III | 0.3 | $390.00 |
| 9/9/23 | Review of non-customer bar date analysis and reconciliation | John J. Ray III | 1.5 | $1,950.00 |
| 9/9/23 | Review of Japan historical financial and projections | John J. Ray III | 1.3 | $1,690.00 |
| 9/9/23 | Review additional comments from 9/8 related to Galaxy agreements, motions and orders and objections re same and provide direction and feedback | John J. Ray III | 2.5 | $3,250.00 |
| 9/9/23 | Review and approve notices related to KYC process at Bitcoin | John J. Ray III | 0.3 | $390.00 |
| 9/9/23 | Review preference analysis related to a lender | John J. Ray III | 0.5 | $650.00 |
| 9/9/23 | Review materials from S&C (D Hariton) related to taxes and provide feedback | John J. Ray III | 0.5 | $650.00 |
| 9/10/23 | Review and comments on investment agreements, reply and order for coin monetization | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/10/23 | Travel to NYC for creditor meetings | John J. Ray III | 2.5 | $1,625.00 |
| 9/10/23 | Prepare for creditor meetings on 9/11-12 | John J. Ray III | 2.8 | $3,640.00 |
| 9/11/23 | Attend meetings at S&C with creditor representatives | John J. Ray III | 11.0 | $14,300.00 |
| 9/12/23 | Attend meetings at S&C with creditor representatives | John J. Ray III | 9.0 | $11,700.00 |
| 9/13/23 | Travel from NYC creditor meetings | John J. Ray III | 3.5 | $2,275.00 |
| 9/13/23 | Communication with S&C (A Lewis) and review materials | John J. Ray III | 0.3 | $390.00 |
| 9/13/23 | Omnibus hearing attendance | John J. Ray III | 1.0 | $1,300.00 |
| 9/13/23 | Review and final execution of coin management documents | John J. Ray III | 0.5 | $650.00 |
| 9/13/23 | Review communications from QE (S Rand) related to discovery matters | John J. Ray III | 0.5 | $650.00 |
| 9/13/23 | Call with PWP (B Mendelsohn) regarding pending matters | John J. Ray III | 0.3 | $390.00 |
| 9/13/23 | Review data requests and approve same | John J. Ray III | 0.3 | $390.00 |
| 9/13/23 | Review de minimis sale and approve same, execute documents | John J. Ray III | 0.5 | $650.00 |
| 9/13/23 | Review matters and materials related to LedgerPrime | John J. Ray III | 1.8 | $2,340.00 |
| 9/13/23 | Participate in call with S&C (S Wheeler) related to LedgerPrime | John J. Ray III | 0.5 | $650.00 |
| 9/13/23 | Review venture teaser materials | John J. Ray III | 0.5 | $650.00 |
| 9/13/23 | Review November MOR | John J. Ray III | 0.8 | $1,040.00 |
| 9/13/23 | Review updated complaint and sign off for filing | John J. Ray III | 1.5 | $1,950.00 |
| 9/14/23 | FTX 2.0 weekly catch-up call with PWP (K Cofsky and others), S&C (A Dietderich and others), A&M (S Coverick and others), and creditor members, both ad hoc and UCC and their respective advisors | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/14/23 | Review open issues related to various crypto and portal matters and provide direction to A&M (K Ramanathan) | John J. Ray III | 0.5 | $650.00 |
| 9/14/23 | Review bidder guidance and revise same | John J. Ray III | 0.8 | $1,040.00 |
| 9/14/23 | Review Grayscale amended complaint and execute verification, notarize and deliver to QE | John J. Ray III | 2.8 | $3,640.00 |
| 9/14/23 | Review creditor requests and provide direction | John J. Ray III | 0.3 | $390.00 |
| 9/14/23 | Review materials from Galaxy related to implementation of coin management order and correspond with S&C (D Handelsman) re same | John J. Ray III | 0.5 | $650.00 |
| 9/14/23 | Call with S&C (S Wheeler and others) related to LedgerPrime | John J. Ray III | 0.8 | $1,040.00 |
| 9/14/23 | Review and execute agreement related to de minimis sale | John J. Ray III | 0.8 | $1,040.00 |
| 9/14/23 | Review discovery production summary | John J. Ray III | 0.8 | $1,040.00 |
| 9/14/23 | Communicate with QE (S Rand) related to discovery status | John J. Ray III | 0.5 | $650.00 |
| 9/14/23 | Review and execute POA related to FTX trademarks | John J. Ray III | 0.3 | $390.00 |
| 9/14/23 | Review draft avoidance action complaint | John J. Ray III | 1.8 | $2,340.00 |
| 9/15/23 | Call with A&M (S Coverick) related to LedgerPrime | John J. Ray III | 0.5 | $650.00 |
| 9/15/23 | Call with S&C (D Hariton) related to tax matters update | John J. Ray III | 0.5 | $650.00 |
| 9/15/23 | Review and approve creditor data request | John J. Ray III | 0.3 | $390.00 |
| 9/15/23 | Review S&C (E Simpson) update related to subsidiary | John J. Ray III | 0.3 | $390.00 |
| 9/15/23 | Review and comment on Bahamas matters with S&C (A Dietderich) | John J. Ray III | 0.3 | $390.00 |
| 9/15/23 | Review communications from PWP (B Mendelsohn) related to secondary sales | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/15/23 | Communications with QE (S Rand and E Kapur) related to pending discovery and complaints | John J. Ray III | 0.8 | $1,040.00 |
| 9/15/23 | Review open issues related to plan term sheet and develop issues list | John J. Ray III | 1.5 | $1,950.00 |
| 9/16/23 | Review of Bahamas matter materials from S&C (A Dietderich | John J. Ray III | 0.3 | $390.00 |
| 9/16/23 | Review of communications with S&C (A Dietderich) and Board member | John J. Ray III | 0.5 | $650.00 |
| 9/17/23 | Review of communications from S&C related to Kroll site | John J. Ray III | 0.8 | $1,040.00 |
| 9/17/23 | Review communication related to a litigation matter | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review open items and work streams, prepare diligence list | John J. Ray III | 1.3 | $1,690.00 |
| 9/18/23 | Call with A&M (E Mosely) related to open matters | John J. Ray III | 0.8 | $1,040.00 |
| 9/18/23 | Call with QE (S Rand and others) related to litigation matters | John J. Ray III | 1.0 | $1,300.00 |
| 9/18/23 | Review of complaint and add comments | John J. Ray III | 0.8 | $1,040.00 |
| 9/18/23 | Call with A&M (K Ramanathan and others) related to crypto matters | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review and approve diligence requests | John J. Ray III | 1.0 | $1,300.00 |
| 9/18/23 | Review multi coin matter and status of sale | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review communications related to a venture proposal relative to sale initiative | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review of materials related to non-debtor subsidiary (0.8) and call with S&C (S Wheeler and others) and A&M (A Titus and others) (0.5) | John J. Ray III | 1.3 | $1,690.00 |
| 9/18/23 | Call with Mediator for plan issues | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Prepare outline of preference issues and communicate same | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/18/23 | Communications with S&C (N Friedlander) re securing a wallet | John J. Ray III | 0.3 | $390.00 |
| 9/18/23 | Review draft motion related to claims objection relief | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review Board minutes for approval | John J. Ray III | 0.5 | $650.00 |
| 9/18/23 | Review update related to Galaxy onboarding | John J. Ray III | 0.5 | $650.00 |
| 9/19/23 | Steering committee call with S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (E Mosley and others) | John J. Ray III | 1.5 | $1,950.00 |
| 9/19/23 | Prepare for Board call (0.8) and participate in Board call (1.3) | John J. Ray III | 2.1 | $2,730.00 |
| 9/19/23 | Call with Director related to plan and ventures | John J. Ray III | 1.3 | $1,690.00 |
| 9/19/23 | Review of ventures transaction summary | John J. Ray III | 0.5 | $650.00 |
| 9/19/23 | Review of cash disbursements summary | John J. Ray III | 0.5 | $650.00 |
| 9/19/23 | Review diligence requests from creditors | John J. Ray III | 0.5 | $650.00 |
| 9/19/23 | Review and approve BTC and ETH notices | John J. Ray III | 0.3 | $390.00 |
| 9/19/23 | Call with S&C (D Hariton) re tax matters | John J. Ray III | 0.3 | $390.00 |
| 9/19/23 | Review status of EU | John J. Ray III | 0.3 | $390.00 |
| 9/19/23 | Communicate with QE (S Rand) re pending litigation | John J. Ray III | 0.3 | $390.00 |
| 9/19/23 | Review claims filed by KEIP participants | John J. Ray III | 0.3 | $390.00 |
| 9/20/23 | Review of Japan restart matters | John J. Ray III | 1.3 | $1,690.00 |
| 9/20/23 | Approval of invoices | John J. Ray III | 0.3 | $390.00 |
| 9/20/23 | Review of updated term sheet for FTX 2.0 | John J. Ray III | 0.8 | $1,040.00 |
| 9/20/23 | Review and approval of data requests and responses | John J. Ray III | 0.5 | $650.00 |
| 9/20/23 | Review and provide guidance relative to administrative action matter | John J. Ray III | 0.8 | $1,040.00 |
| 9/20/23 | Review and approval of NDA for market makers | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/20/23 | Review and approve notice to customers regarding portal | John J. Ray III | 0.3 | $390.00 |
| 9/20/23 | Call with S&C (A Lewis) related to litigation matter | John J. Ray III | 0.3 | $390.00 |
| 9/20/23 | Review of issues related to Japan KEIP | John J. Ray III | 0.5 | $650.00 |
| 9/20/23 | Review of non-US subsidiary status | John J. Ray III | 0.5 | $650.00 |
| 9/20/23 | Review and communicate response to S&C (S Wheeler) related to litigation matter | John J. Ray III | 0.5 | $650.00 |
| 9/20/23 | Review of materials related to updates re venture matters | John J. Ray III | 1.3 | $1,690.00 |
| 9/20/23 | Review of proposal re EU | John J. Ray III | 0.5 | $650.00 |
| 9/21/23 | Call with PWP (K Cofsky and others) and creditor representatives related to FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 9/21/23 | Call with S&C (A Dietderich and others) and A&M (S Coverick and others) related to preference actions | John J. Ray III | 0.5 | $650.00 |
| 9/21/23 | Review of appeal brief related to redaction | John J. Ray III | 1.3 | $1,690.00 |
| 9/21/23 | Review update relative to administrative action | John J. Ray III | 0.3 | $390.00 |
| 9/21/23 | Review response to token proposal by A&M (A Titus) | John J. Ray III | 0.5 | $650.00 |
| 9/21/23 | Review of proposed changes to NDA for market maker | John J. Ray III | 0.5 | $650.00 |
| 9/21/23 | Review Embed status re winddown | John J. Ray III | 2.5 | $3,250.00 |
| 9/21/23 | Review of diligence responses and recommendations | John J. Ray III | 0.8 | $1,040.00 |
| 9/21/23 | Review of complaint for avoidance action | John J. Ray III | 1.3 | $1,690.00 |
| 9/21/23 | Review of preference modeling and comparisons | John J. Ray III | 2.5 | $3,250.00 |
| 9/22/23 | Further review of preference matters and modeling, plan provisions regarding same | John J. Ray III | 1.8 | $2,340.00 |
| 9/22/23 | Review of proposed settlement terms re large avoidance action | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/22/23 | Review preference analysis from A&M (C Arnett) | John J. Ray III | 0.5 | $650.00 |
| 9/22/23 | Review and approve documents related to de minimis sale | John J. Ray III | 1.3 | $1,690.00 |
| 9/22/23 | Review and approve disclosure re derivative positions | John J. Ray III | 0.5 | $650.00 |
| 9/23/23 | Review preference calculations and sensitivities | John J. Ray III | 1.3 | $1,690.00 |
| 9/25/23 | Communicate with PWP relative to bids and ventures | John J. Ray III | 0.5 | $650.00 |
| 9/25/23 | Review memo related to subsidiary liquidation | John J. Ray III | 0.5 | $650.00 |
| 9/25/23 | Review proposal related to mediation | John J. Ray III | 1.0 | $1,300.00 |
| 9/25/23 | Communicate with S&C (A Dietderich) on open issues and schedule | John J. Ray III | 0.5 | $650.00 |
| 9/26/23 | Review FTX 2.0 bids | John J. Ray III | 1.3 | $1,690.00 |
| 9/26/23 | Review and approve KEIP award payout | John J. Ray III | 0.5 | $650.00 |
| 9/27/23 | Review FTX 2.0 bids | John J. Ray III | 3.3 | $4,290.00 |
| 9/27/23 | Review settlement proposal related to litigation matter | John J. Ray III | 1.3 | $1,690.00 |
| 9/27/23 | Review and edit tax communication from S&C (D Hariton) | John J. Ray III | 0.8 | $1,040.00 |
| 9/28/23 | Participate in FTX 2.0 status call with PWP (K Cofsky and others), S&C (A Dietderich and others), A&M (S Coverick and others), and creditor representatives | John J. Ray III | 1.5 | $1,950.00 |
| 9/28/23 | Review of FTX Europe status | John J. Ray III | 0.5 | $650.00 |
| 9/28/23 | Review and revise tax memo | John J. Ray III | 0.5 | $650.00 |
| 9/28/23 | Review counter proposal and response related to venture sale | John J. Ray III | 0.3 | $390.00 |
| 9/28/23 | Review and approve data disclosures | John J. Ray III | 0.3 | $390.00 |
| 9/28/23 | Review FTX 2.0 proposals and prepare for diligence calls | John J. Ray III | 3.5 | $4,550.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 9/28/23 | Review preference analysis and prepare proposed approaches relative to plan | John J. Ray III | 1.5 | $1,950.00 |
| 9/28/23 | Review August IFU | John J. Ray III | 0.8 | $1,040.00 |
| 9/28/23 | Review status updates of various litigation matters | John J. Ray III | 0.5 | $650.00 |
| 9/29/23 | Call with PWP (K Cofsky and others) and S&C (A Dietderich and others) regarding FTX 2.0 bidder "A" interview | John J. Ray III | 1.1 | $1,430.00 |
| 9/29/23 | Call with S&C (D Hariton) related to tax matters | John J. Ray III | 0.3 | $390.00 |
| 9/29/23 | Review bidding materials for exchange | John J. Ray III | 1.0 | $1,300.00 |
| 9/29/23 | Call with PWP (K Cofsky and others) and S&C (A Dietderich and others) regarding FTX 2.0 bidder "B" interview | John J. Ray III | 1.0 | $1,300.00 |
| 9/29/23 | Review communications related to claims portal matters | John J. Ray III | 0.8 | $1,040.00 |
| 9/29/23 | Call with PWP (K Cofsky and others) and S&C (A Dietderich and others) regarding FTX 2.0 bidder "C" interview | John J. Ray III | 1.0 | $1,300.00 |
| 9/29/23 | Review preference materials and calculations | John J. Ray III | 1.3 | $1,690.00 |
| 9/29/23 | Review revised NDAs re market makers | John J. Ray III | 0.3 | $390.00 |
| 9/29/23 | Review and revised proposal related to Bahamas | John J. Ray III | 1.3 | $1,690.00 |
| 9/29/23 | Review IDR responses | John J. Ray III | 0.5 | $650.00 |
| 9/30/23 | Review communications related to certain tokens | John J. Ray III | 0.3 | $390.00 |
| 9/30/23 | Review communications related to Bahamas meeting | John J. Ray III | 0.5 | $650.00 |
| 9/30/23 | Review preference materials | John J. Ray III | 1.3 | $1,690.00 |
| 9/30/23 | Communicate with S&C (A Dietderich) related to FTX 2.0 process | John J. Ray III | 0.3 | $390.00 |
| 9/30/23 | Communicate with PWP (K Cofsky) related to FTX 2.0 process | John J. Ray III | 0.3 | $390.00 |
| **Total Amount for Period:** | | | **190.7** | **$244,010.00** |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 09/10/23 | Delta Airlines one way coach flight to LGA for Creditor meetings | $348.90 | | | | | John J. Ray III |
| 09/10/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 09/10/23 | Dinner for one in NYC for Creditor meetings | | | | $32.80 | | John J. Ray III |
| 09/11/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 09/11/23 | Breakfast for 2 in NYC for Creditors meetings, with Board member | | | | $70.00 | | John J. Ray III |
| 09/11/23 | Uber with M Rosenberg to S&C in NYC Midtown for creditor meetings | | | $69.22 | | | John J. Ray III |
| 09/11/23 | Uber return from Creditor meetings in Midtown to hotel | | | $86.78 | | | John J. Ray III |
| 09/11/23 | Dinner for 2 in NYC for Creditors meetings, with Board member | | | | $140.00 | | John J. Ray III |
| 09/12/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 09/12/23 | Breakfast for 2 in NYC for Creditors meetings, with Board member | | | | $70.00 | | John J. Ray III |
| 09/12/23 | Uber with M Rosenberg to S&C in NYC Midtown for Creditor meetings | | | $99.13 | | | John J. Ray III |
| 09/12/23 | Uber return from Creditor meetings in Midtown to hotel | | | $113.12 | | | John J. Ray III |
| 09/12/23 | Dinner for 2 in NYC for Creditors meetings, with Board member | | | | $140.00 | | John J. Ray III |
| 09/12/23 | Uber return from Creditor meetings in Midtown to hotel | | | $82.61 | | | John J. Ray III |
| 09/13/23 | Uber from hotel to LGA for Creditor meetings | | | $93.51 | | | John J. Ray III |
| 09/13/23 | Uber from airport to home from Creditor meetings | | | $62.38 | | | John J. Ray III |
| 09/13/23 | Delta Airlines one way coach flight from Creditor meetings, LGA to home | $368.90 | | | | | John J. Ray III |
| 09/14/23 | Shipping: signed documents to S&C - NYC | | | | | $94.03 | John J. Ray III |
| **Total Amount for Period:** | | **$717.80** | **$1,575.00** | **$606.75** | **$452.80** | **$94.03** | |