# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] ) | |
| ) | Case No. 22-11068 (JTD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## TRANSFERS OF CLAIMS OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that Acheron PTE. LTD hereby withdraws the following Transfers of Claims Other Than Security:

1. Transfer of Claim Other Than for Security regarding Claim 1056 [Docket No. 3049];
2. Transfer of Claim Other Than for Security regarding Claim 1059 [Docket No. 3051];
3. Transfer of Claim Other Than for Security regarding Claim 1068 [Docket No. 3052];
4. Transfer of Claim Other Than for Security regarding Claim 1069 [Docket No. 3053];
5. Transfer of Claim Other Than for Security regarding Claim 1073 [Docket No. 3054]; and
6. Transfer of Claim Other Than for Security regarding Claim 1063 [Docket No. 3055].

Dated: October 11, 2023
Syracuse, New York

**BARCLAY DAMON LLP**
*Attorneys for Acheron PTE. LTD*

By: */s/Jeffrey A. Dove*
Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7112
Email: jdove@barclaydamon.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{31812/31875/AAV/01486481.DOCX}