# Svalbard Holdings Limited



FILED

2023 OCT 10 PM 2: 35

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

PO Box 309 ¦ Ugland House ¦ Grand Cayman
Cayman Islands ¦ KY1-1104
c/o Attestor Limited
7 Seymour Street
London W1H 7JW
United Kingdom

To

US Bankruptcy Court District of Delaware
824 Market ST N
3rd Floor
Wilmington, DE 19801
United States

**RE: FTX TRADING LTD.,** *et al.,* **Chapter 11, Case No. 22-11068 (JTD) (Jointly administered)**

Please find enclosed original copies of the Evidence of Transfer of Claim relating to Svalbard Holdings Limited's (as Transferee) purchase of the following Claims in the jointly administered cases captioned above.

| Claimant | Court Claim # |
|---|---|
| BlockTower Capital Partners Master Fund LP | 221106807445514 |

The Transferee will make the payment of the applicable fee of US$26 ($26 per transferred Claim) by Credit Card, which can be effectuated by calling Chris Tarrant on +1 (332) 240-1506.

Please kindly acknoledge receipt of the attached originals and accompanying payment be email to settlements@attestorcapital.com.

Yours sincerely,

Christopher Guth
Svalbard Holdings Limited

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **BlockTower Capital Partners Master Fund LP** |
| Name and Address where notices and payments to transferee should be sent: | **Attestor Value Master Fund LP[1]**<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Last known address: | **1221 Brickell Avenue Miami, Florida 33131** |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com**<br>**+44(0)20 7074 9653** | Court Claim # (if known): | 221106807445514 |
| Last Four Digits of Acct #: | | Amount of Claim: | **$58,318,362.48** |

---

[1]   Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

| | |
|---|---|
| Date Claim Filed: | **July 25, 2023** |
| Phone: | **+1 203-989-3178** |
| Last Four Digits of Acct #: | **1770** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Date:___05/10/2023._____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of September 29, 2023, BlockTower Capital Partners Master Fund LP ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. 221106807445514 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 2, 2023.

**By: BlockTower Capital Partners Master Fund LP**

3