

DEPARTMENT OF REVENUE

October 4, 2023

ID: XX-XXX4002
Letter ID: L2099143072

2023 OCT 12 AM 9:27
CLERK
U.S. BANKRUPTCY COURT

#BWBBMRR
#0000 0209 9143 0727#
UNITED STATES BANKRUPTCY COURT
DIST OF DE - WILMINGTON
824 MARKET ST N
3RD FLOOR
WILMINGTON, DE 19801

# Minnesota Department of Revenue claim form - administrative

We are filing a proof of claim and/or administrative expense request in the bankruptcy case below.

Debtor name: **WEST REALM SHIRES SERVICES INC**
Case: **22-11068**

## What do I need to do?

You do not need to do anything. We have enclosed a copy for your records only.

## Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

## Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447



# Request for Payment of Minnesota Department of Revenue Taxes

**(Bankruptcy Code Cases - Administrative Expenses)**

**US BANKRUPTCY COURT**
**DIST of DE - Wilmington**

In Re: WEST REALM SHIRES SERVICES INC

| Case Number<br>**22-11068** | |
|---|---|
| Type of Bankruptcy Case<br>**Chapter 11** | |
| Date of Petition<br>**November 11, 2022** | |
| Taxpayer Identification Number<br>**XX-XXX4002** | THIS SPACE IS FOR COURT USE ONLY |

1. The undersigned, whose business address is shown below, is the agent of the Minnesota Department of Revenue, and is authorized to make this request for payment on behalf of the State of Minnesota.

2. Request is made for payment of taxes and any interest or penalty due under the laws of the State of Minnesota as shown below.

3. The ground of liability is taxes due under the laws of the State of Minnesota.

| Tax Type | Period | Assess Date | Tax | Penalty | Interest | Other charges | Total | Comments |
|---|---|---|---|---|---|---|---|---|
| Withholding | 12/31/22 | 07/07/23 | $.00 | $50.00 | $.58 | $.00 | $50.58 | |
| | | Total | $.00 | $50.00 | $.58 | $.00 | $50.58 | |

The amount due includes interest and penalty computed to October 04, 2023. Interest will accrue at the rate established under Minnesota Statute §270C.40, and late payment penalty will be charged as provided by law. If the claim is paid after October 04, 2023, contact the Minnesota Department of Revenue at the phone number below for the current balance.

STATE OF MINNESOTA
Commissioner of Revenue

by: [signature]