## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Colormatics LLC, (ADRID: 18163643), 823 W 2nd Avenue, Spokane, WA, 99201-4402:

- Order Dismissing Chapter 11 Case of FTX Exchange FZE [Docket No. 2207]

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Supplemental Affected Claimants Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2113]

- Declaration of Edgar W. Mosley II in Support of Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2114]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: October 16, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 16, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 73523 & 73525

**<u>Exhibit A</u>**

Exhibit A
Supplemental Affected Claimants Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | COUNTRY |
|---|---|---|---|---|---|
| 12865303 | FRANK PORTER | Address on File | | | |
| 12866079 | ORIGINAL RESTAURANT & CAFE LLC (AL BEIRUTI) | UMM AL SHEIF, EXIT 41 | SHEIKH ZAYED ROAD | DUBAI | UNITED ARAB EMIRATES |
| 12866104 | PAPA MOVERS | JUMIERAH VILLAGE CIRCLE | | DUBAI | UNITED ARAB EMIRATES |