IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Warren E. Gluck of Holland & Knight LLP to represent Russell Crumpler and Christopher Farmer in their capacities as the Joint Liquidators of Three Arrows Capital, Ltd (in liquidation) in the above-captioned cases.

Dated: October 6, 2023

*/s/ John W. Weiss*
John W. Weiss
Joseph C. Barcelona II
PASHMAN STEIN WALDER HAYDEN, P.C.
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Email: jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 6, 2023

*/s/ Warren E. Gluck*
Warren E. Gluck
Holland & Knight LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
Tel: 212.513.3200
Email: warren.gluck@hklaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 17th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE