**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al*.,[1] | Case No. 22-11068 (JTD) |
| Debtor. | (Jointly Administered) |
|  | **Re: D.I. 2755** |

**NOTICE WITHDRAWING THE MOTION**
**OF THE JOINT LIQUIDATORS OF THREE ARROWS**
**CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 326(d)(1)**
**AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on September 29, 2023, Russell Crumpler and Christopher Farmer, in their capacities as the joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") and foreign representatives of the 3AC Debtor, as recognized pursuant to chapter 15 of the Bankruptcy Code, by and through the undersigned counsel filed the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief* [D.I. 2755] (the "Motion").

PLEASE TAKE FURTHER NOTICE that the 3AC Debtor hereby withdraws the Motion without prejudice.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 17, 2023
        Wilmington, Delaware

Warren E. Gluck (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY 10019
Telephone: (212) 513-3200
Email:  warren.gluck@hklaw.com


– and –


John J. Monaghan (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 573-5834
Email:  john.monaghan@hklaw.com

Respectfully submitted,

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:   jweiss@pashmanstein.com
            jbarsalona@pashmanstein.com

– and –


Christopher Harris
Adam J. Goldberg
Brett M. Neve
Nacif Taousse
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.ravin@lw.com
            chris.harris@lw.com
            adam.goldberg@lw.com
            brett.neve@lw.com
            nacif.taousse@lw.com

– and –


Nima H. Mohebbi
Tiffany M. Ikeda
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:   nima.mohebbi@lw.com
            tiffany.ikeda@lw.com


*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd. (in liquidation)*