# CERTIFICATE OF SERVICE

I, John W. Weiss hereby certify that on October 17, 2023, I caused a copy of the foregoing *NOTICE WITHDRAWING THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 326(d)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
PASHMAN STEIN WALDER HAYDEN, P.C.
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
         jbarsalona@pashmanstein.com

*Counsel to the Joint Liquidators
of Three Arrows Capital, Ltd. (in liquidation)*