**CERTIFICATE OF SERVICE**

      I, John W. Weiss hereby certify that on October 17, 2023, I caused a copy of the foregoing *NOTICE WITHDRAWING THE MOTION FOR AUTHORIZATION TO FILE UNDER SEAL (A) MOTION FOR COORDINATION AMONG COURTS AND (B) MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

      **PASHMAN STEIN WALDER HAYDEN, P.C.**

      */s/ John W. Weiss*
      John W. Weiss (No. 4160)
      Joseph C. Barsalona II (No. 6102)
      PASHMAN STEIN WALDER HAYDEN, P.C.
      1007 North Orange Street, 4th Floor #183
      Wilmington, DE 19801
      Telephone: (732) 852-2481
      Facsimile: (732) 852-2482
      Email:  jweiss@pashmanstein.com
                jbarsalona@pashmanstein.com

      *Counsel to the Joint Liquidators*
      *of Three Arrows Capital, Ltd. (in liquidation)*