DocuSign Envelope ID: 7D026B27-D8E4-4506-856B-8E450ED17875



## United States Bankruptcy Court
## District of Delaware

In re FTX Trading et al                                    Case No. 22-11068

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **FINBLOX LIMITED** | **AZURE DISTRESSED OPPORTUNITIES CORPORATION** |
| UNIT 1603, 16/F THE L. PLAZA 367-375 QUEEN'S RD CENTRAL SHEUNG WAN, HONG KONG | 4TH FLOOR, HARBOUR PALACE 103 SOUTH CHURCH STREET, GRAND CAYMAN, KY1-1002 CAYMAN ISLANDS  claims@aztide.com |

**Unique Customer Code:** 02947149

**Transferred Claim Amount:** As detailed on Schedule F (attached)

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Benjamin Zhu*
CC6303331133418...

Transferee                                                   10/18/2023
                                                             Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Xclaim

DocuSign Envelope ID: 885FDD58-CBEA-4207-82FE-2C2DC2B7B647

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Finblox Limited** (Unique Customer Code #02947149), ), registered office at Unit 1603, 16/F The L. Plaza 367-375 Queen's Rd Central Sheung Wan, Hong Kong ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto ("Buyer") all rights, title and interest in and to the claims of Seller (the "Claim") against FTX Trading Ltd. and 101 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (as defined below) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pending before the Honorable John T. Dorsey, and jointly administered under Case No. 22-11068 (the "Case").

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 6th day of October, 2023.

SELLER:

FINBLOX LIMITED

UNIT 1603, 16/F THE L. PLAZA 367-375 QUEEN'S RD CENTRAL SHEUNG WAN,

HONG KONG

BUYER:

AZURE DISTRESSED OPPORTUNITIES CORPORATION

4TH FLOOR, HARBOUR PALACE

103 SOUTH CHURCH STREET,

GRAND CAYMAN, KY1-1002

CAYMAN ISLANDS

*Dong Bach Hoang*
—74698A32D6794E9

Name: Hoang Dong Bach

Title: Director

*Benjamin Zhu*
—CC850333113341B

Name: Zhu Zhiwei, Benjamin

Title: Director



DocuSign Envelope ID: 885FDD58-CBEA-4207-82FE-2C2DC2B7B647

---------- Forwarded message ----------
From: **FTX Noticing** <ftx@noticing.ra.kroll.com>
Date: Fri, 31 Mar 2023 at 1:27 AM
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code
To: <peter@finbloxapp.com>

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068. YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief [D.I. 545], customer names and addresses in the Schedules and Statements are redacted. With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code"). Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS. WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.



DocuSign Envelope ID: 885FDD58-CBEA-4207-82FE-2C2DC2B7B647

PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS. PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO. THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 02947149
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AVAX[167.3400000000000000]
AXS[849.5767594517114316]
BCH[30.2560000000000000]
BNB[10.5100000000000000]
BTC[0.4067000000000000]
DAI[3290.6900000000000000]
DOGE[214652.6700000000000000]
DOT[488.5400000000000000]
ETH[8.3609990965610089]
ETHW[5.1909990865610089]
MATIC[35576.8300000000000000]
SAND[4247.9300000000000000]
SHIB[288900000.0000000000000000]
SLP[841830.3853000000000000]
SOL[150.4925323092551138]
TRX[55762.8400000000000000]
USD[0.0000000155375000]
USDC[52803.1495136200000000]
USDT[3241.2900000000000000]
XRP[11022.3400000000000000]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

15