# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 2508, 2712, 2725 & 3311 |

**NOTICE OF DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EXHIBIT LIST AND INTENT TO OFFER WITNESS TESTIMONY AT THE HEARING ON OCTOBER 24, 2023 IN CONNECTION WITH THE SECOND JOINT MOTION OF THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE MOVANTS TO REDACT OR WITHHOLD CERTAIN CONFIDENTIAL INFORMATION OF CUSTOMERS**

**PLEASE TAKE NOTICE** that FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Movants") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases") hereby provide the following information regarding the witness they intend to present, and the list of the potential exhibits that they may seek to introduce, at the hearing scheduled on October 24, 2023 (the "Hearing") on the *Second Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers* [D.I. 2508] (the "Joint Motion"):

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4855-6461-1719 v.3

## EXHIBITS

In connection with the Hearing on the Joint Motion, the Movants may seek to use any one or more of the following documents:

| Ex. # | Description |
|---|---|
| 1. | Transcript of January 11, 2023 Hearing |
| 2. | Transcript of June 8, 2023 Hearing |
| 3. | Any rebuttal or impeachment exhibits |

## INFORMATION ON WITNESS

1. <u>Name and title of witness</u>:  Kevin M. Cofsky, Partner at Perella Weinberg Partners L.P., the Debtors' investment banker.

2. <u>Scope of testimony</u>:  Mr. Cofsky will testify regarding the potential value of the Debtors' customer lists and related matters in connection with the Joint Motion.

3. <u>Direct testimony of witness</u>:  The Movants will elicit direct and/or rebuttal testimony from Mr. Cofsky at the Hearing.

4. <u>Location and place from which the witness will testify</u>:  Mr. Cofsky will be available to testify in person.

## RESERVATION OF RIGHTS

The Movants reserve all rights to:  (i) amend and supplement this exhibit and witness list at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases or any adversary proceeding; (iv) cross examine any and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the Movants may deem necessary at the Hearing.

4855-6461-1719 v.3

| | |
|---|---|
| Dated: October 19, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4855-6461-1719 v.3

| | |
|---|---|
| Dated: October 19, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Robert F. Poppiti, Jr.*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>       rpoppiti@ycst.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen\*<br>Kenneth Pasquale\*<br>Gabriel E. Sasson\*<br>Isaac S. Sasson\*<br>Caroline Diaz\*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>       kenpasquale@paulhastings.com<br>       gabesasson@paulhastings.com<br>       isaacsasson@paulhastings.com<br>       carolinediaz@paulhastings.com<br><br>\**Admitted pro hac vice*<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

4855-6461-1719 v.3