IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 |
|---|---|
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **[REDACTED] [CUSTOMER CODE 01664297]** |
|---|---|
| Name of Transferee | Name of Transferor |

**Address for all Communications/Notices:**
CONTRARIAN FUNDS, LLC
411 WEST PUTNAM AVE., SUITE 425
GREENWICH, CT 06830
ATTN: TRADE CLAIMS GROUP
Phone:  203-862-8259
Fax:     203-485-5910
Email: tradeclaimsgroup@contrariancapital.com

**Address:**
[Redacted / on file]

**Address for all Payments/Distributions:**
CONTRARIAN FUNDS, LLC
ATTN: 392426
500 ROSS ST 154-0455
PITTSBURGH, PA 15262

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 01664297 | [Redacted] | [As stated on Schedule F (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____    Date: October 17, 2023
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

Case 22-11068-JTD    Doc 1737    Filed 06/27/23    Page 971 of 1763

| FTX Trading Ltd. | | Amended Schedule F-187 Nonpriority Unsecured Customer Claims | | | 22-11068 (JTD) |
|---|---|---|---|---|---|
| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | | Earn Indicator | Token / Fiat in Lend |
| 01664203 | | BNB[.000031], EUR[0.00], FTT[.00310526], KIN[1], TRX[.000001], USD[0.06], USDT[427.47446129] | | Yes | |
| 01664204 | | AURY[0], BTC[0], ETH[0], EUR[0.00], MATIC[.00000001], SOL[0], USD[0.00] | | | |
| 01664207 | | BTC[0], HT[.00000001], SOL[0], TRX[0], USD[0.00], USDT[0.14350375] | | | |
| 01664208 | Contingent | BNB[.02680359], BTC[.02539645], FTT[248.45283375], LUNA2[49.13410709], LUNA2_LOCKED[114.64624988], LUNC[10699055.26547111], USD[3.29], USDT[11.62036030] | | | |
| 01664214 | | 0 | | | |
| 01664217 | | ADA-PERP[0], AVAX-20211231[0], AVAX-PERP[0], AXS-PERP[0], BTC-PERP[0], FTT-PERP[0], LINK-PERP[0], LUNC-PERP[0], SHIB-PERP[0], SOL-PERP[0], SXP-PERP[0], TRX[.000001], USD[-32.90], USDT[38.34896896], VET-PERP[0], YFI-PERP[0] | | | |
| 01664218 | Contingent | AKRO[4], ALPHA[1.01130048], BAO[5], BTC[0.77229226], CHZ[1], DENT[5], DOGE[1], EUR[1.28], FTM[775.91491395], GALA[991.72070975], GBP[66.17], GRT[1], HOLY[2.06269362], JOE[753.47667137], KIN[7], LINK[48.43607233], LUNA2[7.75423098], LUNA2_LOCKED[17.56988399], LUNC[24.27756867], MATH[1.00826592], RNDR[1353.93297355], RSR[2], SOL[230.54411956], SXP[1], TRU[2], TRX[3], UBXT[7] | | Yes | |
| 01664219 | | ATOM-PERP[0], BNB-PERP[0], BTC[.00000001], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], DOT-PERP[0], ETH-PERP[0], ICX-PERP[0], LUNC-PERP[0], SOL-PERP[0], USD[0.00], USDT[4792.27105212], VET-PERP[0], XRP-PERP[0] | | | |
| 01664221 | | FTT[160], USD[600.00], USDT[500] | | | |
| 01664229 | | SOL[0], USD[0.00], USDT[0.00000087] | | | |
| 01664232 | | USD[0.01], USDT[0.00000001] | | | |
| 01664235 | | BTC[0], ETH[0], ETHW[0], SOL[45.08812218], USD[2.11] | | | |
| 01664237 | | BAO[1], COPE[793.4417867], SECO[1], USD[0.00] | | | |
| 01664239 | | TRX[1], USDT[0] | | | |
| 01664241 | | USD[25.00] | | | |
| 01664243 | | ADABULL[36.20002384], BULL[0], ETH[0], ETHBULL[2.00000564], MATICBULL[15000], USD[0.01], USDT[0.00000001], XRP[0], XRPBULL[2479945.27227598] | | | |
| 01664246 | | TRX[.001579], USD[0.00], USDT[0] | | | |
| 01664247 | | ETH-PERP[0], KIN[1647750], USD[1.29] | | | |
| 01664248 | | FTT[25.095], USD[0.01], USDT[102.16561085] | | | |
| 01664254 | | ADABULL[.6375], ADA-PERP[0], BTC[.0028], BTC-PERP[0], ETH-PERP[0], SOL[.00973701], SOL-PERP[0], USD[46.19], XLM-PERP[0], XRP-20211231[0] | | | |
| 01664256 | | SOL[0] | | | |
| 01664258 | | FTT[0], RUNE[175.86583371], USD[0.00] | | Yes | |
| 01664261 | | SLP[2], SLP-PERP[0], TRX[.913595], USD[1.40] | | | |
| 01664267 | | DOGE[.99278], USD[0.00] | | | |
| 01664269 | | USD[0.00] | | | |
| 01664270 | | MATIC[.00002539], SOL[0], USD[0.00], USDT[0], XRP[0.00152532] | | | |
| 01664274 | | BRZ[2.32464604], BTC[0], USD[-0.13] | | | |
| 01664276 | | 1INCH-PERP[0], ADA-PERP[0], AXS-PERP[0], BTC-PERP[0], CHZ-PERP[0], DOGE-PERP[0], ETH-PERP[0], NEO-PERP[0], SOL-PERP[0], USD[-3.44], USDT[12.61123394], XRP-PERP[0] | | | |
| 01664277 | | BTC-PERP[0], ETH-PERP[0], LTC-PERP[0], SOL-PERP[0], USD[1.43] | | | |
| 01664280 | | TRX[.000001], USD[2.98], USDT[0] | | | |
| 01664281 | | BEAR[470.47000919], BNBBULL[.00448845], BULL[0.00059822], DOGE[55.9888], ETHBEAR[427400], ETHBULL[.00522678], GARI[.4086], KIN-PERP[0], SHIB[73858.83820437], TRX[.024418], USD[0.01], USDT[45912.70519956] | | | |
| 01664284 | | USDT[.89621464], XRP[.31245] | | | |
| 01664288 | | TRX[.7], USDT[1.02336831] | | | |
| 01664293 | | ANC-PERP[0], ETH[0.02500000], ETHW[0], FTT[25.6], FTT-PERP[-25.7], LOOKS-PERP[0], LUNC-PERP[0], RAY-PERP[0], SUN[185825.02], USD[115.27], USTC-PERP[0] | | | |
| 01664296 | | TRX[.000001] | | | |
| 01664297 | Contingent | APT-PERP[0], BTC[0.88000087], DOGE[100000], ETH[.12093989], ETHW[119.81293989], EUR[174978.09], FTT[26.07889704], FTT-PERP[0], LEO[16839.54178899], LUNA2[10.32458654], LUNA2_LOCKED[24.09070192], MNGO[17790], REN-PERP[0], SRN-PERP[0], TRX[.000059], USD[12460.14], USDT[55790.90319919], XAUT[5.29303784] | | | |
| 01664300 | | STG[808.85438], USD[0.66], USDT[0] | | | |
| 01664301 | | HT[.00307793] | | | |
| 01664302 | | ADA-PERP[0], BTC-PERP[0], COMP-PERP[0], DOT-PERP[0], ETH[.22439247], ETH-PERP[0], ETHW[.22439247], EUR[1.86], FTT[8.72589291], FTT-PERP[0], LINK[0], SAND[0], SOL-PERP[0], TRX[.000001], UNI-PERP[0], USD[0.00], USDT[0] | | | |
| 01664306 | | BNB[0.00462000], ETH[0], FTT[0.07803046], MATIC[0], NFT (363793435590388032/FTX EU - we are here! #157005)[1], NFT (567223513119861123/Japan Ticket Stub #988)[1], NFT (569834629782604737/FTX Crypto Cup 2022 Key #4346)[1], NFT (574857460115281120/FTX EU - we are here! #157380)[1], SOL[0], TONCOIN[0.01896104], USD[0.08], USDT[0], USTC[0], USTC-PERP[0], XRP[0] | | | |
| 01664307 | | ALICE[.08936], NFT (353191652291944843/FTX EU - we are here! #41633)[1], NFT (543807859175117973/FTX EU - we are here! #41456)[1], NFT (570159050259637622/FTX EU - we are here! #41773)[1], USD[0.00] | | | |
| 01664309 | | ATOM[47.61272212], CHZ[1], DENT[1], ETH[.29485158], ETHW[.29466059], KIN[1], RSR[1], SAND[776.81451597], TOMO[1], TRX[1], UBXT[3], USD[0.00], USDT[0] | | Yes | |
| 01664310 | | MOB[0.11315818], NFT (341501708987669919/FTX EU - we are here! #25538)[1], NFT (383537630776724676/FTX EU - we are here! #25614)[1], NFT (410866968809950353/FTX AU - we are here! #54024)[1], NFT (566481980379259538/FTX EU - we are here! #25663)[1], USDT[0] | | | |
| 01664311 | | BNB-PERP[0], BTC-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETH-PERP[0], TRX[.000001], USD[0.49], USDT[0], XRP-PERP[0] | | | |
| 01664313 | | AUD[0.00] | | | |
| 01664316 | Contingent, Disputed | KIN[32327129.56259714] | | | |
| 01664323 | | ATLAS[10000], ATLAS-PERP[0], ATOM-PERP[0], AXS-PERP[0], BTC-PERP[0], DOT-PERP[0], FTM-PERP[0], FTT[25.19088], HNT-PERP[0], LUNC-PERP[0], POLIS[10], ROOK-PERP[0], SHIB-PERP[0], SOL-PERP[0], USD[6659.13], USDT[98.48989297], WAVES-PERP[0], XMR-PERP[0], XTZ-PERP[0] | | | |
| 01664327 | | ETH[0], USD[0.00] | | | |
| 01664329 | | DYDX[0.14645832], ETH[0], TRX[.000001], USD[0.01], USDT[0.00001371], XRP[0] | | | |
| 01664331 | Contingent | ATLAS[0], ATLAS-PERP[0], AUDIO-PERP[0], ETH-PERP[0], HT[.08], KIN[6149.23978341], KIN-PERP[0], LRC-PERP[0], LUNA2[0], LUNA2_LOCKED[3.06090367], MANA[0], SHIB[0], SOL[0], STEP[0], TULIP-PERP[0], USD[0.01] | | | |
| 01664333 | | USD[0.04], USDT[0] | | | |
| 01664334 | Contingent | BAT[.97986], BIT-PERP[0], CAKE-PERP[0], CREAM-PERP[0], DAWN-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTT[.99981], FTT-PERP[181.8], GMT-PERP[0], KNC-PERP[0], LUNA2[0.04591505], LUNA2_LOCKED[0.10713512], LUNC[9998.1], LUNC-PERP[0], NFT (437288022357137118/FTX EU - we are here! #168122)[1], NFT (474153235339605792/FTX EU - we are here! #168300)[1], NFT (514857795640236727/FTX EU - we are here! #167857)[1], PEOPLE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SLP-PERP[0], SOL-PERP[0], SOS-PERP[0], SRM-PERP[0], TRX[.000001], USD[87.54], USDT[4289.28072600] | | | |