# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| FTX TRADING LTD., *et al.* [1] | Case No.: 22-11068 (JTD) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cross & Simon, LLC and Lowenstein Sandler LLP hereby appear on behalf of Liquidity Solutions Global Ltd. (the "LSG"), pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). LSG hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

Andrew Behlmann, Esq.
Colleen M. Restel, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
E-mail: abehlmann@lowenstein.com
E-mail: crestel@lowenstein.com

Kevin S. Mann, Esq.
**CROSS & SIMON LLC**
1105 North Market Street, Suite 901
Wilmington, DE 19801
Tel: (302) 777-4200
Fax: (302) 777-4224
E-mail: kmann@crosslaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of the LGS to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Sourcebooks, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs an recoupments are expressly reserved.

Dated: October 23, 2023                **CROSS & SIMON**

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Tel: (302) 777-4200
Fax: (302) 777-4224
E-mail: kmann@crosslaw.com

- and -

-3-

LOWENSTEIN SANDLER LLP
Andrew Behlmann (*pro hac vice* forthcoming)
Colleen M. Restel (*pro hac vice* forthcoming)
One Lowenstein Drive
Roseland, NJ 07068
Tel: (973) 597-2500
Fax: (973) 597-2400
E-mail: abehlmann@lowenstein.com
E-mail: crestel@lowenstein.com

*Counsel to Liquidity Solutions Global Ltd.*
