IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael Mix of Morrison Cohen LLP to represent Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke in the above-captioned proceeding and any related adversary proceedings.

Dated: October 20, 2023

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Email: ljones@pszjlzaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 20, 2023

*/s/ Michael Mix*
Michael Mix
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Email: mmix@morrisoncohen.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: October 24th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE