| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: October 24, 2023 at 10:00 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. et al. |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 10/24/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Paul Hastings | Official Committee |
| Robert Poppiti | Young Conaway | " " |
| Matthew Harvey | Morris Nichols | Ad Hoc Committee |
| Jon Lipson | UST | UST |
| Juliet Sarkessian | UST | UST |

# SIGN-IN SHEET

**JUDGE**: Dorsey    **COURTROOM**: 5

**CASE NUMBER(S)**: 22-11068    **CASE NAME**: FTX Trading Ltd.    **DATE**: 10/24/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katie Townsend | RCFP | Media Intervenors |
| | | |

**10:00 AM    FTX Trading Ltd.  23-50444 / 22-11068    Argument + Omnibus  10-24-2023**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Kate | Thomas | Reorg | |
| DEB | Stream | DEB | |
| Philip | Dalgarno | FC Cayman A LLC | Willkie Farr & Gallagher LLP |
| Michael | Morris | WisconsinDeaprtment of Financial Institutions | Wisconsin Department of Justice |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Jonathan | Weyand | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Jeremy | Ryan | K5 Defendants | Potter Anderson & Corroon LLP |
| Robert | Rock | New York State Department of Taxation and Finance | Office of Attorney General Letitia James |
| Chad | Flick | n/a | |
| Joshua | Porter | Certain Customers | Entwistle & Cappucci LLP |
| Mark | Hancock | Fee Examiner | Godfrey & Kahn, S.C. |
| Marcy | McLaughlin Smith | Paradigm Operations LP | Troutman Pepper Hamilton Sanders LLP |
| Craig | Rasile | Bitcoin Suisse AG | Winston & Strawn LLP |
| Gabriel | Brunswick | Kroll Restructuring Administration LLC | |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Tiffany | Cobb | Rioscience LLC and 4J Therapeutics Inc. | Vorys, Sater, Seymour and Pease LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Tavi | Flanagan | Platform Life | Pachulski Stang Ziehl & Jones LLP |
| Jasmine | Ball | Observer | |
| Gabriela | Urias | observing | |

*10:00 AM   FTX Trading Ltd.  23-50444 / 22-11068   Argument + Omnibus  10-24-2023*

| | | | |
|---|---|---|---|
| Michael | Godbe | Observer | |
| Peter | Sprofera | Self | |
| Vladimir | Jelisavcic | Cherokee Debt Acquisition LLC | Cherokee Debt Acquisition LLC |
| Spencer | Payne | Silver Point Capital, L.P. | |
| Clement | T | '- | '- |
| Ahmed | Razek | self | |
| Ahmet | Osman | Indivual | |
| Zack | Buz | Myself | |
| Noah | Jessop | Proof Group / NewX | Proof Group |
| Angel | Wildschut | Angel | |
| Michael | Bottjer | Arceau | Arceau |
| Sheriffdeen Adewale | Jimoh | PCFIXKING COMPUTERS | PCFIXKING COMPUTERS |
| Alexander | Saeedy | WSJ | |
| Austin | Viny | VonWin Capital Management | VonWin Capital Management |
| Patrick | Rabbitte | Self | na |
| Stjepan | Radic | Stjepan Radic | |
| Cameron | Drummond Rey | Cameron Drummond Rey | |
| Michael | Weagley | Catherine Mariela Coronado Leon | |
| Derek | Abbott | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Alexa | Kranzley | FTX Trading Ltd. and affiliated Debtors | Sullivan & Cromwell LLP |
| Matt | Englehardt | Olympus Peak Asset Management | Olympus Peak Asset Management |
| Becky | Yerak | Wall Street Journal | News Corp |
| James | Kennedy | Myself | |
| Alan | Kornfeld | Platform Life | Pachulski Stang Ziehl & Jones LLP |
| Kenny | Fan | Baoning Fan | |
| James | O'Neill | Platform Life | Pachulski Stang Ziehl & Jones LLP |
| Kate | Hro | creditor | |
| Ed | Mills | Platform Life | |
| Candice | Korkis | BMO Financial Group | |

**10:00 AM    FTX Trading Ltd.  23-50444 / 22-11068    Argument + Omnibus  10-24-2023**

| | | | |
|---|---|---|---|
| Ian | Silverbrand | N/A | |
| Rick | Anigian | BlockFi Debtors | Haynes and Boone LLP |
| Keith | McCormack | self | Contrarian Capital |
| Michael | Sabino | Interested party | Sidley Austin LLP |
| Brendan | Schlauch | Joint Provisional Liquidators | Richards, Layton & Finger, P.A. |
| Orin | Machado | Individual Creditor | Not Applicable. |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| randall | chase | associated press | associated press |
| Nicholas | Smargiassi | (Attending for DE clerkship requirement) | Saul Ewing |
| Kenneth N. | Thayer | GreenLight Biosciences Holdings, PBC | Conn Kavanaugh Rosenthal Peisch & Ford, LLP |
| Ellen | Bardash | ALM | |
| Cryptonizate.com | Official Coverage | www.cryptonizate.com | Cryptonizate |
| Jasmine | Armand | Party in Interest | White & Case LLP |
| Adam | Swingle | Party in Interest | White & Case LLP |
| Mr. | Purple | Creditors | |
| Kevin | Levitsky | None (viewing for checklist requirement for admission to Delaware Bar) | |
| Jack | Amed | Unsecured creditor | |
| M | E | Myself | |
| Travis | Kling | Ikigai Opportunities Master Fund, Ltd | Ikigai Asset Management |
| Arush | Sehgal | Arush Sehgal | Arush Sehgal |
| Mia | Cooper | n/a | |
| Sarah | Wynn | Media | |
| Brett | Neve | Joint Liq. of Three Arrows | |
| Thijs | van Zon | Customers | |
| Daniel | Homrich | UCC | Jefferies |
| Mathew | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Amanda | Lindner | Interested Party | Cooley LLP |
| Kristopher | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |

**10:00 AM    FTX Trading Ltd.  23-50444 / 22-11068    Argument + Omnibus  10-24-2023**

| | | | |
|---|---|---|---|
| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Taylor | Harrison | Debtwire | |
| Siena | Cerra | Genetic Networks LLC | Morris James LLP |
| Daniel | Carrigan | FBH Corp | Baker Donelson, et al. PC |
| Rick | Archer | Law360 | |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Kevin | Kearney | Alvarez & Marsal | |
| Robert | Cook | self | |
| Jason | Rosell | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| nama | lili | holder | nama |
| Gabriel | Tan | Gabriel | |
| Jack | Schickler | Media | CoinDesk |
| Emmanuel | Olagbemisoye | Creditors | |
| Ranyeri | Xavier | Ranyeri Luis de Carvalho Xavier | N/A |
| Gino | Cheng | Interested Creditor | Winston & Strawn |
| Gustavo | Gustavo | Creditor | |
| Vicky | Lee | investor | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Steven | Church | non-party | Bloomberg News |
| Alexandros | Marinos | none | |
| Blake | Pittell | Interested creditor | Winston & Strawn |
| | | | |