IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No: 3341 |

## ORDER SCHEDULING CERTAIN DEADLINES IN CONNECTION WITH THE DEBTORS' SUBMISSION OF MONTHLY OPERATING REPORTS

Upon the certification of counsel (the "COC")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession other than Emergent Fidelity Technologies Ltd.[3] (collectively, the "Debtors"), for entry of an order (this "Order") scheduling certain deadlines in connection with the Debtors' submission of monthly operating reports (the "MORs");

IT IS HEREBY ORDERED THAT:

1. The Debtors shall file their MORs on the following schedule:

| MORs | Filing Deadline |
|---|---|
| April 2023 MORs | October 31, 2023 |
| May 2023 MORs | October 31, 2023 |
| June 2023 MORs | November 15, 2023 |
| July 2023 MORs | November 15, 2023 |
| August 2023 MORs | November 30, 2023 |
| September 2023 MORs | November 30, 2023 |
| October 2023 MORs | December 15, 2023 |
| November 2023 MORs and all MORs required to be filed thereafter | the twenty-first (21st) day of the month following the end of the reporting period |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the COC.

[3] This Order provides relief related to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession and does not provide any relief with respect to Debtor Emergent Fidelity Technologies Ltd.

{1368.002-W0073003.2}

Those Debtors who are not U.S. entities shall have an additional five (5) business days from the filing deadlines identified above to file their MORs, if such MORs cannot be filed by the filing deadlines identified above.

2. To the extent the Debtors require additional time to prepare and/or file any MORs after the filing deadlines set forth in paragraph 1 (the "MOR Deadlines"), any such extension shall be subject to the consent of the Office of the United States Trustee (the "U.S. Trustee") or further order of the Court upon a motion on notice to the U.S. Trustee and other parties-in-interest in these Chapter 11 Cases.

3. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. This Order is without prejudice to the rights of the Debtors or any of their successors to seek modification of the MOR Deadlines, and all parties' rights with respect to any such relief are fully preserved.

5. The Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: October 24th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE