# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| | : | |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: DI 3334** |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on October 23, 2023, I served copies of the *United States Trustee's Objection to the Motion of the Debtor Emergent Fidelity Technologies Ltd for Entry of an Order Approving Postpetition Financing and Granting Related Relief*, in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

Kimberly A. Brown, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Julie G. Kappoor, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com
        kapoorj@sullcrom.com

---

[1] The last four digits of the respective tax identification numbers for Debtors FTX Trading Ltd. and Alameda Research LLC are 3288 and 4063, respectively. A complete list of the additional Debtors tax identification numbers may be obtained on the website of the Debtors' claims agent at https:/cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is: Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
      kenpasquale@paulhastings.com

Robert F. Poppiti, Jr., Esq.
Matthew Lunn, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Email: rpoppiti@ycst.com
      Mlunn@ycst.com

David A. Wender, Esquire
Sarah Paul, Esquire
Erin Broderick, Esquire
Jennifer Kimble, Esquire
EVERSHEDS SUTHERLAND (US), LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309
Email: davidwender@eversheds-sutherland.com
      sarahpaul@eversheds-sutherland.com
      erinbroderick@eversheds-sutherland.com
      jenniferkimble@eversheds-sutherland.com

Eric Schwartz, Esquire
Paige Topper, Esquire
Matthew Harvey, Esquire
Derek Abbott, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Email: eschwartz@morrisnichols.com
      ptopper@morrisnichols.com
      mharvey@morrisnichols.com
      dabbott@morrisnichols.com

Josef W. Mintz, Esquire
BLANKROME
1201 N. Market Street
Wilmington, DE 19801
Email: josef.mintz@blankrome.com

Katie Townsend, Esquire
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Email: ktownsend@rcfp.org

Jody C. Barillare, Esquire
Morgan Lewis & Bockius LLP
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Email: jody.barillare@morganlewis.com

John C. Goodchild, III, Esquire
Matthew C. Ziegler, Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Email: john.goodchild@morganlewis.com
      matthew.ziegler@morganlewis.com

Craig A. Wolfe, Esquire
Joshua Dorchak, Esquire
David K. Shim, Esquire
101 Park Avenue
New York, NY 10178
Email: craig.wolfe@morganlewis.com

Dated: October 24, 2023
      Wilmington, Delaware

By: */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
juliet.m.sarkessian@usdoj.gov