**CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2023 I served or caused to be served the foregoing *Notice of Appearance and Request for Service of Papers* by CM/ECF upon those parties registered to receive such electronic notifications in these cases.

                                                     */s/ Josef W. Mintz*
                                                     Josef W. Mintz (DE No. 5644)