IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (JTD) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF RICK ANTONOFF

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Rick Antonoff, Esq. of Blank Rome LLP to represent Fulcrum Distressed Partners Limited in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: October 24, 2023
　　　　Wilmington, Delaware

*/s/ Josef W. Mintz*
Josef W. Mintz (DE No. 5644)
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Josef.mintz@blankrome.com
*Counsel to Fulcrum Distressed Partners Limited*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 24, 2023

*/s/ Rick Antonoff*
Rick Antonoff
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Rick.antonoff@blankrome.com

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 25th, 2023**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**