# **Exhibit 2**





**08/09/2023**

**DAAG TRADING DMCC**
Dubai
United Arab Emirates

## Subject: Dissolution of Company

Please be advised that **DAAG TRADING DMCC,** which is registered with Dubai Multi Commodities Centre Authority bearing registration number **DMCC191564,** has been dissolved, with effect from **26/04/2023.**

Regards,

DMCC AUTHORITY



Document reference no: 604131893684
This document has been electronically generated by DMCC Authority. To verify the content and authenticity of this document go to www.dmcc.ae/document_verification and enter the unique document reference number.

Almas Tower
Jumeirah Lakes Towers
P.O. Box 48800, Dubai, UAE
+971 (0) 4 424 9600
dmcc.ae

