# **<u>Exhibit B</u>**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period May 1, 2023 through May 31, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Airfare | Airfare – United - Coach - Round trip - 5/1/23 to 5/3/23 – Westfield, NJ and Houston, TX for meetings with client | $730.84 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Ground Transportation | Taxi - Home to Newark airport | $55.75 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Ground Transportation | Taxi - Newark airport to home | $51.46 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Ground Transportation | Taxi - Hotel to Houston airport | $47.08 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Ground Transportation | Taxi - Houston airport to hotel | $28.51 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Meals | Meal - Out of Town - Breakfast - Self | $18.00 |
| DeVincenzo,Jennie | Managing Director | 5/1/2023 | Meals | Meal - Out of Town - Dinner - Self | $35.03 |
| DeVincenzo,Jennie | Managing Director | 4/25/2023 | Lodging | Lodging - Houston Marquis Marriott - Houston, TX - 4/23/23 to 4/25/23 - 2 nights - Working sessions | $557.40 |
| Hammon,David Lane | Manager | 5/8/2023 | Airfare | Airfare – 5/14/23 – 5/17/23 – Newark, NJ to Cleveland, OH for working sessions and client meetings | $647.00 |
| Lowery,Kristie L | National Partner/Principal | 5/12/2023 | Airfare | Airfare – American Airlines - Coach - Round trip - 5/21/23 to 5/23/23 – Charlotte, NC and New York, NY for meetings with client | $402.30 |
| Hammon,David Lane | Manager | 5/14/2023 | Ground Transportation | Taxi - Home to Cleveland airport for in person meetings with FTX | $31.00 |
| Hammon,David Lane | Manager | 5/14/2023 | Ground Transportation | Taxi - Newark airport to hotel for in person meetings with FTX | $144.95 |
| Hammon,David Lane | Manager | 5/14/2023 | Meals | Meal - Out of Town - Dinner - Self | $37.35 |
| Hammon,David Lane | Manager | 5/15/2023 | Meals | Meal - Out of Town - Breakfast - Self | $13.23 |
| Hammon,David Lane | Manager | 5/15/2023 | Meals | Meal - Out of Town - Dinner - with D. Hammon, K. Staromiejska, C. MacLean, T. Knoeller, and H. Choudary | $350.00 |
| Mistler,Brian M | Manager | 5/15/2023 | Airfare | Airfare – United - Coach - Roundtrip - 5/15/23 to 5/19/23 – San Francisco, CA and Newark, NJ for meetings with client | $546.98 |
| Mistler,Brian M | Manager | 5/15/2023 | Airfare | Airfare – United - Coach - Roundtrip - 5/15/23 to 5/19/23 – San Francisco, CA and Newark, NJ for meetings with client | $72.70 |
| Mistler,Brian M | Manager | 5/15/2023 | Ground Transportation | Taxi - Home to San Diego International airport | $24.91 |
| Mistler,Brian M | Manager | 5/15/2023 | Ground Transportation | Taxi - Newark airport to hotel | $130.73 |
| Mistler,Brian M | Manager | 5/15/2023 | Meals | Meal - Out of Town - Dinner - Self | $32.12 |
| Mistler,Brian M | Manager | 5/15/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| Hammon,David Lane | Manager | 5/16/2023 | Ground Transportation | Taxi - Hotel to EY office for meetings | $11.39 |
| Hammon,David Lane | Manager | 5/16/2023 | Ground Transportation | Taxi - EY office to Newark airport after client meetings | $71.86 |
| Hammon,David Lane | Manager | 5/16/2023 | Lodging | Lodging - Hilton Garden Inn - New York, NY - 5/14/23 to 5/16/23 - c nights - Working sessions | $434.83 |
| Hammon,David Lane | Manager | 5/16/2023 | Meals | Meal - Out of Town - Dinner - Self | $13.49 |
| Hammon,David Lane | Manager | 5/16/2023 | Meals | Meal - Out of Town - Breakfast - Self | $5.17 |
| Hammon,David Lane | Manager | 5/16/2023 | Meals | Meal - Out of Town - Dinner - Self | $10.43 |
| Hammon,David Lane | Manager | 5/16/2023 | Meals | Meal - Out of Town - Breakfast - Self | $2.94 |
| Mistler,Brian M | Manager | 5/16/2023 | Meals | Meal - Out of Town - Dinner - Self | $29.91 |
| Mistler,Brian M | Manager | 5/17/2023 | Meals | Meal - Out of Town - Dinner - Self | $21.90 |
| Mistler,Brian M | Manager | 5/17/2023 | Meals | Meal - Out of Town - Lunch - Self | $20.09 |
| Mistler,Brian M | Manager | 5/18/2023 | Lodging | Lodging - Arlo Nomad - New York, NY - 5/17/23 to 5/18/23 - 1 night - Working sessions | $312.17 |
| Mistler,Brian M | Manager | 5/18/2023 | Meals | Meal - Out of Town - Dinner - Self | $34.13 |
| Mistler,Brian M | Manager | 5/18/2023 | Meals | Meal - Out of Town - Lunch - | $142.21 |
| Mistler,Brian M | Manager | 5/19/2023 | Ground Transportation | Taxi - Hotel to New York airport | $130.93 |
| Mistler,Brian M | Manager | 5/19/2023 | Lodging | Lodging - Doubletree - New York, NY - 5/15/23 to 5/19/23 - 3 nights - Working sessions | $1,586.48 |
| Mistler,Brian M | Manager | 5/19/2023 | Meals | Meal - Out of Town - Dinner - Self | $23.90 |
| Mistler,Brian M | Manager | 5/19/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $8.00 |
| Lowery,Kristie L | National Partner/Principal | 5/21/2023 | Meals | Meal - Out of Town - Dinner - Self | $12.55 |
| Wrenn,Kaitlin Doyle | Manager | 5/21/2023 | Airfare | Airfare – American - Coach - Round trip - 5/21/23 to 5/25/23 – Charlotte, NC and New York, NY for meetings with client | $402.30 |
| Wrenn,Kaitlin Doyle | Manager | 5/21/2023 | Lodging | Lodging - Fairfield Inn - New York, NY - 5/21/23 - 5/22/23 - 1 night - Meetings with client | $178.09 |
| DeVincenzo,Jennie | Managing Director | 5/22/2023 | Ground Transportation | Mass Transit- NJ Transit - Coach - Roundtrip - 5/22/23 - Home to EY Office | $18.50 |
| Lowery,Kristie L | National Partner/Principal | 5/22/2023 | Meals | Meal - Out of Town - Breakfast - Self | $16.82 |
| Wrenn,Kaitlin Doyle | Manager | 5/22/2023 | Ground Transportation | Taxi - New York airport to hotel | $123.23 |
| Wrenn,Kaitlin Doyle | Manager | 5/22/2023 | Meals | Meal - Out of Town - Dinner - Self | $67.78 |
| Lowery,Kristie L | National Partner/Principal | 5/23/2023 | Ground Transportation | Parking - Charlotte airport - 5/21/23 to 5/23/23 - 3 days | $72.00 |
| Lowery,Kristie L | National Partner/Principal | 5/23/2023 | Meals | Meal - Out of Town - Lunch - J. DeVincenzo, K. Wrenn, K. Schultea, and Self | $116.19 |
| Lowery,Kristie L | National Partner/Principal | 5/23/2023 | Meals | Meal - Out of Town - Dinner - K. Lowery  (EY), K. Wrenn (EY) J. Devincenzo (EY)Y to prepare for meeting with IRS agent | $153.11 |
| Lowery,Kristie L | National Partner/Principal | 5/23/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | $12.00 |
| Lowery,Kristie L | National Partner/Principal | 5/24/2023 | Lodging | Lodging - Westin New York Times Square - New York, NY - 5/21/23 - 5/23/23 - 2 nights - Meetings with client | $747.28 |
| Mistler,Brian M | Manager | 5/24/2023 | Airfare | Airfare – Southwest - Coach - One-Way - 5/31/23 – San Diego, CA and San Jose, CA for meetings with client | $193.46 |
| Mistler,Brian M | Manager | 5/24/2023 | Airfare | Airfare – United - Coach - One-Way - 5/31/23 – San Francisco, CA and San Diego, CA for meetings with client | $250.40 |
| Mistler,Brian M | Manager | 5/24/2023 | Ground Transportation | Taxi - San Jose airport to EY office | $50.94 |
| Mistler,Brian M | Manager | 5/24/2023 | Ground Transportation | Taxi - EY office to airport | $47.96 |
| Mistler,Brian M | Manager | 5/24/2023 | Ground Transportation | Parking - San Jose airport - 5/24/23 - 1 day | $38.00 |
| Mistler,Brian M | Manager | 5/24/2023 | Meals | Meal - Out of Town - Dinner - Self | $22.58 |
| Shea JR,Thomas M | Partner/Principal | 5/24/2023 | Ground Transportation | Mileage - Roundtrip - Home to Office | $58.95 |
| Shea JR,Thomas M | Partner/Principal | 5/24/2023 | Ground Transportation | Parking - San Jose airport - 5/24/23 - 1 day | $10.00 |
| Shea JR,Thomas M | Partner/Principal | 5/24/2023 | Meals | Meal - Out of Town - Lunch - B. Mistler and Self | $52.49 |
| Wrenn,Kaitlin Doyle | Manager | 5/25/2023 | Lodging | Lodging - Fairfield Inn - New York, NY - 5/23/23 - 5/25/23 - 2 nights - Meetings with client | $440.72 |
| Choudary,Hira | Staff | 5/26/2023 | Ground Transportation | Mileage - Roundtrip - Home to Office | $60.26 |
| DeVincenzo,Jennie | Managing Director | 5/30/2023 | Airfare | Airfare – United - Coach - Round trip - 6/26/23 to 6/29/23 – Westfield, NJ and Santa Ana, CA for meetings with client | $997.30 |
| Lowery,Kristie L | National Partner/Principal | 5/30/2023 | Airfare | Airfare – American - Coach - Round trip - 6/26/23 to 6/29/23 – Charlotte, NC and Orange County, CA for meetings with client | $959.51 |
| Wrenn,Kaitlin Doyle | Manager | 5/30/2023 | Airfare | Airfare – American - Coach - Round trip - 6/26/23 to 6/29/23 – Charlotte, NC and New York, NY for meetings with client | $959.51 |
| Panama | | | | Value Added Tax - Panama | $525.00 |
| Turkey | | | | Value Added Tax - Turkey | $4,355.10 |
| **Total** | | | | | **$17,767.20** |

**The request herein is without prejudice to EY's right to seek additional compensation for services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.**