UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | Chapter 11 |
| --- | --- |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name of Transferee:

**Arceau 507 II LLC**

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

**Arceau 507 II LLC**
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
| --- | --- | --- | --- | --- |
|  |  | $173,856.30 | FTX Trading Ltd | 22-11068 |
| Debtor Schedule F No |  | As described on schedule F | FTX Trading Ltd | 22-11068 |
|  |  |  |  |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael Bottjer_    Date: _____

DocuSign Envelope ID: 69D53D5E-FBAD-4C4B-ABE4-4B40CB123730



**TRANSFER OF CLAIM AGREEMENT**
**TRANSFER TERMS**

| | |
|---|---|
| SELLER: | Bhagamshi Kannegundla |
| BUYER: | Arceau 507 II LLC |
| EFFECTIVE DATE: | 02/08/2023 |
| DEBTOR(S): | FTX Trading Ltd. (22-11068) |
| COURT: | District of Delaware |
| CLAIMS: | The claims against the Debtor (the "Claim" or "Claims") identified as: |

| Unique Customer Code | Claim Amount |
|---|---|
| ███ | $173,856.30 |

SELLER and BUYER (each a "Party" and, together, the "Parties") hereby enter into this Transfer of Claim Agreement (this "Agreement") as of the date set forth above (the "Effective Date") to govern and effect the sale from SELLER to BUYER of the Claim and the other Assigned Rights. This Agreement comprises these Transfer Terms (the "Transfer Terms") and the Standard Terms and Conditions for XCLAIM Transfer of Claim Agreement attached hereto (the "Standard Terms"), which are hereby incorporated herein in their entirety and without modification except as expressly set forth in these Transfer Terms. In the event of any conflict or inconsistency between these Transfer Terms and the Standard Terms, these Transfer Terms shall govern and control. Capitalized terms used but not otherwise defined in these Transfer Terms shall have the meanings set forth in the Standard Terms.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the Effective Date.

| Buyer: Arceau 507 II LLC | Seller: Bhagamshi Kannegundla |
|---|---|
| By: *Michael Bottjer* (DocuSigned) 02/08/2023 | By: ███ 02/08/2023 |
| Date: _____ | Date: _____ |