UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.*,

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name and Current Address of Transferor:

Name of Transferee:

**Arceau X LLC**

Name and Address where notices and payments to transferee should be sent:

Arceau X LLC
Michael Bottjer
**4 lakeside drive Chobham lakes
Woking, Surrey
GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1870 Kroll Schedule 221106806222074 | | $122,265.07 | FTX Trading Ltd | 22-11068 |
| Debtor Schedule F No *00796276* | | As described on schedule F | FTX Trading Ltd | 22-11068 |
| 3265-70-DSKKC-822731 005 | | | | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael Bottjer_ (signature) _____

Date: _____

Transferee/Transferee's Agent

DocuSign Envelope ID: 2D7BB7DA-231B-4BFB-B117-22CC7D5349DE



## TRANSFER OF CLAIM AGREEMENT
### TRANSFER TERMS

**SELLER:** BITPOINT PANAMÀ INC

**BUYER:** Arceau X LLC

**EFFECTIVE DATE:** 01/25/2023

**DEBTOR(S):** FTX Trading Ltd. (22-11068)

**COURT:** District of Delaware

**CLAIMS:** The claims against the Debtor (the "Claim" or "Claims") identified as:

| Xclaim Identifier | Claim Amount |
|---|---|
| xcm_161 | $120,902.38 |

SELLER and BUYER (each a "Party" and, together, the "Parties") hereby enter into this Transfer of Claim Agreement (this "Agreement") as of the date set forth above (the "Effective Date") to govern and effect the sale from SELLER to BUYER of the Claim and the other Assigned Rights. This Agreement comprises these Transfer Terms (the "Transfer Terms") and the Standard Terms and Conditions for XCLAIM Transfer of Claim Agreement attached hereto (the "Standard Terms"), which are hereby incorporated herein in their entirety and without modification except as expressly set forth in these Transfer Terms. In the event of any conflict or inconsistency between these Transfer Terms and the Standard Terms, these Transfer Terms shall govern and control. Capitalized terms used but not otherwise defined in these Transfer Terms shall have the meanings set forth in the Standard Terms.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the Effective Date.

**Buyer: Arceau X LLC**

By: *Louis d'Origny*
Louis d'Origny
Date: 01/25/2023

**Seller:** ▓▓▓▓▓▓▓▓

By: ▓▓▓▓▓▓▓▓
Julian Geovo
Date: 01/25/2023