# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | **Ceratosaurus Investors, L.L.C.** | Name of Transferor: | **[REDACTED]** |
|---|---|---|---|
| Name and Address where notices and payments to transferee should be sent:<br><br>Email: | **c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Michael Linn<br>MLinn@faralloncapital.com** | Last known address: | **c/o Venable LLP<br>600 Massachusetts Ave. NW<br>Washington, D.C. 20001<br>Attn: Andrew J. Currie** |
| Phone: | | Court Claim # (if known): | **Proof of Claim# 71095**<br><br>**Customer Code: 02942061** |
| Last Four Digits of Acct #: | | Amount of Claim: | **As set forth in the Proof of Claim** |

Local Form 138

|  |  | Transferred Amount of Claim: | **50% of the amount set forth in the Proof of Claim (including all rights related thereto)** |
|---|---|---|---|
|  |  | Date Claim Filed: | 9/20/2023 |
|  |  | Phone: | 202-344-4586 |
|  |  | Last Four Digits of Acct #: |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Michael G. Linn_  Date: 10/23/2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Michael G. Linn
Managing Member

2

NYACTIVE-23030128.1

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of October 23, 2023, Paralimbo Holdings LLC ("**Seller**"), with Customer Code **02942061** has unconditionally and irrevocably sold, transferred, and assigned to Ceratosaurus Investors, L.L.C. ("**Purchaser**") 50% of all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. **71095** against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October 23, 2023.

**Paralimbo Holdings LLC**

**Ceratosaurus Investors, L.L.C.**
By: Farallon Capital Management, L.L.C.,
Its Manager

By: _____
Name: Michael G. Linn
Title: Managing Member

3

NYACTIVE-23030128.1