# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068-JTD |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for Paradigm Operations LP ("Paradigm Operations") in the chapter 11 cases of the above-captioned debtors and debtors in possession and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. Evelyn J. Meltzer of Troutman Pepper Hamilton Sanders LLP will continue to represent Paradigm Operations LP as counsel in these cases.

Dated: October 27, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for Paradigm Operations LP*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 27th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in these cases.

> */s/ Marcy J. McLaughlin Smith*
> Marcy J. McLaughlin Smith (DE 6184)