**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Name (Redacted)** | **SPCP Group, LLC** |
| Name and Current Address of Transferor:<br>**Name (Redacted)** | Name and Address where notices and payments to transferee should be sent:<br>**SPCP Group, LLC**<br>**2 Greenwich Plaza, First Floor**<br>**Greenwich, CT 06830**<br>**Attn: Operations**<br>**Email: 12017192157@tls.ldsprod.com and rbeacher@pryorcashman.com** |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1456 | Name (Redacted) | $882,586.76 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00346233 | Name (Redacted) | 84.131806% of the amounts described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: October 25, 2023
Transferee/Transferee's Agent



# Creditor Data Details - Claim # 1456

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file<br>Address on file | FTX Trading Ltd.<br>**Date Filed**<br>04/03/2023 | 1456<br>**Schedule Number**<br>n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $1,049,052.44 | | $1,049,052.44 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $1,049,052.44 | | $1,049,052.44 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| | | | | |
|---|---|---|---|---|
| 00346233 | | AAPL[160.78959352], ADA-PERP[0], AMD[618.17610021], AMZN[57.32], ARKK[442.86574053], BCH-PERP[0], BNB-PERP[0], BTC[13.5477], BTC-PERP[0], DASH-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH[169.919], ETH-PERP[0], FB[0.00290797], FTT[36.09048552], GOOGL[263.01016100], GOOGLPRE[0], HOOD[218.10287764], HT[5910.8], LINK-PERP[0], LTC[.00908495], LTC-PERP[0], NVDA[330.43215102], TRUMP[0], TRX[0.00000202], TRX-PERP[0], TSLA[100.06064368], TSLAPRE[0], USD[143847.78], USDT[94131.49391122], XRP-PERP[0], ZEC-PERP[0], ZM[85.49367905] | | TRX[.000002] |