UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.,*

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**SPCP Institutional Group, LLC**

Name and Address where notices and payments to transferee should be sent:
**SPCP Institutional Group, LLC**
**2 Greenwich Plaza, First Floor**
**Greenwich, CT 06830**
**Attn: Operations**
Email:  12017192157@tls.ldsprod.com and
rbeacher@pryorcashman.com

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1456 | Name (Redacted) | $166,465.68 | FTX Trading Ltd. | 22-11068 |
| Unique Customer Code: 00346233 | Name (Redacted) | 15.868194% of the amounts described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: October 25, 2023



# Creditor Data Details - Claim # 1456

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
04/03/2023

**Claim Number**
1456
**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $1,049,052.44 | | $1,049,052.44 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $1,049,052.44 | | $1,049,052.44 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| | | | | |
|---|---|---|---|---|
| 00346233 | | AAPL[160.78959352], ADA-PERP[0], AMD[618.17610021], AMZN[57.32], ARKK[442.86574053], BCH-PERP[0], BNB-PERP[0], BTC[13.5477], BTC-PERP[0], DASH-PERP[0], DOGE-PERP[0], EOS-PERP[0], ETH[169.919], ETH-PERP[0], FB[0.00290797], FTT[36.09048552], GOOGL[263.01016100], GOOGLPRE[0], HOOD[218.10287764], HT[5910.8], LINK-PERP[0], LTC[.00908495], LTC-PERP[0], NVDA[330.43215102], TRUMP[0], TRX[0.00000202], TRX-PERP[0], TSLA[100.06064368], TSLAPRE[0], USD[143847.78], USDT[94131.49391122], XRP-PERP[0], ZEC-PERP[0], ZM[85.49367905] | | TRX[.000002] |