**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Liz Santodomingo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served by the date and method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for Alameda Research Ltd - Case No. 22-11067 [Docket No. 2763]

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for Digital Custody Inc. - Case No. 22-11115 [Docket No. 2764]

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for FTX Switzerland GmbH - Case No. 22-11169 [Docket No. 2765]

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for FTX Ventures Ltd - Case No. 22-11172  [Docket No. 2766]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for West Realm Shires Financial Services Inc. - Case No. 22-11072 [Docket No. 2768]

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for LP Successor Entity LLC - Case No. 22-11158 [Docket No. 2769]

- Periodic Report Regarding Value, Operations and Profitability of Entities in which the Debtors' Estates Hold a Substantial or Controlling Interest for West Realm Shires Inc. - Case No. 22-11183 [Docket No. 2770]


At my direction and under my supervision, employees of Kroll caused the following document to be served by the date and method set forth on the United States Trustee and Unsecured Creditors Committee Service List attached hereto as **Exhibit B**:

- Ninth Interim Financial Update [Docket No. 2753]


On September 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Fee Application Service List attached hereto as **Exhibit C**:

- Tenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and Including August 31, 2023. Objection due by October 19, 2023 at 4:00 p.m. (ET) [Docket No. 2771]

- Ninth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and Including August 31, 2023. Objection due by October 19, 2023 at 4:00 p.m. (ET)[Docket No. 2772]

- Tenth Monthly Fee Statement of Sullivan & Cromwell LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and Including August 31, 2023. Objection due by October 19, 2023 at 4:00 p.m. (ET) [Docket No. 2773]

- Ninth Monthly Fee Statement of AlixPartners, LLP as Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through August 31, 2023. Objection due by October 19, 2023 at 4:00 p.m. (ET) [Docket No. 2774]

- Ninth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2023 through and Including August 31, 2023. Objection due by October 19, 2023 at 4:00 p.m. (ET) [Docket No. 2800]

On September 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Office of the United States Trustee, Attn: Juliet M. Sarkessian, Benjamin A. Hackman, David Gerardi at juliet.m.Sarkessian@usdoj.gov; benjamin.a.hackman@usdoj.gov and david.gerardi@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 22-11068 for the Month Ending: 12/31/2022 [Docket No. 2776]

- Chapter 11 Monthly Operating Report for Case Number 22-11104 for the Month Ending: 12/31/2022 [Docket No. 2777]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 for the Month Ending: 12/31/2022 [Docket No. 2778]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 for the Month Ending: 12/31/2022 [Docket No. 2779]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 for the Month Ending: 12/31/2022 [Docket No. 2780]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 for the Month Ending: 12/31/2022 [Docket No. 2781]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 for the Month Ending: 12/31/2022 [Docket No. 2782]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 for the Month Ending: 12/31/2022 [Docket No. 2783]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 for the Month Ending: 12/31/2022 [Docket No. 2784]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 for the Month Ending: 12/31/2022 [Docket No. 2785]

- Chapter 11 Monthly Operating Report for Case Number 22-11173 for the Month Ending: 12/31/2022 [Docket No. 2786]

- Chapter 11 Monthly Operating Report for Case Number 22-11066 for the Month Ending: 12/31/2022 [Docket No. 2787]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 for the Month Ending: 12/31/2022 [Docket No. 2788]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 for the Month Ending: 12/31/2022 [Docket No. 2789]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 for the Month Ending: 12/31/2022 [Docket No. 2790]

- Chapter 11 Monthly Operating Report for Case Number 22-11107 for the Month Ending: 12/31/2022 [Docket No. 2791]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 for the Month Ending: 12/31/2022 [Docket No. 2792]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 for the Month Ending: 12/31/2022 [Docket No. 2793]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 for the Month Ending: 12/31/2022 [Docket No. 2794]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 for the Month Ending: 12/31/2022 [Docket No. 2795]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 for the Month Ending: 12/31/2022 [Docket No. 2796]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 for the Month Ending: 12/31/2022 [Docket No. 2797]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 for the Month Ending: 12/31/2022 [Docket No. 2798]

- Chapter 11 Monthly Operating Report for Case Number 22-11080 for the Month Ending: 12/31/2022 [Docket No. 2799]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 for the Month Ending: 12/31/2022 [Docket No. 2801]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 for the Month Ending: 12/31/2022 [Docket No. 2802]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 for the Month Ending: 12/31/2022 [Docket No. 2803]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 for the Month Ending: 12/31/2022 [Docket No. 2804]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 for the Month Ending: 12/31/2022 [Docket No. 2805]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 for the Month Ending: 12/31/2022 [Docket No. 2806]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 for the Month Ending: 12/31/2022 [Docket No. 2807]

- Chapter 11 Monthly Operating Report for Case Number 22-11128 for the Month Ending: 12/31/2022 [Docket No. 2808]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 for the Month Ending: 12/31/2022 [Docket No. 2809]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 for the Month Ending: 12/31/2022 [Docket No. 2810]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 for the Month Ending: 12/31/2022 [Docket No. 2811]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 for the Month Ending: 12/31/2022 [Docket No. 2812]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 for the Month Ending: 12/31/2022 [Docket No. 2813]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 for the Month Ending: 12/31/2022 [Docket No. 2814]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 for the Month Ending: 12/31/2022 [Docket No. 2815]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 for the Month Ending: 12/31/2022 [Docket No. 2816]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 for the Month Ending: 12/31/2022 [Docket No. 2817]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 for the Month Ending: 12/31/2022 [Docket No. 2818]

- Chapter 11 Monthly Operating Report for Case Number 22-11973 for the Month Ending: 12/31/2022 [Docket No. 2819]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 for the Month Ending: 12/31/2022 [Docket No. 2820]

- Chapter 11 Monthly Operating Report for Case Number 22-11151 for the Month Ending: 12/31/2022 [Docket No. 2821]

- Chapter 11 Monthly Operating Report for Case Number 22-11086 for the Month Ending: 12/31/2022 [Docket No. 2822]

- Chapter 11 Monthly Operating Report for Case Number 22-11163 for the Month Ending: 12/31/2022 [Docket No. 2823]

- Chapter 11 Monthly Operating Report for Case Number 22-11152 for the Month Ending: 12/31/2022 [Docket No. 2824]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 for the Month Ending: 12/31/2022 [Docket No. 2825]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 for the Month Ending: 12/31/2022 [Docket No. 2826]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 for the Month Ending: 12/31/2022 [Docket No. 2827]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 for the Month Ending: 12/31/2022 [Docket No. 2828]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 for the Month Ending: 12/31/2022 [Docket No. 2829]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 for the Month Ending: 12/31/2022 [Docket No. 2830]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 for the Month Ending: 12/31/2022 [Docket No. 2831]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 for the Month Ending: 12/31/2022 [Docket No. 2832]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 for the Month Ending: 12/31/2022 [Docket No. 2833]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 for the Month Ending: 12/31/2022 [Docket No. 2834]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 for the Month Ending: 12/31/2022 [Docket No. 2835]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 for the Month Ending: 12/31/2022 [Docket No. 2836]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 for the Month Ending: 12/31/2022 [Docket No. 2837]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 for the Month Ending: 12/31/2022 [Docket No. 2838]

- Chapter 11 Monthly Operating Report for Case Number 22-11164 for the Month Ending: 12/31/2022 [Docket No. 2839]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 for the Month Ending: 12/31/2022 [Docket No. 2840]

- Chapter 11 Monthly Operating Report for Case Number 22-11165 for the Month Ending: 12/31/2022 [Docket No. 2841]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 for the Month Ending: 12/31/2022 [Docket No. 2842]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 for the Month Ending: 12/31/2022 [Docket No. 2843]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 for the Month Ending: 12/31/2022 [Docket No. 2844]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 for the Month Ending: 12/31/2022 [Docket No. 2845]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 for the Month Ending: 12/31/2022 [Docket No. 2846]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 for the Month Ending: 12/31/2022 [Docket No. 2847]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 for the Month Ending: 12/31/2022 [Docket No. 2848]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 for the Month Ending: 12/31/2022 [Docket No. 2849]

- Chapter 11 Monthly Operating Report for Case Number 22-11091 for the Month Ending: 12/31/2022 [Docket No. 2850]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 for the Month Ending: 12/31/2022 [Docket No. 2851]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 for the Month Ending: 12/31/2022 [Docket No. 2852]

- Chapter 11 Monthly Operating Report for Case Number 22-11092 for the Month Ending: 12/31/2022 [Docket No. 2853]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 for the Month Ending: 12/31/2022 [Docket No. 2854]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 for the Month Ending: 12/31/2022 [Docket No. 2855]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 for the Month Ending: 12/31/2022 [Docket No. 2856]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 for the Month Ending: 12/31/2022 [Docket No. 2857]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 for the Month Ending: 12/31/2022 [Docket No. 2858]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 for the Month Ending: 12/31/2022 [Docket No. 2859]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 for the Month Ending: 12/31/2022 [Docket No. 2860]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 for the Month Ending: 12/31/2022 [Docket No. 2861]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 for the Month Ending: 12/31/2022 [Docket No. 2862]

- Chapter 11 Monthly Operating Report for Case Number 22-11103 for the Month Ending: 12/31/2022 [Docket No. 2863]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 (West Realm Shires Inc.) for the Month Ending: 12/31/2022 [Docket No. 2864]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 for the Month Ending: 12/31/2022 [Docket No. 2865]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 for the Month Ending: 12/31/2022 [Docket No. 2866]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 for the Month Ending: 12/31/2022 [Docket No. 2867]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 for the Month Ending: 12/31/2022 [Docket No. 2868]

- Chapter 11 Monthly Operating Report for Case Number 22-11119 for the Month Ending: 12/31/2022 [Docket No. 2869]

- Chapter 11 Monthly Operating Report for Case Number 22-11132 (Zubr Exchange Ltd) for the Month Ending: 12/31/2022 [Docket No. 2870]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 for the Month Ending: 12/31/2022 [Docket No. 2871]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 for the Month Ending: 12/31/2022 [Docket No. 2872]

- Chapter 11 Monthly Operating Report for Case Number 22-11122 for the Month Ending: 12/31/2022 [Docket No. 2873]

- Chapter 11 Monthly Operating Report for Case Number 22-11169 for the Month Ending: 12/31/2022 [Docket No. 2874]

- Chapter 11 Monthly Operating Report for Case Number 22-11123 for the Month Ending: 12/31/2022 [Docket No. 2875]

- Chapter 11 Monthly Operating Report for Case Number 22-11068 for the Month Ending: 1/31/2023 [Docket No. 2876]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 for the Month Ending: 1/31/2023 [Docket No. 2877]

- Chapter 11 Monthly Operating Report for Case Number 22-11104 for the Month Ending: 1/31/2023 [Docket No. 2878]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 for the Month Ending: 1/31/2023 [Docket No. 2879]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 for the Month Ending: 1/31/2023 [Docket No. 2880]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 for the Month Ending: 1/31/2023 [Docket No. 2881]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 for the Month Ending: 1/31/2023 [Docket No. 2882]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 for the Month Ending: 1/31/2023 [Docket No. 2883]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 for the Month Ending: 1/31/2023 [Docket No. 2884]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 for the Month Ending: 1/31/2023 [Docket No. 2885]

- Chapter 11 Monthly Operating Report for Case Number 22-11066 for the Month Ending: 1/31/2023 [Docket No. 2886]

- Chapter 11 Monthly Operating Report for Case Number 22-11173 for the Month Ending: 1/31/2023 [Docket No. 2887]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 for the Month Ending: 1/31/2023 [Docket No. 2888]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 for the Month Ending: 1/31/2023 [Docket No. 2889]

- Chapter 11 Monthly Operating Report for Case Number 22-11107 for the Month Ending: 1/31/2023 [Docket No. 2890]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 for the Month Ending: 1/31/2023 [Docket No. 2891]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 for the Month Ending: 1/31/2023 [Docket No. 2892]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 for the Month Ending: 1/31/2023 [Docket No. 2893]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 for the Month Ending: 1/31/2023 [Docket No. 2894]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 for the Month Ending: 1/31/2023 [Docket No. 2895]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 for the Month Ending: 1/31/2023 [Docket No. 2896]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 for the Month Ending: 1/31/2023 [Docket No. 2897]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 for the Month Ending: 1/31/2023 [Docket No. 2898]

- Chapter 11 Monthly Operating Report for Case Number 22-11080 for the Month Ending: 1/31/2023 [Docket No. 2899]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 for the Month Ending: 1/31/2023 [Docket No. 2900]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 for the Month Ending: 1/31/2023 [Docket No. 2901]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 for the Month Ending: 1/31/2023 [Docket No. 2902]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 for the Month Ending: 1/31/2023 [Docket No. 2903]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 for the Month Ending: 1/31/2023 [Docket No. 2904]

- Chapter 11 Monthly Operating Report for Case Number 22-11128 for the Month Ending: 1/31/2023 [Docket No. 2905]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 for the Month Ending: 1/31/2023 [Docket No. 2906]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 for the Month Ending: 1/31/2023 [Docket No. 2907]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 for the Month Ending: 1/31/2023 [Docket No. 2908]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 for the Month Ending: 1/31/2023 [Docket No. 2909]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 for the Month Ending: 1/31/2023 [Docket No. 2910]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 for the Month Ending: 1/31/2023 [Docket No. 2911]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 for the Month Ending: 1/31/2023 [Docket No. 2912]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 for the Month Ending: 1/31/2023 [Docket No. 2913]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 for the Month Ending: 1/31/2023 [Docket No. 2914]

- Chapter 11 Monthly Operating Report for Case Number 22-11073 for the Month Ending: 1/31/2023 [Docket No. 2915]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 for the Month Ending: 1/31/2023 [Docket No. 2916]

- Chapter 11 Monthly Operating Report for Case Number 22-11151 for the Month Ending: 1/31/2023 [Docket No. 2917]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 for the Month Ending: 1/31/2023 [Docket No. 2918]

- Chapter 11 Monthly Operating Report for Case Number 22-11086 for the Month Ending: 1/31/2023 [Docket No. 2919]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 for the Month Ending: 1/31/2023 [Docket No. 2920]

- Chapter 11 Monthly Operating Report for Case Number 22-11152 for the Month Ending: 1/31/2023 [Docket No. 2921]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 for the Month Ending: 1/31/2023 [Docket No. 2922]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 for the Month Ending: 1/31/2023 [Docket No. 2923]

- Chapter 11 Monthly Operating Report for Case Number 22-11163 for the Month Ending: 1/31/2023 [Docket No. 2924]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 for the Month Ending: 1/31/2023 [Docket No. 2925]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 for the Month Ending: 1/31/2023 [Docket No. 2926]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 for the Month Ending: 1/31/2023 [Docket No. 2927]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 for the Month Ending: 1/31/2023 [Docket No. 2928]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 for the Month Ending: 1/31/2023 [Docket No. 2929]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 for the Month Ending: 1/31/2023 [Docket No. 2930]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 for the Month Ending: 1/31/2023 [Docket No. 2931]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 for the Month Ending: 1/31/2023 [Docket No. 2932]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 for the Month Ending: 1/31/2023 [Docket No. 2933]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 for the Month Ending: 1/31/2023 [Docket No. 2934]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 for the Month Ending: 1/31/2023 [Docket No. 2935]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 for the Month Ending: 1/31/2023 [Docket No. 2936]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 for the Month Ending: 1/31/2023 [Docket No. 2937]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 for the Month Ending: 1/31/2023 [Docket No. 2938]

- Chapter 11 Monthly Operating Report for Case Number 22-11164 for the Month Ending: 1/31/2023 [Docket No. 2939]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 for the Month Ending: 1/31/2023 [Docket No. 2940]

- Chapter 11 Monthly Operating Report for Case Number 22-11165 for the Month Ending: 1/31/2023 [Docket No. 2941]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 for the Month Ending: 1/31/2023 [Docket No. 2942]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 for the Month Ending: 1/31/2023 [Docket No. 2943]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 for the Month Ending: 1/31/2023 [Docket No. 2944]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 for the Month Ending: 1/31/2023 [Docket No. 2945]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 for the Month Ending: 1/31/2023 [Docket No. 2946]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 for the Month Ending: 1/31/2023 [Docket No. 2947]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 for the Month Ending: 1/31/2023 [Docket No. 2948]

- Chapter 11 Monthly Operating Report for Case Number 22-11091 for the Month Ending: 1/31/2023 [Docket No. 2949]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 for the Month Ending: 1/31/2023 [Docket No. 2950]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 for the Month Ending: 1/31/2023 [Docket No. 2951]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 for the Month Ending: 1/31/2023 [Docket No. 2952]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 for the Month Ending: 1/31/2023 [Docket No. 2953]

- Chapter 11 Monthly Operating Report for Case Number 22-11092 for the Month Ending: 1/31/2023 [Docket No. 2954]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 for the Month Ending: 1/31/2023 [Docket No. 2955]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 for the Month Ending: 1/31/2023 [Docket No. 2956]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 for the Month Ending: 1/31/2023 [Docket No. 2957]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 for the Month Ending: 1/31/2023 [Docket No. 2958]

- Chapter 11 Monthly Operating Report for Case Number 22-11103 for the Month Ending: 1/31/2023 [Docket No. 2959]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 for the Month Ending: 1/31/2023 [Docket No. 2960]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 for the Month Ending: 1/31/2023 [Docket No. 2961]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 for the Month Ending: 1/31/2023 [Docket No. 2962]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 for the Month Ending: 1/31/2023 [Docket No. 2963]

- Chapter 11 Monthly Operating Report for Case Number 22-11119 for the Month Ending: 1/31/2023 [Docket No. 2964]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 for the Month Ending: 1/31/2023 [Docket No. 2965]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 for the Month Ending: 1/31/2023 [Docket No. 2966]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 for the Month Ending: 1/31/2023 [Docket No. 2967]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 for the Month Ending: 1/31/2023 [Docket No. 2968]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 for the Month Ending: 1/31/2023 [Docket No. 2969]

- Chapter 11 Monthly Operating Report for Case Number 22-11122 for the Month Ending: 1/31/2023 [Docket No. 2970]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 for the Month Ending: 1/31/2023 [Docket No. 2971]

- Chapter 11 Monthly Operating Report for Case Number 22-11169 for the Month Ending: 1/31/2023 [Docket No. 2972]

- Chapter 11 Monthly Operating Report for Case Number 22-11132 for the Month Ending: 1/31/2023 [Docket No. 2973]

- Chapter 11 Monthly Operating Report for Case Number 22-11123 for the Month Ending: 1/31/2023 [Docket No. 2974]


Dated: October 30, 2023

/s/ Liz Santodomingo
Liz Santodomingo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 30, 2023, by Liz Santodomingo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE 27 CRIMSON KING DRIVE BEAR DE 19701 | AMS@SACCULLOLEGAL.COM MEG@SACCULLOLEGAL.COM | Email on September 30, 2023 |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE 500 DELAWARE AVENUE 8TH FLOOR WILMINGTON DE 19899-1150 | MDEBAECKE@ASHBYGEDDES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR 500 DELAWARE AVENUE, 8TH FLOOR P.O. BOX 1150 WILMINGTON DE 19899 | RPALACIO@ASHBYGEDDES.COM GTAYLOR@ASHBYGEDDES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA P.O. BOX 3001 MALVERN PA 19355-0701 | | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | BOERSCH & ILLOVSKY LLP | ATTN: SHARON FRASE 1611 TELEGRAPH AVE., SUITE 806 OAKLAND CA 94612 | SHARON@BOERSCH-ILLOVSKY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900 SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER CRESCENT CENTER, SUITE 500 6075 POPLAR AVENUE, P.O. BOX 171443 MEMPHIS TN 38187 | JEB.BAILEY@BUTLERSNOW.COM CAM.HILLYER@BUTLERSNOW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND 2911 TURTLE CREEK BLVD., SUITE 1400 DALLAS TX 75219 | MARTIN.SOSLAND@BUTLERSNOW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO SILICON VALLEY ACCOUNTANTS | CARR MALONEY P.C. | ATTN: J. PETER GLAWS, IV, ESQ. 2000 PENNSYLVANIA AVE, NW STE. 8001 WASHINGTON DC 20006 | PETER.GLAWS@CARRMALONEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO PI-CRYPTO LTD., PI 1.0 LP | CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN 28 LIBERTY STREET 41ST FLOOR NEW YORK NY 10005 | BANKRUPTCY@CLM.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER ONE LIBERTY PLAZA NEW YORK NY 10006 | JVANLARE@CGSH.COM BHAMMER@CGSH.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ. 500 DELAWARE AVENUE SUITE 1410 WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM AROTH-MOORE@COLESCHOTZ.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | ATTN: MARTIN B. WHITE SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST STREET NW WASHINGTON DC 20581 | MWHITE@CFTC.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | ATTN: CULLEN D. SPECKHART 1299 PENNSYLVANIA AVENUE NW SUITE 700 WASHINGTON DC 20004 | CSPECKHART@COOLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS 55 HUDSON YARDS NEW YORK NY 10001 | MKLEIN@COOLEY.COM AHWU@COOLEY.COM CPIGNATELLI@COOLEY.COM ERICHARDS@COOLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AAVCF3 LP, ADAPT VC LLC, AKHIL PAUL, BAUDOIN, KIARA, CAROL H. DUGGAN REVOCABLE LIVING TRUST, CATHEXIS SUBSIDIARIES GP, LLC; CATHEXIS VENTURES, LP, CLARK, DEREK, DUARTE, JONATHAN, DWYER, JOHN, EM FUND I, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, FAIRCHILD FUND III, LLC, FERRARI, MICHAEL, FRANK, AARON, FUND I, A SERIES OF 20VC, LP, FUND I, A SERIES OF NOT BORING CAPITAL, LP, GARDNER, CLAYTON, GILES, MICHAEL, HARLAND GROUP LLC, HARPER, CHRISTOPHER, HARPER, STEPHEN, JABRE, PHILIPPE, JOHNSON, BRENT, KV5 PTY LTD ATF KV5 TRUST, KERR INVESTMENT HOLDINGS PTY LTD A/T/F THE KERR FAMILY TRUST, KICK THE HIVE LLC, LONDERGAN, BENJAMIN, LOVERO, JUSTIN, LYON, MATTHEW, MANN, BRANDON, MEENTS, DAVID, MOTIVATE VENTURES FUND I, LP, MOTIVATE VENTURES QP FUND I, LP, NICHOLS, JAMES, NORDBY, CHRISTIAN, OPERATOR PARTNERS, LLC, PERCOCO, JOE, PETER T. LAWLER LIVING TRUST, PRUVEN CAPITAL PARTNERS FUND I, LP, S20, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, SWS HOLDING COMPANY, LLC STUART SOPP, SAUGSTAD, MONIQUE, SILVERSTONE VENTURE INVESTMENTS LIMITED, SLATE, JOSHUA ALLEN, SOMA CAPITAL FUND, III, LP, SOMA CAPITAL FUND III PARTNERS LLC, SOPP, STUART, THE GARDNER 2008 LIVING TRUST, THOMAS G. MIGLIS REVOCABLE TRUST, TRIPLEPOINT PRIVATE VENTURE CREDIT INC., TRIPLEPOINT VENTURE LENDING FUND, LLC, TRIPLEPOINT VENTURES 5 LLC, VENTURESOUQ CAPITAL SPC O/B/O VSQ SP 59 (YCS20), WEINER, JONATHAN, WEVER, DENA, YASELLERAPH FINANCE PTY LTD ATF YASELLERAPH FINANCE TRUST, YOUNG, CHRISTOPHER, Z PERRET TRUST, 9YARDS CAPITAL INVESTMENTS II LLP AND WILLIAM HOCKEY LIVING TRUST | COOLEY LLP | ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS NEW YORK NY 10001 | PBOWMAN@COOLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ. BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, SUITE 301 WILMINGTON DE 19801 | SCOTT.COUSINS@COUSINS-LAW.COM SCOTT.JONES@COUSINS-LAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH STREET 55TH FLOOR NEW YORK NY 10007 | ESCHMIDT@COZEN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA 1201 N. MARKET STREET, SUITE 1001 WILMINGTON DE 19801 | TFRANCELLA@COZEN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS | CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON 1105 NORTH MARKET STREET SUITE 901 WILMINGTON DE 19801 | CSIMON@CROSSLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ. 66 HUDSON BOULEVARD NEW YORK NY 10001 | NLABOVITZ@DEBEVOISE.COM EWORENKLEIN@DEBEVOISE.COM MCGODBE@DEBEVOISE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL 66 HUDSON BOULEBARD NEW YORK NY 10001 | SLEVINSON@DEBEVOISE.COM JBALL@DEBEVOISE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX P.O. BOX 898 DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 | STATETREASURER@STATE.DE.US | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI 1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS NY 11042 | AMISH@DOSHILEGAL.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO CADIAN | EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ, JUDITH SWARTZ, ESQ. 120 BROADWAY, 32ND FLOOR NEW YORK NY 10271 | JSWARTZ@EMMETMARVIN.COM TPITTA@EMMETMARVIN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 | | First Class Mail on October 2, 2023 |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | First Class Mail on October 2, 2023 |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON 700 SIXTH STREET NW, SUITE 700 WASHINGTON DC 20001 | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK 227 WEST MONROE STREET, SUITE 6000 CHICAGO IL 60606 | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 2 of 8

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM<br>LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO IL 60654 | MSMALL@FOLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK NY 10016 | SRUPPENTHAL@FOLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BRANDON WILLIAMS | GEBHARDT & SMITH LLP | ATTN: GREGORY L. ARBOGAST<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19081 | GARBOGAST@GEBSMITH.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ.<br>ONE PENN PLAZA<br>SUITE 3100<br>NEW YORK NY 10119 | SSIMON@GOETZFITZ.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST<br>STE 2600<br>LOS ANGELES CA 90067-4590 | BDAVIDOFF@GREENBERGGLUSKER.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS | HOGAN LOVELLS US LLP | ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER,<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | DENNIS.TRACEY@HOGANLOVELLS.COM<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK NY 10019 | WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>SHARDUL.DESAI@HKLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail on October 2, 2023 |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail on October 2, 2023 |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | JOYCE, LLC | ATTN: MICHAEL J. JOYCE, ESQ.<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON DC 20006-1600 | BRIAN.KOOSED@KLGATES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: ROBERT T. HONEYWELL, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6030 | ROBERT.HONEYWELL@KLGATES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ,<br>600 N. KING STREET<br>SUITE 901<br>WILMINGTON DE 19801 | STEVEN.CAPONI@KLGATES.COM<br>MATTHEW.GOELLER@KLGATES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO GABRIEL RECCHIA | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809 | AMK@KASHISHIANLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | KELLER BENVENUTTI KIM LLP | ATTN: JANE KIM, GABRIELLE L. ALBERT<br>650 CALIFORNIA ST. #1900<br>SAN FRANCISCO CA 94108 | JKIM@KBKLLP.COM<br>GALBERT@KBKLLP.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS<br>301 MAIN ST., SUITE 1600<br>BATON ROUGE LA 70801 | LOUIS.PHILLIPS@KELLYHART.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500<br>FORT WORTH TX 76102 | MICHAEL.ANDERSON@KELLYHART.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM | Email on September 30, 2023 |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | LEWIS ROCA ROTHGERBER CHRISTIE LLP | ATTN: BRENT R. COHEN, CHAD S. CABY<br>1601 19TH STREET, SUITE 1000<br>DENVER CO 80202-2995 | BCOHEN@LEWISROCA.COM<br>CCABY@LEWISROCA.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO PHALA LTD. | LOCKE LORD LLP | ATTN: IRA S. GREENE<br>200 VESEY STREET<br>NEW YORK NY 10281 | IRA.GREENE@LOCKELORD.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE TN 37213 | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO SILICON VALLEY ACCOUNTANTS | MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 800<br>WILMINGTON DE 19801 | JHUGGETT@MARGOLISEDELSTEIN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: CELINE E. DE LA FOSCADE-CONDON<br>100 CAMBRIDGE STREET, P.O. BOX 9565<br>BOSTON MA 02114 | DELAFOSCAC@DOR.STATE.MA.US | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LIGHTCONE INFRASTRUCTURE | MCCARTER & ENGLISH LLP | ATTN: KATE ROGGIO BUCK<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | KBUCK@MCCARTER.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOHN J. CALANDRA<br>JOSEPH B. EVANS, ELIZABETH RODD<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017-3852 | DAZMAN@MWE.COM<br>JCALANDRA@MWE.COM<br>JBEVANS@MWE.COM<br>ERODD@MWE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: MARIS J. KANDESTIN<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET, 10TH FLOOR<br>WILMINGTON DE 19801 | MKANDESTIN@MWE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY, NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, DAVID P. PRIMACK<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM<br>DPRIMACK@MDMC-LAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET<br>SUITE 1401<br>NEWARK NJ 07102 | JBERNSTEIN@MDMC-LAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ.<br>1300 MT. KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962 | MMORANO@MDMC-LAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD<br>225 LIBERTY STREET<br>36TH FLOOR<br>NEW YORK NY 10281 | NLEONARD@MDMC-LAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | BANKRUPTCY UNIT<br>200 NW 2ND AVENUE, #430<br>MIAMI FL 33128 | PRISCILLA.WINDLEY@MIAMIDADE.GOV<br>MDTCBKC@MIAMIDADE.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | DEECF@DOR.MO.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE<br>1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON DE 19801 | JODY.BARILLARE@MORGANLEWIS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER<br>1701 MARKET STREET<br>PHILADELPHIA PA 19103 | JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK NY 10178 | JOSHUA.DORCHAK@MORGANLEWIS.COM<br>DAVID.SHIM@MORGANLEWIS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LAURENCE BEAL | MORRIS JAMES LLP | ATTN: ERIC J. MONZO; SARAH M. ENNIS<br>TARA C. PAKROUTH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM<br>SENNIS@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON DE 19801 | DABBOTT@MORRISNICHOLS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>WILMINGTON DE 19801 | MHARVEY@MORRISNICHOLS.COM<br>PTOPPER@MORRISNICHOLS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT, JASON P. GOTTLIEB<br>909 THIRD AVENUE<br>27TH FLOOR<br>NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM<br>HROSENBLAT@MORRISONCOHEN.COM<br>JGOTTLIEB@MORRISONCOHEN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email on September 30, 2023 |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON<br>40 CAPITOL SQUARE, S.W.<br>ATLANTA GA 30334 | APATTERSON@LAW.GA.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN<br>P.O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING<br>P. O. BOX 40100<br>OLYMPIA WA 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING<br>100 W. RANDOLPH ST.<br>SUITE 13-225<br>CHICAGO IL 60601 | JOHN.REDING@ILAG.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKDELAWARE@AG.TN.GOV | First Class Mail on October 2, 2023 |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ADDRESS ON FILE | | Overnight Mail on October 2, 2023 |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | JULIET.M.SARKESSIAN@USDOJ.GOV<br>BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO D1 VENTURES | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19801 | TKAPUR@PSZJLAW.COM<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN<br>200 PARK AVENUE<br>NEW YORK NY 10166 | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELIZABETH WANG, DANIEL A. MASON<br>500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32<br>WILMINGTON DE 19899-0032 | DMASON@PAULWEISS.COM<br>EWANG@PAULWEISS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 | WCLAREMAN@PAULWEISS.COM GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: RANDALL S. LUSKEY 535 MISSION STREET 24TH FLOOR SAN FRANCISCO CA 94105 | RLUSKEY@PAULWEISS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875 NASSAU THE BAHAMAS | BSIMMS@LENNOXPATON.COM KEVIN.CAMBRIDGE@PWC.COM PETER.GREAVES@HK.PWC.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN STREET, SUITE 450 WHITE PLAINS NY 10601 | NPASALIDES@REICHPC.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | GROSS@RLF.COM HEATH@RLF.COM QUEROLI@RLF.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400 SEATTLE WA 98104 | FREDERICK.CHANG@RIMONLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI 2029 CENTURY PARK EAST, SUITE 400N LOS ANGELES CA 90067 | JACQUELYN.CHOI@RIMONLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON 1201 N. MARKET STREET SUITE 1406 WILMINGTON DE 19801 | JEDMONSON@RC.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON, ESQ. 1201 N. MARKET STREET SUITE 1406 WILMINGTON DE 19801 | JEDMONSON@RC.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | SAUL EWING LLP | ATTN: LUCIAN B. MURLEY 1201 NORTH MARKET STREET, SUITE 2300 P.O. BOX 1266 WILMINGTON DE 19899 | LUKE.MURLEY@SAUL.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET SUITE 1200 WILMINGTON DE 19801 | DPEREIRA@STRADLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE<br>SUITE 2000<br>NEW YORK NY 10017 | DREPEROWITZ@STRADLEY.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN TX 78746 | STREUSAND@SLOLLP.COM<br>NGUYEN@SLOLLP.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM | Email on September 30, 2023 |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE  ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE<br>27777 FRANKLIN ROAD<br>SUITE 2500<br>SOUTHFIELD MI 48034 | PHAGE@TAFTLAW.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | THE DALEY LAW FIRM | ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE<br>SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | THE ROSNER LAW GROUP LLC | ATTN: ZHAO RUBY LIU, FREDERICK B. ROSNER<br>824 N. MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU THE BAHAMAS | INFO@SCB.GOV.BS | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR PARADIGM OPERATIONS LP | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN SMITH<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | EVELYN.MELTZER@TROUTMAN.COM<br>MARCY.SMITH@TROUTMAN.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | WARD.W.BENSON@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ATTN: ELISABETH M. BRUCE<br>P.O. BOX 227<br>WASHINGTON DC  20044 | ELISABETH.M.BRUCE@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail on October 2, 2023 |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN<br>1201 N. MARKET ST.<br>SUITE 1400<br>WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>1270 AVENUE OF THE AMERICAS<br>24TH FLOOR<br>NEW YORK NY 10020 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>151 WEST 42ND ST., 48TH FLOOR<br>NEW YORK NY 10036 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD<br>89 MAIN STREET, THIRD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, ESQ.<br>52 EAST GAY STREET<br>P.O. BOX 1008<br>COLUMBUS OH 43216-1008 | TSCOBB@VORYS.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | JESSICA.LAURIA@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>BRIAN.PFEIFFER@WHITECASE.COM<br>MARK.FRANKE@WHITECASE.COM<br>BRETT.BAKEMEYER@WHITECASE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM<br>RKEBRDLE@WHITECASE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO DEFENDANT CAROLINE ELLISON | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PETER G. NEIMAN, NICHOLAS WERLE<br>7 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK NY 10007 | PETER.NEIMAN@WILMERHALE.COM<br>NICK.WERLE@WILMERHALE.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM | Email on September 30, 2023 and First Class Mail on October 2, 2023 |

**Exhibit B**

Exhibit B
United States Trustee and Unsecured Creditors Committee Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | 844 KING STREET, ROOM 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV | EMAIL ON SEPTEMBER 30, 2023 AND FIRST CLASS MAIL ON OCTOBER 2, 2023 |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; | EMAIL ON SEPTEMBER 30, 2023 AND FIRST CLASS MAIL ON OCTOBER 2, 2023 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MLUNN@YCST.COM; RPOPPITI@YCST.COM | EMAIL ON SEPTEMBER 30, 2023 AND FIRST CLASS MAIL ON OCTOBER 2, 2023 |

**Exhibit C**

Exhibit C
Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS / KIMBERLY A. BROWN | LANDIS@LRCLAW.COM, BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN, DAVID GERARDI | JULIET.M.SARKESSIAN@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |