# **EXHIBIT A**

## **Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | September 13, 2023 |
| 200 Park Avenue | Invoice Number: | 50045782 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re: FTX
    Billing Period through August 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 150,757.00 |
| Disbursements | $ | 286.26 |
| Total Due This Invoice | $ | 151,043.26 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/03/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 08/03/23 | DLASK | Update critical dates memo | B001 | 0.60 | 219.00 |
| 08/03/23 | RFPOP | Review and analyze debtors motion to dismiss FTX Exchange FZE chapter 11 case and related declaration | B001 | 0.50 | 445.00 |
| 08/04/23 | MLUNN | Review FTI presentation and analysis of budget provided to UCC | B001 | 0.30 | 307.50 |
| 08/07/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 08/09/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 08/09/23 | RFPOP | Emails from J. Kochenash and Paul Hastings (Gabe Sasson) re: case mediation issues, and consider related issues re: same | B001 | 0.20 | 178.00 |
| 08/11/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 08/15/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 08/17/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 08/17/23 | MLUNN | Correspondence from UST re: questions related to the committee members continued service | B001 | 0.10 | 102.50 |
| 08/17/23 | RFPOP | Email from UST re: committee composition | B001 | 0.10 | 89.00 |
| 08/18/23 | CWALL | Circulate new filings | B001 | 0.10 | 35.50 |
| 08/18/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 08/18/23 | RFPOP | Email from Paul Hastings (Kris Hansen) re: UST inquiry re: committee composition | B001 | 0.10 | 89.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/21/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 08/22/23 | JKOCH | Email correspondence with M. Lunn and Paul Hastings re: ad hoc fees | B001 | 0.20 | 112.00 |
| 08/23/23 | DLASK | Review dockets, Update critical dates memo | B001 | 1.20 | 438.00 |
| 08/23/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 08/23/23 | RFPOP | Emails to and from Paul Hastings (Jack Iaffaldano) and UST re: appendix for UST examiner motion appeal | B001 | 0.40 | 356.00 |
| 08/28/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 08/31/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 08/14/23 | MLUNN | Correspondence with I. Sasson, K. Pasquale and R. Poppiti re: potential status conference request | B002 | 0.20 | 205.00 |
| 08/16/23 | MLUNN | Correspondence with R. Poppiti and correspondence with K. Brown re: request for status conference at August 23rd hearing | B002 | 0.20 | 205.00 |
| 08/16/23 | RFPOP | Emails to and from counsel for debtors (Adam Landis and Kim Brown) and Chambers, call with Paul Hastings (Isaac Sasson) and call with Kim Brown re: committee request for status conference at August 23rd omnibus hearing | B002 | 0.50 | 445.00 |
| 08/17/23 | MLUNN | Correspondence with Chambers re: requested status conference | B002 | 0.10 | 102.50 |
| 08/21/23 | MLUNN | Correspondence with I. Sasson re: August 23rd hearing | B002 | 0.10 | 102.50 |
| 08/21/23 | MLUNN | Review agenda re: August 23rd hearing and correspondence with I. Sasson re: same | B002 | 0.20 | 205.00 |
| 08/21/23 | RFPOP | Review and analyze agenda for August 23rd hearing, and emails to and from M. Lunn and Paul Hastings (Isaac Sasson) and call from counsel for debtors (Kim Brown) re: same | B002 | 0.20 | 178.00 |
| 08/23/23 | MLUNN | Review and provide comments to draft status presentation outline | B002 | 0.40 | 410.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:             September 13, 2023
Invoice Number:                     50045782
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/23/23 | MLUNN | Review pleadings in preparation for hearing (.6); meet with K. Hansen and G. Sasson re: hearing issues and preparation (.9); attend hearing (2.8); meeting with K. Hansen and G. Sasson re: follow-up from hearing and related strategy (1.5) | B002 | 5.80 | 5,945.00 |
| 08/23/23 | RFPOP | Attend August 23rd omnibus hearing (2.6), and emails to and from M. Lunn and Paul Hastings (Kris Hansen) (.2) in preparation for same | B002 | 2.80 | 2,492.00 |
| 08/31/23 | MLUNN | Review July financial report | B004 | 0.20 | 205.00 |
| 08/09/23 | RFPOP | Review and analyze debtors fourth rejection motion | B005 | 0.20 | 178.00 |
| 08/31/23 | RFPOP | Review and analyze debtors fifth omnibus rejection motion | B005 | 0.20 | 178.00 |
| 08/02/23 | RFPOP | Review and analyze debtors University of Toronto and Stripe settlement/turnover motions | B006 | 0.40 | 356.00 |
| 08/03/23 | RFPOP | Review and analyze debtors IEX settlement motion and related declaration | B006 | 0.80 | 712.00 |
| 08/03/23 | RFPOP | Review and finalize for filing joint committee and debtors counter designations and committee pro hacs motions for UST customer sealing motion appeal, and emails to and from D. Laskin, Paul Hastings (Jack Iaffaldano) and counsel for debtors (Julie Kapoor and Matt Pierce) re: same | B006 | 0.50 | 445.00 |
| 08/07/23 | RFPOP | Review and analyze FTI summery of debtors updated cash flow forecast, and email from FTI (Brian Bromberg) re: same | B006 | 0.20 | 178.00 |
| 08/11/23 | RFPOP | Review and analyze debtors de minimis asset sale notice for UVM Signum assets | B006 | 0.10 | 89.00 |
| 08/15/23 | RFPOP | Email from UST re: comments to debtors litigation settlement procedures motion | B006 | 0.10 | 89.00 |
| 08/16/23 | RFPOP | Review and analyze draft revised proposed order for debtors Stripe/BiLira turnover motion, and emails from Paul Hastings (Gabe Sasson), counsel for debtors (Alexa Kranzley) and UST re: same | B006 | 0.10 | 89.00 |
| 08/18/23 | RFPOP | Email from UST re: dismissal of UST customer sealing motion appeal; email to and from Paul Hastings (Jack Iaffaldano) re: customer sealing order | B006 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                September 13, 2023
Invoice Number:                       50045782
Matter Number:                     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/21/23 | MLUNN | Correspondence from UST and review motion re: dismissal of customer sealing order appeal | B006 | 0.10 | 102.50 |
| 08/21/23 | RFPOP | Review and analyze media opening brief in medial customer sealing motion appeal | B006 | 0.80 | 712.00 |
| 08/21/23 | RFPOP | Review and analyze revised proposed order from debtors for debtors motion to establish settlement procedures | B006 | 0.10 | 89.00 |
| 08/21/23 | RFPOP | Review and analyze UST motion to dismiss UST customer sealing motion appeal | B006 | 0.10 | 89.00 |
| 08/22/23 | MLUNN | Correspondence with G. Sasson re: Debtors' agreement to pay ad hoc committee fees (.1); review precedent (.2) and correspondence with R. Poppiti and J. Kochenash re: same (.1) | B006 | 0.40 | 410.00 |
| 08/22/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Gabe Sasson and Isaac Sasson) re: debtors request to pay fees and expenses of ad hoc customer group | B006 | 0.30 | 267.00 |
| 08/24/23 | MLUNN | Analyze motion to approve reimbursement of fees and expenses of counsel and advisors for ad hoc committee | B006 | 0.60 | 615.00 |
| 08/24/23 | MLUNN | Analysis of coin monetization motion | B006 | 0.50 | 512.50 |
| 08/24/23 | MLUNN | Review motion to approve engagement of Galaxy and investment agreement re: coin monetization | B006 | 0.30 | 307.50 |
| 08/24/23 | RFPOP | Review and analyze debtors motion to approve token monetization procedures, and email from Paul Hastings (Erez Gilad) re: same | B006 | 0.40 | 356.00 |
| 08/24/23 | RFPOP | Review and analyze debtors motion to approve fee reimbursement agreements with ad hoc customer group professionals | B006 | 0.50 | 445.00 |
| 08/25/23 | RFPOP | Review and analyze debtors motion to engage investment advisor for token monetization process | B006 | 0.40 | 356.00 |
| 08/28/23 | MLUNN | Correspondence with E. Gilad re token monetization | B006 | 0.10 | 102.50 |
| 08/28/23 | MLUNN | Correspondence with UCC members and K. Hansen re motion to pay ad hoc fees | B006 | 0.20 | 205.00 |
| 08/28/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: debtors motion to approve token monetization process | B006 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date: September 13, 2023
Invoice Number: 50045782
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/30/23 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: debtors motion to pay fees and expenses of ad hoc customer group | B006 | 0.10 | 89.00 |
| 08/31/23 | MLUNN | Review request for 3d circuit precedent in connection with request for reimbursement of ad hoc fees and related correspondence with G. Sasson and R. Poppiti | B006 | 0.30 | 307.50 |
| 08/31/23 | RFPOP | Emails to and from M. Lunn, J. Kochenash and Paul Hastings (Gabe Sasson) re: debtors motion to approve fee and expense reimbursement agreements with ad hoc customer group professionals | B006 | 0.20 | 178.00 |
| 08/31/23 | RFPOP | Review and analyze summary from PWP of de minimis asset sale offers for venture portfolio, and email from PWP (Nikhil Velivela) re: same | B006 | 0.10 | 89.00 |
| 08/02/23 | MLUNN | Review motion to approve settlement with University of Toronto | B007 | 0.10 | 102.50 |
| 08/09/23 | RFPOP | Review and analyze ad hoc customer group amended 2019 statement | B007 | 0.10 | 89.00 |
| 08/16/23 | MLUNN | Review draft statement re: Genesis settlement motion | B007 | 0.30 | 307.50 |
| 08/16/23 | RFPOP | Email to and from Paul Hastings (Ken Pasquale and Isaac Sasson) and call with Isaac Sasson re: draft statement re: Genesis settlement, and review and comment on draft statement re: same | B007 | 0.40 | 356.00 |
| 08/17/23 | MLUNN | Review motion to approve Genesis settlement (.3) and review declaration of J. Ray in support of the settlement (.1) | B007 | 0.40 | 410.00 |
| 08/17/23 | MLUNN | Review revised draft of statement re: Genesis settlement | B007 | 0.10 | 102.50 |
| 08/17/23 | RFPOP | Review and analyze debtors motion to approve Genesis settlement and related supporting declaration (.4); review and finalize for filing committee statement re: Genesis settlement motion, and emails to and from D. Laskin and Paul Hastings (Isaac Sasson) re: same (.2) | B007 | 0.60 | 534.00 |
| 08/02/23 | MLUNN | Review materials in preparation for meeting with UCC (.4); meeting with UCC, Paul Hastings, Jefferies and FTI re discussion of various case related matters, including chapter 11 plan and investigations (1.5) | B008 | 1.90 | 1,947.50 |

Official Committee of Unsecured Creditors re: FTX          Invoice Date:          September 13, 2023
Billing Period through August 31, 2023                    Invoice Number:                   50045782
                                                          Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/02/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.4), and emails from Paul Hastings (Leonie Koch), FTI (Michael Diodato) and Jefferies (Daniel Homrich) and review and analyze materials from Paul Hastings, FTI and Jefferies teams in preparation for same (.5) | B008 | 1.90 | 1,691.00 |
| 08/09/23 | MLUNN | Call with UCC members, Paul Hastings, FTI and Jefferies team re: various case issues and strategy | B008 | 1.90 | 1,947.50 |
| 08/09/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (1.9), and emails from Paul Hastings (Leonie Koch) and FTI (Michael Diodato) re: same and review materials from Paul Hastings and FTI teams in preparation for same (.2) | B008 | 2.10 | 1,869.00 |
| 08/10/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: chapter 11 plan issues | B008 | 1.10 | 979.00 |
| 08/16/23 | MLUNN | Attend (portion) of call with UCC members and advisors re: various case issues | B008 | 1.70 | 1,742.50 |
| 08/16/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.5), and review and analyze materials from Paul Hastings, FTI and Jefferies teams and emails from Paul Hastings (Gabe Sasson), FTI (Brian Bromberg), and Jefferies (Daniel Homrich) in preparation for same (.5) | B008 | 3.00 | 2,670.00 |
| 08/18/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: committee emergency motion to appoint a mediator for chapter 11 plan issues and related issues | B008 | 1.00 | 890.00 |
| 08/22/23 | MLUNN | Review materials in preparation for UCC meeting (.2); correspondence with E. Gilad re: UCC meeting issues (.1); and attend meeting with UCC members, PH, Jefferies and FTI (1.4) | B008 | 1.70 | 1,742.50 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | September 13, 2023
Billing Period through August 31, 2023 | Invoice Number: | 50045782
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/22/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.40 | 1,246.00 |
| 08/24/23 | MLUNN | Update and strategy call with UCC members, PH, Jefferies and FTI, including follow-up from August 23rd hearing | B008 | 1.30 | 1,332.50 |
| 08/24/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 1.30 | 1,157.00 |
| 08/29/23 | MLUNN | Meeting with UCC members and Ad Hoc Committee members, including PH, FTI and Eversheds | B008 | 1.10 | 1,127.50 |
| 08/29/23 | MLUNN | Strategy and update call with UCC members, PH, Jefferies and FTI following call with ad hoc committee | B008 | 0.90 | 922.50 |
| 08/29/23 | RFPOP | Call with M. Lunn, Paul Hastings team, and committee re: case update and strategy and upcoming deadlines and tasks | B008 | 0.90 | 801.00 |
| 08/01/23 | RFPOP | Review and analyze stipulation extending deadline to answer class action customer adversary complaint | B011 | 0.10 | 89.00 |
| 08/01/23 | RFPOP | Review and analyze third circuit order on UST motion to expedite UST third circuit appeal of UST examiner motion | B011 | 0.10 | 89.00 |
| 08/01/23 | RFPOP | Review and analyze Silicon Valley Accountants objection to committee and debtors joint 2004 motion | B011 | 0.30 | 267.00 |
| 08/02/23 | MLUNN | Review memo re: analysis of potential cause of action against X | B011 | 0.30 | 307.50 |
| 08/02/23 | MLUNN | Review turnover motion | B011 | 0.20 | 205.00 |
| 08/03/23 | DLASK | Prepare pro hac motions for appeal regarding seal motion | B011 | 0.40 | 146.00 |
| 08/03/23 | DLASK | Finalize for filing, file pro hac motions in seal appeal | B011 | 0.40 | 146.00 |
| 08/03/23 | DLASK | Review and update electronic adversary dockets | B011 | 0.40 | 146.00 |
| 08/07/23 | MLUNN | Review motion to approve settlement procedures | B011 | 0.20 | 205.00 |
| 08/07/23 | RFPOP | Emails to and from Paul Hastings (Leonie Koch) re: litigation update | B011 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX    Invoice Date:    September 13, 2023
Billing Period through August 31, 2023    Invoice Number:    50045782
   Matter Number:    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/08/23 | MLUNN | Analyze complaint against former officers and directors | B011 | 0.90 | 922.50 |
| 08/08/23 | RFPOP | Review and analyze debtors litigation settlement procedures motion | B011 | 0.30 | 267.00 |
| 08/14/23 | DLASK | Research motions to intervene | B011 | 0.70 | 255.50 |
| 08/14/23 | JKOCH | Research re: committee adversary proceeding intervention | B011 | 1.20 | 672.00 |
| 08/14/23 | MLUNN | Correspondence with J. Kochenash and R. Poppiti re: precedent for UCC intervention motions | B011 | 0.10 | 102.50 |
| 08/14/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Leonie Koch) re: committee adversary proceeding intervention issues, and review research from J. Kochenash re: same | B011 | 0.50 | 445.00 |
| 08/15/23 | MLUNN | Analyze UST comments to settlement procedures motion | B011 | 0.20 | 205.00 |
| 08/16/23 | MLUNN | Review analysis of preference litigation in preparation for call with UCC members | B011 | 0.20 | 205.00 |
| 08/17/23 | DLASK | Finalize for filing and coordinate service of statement regarding Genesis settlement motion | B011 | 0.40 | 146.00 |
| 08/17/23 | MLUNN | Analysis of UST objection to settlement procedures motion | B011 | 0.20 | 205.00 |
| 08/17/23 | RFPOP | Review and analyze UST objection to debtors settlement procedures motion | B011 | 0.20 | 178.00 |
| 08/20/23 | MLUNN | Review reply to UST objection to settlement procedures motion | B011 | 0.40 | 410.00 |
| 08/21/23 | DLASK | Review district court docket for Alameda v. Kives | B011 | 0.30 | 109.50 |
| 08/21/23 | RFPOP | Emails to and from Paul Hastings (Leonie Koch) and counsel for debtors (Matt McGuire) re: response to K5 defendants motion to withdraw reference in K5 adversary proceeding, and review motion re: same | B011 | 0.40 | 356.00 |
| 08/21/23 | RFPOP | Email to and from Paul Hastings (Leonie Koch) re: investigation update | B011 | 0.10 | 89.00 |
| 08/22/23 | MLUNN | Analysis of K5 Global motion to withdraw the reference | B011 | 0.60 | 615.00 |
| 08/25/23 | RFPOP | Review and analyze K5 memorandum of law in support of K5 motion to withdraw reference | B011 | 0.50 | 445.00 |
| 08/28/23 | MLUNN | Review briefing order re K5 motion to withdraw reference | B011 | 0.10 | 102.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/29/23 | MLUNN | Review potential settlement offer of potential litigation matter | B011 | 0.10 | 102.50 |
| 08/29/23 | MLUNN | Correspondence from K. Pasquale re potential fraudulent transfer litigation | B011 | 0.10 | 102.50 |
| 08/29/23 | RFPOP | Emails from Paul Hastings (Isaac Sasson and Jack Iaffaldano) and UST re: joint appendix for UST third circuit examiner motion appeal | B011 | 0.10 | 89.00 |
| 08/29/23 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and committee re: investigation and litigation claim issues | B011 | 0.20 | 178.00 |
| 08/30/23 | MLUNN | Review proposed appendix for Examiner Order appeal and correspondence with I. Sasson re same | B011 | 0.30 | 307.50 |
| 08/30/23 | RFPOP | Review and analyze debtors motion to dismiss JPL counterclaims and review and analyze debtors answer to JPL counterclaims and debtors counterclaims to JPL counterclaims | B011 | 0.50 | 445.00 |
| 08/30/23 | RFPOP | Review and analyze debtors response to JPL motion to dismiss | B011 | 0.70 | 623.00 |
| 08/30/23 | RFPOP | Emails from Paul Hastings (Isaac Sasson and Jack Iaffaldano) and UST re: joint appendix for UST third circuit examiner motion appeal | B011 | 0.10 | 89.00 |
| 08/31/23 | RFPOP | Review and analyze stipulation establishing briefing and related deadlines for JPL adversary proceeding | B011 | 0.10 | 89.00 |
| 08/31/23 | RFPOP | Emails to and from Paul Hastings (Jack Iaffaldano) and UST re: joint appendix for UST third circuit examiner motion appeal, and review appendix re: same | B011 | 0.20 | 178.00 |
| 08/01/23 | MLUNN | Analysis of research re: exclusivity and plan issues | B012 | 1.30 | 1,332.50 |
| 08/01/23 | MLUNN | Review revised and final statement re: Debtors' plan | B012 | 0.20 | 205.00 |
| 08/01/23 | MLUNN | Call with R. Poppiti re: exclusivity issues and research and develop strategy (.6); call with G. Sasson and I. Sasson re: same (.5) | B012 | 1.10 | 1,127.50 |
| 08/01/23 | RFPOP | Call with M. Lunn (.6) and call with M. Lunn and Paul Hastings team (.5) re: chapter 11 plan issues, and brief research (.4) re: same | B012 | 1.50 | 1,335.00 |
| 08/02/23 | JKOCH | Research re: plan issues | B012 | 0.90 | 504.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date: September 13, 2023
Invoice Number: 50045782
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/02/23 | MLUNN | Review and analysis of chart re: plan provisions (.3) correspondence with R. Poppiti re: same (.2); discussion with J. Kochenash re: research related to plan provisions to add to chart (.2) | B012 | 0.70 | 717.50 |
| 08/02/23 | RFPOP | Review and analyze debtors draft chapter 11 plan and term sheet, and consider related issues re: same | B012 | 1.90 | 1,691.00 |
| 08/02/23 | RFPOP | Review research from Paul Hastings re: chapter 11 plan issues (.4), and brief research (.4) and emails to and from M. Lunn and J. Kochenash (.2) re: same | B012 | 1.00 | 890.00 |
| 08/03/23 | JKOCH | Research re: plan issues and structures | B012 | 3.20 | 1,792.00 |
| 08/03/23 | MLUNN | Call with J. Kochenash re: exclusivity research | B012 | 0.20 | 205.00 |
| 08/04/23 | JKOCH | Research re: plan issues and plan structure | B012 | 4.40 | 2,464.00 |
| 08/07/23 | MLUNN | Review exclusivity research and provide comments to draft chart | B012 | 0.30 | 307.50 |
| 08/07/23 | RFPOP | Review and analyze recent precedent re: plan exclusivity issues, and consider related issues re: same | B012 | 0.80 | 712.00 |
| 08/07/23 | RFPOP | Emails to and from M. Lunn and J. Kochenash re: chapter 11 plan research, and review research from J. Kochenash re: same | B012 | 0.20 | 178.00 |
| 08/08/23 | MLUNN | Call with R. Poppiti re: exclusivity strategy and issues as a follow up to call with Paul Hastings team | B012 | 0.40 | 410.00 |
| 08/08/23 | MLUNN | Analysis of updated litigation analysis and presentation to UCC | B012 | 0.30 | 307.50 |
| 08/08/23 | RFPOP | Call with M. Lunn (.4) and call with Paul Hastings team (.6) re: chapter 11 plan issues | B012 | 1.00 | 890.00 |
| 08/09/23 | MLUNN | Analysis of Debtors' response to UCC statement re: plan | B012 | 0.50 | 512.50 |
| 08/09/23 | MLUNN | Correspondence with G. Sasson re: motion to shorten notice for request for mediator in connection with plan process | B012 | 0.10 | 102.50 |
| 08/09/23 | RFPOP | Review and analyze debtors response to committee statement re: plan (.2), and emails to and from M. Lunn and Paul Hastings (Gabe Sasson) and consider related issues (.3) re: same | B012 | 0.50 | 445.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                         September 13, 2023
Invoice Number:                          50045782
Matter Number:                       102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/10/23 | JKOCH | Review Debtors' response to UCC statement re: Debtors' draft chapter 11 plan | B012 | 0.30 | 168.00 |
| 08/10/23 | JKOCH | Research re: shortening notice | B012 | 0.30 | 168.00 |
| 08/10/23 | MLUNN | Call with UCC members and advisors re: plan, exclusivity, potential mediation and response filed by Debtors | B012 | 1.10 | 1,127.50 |
| 08/10/23 | MLUNN | Correspondence with K. Hansen and R. Poppiti re: potential mediators | B012 | 0.30 | 307.50 |
| 08/10/23 | MLUNN | Call with E. Gilad re: plan mediation issues | B012 | 0.30 | 307.50 |
| 08/10/23 | MLUNN | Research mediation orders re: plan issue (.3) and related correspondence (.2) | B012 | 0.50 | 512.50 |
| 08/10/23 | RFPOP | Email to and from Paul Hastings (Kristin Catalano) re: solicitation issues | B012 | 0.20 | 178.00 |
| 08/10/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings teams re: chapter 11 plan issues (.5), and review and analyze related materials (.3) re: same | B012 | 0.80 | 712.00 |
| 08/11/23 | JKOCH | Email correspondence with K. Catalano and J. Iaffaldano re: plan solicitation issues | B012 | 0.10 | 56.00 |
| 08/11/23 | JKOCH | Review motion to appoint a mediator (1); draft motion to shorten re: motion to appoint mediator (.4) | B012 | 1.40 | 784.00 |
| 08/11/23 | MLUNN | Review and provide comments to draft motion to appoint mediator (.4) and correspondence with R. Poppiti re: same (.2) | B012 | 0.60 | 615.00 |
| 08/11/23 | MLUNN | Analysis of potential mediators (.4); correspondence with R. Poppiti re: same (.2) and correspondence with Paul Hastings team re: analysis and recommendations (.2) | B012 | 0.80 | 820.00 |
| 08/11/23 | RFPOP | Review and comment on draft committee emergency motion to appoint a mediator for chapter 11 plan issues (1.6), and emails to and from M. Lunn and Paul Hastings team (.5) and review related materials and consider related issues (.8) re: same | B012 | 2.90 | 2,581.00 |
| 08/11/23 | RFPOP | Emails to and from M. Lunn and K. Kochenash re: solicitation issues | B012 | 0.10 | 89.00 |
| 08/12/23 | JKOCH | Draft motion to shorten re: motion to appoint mediator | B012 | 1.60 | 896.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/12/23 | JKOCH | Email correspondence (multiple) with R. Poppiti and L. Koch re: mediator motion and motion to shorten | B012 | 0.30 | 168.00 |
| 08/12/23 | MLUNN | Review and provide comments to motion to shorten request to appoint mediator | B012 | 0.40 | 410.00 |
| 08/12/23 | RFPOP | Review and comment on draft motion to shorten for committee emergency motion to appoint a mediator for chapter 11 plan issues (.7), and emails to and from M. Lunn, Kochenash, and Paul Hastings (Leonie Koch) (.2) re: same | B012 | 0.90 | 801.00 |
| 08/13/23 | RFPOP | Emails to and from Paul Hastings (Erez Gilad and Gabe Sasson) and committee re: committee emergency motion to appoint a mediator for chapter 11 plan issues | B012 | 0.20 | 178.00 |
| 08/14/23 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: motion to appoint mediator and related motion to shorten notice, including consent from Debtors and UST to shortening notice | B012 | 0.10 | 102.50 |
| 08/14/23 | RFPOP | Emails to and from M. Lunn, Paul Hastings team and committee re: committee emergency motion to appoint a mediator for chapter 11 plan issues | B012 | 0.40 | 356.00 |
| 08/16/23 | MLUNN | Further draft and revise motion to shorten notice re: mediation motion based on revisions to mediation motion | B012 | 0.60 | 615.00 |
| 08/16/23 | MLUNN | Analysis of updated recovery waterfall | B012 | 0.20 | 205.00 |
| 08/16/23 | MLUNN | Review revised motion to compel mediation re: plan and other case issues | B012 | 0.30 | 307.50 |
| 08/16/23 | RFPOP | Review and comment on revised draft committee emergency motion to appoint a mediator for chapter 11 plan issues, and emails to and from M. Lunn and Paul Hastings (Kris Hansen and Gabe Sasson) re: same | B012 | 0.40 | 356.00 |
| 08/17/23 | DLASK | Prepare notice for motion compelling mediation | B012 | 0.20 | 73.00 |
| 08/17/23 | MLUNN | Review correspondence (3 emails) from UCC members re: update as to mediation timeline and related strategy | B012 | 0.30 | 307.50 |

Official Committee of Unsecured Creditors re: FTX     Invoice Date:     September 13, 2023
Billing Period through August 31, 2023     Invoice Number:     50045782
    Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/17/23 | MLUNN | Review Debtors' response to mediation request (.2); call with K. Pasquale, I. Sasson and R. Poppiti (.3) re: revisions to motion to appoint a mediator and hearing scheduling; follow-up with R. Poppiti re: same (.1); further correspondence and call with I. Sasson re: same (.1); and review motion to shorten (.4) | B012 | 1.10 | 1,127.50 |
| 08/17/23 | RFPOP | Call with (.4) and emails to and from (.3) M. Lunn and Paul Hastings (Ken Pasquale and Isaac Sasson) and call with M. Lunn (.1) re: committee emergency motion to appoint a mediator for chapter 11 plan issues, and review revised draft motion and related motion to shorten (.3) re: same | B012 | 1.10 | 979.00 |
| 08/18/23 | CWALL | File and coordinate service of motion to compel mediation and related motion to shorten | B012 | 1.20 | 426.00 |
| 08/18/23 | MLUNN | Call with UCC members, PH, FTI and Jefferies re: update on mediation request and related responses to Debtors and related strategy | B012 | 1.00 | 1,025.00 |
| 08/18/23 | MLUNN | Review multiple revised versions of motion to compel mediation (.6); revise motion to shorten notice re: same (.2); correspondence with UST re: request to expedited hearing (.1); correspondence with I. Sasson and R. Poppiti re: finalizing motion to compel mediation (.3); and review revised and final version of motion to shorten (.2) | B012 | 1.40 | 1,435.00 |
| 08/18/23 | RFPOP | Review and analyze ad hoc customer group statement re: debtors draft chapter 11 plan | B012 | 0.40 | 356.00 |
| 08/18/23 | RFPOP | Revise and finalize for filing committee emergency motion to appoint a mediator for chapter 11 plan issues (1.4) and related motion to shorten (.4), and emails to and from M. Lunn, C. Wells, and Paul Hastings (Kris Hansen, Gabe Sasson and Isaac Sasson) (.4), call with C. Cathcart (.2), calls with Isaac Sasson (.2) and email to Chambers (.2) re: same | B012 | 2.80 | 2,492.00 |
| 08/19/23 | MLUNN | Analyze ad hoc statement re: plan and UCC Debtor statements | B012 | 0.50 | 512.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:          September 13, 2023
Invoice Number:          50045782
Matter Number:          102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/21/23 | MLUNN | Call with R. Poppiti re: various issues and strategy, including mediation motion and chamber's correspondence, responding to fee examiner, and Voyager reply | B012 | 0.70 | 717.50 |
| 08/21/23 | MLUNN | Correspondence with chambers re: motion to shorten notice for mediation motion and request to shorten notice and correspondence with R. Poppiti re: responding to same | B012 | 0.20 | 205.00 |
| 08/21/23 | RFPOP | Emails to and from counsel for debtors (Kim Brown) and Chambers re: committee motion to shorten for committee emergency motion to appoint a mediator for chapter 11 plan issues | B012 | 0.30 | 267.00 |
| 08/21/23 | RFPOP | Call with M. Lunn re: committee emergency motion to appoint a mediator for chapter 11 plan issues and response to fee examiner re: YCST second interim fee application | B012 | 0.70 | 623.00 |
| 08/22/23 | MLUNN | Analyze Debtors' objection to motion to shorten request for mediation | B012 | 0.40 | 410.00 |
| 08/22/23 | RFPOP | Review and analyze debtors objection to committee motion to shorten for committee emergency motion to appoint a mediator for chapter 11 plan issues, and emails from Paul Hastings (Gabe Sasson) and counsel for debtors (Matt Pierce) re: same | B012 | 0.20 | 178.00 |
| 08/29/23 | RFPOP | Call with M. Lunn, Paul Hastings team, committee, counsel for ad hoc group, and ad hoc group re: chapter 11 plan and related issues | B012 | 1.10 | 979.00 |
| 08/30/23 | RFPOP | Review and analyze materials from Paul Hastings re: chapter 11 plan negotiations, and email from Paul Hastings (Isaac Sasson) re: same | B012 | 0.20 | 178.00 |
| 08/31/23 | MLUNN | Analysis of comparative plan term sheet issues and positions | B012 | 0.40 | 410.00 |
| 08/01/23 | DLASK | Finalize for filing and coordinate service of rate change notice for Paul Hastings | B017 | 0.40 | 146.00 |
| 08/01/23 | MLUNN | Review UST issues with YCST 2nd interim fee application | B017 | 0.10 | 102.50 |
| 08/01/23 | RFPOP | Email from UST and email to and from M. Lunn re: UST informal response to YCST second interim fee application | B017 | 0.10 | 89.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/01/23 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Leonie Koch) re: Paul Hastings notice of rate increase, and review and finalize for filing notice re: same | B017 | 0.10 | 89.00 |
| 08/02/23 | MLUNN | Initial review of Fee Examiner report re: YCST 2nd interim fee application | B017 | 0.40 | 410.00 |
| 08/02/23 | RFPOP | Review and analyze fee examiners initial report re: YCST second interim fee application | B017 | 0.30 | 267.00 |
| 08/13/23 | MLUNN | Draft responses to fee examiner report and request for additional details (.4) and correspondence with R. Poppiti re: same (.1) | B017 | 0.50 | 512.50 |
| 08/15/23 | DLASK | Prepare certificate of no objection for Paul Hastings's 6th fee application | B017 | 0.20 | 73.00 |
| 08/15/23 | DLASK | Prepare certificate of no objection for Young Conaway's 6th fee application | B017 | 0.20 | 73.00 |
| 08/15/23 | DLASK | Prepare certificate of no objection for FTI's 6th fee application | B017 | 0.20 | 73.00 |
| 08/15/23 | JKOCH | Review CNOs for Paul Hastings (.2), YCST (.1), and FTI fee applications (.2) | B017 | 0.50 | 280.00 |
| 08/15/23 | RFPOP | Emails to and from D. Laskin and J. Kochenash re: certificates of no objection for YCST, Paul Hastings and FTI May 2023 fee applications | B017 | 0.10 | 89.00 |
| 08/17/23 | MLUNN | Call with R. Poppiti re: fee examiner letter agreement and preparation for call with fee examiner (.3); call with C. Andres, C. Abbey and R. Poppiti re: fee examiner letter re: YCST fee application (1.2); and follow-up with R. Poppiti re: same (.2) | B017 | 1.70 | 1,742.50 |
| 08/17/23 | RFPOP | Call with M. Lunn and fee examiner re: fee examiner initial report for YCST second interim fee application (1.2), and call with M. Lunn (.3) and review report (.1) in preparation for same, and call with M. Lunn following up on same (.2) | B017 | 1.80 | 1,602.00 |
| 08/21/23 | MLUNN | Correspondence with counsel for fee examiner re: YCST 2nd interim fee application and proposed resolution | B017 | 0.10 | 102.50 |
| 08/22/23 | MLUNN | Call with C. Abbey and correspondence with R. Poppiti re: YCST 2nd interim fee report | B017 | 0.20 | 205.00 |
| 08/23/23 | DLASK | Review status of fee applications for 3rd interim fee application of committee's professionals | B017 | 0.30 | 109.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

| | | Invoice Date: | September 13, 2023 |
| | | Invoice Number: | 50045782 |
| | | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/28/23 | DLASK | Prepare July fee application for Young Conaway | B017 | 1.00 | 365.00 |
| 08/28/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 7th fee application for June | B017 | 0.40 | 146.00 |
| 08/28/23 | DLASK | Finalize for filing and coordinate service of FTI's 7th fee application for June | B017 | 0.40 | 146.00 |
| 08/28/23 | DLASK | Update, assemble exhibits for FTI's fee application | B017 | 0.40 | 146.00 |
| 08/28/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's 7th fee application for June | B017 | 0.40 | 146.00 |
| 08/28/23 | DLASK | Assemble exhibits for Paul Hastings' fee application | B017 | 0.20 | 73.00 |
| 08/28/23 | JKOCH | Review FTI's June fee application (.2); review Paul Hasting's June fee application (.1) | B017 | 0.30 | 168.00 |
| 08/30/23 | JKOCH | Review initial draft of Committee professionals' third interim fee request | B017 | 0.30 | 168.00 |
| 08/30/23 | RFPOP | Emails to and from M. Lunn and fee examiner re: fee examiner response to YCST second interim fee application | B017 | 0.20 | 178.00 |
| 08/30/23 | RFPOP | Review and comment on draft July 2023 YCST fee application, and emails to and from J. Kochenash and D. Laskin re: same and re: third interim fee application | B017 | 0.20 | 178.00 |
| 08/31/23 | JKOCH | Email correspondence to Committee professionals re: third interim fee application | B017 | 0.10 | 56.00 |
| 08/31/23 | MLUNN | Responding to Fee Examiner questions and issues, including working with D. Laskin re details for charges (.6); call with R. Poppiti (.2); review and evaluate proposal and correspondence with R. Poppiti (.2) | B017 | 1.00 | 1,025.00 |
| 08/31/23 | MLUNN | Review S&C and LRC July fee applications | B017 | 0.30 | 307.50 |
| 08/31/23 | RFPOP | Call with and emails to and from M. Lunn (.3) and email from fee examiner (.1) re: proposed resolution of fee examiner response to YCST second interim fee application | B017 | 0.40 | 356.00 |
| 08/03/23 | MLUNN | Further confidentiality review of June fee statement in preparation for submission | B018 | 0.30 | 307.50 |
| 08/03/23 | RFPOP | Review June invoice for YCST July 2023 fee application re: confidentiality and local rule compliance | B018 | 0.40 | 356.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | September 13, 2023 |
| Billing Period through August 31, 2023 | | | Invoice Number: | | 50045782 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/04/23 | DLASK | Update cumulative fees and expenses chart | B018 | 0.30 | 109.50 |
| 08/04/23 | DLASK | Prepare Young Conaway's June fee application | B018 | 1.00 | 365.00 |
| 08/07/23 | RFPOP | Review and comment on draft June 2023 YCST fee application, and email to and from D. Laskin re: same | B018 | 0.20 | 178.00 |
| 08/22/23 | MLUNN | Confidentiality review of July fee statement in preparation for submission | B018 | 1.20 | 1,230.00 |
| 08/24/23 | RFPOP | Review invoice for YCST July 2023 fee application re: confidentiality and local rule compliance | B018 | 0.30 | 267.00 |
| 08/25/23 | RFPOP | Review and finalize for filing revised draft YCST June 2023 fee application, and emails to and from D. Laskin re: same | B018 | 0.10 | 89.00 |
| 08/28/23 | DLASK | Prepare supplement to Young Conaway's 3rd interim fee application | B018 | 1.20 | 438.00 |
| 08/28/23 | DLASK | Update cumulative fees and expenses chart | B018 | 0.20 | 73.00 |
| 08/28/23 | JKOCH | Review YCST's June fee application | B018 | 0.20 | 112.00 |
| 08/28/23 | MLUNN | Review June fee application | B018 | 0.10 | 102.50 |
| 08/28/23 | MLUNN | Further confidentiality review of July fee statement | B018 | 0.30 | 307.50 |
| 08/16/23 | MLUNN | Review objections and responses to JPL discovery requests | BN014 | 0.30 | 307.50 |
| 08/16/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: JPL motion to dismiss JPL adversary proceeding | BN014 | 0.10 | 89.00 |
| 08/04/23 | JKOCH | Review and analyze Voyager's mediation statement | BN015 | 2.00 | 1,120.00 |
| 08/04/23 | MLUNN | Analyze Voyager initial mediation statement (1.2); develop reply bullets and determine research issues (1.1); call with R. Poppiti re: strategy for reply and research issues (.9) | BN015 | 3.20 | 3,280.00 |
| 08/04/23 | RFPOP | Call with M. Lunn re: strategy for committee response to Voyager opening mediation statement for Voyager mediation | BN015 | 0.80 | 712.00 |
| 08/07/23 | JKOCH | Call with M. Lunn re: mediation response | BN015 | 0.60 | 336.00 |

Official Committee of Unsecured Creditors re: FTX    Invoice Date:            September 13, 2023
Billing Period through August 31, 2023              Invoice Number:                   50045782
                                                    Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 08/07/23 | MLUNN | Outline research issues for reply to Voyager mediation statement (.3) and call with J. Kochenash (.5) re: same | BN015 | 0.80 | 820.00 |
| 08/14/23 | JKOCH | Analyze case law cited by Voyager in mediation brief | BN015 | 4.20 | 2,352.00 |
| 08/16/23 | JKOCH | Analyze case law cited in Voyager mediation brief | BN015 | 3.00 | 1,680.00 |
| 08/16/23 | MLUNN | Correspondence with R. Poppiti re: status of research issues for reply to Voyager mediation statement | BN015 | 0.10 | 102.50 |
| 08/16/23 | RFPOP | Emails to and from M. Lunn and J. Kochenash re: research from J. Kochenash for responsive mediation statement in Voyager mediation | BN015 | 0.10 | 89.00 |
| 08/17/23 | JKOCH | Meet with M. Lunn and R. Poppiti re: mediation response brief | BN015 | 0.50 | 280.00 |
| 08/17/23 | MLUNN | Review research analysis re: issues for reply to Voyager mediation statement (.5) and meeting with J. Kochenash re: same (.2); call with R. Poppiti and J. Kochenash re: reply arguments to Voyager's mediation statement (.5) | BN015 | 1.20 | 1,230.00 |
| 08/17/23 | RFPOP | Meet with (partial attendance) M. Lunn and J. Kochenash re: research from J. Kochenash for responsive mediation statement in Voyager mediation and re: strategy and approach for responsive statement (.5), and review research from J. Kochenash in preparation for same (.3) | BN015 | 0.80 | 712.00 |
| 08/21/23 | JKOCH | Call with M. Lunn re: mediation response | BN015 | 0.20 | 112.00 |
| 08/21/23 | MLUNN | Correspondence with B. Beller re: reply to Voyager mediation statement | BN015 | 0.10 | 102.50 |
| 08/21/23 | MLUNN | Analyze and develop arguments for reply to Voyager mediation statement (.3); and call with J. Kochenash (.2) re: drafting of reply | BN015 | 0.50 | 512.50 |
| 08/22/23 | JKOCH | Draft mediation response | BN015 | 5.30 | 2,968.00 |
| 08/22/23 | MLUNN | Review BlockFi objection to FTX claims re: potential implications with Voyager mediation and equitable subordination argument | BN015 | 0.50 | 512.50 |
| 08/23/23 | JKOCH | Draft mediation response | BN015 | 6.20 | 3,472.00 |
| 08/24/23 | MLUNN | Draft and revise response to Voyager mediation statement | BN015 | 3.40 | 3,485.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                    September 13, 2023
Invoice Number:                           50045782
Matter Number:                        102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 08/24/23 | RFPOP | Review and comment on draft committee responsive mediation statement, and emails to and from M. Lunn and J. Kochenash re: same | BN015 | 0.90 | 801.00 |
| 08/25/23 | MLUNN | Review revised mediation response | BN015 | 0.30 | 307.50 |
| 08/25/23 | MLUNN | Review issues in preparation for call with S&C (B. Beller) (.4); call with B. Beller and R. Poppiti (.6); and follow-up call with R. Poppiti (.4) re: mediation responses and mediation preparations | BN015 | 1.40 | 1,435.00 |
| 08/25/23 | RFPOP | Call with M. Lunn and counsel for debtors (Ben Beller and Sienna Liu) re: strategy for responsive mediation statement for Voyager mediation (.5), and follow-up call with M. Lunn (.4) re: same | BN015 | 0.90 | 801.00 |
| 08/28/23 | JKOCH | Review and revise mediation response | BN015 | 0.50 | 280.00 |
| 08/28/23 | JKOCH | Review comments to mediation response | BN015 | 0.30 | 168.00 |
| 08/28/23 | MLUNN | Review and revise revised mediation response (1.1) and correspondence with R. Poppiti and J. Kochenash re finalizing same (.1) | BN015 | 1.20 | 1,230.00 |
| 08/28/23 | MLUNN | Analyze Debtors' draft response to Voyager mediation statement | BN015 | 1.20 | 1,230.00 |
| 08/28/23 | RFPOP | Review and comment on revised draft committee responsive mediation statement, including review and analyze Voyager's initial mediation statement (1.6), and emails to and from M. Lunn, J. Kochenash and counsel for debtors (Ben Beller) (.2) re: same; review and analyze debtors draft responsive mediation statement (.6), and emails to and from M. Lunn and Ben Beller (.1) re: same | BN015 | 2.50 | 2,225.00 |
| 08/29/23 | JKOCH | Review Debtor's mediation response | BN015 | 1.70 | 952.00 |
| 08/29/23 | JKOCH | Review and finalize mediation response | BN015 | 0.60 | 336.00 |
| 08/29/23 | MLUNN | Review and finalize responsive mediation statement and correspondence with J. Kochenash re preparations for submission | BN015 | 0.50 | 512.50 |
| 08/29/23 | MLUNN | Correspondence with B. Beller and correspondence with R. Poppiti re mediation responses | BN015 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                September 13, 2023
Invoice Number:                      50045782
Matter Number:                    102750.1001

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08/29/23 | RFPOP | Review and comment on revised draft committee responsive mediation statement (.5), and emails to and from M. Lunn and J. Kochenash (.2) re: same | BN015 | 0.70 | 623.00 |
| 08/30/23 | MLUNN | Review final version of Debtors' mediation response | BN015 | 0.90 | 922.50 |
| 08/30/23 | MLUNN | Analysis of Voyager's response to initial mediation statements | BN015 | 1.40 | 1,435.00 |
| 08/30/23 | RFPOP | Review and analyze Voyager responsive mediation statement in connection with Voyager mediation | BN015 | 1.10 | 979.00 |
| 08/31/23 | MLUNN | Call with R. Poppiti re Voyager mediation statement response and related strategy | BN015 | 0.60 | 615.00 |
| 08/31/23 | RFPOP | Review and analyze debtors responsive mediation statement in connection with Voyager mediation | BN015 | 0.80 | 712.00 |
| 08/31/23 | RFPOP | Call with M. Lunn re: Voyager mediation strategy | BN015 | 0.60 | 534.00 |
| | | **Total** | | **183.40** | **$150,757.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | September 13, 2023 |
| Billing Period through August 31, 2023 | Invoice Number: | 50045782 |
| | Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| CWALL | Casey Walls | Paralegal | 1.30 | 355.00 | 461.50 |
| DLASK | Debbie Laskin | Paralegal | 13.90 | 365.00 | 5,073.50 |
| JKOCH | Jared W. Kochenash | Associate | 40.40 | 560.00 | 22,624.00 |
| MLUNN | Matthew B. Lunn | Partner | 65.60 | 1,025.00 | 67,240.00 |
| RFPOP | Robert F. Poppiti | Partner | 62.20 | 890.00 | 55,358.00 |
| **Total** | | | **183.40** | | **$150,757.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | September 13, 2023 |
|---|---|---|
| Billing Period through August 31, 2023 | Invoice Number: | 50045782 |
| | Matter Number: | 102750.1001 |

**Task Summary**

### Task Code:B001   Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert F. Poppiti | Partner | 1.30 | 890.00 | 1,157.00 |
| Jared W. Kochenash | Associate | 0.20 | 560.00 | 112.00 |
| Casey Walls | Paralegal | 0.10 | 355.00 | 35.50 |
| Debbie Laskin | Paralegal | 4.30 | 365.00 | 1,569.50 |
| **Total** | | **6.30** | | **3,284.00** |

### Task Code:B002   Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 7.00 | 1,025.00 | 7,175.00 |
| Robert F. Poppiti | Partner | 3.50 | 890.00 | 3,115.00 |
| **Total** | | **10.50** | | **10,290.00** |

### Task Code:B004   Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| **Total** | | **0.20** | | **205.00** |

### Task Code:B005   Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.40 | 890.00 | 356.00 |
| **Total** | | **0.40** | | **356.00** |

### Task Code:B006   Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.50 | 1,025.00 | 2,562.50 |
| Robert F. Poppiti | Partner | 5.60 | 890.00 | 4,984.00 |
| **Total** | | **8.10** | | **7,546.50** |

### Task Code:B007   Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.90 | 1,025.00 | 922.50 |
| Robert F. Poppiti | Partner | 1.10 | 890.00 | 979.00 |
| **Total** | | **2.00** | | **1,901.50** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

| | | | |
|---|---|---|---|
| Invoice Date: | | September 13, 2023 | |
| Invoice Number: | | 50045782 | |
| Matter Number: | | 102750.1001 | |

**Task Code:B008**          **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 10.50 | 1,025.00 | 10,762.50 |
| Robert F. Poppiti | Partner | 12.70 | 890.00 | 11,303.00 |
| **Total** | | **23.20** | | **22,065.50** |

**Task Code:B011**          **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.90 | 1,025.00 | 3,997.50 |
| Robert F. Poppiti | Partner | 4.50 | 890.00 | 4,005.00 |
| Jared W. Kochenash | Associate | 1.20 | 560.00 | 672.00 |
| Debbie Laskin | Paralegal | 2.60 | 365.00 | 949.00 |
| **Total** | | **12.20** | | **9,623.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 16.30 | 1,025.00 | 16,707.50 |
| Robert F. Poppiti | Partner | 19.60 | 890.00 | 17,444.00 |
| Jared W. Kochenash | Associate | 12.50 | 560.00 | 7,000.00 |
| Casey Walls | Paralegal | 1.20 | 355.00 | 426.00 |
| Debbie Laskin | Paralegal | 0.20 | 365.00 | 73.00 |
| **Total** | | **49.80** | | **41,650.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 4.30 | 1,025.00 | 4,407.50 |
| Robert F. Poppiti | Partner | 3.20 | 890.00 | 2,848.00 |
| Jared W. Kochenash | Associate | 1.20 | 560.00 | 672.00 |
| Debbie Laskin | Paralegal | 4.10 | 365.00 | 1,496.50 |
| **Total** | | **12.80** | | **9,424.00** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.90 | 1,025.00 | 1,947.50 |
| Robert F. Poppiti | Partner | 1.00 | 890.00 | 890.00 |
| Jared W. Kochenash | Associate | 0.20 | 560.00 | 112.00 |
| Debbie Laskin | Paralegal | 2.70 | 365.00 | 985.50 |
| **Total** | | **5.80** | | **3,935.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                    September 13, 2023
Invoice Number:                        50045782
Matter Number:                      102750.1001

**Task Code:BN014**                        **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.10 | 890.00 | 89.00 |
| **Total** | | **0.40** | | **396.50** |

**Task Code:BN015**                        **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 17.40 | 1,025.00 | 17,835.00 |
| Robert F. Poppiti | Partner | 9.20 | 890.00 | 8,188.00 |
| Jared W. Kochenash | Associate | 25.10 | 560.00 | 14,056.00 |
| **Total** | | **51.70** | | **40,079.00** |

**EXHIBIT B**

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | Invoice Date: | September 13, 2023 |
| Billing Period through August 31, 2023 | | Invoice Number: | 50045782 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/02/23 | Computerized Legal Research Westlaw Search by: KOCHENASH,JARED W | 2.00 | 4.86 |
| 08/02/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/02/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/02/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/02/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/02/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/03/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/03/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/03/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/03/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/23 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 08/03/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/03/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 08/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/03/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/03/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/04/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/04/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/04/23 | Docket Retrieval / Search | 30.00 | 3.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:          September 13, 2023
Invoice Number:               50045782
Matter Number:             102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/04/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/04/23 | Photocopy Charges Duplication BW | 62.00 | 6.20 |
| 08/04/23 | Robert F. Poppiti, Jr. - Air/Rail Travel | 1.00 | 126.00 |
| 08/04/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/04/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/04/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/04/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/04/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/04/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/04/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/08/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/11/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/14/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/14/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/14/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 14.00 | 1.40 |
| 08/14/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/14/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/14/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/14/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/15/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/17/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| 08/17/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/17/23 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 08/18/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/18/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/18/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/18/23 | Docket Retrieval / Search | 3.00 | 0.30 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                    September 13, 2023
Invoice Number:                         50045782
Matter Number:                      102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 08/18/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/18/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/18/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/18/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/18/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/18/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/18/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 08/18/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/21/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/21/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/21/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/21/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/21/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/21/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/22/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 08/22/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/22/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/22/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/22/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/23/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/23/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 08/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/23/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/23/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 08/23/23 | Docket Retrieval / Search | 3.00 | 0.30 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                    September 13, 2023
Invoice Number:                         50045782
Matter Number:                        102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 08/23/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/23 | Docket Retrieval / Search | 17.00 | 1.70 |
| 08/23/23 | Color Photocopy Charges Duplication Color | 21.00 | 10.50 |
| 08/23/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/23/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/23/23 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 08/23/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 08/23/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/23/23 | Computerized Legal Research Westlaw Search by: KOCHENASH,JARED W | 3.00 | 7.30 |
| 08/23/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/23/23 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 08/24/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 08/24/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/24/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/24/23 | Color Photocopy Charges Duplication Color | 7.00 | 3.50 |
| 08/24/23 | Photocopy Charges Duplication BW | 2.00 | 0.20 |
| 08/24/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/24/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 08/28/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 08/28/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/28/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 08/29/23 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 08/30/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 08/30/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 08/30/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 08/30/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 08/30/23 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 08/30/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 08/31/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |

**Total**                                                **$286.26**

Official Committee of Unsecured Creditors re: FTX
Billing Period through August 31, 2023

Invoice Date:                    September 13, 2023
Invoice Number:                       50045782
Matter Number:                      102750.1001

**Cost Summary**

| Description | Amount |
| --- | ---: |
| Air/Rail Travel | 126.00 |
| Computerized Legal Research -WESTLAW | 12.16 |
| Docket Retrieval / Search | 99.30 |
| Reproduction Charges | 48.80 |
| **Total** | **$286.26** |