# **EXHIBIT A**

**Fee Period Receipts for Pulsar Global Ltd.**

(attached)

# Completion

Note

# Instruction Received

( Reference Number: N90574834932 )

## Beneficiary Information

Beneficiary Status
**Registered**

Beneficiary Account
████████████

Beneficiary Name
**CHARLOTTE TRAVEL LIMITED**

## Beneficiary Bank Information

Beneficiary Bank
**004 HK+SHANGHAI BANKING CORPORATION LTD(HSBC)**

Transfer Currency
**HKD**

## Transaction Information

Transfer From
████████████

Transfer Currency and Amount
**HKD 152,500.00**


CHARLOTTE
TRAVEL

**Charlotte Travel Ltd**
**2603-4, Hong Kong Plaza,**
**188 Connaught Road West,**
**Hong Kong**
**Phone: (852) 2110 6070**
**info@charlottetravel.com.hk**

# INVOICE

PULSAR SOFTWARE LIMITED
Unit 903-05, 9/F, K11 Atelier,
18 Salisbury Road, Tsim Sha Tsui, Kowloon
HONG KONG
Attn:   Yuen Bobo

| | |
|---|---|
| Invoice No. | INV000024108 |
| Booking No. | SO0000023543 |
| Date | 31-AUG-23 |
| Cust No. | PULSAR |
| Consultant | AirCorp Service |
| Email | booking@charlottetravel.com.hk |
| Phone | 21106070 |
| Due Date | 07-SEP-23 |

| Description | Unit Fare | Tax | Qty | Amount |
|---|---|---|---|---|
| 1 Int'l Air Ticket | 56,850.00 | | 2 | 113,700.00 |

| Routing | Departure Date | Arrival Date | By | Class |
|---|---|---|---|---|
| HONG KONG INTL/NEW YORK JFK, NY | 09SEP23 1615 | 09SEP23 2025 | CX 840 | PREMIUM ECONOMY |
| NEW YORK JFK, NY/HONG KONG INTL | 14SEP23 1000 | 15SEP23 1400 | CX 841 | PREMIUM ECONOMY |

| Ticket | Passenger |
|---|---|
| 160-9397943757 | KUNG/TSZ HON HANS MR |
| 160-9397943758 | WAN/MICHELE MS |

| Description | Unit Fare | Tax | Qty | Amount |
|---|---|---|---|---|
| 2 Service Charges | 800.00 | | 1 | 800.00 |

Description:          NYC Hotel Search and Book Fee
KUNG/TSZ HON HANS MR
WAN/MICHELE MS

Hotel Search Fee HKD500 + Booking Fee HKD300

| Description | Unit Fare | Tax | Qty | Amount |
|---|---|---|---|---|
| 3 Hotel | 38,000.00 | | 1 | 38,000.00 |

| | |
|---|---|
| City: | NEW YORK CITY |
| Hotel Name: | CLUB QUARTERS HOTEL, GRAND CENTRAL |
| Check-In Date: | 09SEP23            Check-Out Date:            14SEP23 |
| Room Type: | SGL |
| Number of room(s): | 2 Room(s) x 5 Night(s) |
| KUNG/TSZ HON HANS MR | |
| WAN/MICHELE MS | |

| Total | 152,500.00 | | | 152,500.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| E. & O.E. | Total | HKD | 152,500.00 |
| | Less Amount Received | HKD | 0.00 |
| | Balance | | 152,500.00 |

███████████████████████████████████
████████████

Please remit exact amount and bear all bank charges incurred (including the third party bank charges)
Travelers must obtain receipts with levy stamps to have protection by the Travel Industry Compensation Fund.

Thank you for booking with Charlotte Travel

Merchant: Curb Mob.
Contact #: 1(800) 488-
email: cs@gocurb.com
Address: 11-11 34 Ave, L

*CREDIT CARD SALE

*PASSENGER COPY          760
Merchant ID:
ENTRY METHOD:
CHIP CONTACTLESS
AID:          A000000025010901
APPL. NAME:
AMERICAN EXPRESS     003F
ATC:
TID:                 Issue
Mode:
                      5942918
DRIVER                   5D31
CAB                         1
PASSENGERS
DATE                  9/10/23
START             23:19:27
END               23:59:28
TRIP                     1346
JFK-MANHATTAN 2
DISTANCE           16.66 mi
FARE R2              $70.00
Midtown Tunnel        $6.94
SUB TOTAL            $76.94
TIP                  $16.19
STATE SURCHARGE       $0.50
IMP. SURCHARGE        $1.00
CGN SRCH.             $2.50
AIRPORT FEE:          $1.75
TOTAL               $98.88
AMEX                     8773
AUTH                   847437
*

----------PANYNJ----------
START (28):
Airport:           JFK_Term8
END (102):
Destination:       MidtownMN

Contact TLC Dial 3-1-1



Le Pain Quotidien
685 3rd Avenue
New York, NY 10017
Phone:332-910-9069

# Retail

Server: Jose P
Check #26
Ordered:                                    9/10/23 8:33 AM

Large Iced Americano                              $5.50
  Regular
  No Milk
Coconut Macaroon                                  $3.00

Subtotal                                          $8.50
Tax                                               $0.76
Tip                                               $1.00
Total                                            $10.26

Credit Card                                   Contactless
Mastercard
Time                                            8:33 AM

Transaction Type                                    Sale
Authorization                                   Approved
Approval Code                                     027061
Payment ID                                  9PjdhnRCXfpY
Application ID                          A0000000041010
Application Label                            MASTERCARD
Card Reader                                        BBPOS



# LOS TACOS No.1
*ASADA · POLLO · ADOBADA · NOPAL*

Los Tacos No. 1– TRIBECA
136 Church St.
New York, NY 10007

Server: Enma  M
Check #116
Guest Count: 1
Ordered:        9/10/23 1:06 PM

| | |
|---|---|
| 1 Carne Asada Taco | $5.65 |
| 1 Pollo Asado Taco | $4.95 |
| 1 Nopal Taco | $4.75 |
| 1 Mexican Sodas | $4.50 |
| Mexican Sprite | |

| | |
|---|---|
| Subtotal | $19.85 |
| Tax | $1.76 |
| Tip | $3.97 |
| Total | $25.58 |

Input Type
                C (EMV Chip Read)
MASTERCARD

| | |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 176200 |
| Payment ID | 9hpFwdC7mR7L |
| Application ID | |
| | A0000000041010 |
| Application Label | |
| | MASTERCARD |
| Terminal ID | |
| | 8df43a1a2f8fda41 |
| Card Reader | BBPOS |

Please contact us with any
questions or
concerns at
info@lostacos1.com

# Dos Caminos
## 480 Lexington Ave
## 332-233-7205

Server: Kevian                     09/11/2023
Cashier: Bryan
Table 215/1                         9:12 PM
Guests: 2                            70024
Area: Bar

| | |
|---|---|
| Daily Ceviche | 19.00 |
| Dft 16 Dos XX Lager | 10.00 |
| Birria Tacos | 23.00 |
| Pescado Tacos | 21.00 |
| Subtotal | 73.00 |
| Tax | 6.48 |
| Total | 79.48 |
| *Balance Due* | $79.48 |

A suggested gratuity of 15% - 20%
is customary. The amount of
gratuity is always discretionary.



## Le Pain Quotidien
### 685 3rd Avenue
### New York, NY 10017
### Phone:332 810-9069

# Retail

Server: Jason F
Check 4.0
Ordered:             9/12/23 7:55 AM

| | |
|---|---|
| Iced Americano | $4.50 |
| Regular | |
| No Milk | |
| Blueberry Muffin | $4.50 |
| | |
| Subtotal | $9.00 |
| Tax | $0.40 |
| Tip | $1.00 |
| Total | $10.40 |

Credit Card             Contactless
Mastercard

| | |
|---|---|
| Transaction Type | Sale |
| Authorization | Approved |
| Approval Code | 860479 |
| Payment ID | jyTnJywRKHqb |
| Application ID | A0000000041010 |
| Application Label | MASTERCARD |
| Card Reader | BBPOS |

Suggested Additional Tip:
+ 2%: (Tip $0.18  Total $9.58)
+ 3%: (Tip $0.27  Total $9.67)
+ 5%: (Tip $0.45  Total $9.85)
+ 7%: (Tip $0.63  Total $10.03)
Tip percentages are based on the check price
before taxes.

# TOMIÑO TABERNA GALLEGA

192 Grand Street
New York, NY 10013
212.933.4763

| | |
|---|---|
| Check #: 1900/A | *9/13/23* |
| Server: Luis C. | 7:03pm |
| Table: 62/A | Guests: 2 |

---

| | |
|---|---|
| 1 Pimientos estilo Padron | $10.00 |
| 1 Pulpo a Feira | $23.00 |
| 1 JAMON DE BELLOTA RACION | $29.00 |
| 1 CARABINEROS A LA PLANCHA | $34.00 |
| 1 SETAS | $19.00 |

---

| | |
|---|---|
| Sub-total | $115.00 |
| Total Tax | $10.22 |
| TOTAL | $125.22 |

---

| | |
|---|---|
| Balance Due | $125.22 |

### Suggested Tips:

18% = $20.70
20% = $23.00
22% = $25.30

GRACIÑAS

Pre-Order an Empanada Gallega
For pick-up or delivery:
www.tominonyc.com
@tominonyc

# Uber

September 13, 2023

## Here's your receipt for your ride, Michele

We hope you enjoyed your ride this evening.

## Total                                    $24.97

| | |
|---|---|
| Trip fare | $19.90 |

| | |
|---|---|
| Subtotal | $19.90 |
| NY Congestion Fee | $2.75 |
| Sales Tax | $1.77 |
| NY State Black Car Fund | $0.55 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

You rode with BEATRIZ
License Plate: T785144C
FHV License Number: 5940526
Driver's TLC License Number: 6011424

UberX   1.39 miles | 21 min



**10:34 AM** | 767 5th Ave, New York, NY 10022, US

**10:55 AM** | 128 E 45th St, New York City, NY 10017, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



Villa Italian Kitchen #4250
Terminal 8 JFK Expressway
Jamaica, NY 11430
4215 SHERLYN

------------------------------------

CHK 1146
9/14/2023

------------------------------------

1 3 - Two Egg Potato Mt Tst 13.95
Mastercard                   $15.19

Food                         $13.95
Tax                           $1.24
Payment                      $15.19
Change Due                   $0.00

-------- Check Closed ----------
9/14/2023 8:28 AM

20;09/14/2023 06:45

Unavailable  En Route E-Hail

20;Merchant: Curb Mobility, LLC
Contact #: 1(800) 488-87 04
email: cs@gocurb.com
Address: 11-11 34 Ave, LIC, NY 11106

****CREDIT CARD SALE****

******DRIVER COPY*******
Merchant ID:           760
ENTRY METHOD:
CONTACT CHIP
AID:    A000000025010801
APPL. NAME:
AMERICAN EXPRESS
ATC:                  00F2
TID:
Mode:               Issuer

| | |
|---|---|
| DRIVER | 5975702 |
| CAB | 2B25 |
| PASSENGERS | 2 |
| DATE | 9/14/23 |
| START | 06:52:45 |
| END | 07:34:37 |
| TRIP | 5865 |
| JFK-MANHATTAN 2 | |
| DISTANCE | 17.43 mi |
| FARE R2 | $70.00 |
| Midtown Tunnel | $6.94 |
| SUB TOTAL | $76.94 |
| TIP | $16.19 |
| STATE SURCHARGE | $0.50 |
| IMP. SURCHARGE | $1.00 |
| CGN SRCH. | $2.50 |
| TOTAL | $97.13 |

SUBJECT TO VERIFICATION
MEX                    9005
TH                   846680

DE ID:           486274894

O SIGNATURE REQUIRED
********************
ontact TLC Dial 3-1-1

| 车号 | TAXI NO. | SM8178 |
|------|----------|--------|
| 上车 | START 15/09/2023 14:48 | |
| 下车 | END   15/09/2023 14:57 | |
| 总公里 | TOTAL KM | 4.02 |
| 收费公里 | PAID KM | 3.91 |
| 收费分钟 | PAID MIN | 1.88 |
| 附加费 | SURCHARGE | HK$12.00 |
| 总车费 | TOTAL FARE | HK$61.80 |

## **EXHIBIT B**

**Fee Period Receipts for Wincent Investment Fund PCC Ltd.**

(attached)

Aug 24, 2023, 16:29

## Your e-ticket receipt QAHMBH: 9 Sep 2023 11:35

From: British Airways e-ticket <BA.e-ticket@email.ba.com>

To:

 British Airways.

# Your e-ticket receipt

## Dear Mr Melvin,

**Booking reference: QAHMBH**

## Thank you for booking with British Airways.

Ticket Type: e-ticket

This is your e-ticket receipt. Your ticket is held in our systems, you will not receive a paper ticket for your booking.

If your itinerary includes an American Airlines flight, we recommend you contact us to pre-assign seats.

## What to do next

Visit Manage My Booking and print "Your Itinerary", a customer friendly up-to-date summary of your booking. We suggest you take this with you on your trip, as some authorities will need to see a printed flight itinerary.

Please check the details of the items purchased are correct. If you have made a mistake, you may cancel your flight booking and claim a refund without penalty, up to 24 hours from when you made the original booking. Refunds under these circumstances can only be requested by calling our contact centres.

More information

We also recommend the following services to help you get the most out of your journey:

**Request your seat**

Get the best choice by selecting your preferred seat from our seat map.

**Book great value hotels**

Choose from a wide range of carefully selected, value for money hotels to suit a range of tastes and budgets.

**Add Advance Passenger Information (API)**

Please enter your passport and contact details now, which are required by government authorities, before you can fly.

**Book great value car rental**

Get out and see more with our competitive car rental rates, including taxes and fees. Collect Avios towards reward flights and

more, with our partner Avis.

This is only a selection of the services available for you in Manage My Booking. To use these, or to see what else is available please click below.

The button below will take you directly to your booking. As it provides direct access, please only forward this email if you want the recipient to access your booking and the related services.

**Manage my booking**

## Your Itinerary

### BA6016
Finnair | Business | Confirmed

| | |
|---|---|
| 9 Sep 2023 | 9 Sep 2023 |
| 11:35 | 15:00 |
| **Vienna** | **Helsinki** |
| Terminal 1 | |

### BA6051
Finnair | Business | Confirmed

| | |
|---|---|
| 9 Sep 2023 | 9 Sep 2023 |
| 17:20 | 19:05 |
| **Helsinki** | **John F Kennedy (NY) (New York)** |
| | Terminal 8 |

### BA1511
American Airlines | Premium Economy | Confirmed

| | |
|---|---|
| 13 Sep 2023 | 14 Sep 2023 |
| 18:14 | 06:20 |
| **John F Kennedy (NY) (New York)** | **Heathrow (London)** |
| Terminal 8 | Terminal 3 |

### BA0490
British Airways | Euro Traveller | Confirmed

| | |
|---|---|
| 14 Sep 2023 | 14 Sep 2023 |
| 10:40 | 14:35 |
| **Heathrow (London)** | **Gibraltar** |
| Terminal 3 | |

| **Passenger** | MR CHARLES MELVIN |
|---|---|

## Baggage allowances

### Hand and checked baggage allowances

Baggage allowances apply to each passenger in your booking.

| Flights | Hand baggage | Checked baggage |
|---|---|---|
| Vienna to Helsinki** | View your Finnair allowance | 2 bags at 32kg (70lbs) |
| Helsinki to New York** | View your Finnair allowance | 2 bags at 32kg (70lbs) |
| New York to London** | View your American Airlines allowance | 2 bags at 23kg (51lbs) |
| London to Gibraltar | 1 handbag/laptop bag, plus 1 additional cabin bag | 2 bags at 23kg (51lbs) |

**Following Airlines may have different hand and checked baggage restrictions

- Finnair
- American Airlines

## Extra baggage

You will have to pay for baggage which is over your allowance.

You cannot pay to take extra bags for an infant, or extra hand baggage.

Pay for extra bags using Manage My Booking

### Extra baggage charges for flight BA6016 and BA6051
Vienna to Helsinki
9 Sep 2023 11:35
Helsinki to John F Kennedy (NY) (New York)
9 Sep 2023 17:20

Your ticket includes flights on other airlines, you must contact each airline individually to check the applicable baggage allowance/fees on their flight.

### Extra baggage charges for flight BA1511 and BA0490
John F Kennedy (NY) (New York) to Heathrow (London)
13 Sep 2023 18:14
Heathrow (London) to Gibraltar
14 Sep 2023 10:40

Your ticket includes flights on other airlines, you must contact each airline individually to check the applicable baggage allowance/fees on their flight.

Pay for extra bags using Manage My Booking

*Pre-airport price means online or by booking through the British Airways contact centre.

**At many airports, including London Heathrow, Gatwick and North America, you can only pay using a credit or debit card. Cash is not accepted.

> **Importa nt Information** **Very important information**
>
> If you do not check your bags through to your final destination you may incur additional charges

## Food and drink information

For flights operated by another carrier, charges may apply for food and drink. Please check operating carrier website for details.

Meal allowances apply to each passenger in your booking.

| Flights | Meals |
|---|---|
| Vienna to Helsinki | Meal |
| Helsinki to New York | Meal |
| New York to London | Meal |
| London to Gibraltar | Food and Beverages for Purchase |

## Disability and mobility assistance

Please contact us if you have a disability so that we can give you the help you need. You can reserve your seat for free, book a wheelchair or mobility assistance at the airport and order a special meal.

Contact us

### Your seats

Total for seat selection: EUR 43.00

## Payment Information

| | |
|---|---|
| **Ticket Number(s)** | 125-2165356081 (MR CHARLES MELVIN) |
| **Ticket(s) Valid until** | 24 Aug 2024 |
| **Card Type** | Visa Credit |
| **Card Holder** | MR CHARLES MELVIN |
| **Card Number** | ████████████ |
| **Billing Address** | 120B IRISH TOWN,OLD POLICE STATION,GX111AA |
| **Payment Total** | **EUR 2561.70** |

| | |
|---|---|
| **Payment Date** | 24 Aug 2023 |
| **Flight tickets issued by** | British Airways, Vienna, Austria |
| **IATA Number** | 06491925 |
| **Endorsements** | Pax nonrefundable restrictions apply -bg:ba |
| **Fare Details** | EUR 2064.00 |
| **Fare breakdown** | The price of your ticket includes a carrier imposed charge or fuel surcharge, where applicable, per sector levied by the carrier. All taxes, fees and charges are to be paid by the member (not British Airways). The price of your seat selection at EUR 43.00 is included in the payment total. |

Please note that air travel is not subject to VAT therefore we do not issue VAT receipts.

Where applicable, if you wish to change the date or time of your flight, or cancel your booking, the cost of doing so will generally be lower on ba.com than over the telephone or at a ticket desk. Service charges are subject to change. For further details and a list of the current charges, please visit:

https://ba.com/servicefees

## Taxes/fees/charges

| Government, authority and airport charges | Per adult |
|---|---|
| Passenger Service Charge - Austria | EUR 9.44 |
| Air Transport Levy - Austria | EUR 12.00 |
| Passenger Service Charge - Austria | EUR 20.40 |
| Passenger Fee (International Transit) - Finland | EUR 5.20 |
| Air Transport Supervision Charge - Finland | EUR 0.90 |
| Passenger Civil Aviation Security Service Fee - USA | EUR 5.15 |
| International Transportation Tax - USA | EUR 19.40 |
| International Transportation Tax - USA | EUR 19.40 |
| Animal & Plant Health User Fee (Aphis) - USA | EUR 3.52 |
| Immigration User Fee - USA | EUR 6.44 |

| | |
|---|---|
| Customs User Fee - USA | EUR 6.00 |
| Passenger Service Charge - United Kingdom | EUR 20.71 |
| Passenger Facility Charge | EUR 4.14 |
| **Total government, authority and airport charges\***<br>> More information | **EUR 132.70** |
| **British Airways fees and surcharges** | **Per adult** |
| Carrier Imposed Charge | EUR 322.00 |
| **Total British Airways fees and surcharges**<br>> More information | **EUR 322.00** |
| **Total taxes, fees and surcharges per person** | **EUR 454.70** |

\*Government and/or airport taxes are refundable, however some countries will apply a Value Added Tax, Sales Tax or equivalent, which will only be refunded on fully flexible tickets.

\*\*A refund of the carrier imposed charge or fuel surcharge where applicable may be made on unused flights in your itinerary if permitted by the fare rules and conditions applicable to your booking.

Please note that air travel is not subject to VAT therefore we do not issue VAT receipts.

Yours sincerely,

## British Airways Customer Services

British Airways may monitor email traffic data and also the content of emails, where permitted by law, for the purposes of security and staff training and in order to prevent or detect unauthorised use of the British Airways email system.

British Airways Plc is a public limited company registered in England and Wales. Registered number: 1777777. Registered office: Waterside, PO Box 365, Harmondsworth, West Drayton, Middlesex, England, UB7 0GB.



**How to contact us**

This is an automated email, and we are unable to respond to replies. To ask a question online, send us an email, or find the contact numbers please click on the link below and go to "Your questions"

Your questions

**Data Protection Notice**

Your personal data will be processed in accordance with the applicable marketing and operating carrier's privacy policy and, where your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred.

**If you have received this email in error**

This is a confidential email intended only for the British Airways customer appearing as the addressee. If you are not the intended recipient please delete this email and inform the sender as soon as possible. Please note that copying, distribution or other action taken or omitted to be taken in reliance upon it is prohibited and may be unlawful.

## Passenger notices

### Dangerous articles in baggage

For safety reasons, dangerous articles such as those listed below, must not be carried in passengers checked or hand/cabin baggage:



| Acids | Poisons | Flammable liquids | Explosives | Matches / Lighters | Bleach | Incapacitating sprays | Ignitable gas devices | Compressed gas |
|-------|---------|-------------------|------------|--------------------|--------|-----------------------|-----------------------|----------------|

or other articles or substances which present a danger during air transport.

More information on dangerous articles in baggage is available here
More information on security prohibited items (PDF, 29 kb, English only)

**Notice**

If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention or the Montreal Convention may be applicable and these Conventions govern and may limit the liability of carriers for death or bodily injury and in respect of loss of or damage to baggage. Many air carriers have waived the Warsaw Convention limits for death or bodily injury. Further information may be obtained from the carrier. For further information see the Notice of Liability Limitations.

**Conditions of Carriage**

It is important that you read this section carefully as it contains important information about the terms on which carriage and other services are provided to you.

Carriage and other services provided by the carrier are subject to Conditions of Carriage and the Conditions of Contract, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Copies of the Conditions of Contract and the British Airways General Conditions of Carriage are available on request or can be obtained at the airport or online here:

Conditions of Contract
British Airways General Conditions of Carriage

**Notice of liability limitations**

The Montreal Convention or the Warsaw Convention system may be applicable to your journey and these Conventions govern and may limit the liability of air carriers for death or bodily injury, for loss of or damage to baggage, and for delay. For more information, please visit:

Liability limitations

## Passenger service charge and carrier imposed charge or fuel surcharge, where applicable

The price of your ticket includes a carrier imposed charge or fuel surcharge, where applicable. They are shown in the "TAX/FEE/CHARGE" area of your ticket. These sums are levied by British Airways and are not a tax, fee or charge imposed by a Government Authority or by a third party. UB is the Passenger Service Charge which carriers pay to UK airport operators for each passenger's use of airport facilities.

## Notice of government and airport imposed taxes, fees and charges

The price of this ticket may include taxes, fees and charges which are imposed on air transportation by Government Authorities and Airports. They may represent a significant portion of the cost of air travel and are either included in the fare or shown separately in the "TAX/FEE/CHARGE" box(es) of this ticket. You may also be required to pay taxes, fees and charges not already collected.

## Overbooking

For a copy of British Airways' overbooking policy, please visit:

Overbooking policy

### Travel aware



We recommend that all British travellers check the Foreign and Commonwealth Office website for essential travel advice to make informed decisions about travelling abroad. For the latest information relating to specific countries check www.gov.uk/travelaware where you can sign up for email alerts, guidance and tips. For nationals of other countries, please check your own government's travel advice.

Sep 1, 2023, 17:07

# Thanks! Your booking is confirmed at The Renwick

From: The Renwick <customer.service@booking.com>

To:

Reply To: The Renwick <cs-noreply@booking.com>

## Booking.com

Confirmation: **2796615445**
PIN: **9746** (Confidential)

# Thanks Gosia! Your booking in New York is confirmed.

✔ **The Renwick** is expecting you on **9 September**

✔ Your **payment** will be handled by The Renwick. The **'Payment'** section below has more details

✔ You can cancel for FREE until 7 September 2023 23:59 [EDT].

✔ Use the link below to easily **modify or cancel** your booking

🔒 Please keep your PIN confidential as it can be used to modify or cancel your booking.

✔ Make your trip even more special. See if you can get a better room

✔ More for your trip: Attractions

## The Renwick

 

## Reservation details

| Check-in | Saturday 9 September 2023 (from 15:00) |
|---|---|
| Check-out | Wednesday 13 September 2023 (until 11:00) |
| Your reservation | 4 nights, 1 room |
| You booked for | 1 adult |

| Location | 118 East 40th Street, Murray Hill, New York, NY 10016, United States |
|---|---|
| Phone | +1212-687-4875 |
| Contact | Email property |
| Prepayment | You will be charged a prepayment of the cost of the first night within 1 day before arrival. |
| Cancellation policy | You may cancel free of charge until 1 day before arrival. You will be charged the cost of the first night if you cancel within 1 day before arrival. If you don't show up, the no-show fee will be the same as the cancellation fee. |
| Cancellation cost | • until 7 September 2023 23:59 [EDT]: US$0<br>• from 8 September 2023 00:00 [EDT]: US$523.71 |

## Price details

| Gallery King | US$1,706.60 |
|---|---|
| **Price** | **US$1,706.60** |

## Gallery King

The room includes a King Bed, complimentary WiFi, and upgraded bath amenities.

| Guest name | Charles Melvin |
|---|---|
| Maximum capacity | 2 guests maximum, of which 2 adults maximum. Your total price is based on the rate for your booked number of guests (1 adult). Extra prices may apply for additional guests, up to the maximum capacity. |

Meal plan        There is no meal option with this room.

 **Travel support**

Get the information needed before traveling to a destination as touristic travel may still not be allowed. In the case your travel plans change and you wish to modify your booking, check your options to manage the reservation by clicking the link below.

**Modify your booking**       **Get the print version »**



# Make your trip easy with the app

Change or cancel bookings on the go, chat directly with your property, and much more.

**Get the app**

To get the app, scan this code with your phone camera

## (i) Important Details

- 14.75 % Tax is excluded.
- US$ 30 Resort fee per night is excluded.
- US$ 3.50 City tax per night is excluded.
- Please note, guests must be 21 years old to make a reservation.
- Guests are required to show a photo identification and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

**Show more details »**

 ## Payment

- You have now confirmed and guaranteed your reservation by credit card.
- This accommodation provider accepts the following forms of payment: **American Express, Visa, Euro/Mastercard, Diners Club, Discover,**

**UnionPay debit card, UnionPay credit card**

**See more about payment »**

 ## Make changes to your booking

It's easy to modify or cancel your reservation. Depending on the type of booking you made, cancellation fees may apply.

**Modify or cancel your booking »**

## Contact your property

Have a question or special request? You can chat with your property.

**Chat with your property »**

## Travel with peace of mind

Find information about travelling safely in our Safety Resource Centre, available on both the website and the app.

**Open the Safety Resource Centre »**

You have access to emergency phone numbers for your stay in the United States. They're always available in the app, even without an internet connection.

**View emergency services »**

## Start planning your trip to New York

 **Attractions**
Explore museums, tours and activities in your destination.                >

**Booking.com**

Herengracht 597, 1017 CE Amsterdam, Netherlands

Don't want to receive any more marketing offers in your confirmation emails?
**Set your preferences.**

Copyright © 1996–2023 Booking.com. All rights reserved.

When communicating with your booked accommodation via Booking.com you agree with the processing of the communications as set out in our Privacy Policy.

Rossini's

| | |
|---|---|
| Date: | 9/9/23, 10:50 pm |
| Card Type: | VISA |
| Acct #: | |
| Customer: | CHARLES ASHLEY RICH MELVIN |
| Card Entry: | SWIPED |
| AID: | null |
| Appl. Label: | null |
| ARC: | 00 |
| Auth Code: | 982791 |
| Check: | 8560 |
| Table: | 10 |
| Server: | Server C. |

Amount:                    $90.37

+TIP _____

=TOTAL _____

Suggested Tips:
18% = $14.94
20% = $16.60
25% = $20.75

agree to pay the above total amount pursuant
to the card issuer agreement.

_____

Celebrating over 45 Years! Thank You!

Customer Copy

---

Merchant ID:              883
ENTRY METHOD:
CONTACT CHIP
AID:         A0000000031010
APPL. NAME:     Visa Debit
ATC:                    02B2
TID:
Mode:                 Issuer

DRIVER            5747057
CAB                  1P18
PASSENGERS              2
DATE             9/10/23
START            18:40:58
END              18:51:13
TRIP                  871
STAND. CITY RATE 1
DISTANCE          1.74 mi
FARE R1            $12.10
SUB TOTAL          $12.10
TIP                 $3.22
STATE SURCHARGE     $0.50
IMP. SURCHARGE      $1.00
CGN SRCH.           $2.50
TOTAL              $19.32
VISA                 2451
AUTH               505757
TRN REF #:       75234225
VAL CODE:            X3FJ
*
Contact TLC Dial 3-1-1

---

Merchant: Curb Mobility
Contact #: 1(800) 488-87
email: cs@gocurb.com

*CREDIT CARD SALE

*DRIVER COPY
Merchant ID:              883
ENTRY METHOD:
CONTACT CHIP
AID:         A0000000031010
APPL. NAME:     Visa Debit
ATC:                    02A7
TID:
Mode:                 Issuer

DRIVER             465797
CAB                  2L58
PASSENGERS              1
DATE              9/9/23
START            20:26:45
END              21:05:21
TRIP                 1836
JFK-MANHATTAN 2
DISTANCE         16.62 mi
FARE R2            $70.00
Midtown Tunnel      $6.94
SUB TOTAL          $76.94
TIP                $16.19
STATE SURCHARGE     $0.50
IMP. SURCHARGE      $1.00
CGN SRCH.           $2.50
AIRPORT FEE:        $1.75
TOTAL              $98.88
VISA                 2451
AUTH               806758
TRN REF #:       75142341
VAL CODE:            6GQQ
CARDHOLDER ACKNOWLEDGES

PIN VERIFIED
NO SIGNATURE REQUIRED
*

---------PANYNJ---------
START (28):
Airport:         JFK_Term8
END (999):
Destination:        Valid

Contact TLC Dial 3-1-1

Merchant: Curb Mobility
Contact #: 1(800) 488-8704
email: cs@gocurb.com

```
       CREDIT SALE

HACK #        :   05.J0422
MEDALLION     :        EK11
09/10/23 23:14-23:30
TRIP #        :        3916
RATE #        :           1
STAND. CITY RATE
Miles R1      :        1.32
FARE R1       :      $14.20
EXTRAS        :       $1.00
STATE SPCHG   :       $0.50
IMP. SRCHG.   :       $1.00
CGN  SRCH.    :
TIPS          :
GRAND TOTAL:        $23.0
VISA
AUTHOR.       :     086900
MID:            ***********883
ENTRY METHOD:
CHIP CONTACT
AID:         A0000000031010
APPL. NAME:
Visa Debit
ATC:                   02B3
TKN REF #: 75256684
VAL CODE:              Z65X
REC/INV#:              3916
TID:          ***********313
Mode:               Issuer

PIN VERIFIED
NO SIGNATURE REQUIRED
```

```
*CASH RECEIPT
CAB                    6A38
DRIVER               472294
TERMINAL                4B8
TRIP                   2285
PASSENGERS                1
DATE                9/13/23
START              15:13:42
END                16:17:29
JFK-MANHATTAN 2
DISTANCE          15.59 mi
FARE R2             $70.00
Midtown Tunnel       $6.94
SUB TOTAL           $76.94
STATE SURCHARGE      $0.50
IMP. SURCHARGE       $1.00
CGN SRCH.            $2.50
TOTAL               $80.94
*
  Contact TLC Dial 3-1-1
```

**EXHIBIT C**

**Fee Period Receipts for Wintermute Asia PTE. Ltd.**

(attached)

 Gmail

---

## [Ext] Your trip confirmation (ORD - LGA)

To: David Shafer

Fri, Aug 25, 2023 at 5:37 PM

Office Operations Manager

**Wintermute**



---------- Forwarded message ---------
From: **American Airlines** <no-reply@info.email.aa.com>
Date: Fri, Aug 25, 2023 at 5:30 PM
Subject: [Ext] Your trip confirmation (ORD - LGA)
To:



Issued: 25 August 2023

### Your trip confirmation and receipt

We charged £484.60 to your card ending in ▮▮▮▮ for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: ZYNVWZ**

**Sunday, 10 September 2023**

**Manage your trip**

**Record Locator: ZYNVWZ**

**ORD**
Chicago O'Hare
**7:00 PM**

**AA 314** 

**LGA**
New York La Guardia
**10:19 PM**

Seat: **11F**
Class: **Economy (M)**
Meals:

**Wednesday, 13 September 2023**

**LGA**
New York La Guardia
**7:30 AM**

**AA 660** 

**ORD**
Chicago O'Hare
**9:07 AM**

Seat: **11F**
Class: **Economy (Q)**
Meals:

**Manage your trip**

## Your purchase

**David Shafer - AAdvantage® #: 3EJ****

New ticket (0012474131943)                                                          £484.60
[£429.00+ Taxes & carrier-imposed fees £55.60]

**Total cost**                                                                        **£484.60**

## Your payment

█████████████████                                                                    £484.60

Total paid                                                                            £484.60

## Bag information

**Checked Bag (Airport)**                                    **Checked Bag (Online*)**

1st bag   No charge                                          1st bag   No charge
2nd bag   $40.00                                             2nd bag   $40.00

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width
+ height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

### Carry-on bags

| | |
|---|---|
| **1st carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **2nd carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

   

Book a hotel »    Book a car »    Buy trip insurance »    AAVacations »



Contact us
Privacy policy

**Download the American app**

 

© American Airlines, Inc. All Rights Reserved.



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to
███████████████████

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

 Gmail

## [Ext] NYC receipt Fwd: Viasat In-Flight Wi-Fi Service Payment Confirmation
1 message

**David Shafer** ▮▮▮▮▮▮▮▮▮▮           Mon, Sep 11, 2023 at 2:48 AM
To: ▮▮▮▮▮▮▮▮▮▮▮

David Shafer

---------- Forwarded message ---------
From: <no-reply@viasat.com>
Date: Sun, Sep 10, 2023, 19:38
Subject: Viasat In-Flight Wi-Fi Service Payment Confirmation
To: ▮▮▮▮▮▮

Thank you for purchasing a Wi-Fi session from Viasat. Your purchase information is below. If you have any questions about your order, please contact Passenger Care at https://inflight.viasat.com or call 1 (888) 649-6711.

===
Order Identifier: a0O3k00000jZ3nZEAS


Purchase Date: 2023-09-11 00:38:08
Airline: American Airlines
Flight Date: 2023-09-11
Flight Number: AAL314
Description: Flight Pass
Payment Method: MasterCard
Total Purchase: $19.00

===
Viasat Inc.
6155 El Camino Real
Carlsbad, CA 92009
USA

===
Viasat: https://www.viasat.com
Legal and Privacy: https://www.viasat.com/legal

===
Additional Information
If you have questions about the Inflight Wi-Fi service or want to give feedback, please visit https://inflight.viasat.com.



# Receipt

Hotels.com itinerary: 72644567293863

Purchase date: 30 Aug 2023

## Booking details

Club Quarters Hotel, Grand Central

128 East 45th Street, New York, NY, 10017 United States of America

Check-in: 10 Sept 2023

Check-out: 13 Sept 2023

1 room x 3 nights

Standard Room

Booked for: David Shafer

## Payment details

Room price

| | |
|---|---|
| Sun, 10 Sept | £210.10 |
| Mon, 11 Sept | £278.09 |
| Tue, 12 Sept | £332.48 |
| Taxes | £129.37 |

| | |
|---|---|
| Total | **£950.04** |
| | Paid |

Member's price: 14%

Prices shown after £133.59 savings



22:39

RIKERS ISLAND

4 MIN — **New York LaGuardia Airport** ›

278

NORTHERN BLVD

Central Park

SummerStage - Central Park

25

Club Quarters Hotel Grand Central ›

Gantry Plaza State Park

25

## Choose a ride



UberX — **$81.95**
23:00
⚡ Faster

Black 👤4 — **$62.20**
23:00 • 4 min away

UberXL — **$95.13**
23:00



Choose Black

 Gmail

---

## [Ext] NYC receipt: Fwd: Your Sunday evening trip with Uber
1 message

**David Shafer** ▉▉▉▉▉▉▉▉▉▉
To: ▉▉▉▉▉▉▉▉▉▉

Mon, Sep 11, 2023 at 12:50 AM

David Shafer

---------- Forwarded message ----------
From: **Uber Receipts** <noreply@uber.com>
Date: Sun, Sep 10, 2023, 17:36
Subject: Your Sunday evening trip with Uber
To: ▉▉▉▉▉▉▉▉▉

**Uber**

Total $32.97
September 10, 2023

# Thanks for riding, David

We hope you enjoyed your ride
this evening.



# Total

# $32.97

> Surcharges mandated by the City of Chicago may make your trip more expensive.
> Learn more.

Trip fare

$23.30

| | |
|---|---|
| Subtotal | $23.30 |
| Booking Fee ❓ | $3.42 |
| Chicago Ground Transportation Surcharge ❓ | $1.13 |
| Chicago Accessibility Surcharge ❓ | $0.10 |
| Chicago TNP Administrative Surcharge ❓ | $0.02 |
| Chicago Special Venues Surcharge ❓ | $5.00 |

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Anecia

4.94 ★ Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX        11.03 miles | 33 min

■   5:02 PM
    4508 W Larchmont Ave,
    Chicago, IL 60641-1200, US

⬇   5:36 PM

20/09/2023, 19:51                    Gmail - [Dispute Tracking #441-3-2] NYC Trip June 19, 2022 - Sunil Passenger Tag for Uber

Terminal 3, O'Hare
International Airport (ORD),
Chicago, IL 60666, US



Report lost item   ›                Contact support   ›                My trips   ›

Forgot password                     Uber Technologies

Privacy                             1515 3rd Street
                                    San Francisco, CA 94158
Terms

 **Gmail**

## [Ext] NYC receipt Fwd: Your Sunday evening trip with Uber

**David Shafer** ▓▓▓▓▓▓▓▓                                    Mon, Sep 11, 2023 at 4:12 AM
To: ▓▓▓▓▓▓▓▓

Black cheaper than X

David Shafer

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Sun, Sep 10, 2023, 23:07
Subject: Your Sunday evening trip with Uber
To: ▓▓▓▓▓▓▓▓

**Uber**                                                    Total $62.20
                                                            September 10, 2023

# Thanks for riding, David

We hope you enjoyed your ride
this evening.



# Total                                    # $62.20

> Learn more about the government-mandated pricing rules, taxes, and fees that
> make trips in NYC more expensive.

Trip fare                                                   $43.82

| | |
|---|---|
| Subtotal | $43.82 |
| Queens Midtown Tunnel Westbound ❓ | $6.94 |
| NY Congestion Fee ❓ | $2.75 |
| LGA Airport Surcharge | $2.50 |
| NY State Black Car Fund ❓ | $1.46 |
| Sales Tax ❓ | $4.73 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

[Download PDF]

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

# You rode with Ashley

4.97 ★ Rating                    👤 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: T755298C

FHV License Number: 5833644

Driver's TLC License Number: 5821946

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

Black       8.30 miles | 17 min

■   10:49 PM

Queens, NY 11371, US



⌐   11:07 PM

128 E 45th St, New York City,
NY 10017, US

Report lost item   >                    Contact support   >                    My trips   >

Forgot password                         Uber Technologies

Privacy                                 1515 3rd Street
                                        San Francisco, CA 94158
Terms



**Screenshot_20230910-223917.png**
521K

 Gmail

---

## [Ext] NYC receipt Fwd: Your Wednesday morning trip with Uber

**David Shafer**
To:                                               Wed, Sep 13, 2023 at 10:38 AM

David Shafer

---------- Forwarded message ----------
From: **Uber Receipts** <noreply@uber.com>
Date: Wed, Sep 13, 2023, 05:01
Subject: Your Wednesday morning trip with Uber
To: 

# Uber

Total $63.95
September 13, 2023

# Thanks for riding, David

We hope you enjoyed your ride
this morning.



# Total

# $63.95

Learn more about the government-mandated pricing rules, taxes, and fees that
make trips in NYC more expensive.

Trip fare                                                    $45.38

| | |
|---|---|
| Subtotal | $45.38 |
| Queens Midtown Tunnel Eastbound ❓ | $6.94 |
| NY Congestion Fee ❓ | $2.75 |
| LGA Airport Surcharge | $2.50 |
| NY State Black Car Fund ❓ | $1.51 |
| Sales Tax ❓ | $4.87 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

[Download PDF](#)

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Tarikul

4.88 ★ Rating       👥 Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: T110324C

FHV License Number: 6020257

Driver's TLC License Number: 5717625

When you ride with Uber, your trips are insured in case of a covered accident.

[Learn more ›](#)

UberX     9.53 miles | 17 min

■ 4:43 AM
128 E 45th St, New York City,
NY 10017, US

⌐ 5:00 AM
Terminal B, LaGuardia Airport
(LGA), Queens, NY 11371,
US



Report lost item  ❯       Contact support  ❯       My trips  ❯

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

## Receipt 1 (left)

**Rosie Dunn's**

729 Third Ave
New York, NY 10017

Check: Stella lad mid
Check #: reg2-17934
#: OCDAB2
Payment ID: 92AOC8
09/11/23 9:47:55 PM

| | |
|---|---|
| Subtotal | $68.30 |
| Credit Card Surcharge | $2.23 |
| Tax | $6.06 |
| Paid | $76.59 |
| Cash/Debit Total | $0.00 |
| Credit Card Surcharge | $0.00 |
| Credit Card Total | $0.00 |

SALE

| | |
|---|---|
| MC | |
| CARD | |
| ENTRY METHOD | CHIP READ |
| APPROVAL | 84492Z |
| RESPONSE | 000/APPROVAL |
| MID | |
| TID | |
| MODE | ISSUER |
| AID | A0000000041010 |
| TVR | 8000008000 |
| IAD | 0110A00001220000000000000000000000FF |
| TSI | 6800 |
| ARC | 000 |

**Amount:** $76.59

+ Tip: _____

= Total: _____

I agree to pay the above total amount
according to the card issuer agreement.

CUSTOMER COPY
Thank You!

Please note, we impose a surcharge on credit
cards that is not greater than our cost of
acceptance. It is 3% of your payment amount,
which is $2.23.

Next time, close your tab...

## Receipt 2 (right)

**Rosie Dunn's**

Check: Stella lad mid
Check #: reg2-17934          09/11/23
#: OCDAB2
Register ID: 18777          9:47:40 PM

| ITEM | QTY | PRICE | TOTAL |
|---|---|---|---|
| Stella Artois - Pin | 3 | $9.00 | $27.00 |
| Spicy Guacamole & C | 1 | $13.00 | $13.00 |
| Charcoal Grilled Bu | 1 | $18.30 | $18.30 |
| Guinness - Pint | 1 | $10.00 | $10.00 |

| | |
|---|---|
| Subtotal | $68.30 |
| Tax | $6.06 |
| Cash/Debit Total | $74.36 |
| Credit Card Surcharge | $2.23 |
| Credit Card Total | $76.59 |

Please note, we impose a surcharge on credit
cards that is not greater than our cost of
acceptance. It is 3% of your balance due,
which is $2.23.