# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 1646 & 2427 |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

1. In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], entered January 9, 2023 (the "Interim Compensation Order") and the *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [D.I. 834], entered March 8, 2023 (the "Fee Examiner Order"), Landis Rath & Cobb LLP ("LRC") filed the *Second Interim Fee Application of Landis Rath & Cobb LLP* [D.I. 1646] (the "Interim Application") with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 15, 2023.

2. Objections to the Interim Application, if any, were to be filed and served no later than July 5, 2023 in accordance with the Interim Compensation Order (the "Objection Deadline").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073073.}

3.     Pursuant to the Fee Examiner Order, Katherine Stadler, (the "Fee Examiner") filed the *Fee Examiner's Summary Report on Fee Review Process and Second Interim Fee Applications Scheduled for Uncontested Hearing on September 13, 2023* [D.I. 2427] (the "Fee Examiner Report"), which included the review of the Interim Application pursuant to the Fee Examiner Order and deferred approval thereof while discussions regarding certain issues identified by the Fee Examiner (the "2nd Interim Issues") continued among the parties.[2] Following the filing of the Fee Examiner Report, LRC and the Fee Examiner engaged in continued discussions with regard to the pending Interim Application and have resolved the 2nd Interim Issues pursuant to certain agreed reductions as set forth in the proposed form of order (the "Proposed Order") attached hereto as **Exhibit A**.

4.     The undersigned hereby certifies that the Court's docket has been reviewed and no answer, objection, or other responsive pleading to the Interim Application, other than the Fee Examiner Report, appear thereon.  LRC received informal comments (the "Informal Comments") to the Interim Application from the Office of the United States Trustee (the "U.S. Trustee") that also have been resolved pursuant to certain agreed reductions as set forth in the Proposed Order.

5.     A copy of the Proposed Order approving the Interim Application has been circulated to the Fee Examiner and the U.S. Trustee.  The Fee Examiner and the U.S. Trustee have advised that they do not oppose entry of the Proposed Order.

6.     In accordance with the Court's electronic order processing procedures, a clean copy of the Proposed Order shall be uploaded to CM/ECF.

---

[2]     Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Fee Examiner Report.

WHEREFORE the undersigned, on behalf of the Debtors, respectfully request the Proposed Order be entered at the Court's earliest convenience.

Dated: October 31, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　brown@lrclaw.com
　　　　pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
　　　　bromleyj@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*