**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 9/5/23 | Emily A. Kopp | 3.00 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 9/8/23 | Dario A. Rosario | 3,034.00 | $0.10 | $303.40 | Repro - B&W Copies |
| Repro - B&W Copies | 9/9/23 | Dario A. Rosario | 1,404.00 | $0.10 | $140.40 | Repro - B&W Copies |
| Repro - B&W Copies | 9/15/23 | Dario A. Rosario | 573.00 | $0.10 | $57.30 | Repro - B&W Copies |
| Repro - B&W Copies | 9/19/23 | Sophia Chen | 861.00 | $0.10 | $86.10 | Repro - B&W Copies |
| Repro - B&W Copies | 9/20/23 | Sophia Chen | 2,445.00 | $0.10 | $244.50 | Repro - B&W Copies |
| Repro - B&W Copies | 9/21/23 | Dario A. Rosario | 1,255.00 | $0.10 | $125.50 | Repro - B&W Copies |
| Repro - B&W Copies | 9/25/23 | Victoria G. Shahnazary | 114.00 | $0.10 | $11.40 | Repro - B&W Copies |
| Repro - B&W Copies | 9/25/23 | Adam J. Toobin | 3,088.00 | $0.10 | $308.80 | Repro - B&W Copies |
| Repro - B&W Copies | 9/26/23 | Halloran N. Purcell | 13.00 | $0.10 | $1.30 | Repro - B&W Copies |
| Repro - B&W Copies | 9/28/23 | Stepan G. Atamian | 202.00 | $0.10 | $20.20 | Repro - B&W Copies |
| Repro - B&W Copies | 9/28/23 | Thursday K. Williams | 77.00 | $0.10 | $7.70 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$1,306.90** | |
| Repro - Color Copies | 9/5/23 | Emily A. Kopp | 224.00 | $0.20 | $44.80 | Repro - Color Copies |
| Repro - Color Copies | 9/25/23 | Victoria G. Shahnazary | 191.00 | $0.20 | $38.20 | Repro - Color Copies |
| Repro - Color Copies | 9/26/23 | Halloran N. Purcell | 244.00 | $0.20 | $48.80 | Repro - Color Copies |
| Repro - Color Copies | 9/28/23 | Thursday K. Williams | 162.00 | $0.20 | $32.40 | Repro - Color Copies |
| Repro - Color Copies | 9/28/23 | Stepan G. Atamian | 108.00 | $0.20 | $21.60 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$185.80** | |
| Delivery/Courier | 9/5/23 | Bright S. Boafo | 1.00 | $28.43 | $28.43 | Delivery/Courier |
| Delivery/Courier | 9/5/23 | Bright S. Boafo | 1.00 | $27.87 | $27.87 | Delivery/Courier |
| Delivery/Courier | 9/6/23 | Dario A. Rosario | 1.00 | $20.59 | $20.59 | Delivery/Courier |
| Delivery/Courier | 9/7/23 | Thursday K. Williams | 1.00 | $16.82 | $16.82 | Delivery/Courier |
| Delivery/Courier | 9/7/23 | Thursday K. Williams | 1.00 | $20.41 | $20.41 | Delivery/Courier |
| Delivery/Courier | 9/7/23 | Thursday K. Williams | 1.00 | $20.41 | $20.41 | Delivery/Courier |
| Delivery/Courier | 9/18/23 | Stepan G. Atamian | 1.00 | $28.37 | $28.37 | Delivery/Courier |
| Delivery/Courier | 9/18/23 | Stepan G. Atamian | 1.00 | $27.81 | $27.81 | Delivery/Courier |
| Delivery/Courier | 9/20/23 | Christopher J. Dunne | 1.00 | $160.88 | $160.88 | Delivery/Courier |
| Delivery/Courier | 9/21/23 | Bright S. Boafo | 1.00 | $16.78 | $16.78 | Delivery/Courier |
| Delivery/Courier | 9/21/23 | Bright S. Boafo | 1.00 | $16.78 | $16.78 | Delivery/Courier |
| Delivery/Courier | 9/21/23 | Bright S. Boafo | 1.00 | $20.37 | $20.37 | Delivery/Courier |
| Delivery/Courier | 9/21/23 | Bright S. Boafo | 1.00 | $20.37 | $20.37 | Delivery/Courier |
| Delivery/Courier | 9/26/23 | Thursday K. Williams | 1.00 | $27.99 | $27.99 | Delivery/Courier |
| Delivery/Courier | 9/26/23 | Thursday K. Williams | 1.00 | $28.55 | $28.55 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$482.43** | |
| Local Transportation | 7/12/23 | Naiquan Zhang | 1.00 | $64.15 | $64.15 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:28; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 8/18/23 | Ashray Gautam | 1.00 | $43.14 | $43.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:06; Purpose: OT Travel |
| Local Transportation | 8/22/23 | Ashray Gautam | 1.00 | $58.77 | $58.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 8/31/23 | Alexander S. Holland | 1.00 | $27.42 | $27.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:51; Purpose: OT Travel |
| Local Transportation | 9/5/23 | Aaron M. Levine | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 9/5/23 | Isaac S. Foote | 1.00 | $83.09 | $83.09 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 9/5/23 | Jacob M. Croke | 1.00 | $85.28 | $85.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:14; Purpose: OT Travel |
| Local Transportation | 9/5/23 | Ken Li | 1.00 | $28.90 | $28.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:27; Purpose: OT Travel |
| Local Transportation | 9/6/23 | Daniel P. O'Hara | 1.00 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:44; Purpose: OT Travel |
| Local Transportation | 9/6/23 | Alexander S. Holland | 1.00 | $27.75 | $27.75 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:43; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/7/23 | Benjamin Zonenshayn | 1.00 | $103.34 | $103.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Matthew L. Strand | 1.00 | $104.53 | $104.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Isaac S. Foote | 1.00 | $50.53 | $50.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:44; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Daniel P. O'Hara | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:47; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Alexa J. Kranzley | 1.00 | $20.91 | $20.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:25; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Maxwell E. Schwartz | 1.00 | $25.92 | $25.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:30; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Alexander S. Holland | 1.00 | $32.32 | $32.32 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:50; Purpose: OT Travel |
| Local Transportation | 9/7/23 | Aaron M. Levine | 1.00 | $39.07 | $39.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 9/8/23 | Joseph F. Gilday | 1.00 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:16; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/11/23 | Alexa J. Kranzley | 1.00 | $67.95 | $67.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 9/12/23 | Benjamin Zonenshayn | 1.00 | $89.79 | $89.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:08; Purpose: OT Travel |
| Local Transportation | 9/14/23 | Arnold Zahn | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 9/14/23 | Aaron M. Levine | 1.00 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:15; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Aaron M. Levine | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Jane V. Ninivaggi | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Arnold Zahn | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:39; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Mario Schollmeyer | 1.00 | $133.28 | $133.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:20; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Kira R. Setren | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:10; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/18/23 | Jacob M. Croke | 1.00 | $86.96 | $86.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:36; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Alexa J. Kranzley | 1.00 | $14.34 | $14.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |
| Local Transportation | 9/18/23 | Grier E. Barnes | 1.00 | $35.97 | $35.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:57; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Aneesa Mazumdar | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Phinneas G. Bauer | 1.00 | $79.35 | $79.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Christopher J. Dunne | 1.00 | $180.92 | $180.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Joseph F. Gilday | 1.00 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:24; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Rebecca J. Simmons | 1.00 | $49.08 | $49.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Jane V. Ninivaggi | 1.00 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:09; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/19/23 | Saskia E.L. De Vries | 1.00 | $20.92 | $20.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 9/19/23 | Jacob M. Croke | 1.00 | $79.92 | $79.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:04; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Jackson T. Blaisdell | 1.00 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:17; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Mario Schollmeyer | 1.00 | $77.96 | $77.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:34; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Isaac S. Foote | 1.00 | $72.00 | $72.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:41; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Kanishka Kewlani | 1.00 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Jacob M. Croke | 1.00 | $83.17 | $83.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Alexandra Li | 1.00 | $21.23 | $21.23 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 9/20/23 | Grier E. Barnes | 1.00 | $60.88 | $60.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/21/23 | Jackson T. Blaisdell | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:23; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Kanishka Kewlani | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:53; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Aneesa Mazumdar | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:25; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Mario Schollmeyer | 1.00 | $95.98 | $95.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:07; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Arnold Zahn | 1.00 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:42; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Alexander S. Holland | 1.00 | $33.62 | $33.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:41; Purpose: OT Travel |
| Local Transportation | 9/21/23 | Jacob M. Croke | 1.00 | $99.70 | $99.70 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:28; Purpose: OT Travel |
| Local Transportation | 9/22/23 | Arnold Zahn | 1.00 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 9/25/23 | Jackson T. Blaisdell | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:52; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/25/23 | Joseph F. Gilday | 1.00 | $97.14 | $97.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:02; Purpose: OT Travel |
| Local Transportation | 9/25/23 | Evan S. Simpson | 1.00 | $36.21 | $36.21 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:03; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Christopher J. Dunne | 1.00 | $181.41 | $181.41 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Adam J. Toobin | 1.00 | $84.90 | $84.90 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:48; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Mitchell N. Friedman | 1.00 | $165.74 | $165.74 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Arnold Zahn | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Kira R. Setren | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:04; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Kathleen T. Donnelly | 1.00 | $59.20 | $59.20 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:14; Purpose: OT Travel |
| Local Transportation | 9/26/23 | Jacob M. Croke | 1.00 | $78.70 | $78.70 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:08; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/27/23 | Benjamin Zonenshayn | 1.00 | $124.08 | $124.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 9/27/23 | Christopher J. Dunne | 1.00 | $181.44 | $181.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 9/27/23 | Saskia E.L. De Vries | 1.00 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 9/27/23 | Aaron M. Levine | 1.00 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:30; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Jackson T. Blaisdell | 1.00 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:05; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Arnold Zahn | 1.00 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:01; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Christian T. Hodges | 1.00 | $80.41 | $80.41 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:18; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Kira R. Setren | 1.00 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Meng Yu | 1.00 | $104.53 | $104.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 9/28/23 | Daniel P. O'Hara | 1.00 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:04; Purpose: OT Travel |
| Local Transportation | 9/28/23 | Benjamin Zonenshayn | 1.00 | $132.59 | $132.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:13; Purpose: OT Travel |
| Local Transportation | 9/28/23 | HyunKyu Kim | 1.00 | $90.00 | $90.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:15; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$5,370.57** | |
| Travel and expenses | 9/11/23 | Brian D. Glueckstein | 1.00 | $60.00 | $60.00 | Travel and Expenses: Expense Type: Parking; Location: New York, NY; Business Purpose: Attend client creditor meetings |
| Travel and expenses | 9/13/23 | Brian D. Glueckstein | 1.00 | $8.04 | $8.04 | Travel and Expenses: Expense Type: Breakfast - Out of Town; Location: Wilmington, DE; Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Dylan M. Handelsman | 1.00 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Dylan M. Handelsman; Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Brian D. Glueckstein | 1.00 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 9/13/23 | Alexa J. Kranzley | 1.00 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Alexa J. Kranzley; Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Andrew G. Dietderich | 1.00 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Brian D. Glueckstein | 1.00 | $68.30 | $68.30 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (Penn); End Point: S&C; Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Brian D. Glueckstein | 1.00 | $64.02 | $64.02 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: Train Station (Penn); Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Alexa J. Kranzley | 1.00 | $29.99 | $29.99 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (Penn); Business Purpose: Attend hearing |
| Travel and expenses | 9/13/23 | Alexa J. Kranzley | 1.00 | $35.98 | $35.98 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (Penn); End Point: Home; Business Purpose: Attend hearing |
| Travel and expenses | 9/18/23 | Benjamin S. Beller | 1.00 | $21.20 | $21.20 | Travel and Expenses: Expense Type: Lunch - Out of Town; Location: White Plains, NY; Business Purpose: Attend Voyager mediation |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 9/20/23 | Brian D. Glueckstein | 1.00 | $97.00 | $97.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Trenton, NJ; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend BlockFi hearing |
| **Travel and Expenses Total** | | | | | **$1,936.53** | |
| Conference Room Dining | 9/11/23 | Alexa J. Kranzley | 4.00 | $670.00 | $2,680.00 | Conference Room Dining (Breakfast + Lunch for 67 people) - E. Mosley (A&M), S. Coverick (A&M), C. Sullivan (A&M), H. Trent (A&M), J. Gonzalez (A&M), B. Tenney (A&M), D. Slay (A&M), T. RIbman (A&M), R. Esposito (A&M), D. Lewandowski (A&M), A. Titus (A&M), S. Glustein (A&M), K. Ramanathan (A&M), G. Walia (A&M), D. Sagen (A&M), J. Cooper (A&M), S. Witherspoon (A&M), C. Arnett (A&M), L. Clayton (A&M), Z. Bruch (Paul Hastings/FTI), S. Shah (Paul Hastings/FTI), A. van Voorhees (Paul Hastings/FTI), M. Wan (Paul Hastings/FTI), H. Kung (Paul Hastings/FTI), C. Melvin (Paul Hastings/FTI), D. Shafer (Paul Hastings/FTI), K. Hansen (Paul Hastings/FTI), K. Pasquale (Paul Hastings/FTI), E. Gilad (Paul Hastings/FTI), G. Sasson (Paul Hastings/FTI), I. Sasson (Paul Hastings/FTI), S. Simms (Paul Hastings/FTI), F. Risler (Paul Hastings/FTI), B. Bromberg (Paul Hastings/FTI), M. Diaz (Paul Hastings/FTI), M. |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| | | | | | | O'Hara (Paul Hastings/FTI), R. Hamilton (Paul Hastings/FTI), T. Shea (Paul Hastings/FTI), L. Koch (Paul Hastings/FTI), E. Entwistle (Entwistle), J. Porter (Entwistle), E. Broderick (Eversheds Sutherland), N. Deloatch (Eversheds Sutherland), S. Paul (Eversheds Sutherland), J. Kimble (Eversheds Sutherland), M. Harvey (Morris, Nichols, Arsht & Tunnell), J. Weyand (Morris, Nichols, Arsht & Tunnell), C. Delo (Rothschild), S. Shnayder (Rothschild), S. Crotty (Rothschild), D. Hilkens (Ad Hoc Committee), M. Browning (Ad Hoc Committee),C. Guth (Ad Hoc Committee), M. Zeitouni (Ad Hoc Committee), K. Cofsky (PWP), M. Rahmani (PWP), B. Mendolsohn (PWP), K. Flinn (PWP), J. Ray (FTX), M. Rosenberg (FTX), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, J. Croke, A. Toobin, C. Lloyd |

| | | | | | | |
|---|---|---|---|---|---|---|
| Conference Room Dining | 9/12/23 | Alexa J. Kranzley | 3.00 | $893.33 | $2,680.00 | Conference Room Dining (Breakfast + Lunch for 67 people) - E. Mosley (A&M), S. Coverick (A&M), C. Sullivan (A&M), H. Trent (A&M), J. Gonzalez (A&M), B. Tenney (A&M), D. Slay (A&M), T. RIbman (A&M), R. Esposito (A&M), D. Lewandowski (A&M), A. Titus (A&M), S. Glustein (A&M), K. Ramanathan (A&M), G. Walia (A&M), D. Sagen (A&M), J. Cooper (A&M), S. Witherspoon (A&M), C. Arnett (A&M), L. Clayton (A&M), Z. Bruch (Paul Hastings/FTI), S. Shah (Paul Hastings/FTI), A. van Voorhees (Paul Hastings/FTI), M. Wan (Paul Hastings/FTI), H. Kung (Paul Hastings/FTI), C. Melvin (Paul Hastings/FTI), D. Shafer (Paul Hastings/FTI), K. Hansen (Paul Hastings/FTI), K. Pasquale (Paul Hastings/FTI), E. Gilad (Paul Hastings/FTI), G. Sasson (Paul Hastings/FTI), I. Sasson (Paul Hastings/FTI), S. Simms (Paul Hastings/FTI), F. Risler (Paul Hastings/FTI), B. Bromberg (Paul Hastings/FTI), M. Diaz (Paul Hastings/FTI), M. O'Hara (Paul Hastings/FTI), R. Hamilton (Paul Hastings/FTI), T. Shea (Paul Hastings/FTI), L. Koch (Paul Hastings/FTI), E. Entwistle (Entwistle), J. Porter (Entwistle), E. Broderick (Eversheds Sutherland), N. Deloatch (Eversheds Sutherland), S. Paul (Eversheds Sutherland), J. Kimble (Eversheds |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| | | | | | | Sutherland), M. Harvey (Morris, Nichols, Arsht & Tunnell), J. Weyand (Morris, Nichols, Arsht & Tunnell), C. Delo (Rothschild), S. Shnayder (Rothschild), S. Crotty (Rothschild), D. Hilkens (Ad Hoc Committee), M. Browning (Ad Hoc Committee),C. Guth (Ad Hoc Committee), M. Zeitouni (Ad Hoc Committee), K. Cofsky (PWP), M. Rahmani (PWP), B. Mendolsohn (PWP), K. Flinn (PWP), J. Ray (FTX), M. Rosenberg (FTX), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, J. Croke, A. Toobin, C. Lloyd |
| **Conference Room Dining** | | | | | **$5,360.00** | |
| Meals - Overtime | 9/1/23 | HyunKyu Kim | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 9/3/23 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00029, 00045 |
| Meals - Overtime | 9/3/23 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00029, 00045 |
| Meals - Overtime | 9/5/23 | Michael X. Baldini | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 9/5/23 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00035 |
| Meals - Overtime | 9/5/23 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00034, 00035 |
| Meals - Overtime | 9/6/23 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 9/6/23 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/6/23 | Celia S. Rosen | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 9/6/23 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00034, 00044 |
| Meals - Overtime | 9/6/23 | Alexa J. Kranzley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00019, 00023, 00034, 00035, 00041 |
| Meals - Overtime | 9/7/23 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 9/7/23 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00023, 00035, 00041 |
| Meals - Overtime | 9/7/23 | Jack T. Wiley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 9/7/23 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033 |
| Meals - Overtime | 9/7/23 | Matthew L. Strand | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 9/7/23 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00035 |
| Meals - Overtime | 9/7/23 | Alexa J. Kranzley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00019, 00023, 00025, 00034, 00035, 00041 |
| Meals - Overtime | 9/7/23 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 9/12/23 | Julie G. Kapoor | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00025, 00035 |
| Meals - Overtime | 9/14/23 | Harrison Schlossberg | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019 |
| Meals - Overtime | 9/14/23 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 9/14/23 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 9/15/23 | Saskia E.L. De Vries | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/17/23 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 9/17/23 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 9/17/23 | Michele C. Materni | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 9/18/23 | Andrew B. Brod | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 9/18/23 | Mark C. Bennett | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/18/23 | Michele C. Materni | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/18/23 | Alexa J. Kranzley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00014, 00015, 00016, 00022, 00023, 00025, 00035, 00041 |
| Meals - Overtime | 9/18/23 | Grier E. Barnes | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/18/23 | Adam J. Toobin | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00014 |
| Meals - Overtime | 9/18/23 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/19/23 | Saskia E.L. De Vries | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 9/19/23 | Luke W. Ross | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00044 |
| Meals - Overtime | 9/19/23 | Phinneas G. Bauer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022 |
| Meals - Overtime | 9/19/23 | Alexa J. Kranzley | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00015, 00016, 00020, 00023, 00025 |
| Meals - Overtime | 9/19/23 | Kira R. Setren | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 9/19/23 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/19/23 | Subhah Wadhawan | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/20/23 | Isaac S. Foote | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035 |
| Meals - Overtime | 9/20/23 | Jordan A. Pytosh | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 9/20/23 | Mario Schollmeyer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/20/23 | Kanishka Kewlani | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 9/20/23 | Grier E. Barnes | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/21/23 | Aneesa Mazumdar | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 9/21/23 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/21/23 | Alexander S. Holland | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033, 00045 |
| Meals - Overtime | 9/21/23 | Jackson T. Blaisdell | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00025, 00043 |
| Meals - Overtime | 9/21/23 | Dylan M. Handelsman | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 9/22/23 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/22/23 | Mario Schollmeyer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 9/25/23 | Jackson T. Blaisdell | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 9/25/23 | Jacob W. Ciafone | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00044 |
| Meals - Overtime | 9/26/23 | Kathleen T. Donnelly | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00029, 00033 |
| Meals - Overtime | 9/26/23 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 9/26/23 | Adam J. Toobin | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00022, 00024. 00025 |
| Meals - Overtime | 9/26/23 | Aneesa Mazumdar | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/26/23 | Andrew B. Brod | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 9/26/23 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00041, 00044 |
| Meals - Overtime | 9/26/23 | Arnold Zahn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |
| Meals - Overtime | 9/26/23 | Alexandra Li | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00029, 00033 |
| Meals - Overtime | 9/26/23 | Mitchell N. Friedman | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 9/27/23 | Saskia E.L. De Vries | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 00013, 00029 |
| Meals - Overtime | 9/27/23 | Aaron M. Levine | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014 |
| Meals - Overtime | 9/27/23 | Kanishka Kewlani | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/27/23 | Mario Schollmeyer | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 9/27/23 | Benjamin Zonenshayn | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00041 |
| Meals - Overtime | 9/27/23 | Alexandra Li | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00029 |
| Meals - Overtime | 9/28/23 | Stepan G. Atamian | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 9/28/23 | Daniel P. O'Hara | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 9/28/23 | HyunKyu Kim | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00020, 00027 |
| Meals - Overtime | 9/28/23 | Christopher J. Dunne | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00033, 00044 |
| Meals - Overtime | 9/28/23 | Michele C. Materni | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 9/28/23 | Christian T. Hodges | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/28/23 | Jackson T. Blaisdell | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00016, 00025 |
| Meals - Overtime | 9/29/23 | Andrew B. Brod | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 9/29/23 | Joshua M. Hazard | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 9/30/23 | Saskia E.L. De Vries | 1.00 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00010, 00013 |
| **Meals - Overtime Total** | | | | | **$1,600.00** | |
| CT Corp/CSC | 9/1/23 | Stephanie G. Wheeler | 1.00 | $220.52 | $220.52 | CT Corp/CSC - Obtain Certified/Plain Document Copy |
| **CT Corp/CSC Total** | | | | | **$220.52** | |
| **GRAND TOTAL** | | | | | **$16,462.75** | |

4890-7721-8699 v.2