UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX Trading, *et al.*

                Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF CLAIM

Xclaim hereby withdraws the following erroneous filings:

| Filing Date | Docket # | Document filed |
|---|---|---|
| October 31, 2023 | 3421 | Amended Notice of Transfer |
| October 31, 2023 | 3422 | Amended Notice of Transfer |
| | | |
| | | |
| | | |
| | | |
| | | |

Respectfully,

Yasmine Hajjaj
Xclaim Inc.