## **Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2056 Local meals | 8/30/2023 | 1.00 | 0.00 | 0.00 | GrubHub Holdings Inc. - Local meals - Sinem Susuz #11807-00001/ Jack Robbins - Prep for Board Meeting - 08/01/23 |
| 1021 Lexis Courtlink - Off Contract | 9/1/2023 | 1.00 | 0.68 | 0.68 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/1/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 9/5/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 9/5/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2048 Color Document Reproduction | 9/5/2023 | 10.00 | 0.40 | 4.00 | Color Document Reproduction |
| 2041 Document Services | 9/5/2023 | 1.00 | 2.07 | 2.07 | Document services - MANILLA FOLDERS LABELED/G. SMITH/0216790 |
| 2059 Document Services | 9/5/2023 | 97.00 | 0.75 | 72.75 | Document services - COLOR PRINTS/G. SMITH/0216790 |
| 2059 Document Services | 9/5/2023 | 8.00 | 0.07 | 0.55 | Document services - PRINTS/G. SMITH/0216790 |
| 2077 Document Services | 9/5/2023 | 1.00 | 6.69 | 6.69 | Document Services - TAX/G. SMITH/0216790 |
| 1021 Lexis Courtlink - Off Contract | 9/6/2023 | 1.00 | 0.69 | 0.69 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/6/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1906 Hearing transcript | 9/6/2023 | 1.00 | 126.17 | 126.17 | SOUTHERN DISTRICT REPORTERS PC - #11807-00001/ Hearing Transcript for case "USA v Samuel Bankman" - 8/30/23 |
| 2047 Document Reproduction | 9/6/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 9/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 1925 Word processing | 9/6/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |

| | | | | | |
|---|---|---|---|---|---|
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 3.82 | 3.82 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/7/2023 | 1.00 | 0.44 | 0.44 | COURTLINK ONLINE DOC VIEW |
| 2047 Document Reproduction | 9/7/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/7/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2048 Color Document Reproduction | 9/7/2023 | 50.00 | 0.40 | 20.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/7/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2048 Color Document Reproduction | 9/7/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/7/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/7/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 1986 Velobind | 9/7/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| 2041 Document Services | 9/7/2023 | 2.00 | 2.12 | 4.24 | Document services - SPIRAL BINDING/G. SMITH/0216859 |
| 2041 Document Services | 9/7/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0216859 |
| 2041 Document Services | 9/7/2023 | 14.00 | 0.37 | 5.20 | Document services - TABS/G. SMITH/0216859 |
| 2059 Document Services | 9/7/2023 | 137.00 | 0.07 | 9.43 | Document services - PRINTS/G. SMITH/0216859 |
| 2077 Document Services | 9/7/2023 | 1.00 | 2.13 | 2.13 | Document Services - TAX/G. SMITH/0216859 |
| 1021 Lexis Courtlink - Off Contract | 9/8/2023 | 1.00 | 0.69 | 0.69 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/8/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/8/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| 2048 Color Document Reproduction | 9/8/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 1925 Word processing | 9/8/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 9/9/2023 | 1.00 | 0.69 | 0.69 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/11/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/12/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/12/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 9/12/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 1928 Hotel | 9/12/2023 | 1.00 | 1,620.09 | 1,620.09 | K. John Shaffer - Lodging - K. John Shaffer - Hotel stay in New York for meeting with S&C. 09/12/23 |
| 1992 Out-of-Town Travel | 9/12/2023 | 1.00 | 117.25 | 117.25 | K. John Shaffer - Taxi - K. John Shaffer - Hotel/Airport Taxi to EWR Airport after meeting with S&C. 09/12/23 |
| 1021 Lexis Courtlink - Off Contract | 9/13/2023 | 1.00 | 0.69 | 0.69 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/13/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1992 Out-of-Town Travel | 9/13/2023 | 1.00 | 59.75 | 59.75 | K. John Shaffer - Taxi - K. John Shaffer - LAX/Home Taxi back home after flight back from New York after meeting with S&C. 09/13/23 |
| 1021 Lexis Courtlink - Off Contract | 9/14/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 80.00 | 0.10 | 8.00 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 74.00 | 0.10 | 7.40 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2048 Color Document Reproduction | 9/14/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/15/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/15/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2048 Color Document Reproduction | 9/15/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/18/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/18/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 64.00 | 0.10 | 6.40 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 9/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/18/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 1925 Word processing | 9/18/2023 | 0.60 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 9/19/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 77.00 | 0.10 | 7.70 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 84.00 | 0.10 | 8.40 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 9/19/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 48.00 | 0.40 | 19.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/19/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/20/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1925 Word processing | 9/20/2023 | 1.00 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 9/21/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 9/22/2023 | 1.00 | 0.69 | 0.69 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 9/22/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1904 Express mail | 9/22/2023 | 1.00 | 48.80 | 48.80 | FEDERAL EXPRESS CORPORATION - Invoice No: 826344531 Paid to: Fedex per Jennifer Hayes Ship To: Michael Barlow Ship Dt: 09/18/23 Airbill: 783896885586 11807 00001 005239: Most cost efficient method of proof of delivery. |
| 1021 Lexis Courtlink - Off Contract | 9/25/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/25/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 9/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 10.00 | 0.40 | 4.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/25/2023 | 29.00 | 0.40 | 11.60 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/26/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/26/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| 2047 Document Reproduction | 9/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/26/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2048 Color Document Reproduction | 9/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/26/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2010 Air travel | 9/26/2023 | 1.00 | 673.45 | 673.45 | K. John Shaffer - Airfare - K. John Shaffer - LAX/EWR R/T flight to New York for meeting with S&C. 09/26/23 |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 4.17 | 4.17 | COURTLINK ONLINE DOC VIEW |
| 1021 Lexis Courtlink - Off Contract | 9/27/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/27/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| 2047 Document Reproduction | 9/27/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 9/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/27/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2048 Color Document Reproduction | 9/27/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 9/27/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 9/28/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 2047 Document Reproduction | 9/28/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/28/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/28/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| 2047 Document Reproduction | 9/28/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 9/28/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 9/28/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2041 Document Services | 9/28/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0217305 |
| 2041 Document Services | 9/28/2023 | 12.00 | 0.53 | 6.38 | Document services - CUSTOM TABS/G. SMITH/0217305 |
| 2041 Document Services | 9/28/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0217305 |
| 2041 Document Services | 9/28/2023 | 1.00 | 15.00 | 15.00 | Document services - CREATION OF TABS/G. SMITH/0217305 |
| 2059 Document Services | 9/28/2023 | 11.00 | 0.07 | 0.76 | Document services - PRINTS/G. SMITH/0217305 |
| 2059 Document Services | 9/28/2023 | 201.00 | 0.75 | 150.75 | Document services - COLOR PRINTS/G. SMITH/0217305 |
| 2077 Document Services | 9/28/2023 | 1.00 | 15.98 | 15.98 | Document Services - TAX/G. SMITH/0217305 |
| 1021 Lexis Courtlink - Off Contract | 9/29/2023 | 1.00 | 0.75 | 0.75 | COURTLINK TRACK |
| 1017 Online Research - Off Contract | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| 1018 Online Research - Off Contract | 9/30/2023 | 1.00 | 184.00 | 184.00 | Online Research - Off Contract |
| 1020 Online Research - Tax | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| 1908 Online Research | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 2029 Online Research | 9/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |

| Cost Type-Description | Quantity | Amount |
|---|---|---|
| Hearing Transcript | 1 | 126.17 |
| Lexis Courtlink - Off Contract | 86 | 121.55 |
| Express mail | 1 | 48.80 |
| Veloblind | 1 | 2.00 |
| Word processing | 2 | 0.00 |
| Hotel | 1 | 1,620.09 |
| Out-of-Town Travel | 2 | 177.00 |
| Air travel | 1 | 673.45 |
| Online Research - Tax | 1 | 0.00 |
| Online Research - Off Contract | 1 | 184.00 |
| Online Research - Off Contract | 1 | 0.00 |
| Online Research | 4 | 0.00 |
| Document Reproduction | 1,065 | 106.50 |
| Color Document Reproduction | 207 | 82.80 |
| Local meals | 1 | 0.00 |
| Document Services | 454 | 234.24 |
| Document Services | 3 | 24.80 |
| Document Services | 33 | 45.01 |
|  |  | 3,446.41 |