**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| In re: | | Chapter 11 |
|---|---|---|
| FTX Trading, *et al.* | | Case No. 22-11068 |
| | Debtors | (Jointly Administered) |

## AMENDED NOTICE OF TRANSFER

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Franco Venter** | **Phoenix Digital LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| Waterkloof Ridge<br>59 Westacre Cresent<br>Somerset West, 7130, South Africa | 42 W 33rd St, 27B<br>New York, NY 10001<br>Tian Zeng<br>tzeng@nirvana-cap.com |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD)[1] |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 00847189 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Tian Zeng_ (DocuSigned)    Date: 10/31/2023
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
Clerk of the Court

---

[1] [NTD: Delete column if claim is not USD]



# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Franco Venter**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Phoenix Digital LLC.**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading Ltd. et al.**

| | |
|---|---|
| **Schedule F Claim #** | 00847189 |
| **Claim Amount** | $276,201.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 08/09/2023

Buyer:

**Phoenix Digital LLC**

DocuSigned by:
*Tian Zeng*
2B2E5E8A67F4445

Name: Tian Zeng

Seller:

**Franco Venter**

DocuSigned by:
*Franco Venter*
05334FE5C09B4D9...

Name: Franco Venter

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00847189
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ATOMBULL[0.0000000036856860]
BADGER[0.0000000012531195]
BTC[8.1100200326201023]
COPE[0.0000000045164649]
DOGEBEAR2021[0.0000000050000000]
ETH[104.8297440622691287]
FTT[0.0000000266620170]
LUNA2[0.0021383077580000]
LUNA2_LOCKED[0.0049893847680000]
LUNC[0.0000000065050400]
MAPS[0.0000000002346146]
OXY[0.0000000006623427]
SOL[0.0000000192450338]
SRM[0.0776006888438479]
SRM_LOCKED[5.0605835600000000]
STEP[0.0000000100000000]
SUSHI[0.0000000071283420]
USD[0.2887590224065499]
USDT[0.0000000043989711]
XTZBULL[0.0000000068370300]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

| | | |
|---|---|---|
| 00847189 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ATOMBULL[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER[0], BADGER-PERP[0], BAO-PERP[0], BNB-PERP[0], BTC[8.11002003], BTC-MOVE-20210411[0], BTC-MOVE-WK-20210723[0], BTC-MOVE-WK-20210730[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], COPE[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DENT-PERP[0], DOGEBEAR2021[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[104.82974406], ETH-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT[0.00000002], FTT-PERP[0], HOT-PERP[0], ICP-PERP[0], KIN-PERP[0], KSHIB-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00213830], LUNA2_LOCKED[0.00498938], LUNC[0], LUNC-PERP[0], MAPS[0], MEDIA-PERP[0], MER-PERP[0], ONE-PERP[0], OXY[0], OXY-PERP[0], PERP-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL[0.00000001], SOL-20210625[0], SOL-PERP[0], SRM[0.07760068], SRM_LOCKED[5.06058356], SRM-PERP[0], STEP[.00000001], STEP-PERP[0], SUSHI[0], SUSHI-PERP[0], TRX-PERP[0], USD[0.29], USDT[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZBULL[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] |