## Exhibit B

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/03/2023 | Client Research - Quicknode API subscription (Solana blockchain data) | 297.90 |
| 09/03/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 48.82 |
| 09/03/2023 | Client Research - Alchemy API subscription (Solana blockchain data) | 143.74 |
| 09/05/2023 | Train Di Liang - New York, NY- Washington DC (travel to in-person team meetings) | 575.00 |
| 09/08/2023 | Internet Access Alexander Patti | 19.00 |
| 09/09/2023 | Taxi/Car Service Alexander Patti home to Airport (travel to in-person team meetings) | 81.85 |
| 09/09/2023 | Airfare Allyson Calhoun 2023-09-09 Chicago, IL- Washington, DC; travel to in-person team meetings (United Airlines, round trip, economy) | 575.46 |
| 09/09/2023 | Taxi/Car Service Allyson Calhoun Home to Airport (travel to in-person team meetings) | 57.56 |
| 09/10/2023 | Airfare Alexander Patti 2023-09-10 LGA- DCA; travel to in-person meetings (American Airlines, one way, economy) | 179.70 |
| 09/10/2023 | Train Alexander Patti - New York, NY Washington, DC  (in-person team meetings) (Amtrak, one-way, economy) | 337.00 |
| 09/10/2023 | Taxi/Car Service Alexander Patti Airport to office (travel to in-person team meetings) | 35.30 |
| 09/10/2023 | Taxi/Car Service Alexander Patti Office to Hotel (in-person team meetings) | 12.60 |
| 09/10/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 24.15 |
| 09/10/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 34.32 |
| 09/10/2023 | Taxi/Car Service Allyson Calhoun Dinner to Hotel (in-person team meetings) | 10.25 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/10/2023 | Airfare Chuanqi Chen 2023-09-10 Houston, TX- Washington D.C.; travel to in-person team meetings (United Airlines, one way, economy) | 76.17 |
| 09/10/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 59.46 |
| 09/10/2023 | Taxi/Car Service Chuanqi Chen Home to IAH Airport (travel to in-person team meetings) | 47.45 |
| 09/10/2023 | Individual Meal - Dana Schwartz - Dinner (in-person team meetings) | 87.28 |
| 09/10/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 90.24 |
| 09/10/2023 | Taxi/Car Service Di Liang Train Station to Hotel (travel to in-person team meetings) | 15.56 |
| 09/10/2023 | Taxi/Car Service Di Liang Home to Train Station (travel to in-person team meetings) | 22.14 |
| 09/10/2023 | Train Eric Mostoff - New York, NY- Washington, DC (travel to in-person team meetings) | 458.00 |
| 09/10/2023 | Taxi/Car Service Eric Mostoff Home to Penn station (travel to in-person team meetings) | 35.16 |
| 09/10/2023 | Taxi/Car Service Eric Mostoff Union station to Westin (travel station in-person team meetings) | 21.92 |
| 09/10/2023 | Train Griffin Shapiro - Boston, MA- Washington DC (travel to in-person team meetings) | 353.00 |
| 09/10/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 18.53 |
| 09/10/2023 | Group Meal - Griffin Shapiro - Dinner - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 130.00 |
| 09/10/2023 | Airfare Jason Chin 2023-09-10 LGA- DCA; return from in-person team meetings (Delta, one way, economy) | 611.26 |
| 09/10/2023 | Taxi/Car Service Jason Chin Home to Moynihan train station (travel to in-person team meetings) | 70.10 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/10/2023 | Taxi/Car Service Jason Chin Washington union station to DC Hotel (travel to in-person team meetings) | 13.98 |
| 09/10/2023 | Airfare Katerina Vasiliou 2023-09-10 LHR- IAD; travel to in-person team meetings (British Airways, round trip, economy) | 1,772.36 |
| 09/10/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 7.87 |
| 09/10/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 37.65 |
| 09/10/2023 | Taxi/Car Service Katerina Vasiliou DC Airport to Hotel (travel to in-person team meetings) | 56.37 |
| 09/10/2023 | Public Transportation Katerina Vasiliou - Home to London Paddington (travel to in-person team meetings) | 30.50 |
| 09/10/2023 | Public Transportation Katerina Vasiliou - London Paddington to LHR (travel to in-person team meetings) | 45.14 |
| 09/10/2023 | Airfare Seen Yung Wong 2023-09-10 LGA- DCA; travel to in person team meetings (Delta, round trip, economy) | 478.56 |
| 09/10/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 9.87 |
| 09/10/2023 | Taxi/Car Service Seen Yung Wong DCA to Hotel (travel to in-person team meetings) | 17.95 |
| 09/10/2023 | Taxi/Car Service Seen Yung Wong Home to LGA (travel to in-person team meetings) | 61.97 |
| 09/11/2023 | Taxi/Car Service Alexander Patti Hotel to office (in-person team meetings) | 14.38 |
| 09/11/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 5.40 |
| 09/11/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 30.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/11/2023 | Group Meal - Allyson Calhoun - Dinner - Griffin Shapiro; Allyson Calhoun (in-person team meetings) | 112.40 |
| 09/11/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 14.99 |
| 09/11/2023 | Taxi/Car Service Chuanqi Chen DCA Airport to DC Hotel (travel to in-person team meetings) | 25.96 |
| 09/11/2023 | Airfare Dana Schwartz 2023-09-11 LGA- DCA; travel to in-person team meetings (Delta, round trip, economy) | 502.20 |
| 09/11/2023 | Group Meal - Dana Schwartz - Breakfast - Eric Mostoff; Lilly Goldman; Kurt Wessel; Todd Toaso; Bennett Mackay; Dana Schwartz (in-person team meetings) | 57.70 |
| 09/11/2023 | Taxi/Car Service Dana Schwartz Home to Airport (travel to in-person team meetings) | 96.81 |
| 09/11/2023 | Taxi/Car Service Dana Schwartz Airport to Office (travel to in-person team meetings) | 34.90 |
| 09/11/2023 | Lodging Dana Schwartz - Westin Georgetown - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/11/2023 | Internet Access David White | 8.00 |
| 09/11/2023 | Individual Meal - David White - Dinner (in-person team meetings) | 51.48 |
| 09/11/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 47.04 |
| 09/11/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 26.00 |
| 09/11/2023 | Airfare John Labella 2023-09-11 SFO- IAD; travel to in-person team meetings (Alaska Airlines, one way, economy) | 161.00 |
| 09/11/2023 | Lodging John Labella - Westin Georgetown - Washington, DC 2023-09-11 2023-09-13 (in-person team meetings) | 800.00 |
| 09/11/2023 | Internet Access John Labella | 8.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/11/2023 | Taxi/Car Service John Labella IAD to Office (travel to in-person team meetings) | 98.17 |
| 09/11/2023 | Taxi/Car Service John Labella Home to SFO (travel to in-person team meetings) | 78.42 |
| 09/11/2023 | Airfare John Somerville 2023-09-11 LGA- DCA; travel to in-person team meetings (Delta, one way, economy) | 185.42 |
| 09/11/2023 | Individual Meal -  John Somerville - Breakfast (in-person team meetings) | 7.72 |
| 09/11/2023 | Taxi/Car Service John Somerville Home to LGA (travel to in-person team meetings) | 43.92 |
| 09/11/2023 | Taxi/Car Service John Somerville DCA airport to AlixPartners office (travel to in-person team meetings) | 24.03 |
| 09/11/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 12.36 |
| 09/11/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Breakfast - David White; Matthew Jacques; Matthew Birtwell; Seen Yung Wong; Sean Thompson; Ryan Backus; Jason Chin; Katerina Vasiliou; Randi Self; Griffin Shapiro; Anne Vanderkamp; Di Liang; John Labella; Takahiro Yamada | 343.78 |
| 09/11/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Lunch - Dana Schwartz; Kurt Wessel; Bennett Mackay; Alexander Patti; Anne Vanderkamp; Lilly Goldman; Todd Toaso; Griffin Shapiro; Allyson Calhoun; Ryan Backus; Matthew Birtwell; Matthew Jacques; Eric Mostoff; Sean Thompson; David White | 365.31 |
| 09/11/2023 | Airfare Randi Self 2023-09-11 DFW- DCA; travel to in-person team meetings (American Airlines, round trip, economy) | 549.26 |
| 09/11/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 12.77 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 09/11/2023 | Mileage Randi Self 22 Miles (travel to in-person team meetings) | 14.41 |
| 09/11/2023 | Taxi/Car Service Randi Self Airport to AlixPartners Washington DC office (travel to in-person team meetings) | 25.04 |
| 09/11/2023 | Airfare Ryan Backus 2023-09-11 JFK- DCA; travel to in-person team meetings (Delta, round trip, economy) | 470.48 |
| 09/11/2023 | Taxi/Car Service Ryan Backus Washington DC Airport to AlixPartners Washington, DC. (travel to in-person team meetings) | 46.03 |
| 09/11/2023 | Airfare Sean Thompson 2023-09-11 LGA- DCA; travel to in-person team meetings (American Airlines, round trip, economy) | 350.40 |
| 09/11/2023 | Taxi/Car Service Sean Thompson Airport to Office (travel to in-person team meetings) | 52.76 |
| 09/11/2023 | Taxi/Car Service Sean Thompson Home to Airport (travel to in-person team meetings) | 102.29 |
| 09/11/2023 | Individual Meal - Sean Thompson - Dinner (in-person team meetings) | 15.79 |
| 09/11/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 9.78 |
| 09/11/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 11.82 |
| 09/11/2023 | Group Meal - Seen Yung Wong - Lunch - Randi Self; Katerina Vasiliou; Seen Yung Wong (in-person team meetings) | 21.07 |
| 09/11/2023 | Airfare Takahiro Yamada 2023-09-11 LGA- DCA; travel to in-person team meetings (American Airlines, round trip, economy) | 412.15 |
| 09/11/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 16.11 |
| 09/11/2023 | Individual Meal - Takahiro Yamada - Lunch (in-person team meetings) | 25.20 |
| 09/11/2023 | Taxi/Car Service Takahiro Yamada Ronald Reagan Airport to AlixPartners Washington DC office (travel to in-person team meetings) | 16.93 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 09/11/2023 | Taxi/Car Service Takahiro Yamada Brooklyn to LGA Airport (travel to in-person team meetings) | 66.85 |
| 09/11/2023 | Airfare Todd Toaso 2023-09-11 LGA- DCA; travel to in-person team meetings (Delta, one way, economy) | 494.80 |
| 09/11/2023 | Taxi/Car Service Todd Toaso Home to LGA (travel to in-person team meetings) | 121.02 |
| 09/12/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 33.32 |
| 09/12/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 5.60 |
| 09/12/2023 | Airfare Anne Vanderkamp 2023-09-12 Chicago- Washington DC; travel to in-person team meetings (American Airlines, round trip, economy) | 675.04 |
| 09/12/2023 | Internet Access Anne Vanderkamp | 15.00 |
| 09/12/2023 | Taxi/Car Service Anne Vanderkamp Home to ORD (travel to in-person team meetings) | 64.23 |
| 09/12/2023 | Taxi/Car Service Anne Vanderkamp DCA to AlixPartners office (travel to in-person team meetings) | 51.73 |
| 09/12/2023 | Lodging Anne Vanderkamp - Westin Georgetown - Washington, DC 2023-09-12 2023-09-14 (in-person team meetings) | 800.00 |
| 09/12/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 4.87 |
| 09/12/2023 | Taxi/Car Service Dana Schwartz Hotel to Office (in-person team meetings) | 21.84 |
| 09/12/2023 | Individual Meal - David White - Breakfast (in-person team meetings) | 6.50 |
| 09/12/2023 | Group Meal - David White - Dinner - Travis Phelan; Todd Toaso; Kurt Wessel; Olivia Braat; David White; Ryan Backus; Matthew Jacques (in-person team meetings) | 455.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/12/2023 | Taxi/Car Service David White Home to LAX (travel to in-person team meetings) | 82.17 |
| 09/12/2023 | Taxi/Car Service David White IAD to Hotel (travel to in-person team meetings) | 126.07 |
| 09/12/2023 | Taxi/Car Service Di Liang Breakfast to Hotel (in-person team meetings) | 12.07 |
| 09/12/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 15.81 |
| 09/12/2023 | Individual Meal - John Labella - Breakfast (in-person team meetings) | 3.51 |
| 09/12/2023 | Individual Meal -  John Somerville - Breakfast (in-person team meetings) | 7.72 |
| 09/12/2023 | Individual Meal -  John Somerville - Lunch (in-person team meetings) | 16.33 |
| 09/12/2023 | Group Meal -  - Engagement Team John Somerville - Dinner - Seen Yung Wong; Chuanqi Chen; Eric Mostoff; Randi Self; Di Liang; Dana Schwartz; John Somerville; John Labella | 489.29 |
| 09/12/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 12.33 |
| 09/12/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Dinner - Takahiro Yamada; Bennett Mackay; Anne Vanderkamp; Lilly Goldman; Katerina Vasiliou | 325.00 |
| 09/12/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Lunch - David White; Matthew Jacques; Matthew Birtwell; Ryan Backus; Sean Thompson; Griffin Shapiro; Allyson Calhoun; Anne Vanderkamp; Alexander Patti; Kurt Wessel; Bennett Mackay | 408.68 |
| 09/12/2023 | Group Meal - Lilly Goldman - Lunch - Eric Mostoff; Lilly Goldman; Todd Toaso; Takahiro Yamada; Dana Schwartz (in-person team meetings) | 43.64 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/12/2023 | Group Meal - Matthew Birtwell - Dinner - Allyson Calhoun; Griffin Shapiro; Jason Chin; Matthew Birtwell; Sean Thompson (in-person team meetings) | 230.54 |
| 09/12/2023 | Lodging Matthew Jacques Marriott 33770 DC W End - Washington DC 2023-09-12 2023-09-15 (in-person team meetings) | 670.19 |
| 09/12/2023 | Taxi/Car Service Ryan Backus AlixPartners DC to Westin Hotel (in-person team meetings) | 18.93 |
| 09/12/2023 | Taxi/Car Service Ryan Backus Westin Hotel to AlixPartners DC (in-person team meetings) | 8.62 |
| 09/12/2023 | Group Meal - Seen Yung Wong - Lunch - Seen Yung Wong; Katerina Vasiliou; Randi Self (in-person team meetings) | 28.60 |
| 09/13/2023 | Airfare Alexander Patti 2023-09-13 DCA- ORD; return from in-person meetings (American Airlines, one way, economy) | 246.20 |
| 09/13/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 6.60 |
| 09/13/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 13.00 |
| 09/13/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 47.40 |
| 09/13/2023 | Taxi/Car Service Anne Vanderkamp Hotel to Office (in-person team meetings) | 35.77 |
| 09/13/2023 | Individual Meal - Dana Schwartz - Breakfast (in-person team meetings) | 7.15 |
| 09/13/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 30.00 |
| 09/13/2023 | Taxi/Car Service Di Liang Breakfast to Hotel (in-person team meetings) | 25.86 |
| 09/13/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 8.05 |
| 09/13/2023 | Taxi/Car Service Jason Chin DC office to Dinner (in-person team meetings) | 28.12 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/13/2023 | Airfare John Labella 2023-09-13 IAD- MFR; return from in-person team meetings (Alaska Airlines, one way, economy) | 193.00 |
| 09/13/2023 | Internet Access John Labella | 8.00 |
| 09/13/2023 | Taxi/Car Service John Labella MFR to Home (return from in-person team meetings) | 61.16 |
| 09/13/2023 | Taxi/Car Service John Labella DC office to IAD  (return from in-person team meetings) | 68.55 |
| 09/13/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 18.60 |
| 09/13/2023 | Taxi/Car Service John Somerville Dinner to Hotel (in-person team meetings) | 9.95 |
| 09/13/2023 | Taxi/Car Service John Somerville Office to Dinner (in-person team meetings) | 12.65 |
| 09/13/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 40.39 |
| 09/13/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 28.41 |
| 09/13/2023 | Taxi/Car Service Kurt Wessel AlixPartners Washington DC office to Dinner  (in-person team meetings) | 6.98 |
| 09/13/2023 | Group Meal - Engagement Team Kurt Wessel - Dinner - Eric Mostoff; Randi Self; Katerina Vasiliou; David White; Griffin Shapiro; Seen Yung Wong; Kurt Wessel; Todd Toaso; Dana Schwartz; John Somerville (in-person team meetings) | 650.00 |
| 09/13/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Breakfast - Takahiro Yamada; Kurt Wessel; Bennett Mackay; Anne Vanderkamp; Griffin Shapiro; Allyson Calhoun; Lilly Goldman; Todd Toaso; Matthew Birtwell; Matthew Jacques; Sean Thompson; Ryan Backus; David White | 345.92 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 09/13/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Lunch - Takahiro Yamada; Dana Schwartz; Bennett Mackay; Kurt Wessel; Anne Vanderkamp; Allyson Calhoun; Griffin Shapiro; Lilly Goldman; Todd Toaso; Sean Thompson; Matthew Birtwell; Eric Mostoff; Matthew Jacques; Ryan Backus; David White | 975.00 |
| 09/13/2023 | Lodging Matthew Birtwell - West End Hotel - Washington, DC - 2023-09-12 2023-09-13 (in-person team meetings) | 400.00 |
| 09/13/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 11.80 |
| 09/13/2023 | Taxi/Car Service Randi Self Dinner to Hotel (in-person team meetings) | 25.76 |
| 09/13/2023 | Taxi/Car Service Randi Self AlixPartners Washington DC office to Dinner (in-person team meetings) | 16.33 |
| 09/13/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 53.69 |
| 09/13/2023 | Taxi/Car Service Sean Thompson Dinner to Hotel (in-person team meetings) | 24.82 |
| 09/13/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 11.05 |
| 09/13/2023 | Group Meal - Seen Yung Wong - Lunch - Seen Yung Wong; Randi Self; Di Liang (in-person team meetings) | 39.48 |
| 09/14/2023 | Lodging Alexander Patti - AC Hotel - Washington, DC - 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Taxi/Car Service Alexander Patti Hotel to Airport (return from in-person team meetings) | 54.00 |
| 09/14/2023 | Taxi/Car Service Alexander Patti Airport to home (return from in-person team meetings) | 39.93 |
| 09/14/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 22.25 |
| 09/14/2023 | Lodging Allyson Calhoun - AC Hotel - Washington, DC 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/14/2023 | Taxi/Car Service Allyson Calhoun AlixPartners office to Airport (return from in-person team meetings) | 46.69 |
| 09/14/2023 | Taxi/Car Service Allyson Calhoun Airport to Home (return from in-person team meetings) | 78.13 |
| 09/14/2023 | Taxi/Car Service Anne Vanderkamp ORD to Home (return from in-person team meetings) | 52.65 |
| 09/14/2023 | Taxi/Car Service Anne Vanderkamp AlixPartners office to DCA (return from in-person team meetings) | 59.54 |
| 09/14/2023 | Airfare Chuanqi Chen 2023-09-14 Washington D.C.- Houston; return from in-person team meetings (United Airlines, one way, economy) | 402.27 |
| 09/14/2023 | Lodging Chuanqi Chen - Hyatt Hotels - Washington, DC  2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Taxi/Car Service Chuanqi Chen IAH Airport to Home (return rom in-person team meetings) | 81.39 |
| 09/14/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 30.00 |
| 09/14/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 19.33 |
| 09/14/2023 | Taxi/Car Service Chuanqi Chen AlixPartners Washington DC office to DCA Airport (return from in-person team meetings) | 50.04 |
| 09/14/2023 | Taxi/Car Service Dana Schwartz Airport to Home (return from in-person team meetings) | 350.23 |
| 09/14/2023 | Taxi/Car Service Dana Schwartz Hotel to Office (in-person team meetings) | 29.21 |
| 09/14/2023 | Taxi/Car Service Dana Schwartz Office to Airport (return from in-person team meetings) | 41.45 |
| 09/14/2023 | Lodging David White - AC Hotel Washington, DC - 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Internet Access David White | 8.00 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/14/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 8.20 |
| 09/14/2023 | Taxi/Car Service Di Liang Office to Dinner (in-person team meetings) | 24.93 |
| 09/14/2023 | Lodging Eric Mostoff - Westin Georgetown - Washington 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Taxi/Car Service Eric Mostoff AlixPartners DC office to Union station (return from in-person team meetings) | 18.97 |
| 09/14/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 20.87 |
| 09/14/2023 | Taxi/Car Service Eric Mostoff NYC Penn Station to Home (return from in-person team meetings) | 51.57 |
| 09/14/2023 | Airfare Griffin Shapiro 2023-09-14 Washington DC- Boston, MA; return from in-person team meetings (Delta, one way, economy) | 136.00 |
| 09/14/2023 | Lodging Griffin Shapiro - AC Hotel - Washington, DC -  2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Taxi/Car Service Griffin Shapiro Office to Dinner (in-person team meetings) | 33.32 |
| 09/14/2023 | Train Jason Chin - New York, NY - Washington DC (travel to in-person team meetings) | 206.00 |
| 09/14/2023 | Lodging Jason Chin - AC Hotel Washington, DC - Washington 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 59.06 |
| 09/14/2023 | Taxi/Car Service Jason Chin LGA Airport to Home (return from in-person team meetings) | 68.91 |
| 09/14/2023 | Airfare John Somerville 2023-09-14 DCA- LGA; return from in-person team meetings (Delta, one way, economy) | 230.18 |
| 09/14/2023 | Lodging John Somerville - AC Hotel - Washington, DC  2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Individual Meal -  John Somerville - Lunch (in-person team meetings) | 22.79 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/14/2023 | Individual Meal -  John Somerville - Breakfast (in-person team meetings) | 21.93 |
| 09/14/2023 | Group Meal - Engagement Team John Somerville - Dinner - John Somerville; Takahiro Yamada; Di Liang; Katerina Vasiliou; Randi Self; Eric Mostoff; Seen Yung Wong; Anne Vanderkamp; Sean Thompson (in-person team meetings) | 585.00 |
| 09/14/2023 | Taxi/Car Service John Somerville LGA to Home (return from in-person team meetings) | 41.95 |
| 09/14/2023 | Taxi/Car Service John Somerville Office to DCA (return from in-person team meetings) | 44.12 |
| 09/14/2023 | Lodging Katerina Vasiliou - AC Hotel - Washington, DC - 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in-person team meetings) | 23.69 |
| 09/14/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 20.43 |
| 09/14/2023 | Taxi/Car Service Katerina Vasiliou Hotel to Airport (return from in-person team meetings) | 87.04 |
| 09/14/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Breakfast - David White; Dana Schwartz; Takahiro Yamada; Kurt Wessel; Bennett Mackay; Anne Vanderkamp; Alexander Patti; Seen Yung Wong; Matthew Jacques; Matthew Birtwell; Lilly Goldman; Todd Toaso; Randi Self | 352.36 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 09/14/2023 | Group Meal & Tip - Engagement Team Anne Vanderkamp - Lunch - Randi Self; Allyson Calhoun; Griffin Shapiro; Todd Toaso; Lilly Goldman; Matthew Birtwell; Matthew Jacques; Eric Mostoff; Ryan Backus; Jason Chin; Chuanqi Chen; Seen Yung Wong; Sean Thompson; Di Liang; John Labella; Anne Vanderkamp; Bennett Mackay; Kurt Wessel; Takahiro Yamada; Dana Schwartz; David White | 397.00 |
| 09/14/2023 | Parking/Tolls Matthew Birtwell (in-person team meetings) | 66.00 |
| 09/14/2023 | Lodging Randi Self - Marriott Hotels - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Mileage Randi Self 22 Miles (return from in-person team meetings) | 14.41 |
| 09/14/2023 | Parking/Tolls Randi Self (travel to in-person team meetings) | 108.00 |
| 09/14/2023 | Lodging Ryan Backus - Westin Georgetown - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 65.00 |
| 09/14/2023 | Taxi/Car Service Ryan Backus Westin Hotel to AlixPartners DC (in-person team meetings) | 8.26 |
| 09/14/2023 | Taxi/Car Service Ryan Backus JFK Airport to Island Park, NY (return from in-person team meetings) | 72.98 |
| 09/14/2023 | Individual Meal - Ryan Backus - Breakfast (in-person team meetings) | 30.00 |
| 09/14/2023 | Taxi/Car Service Ryan Backus AlixPartners DC to Washington DC Airport (return from in-person team meetings) | 26.94 |
| 09/14/2023 | Lodging Sean Thompson - Hyatt Hotels - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Group Meal - Sean Thompson - Breakfast - Jason Chin; Sean Thompson; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 120.00 |
| 09/14/2023 | Taxi/Car Service Sean Thompson Airport to Home (return from in-person team meetings) | 52.86 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/14/2023 | Taxi/Car Service Sean Thompson Hotel to Airport (return from in-person team meetings) | 27.49 |
| 09/14/2023 | Lodging Seen Yung Wong - AC Hotel - Washington, DC - 2023-09-10 2023-09-14 (in-person team meetings) | 1,600.00 |
| 09/14/2023 | Taxi/Car Service Seen Yung Wong LGA to Home (return from in-person team meetings) | 66.02 |
| 09/14/2023 | Lodging Takahiro Yamada - Marriott Hotels - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Taxi/Car Service Takahiro Yamada LGA Airport to Brooklyn (return from in-person team meetings) | 60.91 |
| 09/14/2023 | Lodging Todd Toaso - Autograph Collection - Washington, DC 2023-09-11 2023-09-14 (in-person team meetings) | 1,200.00 |
| 09/14/2023 | Individual Meal - Todd Toaso - Dinner (in-person team meetings) | 16.91 |
| 09/14/2023 | Train Todd Toaso - Washington, DC- New York, NY (return from in-person team meetings) | 337.00 |
| 09/14/2023 | Client Research - Quicknode API subscription (Solana blockchain data) | 299.00 |
| 09/15/2023 | Internet Access Anne Vanderkamp | 15.00 |
| 09/15/2023 | Taxi/Car Service David White Office to IAD (return from in-person team meetings) | 142.24 |
| 09/15/2023 | Taxi/Car Service David White LAX to Home (return from in-person team meetings) | 228.63 |
| 09/15/2023 | Lodging Di Liang - Westin Georgetown - Washington 2023-09-10 2023-09-15 (in-person team meetings) | 2,000.00 |
| 09/15/2023 | Taxi/Car Service Di Liang Hotel to Washington, DC train station (return from in-person team meetings) | 35.35 |
| 09/15/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 29.75 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 09/15/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 30.00 |
| 09/15/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 70.00 |
| 09/15/2023 | Taxi/Car Service Di Liang Dinner to Hotel (in-person team meetings) | 13.84 |
| 09/15/2023 | Taxi/Car Service Di Liang train station to home (return from in-person team meetings) | 32.57 |
| 09/15/2023 | Public Transportation Katerina Vasiliou - LHR to London Paddington (return from in-person team meetings) | 30.50 |
| 09/15/2023 | Taxi/Car Service Katerina Vasiliou Paddington to Home (return from in-person team meetings) | 8.86 |
| 09/15/2023 | Taxi/Car Service Todd Toaso Newark Penn Station to Home (return from in-person team meetings) | 135.75 |
| 09/15/2023 | Taxi/Car Service Todd Toaso Office to Washington Union Station (return from in-person team meetings) | 54.19 |
| 09/16/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 16.43 |
| 09/17/2023 | Taxi/Car Service Griffin Shapiro Boston Airport to Home (return from in-person team meetings) | 36.45 |
| 09/18/2023 | Taxi/Car Service Griffin Shapiro Boston office to Home (overtime) | 17.51 |
| 09/19/2023 | Airfare Anne Vanderkamp 2023-09-19 Chicago, IL- New York, NY; travel to in-person team meetings (American Airlines, round trip, economy) | 419.14 |
| 09/19/2023 | Internet Access Anne Vanderkamp | 19.00 |
| 09/19/2023 | Lodging Anne Vanderkamp - W Hotels - New York, NY 2023-09-19 2023-09-22 (in-person team meetings) | 1,575.00 |
| 09/19/2023 | Taxi/Car Service Anne Vanderkamp LGA to AlixPartners office (travel to in-person team meetings) | 74.15 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 09/19/2023 | Taxi/Car Service Anne Vanderkamp Home to ORD (travel to in-person team meetings) | 63.05 |
| 09/19/2023 | Individual Meal - Anne Vanderkamp - Dinner (in-person team meetings) | 29.36 |
| 09/19/2023 | Individual Meal - Di Liang - Dinner (overtime meal) | 20.00 |
| 09/19/2023 | Taxi/Car Service Griffin Shapiro Boston office to Home (overtime) | 13.88 |
| 09/19/2023 | Individual Meal - Griffin Shapiro - Dinner (overtime meal) | 20.00 |
| 09/20/2023 | Taxi/Car Service Anne Vanderkamp AlixPartners office to Hotel (in-person team meetings) | 35.59 |
| 09/20/2023 | Taxi/Car Service Di Liang Office to Home (overtime) | 42.54 |
| 09/20/2023 | Individual Meal - John Somerville - Dinner (overtime meal) | 19.00 |
| 09/20/2023 | Group Meal - Todd Toaso - Lunch - Todd Toaso; Anne Vanderkamp (in-person team meetings) | 32.18 |
| 09/21/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime meal) | 17.07 |
| 09/22/2023 | Internet Access Anne Vanderkamp | 19.00 |
| 09/22/2023 | Taxi/Car Service Anne Vanderkamp Hotel to LGA (return from in-person team meetings) | 87.25 |
| 09/22/2023 | Taxi/Car Service Anne Vanderkamp ORD to Home (return from in-person team meetings) | 32.42 |
| 09/26/2023 | Airfare Alexander Patti 2023-09-26 ORD- LGA; travel to in-person meetings (American Airlines, round trip, economy) | 323.18 |
| 09/26/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 5.46 |
| 09/26/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 12.65 |
| 09/26/2023 | Group Meal - Alexander Patti - Dinner - Jason Chin; Alexander Patti (in-person team meetings) | 140.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 09/26/2023 | Taxi/Car Service Alexander Patti LGA to Hotel (travel to in-person team meetings) | 51.55 |
| 09/27/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 11.76 |
| 09/27/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 70.00 |
| 09/27/2023 | Group Meal - Alexander Patti - Lunch - Alexander Patti; Jason Chin (in-person team meetings) | 34.83 |
| 09/27/2023 | Taxi/Car Service Alexander Patti Hotel to Dinner (in-person team meetings) | 34.35 |
| 09/28/2023 | Lodging Alexander Patti - Residence Inn - New York, NY 2023-09-26 2023-09-28 (in-person team meetings) | 1,050.00 |
| 09/28/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 13.26 |
| 09/28/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 33.53 |
| 09/28/2023 | Parking/Tolls Alexander Patti (travel to in-person team meetings) | 66.00 |
| 09/28/2023 | Taxi/Car Service Alexander Patti Hotel to LGA (return from in-person team meetings) | 77.70 |
| **Total Expenses** | | **$ 56,064.99** |

**Alix**Partners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | Amount |
|---|---|
| Airfare | $ 9,444.23 |
| Client Research | 645.72 |
| Ground Transportation | 7,556.17 |
| Internet | 119.00 |
| Lodging | 29,695.19 |
| Meals | 8,460.94 |
| Subscription/Books | 143.74 |
| **Total Expenses** | **$ 56,064.99** |