## Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 09/01/2023 | 0.100 | 6.00 | 0.60 | Inhouse Copying |
| 1368.002 | 09/06/2023 | 0.100 | 27.00 | 2.70 | Inhouse Copying |
| 1368.002 | 09/11/2023 | 0.100 | 80.00 | 8.00 | Inhouse Copying |
| 1368.002 | 09/13/2023 | 0.100 | 2,472.00 | 247.20 | Inhouse Copying |
| 1368.002 | 09/14/2023 | 0.100 | 71.00 | 7.10 | Inhouse Copying |
| 1368.002 | 09/27/2023 | 0.100 | 39.00 | 3.90 | Inhouse Copying |
| 1368.002 | 09/29/2023 | 0.100 | 87.00 | 8.70 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 278.20 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 09/06/2023 | | | 100.00 | Outside printing Parcels, Inc. - Invoice1040113 |
| 1368.002 | 09/08/2023 | | | 388.25 | Outside printing Parcels, Inc. - Invoice 1041774 |
| 1368.002 | 09/12/2023 | | | 294.25 | Outside printing Parcels, Inc. - Invoice 1041398 |
| 1368.002 | 09/20/2023 | | | 50.00 | Outside printing Parcels, Inc. - Invoice 1042151 |
| 1368.002 | 09/21/2023 | | | 71.10 | Outside printing Parcels, Inc. - Invoice 1044574 |
| **Total for Activity ID E102** | | | Billable | 903.60 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 09/30/2023 | | | 949.43 | Online research Relx Inc. DBA LexisNexis - Invoice 3094705604 |
| **Total for Activity ID E106** | | | Billable | 949.43 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 09/06/2023 | | | 79.70 | Delivery services/messengers Parcels, Inc. - Invoice 37456 |
| 1368.002 | 09/13/2023 | | | 30.00 | Delivery services/messengers Parcels, Inc. - Invoice 1041328 |
| 1368.002 | 09/13/2023 | | | 43.00 | Delivery services/messengers Parcels, Inc. - Invoice 1041390 |
| 1368.002 | 09/13/2023 | | | 53.00 | Delivery services/messengers Parcels, Inc. - Invoice 1041434 |
| 1368.002 | 09/26/2023 | | | 25.00 | Delivery services/messengers DLS Discovery - Invoice 181459 |
| 1368.002 | 09/27/2023 | | | 45.00 | Delivery services/messengers Parcels, Inc. - Invoice 37565 |
| 1368.002 | 09/27/2023 | | | 25.00 | Delivery services/messengers DLS Discovery - Invoice 181459 |
| 1368.002 | 09/29/2023 | | | 25.00 | Delivery services/messengers DLS Discovery - Invoice 181459 |
| **Total for Activity ID E107** | | | Billable | 325.70 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 09/11/2023 | | | 75.00 | Meals DiMeo's Pizza - Working dinner for NEJ/MR/JH |
| 1368.002 | 09/13/2023 | | | 161.00 | Meals Toscana Catering - S&C (4); A&M (3); J. Ray, III; LRC(4) |
| 1368.002 | 09/13/2023 | | | 114.98 | Meals Manhattan Bagel - S&C (4); A&M (3); J. Ray, III; LRC(4) |
| 1368.002 | 09/18/2023 | | | 30.00 | Meals DiMeo's Pizza - working dinner for NEJ |
| 1368.002 | 09/29/2023 | | | 69.00 | Meals Mikimotos - working dinner for NEJ/MR/JH |
| **Total for Activity ID E111** | | | Billable | 449.98 | Meals |
| **Activity ID E136 eDiscovery** | | | | | |
| 1368.002 | 09/12/2023 | | | 88.95 | eDiscovery: TechSolutions, Inc. - Invoice 63551 |
| **Total for Activity ID E136** | | | Billable | 88.95 | eDiscovery |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 09/30/2023 | | | 85.90 | PACER Docket Retrieval |
| **Total for Activity ID E208** | | | Billable | 85.90 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 09/01/2023 | | | 32.00 | Filing Fee DE Bankruptcy Court - Schedules and Statements |
| 1368.002 | 09/06/2023 | | | 25.00 | Filing Fee Clerk, U.S. District Court - PHV |
| 1368.002 | 09/10/2023 | | | 350.00 | Filing Fee U.S. Bankruptcy Court - Layer Zero Complaint |
| 1368.002 | 09/13/2023 | | | 1,792.00 | Filing Fee U.S. Bankruptcy Court - Amended schedules and statements |
| 1368.002 | 09/18/2023 | | | 25.00 | Filing Fee Clerk, U.S. District Court - PHV |

**Detail Cost Task Code Billing Report** Page: 2
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 09/19/2023 | | | 350.00 | Filing Fee U.S. Bankruptcy Court - Adversary complaint |
| 1368.002 | 09/21/2023 | | | 350.00 | Filing Fee U.S. Bankruptcy Court - Burgess complaint |
| 1368.002 | 09/27/2023 | | | 11.00 | Filing Fee U.S. Bankruptcy Court - certification of turnover order |
| **Total for Activity ID E214** | | | Billable | 2,935.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 09/13/2023 | | | 326.25 | Hearing Transcripts Reliable Wilmington - Invoice WL112700 |
| **Total for Activity ID E218** | | | Billable | 326.25 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 09/21/2023 | | | 149.87 | Service Fees Parcels, Inc. - Invoice 1044486 Adversary Complaint |
| 1368.002 | 09/27/2023 | | | 94.00 | Service Fees Clerk, U.S. District Court - Apostille of turnover order |
| **Total for Activity ID E219** | | | Billable | 243.87 | Service Fees |

**GRAND TOTALS**

Billable    6,586.88