IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 3411-3414** |

### CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 30, 2023, I caused to be served the:

    a. "Ninth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2023 Through August 31, 2023," dated October 30, 2023 [Docket No. 3411],

    b. "Ninth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2023 Through August 31, 2023," dated October 30, 2023 [Docket No. 3412],

    c. "First Monthly Fee Application of Members of the Official Committee of Unsecured Creditors for Reimbursement of Expenses for the Period From September 1, 2023 Through September 30, 2023," dated October 30, 2023 [Docket No. 3413], and

    d. "Ninth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 Through August 31, 2023," dated October 30, 2023 [Docket No. 3414],

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Arnold Nguyen
Arnold Nguyen

# EXHIBIT A

FTX TRADING LTD., *et al*. - Case No. 22-11068 (JTD)
Email Service List

| Name | Email |
| --- | --- |
| Sullivan & Cromwell LLP | kranzleya@sullcrom.com |
| Landis Rath & Cobb LLP | landis@lrclaw.com; brown@lrclaw.com |
| Paul Hastings LLP | krishansen@paulhastings.com; erezgilad@paulhastings.com; gabesasson@paulhastings.com |
| Young Conaway Stargatt & Taylor, LLP | mlunn@ycst.com; rpoppiti@ycst.com |
| U.S. Trustee | juliet.m.sarkessian@usdoj.gov |