**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



In re:

ALAMEDA RESEARCH LTD., *et al.*,

        Debtors

Chapter 11

No. 22-11067

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**SHZ Aviation LLC**

Name and Address where notices and payments to transferee should be sent:
**SHZ Aviation LLC**
**Attn: Ziki Slav**
**3 Columbus Circle, 15th Floor**
**New York, NY 10019**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1410 | Name (Redacted) | $740,000.00 | Alameda Research Ltd. | 22-11067 |
| Schedule F No. 3.46 | Name (Redacted) | as described on Schedule F (attached) | Alameda TR Systems S. de R. L. | 22-11109 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: November 2, 2023

# Creditor Data Details - Claim # 1410

**Creditor**
Name on file
Address on file

**Debtor Name**
Alameda Research Ltd

**Date Filed**
03/28/2023

**Claim Number**
1410

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $740,000.00 | | $740,000.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $740,000.00 | | $740,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ Undetermined |
|---|---|---|---|
| | UNSpecified, INC<br>13200 Strickland Road<br>Suite 114<br>Box 236<br>Raleigh, NC 27613 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Market Making Loans: COVAL; Qty: 80,000,000 | |
| | Date or dates debt was incurred 2/22/2022<br>Last 4 digits of account number | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor  Alameda TR Systems S. de R. L.                                    Case number (if known) 22-11109 (JTD)
        Name

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|
| 3.47 | Nonpriority creditor's name and mailing address<br>VSOW Limited<br>Ellen L. Skelton Building | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent | $ Undetermined |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.