IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading Ltd. *et al.*<br><br>Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 22-11068 (JTD)<br>) (Jointly Administered)<br>) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Maps Vault Limited** | **Oxygen Vault Limited** |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices and payments to transferee should be sent: | Last known address: |
| Trinity Chambers, P.O. Box 4301<br>Road Town, Tortola<br>British Virgin Islands<br>Attn: Belvaux Management Limited<br>Email: reid@shrm.com.hk | Trinity Chambers, P.O. Box 4301<br>Road Town, Tortola<br>British Virgin Islands<br>Attn: Philippe Mantel |

| Claim Id. | Claim No. | Date | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| 3265-69-BHERU-708814938 | 4914 | June 30, 2023 | 100% of all claims | Alameda Research Ltd | 22-11067 |
| 3265-69-FMNIJ-161916036 | 4905 | June 30, 2023 | 100% of all claims | Cottonwood Grove Ltd | 22-11112 |
| 3265-69-DIEVK-216452732 | 4952 | June 30, 2023 | 100% of all claims | FTX Trading Ltd. | 22-11068 (jointly administered) |
| 3265-70-CYMNS-491255818 | 78518 | Sept. 28, 2023 | | | |

Local Form 138

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date:____11/2/2023_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

EXHIBIT A

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **OXYGEN VAULT LIMITED** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **MAPS VAULT LIMITED** ("Buyer") all rights, title and interest in and to all the claims of Seller (the "Claim") against FTX Trading Ltd. and 101 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pending before the Honorable John T. Dorsey, and jointly administered under Case No. 22-11068 (the "Case").

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

**IN WITNESS WHEREOF**, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated the __2__ day of __November__, 2023.

| SELLER: | BUYER: |
|---|---|
| **OXYGEN VAULT LIMITED** | **MAPS VAULT LIMITED** |
| _____ | _____ |
| Name: Philippe Mantel | Name: Philippe Mantel |
| Title: Director | Title: Director |