# **EXHIBIT 1**

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Chart of Fees and Expenses for the *Second Interim Fee Application of Landis Rath & Cobb LLP*

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Landis Rath & Cobb LLP** *Bankruptcy Co-Counsel to the Debtors and Debtors-In-Possession* | 2/1/23 – 4/30/23 D.I. 1646 Filed 6/15/23 | $1,654,803.00 | $56,950.00 | $17,503.94 | $0.00 | $1,597,853.00 | $17,503.94 |