UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **SECOND AMENDED**[1] NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| | : | |
| | : | |
| | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **Zachary Bruch**, an individual creditor, Attn: Peter S. Partee, Sr., Esq., Hunton Andrews Kurth LLP, 200 Park Ave., New York, NY 10166, Phone: (212) 309-1056; E-mail: ppartee@huntonAK.com.

2. **Coincident Capital International, Ltd.**, c/o Sunil Shah, 1805 N. Carson City St., Suite X-108, Carson City, NV 89701; Phone: (714) 586-7703; E-mail: ftxcc@coincidentcapital.com.

3. **Octopus Information Ltd.**, Attn: Linfeng Dong, OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands; E-mail: octopus_ftx@teamb.cn.

4. **Pulsar Global Ltd.**, Attn: Michele Wan and Jacky Yip, Unit 903-905, K11 Atelier Victoria Dockside, 18 Salisbury Road, Kowloon, Hong Kong; Phone: (+852 90176586); michele.wan@pulsar.com; jacky.yip@pulsar.com.

5. **Larry Qian,** an individual creditor.

6. **Wincent Investment Fund PCC Ltd.**, Attn: Charles Melvin, c/o Wincent Capital Management, Old Police Station, 120B Irish Town, Gibraltar, GX11 1AA; E-mail: legal@wincent.co.

---

[1] Amended to reflect resignations of Acaena Amoros Romero (effective June 20, 2023) and GGC International Ltd. (effective November 1, 2023).

7. **Wintermute Asia PTE. Ltd.**, Attn: Legal Department, 24 EAN KIAM PLACE Singapore 429115; E-mail: legal@wintermute.com.

                        **ANDREW R. VARA**
                        **UNITED STATES TRUSTEE,**
                        **REGIONS 3 & 9**

                        /s/ *Benjamin Hackman* for
                        JOSEPH J. MCMAHON, JR.
                        ASSISTANT U.S. TRUSTEE
                        benjamin.a.hackman@usdoj.gov

DATED: November 7, 2023

Attorney assigned to these cases: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497, Email: benjamin.a.hackman@usdoj.gov

Debtors' counsel: Adam G. Landis, Landis Rath & Cobb LLP, Phone: 302-467-4400, Fax: 302-467-4450, Email: landis@lrclaw.com