# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**October 2023**

| Settling Party | Settled Value |
|---|---|
| The Florida International University Board of Trustees and Florida International University Foundation, Inc. | $600,000.00 |
| The Action Fund on Technology & Emerging Risk | $626,000.00 |
| The Association for Long Term Existence and Resilience | $210,000.00 |
| The Good Ancestors Project Ltd. | $21,239.62 |
| The Good Food Institute, Inc. | $1,750,000.00 |
| The Board of Trustees of the Leland Stanford Junior University | $5,718,404.17 |
| Trevor Levin | $27,529.48 |
| Legal Priorities, Inc. | $382,499.00 |