B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY



A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| White Star Capital International Limited | WSC Digital Liquid Master Fund Limited |
| **Name and Address where notices to transferee should be sent:** | **Confirmation ID**: 3265-70-XPYHZ-897042972<br>**Claim number**: 52525<br>**Customer code**: 04372196 |
| La Plaiderie House, La Plaiderie<br>St Peter Port, GY1 1WG, Guernsey | **Amount of Claim** : $802,884.77<br>**Date Claim Filed** : September 15, 2023 |
| **Phone** : +44 (0) 7717 440 445 | **Phone** : +44 (0) 7717 440 445 |
| **Last Four Digits of Acct #:** 2196 | **Last Four Digits of Acct #:** 2196 |
| **Name and Address where transferee payments should be sent (if different from above):** N/A | |
| **Last Four Digits of Acct #:** N/A | |

| Customer Code | Customer Name | Claim Components | Debtor | Case No. |
|---|---|---|---|---|
| 04372196 | WSC Digital Liquid Master Fund Limited | BTC[0.0000000178084753]<br>ETH[0.0007992711777728]<br>FTT[25.0000000000000000]<br>LTC[0.0000000007519866]<br>USD[0.0000755446508257]<br>USDC[802833.7692576900000000]<br>USDT[0.0000000086642072] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    **Date:** November 3rd, 2023
Patrick Recasens Morente
General Partner & Chief Legal Officer
White Star Capital International Limited

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

- Confirmation ID: 3265-70-XPYHZ-897042972
- Claim number: 52525
- Customer code: 04372196

The above claim was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 3rd, 2023.

**Name of Alleged Transferor**
WSC Digital Liquid Master Fund Limited

**Name of Transferee**
White Star Capital International Limited

**Address of Alleged Transferor**
Trident Chambers
P.O. Box 146
Tortola, VG1110
Road Town
British Virgin Islands

**Address of Alleged Transferor**
La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

Or alternate:

La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

# WHITE STAR CAPITAL



United States Bankruptcy Court
824 N. Market Street
3rd Floor
Wilmington, DE 19801
U.S.A.

6 November 2023

Dear Sir/Madam

**Confirmation ID: 3265-70-XPYHZ-897042972**
**Claim number: 52525**
**Customer code: 04372196**

Please find enclosed the following in respect of the transfer of the above claim:

- Signed Notice of Transfer of Claim (Form B2100A);
- Transfer of Claim Notice (Form B2100B);
- Signed Evidence of Transfer of Claim (Form 3001E);
- Electronic Proof of Claim;
- Filed Proof of Claim; and
- Check in the amount of US$26.00 payable to United States Bankruptcy Court in payment of the requisite filing fee for the above-noted transfer of claim.

If you have any questions or require any further information please do not hesitate to contact me.

Yours faithfully

KRowe

Katrina Rowe
Legal & Fund Administration Manager
White Star Capital
katrina@whitestarcapital.com

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, WSC Digital Liquid Master Fund Limited ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to White Star Capital International Limited ("Purchaser") all of Seller's right, title, and interest in and to Proof of Claim identified by Confirmation ID 3265-70-XPYHZ-897042972, Claim number 52525, Customer Code 04372196 (the "Proof of Claim") filed against FTX Trading Ltd. (the "Debtor") in the amount of $802,884.77 in *In re FTX Trading Ltd., et al.*, (Case No. 22-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 3, 2023.

**WSC Digital Liquid Master Fund Limited**

By: _____
Name: Eric Martineau-Fortin
Title: Director