DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**



| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., et al, | No. 22-11068 (JTD) |
| Debtors | (jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:



Name of Transferee:

**NOIA Opportunities SCSp.**

Name and Address where notices and payments to transferee should be sent:

**NOIA Opportunities SCSp.
18 Rue Robert Stümper, L-2557, Luxembourg
Luxembourg**
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and partners@noiacapital.com

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 221106805603673 Submitted on 2023-09-19T16:13:48.917Z | ▮ | US$3,235,428.92 | FTX Trading LTD | 22-11068 |
| Debtor Schedule F No. 03713197 | | As described on Schedule F | FTX Trading LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOIA Opportunities SCSp

By: _____ *Nicolas Vassaux for NOIA capital and NOH & Partners*
— DocuSigned by: 55A563A0B985450

Transferee
Nicolas Vassaux duly representing NOIA Capital Sàrl and NOHP
Authorized Signatory

Date: November 4, 2023 | 09:24:30 CET

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

Attn: Clerk

AND TO: FTX Trading Ltd, Case No. 22-11068 (JTD) pending in the United States Bankruptcy Court for the District of Delaware (the "Debtor")

re: Claim Schedule F 03713197

███████████████████████████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**NOIA Opportunities SCSp.**
**18 Rue Robert Stümper, L-2557, Luxembourg**
**Luxembourg**
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and partners@noiacapital.com

and assigns ("Purchaser"), all of Seller's right, title and interest in and to Proof of Claim Schedule F 03713197 in the amount of US$3,235,428.92 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

Seller (separate from the above assignment), hereby irrevocably instructs and directs the Debtor (coupled with an interest to Purchaser) to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 30, 2022.

Date: November 3, 2023

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

DocuSigned by: ▮▮▮▮▮▮▮▮▮▮ — 47C6322FFAEE4C0...

November 3, 2023 | 20:10:11 CET

Acting by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**NOIA Opportunities SCSp**

November 4, 2023 | 09:24:30 CET

DocuSigned by: *Nicolas Vassaux for NOIA capital and NOH & Partners* — 55A563A0B985450...

Acting by Nicolas Vassaux, duly representing NOIA Capital Sàrl and NOHP.

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**



| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., et al, | No. 22-11068 (JTD) |
| Debtors | (jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:



Name of Transferee:

**NOIA Opportunities SCSp.**

Name and Address where notices and payments to transferee should be sent:

**NOIA Opportunities SCSp.**
**18 Rue Robert Stümper, L-2557, Luxembourg**
**Luxembourg**
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and partners@noiacapital.com

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Kroll Schedule 221106805603673 Submitted on 2023-09-19T16:13:48.917Z | █████ | US$3,235,428.92 | FTX Trading LTD | 22-11068 |
| Debtor Schedule F No. 03713197 | | As described on Schedule F | FTX Trading LTD | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOIA Opportunities SCSp

By: *Nicolas Vassaux for NOIA capital and NOH & Partners*
    —DocuSigned by: 55A563A0B985450—
    Transferee
    Nicolas Vassaux duly representing NOIA Capital Sàrl and NOHP
    Authorized Signatory

Date: November 4, 2023 | 09:24:30 CET

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

Attn: Clerk

AND TO: FTX Trading Ltd, Case No. 22-11068 (JTD) pending in the United States Bankruptcy Court for the District of Delaware (the "Debtor")

re: Claim Schedule F 03713197

███████████████████████████ ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**NOIA Opportunities SCSp.**
**18 Rue Robert Stümper, L-2557, Luxembourg**
**Luxembourg**
Attn: Nicolas Vassaux
Email: nicolas@noiacapital.com and partners@noiacapital.com

and assigns ("Purchaser"), all of Seller's right, title and interest in and to Proof of Claim Schedule F 03713197 in the amount of US$3,235,428.92 (the "Claim"), against the Debtor in the Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

Seller (separate from the above assignment), hereby irrevocably instructs and directs the Debtor (coupled with an interest to Purchaser) to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

DocuSign Envelope ID: C7BA4F1B-6F94-44E6-AD99-F74A2ADBC4B3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 30, 2022.

Date: November 3, 2023

█████████████████████████

DocuSigned by: ██████████          November 3, 2023 | 20:10:11 CET
47C6322FFAEE4C0...

Acting by █████████████████████████████████████████

**NOIA Opportunities SCSp**

DocuSigned by:                       November 4, 2023 | 09:24:30 CET
*Nicolas Vassaux for NOIA capital and NOH & Partners*
55A563A0B985450...

Acting by Nicolas Vassaux, duly representing NOIA Capital Sàrl and NOHP.