## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 27, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental FZE Affected Parties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2113]

- Declaration of Edgar W. Mosley II in Support of Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2114]

*[Remainder of page intentionally left blank]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: November 1, 2023

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 1, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 73975

## Exhibit A

Exhibit A
Supplemental FZE Affected Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | Postal Code | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12864753 | APPLE M E FZCO DUBAI BRANCH | EMAAR SQUARE, BUILDING 4 | UNIT NO. 302 | P.O. BOX 116977 | DOWNTOWN | DUBAI | | | UNITED ARAB EMIRATES |
| 12865245 | EVENT PLUS | DUBAI WORLD TRADE CENTRE | P.O. BOX 9292 | | | DUBAI | | | UNITED ARAB EMIRATES |
| 18163668 | FEDERAL TAX AUTHORITY UAE | EMIRATES PROPERTY INVESTMENT COMPANY BUILDING | P.O. BOX 2440 | | | ABU DHABI | | | UNITED ARAB EMIRATES |
| 12865633 | KIBSONS INTERNATIONAL LLC | BUILDING NO.2 | DUBAI MUNICIPALITY MARKET | BUILDING CENTRAL FRUIT | | DUBAI | | | UNITED ARAB EMIRATES |