IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**

Please withdraw the Notice of Transfer I mistakenly filed as docket #3659.  Thank you.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____
Name: Brian Jarmain
Title: Managing Member, Holly Pond Capital LLC



