## EXHIBIT A

### October 2023 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| October 13, 2023 | Limited partnership interests in Bond III, LP | Clifton Bay Investments LLC (Ventures Silo) | Lennertz & Co. PE Fonds 35 GMBH & Co. KG | None | $61,218.60 | N/A | None | $150,000 | $4,850,000 |