# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Re: DI 3715** |

## CERTIFICATE OF SERVICE

I, Juliet Sarkessian, certify that on November 10, 2023, I served copies of the United States Trustee's Objection to Amended Motion of Debtors to Enter into, and Perform Their Obligations Under, the Reimbursement Agreements, in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following counsel via e-mail:

Kimberly A. Brown, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: brown@lrclaw.com

Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
Julie G. Kappoor, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
E-mail: gluecksteinb@sullcrom.com
           kranzleya@sullcrom.com
           kapoorj@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

| | |
|---|---|
| Kristopher M. Hansen, Esq.<br>Kenneth Pasquale, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: krishansen@paulhastings.com<br>       kenpasquale@paulhastings.com | Robert F. Poppiti, Jr., Esq.<br>YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: rpoppiti@ycst.com |
| David A. Wender, Esquire<br>Sarah Paul, Esquire<br>Erin Broderick, Esquire<br>Jennifer Kimble, Esquire<br>EVERSHEDS SUTHERLAND (US), LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309<br>Email: davidwender@eversheds-sutherland.com<br>       sarahpaul@eversheds-sutherland.com<br>       erinbroderick@eversheds-sutherland.com<br>       jenniferkimble@eversheds-sutherland.com | Eric Schwartz, Esquire<br>Paige Topper, Esquire<br>Matthew Harvey, Esquire<br>Derek Abbott, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: eschwartz@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       mharvey@morrisnichols.com<br>       dabbott@morrisnichols.com |
| Dated: November 10, 2023<br>       Wilmington, Delaware | By: */s/ Juliet Sarkessian*<br>Juliet Sarkessian<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>juliet.m.sarkessian@usdoj.gov |