# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| FTX TRADING LTD., *et al.*, | : Case No. 22-11068 (JTD) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

## ORDER

**UPON CONSIDERATION OF** that certain Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination (the "<u>Motion</u>") and the response of the Center for Applied Rationality thereto,

**IT IS HEREBY ORDERED** this _____ day of _____ 2023 that the Motion is **DENIED**.

**IT IS SO ORDERED.**

 

The Honorable John T. Dorsey
United States Bankruptcy Judge