**EXHIBIT A-1**

**FRAUDULENT TRANSFERS FROM FTX.COM ACCOUNT REGISTERED IN THE NAME OF MIRANA CORP. (ACCOUNT NO. -8451)**

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 4:31 AM | USDT | 10,000,000 |
| 11/7/22 5:03 AM | BTC | 15 |
| 11/7/22 8:39 AM | USDT | 250,000 |
| 11/7/22 8:43 AM | USDT | 500,000 |
| 11/7/22 8:44 AM | USDT | 250,000 |
| 11/7/22 8:44 AM | USDT | 500,000 |
| 11/7/22 8:47 AM | USDT | 500,000 |
| 11/7/22 8:49 AM | USDT | 500,000 |
| 11/7/22 8:49 AM | USDT | 500,000 |
| 11/7/22 8:54 AM | USDT | 500,000 |
| 11/7/22 8:55 AM | USDT | 500,000 |
| 11/7/22 8:55 AM | USDT | 500,000 |
| 11/7/22 8:55 AM | USDT | 500,000 |
| 11/7/22 8:56 AM | USDT | 500,000 |
| 11/7/22 8:57 AM | USDT | 500,000 |
| 11/7/22 8:58 AM | USDT | 500,000 |
| 11/7/22 8:58 AM | USDT | 500,000 |
| 11/7/22 8:59 AM | USDT | 500,000 |
| 11/7/22 9:02 AM | USDC | 250,000 |
| 11/7/22 9:05 AM | USDC | 250,000 |
| 11/7/22 9:05 AM | USDC | 500,000 |
| 11/7/22 9:05 AM | USDT | 500,000 |
| 11/7/22 9:05 AM | USDT | 500,000 |
| 11/7/22 9:06 AM | USDT | 500,000 |
| 11/7/22 9:06 AM | USDT | 500,000 |
| 11/7/22 9:06 AM | USDT | 500,000 |
| 11/7/22 9:08 AM | USDC | 50,000 |
| 11/7/22 9:09 AM | USDC | 250,000 |
| 11/7/22 9:09 AM | USDT | 500,000 |
| 11/7/22 9:10 AM | USDT | 500,000 |
| 11/7/22 9:10 AM | USDT | 500,000 |
| 11/7/22 9:12 AM | USDT | 500,000 |
| 11/7/22 9:14 AM | USDC | 500,000 |
| 11/7/22 9:15 AM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 9:15 AM | USDC | 200,000 |
| 11/7/22 9:26 AM | USDT | 500,000 |
| 11/7/22 9:29 AM | USDT | 500,000 |
| 11/7/22 9:32 AM | USDT | 500,000 |
| 11/7/22 9:43 AM | USDC | 500,000 |
| 11/7/22 9:46 AM | USDC | 500,000 |
| 11/7/22 9:52 AM | USDC | 500,000 |
| 11/7/22 9:52 AM | USDC | 500,000 |
| 11/7/22 9:52 AM | USDC | 500,000 |
| 11/7/22 9:55 AM | USDC | 500,000 |
| 11/7/22 9:55 AM | USDC | 500,000 |
| 11/7/22 9:58 AM | USDC | 500,000 |
| 11/7/22 10:01 AM | USDC | 500,000 |
| 11/7/22 10:05 AM | USDC | 500,000 |
| 11/7/22 10:08 AM | USDC | 500,000 |
| 11/7/22 10:08 AM | USDC | 500,000 |
| 11/7/22 10:08 AM | USDC | 500,000 |
| 11/7/22 10:08 AM | USDC | 500,000 |
| 11/7/22 10:12 AM | USDC | 500,000 |
| 11/7/22 10:14 AM | USDC | 500,000 |
| 11/7/22 10:17 AM | USDC | 500,000 |
| 11/7/22 10:39 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:40 AM | USDC | 500,000 |
| 11/7/22 10:41 AM | USDC | 500,000 |
| 11/7/22 10:41 AM | USDC | 500,000 |
| 11/7/22 10:41 AM | USDC | 500,000 |
| 11/7/22 10:42 AM | USDC | 500,000 |
| 11/7/22 10:44 AM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 10:44 AM | USDC | 500,000 |
| 11/7/22 10:44 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:45 AM | USDC | 500,000 |
| 11/7/22 10:46 AM | USDT | 500,000 |
| 11/7/22 10:47 AM | USDC | 500,000 |
| 11/7/22 10:47 AM | USDC | 500,000 |
| 11/7/22 10:50 AM | USDC | 500,000 |
| 11/7/22 10:51 AM | USDC | 500,000 |
| 11/7/22 10:53 AM | USDC | 500,000 |
| 11/7/22 10:53 AM | USDC | 500,000 |
| 11/7/22 10:54 AM | USDC | 500,000 |
| 11/7/22 10:56 AM | USDC | 500,000 |
| 11/7/22 11:28 AM | USDT | 500,000 |
| 11/7/22 11:28 AM | USDC | 500,000 |
| 11/7/22 11:28 AM | USDC | 500,000 |
| 11/7/22 11:28 AM | USDC | 500,000 |
| 11/7/22 11:30 AM | USDC | 500,000 |
| 11/7/22 11:34 AM | USDC | 500,000 |
| 11/7/22 11:36 AM | USDT | 100 |
| 11/7/22 11:37 AM | USDC | 500,000 |
| 11/7/22 11:50 AM | BTC | 10 |
| 11/7/22 11:50 AM | BTC | 10 |
| 11/7/22 11:50 AM | BTC | 10 |
| 11/7/22 11:50 AM | BTC | 10 |
| 11/7/22 11:50 AM | BTC | 10 |
| 11/7/22 12:12 PM | USDT | 500,000 |
| 11/7/22 12:13 PM | USDT | 500,000 |
| 11/7/22 12:17 PM | USDT | 500,000 |
| 11/7/22 12:17 PM | USDT | 500,000 |
| 11/7/22 12:19 PM | USDT | 500,000 |
| 11/7/22 12:22 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 12:25 PM | USDT | 500,000 |
| 11/7/22 12:29 PM | USDT | 500,000 |
| 11/7/22 12:46 PM | USDT | 500,000 |
| 11/7/22 12:49 PM | USDT | 500,000 |
| 11/7/22 12:50 PM | USDT | 500,000 |
| 11/7/22 12:51 PM | USDT | 500,000 |
| 11/7/22 12:53 PM | USDT | 500,000 |
| 11/7/22 12:55 PM | USDT | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:56 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:57 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |
| 11/7/22 12:58 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 12:59 PM | USDC | 500,000 |
| 11/7/22 12:59 PM | USDC | 500,000 |
| 11/7/22 1:00 PM | USDC | 500,000 |
| 11/7/22 1:00 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:01 PM | USDC | 500,000 |
| 11/7/22 1:02 PM | USDC | 500,000 |
| 11/7/22 1:02 PM | USDC | 500,000 |
| 11/7/22 1:02 PM | USDC | 500,000 |
| 11/7/22 1:03 PM | USDC | 500,000 |
| 11/7/22 1:03 PM | USDT | 500,000 |
| 11/7/22 1:03 PM | USDC | 500,000 |
| 11/7/22 1:04 PM | USDC | 500,000 |
| 11/7/22 1:04 PM | USDC | 500,000 |
| 11/7/22 1:04 PM | USDC | 500,000 |
| 11/7/22 1:04 PM | USDC | 500,000 |
| 11/7/22 1:05 PM | USDC | 500,000 |
| 11/7/22 1:06 PM | USDC | 500,000 |
| 11/7/22 1:06 PM | USDC | 500,000 |
| 11/7/22 1:12 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:20 PM | USDC | 500,000 |
| 11/7/22 1:22 PM | USDC | 500,000 |
| 11/7/22 1:23 PM | USDC | 500,000 |
| 11/7/22 1:23 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:24 PM | USDC | 500,000 |
| 11/7/22 1:25 PM | USDC | 500,000 |
| 11/7/22 1:25 PM | USDC | 500,000 |
| 11/7/22 1:26 PM | USDC | 500,000 |
| 11/7/22 1:27 PM | USDC | 500,000 |
| 11/7/22 1:27 PM | USDC | 500,000 |
| 11/7/22 1:27 PM | USDC | 500,000 |
| 11/7/22 1:27 PM | USDC | 500,000 |
| 11/7/22 1:29 PM | USDC | 500,000 |
| 11/7/22 1:30 PM | USDC | 500,000 |
| 11/7/22 1:31 PM | USDC | 500,000 |
| 11/7/22 1:34 PM | USDC | 500,000 |
| 11/7/22 1:56 PM | USDC | 500,000 |
| 11/7/22 2:04 PM | USDC | 500,000 |
| 11/7/22 2:09 PM | USDT | 500,000 |
| 11/7/22 2:26 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:27 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:28 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:29 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:30 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |
| 11/7/22 2:31 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
| --- | --- | --- |
| 11/7/22 2:32 PM | USDC | 500,000 |
| 11/7/22 2:32 PM | USDC | 500,000 |
| 11/7/22 2:32 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:33 PM | USDC | 500,000 |
| 11/7/22 2:34 PM | USDC | 500,000 |
| 11/7/22 2:34 PM | USDC | 500,000 |
| 11/7/22 2:35 PM | USDC | 500,000 |
| 11/7/22 2:35 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:36 PM | USDC | 500,000 |
| 11/7/22 2:37 PM | USDC | 500,000 |
| 11/7/22 2:38 PM | USDC | 500,000 |
| 11/7/22 2:39 PM | USDC | 500,000 |
| 11/7/22 2:39 PM | USDC | 500,000 |
| 11/7/22 2:39 PM | USDC | 500,000 |
| 11/7/22 2:40 PM | USDC | 500,000 |
| 11/7/22 2:42 PM | USDC | 500,000 |
| 11/7/22 2:48 PM | USDT | 500,000 |
| 11/7/22 2:48 PM | USDT | 500,000 |
| 11/7/22 2:49 PM | USDT | 500,000 |
| 11/7/22 2:49 PM | USDT | 500,000 |
| 11/7/22 3:18 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:19 PM | USDC | 500,000 |
| 11/7/22 3:23 PM | USDT | 500,000 |
| 11/7/22 3:26 PM | USDT | 500,000 |
| 11/7/22 3:28 PM | USDT | 500,000 |
| 11/7/22 3:39 PM | USDT | 500,000 |
| 11/7/22 3:41 PM | USDT | 500,000 |
| 11/7/22 3:51 PM | USDT | 500,000 |
| 11/7/22 3:53 PM | USDT | 500,000 |
| 11/7/22 4:05 PM | USDT | 500,000 |
| 11/7/22 4:49 PM | USDT | 500,000 |
| 11/7/22 4:49 PM | USDT | 500,000 |
| 11/7/22 4:49 PM | USDT | 500,000 |
| 11/7/22 4:49 PM | USDT | 500,000 |
| 11/7/22 4:49 PM | USDT | 500,000 |
| 11/7/22 4:52 PM | USDT | 500,000 |
| 11/7/22 4:52 PM | USDT | 500,000 |
| 11/7/22 4:54 PM | USDT | 500,000 |
| 11/7/22 4:56 PM | USDT | 500,000 |
| 11/7/22 4:56 PM | USDT | 500,000 |
| 11/7/22 4:59 PM | USDT | 500,000 |
| 11/7/22 5:03 PM | USDT | 500,000 |
| 11/7/22 5:06 PM | USDT | 500,000 |
| 11/7/22 5:11 PM | USDT | 500,000 |
| 11/7/22 5:13 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:43 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:44 PM | USDT | 500,000 |
| 11/7/22 5:46 PM | USDT | 500,000 |
| 11/7/22 5:46 PM | USDT | 500,000 |
| 11/7/22 5:46 PM | USDT | 500,000 |
| 11/7/22 5:46 PM | USDT | 499,893 |
| 11/7/22 6:13 PM | USDT | 500,000 |
| 11/7/22 6:54 PM | USDT | 500,000 |
| 11/7/22 6:54 PM | USDT | 500,000 |
| 11/7/22 6:58 PM | USDT | 500,000 |
| 11/7/22 7:08 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 7:10 PM | USDT | 500,000 |
| 11/7/22 7:10 PM | USDT | 500,000 |
| 11/7/22 7:10 PM | USDT | 500,000 |
| 11/7/22 7:11 PM | USDT | 500,000 |
| 11/7/22 7:13 PM | USDT | 500,000 |
| 11/7/22 7:13 PM | USDT | 500,000 |
| 11/7/22 7:13 PM | USDT | 500,000 |
| 11/7/22 7:16 PM | USDT | 500,000 |
| 11/7/22 7:34 PM | USDT | 500,000 |
| 11/7/22 7:37 PM | USDT | 500,000 |
| 11/7/22 7:46 PM | USDT | 500,000 |
| 11/7/22 7:47 PM | USDT | 500,000 |
| 11/7/22 7:47 PM | USDT | 500,000 |
| 11/7/22 7:47 PM | USDT | 500,000 |
| 11/7/22 7:47 PM | USDT | 500,000 |
| 11/7/22 7:49 PM | USDT | 500,000 |
| 11/7/22 7:49 PM | USDT | 500,000 |
| 11/7/22 7:49 PM | USDT | 500,000 |
| 11/7/22 7:49 PM | USDT | 500,000 |
| 11/7/22 7:50 PM | USDT | 500,000 |
| 11/7/22 8:05 PM | USDT | 500,000 |
| 11/7/22 8:05 PM | USDT | 500,000 |
| 11/7/22 8:08 PM | USDT | 500,000 |
| 11/7/22 8:09 PM | USDT | 500,000 |
| 11/7/22 8:09 PM | USDT | 500,000 |
| 11/7/22 8:12 PM | USDT | 500,000 |
| 11/7/22 8:12 PM | USDT | 500,000 |
| 11/7/22 8:14 PM | USDT | 500,000 |
| 11/7/22 8:14 PM | USDT | 500,000 |
| 11/7/22 8:17 PM | USDT | 500,000 |
| 11/7/22 8:17 PM | USDT | 500,000 |
| 11/7/22 8:19 PM | USDT | 500,000 |
| 11/7/22 8:19 PM | USDT | 500,000 |
| 11/7/22 8:19 PM | USDT | 500,000 |
| 11/7/22 8:19 PM | USDT | 500,000 |
| 11/7/22 8:20 PM | USDT | 500,000 |
| 11/7/22 8:21 PM | USDT | 500,000 |
| 11/7/22 8:21 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 8:24 PM | USDT | 500,000 |
| 11/7/22 8:24 PM | USDT | 500,000 |
| 11/7/22 8:27 PM | USDT | 500,000 |
| 11/7/22 8:33 PM | USDC | 500,000 |
| 11/7/22 8:35 PM | USDT | 500,000 |
| 11/7/22 8:37 PM | USDT | 500,000 |
| 11/7/22 8:40 PM | USDC | 500,000 |
| 11/7/22 8:42 PM | USDT | 500,000 |
| 11/7/22 8:42 PM | USDT | 500,000 |
| 11/7/22 8:42 PM | USDT | 500,000 |
| 11/7/22 8:42 PM | USDT | 500,000 |
| 11/7/22 8:43 PM | USDT | 500,000 |
| 11/7/22 8:43 PM | USDT | 500,000 |
| 11/7/22 8:43 PM | USDT | 500,000 |
| 11/7/22 8:43 PM | USDT | 500,000 |
| 11/7/22 8:43 PM | USDT | 500,000 |
| 11/7/22 8:44 PM | USDT | 500,000 |
| 11/7/22 8:44 PM | USDT | 500,000 |
| 11/7/22 8:44 PM | USDT | 500,000 |
| 11/7/22 8:45 PM | USDT | 500,000 |
| 11/7/22 8:45 PM | USDT | 500,000 |
| 11/7/22 8:45 PM | USDT | 500,000 |
| 11/7/22 8:45 PM | USDT | 500,000 |
| 11/7/22 8:46 PM | USDT | 500,000 |
| 11/7/22 8:46 PM | USDT | 500,000 |
| 11/7/22 8:47 PM | USDT | 500,000 |
| 11/7/22 8:47 PM | USDT | 500,000 |
| 11/7/22 8:48 PM | USDT | 500,000 |
| 11/7/22 8:48 PM | USDT | 500,000 |
| 11/7/22 8:48 PM | USDT | 500,000 |
| 11/7/22 8:48 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:49 PM | USDT | 500,000 |
| 11/7/22 8:50 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 8:50 PM | USDT | 500,000 |
| 11/7/22 8:50 PM | USDT | 500,000 |
| 11/7/22 8:50 PM | USDT | 500,000 |
| 11/7/22 8:51 PM | USDT | 500,000 |
| 11/7/22 8:51 PM | USDT | 500,000 |
| 11/7/22 8:51 PM | USDT | 500,000 |
| 11/7/22 8:52 PM | USDT | 500,000 |
| 11/7/22 8:52 PM | USDT | 500,000 |
| 11/7/22 8:52 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:54 PM | USDT | 500,000 |
| 11/7/22 8:56 PM | USDT | 500,000 |
| 11/7/22 8:56 PM | USDT | 500,000 |
| 11/7/22 8:56 PM | USDT | 500,000 |
| 11/7/22 8:59 PM | USDT | 500,000 |
| 11/7/22 9:02 PM | USDT | 500,000 |
| 11/7/22 9:06 PM | USDT | 500,000 |
| 11/7/22 9:06 PM | USDT | 500,000 |
| 11/7/22 9:08 PM | USDT | 500,000 |
| 11/7/22 9:21 PM | USDT | 1,000,000 |
| 11/7/22 9:25 PM | USDT | 6,500,000 |
| 11/7/22 9:56 PM | USDT | 500,000 |
| 11/7/22 9:57 PM | USDT | 500,000 |
| 11/7/22 10:01 PM | USDT | 500,000 |
| 11/7/22 10:03 PM | USDC | 500,000 |
| 11/7/22 10:08 PM | USDT | 500,000 |
| 11/7/22 10:17 PM | USDT | 500,000 |
| 11/7/22 10:17 PM | USDT | 500,000 |
| 11/7/22 10:17 PM | USDT | 500,000 |
| 11/7/22 10:18 PM | USDT | 500,000 |
| 11/7/22 10:18 PM | USDT | 500,000 |
| 11/7/22 10:18 PM | USDT | 500,000 |
| 11/7/22 10:18 PM | USDT | 500,000 |
| 11/7/22 10:19 PM | USDT | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 10:19 PM | USDT | 500,000 |
| 11/7/22 10:19 PM | USDT | 500,000 |
| 11/7/22 10:20 PM | USDT | 500,000 |
| 11/7/22 10:20 PM | USDT | 500,000 |
| 11/7/22 10:20 PM | USDT | 500,000 |
| 11/7/22 10:20 PM | USDT | 500,000 |
| 11/7/22 10:21 PM | USDT | 500,000 |
| 11/7/22 10:21 PM | USDT | 500,000 |
| 11/7/22 10:21 PM | USDT | 500,000 |
| 11/7/22 10:21 PM | USDT | 500,000 |
| 11/7/22 10:22 PM | USDT | 500,000 |
| 11/7/22 10:22 PM | USDT | 500,000 |
| 11/7/22 10:22 PM | USDT | 500,000 |
| 11/7/22 10:24 PM | USDT | 500,000 |
| 11/7/22 10:25 PM | USDT | 500,000 |
| 11/7/22 10:25 PM | USDT | 500,000 |
| 11/7/22 10:26 PM | USDT | 500,000 |
| 11/7/22 10:26 PM | USDT | 1,500,000 |
| 11/7/22 10:27 PM | USDT | 500,000 |
| 11/7/22 10:31 PM | USDT | 500,000 |
| 11/7/22 10:31 PM | USDT | 5,000,000 |
| 11/7/22 10:34 PM | USDT | 500,000 |
| 11/7/22 10:34 PM | USDT | 500,000 |
| 11/7/22 10:37 PM | USDT | 9,000,000 |
| 11/7/22 10:40 PM | USDT | 500,000 |
| 11/7/22 10:41 PM | USDT | 500,000 |
| 11/7/22 10:41 PM | USDT | 500,000 |
| 11/7/22 10:41 PM | USDT | 500,000 |
| 11/7/22 10:42 PM | USDT | 500,000 |
| 11/7/22 10:42 PM | USDT | 500,000 |
| 11/7/22 10:42 PM | USDT | 500,000 |
| 11/7/22 10:42 PM | USDT | 500,000 |
| 11/7/22 10:45 PM | USDT | 500,000 |
| 11/7/22 10:45 PM | USDT | 500,000 |
| 11/7/22 10:46 PM | USDT | 500,000 |
| 11/7/22 10:46 PM | USDT | 2,000,000 |
| 11/7/22 10:49 PM | USDT | 500,000 |
| 11/7/22 10:49 PM | USDC | 500,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 10:49 PM | USDT | 500,000 |
| 11/7/22 10:50 PM | USDT | 500,000 |
| 11/7/22 10:50 PM | USDT | 2,000,000 |
| 11/7/22 10:55 PM | USDT | 500,000 |
| 11/7/22 10:56 PM | USDT | 500,000 |
| 11/7/22 10:56 PM | USDT | 500,000 |
| 11/7/22 10:58 PM | USDT | 500,000 |
| 11/7/22 10:58 PM | USDT | 500,000 |
| 11/7/22 11:13 PM | USDT | 500,000 |
| 11/7/22 11:17 PM | USDT | 20,000 |
| 11/7/22 11:18 PM | USDT | 500,000 |
| 11/7/22 11:20 PM | USDT | 500,000 |
| 11/7/22 11:20 PM | USDT | 500,000 |
| 11/7/22 11:21 PM | USDT | 500,000 |
| 11/7/22 11:21 PM | USDT | 500,000 |
| 11/7/22 11:22 PM | USDT | 500,000 |
| 11/7/22 11:26 PM | USDT | 500,000 |
| 11/7/22 11:26 PM | USDT | 500,000 |
| 11/7/22 11:29 PM | USDT | 500,000 |
| 11/7/22 11:29 PM | USDT | 500,000 |
| 11/7/22 11:29 PM | USDT | 500,000 |
| 11/7/22 11:30 PM | USDT | 500,000 |
| 11/7/22 11:34 PM | USDT | 500,000 |
| 11/7/22 11:34 PM | USDT | 200,000 |
| 11/7/22 11:35 PM | USDT | 200,000 |
| 11/7/22 11:43 PM | USDC | 500,000 |
| 11/7/22 11:47 PM | USDT | 250,000 |
| 11/7/22 11:47 PM | USDC | 25,000 |
| 11/7/22 11:47 PM | USDC | 25,000 |
| 11/7/22 11:49 PM | USDT | 250,000 |
| 11/7/22 11:49 PM | USDT | 250,000 |
| 11/7/22 11:50 PM | USDC | 25,000 |
| 11/7/22 11:53 PM | USDC | 25,000 |
| 11/7/22 11:53 PM | USDT | 500,000 |
| 11/7/22 11:58 PM | USDT | 250,000 |
| 11/7/22 11:58 PM | USDT | 250,000 |
| 11/8/22 12:02 AM | USDT | 250,000 |
| 11/8/22 12:03 AM | USDT | 100,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 12:04 AM | USDT | 250,000 |
| 11/8/22 12:04 AM | USDT | 250,000 |
| 11/8/22 12:04 AM | USDT | 500,000 |
| 11/8/22 12:04 AM | USDT | 250,000 |
| 11/8/22 12:05 AM | USDC | 25,000 |
| 11/8/22 12:06 AM | USDC | 25,000 |
| 11/8/22 12:48 AM | USDT | 400 |
| 11/8/22 12:51 AM | USDT | 800 |
| 11/8/22 12:51 AM | USDC | 800 |
| 11/8/22 12:57 AM | USDC | 950 |
| 11/8/22 12:57 AM | USDC | 950 |
| 11/8/22 12:57 AM | USDC | 950 |
| 11/8/22 12:58 AM | USDC | 950 |
| 11/8/22 12:58 AM | USDC | 950 |
| 11/8/22 12:58 AM | USDC | 950 |
| 11/8/22 12:58 AM | USDC | 950 |
| 11/8/22 12:59 AM | USDC | 950 |
| 11/8/22 12:59 AM | USDC | 950 |
| 11/8/22 12:59 AM | USDC | 950 |
| 11/8/22 1:00 AM | USDC | 950 |
| 11/8/22 1:00 AM | USDC | 950 |
| 11/8/22 1:00 AM | USDC | 950 |
| 11/8/22 1:00 AM | USDC | 950 |
| 11/8/22 1:01 AM | USDC | 950 |
| 11/8/22 1:01 AM | USDC | 950 |
| 11/8/22 1:01 AM | USDC | 950 |
| 11/8/22 1:01 AM | USDC | 950 |
| 11/8/22 1:02 AM | USDC | 950 |
| 11/8/22 1:02 AM | USDC | 950 |
| 11/8/22 1:02 AM | USDC | 950 |
| 11/8/22 1:03 AM | USDC | 950 |
| 11/8/22 1:03 AM | USDC | 950 |
| 11/8/22 1:03 AM | USDC | 950 |
| 11/8/22 1:03 AM | USDC | 950 |
| 11/8/22 1:03 AM | USDC | 950 |
| 11/8/22 1:04 AM | USDC | 950 |
| 11/8/22 1:04 AM | USDC | 950 |
| 11/8/22 1:04 AM | USDC | 950 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 1:05 AM | USDC | 950 |
| 11/8/22 1:05 AM | USDC | 950 |
| 11/8/22 1:05 AM | USDC | 950 |
| 11/8/22 1:05 AM | USDC | 950 |
| 11/8/22 1:06 AM | USDC | 950 |
| 11/8/22 1:06 AM | USDC | 950 |
| 11/8/22 1:06 AM | USDC | 950 |
| 11/8/22 1:06 AM | USDC | 950 |
| 11/8/22 1:06 AM | USDC | 950 |
| 11/8/22 1:07 AM | USDC | 950 |
| 11/8/22 1:07 AM | USDC | 950 |
| 11/8/22 1:07 AM | USDC | 950 |
| 11/8/22 1:07 AM | USDC | 950 |
| 11/8/22 1:07 AM | USDC | 950 |
| 11/8/22 1:08 AM | USDC | 950 |
| 11/8/22 1:08 AM | USDC | 950 |
| 11/8/22 1:08 AM | USDC | 950 |
| 11/8/22 1:09 AM | USDC | 950 |
| 11/8/22 1:09 AM | USDC | 950 |
| 11/8/22 1:09 AM | USDC | 950 |
| 11/8/22 1:10 AM | USDC | 950 |
| 11/8/22 1:10 AM | USDC | 950 |
| 11/8/22 1:10 AM | USDC | 950 |
| 11/8/22 1:10 AM | USDC | 950 |
| 11/8/22 1:11 AM | USDC | 950 |
| 11/8/22 1:11 AM | USDC | 950 |
| 11/8/22 1:11 AM | USDC | 950 |
| 11/8/22 1:11 AM | USDC | 988 |
| 11/8/22 1:12 AM | USDC | 988 |
| 11/8/22 1:12 AM | USDC | 988 |
| 11/8/22 1:12 AM | USDC | 988 |
| 11/8/22 1:12 AM | USDC | 988 |
| 11/8/22 1:13 AM | USDC | 988 |
| 11/8/22 1:13 AM | USDC | 988 |
| 11/8/22 1:13 AM | USDC | 988 |
| 11/8/22 1:13 AM | USDC | 988 |
| 11/8/22 1:14 AM | USDC | 988 |
| 11/8/22 1:14 AM | USDC | 988 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 1:14 AM | USDC | 988 |
| 11/8/22 1:14 AM | USDC | 988 |
| 11/8/22 1:15 AM | USDC | 988 |
| 11/8/22 1:15 AM | USDC | 988 |
| 11/8/22 1:15 AM | USDC | 988 |
| 11/8/22 1:15 AM | USDC | 988 |
| 11/8/22 1:15 AM | USDC | 988 |
| 11/8/22 1:16 AM | USDC | 988 |
| 11/8/22 1:16 AM | USDC | 988 |
| 11/8/22 1:16 AM | USDC | 988 |
| 11/8/22 1:17 AM | USDC | 988 |
| 11/8/22 1:17 AM | USDC | 988 |
| 11/8/22 1:17 AM | USDC | 988 |
| 11/8/22 1:17 AM | USDC | 988 |
| 11/8/22 1:18 AM | USDC | 988 |
| 11/8/22 1:18 AM | USDC | 988 |
| 11/8/22 1:18 AM | USDC | 988 |
| 11/8/22 1:18 AM | USDC | 988 |
| 11/8/22 1:19 AM | USDC | 988 |
| 11/8/22 1:19 AM | USDC | 988 |
| 11/8/22 1:19 AM | USDC | 988 |
| 11/8/22 1:20 AM | USDC | 988 |
| 11/8/22 1:20 AM | USDC | 988 |
| 11/8/22 1:20 AM | USDC | 988 |
| 11/8/22 1:20 AM | USDC | 988 |
| 11/8/22 1:20 AM | USDC | 988 |
| 11/8/22 1:21 AM | USDC | 988 |
| 11/8/22 1:21 AM | USDC | 988 |
| 11/8/22 1:21 AM | USDC | 988 |
| 11/8/22 1:21 AM | USDC | 988 |
| 11/8/22 1:21 AM | USDC | 988 |
| 11/8/22 1:22 AM | USDC | 988 |
| 11/8/22 1:22 AM | USDC | 988 |
| 11/8/22 1:22 AM | USDC | 988 |
| 11/8/22 1:22 AM | USDC | 988 |
| 11/8/22 1:23 AM | USDC | 988 |
| 11/8/22 1:23 AM | USDC | 988 |
| 11/8/22 1:23 AM | USDC | 988 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 1:23 AM | USDC | 988 |
| 11/8/22 1:23 AM | USDC | 988 |
| 11/8/22 1:24 AM | USDC | 988 |
| 11/8/22 1:24 AM | USDC | 988 |
| 11/8/22 1:24 AM | USDC | 988 |
| 11/8/22 1:25 AM | USDC | 988 |
| 11/8/22 1:25 AM | USDC | 988 |
| 11/8/22 1:25 AM | USDC | 988 |
| 11/8/22 1:26 AM | USDC | 988 |
| 11/8/22 1:26 AM | USDC | 988 |
| 11/8/22 1:26 AM | USDC | 988 |
| 11/8/22 1:26 AM | USDC | 988 |
| 11/8/22 1:26 AM | USDC | 988 |
| 11/8/22 1:27 AM | USDC | 988 |
| 11/8/22 1:27 AM | USDC | 988 |
| 11/8/22 1:27 AM | USDC | 988 |
| 11/8/22 1:27 AM | USDC | 988 |
| 11/8/22 1:28 AM | USDC | 988 |
| 11/8/22 1:28 AM | USDC | 988 |
| 11/8/22 1:28 AM | USDC | 988 |
| 11/8/22 1:28 AM | USDC | 988 |
| 11/8/22 1:29 AM | USDC | 988 |
| 11/8/22 1:29 AM | USDC | 988 |
| 11/8/22 1:29 AM | USDC | 988 |
| 11/8/22 1:29 AM | USDC | 988 |
| 11/8/22 1:30 AM | USDC | 988 |
| 11/8/22 1:30 AM | USDC | 988 |
| 11/8/22 1:30 AM | USDC | 988 |
| 11/8/22 1:30 AM | USDC | 988 |
| 11/8/22 1:30 AM | USDC | 988 |
| 11/8/22 2:53 AM | USDT | 100 |
| 11/8/22 2:54 AM | USDT | 100 |
| 11/8/22 3:13 AM | USDT | 2,500 |
| 11/8/22 3:15 AM | USDT | 5,000 |
| 11/8/22 3:23 AM | USDT | 7,500 |
| 11/8/22 3:24 AM | USDT | 5,000 |
| 11/8/22 3:24 AM | USDT | 5,000 |
| 11/8/22 3:24 AM | USDT | 5,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:26 AM | USDT | 5,000 |
| 11/8/22 3:26 AM | USDT | 5,000 |
| 11/8/22 3:26 AM | USDT | 5,000 |
| 11/8/22 3:27 AM | USDT | 5,000 |
| 11/8/22 3:27 AM | USDT | 5,000 |
| 11/8/22 3:27 AM | USDT | 5,000 |
| 11/8/22 3:27 AM | USDT | 5,000 |
| 11/8/22 3:27 AM | USDT | 5,000 |
| 11/8/22 3:29 AM | USDT | 5,000 |
| 11/8/22 3:30 AM | USDT | 5,000 |
| 11/8/22 3:30 AM | USDC | 988 |
| 11/8/22 3:31 AM | USDC | 988 |
| 11/8/22 3:31 AM | USDT | 5,000 |
| 11/8/22 3:31 AM | USDT | 7,500 |
| 11/8/22 3:31 AM | USDT | 5,000 |
| 11/8/22 3:31 AM | USDT | 5,000 |
| 11/8/22 3:31 AM | USDC | 988 |
| 11/8/22 3:31 AM | USDT | 5,000 |
| 11/8/22 3:32 AM | USDC | 988 |
| 11/8/22 3:32 AM | USDT | 7,500 |
| 11/8/22 3:32 AM | USDT | 988 |
| 11/8/22 3:32 AM | USDT | 7,500 |
| 11/8/22 3:32 AM | USDT | 5,000 |
| 11/8/22 3:32 AM | USDC | 988 |
| 11/8/22 3:33 AM | USDC | 988 |
| 11/8/22 3:33 AM | USDC | 988 |
| 11/8/22 3:33 AM | USDT | 5,000 |
| 11/8/22 3:33 AM | USDT | 7,500 |
| 11/8/22 3:33 AM | USDT | 7,500 |
| 11/8/22 3:33 AM | USDT | 7,500 |
| 11/8/22 3:33 AM | USDC | 988 |
| 11/8/22 3:34 AM | USDT | 7,500 |
| 11/8/22 3:34 AM | USDT | 5,000 |
| 11/8/22 3:34 AM | USDC | 988 |
| 11/8/22 3:34 AM | USDT | 7,500 |
| 11/8/22 3:34 AM | USDC | 988 |
| 11/8/22 3:34 AM | USDT | 7,500 |
| 11/8/22 3:34 AM | USDT | 7,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:34 AM | USDC | 988 |
| 11/8/22 3:35 AM | USDT | 5,000 |
| 11/8/22 3:35 AM | USDT | 7,500 |
| 11/8/22 3:35 AM | USDT | 7,500 |
| 11/8/22 3:35 AM | USDT | 7,500 |
| 11/8/22 3:35 AM | USDT | 7,500 |
| 11/8/22 3:35 AM | USDC | 988 |
| 11/8/22 3:35 AM | USDT | 7,500 |
| 11/8/22 3:36 AM | USDC | 988 |
| 11/8/22 3:36 AM | USDT | 7,500 |
| 11/8/22 3:36 AM | USDT | 7,500 |
| 11/8/22 3:36 AM | USDT | 7,500 |
| 11/8/22 3:37 AM | USDC | 988 |
| 11/8/22 3:37 AM | USDT | 7,500 |
| 11/8/22 3:37 AM | USDT | 7,500 |
| 11/8/22 3:37 AM | USDT | 7,500 |
| 11/8/22 3:37 AM | USDC | 988 |
| 11/8/22 3:37 AM | USDT | 7,500 |
| 11/8/22 3:38 AM | USDT | 7,500 |
| 11/8/22 3:38 AM | USDT | 7,500 |
| 11/8/22 3:38 AM | USDC | 988 |
| 11/8/22 3:38 AM | USDT | 7,500 |
| 11/8/22 3:39 AM | USDT | 7,500 |
| 11/8/22 3:39 AM | USDT | 7,500 |
| 11/8/22 3:39 AM | USDC | 988 |
| 11/8/22 3:39 AM | USDT | 7,500 |
| 11/8/22 3:40 AM | USDT | 7,500 |
| 11/8/22 3:40 AM | USDT | 7,500 |
| 11/8/22 3:40 AM | USDT | 7,500 |
| 11/8/22 3:40 AM | USDC | 988 |
| 11/8/22 3:40 AM | USDT | 7,500 |
| 11/8/22 3:40 AM | USDT | 7,500 |
| 11/8/22 3:41 AM | USDC | 988 |
| 11/8/22 3:41 AM | USDT | 7,500 |
| 11/8/22 3:41 AM | USDT | 7,500 |
| 11/8/22 3:41 AM | USDT | 7,500 |
| 11/8/22 3:41 AM | USDT | 7,500 |
| 11/8/22 3:41 AM | USDC | 988 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:42 AM | USDC | 988 |
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:42 AM | USDT | 7,500 |
| 11/8/22 3:43 AM | USDT | 7,500 |
| 11/8/22 3:43 AM | USDT | 7,500 |
| 11/8/22 3:43 AM | USDC | 988 |
| 11/8/22 3:43 AM | USDT | 7,500 |
| 11/8/22 3:44 AM | USDT | 7,500 |
| 11/8/22 3:44 AM | USDC | 988 |
| 11/8/22 3:44 AM | USDT | 7,500 |
| 11/8/22 3:44 AM | USDT | 7,500 |
| 11/8/22 3:45 AM | USDC | 988 |
| 11/8/22 3:45 AM | USDT | 7,500 |
| 11/8/22 3:45 AM | USDT | 7,500 |
| 11/8/22 3:46 AM | USDT | 7,500 |
| 11/8/22 3:46 AM | USDC | 988 |
| 11/8/22 3:46 AM | USDT | 7,500 |
| 11/8/22 3:46 AM | USDT | 7,500 |
| 11/8/22 3:46 AM | USDT | 7,500 |
| 11/8/22 3:46 AM | USDT | 7,500 |
| 11/8/22 3:47 AM | USDT | 7,500 |
| 11/8/22 3:48 AM | USDT | 7,500 |
| 11/8/22 3:48 AM | USDT | 7,500 |
| 11/8/22 3:48 AM | USDC | 988 |
| 11/8/22 3:49 AM | USDT | 7,500 |
| 11/8/22 3:49 AM | USDT | 7,500 |
| 11/8/22 3:49 AM | USDT | 7,500 |
| 11/8/22 3:50 AM | USDT | 7,500 |
| 11/8/22 3:50 AM | USDT | 7,500 |
| 11/8/22 3:50 AM | USDT | 7,500 |
| 11/8/22 3:50 AM | USDT | 7,500 |
| 11/8/22 3:50 AM | USDT | 7,500 |
| 11/8/22 3:52 AM | USDT | 7,500 |
| 11/8/22 3:52 AM | USDT | 7,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:52 AM | USDT | 7,500 |
| 11/8/22 3:52 AM | USDT | 7,500 |
| 11/8/22 3:52 AM | USDT | 7,500 |
| 11/8/22 3:53 AM | USDT | 7,500 |
| 11/8/22 3:53 AM | USDT | 7,500 |
| 11/8/22 3:54 AM | USDT | 7,500 |
| 11/8/22 3:56 AM | USDT | 7,500 |
| 11/8/22 3:56 AM | USDT | 7,500 |
| 11/8/22 3:56 AM | USDT | 7,500 |
| 11/8/22 3:56 AM | USDT | 7,500 |
| 11/8/22 3:57 AM | USDT | 7,500 |
| 11/8/22 3:57 AM | USDT | 7,500 |
| 11/8/22 3:57 AM | USDT | 9,400 |
| 11/8/22 3:58 AM | USDT | 7,500 |
| 11/8/22 3:59 AM | USDT | 7,500 |
| 11/8/22 3:59 AM | USDT | 7,500 |
| 11/8/22 3:59 AM | USDT | 7,500 |
| 11/8/22 3:59 AM | USDT | 7,500 |
| 11/8/22 3:59 AM | USDT | 7,500 |
| 11/8/22 4:00 AM | USDT | 7,500 |
| 11/8/22 4:00 AM | USDT | 7,500 |
| 11/8/22 4:00 AM | USDT | 7,500 |
| 11/8/22 4:00 AM | USDT | 9,400 |
| 11/8/22 4:00 AM | USDT | 7,500 |
| 11/8/22 4:00 AM | USDT | 9,400 |
| 11/8/22 4:01 AM | USDT | 7,500 |
| 11/8/22 4:01 AM | USDT | 9,400 |
| 11/8/22 4:02 AM | USDT | 9,400 |
| 11/8/22 4:04 AM | USDT | 9,400 |
| 11/8/22 4:04 AM | USDT | 9,400 |
| 11/8/22 4:04 AM | USDT | 9,400 |
| 11/8/22 4:05 AM | USDT | 9,400 |
| 11/8/22 4:05 AM | USDT | 9,400 |
| 11/8/22 4:06 AM | USDT | 9,400 |
| 11/8/22 4:06 AM | USDT | 9,400 |
| 11/8/22 4:06 AM | USDT | 9,400 |
| 11/8/22 4:06 AM | USDT | 9,400 |
| 11/8/22 4:06 AM | USDT | 9,400 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 4:07 AM | USDT | 9,400 |
| 11/8/22 4:07 AM | USDT | 9,400 |
| 11/8/22 4:07 AM | USDC | 500,000 |
| 11/8/22 4:07 AM | USDT | 9,400 |
| 11/8/22 4:08 AM | USDT | 9,400 |
| 11/8/22 4:08 AM | USDT | 27,000 |
| 11/8/22 4:08 AM | USDT | 9,400 |
| 11/8/22 4:08 AM | USDT | 9,400 |
| 11/8/22 4:09 AM | USDT | 500,000 |
| 11/8/22 4:09 AM | USDT | 100,000 |
| 11/8/22 4:10 AM | USDT | 100,000 |
| 11/8/22 4:10 AM | USDT | 100,000 |
| 11/8/22 4:10 AM | USDT | 9,400 |
| 11/8/22 4:10 AM | USDT | 9,400 |
| 11/8/22 4:10 AM | USDT | 9,400 |
| 11/8/22 4:11 AM | USDT | 9,400 |
| 11/8/22 4:11 AM | USDT | 250,000 |
| 11/8/22 4:11 AM | USD | 100 |
| 11/8/22 4:11 AM | USDT | 250,000 |
| 11/8/22 4:14 AM | USDT | 15,000 |
| 11/8/22 4:15 AM | USDT | 27,000 |
| 11/8/22 4:18 AM | USDT | 250,000 |
| 11/8/22 4:18 AM | USDT | 250,000 |
| 11/8/22 4:19 AM | USDT | 100,000 |
| 11/8/22 4:19 AM | USDT | 100,000 |
| 11/8/22 4:20 AM | USDT | 250,000 |
| 11/8/22 4:20 AM | USDT | 30,000 |
| 11/8/22 4:21 AM | USDT | 250,000 |
| 11/8/22 4:21 AM | USDT | 250,000 |
| 11/8/22 4:21 AM | USDT | 250,000 |
| 11/8/22 4:22 AM | USDT | 250,000 |
| 11/8/22 4:22 AM | USDT | 250,000 |
| 11/8/22 4:22 AM | USDT | 250,000 |
| 11/8/22 4:22 AM | USDT | 100,000 |
| 11/8/22 4:22 AM | USDT | 100,000 |
| 11/8/22 4:22 AM | USDT | 250,000 |
| 11/8/22 4:22 AM | USDT | 100,000 |
| 11/8/22 4:23 AM | USDT | 250,000 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 4:24 AM | USDT | 250,000 |
| 11/8/22 4:24 AM | USDT | 100,000 |
| 11/8/22 4:24 AM | USDT | 100,000 |
| 11/8/22 4:25 AM | USDT | 100,000 |
| 11/8/22 4:25 AM | USDT | 100,000 |
| 11/8/22 4:25 AM | USDT | 100,000 |
| 11/8/22 4:26 AM | USDT | 250,000 |
| 11/8/22 4:26 AM | USDT | 250,000 |
| 11/8/22 4:26 AM | USDT | 250,000 |
| 11/8/22 4:28 AM | USDC | 100 |
| 11/8/22 4:29 AM | USDC | 998 |
| 11/8/22 4:29 AM | USDT | 250,000 |
| 11/8/22 4:31 AM | USDT | 250,000 |
| 11/8/22 4:33 AM | USDT | 100 |
| 11/8/22 4:52 AM | USD | 500,000 |
| 11/8/22 5:36 AM | USDT | 500,000 |
| 11/8/22 5:37 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:38 AM | USDT | 500,000 |
| 11/8/22 5:39 AM | USDT | 500,000 |
| 11/8/22 5:39 AM | USDT | 500,000 |
| 11/8/22 5:40 AM | USDT | 500,000 |
| 11/8/22 5:40 AM | USDT | 500,000 |
| 11/8/22 5:40 AM | USDT | 500,000 |
| 11/8/22 5:40 AM | USDT | 100,000 |
| 11/8/22 5:40 AM | USDT | 100,000 |
| 11/8/22 5:41 AM | USDT | 500,000 |
| 11/8/22 5:41 AM | USDT | 100,000 |
| 11/8/22 5:41 AM | USDT | 100,000 |
| 11/8/22 5:41 AM | USDC | 500,000 |
| 11/8/22 5:41 AM | USDC | 25,000 |
| 11/8/22 5:41 AM | USDC | 500,000 |
| 11/8/22 5:42 AM | USDT | 500,000 |
| 11/8/22 5:42 AM | USDC | 500,000 |

**EXHIBIT A-2**

**FRAUDULENT TRANSFERS FROM FTX.COM ACCOUNT REGISTERED IN THE NAME OF TIME RESEARCH LTD. (ACCOUNT NO. -3065)**

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/7/22 12:51 AM | WBTC | 36 |
| 11/7/22 1:45 AM | GST | 390,445 |
| 11/7/22 3:29 AM | USDT | 90,000 |
| 11/7/22 3:29 AM | BUSD | 401,872 |
| 11/7/22 3:38 AM | BTC | 0 |
| 11/7/22 6:36 AM | ETH | 500 |
| 11/7/22 10:38 AM | USDT | 130,000 |
| 11/7/22 11:56 AM | BTC | 265 |
| 11/7/22 10:31 PM | USDT | 500,000 |
| 11/7/22 10:48 PM | USDT | 499,999 |
| 11/7/22 10:52 PM | USDT | 500,000 |
| 11/7/22 10:52 PM | USDT | 499,999 |
| 11/7/22 10:54 PM | USDT | 499,999 |
| 11/7/22 10:54 PM | USDT | 499,999 |
| 11/7/22 10:54 PM | USDT | 499,999 |
| 11/7/22 10:55 PM | USDT | 499,999 |
| 11/7/22 10:55 PM | USDT | 500,000 |
| 11/7/22 10:59 PM | USDT | 499,999 |
| 11/7/22 11:01 PM | USDT | 500,000 |
| 11/7/22 11:01 PM | USDT | 500,000 |
| 11/7/22 11:01 PM | USDT | 500,000 |
| 11/7/22 11:05 PM | USDT | 499,999 |
| 11/7/22 11:08 PM | USDT | 499,999 |
| 11/7/22 11:10 PM | USDT | 499,999 |
| 11/7/22 11:22 PM | USDT | 500,000 |
| 11/7/22 11:22 PM | USDT | 500,000 |
| 11/7/22 11:23 PM | USDT | 500,000 |
| 11/7/22 11:23 PM | USDT | 500,000 |
| 11/7/22 11:25 PM | USDT | 301,181 |
| 11/7/22 11:31 PM | USDT | 20,000 |
| 11/8/22 12:40 AM | USDT | 586 |
| 11/8/22 2:53 AM | FTT_WH | 663 |
| 11/8/22 3:08 AM | USDT | 9,500 |
| 11/8/22 3:08 AM | USDT | 9,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:09 AM | APT | 3,731 |
| 11/8/22 3:12 AM | FIDA | 50,133 |
| 11/8/22 3:16 AM | ATOM | 1,127 |
| 11/8/22 3:22 AM | DOGE | 132,296 |
| 11/8/22 3:24 AM | USDT | 9,500 |
| 11/8/22 3:25 AM | ALGO | 30,087 |
| 11/8/22 3:25 AM | USDT | 9,500 |
| 11/8/22 3:26 AM | USDT | 9,500 |
| 11/8/22 3:26 AM | USDT | 9,500 |
| 11/8/22 3:26 AM | USDT | 9,500 |
| 11/8/22 3:27 AM | USDT | 9,500 |
| 11/8/22 3:27 AM | USDT | 9,500 |
| 11/8/22 3:28 AM | USDT | 9,500 |
| 11/8/22 3:29 AM | USDT | 9,500 |
| 11/8/22 3:30 AM | USDT | 9,500 |
| 11/8/22 3:33 AM | NEAR | 2,937 |
| 11/8/22 3:34 AM | USDT | 5,000 |
| 11/8/22 3:41 AM | USDT | 9,500 |
| 11/8/22 3:41 AM | TRX | 114,821 |
| 11/8/22 3:42 AM | USDT | 9,500 |
| 11/8/22 3:43 AM | USDT | 9,500 |
| 11/8/22 3:43 AM | USDT | 9,500 |
| 11/8/22 3:45 AM | USDT | 9,500 |
| 11/8/22 3:45 AM | USDT | 9,500 |
| 11/8/22 3:46 AM | USDT | 9,500 |
| 11/8/22 3:47 AM | USDT | 9,500 |
| 11/8/22 3:48 AM | USDT | 9,500 |
| 11/8/22 3:48 AM | USDT | 9,500 |
| 11/8/22 3:48 AM | USDT | 9,500 |
| 11/8/22 3:48 AM | HNT | 267 |
| 11/8/22 3:49 AM | USDT | 9,500 |
| 11/8/22 3:50 AM | USDT | 9,500 |
| 11/8/22 3:50 AM | USDT | 9,500 |
| 11/8/22 3:51 AM | USDT | 9,500 |
| 11/8/22 3:51 AM | XRP | 13,965 |
| 11/8/22 3:51 AM | USDT | 9,500 |
| 11/8/22 3:52 AM | USDT | 9,500 |
| 11/8/22 3:52 AM | USDT | 9,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 3:54 AM | USDT | 9,500 |
| 11/8/22 3:54 AM | USDT | 9,500 |
| 11/8/22 3:55 AM | USDT | 9,500 |
| 11/8/22 3:56 AM | USDT | 500 |
| 11/8/22 4:08 AM | USDT | 9,500 |
| 11/8/22 4:10 AM | USDT | 9,500 |
| 11/8/22 4:10 AM | USDT | 9,500 |
| 11/8/22 4:11 AM | USDT | 9,500 |
| 11/8/22 4:11 AM | USDT | 49,486 |
| 11/8/22 4:11 AM | USDT | 9,500 |
| 11/8/22 4:12 AM | USDT | 9,500 |
| 11/8/22 4:12 AM | USDT | 9,500 |
| 11/8/22 4:12 AM | USDT | 9,500 |
| 11/8/22 4:13 AM | USDT | 9,500 |
| 11/8/22 4:13 AM | USDT | 9,500 |
| 11/8/22 4:13 AM | USDT | 9,500 |
| 11/8/22 4:14 AM | USDT | 9,500 |
| 11/8/22 4:14 AM | USDT | 9,500 |
| 11/8/22 4:15 AM | USDT | 9,500 |
| 11/8/22 4:16 AM | USDT | 9,500 |
| 11/8/22 4:17 AM | USDT | 9,999 |
| 11/8/22 4:18 AM | USDT | 9,500 |
| 11/8/22 4:19 AM | USDT | 9,500 |
| 11/8/22 4:19 AM | USDT | 9,500 |
| 11/8/22 4:19 AM | USDT | 9,500 |
| 11/8/22 4:20 AM | USDT | 9,500 |
| 11/8/22 4:20 AM | USDT | 9,500 |
| 11/8/22 4:20 AM | USDT | 9,500 |
| 11/8/22 4:21 AM | USDT | 9,500 |
| 11/8/22 4:21 AM | LTC | 160 |
| 11/8/22 4:21 AM | USDT | 9,999 |
| 11/8/22 4:22 AM | USDT | 9,500 |
| 11/8/22 4:22 AM | USDT | 9,500 |
| 11/8/22 4:23 AM | USDT | 9,500 |
| 11/8/22 4:23 AM | USDT | 9,999 |
| 11/8/22 4:24 AM | USDT | 9,999 |
| 11/8/22 4:24 AM | USDT | 9,999 |
| 11/8/22 4:25 AM | USDT | 9,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 4:25 AM | USDT | 9,999 |
| 11/8/22 4:25 AM | USDT | 9,500 |
| 11/8/22 4:25 AM | USDT | 9,500 |
| 11/8/22 4:25 AM | USDT | 9,500 |
| 11/8/22 4:26 AM | USDT | 9,999 |
| 11/8/22 4:27 AM | USDT | 9,999 |
| 11/8/22 4:27 AM | USDT | 9,500 |
| 11/8/22 4:27 AM | USDT | 9,500 |
| 11/8/22 4:27 AM | USDT | 9,999 |
| 11/8/22 4:27 AM | USDT | 9,999 |
| 11/8/22 4:28 AM | USDT | 9,500 |
| 11/8/22 4:29 AM | USDT | 9,500 |
| 11/8/22 4:29 AM | USDT | 9,500 |
| 11/8/22 4:29 AM | USDT | 9,500 |
| 11/8/22 4:29 AM | USDT | 9,500 |
| 11/8/22 4:29 AM | USDT | 9,999 |
| 11/8/22 4:30 AM | USDT | 9,999 |
| 11/8/22 4:30 AM | USDT | 9,999 |
| 11/8/22 4:30 AM | USDT | 9,500 |
| 11/8/22 4:30 AM | USDT | 9,500 |
| 11/8/22 4:30 AM | USDT | 9,999 |
| 11/8/22 4:30 AM | USDT | 9,500 |
| 11/8/22 4:31 AM | USDT | 9,500 |
| 11/8/22 4:31 AM | USDT | 9,500 |
| 11/8/22 4:31 AM | USDT | 9,500 |
| 11/8/22 4:32 AM | USDT | 9,500 |
| 11/8/22 4:33 AM | USDT | 3,515 |
| 11/8/22 4:34 AM | USDT | 9,999 |
| 11/8/22 4:38 AM | USDT | 9,500 |
| 11/8/22 4:38 AM | USDT | 9,500 |
| 11/8/22 4:46 AM | USDT | 9,500 |
| 11/8/22 4:47 AM | USDT | 9,500 |
| 11/8/22 4:47 AM | USDT | 9,500 |
| 11/8/22 5:01 AM | USDT | 9,500 |
| 11/8/22 5:04 AM | USDT | 9,500 |
| 11/8/22 5:04 AM | USDT | 9,500 |
| 11/8/22 5:07 AM | USDT | 5,000 |
| 11/8/22 5:10 AM | USDC | 9,500 |

| Date and Time (EST) | Asset | Quantity |
|---|---|---|
| 11/8/22 5:10 AM | USDC | 9,500 |
| 11/8/22 5:11 AM | USDC | 9,500 |
| 11/8/22 5:12 AM | BCH | 73 |
| 11/8/22 5:19 AM | USDT | 9,500 |
| 11/8/22 5:20 AM | USDT | 9,500 |
| 11/8/22 5:20 AM | USDT | 9,500 |
| 11/8/22 5:46 AM | USDT | 9,500 |
| 11/8/22 5:47 AM | USDT | 9,500 |
| 11/8/22 5:47 AM | USDT | 9,500 |
| 11/8/22 5:47 AM | USDT | 9,500 |
| 11/8/22 5:47 AM | USDT | 9,500 |
| 11/8/22 5:48 AM | USDT | 9,500 |
| 11/8/22 5:48 AM | USDT | 9,500 |
| 11/8/22 5:49 AM | USDT | 9,500 |
| 11/8/22 5:52 AM | USDT | 9,500 |