# EXHIBIT B

## AGGREGATE FTX US AND FTX.COM PREFERENTIAL TRANSFERS TO DEFENDANTS DURING PREFERENCE PERIOD

| Asset | Quantity |
|---|---:|
| USD (fiat) | $6,699,309 |
| USDC | 284,560,052 |
| USDT | 319,515,885 |
| SOL | 1 |
| MATIC | 85,293 |
| BUSD | 5,025,459 |
| LTC | 160 |
| LINK | 17,000 |
| WBTC | 272 |
| XRP | 14,035 |
| TRX | 114,821 |
| BTC | 5,528 |
| AVAX | 1 |
| ETH | 69,352 |
| NEAR | 2,937 |
| HNT | 267 |
| FTT_WH | 663 |
| FIDA | 151,592 |
| ETHW | 32,258 |
| DOGE | 188,344 |
| BIT | 8,047,477 |
| BCH | 73 |
| ATOM | 1,127 |
| ALGO | 30,087 |
| APT | 3,732 |
| AAVE | 400 |
| GST | 484,442 |