# EXHIBIT D-1

## ACTIVITY DURING PREFERENCE PERIOD OF FTX US ACCOUNT REGISTED IN THE NAME OF SEAN TAN (ACCOUNT NO. -3107)

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 9/2/22 2:07 AM | Deposit | ETH | (0.02) |
| 9/2/22 2:10 AM | Deposit | ETH | (0.05) |
| 9/2/22 2:14 AM | Deposit | ETH | (1,705.72) |
| 9/2/22 2:16 AM | Withdrawal | ETH | 0.02 |
| 10/20/22 12:52 PM | Deposit | ETH | (0.02) |
| 10/20/22 12:56 PM | Deposit | ETH | (3,500.00) |
| 11/7/22 3:31 AM | Withdrawal | USDC | 12,833.79 |
| 11/7/22 10:24 PM | Withdrawal | ETH | 1.00 |
| 11/7/22 10:42 PM | Withdrawal | ETH | 500.00 |
| 11/7/22 10:45 PM | Withdrawal | ETH | 500.00 |
| 11/7/22 10:46 PM | Withdrawal | ETH | 800.00 |
| 11/7/22 10:47 PM | Withdrawal | ETH | 900.00 |
| 11/7/22 10:48 PM | Withdrawal | ETH | 500.00 |
| 11/7/22 10:48 PM | Withdrawal | ETH | 500.00 |
| 11/7/22 10:49 PM | Withdrawal | ETH | 600.00 |
| 11/7/22 10:50 PM | Withdrawal | ETH | 900.00 |
| 11/7/22 10:50 PM | Withdrawal | ETH | 900.00 |
| 11/7/22 10:52 PM | Withdrawal | ETH | 920.09 |
| 11/7/22 11:01 PM | Withdrawal | USDC | 2,169.94 |

1. Transaction types considered in this analysis were withdrawals from and deposits to FTX Exchange accounts.

**EXHIBIT D-2**

**ACTIVITY DURING PREFERENCE PERIOD OF FTX US ACCOUNT REGISTED IN THE NAME OF WEIZHENG YE (ACCOUNT NO. -6215)**

| Date and Time (EST) | Transaction Type[1] | Asset | Quantity |
|---|---|---|---|
| 9/6/22 9:49 PM | Withdrawal | BUSD | 250,000.00 |
| 9/14/22 9:23 AM | Deposit | TRX | (0.01) |
| 9/14/22 9:23 AM | Deposit | TRX | (0.00) |
| 9/14/22 11:51 AM | Deposit | TRX | (0.00) |
| 9/14/22 11:51 AM | Deposit | TRX | (0.00) |
| 9/14/22 11:51 AM | Deposit | TRX | (0.01) |
| 9/16/22 1:40 AM | Deposit | TRX | (0.00) |
| 9/19/22 12:21 AM | Deposit | TRX | (0.00) |
| 11/6/22 6:42 AM | Withdrawal | USDC | 100.00 |
| 11/6/22 6:45 AM | Withdrawal | USDC | 3,815,112.45 |

1. Transaction types considered in this analysis were withdrawals from and deposits to FTX Exchange accounts.