**Exhibit F**

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

                                .   Chapter 11
IN RE:                          .
                                .   Case No. 20-50850(JTD)
MALLINCKRODT PLC, et al,        .
                                .
                                .   824 Market Street
                                .   Wilmington, Delaware 19801
                 Debtors.       .
. . . . . . . . . . . . . . . . .   Tuesday, January 19, 2021

                  TRANSCRIPT OF VIDEO HEARING RE:
         COURT DECISION ON MOTION OF THE DEBTORS TO ASSUME AND/OR
            ENTER INTO REIMBURSEMENT AGREEMENT WITH RSA PARTY
                             PROFESSIONALS
                   BEFORE THE HONORABLE JOHN T. DORSEY
                     UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES VIA ZOOM:

For the Debtors:            Mark D. Collins, Esq.
                            Michael J. Merchant, Esq.
                            Amanda R. Steele, Esq.
                            Robert J. Stearn, Esq.
                            RICHARDS, LAYTON & FINGER, PA

                            George A. Davis, Esq.
                            Jeffrey E. Bjork, Esq.
                            Jason B. Gott, Esq.
                            Anupama Yerramalli, Esq.
                            Hugh K. Murtagh, Esq.
                            Christopher R. Harris, Esq.
                            Jason Moehlmann, Esq.
                            Amy Quartarolo, Esq.
                            Elizabeth Marks, Esq.
                            Liza Burton, Esq.
                            LATHAM & WATKINS, LLP

(Appearances Continued)

Audio Operator:             Electronically Recorded
                            by CourtSmart and A. Torres, ECRO

Transcription Company:      Reliable
                            1007 N. Orange Street
                            Wilmington, Delaware 19801
                            (302)654-8080
                            Email:  gmatthews@reliable-co.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

```
APPEARANCES VIA ZOOM:   (Continued)

For the Debtors:              Neil Snyder, Esq.
                              WACHTEL, LIPTON, ROSEN & KATZ

For the U.S. Trustee:         Jane M. Leamy, Esq.
                              Richard Schepacarter, Esq.
                              OFFICE OF THE U.S. TRUSTEE

For the Official Committee
of Unsecured Creditors:       Jamie Edmonson, Esq.
                              ROBINSON & COLE, LLP

                              Cathy Hershcopf, Esq.
                              Michael Klein, Esq.
                              Jay Indyke, Esq.
                              Cullen Speckhart, Esq.
                              Evan Lazerowitz, Esq.
                              COOLEY, LLP

For the Official Committee
of Opioid Claimants:          Patrick Reilley, Esq.
                              Justin Alberto, Esq.
                              COLE SCHOTZ, PC

                              Arik Preis, Esq.
                              Mitchell Hurley, Esq.
                              Edan Lisovicz, Esq.
                              Sara Brauner, Esq.
                              Julia Ghahramani, Esq.
                              Brooks Barker, Esq.
                              AKIN, GUMP, STRAUSS, HAUER
                               & FELD, LLP

For Third Point:              Aneesh Kancharla, Esq.
                              PAUL, WEISS, RIFKIND, WHARTON
                               & GARRISON, LLP

For the Ad Hoc Group of
Unsecured Noteholders:        Richard S. Cobb, Esq.
                              LANDIS, RATH & COBB, LLP

                              Andrew Rosenberg, Esq.
                              Claudia Tobler, Esq.
                              Grace Hotz, Esq.
                              Alice B. Eaton, Esq.
                              Stephen Shimshak, Esq.
                              PAUL, WEISS, RIFKIND, WHARTON
                               & GARRISON

(Appearances Continued)
```

APPEARANCES VIA ZOOM: (Continued)

For Various Tribal
Parties:                        Michael McMahan, Esq.
                                Jonathan Sutton, Esq.
                                HOBBS, STRAUS, DEAN & WALKER, LLP

For the Ad Hoc Group of
First Lien Term Lenders:        Scott Greenberg, Esq.
                                Jeremy Evans, Esq.
                                Michael J. Cohen, Esq.
                                Jennifer Conn, Esq.
                                Oscar Garza, Esq.
                                Eric Haitz, Esq.
                                Joshua Brody, Esq.
                                Leesa Haspel, Esq.
                                Mark Kirsch, Esq.
                                Matthew Biben, Esq.
                                GIBSON, DUNN & CRUTCHER, LLP

For Deutsche Bank, as
Administrative Agent:           Erin Fay, Esq.
                                BAYARD, PA

                                Michele Meises, Esq.
                                Cody Lehrer, Esq.
                                Scott Greissman, Esq.
                                Sam Lawand, Esq.
                                Clay Roberts, Esq.
                                WHITE & CASE, LLP

For the Legal Representative
for Future Claimants:           Robert Brady, Esq.
                                Jaime Chapman, Esq.
                                James Patton, Esq.
                                Edwin Harron, Esq.
                                Melanie Sharp, Esq.
                                YOUNG, CONAWAY, STARGATT
                                 & Taylor, LLP

                                Richard Wyron, Esq.
                                Roger Frankel, Esq.
                                FRANKEL WYRON, LLP

                                Karen Bray, Esq.
                                GREENBERG TRAURIG, LLP

(Appearances Continued)

APPEARANCES VIA ZOOM:   (Continued)

For the Multi-State
Governmental Entities
Group:                          James S. Green, Jr., Esq.
                                SEITZ, VAN OGTROP & GREEN, PA

                                George O'Connor, Esq.
                                Kevin Davis, Esq.
                                Kevin Maclay, Esq.
                                Todd Phillips, Esq.
                                CAPLIN & DRYSDALE, CHARTERED

For OCM Luxembourg OPPS
XB Sarl:                        Scott D. Cousins, Esq.
                                COUSINS LAW, LLC

For the Ad Hoc Revolving
Loan Participant Group:         Chane Buck, Esq.
                                James Johnston, Esq.
                                JONES DAY, LLP

For Independent Public
Schools:                        Cyrus Mehrl, Esq.
                                Aisha Rich, Esq.
                                MEHRL & SKALET, PLLC

For the Governmental
Plaintiff Ad Hoc
Committee:                      Brya Keilson, Esq.
                                Jeffrey Waxman, Esq.
                                MORRIS JAMES, LLP

                                Megan Wasson, Esq.
                                Kenneth Eckstein, Esq.
                                Daniel M. Eggermann, Esq.
                                KRAMER, LEVIN, NAFTALIS
                                 & FRANKEL, LLP

For Deerfield Partners,
LP:                             Christopher M. Samis, Esq.
                                Aaron Stulman, Esq.
                                POTTER, ANDERSON & CORROON, LLP

                                Benjamin Beller, Esq.
                                James Bromley, Esq.
                                Thiago Nascimento dos Reis, Esq.
                                SULLIVAN & CROMWELL

(Appearances Continued)

APPEARANCES VIA ZOOM:   (Continued)

| | |
|---|---|
| For the United States: | Mary Schmergel, Esq.<br>Jason Greenwood, Esq.<br>U.S. DEPARTMENT OF JUSTICE |
| For Wilmington Savings Fund Society, FSB: | Michael D. DeBaecke, Esq.<br>ASHBY & GEDDES |
| | Sameer Alifarag, Esq.<br>Seth Liberman, Esq.<br>PRYOR CASHMAN, LLP |
| For King County: | Christopher Graver, Esq.<br>KELLER ROHRBACK |
| For Acthar IP Unlimited Company: | Daniel Astin, Esq.<br>CIARDI, CIARDI & ASTIN |
| | Donald Haviland, Esq.<br>HAVILAND HUGHES, LLC |
| For the Express Group Entities: | John Shaffer, Esq.<br>QUINN, EMANUEL, URQUHART & SULLIVAN, LLP |
| For Michael Masiowski: | Erin McLoughlin, Esq.<br>Paul Rothstein, Esq.<br>THE LAW OFFICES OF PAUL S. ROTHSTEIN |
| For Disinterested Managers of the Speciality Generics Debtors: | David Crichlow, Esq.<br>Julia Winters, Esq.<br>Ethan Trotz, Esq.<br>KATTEN MUCHIN ROSENMAN, LLP |
| For Liberty Mutual: | Jonathan Marshall, Esq.<br>CHOATE, HALL & STEWART |
| For the Ad Hoc Group of First Lien Noteholders: | William Hazeltine, Esq.<br>SULLIVAN HAZELTINE ALLINSON, LLC |

(Appearances Continued)

```
APPEARANCES VIA ZOOM:   (Continued)

Also Appearing:            John Gallego, Esq.
                           TOGUT, SEGAL & SEGAL, LLP

                           Brian Gurney, Esq.
                           PATTERSON, BELLKNAP, WEBB
                            & TYLER, LLP

                           Allyson Pierce, Esq.
                           WILMER HALE

                           Daun Chung
                           Mark Casey
                           Randall Eisenberg
                           Stephen Welch
                           MALLINCKRODT

                           Kevin Eckhardt
                           Andrew Sung
                           REORG, INC.

                           Spencer Payne
                           Andrew Miller
                           AURELIUS CAPITAL MANAGEMENT, LP

                           John Cesarz
                           Mark Adomanis
                           Shannon Flynn
                           Kendyl Flinn
                           PERELLA WEINBERG PARTNERS, LP

                           David Skatoff
                           Agnes Tang
                           Teddy Kindelan
                           Olivia Parsons
                           Nikan Ansari
                           DUCERA PARTNERS, LLC

                           Melissa Van Eck
                           COMMONWEALTH OF PENNSYLVANIA

                           Emma Kurtz
                           Serena Lightstone
                           FTI CONSULTING

                           Richard Paige
                           ANTARA CAPITAL

  (Appearances Continued)
```

```
APPEARANCES VIA ZOOM:   (Continued)

Also Appearing:          James MacInnis
                         "DB"

                         Negisa Balluki
                         BLOOMBERG, LP

                         Jeffrey Schlerf
                         DEUTSCHE BANK

                         Anthony Pacelli
                         "DB-AGENT"

                         Bryan Reasons
                         "MNK"

                         Gautam Dhingra
                         JP MORGAN

                         Kevin Pleines
                         RPA ADVISORS

                         Patrick Evans

                         Stephen Schatzman

                         Page Carter

                         Grace Zhu

                         Ross Rosenfelt

                         Rob Cavello, Courtroom Deputy
```

INDEX

Page

COURT DECISION	9

1                (Proceedings commence at 1:04 a.m.)

2                THE COURT:  We are on the record in Mallinckrodt,
3    PLC, Case Number 20-12522.

4                I believe the only item on the agenda is my ruling
5    on the motion to pay certain ad hoc groups' fees and costs.
6    Is that correct?

7                UNIDENTIFIED:  That is correct, Your Honor.

8                THE COURT:  Okay.  All right.  Then I will get
9    right to it.

10               Following my denial without prejudice of a similar
11   motion seeking to pay the professional fees and expenses of
12   certain restructuring support agreement parties, pursuant to
13   Section 363 of the Bankruptcy Code, the debtors have brought
14   a renewed motion to assume and/or enter into reimbursement
15   agreements with the RSA professionals, pursuant to Sections
16   363 and 365 of the Code.  That's Docket Entry Number 1092.

17               The Ad Hoc Committee of First Lien Lenders, certain
18   Acthar plaintiffs, and the U.S. Trustee have objected to the
19   motion.

20               Having considered the papers submitted by the
21   parties, the evidence introduced at the hearing on the motion
22   on January 14th, 2021, as well as the arguments of counsel, I
23   will overrule the objections and enter the order with certain
24   modifications I will explain in a moment.

25               I conclude that the debtors have met their burden

1  of establishing the sound exercise of their business judgment
2  under Sections 363 and 365 in assuming and/or entering into
3  the reimbursement agreements with the professionals of the ad
4  hoc groups at issue.

5  The proposed order presented by the debtors
6  complies with my previous ruling regarding what would be
7  required for reimbursements -- with one exception I will
8  address in a moment --  in that it assures that the
9  reimbursements will be for work that benefits the debtors'
10 estates as a whole, rather than individual creditors or
11 creditor groups.  It also ensures that only reasonable and
12 necessary fees will be paid by requiring that all requests be
13 subject to the previously entered interim fee order.

14 The one difference between my previous ruling and
15 the order requested by the debtors is the requirement that
16 the fees and costs incurred for issues relating to allocation
17 not be paid until either the assumption of a restructuring
18 support agreement or confirmation of a plan of
19 reorganization.

20 The debtors point out that they have proposed and
21 the ad hoc groups, among others, have agreed to submit the
22 issue of allocation to mediation.  The expectation is that
23 mediation will resolve one of the most significant obstacles
24 to completing a timely reorganization of the debtors and
25 avoid costly litigation between the debtors and the various

1  creditor constituencies.  The debtors are concerned, based on
2  the comments and actions by the ad hoc groups, that they will
3  not actively participate in the mediation if they cannot be
4  reimbursed for the costs associated with that effort.
5          I'm convinced that good faith participation of the
6  ad hoc groups in the mediation process is, in and of itself,
7  beneficial to the debtors' estates as a whole.  I come to
8  this conclusion because of the unique nature of these cases,
9  not just because of their size and complexity, but also
10 because of the serious public health interests being
11 addressed by this bankruptcy.  That public interest is,
12 indeed, quite broad, touching on almost every segment of our
13 society.
14         Absent a mediated resolution, the debtors face
15 litigation from thousands of governmental entities, public
16 health organizations, civic groups, and vast numbers of
17 individuals who have suffered due to the opioid crisis in
18 this country.  It is far better --  excuse me.  It is far
19 better that the debtors' resources go to help alleviate that
20 suffering, rather than expend it on litigation costs.
21         In approving the order, however, I will impose two
22 additional requirements relating to the mediation.  First, if
23 the mediator informs the Court that the mediation has failed
24 and there are no further prospects for proceeding with
25 mediation, reimbursement of all fees and costs will cease,

1  pending further order of the Court.

2  Second, if the mediator advises the Court that one
3  or more of the ad hoc groups being reimbursed under this
4  order are not acting in good faith in connection with the
5  negotiations, then all reimbursements to those identified
6  parties will cease immediately pending further order of the
7  Court, and any fees and expenses already paid will be subject
8  to disgorgement following a hearing and an opportunity to be
9  heard.

10  I have every expectation that the mediation will
11  result in an outcome that is beneficial to all creditor
12  constituencies, and that it will be unnecessary to invoke
13  either of these two conditions.  The form of order should be
14  modified, however, to include those two conditions.

15  Are there any questions?

16  (No verbal response)

17  THE COURT: Okay.  Well, thank you all.  It was a
18  short hearing, and I appreciate everybody jumping on.

19  Are there any housekeeping issues we need to
20  address, or what's coming up down the road that I can get a
21  heads-up on what's happening?

22  Mr. Merchant?

23  MR. MERCHANT: Your Honor, yeah, this is Michael
24  Merchant from Richards, Layton & Finger on behalf of the
25  debtors.

1          I'm not aware of any housekeeping matters.  I defer

2  to my Latham colleagues.  I'm not aware of any matters coming

3  up until the hearing on the 28th of the month.

4          THE COURT:  Okay.  All right.  Well, thank you all

5  very much.  I appreciate your time.  And we are adjourned.

6          MR. MERCHANT:  Thank you, Your Honor.

7          UNIDENTIFIED:  Thank you, Your Honor.

8          UNIDENTIFIED:  Thank you, Your Honor.

9       (Proceedings concluded at 11:09 a.m.)

10                              *****

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter to the best of my knowledge and ability.

_____          January 19, 2021

Coleen Rand, AAERT Cert. No. 341

Certified Court Transcriptionist

For Reliable