UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| In re: | Chapter 11 |
| --- | --- |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

▮▮▮▮▮▮▮▮▮▮

Name of Transferee:

**Arceau 507 II LLC**

Name and Current Address of Transferor:

▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

Name and Address where notices and payments to transferee should be sent:

**Arceau 507 II LLC**
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
| --- | --- | --- | --- | --- |
| Claim No. 1897 | ▮▮▮ | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No. 01993136 | ▮▮▮ | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael Bottjer*             Date: _____

Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Arceau 507 II, LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **FTX Trading LTD et al.**

| Schedule F Claim # | 1993136 |
|---|---|
| Claim Amount | as detailed on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 5/10/2023

Buyer: **Arceau 507 II, LLC**

DocuSigned by: Michael Bottjer
8B7AF248965F43C...

Name: Michael Bottjer

Seller:

DocuSigned by:
8C9E5868DB374A7...

Name: [redacted]

Your Unique Customer Code is 01993136
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BTC[1.1387553400000000]
ETH[0.0000000052399278]
LTC[0.0000000092654978]
SOL[47.8703001969613614]
TRX[1.0000000000000000]
USD[0.1073463700000000]
USD[0.1844373624020478]
USDC[86195.9752401400000000]