# EXHIBIT A



Commonwealth of The Bahamas

THE COMPANIES ACT 1992

Certificate of Incorporation

No. 65602

I, SIMON C. ROLLE, Acting Assistant Registrar General for The Commonwealth of The Bahamas, do hereby certify that a Memorandum of Association of

**LATONA BIOSCIENCE GROUP**

has this day been registered in my office under the provisions of the Companies Act 1992. Whereby the said Parties have become and are an incorporated Company under the name and style of

**LATONA BIOSCIENCE GROUP**

And I further certify that the Liability of the said Company is Limited.

Given under my hand and seal of office at the City of Nassau the 20th day of May, 2022

_____
Acting Assistant Registrar General