# EXHIBIT E

([previously 1](); previously 2)
1) Employment, base terms:
    a) 35% employed by Alameda Research as trader / investment associate, reporting to CE.
        i) $100k/yr base salary.
        ii) Anticipate that this time may be seconded to FTXF, in discussion with CE.
    b) 35% employed by FTX Foundation as Program Officer, reporting to SBF.
        i) $100k/yr base salary.
        ii) Anticipate that this will involve leading Latona Bio + allied efforts, but also some things outside of biorisk when appropriate.
    c) 30% independent, reporting to SBF.
        i) Anticipate independent projects that don't necessarily fit into the FTXF framework/brand.
        ii) Also anticipate that this time can be used to double down on 1a or 1b when needed.
        iii) Comp for truly independent projects set at SBF's discretion.
2) Economics, variable and one-off:
    a) Bonus discretionary from AR & FTXF;
    b) FTXF bonus computed in terms comparable to AR employee bonus, but distributed as a 50/50 split between cash and "foundation direction units" (FDU).
        i) FDUs held/rolled over are indexed to equity or cash, by agreement between Ross/SBF.
        ii) FDUs can be directed to plausibly-EA things at Ross's discretion with NB/SBF oversight for not damaging the FTXF/etc brand.
        iii) Anticipate that FDUs could be granted to a Ross-controlled personal foundation if that helps with branding / control somehow.
    c) All cash can be convertible to FTX / FTX US equity or tokens at employee terms.
    d)                                                                                       .
    e)

3) Logistics, other:
    a) Start date: 2022-01-04
    b) Startup logistics, including housing, immigration: as per FTX employee policies.
    c) Reporting to CE (for 1a) or SBF (for 1b+1c).
        i) SBF will set final bonus comp semesterly.
    d) Payroll received from whatever entity operationally convenient.
    e) Anticipate to be in The Bahamas 70%+ time, with possible flexibility.