## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I caused a true and correct copy of the foregoing *Ross Rheingans-Yoo's Response to Debtors' Objection to Claim No. 5166* to be electronically filed the with the Clerk of Court in Case No. 22-11068 and served on the parties on the service list below via CM/ECF and first-class mail.

Dated: November 13, 2023

> */s/ Michael Joyce*
> Michael J. Joyce

Matthew B. McGuire
Kimberly A. Brown
Matthew R. Pierce
919 Market Street,
Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Steven L. Holley
Stephanie G. Wheeler
Brian D. Glueckstein
125 Broad Street
New York, NY 10004
E-mail: holleys@sullcrom.com
wheelers@sullcrom.com
gluecksteinb@sullcrom.com
dunnec@sullcrom.com
crokej@sullcrom.com