# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from October 1, 2023 through October 31, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from October 1, 2023 through October 31, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

   (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

   (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

   (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

   (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

   (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

        3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Additionally, Mr. Ray was directly involved in expanding the mandate of the Debtors' investment adviser to include sales of Grayscale trust units pursuant to the Debtors' motion, which was filed with the court, including all ancillary agreements, processes and court filings. During the period, Mr. Ray participated in and directed meetings with creditor groups related to the terms of an

-4-

amended plan of reorganization.  Finally, Mr. Ray has been actively involved with the potential sale of the FTX exchange and participated in review and discussions of potential sale proposals with potential bidders.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1, 2023 – October 31, 2023 | $316,485.00 | $6,468.34 | $322,953.34 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $3,175.00 |
| Travel – Airfare | $2,093.40 |
| Travel – Transportation (other) | $866.48 |
| Travel – Meals | $316.46 |
| Other Expenses | $17.00 |
| **Total Amount for Period:** | **$6,468.34** |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 254.2 | $330,460.00 |
| | **50% adjustment for non-working travel:** | | 21.5 | ($13,975.00) |
| | **Total Amount for Period:** | | | $316,485.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/1/23 | Review FTX status and updates relative to process | John J. Ray III | 0.8 | $1,040.00 |
| 10/1/23 | Communication to PWP relative to Board update | John J. Ray III | 0.3 | $390.00 |
| 10/1/23 | Review of bidder guidance for sale of exchange | John J. Ray III | 0.5 | $650.00 |
| 10/1/23 | Review and mark up of examiner appeal brief | John J. Ray III | 0.8 | $1,040.00 |
| 10/1/23 | Communicate with S&C (A Dietderich) related to review and mark up of outline related to DM (Bahamas) | John J. Ray III | 1.3 | $1,690.00 |
| 10/2/23 | Review of communication related to venture investment and direction to CIO | John J. Ray III | 0.5 | $650.00 |
| 10/2/23 | Call with QE (S Rand) related to pending litigation | John J. Ray III | 1.0 | $1,300.00 |
| 10/2/23 | Travel to NYC related to JPL meeting | John J. Ray III | 4.5 | $2,925.00 |
| 10/2/23 | Prepare for JPL meeting by reviewing drafts, assets, open issues | John J. Ray III | 3.5 | $4,550.00 |
| 10/2/23 | Respond to QE related to scheduling questions for litigation pending | John J. Ray III | 0.3 | $390.00 |
| 10/2/23 | Review of Board meeting materials For distribution | John J. Ray III | 0.8 | $1,040.00 |
| 10/2/23 | Review update related to tax matters | John J. Ray III | 0.3 | $390.00 |
| 10/2/23 | Review and approve budget update related to professionals | John J. Ray III | 0.3 | $390.00 |
| 10/2/23 | Call with UCC and Ad Hocs, and S&C (A Dietderich) related to Bahamas status | John J. Ray III | 0.8 | $1,040.00 |
| 10/2/23 | Review update re bids on FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 10/2/23 | Review UCC diligence request and approve response | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/2/23 | Review schedule related to plan matters and provide feedback | John J. Ray III | 0.5 | $650.00 |
| 10/3/23 | Meeting with JPL and S&C (A Dietderich and others) and A&M (E Mosley and others) | John J. Ray III | 8.0 | $10,400.00 |
| 10/3/23 | Attend and lead weekly Board call | John J. Ray III | 0.5 | $650.00 |
| 10/3/23 | Call with Ad Hoc member related to claims portal questions | John J. Ray III | 0.3 | $390.00 |
| 10/4/23 | Travel from NYC meetings | John J. Ray III | 4.5 | $2,925.00 |
| 10/4/23 | Call with Ad Hoc committee related to plan structure | John J. Ray III | 1.0 | $1,300.00 |
| 10/4/23 | Call with A&M (K Ramanathan) related to crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 10/4/23 | Review and approve de minimis sales | John J. Ray III | 1.3 | $1,690.00 |
| 10/4/23 | Review and approve diligence questions related to crypto | John J. Ray III | 0.8 | $1,040.00 |
| 10/4/23 | Review and approve EU presentation and next steps | John J. Ray III | 1.3 | $1,690.00 |
| 10/4/23 | Review venture update provided by PW | John J. Ray III | 0.8 | $1,040.00 |
| 10/4/23 | Review and comments on plan support agreement and plan term sheets | John J. Ray III | 3.8 | $4,940.00 |
| 10/4/23 | Review and approve IEX docs | John J. Ray III | 0.5 | $650.00 |
| 10/4/23 | Call with PWP (K Cofsky) related to FTX 2.0 process | John J. Ray III | 0.3 | $390.00 |
| 10/4/23 | Review and approve filings related to BlockFi | John J. Ray III | 0.5 | $650.00 |
| 10/5/23 | FTX 2.0 weekly call with UCC, Ad Hoc, S&C (A Dietderich and others), and PWP (K Cofsky and others) | John J. Ray III | 1.3 | $1,690.00 |
| 10/5/23 | Review and approve contract rejections for motion filing | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/5/23 | Call with S&C (A Kranzley and others) related to KYC processes | John J. Ray III | 0.5 | $650.00 |
| 10/5/23 | Coordinate with CAO (K Schultea) related to Japan KEIP | John J. Ray III | 0.5 | $650.00 |
| 10/5/23 | Review of update related to FTX 2.0 bid | John J. Ray III | 0.8 | $1,040.00 |
| 10/5/23 | Call with PWP (M Rahmani and others) related to ventures updates | John J. Ray III | 1.0 | $1,300.00 |
| 10/5/23 | Review and comment on RSA, Plan term sheet, and preference policy | John J. Ray III | 5.0 | $6,500.00 |
| 10/5/23 | Call with Galaxy related to crypto sales | John J. Ray III | 0.3 | $390.00 |
| 10/5/23 | Review and approve diligence related to FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 10/5/23 | Review and approve next steps on avoidance action | John J. Ray III | 0.8 | $1,040.00 |
| 10/5/23 | Review and approve response to litigant | John J. Ray III | 0.5 | $650.00 |
| 10/5/23 | Review and approve report related to Turkey and next steps | John J. Ray III | 1.3 | $1,690.00 |
| 10/6/23 | Review and comment on preference calculations, and review edits to plan terms and related matters | John J. Ray III | 3.3 | $4,290.00 |
| 10/6/23 | Call with mediator for the Bahamas matter | John J. Ray III | 0.5 | $650.00 |
| 10/6/23 | Participate in FTX 2.0 diligence call | John J. Ray III | 1.5 | $1,950.00 |
| 10/6/23 | Review and comment on creditor meeting materials | John J. Ray III | 3.8 | $4,940.00 |
| 10/8/23 | Review and comment on plan terms and recovery analysis | John J. Ray III | 2.8 | $3,640.00 |
| 10/8/23 | Review of communications related to Japan customer matter | John J. Ray III | 0.8 | $1,040.00 |
| 10/8/23 | Review of preference calculations | John J. Ray III | 1.3 | $1,690.00 |
| 10/9/23 | Mark up of KEIP and KERP letters | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/9/23 | Communicate with creditor related to navigation of claims portal | John J. Ray III | 0.5 | $650.00 |
| 10/9/23 | Review of preference calculations | John J. Ray III | 0.8 | $1,040.00 |
| 10/9/23 | Review and comment on plan, recovery model and related documents | John J. Ray III | 4.3 | $5,590.00 |
| 10/9/23 | Participate in call with bidder on FTX 2.0 | John J. Ray III | 1.5 | $1,950.00 |
| 10/9/23 | Flight to NYC for creditor meetings | John J. Ray III | 4.0 | $2,600.00 |
| 10/9/23 | Communicate with S&C related to claims matter | John J. Ray III | 0.3 | $390.00 |
| 10/9/23 | Review and approve Board materials and agenda | John J. Ray III | 0.5 | $650.00 |
| 10/10/23 | Review materials related to Bahamas proposal | John J. Ray III | 0.8 | $1,040.00 |
| 10/10/23 | Review summaries related to Europe and around the world status | John J. Ray III | 0.5 | $650.00 |
| 10/10/23 | Review updated Plan recovery and related materials | John J. Ray III | 2.8 | $3,640.00 |
| 10/10/23 | Participate on steering committee call with S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (E Mosley and others) | John J. Ray III | 1.5 | $1,950.00 |
| 10/10/23 | Attend and lead weekly Board call | John J. Ray III | 1.0 | $1,300.00 |
| 10/10/23 | Attend FTX 2.0 Bidder calls | John J. Ray III | 3.0 | $3,900.00 |
| 10/10/23 | Prepare for creditor meetings, review of proposals and inputs from ad hoc creditors | John J. Ray III | 1.8 | $2,340.00 |
| 10/11/23 | Attend creditor meetings | John J. Ray III | 10.0 | $13,000.00 |
| 10/12/23 | Attend creditor meetings | John J. Ray III | 7.5 | $9,750.00 |
| 10/12/23 | Travel from NYC meetings with creditors | John J. Ray III | 4.0 | $2,600.00 |
| 10/13/23 | Review capital call status and approve same | John J. Ray III | 0.3 | $390.00 |
| 10/13/23 | Review recovery model | John J. Ray III | 0.8 | $1,040.00 |
| 10/13/23 | Review comments on RSA and term sheets | John J. Ray III | 5.5 | $7,150.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/13/23 | Communicate with PWP (B Mendelsohn) re next steps on sale processes | John J. Ray III | 0.5 | $650.00 |
| 10/13/23 | Review and comment on press release | John J. Ray III | 0.8 | $1,040.00 |
| 10/14/23 | Review and comment on revised RSA and term sheet, and press release | John J. Ray III | 4.0 | $5,200.00 |
| 10/14/23 | Review and comment on reimbursement agreement | John J. Ray III | 0.8 | $1,040.00 |
| 10/15/23 | Review and comment on revised RSA and term sheet, and press release | John J. Ray III | 3.8 | $4,940.00 |
| 10/15/23 | Review board materials and approve same | John J. Ray III | 0.8 | $1,040.00 |
| 10/15/23 | Review tear sheets for preference calculations | John J. Ray III | 1.8 | $2,340.00 |
| 10/16/23 | Board call regarding RSA and Plan term sheet | John J. Ray III | 1.0 | $1,300.00 |
| 10/16/23 | Follow up call with Board members regarding RSA and Plan term sheet | John J. Ray III | 0.8 | $1,040.00 |
| 10/16/23 | Call with A&M (K Ramanathan) regarding crypto debrief | John J. Ray III | 0.5 | $650.00 |
| 10/16/23 | Review further revisions to RSA and term sheet, and comments to ancillary documents | John J. Ray III | 5.3 | $6,890.00 |
| 10/16/23 | Call with A&M (K Ramanathan and others) and S&C (A Kranzley and others) related to tear sheet for preference matter | John J. Ray III | 0.5 | $650.00 |
| 10/17/23 | Prepare workstream list for communication to professionals | John J. Ray III | 0.5 | $650.00 |
| 10/17/23 | Review claims overview prepared by A&M | John J. Ray III | 0.5 | $650.00 |
| 10/17/23 | Weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.5 | $1,950.00 |
| 10/17/23 | Communicate with CAO (K Schultea) re update on insurance coverages | John J. Ray III | 0.5 | $650.00 |
| 10/17/23 | Review and edit updates to communication materials related to recent Plan announcements | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/17/23 | Call with S&C (S Wheeler and others) and A&M (A Titus and others) related to LedgerPrime | John J. Ray III | 0.5 | $650.00 |
| 10/17/23 | Review of FTX 2.0 process and time line and overall case management deadlines | John J. Ray III | 2.5 | $3,250.00 |
| 10/18/23 | Review of MOR timing and deadline management | John J. Ray III | 0.5 | $650.00 |
| 10/18/23 | Review Sygnia work product related to Japan | John J. Ray III | 1.3 | $1,690.00 |
| 10/18/23 | Call with A&M (K Ramanathan and others) related to crypto management | John J. Ray III | 0.8 | $1,040.00 |
| 10/18/23 | Review and communicate with S&C (E Simpson) related to Blockfolio | John J. Ray III | 0.5 | $650.00 |
| 10/18/23 | Call with insurance provider related to status of insurance matters | John J. Ray III | 0.5 | $650.00 |
| 10/18/23 | Provide comments related to public information related to RSA and Plan | John J. Ray III | 0.8 | $1,040.00 |
| 10/18/23 | Review of Bahamas mark up to term sheet | John J. Ray III | 1.3 | $1,690.00 |
| 10/18/23 | Review of FTX 2.0 matters provided by S&C and PWP | John J. Ray III | 1.8 | $2,340.00 |
| 10/18/23 | Review of macro time line on case for purposes of case management deadlines | John J. Ray III | 0.8 | $1,040.00 |
| 10/18/23 | Review of avoidance action calculations | John J. Ray III | 1.8 | $2,340.00 |
| 10/19/23 | Review of Bahamas matter and terms; comment on same | John J. Ray III | 1.5 | $1,950.00 |
| 10/19/23 | Call with PWP (K Cofsky and others), S&C (A Dietderich and others), and creditor representatives related to FTX 2.0 process | John J. Ray III | 1.0 | $1,300.00 |
| 10/19/23 | Review materials provided by Galaxy (0.5), call with A&M and Galaxy re next steps related to crypto assets (0.8) | John J. Ray III | 1.3 | $1,690.00 |
| 10/19/23 | Review and execute NDAs | John J. Ray III | 0.5 | $650.00 |
| 10/19/23 | Review of Plan time line and budgeting matters | John J. Ray III | 2.0 | $2,600.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/19/23 | Call with PWP (Matt Rahmani and others) and creditor representatives related to venture sales | John J. Ray III | 1.0 | $1,300.00 |
| 10/19/23 | Review and approve diligence requests | John J. Ray III | 0.5 | $650.00 |
| 10/19/23 | Review and comment on crypto sale counter party agreements | John J. Ray III | 1.8 | $2,340.00 |
| 10/19/23 | Review and comment /approve professional payments and communicate with CFO (M Cilia) related to questions | John J. Ray III | 0.8 | $1,040.00 |
| 10/19/23 | Review preference analysis for multiple claims | John J. Ray III | 1.3 | $1,690.00 |
| 10/19/23 | Review inquiry related to Blockfolio | John J. Ray III | 0.3 | $390.00 |
| 10/20/23 | Review and approve modifications to reimbursement agreements and related documents | John J. Ray III | 1.3 | $1,690.00 |
| 10/20/23 | Review and comment related to litigation matter | John J. Ray III | 0.3 | $390.00 |
| 10/20/23 | Review and approve contracts for execution | John J. Ray III | 0.5 | $650.00 |
| 10/20/23 | Review reconciliation of claims and preference exposure | John J. Ray III | 1.3 | $1,690.00 |
| 10/20/23 | Review and approve MOR scheduling order | John J. Ray III | 0.3 | $390.00 |
| 10/20/23 | Review wind down procedures and comments to CFO (M Cilia) | John J. Ray III | 0.8 | $1,040.00 |
| 10/20/23 | Review LedgerPrime winddown update | John J. Ray III | 0.5 | $650.00 |
| 10/21/23 | Review communications from A&M (K Ramanathan) related to crypto asset management | John J. Ray III | 0.5 | $650.00 |
| 10/21/23 | Review and comment on term sheet for settlement | John J. Ray III | 1.3 | $1,690.00 |
| 10/22/23 | Review communications related to crypto asset management agreement (0.3), review and execute counter party agreements for trading (1.0) | John J. Ray III | 1.3 | $1,690.00 |
| 10/22/23 | Prepare Board agenda materials for weekly meeting | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/22/23 | Review of SOL coin positions | John J. Ray III | 0.3 | $390.00 |
| 10/22/23 | Review and comment on term sheet | John J. Ray III | 0.8 | $1,040.00 |
| 10/22/23 | Review Quoine and EU decks and comments | John J. Ray III | 1.3 | $1,690.00 |
| 10/22/23 | Review A&M graphs related to term sheet | John J. Ray III | 0.5 | $650.00 |
| 10/23/23 | Call with QE (S Rand) related to pending matters | John J. Ray III | 0.5 | $650.00 |
| 10/23/23 | Call with S&C (E Simpson) and A&M (D Johnston) related to Quoine and EU | John J. Ray III | 0.8 | $1,040.00 |
| 10/23/23 | Review and comment on counterparty trading agreements | John J. Ray III | 2.3 | $2,990.00 |
| 10/23/23 | Review and approve diligence requests | John J. Ray III | 0.3 | $390.00 |
| 10/23/23 | Review materials from contractor related to recommendations and queries | John J. Ray III | 0.8 | $1,040.00 |
| 10/23/23 | Review and edit Board agenda | John J. Ray III | 0.3 | $390.00 |
| 10/23/23 | Call with contractor related to trading Coin questions | John J. Ray III | 0.3 | $390.00 |
| 10/23/23 | Call with Galaxy and creditor representatives, and A&M (K Ramanathan and others) related to weekly status call re crypto | John J. Ray III | 0.8 | $1,040.00 |
| 10/23/23 | Review letter to third party exchange and approve same | John J. Ray III | 0.3 | $390.00 |
| 10/23/23 | Review and approve dismissals of liquidating entities | John J. Ray III | 0.5 | $650.00 |
| 10/23/23 | Call with S&C (A Dietderich and others) related to term sheet (0.5), and review mark up and revisions to same (1.0) | John J. Ray III | 1.5 | $1,950.00 |
| 10/24/23 | Review comments related to FTX 2.0 considerations | John J. Ray III | 1.0 | $1,300.00 |
| 10/24/23 | Prepare for Board meeting (0.8) and attend Board call (0.8) | John J. Ray III | 1.6 | $2,080.00 |
| 10/24/23 | Review and approve counterparty trading agreements | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/24/23 | Review pending litigation matter | John J. Ray III | 2.0 | $2,600.00 |
| 10/24/23 | Review crypto holdings status | John J. Ray III | 0.5 | $650.00 |
| 10/24/23 | Review professional fee forecasts and communicate with CFO (M Cilia) re same | John J. Ray III | 0.8 | $1,040.00 |
| 10/24/23 | Review and execute final version of reimbursement agreement | John J. Ray III | 0.3 | $390.00 |
| 10/24/23 | Review A&M work product re Bahamas distribution process and revisions to same | John J. Ray III | 0.8 | $1,040.00 |
| 10/25/23 | Review and comment on motion related to AHC | John J. Ray III | 0.8 | $1,040.00 |
| 10/25/23 | Review updates related to crypto management | John J. Ray III | 0.5 | $650.00 |
| 10/25/23 | Review token information from A&M (A Titus) | John J. Ray III | 0.3 | $390.00 |
| 10/25/23 | Review weekly status of work streams for A&M | John J. Ray III | 0.5 | $650.00 |
| 10/25/23 | Review materials from Galaxy related to structure of assignment and recommendations | John J. Ray III | 0.8 | $1,040.00 |
| 10/25/23 | Sign NDAs after review | John J. Ray III | 0.3 | $390.00 |
| 10/25/23 | Review updates related to Kroll matter | John J. Ray III | 0.3 | $390.00 |
| 10/25/23 | Review comparative analysis related to KYC and AML | John J. Ray III | 0.5 | $650.00 |
| 10/25/23 | Review updates related to September materials for posting to Kroll | John J. Ray III | 0.3 | $390.00 |
| 10/25/23 | Review bid for certain tokens and provide feedback to A&M (A Titus) | John J. Ray III | 0.5 | $650.00 |
| 10/25/23 | Review proposed guidelines for sale of crypto | John J. Ray III | 1.8 | $2,340.00 |
| 10/25/23 | Review FTX 2.0 materials from PWP and provide feedback | John J. Ray III | 3.0 | $3,900.00 |
| 10/25/23 | Call with A&M (K Ramanathan and others) and creditor representatives related to next steps on crypto sales | John J. Ray III | 0.8 | $1,040.00 |
| 10/26/23 | Review revisions to FTX 2.0 materials | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/26/23 | Participate in call re FTX 2.0 with PWP (K Cofsky and others) and creditor representatives | John J. Ray III | 1.0 | $1,300.00 |
| 10/26/23 | Call with S&C (A Kranzley and others) and A&M (H Chambers and others) related to Japan matters | John J. Ray III | 0.5 | $650.00 |
| 10/26/23 | Continued review and comments related to crypto sale guidelines | John J. Ray III | 0.5 | $650.00 |
| 10/26/23 | Review update related to IRS claims adjustments | John J. Ray III | 0.3 | $390.00 |
| 10/26/23 | Further revisions to FTX 2.0 materials and comments post (2.0), call with creditors representatives (1.3) | John J. Ray III | 3.3 | $4,290.00 |
| 10/26/23 | Call with PWP (K Cofsky and others) related to distribution process and cadence | John J. Ray III | 0.8 | $1,040.00 |
| 10/26/23 | Review and sign off on engagement related to crypto asset reporting in connection with sales | John J. Ray III | 0.8 | $1,040.00 |
| 10/27/23 | Review and sign off on FTX 2.0 deck (0.8), review and sign off on NDAs related to venues (0.5) | John J. Ray III | 1.3 | $1,690.00 |
| 10/27/23 | Review updates related to Turkey and other foreign entities | John J. Ray III | 0.8 | $1,040.00 |
| 10/27/23 | Review and comment on trading agreement | John J. Ray III | 2.5 | $3,250.00 |
| 10/27/23 | Review updates related to LedgerPrime | John J. Ray III | 0.3 | $390.00 |
| 10/27/23 | Review additional avoidance action analysis | John J. Ray III | 0.5 | $650.00 |
| 10/27/23 | Review Q&A items related to derivatives and perpetuals | John J. Ray III | 0.8 | $1,040.00 |
| 10/27/23 | Review update related to venture sale | John J. Ray III | 0.3 | $390.00 |
| 10/27/23 | Review reports related to trading activity | John J. Ray III | 0.3 | $390.00 |
| 10/27/23 | Review draft agreements and documents related to proposed crypto sales and provide comments re same | John J. Ray III | 2.5 | $3,250.00 |
| 10/28/23 | Review update related to Kroll matter | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 10/28/23 | Review creditor comments related to proposed crypto sale and provide feedback to A&M (K Ramanathan) | John J. Ray III | 0.3 | $390.00 |
| 10/28/23 | Update analysis related to perpetual derivatives and Q&As | John J. Ray III | 0.8 | $1,040.00 |
| 10/28/23 | Review pleading and provide comments to S&C (B Glueckstein and others) | John J. Ray III | 1.3 | $1,690.00 |
| 10/29/23 | Review of and comment upon coin motion and related documents | John J. Ray III | 1.8 | $2,340.00 |
| 10/30/23 | Participate with A&M (K Ramanathan) and creditor representatives in weekly coin management meeting with Galaxy | John J. Ray III | 1.0 | $1,300.00 |
| 10/30/23 | Travel to meeting with JPLs | John J. Ray III | 4.5 | $2,925.00 |
| 10/30/23 | Review of draft settlement agreement | John J. Ray III | 3.3 | $4,290.00 |
| 10/30/23 | Review updated coin monetization motion and related documents and comments from other parties | John J. Ray III | 2.8 | $3,640.00 |
| 10/30/23 | Review and execute bilateral trading agreement | John J. Ray III | 0.5 | $650.00 |
| 10/31/23 | Further review of settlement agreement draft | John J. Ray III | 1.8 | $2,340.00 |
| 10/31/23 | Attend JPL meeting with S&C (A Dietderich and others) and JPLs | John J. Ray III | 8.5 | $11,050.00 |
| 10/31/23 | Further review of coin monetization motion and related documents | John J. Ray III | 1.3 | $1,690.00 |
| | | **Total Amount for Period:** | 254.2 | $316,485.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 10/02/23 | Delta one-way coach airfare to LGA for meetings at S&C | $368.90 | | | | | John J. Ray III |
| 10/02/23 | Car service to hotel from LGA for meetings at S&C | | | $162.12 | | | John J. Ray III |
| 10/02/23 | Dinner for one in NYC for meetings at S&C | | | | $70.00 | | John J. Ray III |
| 10/03/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 10/03/23 | Breakfast in NYC for meetings at S&C | | | | $24.54 | | John J. Ray III |
| 10/04/23 | Delta one-way coach airfare from LGA, to home; meetings at S&C | $368.90 | | | | | John J. Ray III |
| 10/04/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 10/04/23 | Car service from hotel to LGA from meetings at S&C | | | $101.18 | | | John J. Ray III |
| 10/04/23 | Parking at airport from meeting in NYC at S&C | | | $91.00 | | | John J. Ray III |
| 10/09/23 | Delta one-way coach airfare to LGA for creditor meetings | $308.90 | | | | | John J. Ray III |
| 10/09/23 | Car service from home to airport (LGA) for Creditor meetings in NYC | | | $20.23 | | | John J. Ray III |
| 10/09/23 | Car service in NYC; LGA to hotel or Creditor meetings | | | $136.42 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 10/09/23 | Dinner for one in NYC for Creditor meetings | | | | $70.00 | | John J. Ray III |
| 10/10/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 10/10/23 | Breakfast for one in NYC for Creditor meetings | | | | $22.50 | | John J. Ray III |
| 10/10/23 | Lunch for one in NYC for creditors meeting | | | | $44.42 | | John J. Ray III |
| 10/11/23 | Hotel in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 10/11/23 | Car service in NYC to Creditor meeting | | | $62.06 | | | John J. Ray III |
| 10/11/23 | Car service in NYC from Creditor meeting | | | $61.26 | | | John J. Ray III |
| 10/12/23 | Delta one-way coach airfare from LGA to home; from creditor meetings | $338.90 | | | | | John J. Ray III |
| 10/12/23 | Lodging in NYC for Creditor meetings | | $525.00 | | | | John J. Ray III |
| 10/12/23 | Car service from NYC hotel to LGA; from creditors meetings | | | $89.12 | | | John J. Ray III |
| 10/12/23 | Breakfast for one in NYC for Creditor meetings | | | | $35.00 | | John J. Ray III |
| 10/12/23 | Car service from airport to home; from creditors meetings | | | $27.01 | | | John J. Ray III |
| 10/30/23 | American Airlines round trip coach flight to/from Miami for meeting with JPLs | $707.80 | | | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 10/30/23 | Hotel in Miami for meeting with JPLs | | $275.00 | | | | John J. Ray III |
| 10/30/23 | Wifi on Board, flight to Miami for meeting with JPLs | | | | | $17.00 | John J. Ray III |
| 10/30/23 | Car service from airport to Miami for meeting with JPLs | | | $70.03 | | | John J. Ray III |
| 10/31/23 | Hotel in Miami for meeting with JPLs | | $275.00 | | | | John J. Ray III |
| 10/31/23 | Dinner for one in Miami for meeting with JPLs | | | | $50.00 | | John J. Ray III |
| 10/31/23 | Car service from hotel to meeting with JPLs | | | $25.00 | | | John J. Ray III |
| 10/31/23 | Car service from meeting with JPLs to Miami | | | $21.05 | | | John J. Ray III |
| **Total Amount for Period:** | | **$2,093.40** | **$3,175.00** | **$866.48** | **$316.46** | **$17.00** | |