# Exhibit A

**Notice of Settlement**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Effective Ventures Foundation UK | $2,123,251.58 to $4,684,502 | $4,246,503.16 | N/A |