# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re FTX Trading Ltd., *et al.*, Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor



Name of Transferee
**Phoenix Digital LLC**
**Attn: Tian Zeng**
**Email: tzeng@nirvana-cap.com**
**42 W 33rd St, 27B**
**New York, NY 10001**

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) $107,057 | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. **[169810]** on Schedule F Attachment F-9 | Name on File | BTC[3.1330387572980575]<br>BVOL[0.0000000023000000]<br>CEL[0.0000000058046644]<br>ETH[43.7544913310000000]<br>ETHW[12.1810000000000000]<br>FTT[0.0000021118854976]<br>IBVOL[0.0000000045000000]<br>RAY[0.0000000004279100]<br>SOL[0.0000000091800000]<br>SRM[53.9397469400000000]<br>SRM_LOCKED[493.1346311500000000]<br>TRX[0.0015690000000000]<br>USD[-1671.88682653509384060000000000]<br>USDT[0.0032926210177152] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

12331052.2 - 12/30/22

Date: Nov 9th, 2023

**TRASNFEREE**
**[BUYER]**

By _Tian Zeng_
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

12331052.2 - 12/30/22

<u>DEADLINE TO OBJECT TO TRANSFER</u>

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                      _____
                                     Clerk of the Court


**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

12331052.2 - 12/30/22

Forwarded message
From: **FTX Noticing** <ftx@noticing.ra.kroll.com>
Date: Thu, 30 Mar 2023 at 11:57 PM
Subject: FTX - Your Scheduled Claim Information and Unique Customer Code
To: ███████████████████

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE
BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER
WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF
THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS
AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED
UNDER THE CASE NUMBER 22-11068.  YOU HAVE BEEN LISTED IN ONE OR MORE OF THE
DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-
possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of
financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in*

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit
https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under
"Quick Links."  Standalone excerpts of the customer data can be found under "Customer
Schedules."

**Your Unique Customer Code is 00169810**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**BTC[3.1330387572980575]**
**BVOL[0.0000000023000000]**
**CEL[0.0000000058046644]**
**ETH[43.7544913310000000]**
**ETHW[12.1810000000000000]**
**FTT[0.0000021118854976]**
**IBVOL[0.0000000045000000]**
**RAY[0.0000000004279100]**
**SOL[0.0000000091800000]**
**SRM[53.9397469400000000]**
**SRM_LOCKED[493.1346311500000000]**
**TRX[0.0015690000000000]**
**USD[-1671.8868265350938406000000000]**
**USDT[0.0032926210177152]**

12331052.2 - 12/30/22

Customer Claim Form

## Customer Claim Form

### FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| ███████ | 1774040 | 221106806825366 | |

### Scheduled Claim Information

**You have been redirected from FTX website.  Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

**Schedule**

| F-1 |
|---|

**Contingent, Unliquidated or Disputed Status**

| Contingent |
|---|

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ███████████
("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital
LLC] ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim
No.[3265-70-NEHUQ-642645157] associated with UID of: [169810]** (the "Proof of Claim")
filed against FTX Trading Ltd. and Alameda Research (the "Debtor") in the amount of ███████
in In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy
Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records
of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as
may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other
applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be
entered without further notice to Seller transferring the Proof of Claim to Purchaser and
recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
**Date: [Nov 9ᵗʰ, 2023]**



**Signature:**

**Name:**