## **Exhibit A**
Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING, LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1858 & 2745** |

**ORDER RESOLVING UNITED STATES TRUSTEE'S MOTION TO COMPEL THE
AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM TO COMPLY
WITH THE COURT'S ORDER CONCERNING THE VERIFIED STATEMENT OF
EVERSHEDS SUTHERLAND (US) LLP AND MORRIS, NICHOLS, ARSHT &
TUNNELL LLP PURSUANT TO BANKRUPTCY RULE 2019**

Upon consideration of the *Certification of Counsel Regarding Order Resolving United States Trustee's Motion to Compel the Ad Hoc Committee of Non-U.S. Customers of FTX.Com to Comply with the Court's Order Concerning the Verified Statement of Eversheds Sutherland (US) LLP and Morris, Nichols, Arsht & Tunnell LLP Pursuant to Bankruptcy Rule 2019* (the "Certification of Counsel");[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the debtors' claims and noticing agent's website at https://cases.ra.kroll.com/FTX.

[2]     Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Certification of Counsel.

1.      The Ad Hoc Committee shall file a Verified Statement with the address of each of its entity members on or before November 15, 2023.

2.      The Ad Hoc Committee shall file a Verified Statement on or before November 30, 2023, with the address of each of its members who are natural persons under seal, and shall provide an unredacted version of the Verified Statement to the Court, the U.S. Trustee, the Official Committee of Unsecured Creditors, and the Debtors.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

4.      This Order shall be effective and enforceable by its terms immediately upon entry.