**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Raymond Yan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On or before September 22, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first-class mail on a Customer Service List of 2,041 customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.

- Customer Bar Date Postcard, a copy of which is attached hereto as **Exhibit A**

Dated: November 14, 2023

*/s/ Raymond Yan*
Raymond Yan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 14, 2023, by Raymond Yan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 72546, 72782, 72969, 73070

**Exhibit A**

**NOTICE TO ALL FTX CUSTOMERS: SEPTEMBER 29, 2023 IS THE DEADLINE TO FILE PROOFS OF CLAIM ON ACCOUNT OF CUSTOMER CLAIMS AGAINST THE FTX DEBTORS. TO ACCESS THE CUSTOMER CLAIMS PORTAL AND SUBMIT A PROOF OF CLAIM, VISIT HTTP://CLAIMS.FTX.COM. FOR MORE INFORMATION ABOUT THE PROOF OF CLAIM PROCESS FOR CUSTOMERS, VISIT HTTPS://RESTRUCTURING.RA.KROLL.COM/FTX/.**

On November 11 and, in the case of West Realm Shires Inc., November 14, 2023 (as applicable, the "Petition Date"), FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") each filed a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"). **Proof of Claim Deadline**: In order to vote on a Chapter 11 plan or to share in distributions from the Debtors' bankruptcy estates, you **MUST file a proof of claim by September 29, 2023 at 4:00 p.m., Eastern Time** (the "Customer Bar Date") or, if you are impacted by an amendment of or supplement to the Debtors' schedules with respect to such Customer Claim, ***the later of*****:** (a) the Customer Bar Date and (b) 4:00 p.m., Eastern Time, on the date that is 30 days after the date that notice of the applicable amendment of or supplement to the Schedules is served on you (the "Customer Bar Dates"). **The electronic Customer Claims Portal may be accessed at http://claims.ftx.com. The Debtors encourage use of the Customer Claims Portal.**

A "Customer Claim" is any claim of any kind or nature whatsoever (whether arising in law or equity, contract or tort, under the Bankruptcy Code, federal or state law, rule or regulation, common law, or otherwise) held by any person or entity against any of the Debtors, in each case, arising out of or related to (a) any cash, cryptocurrency, digital assets or other assets held by such person or entity in an account on any FTX Exchange as of the Petition Date (the "Customer Entitlement Claim") or (b) any other investment or trading activities on any FTX Exchange (the "Other Activity Claim"). "FTX Exchange" means FTX.com, FTX.US, FTX Trading Ltd. (d/b/a "FTX"), West Realm Shires Services Inc. (d/b/a "FTX US"), FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "FTX EU"), Quoine Ptd. Ltd. (d/b/a "Liquid Global") and FTX Japan or Liquid platforms operated by FTX Japan K.K. or any other exchange or trading platform operated by any Debtor.

**Any holder of a Customer Claim that either (x) files a proof of claim on account of a Customer Entitlement Claim against any Debtor or (y) has a Customer Entitlement Claim that is scheduled against any Debtor and does not separately file a proof of claim with respect to such Customer Entitlement Claim, shall be deemed to have filed an identical Customer Entitlement Claim in the same amount against all other Debtors. Claimants do not need to file separate proofs of claim against each Debtor on account of such Customer Entitlement Claims.** For the avoidance of doubt: (i) Customer Entitlement Claims shall only include claims against the Debtors and not against any non-Debtors (including Samuel Benjamin Bankman-Fried, Gary Wang, Nishad Singh and Caroline Ellison); (ii) unique Customer Entitlement Claims against multiple FTX Exchanges must be filed against each FTX Exchange; and (iii) for any Other Activity Claim asserted against multiple Debtors, each such claim must be asserted against each applicable Debtor. You **need not** file a proof

of claim if your claim falls into certain categories.                    Those categories are described at https://restructuring.ra.kroll.com/ftx. If you wish to obtain a hard copy of the Customer Proof of Claim Form, please visit https://restructuring.ra.kroll.com/FTX/EPOC-Index.

Each physical proof of claim must: (i) be written in English; (ii) conform substantially to the Customer Proof of Claim Form; and (iii) unless otherwise consented to by the Debtors in writing, include supporting documentation unless voluminous, in which case a summary must be attached. If documentation is unavailable, the claimant shall provide an explanation as to why documentation is not available. Each holder of a Customer Claim must indicate the FTX Exchange against whom the claimant has a claim by checking the box with respect to physical proofs of claim or selecting from the dropdown menu with respect to electronic proofs of claim. In the event that a holder has unique Customer Entitlement Claims against multiple FTX Exchanges, a separate proof of claim must be filed against each FTX Exchange. In the event that a holder has an Other Activity Claim against multiple Debtors, such holder must check the box for each Debtor against whom the Other Activity Claim is asserted. In addition, each proof of claim must set forth, for any claim based on cryptocurrency(ies) or digital assets, (i) the number of units or quantity and (ii) the program (*i.e.*, Earn, Lend or Stake) applicable to each cryptocurrency or digital asset. The Customer Proof of Claim Form does not require holders of Customer Claims to set forth a dollar valuation for any of the cryptocurrency(ies) or digital assets. For the avoidance of

doubt, the Debtors are requesting that holders of Customer Claims assert their quantities of cryptocurrency, digital assets and other assets and do not include any conversions or valuations. The Debtors will seek to establish valuations at a later date, and all parties' rights are reserved. For any claim based on foreign fiat currency(ies), each proof of claim must set forth (i) the applicable foreign fiat currency(ies), (ii) the claim amount in that foreign fiat currency(ies), (iii) the exchange rate(s) utilized to convert from the foreign fiat currency(ies) to U.S. dollars as of the Petition Date (if different than the listed rate), and (iv) the amount of such fiat currency claim converted to U.S. dollars using the identified exchange rate(s). For any Customer Claim for fiat currency(ies), each proof of claim must set forth (i) the applicable fiat currency(ies), and (ii) the amount of fiat currency(ies) as of the Petition Date. For any Customer Claim for NFTs, each proof of claim must set forth (i) the NFT description and (ii) unique identification code. In the case of any other claim, the proof of claim must set forth the amount of such claim in U.S. dollars. For Other Activity Claims, the holder must set forth the amount of such claim in U.S. Dollars, must assert such claim with specificity, including all relevant details regarding such investments or other trading activities (*e.g.*, dates, amounts, quantities, type or nature, alleged facts), and must assert such claim against the applicable Debtor(s).

ABSENT FURTHER ORDER OF THE COURT, ANY HOLDER OF A CUSTOMER CLAIM THAT IS NOT EXEMPTED FROM THE CUSTOMER BAR DATE THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE APPLICABLE BAR DATE AS DESCRIBED IN THIS NOTICE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM: (A) ASSERTING THE APPLICABLE CUSTOMER CLAIM AGAINST THE DEBTORS OR THEIR ESTATES OR PROPERTY IN THESE CHAPTER 11 CASES OR (B) VOTING ON, OR RECEIVING ANY DISTRIBUTION UNDER, ANY CHAPTER 11 PLAN IN THESE CHAPTER 11 CASES, EXCEPT TO THE EXTENT THAT SUCH CLAIM IS IDENTIFIED IN THE SCHEDULES AS AN UNDISPUTED, NONCONTINGENT AND LIQUIDATED CLAIM (INCLUDING WITH RESPECT TO THE AMOUNT, QUANTITY, TYPE OR NATURE OF SUCH CLAIM). **CUSTOMERS WHO DO NOT SUBMIT A PROOF OF CLAIM AND/OR KNOW YOUR CUSTOMER INFORMATION VIA THE CUSTOMER CLAIMS PORTAL WILL NOT HAVE THEIR CUSTOMER CLAIMS BARRED IN ACCORDANCE WITH THIS PARAGRAPH, BUT SUCH CLAIMS WILL BE SUBJECT TO OBJECTION BY THE DEBTORS.**