FILED
2023 NOV 13 PM 3:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re FTX TRADING LTD., et al., Debtors                                    Case No. 22-11068

## PARTIAL TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(3) or (4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

Advanced Legal P.C.
_____
Name of Transferee

Address for all Communications/Notices:
Woong Kyu SUNG (authorized agent)
258 Steilen Avenue
Ridgewood, NJ 07450, USA

Phone: +1-917-587-0577
Email: contact@ftxlegalclinic.com

Address for all Payments/Distributions:
Same as above

[PLEASE REDACT THE NAME, ADDRESS, PHONE NUMBER, AND EMAIL OF THE TRANSFEROR BEFORE PUBLICATION.]

TRASNFERRED AMOUNT: Partial transfer of **the twenty percent (20%) of the claim** as listed under Unique Customer Code ▉▉▉▉▉

**The transferor and the transferee have agreed to receive the Notice of Transfer of Claim electronically at the above emails respectively**. Upon request, the transferee is prepared to provide to this effect a copy of the signed evidence to the Bankruptcy Court, the Debtors, and appropriate professionals.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____           Date: October 25, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the District of Delaware
     Attn: Clerk

AND TO:  FTX TRADING LTD., et al., Debtors

Case No. 22-11068

The Transferee has in its possession an agreement signed by the Transferor as Evidence of Transfer.

To protect the confidentiality of the agreement with the Transferor, the Transferee has not attached the signed agreement as Evidence of Transfer. Upon written request, the Transferee is prepared to provide a copy of the signed agreement as Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

For your information, the relevant part of the aforementioned agreement indicates that the Transferor and the Transferee have agreed to transfer for security from the former to the latter twenty percent (20%) of the claim possessed by the former and listed under Unique Customer Code ███.

**The Transferee cordially requests the Court and FTX to use the redacted version of the previous page for any publication purposes.**

Signature: _[signature]_                                  Date: October 25, 2023

Woong Kyu SUNG (authorized agent)
Managing Partner
Advanced Legal P.C.

The last part of a Notice of Transfer of Claim form is copied below for the convenient use of the Court.

~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                            _____
                                           **CLERK OF THE COURT**