# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 832 & __ |

## ORDER APPROVING ADDENDUM TO CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

Upon the Certification of Counsel regarding the Addendum to Confidentiality Agreement and Stipulated Protective Order (the "Protective Order Addendum"), a copy of which is attached hereto as **Exhibit A**, entered into by and among (a) FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively the "Debtors"); (b) the Official Committee of Unsecured Creditors appointed in the Debtors' cases (the "Committee"); and (c) the Federal Deposit Insurance Corporation as Receiver for Signature Bank and the Federal Deposit Insurance Corporation as Receiver for Signature Bridge Bank, N.A. (collectively the "Parties"); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice of the Protective Order Addendum has been given; and after due deliberation; and good and sufficient cause appearing therefor;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

IT IS HEREBY ORDERED THAT:

1. The Protective Order Addendum is hereby APPROVED.

2. The Parties are authorized to enter into the Protective Order Addendum, substantially in the form attached hereto as **Exhibit A**.

3. The failure to specifically include or reference any particular term or provision of the Protective Order Addendum in this Order shall not diminish or impair the effectiveness of such term or provision.

4. The rights of all Parties and non-Parties to the Protective Order Addendum to move to amend this Order or the Protective Order Addendum are fully reserved.

5. The Debtors are authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and Protective Order Addendum.

**Dated: November 15th, 2023**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE