IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** | **[REDACTED] [CUSTOMER CODE 02030693]** |
| Name of Transferee | Name of Transferor |
| **Address for all Communications/Notices:** | **Address:** |
| CONTRARIAN FUNDS, LLC | c/o Contrarian Funds, LLC |
| 411 WEST PUTNAM AVE., SUITE 425 | Attn: 392426 |
| GREENWICH, CT 06830 | 500 Ross St 154-0455 |
| ATTN: ALPA JIMENEZ | Pittsburgh, PA 15262 |
| Phone:  203-862-8259 | |
| Fax:      203-485-5910 | |
| Email: tradeclaimsgroup@contrariancapital.com | |
| **Address for all Payments/Distributions:** | |
| CONTRARIAN FUNDS, LLC | |
| ATTN: 392426 | |
| 500 ROSS ST 154-0455 | |
| PITTSBURGH, PA 15262 | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 44056 | [Redacted] | [As stated on Schedule (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____         Date: April 17, 2023
         Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

## Schedule

**Claim Additional Info**

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | APE | 2.8 |
| CRYPTO | AVAX | 0.600291 |
| CRYPTO | AVAX-PERP | 0.0000000000001896 |
| CRYPTO | BOBA | 34.0 |
| CRYPTO | BTC-PERP | -0.0499000000000007 |
| CRYPTO | DAWN | 17.2 |
| CRYPTO | ENS | 0.7 |
| CRYPTO | ETH-PERP | 2.02900000000004 |
| CRYPTO | ETHW | 0.156 |
| CRYPTO | EURT | 10.0 |
| CRYPTO | FTT | 25.97804801 |
| CRYPTO | GMT | 16.0 |
| CRYPTO | LEO | 3.2 |
| CRYPTO | LINK-PERP | 0.0000000000002737 |
| CRYPTO | PAXG | 0.0056 |
| CRYPTO | UNI-PERP | 0.0000000000001377 |
| CRYPTO | USDC | 5968.35 |
| CRYPTO | USDT | 1093135.34458812 |
| CRYPTO | XAUT | 0.0055 |
| FIAT | USD | 6568.412009856723 |