**Exhibit A**

**VIA EMAIL:**

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
Benjamin Zonenshayn
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com
zonenshayn@sullcrom.com

**PAUL HASTINGS LLP**
Gabe Sasson
Erez Gilad
Kristopher M. Hansen
Kenneth Pasquale
Isaac Sasson
Caroline Diaz
Samantha Martin
200 Park Avenue
New York, NY 10166
gabesasson@paulhastings.com
erezgilad@paulhastings.com
krishansen@paulhastings.com
kenpasquale@paulhastings.com
isaacsasson@paulhastings.com
carolinediaz@paulhastings.com
samanthamartin@paulhastings.com

**OFFICE OF THE U.S. TRUSTEE**
Jonathan Lipshie
Benjamin A. Hackman
844 King Street
Suite 2207
Wilmington, DE 19801
jon.lipshie@usdoj.gov
benjamin.a.hackman@usdoj.gov

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert F. Poppiti, Jr.
Matthew B. Lunn
1000 North King Street
Wilmington, DE 19801
rpoppiti@ycst.com
mlunn@ycst.com