## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### **AFFIDAVIT OF SERVICE**

I, Brian Horman, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 6, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Committee Email Service List attached hereto as **Exhibit A;** and on the Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, Benjamin.A.Hackman@USDOJ.gov; David.Gerardi@USDOJ.gov; Jon.Lipshie@USDOJ.gov:

- Order Approving Second Interim Fee Application of Landis Rath & Cobb LLP [Docket No. 3672] (the "***Fee Order***")

- Notice of Filing of Monthly Staffing Report and Compensation Report by RLKS Executive Solutions LLC for the Period October 1, 2023 through October 31, 2023 [Docket No. 3677]

On November 6, 2023, at my direction and under my supervision, employees of Kroll caused the Fee Order to be served via email on Godfrey & Kahn, S.C., kstadler@gklaw.com.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

14

Dated: November 8, 2023

                                                                */s/ Brian Horman*
                                                                Brian Horman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 8, 2023, by Brian Horman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 74258

**Exhibit A**

## Exhibit A
Committee Email Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |