

## United States Bankruptcy Court
## District of Delaware

In re FTX Trading Ltd., et al                                    Case No. 22-11068

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor
_____

**Name (Redacted)**

Address on File

Name of Transferee
_____

**Contrarian Funds, LLC**

411 West Putnam Ave., Suite 425
Greenwich, CT 06830

tradeclaimsgroup@contrariancapital.com

| Claim No./Schedule | Creditor Name | Claim Amount | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID #: 3265-70-GIAKO-628847454 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule F Customer Code #: 02981546 | Name (Redacted) | As described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____          10/19/23
Transferee                                               Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity|NFT ID] | Earn Indicator | Token / Fiat in Land |
|---|---|---|---|---|
| 02981415 | | APHA[0], BTC[0], MANA[0], MATIC[0], OXY[0], TRX[0], UNI[0], USDT[0] | | |
| 02981418 | | BTC[.0033], USD[8.04] | | |
| 02981420 | | FTT[0], NFT (364185185764953013#TX EU - we are here! #124087)[1], NFT (407139415309427581#TX EU - we are here! #123825)[1], NFT (409955782596928900#TX EU - we are here! #124284)[1], USD[0.00], USDT[0] | | |
| 02981421 | | POL[68.398404], USD[0.25], USDT[.039869] | | |
| 02981424 | | USDT[.08] | | |
| 02981429 | | ETH[.00398508], ETHW[.00098508], TONCOIN[36.357174], TRX[0], USD[4.18], WAVES[7] | | |
| 02981434 | | SOL[24.6351413], USD[0.00] | | |
| 02981439 | | BTC-PERP[0], ETH-PERP[0], USD[0.00] | | |
| 02981443 | | BTC-PERP[0], USD[0.00], USDT[0] | | |
| 02981444 | | AKRC[1], FIDA[1], GBP[7.94], HKRC[1], KIN[124535.00124533], USD[279.31], USDT[0] | | |
| 02981445 | | AUD[0.00], BTC[0], ETH[0.00000002], ETHW[0.00000002], TSLAPR6[0], USD[0.00] | Yes | |
| 02981447 | | AKRC[1], ATLAS[651.24191672], BAC[3], BAT[16.38891929], EUR[0.00], GRT[38.28834495], KIN[4], LOOKS[8.69841541], MATH[32.75458698], PERP[1.07839816], POL[8.99774832], SPELL[567.27379371], SRM[4.46130312], USD[0.00] | Yes | |
| 02981450 | | BTC[0], TRX[.002331] | | |
| 02981451 | | BNB[0], ENJ-PERP[0], FTT[0.00000011], SOL[0], USD[0.78], USDT[0] | | |
| 02981452 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], AMPL-PERP[0], ANC[120.65870783], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-032S[0], AVAX-0624[0], AVAX-20211213[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC-MOVE-WK-20211210[0], BTC-PERP[0], BTT-PERP[0], BTTPRE-PERP[0], CBB-PERP[0], CAKE-PERP[0], CEL-062-M[0], CEL-20211231[0], CEL-PERP[0], CHZ-PERP[0], CONV-PERP[0], CONV-PERP[0], CRV-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DASH-PERP[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-20211231[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], EN[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH+PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM[0], FTM-PERP[0], FTT[15.81956580], FTT-PERP[0], FXS-PERP[0], GALA[321.88137841], GALA-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOT-PERP[0], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KBT-PERP[0], KIN-PERP[0], KLAY-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-20211231[0], LTC-PERP[0], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC[0], MATIC-PERP[0], MCB-PERP[0], MEDIA-PERP[0], MER-PERP[0], MINA-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], OP-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR-PERP[0], RON-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SHIB-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[1.01998433], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-0624[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[103.40], USTC-PERP[0], VET-PERP[0], WAVES-0325[0], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 02981457 | | 1INCH[.00008699], BAC[18.94156703], ENJ[.00000101], KIN[9], WER[.000007], MXR[0], RSR[2], TONCOIN[.0008944], TRX[.00003122], UBXT[2], USD[19.38], USDT[0.00003001] | | |
| 02981462 | | AKRC[1], BAC[3], DNB[.00016353], DENT[1], KIN[1], MATIC[.00074623], USDT[0.00052213] | Yes | |
| 02981466 | | DODO-PERP[109.8], SOL[38.11538771], USD[0.05] | | |
| 02981467 | | BNB[.00030001], DOG[25.29251309] | | |
| 02981475 | | CRO[230], USD[12.64], USDT[0] | | |
| 02981478 | | USD[25.00] | | |
| 02981480 | | USD[0.00], USDT[4.08769808] | | |
| 02981484 | | ATLAS[6196.10317474], BAC[1], USD[0.00] | Yes | |
| 02981486 | | NFT (312100880133288896#TX EU - we are here! #6366)[1], NFT (361706108597973210#TX EU - we are here! #6557)[1], NFT (377586357906014471#TX EU - we are here! #6103)[1] | | |
| 02981489 | | GOG[888.9722], RON-PERP[0], USD[0.04] | | |
| 02981504 | | BTC[0], USD[0.00], USDT[.43] | | |
| 02981507 | | BTC[.00488173], BTC-PERP[0], USD[0.43] | | |
| 02981509 | Contingent | LUNA2_LOCKED[129.5967243], LUNC[41541170.2], SOL[.05], USD[0.00], USDT[0], USTC[5050.9786] | | |
| 02981509 | | BTC[0.55612000], FTT[3], MANA[14], UNI[3.9], USD[0.04] | | |
| 02981514 | | FTT[4.01124348], UNI[5.49124389] | | |
| 02981520 | | USD[25.00] | | |
| 02981524 | | AURY[1], USD[1.60] | | |
| 02981525 | | BAC[1], BTC[.00300054], EUR[34.23], KIN[1], USDT[0.00544052] | Yes | |
| 02981526 | | ATLAS[9119.008], USD[0.77] | | |
| 02981527 | | DOGE[0], USD[0.00] | | |
| 02981531 | | BTC[0.01187640], EUR[0.03], SOL[2.98] | | |
| 02981539 | | ATLAS[4840], USD[1.39], USDT[0.00025000] | | |
| 02981543 | | BNB[0], ETH[0] | | |
| 02981544 | | BTC[0.02247612], ETH[.000982], ETHW[.000982], SCL[0], TRX[.03013], USD[-106.90], USDT[0.00300576] | | |
| 02981546 | | PAXG[93.13916816], USD[0.00] | | |