# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2023, I caused a true and correct copy of *BlockFi's Limited Objection And Reservation Of Rights To The Debtors' Motion For Entry Of An Order Authorizing And Approving (I) Procedures For The Sale Or Transfer Of The Trust Assets And (II) The Sale Or Transfer Of Such Trust Assets In Accordance With Such Procedures Free And Clear Of Any Liens, Claims, Interests And Encumbrances* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
 brown@lrclaw.com
 pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)