# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 13th day of December, 2023 at 1:00 PM EST in the United States Bankruptcy Court for the District of Delaware Courtroom #5 located at 824 N. Market Street, Wilmington, DE 19801, Yumou Wei, by and through undersigned counsel, will appear before the Court upon the attached **MOTION TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE**.

Please be present if you wish to be heard.

*(Signature page follows.)*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

                                                              BROWNELL LAW GROUP LLC

Dated: November 17, 2023   BY:  /s/ *Felicia Brownell*
                                                              Felicia Brownell, Esq. (DE ID #6644)
                                                              252 Mariners Way
                                                              Bear, Delaware 19701
                                                             (215) 901-6325 (direct)
                                                             FBrownell@BrownellLawGroup.com
                                                             *Attorney for Claimant, Yumou Wei*