# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING YUMOU WEI'S MOTION
## TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE

Upon consideration of Yumou Wei's *Motion for Extension of Time to File Proof of Claim* (the "Motion") filed by and through his undersigned counsel, Felicia Brownell, Esquire, for entry of an Order, pursuant to Rule 9006(b)(1) and 3003(c)(3); and the Court finding that notice of the Motion was provided to all known debtors and interested parties to the adversary proceedings, and no further or other notice is necessary or required, venue of the Debtor's case and Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, it has subject matter jurisdiction pursuant to 28 U.S.C. § 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and after due deliberation, and sufficient cause appearing therefore;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

IT IS HEREBY ORDERD THAT:

1. The Motion is hereby granted.

2. Yumou Wei is granted ___ days from this Order to file his proof of claim with the Court.

3. This Court shall retain exclusive jurisdiction with respect to all matters arising from or relating to the implementation of this Order.