UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **BLUE SQUARE GROUP LIMITED** | **Cheng HUA** |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent: | Address of Transferor: |
| c/o Patrick Yuhsiang Su, Director<br>Ritter House, Wickhams Cay II, PO BOX 3170<br>Road Town, Tortola VG1110<br>Attention: The Directors | Unit A, 22F, Gramercy, 38 Caine Road, Mid-Levels, Hong Kong, Hong Kong SAR<br>+85264649932<br>Attn: Cheng Hua (Marc)<br>Email: huachen9@gmail.com |
| Email:<br>investments@bsqcapital.com<br>patrick@bsqcapital.com<br>contact@bsqcapital.com | **Case No.:** 22-11068 et seq. |

| Claim No. | Claim Confirmation ID | Customer Code No. | Original Creditor Name | Transferred Amount of Claim | Debtor |
|---|---|---|---|---|---|
| 40270 | 3265-70-GSQKU-598491201 | Schedule 6779098 | Cheng Hua | 100% of all claims | FTX Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: November 17, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:      United States Bankruptcy Court for the District of Delaware ("Court")
Attn: Clerk

AND TO:      FTX TRADING LTD, as debtor ("<u>Debtor</u>")
Case No. 22-11068 (JTD) (Jointly Administered) ("<u>Case</u>")

<u>Claim #:</u>  40270

<u>Cheng HUA</u> ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto

> BLUE SQUARE GROUP LIMITED
> Ritter House, Wickhams Cay II, PO Box 3170
> Road Town, Tortola VG1110
> British Virgin Islands
> Email: contact@bsqcapital.com

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of $293,772.25 ("<u>Claim</u>"), which represents 100% of the total claim amount, against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and  hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer  and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated October 17, 2023.

[*Signature page follows*]

**Cheng HUA**

By: _____

**BLUE SQUARE GROUP LIMITED**

By: _____
Name: Patrick Yuhsiang Su
Title: Director

8

# Creditor Data Details - Claim # 40270

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/16/2023

**Claim Number**
40270

**Schedule Number**
6779098

**Confirmation ID**
3265-70-GSQKU-598491201

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | FTT | 0.0106379320576 |
| CRYPTO | LUNA2 | 0.001552125568 |
| CRYPTO | LUNA2_LOCKED | 0.003621626326 |
| CRYPTO | LUNC | 0.005 |
| FIAT | USD | 293772.25249066844 |