B 2100A (Form 2100A) (12/15)



# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| White Star Capital International Limited | WSC Digital Liquid Master Fund Limited |
| **Name and Address where notices to transferee should be sent:** | **Confirmation ID:** 3265-70-XPYHZ-897042972<br>**Claim number:** 52525<br>**Customer code:** 04372196 |
| La Plaiderie House, La Plaiderie<br>St Peter Port, GY1 1WG, Guernsey | **Amount of Claim :** $802,884.77<br>**Date Claim Filed :** September 15, 2023 |
| **Phone :** +44 (0) 7717 440 445 | **Phone :** +44 (0) 7717 440 445 |
| **Last Four Digits of Acct #:** 2196 | **Last Four Digits of Acct #:** 2196 |
| **Name and Address where transferee payments should be sent (if different from above):** N/A | |
| **Last Four Digits of Acct #:** N/A | |

| Customer Code | Customer Name | Claim Components | Debtor | Case No. |
|---|---|---|---|---|
| 04372196 | WSC Digital Liquid Master Fund Limited | BTC[0.0000000178084753]<br>ETH[0.0007992711777728]<br>FTT[25.0000000000000000]<br>LTC[0.0000000007519866]<br>USD[0.0000755446508257]<br>USDC[802833.7692576900000000]<br>USDT[0.0000000086642072] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**By:** _____    **Date:** November 3rd, 2023

Patrick Recasens Morente
General Partner & Chief Legal Officer
White Star Capital International Limited

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

- Confirmation ID: 3265-70-XPYHZ-897042972
- Claim number: 52525
- Customer code: 04372196

The above claim was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 3rd, 2023.

**Name of Alleged Transferor**
WSC Digital Liquid Master Fund Limited

**Name of Transferee**
White Star Capital International Limited

**Address of Alleged Transferor**
Trident Chambers
P.O. Box 146
Tortola, VG1110
Road Town
British Virgin Islands

**Address of Alleged Transferor**
La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

Or alternate:

La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

## DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Customer Claim Form

# File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

WSC Digital Liquid Master Fund Limited

Email Address

dyf-ops@whitestarcapital.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

RECEIVED / FILED

NOV - 7 2023

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

· shall be true, accurate, and complete;
· shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
· shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
· shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

## Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

## Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

## Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Creditor Name

WSC Digital Liquid Master Fund Limited

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

○ No
◉ Yes

FTX customer main account number:

04372196

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

dyf-ops@whitestarcapital.com

Customer Claim Form

Customer Claim Form

## 2. Has this claim been acquired from someone else?

◉ No
○ Yes

## 3. Where should notices and payments to the creditor be sent?
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

WSC Digital Liquid Master Fund Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

La Plaiderie House

Address 2:

La Plaiderie

Address 3:

Address 4:

City:

St Peter Port

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code I Postal Code:

GY11WG

## Is the creditor address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Guernsey

Contact phone:

+447717440045

Contact email:

dyf-ops@whitestarcapital.com

Should payments go to a different address?

⦿ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

⦿ No
○ Yes

**4. Does this claim amend one already filed?**

⦿ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

⦿ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

⦿ FTX Trading Ltd (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

⦿ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

• Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.

• If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

# Fiat

## ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 0.000075544508257 | 0.000075544508257 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

O Yes
◉ No

Customer Claim Form

# Loaned Fiat

## LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

O Yes

O No

Customer Claim Form

Customer Claim Form

# Asserted Crypto

## Asserted Crypto Tokens

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 0.00000001780847753 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |

Customer Claim Form

8 / 19

| | |
|---|---|
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | 0.000799271177728 |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | 25.000000000 |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | 0.000000007519866 |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |

Customer Claim Form

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)                                         802,833.769257690

USD Tether (USDT)                                       0.000000086642072

XRP (XRP)

Do you want to add any coin not previously listed?
O Yes
◉ No

## Loaned Crypto

### Loaned Quantity of Crypto

| Crypto (Ticker / Abbreviation) | Loaned Quantity of Crypto |
| --- | --- |

Customer Claim Form                                     10 / 19

Customer Claim Form

- 3X Long Bitcoin Token (BULL)
- 3X Long Cardano Token (ADABULL)
- 3X Long Dogecoin Token (DOGEBULL)
- 3X Long Ethereum Token (ETHBULL)
- 3X Long XRP Token (XRPBULL)
- Aave (AAVE)
- Akropolis (AKRO)
- ApeCoin (APE)
- ATLAS (ATLAS)
- Atom (ATOM)
- Aurory (AURY)
- Avalanche (AVAX)
- BaoToken (BAO)
- Basic Attention Token (BAT)
- Binance Coin (BNB)
- Bitcoin (BTC)
- Bitcoin Cash (BCH)
- Brazilian Digital Token (BRZ)
- Celsius Token (CEL)
- ChainLink Token (LINK)
- Chiliz (CHZ)
- Compound USDT (CUSDT)
- Cope (COPE)

Customer Claim Form

crypto-loan.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2 0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Customer Claim Form

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
O  Yes
O  No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |

Customer Claim Form

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-stak.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Customer Claim Form

Customer Claim Form

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Customer Claim Form

Customer Claim Form

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?

O Yes
O No

# NFTs

## NFTs (non-fungible tokens)

**NFT Description**     **NFT Identifier**     **Quantity of NFT**

Customer Claim Form

**8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/15/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Patrick Recasens Morente

E-Signature:

Patrick Recasens Morente

Customer Claim Form

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

White Star Capital

Address 1:

La Plaiderie House

Address 2:

La Plaiderie

City:

St Peter Port

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

GY11WG

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Guernsey

Contact phone:

+447717440445

Contact email:

patrick@whitestarcapital.com

Customer Claim Form

Customer Claim Form

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted....

DOCUMENT ID

655da3592bf69ad6b5b35d174c9aeb03aa0bfeed

Status

Submitted

Submitted Date Time

2023-09-15T10:00:08.603Z

CONFIRMATION ID

3265-70-XPYHZ-897042972

Customer Claim Form

# Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

WSC Digital Liquid Master Fund Limited

Email Address

dyf-ops@whitestarcapital.com



RECEIVED / FILED

NOV - 7 2023

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

Customer Claim Form

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

· shall be true, accurate, and complete;
· shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
· shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
· shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

Customer Claim Form

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree
○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No
○ Yes

Creditor Name

WSC Digital Liquid Master Fund Limited

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account number?

○ No
◉ Yes

FTX customer main account number:

04372196

Do you know the creditor's FTX customer email address that was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

dyf-ops@whitestarcapital.com

Customer Claim Form

3 / 19

## 2. Has this claim been acquired from someone else?

◉ No
○ Yes

## 3. Where should notices and payments to the creditor be sent?
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

WSC Digital Liquid Master Fund Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

La Plaiderie House

Address 2:

La Plaiderie

Address 3:

Address 4:

City:

St Peter Port

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code I Postal Code:

GY11WG

## Is the creditor address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Guernsey

Contact phone:

+447717440445

Contact email:

dyf-ops@whitestarcapital.com

Customer Claim Form

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

Customer Claim Form

# Fiat

## ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 0.0000755446508257 | 0.0000755446508257 |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

- ○ Yes
- ◉ No

Customer Claim Form

6 / 19

Customer Claim Form

# Loaned Fiat

## LOANED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | | |
| Argentinian Peso (ARS) ARS/USD = 0.006286 | 0.006286000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | | |

Do you want to add any other fiat not previously listed?

O Yes

O No

Customer Claim Form

7 / 19

# Asserted Crypto

## Asserted Crypto Tokens

| Crypto (Ticker / Abbreviation) | Asserted Quantity of Crypto |
|---|---|
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |
| 3X Long Ethereum Token (ETHBULL) | |
| 3X Long XRP Token (XRPBULL) | |
| Aave (AAVE) | |
| Akropolis (AKRO) | |
| ApeCoin (APE) | |
| ATLAS (ATLAS) | |
| Atom (ATOM) | |
| Aurory (AURY) | |
| Avalanche (AVAX) | |
| BaoToken (BAO) | |
| Basic Attention Token (BAT) | |
| Binance Coin (BNB) | |
| Bitcoin (BTC) | 0.000000178084753 |
| Bitcoin Cash (BCH) | |
| Brazilian Digital Token (BRZ) | |
| Celsius Token (CEL) | |
| ChainLink Token (LINK) | |

Customer Claim Form

| | |
|---|---|
| Chiliz (CHZ) | |
| Compound USDT (CUSDT) | |
| Cope (COPE) | |
| Crypto.com Coin (CRO) | |
| Decentraland (MANA) | |
| Dent (DENT) | |
| Dogecoin (DOGE) | |
| Ethereum (ETH) | 0.000799271177728 |
| EthereumPoW (ETHW) | |
| Fantom (FTM) | |
| FTX Token (FTT) | 25.000000000 |
| Gala (GALA) | |
| Immutable X Token (IMX) | |
| Kin (KIN) | |
| Litecoin (LTC) | 0.000000007519866 |
| Luna 2.0 (LUNA2) | |
| Luna Classic (LUNC) | |
| Matic (MATIC) | |
| POLIS (POLIS) | |
| Polkadot (DOT) | |
| Raydium (RAY) | |
| Reserve Rights (RSR) | |
| Serum (SRM) | |

Customer Claim Form

Customer Claim Form

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)                                802,833.769257690

USD Tether (USDT)                              0.000000086642072

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
◉ No

## Loaned Crypto

**Loaned Quantity of Crypto**

**Crypto (Ticker / Abbreviation)**              **Loaned Quantity of Crypto**

Customer Claim Form                             10 / 19

Customer Claim Form

3X Long Bitcoin Token (BULL)

3X Long Cardano Token (ADABULL)

3X Long Dogecoin Token (DOGEBULL)

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

Customer Claim Form

crypto-loan.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?

O Yes
O No

## Staked Crypto

### Staked Crypto

| Crypto (Ticker / Abbreviation) | Staked Quantity of Crypto |
| --- | --- |
| 3X Long Bitcoin Token (BULL) | |
| 3X Long Cardano Token (ADABULL) | |
| 3X Long Dogecoin Token (DOGEBULL) | |

Customer Claim Form

3X Long Ethereum Token (ETHBULL)

3X Long XRP Token (XRPBULL)

Aave (AAVE)

Akropolis (AKRO)

ApeCoin (APE)

ATLAS (ATLAS)

Atom (ATOM)

Aurory (AURY)

Avalanche (AVAX)

BaoToken (BAO)

Basic Attention Token (BAT)

Binance Coin (BNB)

Bitcoin (BTC)

Bitcoin Cash (BCH)

Brazilian Digital Token (BRZ)

Celsius Token (CEL)

ChainLink Token (LINK)

Chiliz (CHZ)

Compound USDT (CUSDT)

Cope (COPE)

crypto-stak.com Coin (CRO)

Decentraland (MANA)

Dent (DENT)

Customer Claim Form

Customer Claim Form

Dogecoin (DOGE)

Ethereum (ETH)

EthereumPoW (ETHW)

Fantom (FTM)

FTX Token (FTT)

Gala (GALA)

Immutable X Token (IMX)

Kin (KIN)

Litecoin (LTC)

Luna 2.0 (LUNA2)

Luna Classic (LUNC)

Matic (MATIC)

POLIS (POLIS)

Polkadot (DOT)

Raydium (RAY)

Reserve Rights (RSR)

Serum (SRM)

Shiba Inu (SHIB)

Solana (SOL)

Spell Token (SPELL)

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Customer Claim Form

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
○ Yes
○ No

# NFTs

## NFTs (non-fungible tokens)

**NFT Description**     **NFT Identifier**     **Quantity of NFT**

Customer Claim Form

**8.  Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/15/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Patrick Recasens Morente

E-Signature:

Patrick Recasens Morente

Customer Claim Form

17 / 19

Customer Claim Form

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

White Star Capital

Address 1:

La Plaiderie House

Address 2:

La Plaiderie

City:

St Peter Port

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code I Postal Code:

GY11WG

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Guernsey

Contact phone:

+447717440445

Contact email:

patrick@whitestarcapital.com

Customer Claim Form

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

### Your Form has been successfully submitted...

DOCUMENT ID

655da3592bf69ad6b5635d174c9aeb03aa0bfeed

Status

Submitted

Submitted Date Time

2023-09-15T10:00:08.603Z

CONFIRMATION ID

3265-70-XPYHZ-897042972

Customer Claim Form



# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Nov 8, 2023 8:58AM

White Star Capital

Rcpt. No: 10094703                 Trans. Date: Nov 8, 2023 8:58AM                 Cashier ID: #CH

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| TOC | Transfer of Clai | 22-11068-JTD | 1 | 26.00 | 26.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | CHECK | #29094896924 | 11/8/2023 | $26.00 |
| | | | Total Due Prior to Payment: | $26.00 |
| | | | Total Tendered: | $26.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Debtor**: FTX Trading Ltd.

Exact change only.