B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY



A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| White Star Capital International Limited | WSC Digital Liquid Master Fund Limited |
| **Name and Address where notices to transferee should be sent:** | **Confirmation ID**: 3265-70-XPYHZ-897042972<br>**Claim number**: 52525<br>**Customer code**: 04372196 |
| La Plaiderie House, La Plaiderie<br>St Peter Port, GY1 1WG, Guernsey | **Amount of Claim** : $802,884.77<br>**Date Claim Filed** : September 15, 2023 |
| **Phone** : +44 (0) 7717 440 445 | **Phone** : +44 (0) 7717 440 445 |
| **Last Four Digits of Acct #**: 2196 | **Last Four Digits of Acct #**: 2196 |
| **Name and Address where transferee payments should be sent (if different from above):** N/A | |
| **Last Four Digits of Acct #**: N/A | |

| Customer Code | Customer Name | Claim Components | Debtor | Case No. |
|---|---|---|---|---|
| 04372196 | WSC Digital Liquid Master Fund Limited | BTC[0.0000000178084753]<br>ETH[0.0007992711777728]<br>FTT[25.0000000000000000]<br>LTC[0.0000000007519866]<br>USD[0.0000755446508257]<br>USDC[802833.7692576900000000]<br>USDT[0.0000000086642072] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: November 3rd, 2023
Patrick Recasens Morente
General Partner & Chief Legal Officer
White Star Capital International Limited

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court
## For the District of Delaware

In re FTX Trading Ltd., Case No. 22-11068

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

- Confirmation ID: 3265-70-XPYHZ-897042972
- Claim number: 52525
- Customer code: 04372196

The above claim was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 3rd, 2023.

**Name of Alleged Transferor**
WSC Digital Liquid Master Fund Limited

**Name of Transferee**
White Star Capital International Limited

**Address of Alleged Transferor**
Trident Chambers
P.O. Box 146
Tortola, VG1110
Road Town
British Virgin Islands

**Address of Alleged Transferor**
La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

Or alternate:

La Plaiderie House
La Plaiderie
St Peter Port
GY1 1WG
Guernsey

**DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**