UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHEROKEE ACQUISITION

In re:

FTX TRADING LTD., *et al.*,

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Canyon NZ-DOF Investing, L.P**

Name and Address where notices and payments to transferee should be sent:
**Canyon NZ-DOF Investing, L.P**
**Attn: James Pagnam**
**2000 Avenue of the Stars, 11th Floor**
**Los Angeles, CA 90067**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 36688 | Name (Redacted) | 4.2002% of the Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6788049 | Name (Redacted) | 4.2002% of the as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No.: 3265-70-PORWQ-907780215 | Name (Redacted) | 4.2002% of the Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No.: 01088369 | Name (Redacted) | 4.2002% of the amounts described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/ James Pagnam_____        Date: November 9, 2023
Transferee/Transferee's Agent
Authorized Signatory

# Creditor Data Details - Claim # 36688

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/07/2023

**Claim Number**
36688

**Schedule Number**
6788049

**Confirmation ID**
3265-70-PORWQ-907780215

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 01088369 | Contingent | APE-PERP[0], BNB[0.01528391], BNB-PERP[0], BTC[0.00014451], BTC-PERP[0], CRO-PERP[0], DOGE-PERP[0], ETH[0.00087258], ETH-PERP[0], ETHW[0.00087258], FTM[.000025], FTT[10414.39655848], FTT-PERP[0], GMT-PERP[0], LUNA2[0.00833749], LUNA2_LOCKED[0.0], MATIC-PERP[0], NEAR-PERP[0], SHIB-PERP[0], SOL[0.00170456], SOL-PERP[0], SRM[8.64633114], SRM_LOCKED[346.75366886], TRX[.007905], USD[5637857.40], USDT[8500000.00680498], USTC[1.18020425] | | |
| 01088372 | | BTC[0], TRX[.000001], USD[1.70], USDT[0] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.