Exhibit A

**Ordinary Course Professionals List Subject to Tier 1 OCP $200,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PEIORD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Abrams & Bayliss LLP | $86,549.00 | $3,598.95 | $90,147.95 | Delaware local counsel providing support in the grayscale litigation | July 2023 - September 2023 |
| Anderson Mori & Tomotsune | $74,160.94 | $0 | $74,160.94 | Japanese local counsel providing support regarding Japanese local law | July 2023 - October 2023 |
| Antis Triantafyllides & Sons LLC | $15,300.00 | $0 | $15,300.00 | Cyprus local counsel providing support regarding Cyprus local law | July 2023- September 2023 |
| Baker & Hostetler LLP | $0 | $0 | $0 | Legal advice regarding August 2023 Kroll security incident | |
| BlackOak LLC | $80,984.58 | $311.50 | $81,296.08 | Singapore local counsel providing support regarding Singapore local law | April 2023 - September 2023 |
| Covington & Burling LLP | $603,938.00 | $2,377.90 | $606,315.90 | Pool counsel | May 2023 - August 2023 |
| King & Wood Mallesons | $74,748.00 | $966.70 | $75,714.70 | Hong Kong local counsel providing support regarding Hong Kong local law | July 2023 - September 2023 |
| Lenz & Staehelin | $0 | $0 | $0 | Switzerland local counsel providing support regarding Switzerland local law | |
| Peter D. Maynard, Counsel & Attorneys | $520,927.00 | $22,092.99 | $543,019.99 | Bahamas local counsel providing support regarding Bahamas local law | July 2023 - September 2023 |
| Walkers (Cayman) LLP | $0 | $0 | $0 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law | |

4868-5733-4670 v.3

**Ordinary Course Professionals List Subject to Tier 2 OCP $100,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PEIORD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| CDB Legal Services | $21,962.70 | $477.35 | $22,440.05 | Antigua local counsel providing support regarding Antigua local law | July 2023 - August 2023 |
| Clayton Utz | $95,236.41 | $5,426.28 | $100,662.69 | Australia local counsel providing support regarding Australia local law | July 2023 - September 2023 |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $83,792.88 | $329.46 | $84,122.34 | Turkey local counsel providing support regarding Turkey local law | July 2023 - September 2023 |
| Hamel-Smith Caribbean | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| McCarthy Tétrault LLP | $1,567.50 | $0 | $1,567.50 | Canada local counsel providing support regarding Canada local law | July 2023 - August 2023 |

4868-5733-4670 v.3

**Ordinary Course Professionals List Subject to Tier 3 OCP $50,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PEIORD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Advokatur Sprenger+Partner | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $3,364.69 | $0 | $3,364.69 | Indonesia local counsel providing support regarding Indonesia local law | June 2023 |
| Anthony Waddy Astapahan | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| Appleby | $1,750.00 | $0 | $1,750.00 | Seychelles local counsel providing support regarding Seychelles local law | August 2023 |
| Arias, Fábrega & Fábrega | $0 | $0 | $0 | Panama local counsel providing support regarding Panama local law | |
| Arthur Cox LLP | $0 | $0 | $0 | Ireland local counsel providing support regarding Ireland local law | |
| Bowmans | $0 | $0 | $0 | South Africa local counsel providing support regarding South Africa local law | |
| Gorriceta Africa Cauton & Saavedra | $0 | $0 | $0 | Philippines local counsel providing support regarding Philippines local law | |
| Grant Thornton | $7,910.11 | $33.39 | $7,943.50 | Accounting and tax advisor in Vietnam | June 2023 - September 2023 |
| Groom Law Group | $0 | $0 | $0 | ERISA advice | |

4868-5733-4670 v.3

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PEIORD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Harney Westwood & Riegels LLP | $0 | $0 | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law | |
| Hadef & Partners LLC | $102,381.48 | $153.99 | $102,535.47 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law | May 2023 - August 2023 |
| Harris Kyriakides | $0 | $0 | $0 | Cyprus local counsel providing support regarding Cyprus local law | |
| Kantenwein Zimmermann Spatscheck & Partner | $25,022.59 | $500.45 | $25,523.04 | Advise and represent Debtors in German litigation | July 2023 |
| Kim & Chang | $1,574.00 | $3.90 | $1,577.90 | South Korea local counsel providing support regarding South Korea local law | May 2023 - June 2023 |
| Ladas & Parry LLP | $0 | $0 | $0 | Trademark portfolio maintenance and prosecution | |
| Lane IP | $0 | $0 | $0 | Trademark maintenance and prosecution in the UK and EU | |
| Lexcomm Vietnam LLC | $7,166.88 | $0 | $7,166.88 | Vietnam local counsel providing support regarding Vietnam local law | May 2023 - August 2023 |
| Link Partners Law Firm | $7,721.11 | $2.50 | $7,723.61 | Japanese local counsel providing support regarding Japan local law | July 2023 - September 2023 |
| Olaniwun Ajayi LP | $0 | $0 | $0 | Nigeria local counsel providing support regarding Nigeria local law | |

4868-5733-4670 v.3

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PEIORD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| S&N Partners | $1,860.45 | $0 | $1,860.45 | Japanese local counsel providing support regarding Japan local law | July 2023 - September 2023 |
| Schurti Partners Attorneys at Law Ltd | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Shardul Amarchand Mangaldas & Co | $40,043.75 | $0 | $40,043.75 | India local counsel providing support regarding India local law | July 2023 - August 2023 |
| TSN Limited | $0 | $0 | $0 | Gibraltar local counsel providing support regarding Gibraltar local law | |

4868-5733-4670 v.3