# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4037** |

## CERTIFICATE OF SERVICE

I, Christopher Viceconte, of full age, pursuant to 28 U.S.C. § 1746, hereby certify as follows:

1. I am a director of the law firm of Gibbons P.C., counsel for Dr. Marcel Lötscher in the above-captioned Chapter 11 cases.

2. On November 17, 2023, I caused to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have formally entered a notice of appearance through the notice of filing generated by the Court's CM/ECF system, a true and correct copy of the *Motion of Dr. Marcel Lötscher to Dismiss the Bankruptcy Case of FTX Europe AG* [D.I. 4037] (the "Motion").[2]

3. Further, on November 17, 2023, I caused a true and correct copy of the Motion to be served via electronic mail upon the parties listed on the attached Service List.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The Motion is only directed at Case No. 22-11075 (JTD) and not to any other jointly administered case.

4.     Further, on November 20, 2023, I caused a true and correct copy of the Motion to be served via regular U.S. Mail, postage fully pre-paid, upon the United States Attorney for District of Delaware, Civil Division, 1313 N. Market Street, Wilmington, Delaware 19801.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 20 2023
Wilmington, Delaware

**GIBBONS P.C.**

By: */s/ Christopher Viceconte*
Christopher Viceconte (DE Bar # 5568)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email: cviceconte@gibbonslaw.com

-and-

**GIBBONS P.C**.
Robert K. Malone (*pro hac vice* forthcoming)
Brett S. Theisen (*pro hac vice* forthcoming)
One Gateway Center
Newark, New Jersey  07102
Telephone:  (973) 596-4500
E-mail:  rmalone@gibbonslaw.com
         btheisen@gibbonslaw.com

*Counsel to Dr. Marcel Lötscher*

## SERVICE LIST

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

PAUL HASTINGS LLP
Kristopher M. Hansen, Esq.
Kenneth Pasquale, Esq.
Isaac S. Sasson, Esq.
John F. Iaffaldano, Esq.
200 Park Avenue
New York, New York 10166
E-mail: krishansen@paulhastings.com
      kenpasquale@paulhastings.com
      isaacsasson@paulhastings.com
      jackiaffaldano@paulhastings.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York, New York 10004
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Therese A. Scheuer, Esq.
William M. Uptegrove, Esq.
100 F. Street, NE
Washington, D.C. 20549
E-Mail: scheuert@sec.gov
      uptegroveW@sec.gov

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, Delaware 19801
E-mail: mlunn@ycst.com
      rpoppiti@ycst.com

INTERNAL REVENUE SERVICE
Elisabeth Bruce, Esq.
P.O. Box 227
Washington, D.C. 20044
E-Mail: Elisabeth.M.Bruce@usdoj.gov

UNITED STATES TRUSTEE
Juliet Sarkessian, Esq.
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, Delaware 19801
E-Mail: Juliet.M.Sarkessian@usdoj.gov