IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |

Objection Deadline: December 6, 2023 at 4:00 p.m. (ET)
Hearing Date: December 13, 2023 at 1:00 p.m. (ET)

### NOTICE OF HEARING ON MOTION BY PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG TO LIMIT SERVICE OF MOTIONS TO DISMISS BANKRUPTCY CASES OF (A) FTX TRADING LTD. AND (B) MACLAURIN INVESTMENTS LTD.

TO: (a) the U.S. Trustee; (b) counsel to the Committee; (c) the Securities and Exchange Commission; (d) the Internal Revenue Service; (e) the United States Department of Justice; (f) the United States Attorney for the District of Delaware; and (g) to the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on November 20, 2023, Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG (together, "**LI Parties**") filed the attached *Motion to Limit Service of Motions to Dismiss Bankruptcy Cases of (A) FTX Trading Ltd. and (B) Maclaurin Investments Ltd.* ("**Motion**") in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 ("**Court**"), on or before **December 6, 2023,**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**at 4:00 p.m. (ET).** At the same time, you must also serve a copy of the objection upon the undersigned counsel for the LI Parties so as to be received no later than **4:00 p.m. (ET) on December 6, 2023**.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 13, 2023 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Signature Page Immediately Follows*]

Dated: November 20, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) <br> Peter J. Keane (DE Bar No. 5503) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br> Email: ljones@pszjlaw.com <br> pkeane@pszjlaw.com | THE DALEY LAW FIRM LLC <br> Darrell Daley (admitted *pro hac vice*) <br> Samantha Neal (admitted *pro hac vice*) <br> 4845 Pearl East Circle, Suite 101 <br> Boulder, Colorado 80301 <br> Telephone: (303) 479-3500 <br> Email: Darrell@daleylawyers.com <br> Samantha@daleylawyers.com <br><br> - and - <br><br> MORRISON COHEN LLP <br> Joseph T. Moldovan (admitted *pro hac vice*) <br> Heath D. Rosenblat (admitted *pro hac vice*) <br> Jason P. Gottlieb (admitted *pro hac vice*) <br> Michael Mix (admitted *pro hac vice*) <br> 909 Third Avenue, 27th Floor <br> New York, New York 10022 <br> Telephone: (212) 735-8600 <br> Facsimile: (212) 735-8708 <br> Email: jmoldovan@morrisoncohen.com <br> hrosenblat@morrisoncohen.com <br> jgottlieb@morrisoncohen.com <br> mmix@morrisoncohen.com <br><br> *Counsel to Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG* |