IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 |
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC**<br>Name of Transferee | **[REDACTED] [CUSTOMER CODE 00151030]**<br>Name of Transferor |
| **Address:**<br>CONTRARIAN FUNDS, LLC<br>411 WEST PUTNAM AVE., SUITE 425<br>GREENWICH, CT 06830<br>ATTN: ALPA JIMENEZ<br>Phone: 203-862-8259<br>Fax:    203-485-5910<br>Email: tradeclaimsgroup@contrariancapital.com | **Address:**<br>[Redacted / on file] |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim # 1158 | [Redacted] | $49,108,825.68 | FTX Trading Ltd. | **22-11068** |
| Unique Customer Code: 00151030 | [Redacted] | [As stated on Schedule (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ */s/ Alpa Jimenez* _____        Date: December 27, 2022
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00151030 | Contingent | 1INCH[.606195], 1INCH-PERP[0], AAVE[-0.47578625], AAVE-20210625[0], AAVE-PERP[-1.40999999], ADA-20210326[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-20190628[0], ALGO-20190927[0], ALGO-20200327[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA[.86231828], ALPHA-PERP[0], ANC-PERP[0], APE[27831.62294913], APE-PERP[-27831], APT-PERP[0], AR-PERP[0], ASD[.0947755], ASD-20210625[0], ASD-PERP[0], ATOM[-9.43178486], ATOM-20200327[0], ATOM-PERP[0], AURY[.5939622], AVAX[0.54715826], AVAX-20210625[0], AVAX-PERP[0], AXS[0.06373460], AXS-PERP[0], BAL[1.09581903], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH[-0.00037856], BCH-20200327[0], BCH-PERP[-1430.426], BNB[514.61890679], BNB-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[1872.13422119], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-MOVE-WK-20201106[0], BTC-MOVE-WK-20201113[0], BTC-PERP[-14.22820000], BVOL[0.00007759], CAKE-PERP[0], CEL[0.08519533], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], COMP[0.01797099], COMP-20200626[0], COMP-20210625[0], COMP-PERP[0], CREAM[.0069646], CREAM-PERP[0], CRO-PERP[0], CRV[.02992927], CRV-PERP[0], CVX-PERP[0], DAI[565.48867745], DEFI-PERP[0], DENT-PERP[0], DMG-PERP[0], DOGE[-165.27550685], DOGE-PERP[0], DOT[0.28948957], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[-288.87153251], ETH-0624[0], ETH-0930[0], ETH-1230[-140.02], ETH-20200626[0], ETH-20200925[0], ETH-20210625[0], ETH-20210924[0], ETH-PERP[0], ETHW[-2892.27557131], EXCH-PERP[0], FIDA-PERP[0], FIL-20201225[0], FIL-20210326[0], FIL-20210625[0], FIL-PERP[0], FLOW-PERP[0], FTM[-344.36976393], FTM-PERP[0], FTT[99533.30890490], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT[3000], GMT-PERP[-3000], GRT-PERP[0], HBAR-PERP[0], HNT[.0940675], HNT-PERP[0], HT[4868.9], HT-20200925[0], HT-PERP[6948.73], ICP-PERP[0], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KLUNC-PERP[0], KNC[.080546], KNC-PERP[0], KSHIB-PERP[-56371629], LDO-PERP[0], LEND-PERP[0], LEO-20190927[0], LEO-20191227[0], LEO-20200327[0], LEO-PERP[0], LINK[83.56512272], LINK-20200626[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC[-9161.07791712], LTC-PERP[0], LUNA2[0.02718007], LUNA2_LOCKED[3296.78592316], LUNA2-PERP[0], LUNC[5100.60648212], LUNC-PERP[-0.00000157], MANA[.356535], MANA-PERP[0], MASK-PERP[0], MATIC[-73.48261365], MATIC-PERP[0], MEDIA-PERP[0], MINA-PERP[0], MKR[0.00022075], MKR-20200925[0], MKR-PERP[0], MNGO[7.136], MNGO-PERP[0], MOB[0.69810956], MOB-PERP[0], NEAR[84], NEAR-PERP[0], OKB-PERP[0], OMG-20211231[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], OXY[.4], PEOPLE-PERP[0], PERP-PERP[0], RAY[.51079], RAY-PERP[0], REN[.5295], REN-PERP[0], ROSE-PERP[0], RUNE[0.03923570], RUNE-PERP[0], SAND-PERP[0], SHIB[101485], SHIB-PERP[56813400000], SLP-PERP[0], SNX-PERP[0], SOL[-9065.60683029], SOL-20210326[0], SOL-20210625[0], SOL-PERP[-265913.01], SPELL[.00000001], SPELL-PERP[0], SRM[392.60152212], SRM_LOCKED[12598.46823886], STEP[.126544], STEP-PERP[0], STX-PERP[0], SUSHI[.130155], SUSHI-PERP[0], SWEAT[739152.20032], THETA-PERP[90000], TONCOIN[.1], TONCOIN-PERP[0], TRU[1153297.44978], TRU-20210625[0], TRU-PERP[-1328978], TRX[8599753.46144482], TRX-20190628[0], TRX-PERP[0], TULIP[.06362], TULIP-PERP[0], UNI[.06373957], UNI-PERP[0], UNISWAP-20200925[0], UNISWAP-PERP[0], USDT[11957206.57], USDT[12929.78598015], USDT-20190628[0], USDT-20190927[0], USDT-20191227[0], USDT-20200626[0], USDT-20201225[0], USDT-20210326[0], USDT-20210625[0], USDT-20210924[0], USDT-PERP[0], USTC[0.52638891], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], WBTC[614.51553205], XLM-PERP[0], XMR-PERP[0], XRP[-1000559.47134180], XRP-20200626[0], XRP-20210326[0], XRP-PERP[0], XTZ-PERP[0], YFI[0.01146278], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00151033 | | BTC[0], BTC-PERP[0], FTT[0.25282858], TRUMP, TRUMPFEB, TRUMPFEBWIN[5114.6], USD[742.57] | | |
| 00151034 | Contingent | ADA-PERP[0], AMPL-PERP[0], APE-PERP[0], ASD-PERP[0], ATOM-PERP[0], BCH-PERP[0], BIDEN[0], BNB-PERP[0], BTC-PERP[0], COMP-PERP[0], DOGE-PERP[0], DOTPRESPLIT-2020PERP[0], DYDX-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIDA[.7], FLOW-PERP[0], FTT[0.00000001], GMT-PERP[0], ICP-PERP[0], KNC-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MTA-PERP[0], NEAR-PERP[0], PERP-PERP[0], SAND-PERP[0], SOL-PERP[0], SRM[1.3431422], SRM_LOCKED[11.87605564], SUSHI-PERP[0], SXP-PERP[0], TRUMP[0], TRX-PERP[0], UNI-PERP[0], USD[10.91], USDT[5685.64722972], USTC-PERP[0], XRP-PERP[0], ZEC-PERP[0] | | |
| 00151035 | Contingent | 1INCH[109.38465], 1INCH-PERP[0], AAVE[0.00245786], AAVE-PERP[0.42932000], ADA-PERP[0], ALCX[0.00041542], ALCX-PERP[0], ALEPH[.0461], ALGO[1387.555325], ALGO-PERP[0], ALPHA[.92376], ALPHA-PERP[0], APE-PERP[0], AR-PERP[0], ATOM[115.24451], ATOM-PERP[0.28999999], AUDIO[.86174], AVAX[.00000001], AVAX-PERP[0], AXS[.005405], AXS-PERP[0], BADGER[.89], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH[.0000291], BCH-PERP[-0.00300000], BNB[59.85543187], BNB-PERP[.4], BNT-PERP[0.10000000], BSV-PERP[0], BTC[1429.63511895], BTC-1230[0.00900000], BTC-20201225[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-20191022[0], BTC-MOVE-20191023[0], BTC-MOVE-20191024[0], BTC-MOVE-20191206[0], BTC-MOVE-20191225[0], BTC-MOVE-20191228[0], BTC-MOVE-2019Q4[0], BTC-MOVE-20210414[0], BTC-MOVE-WK-20191206[0], BTC-PERP[0.01100000], CAKE-PERP[0], CEL[.001], CHZ[17.5525825], CHZ-PERP[0], COMP[1.81769493], COMP-PERP[0.00001999], COPE[.33414], CREAM[.6406474], CREAM-PERP[0], CRV[.533855], CRV-PERP[0], CVX[1306.8], CVX-PERP[0], DASH-PERP[0], DOGE[.90175], DOGE-PERP[0], DOT[.70079251], DOT-PERP[0.80000000], DOTPRESPLIT-20200925[0], DOTPRESPLIT-2020PERP[0], DRGN-PERP[0], DYDX-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0.90000000], ETC-PERP[0], ETH[4471.80754845], ETH-0930[0], ETH-1230[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[114.55004011], ETHW-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM[.00325], FTM-PERP[0], FTT[.054565], FTT-PERP[0], FXS[.09704], FXS-PERP[0], GMT-PERP[0], GRT[883.897575], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HT-PERP[0], ICP-PERP[0.79000000], IMX[14569.5], IMX-PERP[0], KIN[7700.75980936], KNC[.234235], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LDO[.1875], LDO-PERP[0], LEO[250838.51699647], LEO-PERP[0], LINK[.03243], LINK-PERP[0.39999999], LOOKS-PERP[0], LRC[.00000001], LRC-PERP[0], LTC[.0053634], LTC-PERP[0], LUNA2[295.7468805], LUNA2_LOCKED[690.0760546], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[8], MATIC[9.14745], MATIC-PERP[0], MKR[0.00068528], MKR-PERP[-0.00433999], MOB[443.96505053], NEAR[.0138925], NEAR-PERP[0], NEO-PERP[0], OKB-20201225[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], PAXG[.00009], PAXG-PERP[0], PERP[.066451], PERP-PERP[-0.60000000], POLIS[.4472], POLIS-PERP[0], RAY[.0935], RAY-PERP[0], REN-PERP[0], RUNE[.37767], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SCRT-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX[.0414235], SNX-PERP[0], SOL[.00935414], SOL-PERP[0], SPELL[182064.9485], SPELL-PERP[0], SRM[11194.93798978], SRM_LOCKED[53543.15416522], SUSHI[.3148995], SUSHI-PERP[0], TRX[.365505], TRX-PERP[95], UNI[2.20743028], UNI-PERP[0.10000000], USD[74887.95], USDT[6604.97411022], USDT-PERP[0], USTC[400.285792], VET-PERP[0], WAVES[.005225], WAVES-PERP[.5], WBTC[.00000011], XLM-PERP[0], XMR-PERP[0.09999999], XRP-PERP[0], XTZ-PERP[0], YFI[0.02619375], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 00151037 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATOM-PERP[0], AURY[.99456863], AVAX-PERP[0], AXS-PERP[0], BAT-PERP[0], BCH[.00017513], BCHA[.00017513], BCH-PERP[0], BNB[.00700872], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BTC[5.00016054], BTC-20210625[0], BTC-20211231[0], BTC-PERP[0], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRO-PERP[0], CRV-PERP[0], DAI[1000], DOGE[10.00584225], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ETC-PERP[0], ETH[128.48651982], ETH-0930[0], ETH-1230[0], ETH-20210625[0], ETH-20211231[0], ETH-PERP[0], ETHW[.00182221], ETHW-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[1.01674288], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HT-PERP[0], ICP-PERP[0], IMX-PERP[0], IOST-PERP[0], JASMY-PERP[0], KSHIB-PERP[0], LDO-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LUNA2[0.00388534], LUNA2_LOCKED[0.00906579], LUNA2-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MKR-PERP[0], MOB-PERP[0], NEAR-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PEOPLE-PERP[0], RAY-PERP[0], REN-PERP[0], ROSE-PERP[0], RUNE[.02574], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL[.00680863], SOL-20210326[0], SOL-PERP[0], SRM[11.95893699], SRM_LOCKED[42.17525699], SUSHI-PERP[0], SWEAT[40], TRUMP[0], TRUMPFEB[0], TRX[.469557], TRX-PERP[0], USD[405215.70], USDT[21000.00652401], USDT-PERP[0], USTC[0.54998886], USTC-PERP[0], WAVES-PERP[0], XRP-20210326[0], XRP-PERP[0], XTZ-PERP[0], YFI[0.00081749], YFI-PERP[0], ZIL-PERP[0] | | |
| 00151038 | Contingent | 1INCH-PERP[0], AAVE[.00025], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALPHA[.02749], ALPHA-PERP[0], AMPL-PERP[0], ATOM-PERP[0], BADGER-PERP[0], BAL[201.6210081], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC-20200626[0], BTC-20200925[0], BTC-20210326[0], BTC-20210625[0], BTC-HASH-2020Q3[0], BTC-HASH-2021Q1[0], BTC-MOVE-20200515[0], BTC-MOVE-20200601[0], BTC-MOVE-20200616[0], BTC-MOVE-WK-20200612[0], BTC-PERP[0], CAKE-PERP[0], CHZ[30000.15], CHZ-PERP[0], COMP-PERP[0], CONV-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOTPRESPLIT-2020PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-20200626[0], ETH-20200925[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[500.28656], FTT-PERP[0], GRT[.075], GRT-PERP[0], HOLY-PERP[0], ICP-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK-20201225[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], OKB-PERP[0], OMG-PERP[0], ONT-PERP[0], OXY[1243.74622], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RSR[240.25], RSR-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[1540.18446906], SRM_LOCKED[5929.10553094], SRM-PERP[0], SUSHI[.005], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[-11.08], VET-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00151039 | Contingent | AGLD-PERP[0], ATLAS[8.65], ATLAS-PERP[0], AVAX-PERP[0], AXS-PERP[0], BSV-PERP[0], EOSBULL[.005], FTT[.06647], LUNC-PERP[0], RUNE-PERP[0], SRM[47.86598261], SRM_LOCKED[183.01401739], STEP-PERP[0], USD[4.18], XTZ-PERP[0] | | |
| 00151040 | Contingent | ALGO-PERP[0], BNB[.01966836], BNB-PERP[0], BTC[0.00001429], ETH[.00000002], ETHW[0.00001258], FIL-PERP[0], FTT[.01601101], GRT[.00000001], LEO-PERP[0], NEAR[.5], PAXG[0], SOL[.00000001], SRM[6321.81402441], SRM_LOCKED[4986883.41052979], SUSHI[.0215], USD[54052.88], USDT[0.00476001], UXBT[0.00000000] | | |
| 00151042 | Contingent | BTC[0.00097558], ETH[.06489303], ETHW[.06413723], FIDA[30109.97518184], FIDA_LOCKED[697080.29197216], FTT[.00102], GRT[1], KIN[1], LUNA2[241.20499192], LUNA2_LOCKED[549.7575434], SOL[.06342527], SRM[1486.03237514], SRM_LOCKED[810464.21371814], TRX[.000838], UBXT[1], USD[0.00], USDT[20032.63198066] | Yes | |
| 00151043 | | BTC[0.00000001], BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], FTT[.6], HT-PERP[0], LINK-PERP[0], SRM[519.71210322], SRM_LOCKED[861.85401511], USD[-5.37], USDT[0] | | |
| 00151045 | | 1INCH-PERP[0], ALCX[.00085591], ALGO-20190927[0], ALGO-PERP[0], AURY[.6856], BAL-PERP[0], BOBA[.000005], BTC[0], BTC-MOVE-20200526[0], BTC-MOVE-20200527[0], COMP-20200626[0], COMP-20200925[0], COMP-PERP[0], CREAM[.00227929], CRV[.88494168], DAI[0], ETH[0], ETHW[96.65281737], FTT[150.68298576], ICP-PERP[0], IMX[.0246105], KSM-PERP[0], MOB[0.38033513], OMG[.000005], OMG-20211231[0], SOL[0.00394714], SRM[1.55124905], SRM_LOCKED[.03801101], TRX[.000007], USD[70.58], USDT[0] | | |
| 00151048 | Contingent | 1INCH[0.87410108], 1INCH-PERP[0], ALPHA[.06372468], BNB[-1.33399616], BTC[-0.01013155], DOGE[15], EMB[7], ETH[78.41319147], ETHW[0.01022262], FTT[0.03374774], FTT-PERP[0], LUNC-PERP[0], MSRM_LOCKED[4.80000002], NFT (403090175085224769/FTX Foundation Group donation ceriticate #29)[1], PAXG[0], SOL[0.00000001], SOL-PERP[0], SRM[11751.83940145], SRM_LOCKED[21974534.73061239], SRM-PERP[0], UNI[0.02027677], USD[33909.63], USDT[-1.94626926], WBTC[0.00004652], YFI[0.00102610] | | |
| 00151049 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-1230[0], ADA-PERP[0], ALGO-PERP[0], AMPL[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS[12532.03247108], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER[.00000001], BAL-PERP[0], BAND-PERP[0], BNB[1036.16493579], BNB-PERP[0], BTC[8.37525447], BTC-PERP[0], CEL-PERP[0], CLV[547.27192709], COMP-PERP[0], CREAM-PERP[0], CRV-PERP[0], DAI[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[3.50869652], ETH-PERP[0], ETHW[6.52611707], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[10001.83139218], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT[0.00000001], GRT-PERP[0], ICP-PERP[0], IMX-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KIN-PERP[0], KSM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.15521255], LUNA2_LOCKED[0.36216263], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MOB[23633.47329563], MTA-PERP[0], NEAR[12362.97663164], NEAR-PERP[0], OP-PERP[0], PERP-PERP[0], POLIS[125.32032486], RNDR-PERP[0], RVN-PERP[0], SAND-PERP[0], SGD[0.00], SHIB-PERP[0], SNX-PERP[0], SOL[0.00000001], SOL-PERP[0], SPELL-PERP[0], SRM[162.07640915], SRM_LOCKED[7557.06286341], STETH[0], SUSHI[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[.000026], TRX-PERP[0], UNI-PERP[0], USD[391299.59], USDT[3.56315867], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZRX-PERP[0] | | |
| 00151050 | Contingent | BTC[0.03709874], ETH[15.00000010], ETHW[15.00000010], FTT[.920075], SRM[50.60923734], SRM_LOCKED[192.39076266], USD[5.00] | | |