IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Ref. Docket No. 3412 |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Ninth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2023 Through August 31, 2023* [D.I. 3412] (the "Application"), filed on October 30, 2023.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on November 20, 2023.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], the Debtors are now authorized to pay

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30256325.8

80% ($120,605.60) of requested fees ($150,757.00) and 100% of requested expenses ($286.26) on an interim basis without further Court order.

| | |
|---|---|
| Dated: November 21, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Jared W. Kochenash
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Jared W. Kochenash (No. 6557)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
      rpoppiti@ycst.com
      jkochenash@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Erez E. Gilad*
Gabriel E. Sasson*
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
      erezgilad@paulhastings.com
      gabesasson@paulhastings.com

\* *Admitted pro hac vice*

*Counsel to the Official Committee
of Unsecured Creditors*