**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re:* | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**AMENDED NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Brian C. Simms KC, Kevin G. Cambridge, and Peter Greaves, in their capacity as joint official liquidators and foreign representatives of FTX Digital Markets Ltd. (the "**JOLs**"), in the above-references cases, and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Jessica C. Lauria | Kevin Gross |
| J. Christopher Shore | Paul N. Heath |
| Brian D. Pfeiffer | Brendan J. Schlauch |
| Ashley R. Chase | David T. Queroli |
| Brett L. Bakemeyer | **RICHARDS, LAYTON & FINGER, P.A.** |
| **WHITE & CASE LLP** | One Rodney Square |
| 1221 Avenue of the Americas | 920 North King Street |
| New York, New York 10020-1095 | Wilmington, Delaware 19801 |
| Telephone: (212) 819-8200 | Telephone: (302) 651-7700 |
| Email: jessica.lauria@whitecase.com | Facsimile: (302) 651-7701 |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided here. A complete list of such information may be obtained on the website of the U.S. Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

AMERICAS 125608580
RLF1 30186476v.1

| | |
|---|---|
| cshore@whitecase.com | Email: gross@rlf.com |
| brian.pfeiffer@whitecase.com | heath@rlf.com |
| ashley.chase@whitecase.com | schlauch@rlf.com |
| brett.bakemeyer@whitecase.com | queroli@rlf.com |

Thomas E Lauria
Richard S. Kebrdle
**WHITE & CASE LLP**
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
          rkebrdle@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice shall not be deemed or construed to be a (i) consent to the jurisdiction and/or venue of the Bankruptcy Court, or (ii) a waiver of the JOLs' rights (a) to have final orders in noncore matters entered only after de novo review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which the JOLs are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the JOLs expressly reserve.

Dated: November 21, 2023
Wilmington, Delaware

/s/ *Brendan J. Schlauch*
**RICHARDS, LAYTON & FINGER, P.A.**

Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
David T. Queroli (No. 6318)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com
heath@rlf.com
schlauch@rlf.com
queroli@rlf.com

-and-

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

Thomas E Lauria (admitted *pro hac vice*)
Richard S. Kebrdle (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com
rkebrdle@whitecase.com

*Attorneys for the Joint Official Liquidators of FTX Digital Markets Ltd. (in Official Liquidation)*