SRF 74412

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3752** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

**PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims)* (the "Omnibus Objection") [D.I. 3752].[2] Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index. The Omnibus Objection can be found at docket number 3752.

{1368.002-W0073335.3}

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

{1368.002-W0073335.3}

## No Liability
## Schedule 1

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Green Healthy House, LLC. 9609 S. University Blvd #631274 Littleton CO 80163 | 4/7/2023 | 22-11066 | Alameda Research I.I.C | 1546 | $121,027,000.00 |

Reason: The Claimant did not provide any documentation in support of the claim. Utilizing the information provided within the claim form and following a robust review of its books and records, the Debtors have not identified any obligation owing to the claimant.

*Indicates claim contains unliquidated and/or undetermined amounts

1

changelo888@comcast.net
Charles D'Angelo

GreenHealthy...eDAO - DigitalFrames.io Inventory List

| Product | Type | | Description | # | $ | Eth | Sol |
|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Little Girl iberd | #2 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Collection of Crypto Robots | #3 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Daytona Infield | | $2.98 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Brickyard | | $2.98 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Eye | | $10.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Washington Wizards Series 1 | #869 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Washington Capitals Series 1 | #1174 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | Coachella x FTX Weekend | #4024 | $10.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 NFT | FTX - Off the Grid Miami | #3345 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | RauSS Pink Flaming$ | #2 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | One Dino Dollar | #8 | $2.50 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | Psychedilic Marbles | #2 | $6.81 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | Abstract Neon | #1 | $15.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | Rich Beach Club | #458 | $4.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | NFT Energy Stones | #63 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | Shaman's Cave Vision | #001 | $100.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 NFT | Nobles of Gaya Collections | #28 | | .002 Eth | |
| GreenHealthyHouseDAO | FTX | 5/31 NFT | Golden State Warriors Round 1 Comm. | #559 | $1.00 | | |
| GreenHealthyHouseDAO | FTX | 5/31 NFT | Nefertiti Coin | #4 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 5/31 NFT | AI-generated artblock | #3 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 6/3 NFT | Humpty Dumpty | #1633 | $2.00 | | |
| GreenHealthyHouseDAO | FTX | 6/4 NFT | Romeo | #1417 | $2.90 | | |
| GreenHealthyHouseDAO | FTX | 6/4 NFT | Good Boy | #232 | $6.50 | | |
| GreenHealthyHouseDAO | FTX | 6/5 NFT | My Little Gang | #48 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | NFT Energy Stones | #62 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | $Glare$ | | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Energy Stones | #4 | $2.75 | | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | FBHA | #10 | | .001 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Rome wasn't built in a day | #9 | | .005 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Mountain Series "Lava Mountain" | #5 | | .005 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Nois3 | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | 0setiya | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Inverse Bear 3D | #933 | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Max is Love | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Fiesty Fox | #9 | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Baby Turtle Cardano | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 NFT | Dogs on the Block | #3482 | | | .074 Sol |

GreenHealthyeDAO - DigitalFrames.io Inventory List

| | | | | | | | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Dogs on the Block | #3065 | | | .06 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Molly Water | #56 | | | .05 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Solana Penguin | #4738 | | | .044 Sol |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | God. Bring Us A Miracle | #3 | $3.33 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Golden State Warriors W. Conf Finals | #957 | $1.50 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Golden State Warriors W. Conf Finals | #958 | $1.50 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Abstract Artillery | #20 | $9.00 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | G8 3.5/4 Sul Koa Arc Hil | | | .009 Eth | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | G5 Toyger Bloodred | | | .008 Eth | |
| GreenHealthyHouseDAO | FTX | 6/28 | NFT | Abstract Artillery | #18 | $9.00 | | |
| GreenHealthyHouseDAO | FTX | 6/30 | NFT | Leaves | | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | 1964 Chevy Impala | | | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Golden State Warriors 75th Anniv. | #1918 | $20.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Edition Diamond | #1918 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Maximus Lounging III | | $5.00 | | |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | | | |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |



GreenHealthy●eDAO - DigitalFrames.io Inventory List

| | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? | ? |

GreenHealthy...eDAO – DigitalFrames.io Inventory List

| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |

There were a total of 121 NFT's from the FTX account that never got withdrawn on 11/09/22 and never made it to my Ledger wallet. Please find attached Inventory List of items purchased from FTX.US on the highlighted dates. This is the 3rd claimant attempt to provide the information to the court.

rgent

To U.S
824 N MARKET ST

WILMINGTON DE 19801-3011

DE 197 9-25



UPS NEXT DAY AIR    1
TRACKING #: 1Z AG5 747 01 9557 7446

BILLING: P/P

UPS.com

ly shipping documents on this side.

Express® envelopes may only contain
nts, and/or electronic media, and must weigh
es containing items other than those listed
be billed by weight.

e used only for documents of no commercial
electronic media as documents. Visit
f your shipment is classified as a document.

JPS Express envelope must weigh 8 oz. or less.
more than 8 oz. will be billed by weight.

not recommended for shipments of
ve personal information or breakable items.
t.

JPS Next Day
JPS Worldwi
JPS 2nd Day
JPS Worldwi

PS Ground
PS Standard
PS 3 Day Sel

ISH 13.00F 22P 458 42.6U 10/2023

SEE NOTICE ON REVERSE regarding UPS terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as knowing agent for export control and
customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration
Regulations. Diversion contrary to law is prohibited.

---

WILMINGTON DE 19801
FL 3
US BANKRUPTCY COURT
824 N MARKET ST

P: BLUE  S: LEFT  I: LEFT

□ X

323-1016  1030
1ZAG57470198657  7446

US 1972
SSLAN P.A1  NOV 21 08:35:85 2023
FXUV9U2J  HTP 23.9,0  29821R

han 110 years

S's privacy practices or to
ase see the UPS Privacy
010195101  9/20  PA



rriage hereunder may be subject to the rules relating to liability and oth
on of Certain Rules Relating to International Carriage by Air (the "Warsaw
arriage of Goods by Road (the "CMR Convention"). These commodities, t
e Export Administration Regulations. Diversion contrary to U.S. law prohi