### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

### NOTICE OF EMERGENT DEBTOR'S MOTION
### FOR AN ORDER AUTHORIZING THE ANTIGUAN COURT'S
### SUPERVISION OF EMERGENT DEBTOR'S ANTIGUAN PROFESSIONALS

**PLEASE TAKE NOTICE** that on November 22, 2023, Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession, filed the *Emergent Debtor's Motion for an Order Authorizing Antiguan Professionals to be Retained and Compensated Under the Supervision of the Antiguan Court* (the "Motion") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been scheduled for **December 12, 2023, at 10:00 a.m., prevailing Eastern Time**, before the Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Delaware, and all General

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

Orders applicable to the above-referenced chapter 11 case; (c) be filed electronically with the Court on the docket of *In re FTX Trading Ltd.*, Case No. 22-11068 (JTD), by registered users of the Court's electronic filing system and in accordance with the applicable General Orders (available on the Court's website at http://www.deb.uscourts.gov) **by December 5, 2023 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"); and (d) be promptly served on the following parties: (i) counsel to the Debtor, Morgan, Lewis & Bockius LLP, 2222 Market Street, Philadelphia, PA 19103, Attn: Matthew C. Ziegler (matthew.ziegler@morganlewis.com) and David K. Shim (david.shim@morganlewis.com), (ii) the Office of the United States Trustee for Region 3, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jon Lipshie (Jon.Lipshie@usdoj.gov), and (iii) all entities that requested notice in the Emergent Chapter 11 Case under Fed. R. Bankr. P. 2002.

**PLEASE TAKE FURTHER NOTICE** that if no responses to the Motion are timely filed, served, and received in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| Dated: November 22, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |