# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Lead Case) |
| | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Jody C. Barillare, hereby certify that on November 27, 2023, I caused to be served the *Emergent Debtor's Motion for Entry of an Order Authorizing Antiguan Professionals to be Retained and Compensated under the Supervision of the Antiguan Court* [D.I. 4098] by mailing true and correct copies by United States mail, first-class postage prepaid, to the parties listed on the service list attached hereto as **Exhibit A**. If the parties had mailing addresses outside the United States, I served copies of the documents by international priority mail. On November 27, 2023, I also served copies of the documents to all parties consenting to service through the Court's CM/ECF system, and via electronic mail to the extent email addresses are available.

Dated: November 27, 2023  
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

# **EXHIBIT A**

| | | |
|---|---|---|
| BLOCKFI INC. AND AFFILIATES<br>ATTN: ZAC PRINCE<br>201 MONTGOMERY STREET, SUITE 263<br>JERSEY CITY, NJ 07302 | COLE SCHOTZ P.C.<br>ATTN: MICHAEL D. SIROTA<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK, NJ 07601 | HAYNES AND BOONE, LLP<br>ATTN: RICHARD S. KANOWITZ<br>30 ROCKEFELLER PLAZA, FLOOR 26<br>NEW YORK, NY 10112 |
| KIRKLAND & ELLIES LLP<br>ATTN: JOSHUA A. SUSSBERG, P.C.<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER, DE 19904 | RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: KEVIN GROSS<br>920 N. KING STREET<br>WILMINGTON, DE 19801 |
| WHITE & CASE LLP<br>ATTN: JESSICA C. LAURIA<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA<br>200 SOUTH BISCAYNE BOULEVARD, SUITE 4900<br>MIAMI, FL 33131 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| LANDIS RATH & COBB LLP<br>ATTN: KIMBERLY A. BROWN<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW DIETDERICH<br>125 BROAD STREET<br>NEW YORK, NY 10004 | SULLIVAN & CROMWELL LLP<br>ATTN: BRIAN D. GLUECKSTEIN<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| FULCRUM DISTRESSED PARTNERS LIMITED<br>ATTN: MIREYA LIZARO<br>111 CONGRESS AVENUE, SUITE 2550<br>AUSTIN, TX 78701-4044 | HAZOOR DIGITAL ASSETS FUND, LP<br>ATTN: DARSH SINGH<br>9390 RESEARCH BLVD, BLDG. 2, SUITE 110<br>AUSTIN, TX 78759 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C<br>ATTN: THERESE M. DOHERTY<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>ATTN: EDWARD L. SCHNITZER<br>437 MADISON AVENUE, 24TH FLOOR<br>NEW YORK, NY 10022 | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |
| GENOVA BURNS LLC<br>ATTN: DANIEL M. STOLZ<br>110 ALLEN ROAD, SUITE 304<br>BASKING RIDGE, NJ 07920 | ROBINHOOD MARKETS, INC.<br>ATTN: RYNE MILLER<br>60 BROAD STREET, SUITE 2501<br>NEW YORK, NY 10004 | ROBINHOOD MARKETS, INC.<br>ATTN: VIKRAM GROVER<br>85 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| ROBINHOOD MARKETS, INC.<br>C/O INCORPORATING SERVICES, LTD.<br>7801 FOLSOM BLVD. # 202<br>SACRAMENTO, CA 95826 | SAMUEL BENJAMIN BANKMAN-FRIED<br>27 VERIDIAN CORPORATE CENTER<br>WESTERN ROAD<br>NASSAU, BAHAMAS | SAMUEL BENJAMIN BANKMAN-FRIED<br>167 N GREEN STREET, FLOOR 11, SUITE 2<br>CHICAGO, IL 60607 |
| SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK, NY 10281-1022 | SECRETARY OF STATE<br>DIVISION OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 |

| SECRETARY OF THE TREASURY<br>15TH AND PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20020 | UNITED STATES ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE – CIVIL DIVISION<br>1313 N MARKET STREET<br>WILMINGTON, DE 19801 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: BENJAMIN A. HACKMAN<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON, DE 19801 |
|---|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: SETH B. SHAPIRO<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: JON LIPSHIE<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207, LOCKBOX 35<br>WILMINGTON, DE 19801 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: DAVID GERARDI<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK, NJ 07102 |
| YONATAN BEN SHIMON<br>C/O FORBES HARE<br>QWOMAR BUILDING, 4TH FLOOR<br>BLACKBURN HIGHWAY<br>ROAD TOWN, TORTOLA VG 1110<br>BRITISH VIRGIN ISLANDS | ZIXIAO GARY WANG<br>304 ISLAND LN<br>EGG HARBOR TOWNSHIP, NJ 08234 | FRIED, FRANK, HARRIS, SHRIVER, AND JACOBSON LLP<br>ATTN: ILAN T. GRAFF<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| SAMUEL BANKMAN-FRIED<br>743 COOKSEY LANE<br>STANFORD, CA 94305 | PAUL HASTINGS LLP<br>ATTN: LUC A. DESPINS<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: MATTHEW B. LUNN<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>ATTN: GREGORY T. DONILON<br>1105 NORTH MARKET STREET, 15TH FLOOR<br>WILMINGTON, DE 19801 | BLANK ROME LLP<br>ATTN: JOSEF W. MINTZ<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | |