# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel, with the address and contact information listed below, should be substituted for Juliet Sarkessian, Esq. as counsel of record for the United States Trustee for Region 3 in the above-captioned cases, and should be added to all service lists, including the Court's electronic notification list, in the above-captioned cases:

> Linda Richenderfer, Esq.
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801
> Telephone: (302) 573-6491
> Email: linda.richenderfer@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **ANDREW R. VARA**<br>**UNITED STATES TRUSTEE**<br>**Region 3** |
| Dated: November 27, 2023 | BY: */s/ Linda Richenderfer*<br>Linda Richenderfer, Esq. (DE #4138)<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>(302) 573-6497 (Fax)<br>linda.richenderfer@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Linda Richenderfer, hereby certify that I served copies of the attached *Notice of Substitution of Counsel* through the CM/ECF notification system and by email on November 27, 2023.

*s/Linda Richenderfer*
Linda Richenderfer

3