## EXHIBIT A

**Fees**

30970452.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Official Committee of Unsecured Creditors
200 Park Avenue
New York, NY 10166

| | |
|---|---|
| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046865 |
| Matter Number: | 102750.1001 |

Re:  FTX
    Billing Period through September 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 126,889.50 |
| Disbursements | $ | 721.37 |
| Total Due This Invoice | $ | 127,610.87 |

Official Committee of Unsecured Creditors re: FTX | Invoice Date: | November 13, 2023
Billing Period through September 30, 2023 | Invoice Number: | 50046865
| Matter Number: | 102750.1001

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/01/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 09/01/23 | DLASK | Update critical dates memo | B001 | 0.20 | 73.00 |
| 09/02/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 09/05/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 09/05/23 | RFPOP | Review and analyze UST opening brief for UST third circuit examiner motion appeal | B001 | 0.50 | 445.00 |
| 09/08/23 | DLASK | Update critical dates memo | B001 | 0.40 | 146.00 |
| 09/08/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 09/11/23 | RFPOP | Review and analyze debtors stakeholder update materials | B001 | 0.40 | 356.00 |
| 09/12/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 09/13/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 09/14/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to counsel | B001 | 0.30 | 109.50 |
| 09/15/23 | DLASK | Update critical dates memo | B001 | 0.30 | 109.50 |
| 09/15/23 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Matt Laskowski) re: attorney acknowledgments for UST third circuit examiner motion appeal | B001 | 0.20 | 178.00 |
| 09/18/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 09/19/23 | DLASK | Review adversary dockets, update critical dates | B001 | 0.60 | 219.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:              November 13, 2023
Invoice Number:                   50046865
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/22/23 | DLASK | Update critical dates memo | B001 | 0.20 | 73.00 |
| 09/22/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 09/26/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 09/27/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 09/28/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 09/28/23 | RFPOP | Review and comment on draft committee answering brief for third circuit UST examiner motion appeal, and email to and from Paul Hastings (Jack Iaffaldano) re: same | B001 | 0.50 | 445.00 |
| 09/28/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale), UST and Chambers re: UST motion to compel ad hoc customer group to disclose additional information | B001 | 0.20 | 178.00 |
| 09/29/23 | RFPOP | Review and analyze UST motion to compel ad hoc customer group to disclose additional information | B001 | 0.20 | 178.00 |
| 09/29/23 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) and call from Jack Iaffaldano re: answering brief for third circuit UST examiner motion appeal, and consider related issues re: same | B001 | 0.40 | 356.00 |
| 09/11/23 | MLUNN | Review agenda re: September 13th hearing | B002 | 0.10 | 102.50 |
| 09/11/23 | RFPOP | Review and analyze agenda for September 13th hearing | B002 | 0.10 | 89.00 |
| 09/12/23 | DLASK | Assist in preparation for hearing, prepare hearing binders | B002 | 0.60 | 219.00 |
| 09/12/23 | MLUNN | Correspondence with E. Gilad and K. Pasquale re: September 13th hearing | B002 | 0.20 | 205.00 |
| 09/13/23 | JKOCH | Attend hearing | B002 | 0.90 | 504.00 |
| 09/13/23 | MLUNN | Review revised orders in preparation for hearing (.4); meeting with K. Pasquale and R. Poppiti in preparation for hearing (.8); and attend hearing (1.4) and follow-up with K. Pasquale and E. Gilad (.4) | B002 | 3.00 | 3,075.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:                 November 13, 2023
Invoice Number:                      50046865
Matter Number:                    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/02/23 | RFPOP | Review and analyze debtors eighth interim financial update | B004 | 0.10 | 89.00 |
| 09/11/23 | RFPOP | Emails to and from counsel for debtors (Matt Pierce) re: revised order for debtors fifth rejection motion, and review redline of revised order re: same | B005 | 0.20 | 178.00 |
| 09/01/23 | JKOCH | Research legal standards in connection with objection to reimbursement motion | B006 | 2.00 | 1,120.00 |
| 09/01/23 | MLUNN | Review summary of proposed de minimis asset sale | B006 | 0.10 | 102.50 |
| 09/01/23 | MLUNN | Call with G. Sasson re multiple issues including motion to pay ad hoc committee fees and fee examiner reservation request (.2) and call with R. Poppiti re same (.2) | B006 | 0.40 | 410.00 |
| 09/02/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Gabe Sasson) re: anticipated committee objection to debtors motion to approve reimbursement agreements with ad hoc customer group | B006 | 0.30 | 267.00 |
| 09/03/23 | JKOCH | Research legal standards in connection with objection to reimbursement motion | B006 | 1.00 | 560.00 |
| 09/03/23 | MLUNN | Correspondence with G. Sasson and R. Poppiti re: research for objection to request for payment of ad hoc fees | B006 | 0.30 | 307.50 |
| 09/03/23 | RFPOP | Review and comment on draft committee objection to debtors motion to approve reimbursement agreements with ad hoc customer group (1.2), and emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Jill McMillan) (.2) re: same | B006 | 1.40 | 1,246.00 |
| 09/04/23 | JKOCH | Research legal standards in connection with objection to reimbursement motion | B006 | 0.90 | 504.00 |
| 09/04/23 | MLUNN | Review discovery requests to Debtors and the ad hoc committee re: request to pay as hoc committee fees | B006 | 0.40 | 410.00 |
| 09/04/23 | MLUNN | Review draft reservation of rights to coin monetization motion and Galaxy engagement | B006 | 0.10 | 102.50 |
| 09/04/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Ken Pasquale, Isaac Sasson and Jill McMillan) re: draft committee objection to debtors motion to approve reimbursement agreements with ad hoc customer group and related committee discovery | B006 | 0.30 | 267.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | November 13, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046865 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/23 | MLUNN | Call with R. Poppiti re: issues in connection with motion to reimburse ad hoc fees (.1); call with I. Sasson, K. Pasquale and R. Poppiti re: discovery and evidentiary issues in connection with same (.4); and related follow-up with R. Poppiti (.1) | B006 | 0.60 | 615.00 |
| 09/05/23 | MLUNN | Correspondence with J. Kochenash re: preparation of motion to seal in connection with objection to request to pay ad hoc fees | B006 | 0.20 | 205.00 |
| 09/05/23 | MLUNN | Review draft objection to motion to pay ad hoc fees and enter into reimbursement agreements | B006 | 0.90 | 922.50 |
| 09/05/23 | RFPOP | Call with M. Lunn (.1), call with M. Lunn and Paul Hastings (Isaac Sasson) and follow-up call with M. Lunn (.5), and emails to and from M. Lunn, J. Kochenash, and Paul Hastings (Gabe Sasson, Isaac Sasson and Jill McMillan) (.3) re: debtors motion to approve reimbursement agreements with ad hoc customer group and committee objection and related discovery, and review committee discovery and requests for 30(b)(6) deposition (.2), review and comment on revised draft committee objection (.5) and review and comment on draft notices of service of discovery and requests for 30(b)(6) deposition (.6) re: same | B006 | 2.20 | 1,958.00 |
| 09/05/23 | RFPOP | Review and comment on draft committee reservation of rights for debtors token monetization motion, and email from Paul Hastings (Erez Gilad) re: same | B006 | 0.10 | 89.00 |
| 09/06/23 | MLUNN | Review SEC reservation of rights re: coin monetization motion | B006 | 0.10 | 102.50 |
| 09/06/23 | MLUNN | Confer with J. Kochenash re: notices for service of discovery in connection with motion to reimburse ad hoc fees | B006 | 0.10 | 102.50 |
| 09/06/23 | MLUNN | Review and analysis of UST objection to motion to pay ad hoc committee fees | B006 | 0.30 | 307.50 |
| 09/06/23 | MLUNN | Review sealing issues for exhibits to declaration re: objection to motion to pay ad hoc committee fees | B006 | 0.20 | 205.00 |
| 09/06/23 | RFPOP | Review and analyze UST objection to debtors motion to approve reimbursement agreements for ad hoc customer group professional fees | B006 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:           November 13, 2023
Invoice Number:              50046865
Matter Number:            102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/06/23 | RFPOP | Emails to and from M. Lunn, J. Kochenash, Paul Hastings (Ken Pasquale, Isaac Sasson and Kill McMillan), and UST (.5) and calls with Isaac Sasson (.2) re: committee draft objection to debtors motion to approve reimbursement agreements for ad hoc customer group professional fees, and review draft declaration in support of objection and related exhibits and consider related confidentiality and sealing issues (.7) re: same | B006 | 1.40 | 1,246.00 |
| 09/06/23 | RFPOP | Review and analyze SEC reservation of rights re: debtors motions to approve token monetization process and enter into agreement with investment advisor | B006 | 0.10 | 89.00 |
| 09/07/23 | MLUNN | Call with R. Poppiti re: sealing issues with objection and declaration in connection with motion to reimburse ad hoc fees | B006 | 0.30 | 307.50 |
| 09/07/23 | MLUNN | Review and revise motion to seal objection and declaration re: motion to reimburse ad hoc fees and correspondence with I. Sasson re: same | B006 | 0.40 | 410.00 |
| 09/07/23 | MLUNN | Review draft statement in response to coin monetization motion | B006 | 0.10 | 102.50 |
| 09/07/23 | MLUNN | Correspondence with I. Sasson and K. Pasquale re: objection to motion to reimburse ad hoc fees and agreement with debtors to adjourn to October hearing | B006 | 0.40 | 410.00 |
| 09/07/23 | MLUNN | Review UST objection to coin monetization motion | B006 | 0.20 | 205.00 |
| 09/07/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: proposed resolution of committee informal response to debtors token monetization motion; review and analyze UST objection to same | B006 | 0.30 | 267.00 |
| 09/07/23 | RFPOP | Emails to (.2) and from (.2) Paul Hastings (Ken Pasquale and Isaac Sasson), counsel for debtors (Alexa Kranzley and Kim Brown) and counsel for ad hoc customer group (Matt Harvey) re: debtors motion to approve reimbursement agreements for ad hoc customer group professional fees, including related confidentiality and sealing issues, and review related documents to be sealed (.2) and confidentiality agreement and protective order (.3) re: same | B006 | 0.90 | 801.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046865
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/07/23 | RFPOP | Call with M. Lunn re: draft committee objection to debtors motion to approve reimbursement agreements for ad hoc customer group professional fees and related sealing issues and re: exclusivity issues | B006 | 0.50 | 445.00 |
| 09/08/23 | MLUNN | Review revised sale order (.2); review revised Galaxy retention order (.1) and review revised services agreement (.3); review term sheet (.2) re: monetization motion | B006 | 0.80 | 820.00 |
| 09/08/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: proposed resolution of committee informal response to debtors token monetization motion | B006 | 0.10 | 89.00 |
| 09/11/23 | MLUNN | Review reply to UST objection to coin monetization motion | B006 | 0.20 | 205.00 |
| 09/11/23 | RFPOP | Review and analyze debtors reply to UST objection to debtors token monetization motion | B006 | 0.10 | 89.00 |
| 09/12/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Ken Pasquale and Erez Gilad) re: proposed resolution of UST objection to debtors token monetization motion | B006 | 0.10 | 89.00 |
| 09/13/23 | RFPOP | Review and comment on draft joint committee and debtors motion to extend period to seal customer information (.5), and emails to and from Paul Hastings (Jack Iaffaldano) and counsel for debtors (Julie Kapoor and Matt Pierce) (.2) re: same | B006 | 0.70 | 623.00 |
| 09/14/23 | RFPOP | Review PWP summary of de minimis asset sale offers for venture portfolio, and email from PWP (Nikhil Velivela) re: same | B006 | 0.10 | 89.00 |
| 09/15/23 | MLUNN | Analysis of cash flow analysis and update | B006 | 0.20 | 205.00 |
| 09/15/23 | MLUNN | Review de minimis asset sale summary | B006 | 0.10 | 102.50 |
| 09/15/23 | RFPOP | Review FTI updated cash flow forecast summary, and email from FTI (Max Dawson) re: same | B006 | 0.20 | 178.00 |
| 09/19/23 | RFPOP | Email to and from Paul Hastings (Ken Pasquale) re: response brief for media customer sealing motion appeal | B006 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

| | | | Invoice Date: | | November 13, 2023 |
| | | | Invoice Number: | | 50046865 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/20/23 | RFPOP | Review and comment on draft committee and debtors joint answering brief in medial customer sealing motion appeal (.4), and emails to and from M. Lunn and Paul Hastings (Jack Iaffaldano) (.1) re: same | B006 | 0.50 | 445.00 |
| 09/21/23 | MLUNN | Review asset sale summary | B006 | 0.10 | 102.50 |
| 09/21/23 | RFPOP | Review and comment on revised draft joint committee and debtors answering brief in media customer sealing appeal, and emails to and from M. Lunn, Paul Hastings (Jack Iaffaldano and Matt Pierce) and counsel for debtors (Julie Kapoor) re: same | B006 | 0.40 | 356.00 |
| 09/22/23 | MLUNN | Review FTI summary of coin monetization selling parameters and authority | B006 | 0.10 | 102.50 |
| 09/28/23 | RFPOP | Review and analyze UST objection to joint debtors and committee motion to extend sealing of customer information | B006 | 0.50 | 445.00 |
| 09/13/23 | MLUNN | Review motion to extend customer redaction deadline | B007 | 0.30 | 307.50 |
| 09/20/23 | MLUNN | Review draft opening brief re: customer sealing appeal | B007 | 0.60 | 615.00 |
| 09/20/23 | RFPOP | Review and analyze debtors motion to modify local rules for claims objections | B007 | 0.20 | 178.00 |
| 09/21/23 | MLUNN | Review revised draft of brief in opposition to appeal of customer sealing order | B007 | 0.40 | 410.00 |
| 09/22/23 | MLUNN | Review proposed claim and cause of action settlements | B007 | 0.10 | 102.50 |
| 09/22/23 | MLUNN | Review summary of settlement stipulation with BlockFi | B007 | 0.10 | 102.50 |
| 09/24/23 | MLUNN | Correspondence with K. Pasquale and UCC members re: BlockFi stipulation, including review of BlockFi POC | B007 | 0.40 | 410.00 |
| 09/25/23 | MLUNN | Review draft stipulation with BlockFi re: claim resolution | B007 | 0.20 | 205.00 |
| 09/25/23 | RFPOP | Review and comment on draft proposed BlockFi claims and litigation stipulation, and emails to and from Paul Hastings (Ken Pasquale) re: same | B007 | 0.30 | 267.00 |
| 09/27/23 | MLUNN | Review UST objection to request to seal customer information | B007 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:           November 13, 2023
Invoice Number:                  50046865
Matter Number:               102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/27/23 | RFPOP | Call with Paul Hastings (Gabe Sasson) and UST re: debtors motion to modify omnibus claims objection rules (.5), and prepare for same (.1) | B007 | 0.60 | 534.00 |
| 09/29/23 | RFPOP | Review and analyze debtors motion to further extend deadline to determine the dischargeability of certain claims; review and analyze UST objection to debtors motion to modify omnibus claims objection rules | B007 | 0.40 | 356.00 |
| 09/06/23 | MLUNN | Review materials in preparation for call (.3); update and strategy call with UCC members, PH, FTI and Jefferies re: various case issues (1.3); and follow up with R. Poppiti (.2) | B008 | 1.80 | 1,845.00 |
| 09/06/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.3), and follow-up call with M. Lunn to discuss next steps (.2) re: same | B008 | 1.50 | 1,335.00 |
| 09/11/23 | MLUNN | Review materials in preparation for meeting with Debtors, ad hoc and UCC (.5); attend (zoom) portions of meeting (2.7) | B008 | 3.20 | 3,280.00 |
| 09/14/23 | MLUNN | Review memo to UCC members re: summary of settlement and plan meeting with Debtors and Ad Hoc | B008 | 0.20 | 205.00 |
| 09/19/23 | RFPOP | Prepare for September 20th committee call to provide update on status of and strategy for Voyager mediation | B008 | 0.40 | 356.00 |
| 09/20/23 | MLUNN | Review materials in preparation for UCC member strategy and update call (.3); attend UCC member strategy and update call with UCC advisors (1.9) | B008 | 2.20 | 2,255.00 |
| 09/20/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams re: case update and strategy and upcoming deadlines and tasks (1.9), and review and analyze materials from Paul Hastings, FTI and Jefferies in preparation for same (.3), and emails from Paul Hastings (Leonie Koch) and Jefferies (Daniel Homrich) (.1) re: same | B008 | 2.30 | 2,047.00 |
| 09/27/23 | MLUNN | Review materials in connection with preparation for meeting with UCC members (.6); attend update and strategies call with UCC members, PH, FTI and Jefferies (2.3) | B008 | 2.90 | 2,972.50 |

Official Committee of Unsecured Creditors re: FTX     Invoice Date:     November 13, 2023
Billing Period through September 30, 2023     Invoice Number:     50046865
     Matter Number:     102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/27/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (2.3), and emails from Paul Hastings (Leonie Koch), FTI (Brian Bromberg) and Jefferies (Michael Diodato) and review materials from Paul Hastings, FTI and Jefferies in preparation for same (.4) | B008 | 2.70 | 2,403.00 |
| 09/22/23 | MLUNN | Review Island Air motion for relief from stay | B009 | 0.30 | 307.50 |
| 09/22/23 | RFPOP | Review and analyze Island Air Capital stay relief motion | B009 | 0.40 | 356.00 |
| 09/02/23 | RFPOP | Email to and from Paul Hastings (Leonie Koch) re: investigations update | B011 | 0.10 | 89.00 |
| 09/03/23 | MLUNN | Correspondence with I. Sasson re: mediation motion and related correspondence with R. Poppiti | B011 | 0.20 | 205.00 |
| 09/05/23 | JKOCH | Draft notices of discovery | B011 | 0.80 | 448.00 |
| 09/05/23 | JKOCH | Email correspondence (multiple) with R. Poppiti and M. Lunn re: AHC reimbursement motion | B011 | 0.20 | 112.00 |
| 09/05/23 | JKOCH | Review R. Poppiti's comments to discovery notices and revise discovery notices | B011 | 0.60 | 336.00 |
| 09/05/23 | JKOCH | Review objection to AHC reimbursement motion (.5); review protective order in connection with motion to seal (.3); draft motion to seal objection to AHC reimbursement motion (1.0) | B011 | 1.80 | 1,008.00 |
| 09/05/23 | RFPOP | Review and analyze debtors motion to compel JPL production of documents | B011 | 0.30 | 267.00 |
| 09/06/23 | DLASK | Finalize for filing and coordinate service of joinder to motion to compel in Digital Markets adversary | B011 | 0.40 | 146.00 |
| 09/06/23 | DLASK | Finalize for filing, file notice of service of discovery and notice of deposition of debtors regarding motion to enter into reimbursement agreements | B011 | 0.50 | 182.50 |
| 09/06/23 | JKOCH | Email correspondence (multiple) with D. Laskin re: notices of discovery | B011 | 0.10 | 56.00 |
| 09/06/23 | JKOCH | Email correspondence with R. Poppiti re: motion to seal objection to AHC reimbursement motion | B011 | 0.10 | 56.00 |
| 09/06/23 | JKOCH | Draft motion to seal objection to AHC reimbursement motion | B011 | 0.60 | 336.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046865
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/06/23 | RFPOP | Review and finalize for filing joinder to motion to compel JPL production of documents, and emails to and from D. Laskin and Paul Hastings (Leonie Koch) re: same | B011 | 0.30 | 267.00 |
| 09/07/23 | JKOCH | Revise motion to seal objection to AHC reimbursement motion | B011 | 0.40 | 224.00 |
| 09/11/23 | RFPOP | Review and analyze debtors adversary complaint against LayerZero | B011 | 0.40 | 356.00 |
| 09/11/23 | RFPOP | Review and analyze investigations update summary from Paul Hastings, and email from Paul Hastings (Leonie Koch) re: same | B011 | 0.20 | 178.00 |
| 09/12/23 | MLUNN | Review UST opening brief re: examiner denial appeal | B011 | 0.40 | 410.00 |
| 09/12/23 | MLUNN | Review motion to dismiss and motion to stay proceeding filed by K5 | B011 | 0.50 | 512.50 |
| 09/12/23 | RFPOP | Review and analyze K5 motion to stay adversary proceeding and related stipulation for scheduling of adversary proceeding | B011 | 0.60 | 534.00 |
| 09/13/23 | MLUNN | Review notice of scheduling of oral argument re: examiner appeal | B011 | 0.10 | 102.50 |
| 09/15/23 | DLASK | Prepare argument acknowledgment forms for 3rd circuit appeal | B011 | 0.30 | 109.50 |
| 09/15/23 | DLASK | Update electronic adversary dockets | B011 | 0.30 | 109.50 |
| 09/15/23 | RFPOP | Review and analyze K5 motion to dismiss adversary complaint | B011 | 0.60 | 534.00 |
| 09/19/23 | MLUNN | Analysis of complaint against A. Bankman and B. Fried | B011 | 0.80 | 820.00 |
| 09/19/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: agenda/litigation update for September 20th committee call | B011 | 0.10 | 89.00 |
| 09/19/23 | RFPOP | Review and analyze debtors adversary complaint against Bankman and Fried | B011 | 0.50 | 445.00 |
| 09/21/23 | RFPOP | Review and analyze adversary complaint filed by debtors against Burgess et al. | B011 | 0.40 | 356.00 |
| 09/22/23 | MLUNN | Review complaint against LayerZero | B011 | 0.30 | 307.50 |
| 09/22/23 | RFPOP | Review and analyze debtors objection to K5 motion to withdraw the reference | B011 | 0.40 | 356.00 |
| 09/25/23 | MLUNN | Review preference complaint against Burgess, et. al. | B011 | 0.30 | 307.50 |
| 09/25/23 | MLUNN | Review objection to K5 motion to withdraw reference | B011 | 0.30 | 307.50 |

Official Committee of Unsecured Creditors re: FTX   Invoice Date:   November 13, 2023
Billing Period through September 30, 2023   Invoice Number:   50046865
   Matter Number:   102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/25/23 | RFPOP | Email to and from Paul Hastings (Leonie Koch) re: investigation and litigation update | B011 | 0.10 | 89.00 |
| 09/27/23 | MLUNN | Litigation update and strategy call with K. Pasquale, I. Sasson and R. Poppiti | B011 | 0.70 | 717.50 |
| 09/27/23 | RFPOP | Call with M. Lunn and Paul Hastings (Ken Pasquale and Isaac Sasson) re: investigation and litigation update and related issues | B011 | 0.70 | 623.00 |
| 09/28/23 | RFPOP | Review and analyze revised proposed scheduling order for JPL adversary proceeding | B011 | 0.10 | 89.00 |
| 09/28/23 | RFPOP | Review and analyze debtors objection to K5 motion to stay adversary proceeding pending plan confirmation | B011 | 0.50 | 445.00 |
| 09/29/23 | MLUNN | Review and provide comments to draft brief in response to UST 3d circuit brief re: examiner ruling | B011 | 0.50 | 512.50 |
| 09/06/23 | RFPOP | Call from counsel for debtors (Kim Brown) re: committee motion to compel mediation re: chapter 11 plan and related issues | B012 | 0.10 | 89.00 |
| 09/07/23 | MLUNN | Analysis of motion to extend exclusivity deadlines | B012 | 0.40 | 410.00 |
| 09/07/23 | RFPOP | Emails to and from counsel for debtors (Kim Brown) and counsel for ad hoc customer group (Matt Harvey) re: committee motion to compel mediation of chapter 11 plan and related issues | B012 | 0.20 | 178.00 |
| 09/08/23 | MLUNN | Review agenda for meeting with Debtors and ad hoc re: various issues, including plan issues | B012 | 0.10 | 102.50 |
| 09/11/23 | RFPOP | Review and analyze debtors motion to extend exclusivity deadline (.4), and call with M. Lunn re: same and various chapter 11 plan issues (.3) | B012 | 0.70 | 623.00 |
| 09/11/23 | RFPOP | Review and analyze plan recovery analysis from debtors, and email from Paul Hastings (Gabe Sasson) re: same | B012 | 0.30 | 267.00 |
| 09/11/23 | RFPOP | Review and analyze distribution and preference analyses from FTI re: chapter 11 plan, and email from FTI (Max Dawson) re: same | B012 | 0.30 | 267.00 |
| 09/11/23 | RFPOP | Review and analyze from Paul Hastings re: recovery rights tokens re: chapter 11 plan, and email from Paul Hastings (Isaac Sasson) re: same | B012 | 0.40 | 356.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:                    November 13, 2023
Invoice Number:                           50046865
Matter Number:                        102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/13/23 | RFPOP | Meet with M. Lunn and Paul Hastings (Ken Pasquale) re: various chapter 11 plan and related issues | B012 | 0.90 | 801.00 |
| 09/13/23 | RFPOP | Emails to and from Paul Hastings (Gabe Sasson and Jack Iaffaldano) re: proposed resolution of committee informal response to debtors motion to extend exclusivity deadline | B012 | 0.30 | 267.00 |
| 09/15/23 | RFPOP | Email from Paul Hastings (Gabe Sasson) re: chapter 11 plan negotiations | B012 | 0.20 | 178.00 |
| 09/22/23 | MLUNN | Review modified exclusivity order | B012 | 0.10 | 102.50 |
| 08/15/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway (.2), Paul Hastings (.2) and FTI (.2) | B017 | 0.60 | 219.00 |
| 09/01/23 | MLUNN | Correspondence with C. Abbey re reply to proposed resolution of issues raised with YCST 2nd interim fee application | B017 | 0.10 | 102.50 |
| 09/01/23 | RFPOP | Call with M. Lunn and email from fee examiner re: proposed resolution of fee examiner response to YCST second interim fee application | B017 | 0.30 | 267.00 |
| 09/05/23 | MLUNN | Response to fee examiner re: agreement to proposed reduction | B017 | 0.10 | 102.50 |
| 09/05/23 | MLUNN | Review fee examiner report re: 2nd interim fee application | B017 | 0.30 | 307.50 |
| 09/08/23 | JKOCH | Email correspondence with UCC professionals re: interim fee order | B017 | 0.10 | 56.00 |
| 09/08/23 | RFPOP | Emails to and from J. Kochenash and counsel for debtors (Matt Pierce) re: draft proposed interim fee order | B017 | 0.10 | 89.00 |
| 09/10/23 | MLUNN | Review draft interim fee order and correspondence with R. Poppiti and J. Kochenash | B017 | 0.20 | 205.00 |
| 09/11/23 | DLASK | Assemble, finalize for filing and coordinate service of monthly fee applications for May, June and July for Jefferies | B017 | 1.00 | 365.00 |
| 09/11/23 | JKOCH | Review Jefferies' May fee application (.3); review Jefferies' June fee application (.2); review Jefferies' July fee application (.3) | B017 | 0.80 | 448.00 |
| 09/11/23 | MLUNN | Correspondence with R. Poppiti re: interim fee order | B017 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:                November 13, 2023
Invoice Number:                   50046865
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/11/23 | RFPOP | Review and comment on draft proposed interim fee order, and email to and from counsel for debtors (Matt Pierce) re: same | B017 | 0.10 | 89.00 |
| 09/12/23 | DLASK | Finalize for filing and coordinate service of FTI's July fee application | B017 | 0.40 | 146.00 |
| 09/12/23 | JKOCH | Review FTI fee application (.4); email correspondence (multiple) with PH and FTI re: same (.2) | B017 | 0.60 | 336.00 |
| 09/13/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 8th fee application for July | B017 | 0.40 | 146.00 |
| 09/13/23 | DLASK | Update, assemble Paul Hastings' fee application | B017 | 0.30 | 109.50 |
| 09/13/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's 8th fee application for July | B017 | 0.40 | 146.00 |
| 09/13/23 | JKOCH | Review Paul Hastings' 8th monthly fee application | B017 | 0.60 | 336.00 |
| 09/13/23 | JKOCH | Review and comment on drafts of the third interim fee application and YCST's supplement thereto | B017 | 1.00 | 560.00 |
| 09/15/23 | DLASK | Finalize for filing and coordinate service of third interim fee application of committee's professionals and related supplements | B017 | 0.80 | 292.00 |
| 09/15/23 | JKOCH | Review Jefferies supplement to Third Interim Fee Application | B017 | 0.40 | 224.00 |
| 09/15/23 | JKOCH | Review Paul Hastings supplement to interim fee application | B017 | 0.30 | 168.00 |
| 09/15/23 | JKOCH | Review FTI supplement to Third Interim Fee Application | B017 | 0.40 | 224.00 |
| 09/15/23 | MLUNN | Review fee examiner fee application through April and fee application for April though July | B017 | 0.40 | 410.00 |
| 09/15/23 | MLUNN | Review and provide comments to Paul Hastings draft supplement to 3rd interim fee application | B017 | 0.20 | 205.00 |
| 09/18/23 | DLASK | Prepare certificate of no objection for FTI's 7th fee application for June | B017 | 0.20 | 73.00 |
| 09/18/23 | DLASK | Prepare certificate of no objection for Young Conaway's 7th fee application for June | B017 | 0.20 | 73.00 |
| 09/18/23 | DLASK | Prepare certificate of no objection for Paul Hastings's 7th fee application for June | B017 | 0.20 | 73.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date:           November 13, 2023
Invoice Number:                  50046865
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/19/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.60 | 219.00 |
| 09/19/23 | JKOCH | Review CNOs for Paul Hastings, FTI, and YCST | B017 | 0.30 | 168.00 |
| 09/27/23 | MLUNN | Confer with J. Kochenash re: interim fee summary for examiner | B017 | 0.10 | 102.50 |
| 09/11/23 | RFPOP | Review and revise committee professionals draft third interim fee application and YCST supplement for same, and emails to and from D. Laskin re: same | B018 | 0.50 | 445.00 |
| 09/13/23 | RFPOP | Review and comment on revised draft committee third interim fee application, and email to and from J. Kochenash re: same | B018 | 0.10 | 89.00 |
| 09/14/23 | RFPOP | Emails to and from J. Kochenash and D. Laskin re: committee third interim fee application | B018 | 0.10 | 89.00 |
| 09/15/23 | MLUNN | Confidentiality review of August fee statement in preparation for submission | B018 | 0.80 | 820.00 |
| 09/15/23 | MLUNN | Review supplement to YCST 3rd interim fee request | B018 | 0.20 | 205.00 |
| 09/15/23 | RFPOP | Emails to and from J. Kochenash and D. Laskin re: committee third interim fee application and Paul Hastings and YCST supplements to same | B018 | 0.20 | 178.00 |
| 09/20/23 | RFPOP | Review invoice for YCST August 2023 fee application re: confidentiality and local rule compliance | B018 | 0.30 | 267.00 |
| 09/22/23 | DLASK | Review August invoice, prepare August fee application for Young Conaway | B018 | 1.20 | 438.00 |
| 09/26/23 | DLASK | Update August fee application | B018 | 0.20 | 73.00 |
| 09/26/23 | MLUNN | Travel to NYC (less time working and billed at 1/2 time) (1.1); travel to Wilmington (less time working and billed at 1/2 time) (1.6) | B019 | 2.70 | 2,767.50 |
| 09/26/23 | RFPOP | Working travel from Delaware mediation (1.1) and non-working travel to Delaware from mediation (1.6) (billed at 1/2 time) | B019 | 2.70 | 2,403.00 |
| 09/01/23 | MLUNN | Review motion to dismiss memo in support of dismissal of JPL claims | BN014 | 0.30 | 307.50 |
| 09/01/23 | MLUNN | Review Debtors' answer to JPL adversary | BN014 | 0.30 | 307.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | November 13, 2023 |
| Billing Period through September 30, 2023 | | | Invoice Number: | | 50046865 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/23 | MLUNN | Review FTX response to JPL's motion to dismiss | BN014 | 0.40 | 410.00 |
| 09/04/23 | JKOCH | Review Voyager's reply mediation brief | BN015 | 1.10 | 616.00 |
| 09/07/23 | MLUNN | Develop responses to Voyager mediation statement in preparation for mediation (1.2) and outline research issues (.6) | BN015 | 1.80 | 1,845.00 |
| 09/12/23 | MLUNN | Confer with J. Kochenash re: preparations for mediation | BN015 | 0.10 | 102.50 |
| 09/12/23 | RFPOP | Emails to and from M. Lunn, J. Kochenash, counsel for Voyager (Darren) and mediator re: Voyager mediation preparation | BN015 | 0.10 | 89.00 |
| 09/14/23 | JKOCH | Confer with M. Lunn and R. Poppiti re: mediation preparation | BN015 | 0.50 | 280.00 |
| 09/14/23 | MLUNN | Prepare for meeting re: mediation preparation (.3); and meeting with R. Poppiti and J. Kochenash re: mediation preparation (.5) | BN015 | 0.80 | 820.00 |
| 09/14/23 | RFPOP | Meet with M. Lunn and J. Kochenash re: Voyager mediation preparation and strategy (.5), and briefly prepare for same (.2) | BN015 | 0.70 | 623.00 |
| 09/18/23 | JKOCH | Research case law in connection with mediation issues | BN015 | 2.70 | 1,512.00 |
| 09/18/23 | MLUNN | Correspondence with R. Poppiti and correspondence with J. Eisen re: mediation preparations | BN015 | 0.20 | 205.00 |
| 09/18/23 | RFPOP | Emails to and from M. Lunn and mediator re: Voyager mediation | BN015 | 0.20 | 178.00 |
| 09/19/23 | MLUNN | Review and analysis of Voyager supplement to mediation statement reply | BN015 | 0.90 | 922.50 |
| 09/19/23 | MLUNN | Call with R. Poppiti re: mediation preparations and presentation to UCC members | BN015 | 0.30 | 307.50 |
| 09/19/23 | RFPOP | Call with M. Lunn re: strategy for Voyager mediation | BN015 | 0.30 | 267.00 |
| 09/19/23 | RFPOP | Begin to prepare for Voyager mediation | BN015 | 2.10 | 1,869.00 |
| 09/20/23 | JKOCH | Review Voyager's supplemental mediation statement | BN015 | 0.50 | 280.00 |
| 09/20/23 | RFPOP | Review and analyze supplemental mediation brief submitted by Voyager | BN015 | 0.50 | 445.00 |
| 09/21/23 | MLUNN | Review mediation submissions and case law in preparation for mediation | BN015 | 2.40 | 2,460.00 |

Official Committee of Unsecured Creditors re: FTX      Invoice Date:         November 13, 2023
Billing Period through September 30, 2023              Invoice Number:              50046865
                                                      Matter Number:             102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/22/23 | MLUNN | Prepare mediation notes (.6) and continued review of mediation submissions and case law (1.2) | BN015 | 1.80 | 1,845.00 |
| 09/22/23 | MLUNN | Correspondence with R. Poppiti re: mediation and preparations (.1); correspondence with B. Beller re: mediation and preparations (.1) and call with B. Baller and R. Poppiti re: same (.8) | BN015 | 1.00 | 1,025.00 |
| 09/22/23 | RFPOP | Emails to and from (.2) and call with (.8) M. Lunn and counsel for debtors (Ben Beller) re: strategy and preparation for Voyager mediation, and consider related issues (.3) re: same; review and analyze mediation materials and related caselaw in preparation for mediation (3.2) | BN015 | 4.50 | 4,005.00 |
| 09/24/23 | JKOCH | Analyze case law in preparation for mediation | BN015 | 1.40 | 784.00 |
| 09/25/23 | JKOCH | Assist M. Lunn with preparation for mediation | BN015 | 0.30 | 168.00 |
| 09/25/23 | MLUNN | Review Voyager status reports (.3); review Voyager's opening, response and reply mediation statements in preparation for mediation (1.6); review debtors' mediation statements (.7) review additional research and caselaw in preparation for mediation (.6); draft notes in preparation for mediation (.6) | BN015 | 3.80 | 3,895.00 |
| 09/25/23 | MLUNN | Analyze potential mediation settlement offer and related correspondence with B. Beller and R. Poppiti | BN015 | 0.20 | 205.00 |
| 09/25/23 | MLUNN | Call with R. Poppiti re: preparation for mediation | BN015 | 0.70 | 717.50 |
| 09/25/23 | RFPOP | Call with M. Lunn (.7) and emails to and from M. Lunn and counsel for debtors (Ben Beller) (.2) re: strategy and preparation for Voyager mediation, and consider related issues (.2) re: same; review and analyze mediation materials and related caselaw in preparation for mediation (3.9) | BN015 | 5.00 | 4,450.00 |
| 09/26/23 | MLUNN | Work with R. Poppiti re: analysis of proposed settlement offer (.3); review materials in preparation for mediation (.6) and attend mediation (8.2) | BN015 | 9.10 | 9,327.50 |
| 09/26/23 | RFPOP | Participate in Voyager mediation in New York City at offices of counsel for Voyager (8.2), and review and consider mediation materials to mediation (1.1) | BN015 | 9.30 | 8,277.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046865
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 09/27/23 | JKOCH | Follow up with M. Lunn re: mediation (.3); confer with M. Lunn re: interim fee issues (.1) | BN015 | 0.40 | 224.00 |
| 09/27/23 | MLUNN | Confer with J. Kochenash re: mediation follow up (.3); and correspondence from mediator re: mediation follow up (.1) | BN015 | 0.40 | 410.00 |
| 09/27/23 | RFPOP | Brief research re: additional issues raised at mediation | BN015 | 0.40 | 356.00 |
| | | | **Total** | **149.10** | **$126,889.50** |

Official Committee of Unsecured Creditors re: FTX

Billing Period through September 30, 2023

| | | |
|---|---|---|
| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046865 |
| Matter Number: | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 12.70 | 365.00 | 4,635.50 |
| JKOCH | Jared W. Kochenash | Associate | 20.80 | 560.00 | 11,648.00 |
| MLUNN | Matthew B. Lunn | Partner | 57.20 | 1,025.00 | 58,630.00 |
| RFPOP | Robert F. Poppiti | Partner | 58.40 | 890.00 | 51,976.00 |
| **Total** | | | **149.10** | | **$126,889.50** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | November 13, 2023 |
|---|---|---|
| Billing Period through September 30, 2023 | Invoice Number: | 50046865 |
| | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001**  **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 2.40 | 890.00 | 2,136.00 |
| Debbie Laskin | Paralegal | 4.10 | 365.00 | 1,496.50 |
| **Total** | | **6.50** | | **3,632.50** |

**Task Code:B002**  **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 3.30 | 1,025.00 | 3,382.50 |
| Robert F. Poppiti | Partner | 0.10 | 890.00 | 89.00 |
| Jared W. Kochenash | Associate | 0.90 | 560.00 | 504.00 |
| Debbie Laskin | Paralegal | 0.60 | 365.00 | 219.00 |
| **Total** | | **4.90** | | **4,194.50** |

**Task Code:B004**  **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.10 | 890.00 | 89.00 |
| **Total** | | **0.10** | | **89.00** |

**Task Code:B005**  **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **0.20** | | **178.00** |

**Task Code:B006**  **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 6.60 | 1,025.00 | 6,765.00 |
| Robert F. Poppiti | Partner | 10.60 | 890.00 | 9,434.00 |
| Jared W. Kochenash | Associate | 3.90 | 560.00 | 2,184.00 |
| **Total** | | **21.10** | | **18,383.00** |

**Task Code:B007**  **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.30 | 1,025.00 | 2,357.50 |
| Robert F. Poppiti | Partner | 1.50 | 890.00 | 1,335.00 |
| **Total** | | **3.80** | | **3,692.50** |

### Task Code:B008        Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 10.30 | 1,025.00 | 10,557.50 |
| Robert F. Poppiti | Partner | 6.90 | 890.00 | 6,141.00 |
| **Total** | | **17.20** | | **16,698.50** |

### Task Code:B009        Stay Relief Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.40 | 890.00 | 356.00 |
| **Total** | | **0.70** | | **663.50** |

### Task Code:B011        Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 4.10 | 1,025.00 | 4,202.50 |
| Robert F. Poppiti | Partner | 5.30 | 890.00 | 4,717.00 |
| Jared W. Kochenash | Associate | 4.60 | 560.00 | 2,576.00 |
| Debbie Laskin | Paralegal | 1.50 | 365.00 | 547.50 |
| **Total** | | **15.50** | | **12,043.00** |

### Task Code:B012        Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.60 | 1,025.00 | 615.00 |
| Robert F. Poppiti | Partner | 3.40 | 890.00 | 3,026.00 |
| **Total** | | **4.00** | | **3,641.00** |

### Task Code:B017        Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.50 | 1,025.00 | 1,537.50 |
| Robert F. Poppiti | Partner | 0.50 | 890.00 | 445.00 |
| Jared W. Kochenash | Associate | 4.50 | 560.00 | 2,520.00 |
| Debbie Laskin | Paralegal | 5.10 | 365.00 | 1,861.50 |
| **Total** | | **11.60** | | **6,364.00** |

### Task Code:B018        Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.00 | 1,025.00 | 1,025.00 |
| Robert F. Poppiti | Partner | 1.20 | 890.00 | 1,068.00 |
| Debbie Laskin | Paralegal | 1.40 | 365.00 | 511.00 |
| **Total** | | **3.60** | | **2,604.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

| | Invoice Date: | November 13, 2023 |
|---|---|---|
| | Invoice Number: | 50046865 |
| | Matter Number: | 102750.1001 |

**Task Code:B019**       **Travel**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.70 | 1,025.00 | 2,767.50 |
| Robert F. Poppiti | Partner | 2.70 | 890.00 | 2,403.00 |
| **Total** | | **5.40** | | **5,170.50** |

**Task Code:BN014**       **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.00 | 1,025.00 | 1,025.00 |
| **Total** | | **1.00** | | **1,025.00** |

**Task Code:BN015**       **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 23.50 | 1,025.00 | 24,087.50 |
| Robert F. Poppiti | Partner | 23.10 | 890.00 | 20,559.00 |
| Jared W. Kochenash | Associate | 6.90 | 560.00 | 3,864.00 |
| **Total** | | **53.50** | | **48,510.50** |

**EXHIBIT B**

**Expenses**

30970452.1

| | |
|---|---|
| Official Committee of Unsecured Creditors re: FTX | Invoice Date: November 13, 2023 |
| Billing Period through September 30, 2023 | Invoice Number: 50046865 |
| | Matter Number: 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 08/23/23 | Working Meals - Working meal for client, co-counsel and YCST team for 8/23/23 hearing (6 people) | 2.00 | 162.95 |
| 09/01/23 | Computerized Legal Research -WESTLAW | 30.00 | 55.07 |
| 09/01/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 09/02/23 | Docket Retrieval / Search | 20.00 | 2.00 |
| 09/03/23 | Computerized Legal Research -WESTLAW | 11.00 | 20.19 |
| 09/04/23 | Computerized Legal Research -WESTLAW | 13.00 | 23.86 |
| 09/05/23 | Reproduction Charges | 21.00 | 2.10 |
| 09/06/23 | Reproduction Charges | 27.00 | 2.70 |
| 09/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/07/23 | Computerized Legal Research -WESTLAW | 6.00 | 11.01 |
| 09/08/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/11/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 09/12/23 | Reproduction Charges | 412.00 | 41.20 |
| 09/13/23 | Reproduction Charges | 122.00 | 12.20 |
| 09/13/23 | Docket Retrieval / Search | 14.00 | 1.40 |
| 09/13/23 | Working Meals - Working meal for co-counsel and YCST team in for September 13, 2023 hearing (3 people) | 1.00 | 51.04 |
| 09/14/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/15/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 09/18/23 | Computerized Legal Research -WESTLAW | 38.00 | 69.75 |
| 09/19/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 09/20/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 09/20/23 | Reproduction Charges | 39.00 | 3.90 |
| 09/21/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 09/22/23 | Docket Retrieval / Search | 52.00 | 5.20 |
| 09/25/23 | Reproduction Charges | 197.00 | 19.70 |
| 09/27/23 | Air/Rail Travel | 1.00 | 216.00 |
| 09/27/23 | Parking | 1.00 | 12.00 |
| 09/29/23 | Docket Retrieval / Search | 13.00 | 1.30 |
| | **Total** | | **$721.37** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through September 30, 2023

| | |
|---|---|
| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046865 |
| Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Air/Rail Travel | 216.00 |
| Computerized Legal Research -WESTLAW | 179.88 |
| Docket Retrieval / Search | 17.70 |
| Parking | 12.00 |
| Reproduction Charges | 81.80 |
| Working Meals | 213.99 |
| **Total** | **$721.37** |