

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.,* | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Oroboros FTX I, LLC** as assignee of *Kratos Studios LTD* as assignee *of Nerf Design inc* | **Contrarian Funds, LLC** |

| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
|---|---|
| Oroboros FTX I, LLC<br>Michael Bottjer<br>4 lakeside drive Chobham lakes<br>Woking, Surrey<br>GU24 8BD<br>Michael@arceaucapital.com | Contrarian Funds, LLC<br>Attn: Keith McCormack<br>Email: tradeclaimsgroup@contrariancapital.com<br>411 West Putnam Ave.,<br>Suite 425 Greenwich, CT 06830 |

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 5751 | Nerf Design inc | As described on Proof of Claim | Alameda Research Ltd | 22-11067 |
| Debtor Schedule G Line 2.299 | Nerf Design inc | As described on schedule G | Alameda Research Ltd | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Keith McCormack* (DocuSigned) Date: 11/27/2023

Transferee/Transferee's Agent

**EVIDENCE OF TRANSFER OF CLAIM**

<u>Annex B</u>

TO:   United States Bankruptcy Court ("Court")
District of Delaware
Attn:     Clerk

AND TO:   Alameda Research Ltd. ("Debtor")
Case No. 22-11067 (JTD) ("Case")

<u>Schedule G Line</u>  2.299

**OROBOROS FTX I, LLC,** assignee of **Kratos Studios Limited** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $899,600.00 ("<u>Claim</u>"), which represents <u>100</u>% of the total claim amount of $899,600.00 against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated 11/27/2023

**OROBOROS FTX I, LLC**
By: *Michael Bottjer* (DocuSigned)
Name: Michael Bottjer
Title:   Authorized Signatory

**CONTRARIAN FUNDS, LLC**
By: *keith McCormack* (DocuSigned)
Name: Keith McCormack
Title:   Authorized Signatory

# EXHIBIT A

## SCHEDULED CLAIM(S)

**Excerpt from Schedule G:**

| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | MARKET MAKING AGREEMENT DATED 3/7/2022 | Nerf Design Inc ia Espana Delta Bank Building 6th Floor, Suite 604D Panama City, PANAMA |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |