# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FTX TRADING LTD., *et al.*, | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL

I, Garvan F. McDaniel, Esquire, counsel for 101 Second Street, Inc ("Landlord") with respect to the above captioned proceeding, hereby certify as follows:

1. On June 29, 2023 Landlord filed its Motion for Allowance and Payment of its Administrative Expense Claim at docket no. 1802 (the "Motion").

2. In order to resolve the Motion the Landlord and the Debtors have agreed to a form of order attached hereto as **Exhibit A** (the "Proposed Order")**.**

WHEREFORE, Landlord respectfully requests entry of the Proposed Order approving the Motion.

Date:  November 29, 2023

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (#4167)
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7596; (302) 656-7599
gfmcdaniel@dkhogan.com

*Attorney for Landlord*