# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 11/29/2023 (3:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Poppiti | Young Conaway | Official Committee |
| Linda Richenderfer | UST | UST |
| Jonathan Lipshie | UST | UST |
| Benjamin Hackman | | U.S. Trustee |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Comm. of Non-US Cust. of FTX.com |

| CASE NAME: *FTX Trading Ltd., et al.,*  CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| | | |
| | | |

FTX Trading Ltd.  22-11068
11/29/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Lauren | Sisson | BlockFi | Haynes & Boone |
| Lauren | Walker | Interested Party | |
| Chad | Flick | n/a | |
| Alexander | Steiger | JOLs of FTX Digital Markets Ltd. | Richards, Layton & Finger, P.A. |
| Michael | Morris | State of Wisconsin Department of Financial Institutions | Wisconsin Department of Justice |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| MAXIMILIANO SE | LARRIBA HERRANZ | Customer | |
| Daniel | Carrigan | FSB Inc. and FBH Corp. | Baker Donelson, et al., PC |
| Vladimir | Jelisavcic | Cherokee Acquisition | Cherokee Acquisition |
| Ranzfried | Castrop-Eickel | neutral | Ranzfried |
| Jason | Rosell | Interested Party | Pachulski Stang Ziehl & Jones LLP |
| Gabriela | Urias | observing | |
| Gihoon | Jung | Creditor | |
| Geo | Groenewald | Private | Private |
| Thijs | van Zon | Customer | |
| TY | XI | Myself | TY |
| Scott | Cousins | Evolve Bank & Trust | Cousins Law LLC |
| Grenville | Day | Cantor Fitzgerald | Cantor Fitzgerald |
| Peter | Sprofera | Self | |
| Emily | Kapur | FTX Trading Ltd., et al. | Quinn Emanuel Urquhart & Sullivan, LLP |
| Mike | Legge | Reorg | |
| Caroline | Salls | BankruptcyData - media | |
| Clifford | Koutsky | Self | Wave Digital Assets |
| Trevor | Jones | Interested Party | Davis Polk & Wardwell |
| Nathan | Rosenblum | Hain Capital | |
| Brian | Petrozak | Multicoin | Multicoin |
| Jasmine | Armand | Party in Interest | White & Case LLP |
| Taylor | Harrison | Debtwire | |
| Rick | Archer | Law360 | |
| Mark | Hurford | Celsius | AM Saccullo Legal |
| effy | shi | investor | crcm ventures |
| Mat | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |

| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
|---|---|---|---|
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Jack | Amed | Customer | |
| Arush | Sehgal | Self | |
| Alexander | Langham | CryptoClaims.Pro | |
| Mr. | Purple | Creditors | |
| Kate | Mattern | creditor | |
| Pat | Rabbitte | self | n/a |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Jonathan | Weyand | Ad Hoc Commmittee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Dietrich | Knauth | non-participant media, Reuters | |
| Jennifer | Smith | N/A | |
| Jonathan | Randles | Bloomberg News | |
| Tom | Hals | member of the media | |
| William | Uptegrove | U.S. Securities and Exchange Commission | |
| Steven | Church | non party | Bloomberg News |
| Angel | Wildschut | Angel | |
| John | Mallon | Pro se | |
| Ryan | Beil | Joint Official Liquidators of FTX Digital Markets Ltd. | White & Case LLP |
| Erin | Broderick | Ad Hoc Committee of Non-US Customers of FTX.com | Eversheds Sutherland (US) LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Sascha | Rand | FTX Debtors | Quinn Emanuel Urquhart & Sullivan LLP |
| Laura | Haney | Court | |