# Exhibit A

**Notice of Settlement**

| Settling Parties | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Center for AI Safety, Inc. | $4,993,875 to $6,658,500 | $5,229,792 | N/A |