# EXHIBIT B

**Schedule of IRS Proof of Claims**

| Debtor | Proof of Claim Numbers |
|---|---|
| Alameda Research Holdings | 1766, as amended by 58972<br>1820, as amended by 88430 |
| Alameda Research LLC | 1764, as amended by 58969<br>1788, as amended by 88399 |
| Alameda Research Ltd | 1765<br>1783, as amended by 88407 |
| Alameda Research Ltd (Bahamas) | 1806 |
| Alameda TR Ltd | 1787 |
| Blockfolio Inc | 1759, as amended by 58985<br>1802, as amended by 88432 |
| Clifton Bay Investments Ltd | 58986 |
| Cottonwood Grove Ltd (China) | 59388 |
| Crypto Bahamas Ltd | 1810 |
| Digital Custody Inc | 1762<br>1819 |
| FTX Digital Assets LLC | 1816 |
| FTX Lend Inc | 1748<br>1797 |
| FTX Marketplace Inc | 1789 |
| FTX Property Holdings Ltd | 1808 |
| FTX Trading Ltd | 1763, as amended by 58971<br>1786, as amended by 88429 |
| FTX US Services | 1794 |
| FTX US Trading Inc | 1817 |
| FTX US Ventures LLC | 1767, as amended by 58974<br>1800 |
| FTX Ventures Ltd | 1799 |
| Good Luck Games LLC | 1747<br>1818 |
| Hawaii Digital Assets Inc | 1812 |
| Hilltop Technology Services LLC | 1807 |
| Island Bay Ventures Inc | 1815 |
| Ledger Holdings Inc | 1761, as amended by 58983<br>1795 |
| North Dimension Inc | 1757<br>1791, as amended by 88433 |
| North Wireless Dimension Inc | 1758<br>1784 |
| Paper Bird Inc | 1760<br>1804, as amended by 88431 |
| Pioneer Street Inc | 1805 |

| Debtor | Proof of Claim Numbers |
|---|---|
| West Realm Shires Financial Services Inc | 1768, as amended by 58980<br>1803 |
| West Realm Shires Inc | 1754<br>1821, as amended by 88434 |
| West Realm Shires Services Inc | 1755, as amended by 58979<br>1785 |