# **EXHIBIT C**

Received
NOV 0 2 2023
Kroll Restructuring Administration

# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases - Administrative Expenses)

Department of the Treasury/Internal Revenue Service



United States Bankruptcy Court for the
District of    DELAWARE

In the Matter of:  ALAMEDA RESEARCH LLC
3500 SOUTH DUPONT HWY
DOVER, DE 19901

| Case Number |
|---|
| 22-11066-JTD |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 11/11/2022 |

| Creditor Number |
|---|
|  |

Fiduciary:    Amendment No 1 to Request for Payment Dated 04/26/2023

1. The undersigned, whose business address is    1352 MARROWS ROAD, STE 204, NEWARK, DE 19711-5445    , is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

Administrative Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| XX-XXX0142 | 1 PTRSHP | 12/31/2022 | $7,969,758,817.00 | $0.00 | $0.00 | $7,969,758,817.00 |
| XX-XXX4063 | 1 FUTA | 12/31/2022 | $27,720.00 | $0.00 | $0.00 | $27,720.00 |
| XX-XXX0142 | 1 FUTA | 12/31/2022 | $20,160.00 | $0.00 | $0.00 | $20,160.00 |
| XX-XXX0142 | 1 PTRSHP | 12/31/2023 | $25,000,000.00 | $0.00 | $0.00 | $25,000,000.00 |
|  |  |  | $7,994,806,697.00 | $0.00 | $0.00 | $7,994,806,697.00 |

**Total Amount Due:**    $7,994,806,697.00

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

1 ESTIMATED TAX LIABILITY DUE TO PENDING EXAMINATION OF DEBTOR TAX RETURN.

The amount due includes interest and penalty computed to 12/31/2023. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 12/31/2023, contact M JAMES at (302) 286-1559 for the current balance.

| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | **Signature** /s/ M JAMES | **Date** 10/27/2023 |
|---|---|---|
|  | **Title** Revenue Officer/Advisor | **Telephone Number** (302) 286-1559 |

Form    6338 - A(C)

Page 1 of 1


221106880004439

Claim Number: 88399



**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| | | |
|---|---|---|
| UPS Access Point™<br>ADVANCE AUTO PARTS STORE 6261<br>651 MARROWS ROAD EXT<br>NEWARK ,DE 19713 | UPS Access Point™<br>THE UPS STORE<br>40 E MAIN ST<br>NEWARK ,DE 19711 | UPS Access Point™<br>PET KARE II<br>250 PENCADER PLZ<br>NEWARK ,DE 19713 |

FOLD HERE

JAMES MICHAEL A
302-286-1559
INTERNAL REVENUE SERVICE
1352 MARROWS RD
NEWARK DE 19711

LTR 1 OF 1

**SHIP TO:**
KROLL RESTRUCTURING ADMINISTRATIVE
17TH FLOOR
55 EAST 52ND ST
**NEW YORK NY 10055-0002**

Received
NOV 02 2023
Kroll Restructuring Administration

**NY 100 9-44**

**UPS NEXT DAY AIR** **1**

TRACKING #: 1Z 4R5 3A3 01 9031 6696

BILLING: P/P

BOD: 9350

TM

CS 23.7.00. WNTNV50 44.0A 10/2023*

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | ALAMEDA RESEARCH LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of DELAWARE |
| Case number | 22-11066-JTD |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)
Creditor Number: ____

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Internal Revenue Service
Name
P.O. Box 7346
Number    Street
Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone  1-800-973-0424
Contact email  ____

Where should payments to the creditor be sent? (if different)
Internal Revenue Service
Name
1352 MARROWS ROAD  STE 204
Number    Street
NEWARK    19711-5445
City    State    ZIP Code

Contact phone  (302) 286-1559
Contact email  michael.a.james@irs.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☑ Yes. Claim number on court claims registry (if known) 1764    Filed on 04/28/2023
                                                                 MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? ____

---

Official Form 410    Proof of Claim    page 1

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
☒ No Copy Provided

Received
SEP 2 1 2023
Kroll Restructuring Administration

2211068880004392

Claim Number: 58969

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

7. How much is the claim? $ 7,629,796,114.37 . Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $ _____
   Amount of the claim that is secured: $ _____
   Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $ _____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
    ☐ No
    ☑ Yes. Identify the property: See attachment _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 7,629,688,734.04 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/20/2023
                  MM / DD / YYYY

/s/ M JAMES
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | M | | |
| | First name | Middle name | Last name |
| Title | Revenue Officer/Advisor | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1352 MARROWS ROAD  STE 204 | | |
| | Number  Street | | |
| | NEWARK | DE | 19711-5445 |
| | City | State | ZIP Code |
| Contact phone | (302) 286-1559 | Email | michael.a.james@irs.gov |

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** ALAMEDA RESEARCH LLC

3500 SOUTH DUPONT HWY
DOVER, DE 19901

**Form 410**
Attachment

| Case Number |
|---|
| 22-11066-JTD |

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 11/11/2022 |

Amendment No. 1 to Proof of Claim dated 04/28/2023

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX4063 | CORP-INC | 12/31/2017 |  | $0.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 03/31/2018 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 06/30/2018 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 09/30/2018 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 12/31/2018 | 2 1-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | CORP-INC | 12/31/2018 |  | $0.00 | $0.00 |
| XX-XXX4063 | WH FED INC | 12/31/2018 | 1 5-ESTIMATED-SEE NOTE | $900,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 03/31/2019 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 06/30/2019 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 09/30/2019 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 12/31/2019 | 10/17/2019 | $0.00 | $40,539.04 |
| XX-XXX4063 | WT-FICA | 12/31/2019 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | CORP-INC | 12/31/2019 |  | $0.00 | $0.00 |
| XX-XXX4063 | WH FED INC | 12/31/2019 | 1 5-ESTIMATED-SEE NOTE | $900,000.00 | $0.00 |
| XX-XXX0142 | PTRSHP | 12/31/2019 | 1 5-ESTIMATED-SEE NOTE | $40,000,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 03/31/2020 | 1 5-ESTIMATED-SEE NOTE | $121,177,831.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 03/31/2020 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 06/30/2020 | 1 5-ESTIMATED-SEE NOTE | $121,177,831.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 06/30/2020 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 09/30/2020 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 09/30/2020 | 1 5-ESTIMATED-SEE NOTE | $121,177,831.00 | $0.00 |
| XX-XXX0142 | WH FED INC | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $8,148,480.00 | $0.00 |
| XX-XXX4063 | FUTA | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $27,720.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |

Continued from Page 1

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX0142 | WT-FICA | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $121,177,831.00 | $0.00 |
| XX-XXX0142 | PTRSHP | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $750,000,000.00 | $0.00 |
| XX-XXX0142 | FUTA | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $20,160.00 | $0.00 |
| XX-XXX4063 | WH FED INC | 12/31/2020 | 1 5-ESTIMATED-SEE NOTE | $900,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 03/31/2021 | 1 5-ESTIMATED-SEE NOTE | $121,185,420.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 03/31/2021 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 06/30/2021 | 1 5-ESTIMATED-SEE NOTE | $121,185,420.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 06/30/2021 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 09/30/2021 | 1 5-ESTIMATED-SEE NOTE | $121,185,420.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 09/30/2021 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $121,185,420.00 | $0.00 |
| XX-XXX0142 | PTRSHP | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $5,313,172,545.00 | $0.00 |
| XX-XXX0142 | FUTA | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $20,160.00 | $0.00 |
| XX-XXX0142 | WH FED INC | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $7,808,960.00 | $0.00 |
| XX-XXX4063 | WH FED INC | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $900,000.00 | $0.00 |
| XX-XXX4063 | FUTA | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $27,720.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 12/31/2021 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 03/31/2022 | 1 5-ESTIMATED-SEE NOTE | $122,000,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 03/31/2022 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 06/30/2022 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 06/30/2022 | 1 5-ESTIMATED-SEE NOTE | $122,000,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 09/30/2022 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 09/30/2022 | 1 5-ESTIMATED-SEE NOTE | $122,000,000.00 | $0.00 |
| XX-XXX0142 | WT-FICA | 12/31/2022 | 1 5-ESTIMATED-SEE NOTE | $122,000,000.00 | $0.00 |
| XX-XXX4063 | WT-FICA | 12/31/2022 | 1 5-ESTIMATED-SEE NOTE | $2,050,000.00 | $0.00 |
| XX-XXX0142 | WH FED INC | 12/31/2022 | 1 5-ESTIMATED-SEE NOTE | $7,469,446.00 | $0.00 |
| XX-XXX4063 | WH FED INC | 12/31/2022 | 1 5-ESTIMATED-SEE NOTE | $900,000.00 | $0.00 |
| | | | | $7,629,648,195.00 | $40,539.04 |

**Total Amount of Unsecured Priority Claims:**          **$7,629,688,734.04**

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX4063 | FUTA | 12/31/2018 | 1 5-ESTIMATED-SEE NOTE | $27,720.00 | $0.00 |
| XX-XXX4063 | FUTA | 12/31/2019 | 1 5-ESTIMATED-SEE NOTE | $27,720.00 | $0.00 |
| | | | | $55,440.00 | $0.00 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . .$51,940.33

Continued from Page 2

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| | | **Total Amount of Unsecured General Claims:** | | | **$107,380.33** |

1 ESTIMATED TAX LIABILITY DUE TO PENDING EXAMINATION OF DEBTOR TAX RETURN.
2 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

   UPS Access Point™
   ADVANCE AUTO PARTS STORE 6261
   651 MARROWS ROAD EXT
   NEWARK ,DE 19713

   UPS Access Point™
   THE UPS STORE
   40 E MAIN ST
   NEWARK ,DE 19711

   UPS Access Point™
   PET KARE II
   250 PENCADER PLZ
   NEWARK ,DE 19713

FOLD HERE

