**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/02/2023 | Airfare Eric Mostoff 2023-10-02 LGA - DCA; travel to in-person meetings (American Airlines, round trip, economy) | 464.39 |
| 10/02/2023 | Lodging Eric Mostoff - Westin Georgetown - Washington, DC 2023-10-02 2023-10-05 (in-person team meetings) | 1,200.00 |
| 10/02/2023 | Taxi/Car Service Eric Mostoff Airport to Hotel (in-person team meetings) | 20.92 |
| 10/02/2023 | Taxi/Car Service Eric Mostoff Home to LGA (travel to in-person team meetings) | 43.96 |
| 10/02/2023 | Airfare Mark Cervi 2023-10-02 LAX - DCA; travel to in-person meetings (United Airlines, one way, economy) | 379.76 |
| 10/02/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 27.36 |
| 10/02/2023 | Internet Access Mark Cervi | 8.00 |
| 10/02/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person team meetings) | 42.41 |
| 10/02/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meetings) | 68.16 |
| 10/02/2023 | Lodging Mark Cervi - Westin - Georgetown, Washington, DC 2023-10-02 2023-10-04 (in-person team meetings) | 800.00 |
| 10/02/2023 | Airfare Takahiro Yamada 2023-10-02 LGA - DCA; travel to in-person meetings (American Airlines, round trip, economy) | 422.15 |
| 10/02/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 37.69 |
| 10/02/2023 | Lodging Takahiro Yamada - Hilton Hotels - Washington, DC 2023-10-02 2023-10-05 (in-person team meetings) | 967.28 |
| 10/02/2023 | Taxi/Car Service Takahiro Yamada Airport to AlixPartners DC Office (travel to in-person team meetings) | 20.99 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/02/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 78.02 |
| 10/03/2023 | Airfare Anne Vanderkamp 2023-10-03 ORD - DCA; travel to in-person meetings (American Airlines, roundtrip, economy) | 618.53 |
| 10/03/2023 | Individual Meal - Anne Vanderkamp - Dinner (in-person team meetings) | 45.60 |
| 10/03/2023 | Internet Access Anne Vanderkamp | 15.00 |
| 10/03/2023 | Lodging Anne Vanderkamp - Marriott Hotels - Washington, DC 2023-10-03 2023-10-05 (in-person team meetings) | 800.00 |
| 10/03/2023 | Taxi/Car Service Anne Vanderkamp Airport to AlixPartners Washington, DC Office (travel to in-person team meetings) | 21.08 |
| 10/03/2023 | Taxi/Car Service Anne Vanderkamp Home to Airport (travel to in-person team meetings) | 62.34 |
| 10/03/2023 | Group Meal - Lunch - Charles Cipione; Ganesh Gopalakrishnan; Shengjia Kang; Linna Jia; Travis Phelan; Brent Robison; Thomas Hofner; Jeffrey Berg (in-person team meetings) | 327.16 |
| 10/03/2023 | Group Meal - Lunch - Eric Mostoff; Kurt Wessel; Todd Toaso (in-person team meetings) | 17.40 |
| 10/03/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 10.90 |
| 10/03/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 60.26 |
| 10/03/2023 | Airfare John Somerville 2023-10-03 LGA - DCA; travel to in-person meetings (Delta Airlines, one way, economy) | 343.40 |
| 10/03/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 27.50 |
| 10/03/2023 | Taxi/Car Service John Somerville Airport to AlixPartners DC Office (return from in-person team meetings) | 17.90 |
| 10/03/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person team meetings) | 37.89 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/03/2023 | Lodging John Somerville - Autograph Collection - Washington, DC - 2023-10-03 2023-10-05 (in-person team meetings) | 800.00 |
| 10/03/2023 | Client Research Lewis Beischer | 72.31 |
| 10/03/2023 | Client Research Lewis Beischer | 308.93 |
| 10/03/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 37.68 |
| 10/03/2023 | Individual Meal - Matthew Jacques - Dinner (in-person team meetings) | 14.76 |
| 10/03/2023 | Individual Meal - Matthew Jacques - Lunch (in-person team meetings) | 7.99 |
| 10/03/2023 | Lodging Matthew Jacques - Westin Hotels and Resorts - Washington, DC 2023-10-03 2023-10-06 (in-person team meetings) | 1,200.00 |
| 10/03/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 31.35 |
| 10/03/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 48.17 |
| 10/03/2023 | Airfare Todd Toaso 2023-10-02 LGA - DCA; travel to in-person meetings (Delta Airlines, round trip, economy) | 814.12 |
| 10/03/2023 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 17.00 |
| 10/03/2023 | Lodging Todd Toaso - Marriott Hotels - Washington, DC 2023-10-03 2023-10-05 (in-person team meetings) | 800.00 |
| 10/03/2023 | Taxi/Car Service Todd Toaso Home to Airport (travel to in-person team meetings) | 101.51 |
| 10/04/2023 | Group Meal - Lunch - Bennett Mackay; Todd Toaso; Matthew Jacques; Eric Mostoff; Anne Vanderkamp; John Somerville; Takahiro Yamada; Mark Cervi; Lilly Goldman; Kurt Wessel (in-person team meetings) | 327.24 |
| 10/04/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 10.07 |
| 10/04/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 30.00 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|--------------------------|--------|
| 10/04/2023 | Group Meal - Dinner - John Somerville; Anne Vanderkamp; Takahiro Yamada; Todd Toaso; Lilly Goldman; Matthew Jacques; Eric Mostoff (in-person team meetings) | 455.00 |
| 10/04/2023 | Subscriptions/Books Lilly Goldman 4 x Michael Lewis - Going Infinite | 127.20 |
| 10/04/2023 | Taxi/Car Service Lilly Goldman AlixPartners DC Office to Dinner (in-person team meetings) | 40.35 |
| 10/04/2023 | Airfare Mark Cervi 2023-10-04 DCA - LAX; return from in-person meetings (Delta Airlines, one way, economy) | 390.17 |
| 10/04/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 20.88 |
| 10/04/2023 | Individual Meal - Mark Cervi - Dinner (in-person team meetings) | 37.68 |
| 10/04/2023 | Internet Access Mark Cervi | 39.95 |
| 10/04/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 50.34 |
| 10/04/2023 | Taxi/Car Service Mark Cervi Hotel to Airport (return from in-person team meetings) | 35.46 |
| 10/04/2023 | Taxi/Car Service Matthew Jacques AlixPartners DC Office to Dinner (in-person team meetings) | 39.84 |
| 10/04/2023 | Taxi/Car Service Matthew Jacques Dinner to Hotel (in-person team meetings) | 27.13 |
| 10/04/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 10.63 |
| 10/05/2023 | Individual Meal - Anne Vanderkamp - Dinner (in-person team meetings) | 16.67 |
| 10/05/2023 | Taxi/Car Service Anne Vanderkamp Airport to Home (return from in-person team meetings) | 88.58 |
| 10/05/2023 | Taxi/Car Service Anne Vanderkamp AlixPartners Washington, DC Office to DCA (return from in-person team meetings) | 43.73 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/05/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 4.57 |
| 10/05/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 36.41 |
| 10/05/2023 | Taxi/Car Service Eric Mostoff Hotel to AlixPartners Washington, DC Office (in-person team meetings) | 10.80 |
| 10/05/2023 | Taxi/Car Service Eric Mostoff LGA to Home (return from in-person team meetings) | 52.97 |
| 10/05/2023 | Airfare John Somerville 2023-10-05 DCA - LAX; return from in-person meetings (Delta Airlines, one way, economy) | 366.05 |
| 10/05/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 17.60 |
| 10/05/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 20.84 |
| 10/05/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetings) | 57.94 |
| 10/05/2023 | Taxi/Car Service John Somerville AlixPartners DC Office to Airport (return from in-person team meetings) | 23.96 |
| 10/05/2023 | Group Meal - Lunch - Eric Mostoff; Lilly Goldman; Todd Toaso; Takahiro Yamada; Anne Vanderkamp; John Somerville (in-person team meetings) | 143.83 |
| 10/05/2023 | Group Meal - Dinner - Matthew Jacques | 65.00 |
| 10/05/2023 | Individual Meal - Matthew Jacques - Lunch (in-person team meetings) | 44.29 |
| 10/05/2023 | Taxi/Car Service Matthew Jacques Dinner to Hotel (in-person team meetings) | 1.00 |
| 10/05/2023 | Taxi/Car Service Takahiro Yamada Airport to Home (return from to in-person team meetings) | 50.50 |
| 10/05/2023 | Taxi/Car Service Takahiro Yamada Hotel to AlixPartners DC Office (in-person team meetings) | 14.32 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|-------:|
| 10/05/2023 | Taxi/Car Service Takahiro Yamada Office to Airport (return from in-person team meetings) | 27.74 |
| 10/05/2023 | Taxi/Car Service Todd Toaso Airport to Home (return from in-person team meetings) | 128.35 |
| 10/05/2023 | Taxi/Car Service Todd Toaso AlixPartners DC Office to Airport (return from in-person team meetings) | 68.42 |
| 10/05/2023 | Taxi/Car Service Todd Toaso Hotel to AlixPartners DC Office (in-person team meetings) | 19.08 |
| 10/06/2023 | Individual Meal - Matthew Jacques - Breakfast (in-person team meetings) | 13.22 |
| 10/06/2023 | Parking/Tolls Matthew Jacques | 138.00 |
| 10/06/2023 | Taxi/Car Service Matthew Jacques Hotel to Airport (return from in-person team meetings) | 51.53 |
| 10/08/2023 | Airfare David White 2023-10-08 LAX - IAD; travel to in-person meetings (United, round trip, economy) | 560.00 |
| 10/08/2023 | Airfare Eric Mostoff 2023-10-08 LGA - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 686.51 |
| 10/08/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 62.49 |
| 10/08/2023 | Lodging Eric Mostoff - Hyatt PLC Chicago River North - Chicago, IL 2023-10-08 2023-10-12 (in-person team meetings) | 1,300.00 |
| 10/08/2023 | Airfare Jason Chin 2023-10-08 LGA - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 462.38 |
| 10/08/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 47.40 |
| 10/08/2023 | Taxi/Car Service Jason Chin Airport to Hotel (travel to in-person team meetings) | 51.72 |
| 10/08/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 32.16 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/08/2023 | Airfare John Somerville 2023-10-08 LAX - ORD; travel to in-person meetings (Delta Airlines, one way, economy) | 350.72 |
| 10/08/2023 | Taxi/Car Service John Somerville Airport to Hotel (travel to in-person team meetings) | 56.05 |
| 10/08/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person team meetings) | 61.95 |
| 10/08/2023 | Lodging John Somerville - Westin Chicago River North - Chicago, IL 2023-10-08 2023-10-12 (in-person team meetings) | 1,300.00 |
| 10/08/2023 | Airfare Katerina Vasiliou 2023-10-08 LHR - ORD; travel to in-person meetings (British Airways, round trip, economy) | 1,452.96 |
| 10/08/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in person team meetings) | 15.55 |
| 10/08/2023 | Individual Meal - Katerina Vasiliou - Dinner (in person team meetings) | 65.00 |
| 10/08/2023 | Public Transportation Katerina Vasiliou (travel to in-person team meetings) | 30.38 |
| 10/08/2023 | Taxi/Car Service Katerina Vasiliou Chicago Airport to Hotel (travel to in-person team meetings) | 44.38 |
| 10/08/2023 | Lodging Katerina Vasiliou - Westin Chicago River North - Chicago, IL 2023-10-08 2023-10-12 (in-person team meetings) | 1,300.00 |
| 10/08/2023 | Airfare Kurt Wessel 2023-10-08 DCA - ORD; travel to in-person meetings (United Airlines, round trip, economy) | 514.01 |
| 10/08/2023 | Taxi/Car Service Kurt Wessel Airport to Hotel (travel to in-person team meetings) | 57.79 |
| 10/08/2023 | Lodging Kurt Wessel - Hotel Chicago DT Autograph - Chicago, IL 2023-10-08 2023-10-12 (in-person team meetings) | 1,300.00 |
| 10/08/2023 | Airfare Sean Thompson 2023-10-08 EWR - ORD; travel to in-person meetings (United Airlines, round trip, economy) | 455.22 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/08/2023 | Individual Meal - Sean Thompson - Breakfast (in person team meetings) | 13.75 |
| 10/08/2023 | Taxi/Car Service Sean Thompson Airport to Hotel (travel to in-person team meetings) | 40.91 |
| 10/08/2023 | Taxi/Car Service Sean Thompson Home to Airport (travel to in-person team meetings) | 93.47 |
| 10/08/2023 | Lodging Sean Thompson - Marriott Hotels - Chicago, IL 2023-10-08 2023-10-13 (in-person team meetings) | 1,625.00 |
| 10/08/2023 | Airfare Seen Yung Wong 2023-10-08 LGA - ORD; travel to in-person meetings (Delta Airlines, round trip, economy) | 605.45 |
| 10/08/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 54.85 |
| 10/08/2023 | Lodging Seen Yung Wong - Westin Chicago River North - Chicago, IL 2023-10-08 2023-10-12 (in-person team meetings) | 1,300.00 |
| 10/09/2023 | Airfare Di Liang 2023-10-09 LGA - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 423.93 |
| 10/09/2023 | Group Meal - Dinner - Eric Mostoff; Di Liang; Katerina Vasiliou; Randi Self; Seen Yung Wong; Jason Chin (in-person team meetings) | 390.00 |
| 10/09/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 11.16 |
| 10/09/2023 | Internet Access Di Liang | 15.00 |
| 10/09/2023 | Lodging Di Liang - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Taxi/Car Service Di Liang Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 59.22 |
| 10/09/2023 | Taxi/Car Service Di Liang Home to Airport (travel to in-person team meetings) | 92.93 |
| 10/09/2023 | Taxi/Car Service Eric Mostoff Airport to Hotel (travel to in-person team meetings) | 41.28 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/09/2023 | Taxi/Car Service Eric Mostoff Home to Airport (travel to in-person team meetings) | 58.26 |
| 10/09/2023 | Airfare Griffin Shapiro 2023-10-09 BOS - ORD; travel to in-person meetings (Delta Airlines, round trip, economy) | 313.78 |
| 10/09/2023 | Group Meal - Breakfast - Sean Thompson; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 28.86 |
| 10/09/2023 | Group Meal - Dinner - Griffin Shapiro; Allyson Calhoun; Sean Thompson (in-person team meetings) | 123.59 |
| 10/09/2023 | Lodging Griffin Shapiro - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Taxi/Car Service Griffin Shapiro Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 47.10 |
| 10/09/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 17.40 |
| 10/09/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person team meetings) | 37.62 |
| 10/09/2023 | Individual Meal - Jason Chin - Lunch (in-person team meetings) | 37.94 |
| 10/09/2023 | Lodging Jason Chin - Hotel Chicago DT Autograph, Chicago, IL 2023-10-09 2023-10-10 (in-person team meetings) | 325.00 |
| 10/09/2023 | Lodging Jason Chin - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Airfare John LaBella 2023-10-09 SFO - ORD; travel to in-person meetings (United, one way, economy) | 239.00 |
| 10/09/2023 | Lodging John LaBella - Westin Chicago River North - Chicago - 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 10.95 |
| 10/09/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 21.87 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/09/2023 | Airfare Mark Cervi 2023-10-09 LAX - ORD; travel to in-person meetings (United Airlines, round trip, economy) | 516.33 |
| 10/09/2023 | Group Meal - Dinner - John LaBella; Mark Cervi; Todd Toaso (in-person team meetings) | 195.00 |
| 10/09/2023 | Individual Meal - Mark Cervi - Breakfast (in-person team meetings) | 26.02 |
| 10/09/2023 | Internet Access Mark Cervi | 8.00 |
| 10/09/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person team meetings) | 70.37 |
| 10/09/2023 | Taxi/Car Service Mark Cervi Home to Airport (travel to in-person team meetings) | 66.89 |
| 10/09/2023 | Lodging Mark Cervi - Westin - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Airfare Matthew Birtwell 2023-10-09 DCA - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 551.40 |
| 10/09/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 25.47 |
| 10/09/2023 | Individual Meal - Matthew Birtwell - Lunch (in-person team meetings) | 10.59 |
| 10/09/2023 | Mileage Matthew Birtwell 32 Miles | 20.96 |
| 10/09/2023 | Taxi/Car Service Matthew Birtwell Airport to Hotel (travel to in-person team meetings) | 39.94 |
| 10/09/2023 | Lodging Matthew Birtwell - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Airfare Randi Self 2023-10-09 AUS - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 498.67 |
| 10/09/2023 | Taxi/Car Service Randi Self Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 45.55 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/09/2023 | Taxi/Car Service Randi Self Home to Airport (travel to in-person team meetings) | 74.43 |
| 10/09/2023 | Lodging Randi Self - Marriott Hotels - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Airfare Ryan Backus 2023-10-09 JFK - ORD; travel to in-person meetings (Delta Airlines, one way, economy) | 253.22 |
| 10/09/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 10.01 |
| 10/09/2023 | Taxi/Car Service Ryan Backus Home to Airport (travel to in-person team meetings) | 41.72 |
| 10/09/2023 | Lodging Ryan Backus - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Taxi/Car Service Sean Thompson AlixPartners Chicago Office to Dinner (in-person team meetings) | 19.98 |
| 10/09/2023 | Taxi/Car Service Sean Thompson Dinner to Hotel (in-person team meetings) | 19.90 |
| 10/09/2023 | Group Meal - Lunch - Mark Cervi; Randi Self; Katerina Vasiliou; Seen Yung Wong (in-person team meetings) | 25.25 |
| 10/09/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 3.62 |
| 10/09/2023 | Taxi/Car Service Seen Yung Wong Airport to Hotel (travel to in-person team meetings) | 56.53 |
| 10/09/2023 | Taxi/Car Service Seen Yung Wong Home to Airport (travel to in-person team meetings) | 96.92 |
| 10/09/2023 | Airfare Takahiro Yamada 2023-10-09 EWR - ORD; travel to in-person meetings (American Airlines, round trip, economy) | 463.83 |
| 10/09/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 19.09 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/09/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 38.00 |
| 10/09/2023 | Lodging Takahiro Yamada - Westin Chicago River North - Chicago, IL 2023-10-09 2023-10-12 (in-person team meetings) | 975.00 |
| 10/09/2023 | Taxi/Car Service Takahiro Yamada Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 60.83 |
| 10/09/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 122.10 |
| 10/09/2023 | Airfare Todd Toaso 2023-10-09 LGA - ORD; travel to in-person meetings (Delta Airlines, one way, economy) | 303.02 |
| 10/09/2023 | Lodging Todd Toaso - Residence Inn - Chicago, IL 2023-10-09 2023-10-11 (in-person team meetings) | 650.00 |
| 10/09/2023 | Taxi/Car Service Todd Toaso Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 57.25 |
| 10/09/2023 | Taxi/Car Service Todd Toaso Home to Airport (travel to in-person team meetings) | 97.81 |
| 10/10/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 16.97 |
| 10/10/2023 | Group Meal - Dinner - Kurt Wessel; Takahiro Yamada; Di Liang; Eric Mostoff; Sean Thompson (in-person team meetings) | 289.07 |
| 10/10/2023 | Individual Meal - Di Liang - Breakfast (in-person team meetings) | 11.16 |
| 10/10/2023 | Taxi/Car Service Di Liang Team Dinner to Hotel (in-person team meetings) | 35.05 |
| 10/10/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 10.33 |
| 10/10/2023 | Taxi/Car Service Eric Mostoff Dinner to Hotel (in-person team meetings) | 13.93 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/10/2023 | Group Meal - Dinner - Jason Chin; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 195.00 |
| 10/10/2023 | Group Meal - Lunch - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 30.41 |
| 10/10/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Chicago Office to Dinner (in-person team meetings) | 9.50 |
| 10/10/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 3.90 |
| 10/10/2023 | Individual Meal - John LaBella - Dinner (in-person team meetings) | 65.00 |
| 10/10/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 10.69 |
| 10/10/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in person team meetings) | 30.00 |
| 10/10/2023 | Individual Meal - Katerina Vasiliou - Dinner (in person team meetings) | 35.89 |
| 10/10/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 25.21 |
| 10/10/2023 | Taxi/Car Service Katerina Vasiliou AlixPartners Chicago Office to Dinner (in-person team meetings) | 11.23 |
| 10/10/2023 | Individual Meal - Kurt Wessel - Breakfast (in-person team meetings) | 17.81 |
| 10/10/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 8.93 |
| 10/10/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 65.00 |
| 10/10/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 54.76 |
| 10/10/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 47.01 |
| 10/10/2023 | Taxi/Car Service Ryan Backus Airport to AlixPartners Chicago Office (travel to in-person team meetings) | 47.92 |
| 10/10/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 8.31 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/10/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 20.03 |
| 10/10/2023 | Taxi/Car Service Seen Yung Wong Dinner to Hotel (in-person team meetings) | 18.98 |
| 10/10/2023 | Taxi/Car Service Seen Yung Wong Hotel to Dinner (in-person team meetings) | 31.75 |
| 10/10/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 9.78 |
| 10/10/2023 | Individual Meal - Todd Toaso - Dinner (in-person team meetings) | 65.00 |
| 10/11/2023 | Taxi/Car Service Allyson Calhoun Dinner to Home (in-person team meetings) | 26.51 |
| 10/11/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 10/11/2023 | Group Meal - Lunch - Eric Mostoff; Katerina Vasiliou; Alexander Patti; Mark Cervi (in-person team meetings) | 29.79 |
| 10/11/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 14.59 |
| 10/11/2023 | Group Meal - Breakfast - Griffin Shapiro; Allyson Calhoun; Sean Thompson; Jason Chin (in-person team meetings) | 80.71 |
| 10/11/2023 | Group Meal - Dinner - Sean Thompson; Griffin Shapiro; Allyson Calhoun; Ryan Stutz (in-person team meetings) | 230.92 |
| 10/11/2023 | Taxi/Car Service Griffin Shapiro AlixPartners Chicago Office to Dinner (in-person team meetings) | 8.18 |
| 10/11/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 6.20 |
| 10/11/2023 | Individual Meal - John LaBella - Breakfast (in-person team meetings) | 6.59 |
| 10/11/2023 | Individual Meal - John LaBella - Dinner (in-person team meetings) | 54.17 |
| 10/11/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 22.25 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:      Expenses
Code:    20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/11/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in person team meetings) | 16.77 |
| 10/11/2023 | Individual Meal - Kurt Wessel - Breakfast (in-person team meetings) | 9.73 |
| 10/11/2023 | Individual Meal - Kurt Wessel - Dinner (in-person team meetings) | 92.69 |
| 10/11/2023 | Group Meal - Dinner - Mark Cervi; Alexander Patti; Takahiro Yamada; Jason Chin; Eric Mostoff; John Somerville | 390.00 |
| 10/11/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 8.93 |
| 10/11/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 63.51 |
| 10/11/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 36.44 |
| 10/11/2023 | Group Meal - Lunch - Sean Thompson; Matthew Birtwell; Allyson Calhoun; Griffin Shapiro | 180.00 |
| 10/11/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 12.02 |
| 10/11/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 25.94 |
| 10/11/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 15.35 |
| 10/11/2023 | Airfare Todd Toaso 2023-10-11 ORD - SBN; return from in-person meetings (United Airlines, one way, economy) | 256.08 |
| 10/11/2023 | Taxi/Car Service Todd Toaso Airport to Home (return from in-person team meetings) | 104.59 |
| 10/11/2023 | Taxi/Car Service Todd Toaso Dinner to Hotel (in-person team meetings) | 17.87 |
| 10/12/2023 | Group Meal - Dinner - Eric Mostoff; Di Liang (in-person team meetings) | 130.00 |
| 10/12/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 36.88 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:         Expenses
Code:       20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|--------|
| 10/12/2023 | Taxi/Car Service Di Liang Airport to Home (return from in-person team meetings) | 84.84 |
| 10/12/2023 | Taxi/Car Service Di Liang AlixPartners Chicago Office to Airport (return from in-person team meetings) | 89.72 |
| 10/12/2023 | Taxi/Car Service Di Liang AlixPartners Chicago Office to Dinner (in-person team meetings) | 32.33 |
| 10/12/2023 | Taxi/Car Service Di Liang Dinner to Hotel (in-person team meetings) | 32.43 |
| 10/12/2023 | Group Meal - Lunch - Alexander Patti; Eric Mostoff (in-person team meetings) | 19.11 |
| 10/12/2023 | Taxi/Car Service Eric Mostoff Airport to Home (return from in-person team meetings) | 62.38 |
| 10/12/2023 | Individual Meal - Jason Chin - Breakfast (in-person team meetings) | 29.06 |
| 10/12/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 65.11 |
| 10/12/2023 | Taxi/Car Service Jason Chin Airport to Home (return from in-person team meetings) | 37.83 |
| 10/12/2023 | Taxi/Car Service Jason Chin AlixPartners Chicago Office to Airport (return from in-person team meetings) | 64.31 |
| 10/12/2023 | Airfare John Somerville 2023-10-12 ORD - LGA; return from in-person meetings (Delta Airlines, one way, economy) | 512.93 |
| 10/12/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 25.00 |
| 10/12/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 27.12 |
| 10/12/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetings) | 35.13 |
| 10/12/2023 | Taxi/Car Service John Somerville AlixPartners Chicago Office to Airport (return from in-person team meetings) | 80.08 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/12/2023 | Individual Meal - Katerina Vasiliou - Breakfast (in person team meetings) | 29.48 |
| 10/12/2023 | Individual Meal - Katerina Vasiliou - Lunch (in-person team meetings) | 65.57 |
| 10/12/2023 | Taxi/Car Service Katerina Vasiliou Airport to Home (return from in-person team meetings) | 60.67 |
| 10/12/2023 | Taxi/Car Service Katerina Vasiliou Hotel to Airport (return from in-person team meetings) | 47.11 |
| 10/12/2023 | Individual Meal - Kurt Wessel - Breakfast (in-person team meetings) | 11.98 |
| 10/12/2023 | Taxi/Car Service Kurt Wessel AlixPartners Chicago Office to Airport (return from in-person team meetings) | 70.20 |
| 10/12/2023 | Individual Meal - Mark Cervi - Lunch (in-person team meetings) | 32.42 |
| 10/12/2023 | Internet Access Mark Cervi | 8.00 |
| 10/12/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 58.21 |
| 10/12/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team meetings) | 8.93 |
| 10/12/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 24.59 |
| 10/12/2023 | Internet Access Matthew Birtwell | 9.00 |
| 10/12/2023 | Mileage Matthew Birtwell 33 Miles | 21.62 |
| 10/12/2023 | Parking/Tolls Matthew Birtwell | 111.00 |
| 10/12/2023 | Taxi/Car Service Matthew Birtwell AlixPartners Chicago Office to Airport (return from in-person team meetings) | 77.33 |
| 10/12/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 14.33 |
| 10/12/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 16.81 |
| 10/12/2023 | Taxi/Car Service Randi Self Airport to Home (return from in-person team meetings) | 68.88 |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:       Expenses
Code:     20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 10/12/2023 | Taxi/Car Service Randi Self Airport to Home (return from in-person team meetings) | 13.77 |
| 10/12/2023 | Taxi/Car Service Randi Self AlixPartners Chicago Office to Airport (return from in-person team meetings) | 93.07 |
| 10/12/2023 | Airfare Ryan Backus 2023-10-12 ORD - JFK; return from in-person meetings (Jet Blue Airlines, one way, economy) | 262.66 |
| 10/12/2023 | Individual Meal - Ryan Backus - Dinner (in-person team meetings) | 63.42 |
| 10/12/2023 | Taxi/Car Service Ryan Backus Airport to Home (return from in-person team meetings) | 64.92 |
| 10/12/2023 | Taxi/Car Service Sean Thompson Dinner to Hotel (in-person team meetings) | 13.92 |
| 10/12/2023 | Group Meal - Dinner - Seen Yung Wong; Katerina Vasiliou; Randi Self (in-person team meetings) | 195.00 |
| 10/12/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team meetings) | 19.83 |
| 10/12/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 28.26 |
| 10/12/2023 | Taxi/Car Service Seen Yung Wong Airport to Home (return from in-person team meetings) | 80.93 |
| 10/12/2023 | Taxi/Car Service Seen Yung Wong AlixPartners Chicago Office to Airport (return from in-person team meetings) | 47.24 |
| 10/12/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team meetings) | 18.16 |
| 10/12/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 23.46 |
| 10/12/2023 | Taxi/Car Service Takahiro Yamada Airport to Home (return from in-person team meetings) | 100.24 |

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:        Expenses
Code:      20008100P00001.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|------------------------|-------:|
| 10/12/2023 | Taxi/Car Service Takahiro Yamada AlixPartners Chicago Office to Airport (return from in-person team meetings) | 95.19 |
| 10/13/2023 | Individual Meal - Sean Thompson - Lunch (in-person team meetings) | 13.96 |
| 10/13/2023 | Public Transportation Sean Thompson (return from in-person team meetings) | 2.50 |
| 10/13/2023 | Taxi/Car Service Sean Thompson Airport to Home (return from in-person team meetings) | 66.98 |
| 10/14/2023 | Client Research Travis Phelan | 299.00 |
| 10/15/2023 | Airfare John LaBella 2023-10-15 ORD - MFR; travel to in-person meetings (United, one way, economy) | 446.75 |
| 10/18/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime meal) | 20.00 |
| 10/20/2023 | Client Research Olivia Braat re: Dave Inc. investigation | 550.00 |
| 10/20/2023 | Client Research Travis Phelan | 15.14 |
| 10/25/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime meal) | 20.00 |
| 10/26/2023 | Individual Meal - Griffin Shapiro - Dinner (overtime meal) | 15.98 |
| 10/27/2023 | Client Research Travis Phelan | 99.00 |
| **Total Expenses** | | **$ 51,619.12** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100P00001

| Expenses | | Amount |
|---|---|---|
| Airfare | $ | 13,927.42 |
| Client Research | | 1,344.38 |
| Ground Transportation | | 5,160.53 |
| Internet | | 102.95 |
| Lodging | | 24,442.28 |
| Meals | | 6,514.36 |
| Subscription/Books | | 127.20 |
| **Total Expenses** | **$** | **51,619.12** |