**Exhibit B**

**Disbursements**

## Detail Cost Task Code Billing Report
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 10/03/2023 | 0.100 | 34.00 | 3.40 | Inhouse Copying |
| 1368.002 | 10/10/2023 | 0.100 | 17.00 | 1.70 | Inhouse Copying |
| 1368.002 | 10/16/2023 | 0.100 | 22.00 | 2.20 | Inhouse Copying |
| 1368.002 | 10/17/2023 | 0.100 | 79.00 | 7.90 | Inhouse Copying |
| 1368.002 | 10/18/2023 | 0.100 | 35.00 | 3.50 | Inhouse Copying |
| 1368.002 | 10/19/2023 | 0.100 | 31.00 | 3.10 | Inhouse Copying |
| 1368.002 | 10/23/2023 | 0.100 | 339.00 | 33.90 | Inhouse Copying |
| 1368.002 | 10/24/2023 | 0.100 | 423.00 | 42.30 | Inhouse Copying |
| 1368.002 | 10/25/2023 | 0.100 | 124.00 | 12.40 | Inhouse Copying |
| 1368.002 | 10/31/2023 | 0.100 | 10.00 | 1.00 | Inhouse Copying |
| **Total for Activity ID E101** | | Billable | | 111.40 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 10/13/2023 | | | 16.04 | Outside printing DLS Discovery - Invoice 182114 |
| 1368.002 | 10/20/2023 | | | 13.80 | Outside printing Parcels, Inc. - Invoice 1047364 |
| 1368.002 | 10/23/2023 | | | 457.50 | Outside printing Parcels, Inc. - Invoice 1047557 |
| 1368.002 | 10/23/2023 | | | 1,650.35 | Outside printing Parcels, Inc. - Invoice 1047737 |
| 1368.002 | 10/24/2023 | | | 53.00 | Outside printing Parcels, Inc. - Invoice 1048243 |
| 1368.002 | 10/24/2023 | | | 53.00 | Outside printing Parcels, Inc. - Invoice 1048137 |
| **Total for Activity ID E102** | | Billable | | 2,243.69 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 10/31/2023 | | | 1,435.86 | Online research Relx Inc. DBA LexisNexis - Invoice 3094745066 |
| **Total for Activity ID E106** | | Billable | | 1,435.86 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 10/02/2023 | | | 15.00 | Delivery services/messengers Parcels, Inc. - Invoice 1044548 |
| 1368.002 | 10/19/2023 | | | 78.60 | Delivery services/messengers Parcels, Inc. - Invoice 1047014 |
| 1368.002 | 10/19/2023 | | | 76.50 | Delivery services/messengers Parcels, Inc. - Invoice 1046934 |
| **Total for Activity ID E107** | | Billable | | 170.10 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 10/24/2023 | | | 128.49 | Meals Manhattan Bagel - Breakfast for S&C (5), LRC (4), PWP (.1) |
| 1368.002 | 10/24/2023 | | | 214.50 | Meals Cavanaugh's Restaurant - Lunch for S&C (5), LRC (4), PWP (.1) |
| **Total for Activity ID E111** | | Billable | | 342.99 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 10/31/2023 | | | 46.50 | Document Retrieval - PACER |
| **Total for Activity ID E208** | | Billable | | 46.50 | Document Retrieval |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 10/24/2023 | | | 712.00 | Hearing Transcripts Reliable Wilmington - Invoice WL113499 |
| **Total for Activity ID E218** | | Billable | | 712.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 10/03/2023 | | | 76.60 | Service Fees Parcels, Inc. - Invoice 1044377 |
| 1368.002 | 10/03/2023 | | | 76.60 | Service Fees Parcels, Inc. - Invoice 1044380 |
| 1368.002 | 10/12/2023 | | | 27.06 | Service Fees Parcels, Inc. - Invoice 1045748 |
| 1368.002 | 10/12/2023 | | | 30.07 | Service Fees Parcels, Inc. - Invoice 1045749 |
| **Total for Activity ID E219** | | Billable | | 210.33 | Service Fees |
| **Activity ID E221 Overnight Delivery** | | | | | |
| 1368.002 | 10/05/2023 | | | 36.12 | Delivery services/messengers FedEx - Invoice 8-281-49626 |
| **Total for Activity ID E221** | | Billable | | 36.12 | Overnight Delivery |

Detail Cost Task Code Billing Report
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount |
|--------|-----------|------|-------|--------|
| GRAND TOTALS | | | | |
| Billable | | | | 5,308.99 |