## Exhibit B

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/1/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| 2048 Color Document Reproduction | 10/1/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/1/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| 2057 PACER Services | 10/1/2023 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 7/1/2023 to 9/30/2023 - Account # 2618656 |
| 2057 PACER Services | 10/1/2023 | 1.00 | 0.00 | 0.00 | U.S. Courts: PACER - Legal Research Charges from 7/1/2023 to 9/30/2023 - Account # 2618657 |
| 1021 Lexis Courtlink - Off Contract | 10/2/2023 | 1.00 | 0.88 | 0.88 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/2/2023 | 1.00 | 0.81 | 0.81 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/2/2023 | 1.00 | 0.81 | 0.81 | COURTLINK ALERT |
| 2047 Document Reproduction | 10/2/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/2/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 16.00 | 0.40 | 6.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 46.00 | 0.40 | 18.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 46.00 | 0.40 | 18.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/2/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |

| | | | | |
|---|---|---|---|---|
| 2048 Color Document Reproduction | 10/2/2023 | 40.00 | 0.40 | 16.00 Color Document Reproduction |
| 1986 Velobind | 10/2/2023 | 1.00 | 2.00 | 2.00 Velobind |
| 1021 Lexis Courtlink - Off Contract | 10/3/2023 | 1.00 | 0.88 | 0.88 COURTLINK TRACK |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 6.00 | 0.10 | 0.60 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 41.00 | 0.10 | 4.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 2.00 | 0.10 | 0.20 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 8.00 | 0.10 | 0.80 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 4.00 | 0.10 | 0.40 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 48.00 | 0.10 | 4.80 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 6.00 | 0.10 | 0.60 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 5.00 | 0.10 | 0.50 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 9.00 | 0.10 | 0.90 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 46.00 | 0.10 | 4.60 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 5.00 | 0.10 | 0.50 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 57.00 | 0.10 | 5.70 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 4.00 | 0.10 | 0.40 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 62.00 | 0.10 | 6.20 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 30.00 | 0.10 | 3.00 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 205.00 | 0.10 | 20.50 Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 27.00 | 0.10 | 2.70 Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 63.00 | 0.10 | 6.30 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 199.00 | 0.10 | 19.90 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 42.00 | 0.10 | 4.20 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 19.00 | 0.10 | 1.90 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 44.00 | 0.10 | 4.40 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 67.00 | 0.10 | 6.70 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 254.00 | 0.10 | 25.40 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 154.00 | 0.10 | 15.40 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 24.00 | 0.10 | 2.40 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/3/2023 | 80.00 | 0.10 | 8.00 | Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/4/2023 | 1.00 | 0.88 | 0.88 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/4/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/4/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 10/4/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/4/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2048 Color Document Reproduction | 10/4/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/4/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/5/2023 | 1.00 | 0.81 | 0.81 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/5/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/5/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/5/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2010A Air travel-Agency fees | 10/5/2023 | 1.00 | 50.00 | 50.00 | AMERICAN EXPRESS - Date: 2023-10-05 Passenger: SCHECK/MATTHEW Tkt #: 0856520425- |
| 1021 Lexis Courtlink - Off Contract | 10/6/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/6/2023 | 1.00 | 0.81 | 0.81 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/9/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/9/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| 1925 Word processing | 10/9/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 10/10/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/10/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/10/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 95.00 | 0.40 | 38.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 95.00 | 0.40 | 38.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 18.00 | 0.40 | 7.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 17.00 | 0.40 | 6.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 24.00 | 0.40 | 9.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/10/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| 1925 Word processing | 10/10/2023 | 0.40 | 0.00 | 0.00 | Word processing |

| | | | | | |
|---|---|---|---|---|---|
| 1928 Hotel | 10/10/2023 | 1.00 | 1,321.52 | 1,321.52 | Matthew Scheck - Lodging - Matthew R. Scheck - New York for Creditor Meetings. 10/10/23 |
| 1992 Out-of-Town Travel | 10/10/2023 | 1.00 | 94.50 | 94.50 | Matthew Scheck - Taxi - Matthew R. Scheck - Airport to Hotel New York for Creditor Meetings. 10/10/23 |
| 1992 Out-of-Town Travel | 10/10/2023 | 1.00 | 50.94 | 50.94 | Matthew Scheck - Taxi - Matthew R. Scheck - Home to Austin Airport New York for Creditor Meetings. 10/10/23 |
| 2010 Air travel | 10/10/2023 | 1.00 | 827.80 | 827.80 | AMERICAN EXPRESS - Date: 2023-10-10 Itinerary: Austin/New York City/Austin Passenger: SCHECK/MATTHEW Tkt #: 8059665220- |
| 2041 Document Services | 10/10/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/G. SMITH/0217605 |
| 2041 Document Services | 10/10/2023 | 1.00 | 15.00 | 15.00 | Document services - CREATION OF TABS/G. SMITH/0217605 |
| 2041 Document Services | 10/10/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/G. SMITH/0217605 |
| 2041 Document Services | 10/10/2023 | 10.00 | 0.53 | 5.32 | Document services - CUSTOM TABS/G. SMITH/0217605 |
| 2059 Document Services | 10/10/2023 | 39.00 | 0.07 | 2.68 | Document services - PRINTS/G. SMITH/0217605 |
| 2059 Document Services | 10/10/2023 | 29.00 | 0.75 | 21.75 | Document services - COLOR PRINTS/G. SMITH/0217605 |
| 2077 Document Services | 10/10/2023 | 1.00 | 4.61 | 4.61 | Document Services - TAX/G. SMITH/0217605 |
| 1019 Meals during travel | 10/11/2023 | 1.00 | 14.49 | 14.49 | Matthew Scheck - Breakfast - Matthew R. Scheck - New York for Creditor Meetings. 10/11/23 Matthew R. Scheck |
| 1021 Lexis Courtlink - Off Contract | 10/11/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/11/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2048 Color Document Reproduction | 10/11/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2010A Air travel-Agency fees | 10/11/2023 | 1.00 | 50.00 | 50.00 | AMERICAN EXPRESS - Date: 2023-10-11 Passenger: SCHECK/MATTHEW Tkt #: 0856768510- |
| 1019 Meals during travel | 10/12/2023 | 1.00 | 13.49 | 13.49 | Matthew Scheck - Breakfast - Matthew R. Scheck - New York for Creditor Meetings. 10/12/23 Matthew R. Scheck |
| 1021 Lexis Courtlink - Off Contract | 10/12/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1992 Out-of-Town Travel | 10/12/2023 | 1.00 | 133.91 | 133.91 | Matthew Scheck - Taxi - Matthew R. Scheck - Meeting to Airport New York for Creditor Meetings. 10/12/23 |
| 1992 Out-of-Town Travel | 10/12/2023 | 1.00 | 61.17 | 61.17 | Matthew Scheck - Taxi - Matthew R. Scheck - Austin Airport to Home New York for Creditor Meetings. 10/12/23 |
| 1021 Lexis Courtlink - Off Contract | 10/13/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/15/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2048 Color Document Reproduction | 10/15/2023 | 10.00 | 0.40 | 4.00 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/16/2023 | 1.00 | 0.82 | 0.82 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/16/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/16/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/16/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/16/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/17/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2041 Document Services | 10/17/2023 | 60.00 | 0.37 | 22.29 | Document services - TABS/E.BARNES/0217819 |
| 2041 Document Services | 10/17/2023 | 2.00 | 10.29 | 20.58 | Document services - 1"" BLACK VIEW BINDER/E.BARNES/0217819 |
| 2041 Document Services | 10/17/2023 | 432.00 | 0.02 | 9.89 | Document services - SLIP SHEETS/E.BARNES/0217819 |
| 2059 Document Services | 10/17/2023 | 432.00 | 0.07 | 29.72 | Document services - PRINTS/E.BARNES/0217819 |
| 2077 Document Services | 10/17/2023 | 1.00 | 4.90 | 4.90 | Document Services - TAX/E.BARNES/0217819 |
| 1021 Lexis Courtlink - Off Contract | 10/18/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/18/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 23.00 | 0.10 | 2.30 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/18/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2041 Document Services | 10/18/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/S. MANCUSO/0217872 |
| 2041 Document Services | 10/18/2023 | 30.00 | 0.02 | 0.69 | Document services - SLIP SHEETS/S. MANCUSO/0217872 |
| 2041 Document Services | 10/18/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/S. MANCUSO/0217872 |
| 2041 Document Services | 10/18/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/S. MANCUSO/0217872 |
| 2041 Document Services | 10/18/2023 | 43.00 | 0.37 | 15.97 | Document services - TABS/S. MANCUSO/0217872 |
| 2059 Document Services | 10/18/2023 | 271.00 | 0.07 | 18.64 | Document services - PRINTS/S. MANCUSO/0217872 |
| 2059 Document Services | 10/18/2023 | 225.00 | 0.75 | 168.75 | Document services - COLOR PRINTS/S. MANCUSO/0217872 |

| | | | | | |
|---|---|---|---|---|---|
| 2077 Document Services | 10/18/2023 | 1.00 | 19.20 | 19.20 | Document Services - TAX/S. MANCUSO/0217872 |
| 1021 Lexis Courtlink - Off Contract | 10/19/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/19/2023 | 69.00 | 0.10 | 6.90 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 45.00 | 0.10 | 4.50 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 27.00 | 0.10 | 2.70 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 83.00 | 0.10 | 8.30 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 59.00 | 0.10 | 5.90 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 71.00 | 0.10 | 7.10 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/19/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| 2048 Color Document Reproduction | 10/19/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/19/2023 | 21.00 | 0.40 | 8.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/19/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/20/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/23/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/23/2023 | 1.00 | 0.00 | 0.00 | COURTLINK FREE DOC VIEW |
| 2047 Document Reproduction | 10/23/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 10/23/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| 2047 Document Reproduction | 10/23/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 10/23/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2048 Color Document Reproduction | 10/23/2023 | 9.00 | 0.40 | 3.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/23/2023 | 14.00 | 0.40 | 5.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/23/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/23/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2041 Document Services | 10/23/2023 | 3.00 | 2.12 | 6.36 | Document services - SPIRAL BINDING/S. HILL/0218065 |
| 2041 Document Services | 10/23/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/S. HILL/0218065 |
| 2059 Document Services | 10/23/2023 | 478.00 | 0.07 | 32.89 | Document services - PRINTS/S. HILL/0218065 |
| 2077 Document Services | 10/23/2023 | 1.00 | 3.98 | 3.98 | Document Services - TAX/S. HILL/0218065 |
| 1021 Lexis Courtlink - Off Contract | 10/24/2023 | 1.00 | 0.00 | 0.00 | ALERT SERVICE |
| 1021 Lexis Courtlink - Off Contract | 10/24/2023 | 1.00 | 0.00 | 0.00 | ALERT SERVICE |
| 1021 Lexis Courtlink - Off Contract | 10/24/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/24/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/24/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| 2047 Document Reproduction | 10/24/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| 2048 Color Document Reproduction | 10/24/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/24/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/25/2023 | 1.00 | 0.82 | 0.82 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/25/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/25/2023 | 1.00 | 0.82 | 0.82 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 88.00 | 0.10 | 8.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 32.00 | 0.10 | 3.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 62.00 | 0.10 | 6.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/25/2023 | 88.00 | 0.10 | 8.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 74.00 | 0.10 | 7.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 31.00 | 0.10 | 3.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 89.00 | 0.10 | 8.90 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 10/25/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 88.00 | 0.40 | 35.20 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/25/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2041 Document Services | 10/25/2023 | 5.00 | 5.00 | 25.00 | Document services - DRILLING/S. HILL/0218124 |
| 2041 Document Services | 10/25/2023 | 14.00 | 2.12 | 29.68 | Document services - SPIRAL BINDING/S. HILL/0218124 |
| 2059 Document Services | 10/25/2023 | 2,209.00 | 0.07 | 151.98 | Document services - PRINTS/S. HILL/0218124 |
| 2077 Document Services | 10/25/2023 | 1.00 | 18.58 | 18.58 | Document Services - TAX/S. HILL/0218124 |
| 1021 Lexis Courtlink - Off Contract | 10/26/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/26/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2048 Color Document Reproduction | 10/26/2023 | 13.00 | 0.40 | 5.20 | Color Document Reproduction |
| 1925 Word processing | 10/26/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| 1021 Lexis Courtlink - Off Contract | 10/27/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 10/27/2023 | 1.00 | 0.82 | 0.82 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/27/2023 | 1.00 | 0.82 | 0.82 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/27/2023 | 1.00 | 1.64 | 1.64 | COURTLINK ALERT |
| 2047 Document Reproduction | 10/27/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2048 Color Document Reproduction | 10/27/2023 | 28.00 | 0.40 | 11.20 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/28/2023 | 1.00 | 1.64 | 1.64 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/30/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 2047 Document Reproduction | 10/30/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 10/30/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2048 Color Document Reproduction | 10/30/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 Color Document Reproduction | 10/30/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 1021 Lexis Courtlink - Off Contract | 10/31/2023 | 1.00 | 0.82 | 0.82 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 10/31/2023 | 1.00 | 0.89 | 0.89 | COURTLINK TRACK |
| 1017 Online Research - Off Contract | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| 1018 Online Research - Off Contract | 10/31/2023 | 1.00 | 184.00 | 184.00 | Online Research - Off Contract |
| 1020 Online Research - Tax | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| 1908 Online Research | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 2029 Online Research | 10/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 2047 Document Reproduction | 10/31/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 10/31/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 10/31/2023 | 37.00 | 0.10 | 3.70 | Document Reproduction |
| 1925 Word processing | 10/31/2023 | 0.40 | 0.00 | 0.00 | Word processing |

| Cost Type-Description | Quantity | Amount |
|---|---|---|
| Meals during Travel | 2 | 27.98 |
| Lexis Courtlink - Off Contract | 37 | 30.99 |
| Online Research | 4 | 0.00 |
| Veloblind | 1 | 2.00 |
| Word processing | 4 | 0.00 |
| Hotel | 1 | 1,321.52 |
| Out-of-Town Travel | 4 | 340.52 |
| Air travel | 1 | 827.80 |
| Air Travel-agency fees | 2 | 100.00 |
| Online Research - Tax | 1 | 0.00 |
| Online Research - Off Contrac | 1 | 184.00 |
| Online Research - Off Contrac | 1 | 0.00 |
| Online Research | 1 | 0.00 |
| Document Reproduction | 4,326 | 432.60 |
| Color Document Reproduction | 728 | 291.20 |
| Document Services | 3,683 | 426.41 |
| Document Services | 5 | 51.27 |
| Document Services | 606 | 175.02 |
| | | 4,211.31 |