## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) | |
| | ) | Case No. 22-11068 (JTD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **HXRO FOUNDATION** | **ACHERON PTE. LTD** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

**HXRO Foundation**
**Attn:  Brandt Page**
**106 Burnthwaite Road**
**London SW6 5BG**
**United Kingdom**

Phone:  **+44 792 3364304**
Last Four Digits of Acct #:

Names and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Last known address:

**Acheron PTE. LTD**
**200 JALAN SULTAN**
**#11-01 TEXTILE CENTRE**
**SINGAPORE 199018**

Court Claim # (if known):  **1063**
Amount of Claim:  **$18,702.51 USD and**
**2,265,274.23 HXRO Tokens**
Date Claim Filed: **03/01/2023**

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____          Date: ___7 | 11 | 2023____
     Transferee / ~~Transferee's Agent~~

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063
respectively.  Due to the large number of debtor entities in these Chapter 11 Cases. A complete list of the Debtors and the last four
digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on
the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.