IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
FTX TRADING LTD., et al.,[1] )
) Case No. 22-11068 (JTD)
Debtors. )
) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**HXRO FOUNDATION**
Name of Transferee

**ACHERON PTE. LTD**
Name of Transferor

Name and Address where notices to transferee should be sent:

**HXRO Foundation
Attn: Brandt Page
106 Burnthwaite Road
London SW6 5BG
United Kingdom**

Phone: **+44 792 3364304**
Last Four Digits of Acct #:

Names and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Last known address:

**Acheron PTE. LTD
200 JALAN SULTAN
#11-01 TEXTILE CENTRE
SINGAPORE 199018**

Court Claim # (if known): **1068**
Amount of Claim: **209,095.73 HXRO Tokens**
Date Claim Filed: **03/01/2023**

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 7/11/2023
     Transferee / ~~Transferee's Agent~~

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases. A complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Local Form 138