# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICE AND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") as bankruptcy counsel to The Moskowitz Law Firm, PLLC and Boies Schiller Flexner LLP, solely in their capacity as Plaintiffs' Co-Lead Counsel in *In re FTX Cryptocurrency Exchange Collapse Litigation*, MDL NO. 3076, Case No. 23-md-03076 (together, "FTX MDL Co-Lead Counsel"), pending in the United States District Court for the Southern District of Florida (the "FTX MDL"), pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be given in these cases, and all papers served or required to be served in the Chapter 11 Cases, be given to and served upon the undersigned attorneys, or on their behalf, at the address set forth below:

> PACHULSKI STANG ZIEHL & JONES LLP
> Attention: Jason H. Rosell and Mary F. Caloway
> One Sansome Street, Suite 3430
> San Francisco, CA 94104
> Telephone:   415.263.7000
> Email:       jrosell@pszjlaw.com
>              mcaloway@pszjlaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SF 4888-6823-5924.2 30239.001

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request of Service of Papers includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including, with respect to: (a) the debtors; (b) property of the estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive FTX MDL Co-Lead Counsel's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which FTX MDL Co-Lead Counsel has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 30, 2023     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Mary F. Caloway*
Jason H. Rosell (admitted *pro hac vice*)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

*Counsel to FTX MDL Co-Lead Counsel*