# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

FILED 2023 NOV 29 PM 12:13
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | Svalbard Holdings Limited | Name of Transferor: | Haralabos Voulgaris |
| Name and Address where notices and payments to transferee should be sent: | Attestor Value Master Fund LP[1]<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom | Last known address: | 11 Boulevard Albert 1er Etage CH13, Monaco, MC 98000 |
| Email:<br>Phone: | Attn: Steve Gillies<br>settlements@attestorcapital.com<br>+44(0)20 7074 9653 | Court Claim # (if known): | |
| Last Four Digits of Acct #: | | Amount of Claim: | $20,489,778.21 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

|  |  |
|---|---|
| Date Claim Filed: | **September 25, 2023** |
| Phone: | **323-704-6848** |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____  Date: __23/11/23__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571

2

Annex A

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO    FTX Trading Ltd and its affiliated debtors and debtors in possession ("Debtor")
          Case No. 22-11068 (JTD) (the "Case")

HARALABOS VOULGARIS ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SVALBARD HOLDINGS LIMITED**
c/o Attestor Limited
Address:    7 Seymour Street
            London, United Kingdom
            W1H7JW

its successors and assigns ("Buyer"), all of Seller's right, title and interest in and to the Proof of Claim filed for Customer Code No. 00163784 in the amount of $20,489,778.21 (the "Claims") of Seller against the Debtor in the Case in the Court or in any other court with jurisdiction over Debtor's Case.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claims or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 17, 2023

**HARALABOS VOULGARIS**

By: _____

**SVALBARD HOLDINGS LIMITED**

By: _____
Name:
Title: Christopher Guth
       Authorized Person