# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Muhammad Azeem, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 22, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Second Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for Entry of an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor nunc pro tunc to the Petition Date [Docket No. 4093]

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: November 28, 2023

*/s/ Muhammad Azeem*
Muhammad Azeem

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 28, 2023, by Muhammad Azeem, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE<br>27 CRIMSON KING DRIVE<br>BEAR DE 19701 | AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM | Email |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | ASHBY & GEDDES, P.A. | ATTN: MICHAEL D. DEBAECKE<br>500 DELAWARE AVENUE<br>8TH FLOOR<br>WILMINGTON DE 19899-1150 | MDEBAECKE@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO, GREGORY A. TAYLOR<br>500 DELAWARE AVENUE, 8TH FLOOR<br>P.O. BOX 1150<br>WILMINGTON DE 19899 | RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM | First Class Mail and Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>P.O. BOX 3001<br>MALVERN PA 19355-0701 | | First Class Mail |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | ATTN: JOSEF W. MINTZ<br>1201 MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JOSEF.MINTZ@BLANKROME.COM | First Class Mail and Email |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | ATTN: RICK ANTONOFF<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | RICK.ANTONOFF@BLANKROME.COM | First Class Mail and Email |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | BOERSCH & ILLOVSKY LLP | ATTN: SHARON FRASE<br>1611 TELEGRAPH AVE.,<br>SUITE 806<br>OAKLAND CA 94612 | SHARON@BOERSCH-ILLOVSKY.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | ATTN: KENNETH J. AULET, JEFFREY L. JONAS, MICHAEL WINOGRAD, ALEXANDER F. KASNETZ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | KAULET@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>MWINOGRAD@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | ATTN: TRISTAN G. AXELROD, SHARI I. DWOSKIN, MATTHEW A. SAWYER<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM | First Class Mail and Email |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET, SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER<br>CRESCENT CENTER, SUITE 500<br>6075 POPLAR AVENUE, P.O. BOX 171443<br>MEMPHIS TN 38187 | JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | ATTN: MARTIN SOSLAND<br>2911 TURTLE CREEK BLVD., SUITE 1400<br>DALLAS TX 75219 | MARTIN.SOSLAND@BUTLERSNOW.COM | First Class Mail and Email |
| COUNSEL TO SILICON VALLEY ACCOUNTANTS | CARR MALONEY P.C. | ATTN: J. PETER GLAWS, IV, ESQ.<br>2000 PENNSYLVANIA AVE, NW<br>STE. 8001<br>WASHINGTON DC 20006 | PETER.GLAWS@CARRMALONEY.COM | First Class Mail and Email |
| COUNSEL TO PI-CRYPTO LTD., PI 1.0 LP | CARTER LEDYARD & MILBURN LLP | ATTN: AARON R. CAHN<br>28 LIBERTY STREET<br>41ST FLOOR<br>NEW YORK NY 10005 | BANKRUPTCY@CLM.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | CHAMBERLAINS LAW FIRM | ATTN: STIPE VULETA, LACHLAN MCBRIDE, SEBASTIAN BRODOWSKI, SAM KEYS-ASGILL<br>LEVEL 12 59 GOULBURN STREET<br>SYDNEY  NSW 2002  Australia | STIPE.VULETA@CHAMBERLAINS.COM.AU<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JANE VANLARE, BRANDON M. HAMMER<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 | JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | COINCIDENT CAPITAL INTERNATIONAL, LTD | C/O SUNIL SHAH<br>1805 N. CARSON CITY ST.,<br>SUITE X-108<br>CARSON CITY NV 89701 | FTXCC@COINCIDENTCAPITAL.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | COLE SCHOTZ P.C. | ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | ATTN: MARTIN B. WHITE<br>SENIOR ASSISTANT GENERAL COUNSEL<br>1155 21ST STREET NW<br>WASHINGTON DC 20581 | MWHITE@CFTC.GOV | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | ATTN: CULLEN D. SPECKHART<br>1299 PENNSYLVANIA AVENUE NW<br>SUITE 700<br>WASHINGTON DC 20004 | CSPECKHART@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE PIGNATELLI, ERICA J. RICHARDS<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | MKLEIN@COOLEY.COM<br>AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO AAVCF3 LP, ADAPT VC LLC, AKHIL PAUL, BAUDOIN, KIARA, CAROL H. DUGGAN REVOCABLE LIVING TRUST, CATHEXIS SUBSIDIARIES GP, LLC; CATHEXIS VENTURES, LP, CLARK, DEREK, DUARTE, JONATHAN, DWYER, JOHN, EM FUND I, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, FAIRCHILD FUND III, LLC, FERRARI, MICHAEL, FRANK, AARON, FUND I, A SERIES OF 20VC, LP, FUND I, A SERIES OF NOT BORING CAPITAL, LP, GARDNER, CLAYTON, GILES, MICHAEL, HARLAND GROUP LLC, HARPER, CHRISTOPHER, HARPER, STEPHEN, JABRE, PHILIPPE, JOHNSON, BRENT, KV5 PTY LTD ATF KV5 TRUST, KERR INVESTMENT HOLDINGS PTY LTD A/T/F THE KERR FAMILY TRUST, KICK THE HIVE LLC, LONDERGAN, BENJAMIN, LOVERO, JUSTIN, LYON, MATTHEW, MANN, BRANDON, MEENTS, DAVID, MOTIVATE VENTURES FUND I, LP, MOTIVATE VENTURES QP FUND I, LP, NICHOLS, JAMES, NORDBY, CHRISTIAN, OPERATOR PARTNERS, LLC, PERCOCO, JOE, PETER T. LAWLER LIVING TRUST, PRUVEN CAPITAL PARTNERS FUND I, LP, S20, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, SWS HOLDING COMPANY, LLC STUART SOPP, SAUGSTAD, MONIQUE, SILVERSTONE VENTURE INVESTMENTS LIMITED, SLATE, JOSHUA ALLEN, SOMA CAPITAL FUND, III, LP, SOMA CAPITAL FUND III PARTNERS LLC, SOPP, STUART, THE GARDNER 2008 LIVING TRUST, THOMAS G. MIGLIS REVOCABLE TRUST, TRIPLEPOINT PRIVATE VENTURE CREDIT INC., TRIPLEPOINT VENTURE LENDING FUND, LLC, TRIPLEPOINT VENTURES 5 LLC, VENTURESOUQ CAPITAL SPC O/B/O VSQ SP 59 (YCS20), WEINER, JONATHAN, WEVER, DENA, YASELLERAPH FINANCE PTY LTD ATF YASELLERAPH FINANCE TRUST, YOUNG, CHRISTOPHER, Z PERRET TRUST, 9YARDS CAPITAL INVESTMENTS II LP AND WILLIAM HOCKEY LIVING TRUST | COOLEY LLP | ATTN: PHILIP M. BOWMAN, ESQ.<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | PBOWMAN@COOLEY.COM | First Class Mail and Email |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ.<br>BRANDYWINE PLAZA WEST<br>1521 CONCORD PIKE, SUITE 301<br>WILMINGTON DE 19801 | SCOTT.COUSINS@COUSINS-LAW.COM<br>SCOTT.JONES@COUSINS-LAW.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
| --- | --- | --- | --- | --- |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: FREDERICK SCHMIDT<br>3WTC, 175 GREENWICH STREET<br>55TH FLOOR<br>NEW YORK NY 10007 | ESCHMIDT@COZEN.COM | First Class Mail and Email |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ATTN: THOMAS J. FRANCELLA<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON DE 19801 | TFRANCELLA@COZEN.COM | First Class Mail and Email |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | CROSS & SIMON LLC | ATTN: KEVIN S. MANN<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801 | KMANN@CROSSLAW.COM | First Class Mail and Email |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801 | CSIMON@CROSSLAW.COM | First Class Mail and Email |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS | CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON<br>1105 NORTH MARKET STREET<br>SUITE 901<br>WILMINGTON DE 19801 | CSIMON@CROSSLAW.COM | First Class Mail and Email |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J. WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.<br>66 HUDSON BOULEVARD<br>NEW YORK NY 10001 | NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | ATTN: SIDNEY P. LEVINSON, JASMINE BALL<br>66 HUDSON BOULEBARD<br>NEW YORK NY 10001 | SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM | First Class Mail and Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE, SUITE 210E<br>LAKE SUCCESS NY 11042 | AMISH@DOSHILEGAL.COM | First Class Mail and Email |
| COUNSEL TO CADIAN | EMMET, MARVIN & MARTIN, LLP | ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ.<br>120 BROADWAY, 32ND FLOOR<br>NEW YORK NY 10271 | JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ANDREA L. GORDON<br>700 SIXTH STREET NW, SUITE 700<br>WASHINGTON DC 20001 | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: ERIN E. BRODERICK<br>227 WEST MONROE STREET, SUITE 6000<br>CHICAGO IL 60606 | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: MARK D. SHERRILL<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON TX 77002 | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H. EHRLICH, LYNN W. HOLBERT<br>THE GRACE BUILDING, 40TH FLOOR<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM<br>LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL<br>321 NORTH CLARK STREET, SUITE 3000<br>CHICAGO IL 60654 | MSMALL@FOLEY.COM | First Class Mail and Email |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | ATTN: SAMANTHA RUPPENTHAL<br>90 PARK AVENUE<br>NEW YORK NY 10016 | SRUPPENTHAL@FOLEY.COM | First Class Mail and Email |
| COUNSEL TO BRANDON WILLIAMS | GEBHARDT & SMITH LLP | ATTN: GREGORY L. ARBOGAST<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19081 | GARBOGAST@GEBSMITH.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON DE 19801 | MBUSENKELL@GSBBLAW.COM | First Class Mail and Email |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | GOETZ FITZPATRICK LLP | ATTN: SCOTT D. SIMON, ESQ.<br>ONE PENN PLAZA<br>SUITE 3100<br>NEW YORK NY 10119 | SSIMON@GOETZFITZ.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: BRIAN DAVIDOFF<br>2049 CENTURY PARK EAST<br>STE 2600<br>LOS ANGELES CA 90067-4590 | BDAVIDOFF@GREENBERGGLUSKER.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | RICK.ANIGIAN@HAYNESBOONE.COM<br>CHARLIE.JONES@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | HAYNES AND BOONE, LLP | ATTN: RICHARD KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM | First Class Mail and Email |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | HOGAN LOVELLS US LLP | ATTN: DENNIS H. TRACEY, III, JOHN D. BECK , MAYA JUMPER<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | DENNIS.TRACEY@HOGANLOVELLS.COM<br>JOHN.BECK@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM | First Class Mail and Email |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS AND ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS | HOGAN LOVELLS US LLP | ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA JUMPER,<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | DENNIS.TRACEY@HOGANLOVELLS.COM<br>DENNIS.TRACEY@HOGANLOVELLS.COM<br>MAYA.JUMPER@HOGANLOVELLS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ., DAVID W. WIRT, JESSICA MAGEE, SHARDUL DESAI<br>31 W. 52ND STREET<br>NEW YORK NY 10019 | WARREN.GLUCK@HKLAW.COM<br>MARIE.LARSEN@HKLAW.COM<br>DAVID.WIRT@HKLAW.COM<br>JESSICA.MAGEE@HKLAW.COM<br>SHARDUL.DESAI@HKLAW.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | HUGH SMITH ESQUIRE | LEVEL 8 224 BUNDA STREET<br>CANBERRA CITY ACT 2601  Australia | HUGH.SMITH@CHAMBERLAINS.COM.AU | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | JOYCE, LLC | ATTN: MICHAEL J. JOYCE, ESQ.<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: BRIAN D. KOOSED, ESQ.<br>1602 K STREET NW<br>WASHINGTON DC 20006-1600 | BRIAN.KOOSED@KLGATES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: ROBERT T. HONEYWELL, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK NY 10022-6030 | ROBERT.HONEYWELL@KLGATES.COM | First Class Mail and Email |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER, ESQ.<br>600 N. KING STREET<br>SUITE 901<br>WILMINGTON DE 19801 | STEVEN.CAPONI@KLGATES.COM<br>MATTHEW.GOELLER@KLGATES.COM | First Class Mail and Email |
| COUNSEL TO GABRIEL RECCHIA | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD, SUITE 85<br>WILMINGTON DE 19809 | AMK@KASHISHIANLAW.COM | First Class Mail and Email |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | KELLER BENVENUTTI KIM LLP | ATTN: JANE KIM, GABRIELLE L. ALBERT<br>650 CALIFORNIA ST. #1900<br>SAN FRANCISCO CA 94108 | JKIM@KBKLLP.COM<br>GALBERT@KBKLLP.COM | First Class Mail and Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: LOUIS M. PHILLIPS<br>301 MAIN ST., SUITE 1600<br>BATON ROUGE LA 70801 | LOUIS.PHILLIPS@KELLYHART.COM | First Class Mail and Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | ATTN: MICHAEL D. ANDERSON<br>201 MAIN STREET, SUITE 2500<br>FORT WORTH TX 76102 | MICHAEL.ANDERSON@KELLYHART.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN, MATTHEW R. PIERCE, NICOLAS E. JENNER, GEORGE A. WILLIAMS III<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM | Email |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | LEWIS ROCA ROTHGERBER CHRISTIE LLP | ATTN: BRENT R. COHEN, CHAD S. CABY<br>1601 19TH STREET, SUITE 1000<br>DENVER CO 80202-2995 | BCOHEN@LEWISROCA.COM<br>CCABY@LEWISROCA.COM | First Class Mail and Email |
| COUNSEL TO PHALA LTD. | LOCKE LORD LLP | ATTN: IRA S. GREENE<br>200 VESEY STREET<br>NEW YORK NY 10281 | IRA.GREENE@LOCKELORD.COM | First Class Mail and Email |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN, COLLEEN M. RESTEL<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | ABEHLMANN@LOWENSTEIN.COM<br>CRESTEL@LOWENSTEIN.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C. WILLIAMS<br>1201 DEMONBREUN STREET<br>SUITE 900<br>NASHVILLE TN 37213 | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM | First Class Mail and Email |
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: CELINE E. DE LA FOSCADE-CONDON<br>100 CAMBRIDGE STREET, P.O. BOX 9565<br>BOSTON MA 02114 | DELAFOSCAC@DOR.STATE.MA.US | First Class Mail and Email |
| COUNSEL TO LIGHTCONE INFRASTRUCTURE | MCCARTER & ENGLISH LLP | ATTN: KATE ROGGIO BUCK<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | KBUCK@MCCARTER.COM | First Class Mail and Email |
| COUNSEL TO CENTER FOR APPLIED RATIONALITY ("CFAR") | MCCARTER & ENGLISH LLP | ATTN: KATE ROGGIO BUCK<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | KBUCK@MCCARTER.COM | First Class Mail and Email |
| COUNSEL TO APPLIED RATIONALITY | McCARTER & ENGLISH LLP | ATTN: MATTHEW J. RIFINO<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | MRIFINO@MCCARTER.COM | First Class Mail and Email |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOHN J. CALANDRA<br>JOSEPH B. EVANS, ELIZABETH RODD<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017-3852 | DAZMAN@MWE.COM<br>JCALANDRA@MWE.COM<br>JBEVANS@MWE.COM<br>ERODD@MWE.COM | First Class Mail and Email |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | ATTN: MARIS J. KANDESTIN<br>THE NEMOURS BUIDLING<br>1007 NORTH ORANGE STREET, 10TH FLOOR<br>WILMINGTON DE 19801 | MKANDESTIN@MWE.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY, NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, DAVID P. PRIMACK<br>300 DELAWARE AVENUE<br>SUITE 1014<br>WILMINGTON DE 19801 | GBRESSLER@MDMC-LAW.COM<br>DPRIMACK@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET<br>SUITE 1401<br>NEWARK NJ 07102 | JBERNSTEIN@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: MICHAEL R. MORANO, ESQ.<br>1300 MT. KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN NJ 07962 | MMORANO@MDMC-LAW.COM | First Class Mail and Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD<br>225 LIBERTY STREET<br>36TH FLOOR<br>NEW YORK NY 10281 | NLEONARD@MDMC-LAW.COM | First Class Mail and Email |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | BANKRUPTCY UNIT<br>200 NW 2ND AVENUE, #430<br>MIAMI FL 33128 | PRISCILLA.WINDLEY@MIAMIDADE.GOV<br>MDTCBKC@MIAMIDADE.GOV | First Class Mail and Email |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | DEECF@DOR.MO.GOV | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE<br>1201 N. MARKET STREET<br>SUITE 2201<br>WILMINGTON DE 19801 | JODY.BARILLARE@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER<br>1701 MARKET STREET<br>PHILADELPHIA PA 19103 | JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK; DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK NY 10178 | JOSHUA.DORCHAK@MORGANLEWIS.COM<br>DAVID.SHIM@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, TARA C. PAKROUH<br>500 DELAWARE AVENUE SUITE 1500<br>WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM | First Class Mail and Email |
| COUNSEL TO LAURENCE BEAL | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, SARAH M. ENNIS<br>TARA C. PAKROUTH<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM<br>SENNIS@MORRISJAMES.COM<br>TPAKROUH@MORRISJAMES.COM | First Class Mail and Email |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES | MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT<br>1201 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON DE 19801 | DABBOTT@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER<br>1201 NORTH MARKET STREET, 16TH FLOOR<br>WILMINGTON DE 19801 | MHARVEY@MORRISNICHOLS.COM<br>PTOPPER@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | MORRISON COHEN LLP | 909 THIRD AVENUE<br>27TH FLOOR<br>NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM<br>HROSENBLAT@MORRISONCOHEN.COM<br>JGOTTLIEB@MORRISONCOHEN.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, HEATH D. ROSENBLAT; JASON P. GOTTLIEB, MICHAEL MIX<br>909 THIRD AVENUE<br>27TH FLOOR<br>NEW YORK NY 10022 | JMOLDOVAN@MORRISONCOHEN.COM<br>HROSENBLAT@MORRISONCOHEN.COM<br>JGOTTLIEB@MORRISONCOHEN.COM<br>MMIX@MORRISONCOHEN.COM | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| COMMITTEE OF UNSECURED CREDITORS | OCTOPUS INFORMATION LTD | ATTN: LINFENG DONG, OMC CHAMBERS<br>WICKHAMS CAY 1<br>ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS | OCTOPUS_FTX@TEAMB.CN | First Class Mail and Email |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | ATTN: AMY L. PATTERSON<br>40 CAPITOL SQUARE, S.W.<br>ATLANTA GA 30334 | APATTERSON@LAW.GA.GOV | First Class Mail and Email |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R. RYAN<br>P.O. BOX 12548 MC008<br>AUSTIN TX 78711-2548 | ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV | First Class Mail and Email |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | ATTN: STEPHEN MANNING<br>P. O. BOX 40100<br>OLYMPIA WA 98504-4010 | STEPHEN.MANNING@ATG.WA.GOV | First Class Mail and Email |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | ATTN: JOHN P. REDING<br>100 W. RANDOLPH ST.<br>SUITE 13-225<br>CHICAGO IL 60601 | JOHN.REDING@ILAG.GOV | First Class Mail and Email |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ("NYSTAX") | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: ROBERT J. ROCK<br>THE CAPITOL<br>ALBANY NY 12224-0341 | ROBERT.ROCK@AG.NY.GOV | First Class Mail and Email |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | ATTN: Laura L. McCloud<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | AGBANKDELAWARE@AG.TN.GOV | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, PETER J. KEANE<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO D1 VENTURES | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R. ROBINSON<br>919 N. MARKET STREET<br>17TH FLOOR<br>WILMINGTON DE 19801 | TKAPUR@PSZJLAW.COM<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN<br>200 PARK AVENUE<br>NEW YORK NY 10166 | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM | First Class Mail and Email |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ELIZABETH WANG, DANIEL A. MASON<br>500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32<br>WILMINGTON DE 19899-0032 | DMASON@PAULWEISS.COM<br>EWANG@PAULWEISS.COM | First Class Mail and Email |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER, KENNETH S. ZIMAN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 | WCLAREMAN@PAULWEISS.COM<br>GLAUFER@PAULWEISS.COM<br>KZIMAN@PAULWEISS.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: RANDALL S. LUSKEY<br>535 MISSION STREET<br>24TH FLOOR<br>SAN FRANCISCO CA 94105 | RLUSKEY@PAULWEISS.COM | First Class Mail and Email |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES<br>3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD<br>PO BOX N-4875<br>NASSAU THE BAHAMAS | BSIMMS@LENNOXPATON.COM<br>KEVIN.CAMBRIDGE@PWC.COM<br>PETER.GREAVES@HK.PWC.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | PULSAR GLOBAL LTD | ATTN: MICHELE WAN AND JACKY YIP<br>UNIT 903-905, K11 ATELIER VICTORIA DOCKSIDE<br>18 SALISBURY ROAD<br>KOWLOON HONG KONG | MICHELE.WAN@PULSAR.COM<br>JACKY.YIP@PULSAR.COM | First Class Mail and Email |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | ATTN: NICHOLAS A. PASALIDES, ESQ.<br>235 MAIN STREET, SUITE 450<br>WHITE PLAINS NY 10601 | NPASALIDES@REICHPC.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | GROSS@RLF.COM<br>HEATH@RLF.COM<br>QUEROLI@RLF.COM<br>SCHLAUCH@RLF.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: FREDERICK CHANG<br>506 2ND AVE., SUITE 1400<br>SEATTLE WA 98104 | FREDERICK.CHANG@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | ATTN: JACQUELYN H. CHOI<br>2029 CENTURY PARK EAST, SUITE 400N<br>LOS ANGELES CA 90067 | JACQUELYN.CHOI@RIMONLAW.COM | First Class Mail and Email |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON<br>1201 N. MARKET STREET<br>SUITE 1406<br>WILMINGTON DE 19801 | JEDMONSON@RC.COM | First Class Mail and Email |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | ROBINSON & COLE LLP | ATTN: JAMIE L. EDMONSON, ESQ.<br>1201 N. MARKET STREET<br>SUITE 1406<br>WILMINGTON DE 19081 | JEDMONSON@RC.COM | First Class Mail and Email |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | SAUL EWING LLP | ATTN: LUCIAN B. MURLEY<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | LUKE.MURLEY@SAUL.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA<br>1000 N. WEST STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | DPEREIRA@STRADLEY.COM | First Class Mail and Email |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DEBORAH A. REPEROWITZ<br>100 PARK AVENUE<br>SUITE 2000<br>NEW YORK NY 10017 | DREPEROWITZ@STRADLEY.COM | First Class Mail and Email |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | ATTN: SABRINA L. STREUSAND, ANH NGUYEN<br>1801 S. MOPAC EXPRESSWAY<br>SUITE 320<br>AUSTIN TX 78746 | STREUSAND@SLOLLP.COM<br>NGUYEN@SLOLLP.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION | SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY<br>125 BROAD STREET<br>NEW YORK NY 10004 | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM | Email |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM D. SULLIVAN<br>919 NORTH MARKET STREET, SUITE 420<br>WILMINGTON DE 19801 | BSULLIVAN@SHA-LLC.COM | First Class Mail and Email |
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: PAUL R. HAGE<br>27777 FRANKLIN ROAD<br>SUITE 2500<br>SOUTHFIELD MI 48034 | PHAGE@TAFTLAW.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, AND ROBIN MATZKE | THE DALEY LAW FIRM | ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE<br>SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | First Class Mail and Email |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | THE DALEY LAW FIRM | ATTN: DARRELL DALEY, SAMANTHA NEAL<br>4845 PEARL EAST CIRCLE<br>SUITE 101<br>BOULDER CO 80301 | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM | First Class Mail and Email |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | THE ROSNER LAW GROUP LLC | ATTN: ZHAO RUBY LIU, FREDERICK B. ROSNER<br>824 N. MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM | First Class Mail and Email |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A<br>EAST BAY STREET, P.O. BOX N-8347<br>NASSAU THE BAHAMAS | INFO@SCB.GOV.BS | First Class Mail and Email |
| COUNSEL FOR PARADIGM OPERATIONS LP | TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN SMITH<br>HERCULES PLAZA, SUITE 5100<br>1313 N. MARKET STREET<br>WILMINGTON DE 19899-1709 | EVELYN.MELTZER@TROUTMAN.COM<br>MARCY.SMITH@TROUTMAN.COM | First Class Mail and Email |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO<br>CIVIL DIVISION<br>1100 L STREET, NW, ROOM 7208<br>WASHINGTON DC 20005 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
| --- | --- | --- | --- | --- |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | ATTN: WARD W. BENSON<br>P.O. BOX 227, BEN FRANKLIN STATION<br>WASHINGTON DC 20044 | WARD.W.BENSON@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH B. SHAPIRO, STANTON C. MCMANUS<br>COMMERCIAL LITIGATION BRANCH<br>P.O. BOX 875, BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV | First Class Mail and Email |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ATTN: ELISABETH M. BRUCE<br>P.O. BOX 227<br>WASHINGTON DC 20044 | ELISABETH.M.BRUCE@USDOJ.GOV | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: ANDREW J. CURRIE<br>600 MASSACHUSETTS AVENUE, NW<br>WASHINGTON DC 20001 | AJCURRIE@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: DANIEL A. O'BRIEN<br>1201 N. MARKET ST.<br>SUITE 1400<br>WILMINGTON DE 19801 | DAOBRIEN@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>1270 AVENUE OF THE AMERICAS<br>24TH FLOOR<br>NEW YORK NY 10020 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL TO OKC ENTITIES | VENABLE LLP | ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN, CAROL A. WEINER, ARIE A. PELED<br>151 WEST 42ND ST., 48TH FLOOR<br>NEW YORK NY 10036 | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM | First Class Mail and Email |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD<br>89 MAIN STREET, THIRD FLOOR<br>MONTPELIER VT 05620 | JENNIFER.ROOD@VERMONT.GOV | First Class Mail and Email |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, ESQ.<br>52 EAST GAY STREET<br>P.O. BOX 1008<br>COLUMBUS OH 43216-1008 | TSCOBB@VORYS.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE, BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | JESSICA.LAURIA@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>BRIAN.PFEIFFER@WHITECASE.COM<br>MARK.FRANKE@WHITECASE.COM<br>BRETT.BAKEMEYER@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION) | WHITE & CASE LLP | ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>SOUTHEAST FINANCIAL CENTER<br>MIAMI FL 33131 | TLAURIA@WHITECASE.COM<br>RKEBRDLE@WHITECASE.COM | First Class Mail and Email |
| COUNSEL TO DEFENDANT CAROLINE ELLISON | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PETER G. NEIMAN, NICHOLAS WERLE<br>7 WORLD TRADE CENTER<br>150 GREENWICH STREET<br>NEW YORK NY 10007 | PETER.NEIMAN@WILMERHALE.COM<br>NICK.WERLE@WILMERHALE.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COMMITTEE OF UNSECURED CREDITORS | WINCENT INVESTMENT FUND PCC LTD | ATTN: CHARLES MELVIN, C/O WINCENT CAPITAL MANAGEMENT<br>OLD POLICE STATION<br>120B<br>IRISH TOWN GIBRALTAR GX11 1AA | LEGAL@WINCENT.CO | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | WINTERMUTE ASIA PTE. LTD | ATTN: LEGAL DEPARTMENT<br>24 EAN KIAM PLACE<br>429115 SINGAPORE | LEGAL@WINTERMUTE.COM | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR.<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM | First Class Mail and Email |
| COMMITTEE OF UNSECURED CREDITORS | ZACHARY BRUCH | ATTN: PETER S. PARTEE, SR<br>HUNTON ANDREWS KURTH LLP<br>200 PARK AVE<br>NEW YORK NY 10166 | PPARTEE@HUNTONAK.COM | First Class Mail and Email |