IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) ) ) | Case No. 22-11068 (JTD) |
| Debtors. | ) ) ) ) | (Jointly Administered) Ref. Docket No. 3413 |

**CERTIFICATE OF COUNSEL REGARDING THE FIRST MONTHLY FEE APPLICATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies as follows:

On October 30, 2023, Pulsar Global Ltd., Wincent Investment Fund PCC Ltd., and Wintermute Asia PTE. Ltd., as members of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession, filed the *First Monthly Fee Application of Members of the Official Committee of Unsecured Creditors for Reimbursement of Expenses for the Period from September 1, 2023 through September 30, 2023* [D.I. 3413] (the "Application").

Objections, if any, to the Application were required to be filed and served on or before November 20, 2023 at 4:00 p.m. (ET) (the "Objection Deadline"). Prior to the Objection Deadline, the Committee received informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). To resolve the U.S. Trustee's comments, the

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

31010063.1

Committee has agreed to voluntarily reduce the amount requested in the Application by $47.00 on account of certain expenses requested therein (the "Voluntary Reduction").

No other answer, objection, or responsive pleading to the Application has been received, and the undersigned has reviewed the docket in these chapter 11 cases and no answer, objection, or responsive pleading to the Application appears thereon.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], the Debtors are now authorized to pay 100% of requested expenses less the Voluntary Reduction ($26,696.99) on an interim basis without further Court order.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: November [30], 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>           rpoppiti@ycst.com<br>           jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>           erezgilad@paulhastings.com<br>           gabesasson@paulhastings.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |