# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the United States Trustee and Unsecured Creditor Committee Service List attached hereto as **Exhibit A:**

- Debtors' Statement of Payment of Ordinary Course Professionals [Docket No. 4051]

Dated: November 29, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 29, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 74622

**<u>Exhibit A</u>**

Exhibit A
United States Trustee and Unsecured Creditor Committee Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JOHN LIPSHIE | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD, SAMANTHA MARTIN | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |