## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | Omakase Fund SPC Ltd. |
| Name and Address where notices to transferee should be sent: | Last known address: |
| DCP Master Investments XV LLC <br> c/o Diameter Capital Partners, LP <br> 55 Hudson Yards, Suite 29B <br> New York, NY 10001 <br> srao@diametercap.com | Omakase Fund SPC Ltd. <br> c/o Recharge Capital <br> 10 East 53rd Street, Suite 1401 <br> New York, NY 10022 <br> Attn: Jasmine Jia <br> Omakase@rechargecapital.com |
| | Court Claim #: 79548 / Schedule #: 7453437 <br> Amount of Claim: $9,165,554.77 <br> Date Claim Filed: September 28, 2023 |
| Phone: + 212-655-1419 | Phone: +1 (612) 245-4732 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ [signature]_____  Date: November 30, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

DB1/ 142672181.1

**Annex D**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court for the District of Delaware (the "Court")

AND TO:  FTX Trading Ltd. and its affiliated debtors and debtors in possession ("Debtor")
Case No. 22-11068 (JTD) (the "Case")

Claim #: 79548
Schedule #: 7453437

      **OMAKASE FUND SPC LTD.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DCP MASTER INVESTMENTS XV LLC

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims (the "Claims") of Seller against the Debtor in the Case in the Court, or any other court with jurisdiction over Debtor's Case.

      Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

      You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claims to Buyer.

      IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated November 22, 2023.

**OMAKASE FUND SPC LTD.**

By: _____
      (Authorized Signatory)
Name:  Yuchen Gu
Title:   Director

**DCP MASTER INVESTMENTS XV LLC**

By: Diameter Capital Partners LP, its manager

By: _____
      (Authorized Signatory)
Name: Shailini Rao
Title:  Co-Chief Operating Officer & General Counsel