# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the law firm of Ballard Spahr LLP hereby appears for The Caroline Dorothy Jones 2007 Trust, The Christine Louise Jones 2007 Trust, The John Paul Jones II 2007 Trust, and The Dorothy Anne Jones 2007 Trust (the "Trusts"), in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings, and pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1 of the Local Bankruptcy of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, requests that copies of all pleadings, motions, notices and other papers filed or served in these bankruptcy cases, be served upon the Trusts through their undersigned counsel, as follows:

| | |
|---|---|
| Nicholas J. Brannick | James V. Masella, III |
| BALLARD SPAHR LLP | BALLARD SPAHR LLP |
| 919 N. Market Street, 11th Floor | 1675 Broadway, 19th Floor |
| Wilmington, Delaware 19801-3034 | New York, NY 10019-5820 |
| Telephone: (302) 252-4465 | Telephone: (646) 346-8024 |
| E-mail: brannickn@ballardspahr.com | E-mail: masellaj@ballardspahr.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural rights of the Trusts, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trusts are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Trusts expressly state otherwise, the Trusts do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: November 30, 2023

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (No. 5721)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: brannickn@ballardspahr.com

*Counsel to The Caroline Dorothy Jones 2007 Trust, The Christine Louise Jones 2007 Trust, The John Paul Jones II 2007 Trust, and The Dorothy Anne Jones 2007 Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2023 I served or caused to be served the foregoing *Notice of Appearance and Request for Notices* by CM/ECF upon those parties registered to receive such electronic notifications in these cases.

                                            */s/ Nicholas J. Brannick*
                                            Nicholas J. Brannick (No. 5721)