Annex A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br>Debtors | Chapter 11<br>Case No. Case No. 22-11068<br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor _____

Name of Transferee _____

**[Confidential Creditor]**

[Confidential Creditor's Address for Notices]

**Fulcrum Credit Partners LLC**

111 Congress Avenue, Suite 2550
Austin, Texas 78701-4044
Attn: Amelia Harris
Email: fulcrumtrading@fulcruminv.com  (with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)
Tel: (512) 473-2781

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 00154859 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _Matthew Hamilton (Nov 17, 2023 08:08 CST)_ _____    Date: ___11/17/2023___
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

REDACTED for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FULCRUM CREDIT PARTNERS LLC** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 00154859 | As described on Schedule F (see Exhibit A for Supporting Documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**                                                          **Seller:**

**FULCRUM CREDIT PARTNERS LLC**

                                                                              REDACTED

By:    _Matthew Hamilton (Nov 17, 2023 08:08 CST)_
Name:    Matthew Hamilton
Title:    Managing Director
Email:    mhamilton@fulcruminv.com

Date:    11/17/2023                          Date:    11/13/2023

[Signature Page to Evidence of Transfer and Waiver of Notice]

DocuSign Envelope ID: 2F65E99B-B668-4BBB-B6C1-6EC31A5F6C63

# EXHIBIT A[1]

|  |  | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | Debtor | | | |
|  | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 00154859 | $17,353,622.05 |

| 00154859 | Contingent | 1INCH[.16831585], ALEPH[.42687], ATOM-PERP[0], AVAX-PERP[0], BAL-20201225[0], BAL-20210326[0], BAT[.41648], BIDEN[0], BNB[8487.9057939], BNB-20200925[0], BNB-PERP[0], BNT[.009117], BTC[0.00011867], BTC-20201225[0], BTC-20210625[0], BTC-PERP[0], COMP[0.00006527], COPE[.055005], DEFI-PERP[0], DOGE[.727825], ETH[31.00809127], ETH-20210625[0], ETH-PERP[0], ETHW[31.0085419], FTT[150.02491615], LEO-PERP[0], LINK-20200925[0], MTA-PERP[0], NFT (32262308825694790/FTX Foundation Group donation cerificate #182)[1], NFT (372097731343025479/FTX Foundation Group donation cerificate #98)[1], NFT (430146915377697122/FTX Foundation Group donation cerificate #44)[1], NFT (454710056690082911/FTX Foundation Group donation cerificate #94)[1], NFT (482501193729165157/FTX Foundation Group donation cerificate #89)[1], NFT (5585320303481945/FTX Foundation Group donation cerificate #84)[1], NFT (564623864457705320/FTX Foundation Group donation cerificate #90)[1], OXY[.06746], PERP[.00000001], RAY[.653665], RAY-PERP[0], ROOK[0.00098436], ROOK-PERP[0], RUNE[.021244], RUNE-20201225[0], RUNE-PERP[0], SNX-PERP[0], SOL[0.01595663], SOL-20210326[0], SOL-PERP[0], SRM[1516.39108995], SRM_LOCKED[11483.65652104], SUSHI-20200925[0], SUSHI-20210326[0], SUSHI-PERP[0], TRUMP[0], UNI-20200925[0], USDT[14774936.87], USDT[4.05798505], WAVES-PERP[0], YFI[0.00788849], YFI-PERP[0] | Yes | YFI[.007466] |

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.