## **Exhibit A**

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| 168 Trading Limited | 5-9 Main Street Gibraltar GX11 1AA | 2,500,000.00 |
| Adam Rabie | ▉▉▉ | 150,950.00 |
| Altana Digital Assets Fund | 190 Elgin Avenue George Town, Grand Cayman, KY1-9008 Cayman Islands | 1,039,066.36 |
| Auros Tech Limited | OMC Chambers, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, VG1110 | 22,000,000.00 |
| Azamat Akylov | ▉▉▉ | 11,373,198.56 |
| B2C Alternative Equity Ltd | C/O Corporation Service Company 251 Little Falls Drive, Wilmington, DE 19808 | 85,000,000.00 |
| Blooming Triumph International Limited | 13F 162 Queens Road Central, Hong Kong | 35,860,157.00 |
| Blue Basin Ventures LLC | 3172 N Rainbow Blvd #26642, Las Vegas, NV 89108 | 1,243,523.00 |
| Brian Townsend | ▉▉▉ | 950,000.00 |
| Ceratosaurus Investors, LLC | One Maritime Plaza, Suite 2100, San Francisco, CA 94111 | 119,558,618.00 |
| Chien-Chih Chen | ▉▉▉ | 200,000.00 |
| Coinhouse SAS | 14 Avenue De L Opera 75001 Paris France | 5,699,360.56 |
| Crimson International Investment | c/o Al-Hamad Legal Group 4812 Addax Tower, Al Reem Island, Abu Dhabi UAE | 6,091,963.14 |
| Cyant Arb Ltd. | 21 Akademias Ave, 5 floor, PC2107, Nicosia, Cyprus | 21,834,136.37 |
| Daniel Gupta | ▉▉▉ | 420,000.00 |
| Decent Investments Malta Limited | Quad Central, Q3, Level 9, Triq L-Esportaturi, Zone 1, Central Business District, Birkirkara CBD 1040, Malta | 4,231,241.93 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Dietmar Poppe | ███████████ | 281,807.90 |
| Dmitry Kozlov | ███████████ | 252,185.00 |
| dParadigm Fund SPC | DE Cayman Ltd, Landmark Sqaure, Westbay Road, PO Box 775, Grand Cayman KY1-9 | 575,599.93 |
| Falcon Hybrid SPC - RE7 Liquidity Fund SP | 3-212 Governors Square<br>23 Lime Tree Bay Ave<br>PO Box 30746 SMB<br>Grand Cayman KY1-1203<br>Cayman Islands | 1,269,016.63 |
| Fasanara Investments 3.0 | Harbour Place, 2nd Floor<br>103 South Church Street<br>P.O. Box 472<br>George Town<br>Grand Cayman KY1-1106<br>Cayman Islands | 1,617,814.20 |
| Fasanara Investments Master Fund | Harbour Place, 2nd Floor<br>103 South Church Street<br>P.O. Box 472<br>George Town<br>Grand Cayman KY1-1106<br>Cayman Islands | 20,456,948.72 |
| FC Cayman A, L.L.C. | c/o Maples Corporate Services Limited<br>PO Box 309<br>Ugland House<br>Grand Cayman, KY1-1104<br>Cayman Islands | 239,463,454.31 |
| Fingolfin GmbH | c/o 3T.LAW<br>FAO Dr. Henning Frase<br>Oberlaender Ufer 154a<br>Koeln, Germany 50968 | 5,700,000.00 |
| Flow Ventures Fund L.P. | 5-9 Main Street, GX11 1AA | 3,917,877.00 |
| Grzegorz Swiatek | ███████████ | 540,260.00 |
| GSR Markets Limited / GSR International Trading Limited / GSR Markets Pre Ltd. | GSR Markets Limited - Suite 5508, 55th Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong | 37,671,945.00 |

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
|  | GSR International Trading Limited - Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands |  |
| HEKA Funds Sicav plc - Elysium Global Arbirtage | Thomas House, 84 Eccleston Square, London, SW1V1PX | 12,060,476.24 |
| Iris Partners | Iris Partners Corp. Suites 5 & 6 Horsfords Business Centre Long Point Road Charlestown St Kitts & Nevis | 804,000.00 |
| Jamie Farquhar |  | 1,987,327.00 |
| James Goodenough |  | 5,670.00 |
| Jian Chen |  | 1,200,000.00 |
| John Ruskin |  | 350,000.00 |
| Jonathon Hughes |  | 22,063.00 |
| Kbit Global Limited | Craigmuir Chambers #71 Road Town Tortola VG1110 British Virgin Islands | 25,021,826.00 |
| Kirk Steele |  | 2,500,000.00 |
| Koalalgo Research | CO SERVICES CAYMAN LIMITED P. O. Box 10008 Willow House Cricket Square Grand Cayman KY1-1001 Cayman Islands | 3,700,000.00 |
| Lemma Technologies Inc. | Via Espana, Delta Bank Building, 6th Floor, Suite 604D, Panama City PA-8 Panama | 165,000,000.00 |
| Marc-Antoine Julliard |  | 140,000.00 |
| Marc St. John Wolff Amey |  | 637,000.00 |
| Michael Anderson |  | 1,600,000.00 |

8

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Michael Currie | | 40,000.00 |
| Mohammad Alsabah | | 275,000.00 |
| Nestcoin Holding Limited | Trinity Chambers, PO Box 4301, Road Town, Tortola, British Virgin Island | 3,900,000.00 |
| Nexxus Holdings Operations LLC | 800 Miramonte Drive, Suite 380, Santa Barbara CA 93109 | 42,461,191.00 |
| No Free Lunch Limited | 5-9 Main St, Gibraltar GX11 1AA, Gibraltar | 390,000.00 |
| Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP | 177 West Putnam Ave Suite 2622-S1 Greenwich, CT 06831 | 13,258,680.00[1] |
| Orange Phoenix LLC | c/o The Corporation Trust Center 1209 Orange Street, Wilmington DE 19801 | 4,573,288.21 |
| Owen Ellis | | 957,000.00 |
| Patrick Martin | | 500,000.00 |
| Patrick Wohlschlegel | | 57,973.85 |
| Phoenix Digital | c/o The Corporation Trust Center 1209 Orange Street, Wilmington DE 19801 | 11,290,000.00 |
| Podtree Ltd. | 26,Kanachrine Place,Ullapool, Highland, Scotland | 19,581.26 |
| PRIMO Holding GmbH | Urbanstrasse 4, D-70839 Gerlingen, Germany | 853,674.48 |
| Raul Jain | | 42,000.00 |
| Robert Himmelbauer | | 107,013.57 |
| Rodney Clough | | 504,000.00 |
| Safe Eagle Holding Limited | Mandar House, 3rd Floor P.O. Box 2196, Johnson's Ghut Tortola, British Virgin Islands | 3,200,000.00 |

---

[1] This amount does not include claims that are the subject of Adversary Proceeding 23-50754. *See* [D.I. 3673].

| Member Name | Address | Dollarized Amount (US$) |
|---|---|---|
| Samuel Mandel | | 59,600.00 |
| Sheval Alijevski | | 146,000.00 |
| Sidar Sahin | | 48,780,666.00 |
| Silver Point Capital, LP | 2 Greenwich Plaza, Greenwich, CT 06830 | 46,172,884.11 |
| Svalbard Holdings Limited | c/o Attestor Limited, 7 Seymour Street, W1H 7JW London | 246,799,157.00 |
| Tellurian Exoalpha Digital Assets Systematic Fund | 89 Nexus Way, Camana Bay Grand Cayman, Cayman Islands KY1- | 1,062,047.90 |
| Vicomte Holding LLC as manager of Arceau 507 II LLC, Arceau 507 LLC, Arceau X LLC, Oroboros FTX I LLC | 4 Lakeside Drive, Chobham Lakes, GU24 8BD, Surrey, UK | 31,292,848.39 |
| Yu Ting | | 64,434.00 |
| | **Total** | **1,301,734,525.62** |