**Exhibit B**

**Disbursements**

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 10/2/2023 | Michael P. O'Connor | 76.0 | $0.10 | $7.60 | Repro - B&W Copies |
| Repro - B&W Copies | 10/10/2023 | Molly E. West | 18.0 | $0.10 | $1.80 | Repro - B&W Copies |
| Repro - B&W Copies | 10/11/2023 | Stepan G. Atamian | 295.0 | $0.10 | $29.50 | Repro - B&W Copies |
| Repro - B&W Copies | 10/13/2023 | Stepan G. Atamian | 199.0 | $0.10 | $19.90 | Repro - B&W Copies |
| Repro - B&W Copies | 10/17/2023 | Natalia Vasylyk | 14.0 | $0.10 | $1.40 | Repro - B&W Copies |
| Repro - B&W Copies | 10/17/2023 | Victoria G. Shahnazary | 102.0 | $0.10 | $10.20 | Repro - B&W Copies |
| Repro - B&W Copies | 10/17/2023 | Alexa J. Kranzley | 70.0 | $0.10 | $7.00 | Repro - B&W Copies |
| Repro - B&W Copies | 10/18/2023 | Natalia Vasylyk | 13.0 | $0.10 | $1.30 | Repro - B&W Copies |
| Repro - B&W Copies | 10/30/2023 | Alexa J. Kranzley | 53.0 | $0.10 | $5.30 | Repro - B&W Copies |
| Repro - B&W Copies | 10/30/2023 | Alexa J. Kranzley | 18.0 | $0.10 | $1.80 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$85.80** | |
| Repro - Color Copies | 10/2/2023 | Michael P. O'Connor | 275.0 | $0.20 | $55.00 | Repro - Color Copies |
| Repro - Color Copies | 10/10/2023 | Molly E. West | 2,326.0 | $0.20 | $465.20 | Repro - Color Copies |
| Repro - Color Copies | 10/11/2023 | Stepan G. Atamian | 634.0 | $0.20 | $126.80 | Repro - Color Copies |
| Repro - Color Copies | 10/13/2023 | Stepan G. Atamian | 317.0 | $0.20 | $63.40 | Repro - Color Copies |
| Repro - Color Copies | 10/17/2023 | Natalia Vasylyk | 121.0 | $0.20 | $24.20 | Repro - Color Copies |
| Repro - Color Copies | 10/18/2023 | Natalia Vasylyk | 1,160.0 | $0.20 | $232.00 | Repro - Color Copies |
| Repro - Color Copies | 10/30/2023 | Alexa J. Kranzley | 144.0 | $0.20 | $28.80 | Repro - Color Copies |
| Repro - Color Copies | 10/30/2023 | Alexa J. Kranzley | 90.0 | $0.20 | $18.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$1,013.40** | |
| Outside Reproduction | 10/10/2023 | Benjamin Zonenshayn | 1.0 | $10,806.39 | $10,806.39 | Outside Reproduction (Perfect Imaging) - Business Purpose: booklets for Oct 11-12 meetings |
| Outside Reproduction | 10/31/2023 | Sean P. Fulton | 1.0 | $758.90 | $758.90 | Other Professionals (Record Press, Inc.) - 2nd Circuit Court of Appeals: 8 copies of Appellee's Brief |
| **Delivery/Courier Total** | | | | | **$11,565.29** | |
| Delivery/Courier | 10/2/2023 | Stepan G. Atamian | 1.0 | $16.85 | $16.85 | Delivery/Courier |
| Delivery/Courier | 10/2/2023 | Stepan G. Atamian | 1.0 | $20.45 | $20.45 | Delivery/Courier |
| Delivery/Courier | 10/2/2023 | Stepan G. Atamian | 1.0 | $20.45 | $20.45 | Delivery/Courier |
| Delivery/Courier | 10/4/2023 | Stepan G. Atamian | 1.0 | $27.93 | $27.93 | Delivery/Courier |
| Delivery/Courier | 10/4/2023 | Stepan G. Atamian | 1.0 | $28.49 | $28.49 | Delivery/Courier |
| Delivery/Courier | 10/5/2023 | Stepan G. Atamian | 1.0 | $20.45 | $20.45 | Delivery/Courier |
| Delivery/Courier | 10/5/2023 | Stepan G. Atamian | 1.0 | $16.85 | $16.85 | Delivery/Courier |
| Delivery/Courier | 10/5/2023 | Stepan G. Atamian | 1.0 | $20.45 | $20.45 | Delivery/Courier |
| Delivery/Courier | 10/5/2023 | Stepan G. Atamian | 1.0 | $16.85 | $16.85 | Delivery/Courier |
| Delivery/Courier | 10/10/2023 | Stepan G. Atamian | 1.0 | $28.49 | $28.49 | Delivery/Courier |
| Delivery/Courier | 10/10/2023 | Stepan G. Atamian | 1.0 | $27.93 | $27.93 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 10/11/2023 | Andrew G. Dietderich | 1.0 | $66.91 | $66.91 | Delivery/Courier |
| Delivery/Courier | 10/18/2023 | Stepan G. Atamian | 1.0 | $27.58 | $27.58 | Delivery/Courier |
| Delivery/Courier | 10/18/2023 | Stepan G. Atamian | 1.0 | $28.13 | $28.13 | Delivery/Courier |
| Delivery/Courier | 10/19/2023 | Internal S&C | 1.0 | $41.07 | $41.07 | Delivery/Courier |
| Delivery/Courier | 10/20/2023 | Stepan G. Atamian | 1.0 | $26.98 | $26.98 | Delivery/Courier |
| Delivery/Courier | 10/24/2023 | Stepan G. Atamian | 1.0 | $28.19 | $28.19 | Delivery/Courier |
| Delivery/Courier | 10/24/2023 | Stepan G. Atamian | 1.0 | $27.64 | $27.64 | Delivery/Courier |
| Delivery/Courier | 10/25/2023 | Jacob W. Ciafone | 1.0 | $20.41 | $20.41 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$512.10** | |
| Local Transportation | 10/2/2023 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Joshua M. Hazard | 1.0 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Mitchell N. Friedman | 1.0 | $176.82 | $176.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Benjamin Zonenshayn | 1.0 | $148.59 | $148.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:09; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Arnold Zahn | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/2/2023 | Alexa J. Kranzley | 1.0 | $14.95 | $14.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | Jacob M. Croke | 1.0 | $83.00 | $83.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:40; Purpose: OT Travel |
| Local Transportation | 10/2/2023 | HyunKyu Kim | 1.0 | $77.00 | $77.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:17; Purpose: OT Travel |
| Local Transportation | 10/4/2023 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:59; Purpose: OT Travel |
| Local Transportation | 10/4/2023 | Jacob W. Ciafone | 1.0 | $35.83 | $35.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:10; Purpose: OT Travel |
| Local Transportation | 10/4/2023 | Subhah Wadhawan | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:41; Purpose: OT Travel |
| Local Transportation | 10/5/2023 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:53; Purpose: OT Travel |
| Local Transportation | 10/5/2023 | Saskia E.L. De Vries | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 10/5/2023 | Jane V. Ninivaggi | 1.0 | $57.72 | $57.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:52; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/5/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 10/5/2023 | Julia E. Paranyuk | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/9/2023 | Saskia E.L. De Vries | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:12; Purpose: OT Travel |
| Local Transportation | 10/9/2023 | Jane V. Ninivaggi | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Michael X. Baldini | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:04; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Julia E. Paranyuk | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Mitchell N. Friedman | 1.0 | $166.31 | $166.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Christopher J. Dunne | 1.0 | $187.95 | $187.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:02; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/10/2023 | Joshua M. Hazard | 1.0 | $89.87 | $89.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:41; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 10/10/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Christopher J. Dunne | 1.0 | $181.42 | $181.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:07; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Joseph F. Gilday | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:29; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Saskia E.L. De Vries | 1.0 | $67.76 | $67.76 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:32; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| Local Transportation | 10/11/2023 | Jacob W. Ciafone | 1.0 | $35.83 | $35.83 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:35; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Julia E. Paranyuk | 1.0 | $28.94 | $28.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:21; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Alexander S. Holland | 1.0 | $22.88 | $22.88 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:39; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | Jacob M. Croke | 1.0 | $84.72 | $84.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:08; Purpose: OT Travel |
| Local Transportation | 10/11/2023 | HyunKyu Kim | 1.0 | $75.00 | $75.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:30; Purpose: OT Travel |
| Local Transportation | 10/12/2023 | Jacob M. Croke | 1.0 | $95.62 | $95.62 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 10/12/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/12/2023 | Mitchell N. Friedman | 1.0 | $177.40 | $177.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:19; Purpose: OT Travel |
| Local Transportation | 10/12/2023 | Christopher J. Dunne | 1.0 | $179.85 | $179.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/12/2023 | Kira R. Setren | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:02; Purpose: OT Travel |
| Local Transportation | 10/12/2023 | Arnold Zahn | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:46; Purpose: OT Travel |
| Local Transportation | 10/13/2023 | Joshua M. Hazard | 1.0 | $78.77 | $78.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:39; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Jackson T. Blaisdell | 1.0 | $63.42 | $63.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Jacob W. Ciafone | 1.0 | $57.31 | $57.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Joshua M. Hazard | 1.0 | $79.35 | $79.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/16/2023 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Christopher J. Dunne | 1.0 | $181.26 | $181.26 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/16/2023 | Jacob M. Croke | 1.0 | $79.59 | $79.59 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:12; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | Jacob M. Croke | 1.0 | $94.34 | $94.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:47; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | HyunKyu Kim | 1.0 | $78.58 | $78.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:54; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | Lana V. Levin | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | Jane V. Ninivaggi | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:11; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | Kanishka Kewlani | 1.0 | $41.95 | $41.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:05; Purpose: OT Travel |
| Local Transportation | 10/17/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:01; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/17/2023 | Joseph F. Gilday | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Álvaro Cuesta Garayoa | 1.0 | $39.50 | $39.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:17; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Phinneas G. Bauer | 1.0 | $92.82 | $92.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:17; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Joshua M. Hazard | 1.0 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:03; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Jacob M. Croke | 1.0 | $94.96 | $94.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:43; Purpose: OT Travel |
| Local Transportation | 10/18/2023 | Alexa J. Kranzley | 1.0 | $15.91 | $15.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 10/19/2023 | Jacob M. Croke | 1.0 | $96.99 | $96.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:57; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/19/2023 | HyunKyu Kim | 1.0 | $84.00 | $84.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:26; Purpose: OT Travel |
| Local Transportation | 10/19/2023 | Mario Schollmeyer | 1.0 | $74.45 | $74.45 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:10; Purpose: OT Travel |
| Local Transportation | 10/19/2023 | Christopher J. Dunne | 1.0 | $181.87 | $181.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/19/2023 | Aneesa Mazumdar | 1.0 | $78.77 | $78.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 10/20/2023 | HyunKyu Kim | 1.0 | $90.60 | $90.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| Local Transportation | 10/22/2023 | Saskia E.L. De Vries | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:27; Purpose: OT Travel |
| Local Transportation | 10/23/2023 | Joseph F. Gilday | 1.0 | $107.25 | $107.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 10/23/2023 | Mario Schollmeyer | 1.0 | $94.04 | $94.04 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 10/23/2023 | Yasmin Masoudi | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:59; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/23/2023 | Joshua M. Hazard | 1.0 | $90.44 | $90.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 10/23/2023 | Aaron M. Levine | 1.0 | $38.29 | $38.29 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:26; Purpose: OT Travel |
| Local Transportation | 10/23/2023 | HyunKyu Kim | 1.0 | $72.81 | $72.81 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:11; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Aaron M. Levine | 1.0 | $37.96 | $37.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:29; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Jacob M. Croke | 1.0 | $95.98 | $95.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:22; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Benjamin Zonenshayn | 1.0 | $134.37 | $134.37 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:15; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Christopher J. Dunne | 1.0 | $181.42 | $181.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/24/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:38; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/24/2023 | Meng Yu | 1.0 | $108.28 | $108.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | Joshua M. Hazard | 1.0 | $78.77 | $78.77 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | Saskia E.L. De Vries | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | Meng Yu | 1.0 | $104.53 | $104.53 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | Jacob W. Ciafone | 1.0 | $56.73 | $56.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:00; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | Jacob M. Croke | 1.0 | $96.16 | $96.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:26; Purpose: OT Travel |
| Local Transportation | 10/25/2023 | HyunKyu Kim | 1.0 | $74.28 | $74.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:27; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | Shihui Xiang | 1.0 | $14.63 | $14.63 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:30; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | Jacob M. Croke | 1.0 | $121.80 | $121.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:29; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/26/2023 | Aaron M. Levine | 1.0 | $43.52 | $43.52 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:34; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | HyunKyu Kim | 1.0 | $71.80 | $71.80 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 03:03; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | Saskia E.L. De Vries | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:42; Purpose: OT Travel |
| Local Transportation | 10/26/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/27/2023 | Dawn A. Harris-Cox | 1.0 | $113.72 | $113.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/30/2023 | Christopher J. Dunne | 1.0 | $181.42 | $181.42 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/30/2023 | Daniel P. O'Hara | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/30/2023 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:53; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 10/30/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:56; Purpose: OT Travel |
| Local Transportation | 10/30/2023 | Jacob W. Ciafone | 1.0 | $42.35 | $42.35 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:45; Purpose: OT Travel |
| Local Transportation | 10/30/2023 | Joseph F. Gilday | 1.0 | $97.72 | $97.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:13; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Meng Yu | 1.0 | $109.97 | $109.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Meng Yu | 1.0 | $39.96 | $39.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Daniel P. O'Hara | 1.0 | $80.58 | $80.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Joseph F. Gilday | 1.0 | $108.82 | $108.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:09; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Aaron M. Levine | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:43; Purpose: OT Travel |
| Local Transportation | 10/31/2023 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:45; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$9,087.40** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 9/14/2023 | Dylan M. Handelsman | 1.0 | $23.42 | $23.42 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (Penn); Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 9/14/2023 | Dylan M. Handelsman | 1.0 | $26.98 | $23.42 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Train Station (Penn); End Point: Home; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 10/30/2023 | Andrew G. Dietderich | 1.0 | $894.62 | $894.62 | Travel and expenses - Airfare; Starting + End Points: LGA/MIA/LGA; Airline: AA; Class of Travel: Economy; Date of Travel: 10/30/23 - 11/1/23; Roundtrip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend meetings with White & Case |
| Travel and expenses | 10/30/2023 | James L. Bromley | 1.0 | $392.74 | $392.74 | Travel and expenses - Airfare; Starting + End Points: EWR/MIA/EWR; Airline: UA; Class of Travel: Economy; Date of Travel: 10/30/23 - 11/1/23; Roundtrip; Passenger Name: James L. Bromley; Business Purpose: Attend meetings with White & Case |
| Travel and expenses | 10/24/2023 | Andrew G. Dietderich | 1.0 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Andrew G. Dietderich; Business Purpose: Attend Omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 10/24/2023 | Brian D. Glueckstein | 1.0 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Brian D. Glueckstein; Business Purpose: Attend Omnibus hearing |
| Travel and expenses | 10/30/2023 | Andrew G. Dietderich | 1.0 | $84.13 | $84.13 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: LGA Airport; Business Purpose: Attend meetings with White & Case |
| **Travel and Expenses Total** | | | | | **$2,194.33** | |
| Conference Room Dining | 10/3/2023 | Andrew G. Dietderich | 2.0 | $240.00 | $480.00 | Conference Room Dining (Breakfast + Lunch for 12 people) - P. Greaves (White & Case), B. Simms (White & Case), S. Rolle-Kapousouzoglou (White & Case), B. Pfeiffer (White & Case), B. Bakemeyer (White & Case), E. Mosley (A&M), S. Coverick (A&M), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, F. Weinberg-Crocco |
| Conference Room Dining | 10/10/2023 | Andrew G. Dietderich | 2.0 | $240.00 | $480.00 | Conference Room Dining (Breakfast + Lunch for 12 people) - P. Greaves (White & Case), B. Simms (White & Case), S. Rolle-Kapousouzoglou (White & Case), B. Pfeiffer (White & Case), B. Bakemeyer (White & Case), E. Mosley (A&M), S. Coverick (A&M), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, F. Weinberg-Crocco |
| Conference Room Dining | 10/11/2023 | Andrew G. Dietderich | 2.0 | $1,380.00 | $2,760.00 | Conference Room Dining (Breakfast + Lunch for 69 people) - E. Mosley (A&M), S. Coverick (A&M), C. Sullivan (A&M), H. Trent |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|----------|-----------|-----------------|-------|------|--------|------------------|
| | | | | | | (A&M), J. Gonzalez (A&M), B. Tenney (A&M), D. Slay (A&M), T. Ribman (A&M), R. Esposito (A&M), D. Lewandowski (A&M), A. Titus (A&M), S. Glustein (A&M), K. Ramanathan (A&M), G. Walia (A&M), D. Sagen (A&M), J. Cooper (A&M), S. Witherspoon (A&M), C. Arnett (A&M), L. Clayton (A&M), Z. Bruch (Paul Hastings/FTI), S. Shah (Paul Hastings/FTI), A. van Voorhees (Paul Hastings/FTI), M. Wan (Paul Hastings/FTI), H. Kung (Paul Hastings/FTI), C. Melvin (Paul Hastings/FTI), D. Shafer (Paul Hastings/FTI), K. Hansen (Paul Hastings/FTI), K. Pasquale (Paul Hastings/FTI), E. Gilad (Paul Hastings/FTI), G. Sasson (Paul Hastings/FTI), I. Sasson (Paul Hastings/FTI), S. Simms (Paul Hastings/FTI), F. Risler (Paul Hastings/FTI), B. Bromberg (Paul Hastings/FTI), M. Diaz (Paul Hastings/FTI), M. O'Hara (Paul Hastings/FTI), R. Hamilton (Paul Hastings/FTI), T. Shea (Paul Hastings/FTI), L. Koch (Paul Hastings/FTI), A. Entwistle (Entwistle), J. Porter (Entwistle), E. Broderick (Eversheds Sutherland), N. Deloatch (Eversheds Sutherland), S. Paul (Eversheds Sutherland), J. Kimble (Eversheds Sutherland), M. Harvey (Morris, Nicholds, Arsht & Tunnell), J. Weyand |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| | | | | | | (Morris, Nicholds, Arsht & Tunnell), C. Delo (Rothschild), S. Shnayder (Rothschild), S. Crotty (Rothschild), D. Hilkens (Ad Hoc Committee), M. Browning (Ad Hoc Committee), C. Guth (Ad Hoc Committee), M. Zeitouni (Ad Hoc Committee), J. Riezman (GSR), E. Sanchez (GSR), K. Cofsky (PWP), M. Rahmani (PWP), B. Mendelsohn (PWP), K. Flinn (PWP), J. Ray (FTX), M. Rosenberg (FTX), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, J. Croke, A. Toobin, C. Lloyd |
| Conference Room Dining | 10/12/2023 | Andrew G. Dietderich | 2.0 | $1,380.00 | $2,760.00 | Conference Room Dining (Breakfast + Lunch for 69 people) - E. Mosley (A&M), S. Coverick (A&M), C. Sullivan (A&M), H. Trent (A&M), J. Gonzalez (A&M), B. Tenney (A&M), D. Slay (A&M), T. Ribman (A&M), R. Esposito (A&M), D. Lewandowski (A&M), A. Titus (A&M), S. Glustein (A&M), K. Ramanathan (A&M), G. Walia (A&M), D. Sagen (A&M), J. Cooper (A&M), S. Witherspoon (A&M), C. Arnett (A&M), L. Clayton (A&M), Z. Bruch (Paul Hastings/FTI), S. Shah (Paul Hastings/FTI), A. van Voorhees (Paul Hastings/FTI), M. Wan (Paul Hastings/FTI), H. Kung (Paul Hastings/FTI), C. Melvin (Paul Hastings/FTI), D. Shafer (Paul Hastings/FTI), K. Hansen (Paul Hastings/FTI), |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| | | | | | | K. Pasquale (Paul Hastings/FTI), E. Gilad (Paul Hastings/FTI), G. Sasson (Paul Hastings/FTI), I. Sasson (Paul Hastings/FTI), S. Simms (Paul Hastings/FTI), F. Risler (Paul Hastings/FTI), B. Bromberg (Paul Hastings/FTI), M. Diaz (Paul Hastings/FTI), M. O'Hara (Paul Hastings/FTI), R. Hamilton (Paul Hastings/FTI), T. Shea (Paul Hastings/FTI), L. Koch (Paul Hastings/FTI), A. Entwistle (Entwistle), J. Porter (Entwistle), E. Broderick (Eversheds Sutherland), N. Deloatch (Eversheds Sutherland), S. Paul (Eversheds Sutherland), J. Kimble (Eversheds Sutherland), M. Harvey (Morris, Nicholds, Arsht & Tunnell), J. Weyand (Morris, Nicholds, Arsht & Tunnell), C. Delo (Rothschild), S. Shnayder (Rothschild), S. Crotty (Rothschild), D. Hilkens (Ad Hoc Committee), M. Browning (Ad Hoc Committee), C. Guth (Ad Hoc Committee), M. Zeitouni (Ad Hoc Committee), J. Riezman (GSR), E. Sanchez (GSR), K. Cofsky (PWP), M. Rahmani (PWP), B. Mendelsohn (PWP), K. Flinn (PWP), J. Ray (FTX), M. Rosenberg (FTX), A. Dietderich, B. Glueckstein, A. Kranzley, B. Zonenshayn, J. Croke, A. Toobin, C. Lloyd |
| **Conference Room Dining Total** | | | | | **$6,480.00** | |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 9/25/2023 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040, 00041, 00042 |
| Meals - Overtime | 10/1/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 10/2/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/2/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/2/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00020, 00027 |
| Meals - Overtime | 10/2/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 10/2/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/2/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 10/2/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00014, 00016, 00020, 00023, 00025, 00033, 00040, 00041 |
| Meals - Overtime | 10/2/2023 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/2/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/4/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00044 |
| Meals - Overtime | 10/4/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/4/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/4/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00033 |
| Meals - Overtime | 10/5/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/5/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 10/6/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/9/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/10/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/10/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00044 |
| Meals - Overtime | 10/10/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/10/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 10/10/2023 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/11/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00044 |
| Meals - Overtime | 10/11/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 10/11/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00044 |
| Meals - Overtime | 10/11/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 10/11/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029, 00033 |
| Meals - Overtime | 10/11/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00020 |
| Meals - Overtime | 10/11/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/11/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/11/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 10/12/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 10/12/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 10/13/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/13/2023 | Mario Schollmeyer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/13/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/15/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00011 |
| Meals - Overtime | 10/16/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00027, 00033, 00041, 00044 |
| Meals - Overtime | 10/16/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/16/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 10/16/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/16/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00033 |
| Meals - Overtime | 10/16/2023 | Yasmin Masoudi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/16/2023 | Robin Perry | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/16/2023 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035 |
| Meals - Overtime | 10/16/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/16/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00044 |
| Meals - Overtime | 10/16/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/17/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035, 00043 |
| Meals - Overtime | 10/17/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 10/17/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/17/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033, 00044 |
| Meals - Overtime | 10/17/2023 | Kanishka Kewlani | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/17/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00014, 00029 |
| Meals - Overtime | 10/18/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 10/18/2023 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035, 00041 |
| Meals - Overtime | 10/18/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/18/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00020, 00023, 00025, 00027, 00034, 00035, 00041 |
| Meals - Overtime | 10/18/2023 | Álvaro Cuesta Garayoa | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00035 |
| Meals - Overtime | 10/18/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/18/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 10/19/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022 |
| Meals - Overtime | 10/19/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00044 |
| Meals - Overtime | 10/19/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/19/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/19/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/19/2023 | Mario Schollmeyer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 10/20/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/20/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 10/20/2023 | Yasmin Masoudi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/22/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/22/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00011 |
| Meals - Overtime | 10/22/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/23/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00029, 00044 |
| Meals - Overtime | 10/23/2023 | Yasmin Masoudi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code: 00011 |
| Meals - Overtime | 10/23/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/23/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/23/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 10/23/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 10/24/2023 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/24/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00029 |
| Meals - Overtime | 10/24/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/24/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00033 |
| Meals - Overtime | 10/24/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035, 00041 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/24/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/24/2023 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035, 00041 |
| Meals - Overtime | 10/24/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00033, 00041, 00044 |
| Meals - Overtime | 10/25/2023 | Mario Schollmeyer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/25/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 10/25/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 10/25/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029, 00033 |
| Meals - Overtime | 10/25/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 10/25/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/25/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00020, 00027 |
| Meals - Overtime | 10/25/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/26/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/26/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/26/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00016, 00019, 00020, 00023, 00025, 00041 |
| Meals - Overtime | 10/26/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/26/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 10/26/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/26/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 10/26/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/26/2023 | Saskia E.L. De Vries | 1.0 | $15.71 | $15.71 | Meals - Overtime; Project Code(s): 00010 |
| Meals - Overtime | 10/27/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 10/27/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 10/27/2023 | Thursday K. Williams | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00022 |
| Meals - Overtime | 10/28/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 10/28/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 10/28/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend]; Project Code(s): 00013 |
| Meals - Overtime | 10/30/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/30/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/30/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00015, 00016, 00019, 00023, 00025, 00033, 00034, 00035 |
| Meals - Overtime | 10/30/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/30/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00019, 00022, 00044 |
| Meals - Overtime | 10/30/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00022, 00029 |
| Meals - Overtime | 10/30/2023 | Daniel E. Fradin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/30/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00022 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 10/31/2023 | Meng Yu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/31/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 10/31/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 10/31/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 10/31/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00033 |
| Meals - Overtime | 10/31/2023 | Batuhan Erdogan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 10/31/2023 | Jessica H. Goldman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 10/31/2023 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00019 |
| **Meals - Overtime Total** | | | | | **$2,555.71** | |
| Other Professionals | 10/10/2023 | Harrison Schlossberg | 1.0 | $157.95 | $157.95 | Other Professionals (J&J Court Transcribers, Inc.) - Federal Court Daily on 10/10/2023 |
| **Other Professionals Total** | | | | | **$157.95** | |
| **GRAND TOTAL** | | | | | **$33,651.98** | |