12331052.2 - 12/30/22

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.*,</u> Debtors

Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, otherthan for security, of the claim referenced in this evidence and notice.

<u>Name of Transferor</u>



<u>Name of Transferee</u>
**Phoenix Digital LLC**
**Attn: Tian Zeng**
**Email: [tzeng@nirvana-cap.com](mailto:tzeng@nirvana-cap.com)**
**42 W 33rd St, 27B**
**New York, NY 10001**

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) $347,960 | | Debtor | Case No. |
|---|---|---|---|---|---|
| Schedule No. **249571** on Schedule F Attachment F-9 | Name on File | ATLAS[8.7900000000000000]<br>BNB[0.0000000100000000]<br>COPE[0.6891125000000000]<br>ETHBULL[0.0032236130000000]<br>FTT[0.0977324372844315]<br>MIDBULL[0.0375090000000000]<br>SRM[29.9302714100000000]<br>SRM_LOCKED[114.0697285900000000]<br>USD[289971.5599218180990585]<br>USDC[2000.0000000000000000]<br>USDT[55982.4014556326000000] | | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

12331052.2 - 12/30/22

Date: Nov 28th, 2023

**TRANSFEREE
[BUYER]**

By _Tian Zeng_

Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

12331052.2 - 12/30/22

<u>DEADLINE TO OBJECT TO TRANSFER</u>

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                                   Clerk of the Court

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

---

Customer Claim Form

## Customer Claim Form

### FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| ███████████ | 3801528 | 221106807447339 | |

### Scheduled Claim Information

**You have been redirected from FTX website.  Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

**Schedule**

| F-1 |
|---|

**Contingent, Unliquidated or Disputed Status**

| Contingent |
|---|

12331052.2 - 12/30/22

**1. Who is the current Creditor?**
Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

○ No
◉ Yes

First Name

█████████

Middle Name

█████████

Last Name

█████████

Other names the creditor used with the debtor (if any)

Do you know the creditor's FTX customer main account
number?

○ No
◉ Yes

FTX customer main account number:

3801528

Do you know the creditor's FTX customer email address that
was used at sign up?

○ No
◉ Yes

FTX customer email address used at account sign up:

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ██████████████
("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No.[3265-70-OVCOE-296004029] associated with UID of: [249571]** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") in the amount of **$**██████ in In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on

**Signature:** _████████████████████████
**Name:** ██████████████
**Date: Nov 28th, 2023**