- 11 -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Case No. 22-11068 (JTD)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**HUDSON BAY CLAIM FUND LLC**
Name of Transferee

**Address:**

Hudson Bay Claim Fund LLC
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT 06830 USA
Attention: Matthew Weinstein and Chad Flick
Email: mweinstein@hudsonbaycapital.com and
cflick@hudsonbaycapital.com

**IKIGAI OPPORTUNITIES MASTER FUND, LTD**
Name of Transferor

**Name and Current Address of Transferor:**

Ikigai Opportunities Master Fund, Ltd
c/o Campbells Corporate Services Limited
Floor 4, Willow House, Cricket Square
Grand Cayman, KY1-9010
Cayman Islands
Attention: Travis Kling
Email:

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00158369 | Ikigai Opportunities Master Fund, Ltd | [As stated on Schedule below] | FTX Trading Ltd. | 22-11068 |
| Claim No. 72687 | Ikigai Opportunities Master Fund, Ltd | $64,926,341 | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matt Weinstein_          Date: December 4, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 142736597.2

## EVIDENCE OF TRANSFER OF CLAIM

Ikigai Opportunities Master Fund, Ltd, its successors and assigns ("**Assignor**"), pursuant to a certain Claim Purchase and Sale Agreement dated as of the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Hudson Bay Claim Fund LLC** and its successors and assigns ("**Assignee**") all rights, title and interest in and to the customer claim described below (the "**Claim**") against FTX TRADING LTD., the Debtor in the bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), Jointly Administered under Case No. 22-11068 or any other court with jurisdiction.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00158369 | Ikigai Opportunities Master Fund, Ltd | [As stated on Schedule F (below)] | FTX Trading Ltd. | 22-11068 |
| Claim No. 72687 | Ikigai Opportunities Master Fund, Ltd | $64,926,341 | FTX Trading Ltd. | 22-11068 |

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of this 4th day of December, 2023.

IKIGAI OPPORTUNITIES MASTER FUND, LTD

By: _____
Name: Travis Kling
Title: Director & CIO

HUDSON BAY CLAIM FUND LLC

By: _Matt Weinstein_____
Name: Matt Weinstein
Title: Authorized Signatory

DK