IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068-JTD |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) | Judge John T. Dorsey |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL**

Please enter the appearance of the undersigned attorney, Stephanie A. Sasarak, as counsel of record for the United States of America, on behalf of its agency the Internal Revenue Service.

Ms. Sasarak files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i):

1. Ms. Sasarak is admitted to the bar of the State of Maryland (Attorney ID No. 1012160096) and to the United States District Courts for the District of Columbia, Western District of Virginia, and Western District of Tennessee.

2. Ms. Sasarak is in good standing in all jurisdictions in which she has been admitted.

//

//

//

1

3. Ms. Sasarak will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

DATE:  December 5, 2023

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Stephanie A. Sasarak*
STEPHANIE A. SASARAK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-307-2089 (t)
202-514-6866 (f)
Stephanie.A.Sasarak@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court on December 5, 2023, using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ *Stephanie A. Sasarak*
STEPHANIE A. SASARAK