# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

Redacted

Name of Transferee:

**Terrapin International Foundation**

Current Address of Transferor:

Redacted

Name and Address where notices and payments should be sent:

**Hugh Karp**
**Duplex No. 6 Obarrio,**
**Calle 61, Panama**

Date Claim Filed: 08/07/2023
Date Assignment Executed: 11/28/2023

| Claim No./Schedule | FTX Account #: | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|---|
| Confirmation ID No. 3265-70-FFNSB-009545246 | 13783163 | Redacted | $1,085,275 | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Hugh Karp_ (DocuSigned by, 563F2396E441495...)   Date: 12/4/2023

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571