IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Internal Revenue Service (ADRID: 10276210), Centralized Insolvency Operation, 1111 Pennsylvania Ave NW, Washington, DC, 20004-2541:

- Notice of Deadlines Requiring Filing of Customer Proofs of Claim on or Before September 29, 2023, and Customer Proofs of Claim Affected by the Amendment of or Supplement to the Debtors' Schedules of Assets and Liabilities [Docket No. 1870]

On November 28, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Sharaf DG L.L.C, (ADRID: 12866323), Sharaf Building, Karama, Dubai 31064, United Arab Emirates:

- Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2113]

- Declaration of Edgar W. Mosley II in Support of Motion of Debtors for Entry of an Order Dismissing the Chapter 11 Case of FTX Exchange FZE [Docket No. 2114]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 5, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 5, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 74718 & 74762