**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 8/1/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/1/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/2/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/4/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/7/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/7/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/8/2023 | Kendyl Flinn | Late night / weekend meals | 12.93 | Meal working late in office |
| 8/9/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/9/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/9/2023 | Kendyl Flinn | Late night / weekend transportation | 17.89 | Taxi home, working late in office |
| 8/9/2023 | Kendyl Flinn | Late night / weekend transportation | 20.99 | Taxi home, working late in office |
| 8/10/2023 | Kendyl Flinn | Late night / weekend transportation | 13.50 | Taxi home, working late in office |
| 8/10/2023 | Kevin Cofsky | Misc. expenses (supplies, wifi, etc.) | 8.00 | In flight wifi |
| 8/12/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/15/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 8/16/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/16/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/16/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 225,399.91 | Period ended July 31, 2023<br>Re: FTX Chapter 11<br>Matter No: 22726417 |
| 8/21/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 3,484.50 | For professional services rendered and related expenses incurred through July 2023 |
| 8/21/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 08/22/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/23/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 08/23/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 08/24/2023 | Alexander Kalashnikov | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/29/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/29/2023 | Alina Negulescu | Late night / weekend transportation | 27.74 | Taxi home, working late in office |
| 8/30/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 8/30/2023 | Alina Negulescu | Late night / weekend transportation | 28.49 | Taxi home, working late in office |

**Total**  **$229,393.95**