**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(July 1, 2023 to July 31, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | July 1, 2023 through July 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $3,484.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 1.8 | $1,701.00 |
| **Partner Total** | | | | | **1.8** | **$1,701.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 2.9 | $1,783.50 |
| **Associate Total** | | | | | **2.9** | **$1,783.50** |
| **GRAND TOTAL** | | | | | **4.7** | **$3,484.50** |

**Blended Hourly Rate: $741.38**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 4.7 | $3,484.50 |
| **TOTAL** | **4.7** | **$3,484.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

4887-7430-3052 v.4
15017784v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 552931  
Date 08/21/23  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $3,484.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $3,484.50 |
| **TOTAL AMOUNT DUE** | **$3,484.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 552931
Date 08/21/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through July 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 07/07/23 | JFH | Email regadring PWP fees. | 0.30 | 283.50 |
| 07/11/23 | MNY | Emails with PWP regarding UST questions (.2); emails with PWP regarding UCC agreement regarding Mysten deadlines (.2); email debtors' counsel regarding UST questions (.1); email PWP team regarding May and June fee statements (.2). | 0.70 | 430.50 |
| 07/11/23 | JFH | Email B. Mendelsohn, M. Miller, K. Cofsky and M. Young-John regarding March and April fee applications and US Trustee questions. | 0.40 | 378.00 |
| 07/12/23 | MNY | Emails with PWP regarding Mysten sale fee (.2); attention to email from PWP regarding May invoices and fees (.1). | 0.30 | 184.50 |
| 07/12/23 | JFH | Email N. Velivela, B. Mendelsohn and M. Young-John regarding May fee statement. | 0.30 | 283.50 |
| 07/23/23 | MNY | Review docket and general updates in FTX case regarding PWP fees (.5); email A. Kranzley regarding PWP fees and UST comments (.5); email client team regarding UST update (.2); prepare CNO regarding sixth fee statement and circulate to client (.5). | 1.70 | 1,045.50 |
| 07/23/23 | JFH | Email B. Mendelsohn, M. Young-John, J. Miller and A. Kranzley regarding April fee statement and UST. | 0.30 | 283.50 |
| 07/26/23 | MNY | Email client team regarding sixth monthly fee statement questions and CNO. | 0.20 | 123.00 |
| 07/26/23 | JFH | Email M. Young-John, B. Mendelsohn and K. Cofsky regarding CNO, UCC extension and fee statement. | 0.30 | 283.50 |
| 07/27/23 | JFH | Email regarding fee statement and deadlines. | 0.20 | 189.00 |
| **Total Services** | | | **4.70** | **$3,484.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 552931
Date 08/21/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.80 | 945.00 | 1,701.00 |
| MNY | Megan N. Young-John | Associate | 2.90 | 615.00 | 1,783.50 |

Total Disbursements  $0.00

**Invoice Total**  **$3,484.50**