# Exhibit B

**Disbursements**

15017802v1

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 9/1/2023 | Alina Negulescu | Late night / weekend transportation | 56.88 | Taxi home, working late in office |
| 9/5/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/5/2023 | Alina Negulescu | Late night / weekend transportation | 42.79 | Taxi home, working late in office |
| 9/6/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/6/2023 | Emil Tu | Late night / weekend transportation | 17.29 | Taxi home, working late in office |
| 9/6/2023 | Kendyl Flinn | Late night / weekend transportation | 16.97 | Taxi home, working late in office |
| 9/7/2023 | Alina Negulescu | Late night / weekend transportation | 44.52 | Taxi home, working late in office |
| 9/7/2023 | Emil Tu | Late night / weekend transportation | 18.03 | Taxi home, working late in office |
| 9/7/2023 | Kendyl Flinn | Late night / weekend transportation | 21.20 | Taxi home, working late in office |
| 9/7/2023 | Matt Rahmani | Late night / weekend transportation | 128.99 | Taxi home, working late in office |
| 9/8/2023 | Emil Tu | Late night / weekend transportation | 21.75 | Taxi home, working late in office |
| 9/9/2023 | Emil Tu | Late night / weekend transportation | 17.14 | Taxi home, working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 9/11/2023 | Alina Negulescu | Late night / weekend transportation | 27.70 | Taxi home, working late in office |
| 9/11/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 8,119.56 | Period ended August 31, 2023<br>Re: FTX Chapter 11<br>Matter No: 22726417 |
| 9/12/2023 | Matt Rahmani | Travel / Client meals | 13.61 | Coffee with potential bidder in FTX related sale process |
| 9/12/2023 | Emil Tu | Late night / weekend transportation | 18.69 | Taxi home, working late in office |
| 9/12/2023 | Kevin Cofsky | Late night / weekend transportation | 188.09 | Taxi home, working late in office |
| 9/12/2023 | Matt Rahmani | Late night / weekend transportation | 153.96 | Taxi home, working late in office |
| 9/13/2023 | Alina Negulescu | Late night / weekend transportation | 37.02 | Taxi home, working late in office |
| 9/13/2023 | Emil Tu | Late night / weekend transportation | 31.14 | Taxi home, working late in office |
| 9/14/2023 | Sam Saferstein | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/14/2023 | Emil Tu | Late night / weekend transportation | 17.99 | Taxi home, working late in office |
| 9/14/2023 | Matt Rahmani | Late night / weekend transportation | 116.93 | Taxi home, working late in office |
| 9/14/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 5,874.00 | For professional services rendered and related expenses incurred through August 2023 |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 9/15/2023 | Alina Negulescu | Late night / weekend transportation | 38.71 | Taxi home, working late in office |
| 9/16/2023 | Alina Negulescu | Late night / weekend transportation | 17.83 | Taxi home, working late in office |
| 9/18/2023 | Alina Negulescu | Late night / weekend transportation | 31.64 | Taxi home, working late in office |
| 9/19/2023 | Alina Negulescu | Late night / weekend transportation | 35.68 | Taxi home, working late in office |
| 9/19/2023 | Emil Tu | Late night / weekend transportation | 21.02 | Taxi home, working late in office |
| 9/19/2023 | Matt Rahmani | Late night / weekend transportation | 120.24 | Taxi home, working late in office |
| 9/20/2023 | Emil Tu | Late night / weekend transportation | 44.41 | Taxi home, working late in office |
| 9/21/2023 | Emil Tu | Late night / weekend transportation | 35.99 | Taxi home, working late in office |
| 9/21/2023 | Matt Rahmani | Late night / weekend transportation | 110.91 | Taxi home, working late in office |
| 9/22/2023 | Alina Negulescu | Late night / weekend meals | 20.00 | Meal working late in office |
| 9/22/2023 | Alina Negulescu | Late night / weekend transportation | 32.57 | Taxi home, working late in office |
| 9/26/2023 | Alina Negulescu | Late night / weekend transportation | 30.09 | Taxi home, working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 9/26/2023 | Kendyl Flinn | Late night / weekend transportation | 19.10 | Taxi home, working late in office |
| 9/27/2023 | Alina Negulescu | Late night / weekend transportation | 47.11 | Taxi home, working late in office |
| 9/27/2023 | Emil Tu | Late night / weekend transportation | 19.73 | Taxi home, working late in office |
| 9/28/2023 | Emil Tu | Late night / weekend transportation | 18.78 | Taxi home, working late in office |
| 9/28/2023 | Kendyl Flinn | Late night / weekend transportation | 46.99 | Taxi home, working late in office |
| 9/28/2023 | Matt Rahmani | Late night / weekend transportation | 101.90 | Taxi home, working late in office |
| 10/16/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 20,348.40 | Period ended September 30, 2023<br>Re: FTX Chapter 11<br>Matter No: 22726417 |
| **Total** | | | **$36,185.35** | |