**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(August 1, 2023 to August 31, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $5,874.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | Pending | Pending |
| 12/04/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 1.4 | $1,323.00 |
| **Partner Total** | | | | | **1.4** | **$1,323.00** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 7.4 | $4,551.00 |
| **Associate Total** | | | | | **7.4** | **$4,551.00** |
| **GRAND TOTAL** | | | | | **8.8** | **$5,874.00** |

**Blended Hourly Rate: $667.50**

# STATEMENT OF FEES BY PROJECT CATEGORY[1]
# AUGUST 1, 2023 THROUGH AND INCLUDING AUGUST 31, 2023

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 8.8 | $5,874.00 |
| **TOTAL** | **8.8** | **$5,874.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 553788 |
| Date | 09/14/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---:|
| Professional Services | $5,874.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $5,874.00 |
| **TOTAL AMOUNT DUE** | **$5,874.00** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page                 2
Inv#            553788
Date          09/14/23
             017741-0001
         JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through August 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/23 | MNY | Compile information requested by J. Nuzzo for conflicts check and send to client (.3); begin preparing May fee statement and reviewing support for same (1.2); call with N. Velivela regarding fee application support questions and requests (.2); email confirmation with same to client (.2). | 1.90 | 1,168.50 |
| 08/08/23 | JFH | Email regarding disclosures and expenses. | 0.30 | 283.50 |
| 08/10/23 | MNY | Email debtors' counsel regarding CNO for April fee statement. | 0.10 | 61.50 |
| 08/11/23 | MNY | Email client regarding April fee statement CNO (.1); prepare third supplement declaration draft and circulate to client with questions for clarification (1.5); make updates pursuant to responses and circulate final version of same to client (.5); circulate same to S&C for comment (.1); | 2.20 | 1,353.00 |
| 08/11/23 | JFH | Email M. Young-John, K. Cofsky and K. Flinn regarding UCC, order and CNO; email regarding disclosure. | 0.40 | 378.00 |
| 08/17/23 | MNY | Prepare May monthly fee statement and circulate to client for review (1.8); circulate same to Debtors' counsel for comment (.1). | 1.90 | 1,168.50 |
| 08/17/23 | JFH | Email regarding fee statement and fee application. | 0.40 | 378.00 |
| 08/18/23 | MNY | Circulate May monthly fee statement to S&C for review (.1); circulate and then update third supplemental disclosure for signature (.3). | 0.40 | 246.00 |
| 08/19/23 | MNY | Update third supplemental declaration and compile for filing (.2); circulate same to Debtors' counsel for filing (.1). | 0.30 | 184.50 |
| 08/21/23 | MNY | Call S&C regarding May fee app (.1); review engagement letter and email client regarding same (.3). | 0.40 | 246.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  
_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 3  
Inv# 553788  
Date 09/14/23  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 08/25/23 | MNY | Email client regarding deadlines for filing fee statements and applications. | 0.20 | 123.00 |
| 08/25/23 | JFH | Email K. Flynn and M. Young-John regarding fee statements and fee application. | 0.30 | 283.50 |
| **Total Services** | | | **8.80** | **$5,874.00** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 1.40 | 945.00 | 1,323.00 |
| MNY | Megan N. Young-John | Associate | 7.40 | 615.00 | 4,551.00 |

Total Disbursements $0.00

**Invoice Total** **$5,874.00**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Inv# 553788
Date 09/14/23
017741-0001
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

## REMITTANCE PAGE

**Invoice Total**                                                                 **$5,874.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

   Dept. 510
   P.O. Box 4346
   Houston, Texas 77210-4346

**By wire:**

   **Financial**   Amegy Bank of Texas
                   1801 Main Street
                   Houston, TX 77002

   **Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

   **Swift Address for International Wires:**  ZFNBUS55

   **PORTER HEDGES LLP Operating Account:**  5791152449

   **Reference:**  017741-0001