# Exhibit D

**Mayer Brown LLP Time and Expense Records**

**(August 1, 2023 to September 30, 2023)**

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $26,842.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,625.46 |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | Pending | Pending |
| 12/04/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**AUGUST 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Charles S. Kelley | Partner | 1992 | 1991 | $1,415.00 | 5.7 | $8,065.50 |
| **Partner Total** | | | | | **5.7** | **$8,065.50** |
| Anna V. Durham | Associate | 2021 | 2020 | $725.00 | 21.4 | $15,515.00 |
| Kathryne M. Gray | Associate | 2014 | 2013 | $1,050.00 | 2 | $2,100.00 |
| **Associate Total** | | | | | **23.4** | **$17,615.00** |
| Mia Sclafani | Paralegal | n/a | n/a | $415.00 | 2.8 | $1,162.00 |
| **Paraprofessional Total** | | | | | **2.8** | **$1,162.00** |
| **GRAND TOTAL** | | | | | **31.9** | **$26,842.50** |

**Blended Hourly Rate: $841.46**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**AUGUST 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[2] | 31.9 | $26,842.50 |
| **TOTAL** | **31.9** | **$26,842.50** |

---

[2] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[3] if Applicable** | **Amount** |
| Electronic Discovery Services | n/a | $1,621.56 |
| Outside Courier | n/a | $3.90 |
| | **TOTAL** | **$1,625.46** |

---

[3] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

**MAYER | BROWN**

September 11, 2023

Invoice Number: 100117661

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

For professional services rendered for the period ended August 31, 2023

**Re:   FTX Chapter 11**
      **Matter No: 22726417**

| | |
|---|---:|
| Fees | $6,498.00 |
| Disbursements | 1,621.56 |
| **Total Fees and Disbursements** | **$8,119.56** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #:** 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100117661  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 2  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 08/03/23 | **Kelley, Charles S.**<br>Conference with K. Pasquale regarding conclusion of UCC on investigation on sale process (0.4); discussion with B. Mendelsohn regarding call with Ken and issues (0.3); follow up with Kevin and Jennie regarding same (0.4). | 1.10 |
| 08/25/23 | **Durham, Anna V.**<br>Conference with client and correspond with team re document review process. | 1.10 |
| 08/25/23 | **Gray, Kathryne M.**<br>Develop strategy re new document search and review project; correspond with A. Durham re options for same. | 0.50 |
| 08/28/23 | **Durham, Anna V.**<br>Coordinate with internal e-discovery team, legal team, and vendor re data migration, ingestion, and hosting pursuant to document review processes and protocols. | 1.60 |
| 08/28/23 | **Kelley, Charles S.**<br>Discussion of new scope of review and gathering of materials for FTX and approach. | 0.40 |
| 08/29/23 | **Durham, Anna V.**<br>Coordinate with M. Sclafani re migration of client data to vendor. | 0.10 |
| 08/29/23 | **Kelley, Charles S.**<br>Review contract with Vendor for gathering materials and discuss review process with A. Durham. | 0.40 |
| 08/29/23 | **Sclafani, Mia**<br>Liaised with outsourced data storage and in-house EDS for data migration. | 0.50 |
| 08/30/23 | **Durham, Anna V.**<br>Correspond with vendor re custodians for ingestion into workspace and coordinate migration of data from internal EDS to vendor. | 0.40 |
| 08/31/23 | **Durham, Anna V.**<br>Coordinate with e-discovery vendor and MB team re data migration procedure. | 0.30 |
| 08/31/23 | **Sclafani, Mia**<br>Liaised with outsourced data storage and in-house EDS for data migration. | 1.30 |

**Total Hours**     **7.70**

Mayer Brown LLP

Invoice No: 100117661  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 3  
Pinedo, Anna T.

## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/30/23 | **Electronic Discovery Services**<br>Mayer Brown Monthly Relativity Fee - Billable Size [GB]: 70.5026 - Price per [GB]: $23 | 1 | 1,621.56 |

**Total Disbursements**   **$1,621.56**

Mayer Brown LLP

Invoice No: 100117661  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 4  
Pinedo, Anna T.

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---:|---:|
| Durham, Anna V. | 3.50 | 2,537.50 |
| Gray, Kathryne M. | 0.50 | 525.00 |
| Kelley, Charles S. | 1.90 | 2,688.50 |
| Sclafani, Mia | 1.80 | 747.00 |
| **Total Legal Fees** | **7.70** | **$6,498.00** |

Mayer Brown LLP

Invoice No: 100117661  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 5  
Pinedo, Anna T.

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---|
| Electronic Discovery Services | 1,621.56 |
| **Total Disbursements** | **$1,621.56** |

# REMITTANCE

Please enclose this remittance advice with your payment so that your account may be properly credited.

Client: Perella Weinberg Partners LP

Matter: 22726417 FTX Chapter 11

Invoice Number: 100117661

Invoice Date: September 11, 2023

**Current Invoice Amount :** $8,119.56

**Previous Outstanding Balance:** 367,443.87

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 100035498 | 01/12/23 | 90,824.46 |
| 100069326 | 04/21/23 | 51,219.50 |
| 100109044 | 08/16/23 | 225,399.91 |

**TOTAL DUE AND OUTSTANDING:** **$375,563.43**

**Wire Transfer or ACH Credit Payments (Preferred)**

| | |
|---:|---|
| **Bank** | Bank of America |
| **Bank Address** | 135 South LaSalle Street, Chicago, IL 60603 |
| **Account #** | 8765663350 |
| **Account Type** | Checking |
| **ACH Payment ABA#** | 121000358 |
| **Wire Payment ABA #** | 026009593 |
| **International Wires Swift Code** | BOFAUS3N |
| **Remittance Detail Email** | payments@mayerbrown.com |

# MAYER | BROWN

October 16, 2023

Invoice Number: 100131238

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended September 30, 2023

**Re:  FTX Chapter 11**
   **Matter No: 22726417**

| | |
|---|---:|
| Fees | $20,344.50 |
| Disbursements | 3.90 |
| **Total Fees and Disbursements** | **$20,348.40** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #**: 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100131238  Page 2
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 09/01/23 | **Durham, Anna V.** Further coordination with vendor and client re data processing and search term results. | 0.60 |
| 09/01/23 | **Sclafani, Mia** Liaise with MB-EDS to establish an internally hosted Relativity database. | 1.00 |
| 09/05/23 | **Durham, Anna V.** Correspond with client and vendor re search terms. | 0.30 |
| 09/06/23 | **Durham, Anna V.** Conference with client re search document review and searches; correspond with vendor re same. | 0.80 |
| 09/06/23 | **Kelley, Charles S.** Confer with A. Durham regarding process for review and completeness and evaluation of search terms. | 0.50 |
| 09/07/23 | **Durham, Anna V.** Conference with client and correspond with vendor re review strategy and updated search terms. | 0.40 |
| 09/07/23 | **Durham, Anna V.** Review and analyze Answer and Amended Counterclaims re Alameda ahead of document review and analysis. | 0.50 |
| 09/11/23 | **Durham, Anna V.** Review and analyze search results from vendor; correspond with client and counsel for Debtor re next steps. | 0.30 |
| 09/12/23 | **Durham, Anna V.** Prepare for and conference with counsel for debtors re document review and analysis, including corresponding with vendor re document universe and search terms. | 1.40 |
| 09/13/23 | **Durham, Anna V.** Correspond with vendor re document counts with application of search terms. | 0.60 |
| 09/14/23 | **Durham, Anna V.** Correspond with vendor re search terms and de-duplication; conferences with MB team and client re strategy on same. | 2.50 |
| 09/15/23 | **Durham, Anna V.** Confer re strategy on document review and analysis, including search term negotiations. | 1.20 |
| 09/15/23 | **Kelley, Charles S.** Attention to search terms and lawyers list on privilege from QE (0.3); discussion of same with A. Durham and approach on addressing client concern (0.5). | 0.80 |
| 09/19/23 | **Durham, Anna V.** | 4.40 |

Mayer Brown LLP

Invoice No: 100131238  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 3  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | Review and analyze case background and history, amended complaint, counterclaims, and requests for production; prepare summary of same for presentation to MB team and client to assist in document review and production; correspond with vendor re additional search terms. | |
| 09/19/23 | **Kelley, Charles S.**<br>Attention to issues on overlays and searches to protect client confidential information (0.3); discussion of same with A. Durham (0.3). | 0.60 |
| 09/20/23 | **Durham, Anna V.**<br>Correspond with vendor, MB team, and client re review plan. | 0.30 |
| 09/21/23 | **Durham, Anna V.**<br>Prepare for and attend conference with K. Gray and C. Kelley on review strategy, including analysis of claims, role of client and client's counsel, and procedure on responsiveness and privilege/confidentiality review. | 2.30 |
| 09/21/23 | **Gray, Kathryne M.**<br>Meet with A. Durham and C. Kelley re document collection and review strategy for JPL discovery requests; review and analyze JPLs' counterclaims for purposes of same. | 1.00 |
| 09/21/23 | **Kelley, Charles S.**<br>Meeting with A. Durham and K. Gray to discuss claims/assertions of Bahama LT and responses and approach on review (0.5); review claims and pleadings/requests (0.7). | 1.20 |
| 09/22/23 | **Durham, Anna V.**<br>Conference with client re responsiveness and privilege review parameters. | 0.40 |
| 09/22/23 | **Gray, Kathryne M.**<br>Review and analyze FTX claims and JPLs' counterclaims for purposes of document review and production. | 0.50 |
| 09/22/23 | **Kelley, Charles S.**<br>Discussion with A. Durham regarding issues on commercial concern on discovery (0.3); review correspondence regarding same (0.4). | 0.70 |
| 09/27/23 | **Durham, Anna V.**<br>Prepare for and attend conference with Quinn team re review strategy and protocol; follow up with MB team, client, and vendor re same. | 1.50 |
| 09/28/23 | **Durham, Anna V.**<br>Correspond with client re list of internal PWP counsel. | 0.10 |
| 09/29/23 | **Durham, Anna V.**<br>Correspond with vendor re document review strategy, including privilege term highlighting and batching. | 0.30 |

**Total Hours** **24.20**

Mayer Brown LLP

Invoice No: 100131238  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 4  
Pinedo, Anna T.

## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 08/28/23 | **Outside Courier** <br> VENDOR: United Parcel Service (Carol Stream) INVOICE#: 0000006E431E353 DATE: 9/2/2023 <br> UPS 110918 Inv #: 0000006E431E353 Inv Date: 20230902 To: Attn: Data Intake From: Anna Durham Airbill: 1Z6E431E0197891203 Ref: | | 23.61 |
| 08/28/23 | **Outside Courier** <br> VENDOR: United Parcel Service (Carol Stream) INVOICE#: 0000006E431E353 DATE: 9/2/2023 <br> UPS 110918 Inv #: 0000006E431E353 Inv Date: 20230902 To: Attn: Data Intake From: Airbill: 1Z6E431E0197891203 Ref: | | 2.80 |
| 08/28/23 | **Outside Courier** <br> VENDOR: United Parcel Service (Carol Stream) INVOICE#: 0000006E431E363 DATE: 9/9/2023 <br> UPS 110918 Inv #: 0000006E431E363 Inv Date: 20230909 To: Attn: Data Intake From: Anna Durham Airbill: 1Z6E431E0197891203 Ref: | | -22.51 |

**Total Disbursements** **$3.90**

Mayer Brown LLP

Invoice No: 100131238  Page 5
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---|---|
| Durham, Anna V. | 17.90 | 12,977.50 |
| Gray, Kathryne M. | 1.50 | 1,575.00 |
| Kelley, Charles S. | 3.80 | 5,377.00 |
| Sclafani, Mia | 1.00 | 415.00 |
| **Total Legal Fees** | **24.20** | **$20,344.50** |

...

Mayer Brown LLP

Invoice No: 100131238  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11

Page 6  
Pinedo, Anna T.

## DISBURSEMENTS SUMMARY

| Disbursements | Amount |
|---|---:|
| Outside Courier | 3.90 |
| **Total Disbursements** | **$3.90** |

# REMITTANCE

Please enclose this remittance advice with your payment so that your account may be properly credited.

| | |
|---|---|
| Client: | Perella Weinberg Partners LP |
| Matter: | 22726417 FTX Chapter 11 |
| Invoice Number: | 100131238 |
| Invoice Date: | October 16, 2023 |

**Current Invoice Amount :** $20,348.40

**Wire Transfer or ACH Credit Payments (Preferred)**

| | |
|---:|---|
| **Bank** | Bank of America |
| **Bank Address** | 135 South LaSalle Street, Chicago, IL 60603 |
| **Account #** | 8765663350 |
| **Account Type** | Checking |
| **ACH Payment ABA#** | 121000358 |
| **Wire Payment ABA #** | 026009593 |
| **International Wires Swift Code** | BOFAUS3N |
| **Remittance Detail Email** | payments@mayerbrown.com |

*If remitting by check, please send this page along with the check to:*
Mayer Brown LLP, 2027 Collection Center Drive, Chicago, IL 60693-0020

| **Amount Enclosed** | $ |
|---|---|

**FOR BANK USE ONLY:**
Payor Code:        134374
Apply Invoices:    100131238