**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Gibbons, P.C. hereby enters its appearance (the "Notice of Appearance") in the above-captioned cases as counsel for Dr. Marcel Lötscher ("Lötscher"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

Christopher Viceconte, Esq.
**GIBBONS P.C.**
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
E-mail: cviceconte@gibbonslaw.com

Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
**GIBBONS P.C**.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: rmalone@gibbonslaw.com
btheisen@gibbonslaw.com
kmcevilly@gibbonslaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in the above-captioned cases or in any other action are expressly reserved.

| | |
|---|---|
| Dated: December 7, 2023<br>Wilmington, Delaware | */s/ Christopher Viceconte*<br>Christopher Viceconte (DE Bar # 5568)<br>**GIBBONS P.C**.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, Delaware 19801-1671<br>Telephone: (302) 518-6300<br>Facsimile: (302) 429-6294<br>E-mail: cviceconte@gibbonslaw.com<br><br>-and-<br><br>Robert K. Malone (*pro hac vice* forthcoming)<br>Brett S. Theisen (*pro hac vice* forthcoming)<br>Kyle P. McEvilly (*pro hac vice* forthcoming)<br>**GIBBONS P.C**.<br>One Gateway Center<br>Newark, New Jersey  07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 596-0545<br>E-mail:  rmalone@gibbonslaw.com<br>             btheisen@gibbonslaw.com<br>             kmcevilly@gibbonslaw.com<br><br>*Counsel to Dr. Marcel Lötscher* |

**CERTIFICATION OF SERVICE PURSUANT TO 11 U.S.C. § 1746**

CHRISTOPHER VICECONTE, of full age, under penalty of perjury, hereby certifies as follows:

1. I am an attorney-at-law of the State of Delaware and a Director with Gibbons P.C., counsel for Dr. Marcel Lötscher in the above-captioned bankruptcy proceedings.

2. On December 7, 2023, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served upon all parties having formally requested notice electronically via the Court's CM/ECF system.

I certify that the foregoing is true and correct.

Executed on: December 7, 2023

*/s/ Christopher Viceconte*
Christopher Viceconte