IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX Trading Ltd., *et al.*;[1] <br><br><br> Debtors. | Chapter 11 <br><br><br> Case No. 22-11068 (JTD) <br> (Jointly administered) |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2023, I caused to be served a copy of the *Objection of the United States Trustee to Emergent Debtor's Motion To Retain and Compensate Professionals under Supervision of Antiguan Court* in the above-entitled cases through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

1

| | |
|---|---|
| Paul Hastings LLP<br>Kristopher M. Hansen, Esq.<br>Luc A. Despins, Esq.<br>Kenneth Pasquale, Esq.<br>Erez E. Gilad, Esq.<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, NY 10166<br>E-mail: krishansen@paulhastings.com<br>lucdespins@paulhastings.com<br>kenpasquale@paulhastings.com<br>erezgilad@paulhastings.com<br>gabesasson@paulhastings.com | Young Conaway Stargatt & Taylor, LLP<br>Matthew B. Lunn, Esq.<br>Robert F. Poppiti, Jr., Esq.<br>1000 North King Street<br>Wilmington, DE 19801<br>E-mail: mlunn@ycst.com<br>rpoppiti@ycst.com |
| Morgan, Lewis & Bockius LLP<br>Jody C. Barillare<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Email: jody.barillare@morganlewis.com | Morgan, Lewis & Bockius LLP<br>John C. Goodchild, III<br>Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com |
| Morgan, Lewis & Bockius LLP<br>Craig A. Wolfe<br>Joshua Dorchak<br>David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com | BlankRome<br>Josef W. Mintz, Esquire<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Email: josef.mintz@blankrome.com |
| Haynes and Boone, LLP<br>Richard Kanowitz<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112 Email:<br>Richard.Kanowitz@haynesboone.com | Haynes and Boone, LLP<br>Richard D. Anigian<br>Charles M. Jones II<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Email: Rick.Anigian@haynesboone.com<br>Charlie.Jones@haynesboone.com |
| Morris, Nichols, Arsht & Tunnell LLP<br>Derek C. Abbott<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: dabbott@morrisnichols.com | |

Dated: December 7, 2023　　　　　　　　　Respectfully submitted,
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　**ANDREW R. VARA**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES TRUSTEE,**
　　　　　　　　　　　　　　　　　　　　**REGIONS 3 and 9**

　　　　　　　　　　　　　　　　　　　　By: */s/ Benjamin Hackman*
　　　　　　　　　　　　　　　　　　　　Benjamin A. Hackman
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　　　　Office of the United States Trustee
　　　　　　　　　　　　　　　　　　　　J. Caleb Boggs Federal Building
　　　　　　　　　　　　　　　　　　　　844 King Street, Suite 2207, Lockbox 35
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 573-6491 (Phone)
　　　　　　　　　　　　　　　　　　　　(302) 573-6497 (Fax)
　　　　　　　　　　　　　　　　　　　　benjamin.a.hackman@usdoj.gov