# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**November 2023**

| Settling Party | Settled Value |
|---|---|
| Eat. Learn. Play. Foundation | $546,000.00 |
| Effective Ops, Limited | $402,698.00 |
| Effective Ventures Foundation UK | $4,246,503.16 |
| Pro Publica, Inc. | $1,640,000.00 |
| The Alignment Research Center | $1,225,000.00 |
| The Ottawa Heart Institute Research, Corp. | $250,000.00 |
| The Working Policy Project | £2,400,000.00 |
| David Streckert | $104,734.00 |