# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
for the Period from November 1, 2023 through November 30, 2023**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from November 1, 2023 through November 30, 2023**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) <u>Implementation of Controls</u>: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) <u>Asset Protection & Recovery</u>: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) <u>Transparency and Investigation</u>: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) <u>Efficiency and Coordination</u>: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) <u>Maximization of Value</u>: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person

board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' digital assets. Additionally, Mr. Ray was directly involved with the furtherance of the FTX.com sale process.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| November 1, 2023 – November 30, 2023 | $256,165.00 | $2,045.68 | $258,210.68 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $700.00 |
| Travel – Airfare | $874.80 |
| Travel – Transportation (other) | $387.08 |
| Travel – Meals | $71.80 |
| Other Expenses | $12.00 |
| **Total Amount for Period:** | $2,045.68 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 202.8 | $263,640.00 |
| | **50% adjustment for non-working travel:** | | 11.5 | ($7,475.00) |
| | **Total Amount for Period:** | | | $256,165.00 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/1/23 | Revise settlement agreement draft and mark up | John J. Ray III | 2.3 | $2,990.00 |
| 11/1/23 | Meeting with S&C (A Dietderich and others), A&M (E Mosely and other), and JPLs | John J. Ray III | 6.0 | $7,800.00 |
| 11/1/23 | Travel from JPL meeting | John J. Ray III | 2.5 | $1,625.00 |
| 11/1/23 | Review additional mark ups to coin monetization motion and related documents | John J. Ray III | 2.3 | $2,990.00 |
| 11/2/23 | Participate in FTX 2.0 weekly call with S&C (A Dietderich and others), PWP (K Cofsky and others), A&M (E Mosely and others), and creditor representatives | John J. Ray III | 1.0 | $1,300.00 |
| 11/2/23 | Call with A&M (H Chambers and others) and S&C (E Simpson and others) related to Japan inter-companies | John J. Ray III | 0.5 | $650.00 |
| 11/2/23 | Call with PWP (M Rahmani and others), Board members and creditor representatives related to venture investments | John J. Ray III | 1.0 | $1,300.00 |
| 11/2/23 | Review and communicate with H Chambers at A&M related to Blockfolio matter | John J. Ray III | 0.5 | $650.00 |
| 11/2/23 | Respond to creditor inquiry related to portal communications | John J. Ray III | 0.3 | $390.00 |
| 11/2/23 | Review of A&M materials related to Japan | John J. Ray III | 2.8 | $3,640.00 |
| 11/2/23 | Call with Galaxy, creditor representatives, A&M (K Ramanathan and others), and S&C (A Kranzley and others) related to coin monetization | John J. Ray III | 0.8 | $1,040.00 |
| 11/2/23 | Review of FTX 2.0 material for bidders and communications from PWP | John J. Ray III | 1.3 | $1,690.00 |
| 11/2/23 | Review additional creditor comments related to coin monetization motion and related documents | John J. Ray III | 2.5 | $3,250.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/3/23 | Review and mark up settlement agreement | John J. Ray III | 3.5 | $4,550.00 |
| 11/3/23 | Review additional comments related to coin monetization motion and related documents | John J. Ray III | 2.5 | $3,250.00 |
| 11/3/23 | Review and approve FTX 2.0 diligence requests | John J. Ray III | 0.8 | $1,040.00 |
| 11/3/23 | Review updates related to FTX 2.0 | John J. Ray III | 1.3 | $1,690.00 |
| 11/5/23 | Review of JPL draft and summaries add comments re same | John J. Ray III | 1.3 | $1,690.00 |
| 11/6/23 | Call with of QE (S Rand) related to pending litigation | John J. Ray III | 0.5 | $650.00 |
| 11/6/23 | Provide direction to PWP related to venture capital call | John J. Ray III | 0.3 | $390.00 |
| 11/6/23 | Review of input and recommendations related to crypto asset management | John J. Ray III | 0.8 | $1,040.00 |
| 11/6/23 | Final review of board materials for weekly call | John J. Ray III | 0.8 | $1,040.00 |
| 11/6/23 | Review of diligence requests and approve of same | John J. Ray III | 0.8 | $1,040.00 |
| 11/6/23 | Review of Bahamas litigation stipulation | John J. Ray III | 0.3 | $390.00 |
| 11/6/23 | Review of October trading report | John J. Ray III | 0.3 | $390.00 |
| 11/6/23 | Call with Galaxy, UCC, AHC representatives, and A&M (K Ramanathan) for the weekly coin call | John J. Ray III | 1.0 | $1,300.00 |
| 11/6/23 | Call with A&M (K Ramanathan) related to weekly crypto asset management call and related matters | John J. Ray III | 0.5 | $650.00 |
| 11/6/23 | Review of case management schedule | John J. Ray III | 0.3 | $390.00 |
| 11/6/23 | Review of approach related to distribution model technology and provide input | John J. Ray III | 0.5 | $650.00 |
| 11/6/23 | Review of modified release related to KEIP | John J. Ray III | 0.3 | $390.00 |
| 11/6/23 | Review and execute GDA resolutions | John J. Ray III | 0.8 | $1,040.00 |
| 11/6/23 | Review of updated status related to FTX 2.0 | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/7/23 | Weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (K Cofsky and others) | John J. Ray III | 1.5 | $1,950.00 |
| 11/7/23 | Participate in Board call | John J. Ray III | 1.3 | $1,690.00 |
| 11/7/23 | Review and draft comments related to post confirmation budget | John J. Ray III | 2.8 | $3,640.00 |
| 11/7/23 | Call with FTX 2.0 bidder, PWP (K Cofsky), and S&C (A Dietderich) related to updated proposal and questions | John J. Ray III | 2.0 | $2,600.00 |
| 11/8/23 | Call with Maynard firm related to pending matters | John J. Ray III | 0.5 | $650.00 |
| 11/8/23 | Further review of budget and changes suggested | John J. Ray III | 2.5 | $3,250.00 |
| 11/8/23 | Cal with S&C (E Simpson) related to resolutions related to DM (0.5), and follow up review and execution of resolutions (0.8) | John J. Ray III | 1.3 | $1,690.00 |
| 11/8/23 | Review and comment on declaration related to reimbursement agreement | John J. Ray III | 0.5 | $650.00 |
| 11/8/23 | Review draft complaint related to avoidance action | John J. Ray III | 1.8 | $2,340.00 |
| 11/8/23 | Review and approve follow up due diligence requests | John J. Ray III | 0.3 | $390.00 |
| 11/8/23 | Call with A&M (E Mosely and others) related to budget | John J. Ray III | 1.0 | $1,300.00 |
| 11/8/23 | Meeting with party related to possible role in foreign sub oversight | John J. Ray III | 1.0 | $1,300.00 |
| 11/9/23 | Call with S&C (A Dietderich), PWP (K Cofsky), A&M (E Mosely and others), and creditor representatives related to weekly FTX 2.0 status | John J. Ray III | 0.8 | $1,040.00 |
| 11/9/23 | Provide feedback related to FTX 2.0 code diligence | John J. Ray III | 0.8 | $1,040.00 |
| 11/9/23 | Review of distribution model architecture (0.5) and call with A&M (E Mosely) related to distribution model (1.0) | John J. Ray III | 1.5 | $1,950.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/9/23 | Call with insurance broker related to policies | John J. Ray III | 0.5 | $650.00 |
| 11/9/23 | Review of IEX proposal (0.8) and provide feedback to PWP (0.3) | John J. Ray III | 1.1 | $1,430.00 |
| 11/10/23 | Review professional expenses and comment | John J. Ray III | 0.8 | $1,040.00 |
| 11/10/23 | Review schedule related to motions for estimation | John J. Ray III | 0.5 | $650.00 |
| 11/10/23 | Prepare monthly compensation report | John J. Ray III | 1.3 | $1,690.00 |
| 11/12/23 | Review and comment on reply to reimbursement motion | John J. Ray III | 0.8 | $1,040.00 |
| 11/12/23 | Review Ad hoc response to objection | John J. Ray III | 0.5 | $650.00 |
| 11/12/23 | Review and comment on UCC request related to crypto sales | John J. Ray III | 0.5 | $650.00 |
| 11/12/23 | Prepare for 11/15 hearing | John J. Ray III | 1.3 | $1,690.00 |
| 11/13/23 | Review and execute trading agreement | John J. Ray III | 0.8 | $1,040.00 |
| 11/13/23 | Review avoidance claim analysis | John J. Ray III | 0.5 | $650.00 |
| 11/13/23 | Review objection to claim disallowance | John J. Ray III | 0.5 | $650.00 |
| 11/13/23 | Review trading activity summary and latest activity | John J. Ray III | 0.8 | $1,040.00 |
| 11/13/23 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives related to weekly trading | John J. Ray III | 1.0 | $1,300.00 |
| 11/13/23 | Call with A&M (K Ramanathan) for weekly crypto call | John J. Ray III | 0.5 | $650.00 |
| 11/13/23 | Review of open work streams (1.3) and Board agenda (0.3) | John J. Ray III | 1.6 | $2,080.00 |
| 11/13/23 | Review of FTX 2.0 matters and call with PWP (K Cofsky) | John J. Ray III | 0.5 | $650.00 |
| 11/13/23 | Review crypto proposal and provide direction to A&M | John J. Ray III | 0.8 | $1,040.00 |
| 11/13/23 | Review of pending avoidance actions | John J. Ray III | 2.5 | $3,250.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/14/23 | Call with steering committee, S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (E Mosely and others) | John J. Ray III | 2.0 | $2,600.00 |
| 11/14/23 | Flight/travel to hearing | John J. Ray III | 4.0 | $2,600.00 |
| 11/14/23 | Communicate with S Rand (QE) regarding retainer return | John J. Ray III | 0.1 | $130.00 |
| 11/14/23 | Review materials related to FTX 2.0 response to bidder | John J. Ray III | 1.3 | $1,690.00 |
| 11/14/23 | Review diligence materials and data related to FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 11/14/23 | Review options analysis for subsidiary investment | John J. Ray III | 0.5 | $650.00 |
| 11/14/23 | Review Embed liquidation matter | John J. Ray III | 0.2 | $260.00 |
| 11/14/23 | Call with PH (K Pasquale and others) related to investigation matter | John J. Ray III | 0.3 | $390.00 |
| 11/14/23 | Review materials related to crypto sale | John J. Ray III | 0.5 | $650.00 |
| 11/14/23 | Review claims objections and details | John J. Ray III | 1.8 | $2,340.00 |
| 11/14/23 | Review wind down forecast and budget detail | John J. Ray III | 1.3 | $1,690.00 |
| 11/15/23 | Prepare for testimony | John J. Ray III | 3.0 | $3,900.00 |
| 11/15/23 | Review draft of asset purchase agreement | John J. Ray III | 2.8 | $3,640.00 |
| 11/15/23 | Attend hearing in person | John J. Ray III | 2.0 | $2,600.00 |
| 11/15/23 | Travel and Flight from hearing | John J. Ray III | 5.0 | $3,250.00 |
| 11/15/23 | Call with A&M (K Ramanathan and others) related to various crypto matters for review and approval | John J. Ray III | 0.5 | $650.00 |
| 11/15/23 | Review administrative questions and provide responses related to cash | John J. Ray III | 0.5 | $650.00 |
| 11/15/23 | Review updated plan effectiveness timeline | John J. Ray III | 0.3 | $390.00 |
| 11/15/23 | Review and approve diligence requests related to FTX 2.0 | John J. Ray III | 0.1 | $130.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/15/23 | Review draft engagement of subsidiary officer | John J. Ray III | 0.5 | $650.00 |
| 11/16/23 | Review of asset purchase agreement (2.8), and review of Ad Hoc comments (0.8) | John J. Ray III | 3.6 | $4,680.00 |
| 11/16/23 | Review status of Quoine | John J. Ray III | 0.5 | $650.00 |
| 11/16/23 | Review disclosures related to Galaxy trading | John J. Ray III | 0.3 | $390.00 |
| 11/16/23 | Review and approve diligence responses | John J. Ray III | 0.5 | $650.00 |
| 11/16/23 | Participate in weekly ventures call with PWP (M Rahmani and others), Board members, and creditor representatives | John J. Ray III | 1.0 | $1,300.00 |
| 11/16/23 | Call with S&C (B Glueckstein and others) and A&M (E Mosely and others) related to crypto valuation process | John J. Ray III | 1.0 | $1,300.00 |
| 11/17/23 | Call with A&M (S Coverick and others) related to Japan | John J. Ray III | 0.8 | $1,040.00 |
| 11/17/23 | Call with S&C (E Simpson) on Europe matter | John J. Ray III | 0.3 | $390.00 |
| 11/17/23 | Review follow up on Embed matters | John J. Ray III | 0.3 | $390.00 |
| 11/17/23 | Review APA modifications | John J. Ray III | 1.0 | $1,300.00 |
| 11/17/23 | Review comments regarding Grayscale order | John J. Ray III | 0.3 | $390.00 |
| 11/17/23 | Call with FTI (S Simms and others) and A&M (S Coverick) related to Japan | John J. Ray III | 0.3 | $390.00 |
| 11/17/23 | Review draft materials related to crypto estimation | John J. Ray III | 0.8 | $1,040.00 |
| 11/17/23 | Review of DM budget | John J. Ray III | 0.3 | $390.00 |
| 11/17/23 | Review and sign off on Galaxy affiliate onboarding | John J. Ray III | 0.5 | $650.00 |
| 11/18/23 | Review materials from PWP (K Cofsky) related to sale process and comments regarding same | John J. Ray III | 1.5 | $1,950.00 |
| 11/18/23 | Review of DM order | John J. Ray III | 0.3 | $390.00 |
| 11/18/23 | Review of comments related to settlement | John J. Ray III | 1.8 | $2,340.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/18/23 | Review FTX 2.0 materials from PWP | John J. Ray III | 1.3 | $1,690.00 |
| 11/18/23 | Review venture distribution notice | John J. Ray III | 0.3 | $390.00 |
| 11/18/23 | Review lender avoidance summaries | John J. Ray III | 0.8 | $1,040.00 |
| 11/18/23 | Review and approve of staking reports | John J. Ray III | 0.3 | $390.00 |
| 11/18/23 | Review JPL funding reports and analysis | John J. Ray III | 0.8 | $1,040.00 |
| 11/18/23 | Review and approve of diligence responses | John J. Ray III | 0.3 | $390.00 |
| 11/19/23 | Review FTX 2.0 documents from PH | John J. Ray III | 1.0 | $1,300.00 |
| 11/19/23 | Review professional fee estimates | John J. Ray III | 0.3 | $390.00 |
| 11/19/23 | Review materials from PWP related to FTX 2.0 | John J. Ray III | 0.8 | $1,040.00 |
| 11/19/23 | Review mark up of documents from S&C related to FTX 2.0 | John J. Ray III | 2.3 | $2,990.00 |
| 11/19/23 | Review Galaxy sales activity | John J. Ray III | 0.3 | $390.00 |
| 20-Nov | Review Board minutes | John J. Ray III | 0.3 | $390.00 |
| 11/20/23 | Prepare for Board meeting | John J. Ray III | 1.3 | $1,690.00 |
| 11/20/23 | Review IEX materials prepared by PWP | John J. Ray III | 1.3 | $1,690.00 |
| 11/20/23 | Review diligence matters related to FTX 2.0 | John J. Ray III | 1.3 | $1,690.00 |
| 11/20/23 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives related to coin sales | John J. Ray III | 1.0 | $1,300.00 |
| 11/20/23 | Call with S&C (F Crocco) related to KYC | John J. Ray III | 0.3 | $390.00 |
| 11/20/23 | Weekly crypto call with A&M (K Ramanathan and others) | John J. Ray III | 0.8 | $1,040.00 |
| 11/20/23 | Review updated Japan materials and analysis | John J. Ray III | 2.3 | $2,990.00 |
| 11/20/23 | Review of litigation materials | John J. Ray III | 0.8 | $1,040.00 |
| 11/20/23 | Review and mark up of officer agreement re Japan | John J. Ray III | 0.8 | $1,040.00 |
| 11/20/23 | Review and comment on GSA dispute protocol | John J. Ray III | 0.8 | $1,040.00 |
| 11/20/23 | Review NDA with surety | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/21/23 | Call with A&M (H Chambers and others) and S&C (E Simpson and others) related to Japan | John J. Ray III | 1.0 | $1,300.00 |
| 11/21/23 | Call with Steering Committee A&M (E Mosely and others), S&C (A Dietderich and others), and PWP (K Cofsky and others) | John J. Ray III | 1.5 | $1,950.00 |
| 11/21/23 | Weekly Board call attendance | John J. Ray III | 1.5 | $1,950.00 |
| 11/21/23 | Approve increase to weekly coin sales | John J. Ray III | 0.3 | $390.00 |
| 11/21/23 | Review of cash deposits and bank relationships | John J. Ray III | 0.8 | $1,040.00 |
| 11/21/23 | Review analysis related to FTX 2.0 | John J. Ray III | 1.3 | $1,690.00 |
| 11/21/23 | Review revised materials from S&C (M Friedman) and comment on same | John J. Ray III | 1.8 | $2,340.00 |
| 11/21/23 | Review bidder NDAs | John J. Ray III | 0.3 | $390.00 |
| 11/22/23 | Review NDAs and sign off (0.3); review and approve for execution trading agreements (0.8) | John J. Ray III | 1.1 | $1,430.00 |
| 11/22/23 | Call with ad hoc members related to plan process | John J. Ray III | 0.8 | $1,040.00 |
| 11/22/23 | Review of materials from ad hoc professionals related to plan provisions | John J. Ray III | 1.5 | $1,950.00 |
| 11/22/23 | Review materials from S&C (A Lewis) related to data security | John J. Ray III | 0.8 | $1,040.00 |
| 11/22/23 | Review memo from QE related to venture matter | John J. Ray III | 1.0 | $1,300.00 |
| 11/22/23 | Review additional changes to KEIP letter | John J. Ray III | 0.3 | $390.00 |
| 11/22/23 | Review plan timeline and pending matters | John J. Ray III | 1.8 | $2,340.00 |
| 11/24/23 | Review of disclosures required for KYC and revisions to same | John J. Ray III | 0.5 | $650.00 |
| 11/24/23 | Review Japan product updates and inquiries back to management | John J. Ray III | 0.3 | $390.00 |
| 11/24/23 | Review of propose ballot and comments re same | John J. Ray III | 1.8 | $2,340.00 |
| 11/26/23 | Review of GSA agreement mark up (0.5) and communications with JOL re same (0.3) | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/27/23 | Review of Japan materials | John J. Ray III | 0.8 | $1,040.00 |
| 11/27/23 | Review of cyber matter | John J. Ray III | 0.8 | $1,040.00 |
| 11/27/23 | Review of outstanding work streams and progress on same | John J. Ray III | 2.5 | $3,250.00 |
| 11/27/23 | Review Ad hoc terms related to plan mechanics | John J. Ray III | 0.8 | $1,040.00 |
| 11/27/23 | Call with Galaxy, UCC, and Ad hoc representatives related to weekly crypto sales status and market outlook | John J. Ray III | 1.0 | $1,300.00 |
| 11/27/23 | Call with Bahamas JOL and A&M (E Mosely and others) related to settlement agreement | John J. Ray III | 0.5 | $650.00 |
| 11/27/23 | Call with S&C (B Glueckstein) and creditor groups related to estimation motion | John J. Ray III | 1.0 | $1,300.00 |
| 11/27/23 | Call with S&C (A Dietderich and others) and A&M (S Coverick and others) related to plan distribution mechanics | John J. Ray III | 1.0 | $1,300.00 |
| 11/28/23 | Review and approval of minutes of weekly Galaxy call | John J. Ray III | 0.3 | $390.00 |
| 11/28/23 | Review and analyze distribution mechanics proposals | John J. Ray III | 1.3 | $1,690.00 |
| 11/28/23 | Review of updated claims materials and status | John J. Ray III | 1.3 | $1,690.00 |
| 11/28/23 | Review of deliverables for the current week | John J. Ray III | 0.3 | $390.00 |
| 11/28/23 | Review of Bahamas settlement agreement and comments on same (0.8), weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (K Cofsky and others) (1.5) | John J. Ray III | 2.3 | $2,990.00 |
| 11/28/23 | Call with bidder to discuss proposal | John J. Ray III | 1.3 | $1,690.00 |
| 11/28/23 | Review and mark up of tax estimation motion | John J. Ray III | 0.8 | $1,040.00 |
| 11/28/23 | Review of compensation matter | John J. Ray III | 0.5 | $650.00 |
| 11/28/23 | Review of IFU filing | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/28/23 | Review of professional fees | John J. Ray III | 0.8 | $1,040.00 |
| 11/28/23 | Review and approval of crypto action items | John J. Ray III | 0.3 | $390.00 |
| 11/28/23 | Review and approve diligence requests | John J. Ray III | 0.5 | $650.00 |
| 11/29/23 | Review of FTX 2.0 transaction terms | John J. Ray III | 2.5 | $3,250.00 |
| 11/29/23 | Call with Ad Hoc representatives, S&C (A Dietderich and others), and A&M (E Mosely and others) related to various plan matters | John J. Ray III | 1.0 | $1,300.00 |
| 11/29/23 | Review and approval of diligence matters | John J. Ray III | 0.3 | $390.00 |
| 11/29/23 | Review and execution of Turkey documents | John J. Ray III | 0.5 | $650.00 |
| 11/29/23 | Review of FTX 2.0 updated proposal | John J. Ray III | 1.3 | $1,690.00 |
| 11/29/23 | Review and comment on motion related to tax matters | John J. Ray III | 1.3 | $1,690.00 |
| 11/29/23 | Attend Court hearing telephonically | John J. Ray III | 0.5 | $650.00 |
| 11/29/23 | Review and comment on E&Y requests related to consents | John J. Ray III | 0.5 | $650.00 |
| 11/29/23 | Review of draft of amended plan | John J. Ray III | 2.8 | $3,640.00 |
| 11/29/23 | Review of GSA agreement with Bahamas | John J. Ray III | 1.3 | $1,690.00 |
| 11/29/23 | Review Bitgo custody agreement questions | John J. Ray III | 0.3 | $390.00 |
| 11/30/23 | Review of FTX 2.0 documents prepared by S&C | John J. Ray III | 3.5 | $4,550.00 |
| 11/30/23 | Review of revised draft of Bahamas agreements | John J. Ray III | 2.5 | $3,250.00 |
| 11/30/23 | Call with Board and PWP (M Rahmani and others) related to ventures | John J. Ray III | 1.0 | $1,300.00 |
| 11/30/23 | Review and comment on E&Y responses to IRS in connection with audits | John J. Ray III | 1.8 | $2,340.00 |
| 11/30/23 | Review and sign off on interim financial update | John J. Ray III | 0.3 | $390.00 |
| 11/30/23 | Review and execute de minis sale documents | John J. Ray III | 1.3 | $1,690.00 |
| 11/30/23 | Review and approve diligence request responses | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 11/30/23 | Review and approve professional fee disbursements | John J. Ray III | 0.8 | $1,040.00 |
| 11/30/23 | Review OTC portal materials prepared by A&M (K Ramanathan) | John J. Ray III | 0.5 | $650.00 |
| | | **Total Amount for Period:** | 202.8 | $256,165.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 11/01/23 | Breakfast for one in Miami for JPL meeting | | | | $21.80 | | John J. Ray III |
| 11/14/23 | American Airlines roundtrip coach airfare BNA to PHL for 11/15 bankruptcy hearing | $874.80 | | | | | John J. Ray III |
| 11/14/23 | Car service from PHL to hotel in Wilmington DE for 11/15 bankruptcy hearing | | | $149.54 | | | John J. Ray III |
| 11/14/23 | Lodging Wilmington DE for 11/15 bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 11/14/23 | Dinner for one in Wilmington DE for 11/15 bankruptcy hearing | | | | $50.00 | | John J. Ray III |
| 11/15/23 | Lodging Wilmington DE for 11/15 bankruptcy hearing | | $350.00 | | | | John J. Ray III |
| 11/15/23 | Car service from hotel in Wilmington DE to PHL from 11/15 bankruptcy hearing | | | $141.54 | | | John J. Ray III |
| 11/15/23 | VIASAT in-flight WiFi from 11/15 bankruptcy hearing | | | | | $12.00 | John J. Ray III |
| 11/15/23 | Parking at airport, travel to and from 11/15 bankruptcy hearing | | | $96.00 | | | John J. Ray III |
| **Total Amount for Period:** | | **$874.80** | **$700.00** | **$387.08** | **$71.80** | **$12.00** | |

-17-