# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Hearing Date: December 13, 2023 at 1:00 P.M. ET<br>Objection Deadline: November 28, 2023 at 4:00 P.M. ET<br><br>Ref. Nos. 3751 & 3756 |

## CERTIFICATION OF COUNSEL REGARDING
## DEBTORS' FOURTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION
## TO CERTAIN DUPLICATE PROOFS OF CLAIM (CUSTOMER CLAIMS)

I, Kimberly A. Brown, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") hereby certify as follows to the best of my knowledge, information and belief:

1. On November 13, 2023, the Debtors filed the *Debtors' Fourth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims)* [D.I. 3751, redacted & 3756, sealed] (the "Objection").

2. Pursuant to the *Notice of Objection* attached to the Objection [D.I. 3751-1 & 3756-1], any responses to the Objection were to be filed no later than November 28, 2023 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. As of the date hereof, no formal objections or other responses to the Objection have been filed or served on the Debtors. The Debtors received informal comments (the "Informal

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073553.2}

Comments") from Caroline Blanc, Gabriel Gonzalez Ruiz de Apodaca, Tessa Desmet, and Ethereal Tech PTE LTD (collectively, the "Parties").

4. The Debtors have resolved the Informal Comments from the Parties with no changes to the proposed form of order attached to the Objection (the "Proposed Order"), a copy of which is attached hereto for the Court's convenience as **Exhibit A**.

5. It is hereby respectfully requested that the Proposed Order, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: December 7, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |