**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 12, 2023, AT 10:00 A.M. (ET), BEFORE THE HONORABLE
JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

---

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT
THE LINK BELOW BY DECEMBER 12, 2023 AT 8:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItdOusqD0vHwZFGv-1zfaTUG7n6umiGKs

**After registering your appearance by Zoom, you will receive a confirmation
email containing information about joining the hearing.**

Topic: Emergent Fidelity Technologies Ltd - Case No. 23-10149 (JTD)
When: December 12, 2023 at 10:00 a.m. (ET)

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM
OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**RESOLVED MATTERS:**

1. Emergent Debtor's Second Motion for Entry of an Order Extending the Exclusivity Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4056, filed on November 20, 2023]

    Response Deadline: December 5, 2023 at 4:00 p.m. (ET)

    Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Emergent Debtor's Second Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4513, filed on December 6, 2023]

    B. Order Extending the Exclusive Periods During Which Only the Emergent Debtor May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4532, entered on December 7, 2023]

    Status: On December 7, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing on this matter is not required.

**MATTERS GOING FORWARD:**

2. Emergent Debtor's Motion for Entry of an Order Approving Postpetition Financing and Granting Related Relief [D.I. 3024, filed on October 6, 2023]

    Response Deadline: December 1, 2023 at 4:00 p.m. (ET)

    Responses Received:

    A. United States Trustee's Objection to Motion of the Emergent Debtor for Entry of an Order Approving Postpetition Financing and Granting Related Relief [D.I. 3334, filed on October 23, 2023]

    B. Informal comments to the form of order were received from various parties-in-interest, including the U.S. Trustee, FTX, BlockFi, and the unsecured creditors' committees of FTX and BlockFi.

    Related Documents:

    A. Order Expediting Hearing and Shortening Objection and Notice Period with Respect to Emergent Debtor's Motion for Entry of an Order Approving

        Postpetition Financing and Granting Related Relief [D.I. 3037, entered on October 10, 2023]

   B.   Notice of Emergent Debtor's Motion for Entry of an Order Approving Postpetition Financing and Granting Related Relief [D.I. 3067, filed on October 10, 2023]

   C.   Amended Notice of Hearing of Emergent Debtor's DIP Financing Motion and Notice of Revised Form of Proposed Order [D.I. 4026, filed on November 17, 2023]

Status: This matter is going forward as a contested, evidentiary hearing. While the revised form of order has resolved all informal comments to the form of order, the U.S. Trustee has objected to the substance of the relief requested. The Debtor anticipates filing its intention to offer witness testimony regarding this motion and U.S. Trustee's response thereto.

3.   Emergent Debtor's Motion for an Order Authorizing Antiguan Professionals to be Retained and Compensated under the Supervision of the Antiguan Court [D.I. 4098, filed on November 22, 2023]

   Response Deadline: December 5, 2023 at 4:00 p.m. (ET), which was extended to December 7, 2023 for the U.S. Trustee by agreement

   Responses Received:

   A.   Objection of the United States Trustee to Emergent Debtor's Motion to Retain and Compensate Professionals under Supervision of Antiguan Court [D.I. 4547, filed on December 7, 2023]

Status: This matter is going forward as a contested, evidentiary hearing. The Debtor anticipates filing its intention to offer witness testimony regarding this motion and U.S. Trustee's response thereto.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: December 8, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies*<br>*Ltd as Debtor and Debtor-in-Possession* |