DocuSign Envelope ID: 7DE38D1B-35E6-4B30-B622-F5EB5AB4C48B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

FILED

2023 DEC -8  PM 3:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: FTX TRADING LTD., *et al.,*[1]

              Debtors

Chapter 11

Case No. 22-11068 (JTD).

(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CIRCLE US HOLDINGS, LLC**
Name of Transferee

Name and Address where notices and payments to transferee should be sent:

99 High Street, Suite 1701
Boston, MA 02110
Attention: Jeremy Gray
jeremy.gray@circle.com

Name of Transferor

Confidential Creditor with Unique Customer Code: 07525260
Last Four Digits of FTX Acct #: N/A

Name and Address where notices and payments to transferee should be sent: Address on file

| Debtor | Case No. | Creditor Name | Claim Amount | Claim Percentage Transferred |
|--------|----------|---------------|--------------|------------------------------|
| West Realm Shires Services Inc. | 22-11071 | Unique Customer Code: 07525260 | As described on Schedule F, Dkt. No. 1753, Page 476 (excerpt attached as Exhibit A) | 100% |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Jeremy Allaire_                                    Date: _November 30, 2023_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

DocuSign Envelope ID: 7DE38D1B-35E6-4B30-B622-F5EB5AB4C48B

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
               District of Delaware
               Attn: Clerk

████████████████ (with Unique Customer Code 07525260) ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

## CIRCLE US HOLDINGS, LLC
## 99 High Street, Suite 1701
## Boston, MA 02110

its successors and assigns ("Transferee"), 100% of all right, title and interest in and to the claims of Transferor against the Debtor, scheduled with its Unique Customer Code 07525260 (collectively the "Claim"), as described in Exhibit A appended hereto, in the United States Bankruptcy Court for the District of Delaware.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Transferee.

[Signature Page Follows]

#97581834v3

DocuSign Envelope ID: 7DE38D1B-35E6-4B30-B622-F5EB5AB4C48B

IN WITNESS WHEREOF, Transferor and Transferee have executed this Evidence of Transfer of Claim as of November 30, 2023.

By:

By:

By

**CIRCLE US HOLDINGS, LLC**

By: _Jeremy Allaire_

Name:   Jeremy Allaire

Title:    President

#97581834v3

DocuSign Envelope ID: 7DE38D1B-35E6-4B30-B622-F5EB5AB4C48B

**Identity of Transferor**

Transferee has in its possession an unredacted Notice of Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In Order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the unredacted Notice of Transfer of Claim Other Than For Security and executed Evidence of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the executed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

#97581834v3