**Exhibit B**

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 10/3/2023 | Sam Saferstein (Terminated) | Late night / weekend transportation | 33.72 | Taxi home, working late in office |
| 10/4/2023 | Alina Negulescu | Late night / weekend transportation | 50.15 | Taxi home, working late in office |
| 10/5/2023 | Kendyl Flinn | Late night / weekend transportation | 22.19 | Taxi home, working late in office |
| 10/5/2023 | Matt Rahmani | Late night / weekend transportation | 91.16 | Taxi home, working late in office |
| 10/6/2023 | Kendyl Flinn | Late night / weekend transportation | 24.45 | Taxi home, working late in office |
| 10/16/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 10/18/2023 | Legal Fees | Misc. expenses (supplies, wifi, etc.) | 14,943.00 | For professional services rendered and related expenses incurred through September 2023 |
| 10/23/2023 | Kevin Cofsky | Travel / Client meals | 95.31 | Meal while traveling |
| 10/23/2023 | Kevin Cofsky | Travel to meetings / out of town | 98.25 | Train ticket to Wilmginston DE for FTX hearings |
| 10/24/2023 | Kevin Cofsky | Travel / Client meals | 25.63 | Meal while traveling |
| 10/24/2023 | Kevin Cofsky | Travel / Client meals | 12.65 | Meal while traveling |
| 10/25/2023 | Kevin Cofsky | Travel to meetings / out of town | 454.13 | Hotel for FTX hearings |
| 10/25/2023 | Kevin Cofsky | Misc. expenses (supplies, wifi, etc.) | 45.00 | Parking for FTX hearings |
| 10/27/2023 | Kevin Cofsky | Misc. expenses (supplies, wifi, etc.) | 8.00 | In flight wifi |
| 10/31/2023 | Legal Fees | Misc. expenses (supplies, wifi, etc.) | 71,917.25 | For period ended October 31, 2023 |
| **Total** | | | **$87,840.89** | |