**<u>Exhibit C</u>**

**Porter Hedges LLP Time and Expense Records**

**(September 1, 2023 to September 30, 2023)**

| Name of Applicant | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $14,943.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | Pending | Pending |
| 12/06/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | Pending | Pending |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,874.00 | $0 | Pending | Pending |

## SUMMARY OF BILLING BY PROFESSIONAL
## SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | 2.7 | $2,551.50 |
| M. Shane Johnson | Partner | 2012 | 2012 | $765.00 | .2 | $153.00 |
| **Partner Total** | | | | | **2.9** | **$2,704.50** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 19.9 | $12,238.50 |
| **Associate Total** | | | | | **19.9** | **$12,238.50** |
| **GRAND TOTAL** | | | | | **22.8** | **$14,943.00** |

**Blended Hourly Rate:  $655.39**

**STATEMENT OF FEES BY PROJECT CATEGORY[1]**
**SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP RETENTION & COMPENSATION | 22.8 | $14,943.00 |
| **TOTAL** | **22.8** | **$14,943.00** |

---

[1]   The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 1 |
| Inv# | 555130 |
| Date | 10/18/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---|
| Professional Services | $14,943.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $14,943.00 |
| **TOTAL AMOUNT DUE** | **$14,943.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 2 |
| Inv# | 555130 |
| Date | 10/18/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through September 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/05/23 | MNY | Begin preparing June fee statement (2.5); begin preparing July fee statement (1.0); email client regarding questions for fee statements (.3); update | 3.80 | 2,337.00 |
| 09/05/23 | JFH | Email M. Young-John and K. Flinn regarding May fee statement. | 0.20 | 189.00 |
| 09/06/23 | MNY | Email K. Flinn regarding LedgerX fee questions (.1); continue preparing July fee statement (.6); research and email K. Flinn regarding requirements for expense reimbursement (.2); review Mayer Brown invoices and email J. Higgins and S. Johnson regarding same (.3). | 1.20 | 738.00 |
| 09/06/23 | JFH | Email M. Young-John and S. Johnson regarding PWP fees and order. | 0.30 | 283.50 |
| 09/06/23 | MSJ | E-mail M. Young-John regarding PWP invoices. | 0.20 | 153.00 |
| 09/08/23 | MNY | Emails with K. Flynn regarding fee statement questions (.2); prepare for and meet with M. Rahmani regarding invoice questions (.5); emails with S&C regarding fee calculation follow up (.2); review summary and order approving second interim fee applications from S&C and circulate to client group (.3). | 1.20 | 738.00 |
| 09/08/23 | JFH | Email N. Jenner, A. Kranzley and M. Young-John regarding fee application, order and certificate of conference. | 0.30 | 283.50 |
| 09/10/23 | MNY | Email client regarding updated expense exhibits for June and July statements (.1); email S&C regarding second interim fee app approval order (.1). | 0.20 | 123.00 |
| 09/10/23 | JFH | Email N. Jenner, K. Brown and M. Young-John regarding second interim fee order and chart. | 0.30 | 283.50 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 3 |
| Inv# | 555130 |
| Date | 10/18/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

---

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/11/23 | MNY | Update and circulate May monthly fee statement and exhibits to client for approval (1.3); compile and submit May fee statement to Debtors' counsel for filing (.5); update and circulate June monthly fee statement and exhibits to client for review (2.0); circulate same to S&C for comments (.1); update and circulate July fee statement and exhibits to client group for review (1.2). | 5.10 | 3,136.50 |
| 09/11/23 | JFH | Email PWP and M. Young-John regarding July fee statement. | 0.20 | 189.00 |
| 09/12/23 | MNY | Email Mayer Brown regarding invoices and July fee application for PWP (.3); confirm filing of May monthly fee statement (.2); review comments from Mayer Brown and incorporate updates to July fee application (.8); update June fee application with updates from client (.4); circulate June fee statement to S&C with update (.2); compile and circulate July fee statement to client with updates (.4); circulate same to S&C for review (.1). | 2.40 | 1,476.00 |
| 09/12/23 | JFH | Email B. Hirschberg, M. Young-John, A. Paul, M. Pierce and J. Kapoor regarding PWP July fee statement and Mayer Brown invoices. | 0.50 | 472.50 |
| 09/13/23 | MNY | Call with S&C regarding questions for June fee statement (.2); review order and engagement agreement and email client regarding same (.6); incorporate updates from S&C and client into June and July fee statements (1.0); compile circulate June fee statement to S&C for filing (.5); compile and circulate July fee statement to client for review and approval (.8). | 3.10 | 1,906.50 |
| 09/13/23 | JFH | Email K. Flinn and M. Young-John regarding transaction value and unfunded capital (.3); email J. Kapoor regarding June Fee statement (.1). | 0.40 | 378.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Page | 4 |
| Inv# | 555130 |
| Date | 10/18/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

TAX ID# 74-2174193

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/14/23 | MNY | Compile and email S&C regarding July monthly fee statement for filing (.4); email client regarding approval of second interim fee app (.1); prepare and circulate third interim fee application to client for review (.8); circulate same to S&C (.2); emails with client regarding updates to third interim fee app and update accordingly (.5); compile and circulate same for signature (.5); circulate same to S&C for filing (.2). | 2.70 | 1,660.50 |
| 09/14/23 | JFH | Email regarding July fee statement and third interim fee application. | 0.50 | 472.50 |
| 09/15/23 | MNY | Confirm filing of PWP third interim fee statement. | 0.20 | 123.00 |
| **Total Services** | | | **22.80** | **$14,943.00** |

**Timekeeper Summary**

| | Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|------|---------------------------|-------|-------|------|--------|
| JFH | John F. Higgins | Partner | 2.70 | 945.00 | 2,551.50 |
| MSJ | M. Shane Johnson | Partner | 0.20 | 765.00 | 153.00 |
| MNY | Megan N. Young-John | Associate | 19.90 | 615.00 | 12,238.50 |

| | | |
|---|---|---|
| Total Disbursements | | $0.00 |

| | | |
|---|---|---|
| **Invoice Total** | | **$14,943.00** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

| | |
|---|---|
| Inv# | 555130 |
| Date | 10/18/23 |
| | 017741-0001 |
| | JOHN F. HIGGINS |

PERELLA WEINBERG PARTNERS \ TPH&CO.
ATTN: JENNIE MILLER
1111 BAGBY STREET, SUITE 4900
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

## REMITTANCE PAGE

**Invoice Total**                                           **$14,943.00**

## Payment Options

**By online ACH:**   www.porterhedges.com/payments

**By mail:**

Dept. 510
P.O. Box 4346
Houston, Texas 77210-4346

**By wire:**

**Financial**      Amegy Bank of Texas
1801 Main Street
Houston, TX 77002

**Federal Bank Routing for Wires/ACH/EFT:**  RT/ABA# 113011258

**Swift Address for International Wires:**  ZFNBUS55

**PORTER HEDGES LLP Operating Account:**  5791152449

**Reference:**  017741-0001