IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Lead Case)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF EMERGENT DEBTOR'S**
**WITNESS AND EXHIBIT LIST FOR DECEMBER 12, 2023 HEARING**

Emergent Fidelity Technologies Ltd, as debtor and debtor-in-possession (the "Emergent Debtor"), hereby discloses that the Emergent Debtor may call and/or introduce the following witness and exhibits at the December 12, 2023 hearing (the "Hearing") in connection with the *Emergent Debtor's Motion for Entry of an Order Approving Postpetition Financing and Granting Related Relief* [D.I. 3024] (the "DIP Motion") and the *Emergent Debtor's Motion for an Order Authorizing Antiguan Professionals to be Retained and Compensated Under the Supervision of the Antiguan Court* [D.I. 4098] (together with the DIP Motion, the "Motions"):

**INFORMATION ON WITNESS**

1. Name and title of witness: Angela Barkhouse, Joint Liquidator of the Emergent Debtor by appointment of the Eastern Caribbean Supreme Court, High Court of Justice, Antigua and Barbuda (the "Antiguan Court").

2. Scope of testimony: Ms. Barkhouse will be available to testify in support of the Motions at the Hearing.

3. Testimony of witness: Ms. Barkhouse will provide direct and/or rebuttal testimony concerning the Motions if necessary.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. <u>Location and place from which the witness will testify</u>: Ms. Barkhouse will be available to testify in person.

## EXHIBITS

In connection with the Hearing on the Motions, the Emergent Debtor may introduce one or more of the following exhibits:

| Exhibit No. | Description | Docket No. |
|---|---|---|
| A | Declaration of Angela Barkhouse in Support of DIP Motion, dated October 6, 2023 | 3024-2, Case No. 22-11068 |
| A-1 | Order by the Antiguan Court Converting Provisional Liquidation of the Emergent Debtor into Full Liquidation, entered on July 14, 2023 | 3024-2, Case No. 22-11068 |
| A-2 | Summary of Samuel Bankman-Fried's Activity in the Antiguan Litigation | 3024-2, Case No. 22-11068 |
| A-3 | Transcript of the Antiguan Court's Decision, dated December 28, 2022 | 3024-2, Case No. 22-11068 |
| B | Order by the Antiguan Court Placing the Emergent Debtor into Provisional Liquidation, entered on December 5, 2022 | 4098-3, Case No. 22-11068 |
| C | Declaration of Angela Barkhouse in Support of the Emergent Debtor's Chapter 11 Petition, dated February 3, 2023 | 3, Case No. 23-10149 |

## RESERVATION OF RIGHTS

The Emergent Debtor reserves all rights to: (i) amend and supplement this exhibit and witness list at any time at or prior to the Hearing; (ii) use additional exhibits for purposes of rebuttal or impeachment and to supplement the foregoing exhibit list as appropriate; (iii) rely upon and use as evidence (a) any exhibits included on the exhibit lists of any other party in interest and (b) any pleading, hearing transcript, order, or other document filed with the Court; (iv) cross examine any

and all witnesses proffered at the Hearing; and (v) call any rebuttal witnesses as the Emergent Debtor may deem necessary at the Hearing.

| | |
|---|---|
| Dated: December 10, 2023<br>Wilmington, DE | **MORGAN, LEWIS & BOCKIUS LLP**<br><br>/s/ *Jody C. Barillare*<br>Jody C. Barillare (Bar No. 5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>Email: jody.barillare@morganlewis.com<br><br>- and -<br><br>John C. Goodchild, III (admitted *pro hac vice*)<br>Matthew C. Ziegler (admitted *pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Email: john.goodchild@morganlewis.com<br>Email: matthew.ziegler@morganlewis.com<br><br>- and -<br><br>Craig A. Wolfe (admitted *pro hac vice*)<br>Joshua Dorchak (admitted *pro hac vice*)<br>David K. Shim (admitted *pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6000<br>Email: craig.wolfe@morganlewis.com<br>Email: joshua.dorchak@morganlewis.com<br>Email: david.shim@morganlewis.com<br><br>*Counsel for Emergent Fidelity Technologies Ltd as Debtor and Debtor-in-Possession* |