# SCHEDULE 1

**Non-Customer Amended and Superseded Claims**

## Amended Claims
### Schedule 1 Non-Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | Brady Jr., Thomas Edward Patrick<br>ADDRESS ON FILE | 02/16/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 899 | Undetermined* | Brady Jr., Thomas Edward Patrick<br>ADDRESS ON FILE | 06/27/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 2688 | Undetermined* |
| 2 | Brady Jr., Thomas Edward Patrick<br>ADDRESS ON FILE | 02/16/23 | 22-11110 (JTD)<br>Blockfolio, Inc. | 909 | Undetermined* | Brady Jr., Thomas Edward Patrick<br>ADDRESS ON FILE | 06/27/23 | 22-11110 (JTD)<br>Blockfolio, Inc. | 2890 | Undetermined* |
| 3 | Calico Capital Limited (Formerly TigerWit Limited)<br>Tim Hughes<br>7th Floor Augustine House<br>6a Austin Friars<br>London, EC2N 2HA | 02/23/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1019 | Undetermined* | Calico Capital Limited (Formerly TigerWit Limited)<br>100 Bishopsgate<br>London, EC2N 4AG | 06/29/23 | 22-11075 (JTD)<br>FTX Europe AG | 3763 | $842,546.55 |
| 4 | Calico Capital Limited (Formerly TigerWit Limited)<br>100 Bishopsgate<br>London, Surrey, EC2N 4AG | 06/29/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 4254 | $842,546.55 | Calico Capital Limited (Formerly TigerWit Limited)<br>100 Bishopsgate<br>London, EC2N 4AG | 06/29/23 | 22-11075 (JTD)<br>FTX Europe AG | 3763 | $842,546.55 |
| 5 | Chen, Yiling<br>ADDRESS ON FILE | 01/23/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 593 | $2,051,514.12 | Chen, Yiling<br>ADDRESS ON FILE | 05/25/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 2188 | Undetermined* |
| 6 | CM-Equity AG<br>Kaufingerstrasse 20<br>Munich, 80331 | 06/29/23 | 22-11075 (JTD)<br>FTX Europe AG | 4341 | $65,000,000.00 | CM-Equity AG<br>Kaufinger Str. 20<br>Munich, 80331 | 06/30/23 | 22-11075 (JTD)<br>FTX Europe AG | 4283 | $65,000,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Amended Claims
### Schedule 1 Non-Customer

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | Illinois Department of Employment Security<br>William H. Heslup, Bankruptcy Unit Supervisor<br>33 S. State Street<br>10th FL<br>Chicago, IL 60603 | 06/29/23 | 22-11177 (JTD)<br>LedgerPrime Bitcoin Yield Enhancement Fund, LLC | 4139 | $919.75* | Illinois Department of Employment Security<br>33 S. State Street<br>10th FL<br>Chicago, IL 60603 | 08/24/23 | 22-11155 (JTD)<br>LedgerPrime Bitcoin Yield Enhancement Master Fund LP | 5957 | $358.25* |
| 8 | Lee, Wendy<br>ADDRESS ON FILE | 06/27/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 3256 | $5,733,974.62* | Lee, Wendy<br>ADDRESS ON FILE | 06/29/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 3930 | $5,733,974.62 |
| 9 | Lee, Wendy<br>ADDRESS ON FILE | 06/26/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 3272 | $5,733,974.62 | Lee, Wendy<br>ADDRESS ON FILE | 06/29/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 3930 | $5,733,974.62 |
| 10 | Lötscher, Marcel<br>Address on File | 06/29/23 | 22-11075 (JTD)<br>FTX Europe AG | 4057 | $1,400,862.00 | Lötscher, Marcel<br>ADDRESS ON FILE | 06/29/23 | 22-11075 (JTD)<br>FTX Europe AG | 4241 | $1,400,862.00 |
| 11 | Move Labs Inc.<br>4629 Willman Way<br>Lexington, KY 40509 | 06/29/23 | 22-11172 (JTD)<br>FTX Ventures Ltd. | 4336 | $850,000.00 | Move Labs Inc.<br>4629 Willman Way<br>Lexington, KY 40509 | 09/28/23 | 22-11172 (JTD)<br>FTX Ventures Ltd. | 72770 | $850,000.00 |
| 12 | Neil Patel Digital, LLC<br>Squire Patton Boggs (US) LLP<br>c/o Gabriel Colwell<br>555 South Flower Street<br>31st Floor<br>Los Angeles, CA 90071 | 06/27/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 3428 | $6,000,000.00* | Neil Patel Digital, LLC<br>Squire Patton Boggs c/o Gabriel Colwell<br>555 South Flower Street,<br>31st Floor<br>Los Angeles, CA 90071 | 09/13/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 72713 | $6,000,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

2

## Amended Claims
### Schedule 1 Non-Customer

|    | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|----|---|---|---|---|---|---|---|---|---|---|
|    | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 04/13/23 | 22-11073 (JTD) Ledger Holdings Inc. | 1621 | $2,000.00* | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 04/27/23 | 22-11073 (JTD) Ledger Holdings Inc. | 1772 | $2,012,563.38* |
| 14 | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 01/13/23 | 22-11073 (JTD) Ledger Holdings Inc. | 564 | $1,000.00* | New York State Department of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300 | 04/27/23 | 22-11073 (JTD) Ledger Holdings Inc. | 1772 | $2,012,563.38* |
| 15 | Nodle Limited c/o Sam J. Alberts, Dentons US LLP 1900 K Street, NW Washington, DC 20006 | 06/29/23 | 22-11067 (JTD) Alameda Research Ltd | 3370 | $424,800.00 | Nodle Limited Care of Sam J. Alberts, Dentons US LLP 1900 K Street, NW Washington, DC 20006 | 06/29/23 | 22-11067 (JTD) Alameda Research Ltd | 3394 | $424,800.00 |
| 16 | Sologenic Development Foundation Limited Mohammadreza Bashash 381-Nakhlat Jumeirah, Premise381105911 Dubai, | 12/21/22 | 22-11067 (JTD) Alameda Research Ltd | 187 | Undetermined* | Manticore Securities AS 522 - 999 Canada Place Vancouver, BC V6C3T4 | 06/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 3515 | Undetermined* |
| 17 | Tennessee Department of Revenue TDOR c/o Attorney General PO Box 20207 Nashville, TN 37202-0207 | 12/15/22 | 22-11071 (JTD) West Realm Shires Services Inc. | 126 | $647.68 | Tennessee Department of Revenue c/o Attorney General PO Box 20207 Nashville, TN 37202-0207 | 04/13/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 1633 | $1,494.42 |

*Indicates claim contains unliquidated and/or undetermined amounts

3

.
Amended Claims
Schedule 1 Non-Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | Two Sigma Ventures III c/o Two Sigma Ventures, LP<br>Attn: Jeremy Rossman<br>100 Avenue of the Americas<br>16th Floor<br>New York, NY 10013 | 06/30/23 | 22-11112 (JTD)<br>Cottonwood Grove Ltd | 4471 | $499,999.98 | Two Sigma Ventures III c/o Two Sigma Ventures, LP<br>Attn: Jeremy Rossman<br>100 Avenue of the Americas<br>16th Floor<br>New York, NY 10013 | 06/30/23 | 22-11112 (JTD)<br>Cottonwood Grove Ltd | 5045 | $499,999.98 |
| 19 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | 01/18/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 545 | $455.32* | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | 04/12/23 | 22-11068 (JTD)<br>FTX Trading Ltd. | 1597 | $238.64* |

*Indicates claim contains unliquidated and/or undetermined amounts

4