# SCHEDULE 1

**Customer Amended and Superseded Claims**

Amended Claims
Schedule 1
Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 365 | $72,000.00 | NAME ON FILE ADDRESS ON FILE | 05/24/23 | 22-11068 (JTD) FTX Trading Ltd. | 2122 | $72,067.88 |
| 2 | NAME ON FILE ADDRESS ON FILE | 01/20/23 | 22-11068 (JTD) FTX Trading Ltd. | 465 | $1,987.13 | NAME ON FILE ADDRESS ON FILE | 06/23/23 | 22-11166 (JTD) FTX EU Ltd. | 2570 | $1,987.13 |
| 3 | NAME ON FILE ADDRESS ON FILE | 01/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 319 | $100,000.00 | NAME ON FILE ADDRESS ON FILE | 06/12/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 2399 | $100,000.00 |
| 4 | NAME ON FILE ADDRESS ON FILE | 12/21/22 | 22-11068 (JTD) FTX Trading Ltd. | 238 | $756,994.06 | NAME ON FILE ADDRESS ON FILE | 04/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 1650 | $750,484.23 |
| 5 | NAME ON FILE ADDRESS ON FILE | 03/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 1243 | $120,902.38 | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1870 | $120,902.38 |
| 6 | NAME ON FILE ADDRESS ON FILE | 02/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 698 | $680,615.23 | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1876 | $683,609.00 |
| 7 | NAME ON FILE ADDRESS ON FILE | 02/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 702 | $1,237,278.48 | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1875 | $1,290,882.81 |
| 8 | NAME ON FILE ADDRESS ON FILE | 02/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 703 | $2,964,271.73 | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1868 | $2,964,271.73 |

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | NAME ON FILE ADDRESS ON FILE | 02/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 800 | $1,270,734.56 | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1875 | $1,290,882.81 |
| 10 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3260 | $3,498,579.04 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 3762 | $6,905,934.13 |
| 11 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4872 | $103.92 | NAME ON FILE ADDRESS ON FILE | 07/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 5603 | $185.83 |
| 12 | NAME ON FILE ADDRESS ON FILE | 06/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 2957 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/16/23 | 22-11068 (JTD) FTX Trading Ltd. | 2786 | Undetermined* |
| 13 | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11149 (JTD) FTX US Trading, Inc. | 397 | $41,728.80 | NAME ON FILE ADDRESS ON FILE | 05/22/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 1943 | $41,728.80 |
| 14 | NAME ON FILE ADDRESS ON FILE | 06/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 2762 | $6,152.92 | NAME ON FILE ADDRESS ON FILE | 06/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 2769 | $6,152.92* |
| 15 | NAME ON FILE ADDRESS ON FILE | 12/05/22 | 22-11068 (JTD) FTX Trading Ltd. | 50 | $469,667.37 | NAME ON FILE ADDRESS ON FILE | 05/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 1855 | $469,667.37 |
| 16 | NAME ON FILE ADDRESS ON FILE | 03/20/23 | 22-11068 (JTD) FTX Trading Ltd. | 1316 | $7,000.00 | NAME ON FILE ADDRESS ON FILE | 05/31/23 | 22-11068 (JTD) FTX Trading Ltd. | 2000 | $9,254.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | NAME ON FILE ADDRESS ON FILE | 03/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 1092 | $83,334.00* | NAME ON FILE ADDRESS ON FILE | 06/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 3598 | Undetermined* |
| 18 | NAME ON FILE ADDRESS ON FILE | 05/16/23 | 22-11068 (JTD) FTX Trading Ltd. | 1925 | $56,496.58 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 5163 | $56,496.59 |
| 19 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3630 | $765,255.00 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3708 | $765,272.00 |
| 20 | NAME ON FILE ADDRESS ON FILE | 05/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 1954 | $4,090,000.00* | NAME ON FILE ADDRESS ON FILE | 07/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 5730 | $4,090,000.00* |
| 21 | NAME ON FILE ADDRESS ON FILE | 12/16/22 | 22-11068 (JTD) FTX Trading Ltd. | 143 | $9,580.00 | NAME ON FILE ADDRESS ON FILE | 06/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 2489 | $9,580.00 |
| 22 | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 4296 | $80,000.00 | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 4386 | Undetermined* |
| 23 | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 4372 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 4386 | Undetermined* |
| 24 | NAME ON FILE ADDRESS ON FILE | 03/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 1066 | $257,987.14 | NAME ON FILE ADDRESS ON FILE | 05/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 2218 | $257,987.14* |

*Indicates claim contains unliquidated and/or undetermined amounts

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | NAME ON FILE ADDRESS ON FILE | 03/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 1358 | $90,000.00 | NAME ON FILE ADDRESS ON FILE | 05/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 2139 | Undetermined* |
| 26 | NAME ON FILE ADDRESS ON FILE | 11/16/22 | 22-11068 (JTD) FTX Trading Ltd. | 1 | $11,690,000.00 | NAME ON FILE ADDRESS ON FILE | 11/16/22 | 22-11068 (JTD) FTX Trading Ltd. | 2 | $11,690,000.00 |
| 27 | NAME ON FILE ADDRESS ON FILE<br><br>Transferred to: Treschow-Fritzoe AS as Transferee of Name on File ADDRESS ON FILE | 03/31/23 | 22-11068 (JTD) FTX Trading Ltd. | 1448 | $1,578,027.45* | NAME ON FILE ADDRESS ON FILE<br><br>Transferred to: Treschow-Fritzoe AS as Transferee of Name on File ADDRESS ON FILE | 04/07/23 | 22-11068 (JTD) FTX Trading Ltd. | 1543 | $1,578,272.30 |
| 28 | NAME ON FILE ADDRESS ON FILE | 04/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 1629 | $13,152.00 | NAME ON FILE ADDRESS ON FILE | 05/24/23 | 22-11068 (JTD) FTX Trading Ltd. | 2100 | $13,152.00 |
| 29 | NAME ON FILE ADDRESS ON FILE | 06/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 2492 | $3,500.00 | NAME ON FILE ADDRESS ON FILE | 07/10/23 | 22-11068 (JTD) FTX Trading Ltd. | 5631 | $3,500.00 |
| 30 | NAME ON FILE ADDRESS ON FILE | 01/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 351 | $826.76 | NAME ON FILE ADDRESS ON FILE | 05/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 2250 | $869.44 |

*Indicates claim contains unliquidated and/or undetermined amounts

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 388 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 02/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1031 | $4,347.60 |
| 32 | NAME ON FILE ADDRESS ON FILE | 01/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 433 | $14,054.00 | NAME ON FILE ADDRESS ON FILE | 06/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 2297 | $14,054.00 |
| 33 | NAME ON FILE ADDRESS ON FILE | 12/05/22 | 22-11068 (JTD) FTX Trading Ltd. | 45 | $2,239,180.19 | NAME ON FILE ADDRESS ON FILE | 05/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 1858 | $2,239,180.19 |
| 34 | NAME ON FILE ADDRESS ON FILE | 05/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 1906 | $95,000.00* | NAME ON FILE ADDRESS ON FILE | 07/07/23 | 22-11166 (JTD) FTX EU Ltd. | 5647 | Undetermined* |
| 35 | NAME ON FILE ADDRESS ON FILE | 05/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 1973 | $88,375.10 | NAME ON FILE ADDRESS ON FILE | 07/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 5727 | $88,375.10 |
| 36 | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 3604 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4878 | $340.00* |
| 37 | NAME ON FILE ADDRESS ON FILE | 02/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 918 | $204,002.97 | NAME ON FILE ADDRESS ON FILE | 06/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 2069 | Undetermined* |
| 38 | NAME ON FILE ADDRESS ON FILE | 04/24/23 | 22-11068 (JTD) FTX Trading Ltd. | 1708 | $599.89 | NAME ON FILE ADDRESS ON FILE | 06/01/23 | 22-11165 (JTD) FTX Crypto Services Ltd. | 2487 | $25,874.90 |

*Indicates claim contains unliquidated and/or undetermined amounts

5

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 39 | NAME ON FILE ADDRESS ON FILE | 06/18/23 | 22-11068 (JTD) FTX Trading Ltd. | 3019 | $229,293.56 | NAME ON FILE ADDRESS ON FILE | 06/22/23 | 22-11075 (JTD) FTX Europe AG | 3110 | $229,293.56 |
| 40 | NAME ON FILE ADDRESS ON FILE | 03/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 1293 | $3,500.00 | NAME ON FILE ADDRESS ON FILE | 05/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 2154 | $3,500.00 |
| 41 | NAME ON FILE ADDRESS ON FILE | 06/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 3265 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 5090 | $0.00 |
| 42 | NAME ON FILE ADDRESS ON FILE | 01/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 670 | $30,061.72* | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 3694 | $30,061.72 |
| 43 | NAME ON FILE ADDRESS ON FILE | 11/13/22 | 22-11076 (JTD) FTX Property Holdings Ltd | 15 | $30,000.00 | NAME ON FILE ADDRESS ON FILE | 11/14/22 | 22-11076 (JTD) FTX Property Holdings Ltd | 41 | $30,000.00 |
| 44 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 4015 | $460.33 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4808 | $460.33 |
| 45 | NAME ON FILE ADDRESS ON FILE | 07/03/23 | 22-11067 (JTD) Alameda Research Ltd | 5531 | $1,369,500.00 | NAME ON FILE ADDRESS ON FILE | 08/11/23 | 22-11067 (JTD) Alameda Research Ltd | 5774 | $1,522,400.00 |
| 46 | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 352 | $245,703.44 | NAME ON FILE ADDRESS ON FILE | 05/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 2138 | $245,703.44 |

*Indicates claim contains unliquidated and/or undetermined amounts

6

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | NAME ON FILE ADDRESS ON FILE | 04/18/23 | 22-11068 (JTD) FTX Trading Ltd. | 1651 | $15,366.33 | NAME ON FILE ADDRESS ON FILE | 07/04/23 | 22-11068 (JTD) FTX Trading Ltd. | 5545 | $15,366.33 |
| 48 | NAME ON FILE ADDRESS ON FILE | 01/18/23 | 22-11068 (JTD) FTX Trading Ltd. | 547 | $6,048.78 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 4205 | $6,048.78 |
| 49 | NAME ON FILE ADDRESS ON FILE | 05/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 1913 | $7,236.74 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4564 | $7,683.89 |
| 50 | NAME ON FILE ADDRESS ON FILE | 12/30/22 | 22-11068 (JTD) FTX Trading Ltd. | 294 | $110,000.00* | NAME ON FILE ADDRESS ON FILE | 05/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 1871 | $90,657.59 |
| 51 | NAME ON FILE ADDRESS ON FILE | 12/15/22 | 22-11068 (JTD) FTX Trading Ltd. | 134 | $100,000.00 | NAME ON FILE ADDRESS ON FILE | 06/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 2169 | Undetermined* |
| 52 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4817 | $3,834,245.67 | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4479 | $3,834,245.67 |
| 53 | NAME ON FILE ADDRESS ON FILE | 01/31/23 | 22-11068 (JTD) FTX Trading Ltd. | 688 | $20,437.78 | NAME ON FILE ADDRESS ON FILE | 04/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1769 | $21,807.87 |
| 54 | NAME ON FILE ADDRESS ON FILE | 06/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 3451 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 4882 | $32,443.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

Amended Claims
Schedule 1
Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 55 | NAME ON FILE ADDRESS ON FILE | 03/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 1067 | $14,129.00 | NAME ON FILE ADDRESS ON FILE | 04/07/23 | 22-11068 (JTD) FTX Trading Ltd. | 1541 | $14,129.00 |
| 56 | NAME ON FILE ADDRESS ON FILE | 12/27/22 | 22-11068 (JTD) FTX Trading Ltd. | 253 | $2,520.84 | NAME ON FILE ADDRESS ON FILE | 06/20/23 | 22-11068 (JTD) FTX Trading Ltd. | 2178 | $2,520.84 |
| 57 | NAME ON FILE ADDRESS ON FILE | 01/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 559 | $29,075.73 | NAME ON FILE ADDRESS ON FILE | 05/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 2222 | $29,075.73 |
| 58 | NAME ON FILE ADDRESS ON FILE | 12/12/22 | 22-11068 (JTD) FTX Trading Ltd. | 88 | $29,075.73 | NAME ON FILE ADDRESS ON FILE | 05/26/23 | 22-11068 (JTD) FTX Trading Ltd. | 2222 | $29,075.73 |
| 59 | NAME ON FILE ADDRESS ON FILE<br><br>Transferred to: Arceau 507 II LLC as Transferee of Name on File ADDRESS ON FILE | 03/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 1096 | $15,000,000.00* | NAME ON FILE ADDRESS ON FILE | 06/13/23 | 22-11068 (JTD) FTX Trading Ltd. | 2049 | $13,551,973.51 |
| 60 | NAME ON FILE ADDRESS ON FILE | 05/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 1975 | $362,000.00 | NAME ON FILE ADDRESS ON FILE | 07/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 5728 | $362,000.00* |

*Indicates claim contains unliquidated and/or undetermined amounts

Amended Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 61 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3033 | $162,400.00 | NAME ON FILE ADDRESS ON FILE | 06/29/23 | 22-11068 (JTD) FTX Trading Ltd. | 3919 | $259,223.00 |
| 62 | NAME ON FILE ADDRESS ON FILE | 01/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 368 | $4,501.00 | NAME ON FILE ADDRESS ON FILE | 01/24/23 | 22-11068 (JTD) FTX Trading Ltd. | 653 | $4,501.00 |
| 63 | NAME ON FILE ADDRESS ON FILE | 01/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 318 | $56,625.00 | NAME ON FILE ADDRESS ON FILE | 01/24/23 | 22-11068 (JTD) FTX Trading Ltd. | 578 | $56,625.00 |
| 64 | NAME ON FILE ADDRESS ON FILE | 02/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 718 | $401,845.91 | NAME ON FILE ADDRESS ON FILE | 02/13/23 | 22-11068 (JTD) FTX Trading Ltd. | 854 | $401,845.91 |
| 65 | NAME ON FILE ADDRESS ON FILE | 01/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 522 | $3,940.00 | NAME ON FILE ADDRESS ON FILE | 06/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 2358 | $5,000.00 |
| 66 | NAME ON FILE ADDRESS ON FILE | 03/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 1272 | $2,289.57* | NAME ON FILE ADDRESS ON FILE | 06/18/23 | 22-11068 (JTD) FTX Trading Ltd. | 3014 | Undetermined* |
| 67 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3750 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3501 | Undetermined* |
| 68 | NAME ON FILE ADDRESS ON FILE | 01/31/23 | 22-11068 (JTD) FTX Trading Ltd. | 714 | $79,394.70 | NAME ON FILE ADDRESS ON FILE | 05/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 1828 | $86,030.35 |

*Indicates claim contains unliquidated and/or undetermined amounts

9

Amended Claims
Schedule 1
Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 69 | NAME ON FILE ADDRESS ON FILE | 05/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 2235 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 07/11/23 | 22-11068 (JTD) FTX Trading Ltd. | 5640 | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

10