# SCHEDULE 1

**Non-Customer Duplicate Claims**

## Duplicate Claims
## Schedule 1 Non-Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | 6529 Capital GP LLC c/o Ballard Spahr LLP Attn: Matthew G. Summers 919 N. Market Street, 11th Floor Wilmington, DE 19801 | 06/30/23 | 22-11070 (JTD) Clifton Bay Investments LLC | 5059 | Undetermined* | 6529 Capital GP LLC c/o Ballard Spahr LLP Attn: Matthew G. Summers 919 N. Market Street, 11th Floor Wilmington, DE 19801 | 06/30/23 | 22-11070 (JTD) Clifton Bay Investments LLC | 5056 | Undetermined* |
| 2 | ABG-Shaq, LLC Legal Department Bridgette Fitzpatrick 1411 Broadway New York, NY 10018 | 06/30/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 4975 | Undetermined* | ABG-Shaq, LLC Bridgette Fitzpatrick Attn: Legal Department 1411 Broadway New York, NY 10018 | 06/29/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 3670 | Undetermined* |
| 3 | Avalanche (BVI), Inc. Michael G. Burke, Esq. Sidley Austin LLP 787 Seventh Avenue New York, NY 10019 | 06/28/23 | 22-11067 (JTD) Alameda Research Ltd | 5202 | Undetermined* | Avalanche (BVI), Inc. c/o Michael G. Burke, Esq. Sidley Austin LLP 787 Seventh Avenue New York, NY 10019 | 06/29/23 | 22-11067 (JTD) Alameda Research Ltd | 3354 | Undetermined* |
| 4 | Baudoin, Kiara ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD) West Realm Shires Inc. | 4046 | $50,000.00 | Baudoin, Kiara ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD) West Realm Shires Inc. | 3793 | $50,000.00 |
| 5 | Baudoin, Kiara ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD) West Realm Shires Inc. | 5485 | $50,000.00 | Baudoin, Kiara ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD) West Realm Shires Inc. | 3793 | $50,000.00 |
| 6 | Boerner, Lindsey ADDRESS ON FILE | 06/28/23 | 22-11183 (JTD) West Realm Shires Inc. | 3003 | $175,000.00 | Boerner, Lindsey ADDRESS ON FILE | 06/20/23 | 22-11183 (JTD) West Realm Shires Inc. | 3073 | $175,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Duplicate Claims
### Schedule 1 Non-Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | Boryenace, Adam<br>ADDRESS ON FILE | 06/28/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 2947 | $250,000.00 | Boryenace, Adam<br>ADDRESS ON FILE | 06/20/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3057 | $250,000.00 |
| 8 | Brickell Owner LLC<br>c/o Michael Held,<br>Jackson Walker, L.L.P<br>2323 Ross Avenue<br>Suite 600<br>Dallas, TX 75201 | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 4264 | $179,148.05 | Brickell Owner LLC<br>c/o Phil Marchese,<br>Managing Director,<br>Parkway<br>800 N. Magnolia Avenue,<br>Suite 1625<br>Orlando, FL 32803 | 06/19/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3068 | $179,148.05 |
| 9 | Johnson, Brent<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 5237 | $150,000.00 | Johnson, Brent<br>ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3220 | $150,000.00 |
| 10 | Lawler, Tana<br>ADDRESS ON FILE | 06/28/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3000 | $150,000.00 | Lawler, Tana<br>ADDRESS ON FILE | 06/20/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3076 | $150,000.00 |
| 11 | Lyon, Matthew<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 5304 | $300,000.00 | Lyon, Matthew<br>ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3176 | $300,000.00 |
| 12 | Melamed, Seth<br>ADDRESS ON FILE | 06/30/23 | 22-11074 (JTD)<br>FTX Japan Holdings K.K. | 3322 | $200,000.00 | Melamed, Seth<br>ADDRESS ON FILE | 06/30/23 | 22-11074 (JTD)<br>FTX Japan Holdings K.K. | 3244 | $200,000.00 |
| 13 | Melamed, Seth<br>ADDRESS ON FILE | 06/30/23 | 22-11074 (JTD)<br>FTX Japan Holdings K.K. | 3536 | $200,000.00 | Melamed, Seth<br>ADDRESS ON FILE | 06/30/23 | 22-11074 (JTD)<br>FTX Japan Holdings K.K. | 3244 | $200,000.00 |
| 14 | Millar, Tim<br>ADDRESS ON FILE | 06/28/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 2974 | $100,000.00 | Millar, Tim<br>ADDRESS ON FILE | 06/20/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3046 | $100,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Duplicate Claims
Schedule 1 Non-Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | O'Neal, Shaquille<br>ADDRESS ON FILE | 06/30/23 | 22-11071 (JTD)<br>West Realm Shires Services Inc. | 5114 | Undetermined* | O'Neal, Shaquille<br>ADDRESS ON FILE | 06/29/23 | 22-11071 (JTD)<br>West Realm Shires Services Inc. | 2953 | Undetermined* |
| 16 | Oroboros FTX I, LLC<br>4 lakeside drive<br>Chobham lakes<br>Woking, Surrey, GU24 8BD | 06/15/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 2949 | $280,250.00 | Oroboros FTX I, LLC<br>4 Lakeside Drive<br>Chobham Lakes<br>Woking, Surrey, GU24 8BD | 06/15/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 2936 | $280,250.00 |
| 17 | Ripple Labs Singapore Pte. Ltd.<br>18 Robinson Road, #22-01<br>Singapore, 048547 | 06/28/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 3728 | $11,403,976.90* | Ripple Labs Singapore Pte. Ltd<br>18 Robinson Road, #22-01<br>Singapore, 048547 | 06/29/23 | 22-11067 (JTD)<br>Alameda Research Ltd | 4143 | $11,403,976.90* |
| 18 | Shindledecker, Craig<br>ADDRESS ON FILE | 06/28/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 2908 | $250,000.00 | Schindledecker, Craig<br>ADDRESS ON FILE | 06/20/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3065 | $250,000.00 |
| 19 | Slate, Joshua<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 5458 | $700,000.00 | Slate, Joshua<br>ADDRESS ON FILE | 06/29/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3147 | $700,000.00 |
| 20 | Wever, Dena<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 5205 | $175,000.00 | Wever, Dena<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3153 | $175,000.00 |
| 21 | Young, Christopher<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 5508 | $200,000.00 | Young, Christopher<br>ADDRESS ON FILE | 06/30/23 | 22-11183 (JTD)<br>West Realm Shires Inc. | 3125 | $200,000.00 |

*Indicates claim contains unliquidated and/or undetermined amounts