# SCHEDULE 1

**Customer Duplicate Claims**

Duplicate Claims
Schedule 1
Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | NAME ON FILE ADDRESS ON FILE | 06/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 2355 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 3868 | Undetermined* |
| 2 | NAME ON FILE ADDRESS ON FILE | 07/13/23 | 22-11068 (JTD) FTX Trading Ltd. | 5698 | $11,228,700.00 | NAME ON FILE ADDRESS ON FILE | 06/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 2873 | $11,228,700.00 |
| 3 | NAME ON FILE ADDRESS ON FILE | 03/22/23 | 22-11068 (JTD) FTX Trading Ltd. | 1395 | $173,856.30 | NAME ON FILE ADDRESS ON FILE | 03/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 1246 | $173,856.30 |
| 4 | NAME ON FILE ADDRESS ON FILE | 12/22/22 | 22-11068 (JTD) FTX Trading Ltd. | 211 | $4,295.25 | NAME ON FILE ADDRESS ON FILE | 12/22/22 | 22-11068 (JTD) FTX Trading Ltd. | 207 | $4,295.25 |
| 5 | NAME ON FILE ADDRESS ON FILE | 02/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1041 | $64,802.00 | NAME ON FILE ADDRESS ON FILE | 02/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1034 | $64,802.00 |
| 6 | NAME ON FILE ADDRESS ON FILE | 06/23/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 2145 | $8,000.00 | NAME ON FILE ADDRESS ON FILE | 06/22/23 | 22-11071 (JTD) West Realm Shires Services Inc. | 2142 | $8,000.00 |
| 7 | NAME ON FILE ADDRESS ON FILE | 06/05/23 | 22-11068 (JTD) FTX Trading Ltd. | 2012 | $45,483.80 | NAME ON FILE ADDRESS ON FILE | 06/01/23 | 22-11068 (JTD) FTX Trading Ltd. | 2006 | $45,483.80 |
| 8 | NAME ON FILE ADDRESS ON FILE | 01/18/23 | 22-11068 (JTD) FTX Trading Ltd. | 423 | $20,843.82* | NAME ON FILE ADDRESS ON FILE | 12/20/22 | 22-11068 (JTD) FTX Trading Ltd. | 171 | $20,843.82* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Duplicate Claims
## Schedule 1
## Customer

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | NAME ON FILE ADDRESS ON FILE | 03/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 1269 | $282,705.18 | NAME ON FILE ADDRESS ON FILE | 03/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 1254 | $282,705.18 |
| 10 | NAME ON FILE ADDRESS ON FILE | 11/16/22 | 22-11068 (JTD) FTX Trading Ltd. | 5 | $11,690,000.00 | NAME ON FILE ADDRESS ON FILE | 11/16/22 | 22-11068 (JTD) FTX Trading Ltd. | 2 | $11,690,000.00 |
| 11 | NAME ON FILE ADDRESS ON FILE | 01/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 589 | $20,217.13 | NAME ON FILE ADDRESS ON FILE | 01/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 588 | $20,217.13 |
| 12 | NAME ON FILE ADDRESS ON FILE | 12/20/22 | 22-11149 (JTD) FTX US Trading, Inc. | 225 | $960.96 | NAME ON FILE ADDRESS ON FILE | 12/20/22 | 22-11149 (JTD) FTX US Trading, Inc. | 168 | $960.96 |
| 13 | NAME ON FILE ADDRESS ON FILE | 06/12/23 | 22-11068 (JTD) FTX Trading Ltd. | 2039 | $33,813.80 | NAME ON FILE ADDRESS ON FILE | 06/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 2023 | $33,813.80 |
| 14 | NAME ON FILE ADDRESS ON FILE | 04/12/23 | 22-11068 (JTD) FTX Trading Ltd. | 1634 | $14,400.00 | NAME ON FILE ADDRESS ON FILE | 04/11/23 | 22-11068 (JTD) FTX Trading Ltd. | 1580 | $14,400.00 |
| 15 | NAME ON FILE ADDRESS ON FILE | 05/30/23 | 22-11068 (JTD) FTX Trading Ltd. | 1990 | $4,217,720.42 | NAME ON FILE ADDRESS ON FILE | 05/08/23 | 22-11068 (JTD) FTX Trading Ltd. | 1851 | $8,435,440.84 |
| 16 | NAME ON FILE ADDRESS ON FILE | 03/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 1083 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 02/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 1048 | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Duplicate Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | NAME ON FILE ADDRESS ON FILE | 02/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 970 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 02/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 969 | Undetermined* |
| 18 | NAME ON FILE ADDRESS ON FILE | 02/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1036 | $11,414.92 | NAME ON FILE ADDRESS ON FILE | 02/02/23 | 22-11068 (JTD) FTX Trading Ltd. | 708 | $11,414.92 |
| 19 | NAME ON FILE ADDRESS ON FILE | 01/11/23 | 22-11068 (JTD) FTX Trading Ltd. | 461 | $115,281.00 | NAME ON FILE ADDRESS ON FILE | 01/10/23 | 22-11068 (JTD) FTX Trading Ltd. | 380 | $115,281.00 |
| 20 | NAME ON FILE ADDRESS ON FILE | 03/20/23 | 22-11068 (JTD) FTX Trading Ltd. | 1381 | $147.45 | NAME ON FILE ADDRESS ON FILE | 03/20/23 | 22-11068 (JTD) FTX Trading Ltd. | 1296 | $147.45 |
| 21 | NAME ON FILE ADDRESS ON FILE | 02/28/23 | 22-11068 (JTD) FTX Trading Ltd. | 1076 | $4,227.70 | NAME ON FILE ADDRESS ON FILE | 02/27/23 | 22-11068 (JTD) FTX Trading Ltd. | 1043 | $4,227.70 |
| 22 | NAME ON FILE ADDRESS ON FILE | 06/07/23 | 22-11068 (JTD) FTX Trading Ltd. | 2027 | $4,000.00 | NAME ON FILE ADDRESS ON FILE | 12/05/22 | 22-11068 (JTD) FTX Trading Ltd. | 51 | $8,000.00 |
| 23 | NAME ON FILE ADDRESS ON FILE | 06/10/23 | 22-11068 (JTD) FTX Trading Ltd. | 2812 | $1,199.68 | NAME ON FILE ADDRESS ON FILE | 06/03/23 | 22-11068 (JTD) FTX Trading Ltd. | 2542 | $1,199.68 |
| 24 | NAME ON FILE ADDRESS ON FILE | 03/17/23 | 22-11068 (JTD) FTX Trading Ltd. | 1279 | $1,379,961.90 | NAME ON FILE ADDRESS ON FILE | 03/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 1238 | $1,379,961.90 |

*Indicates claim contains unliquidated and/or undetermined amounts

Duplicate Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 25 | NAME ON FILE ADDRESS ON FILE | 03/14/23 | 22-11068 (JTD) FTX Trading Ltd. | 1249 | $32,226.03 | NAME ON FILE ADDRESS ON FILE<br><br>Transferred to: Azure Tide Holdings PTE Ltd. as Transferee of Name on file ADDRESS ON FILE | 03/13/23 | 22-11068 (JTD) FTX Trading Ltd. | 1199 | $32,226.03 |
| 26 | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 361 | $11,900.00* | NAME ON FILE ADDRESS ON FILE | 01/06/23 | 22-11068 (JTD) FTX Trading Ltd. | 353 | $11,900.00* |
| 27 | NAME ON FILE ADDRESS ON FILE | 06/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 2591 | $5,000.00* | NAME ON FILE ADDRESS ON FILE | 05/16/23 | 22-11068 (JTD) FTX Trading Ltd. | 1924 | $5,000.00 |
| 28 | NAME ON FILE ADDRESS ON FILE | 01/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 681 | $548,451.23 | NAME ON FILE ADDRESS ON FILE | 01/25/23 | 22-11068 (JTD) FTX Trading Ltd. | 677 | $548,451.23 |
| 29 | NAME ON FILE ADDRESS ON FILE | 01/23/23 | 22-11068 (JTD) FTX Trading Ltd. | 561 | $25,424.23 | NAME ON FILE ADDRESS ON FILE | 12/20/22 | 22-11068 (JTD) FTX Trading Ltd. | 172 | $25,424.23 |
| 30 | NAME ON FILE ADDRESS ON FILE | 07/10/23 | 22-11166 (JTD) FTX EU Ltd. | 5655 | $575.75 | NAME ON FILE ADDRESS ON FILE | 06/28/23 | 22-11166 (JTD) FTX EU Ltd. | 3969 | $1,151.50 |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Duplicate Claims
Schedule 1
Customer

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 | NAME ON FILE ADDRESS ON FILE | 04/10/23 | 22-11068 (JTD) FTX Trading Ltd. | 1578 | $67,256.99 | NAME ON FILE ADDRESS ON FILE | 06/22/23 | 22-11068 (JTD) FTX Trading Ltd. | 3109 | $67,256.99 |
| 32 | NAME ON FILE ADDRESS ON FILE | 05/15/23 | 22-11068 (JTD) FTX Trading Ltd. | 1905 | Undetermined* | NAME ON FILE ADDRESS ON FILE | 06/09/23 | 22-11068 (JTD) FTX Trading Ltd. | 2264 | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts

5