## SCHEDULE 1

**No Liability Claims**

4869-4920-7946 v.3

.
No Liability
Schedule 1

| | CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | Canoy, Dario<br>ADDRESS ON FILE | 06/16/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 2090 | $110,000,000.00 |
| | Reason: The Claimant did not provide sufficient documentation to allow the Debtors to ascertain the asserted Claim. The Claim is purportedly on account of "IP theft, personal injury." The Claimant only included a note regarding a Michigan state court case number. Upon a review of the referenced case, the Debtors have not been able to identify an active case (the previously referenced complaint has been dismissed). Following a robust review of the Debtors' books and records, the Debtors have not identified any obligation or liability owing to the Claimant. | | | | | |
| 2 | Canoy, Dario<br>ADDRESS ON FILE | 01/20/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 511 | $101,000,000.00* |
| | Reason: The Claimant did not provide sufficient documentation to allow the Debtors to ascertain the asserted Claim. The Claim is purportedly on account of "IPO theft, and raised capital; loans." The Claimant only attached a screenshot of a terminated case and screenshots regarding purchasing and selling NFTs. Upon a review of the referenced case, the Debtors have not been able to identify an active case (the previously referenced complaint has been dismissed). Following a robust review of the Debtors' books and records, the Debtors have not identified any obligation or liability owing to the Claimant. | | | | | |
| 3 | Scott, George Shamond<br>ADDRESS ON FILE | 05/29/2023 | 22-11068 (JTD) | FTX Trading Ltd. | 2320 | $100,000,000.00 |
| | Reason: The Claimant did not provide any documentation in support of the claim. The basis for claim is indicated only as "theft." Utilizing the information provided within the claim form and following a robust review of its books and records, the Debtors have not identified any obligation owing to the claimant. | | | | | |
| | | | | | TOTAL | $311,000,000.00* |

*Indicates claim contains unliquidated and/or undetermined amounts

1