IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD., MACLAURIN INVESTMENTS LTD., f/k/a ALAMEDA VENTURES LTD., and WEST REALM SHIRES SERVICES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> LAYERZERO LABS LTD., ARI LITAN, and SKIP & GOOSE LLC, <br><br> Defendants. | Adv. Pro. No. 23-50492 JTD |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 13, 2023, AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T.
DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
<u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY VIEW
THE HEARING VIA ZOOM BY REGISTERING IN ADVANCE AT THE LINK BELOW
BY DECEMBER 13, 2023 AT 11:00 A.M. (ET)**

**Non-participants, please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-iurj8qE-kVQt0iePIQ5Ti-i1n75cQ

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073650.}

> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> Topic:  FTX Trading Ltd., *et al*. - Case No. 22-11068 (JTD)
> When:  December 13, 2023 at 1:00 p.m. (ET)
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**ADJOURNED MATTERS:**

1. Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

   Status: This matter is adjourned to the hearing scheduled for January 25, 2024 at 10:00 a.m. (ET).

2. Motion of Island Air Capital and Paul F. Aranha for Relief from the Automatic Stay, to the Extent Applicable, and Related Relief [D.I. 2664, filed on September 21, 2023]

   Status: This matter is adjourned to the hearing scheduled for January 25, 2024 at 10:00 a.m. (ET).

3. Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination [D.I. 3329, filed on October 20, 2023]

   Status: This matter is adjourned to the hearing scheduled for January 25, 2024 at 10:00 a.m. (ET).

4. Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

   Status: This matter is adjourned to the hearing scheduled for January 25, 2024 at 10:00 a.m. (ET).

5. Motion to File Proof of Claim After Claims Bar Date [D.I. 4032, filed on November 17, 2023]

   Status: This matter is adjourned to the hearing scheduled for January 25, 2024 at 10:00 a.m. (ET).

**RESOLVED MATTERS:**

6. Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd. et al. v. LayerZero Labs Ltd. et al.*, Adv. No. 23-50492 (JTD) – Adv. D.I. 3, filed on September 14, 2023]

    Status: On October 23, 2023, the Court entered a Case Management Plan and Scheduling Order. Accordingly, a hearing on this matter is no longer required.

7. Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Enter into Stipulation with Effective Ventures Foundation USA, Inc., (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 3745, filed on November 13, 2023]

    Status: On December 4, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

8. Debtors' First (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Non-Customer Claims) [D.I. 3748 & 3753, filed on November 13, 2023]

    Status: On December 11, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

9. Debtors' Second (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Customer Claims) [D.I. 3749 & 3754, filed on November 13, 2023]

    Status: On December 11, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

10. Debtors' Third (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Non-Customer Claims) [D.I. 3750 & 3755, filed on November 13, 2023]

    Status: On December 11, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

11. Debtors' Fourth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [D.I. 3751 & 3756, filed on November 13, 2023]

    Status: On December 11, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

12. Debtors' Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [D.I. 3752 & 3757, filed on November 13, 2023]

    Status: On December 11, 2023, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

13. Motion by Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Limit Service of Motions to Dismiss Bankruptcy Cases of (A) FTX Trading Ltd. and (B) Maclaurin Investments, Ltd. [D.I. 4055, filed on November 20, 2023]

    Status: The parties have resolved this matter and intend to file a revised form of order under certification of counsel prior to the hearing.

**MATTERS GOING FORWARD:**

14. Motion of Debtors for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the United States Department of the Treasury – Internal Revenue Service [D.I. 4204, filed on November 29, 2023]

    Response Deadline: December 6, 2023 at 4:00 p.m. (ET);

    Responses Received:

    A. United States' Objection to Debtors' Motion for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the Internal Revenue Service [D.I. 4509, filed on December 6, 2023]

    Related Documents:

    A. Declaration of Edgar W. Mosley II in Support of Motion of Debtors for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the United States Department of the Treasury – Internal Revenue Service [D.I. 4205, filed on November 29, 2023]

    B. The Official Committee of Unsecured Creditors' Statement in Support of the Debtors' Motion for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the Internal Revenue Service [D.I. 4554, filed on December 7, 2023]

    C. Reply in Further Support of Debtors' Motion for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the United States Department of Treasury – Internal Revenue Service [D.I. 4588, filed on December 10, 2023]

    D. Declaration of Thomas M. Shea in Connection with Debtors' Motion for Entry of an Order Establishing a Schedule and Procedures for Estimating Claims Filed by the United States Department of the Treasury – Internal Revenue Service [D.I. 4589, filed on December 10, 2023]

    Status: This matter is going forward.

**INTERIM FEE APPLICATIONS:**

15. Interim Fee Applications. *See* **Exhibit A** attached hereto.

    Response Deadline: October 5, 2023 at 4:00 p.m. (ET)

    Status: The Debtors have submitted an omnibus order with respect to the Interim Fee Applications [D.I. 2518, 2519, 2520, 2521, 2523, 2524, 2529, 2530, and 2531] under certification of counsel. Accordingly, a hearing regarding these matters is not required unless the Court has questions.

|  |  |
|---|---|
| Dated: December 11, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |