**Exhibit A**

**Index of Pleadings – Interim Fee Applications**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[2] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**INDEX OF PLEADINGS – INTERIM FEE APPLICATIONS**

1. First Consolidated Monthly and First Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 through April 30, 2023 [D.I. 2518, filed on September 15, 2023]

   Related Documents:

   A. Certificate of No Objection Regarding First and Second Consolidated Monthly and Interim Applications of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 through April 30, 2023 and from May 1, 2023 through July 31, 2023 [D.I. 3018, filed on October 6, 2023]

2. Third Interim Fee Application of Perella Weinberg Partners LP [D.I. 2519, filed on September 15, 2023]

   Related Documents:

   A. Seventh Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 2494, filed on September 12, 2023]

   B. Eighth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

       Period from June 1, 2023 through and including June 30, 2023 [D.I. 2514, filed on September 14, 2023]

   C.   Ninth Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2515, filed on September 14, 2023]

   D.   Certificate of No Objection [D.I. 3046, filed on October 10, 2023]

   E.   Certificate of No Objection [D.I. 3047, filed on October 10, 2023]

   F.   Certificate of No Objection [D.I. 3048, filed on October 10, 2023]

3.   Third Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through July 31, 2023 [D.I. 2520, filed on September 15, 2023]

   Related Documents:

   A.   Sixth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 [D.I. 1820, filed on June 30, 2023]

   B.   Certificate of No Objection [D.I. 1893, filed on July 21, 2023]

   C.   Seventh Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through June 30, 2023 [D.I. 2099, filed on July 31, 2023]

   D.   Certificate of No Objection [D.I. 2242, filed on August 24, 2023]

   E.   Eighth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through July 31, 2023 [D.I. 2274, filed on August 30, 2023]

   F.   Certificate of No Objection [D.I. 2653, filed on September 20, 2023]

4. Second Consolidated Monthly and Second Interim Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2023 through July 31, 2023 [D.I. 2521, filed on September 15, 2023]

   Related Documents:

   A. Certificate of No Objection Regarding First and Second Consolidated Monthly and Interim Applications of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 17, 2023 through April 30, 2023 and from May 1, 2023 through July 31, 2023 [D.I. 3018, filed on October 6, 2023]

5. Third Interim Fee Application of Sullivan & Cromwell LLP [D.I. 2523, filed on September 15, 2023]

   Related Documents:

   A. Seventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1822, filed on June 30, 2023]

   B. Certificate of No Objection [D.I. 1892, filed on July 21, 2023]

   C. Eighth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2101, filed July 31, 2023]

   D. Certificate of No Objection [D.I. 2230, filed August 22, 2023]

   E. Ninth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2271, filed on August 30, 2023]

   F. Certificate of No Objection [D.I. 2650, filed on September 20, 2023]

6. Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 2524, filed on September 15, 2023]

   Related Documents:

- A. Sixth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [D.I. 1899, filed on July 24, 2023]

- B. Certificate of No Objection [D.I. 2178, filed on August 15, 2023]

- C. Seventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023 through June 30, 2023 [D.I. 2255, filed on August 28, 2023]

- D. Eighth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through July 31, 2023 [D.I. 2499, filed on September 13, 2023]

- E. Supplement to Third Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 2526, filed on September 15, 2023]

- F. Certificate of No Objection [D.I. 2644, filed on September 19, 2023]

- G. Certificate of No Objection [D.I. 2991, filed on October 4, 2023]

7. Third Interim Fee Request of Paul Hastings LLP [D.I. 2524, filed on September 15, 2023]

   Related Documents:

   - A. Sixth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [D.I. 1898, filed on July 24, 2023]

   - B. Certificate of No Objection [D.I. 2177, filed on August 15, 2023]

   - C. Seventh Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2023 through June 30, 2023 [D.I. 2254, filed on August 28, 2023]

   - D. Eighth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2023 through July 31, 2023 [D.I. 2498, filed on September 13, 2023]

- E. Supplement to the Third Interim Fee Application of Paul Hastings [D.I. 2525, filed on September 15, 2023]

- F. Certificate of No Objection [D.I. 2643, filed on September 19, 2023]

- G. Certificate of No Objection [D.I. 2990, filed on October 4, 2023]

8. Third Interim Fee Request of FTI Consulting, Inc. [D.I. 2524, filed on September 15, 2023]

    Related Documents:

    - A. Sixth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2023 through May 31, 2023 [D.I. 1904, filed on July 25, 2023]

    - B. Certificate of No Objection [D.I. 2179, filed on August 15, 2023]

    - C. Seventh Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period June 1, 2023 through June 30, 2023 [D.I. 2257, filed on August 28, 2023]

    - D. Eighth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2023 to July 31, 2023 [D.I. 2492, filed on September 12, 2023]

    - E. Supplement to the Third Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 1, 2023 through July 31, 2023 [D.I. 2527, filed on September 15, 2023]

    - F. Certificate of No Objection [D.I. 2645, filed on September 19, 2023]

    - G. Certificate of No Objection [D.I. 2989, filed on October 4, 2023]

9. Third Interim Fee Request of Jefferies LLC [D.I. 2524, filed on September 15, 2023]

    Related Documents:

    - A. Sixth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from May 1, 2023 to and including May 31, 2023 [D.I. 2467, filed on September 11, 2023]

- B. Seventh Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from June 1, 2023 to and including June 30, 2023 [D.I. 2469, filed on September 11, 2023]

- C. Eighth Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 to and including July 31, 2023 [D.I. 2470, filed on September 11, 2023]

- D. Supplement to the Third Interim Fee Request of Jefferies LLC [D.I. 2528, filed on September 15, 2023]

- E. Certificate of No Objection [D.I. 3004, filed on October 5, 2023]

- F. Certificate of No Objection [D.I. 3005, filed on October 5, 2023]

- G. Certificate of No Objection [D.I. 3006, filed on October 5, 2023]

10. Third Interim Fee Application of Landis Rath & Cobb LLP [D.I. 2529, filed on September 15, 2023]

    Related Documents:

    - A. Sixth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1821, filed on June 30, 2023]

    - B. Certificate of No Objection [D.I. 1894, filed on July 21, 2023]

    - C. Seventh Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2105, filed on August 1, 2023]

    - D. Certificate of No Objection [D.I. 2231, filed on August 22, 2023]

    - E. Eighth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2275, filed on August 30, 2023]

Case 22-11068-JTD    Doc 4601-1    Filed 12/11/23    Page 8 of 9

      F.      Certificate of No Objection [D.I. 2652, filed on September 20, 2023]

11. Third Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 2530, filed on September 15, 2023]

    Related Documents:

    A.      Seventh Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1819, filed on June 30, 2023]

    B.      Certificate of No Objection [D.I. 1891, filed on July 21, 2023]

    C.      Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2098, filed on July 31, 2023]

    D.      Certificate of No Objection [D.I. 2229, filed August 22, 2023]

    E.      Ninth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2272, filed on August 30, 2023]

    F.      Certificate of No Objection [D.I. 2651, filed on September 20, 2023]

12. Third Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 2531, filed on September 15, 2023]

    Related Documents:

    A.      Sixth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through and including May 31, 2023 [D.I. 1827, filed July 3, 2023]

    B.      Certificate of No Objection [D.I. 1920, filed on July 26, 2023]

    C.      Seventh Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for

    Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through and including June 30, 2023 [D.I. 2102, filed on July 31, 2023]

  D. Certificate of No Objection [D.I. 2234, filed on August 23, 2023]

  E. Eighth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2023 through and including July 31, 2023 [D.I. 2445, filed on September 6, 2023]

  F. Certificate of No Objection [D.I. 2732, filed on September 28, 2023]

13. Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on December 13, 2023 [D.I. 4492, filed on December 5, 2023]

8

{1368.002-W0073650.}