# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 4055** |

## CERTIFICATION OF COUNSEL REGARDING MOTION BY PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG TO LIMIT SERVICE OF MOTIONS TO DISMISS BANKRUPTCY CASES OF (A) FTX TRADING LTD. AND (B) MACLAURIN INVESTMENTS LTD.

The undersigned counsel hereby certifies that:

1. On November 20, 2023, Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG (collectively, "**LI Parties**"), filed the *Motion by Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Limit Service of Motions to Dismiss Bankruptcy Cases of (A) FTX Trading Ltd. and (B) Maclaurin Investments, Ltd.* ("**Motion**") [Docket No. 4055].

2. Pursuant to the notice of hearing on the Motion, objections to the relief sought in the Motion were due on or before December 6, 2023, at 4:00 p.m. (ET).

3. On December 6, 2023, the Debtors filed *Debtors' Limited Objection to the Motion by Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Limit Service of Motions to Dismiss Bankruptcy Cases of (A) FTX Trading Ltd. and (B) Maclaurin Investments Ltd.* ("**Limited Objection**") [Docket No. 4512].

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4. Attached hereto as **Exhibit A** is a <u>revised</u> proposed order ("**Revised Order**") that resolves the Limited Objection. The Debtors have no objection to entry of the Revised Order.

5. A redlined copy of the Revised Order is attached hereto as **Exhibit B**, showing changes made from the version of the order filed with the Motion.

6. The Debtors do no object to the entry of the Revised Order.

7. Accordingly, the LI Parties respectfully request entry of the Revised Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Signature Page Follows*]

Dated: December 11, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) <br> Peter J. Keane (DE Bar No. 5503) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, Delaware 19801 <br> Telephone:    (302) 652-4100 <br> Facsimile:    (302) 652-4400 <br> Email:    ljones@pszjlaw.com <br>              pkeane@pszjlaw.com | THE DALEY LAW FIRM LLC <br> Darrell Daley (admitted *pro hac vice*) <br> Samantha Neal (admitted *pro hac vice*) <br> 4845 Pearl East Circle, Suite 101 <br> Boulder, Colorado 80301 <br> Telephone: (303) 479-3500 <br> Email: Darrell@daleylawyers.com <br>           Samantha@daleylawyers.com <br><br> - and - <br><br> MORRISON COHEN LLP <br> Joseph T. Moldovan (admitted *pro hac vice*) <br> Heath D. Rosenblat (admitted *pro hac vice*) <br> Jason P. Gottlieb (admitted *pro hac vice*) <br> Michael Mix (admitted *pro hac vice*) <br> 909 Third Avenue, 27th Floor <br> New York, New York 10022 <br> Telephone: (212) 735-8600 <br> Facsimile: (212) 735-8708 <br> Email: jmoldovan@morrisoncohen.com <br>           hrosenblat@morrisoncohen.com <br>           jgottlieb@morrisoncohen.com <br>           mmix@morrisoncohen.com <br><br> *Counsel to Lorem Ipsum UG, Patrick Gruhn, and Robin Matzke* |

DE:4856-9376-2198.1 53169.001

#12623145v2\031263\0002