# **EXHIBIT 1**

{1368.002-W0073573.2}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Sullivan & Cromwell LLP** *Counsel to the Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2523 Filed 9/15/23 | $32,315,409.10 | $585,000.00 | $60,438.89 | $0.00[1] | $31,730,409.10 | $0.00 |
| **Landis Rath & Cobb LLP** *Co-Counsel to the Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2529 Filed 9/15/23 | $1,127,921.50 | $36,071.25 | $28,805.13 | $0.00 | $1,091,850.25 | $28,805.13 |
| **Perella Weinberg Partners LP**[2] *Investment Banker to the Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2519 Filed 9/15/23 | $5,431,946.71 | N/A | $290,432.43 | N/A | $5,431,946.71 | $290,432.43 |
| **Alvarez & Marsal North America LLC** *Financial Advisors to the Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2530 Filed 9/15/23 | $35,253,037.00 | $350,000.00 | $1,536,701.51 | $20,000.00 | $34,903,037.00 | $1,516,701.51 |
| **AlixPartners, LLP** *Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2520 Filed 9/15/23 | $14,373,266.25 | $380,669.79 | $213,331.79 | $53,022.36 | $13,992,596.46 | $160,309.43 |
| **Quinn Emanuel Urquhart & Sullivan, LLP** *Special Counsel to the Debtors and Debtors-In-Possession* | 5/1/23 – 7/31/23 D.I. 2531 Filed 9/15/23 | $9,964,020.82 | $125,000.00 | $22,688.90 | $1,209.37 | $9,839,020.82 | $21,479.53 |

[1] Pursuant to the *Fee Examiner's Summary Report on Fee Review Process and Third Interim Fee Applications Scheduled for Uncontested Hearing on December 13, 2023* [D.I. 4492], the Fee Examiner has agreed to defer consideration of Sullivan & Cromwell's third interim expenses subject to the production of additional supporting documentation.

[2] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Perella Weinberg Partners LP's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0073176.4}

FTX TRADING LTD., *ET AL.*
Case No. 22-11068 (JTD)
Summary Chart of Interim Fee Applications

| Professional & Role in Case | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| **Paul Hastings LLP** *Lead Counsel for the Official Committee of Unsecured Creditors* | 5/1/23 – 7/31/23 D.I. 2524, 2525 Filed 9/15/23 | $9,072,604.00 | $60,606.96 | $228,674.42 | $151.59 | $9,011,997.04 | $228,522.83 |
| **Young Conaway Stargatt & Taylor, LLP** *Co-Counsel for the Official Committee of Unsecured Creditors* | 5/1/23 – 7/31/23 D.I. 2524, 2526 Filed 9/15/23 | $391,477.00 | $11,376.30 | $4,933.85 | $123.70 | $380,100.70 | $4,810.15 |
| **FTI Consulting, Inc.** *Financial Advisor to the Official Committee of Unsecured Creditors* | 5/1/23 – 7/31/23 D.I. 2524, 2527 Filed 9/15/23 | $7,204,581.00 | $170,777.99 | $295,682.39 | $192.10 | $7,033,803.01 | $295,490.29 |
| **Jefferies LLC[3]** *Investment Banker for the Official Committee of Unsecured Creditors* | 5/1/23 – 7/31/23 D.I. 2524, 2528 Filed 9/15/23 | $675,000.00 | N/A | $10,785.85 | N/A | $675,000.00 | $10,785.85 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 2/17/23 – 4/30/23 D.I. 2518 Filed 9/15/23 | $455,708.00 | N/A | $5,842.90 | N/A | $455,708.00 | $5,842.90 |
| **Katherine Stadler and Godfrey & Kahn, S.C.** *Fee Examiner and Counsel* | 5/1/23 – 7/31/23 D.I. 2521 Filed 9/15/23 | $622,486.75 | N/A | $7,460.21 | N/A | $622,486.75 | $7,460.21 |

---

[3] Pursuant to paragraph 3(iv) of the Fee Examiner Order, flat-fee professionals are not subject to Fee Examiner review and, as such, Jefferies LLC's fees and expenses were not subject to review by the Fee Examiner.

{1368.002-W0073176.4}