# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 12/12/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Linda Richenderfer | UST | UST |
| Jon Lipshie | UST | UST |
| Jared Kochenash | YCST | FTX Committee |
| Benjamin Hackman | | U.S. Trustee |
| Adam Landis | Landis Rath & Cobb | FTX Debtors |
| Joe Mintz | ~~Freeman~~ Blank Rome | Fulcrum |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068  **CASE NAME:** FTX Trading Ltd.  **DATE:** 12/12/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jody Barillare | Morgan Lewis | Emergent |
| John Goodchild | " | " |
| Matthew Ziegler | " | " |

FTX Trading Ltd.
22-11068 JTD 12/12/23
Motion Hearing

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers | Morris, Nichols, Arsht & Tunnell LLP |
| Jonathan | Weyand | Ad Hoc Committee of Non-US Customers | Morris, Nichols, Arsht & Tunnell LLP |
| Erin | Broderick | Ad Hoc Committee of Non-US Customers | Eversheds Sutherland |
| Jonathan | Randles | Bloomberg News | |
| Grenville | Day | Cantor | Cantor |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Graham | Fisher | Emergent (not participating) | Morgan, Lewis and Bockius LLP |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| Tizzie | Jarvis | Emergent Fidelity Technologies Ltd | Quantuma Ltd |
| Joshua | Dorchak | Emergent Fidelity Technologies Ltd. | Morgan, Lewis & Bockius LLP |
| Scott | Cousins | Evolve Bank & Trust, N.A. | |
| Alexa | Kranzley | FTX Trading et al. | Sullivan & Cromwell LLP |
| Brian | Glueckstein | FTX Trading Ltd. | Sullivan & Cromwell LLP |
| Rick | Antonoff | Fulcrum Distressed Partners Limited | Blank Rome LLP |
| Meghana | Vunnamadala | Joint Liquidators of 3AC | Latham & Watkins LLP |
| Brendan | Schlauch | Joint Official Liquidators | Richards, Layton & Finger, P.A. |
| Ryan | Beil | JOLs of FTX Digital Markets | White & Case LLP |
| Alexander | Steiger | JOLs of FTX Digital Markets Ltd. | Richards, Layton & Finger, P.A. |
| Hilary | Russ | Law360 | |
| Mat | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Gilad, Erez | Gilad, Erez | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Jack | Iaffaldano | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Ken | Pasquale | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Cathy | Ta | Reorg | |
| Peter | Sprofera | Self | |
| Judge | Dorsey | U.S. Bankruptcy Judge | |
| Stanton | McManus | United States | |
| Rick | Anigian | Wind Down Debtors of BlockFi, Inc., et al. | Haynes and Boone LLP |