# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 4055** |

### ORDER GRANTING MOTION BY PATRICK GRUHN, ROBIN MATZKE, AND LOREM IPSUM UG TO LIMIT SERVICE OF MOTIONS TO DISMISS BANKRUPTCY CASES OF (A) FTX TRADING LTD. AND (B) MACLAURIN INVESTMENTS LTD.

Upon consideration of the motion [D.I. 4055] ("**Motion**")[2] of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG (collectively, "**LI Parties**") for entry of an order providing that notice of: (a) the *Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of Maclaurin Investments Ltd.* [D.I. 3399] and (b) the *Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of FTX Trading Ltd.* [D.I. 3400] (jointly, "**LI Parties' MSTD**") (i) may be limited and served in full on the court-approved shortened Rule 2002 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") established in the above-captioned jointly-administered chapter 11 cases and (ii) serving notice only of the LI Parties' MSTD, substantially in the form annexed as **Exhibit 1** to this Order ("**Notice of MSTD**"), on all creditors, all as more fully set forth in the Motion and this Order; and it

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the LI Parties' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and no other notice need be provided; and this Court having reviewed the Motion and the *Debtors' Limited Objection to Motion by Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Limit Service of Motions to Dismiss Bankruptcy Cases of (A) FTX Trading Ltd. and (B) Maclaurin Investments Ltd.*, dated December 6, 2023 [D.I. 4512] ("**Limited Objection**"), as well as the Certificate of Counsel, dated December 11, 2023, that was filed related to the Motion and setting forth therein that the Limited Objection was consensually resolved by the LI Parties and the Debtors; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Notice of MSTD annexed as **Exhibit 1** hereto is approved.

3. The Court finds and holds that it was appropriate under the circumstances, to: (a) serve the LI Parties' MSTD in full by first-class mail upon: (i) the U.S. Trustee; (ii) counsel to the Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Department of Justice; (vi) the United States Attorney for the District of

Delaware; and (vii) those parties requesting notice pursuant to Bankruptcy Rule 2002, and (b) serve the MSTD and only notice of the MSTD, substantially in the form of the Notice of MSTD, as set forth in paragraph 4 of this Order.

4. The Debtors will direct, at the agreed cost of no more than $31,200 to be paid by the LI Parties, its court-approved claims and noticing agent (*i.e.*, Kroll) to: (a) properly serve the Notice of MSTD on all parties-in-interest entitled to receive hard-copy service under the Bankruptcy Rules by first-class mail or other appropriate means of transmission; (b) properly serve the MSTD in full by e-mail service with a link to the MSTD on those parties-in-interest entitled to and agreeing to be served electronically; and (c) file a certificate of service once completed that (a) and (b) has been done and the MSTD and Notice of MSTD were served in compliance with the Bankruptcy Rules and this Order.

5. The foregoing service is hereby approved as set forth in this Order.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 12th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE