# **EXHIBIT A**

## **Fees**

30972797.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | November 13, 2023 |
| 200 Park Avenue | Invoice Number: | 50046899 |
| New York, NY 10166 | Matter Number: | 102750.1001 |

Re: FTX
   Billing Period through October 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 116,056.00 |
| Disbursements | $ | 1,120.98 |
| Total Due This Invoice | $ | 117,176.98 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046899 |
| Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/02/23 | MLUNN | Review Ad Hoc statement re: Debtors' September 11 presentation | B001 | 0.10 | 102.50 |
| 10/02/23 | RFPOP | Revise and finalize for filing committee answering brief for third circuit UST examiner motion appeal (.5), and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) and call from D. Laskin re: same (.2) | B001 | 0.70 | 623.00 |
| 10/03/23 | RFPOP | Review and analyze debtors answering brief for third circuit UST examiner motion appeal | B001 | 0.80 | 712.00 |
| 10/05/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 10/06/23 | DLASK | Review and update electronic adversary dockets | B001 | 0.50 | 182.50 |
| 10/09/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/11/23 | DLASK | Review and update electronic adversary dockets, update critical dates | B001 | 0.70 | 255.50 |
| 10/13/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.40 | 146.00 |
| 10/13/23 | RFPOP | Review and analyze debtors objection to amici curiae law professors motion to participate in oral argument for UST third circuit examiner appeal | B001 | 0.20 | 178.00 |
| 10/16/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/16/23 | RFPOP | Review and analyze UST reply brief in UST third circuit examiner motion appeal | B001 | 0.30 | 267.00 |
| 10/17/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/17/23 | RFPOP | Review notice from third circuit re: briefing for UST third circuit examiner motion appeal, and email to and from Paul Hastings (Ken Pasquale) re: same | B001 | 0.10 | 89.00 |
| 10/18/23 | DLASK | Update critical dates memo | B001 | 0.30 | 109.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                November 13, 2023
Invoice Number:                      50046899
Matter Number:                    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/18/23 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Jack Iaffaldano) re: oral argument for UST third circuit examiner motion appeal, and review notice of oral argument re: same; review amici curiae reply re: amici curiae motion to participate in oral argument | B001 | 0.40 | 356.00 |
| 10/19/23 | RFPOP | Emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Jack Iaffaldano) re: summary of argument requested by third circuit for UST third circuit examiner motion appeal | B001 | 0.20 | 178.00 |
| 10/20/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/23/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/24/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/25/23 | DLASK | Update critical dates memo | B001 | 0.30 | 109.50 |
| 10/26/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/26/23 | RFPOP | Review and analyze debtors motion to dismiss certain chapter 11 cases and related supporting declaration | B001 | 0.60 | 534.00 |
| 10/27/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 10/27/23 | JKOCH | Review and revise critical dates memorandum | B001 | 2.20 | 1,232.00 |
| 10/27/23 | JKOCH | Review scheduling orders in various adversary proceedings | B001 | 0.60 | 336.00 |
| 10/27/23 | MLUNN | Review critical deadline memo | B001 | 0.10 | 102.50 |
| 10/30/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 10/30/23 | RFPOP | Review and analyze Lorem Ipsum UG motions to dismiss Maclaurin and FTX Trading chapter 11 cases, and consider related issues re: same | B001 | 1.80 | 1,602.00 |

Official Committee of Unsecured Creditors re: FTX

Billing Period through October 31, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046899
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/31/23 | MLUNN | Review motion and related declaration re: dismissing Liquid Financial chapter 11 case | B001 | 0.20 | 205.00 |
| 10/16/23 | MLUNN | Correspondence with S&C re: rescheduling of October 19th hearing | B002 | 0.10 | 102.50 |
| 10/20/23 | MLUNN | Review agenda re: October 24th hearing | B002 | 0.10 | 102.50 |
| 10/20/23 | RFPOP | Review and analyze agenda for October 24th hearing | B002 | 0.10 | 89.00 |
| 10/23/23 | DLASK | Assemble pleadings for hearing, prepare binders | B002 | 0.70 | 255.50 |
| 10/23/23 | MLUNN | Review agenda; correspondence with K. Pasquale; and call with R. Poppiti re: October 24th hearing matters | B002 | 0.40 | 410.00 |
| 10/23/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Gabe Sasson) and call with M. Lunn re: matters going forward at October 24th hearing and related litigation issues | B002 | 0.20 | 178.00 |
| 10/24/23 | MLUNN | Review amended agenda (.1) and meeting with K. Pasquale and R. Poppiti re: October 24th hearing issues and preparations (.9); and follow-up with R. Poppiti re: hearing and next steps (.3) | B002 | 1.30 | 1,332.50 |
| 10/24/23 | RFPOP | Prepare for (1.6) and attend (2.6) omnibus hearing, and follow-up meeting with M. Lunn (.3) re: same | B002 | 4.50 | 4,005.00 |
| 10/09/23 | MLUNN | Review Emergent DIP financing request | B003 | 0.20 | 205.00 |
| 10/09/23 | RFPOP | Review analyze Emergent debtor motion to approve debtor in possession financing facility and related motion to shorten and declaration | B003 | 0.40 | 356.00 |
| 10/23/23 | MLUNN | Review UST objection to DIP | B003 | 0.10 | 102.50 |
| 10/23/23 | RFPOP | Review and analyze UST objection to Emergent debtors motion to approve debtor in possession financing | B003 | 0.20 | 178.00 |
| 10/02/23 | MLUNN | Review 2015.3 report | B004 | 0.10 | 102.50 |
| 10/02/23 | MLUNN | Review 9th financial report of Debtors | B004 | 0.20 | 205.00 |
| 10/02/23 | RFPOP | Review and analyze debtors ninth interim financial update | B004 | 0.20 | 178.00 |
| 10/25/23 | MLUNN | Review cash flow update report | B004 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                November 13, 2023
Invoice Number:                   50046899
Matter Number:                 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/25/23 | MLUNN | Review Debtors' interim financial update report | B004 | 0.20 | 205.00 |
| 10/25/23 | RFPOP | Review and analyze debtors tenth interim financial report | B004 | 0.20 | 178.00 |
| 10/09/23 | RFPOP | Review and analyze debtors proposed supplemental order for debtors fifth rejection motion | B005 | 0.10 | 89.00 |
| 10/02/23 | MLUNN | Review summary of potential transaction from Jefferies | B006 | 0.10 | 102.50 |
| 10/04/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce) re: debtors request to shorten notice for debtors motion to approve BlockFi settlement agreement | B006 | 0.20 | 178.00 |
| 10/05/23 | RFPOP | Review and analyze debtors motion to approve BlockFi settlement and related supporting declaration and motion to shorten | B006 | 0.60 | 534.00 |
| 10/05/23 | RFPOP | Emails from Jefferies (Daniel Homrich) and committee re: venture portfolio issues | B006 | 0.10 | 89.00 |
| 10/06/23 | MLUNN | Review proposed de minimis asset sales | B006 | 0.10 | 102.50 |
| 10/06/23 | RFPOP | Review and analyze media reply brief in media district court customer sealing motion appeal | B006 | 0.60 | 534.00 |
| 10/09/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: Genesis settlement agreement | B006 | 0.10 | 89.00 |
| 10/10/23 | RFPOP | Emails from counsel for debtors (Bradley Harsch) and UST re: proposed de minimis settlement and review settlement notice re: same | B006 | 0.10 | 89.00 |
| 10/16/23 | RFPOP | Emails from Paul Hastings (Ken Pasquale) and committee re: debtors motion to pay ad hoc customer group fees and expenses | B006 | 0.20 | 178.00 |
| 10/16/23 | RFPOP | Review and comment on draft joint committee and debtors reply to UST and media objections to joint motion to further extend customer sealing deadline, and emails to and from Paul Hastings (Isaac Sasson) and counsel for debtors (Julie Kapoor) re: same | B006 | 0.40 | 356.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                 November 13, 2023
Invoice Number:                    50046899
Matter Number:                   102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/19/23 | RFPOP | Review draft joint committee and debtor witness and exhibit list for hearing on joint committee and debtor motion to extend customer sealing order and review revised draft reply to UST objection to joint motion, and emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce and Julie Kapoor) re: same | B006 | 0.30 | 267.00 |
| 10/20/23 | MLUNN | Review de minimis asset sale summary | B006 | 0.10 | 102.50 |
| 10/20/23 | RFPOP | Email from PWP (Emil Tu) re: summary of de minimis asset sale offers for venture portfolio, and review and analyze summary re: same | B006 | 0.10 | 89.00 |
| 10/23/23 | MLUNN | Call with UCC members, PH, Jefferies and FTI re: FTX 2.0 process | B006 | 0.60 | 615.00 |
| 10/26/23 | RFPOP | Review and analyze updated cash flow forecast from FTI, and email from FTI (Max Dawson) re: same | B006 | 0.30 | 267.00 |
| 10/26/23 | RFPOP | Review and analyze debtors amended motion to reimburse fees and expenses of professionals for ad hoc customer group | B006 | 0.60 | 534.00 |
| 10/27/23 | MLUNN | Review proposed de minimis asset sales | B006 | 0.10 | 102.50 |
| 10/30/23 | RFPOP | Email from counsel for debtors (Alexa Kranzley) re: Galaxy July-September 2023 invoices for fees and expenses for coin monetization, and review and analyze same | B006 | 0.10 | 89.00 |
| 10/30/23 | RFPOP | Email from Jefferies (Sebastian Carri) re: debtors venture portfolio | B006 | 0.10 | 89.00 |
| 10/02/23 | MLUNN | Review UST objection to motion to modify claim objection rules and procedures | B007 | 0.20 | 205.00 |
| 10/04/23 | MLUNN | Review UST motion to compel disclosure of ad hoc information | B007 | 0.20 | 205.00 |
| 10/04/23 | MLUNN | Review proposed claim settlements proposed by debtors | B007 | 0.10 | 102.50 |
| 10/05/23 | MLUNN | Review settlement agreement and 9019 motion to approve settlement with BlockFi | B007 | 0.20 | 205.00 |
| 10/05/23 | MLUNN | Review Media Interveners' reply in support of objection to customer sealing order | B007 | 0.40 | 410.00 |
| 10/09/23 | MLUNN | Review bench memorandum approving settlement with Genesis | B007 | 0.40 | 410.00 |

Official Committee of Unsecured Creditors re: FTX      Invoice Date:      November 13, 2023
Billing Period through October 31, 2023      Invoice Number:      50046899
     Matter Number:      102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/10/23 | MLUNN | Review proposed claim settlements and related correspondence | B007 | 0.10 | 102.50 |
| 10/16/23 | MLUNN | Review draft reply to Media and UST objections to sealing motion; and review revised order (including redline) approving sealing motion | B007 | 0.30 | 307.50 |
| 10/16/23 | MLUNN | Correspondence with K. Pasquale re: ad hoc fee motion | B007 | 0.10 | 102.50 |
| 10/20/23 | MLUNN | Review reply in support of modification of claim objection limitations | B007 | 0.10 | 102.50 |
| 10/23/23 | RFPOP | Review and analyze draft revised proposed order for debtors motion to modify omnibus claims objection rules re: proposed resolution of UST objection to same (.2), and emails to and from Paul Hastings (Gabe Sasson), counsel for debtors (Kim Brown) and counsel for ad hoc customer group (Erin Broderick) (.2) re: same | B007 | 0.40 | 356.00 |
| 10/24/23 | RFPOP | Call from (.2) and email from (.1) counsel for debtors (Kim Brown) re: debtors motion to modify rules re: omnibus claims objection | B007 | 0.30 | 267.00 |
| 10/25/23 | RFPOP | Review and comment on draft revised proposed order for debtors motion to modify local rules for omnibus claims objections, and emails to and from counsel for debtors (Kim Brown), counsel for ad hoc customer group (Erin Broderick) and UST re: same | B007 | 0.50 | 445.00 |
| 10/26/23 | RFPOP | Review comments from UST to revised draft proposed order for debtors motion to modify claims objections rules, and emails to and from counsel for debtors (Kim Brown), counsel for ad hoc customer group (Matt Harvey) and UST re: same | B007 | 0.40 | 356.00 |
| 10/27/23 | MLUNN | Review amended motion re: approval of fee reimbursement agreement with ad hoc group | B007 | 0.40 | 410.00 |
| 10/27/23 | RFPOP | Review and comment on further revised draft proposed order for debtors motion to modify omnibus claims objection rules, and emails to and from counsel for debtors (Alexa Kranzley and Kim Brown), counsel for ad hoc customer group (Erin Broderick) and UST re: same | B007 | 0.30 | 267.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:              November 13, 2023
Invoice Number:                    50046899
Matter Number:                  102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/23 | RFPOP | Emails from counsel for debtors (Kim Brown) and UST re: draft revised proposed order for debtors motion to modify rules for omnibus claims objections | B007 | 0.20 | 178.00 |
| 10/31/23 | MLUNN | Review objection to Ross Yoo claim and related declaration | B007 | 0.20 | 205.00 |
| 10/31/23 | RFPOP | Review and analyze debtors objection to Rheingans-Yoo claim | B007 | 0.50 | 445.00 |
| 10/31/23 | RFPOP | Review and comment on revised draft proposed order for debtors motion to modify rules for omnibus claims objections, and emails to and from counsel for debtors (Kim Brown), counsel for ad hoc customer group (Erin Broderick) and UST re: same | B007 | 0.40 | 356.00 |
| 10/04/23 | MLUNN | Review materials in preparation for meeting with UCC members and advisors (.4); attend UCC strategy and update meeting with members, PH, FTI and Jefferies re: various matters (3.0) | B008 | 3.40 | 3,485.00 |
| 10/04/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (3.0), and review and analyze materials from Paul Hastings, FTI and Jefferies in preparation for same and emails from Paul Hastings (Leonie Koch) and Jefferies (Lars Hultgren) re: same (.6) | B008 | 3.60 | 3,204.00 |
| 10/05/23 | MLUNN | Call with UCC members, PH, Jefferies and FTI re: various issues and preparations for meeting with ad hoc group | B008 | 1.70 | 1,742.50 |
| 10/05/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case strategy and plan issues | B008 | 1.70 | 1,513.00 |
| 10/10/23 | MLUNN | Review materials in preparation for meeting with UCC members (.3); meeting with UCC members, PH, Jefferies, FTI re: various issues (2.0) | B008 | 2.30 | 2,357.50 |
| 10/10/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.0), and review materials from Jefferies and email from Jefferies (Daniel Homrich) (.3) re: same | B008 | 2.30 | 2,047.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046899
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/16/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: proposed plan term sheet and restructuring support agreement and related plan issues | B008 | 1.30 | 1,157.00 |
| 10/18/23 | MLUNN | Review materials in preparation for UCC meeting (.4) and call with UCC members, PH, FTI and Jefferies re: various issues and related strategy (1.0) | B008 | 1.40 | 1,435.00 |
| 10/18/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.0), and review materials from Paul Hastings, FTI and Jefferies teams and emails from Paul Hastings (Jack Iaffaldano) and Jefferies (Lars Hultgren) (.5) re: same | B008 | 1.50 | 1,335.00 |
| 10/23/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: FTX 2.0 issues (.6), and review and analyze materials from Jefferies in preparation for same (.3) | B008 | 0.90 | 801.00 |
| 10/25/23 | MLUNN | Review materials in preparation for update and strategy call with UCC members and advisors (.4); attend (portion) of update and strategy call with UCC members, PH, FTI and Jefferies | B008 | 1.20 | 1,230.00 |
| 10/25/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (.9), and review materials from Paul Hastings and Jefferies and emails from Paul Hastings (Leonie Koch) and Jefferies (Lars Hultgren) in preparation for same (.4) | B008 | 1.30 | 1,157.00 |
| 10/02/23 | MLUNN | Review 3AC motion for relief from stay | B009 | 0.30 | 307.50 |
| 10/02/23 | RFPOP | Review and analyze Three Arrows Capital motions to enforce coordination procedures among chapter 11 crypto bankruptcies, for stay relief and sealing and related supporting declaration | B009 | 1.40 | 1,246.00 |
| 10/06/23 | DLASK | Finalize for filing and coordinate service of joinder to objection to Island Air Capital stay motion | B009 | 0.40 | 146.00 |
| 10/06/23 | MLUNN | Review draft joinder to objection to Island Air stay relief motion | B009 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046899 |
| Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/06/23 | MLUNN | Review debtors' objection to Island Air stay relief motion | B009 | 0.30 | 307.50 |
| 10/06/23 | RFPOP | Review and analyze debtors objection to Island Air stay relief motion (.6), and review and finalize for filing joinder to same (.2) and email to and from Paul Hastings (Jack Iaffaldano) (.1) re: same | B009 | 0.90 | 801.00 |
| 10/02/23 | DLASK | Finalize for filing and coordinate service of response brief in examiner appeal | B011 | 0.70 | 255.50 |
| 10/02/23 | MLUNN | Review final version of response brief re: 3d circuit appeal of examiner ruling | B011 | 0.30 | 307.50 |
| 10/02/23 | MLUNN | Review 3AC motion to coordinate multi-jurisdictional litigation | B011 | 0.40 | 410.00 |
| 10/03/23 | MLUNN | Review Debtors response brief re: 3d circuit appeal of examiner order | B011 | 0.50 | 512.50 |
| 10/04/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: Friedberg adversary proceeding | B011 | 0.10 | 89.00 |
| 10/05/23 | MLUNN | Review 2004 Motion re: Circle | B011 | 0.10 | 102.50 |
| 10/06/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: adversary proceeding intervention, and brief research re: same | B011 | 0.40 | 356.00 |
| 10/09/23 | RFPOP | Emails from Paul Hastings (Jack Iaffaldano) re: committee intervention in adversary proceedings, and consider related issues re: same | B011 | 0.20 | 178.00 |
| 10/09/23 | RFPOP | Emails to and from Paul Hastings (Leonie Koch) re: investigations update | B011 | 0.20 | 178.00 |
| 10/11/23 | MLUNN | Review objection to motion of amici curiae for leave to participate in oral argument re: examiner order appeal | B011 | 0.10 | 102.50 |
| 10/13/23 | RFPOP | Review and analyze K5 reply in support of motion to stay adversary proceeding, reply in support of motion to withdraw reference, and motion for oral argument | B011 | 0.90 | 801.00 |
| 10/16/23 | MLUNN | Review summary of SBF criminal trial and correspondence with R. Poppiti re: same | B011 | 0.20 | 205.00 |
| 10/16/23 | MLUNN | Review K5's reply memo in support of withdraw of reference | B011 | 0.30 | 307.50 |
| 10/17/23 | MLUNN | Review UST reply brief in support of examiner order appeal | B011 | 0.30 | 307.50 |
| 10/17/23 | MLUNN | Review summary of SBF criminal trial | B011 | 0.10 | 102.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046899
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/17/23 | MLUNN | Review notice from 3d Circuit re: consideration of appeal on briefs for examiner order appeal | B011 | 0.10 | 102.50 |
| 10/18/23 | DLASK | Research oral argument information, assemble relevant pleadings for 3rd circuit appeal | B011 | 0.40 | 146.00 |
| 10/18/23 | RFPOP | Review and analyze motion to dismiss briefing for Platform Life Sciences adversary proceeding | B011 | 1.30 | 1,157.00 |
| 10/19/23 | MLUNN | Correspondence with K. Pasquale, J. Iaffaldano and R. Poppiti re: statement of issue in connection with examiner order appeal | B011 | 0.20 | 205.00 |
| 10/19/23 | MLUNN | Review and reply in support of examiner order appeal | B011 | 0.20 | 205.00 |
| 10/19/23 | MLUNN | Review summary of SBF criminal trial | B011 | 0.10 | 102.50 |
| 10/20/23 | MLUNN | Review summary of SBF 10/19 criminal trial | B011 | 0.10 | 102.50 |
| 10/23/23 | RFPOP | Review and analyze debtors 2004 motion re: Center for Applied Rationality | B011 | 0.30 | 267.00 |
| 10/25/23 | DLASK | Review, update and circulate electronic dockets for adversary matters | B011 | 0.50 | 182.50 |
| 10/26/23 | MLUNN | Review summary of SBF criminal trial | B011 | 0.10 | 102.50 |
| 10/26/23 | RFPOP | Review and analyze debtors 2004 motion re: Center for AI Safety | B011 | 0.50 | 445.00 |
| 10/27/23 | MLUNN | Review 2004 motion re: CAIS | B011 | 0.20 | 205.00 |
| 10/27/23 | RFPOP | Review and analyze motion to dismiss briefing in Rocket/Embed adversary proceeding | B011 | 2.10 | 1,869.00 |
| 10/28/23 | MLUNN | Review summary of SBF criminal trial from Oct. 27th | B011 | 0.10 | 102.50 |
| 10/30/23 | MLUNN | Review 10/30 SBF criminal trial summary | B011 | 0.10 | 102.50 |
| 10/02/23 | RFPOP | Review and analyze ad hoc customer group statement with respect to preference pricing methodology | B012 | 0.20 | 178.00 |
| 10/05/23 | RFPOP | Review and analyze recovery analysis from FTI, and emails from FTI (Brian Bromberg) re: same | B012 | 0.40 | 356.00 |
| 10/06/23 | MLUNN | Review revised plan term sheet | B012 | 0.50 | 512.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:          November 13, 2023
Invoice Number:              50046899
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/06/23 | MLUNN | Plan issues call with ad hoc group (including advisors) and UCC (including members and advisors) | B012 | 1.50 | 1,537.50 |
| 10/06/23 | MLUNN | Analyze open issues chart | B012 | 0.30 | 307.50 |
| 10/06/23 | MLUNN | Initial review of draft Plan RSA and identifying issues | B012 | 0.70 | 717.50 |
| 10/06/23 | RFPOP | Call with Paul Hastings and FTI teams, committee, counsel for ad hoc customer group and ad hoc customer group re: chapter 11 plan and related issues (1.5), and follow-up call with Paul Hastings and FTI teams and committee (1.2) and review and analyze plan materials from debtors (.5) re: same | B012 | 3.20 | 2,848.00 |
| 10/07/23 | MLUNN | Analyze proposed responses to open plan issues list | B012 | 0.30 | 307.50 |
| 10/07/23 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams and committee re: chapter 11 plan issues and upcoming meetings with debtors and ad hoc customer group (1.3), and review materials from Paul Hastings and emails from Paul Hastings (Ken Pasquale) and committee (.4) re: same | B012 | 1.70 | 1,513.00 |
| 10/10/23 | RFPOP | Review and analyze materials from debtors re: chapter 11 plan issues, including preference and recovery issues, and emails from Paul Hastings (Gabe Sasson) | B012 | 0.70 | 623.00 |
| 10/11/23 | MLUNN | Review materials from Debtors in connection with plan settlement meeting | B012 | 0.40 | 410.00 |
| 10/11/23 | MLUNN | Attend portions (remotely) of plan settlement meeting with Debtors, Ad Hoc and UCC | B012 | 7.20 | 7,380.00 |
| 10/11/23 | RFPOP | Meet with Paul Hastings, FTI and Jefferies teams, committee, debtors professionals, and ad hoc customer group professionals re: chapter 11 plan and various related issues (6.4), and review and analyze materials from ad hoc customer group in preparation for same (.2) | B012 | 6.60 | 5,874.00 |
| 10/11/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Isaac Sasson) re: plan structure issues | B012 | 0.20 | 178.00 |
| 10/12/23 | MLUNN | Attend settlement meeting (virtually) re: JPL (1.1) and related follow-up with UCC members and advisors (.8) | B012 | 1.90 | 1,947.50 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date: November 13, 2023
Invoice Number: 50046899
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/12/23 | MLUNN | Call with UCC members and advisors re: plan settlement meeting preparation and strategy (1.6); attend portions of continued plan settlement meeting with Debtors, Ad Hoc and UCC (4.9) | B012 | 6.50 | 6,662.50 |
| 10/12/23 | MLUNN | Correspondence with I. Sasson re: plan settlement construct and issues | B012 | 0.30 | 307.50 |
| 10/12/23 | RFPOP | Participate in meetings with Paul Hastings, FTI, and Jefferies teams, committee, debtors and debtors professionals, ad hoc customer group and ad customer group professionals, and JPL and JPL professionals re: chapter 11 plan, customer property and related issues | B012 | 8.10 | 7,209.00 |
| 10/12/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Isaac Sasson) re: chapter 11 plan issues | B012 | 0.10 | 89.00 |
| 10/13/23 | MLUNN | Call with K. Pasquale, G. Sasson, I. Sasson and R. Poppiti re: various issues, including plan settlement meeting follow-up, RSA and term sheet | B012 | 0.50 | 512.50 |
| 10/13/23 | MLUNN | Review revised draft RSA (.4) and research issues (.4) | B012 | 0.80 | 820.00 |
| 10/13/23 | MLUNN | Call with R. Poppiti re: strategy and issues resulting from plan settlement | B012 | 0.50 | 512.50 |
| 10/13/23 | MLUNN | Review revised plan term sheet | B012 | 0.40 | 410.00 |
| 10/13/23 | RFPOP | Call with M. Lunn (.5) and call with M. Lunn and Paul Hastings (Ken Pasquale, Gabe Sasson and Isaac Sasson) (.5) re: chapter 11 plan and related issues, and review and comment on draft restructuring support agreement and plan term sheet (1.3) re: same | B012 | 2.30 | 2,047.00 |
| 10/16/23 | MLUNN | Review revised RSA (.6); review revised plan term sheet (.4); review settlement preference terms (.3); and attend call with UCC members and advisors re: RSA and plan term sheet (1.3) | B012 | 2.60 | 2,665.00 |
| 10/16/23 | RFPOP | Review and comment on revised drafts of proposed plan term sheet and restructuring support agreement (.8), and email from Paul Hastings (Ken Pasquale) (.1) re: same | B012 | 0.90 | 801.00 |
| 10/17/23 | MLUNN | Review press release and final version of RSA and Plan Term Sheet | B012 | 0.40 | 410.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                November 13, 2023
Invoice Number:                      50046899
Matter Number:                   102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/17/23 | RFPOP | Review and analyze restructuring support agreement, plan term sheet and press release filed by debtors | B012 | 0.30 | 267.00 |
| 10/30/23 | MLUNN | Call from J. Beck re: provisions of plan settlement | B012 | 0.20 | 205.00 |
| 10/05/23 | RFPOP | Review interim status report filed by Voyager plan administrator re: Voyager mediation issues | B015 | 0.10 | 89.00 |
| 10/02/23 | DLASK | Prepare certificates of no objection for Jefferies's fee applications - May - July | B017 | 0.40 | 146.00 |
| 10/03/23 | DLASK | Prepare certificate of no objection for FTI's 8th fee application | B017 | 0.20 | 73.00 |
| 10/03/23 | DLASK | Prepare certificate of no objection for Young Conaway's 8th fee application - July | B017 | 0.20 | 73.00 |
| 10/03/23 | DLASK | Prepare certificate of no objection for Paul Hastings' 8th fee application - July | B017 | 0.20 | 73.00 |
| 10/03/23 | JKOCH | Review Jefferies CNOs | B017 | 0.20 | 112.00 |
| 10/04/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway (.2), FTI (.2) and Paul Hastings (.2) | B017 | 0.60 | 219.00 |
| 10/05/23 | DLASK | Finalize for filing, file certificates of no objection for Jefferies' fee applications | B017 | 0.60 | 219.00 |
| 10/09/23 | JKOCH | Email correspondence (multiple) among Paul Hastings, FTI, and YCST re: FTI rate increase | B017 | 0.20 | 112.00 |
| 10/09/23 | JKOCH | Research precedent for committee members' expense reimbursements | B017 | 0.70 | 392.00 |
| 10/09/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Leonie Koch) re: reimbursement of committee member expenses | B017 | 0.20 | 178.00 |
| 10/17/23 | JKOCH | Review committee members' expenses and comment on application for reimbursement of same | B017 | 2.40 | 1,344.00 |
| 10/17/23 | RFPOP | Review and comment on revised draft application of committee for reimbursement of expenses, and emails to and from J. Kochenash and Paul Hastings (Jack Iaffaldano) re: same | B017 | 0.20 | 178.00 |
| 10/18/23 | JKOCH | Email correspondence with J. Iaffaldano re: committee expense reimbursement | B017 | 0.10 | 56.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                    November 13, 2023
Invoice Number:                          50046899
Matter Number:                       102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/18/23 | RFPOP | Emails to and from J. Kochenash re: committee members first expense application | B017 | 0.20 | 178.00 |
| 10/27/23 | RFPOP | Review and analyze debtors amended ordinary course professionals list and newly filed ordinary course professional declaration | B017 | 0.10 | 89.00 |
| 10/30/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings' 9th fee application for August | B017 | 0.30 | 109.50 |
| 10/30/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's 9th fee application for August | B017 | 0.30 | 109.50 |
| 10/30/23 | DLASK | Finalize for filing and coordinate service of FTI's 9th fee application for August | B017 | 0.30 | 109.50 |
| 10/30/23 | DLASK | Assemble exhibits, finalize for filing and coordinate service of committee members' fee application | B017 | 0.40 | 146.00 |
| 10/30/23 | JKOCH | Final review and edits to committee members and professionals' fee and expense applications | B017 | 1.30 | 728.00 |
| 10/30/23 | MLUNN | Initial review of fee examiner report re: YCST fee application | B017 | 0.20 | 205.00 |
| 10/30/23 | RFPOP | Review and finalize for filing YCST August 2023 fee application, and emails to and from D. Laskin re: same | B017 | 0.20 | 178.00 |
| 10/31/23 | RFPOP | Review and analyze confidential response letter from fee examiner for YCST third interim fee application, and email from Carla Andres re: same | B017 | 0.30 | 267.00 |
| 10/13/23 | RFPOP | Review and comment on draft YCST August 2023 fee application, and email to and from D. Laskin re: same | B018 | 0.30 | 267.00 |
| 10/13/23 | RFPOP | Review and analyze proposed further revised scheduling order for JPL adversary proceeding | BN014 | 0.20 | 178.00 |
| 10/02/23 | MLUNN | Review notes in preparation for call with mediator (.1); confer with R. Poppiti (.1); call with mediator and R. Poppiti (.5) and related follow-up with R. Poppiti (.1) | BN015 | 0.80 | 820.00 |
| 10/02/23 | RFPOP | Call with M. Lunn and mediator and meet with M. Lunn re: Voyager mediation follow-up (.7), and prepare for same (.2) | BN015 | 0.90 | 801.00 |
| 10/24/23 | MLUNN | Work with R. Poppiti re: Voyager discovery requests in connection with mediation | BN015 | 0.20 | 205.00 |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                November 13, 2023
Invoice Number:                    50046899
Matter Number:                  102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 10/24/23 | RFPOP | Meet with M. Lunn re: Voyager litigation strategy | BN015 | 0.20 | 178.00 |
| 10/26/23 | RFPOP | Review and analyze letter from counsel for Voyager to mediator re: informal discovery requests, and consider related issues re: same | BN015 | 0.40 | 356.00 |
| | | **Total** | | **132.20** | **$116,056.00** |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors re: FTX | | | Invoice Date: | | November 13, 2023 |
| Billing Period through October 31, 2023 | | | Invoice Number: | | 50046899 |
| | | | Matter Number: | | 102750.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 10.40 | 365.00 | 3,796.00 |
| JKOCH | Jared W. Kochenash | Associate | 7.70 | 560.00 | 4,312.00 |
| MLUNN | Matthew B. Lunn | Partner | 47.40 | 1,025.00 | 48,585.00 |
| RFPOP | Robert F. Poppiti | Partner | 66.70 | 890.00 | 59,363.00 |
| **Total** | | | **132.20** | | **$116,056.00** |

| Official Committee of Unsecured Creditors re: FTX | Invoice Date: | November 13, 2023 |
|---|---|---|
| Billing Period through October 31, 2023 | Invoice Number: | 50046899 |
| | Matter Number: | 102750.1001 |

**Task Summary**

### Task Code:B001      Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert F. Poppiti | Partner | 5.10 | 890.00 | 4,539.00 |
| Jared W. Kochenash | Associate | 2.80 | 560.00 | 1,568.00 |
| Debbie Laskin | Paralegal | 4.20 | 365.00 | 1,533.00 |
| **Total** | | **12.50** | | **8,050.00** |

### Task Code:B002      Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.90 | 1,025.00 | 1,947.50 |
| Robert F. Poppiti | Partner | 4.80 | 890.00 | 4,272.00 |
| Debbie Laskin | Paralegal | 0.70 | 365.00 | 255.50 |
| **Total** | | **7.40** | | **6,475.00** |

### Task Code:B003      Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.60 | 890.00 | 534.00 |
| **Total** | | **0.90** | | **841.50** |

### Task Code:B004      Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Robert F. Poppiti | Partner | 0.40 | 890.00 | 356.00 |
| **Total** | | **1.10** | | **1,073.50** |

### Task Code:B005      Lease/Executory Contract Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.10 | 890.00 | 89.00 |
| **Total** | | **0.10** | | **89.00** |

### Task Code:B006      Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.00 | 1,025.00 | 1,025.00 |
| Robert F. Poppiti | Partner | 3.80 | 890.00 | 3,382.00 |
| **Total** | | **4.80** | | **4,407.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                    November 13, 2023
Invoice Number:                          50046899
Matter Number:                       102750.1001

### Task Code:B007 — Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 2.70 | 1,025.00 | 2,767.50 |
| Robert F. Poppiti | Partner | 3.00 | 890.00 | 2,670.00 |
| **Total** | | **5.70** | | **5,437.50** |

### Task Code:B008 — Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 10.00 | 1,025.00 | 10,250.00 |
| Robert F. Poppiti | Partner | 12.60 | 890.00 | 11,214.00 |
| **Total** | | **22.60** | | **21,464.00** |

### Task Code:B009 — Stay Relief Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.70 | 1,025.00 | 717.50 |
| Robert F. Poppiti | Partner | 2.30 | 890.00 | 2,047.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **3.40** | | **2,910.50** |

### Task Code:B011 — Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.50 | 1,025.00 | 3,587.50 |
| Robert F. Poppiti | Partner | 6.00 | 890.00 | 5,340.00 |
| Debbie Laskin | Paralegal | 1.60 | 365.00 | 584.00 |
| **Total** | | **11.10** | | **9,511.50** |

### Task Code:B012 — Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 25.00 | 1,025.00 | 25,625.00 |
| Robert F. Poppiti | Partner | 24.70 | 890.00 | 21,983.00 |
| **Total** | | **49.70** | | **47,608.00** |

### Task Code:B015 — Employee Matters

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 0.10 | 890.00 | 89.00 |
| **Total** | | **0.10** | | **89.00** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

Invoice Date:                 November 13, 2023
Invoice Number:                      50046899
Matter Number:                    102750.1001

### Task Code:B017 — Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| Robert F. Poppiti | Partner | 1.20 | 890.00 | 1,068.00 |
| Jared W. Kochenash | Associate | 4.90 | 560.00 | 2,744.00 |
| Debbie Laskin | Paralegal | 3.50 | 365.00 | 1,277.50 |
| **Total** | | **9.80** | | **5,294.50** |

### Task Code:B018 — Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 0.30 | 890.00 | 267.00 |
| **Total** | | **0.30** | | **267.00** |

### Task Code:BN014 — FTX Digital Chapter 15 Proceeding

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **0.20** | | **178.00** |

### Task Code:BN015 — Voyager Litigation and Claims

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.00 | 1,025.00 | 1,025.00 |
| Robert F. Poppiti | Partner | 1.50 | 890.00 | 1,335.00 |
| **Total** | | **2.50** | | **2,360.00** |

**<ins>EXHIBIT B</ins>**

**Expenses**

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

| | |
|---|---|
| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046899 |
| Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 10/03/23 | Federal Express | 1.00 | 20.00 |
| 10/03/23 | Parking | 1.00 | 12.00 |
| 10/03/23 | Air/Rail Travel | 1.00 | 216.00 |
| 10/03/23 | Car/Bus/Subway Travel | 1.00 | 589.28 |
| 10/03/23 | Reproduction Charges | 243.00 | 24.30 |
| 10/05/23 | Deposition/Transcript | 1.00 | 54.00 |
| 10/12/23 | Deposition/Transcript | 1.00 | 122.40 |
| 10/23/23 | Reproduction Charges | 805.00 | 80.50 |
| 10/24/23 | Reproduction Charges | 17.00 | 1.70 |
| 10/30/23 | Reproduction Charges | 8.00 | 0.80 |
| | **Total** | | **$1,120.98** |

Official Committee of Unsecured Creditors re: FTX
Billing Period through October 31, 2023

| | |
|---|---|
| Invoice Date: | November 13, 2023 |
| Invoice Number: | 50046899 |
| Matter Number: | 102750.1001 |

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Air/Rail Travel | 216.00 |
| Car/Bus/Subway Travel | 589.28 |
| Deposition/Transcript | 176.40 |
| Federal Express | 20.00 |
| Parking | 12.00 |
| Reproduction Charges | 107.30 |
| **Total** | **$1,120.98** |