

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE



| | |
|---|---|
| In re:<br>FTX Trading, *et al.*.<br><br>　　　　　　　　　　Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **8 GOLDEN FISH INVESTMENTS LTD.** |
| Transferor's Address:<br>　　[Address on File] | Transferee's address for notices and payment:<br>　　27 Discovery Bay Road, Neo Horizons<br>　　Block 2, 25/D, Discovery Bay, Hong Kong<br>　　Teresa Ho<br>　　8.golden.fish.investments@gmail.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 05099078<br>Customer Claim Form Scheduled ID: 6389327 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Teresa Ho* (DocuSigned)　　Date: 12/07/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____　　_____

Clerk of the Court



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



**EXHIBIT A**

SCHEDULED CLAIM(S)

Excerpt from creditor email with Unique Customer Code:

Your Unique Customer Code is 05099078
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

CRO[9.0221130000000000]
ETH[6.0391420000000000]
ETHW[0.0003622100000000]
STETH[0.0000618930904961]
USD[0.9248161756200000]
USDT[1.3030887465000000]

Excerpt from Amended Schedule F:

| | | | |
|---|---|---|---|
| 05099078 | | CRO[9.022113], ETH[6.039142], ETHW[.00036221], STETH[0.00006189], USD[0.92], USDT[1.30308874] | |