UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX Trading LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Azure Tide Holdings Pte Ltd**

Name and Current Address of Transferor:
**Azure Tide
Attn: Zhu Zhiwei, Benjamin
80 Marine Parade Road
#16-09 Parkway Parade
Singapore 449269
Email: claims@aztide.com**

Name of Transferee:

**Azure Distressed Opportunities Corporation**

Name and Address where notices and payments to transferee should be sent:
**Azure Distressed Opportunities Corporation
Attn: Sophia Dilbert
4th Floor, Harbour Place, 103 South Church Street, Grand Cayman, KY1-1002, Cayman Islands
Email: adoc_legal@aztide.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Codes: 01327295, 07893417, 01261349, 01031075, 02786207, 02361775, 03455826, 04207085, 03875493, 02495228 | Azure Tide Holdings Pte Ltd | as stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: 4th December 2023
Transferee/Transferee's Agent

1

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Azure Tide Holdings Pte Ltd,** registered office at 80 Marine Parade Road #16-09 Parkway Singapore 449269 ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto ("Buyer") all rights, title and interest in and to the claims of Seller (the "Claim") against FTX Trading Ltd. and 101 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (as defined below) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pending before the Honorable John T. Dorsey, and jointly administered under Case No. 22-11068 (the "Case").

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 4th December, 2023.

| SELLER: | BUYER: |
|---|---|
| AZURE TIDE HOLDINGS PTE LTD | AZURE DISTRESSED OPPORTUNITIES CORPORATION |
| 80 MARINE PARADE #16-09 PARKWAY PARADE SINGAPORE 449269 | 4TH FLOOR, HARBOUR PALACE |
| SINGAPORE | 103 SOUTH CHURCH STREET, |
| | GRAND CAYMAN, KY1-1002 |
| | CAYMAN ISLANDS |

*/s/ Benjamin*

Name: Zhu Zhiwei, Benjamin for Azure Tide Holdings Pte Ltd

Title: Director

Name: Sophia Dilbert for Azure Distressed Opportunities Corporation

Title: Director

21

Schedule F

```
Your Unique Customer Code is 01327295
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BEAR[1334.8700000000000000]
BULL[0.0007080320000000]
DOGEBEAR2021[0.0334280000000000]
DOGEBULL[0.0000014000000000]
ETH[0.0001190000000000]
ETHBULL[0.0150172000000000]
ETHW[0.0001190037428409]
FTT[0.0906999600000000]
MATICBEAR2021[0.8875580000000000]
MATICBULL[1908.9308600000000000]
SAND[0.7766000000000000]
TRX[0.0000010000000000]
USD[94.8951758698471196000000000]
USDC[31681.0274025000000000]
```

Item #1 Scheduled Claim for Unique Customer Code: 01327295

```
Your Unique Customer Code is 07893417
Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services
Inc. as:

BTC[0.0000000083054040]
ETH[0.0035413200000000]
ETHW[0.0035139577914353]
USD[32376.8726890717859791]
```

Item #2 Scheduled Claim for Unique Customer Code: 07893417

> Your Unique Customer Code is 01261349
> Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:
>
> BTC[0.0000000015000000]
> FTT[150.1039381400000000]
> NFT (360438779502122087)[1]
> SOL[0.0000000063321556]
> SRM[0.4404053200000000]
> SRM_LOCKED[18.2795946800000000]
> USD[117001.8623544923206430]
> USDT[0.0000000000960567]

Item #3 Scheduled Claim for Unique Customer Code: 01261349

> Your Unique Customer Code is 01031075
> Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:
>
> BNB[0.0000000103736964]
> BTC[0.0000000067191136]
> BUSD[259999.0000000000000000]
> FTT[0.0000000054389800]
> USD[3239240.1083739317219772000000000]
> USDC[750000.0000000000000000]
> USDT[10000.0000000098315800]

Item #4 Scheduled Claim for Unique Customer Code: 01031075

```
Your Unique Customer Code is 02786207
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BUSD[500000.0000000000000000]
DOGE[0.5503500000000000]
ETH[0.0009265700000000]
FTT[219.0000033900000000]
USD[8371911.3280375669442366000000000]
USDC[1000000.0000000000000000]
```

Item #5 Scheduled Claim for Unique Customer Code: 02786207

```
Your Unique Customer Code is 02361775
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BNB[0.0042102962282200]
BUSD[260000.0000000000000000]
CRO[143.3788822700000000]
ETH[0.0000000053686000]
USD[2865208.7467059142317223]
USDC[1091500.0000000000000000]
USDT[0.0000000039712175]
```

Item #6 Scheduled Claim for Unique Customer Code: 02361775

5

```
Your Unique Customer Code is 03455826
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

FTT[59.9977258500000000]
TRX[0.0188790000000000]
USD[350002.9616201126257858]
USDT[1162602.6589491693041238]
```

Item #7 Scheduled Claim for Unique Customer Code: 03455826

```
Your Unique Customer Code is 04207085
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

SGD[0.0020156600000000]
USD[48999.4000000115232823]
```

Item #8 Scheduled Claim for Unique Customer Code: 04207085

> Your Unique Customer Code is 03875493
>
> Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:
>
> FTT[65.0007404800000000]
> TRX[126132.0447667500000000]
> USDT[33683.7372484107362933]

Item #9 Scheduled Claim for Unique Customer Code: 03875493

> Your Unique Customer Code is 02495228
>
> Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:
>
> ATOM[0.0000000080971030]
> AVAX[0.0000000015193236]
> BTC[0.0000000020000000]
> CEL[0.0000000004154149]
> ETH[0.0000000040034000]
> LEO[0.0000000009337146]
> MATIC[0.0000000100000000]
> OKB[0.0000000037428695]
> RAY[0.0000000089423038]
> REN[0.0000000083537477]
> RUNE[0.0000000068232955]
> SRM[11.0398320200000000]
> SRM_LOCKED[218.2745915100000000]
> SUSHI[0.0000000015609515]
> TRX[0.0000000078614348]
> USD[586511.0793847120688004]
> USDC[417882.3071442600000000]
> USDT[0.0000000049380295]
> XAUT[0.0000000034135915]
> YFI[0.0000000040834186]

Item #10 Scheduled Claim for Unique Customer Code: 02495228