**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
|  | ) | **Case No. 22-11068 (JTD)** |
| **FTX TRADING LTD., et. al.,** | ) |  |
|  | ) | **(Jointly Administered)** |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, James E. Huggett, hereby certify that on December 13, 2023, I served a copy of *SPCP Group, LLC's Objection to the Transfer of Claim Other Than For Security* on the parties listed on the attached Service List via electronic mail, where available.

                                                      /s/ James E. Huggett
                                                      James E. Huggett (#3956)

## SERVICE LIST

### BY REGULAR MAIL

| | |
|---|---|
| Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | **Office Of US Trustee**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

### By CM/ECF

| | |
|---|---|
| Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | |