# SIGN-IN SHEET

JUDGE: Dorsey   COURTROOM: 5

CASE NUMBER(S): 22-11068   CASE NAME: FTX Trading Ltd.   DATE: 12/13/2023 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rob Poppiti | Young Conaway | Creditors Committee |
| Ken Pasquale | Paul Hastings | " |
| Brendan Schlauch | RLF | Joint Official Liquidators |
| Ryan Bies | White & Case | " |
| Brett Bakemeyer | " | " |
| John Weiss | Ernst & Young / Pishevar | Ernst & Young LLP |
| Benjamin Hackman | | U.S. Trustee |
| Elisabeth Bruce | DOJ Tax Division | IRS |
| Stephanie Sasarak | DOJ Tax Division | IRS |
| Jonathan Lipshie | UST | UST |

**CASE NAME:** *FTX Trading Ltd., et al.,*
**CASE NO:** 22-11068 (JTD)

**SIGN-IN SHEET**

**COURTROOM LOCATION:** 5
**DATE:** December 13, 2023 at 1:00 p.m. (ET)

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Marc De Leeuw | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

FTX Trading Ltd.
22-11068   JTD   12-13-2023
Omnibus

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Alexa | Kranzley | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Suzzanne | Uhland | Interested Party | Latham & Watkins LLP |
| Philip | Dalgarno | FC Cayman A LLC | Willkie Farr & Gallagher LLP |
| Ethan | Trotz | Creditor | Katten Muchin Rosenman LLP |
| Jason | Rosell | FTX MDL Plaintiffs | Pachulski Stang Ziehl & Jones LLP |
| Dawn | Giel | CNBC | N/A |
| Alexander | Steiger | JOLs of FTX Digital Markets Ltd. | Richards, Layton & Finger, P.A. |
| Mark | Hancock | Fee Examiner | Godfrey & Kahn, S.C. |
| Anna | Baydakova | Media | The Block |
| Jonathan | Weyand | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Matthew | Harvey | Ad Hoc Committee of Non-US Customers of FTX.com | Morris, Nichols, Arsht & Tunnell LLP |
| Erin | Broderick | Ad Hoc Committee of Non-US Customers of FTX.com | Eversheds Sutherland |
| Chad | Flick | n/a | Hudson Bay Capital Management |
| Harsh | Kondapalli | Diameter Capital | Diameter Capital |
| Grenville | Day | Cantor | Cantor |
| John | Weiss | Ernst & Young LLP | Pashman Stein Walder Hayden, P.C. |
| Mr. | Purple | Creditors | |
| Mark | Hurford | Celsius | A.M. Saccullo Legal, LLC |
| Taylor | Harrison | Debtwire | |
| Ken | Pasquale | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Erez | Gilad | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Gabriela | Urias | observing | |
| Kris | Hansen | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| Mat | Laskowski | Official Committee of Unsecured Creditors | Paul Hastings LLP |

FTX Trading Ltd.
22-11068   JTD   12-13-2023
Omnibus

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Luc | Despins | Official Committee of Unsecured Creditors | Paul Hastings LLP |
| howard | michaels | self | |
| wating | polo | hoder | lol |
| Gihoon | Jung | Creditors | HoonLabs |
| Vicky | lee | individual | |
| Chun | Ding | CRCM Master Fund | CRCM LP |
| David | Shim | Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP |
| MAXIMILIANO SERAFIN | LARRIBA HERRANZ | Customer | |
| Spencer | Payne | Silver Point Capital, LP | |
| Laura | Haney | Court | |
| Kaitlyn | Sundt | Forensic Investigation Consultant to Debtors | AlixPartners, LLP |
| Steven | Church | non party | Bloomberg News |
| Louis | Enriquez-Sarano | Debtors | Sullivan & Cromwell LLP |
| Stanton | McManus | United States | |
| Robert | Rock | New York State | Office of Attorney General Letitia James |
| John | Reding | Illinois Secretary of State | Illinois Attorney General's Office |
| Keith | McCormack | CCM | Keith McCormack |
| Dan | Steefel | Nexxus Participation Vehicle III | |
| JONNY | CHEN | no | |
| Jasmine | Armand (White & Case) | Party in interest | White & Case |
| Daniel | Carrigan | FBH Corp; FSB Corp | Baker Donelson, et. al. PC |
| Brian | Glueckstein | FTX Trading Ltd. et al. | Sullivan & Cromwell LLP |
| Clint | Simkins | Party in Interest | White & Case |
| Miles | Trevelyan | Nexxus Holdings | Nexxus Holdings |
| Caroline | Salls | BankruptcyData | |
| Robert | Cook | self | |
| Tierney | Tian | Customer | |

FTX Trading Ltd.
22-11068   JTD   12-13-2023
Omnibus

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Trevor | Jones | Interested Party | Davis Polk & Wardwell |
| Jack | Amed | Customer | |
| Pat | Rabbitte | Pro Se | n/a |
| Charu | Chitwan | JOLs | White & Case LLP |
| marty | Will | Non-participants, | |
| kevin | Liu | kevin liu | |
| lola | xie | creditors | |
| Guilherme | Henrique | Individual costumer | |
| effy | shi | investor | crcm ventures |
| GUI | ZHOU | FTT retail investors | FTT retail investors |
| lexuan | Li | FTT retail investors | |
| 企鹅 | 小 | retail invstors | |
| zhenghe | chen | matrixport | matrixport |
| WENJIONG | JIN | Matrixport.Ltd | |
| 森源 | 刘 | 18503094472 | |
| 毅 | 张 | 111 | y0404 |
| yi | le | none | |
| bin | wu | 111 | |
| Muhammed Ikbal | Karakaya | Ftt Investor | Ftt |
| no'a'h'y | a'u | aunoahy | zc82874077 |
| T | L | Personal | |
| lei | peng | anshu1992 | |
| Jinyang | Gao | Democratic Party | |
| 凯 | 安 | FTT retail investors | |
| 世超 | 宋 | 中国共产党 | 中华人民共和国四川省成都市双流区家乐惠超市 |
| Michael | Anfang | Debtors (non-participant) | Sullivan & Cromwell LLP |
| xi | li | 123456789 | |
| James | Nani | Bloomberg Law | Bloomberg Law |
| zilong | lin | Ftx | |
| 任 | 财财 | rcc | ren |
| louis | liu | ftt holder | g-venture |

FTX Trading Ltd.
22-11068   JTD   12-13-2023
Omnibus

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| smith | bill | citizen | |
| 钧剑 | 刘 | 好的 | 好的 |
| Jaco | Jin | watching | |
| 仁伟 | 黄 | 强盛集团 | 强盛水泥 |
| Kate | Mattern | Creditor | |
| Dewen | Yang | Laber | |
| wei | cheng | sbf | |
| wan | li | liwandaniel | daniel |
| 文森 | 文森 | 无 | |
| 杰 | 王 | 个人 | |
| Bao | MengJiang | none | |
| jiahao | mac | creditor | |
| cola | wang | sbf | |
| l | l | gcd | gangben |
| TAO | AA | None | |
| 贺 | 磊 | 民主党 | 6 |
| di | djdj | sjsjdn | |
| 禹翰 | 王 | 共产党 | |
| 布 | 丁 | 123 | |
| 文强 | 马 | 个体 | |
| 李 | 援军 | 12455 | |
| liangjie | ye | Democratic Party | |
| 哈 | 李 | 哟西 | |
| wan | li | liwandaniel | liwandaniel |
| Justin | M | Justin M | apple |
| rui | shen | FTT | |
| ray | x | orduience | |
| vivi | wong | kong | |
| 家辉 | 钱 | huwa | |
| LEE | ERIC | seeleyt | |
| mo | mo | victim | |
| D | D | na | |

FTX Trading Ltd.
22-11068　JTD　12-13-2023
Omnibus

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| 1 | 2 | 1317715893 | |
| hhv | gj | vjjb | |
| 小 | 企鹅 | 1 | |
| Hai | Li | Qqqq | Qqqq |
| hongzhi | sa | customer | |
| daniel | Hofstard | audience | |
| sherlock | lj | citizen | |
| yi | zhou | china | |
| 灯 | 向 | dnnn | dn |
| ming | xu | aaa | xu |
| 鑫 | 陈 | 森林矿社区 | 吴彦祖无限公司 |
| qinglong | Wang | personal | |
| luchuan | li | buyer | |
| jiakang | Liang | btc | btc |
| okm | nato | gc | |
| XinYu | Du | 听证 | Greeks.live |
| nance | bi | buls | asd |