# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>FTX TRADING, LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: D.I. 4102** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST COMBINED MONTHLY FEE STATEMENT OF EVERSHEDS SUTHERLAND (US) LLP, AS LEAD COUNSEL FOR THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2023 THROUGH SEPTEMBER 30, 2023**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First Monthly Fee Statement of Eversheds Sutherland (US) LLP, as Lead Counsel for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2023 Through September 30, 2023* [D.I. 4102] (the "Monthly Fee Statement"), filed on November 22, 2023.

The undersigned further certifies that no answer, objection or other responsive pleading to the Monthly Fee Statement appears on the Court's docket in this case. Pursuant to the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than December 13, 2023, at 4:00 p.m. (ET).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. A complete list of the debtors and the last four digits of their federal tax identification numbers may be obtained at https://cases.ra.kroll.com/FTX.

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 435] entered on January 9, 2023, the Debtors are authorized to pay eighty percent (80%) of the monthly fees and one hundred percent (100%) of the monthly expenses requested in the Monthly Fee Statement upon the filing of this Certificate of No Objection without any further court order.  The below chart details the amounts requested in the Monthly Fee Statement and the amount the Debtors are authorized to pay.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtor is Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $1,598,334.00 | $11,755.19 | $1,278,667.20 | $1,290,422.39 |

Dated:  December 14, 2023  
Wilmington, Delaware

Respectfully submitted,

*/s/ Jonathan M. Weyand*  
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**  
Eric D. Schwartz (No. 3134)  
Matthew B. Harvey (No. 5186)  
Jonathan M. Weyand (No. 6959)  
1201 North Market Street, 16th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
E-mail: eschwartz@morrisnichols.com  
           mharvey@morrisnichols.com  
           jweyand@morrisnichols.com

*Counsel to the Ad-Hoc Committee of Non-US Customers of FTX.com*