**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, Benjamin.A.Hackman@USDOJ.gov; David.Gerardi@USDOJ.gov; Jon.Lipshie@USDOJ.gov:

- Chapter 11 Monthly Operating Report for Case Number 22-11068 for the Month Ending: 08/31/2023 [Docket No. 4227]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 for the Month Ending: 08/31/2023 [Docket No. 4229]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 for the Month Ending: 08/31/2023 [Docket No. 4230]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 for the Month Ending: 08/31/2023 [Docket No. 4231]

- Chapter 11 Monthly Operating Report for Case Number 22-11104 for the Month Ending: 08/31/2023 [Docket No. 4232]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 for the Month Ending: 08/31/2023 [Docket No. 4233]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Chapter 11 Monthly Operating Report for Case Number 22-11173 for the Month Ending: 08/31/2023 [Docket No. 4234]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 for the Month Ending: 08/31/2023 [Docket No. 4235]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 for the Month Ending: 08/31/2023 [Docket No. 4236]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 for the Month Ending: 08/31/2023 [Docket No. 4237]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 for the Month Ending: 08/31/2023 [Docket No. 4238]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 for the Month Ending: 08/31/2023 [Docket No. 4239]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 for the Month Ending: 08/31/2023 [Docket No. 4240]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 for the Month Ending: 08/31/2023 [Docket No. 4241]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 for the Month Ending: 08/31/2023 [Docket No. 4242]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 for the Month Ending: 08/31/2023 [Docket No. 4243]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 for the Month Ending: 08/31/2023 [Docket No. 4244]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 for the Month Ending: 08/31/2023 [Docket No. 4245]

- Chapter 11 Monthly Operating Report for Case Number 22-11128 for the Month Ending: 08/31/2023 [Docket No. 4246]

- Chapter 11 Monthly Operating Report for Case Number 22-11066 for the Month Ending: 08/31/2023 [Docket No. 4247]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 for the Month Ending: 08/31/2023 [Docket No. 4248]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 for the Month Ending: 08/31/2023 [Docket No. 4249]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 for the Month Ending: 08/31/2023 [Docket No. 4250]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 for the Month Ending: 08/31/2023 [Docket No. 4251]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 for the Month Ending: 08/31/2023 [Docket No. 4252]

- Chapter 11 Monthly Operating Report for Case Number 22-11107 for the Month Ending: 08/31/2023 [Docket No. 4253]

- Chapter 11 Monthly Operating Report for Case Number 22-11073 for the Month Ending: 08/31/2023 [Docket No. 4254]

- Chapter 11 Monthly Operating Report for Case Number 22-11086 for the Month Ending: 08/31/2023 [Docket No. 4255]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 for the Month Ending: 08/31/2023 [Docket No. 4256]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 for the Month Ending: 08/31/2023 [Docket No. 4258]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 for the Month Ending: 08/31/2023 [Docket No. 4259]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 for the Month Ending: 08/31/2023 [Docket No. 4260]

- Chapter 11 Monthly Operating Report for Case Number 22-11080 for the Month Ending: 08/31/2023 [Docket No. 4261]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 for the Month Ending: 08/31/2023 [Docket No. 4262]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 for the Month Ending: 08/31/2023 [Docket No. 4263]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 for the Month Ending: 08/31/2023 [Docket No. 4264]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 for the Month Ending: 08/31/2023 [Docket No. 4265]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 for the Month Ending: 08/31/2023 [Docket No. 4266]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 for the Month Ending: 08/31/2023 [Docket No. 4267]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 for the Month Ending: 08/31/2023 [Docket No. 4268]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 for the Month Ending: 08/31/2023 [Docket No. 4269]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 for the Month Ending: 08/31/2023 [Docket No. 4270]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 for the Month Ending: 08/31/2023 [Docket No. 4271]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 for the Month Ending: 08/31/2023 [Docket No. 4272]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 for the Month Ending: 08/31/2023 [Docket No. 4273]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 for the Month Ending: 08/31/2023 [Docket No. 4274]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 for the Month Ending: 08/31/2023 [Docket No. 4275]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 for the Month Ending: 08/31/2023 [Docket No. 4276]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 for the Month Ending: 08/31/2023 [Docket No. 4277]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 for the Month Ending: 08/31/2023 [Docket No. 4278]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 for the Month Ending: 08/31/2023 [Docket No. 4279]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 for the Month Ending: 08/31/2023 [Docket No. 4280]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 for the Month Ending: 08/31/2023 [Docket No. 4281]

- Chapter 11 Monthly Operating Report for Case Number 22-11091 for the Month Ending: 08/31/2023 [Docket No. 4282]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 for the Month Ending: 08/31/2023 [Docket No. 4283]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 for the Month Ending: 08/31/2023 [Docket No. 4284]

- Chapter 11 Monthly Operating Report for Case Number 22-11092 for the Month Ending: 08/31/2023 [Docket No. 4285]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 for the Month Ending: 08/31/2023 [Docket No. 4286]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 for the Month Ending: 08/31/2023 [Docket No. 4287]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 for the Month Ending: 08/31/2023 [Docket No. 4288]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 for the Month Ending: 08/31/2023 [Docket No. 4290]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 for the Month Ending: 08/31/2023 [Docket No. 4291]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 for the Month Ending: 08/31/2023 [Docket No. 4292]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 for the Month Ending: 08/31/2023 [Docket No. 4293]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 for the Month Ending: 08/31/2023 [Docket No. 4294]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 for the Month Ending: 08/31/2023 [Docket No. 4295]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 for the Month Ending: 08/31/2023 [Docket No. 4297]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 for the Month Ending: 08/31/2023 [Docket No. 4298]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 for the Month Ending: 08/31/2023 [Docket No. 4299]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 for the Month Ending: 08/31/2023 [Docket No. 4300]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 for the Month Ending: 08/31/2023 [Docket No. 4301]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 for the Month Ending: 08/31/2023 [Docket No. 4302]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 for the Month Ending: 08/31/2023 [Docket No. 4303]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 for the Month Ending: 08/31/2023 [Docket No. 4304]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 for the Month Ending: 08/31/2023 [Docket No. 4305]

- Chapter 11 Monthly Operating Report for Case Number 22-11164 for the Month Ending: 08/31/2023 [Docket No. 4306]

- Chapter 11 Monthly Operating Report for Case Number 22-11165 for the Month Ending: 08/31/2023 [Docket No. 4307]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 for the Month Ending: 08/31/2023 [Docket No. 4311]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 for the Month Ending: 08/31/2023 [Docket No. 4312]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 for the Month Ending: 08/31/2023 [Docket No. 4313]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 for the Month Ending: 08/31/2023 [Docket No. 4314]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 for the Month Ending: 08/31/2023 [Docket No. 4315]

- Chapter 11 Monthly Operating Report for Case Number 22-11123 for the Month Ending: 08/31/2023 [Docket No. 4316]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 for the Month Ending: 08/31/2023 [Docket No. 4317]

- Chapter 11 Monthly Operating Report for Case Number 22-11169 for the Month Ending: 08/31/2023 [Docket No. 4318]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 for the Month Ending: 08/31/2023 [Docket No. 4319]

- Chapter 11 Monthly Operating Report for Case Number 22-11122 for the Month Ending: 08/31/2023 [Docket No. 4320]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 for the Month Ending: 08/31/2023 [Docket No. 4321]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 for the Month Ending: 08/31/2023 [Docket No. 4322]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 for the Month Ending: 08/31/2023 [Docket No. 4323]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 for the Month Ending: 08/31/2023 [Docket No. 4324]

- Chapter 11 Monthly Operating Report for Case Number 22-11119 for the Month Ending: 08/31/2023 [Docket No. 4325]

- Chapter 11 Monthly Operating Report for Case Number 22-11103 for the Month Ending: 08/31/2023 [Docket No. 4326]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 for the Month Ending: 08/31/2023 [Docket No. 4327]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 for the Month Ending: 08/31/2023 [Docket No. 4328]

- Chapter 11 Monthly Operating Report for Case Number 22-11068 for the Month Ending: 09/30/2023 [Docket No. 4335]

- Chapter 11 Monthly Operating Report for Case Number 22-11104 for the Month Ending: 09/30/2023 [Docket No. 4336]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 for the Month Ending: 09/30/2023 [Docket No. 4337]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 for the Month Ending: 09/30/2023 [Docket No. 4338]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 for the Month Ending: 09/30/2023 [Docket No. 4339]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 for the Month Ending: 09/30/2023 [Docket No. 4340]

- Chapter 11 Monthly Operating Report for Case Number 22-11066 for the Month Ending: 09/30/2023 [Docket No. 4341]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 for the Month Ending: 09/30/2023 [Docket No. 4342]

- Chapter 11 Monthly Operating Report for Case Number 22-11107 for the Month Ending: 09/30/2023 [Docket No. 4343]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 for the Month Ending: 09/30/2023 [Docket No. 4344]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 for the Month Ending: 09/30/2023 [Docket No. 4345]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 for the Month Ending: 09/30/2023 [Docket No. 4346]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 for the Month Ending: 09/30/2023 [Docket No. 4347]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 for the Month Ending: 09/30/2023 [Docket No. 4348]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 for the Month Ending: 09/30/2023 [Docket No. 4349]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 for the Month Ending: 09/30/2023 [Docket No. 4350]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 for the Month Ending: 09/30/2023 [Docket No. 4351]

- Chapter 11 Monthly Operating Report for Case Number 22-11080 for the Month Ending: 09/30/2023 [Docket No. 4352]

- Chapter 11 Monthly Operating Report for Case Number 22-11173 for the Month Ending: 09/30/2023 [Docket No. 4353]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 for the Month Ending: 09/30/2023 [Docket No. 4354]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 for the Month Ending: 09/30/2023 [Docket No. 4355]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 for the Month Ending: 09/30/2023 [Docket No. 4356]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 for the Month Ending: 09/30/2023 [Docket No. 4357]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 for the Month Ending: 09/30/2023 [Docket No. 4358]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 for the Month Ending: 09/30/2023 [Docket No. 4359]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 for the Month Ending: 09/30/2023 [Docket No. 4360]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 for the Month Ending: 09/30/2023 [Docket No. 4361]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 for the Month Ending: 09/30/2023 [Docket No. 4362]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 for the Month Ending: 09/30/2023 [Docket No. 4363]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 for the Month Ending: 09/30/2023 [Docket No. 4364]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 for the Month Ending: 09/30/2023 [Docket No. 4365]

- Chapter 11 Monthly Operating Report for Case Number 22-11128 for the Month Ending: 09/30/2023 [Docket No. 4366]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 for the Month Ending: 09/30/2023 [Docket No. 4367]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 for the Month Ending: 09/30/2023 [Docket No. 4368]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 for the Month Ending: 09/30/2023 [Docket No. 4369]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 for the Month Ending: 09/30/2023 [Docket No. 4370]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 for the Month Ending: 09/30/2023 [Docket No. 4371]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 for the Month Ending: 09/30/2023 [Docket No. 4372]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 for the Month Ending: 09/30/2023 [Docket No. 4373]

- Chapter 11 Monthly Operating Report for Case Number 22-11073 for the Month Ending: 09/30/2023 [Docket No. 4374]

- Chapter 11 Monthly Operating Report for Case Number 22-11086 for the Month Ending: 09/30/2023 [Docket No. 4375]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 for the Month Ending: 09/30/2023 [Docket No. 4376]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 for the Month Ending: 09/30/2023 [Docket No. 4377]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 for the Month Ending: 09/30/2023 [Docket No. 4378]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 for the Month Ending: 09/30/2023 [Docket No. 4379]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 for the Month Ending: 09/30/2023 [Docket No. 4380]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 for the Month Ending: 09/30/2023 [Docket No. 4381]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 for the Month Ending: 09/30/2023 [Docket No. 4382]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 for the Month Ending: 09/30/2023 [Docket No. 4383]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 for the Month Ending: 09/30/2023 [Docket No. 4384]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 for the Month Ending: 09/30/2023 [Docket No. 4385]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 for the Month Ending: 09/30/2023 [Docket No. 4386]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 for the Month Ending: 09/30/2023 [Docket No. 4387]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 for the Month Ending: 09/30/2023 [Docket No. 4388]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 for the Month Ending: 09/30/2023 [Docket No. 4389]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 for the Month Ending: 09/30/2023 [Docket No. 4390]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 for the Month Ending: 09/30/2023 [Docket No. 4391]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 for the Month Ending: 09/30/2023 [Docket No. 4392]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 for the Month Ending: 09/30/2023 [Docket No. 4393]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 for the Month Ending: 09/30/2023 [Docket No. 4395]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 for the Month Ending: 09/30/2023 [Docket No. 4396]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 for the Month Ending: 09/30/2023 [Docket No. 4397]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 for the Month Ending: 09/30/2023 [Docket No. 4398]

- Chapter 11 Monthly Operating Report for Case Number 22-11091 for the Month Ending: 09/30/2023 [Docket No. 4399]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 for the Month Ending: 09/30/2023 [Docket No. 4401]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 for the Month Ending: 09/30/2023 [Docket No. 4402]

- Chapter 11 Monthly Operating Report for Case Number 22-11092 for the Month Ending: 09/30/2023 [Docket No. 4403]

- Chapter 11 Monthly Operating Report for Case Number 22-11164 for the Month Ending: 09/30/2023 [Docket No. 4404]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 for the Month Ending: 09/30/2023 [Docket No. 4405]

- Chapter 11 Monthly Operating Report for Case Number 22-11165 for the Month Ending: 09/30/2023 [Docket No. 4406]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 for the Month Ending: 09/30/2023 [Docket No. 4407]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 for the Month Ending: 09/30/2023 [Docket No. 4408]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 for the Month Ending: 09/30/2023 [Docket No. 4409]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 for the Month Ending: 09/30/2023 [Docket No. 4410]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 for the Month Ending: 09/30/2023 [Docket No. 4411]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 for the Month Ending: 09/30/2023 [Docket No. 4412]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 for the Month Ending: 09/30/2023 [Docket No. 4413]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 for the Month Ending: 09/30/2023 [Docket No. 4414]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 for the Month Ending: 09/30/2023 [Docket No. 4415]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 for the Month Ending: 09/30/2023 [Docket No. 4416]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 for the Month Ending: 09/30/2023 [Docket No. 4417]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 for the Month Ending: 09/30/2023 [Docket No. 4418]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 for the Month Ending: 09/30/2023 [Docket No. 4419]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 for the Month Ending: 09/30/2023 [Docket No. 4420]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 for the Month Ending: 09/30/2023 [Docket No. 4421]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 for the Month Ending: 09/30/2023 [Docket No. 4422]

- Chapter 11 Monthly Operating Report for Case Number 22-11103 for the Month Ending: 09/30/2023 [Docket No. 4423]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 for the Month Ending: 09/30/2023 [Docket No. 4425]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 for the Month Ending: 09/30/2023 [Docket No. 4426]

- Chapter 11 Monthly Operating Report for Case Number 22-11119 for the Month Ending: 09/30/2023 [Docket No. 4427]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 for the Month Ending: 09/30/2023 [Docket No. 4428]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 for the Month Ending: 09/30/2023 [Docket No. 4429]

- Chapter 11 Monthly Operating Report for Case Number 22-11122 for the Month Ending: 09/30/2023 [Docket No. 4430]

- Chapter 11 Monthly Operating Report for Case Number 22-11169 for the Month Ending: 09/30/2023 [Docket No. 4431]

- Chapter 11 Monthly Operating Report for Case Number 22-11123 for the Month Ending: 09/30/2023 [Docket No. 4432]

- Eleventh Interim Financial Update [Docket No. 4309] (the ***"Eleventh Interim"***)

- Twelfth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2023 through and Including October 31, 2023 [Docket No. 4424] (the ***"Twelfth Monthly Fee Statement"***)

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the Eleventh Interim to be served via First Class Mail on the Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi, Jon Lipshie, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the Eleventh Interim and the Twelfth Monthly Fee Statement to be served via First Class Mail on the Unsecured Creditors Committee Service List attached hereto on **Exhibit A:**

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the Eleventh Interim to be served via Email on the Unsecured Creditors Committee Email Service List attached hereto as **Exhibit B:**

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the Twelfth Monthly Fee Statement to be served via Email on the Fee Application Service List attached hereto as **Exhibit C:**

*[Remainder of page intentionally left blank]*

Dated: December 12, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 12, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A

Unsecured Creditors Committee Service List

Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|------|-------------|---------|------|-------|-----|
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | WILMINGTON | DE | 19801 |

**Exhibit B**

Exhibit B
Unsecured Creditors Committee Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |

**Exhibit C**

Exhibit C

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM; RPOPPITI@YCST.COM |
| GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | KSTADLER@GKLAW.COM |