# Exhibit A

## Time Records of Jefferies Professionals

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/02/23 | Michael O'Hara | Weekly Call with UCC re: plan update, Mysten, FTX 2.0, M&A update, coin & monetization | 2.0 | 3 |
| 08/02/23 | Michael O'Hara | Prepare for weekly call with UCC re: FTX 2.0 and M&A update | 0.5 | 9 |
| 08/03/23 | Michael O'Hara | Call with interested party regarding Debtors' venture portfolio | 0.5 | 1 |
| 08/03/23 | Michael O'Hara | Review of UCC feedback re: venture investments | 0.5 | 3 |
| 08/03/23 | Michael O'Hara | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Michael O'Hara | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/07/23 | Michael O'Hara | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/09/23 | Michael O'Hara | Weekly UCC call re: FTX 2.0, plan update, token monetization | 2.0 | 3 |
| 08/09/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 08/10/23 | Michael O'Hara | Meeting with UCC re: mediation | 1.0 | 3 |
| 08/10/23 | Michael O'Hara | Weekly Call with Debtors: venture updates | 1.0 | 4 |
| 08/10/23 | Michael O'Hara | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/11/23 | Michael O'Hara | Review of update documents for UCC re: FTX 2.0 | 0.5 | 4 |
| 08/11/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, and others re: UCC member information access protocol | 0.5 | 11 |
| 08/14/23 | Michael O'Hara | Weekly Call with UCC advisors re: workstreams and general updates | 0.5 | 11 |
| 08/15/23 | Michael O'Hara | Review of reverse due diligence materials re: FTX 2.0 Process | 0.5 | 2 |
| 08/15/23 | Michael O'Hara | Review and prepare update for the UCC re: Genesis Digital Assets | 0.5 | 9 |
| 08/15/23 | Michael O'Hara | Review of investment materials re: Genesis Digital Assets, FTX 2.0, and Sino Global | 1.0 | 9 |
| 08/16/23 | Michael O'Hara | Weekly UCC call re: plan and mediation, FTX 2.0, waterfall analysis, preference, M&A update | 2.5 | 3 |
| 08/16/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 08/21/23 | Michael O'Hara | Weekly Call with UCC Advisors re: Committee meeting agenda | 1.0 | 11 |
| 08/22/23 | Michael O'Hara | Call with interested party regarding case status | 0.5 | 1 |
| 08/23/23 | Michael O'Hara | August omnibus hearing | 1.5 | 1 |
| 08/24/23 | Michael O'Hara | Meeting with Debtor re: FTX 2.0 | 0.5 | 4 |
| 08/24/23 | Michael O'Hara | Meeting with Debtor re: venture assets, GP RFP | 0.5 | 4 |
| 08/24/23 | Michael O'Hara | Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs | 0.5 | 4 |
| 08/24/23 | Michael O'Hara | Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee | 0.5 | 11 |
| 08/24/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, S. Carri re: FTX 2.0 Process | 0.5 | 11 |
| 08/25/23 | Michael O'Hara | Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA | 0.5 | 11 |
| 08/28/23 | Michael O'Hara | Meeting with Debtor re: FTX 2.0, NDAs, FTX 2.0 Process discussions | 0.5 | 4 |
| 08/28/23 | Michael O'Hara | Weekly Call with UCC advisors re: Workstreams and general updates | 1.0 | 11 |
| 08/29/23 | Michael O'Hara | Weekly Call with UCC re: Capital calls, AHC-related issues | 0.5 | 3 |
| 08/29/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 08/29/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Fund Process Update | 0.5 | 11 |
| 08/30/23 | Michael O'Hara | Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid | 0.5 | 4 |
| 08/31/23 | Michael O'Hara | Weekly Call with Debtors re: capital calls, NAVs, GPs | 1.0 | 4 |
| 08/31/23 | Michael O'Hara | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| **August 1, 2023 - August 31, 2023 Hours for Michael O'Hara** | | | **30.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/02/23 | Ryan Hamilton | Weekly Call with UCC re: plan update, Mysten, FTX 2.0, M&A update, coin & monetization | 2.0 | 3 |
| 08/02/23 | Ryan Hamilton | Prepare for weekly call with UCC | 0.5 | 9 |
| 08/03/23 | Ryan Hamilton | Call with interested party regarding Debtors' venture portfolio | 0.5 | 1 |
| 08/03/23 | Ryan Hamilton | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/07/23 | Ryan Hamilton | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/09/23 | Ryan Hamilton | Weekly UCC call re: FTX 2.0, plan update, token monetization | 2.0 | 3 |
| 08/09/23 | Ryan Hamilton | Prepare for weekly UCC call | 0.5 | 9 |
| 08/10/23 | Ryan Hamilton | Meeting with UCC re: mediation | 1.0 | 3 |
| 08/10/23 | Ryan Hamilton | Weekly Call with Debtors: venture updates | 1.0 | 4 |
| 08/10/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/11/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, and others re: UCC member information access protocol | 0.5 | 11 |
| 08/14/23 | Ryan Hamilton | Internal call with D. Homrich and L. Hultgren re: weekly UCC call | 0.5 | 4 |
| 08/14/23 | Ryan Hamilton | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/14/23 | Ryan Hamilton | Communications with Paul Hastings (B. Kelly, L. Koch) re: venture portfolio updates for the UCC | 0.5 | 11 |
| 08/15/23 | Ryan Hamilton | Review of FTX 2.0 reverse due diligence questions | 0.5 | 4 |
| 08/15/23 | Ryan Hamilton | Review of investment materials re: Sino Global | 1.0 | 9 |
| 08/15/23 | Ryan Hamilton | Prepare summary of venture investment re: Sino Global | 0.5 | 9 |
| 08/15/23 | Ryan Hamilton | Review update materials for the UCC re: Genesis Digital Assets | 1.0 | 4 |
| 08/16/23 | Ryan Hamilton | Weekly UCC call re: plan and mediation, FTX 2.0, waterfall analysis, preference, M&A update | 2.5 | 4 |
| 08/16/23 | Ryan Hamilton | Prepare for weekly UCC call | 1.0 | 9 |
| 08/16/23 | Ryan Hamilton | Review communications re: Genesis settlement | 1.0 | 11 |
| 08/17/23 | Ryan Hamilton | Review mediation motion | 0.5 | 1 |
| 08/17/23 | Ryan Hamilton | Call with interested party regarding Debtors' venture portfolio | 0.5 | 1 |
| 08/19/23 | Ryan Hamilton | Call with UCC re: motion to compel mediation | 1.0 | 3 |
| 08/20/23 | Ryan Hamilton | Review AHC response to UCC statement | 0.5 | 9 |
| 08/21/23 | Ryan Hamilton | Weekly Call with UCC Advisors re: Committee meeting agenda | 1.0 | 11 |
| 08/22/23 | Ryan Hamilton | Call with interested party regarding case status | 0.5 | 1 |
| 08/23/23 | Ryan Hamilton | August omnibus hearing | 1.5 | 1 |
| 08/24/23 | Ryan Hamilton | Meeting with Debtor re: FTX 2.0 | 0.5 | 4 |
| 08/24/23 | Ryan Hamilton | Meeting with Debtor re: venture assets, GP RFP | 0.5 | 4 |
| 08/24/23 | Ryan Hamilton | Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs | 0.5 | 4 |
| 08/24/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee | 0.5 | 11 |
| 08/24/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, S. Carri re: FTX 2.0 Process | 0.5 | 11 |
| 08/25/23 | Ryan Hamilton | Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA | 0.5 | 11 |
| 08/27/23 | Ryan Hamilton | Call with Paul Hastings (E. Gilad) and T. Shea re: FTX 2.0 | 0.5 | 11 |
| 08/28/23 | Ryan Hamilton | Meeting with Debtor re: FTX 2.0 Process discussions, NDAs | 1.0 | 4 |
| 08/28/23 | Ryan Hamilton | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/28/23 | Ryan Hamilton | Communications with Paul Hastings (E. Gilad, E. Sibbet) re: FTX 2.0 | 1.0 | 11 |
| 08/29/23 | Ryan Hamilton | Weekly Call with UCC re: Capital calls, AHC-related issues | 0.5 | 3 |
| 08/29/23 | Ryan Hamilton | Prepare for weekly UCC call | 0.5 | 9 |
| 08/29/23 | Ryan Hamilton | Call between UCC Advisors and AHC Advisors | 1.0 | 11 |
| 08/29/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Fund Process Update | 0.5 | 11 |
| 08/30/23 | Ryan Hamilton | Communications with PWP re: FTX 2.0 | 0.5 | 4 |
| 08/30/23 | Ryan Hamilton | Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid | 0.5 | 4 |
| 08/30/23 | Ryan Hamilton | Communications with FTI re: recovery analysis | 0.5 | 9 |
| 08/31/23 | Ryan Hamilton | Review Debtors' materials re: FTX 2.0 | 1.0 | 2 |
| 08/31/23 | Ryan Hamilton | Weekly Call with Debtors re: capital calls, NAVs, GPs | 1.0 | 4 |
| 08/31/23 | Ryan Hamilton | Review update materials for the UCC re: venture portfolio | 1.0 | 9 |
| 08/31/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| **August 1, 2023 - August 31, 2023 Hours for Ryan Hamilton** | | | **40.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/02/23 | Daniel Homrich | Weekly Call with UCC re: plan update, Mysten, FTX 2.0, M&A update, coin & monetization | 2.0 | 3 |
| 08/03/23 | Daniel Homrich | Call with interested party regarding Debtors' venture portfolio | 0.5 | 1 |
| 08/03/23 | Daniel Homrich | Review of UCC feedback re: venture investments | 0.5 | 4 |
| 08/03/23 | Daniel Homrich | Weekly Call with Debtors: GDA, Sino Global, UCC feedback | 0.5 | 4 |
| 08/03/23 | Daniel Homrich | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Daniel Homrich | Review of venture assets due diligence files | 3.0 | 9 |
| 08/03/23 | Daniel Homrich | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/07/23 | Daniel Homrich | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 4 |
| 08/09/23 | Daniel Homrich | Weekly UCC call re: FTX 2.0, plan update, token monetization | 2.0 | 3 |
| 08/10/23 | Daniel Homrich | Meeting with UCC re: mediation | 1.0 | 3 |
| 08/10/23 | Daniel Homrich | Weekly Call with Debtors: venture updates | 1.0 | 4 |
| 08/10/23 | Daniel Homrich | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/14/23 | Daniel Homrich | Prepare update for the UCC re: Genesis Digital Assets | 3.0 | 9 |
| 08/14/23 | Daniel Homrich | Analysis of Genesis Digital Assets | 2.0 | 9 |
| 08/14/23 | Daniel Homrich | Internal call with R. Hamilton and L. Hultgren re: weekly UCC call | 0.5 | 11 |
| 08/14/23 | Daniel Homrich | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/15/23 | Daniel Homrich | Review of FTX 2.0 reverse due diligence questions | 0.5 | 2 |
| 08/15/23 | Daniel Homrich | Internal Call with R. Hamilton, T. Shea, L. Hultgren, S. Carri re: Secondaries Update | 1.0 | 9 |
| 08/15/23 | Daniel Homrich | Prepare summary of venture investment re: Sino Global | 0.5 | 9 |
| 08/15/23 | Daniel Homrich | Prepare update for the UCC re: Genesis Digital Assets | 4.0 | 9 |
| 08/15/23 | Daniel Homrich | Preparation of materials re: Genesis Digital Assets & Liquid Value Fund | 7.0 | 9 |
| 08/16/23 | Daniel Homrich | Weekly UCC call re: plan and mediation, FTX 2.0, waterfall analysis, preference, M&A update | 2.5 | 3 |
| 08/21/23 | Daniel Homrich | Weekly Call with UCC Advisors re: Committee meeting agenda | 1.0 | 11 |
| 08/22/23 | Daniel Homrich | Call with interested party regarding case status | 0.5 | 1 |
| 08/23/23 | Daniel Homrich | August omnibus hearing | 1.5 | 1 |
| 08/23/23 | Daniel Homrich | Review of timeline re: FTX 2.0 | 1.0 | 4 |
| 08/24/23 | Daniel Homrich | Review of timeline and other materials re: FTX 2.0 | 4.0 | 2 |
| 08/24/23 | Daniel Homrich | Meeting with Debtor re: FTX 2.0 | 1.0 | 4 |
| 08/24/23 | Daniel Homrich | Meeting with Debtor re: venture assets, GP RFP | 0.5 | 4 |
| 08/24/23 | Daniel Homrich | Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs | 0.5 | 4 |
| 08/24/23 | Daniel Homrich | Internal Call with M. O'Hara, T. Shea, R. Hamilton, S. Carri re: FTX 2.0 Process | 0.5 | 11 |
| 08/24/23 | Daniel Homrich | Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee | 0.5 | 11 |
| 08/25/23 | Daniel Homrich | Review of timeline and other materials re: FTX 2.0 | 2.0 | 2 |
| 08/25/23 | Daniel Homrich | Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA | 0.5 | 11 |
| 08/27/23 | Daniel Homrich | Discussion of 2.0 with other UCC advisors | 0.5 | 11 |
| 08/28/23 | Daniel Homrich | Meeting with Debtor re: FTX 2.0 Process discussions, NDAs | 1.0 | 4 |
| 08/28/23 | Daniel Homrich | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/29/23 | Daniel Homrich | Internal Meeting with M. O'Hara, R. Hamilton, T. Shea, L. Hultgren, S. Carri | 0.5 | 3 |
| 08/29/23 | Daniel Homrich | Internal Call with M. O'Hara, R. Hamilton, T. Shea, L. Hultgren, S. Carri re: Fund Process Update | 0.5 | 11 |
| 08/30/23 | Daniel Homrich | Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid | 0.5 | 4 |
| 08/31/23 | Daniel Homrich | Weekly Call with Debtors re: capital calls, NAVs, GPs | 1.0 | 4 |
| 08/31/23 | Daniel Homrich | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| **August 1, 2023 - August 31, 2023 Hours for Daniel Homrich** | | | **55.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/01/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 08/03/23 | Lars Hultgren | Review of UCC feedback re: venture investments | 0.5 | 3 |
| 08/03/23 | Lars Hultgren | Weekly Call with Debtors: GDA, Sino Global, UCC feedback | 0.5 | 4 |
| 08/03/23 | Lars Hultgren | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Lars Hultgren | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/04/23 | Lars Hultgren | Review of venture investment materials re: key assets | 2.0 | 9 |
| 08/07/23 | Lars Hultgren | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/10/23 | Lars Hultgren | Meeting with UCC re: mediation | 1.0 | 3 |
| 08/10/23 | Lars Hultgren | Weekly Call with Debtors: venture updates | 1.0 | 4 |
| 08/10/23 | Lars Hultgren | Prepare draft agenda re: weekly call with Debtors | 0.5 | 9 |
| 08/10/23 | Lars Hultgren | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/14/23 | Lars Hultgren | Prepare update re: Genesis Digital Assets | 1.5 | 9 |
| 08/14/23 | Lars Hultgren | Review information related to Genesis Digital Assets | 1.5 | 9 |
| 08/14/23 | Lars Hultgren | Internal call with R. Hamilton and D. Homrich re: weekly UCC call | 0.5 | 11 |
| 08/14/23 | Lars Hultgren | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/15/23 | Lars Hultgren | Review of FTX 2.0 reverse due diligence questions | 0.5 | 2 |
| 08/15/23 | Lars Hultgren | Review of investment materials re: Sino Global | 1.0 | 9 |
| 08/15/23 | Lars Hultgren | Prepare summary of venture investment re: Sino Global | 1.0 | 9 |
| 08/15/23 | Lars Hultgren | Preparation of materials re: Genesis Digital Assets & Liquid Value Fund | 1.0 | 9 |
| 08/16/23 | Lars Hultgren | Prepare fee application | 4.0 | 1 |
| 08/17/23 | Lars Hultgren | Crypto-related news compilation | 0.5 | 1 |
| 08/21/23 | Lars Hultgren | Weekly Call with UCC Advisors re: Capital calls | 1.0 | 11 |
| 08/23/23 | Lars Hultgren | August omnibus hearing | 1.5 | 1 |
| 08/23/23 | Lars Hultgren | Review of timeline and other materials re: FTX 2.0 | 1.0 | 2 |
| 08/24/23 | Lars Hultgren | Prepare preliminary timeline re: FTX 2.0 | 1.0 | 2 |
| 08/24/23 | Lars Hultgren | Meeting with Debtor re: FTX 2.0 | 0.5 | 4 |
| 08/24/23 | Lars Hultgren | Meeting with Debtor re: venture assets, GP search | 0.5 | 4 |
| 08/24/23 | Lars Hultgren | Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs | 0.5 | 4 |
| 08/24/23 | Lars Hultgren | Internal Call with S. Carri re: Review Debtors' VDR | 0.5 | 9 |
| 08/24/23 | Lars Hultgren | Review of GP RFP materials | 1.0 | 9 |
| 08/24/23 | Lars Hultgren | Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee | 0.5 | 11 |
| 08/25/23 | Lars Hultgren | Prepare for meeting with Debtor re: FTX 2.0 | 1.0 | 2 |
| 08/25/23 | Lars Hultgren | Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA | 0.5 | 11 |
| 08/26/23 | Lars Hultgren | Review of GP RFP materials | 1.0 | 9 |
| 08/28/23 | Lars Hultgren | Meeting with Debtor re: FTX 2.0 Process discussions, NDAs | 1.0 | 4 |
| 08/28/23 | Lars Hultgren | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/29/23 | Lars Hultgren | Weekly Call with UCC re: Capital calls, AHC-related issues | 0.5 | 3 |
| 08/29/23 | Lars Hultgren | Review of venture portfolio fund investments | 2.0 | 9 |
| 08/29/23 | Lars Hultgren | Crypto-related news compilation | 0.5 | 1 |
| 08/29/23 | Lars Hultgren | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, S. Carri re: Fund Process Update | 0.5 | 11 |
| 08/30/23 | Lars Hultgren | Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid | 0.5 | 4 |
| 08/31/23 | Lars Hultgren | Review Debtors' materials re: FTX 2.0 | 0.5 | 2 |
| 08/31/23 | Lars Hultgren | Weekly Call with Debtors re: capital calls, NAVs, GPs | 1.0 | 4 |
| 08/31/23 | Lars Hultgren | Review update materials for the UCC re: venture portfolio | 0.5 | 9 |
| 08/31/23 | Lars Hultgren | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| | | **August 1, 2023 - August 31, 2023 Hours for Lars Hultgren** | **42.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/01/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| 08/02/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| 08/03/23 | Gabriela Hull | Weekly Call with Debtors: GDA, Sino Global, UCC feedback | 0.5 | 4 |
| 08/03/23 | Gabriela Hull | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Gabriela Hull | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/03/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| 08/04/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| 08/07/23 | Gabriela Hull | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/07/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| 08/08/23 | Gabriela Hull | Prepare fee application | 0.5 | 1 |
| 08/08/23 | Gabriela Hull | Crypto-related news compilation | 0.5 | 1 |
| | **August 1, 2023 - August 31, 2023 Hours for Gabriela Hull** | | **7.0** | |
| 08/02/23 | Timothy Shea | Weekly Call with UCC re: plan update, Mysten, FTX 2.0, M&A update, coin & monetization | 2.0 | 3 |
| 08/03/23 | Timothy Shea | Call with interested party regarding Debtors' venture portfolio | 0.5 | 1 |
| 08/03/23 | Timothy Shea | Review of UCC feedback re: venture investments | 0.5 | 3 |
| 08/03/23 | Timothy Shea | Weekly Call with Debtors: GDA, Sino Global, UCC feedback | 0.5 | 4 |
| 08/03/23 | Timothy Shea | Weekly Call with Debtors and UCC re: FTX 2.0 Process update | 1.5 | 4 |
| 08/03/23 | Timothy Shea | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/07/23 | Timothy Shea | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/09/23 | Timothy Shea | Weekly UCC call re: FTX 2.0, plan update, token monetization | 2.0 | 3 |
| 08/10/23 | Timothy Shea | Meeting with UCC re: mediation | 1.0 | 3 |
| 08/10/23 | Timothy Shea | Weekly Call with Debtors: venture updates | 1.0 | 4 |
| 08/10/23 | Timothy Shea | Weekly Call with Paul Hastings re: venture investment updates | 0.5 | 11 |
| 08/11/23 | Timothy Shea | Internal Call with M. O'Hara, R. Hamilton, and others re: UCC member information access protocol | 0.5 | 11 |
| 08/14/23 | Timothy Shea | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/16/23 | Timothy Shea | Weekly UCC call re: plan and mediation, FTX 2.0, waterfall analysis, preference, M&A update | 2.5 | 3 |
| 08/21/23 | Timothy Shea | Weekly Call with UCC Advisors re: Committee meeting agenda | 1.0 | 11 |
| 08/24/23 | Timothy Shea | Meeting with Debtor re: FTX 2.0 | 0.5 | 4 |
| 08/24/23 | Timothy Shea | Meeting with Debtor re: venture assets, GP RFP | 0.5 | 4 |
| 08/24/23 | Timothy Shea | Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs | 0.5 | 4 |
| 08/24/23 | Timothy Shea | Internal Call with M. O'Hara, R. Hamilton, D. Homrich, S. Carri re: FTX 2.0 Process | 0.5 | 11 |
| 08/24/23 | Timothy Shea | Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee | 0.5 | 11 |
| 08/25/23 | Timothy Shea | Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA | 0.5 | 11 |
| 08/27/23 | Timothy Shea | Call with Paul Hasting (E. Gilad) and R. Hamilton re: FTX 2.0 | 0.5 | 11 |
| 08/28/23 | Timothy Shea | Meeting with Debtor re: FTX 2.0 Process discussions, NDAs | 1.0 | 4 |
| 08/28/23 | Timothy Shea | Weekly Call with UCC advisors re: workstreams and general updates | 1.0 | 11 |
| 08/29/23 | Timothy Shea | Weekly Call with UCC re: Capital calls, AHC-related issues | 0.5 | 3 |
| 08/29/23 | Timothy Shea | Internal Call with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: Fund Process Update | 0.5 | 11 |
| 08/30/23 | Timothy Shea | Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid | 0.5 | 4 |
| 08/31/23 | Timothy Shea | Weekly Call with Debtors re: capital calls, NAVs, GPs | 1.0 | 4 |
| 08/31/23 | Timothy Shea | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| | **August 1, 2023 - August 31, 2023 Hours for Timothy Shea** | | **24.5** | |

**Jefferies LLC**
*August 1, 2023 - August 31, 2023*

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/03/23 | Alexander Gavin | *Weekly Call with Debtors: GDA, Sino Global, UCC feedback* | 0.5 | 4 |
| 08/07/23 | Alexander Gavin | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/09/23 | Alexander Gavin | *Weekly UCC call re: FTX 2.0, plan update, token monetization* | 2.0 | 3 |
| 08/17/23 | Alexander Gavin | *Weekly Call with Debtors: venture updates* | 1.0 | 4 |
| 08/21/23 | Alexander Gavin | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/28/23 | Alexander Gavin | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| | **August 1, 2023 - August 31, 2023 Hours for Alexander Gavin** | | **6.5** | |
| 08/03/23 | Kelan Curran-Cross | *Weekly Call with Debtors: GDA, Sino Global, UCC feedback* | 0.5 | 4 |
| 08/07/23 | Kelan Curran-Cross | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/10/23 | Kelan Curran-Cross | *Weekly Call with Debtors: venture updates* | 1.0 | 4 |
| 08/10/23 | Kelan Curran-Cross | *UCC call re: mediation* | 1.0 | 11 |
| 08/14/23 | Kelan Curran-Cross | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/17/23 | Kelan Curran-Cross | *Weekly Call with Debtors: venture updates* | 1.0 | 4 |
| 08/21/23 | Kelan Curran-Cross | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/28/23 | Kelan Curran-Cross | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/31/23 | Kelan Curran-Cross | *Weekly Call with Debtors: venture updates* | 1.0 | 4 |
| | **August 1, 2023 - August 31, 2023 Hours for Kelan Curran-Cross** | | **8.5** | |
| 08/21/23 | Sebastian Carri | *Weekly Call with UCC advisors re: Committee meeting agenda* | 1.0 | 3 |
| 08/23/23 | Sebastian Carri | *August omnibus hearing* | 1.5 | 1 |
| 08/24/23 | Sebastian Carri | *Meeting with Debtor re: FTX 2.0* | 0.5 | 4 |
| 08/24/23 | Sebastian Carri | *Meeting with Debtor re: venture assets, GP RFP* | 0.5 | 4 |
| 08/24/23 | Sebastian Carri | *Meeting with Debtor and UCC re: FTX 2.0 Agenda, NDAs* | 0.5 | 4 |
| 08/24/23 | Sebastian Carri | *Internal call with R. Hamilton, T Shea, D. Homrich, L. Hultgren re: weekly UCC call* | 0.5 | 11 |
| 08/24/23 | Sebastian Carri | *Weekly Call with Paul Hastings re: 2.0 NDAs, Ad Hoc Committee* | 0.5 | 11 |
| 08/24/23 | Sebastian Carri | *Internal Call with L. Hultgren re: Review Debtors' VDR* | 0.5 | 11 |
| 08/24/23 | Sebastian Carri | *Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich re: FTX 2.0 Process* | 0.5 | 11 |
| 08/25/23 | Sebastian Carri | *Meeting with Paul Hastings re: FTX 2.0 timeline, bidders, and APA* | 0.5 | 11 |
| 08/28/23 | Sebastian Carri | *Review Debtors' VDR* | 1.0 | 1 |
| 08/28/23 | Sebastian Carri | *Meeting with Debtor re: FTX 2.0 Process discussions, NDAs* | 1.0 | 4 |
| 08/28/23 | Sebastian Carri | *Weekly Call with UCC advisors re: workstreams and general updates* | 1.0 | 11 |
| 08/29/23 | Sebastian Carri | *Weekly Call with UCC re: Capital calls, AHC-related issues* | 0.5 | 3 |
| 08/29/23 | Sebastian Carri | *Ad-Hoc Fee Comps* | 3.0 | 9 |
| 08/29/23 | Sebastian Carri | *Crypto-related news compilation* | 0.5 | 1 |
| 08/29/23 | Sebastian Carri | *Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: Fund Process Update* | 0.5 | 11 |
| 08/29/23 | Sebastian Carri | *Crypto-related news compilation* | 0.5 | 1 |
| 08/30/23 | Sebastian Carri | *Meeting with Debtors re: FTX 2.0 Agenda, 2.0 Bid* | 0.5 | 4 |
| 08/31/23 | Sebastian Carri | *Weekly Call with Debtors re: capital calls, NAVs, GPs* | 1.0 | 4 |
| 08/31/23 | Sebastian Carri | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 0.5 | 11 |
| | **August 1, 2023 - August 31, 2023 Hours for Sebastian Carri** | | **16.5** | |

## Exhibit B

## Expense Detail

**Expense Detail**
August 1 - August 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 7/26/2023 | $27.95 | EMPLOYEE MEAL |
| DANIEL HOMRICH | 7/26/2023 | $34.93 | TAXI |
| ELENA HULL GARCIA DE MADARIAGA | 8/1/2023 | $19.49 | EMPLOYEE MEAL |
| DENTONS | 8/31/2023 | $1,059.00 | LEGAL |
| **Total Expense** | | **$1,141.37** | |

![Dentons]

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361  

dentons.com

Attn: Justin DeSpirito  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

September 18, 2023

**Invoice No. 2666802**

Client/Matter: 09806540-000047

FTX Bankruptcy  
8116

Payment Due Upon Receipt

| | |
|---|---|
| Total This Invoice | $ 1,059.00 |

Please return this page with your payment  
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:  
Dentons US LLP  
Dept. 3078  
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:  
Citi Private Bank  
227 West Monroe, Chicago, IL 60606  
ABA Transit ▮▮▮▮▮▮▮▮  
Account ▮▮▮▮▮▮▮▮  
Account Name: Dentons US LLP  
Swift Code: ▮▮▮▮▮▮  
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on  
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com  
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730  
Questions relating to this invoice should be directed to:  
T. Labuda  
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

September 18, 2023

**Invoice No. 2666802**

Client/Matter:   09806540-000047

FTX Bankruptcy
8116

___

For Professional Services Rendered through August 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 08/04/23 | S. Schrag | 0.10 | 84.00 | Review compensation procedures. |
| 08/14/23 | T. Labuda | 0.10 | 135.00 | Emails with Hultgren and Schrag re fee filings. |
| 08/14/23 | S. Schrag | 0.30 | 252.00 | Confer with L. Hultgren regarding monthly fee statements and interim fee application (.2); review and analzye procedures regarding the same (.1). |
| 08/17/23 | S. Schrag | 0.70 | 588.00 | Draft fee applications (.5); confer with W. Johnson regarding the same (.1); confer with L. Hultgren regarding the same (.1). |
| Total Hours | | 1.20 | | |
| Fee Amount | | | | $ 1,059.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 0.10 | $ 135.00 |
| S. Schrag | $ 840.00 | 1.10 | $ 924.00 |
| Totals | | 1.20 | $ 1,059.00 |

|   | Fee Total | $ | 1,059.00 |
|---|---|---|---|
|   | Invoice Total | $ | 1,059.00 |

2