# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Michael O'Hara | Review Ad Hoc Committee fee comps | 0.5 | 4 |
| 09/01/23 | Michael O'Hara | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/05/23 | Michael O'Hara | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Michael O'Hara | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/06/23 | Michael O'Hara | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 3 |
| 09/06/23 | Michael O'Hara | Review draft recovery analysis | 1.0 | 9 |
| 09/06/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 09/06/23 | Michael O'Hara | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Michael O'Hara | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Michael O'Hara | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Michael O'Hara | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/09/23 | Michael O'Hara | Review FTX 2.0 proposal | 0.5 | 2 |
| 09/09/23 | Michael O'Hara | Review Debtors' materials for in-person meetings among Debtors, UCC and AHC | 1.0 | 4 |
| 09/09/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: FTX 2.0 proposal | 0.5 | 11 |
| 09/11/23 | Michael O'Hara | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/12/23 | Michael O'Hara | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/13/23 | Michael O'Hara | Meeting with Ad-Hoc Committee re: FTX GP Strategy | 0.5 | 3 |
| 09/14/23 | Michael O'Hara | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 1.5 | 4 |
| 09/14/23 | Michael O'Hara | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/15/23 | Michael O'Hara | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 1.0 | 4 |
| 09/15/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Secondaries Update | 0.5 | 11 |
| 09/15/23 | Michael O'Hara | Meeting with Paul Hastings re: Final Proposal Guidance Letter | 0.5 | 11 |
| 09/18/23 | Michael O'Hara | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 1.0 | 3 |
| 09/18/23 | Michael O'Hara | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 4 |
| 09/19/23 | Michael O'Hara | Call with interested party re: FTX 2.0 | 1.0 | 1 |
| 09/19/23 | Michael O'Hara | Call with interested party re: FTX 2.0 bid | 0.5 | 1 |
| 09/19/23 | Michael O'Hara | Meeting with Debtors re: FTX EU Ltd | 1.0 | 4 |
| 09/19/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 09/19/23 | Michael O'Hara | Review materials on FTX EU and Multicoin | 1.0 | 9 |
| 09/20/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: venture investments | 0.5 | 4 |
| 09/21/23 | Michael O'Hara | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Michael O'Hara | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/27/23 | Michael O'Hara | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 3 |
| 09/27/23 | Michael O'Hara | Internal Meeting with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/28/23 | Michael O'Hara | Review FTX 2.0 proposals and draft follow up questions | 1.0 | 2 |
| 09/28/23 | Michael O'Hara | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Michael O'Hara | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/28/23 | Michael O'Hara | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Michael O'Hara | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Michael O'Hara | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Michael O'Hara | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Michael O'Hara | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Michael O'Hara | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Michael O'Hara | Internal call with R. Hamilton, T. Shea, D. Homrich re: FTX 2.0 | 0.5 | 11 |
| | **September 1, 2023 - September 30, 2023 Hours for Michael O'Hara** | | **50.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Ryan Hamilton | Review Ad Hoc Committee fee comps | 0.5 | 1 |
| 09/01/23 | Ryan Hamilton | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/05/23 | Ryan Hamilton | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Ryan Hamilton | Review FTX EU term sheet | 0.5 | 9 |
| 09/05/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/05/23 | Ryan Hamilton | Internal Meeting with D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/06/23 | Ryan Hamilton | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 4 |
| 09/06/23 | Ryan Hamilton | Call with M. Rahmani re: schedule for in-person meetings among Debtors, UCC and AHC | 0.5 | 4 |
| 09/06/23 | Ryan Hamilton | Prepare for weekly UCC call | 0.5 | 9 |
| 09/06/23 | Ryan Hamilton | Review draft recovery analysis | 2.0 | 9 |
| 09/06/23 | Ryan Hamilton | Communications with G. Sasson re: FTX EU | 0.5 | 9 |
| 09/06/23 | Ryan Hamilton | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Ryan Hamilton | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Ryan Hamilton | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/09/23 | Ryan Hamilton | Review FTX 2.0 proposal | 0.5 | 2 |
| 09/09/23 | Ryan Hamilton | Review Debtors' materials for in-person meetings among Debtors, UCC and AHC | 2.0 | 9 |
| 09/09/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: FTX 2.0 proposal | 0.5 | 11 |
| 09/11/23 | Ryan Hamilton | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/12/23 | Ryan Hamilton | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/15/23 | Ryan Hamilton | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 1.0 | 4 |
| 09/15/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Secondaries Update | 0.5 | 11 |
| 09/15/23 | Ryan Hamilton | Meeting with Paul Hastings re: Final Proposal Guidance Letter | 0.5 | 4 |
| 09/17/23 | Ryan Hamilton | Call with AHC Advisors (S. Crotty, S. Shnayder) re: Multicoin | 0.5 | 11 |
| 09/18/23 | Ryan Hamilton | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 1.0 | 3 |
| 09/18/23 | Ryan Hamilton | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 4 |
| 09/18/23 | Ryan Hamilton | Prepare for weekly UCC call | 1.0 | 4 |
| 09/19/23 | Ryan Hamilton | Call with interested party re: FTX 2.0 | 1.0 | 2 |
| 09/19/23 | Ryan Hamilton | Call with interested party re: FTX 2.0 bid | 0.5 | 2 |
| 09/19/23 | Ryan Hamilton | Meeting with Debtors re: FTX EU Ltd | 1.0 | 4 |
| 09/19/23 | Ryan Hamilton | Review materials on FTX EU and Multicoin | 1.0 | 9 |
| 09/19/23 | Ryan Hamilton | Internal Call with G. Kittur, T. Shea, D. Homrich, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/20/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/21/23 | Ryan Hamilton | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Ryan Hamilton | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Ryan Hamilton | Internal Call with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/24/23 | Ryan Hamilton | Meeting with UCC re: BlockFi | 0.5 | 3 |
| 09/24/23 | Ryan Hamilton | Call with UCC Advisors re: plan issues | 1.0 | 4 |
| 09/25/23 | Ryan Hamilton | Review of materials related to LedgerX | 0.5 | 9 |
| 09/26/23 | Ryan Hamilton | Review FTX 2.0 proposals | 2.0 | 2 |
| 09/26/23 | Ryan Hamilton | Weekly Call with UCC advisors re: FTX EU | 1.0 | 11 |
| 09/27/23 | Ryan Hamilton | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 3 |
| 09/27/23 | Ryan Hamilton | Call with Paul Hastings (E. Gilad) re: FTX 2.0 | 0.5 | 11 |
| 09/27/23 | Ryan Hamilton | Call with Paul Hastings (G. Sasson) re: FTX EU | 0.5 | 11 |
| 09/27/23 | Ryan Hamilton | Internal Meeting with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/28/23 | Ryan Hamilton | Review FTX 2.0 proposals and draft follow up questions | 1.0 | 2 |
| 09/28/23 | Ryan Hamilton | Weekly Meeting with Debtors re: FTX 2.0 Process | 1.5 | 4 |
| 09/28/23 | Ryan Hamilton | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/28/23 | Ryan Hamilton | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Ryan Hamilton | Meeting with Ad-Hoc re: Venture Portfolio, 2.0 bidders, 2.0 Process strategy | 0.5 | 3 |
| 09/29/23 | Ryan Hamilton | Meeting with Debtors and FTX 2.0 Bidder | 1.0 | 4 |
| 09/29/23 | Ryan Hamilton | Meeting with Debtors and FTX 2.0 Bidder | 1.0 | 4 |
| 09/29/23 | Ryan Hamilton | Meeting with Debtors and FTX 2.0 Bidder | 1.0 | 4 |
| 09/29/23 | Ryan Hamilton | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Ryan Hamilton | Internal call with M. O'Hara, T. Shea, D. Homrich re: FTX 2.0 | 0.5 | 11 |
| | | **September 1, 2023 - September 30, 2023 Hours for Ryan Hamilton** | **58.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Daniel Homrich | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/05/23 | Daniel Homrich | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Daniel Homrich | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/05/23 | Daniel Homrich | Internal Meeting with R. Hamilton, L. Hultgren, S. Carri | 0.5 | 4 |
| 09/06/23 | Daniel Homrich | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 3 |
| 09/06/23 | Daniel Homrich | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Daniel Homrich | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Daniel Homrich | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Daniel Homrich | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/08/23 | Daniel Homrich | Review and preparation of materials re: venture portfolio | 8.0 | 9 |
| 09/09/23 | Daniel Homrich | Review and preparation of materials re: venture portfolio | 6.0 | 9 |
| 09/09/23 | Daniel Homrich | Internal Call with M. O'Hara, T. Shea, R. Hamilton, L. Hultgren, S. Carri re: FTX 2.0 proposal | 0.5 | 11 |
| 09/10/23 | Daniel Homrich | Review and preparation of materials re: venture portfolio | 2.0 | 9 |
| 09/11/23 | Daniel Homrich | Review and preparation of materials re: venture portfolio | 6.0 | 9 |
| 09/13/23 | Daniel Homrich | Meeting with Ad-Hoc Committee re: FTX GP Strategy | 0.5 | 3 |
| 09/14/23 | Daniel Homrich | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 1.5 | 4 |
| 09/14/23 | Daniel Homrich | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/15/23 | Daniel Homrich | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 1.0 | 4 |
| 09/15/23 | Daniel Homrich | Internal Call with R. Hamilton, T. Shea, L. Hultgren, S. Carri re: Secondaries Update | 0.5 | 11 |
| 09/15/23 | Daniel Homrich | Meeting with Paul Hastings re: Final Proposal Guidance Letter | 0.5 | 11 |
| 09/15/23 | Daniel Homrich | Review of FTX 2.0 materials | 1.0 | 11 |
| 09/17/23 | Daniel Homrich | Call with AHC Advisors (S. Crotty, S. Shnayder) re: Multicoin | 0.5 | 11 |
| 09/18/23 | Daniel Homrich | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 1.0 | 3 |
| 09/18/23 | Daniel Homrich | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 4 |
| 09/18/23 | Daniel Homrich | Preparation / review of materials for UCC meeting re: M&A and venture portfolio | 2.0 | 11 |
| 09/19/23 | Daniel Homrich | Meeting with Debtors re: FTX EU Ltd | 1.0 | 4 |
| 09/19/23 | Daniel Homrich | Internal Call with G. Kittur, T. Shea, R. Hamilton, L. Hultgren, S. Carri re: venture investments | 0.5 | 4 |
| 09/19/23 | Daniel Homrich | Preparation, review and distribution of materials for UCC re: M&A and venture portfolio updates | 3.0 | 11 |
| 09/20/23 | Daniel Homrich | Internal Call with G. Kittur, T. Shea, R. Hamilton, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/21/23 | Daniel Homrich | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Daniel Homrich | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Daniel Homrich | Venture portfolio review and diligence | 2.0 | 9 |
| 09/22/23 | Daniel Homrich | Internal Call with M. O'Hara, T. Shea, R. Hamilton, L. Hultgren, S. Carri re: venture investments | 0.5 | 11 |
| 09/24/23 | Daniel Homrich | Meeting with UCC re: BlockFi | 0.5 | 3 |
| 09/24/23 | Daniel Homrich | Venture portfolio review and diligence | 2.0 | 9 |
| 09/24/23 | Daniel Homrich | Call with UCC Advisors re: plan issues | 1.0 | 11 |
| 09/26/23 | Daniel Homrich | Weekly Call with UCC advisors re: FTX EU | 1.0 | 11 |
| 09/27/23 | Daniel Homrich | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 3 |
| 09/27/23 | Daniel Homrich | Internal Meeting with M. O'Hara, R. Hamilton, T. Shea, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/27/23 | Daniel Homrich | Review of FTX 2.0 materials | 2.0 | 11 |
| 09/28/23 | Daniel Homrich | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Daniel Homrich | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/28/23 | Daniel Homrich | Review of FTX 2.0 + venture portfolio update materials | 2.0 | 11 |
| 09/28/23 | Daniel Homrich | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Daniel Homrich | Meeting with Ad-Hoc re: Venture Portfolio, 2.0 bidders, 2.0 Process strategy | 0.5 | 3 |
| 09/29/23 | Daniel Homrich | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Daniel Homrich | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Daniel Homrich | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Daniel Homrich | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Daniel Homrich | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Daniel Homrich | Internal call with M. O'Hara, R. Hamilton, T. Shea re: FTX 2.0 | 0.5 | 11 |
| | | **September 1, 2023 - September 30, 2023 Hours for Daniel Homrich** | **66.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Lars Hultgren | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/03/23 | Lars Hultgren | Review comparable bankruptcy cases | 4.0 | 1 |
| 09/04/23 | Lars Hultgren | Review comparable bankruptcy cases | 3.0 | 1 |
| 09/05/23 | Lars Hultgren | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Lars Hultgren | Prepare summary of fund and token information | 1.0 | 9 |
| 09/05/23 | Lars Hultgren | Internal Meeting with R. Hamilton, D. Homrich, S. Carri | 0.5 | 11 |
| 09/05/23 | Lars Hultgren | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/06/23 | Lars Hultgren | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 3 |
| 09/06/23 | Lars Hultgren | Prepare summary of fund and token information | 1.0 | 9 |
| 09/06/23 | Lars Hultgren | Review of trading comps re: certain venture investments | 2.0 | 9 |
| 09/06/23 | Lars Hultgren | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Lars Hultgren | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Lars Hultgren | Prepare summary of fund and token information | 1.0 | 9 |
| 09/07/23 | Lars Hultgren | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 09/08/23 | Lars Hultgren | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/09/23 | Lars Hultgren | Prepare fee application | 4.0 | 1 |
| 09/09/23 | Lars Hultgren | Review of trading comps re: certain venture investments | 2.0 | 9 |
| 09/09/23 | Lars Hultgren | Review and preparation of materials re: venture portfolio | 3.5 | 9 |
| 09/09/23 | Lars Hultgren | Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich, S. Carri re: FTX 2.0 proposal | 0.5 | 11 |
| 09/10/23 | Lars Hultgren | Review and preparation of materials re: venture portfolio | 1.0 | 9 |
| 09/11/23 | Lars Hultgren | Review and preparation of materials re: venture portfolio | 4.0 | 9 |
| 09/13/23 | Lars Hultgren | Meeting with Ad-Hoc Committee re: FTX GP Strategy | 0.5 | 3 |
| 09/14/23 | Lars Hultgren | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 0.5 | 4 |
| 09/14/23 | Lars Hultgren | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 1.0 | 4 |
| 09/14/23 | Lars Hultgren | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 0.5 | 11 |
| 09/15/23 | Lars Hultgren | Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich, S. Carri re: Secondaries Update | 1.0 | 4 |
| 09/15/23 | Lars Hultgren | Meeting with Paul Hastings re: Final Proposal Guidance Letter | 0.5 | 11 |
| 09/15/23 | Lars Hultgren | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 11 |
| 09/17/23 | Lars Hultgren | Review of materials re: FTX EU | 0.5 | 9 |
| 09/18/23 | Lars Hultgren | Meeting with Debtors re: FTX EU Ltd | 1.0 | 3 |
| 09/18/23 | Lars Hultgren | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 0.5 | 4 |
| 09/18/23 | Lars Hultgren | Due Diligence: FTX 2.0 bidders | 4.0 | 9 |
| 09/19/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 09/19/23 | Lars Hultgren | Internal Call with T. Shea, R. Hamilton, D. Homrich, S. Carri re: VP investments | 0.5 | 11 |
| 09/20/23 | Lars Hultgren | Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich, S. Carri re: Venture Portfolio | 0.5 | 11 |
| 09/21/23 | Lars Hultgren | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Lars Hultgren | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Lars Hultgren | Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich, S. Carri re: Venture Portfolio | 0.5 | 11 |
| 09/25/23 | Lars Hultgren | Review and conduct analysis re: venture portfolio cost basis and investment information | 4.0 | 9 |
| 09/26/23 | Lars Hultgren | Review and conduct analysis re: venture portfolio cost basis and investment information | 2.0 | 9 |
| 09/26/23 | Lars Hultgren | Weekly Call with UCC advisors re: FTX EU | 0.5 | 11 |
| 09/27/23 | Lars Hultgren | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 4 |
| 09/27/23 | Lars Hultgren | Internal Meeting with R. Hamilton, T. Shea, D. Homrich, S. Carri | 0.5 | 4 |
| 09/28/23 | Lars Hultgren | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.0 | 4 |
| 09/28/23 | Lars Hultgren | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/28/23 | Lars Hultgren | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Lars Hultgren | Meeting with Ad-Hoc re: Venture Portfolio, 2.0 bidders, 2.0 Process strategy | 0.5 | 3 |
| 09/29/23 | Lars Hultgren | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Lars Hultgren | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Lars Hultgren | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/30/23 | Lars Hultgren | Prepare summary materials for the UCC re: venture portfolio | 3.0 | 9 |
| | **September 1, 2023 - September 30, 2023 Hours for Lars Hultgren** | | **69.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Sebastian Carri | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/01/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/03/23 | Sebastian Carri | Review of banker fee comps | 6.0 | 9 |
| 09/05/23 | Sebastian Carri | Preparation for FTI: Recovery Analysis conversation | 2.0 | 1 |
| 09/05/23 | Sebastian Carri | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Sebastian Carri | Prepare summary of fund and token information | 1.0 | 9 |
| 09/05/23 | Sebastian Carri | Internal Meeting with R. Hamilton, D. Homrich, L. Hultgren | 0.5 | 11 |
| 09/05/23 | Sebastian Carri | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/06/23 | Sebastian Carri | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 3 |
| 09/06/23 | Sebastian Carri | Review of materials re: fund / token investment detail | 1.5 | 9 |
| 09/06/23 | Sebastian Carri | Prepare analysis re: venture portfolio | 3.0 | 9 |
| 09/06/23 | Sebastian Carri | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Sebastian Carri | Prepare fee application | 2.0 | 1 |
| 09/07/23 | Sebastian Carri | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Sebastian Carri | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Sebastian Carri | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/08/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/08/23 | Sebastian Carri | Compile FTX 2.0 bid materials | 5.0 | 9 |
| 09/09/23 | Sebastian Carri | 2.0 Transaction Diligence | 4.0 | 9 |
| 09/09/23 | Sebastian Carri | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: FTX 2.0 proposal | 0.5 | 11 |
| 09/10/23 | Sebastian Carri | Prepare analysis re: venture portfolio | 5.0 | 9 |
| 09/11/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/11/23 | Sebastian Carri | Prepare analysis re: venture portfolio | 6.0 | 9 |
| 09/13/23 | Sebastian Carri | Meeting with Ad-Hoc Committee re: FTX GP Strategy | 0.5 | 3 |
| 09/14/23 | Sebastian Carri | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 1.5 | 4 |
| 09/14/23 | Sebastian Carri | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/15/23 | Sebastian Carri | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 1.0 | 4 |
| 09/15/23 | Sebastian Carri | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 4 |
| 09/15/23 | Sebastian Carri | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: Secondaries Update | 0.5 | 11 |
| 09/18/23 | Sebastian Carri | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 1.0 | 3 |
| 09/18/23 | Sebastian Carri | Meeting with Debtors re: Multicoin Discussion | 0.5 | 4 |
| 09/18/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/18/23 | Sebastian Carri | Due Diligence: FTX 2.0 bidders | 4.0 | 9 |
| 09/19/23 | Sebastian Carri | Meeting with Debtors re: FTX EU Ltd | 1.0 | 4 |
| 09/19/23 | Sebastian Carri | Internal Call with G. Kittur, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: select venture assets | 0.5 | 11 |
| 09/20/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/20/23 | Sebastian Carri | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: venture investments | 0.5 | 11 |
| 09/21/23 | Sebastian Carri | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Sebastian Carri | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/22/23 | Sebastian Carri | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: venture investments | 0.5 | 1 |
| 09/24/23 | Sebastian Carri | Meeting with UCC re: BlockFi | 0.5 | 3 |
| 09/25/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/25/23 | Sebastian Carri | Analysis re: Venture Portfolio Cost Basis | 6.0 | 9 |
| 09/26/23 | Sebastian Carri | Meeting with UCC Advisors re: FTX EU | 1.0 | 1 |
| 09/26/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 09/27/23 | Sebastian Carri | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 3 |
| 09/27/23 | Sebastian Carri | Internal Meeting with R. Hamilton, T. Shea, D. Homrich, L. Hultgren | 0.5 | 1 |
| 09/28/23 | Sebastian Carri | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Sebastian Carri | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 1 |
| 09/28/23 | Sebastian Carri | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Sebastian Carri | Meeting with Ad-Hoc re: Venture Portfolio, 2.0 bidders, 2.0 Process strategy | 0.5 | 3 |
| 09/29/23 | Sebastian Carri | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Sebastian Carri | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Sebastian Carri | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/30/23 | Sebastian Carri | Prepare materials for the UCC re: VP Deck Preparation | 7.0 | 9 |
| | **September 1, 2023 - September 30, 2023 Hours for Sebastian Carri** | | **84.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/01/23 | Timothy Shea | Meeting with Debtors and UCC re: FTX 2.0 bidder analysis | 0.5 | 4 |
| 09/05/23 | Timothy Shea | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Timothy Shea | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/06/23 | Timothy Shea | Weekly Call with UCC re: Coin Monetization, AHC Reimbursement, 2.0 Process | 1.5 | 3 |
| 09/06/23 | Timothy Shea | Meeting with FTI Consulting re: recovery analysis | 1.5 | 11 |
| 09/07/23 | Timothy Shea | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Timothy Shea | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/08/23 | Timothy Shea | Meeting with Debtors re: Deck Technologies | 0.5 | 4 |
| 09/09/23 | Timothy Shea | Internal Call with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: FTX 2.0 proposal | 0.5 | 11 |
| 09/11/23 | Timothy Shea | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/12/23 | Timothy Shea | In-person meetings with Debtors, UCC and AHC re: plan | 8.0 | 4 |
| 09/13/23 | Timothy Shea | Meeting with Ad-Hoc Committee re: FTX GP Strategy | 0.5 | 3 |
| 09/14/23 | Timothy Shea | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 0.5 | 4 |
| 09/14/23 | Timothy Shea | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 1.0 | 4 |
| 09/14/23 | Timothy Shea | Meeting with Debtors re: FTX 2.0 transaction framework, bidder capabilities | 0.5 | 11 |
| 09/15/23 | Timothy Shea | Internal Call with R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: Secondaries Update | 1.0 | 4 |
| 09/15/23 | Timothy Shea | Meeting with Paul Hastings re: Final Proposal Guidance Letter | 0.5 | 11 |
| 09/15/23 | Timothy Shea | Meeting with Debtors re: Multicoin, de minimis asset sales | 0.5 | 11 |
| 09/18/23 | Timothy Shea | Meeting with Debtors re: FTX EU Ltd | 1.0 | 3 |
| 09/18/23 | Timothy Shea | Weekly Call with UCC re: GP Process, customer claims, Multicoin, FTX EU | 0.5 | 4 |
| 09/19/23 | Timothy Shea | Internal Call with R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: VP investments | 0.5 | 11 |
| 09/21/23 | Timothy Shea | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Timothy Shea | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/22/23 | Timothy Shea | Internal Call with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/24/23 | Timothy Shea | Meeting with UCC re: BlockFi | 0.5 | 3 |
| 09/26/23 | Timothy Shea | Weekly Call with UCC advisors re: FTX EU | 1.0 | 11 |
| 09/27/23 | Timothy Shea | Weekly Call with UCC re: FTX 2.0, venture portfolio, coin monetization | 1.0 | 3 |
| 09/27/23 | Timothy Shea | Internal Meeting with R. Hamilton, D. Homrich, L. Hultgren, S. Carri | 0.5 | 11 |
| 09/28/23 | Timothy Shea | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Timothy Shea | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/28/23 | Timothy Shea | Meeting with UCC Advisors re: Potential FTX 2.0 Bidders | 0.5 | 11 |
| 09/29/23 | Timothy Shea | Meeting with Ad-Hoc re: Venture Portfolio, 2.0 bidders, 2.0 Process strategy | 0.5 | 3 |
| 09/29/23 | Timothy Shea | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Timothy Shea | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Timothy Shea | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Timothy Shea | Meeting with Debtors and Potential FTX 2.0 Bidders | 1.0 | 4 |
| 09/29/23 | Timothy Shea | Call with Debtors' advisors (K. Cofsky, M. Rahmani) re: FTX 2.0 bid | 0.5 | 4 |
| 09/29/23 | Timothy Shea | Internal call with M. O'Hara, R. Hamilton, D. Homrich re: FTX 2.0 | 0.5 | 11 |
| | | **September 1, 2023 - September 30, 2023 Hours for Timothy Shea** | **43.0** | |
| 09/05/23 | Alexander Gavin | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Alexander Gavin | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 11 |
| 09/07/23 | Alexander Gavin | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Alexander Gavin | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/14/23 | Alexander Gavin | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 0.5 | 4 |
| 09/14/23 | Alexander Gavin | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 1.0 | 11 |
| 09/21/23 | Alexander Gavin | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Alexander Gavin | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/28/23 | Alexander Gavin | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Alexander Gavin | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| | | **September 1, 2023 - September 30, 2023 Hours for Alexander Gavin** | **8.5** | |
| 09/05/23 | Lee Eller | Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy | 0.5 | 3 |
| 09/05/23 | Lee Eller | Weekly Call with Paul Hastings re: venture investment updates | 1.0 | 4 |
| 09/07/23 | Lee Eller | Weekly Call with Debtors re: EU Process, Multicoin | 1.0 | 4 |
| 09/07/23 | Lee Eller | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| 09/14/23 | Lee Eller | Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan | 0.5 | 4 |
| 09/14/23 | Lee Eller | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 1.0 | 11 |
| 09/14/23 | Lee Eller | Review of venture investment detail | 1.0 | 9 |
| 09/14/23 | Lee Eller | Review of venture investment detail | 1.0 | 9 |
| 09/21/23 | Lee Eller | Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update | 1.0 | 4 |
| 09/21/23 | Lee Eller | Meeting with Debtors / FTX Venture Board re: Venture Portfolio | 1.0 | 4 |
| 09/28/23 | Lee Eller | Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison | 1.5 | 4 |
| 09/28/23 | Lee Eller | Weekly Call with Paul Hastings re: M&A / Venture Portfolio | 0.5 | 11 |
| | | **September 1, 2023 - September 30, 2023 Hours for Lee Eller** | **10.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/05/23 | Kelan Curran-Cross | *Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy* | 0.5 | 3 |
| 09/05/23 | Kelan Curran-Cross | *Weekly Call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 09/07/23 | Kelan Curran-Cross | *Weekly Call with Debtors re: EU Process, Multicoin* | 1.0 | 4 |
| 09/07/23 | Kelan Curran-Cross | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 0.5 | 11 |
| 09/12/23 | Kelan Curran-Cross | *Review of venture investment detail* | 1.0 | 9 |
| 09/14/23 | Kelan Curran-Cross | *Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan* | 0.5 | 4 |
| 09/14/23 | Kelan Curran-Cross | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 1.0 | 11 |
| 09/21/23 | Kelan Curran-Cross | *Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update* | 1.0 | 4 |
| 09/21/23 | Kelan Curran-Cross | *Meeting with Debtors / FTX Venture Board re: Venture Portfolio* | 1.0 | 4 |
| 09/28/23 | Kelan Curran-Cross | *Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison* | 1.5 | 4 |
| 09/28/23 | Kelan Curran-Cross | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 0.5 | 11 |
| | **September 1, 2023 - September 30, 2023 Hours for Kelan Curran-Cross** | | **9.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/10/23 | Gaurav Kittur | *Review of venture investment detail* | 0.5 | 9 |
| 09/11/23 | Gaurav Kittur | *Review of venture investment detail* | 0.5 | 9 |
| 09/11/23 | Gaurav Kittur | *Internal Call with T. Shea, R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: venture investments* | 1.0 | 11 |
| | **September 1, 2023 - September 30, 2023 Hours for Gaurav Kittur** | | **2.0** | |
| 09/05/23 | Jack Harris | *Meeting with UCC re: FTX 2.0 bidder analysis and transaction strategy* | 0.5 | 3 |
| 09/05/23 | Jack Harris | *Weekly Call with Paul Hastings re: venture investment updates* | 1.0 | 11 |
| 09/06/23 | Jack Harris | *Review of FTX Venture Book* | 3.0 | 9 |
| 09/07/23 | Jack Harris | *Weekly Call with Debtors re: EU Process, Multicoin* | 1.0 | 4 |
| 09/07/23 | Jack Harris | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 0.5 | 11 |
| 09/14/23 | Jack Harris | *Weekly Call with UCC / Debtors re: Venture portfolio GP funding, 2.0 bidder agenda, FTX Japan* | 0.5 | 4 |
| 09/14/23 | Jack Harris | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 1.0 | 11 |
| 09/21/23 | Jack Harris | *Weekly Call with Debtors re: 363 sale discussion, term sheets, bidder update* | 1.0 | 4 |
| 09/21/23 | Jack Harris | *Meeting with Debtors / FTX Venture Board re: Venture Portfolio* | 1.0 | 4 |
| 09/27/23 | Jack Harris | *FTX 2.0 Bid Comparison Analysis* | 1.0 | 9 |
| 09/28/23 | Jack Harris | *Weekly Meeting with Debtors re: FTX 2.0 Bid Comparison* | 1.5 | 4 |
| 09/28/23 | Jack Harris | *Weekly Call with Paul Hastings re: M&A / Venture Portfolio* | 0.5 | 11 |
| | **September 1, 2023 - September 30, 2023 Hours for Jack Harris** | | **12.5** | |

## Exhibit B

## Expense Detail

**Expense Detail**
September 1 - September 30, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| DANIEL HOMRICH | 8/4/2023 | $35.96 | TAXI |
| MICHAEL O'HARA | 9/12/2023 | $32.70 | TAXI |
| MICHAEL O'HARA | 9/12/2023 | $155.78 | TAXI |
| RYAN HAMILTON | 9/12/2023 | $120.78 | TAXI |
| RYAN HAMILTON | 9/13/2023 | $146.81 | TAXI |
| DENTONS | 9/30/2023 | $5,277.00 | LEGAL |
| **Total Expense** | | **$5,769.03** | |

# DENTONS

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

October 10, 2023

**Invoice No. 2674059**

Client/Matter: 09806540-000047

FTX Bankruptcy  
8116

Payment Due Upon Receipt

| | |
|---|---|
| Total This Invoice | $ 5,277.00 |

Please return this page with your payment  
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

| Payments by check should be sent to: | | Payment by wire transfer/ACH should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 3078 | OR | 227 West Monroe, Chicago, IL 60606 |
| Carol Stream, IL  60132-3078 | | ABA Transit #: ▇▇▇▇▇▇ |
| | | Account #: ▇▇▇▇▇▇ |
| | | Account Name: Dentons US LLP |
| | | Swift Code: ▇▇▇▇▇▇ |
| | | Reference: Invoice # and/or client matter # |

**\*\*Please validate any request to change/update electronic payment instructions on  
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com  
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730  
Questions relating to this invoice should be directed to:  
T. Labuda  
at 1 312 876 8000

**DENTONS**

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

October 10, 2023

**Invoice No. 2674059**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

_____

For Professional Services Rendered through September 30, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/08/23 | S. Schrag | 2.20 | 1,848.00 | Review and revise fee statements (1.9); confer with L. Hultgren regarding the same (.2); confer with J. Kochenash regarding the same (.1). |
| 09/09/23 | S. Schrag | 0.10 | 84.00 | Review correspondence from J. Kochenash regarding interim fee order. |
| 09/11/23 | S. Schrag | 0.40 | 336.00 | Review proposed order (.2); review underlying application (.1); prepare for hearing on the same (.1). |
| 09/13/23 | S. Schrag | 1.90 | 1,596.00 | Prepare for hearing on fee application (.5); attend hearing on fee application (.8); review proposed fee application (.3); confer with L. Hultgren regarding proposed fee order and interim fee application (.3). |
| 09/14/23 | T. Labuda | 0.10 | 135.00 | Emails with client team re third interim fee application. |
| 09/14/23 | T. Labuda | 0.20 | 270.00 | Review third interim fee application. |
| 09/14/23 | S. Schrag | 1.20 | 1,008.00 | Draft supplement for Third Interim Fee Application (.5); confer with L. Hultgren regarding the same (.1); confer with J. Kochenash regarding Third Interim Fee Application (.1); confer with K. Cane regarding M&A Transaction Fee crediting (.2); review supporting documents (.2); confer with T. Labuda regarding the same (.1). |

| | | | |
|---|---|---|---|
| Total Hours | | 6.10 | |
| Fee Amount | | | $ 5,277.00 |

2

FTX Bankruptcy  
8116  
Matter: 09806540-000047  
Invoice No.: 2674059

October 10, 2023

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Labuda | $ 1,350.00 | 0.30 | $ 405.00 |
| S. Schrag | $ 840.00 | 5.80 | $ 4,872.00 |
| Totals | | 6.10 | $ 5,277.00 |

Fee Total $ 5,277.00

Invoice Total $ 5,277.00