# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Michael O'Hara | Review FTX 2.0 bid summary | 0.5 | 9 |
| 10/02/23 | Michael O'Hara | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/02/23 | Michael O'Hara | Meeting with Paul Hastings re: FTX 2.0 | 0.5 | 11 |
| 10/02/23 | Michael O'Hara | Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures | 1.0 | 11 |
| 10/03/23 | Michael O'Hara | Review venture portfolio materials | 0.5 | 9 |
| 10/04/23 | Michael O'Hara | Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio | 3.0 | 3 |
| 10/05/23 | Michael O'Hara | Weekly Call with UCC re: FTX 2.0 and venture portfolio | 2.0 | 3 |
| 10/05/23 | Michael O'Hara | Meeting with UCC Member re: 2.0 Bidders and VP Assets | 1.5 | 3 |
| 10/05/23 | Michael O'Hara | Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations | 0.5 | 4 |
| 10/05/23 | Michael O'Hara | Meeting with Debtors and FTX board re: funds and select venture assets | 1.0 | 4 |
| 10/05/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 10/05/23 | Michael O'Hara | Meeting with Paul Hastings re: venture assets strategy | 0.5 | 11 |
| 10/06/23 | Michael O'Hara | Meeting with potentially interested party | 0.5 | 1 |
| 10/06/23 | Michael O'Hara | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/07/23 | Michael O'Hara | Meeting with Paul Hastings re: Plan Discussion | 1.0 | 11 |
| 10/09/23 | Michael O'Hara | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/09/23 | Michael O'Hara | Meeting with UCC Advisors re: Anthropic, Actionable Investments | 1.0 | 11 |
| 10/09/23 | Michael O'Hara | Internal Call with R. Hamilton, T. Shea, D. Homrich, J. Harris, L. Hultgren, S. Carri, and A. Parath re: Anthropic and 2.0 | 1.5 | 11 |
| 10/10/23 | Michael O'Hara | Meeting with UCC re: 2.0 auction and valuations | 1.5 | 3 |
| 10/10/23 | Michael O'Hara | Meeting with Debtors re: 2.0 Bidder financial model | 1.0 | 4 |
| 10/10/23 | Michael O'Hara | Meeting with Debtors re: 2.0 Bidder business plan | 2.0 | 4 |
| 10/11/23 | Michael O'Hara | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 10.5 | 4 |
| 10/12/23 | Michael O'Hara | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 11.5 | 4 |
| 10/13/23 | Michael O'Hara | Meeting with Debtors re: de minimis assets, Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano | 0.5 | 4 |
| 10/16/23 | Michael O'Hara | Meeting with potentially interested party | 0.5 | 1 |
| 10/16/23 | Michael O'Hara | Meeting with Paul Hastings re: plan settlement agreement re: 2.0, GP strategy | 1.0 | 11 |
| 10/16/23 | Michael O'Hara | Weekly Call with UCC Advisors re: RSA, de minimis assets | 1.0 | 11 |
| 10/16/23 | Michael O'Hara | Internal Call with T. Shea, R. Hamilton, D. Homrich, J. Harris, A. Gavin, L. Hultgren, S. Carri, A. Parath | 0.5 | 11 |
| 10/17/23 | Michael O'Hara | Meeting with Ad Hoc Committee re: GP asset managers plan | 0.5 | 3 |
| 10/17/23 | Michael O'Hara | Meeting with Debtors re: IEX Process update | 0.5 | 4 |
| 10/18/23 | Michael O'Hara | Meeting with FTX 2.0 bidder re: product demo | 1.0 | 4 |
| 10/18/23 | Michael O'Hara | Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets | 1.5 | 3 |
| 10/18/23 | Michael O'Hara | Meeting with Debtors re: 2.0 bidder | 1.0 | 4 |
| 10/18/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 10/18/23 | Michael O'Hara | Meeting with Paul Hastings re: FTX 2.0 Process | 2.0 | 11 |
| 10/19/23 | Michael O'Hara | Meeting with potentially interested party | 0.5 | 1 |
| 10/19/23 | Michael O'Hara | Meeting with UCC re: FTX 2.0 | 0.5 | 3 |
| 10/19/23 | Michael O'Hara | Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC | 0.5 | 4 |
| 10/19/23 | Michael O'Hara | Meeting with Debtors and Board: re: de minimis assets | 1.0 | 4 |
| 10/19/23 | Michael O'Hara | Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy | 0.5 | 11 |
| 10/19/23 | Michael O'Hara | Weekly Call with UCC Advisors re: Anthropic and GDA | 0.5 | 11 |
| 10/20/23 | Michael O'Hara | Internal Meeting with R. Hamilton, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Ad Hoc Comps | 0.5 | 11 |
| 10/20/23 | Michael O'Hara | Meeting with Paul Hastings re: 2.0 Bidder strategy | 0.5 | 11 |
| 10/22/23 | Michael O'Hara | Call with Paul Hastings (E. Gilad, others) re: FTX 2.0 | 1.0 | 11 |
| 10/23/23 | Michael O'Hara | Meeting with UCC re: 2.0 Bid negotiation | 1.0 | 3 |
| 10/23/23 | Michael O'Hara | Prepare for weekly UCC call | 1.0 | 9 |
| 10/24/23 | Michael O'Hara | October Omnibus hearing | 2.0 | 1 |
| 10/26/23 | Michael O'Hara | Meeting with Debtors re: 2.0 Bid negotiation | 1.0 | 4 |
| 10/26/23 | Michael O'Hara | Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos | 0.5 | 11 |
| 10/26/23 | Michael O'Hara | Meeting with Paul Hastings re: plan issues | 0.5 | 11 |
| 10/30/23 | Michael O'Hara | Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC | 1.0 | 11 |
| | **October 1, 2023 - October 31, 2023 Hours for Michael O'Hara** | | **70.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Ryan Hamilton | *Review FTX 2.0 bid summary* | 2.0 | 9 |
| 10/02/23 | Ryan Hamilton | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/02/23 | Ryan Hamilton | *Review FTX 2.0 bid summary* | 1.0 | 9 |
| 10/02/23 | Ryan Hamilton | *Meeting with Paul Hastings re: FTX 2.0* | 0.5 | 11 |
| 10/02/23 | Ryan Hamilton | *Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures* | 1.0 | 11 |
| 10/03/23 | Ryan Hamilton | *Review venture portfolio materials* | 1.5 | 9 |
| 10/04/23 | Ryan Hamilton | *Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio* | 3.0 | 3 |
| 10/05/23 | Ryan Hamilton | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Ryan Hamilton | *Meeting with UCC Member re: 2.0 Bidders and VP Assets* | 1.5 | 3 |
| 10/05/23 | Ryan Hamilton | *Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations* | 0.5 | 4 |
| 10/05/23 | Ryan Hamilton | *Meeting with Debtors and FTX board re: funds and select venture assets* | 1.0 | 4 |
| 10/05/23 | Ryan Hamilton | *Prepare for weekly UCC call* | 0.5 | 9 |
| 10/05/23 | Ryan Hamilton | *Meeting with Paul Hastings re: venture assets strategy* | 0.5 | 11 |
| 10/06/23 | Ryan Hamilton | *Meeting with potentially interested party* | 0.5 | 1 |
| 10/06/23 | Ryan Hamilton | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/06/23 | Ryan Hamilton | *Internal Call with D. Homrich, T. Shea, others re: FTX 2.0* | 0.5 | 4 |
| 10/07/23 | Ryan Hamilton | *Meeting with Paul Hastings re: Plan Discussion* | 1.0 | 11 |
| 10/09/23 | Ryan Hamilton | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/09/23 | Ryan Hamilton | *Meeting with UCC Advisors re: Anthropic, Actionable Investments* | 1.0 | 11 |
| 10/09/23 | Ryan Hamilton | *Internal Call with M. O'Hara, T. Shea, D. Homrich, J. Harris, L. Hultgren, S. Carri, and A. Parath re: Anthropic and 2.0* | 1.5 | 11 |
| 10/10/23 | Ryan Hamilton | *Meeting with Debtors re: 2.0 Bidder financial model* | 1.0 | 4 |
| 10/10/23 | Ryan Hamilton | *Meeting with Debtors re: 2.0 Bidder business plan* | 2.0 | 4 |
| 10/10/23 | Ryan Hamilton | *Meeting with UCC re: 2.0 auction and valuations* | 1.5 | 3 |
| 10/11/23 | Ryan Hamilton | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 10.5 | 4 |
| 10/12/23 | Ryan Hamilton | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 11.5 | 4 |
| 10/13/23 | Ryan Hamilton | *Meeting with Debtors re: de minimis asset offers (Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano)* | 0.5 | 4 |
| 10/16/23 | Ryan Hamilton | *Meeting with potentially interested party* | 0.5 | 1 |
| 10/16/23 | Ryan Hamilton | *Meeting with Paul Hastings re: plan settlement agreement* | 1.0 | 11 |
| 10/16/23 | Ryan Hamilton | *Weekly Call with UCC Advisors re: RSA, de minimis assets* | 1.0 | 11 |
| 10/16/23 | Ryan Hamilton | *Internal Call with M. O'Hara, T. Shea, D. Homrich, J. Harris, A. Gavin, L. Hultgren, S. Carri, A. Parath re: 2.0, GP strategy* | 0.5 | 11 |
| 10/17/23 | Ryan Hamilton | *Meeting with Ad Hoc Committee re: GP asset managers plan* | 0.5 | 3 |
| 10/17/23 | Ryan Hamilton | *Meeting with Debtors re: IEX Process update* | 0.5 | 4 |
| 10/18/23 | Ryan Hamilton | *Meeting with FTX 2.0 bidder re: product demo* | 1.0 | 4 |
| 10/18/23 | Ryan Hamilton | *Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets* | 1.5 | 3 |
| 10/18/23 | Ryan Hamilton | *Meeting with Debtors re: FTX 2.0 interested party* | 1.0 | 4 |
| 10/18/23 | Ryan Hamilton | *Prepare for weekly UCC call* | 0.5 | 9 |
| 10/18/23 | Ryan Hamilton | *Meeting with Paul Hastings re: FTX 2.0 Process* | 2.0 | 11 |
| 10/19/23 | Ryan Hamilton | *Meeting with potentially interested party* | 0.5 | 1 |
| 10/19/23 | Ryan Hamilton | *Meeting with UCC re: FTX 2.0* | 0.5 | 3 |
| 10/19/23 | Ryan Hamilton | *Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC* | 0.5 | 4 |
| 10/19/23 | Ryan Hamilton | *Meeting with Debtors and Board: re: de minimis assets* | 1.0 | 4 |
| 10/19/23 | Ryan Hamilton | *Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy* | 0.5 | 11 |
| 10/19/23 | Ryan Hamilton | *Weekly Call with UCC Advisors re: Anthropic and GDA* | 0.5 | 11 |
| 10/20/23 | Ryan Hamilton | *Internal Meeting with M. O'Hara, T. Shea, D. Homrich, L. Hultgren, S. Carri re: Ad Hoc Fee Comps* | 0.5 | 11 |
| 10/20/23 | Ryan Hamilton | *Meeting with Paul Hastings re: 2.0 Bidder strategy* | 0.5 | 11 |
| 10/22/23 | Ryan Hamilton | *Call with Paul Hastings (E. Gilad, others) re: FTX 2.0* | 1.0 | 11 |
| 10/23/23 | Ryan Hamilton | *Meeting with UCC re: FTX 2.0 bid negotiation* | 1.0 | 3 |
| 10/23/23 | Ryan Hamilton | *Prepare for UCC call* | 0.5 | 9 |
| 10/24/23 | Ryan Hamilton | *October Omnibus hearing* | 2.0 | 1 |
| 10/26/23 | Ryan Hamilton | *Meeting with Debtors re: FTX 2.0 bid negotiation* | 1.0 | 4 |
| 10/26/23 | Ryan Hamilton | *Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos* | 0.5 | 11 |
| 10/26/23 | Ryan Hamilton | *Meeting with Paul Hastings re: plan issues* | 0.5 | 11 |
| 10/30/23 | Ryan Hamilton | *Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC* | 1.0 | 11 |
| | **October 1, 2023 - October 31, 2023 Hours for Ryan Hamilton** | | **73.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Daniel Homrich | Review FTX 2.0 bid summary | 1.0 | 9 |
| 10/02/23 | Daniel Homrich | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/02/23 | Daniel Homrich | Meeting with Paul Hastings re: FTX 2.0 | 0.5 | 11 |
| 10/02/23 | Daniel Homrich | Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures | 1.0 | 11 |
| 10/03/23 | Daniel Homrich | Review of FTX 2.0 and venture portfolio update materials | 4.0 | 9 |
| 10/04/23 | Daniel Homrich | Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio | 3.0 | 3 |
| 10/04/23 | Daniel Homrich | Review of venture portfolio update materials | 2.0 | 9 |
| 10/04/23 | Daniel Homrich | Preparation of Anthropic update | 1.0 | 9 |
| 10/05/23 | Daniel Homrich | Weekly Call with UCC re: FTX 2.0 and venture portfolio | 2.0 | 3 |
| 10/05/23 | Daniel Homrich | Meeting with UCC Member re: 2.0 Bidders and VP Assets | 1.5 | 3 |
| 10/05/23 | Daniel Homrich | Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations | 0.5 | 4 |
| 10/05/23 | Daniel Homrich | Meeting with Debtors and FTX board re: funds and select venture assets | 1.0 | 4 |
| 10/05/23 | Daniel Homrich | Meeting with Paul Hastings re: venture assets strategy | 0.5 | 11 |
| 10/06/23 | Daniel Homrich | Meeting with potentially interested party | 0.5 | 1 |
| 10/06/23 | Daniel Homrich | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/06/23 | Daniel Homrich | Internal Call with R. Hamilton, T. Shea, others re: FTX 2.0 | 0.5 | 2 |
| 10/07/23 | Daniel Homrich | Preparation of venture portfolio update materials | 2.0 | 9 |
| 10/07/23 | Daniel Homrich | Meeting with Paul Hastings re: Plan Discussion | 1.0 | 11 |
| 10/08/23 | Daniel Homrich | Preparation of venture portfolio update materials | 2.0 | 9 |
| 10/09/23 | Daniel Homrich | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/09/23 | Daniel Homrich | Preparation of venture portfolio and FTX 2.0 update materials | 5.0 | 9 |
| 10/09/23 | Daniel Homrich | Meeting with UCC Advisors re: Anthropic, Actionable Investments | 1.0 | 11 |
| 10/09/23 | Daniel Homrich | Internal Call with M. O'Hara, T. Shea, R. Hamilton, J. Harris, L. Hultgren, S. Carri, and A. Parath re: Anthropic and 2.0 | 1.5 | 11 |
| 10/10/23 | Daniel Homrich | Meeting with UCC re: 2.0 auction and valuations | 1.5 | 3 |
| 10/10/23 | Daniel Homrich | Meeting with Debtors re: 2.0 Bidder financial model | 1.0 | 4 |
| 10/10/23 | Daniel Homrich | Meeting with Debtors re: 2.0 Bidder business plan | 2.0 | 4 |
| 10/11/23 | Daniel Homrich | Meeting re: plan negotiations with Debtors and AHC | 8.0 | 4 |
| 10/12/23 | Daniel Homrich | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 11.5 | 4 |
| 10/13/23 | Daniel Homrich | Meeting with Debtors re: de minimis assets, Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano | 0.5 | 4 |
| 10/16/23 | Daniel Homrich | Internal Call with R. Hamilton, T. Shea, L. Hultgren, S. Carri re: Secondaries Update | 0.5 | 1 |
| 10/16/23 | Daniel Homrich | Review of AHC's advisor fees and scope of engagement | 1.0 | 9 |
| 10/16/23 | Daniel Homrich | Meeting with Paul Hastings re: plan settlement agreement | 1.0 | 11 |
| 10/16/23 | Daniel Homrich | Weekly Call with UCC Advisors re: RSA, de minimis assets | 1.0 | 11 |
| 10/16/23 | Daniel Homrich | Internal Call with M. O'Hara, T. Shea, R. Hamilton, J. Harris, A. Gavin, L. Hultgren, S. Carri, A. Parath re: 2.0, GP strategy | 0.5 | 11 |
| 10/17/23 | Daniel Homrich | Meeting with Ad Hoc Committee re: GP asset managers plan | 0.5 | 3 |
| 10/17/23 | Daniel Homrich | Meeting with Debtors re: IEX Process update | 0.5 | 4 |
| 10/17/23 | Daniel Homrich | Preparation of materials for UCC re: case Process and updates | 3.0 | 11 |
| 10/18/23 | Daniel Homrich | Meeting with FTX 2.0 bidder re: product demo | 1.0 | 4 |
| 10/18/23 | Daniel Homrich | Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets | 1.5 | 3 |
| 10/18/23 | Daniel Homrich | Meeting with Debtors re: 2.0 bidder | 1.0 | 4 |
| 10/18/23 | Daniel Homrich | Meeting with Paul Hastings re: FTX 2.0 Process | 2.0 | 11 |
| 10/19/23 | Daniel Homrich | Meeting with potentially interested party | 0.5 | 1 |
| 10/19/23 | Daniel Homrich | Meeting with UCC re: FTX 2.0 | 0.5 | 3 |
| 10/19/23 | Daniel Homrich | Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC | 0.5 | 4 |
| 10/19/23 | Daniel Homrich | Meeting with Debtors and Board: re: de minimis assets | 1.0 | 4 |
| 10/19/23 | Daniel Homrich | Review of venture portfolio assets and plan materials | 2.0 | 9 |
| 10/19/23 | Daniel Homrich | Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy | 0.5 | 11 |
| 10/19/23 | Daniel Homrich | Weekly Call with UCC Advisors re: Anthropic and GDA | 0.5 | 11 |
| 10/20/23 | Daniel Homrich | Internal Meeting with M. O'Hara, T. Shea, R. Hamilton, L. Hultgren, S. Carri re: Ad Hoc Comps | 0.5 | 11 |
| 10/20/23 | Daniel Homrich | Internal Meeting with M. O'Hara, R. Hamilton, T. Shea, L. Hultgren, S. Carri | 0.5 | 11 |
| 10/22/23 | Daniel Homrich | Call with Paul Hastings (E. Gilad, others) re: FTX 2.0 | 1.0 | 11 |
| 10/23/23 | Daniel Homrich | Meeting with UCC re: 2.0 Bid negotiation | 1.0 | 3 |
| 10/23/23 | Daniel Homrich | Review of venture portfolio materials | 1.0 | 9 |
| 10/24/23 | Daniel Homrich | October Omnibus hearing | 2.0 | 1 |
| 10/24/23 | Daniel Homrich | Review of plan filings in response to potential investor question | 4.0 | 9 |
| 10/24/23 | Daniel Homrich | Review of venture portfolio materials | 1.5 | 9 |
| 10/25/23 | Daniel Homrich | Review of certain venture portfolio assets | 1.0 | 9 |
| 10/25/23 | Daniel Homrich | Review and prepare internal case materials | 3.0 | 11 |
| 10/26/23 | Daniel Homrich | Meeting with Debtors re: 2.0 Bid negotiation | 1.0 | 4 |
| 10/26/23 | Daniel Homrich | Review of plan documents and structure | 2.0 | 9 |
| 10/26/23 | Daniel Homrich | Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos | 0.5 | 11 |
| 10/26/23 | Daniel Homrich | Meeting with Paul Hastings re: plan issues | 0.5 | 11 |
| 10/27/23 | Daniel Homrich | Review of plan documents and structure | 3.0 | 9 |
| 10/30/23 | Daniel Homrich | Review of materials for UCC | 2.0 | 11 |
| 10/31/23 | Daniel Homrich | Review of materials for UCC | 2.0 | 11 |
| 10/30/23 | Daniel Homrich | Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC | 1.0 | 11 |
| | | **October 1, 2023 - October 31, 2023 Hours for Daniel Homrich** | **107.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Lars Hultgren | Review FTX 2.0 bid summary | 1.0 | 9 |
| 10/02/23 | Lars Hultgren | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/02/23 | Lars Hultgren | Prepare materials for the Committee re: FTX 2.0 Process update | 2.0 | 9 |
| 10/02/23 | Lars Hultgren | Prepare materials for the Committee re: venture portfolio update | 4.0 | 9 |
| 10/02/23 | Lars Hultgren | Meeting with Paul Hastings re: FTX 2.0 | 0.5 | 11 |
| 10/02/23 | Lars Hultgren | Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures | 1.0 | 11 |
| 10/03/23 | Lars Hultgren | Review of FTX 2.0 bids | 1.0 | 1 |
| 10/03/23 | Lars Hultgren | Prepare materials for the Committee re: FTX 2.0 Process update | 2.0 | 9 |
| 10/03/23 | Lars Hultgren | Prepare materials for the Committee re: venture portfolio update | 5.0 | 9 |
| 10/03/23 | Lars Hultgren | Crypto-related news compilation | 0.5 | 1 |
| 10/04/23 | Lars Hultgren | Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio | 3.0 | 3 |
| 10/04/23 | Lars Hultgren | Review of Committee feedback re: Anthropic | 0.5 | 3 |
| 10/04/23 | Lars Hultgren | Prepare communications with bidders re: feedback | 0.5 | 3 |
| 10/05/23 | Lars Hultgren | Weekly Call with UCC re: FTX 2.0 and venture portfolio | 2.0 | 1 |
| 10/05/23 | Lars Hultgren | Meeting with UCC Member re: 2.0 Bidders and VP Assets | 1.5 | 3 |
| 10/05/23 | Lars Hultgren | Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations | 0.5 | 4 |
| 10/05/23 | Lars Hultgren | Meeting with Debtors and FTX board re: funds and select venture assets | 1.0 | 4 |
| 10/05/23 | Lars Hultgren | Review of FTX venture information | 0.5 | 9 |
| 10/05/23 | Lars Hultgren | Meeting with Paul Hastings re: venture assets strategy | 0.5 | 11 |
| 10/06/23 | Lars Hultgren | Meeting with potentially interested party | 0.5 | 1 |
| 10/06/23 | Lars Hultgren | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/06/23 | Lars Hultgren | Internal Call with R. Hamilton, D. Homrich, T. Shea, others re: FTX 2.0 | 0.5 | 2 |
| 10/06/23 | Lars Hultgren | Review of FTX 2.0 buyer diligence | 1.0 | 9 |
| 10/06/23 | Lars Hultgren | Prepare materials for the UCC re: venture sales | 1.0 | 9 |
| 10/07/23 | Lars Hultgren | Prepare materials for the UCC re: venture sales | 2.0 | 9 |
| 10/07/23 | Lars Hultgren | Meeting with Paul Hastings re: Plan Discussion | 1.0 | 11 |
| 10/08/23 | Lars Hultgren | Prepare materials for the UCC re: venture sales | 0.5 | 9 |
| 10/09/23 | Lars Hultgren | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/09/23 | Lars Hultgren | Prepare materials for the UCC re: venture sales | 0.5 | 9 |
| 10/09/23 | Lars Hultgren | Review of VDR re: capital call information | 0.5 | 9 |
| 10/09/23 | Lars Hultgren | Prepare materials for the UCC: Anthropic, venture investments, and FTX 2.0 | 5.0 | 9 |
| 10/09/23 | Lars Hultgren | Meeting with UCC Advisors re: Anthropic, Actionable Investments | 1.0 | 1 |
| 10/09/23 | Lars Hultgren | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, J. Harris, S. Carri, and A. Parath re: Anthropic and 2.0 | 1.5 | 11 |
| 10/10/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 1.0 | 1 |
| 10/10/23 | Lars Hultgren | Meeting with UCC re: 2.0 auction and valuations | 1.5 | 3 |
| 10/10/23 | Lars Hultgren | Review of Committee feedback re: Anthropic and venture investments | 0.5 | 3 |
| 10/10/23 | Lars Hultgren | Meeting with Debtors re: 2.0 Bidder financial model | 1.0 | 4 |
| 10/10/23 | Lars Hultgren | Meeting with Debtors re: 2.0 Bidder business plan | 2.0 | 4 |
| 10/10/23 | Lars Hultgren | Review of VDR and diligence received re: FTX EU | 2.0 | 9 |
| 10/11/23 | Lars Hultgren | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 4.0 | 4 |
| 10/11/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 4.0 | 9 |
| 10/12/23 | Lars Hultgren | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 4.0 | 4 |
| 10/12/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 1.0 | 9 |
| 10/13/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 6.0 | 1 |
| 10/13/23 | Lars Hultgren | Meeting with Debtors re: de minimis assets, Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano | 0.5 | 4 |
| 10/14/23 | Lars Hultgren | Review of Debtors de minimis asset summary materials | 1.0 | 9 |
| 10/16/23 | Lars Hultgren | Meeting with potentially interested party | 0.5 | 1 |
| 10/16/23 | Lars Hultgren | Review of Committee feedback re: FTX EU | 0.5 | 3 |
| 10/16/23 | Lars Hultgren | Meeting with Paul Hastings re: plan settlement agreement | 1.0 | 11 |
| 10/16/23 | Lars Hultgren | Weekly Call with UCC Advisors re: RSA, de minimis assets | 1.0 | 11 |
| 10/16/23 | Lars Hultgren | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, J. Harris, A. Gavin, S. Carri, A. Parath re: 2.0, GP strategy | 0.5 | 11 |
| 10/17/23 | Lars Hultgren | Prepare ad hoc fee comps for the Committee | 0.5 | 1 |
| 10/17/23 | Lars Hultgren | Review of crypto related news run | 0.5 | 1 |
| 10/17/23 | Lars Hultgren | Meeting with Ad Hoc Committee re: GP asset managers plan | 0.5 | 3 |
| 10/17/23 | Lars Hultgren | Meeting with Debtors re: IEX Process update | 0.5 | 4 |
| 10/17/23 | Lars Hultgren | Review of court docket re: IEX settlement | 0.5 | 9 |
| 10/17/23 | Lars Hultgren | Prepare UCC materials re: IEX sale Process | 2.0 | 9 |
| 10/17/23 | Lars Hultgren | Review of IEX sale Process VDR | 1.0 | 9 |
| 10/18/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 2.0 | 1 |
| 10/18/23 | Lars Hultgren | Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets | 1.5 | 3 |
| 10/18/23 | Lars Hultgren | Meeting with Debtors re: 2.0 bidder | 1.0 | 4 |
| 10/18/23 | Lars Hultgren | Meeting with FTX 2.0 bidder re: product demo | 1.0 | 4 |
| 10/18/23 | Lars Hultgren | Prepare materials for the UCC re: de minimis assets | 1.0 | 9 |
| 10/18/23 | Lars Hultgren | Meeting with Paul Hastings re: FTX 2.0 Process | 2.0 | 11 |
| 10/19/23 | Lars Hultgren | Review of comparable bankruptcy cases re: 363 comps | 2.0 | 1 |
| 10/19/23 | Lars Hultgren | Meeting with potentially interested party | 0.5 | 1 |
| 10/19/23 | Lars Hultgren | Meeting with UCC re: FTX 2.0 | 0.5 | 3 |
| 10/19/23 | Lars Hultgren | Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC | 0.5 | 4 |
| 10/19/23 | Lars Hultgren | Meeting with Debtors and Board: re: de minimis assets | 1.0 | 4 |
| 10/19/23 | Lars Hultgren | Prepare materials for the UCC re: de minimis assets | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/19/23 | Lars Hultgren | Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy | 0.5 | 1 |
| 10/19/23 | Lars Hultgren | Weekly Call with UCC Advisors re: Anthropic and GDA | 0.5 | 11 |
| 10/20/23 | Lars Hultgren | Review and prepare internal case materials | 2.0 | 9 |
| 10/20/23 | Lars Hultgren | Crypto-related news compilation | 0.5 | 1 |
| 10/20/23 | Lars Hultgren | Internal Meeting with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, S. Carri re: Ad Hoc Comps | 0.5 | 1 |
| 10/20/23 | Lars Hultgren | Meeting with Paul Hastings re: 2.0 Bidder strategy | 0.5 | 1 |
| 10/21/23 | Lars Hultgren | Review and prepare internal case materials | 0.5 | 9 |
| 10/23/23 | Lars Hultgren | Meeting with UCC re: 2.0 Bid negotiation | 1.0 | 3 |
| 10/23/23 | Lars Hultgren | Review and prepare internal case materials | 4.0 | 9 |
| 10/23/23 | Lars Hultgren | Prepare materials for the UCC re: de minimis assets | 4.0 | 1 |
| 10/24/23 | Lars Hultgren | October Omnibus hearing | 2.0 | 1 |
| 10/24/23 | Lars Hultgren | Prepare materials and draft email for UCC re: de minimis assets | 1.5 | 9 |
| 10/25/23 | Lars Hultgren | Review and prepare internal case materials | 1.5 | 1 |
| 10/26/23 | Lars Hultgren | Meeting with Debtors re: 2.0 Bid negotiation | 1.0 | 4 |
| 10/26/23 | Lars Hultgren | Review and prepare internal case materials | 1.0 | 1 |
| 10/26/23 | Lars Hultgren | Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos | 0.5 | 11 |
| 10/26/23 | Lars Hultgren | Meeting with Paul Hastings re: plan issues | 0.5 | 11 |
| 10/27/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 10/27/23 | Lars Hultgren | Review of VDR materials re: venture assets | 1.0 | 9 |
| 10/30/23 | Lars Hultgren | Prepare fee application | 2.0 | 1 |
| 10/30/23 | Lars Hultgren | Review and prepare internal case materials | 0.5 | 9 |
| 10/30/23 | Lars Hultgren | Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC | 1.0 | 11 |
| 10/31/23 | Lars Hultgren | Manage Committee VDR | 0.5 | 1 |
| 10/31/23 | Lars Hultgren | Prepare fee application | 1.0 | 1 |
| 10/31/23 | Lars Hultgren | Review and prepare internal case materials | 0.5 | 9 |
| 10/31/23 | Lars Hultgren | Prepare materials for UCC re: advisor compensation and GP RFP | 4.0 | 9 |
| 10/31/23 | Lars Hultgren | Review of Debtors' VDR | 1.0 | 9 |
| 10/31/23 | Lars Hultgren | Review of K5 venture investments | 2.5 | 9 |
| | **October 1, 2023 - October 31, 2023 Hours for Lars Hultgren** | | **136.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/23 | Sebastian Carri | Review FTX 2.0 bid summary | 1.0 | 9 |
| 10/02/23 | Sebastian Carri | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/02/23 | Sebastian Carri | Meeting with Paul Hastings re: FTX 2.0 | 0.5 | 11 |
| 10/02/23 | Sebastian Carri | Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures | 1.0 | 11 |
| 10/03/23 | Sebastian Carri | Venture Portfolio Update | 5.0 | 9 |
| 10/03/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 10/03/23 | Sebastian Carri | Preparation of Bidder Materials | 3.0 | 9 |
| 10/03/23 | Sebastian Carri | Review FTX 2.0 bid summary | 1.0 | 9 |
| 10/04/23 | Sebastian Carri | Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio | 3.0 | 3 |
| 10/04/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 10/05/23 | Sebastian Carri | Weekly Call with UCC re: FTX 2.0 and venture portfolio | 2.0 | 3 |
| 10/05/23 | Sebastian Carri | Meeting with UCC Member re: 2.0 Bidders and VP Assets | 1.5 | 3 |
| 10/05/23 | Sebastian Carri | Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations | 0.5 | 4 |
| 10/05/23 | Sebastian Carri | Meeting with Debtors and FTX board re: funds and select venture assets | 1.0 | 4 |
| 10/05/23 | Sebastian Carri | Meeting with Paul Hastings re: venture assets strategy | 0.5 | 11 |
| 10/06/23 | Sebastian Carri | Meeting with potentially interested party | 0.5 | 1 |
| 10/06/23 | Sebastian Carri | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/06/23 | Sebastian Carri | Preparation of UCC materials | 5.0 | 9 |
| 10/07/23 | Sebastian Carri | Meeting with Paul Hastings re: Plan Discussion | 1.0 | 11 |
| 10/09/23 | Sebastian Carri | Meeting with FTX 2.0 bidder | 1.5 | 4 |
| 10/09/23 | Sebastian Carri | Meeting with UCC Advisors re: Anthropic, Actionable Investments | 1.0 | 11 |
| 10/09/23 | Sebastian Carri | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, J. Harris, L. Hultgren, and A. Parath re: Anthropic and 2.0 | 1.5 | 11 |
| 10/10/23 | Sebastian Carri | Meeting with UCC re: 2.0 auction and valuations | 1.5 | 3 |
| 10/10/23 | Sebastian Carri | Meeting with Debtors re: 2.0 Bidder financial model | 1.0 | 4 |
| 10/10/23 | Sebastian Carri | Meeting with Debtors re: 2.0 Bidder business plan | 2.0 | 4 |
| 10/10/23 | Sebastian Carri | Dataroom Management | 0.5 | 9 |
| 10/10/23 | Sebastian Carri | Preparation of 2.0 Process Comps | 5.0 | 9 |
| 10/11/23 | Sebastian Carri | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 4.0 | 4 |
| 10/12/23 | Sebastian Carri | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 4.0 | 4 |
| 10/12/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 10/13/23 | Sebastian Carri | Meeting with Debtors re: de minimis assets, Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano | 0.5 | 4 |
| 10/15/23 | Sebastian Carri | Preparation of Comparable Ad-Hoc Committee Fees | 6.0 | 9 |
| 10/16/23 | Sebastian Carri | Meeting with potentially interested party | 0.5 | 1 |
| 10/16/23 | Sebastian Carri | Meeting with Paul Hastings re: plan settlement agreement | 1.0 | 11 |
| 10/16/23 | Sebastian Carri | Weekly Call with UCC Advisors re: RSA, de minimis assets | 1.0 | 11 |
| 10/16/23 | Sebastian Carri | Internal Call with M. O'Hara, T. Shea, R. Hamilton, D. Homrich, J. Harris, A. Gavin, L. Hultgren, A. Parath re: 2.0, GP strategy | 0.5 | 11 |
| 10/17/23 | Sebastian Carri | Meeting with Ad Hoc Committee re: GP asset managers plan | 0.5 | 3 |
| 10/17/23 | Sebastian Carri | Meeting with Debtors re: IEX Process update | 0.5 | 4 |
| 10/17/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 10/17/23 | Sebastian Carri | Preparation of UCC materials including venture portfolio summary and bidder summary | 7.0 | 9 |
| 10/18/23 | Sebastian Carri | Meeting with FTX 2.0 bidder re: product demo | 1.0 | 4 |
| 10/18/23 | Sebastian Carri | Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets | 1.5 | 3 |
| 10/18/23 | Sebastian Carri | Meeting with Debtors re: 2.0 bidder | 1.0 | 4 |
| 10/18/23 | Sebastian Carri | Preparation of internal fee materials | 5.0 | 9 |
| 10/18/23 | Sebastian Carri | Preparation of bid materials | 5.0 | 9 |
| 10/18/23 | Sebastian Carri | Meeting with Paul Hastings re: FTX 2.0 Process | 2.0 | 11 |
| 10/19/23 | Sebastian Carri | Meeting with potentially interested party | 0.5 | 1 |
| 10/19/23 | Sebastian Carri | Meeting with UCC re: FTX 2.0 | 0.5 | 3 |
| 10/19/23 | Sebastian Carri | Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC | 0.5 | 4 |
| 10/19/23 | Sebastian Carri | Meeting with Debtors and Board: re: de minimis assets | 1.0 | 4 |
| 10/19/23 | Sebastian Carri | Preparation of Venture book materials | 5.0 | 9 |
| 10/19/23 | Sebastian Carri | Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy | 0.5 | 11 |
| 10/19/23 | Sebastian Carri | Weekly Call with UCC Advisors re: Anthropic and GDA | 0.5 | 11 |
| 10/20/23 | Sebastian Carri | Preparation of Venture book materials | 3.0 | 9 |
| 10/20/23 | Sebastian Carri | Crypto-related news compilation | 0.5 | 1 |
| 10/20/23 | Sebastian Carri | Preparation of internal fee materials | 2.0 | 9 |
| 10/20/23 | Sebastian Carri | Preparation of 2.0 materials | 2.0 | 9 |
| 10/20/23 | Sebastian Carri | Internal Meeting with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, L. Hultgren re: Ad Hoc Comps | 0.5 | 11 |
| 10/20/23 | Sebastian Carri | Meeting with Paul Hastings re: 2.0 Bidder strategy | 0.5 | 11 |
| 10/23/23 | Sebastian Carri | Meeting with UCC re: 2.0 Bid negotiation | 1.0 | 3 |
| 10/23/23 | Sebastian Carri | Preparation of venture book materials | 3.0 | 9 |
| 10/24/23 | Sebastian Carri | October Omnibus hearing | 2.0 | 1 |
| 10/26/23 | Sebastian Carri | Meeting with Debtors re: 2.0 Bid negotiation | 1.0 | 4 |
| 10/26/23 | Sebastian Carri | Preparation of internal case materials | 5.0 | 9 |
| 10/26/23 | Sebastian Carri | Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos | 0.5 | 11 |
| 10/26/23 | Sebastian Carri | Meeting with Paul Hastings re: plan issues | 0.5 | 11 |
| 10/31/23 | Sebastian Carri | Preparation of Ad Hoc Committee Materials | 2.0 | 9 |
| 10/30/23 | Sebastian Carri | Preparation of Ad Hoc Committee Materials | 2.0 | 9 |
| 10/30/23 | Sebastian Carri | Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC | 1.0 | 11 |
| | **October 1, 2023 - October 31, 2023 Hours for Sebastian Carri** | | **121.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 10/01/32 | Timothy Shea | *Prepare GP RFP summary materials* | 2.0 | 4 |
| 10/01/23 | Timothy Shea | Review FTX 2.0 bid summary | 0.5 | 9 |
| 10/02/23 | Timothy Shea | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/02/23 | Timothy Shea | *Meeting with Paul Hastings re: FTX 2.0* | 0.5 | 11 |
| 10/02/23 | Timothy Shea | *Weekly Call with UCC advisors re: Plan Issues, 2.0, Ventures* | 1.0 | 11 |
| 10/04/23 | Timothy Shea | *Meeting with UCC re: priority of claims, recovery analysis, RRTs, venture portfolio* | 3.0 | 3 |
| 10/05/23 | Timothy Shea | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Timothy Shea | *Meeting with UCC Member re: 2.0 Bidders and VP Assets* | 1.5 | 3 |
| 10/05/23 | Timothy Shea | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Timothy Shea | *Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations* | 0.5 | 4 |
| 10/05/23 | Timothy Shea | *Meeting with Debtors and FTX board re: funds and select venture assets* | 1.0 | 4 |
| 10/05/23 | Timothy Shea | *Meeting with Paul Hastings re: venture assets strategy* | 0.5 | 11 |
| 10/06/23 | Timothy Shea | *Meeting with potentially interested party* | 0.5 | 1 |
| 10/06/23 | Timothy Shea | *Internal Call with R. Hamilton, D. Homrich, others re: FTX 2.0* | 0.5 | 2 |
| 10/06/23 | Timothy Shea | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/07/23 | Timothy Shea | *Meeting with Paul Hastings re: Plan Discussion* | 1.0 | 11 |
| 10/09/23 | Timothy Shea | *Meeting with FTX 2.0 bidder* | 1.5 | 4 |
| 10/09/23 | Timothy Shea | *Meeting with UCC Advisors re: Anthropic, Actionable Investments* | 1.0 | 11 |
| 10/09/23 | Timothy Shea | *Internal Call with M. O'Hara, R. Hamilton, D. Homrich, J. Harris, L. Hultgren, S. Carri, and A. Parath re: Anthropic and 2.0* | 1.5 | 11 |
| 10/10/23 | Timothy Shea | *Meeting with UCC re: 2.0 auction and valuations* | 1.5 | 3 |
| 10/10/23 | Timothy Shea | *Meeting with Debtors re: 2.0 Bidder financial model* | 1.0 | 4 |
| 10/10/23 | Timothy Shea | *Meeting with Debtors re: 2.0 Bidder business plan* | 2.0 | 4 |
| 10/11/23 | Timothy Shea | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 10.5 | 4 |
| 10/12/23 | Timothy Shea | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 11.5 | 4 |
| 10/13/23 | Timothy Shea | *Meeting with Debtors re: de minimis assets, Praxis, Doppel, Canonical Crypto Fund, Skybridge, HelixNano* | 0.5 | 4 |
| 10/16/23 | Timothy Shea | *Meeting with potentially interested party* | 0.5 | 1 |
| 10/16/23 | Timothy Shea | *Meeting with Paul Hastings re: plan settlement agreement* | 1.0 | 11 |
| 10/16/23 | Timothy Shea | *Weekly Call with UCC Advisors re: RSA, de minimis assets* | 1.0 | 11 |
| 10/16/23 | Timothy Shea | *Internal Call with M. O'Hara, R. Hamilton, D. Homrich, J. Harris, A. Gavin, L. Hultgren, S. Carri, A. Parath re: 2.0, GP strategy* | 0.5 | 11 |
| 10/17/23 | Timothy Shea | *Meeting with Ad Hoc Committee re: GP asset managers plan* | 0.5 | 3 |
| 10/17/23 | Timothy Shea | *Meeting with Debtors re: IEX Process update* | 0.5 | 4 |
| 10/18/23 | Timothy Shea | *Meeting with FTX 2.0 bidder re: product demo* | 1.0 | 4 |
| 10/18/23 | Timothy Shea | *Weekly Call with UCC re: FTX 2.0, IEX, FTX EU, and certain de minimis assets* | 1.5 | 3 |
| 10/18/23 | Timothy Shea | *Meeting with Debtors re: 2.0 bidder* | 1.0 | 4 |
| 10/18/23 | Timothy Shea | *Meeting with Paul Hastings re: FTX 2.0 Process* | 2.0 | 11 |
| 10/19/23 | Timothy Shea | *Meeting with UCC re: FTX 2.0* | 0.5 | 3 |
| 10/19/23 | Timothy Shea | *Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC* | 0.5 | 4 |
| 10/19/23 | Timothy Shea | *Meeting with Debtors and Board: re: de minimis assets* | 1.0 | 4 |
| 10/19/23 | Timothy Shea | *Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy* | 0.5 | 11 |
| 10/19/23 | Timothy Shea | *Weekly Call with UCC Advisors re: Anthropic and GDA* | 0.5 | 11 |
| 10/20/23 | Timothy Shea | *Internal Meeting with M. O'Hara, R. Hamilton, D. Homrich, L. Hultgren, S. Carri re: Ad Hoc Comps* | 0.5 | 11 |
| 10/20/23 | Timothy Shea | *Meeting with Paul Hastings re: 2.0 Bidder strategy* | 0.5 | 11 |
| 10/22/23 | Timothy Shea | *Call with Paul Hastings (E. Gilad, others) re: FTX 2.0* | 1.0 | 11 |
| 10/23/23 | Timothy Shea | *Meeting with UCC re: 2.0 Bid negotiation* | 1.0 | 3 |
| 10/24/23 | Timothy Shea | October Omnibus hearing | 2.0 | 1 |
| 10/26/23 | Timothy Shea | *Meeting with Debtors re: 2.0 Bid negotiation* | 1.0 | 4 |
| 10/26/23 | Timothy Shea | *Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos* | 0.5 | 11 |
| 10/26/23 | Timothy Shea | *Meeting with Paul Hastings re: plan issues* | 0.5 | 11 |
| 10/29/23 | Timothy Shea | *Prepare GP RFP summary materials* | 1.0 | 4 |
| 10/30/23 | Timothy Shea | *Prepare GP RFP summary materials* | 2.5 | 4 |
| 10/30/23 | Timothy Shea | *Weekly Call with UCC Advisors re: 2.0 Bidder diligence and KYC* | 1.0 | 11 |
| | | **October 1, 2023 - October 31, 2023 Hours for Timothy Shea** | **74.5** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/02/23 | Alexander Gavin | Review FTX 2.0 bid summary | 2.0 | 9 |
| 10/05/23 | Alexander Gavin | Weekly Call with UCC re: FTX 2.0 and venture portfolio | 2.0 | 3 |
| 10/05/23 | Alexander Gavin | Meeting with UCC Member re: 2.0 Bidders and VP Assets | 1.5 | 3 |
| 10/05/23 | Alexander Gavin | Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations | 0.5 | 4 |
| 10/05/23 | Alexander Gavin | Meeting with Debtors and FTX board re: funds and select venture assets | 1.0 | 4 |
| 10/05/23 | Alexander Gavin | Meeting with Paul Hastings re: venture assets strategy | 0.5 | 11 |
| 10/12/23 | Alexander Gavin | Plan Meetings with Debtors, UCC, and Ad Hoc Committee | 4.0 | 4 |
| 10/16/23 | Alexander Gavin | Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, J. Harris, L. Hultgren, S. Carri, A. Parath re: 2.0, GP strategy | 0.5 | 11 |
| 10/19/23 | Alexander Gavin | Meeting with UCC re: FTX 2.0 | 0.5 | 3 |
| 10/19/23 | Alexander Gavin | Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC | 0.5 | 4 |
| 10/19/23 | Alexander Gavin | Meeting with Debtors and Board: re: de minimis assets | 1.0 | 4 |
| 10/19/23 | Alexander Gavin | Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy | 0.5 | 11 |
| 10/19/23 | Alexander Gavin | Weekly Call with UCC Advisors re: Anthropic and GDA | 0.5 | 11 |
| 10/20/23 | Alexander Gavin | Prepare GP RFP summary materials | 3.0 | 4 |
| 10/26/23 | Alexander Gavin | Meeting with Debtors re: 2.0 Bid negotiation | 1.0 | 4 |
| 10/26/23 | Alexander Gavin | Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos | 0.5 | 11 |
| 10/26/23 | Alexander Gavin | Meeting with Paul Hastings re: plan issues | 0.5 | 11 |
| 10/27/23 | Alexander Gavin | Prepare GP RFP summary materials | 3.0 | 4 |
| | **October 1, 2023 - October 31, 2023 Hours for Alexander Gavin** | | **23.0** | |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/02/23 | Lee Eller | *Review FTX 2.0 bid summary* | 2.0 | 9 |
| 10/05/23 | Lee Eller | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Lee Eller | *Meeting with UCC Member re: 2.0 Bidders and VP Assets* | 1.5 | 3 |
| 10/05/23 | Lee Eller | *Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations* | 0.5 | 4 |
| 10/05/23 | Lee Eller | *Meeting with Debtors and FTX board re: funds and select venture assets* | 1.0 | 4 |
| 10/05/23 | Lee Eller | *Meeting with Paul Hastings re: venture assets strategy* | 0.5 | 11 |
| 10/12/23 | Lee Eller | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 4.0 | 4 |
| 10/19/23 | Lee Eller | *Meeting with UCC re: FTX 2.0* | 0.5 | 3 |
| 10/19/23 | Lee Eller | *Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC* | 0.5 | 4 |
| 10/19/23 | Lee Eller | *Meeting with Debtors and Board: re: de minimis assets* | 1.0 | 4 |
| 10/19/23 | Lee Eller | *Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy* | 0.5 | 11 |
| 10/19/23 | Lee Eller | *Weekly Call with UCC Advisors re: Anthropic and GDA* | 0.5 | 11 |
| 10/26/23 | Lee Eller | *Meeting with Debtors re: 2.0 Bid negotiation* | 1.0 | 4 |
| 10/26/23 | Lee Eller | *Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos* | 0.5 | 11 |
| 10/26/23 | Lee Eller | *Meeting with Paul Hastings re: plan issues* | 0.5 | 11 |
| | **October 1, 2023 - October 31, 2023 Hours for Lee Eller** | | **16.5** | |
| 10/02/23 | Abhilash Parath | *Review FTX 2.0 bid summary* | 2.0 | 9 |
| 10/05/23 | Abhilash Parath | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Abhilash Parath | *Meeting with UCC Member re: 2.0 Bidders and VP Assets* | 1.5 | 3 |
| 10/05/23 | Abhilash Parath | *Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations* | 0.5 | 4 |
| 10/05/23 | Abhilash Parath | *Meeting with Debtors and FTX board re: funds and select venture assets* | 1.0 | 4 |
| 10/05/23 | Abhilash Parath | *Meeting with Paul Hastings re: venture assets strategy* | 0.5 | 11 |
| 10/12/23 | Abhilash Parath | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 4.0 | 4 |
| 10/16/23 | Abhilash Parath | *Internal Call with M. O'Hara, R. Hamilton, T. Shea, D. Homrich, J. Harris, A. Gavin, L. Hultgren, S. Carri re: 2.0, GP strategy* | 0.5 | 11 |
| 10/19/23 | Abhilash Parath | *Meeting with UCC re: FTX 2.0* | 0.5 | 3 |
| 10/19/23 | Abhilash Parath | *Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC* | 0.5 | 4 |
| 10/19/23 | Abhilash Parath | *Meeting with Debtors and Board: re: de minimis assets* | 1.0 | 4 |
| 10/19/23 | Abhilash Parath | *Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy* | 0.5 | 11 |
| 10/19/23 | Abhilash Parath | *Weekly Call with UCC Advisors re: Anthropic and GDA* | 0.5 | 11 |
| 10/26/23 | Abhilash Parath | *Meeting with Debtors re: 2.0 Bid negotiation* | 1.0 | 4 |
| 10/26/23 | Abhilash Parath | *Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos* | 0.5 | 11 |
| 10/26/23 | Abhilash Parath | *Meeting with Paul Hastings re: plan issues* | 0.5 | 11 |
| 10/31/23 | Abhilash Parath | *Prepare GP RFP summary materials* | 3.0 | 4 |
| | **October 1, 2023 - October 31, 2023 Hours for Abhilash Parath** | | **20.0** | |
| 10/02/23 | Jack Harris | *Review FTX 2.0 bid summary* | 2.0 | 9 |
| 10/05/23 | Jack Harris | *Weekly Call with UCC re: FTX 2.0 and venture portfolio* | 2.0 | 3 |
| 10/05/23 | Jack Harris | *Meeting with UCC Member re: 2.0 Bidders and VP Assets* | 1.5 | 3 |
| 10/05/23 | Jack Harris | *Weekly Call with Debtors re: 2.0 Bidder proposals, 2.0 Process considerations* | 0.5 | 4 |
| 10/05/23 | Jack Harris | *Meeting with Debtors and FTX board re: funds and select venture assets* | 1.0 | 4 |
| 10/05/23 | Jack Harris | *Meeting with Paul Hastings re: venture assets strategy* | 0.5 | 11 |
| 10/12/23 | Jack Harris | *Plan Meetings with Debtors, UCC, and Ad Hoc Committee* | 4.0 | 4 |
| 10/19/23 | Jack Harris | *Meeting with UCC re: FTX 2.0* | 0.5 | 3 |
| 10/19/23 | Jack Harris | *Prepare GP RFP summary materials* | 6.0 | 4 |
| 10/19/23 | Jack Harris | *Meeting with Debtors re: FTX 2.0 Bidder negotiations with UCC* | 0.5 | 4 |
| 10/19/23 | Jack Harris | *Meeting with Debtors and Board: re: de minimis assets* | 1.0 | 4 |
| 10/19/23 | Jack Harris | *Meeting with Advisors re: 2.0 Bidder bid economics and negotiation strategy* | 0.5 | 11 |
| 10/19/23 | Jack Harris | *Weekly Call with UCC Advisors re: Anthropic and GDA* | 0.5 | 11 |
| 10/26/23 | Jack Harris | *Meeting with Debtors re: 2.0 Bid negotiation* | 1.0 | 4 |
| 10/26/23 | Jack Harris | *Prepare GP RFP summary materials* | 3.0 | 4 |
| 10/26/23 | Jack Harris | *Meeting with Paul Hastings re: Anthropic, Sino Global, Aptos* | 0.5 | 11 |
| 10/26/23 | Jack Harris | *Meeting with Paul Hastings re: plan issues* | 0.5 | 11 |
| | **October 1, 2023 - October 31, 2023 Hours for Jack Harris** | | **25.5** | |

## Exhibit B

## Expense Detail

**Expense Detail**
October 1 - October 31, 2023

| Professional | User Date | Amount ($) | Expense Description |
|---|---|---|---|
| MICHAEL O'HARA | 9/13/2023 | $182.26 | TAXI |
| SEBASTIAN CARRI | 9/27/2023 | $10.33 | EMPLOYEE MEAL |
| SEBASTIAN CARRI | 9/27/2023 | $56.24 | TAXI |
| SEBASTIAN CARRI | 9/29/2023 | $27.52 | EMPLOYEE MEAL |
| SEBASTIAN CARRI | 10/3/2023 | $37.84 | PRINTING SERVICES |
| DANIEL HOMRICH | 10/5/2023 | $17.23 | EMPLOYEE MEAL |
| SEBASTIAN CARRI | 10/10/2023 | $146.80 | PRINTING SERVICES |
| MICHAEL O'HARA | 10/11/2023 | $172.33 | TAXI |
| MICHAEL O'HARA | 10/12/2023 | $147.38 | TAXI |
| MICHAEL O'HARA | 10/17/2023 | $29.47 | TAXI |
| DATASITE | 10/24/2023 | $50,000.00 | DATAROOM INVOICE (RECEIVED OCT.) |
| DENTONS | 10/31/2023 | $7,668.00 | LEGAL |
| **Total Expense** | | **$58,495.40** | |

![Dentons]

Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito
Jefferies LLC
520 Madison Avenue
New York NY 10022
United States

November 9, 2023

**Invoice No. 2682545**

Client/Matter: 09806540-000047

FTX Bankruptcy
8116

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 7,668.00 |

Please return this page with your payment
To pay by E-Check - https://www.e-billexpress.com/ebpp/DentonsUS

Payments by check should be sent to:
Dentons US LLP
Dept. 3078
Carol Stream, IL  60132-3078

OR

Payment by wire transfer/ACH should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit #: ███████
Account #: ███████
Account Name: Dentons US LLP
Swift Code: ███████
Reference: Invoice # and/or client matter #

**\*\*Please validate any request to change/update electronic payment instructions on
file or mailing address by contacting Dentons US LLP directly\*\***

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
T. Labuda
at 1 312 876 8000

Dentons US LLP  
233 South Wacker Drive  
Suite 5900  
Chicago, Illinois 60606-6361

dentons.com

Attn: Justin DeSpirito  
Jefferies LLC  
520 Madison Avenue  
New York NY 10022  
United States

November 9, 2023

**Invoice No. 2682545**

Client/Matter:   09806540-000047

FTX Bankruptcy  
8116

___

For Professional Services Rendered through October 31, 2023:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/04/23 | S. Schrag | 0.60 | 504.00 | Review Certificates of No Objection (.2); confer with L. Hultgren regarding the same (.1); confer with J. Kochenash regarding the same (.1); review upcoming deadlines and protocols re fee statements and applications (.2). |
| 10/17/23 | T. Labuda | 0.20 | 270.00 | Conference with O'Hara re supplemental disclosures. |
| 10/18/23 | T. Labuda | 0.20 | 270.00 | Conference with O'Hara re connections and disclosure issues. |
| 10/18/23 | S. Schrag | 1.30 | 1,092.00 | Draft August and September monthly fee statements (1.1); confer with L. Hultgren regarding the same (.2). |
| 10/19/23 | T. Labuda | 0.20 | 270.00 | Conference with O'Hara re supplemental disclosure issues. |
| 10/30/23 | T. Labuda | 0.30 | 405.00 | Conference and emails with O'Hara re potential engagement amendment. |
| 10/30/23 | T. Labuda | 0.40 | 540.00 | Review fee engagement amendment precedent. |
| 10/30/23 | S. Schrag | 0.40 | 336.00 | Confer with L. Hultgren regarding fee statements (.1); prepare the same (.3). |
| 10/31/23 | E. Chew | 4.60 | 3,036.00 | Review and analyze precedent filings of amendments to retention applications (3.6); draft email correspondence to T. Labuda outlining same (1) |
| 10/31/23 | T. Labuda | 0.30 | 405.00 | Conference with Chew re potential engagement letter amendment and related issues. |
| 10/31/23 | T. Labuda | 0.40 | 540.00 | Conference with Szelzinger re potential engagement letter amendments and potential supplemental disclosures. |
| Total Hours | | 8.90 | | |

FTX Bankruptcy  
8116  

November 9, 2023

Matter: 09806540-000047  
Invoice No.: 2682545  

Fee Amount   $ 7,668.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---:|---:|---:|
| T. Labuda | $ 1,350.00 | 2.00 | $ 2,700.00 |
| S. Schrag | $ 840.00 | 2.30 | $ 1,932.00 |
| E. Chew | $ 660.00 | 4.60 | $ 3,036.00 |
| Totals | | 8.90 | $ 7,668.00 |

Fee Total   $ 7,668.00

Invoice Total   $ 7,668.00

3