**Exhibit A**

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Adam G. Landis | Partner | NY 1992, MA 1992, DE 1996 | May, 1991 | $1,150.00 | 97.90 | $112,585.00 |
| Rebecca L. Butcher | Partner | PA 2000, DE 2001 | May, 1999 | $900.00 | 0.80 | $720.00 |
| Matthew B. McGuire | Partner | PA 2001, DE 2003 | May, 2000 | $900.00 | 122.60 | $110,340.00 |
| Kimberly A. Brown | Partner | DE 2008 | May, 2008 | $820.00 | 347.30 | $284,786.00 |
| **Partner Total** | | | | | **568.60** | **$508,431.00** |
| Matthew R. Pierce | Associate | DE 2013 | May, 2013 | $625.00 | 281.70 | $176,062.50 |
| Jennifer L. Cree | Associate | DE 2013, PA 2014 | May, 2013 | $625.00 | 0.20 | $125.00 |
| Nicolas E. Jenner | Associate | DE 2018 | May, 2018 | $525.00 | 285.50 | $149,887.50 |
| Howard W. Robertson | Associate | PA 2020, DE 2021 | January, 2020 | $475.00 | 294.70 | $139,982.50 |
| George A. Williams | Associate | DE 2022 | May, 2021 | $395.00 | 36.40 | $14,378.00 |
| **Associate Total** | | | | | **898.50** | **$480,435.50** |
| **Lawyers Total** | | | | | **1467.10** | **$988,866.50** |
| Melissa Ramirez | Paralegal | N/A | N/A | $310.00 | 149.30 | $46,283.00 |
| Joshua Huynh | Paralegal | N/A | N/A | $275.00 | 130.30 | $35,832.50 |
| Alicia Bianco | Paralegal | N/A | N/A | $275.00 | 10.20 | $2,805.00 |
| Allison Strauss | Legal Assistant | N/A | N/A | $200.00 | 1.30 | $260.00 |
| **Non-Legal Personnel Total** | | | | | **291.10** | **$85,180.50** |
| **GRAND TOTAL** | | | | | **1758.2** | **$1,074,047.00** |

**Blended Hourly Rate: $610.88**

---

[1] LRC's billing rates did not change during the Application Period.