## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)[1]**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Inhouse Copying | N/A | $473.30 |
| Outside Printing | Parcels, Inc.; DLS Discovery | $3,671.83 |
| Online Research | Relx Inc. DBA LexisNexis | $3,618.54 |
| Delivery Services/Messengers | Parcels, Inc.; DLS Discovery | $1,290.94 |
| Meals | Various | $1,013.57 |
| eDiscovery | TechSolutions, Inc. | $88.95 |
| Document Retrieval | PACER | $225.40 |
| Filing Fees | N/A | $3,123.00 |
| Hearing Transcripts | Reliable | $1,777.75 |
| Service Fees | Various | $6,954.20 |
| Overnight Delivery | FedEx | $36.12 |
| | **TOTAL** | **$22,273.60** |

---

[1] Certain service providers may invoice in arrears. Therefore, this Application may include expenses incurred in a prior Application Period.

[2] LRC may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.