# Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(August 1, 2023 – October 31, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for Fiscal Year (FY2023) | Billed August 1, 2023 through October 31, 2023 |
| Partner | $916.75 | $909.59 |
| Associate | $554.86 | $548.47 |
| Paralegal | $299.88 | $293.44 |
| Aggregated | $649.58 | $634.16 |