## **Exhibit E**

**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| POSITION | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners | Four (4) | $820.00-$1,150.00 |
| Associates | Five (5) | $395.00-$625.00 |
| Paralegals | Three (3) | $275.00-$310.00 |
| Legal Assistants | Two (2) | $200.00 |

**ESTIMATED BUDGET FOR LANDIS RATH & COBB LLP, BANKRUPTCY CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B110 - Asset Analysis and Recovery | 10.00 | $5,750.00 | 11.30 | $6,434.50 |
| B112 - Asset Disposition | 50.00 | $28,750.00 | 55.30 | $37,668.50 |
| B114 - Assumption/Rejection of Leases and Contracts | 25.00 | $14,375.00 | 26.10 | $15,258.00 |
| B116 - Avoidance Action Analysis | 10.00 | $5,750.00 | 0.00 | $0.00 |
| B118 - Board of Directors Matters | 5.00 | $2,875.00 | 0.00 | $0.00 |
| B119 - Budgeting | 10.00 | $5,750.00 | 0.00 | $0.00 |
| B120 - Business Operations | 100.00 | $57,500.00 | 70.70 | $46,356.00 |
| B122 - Case Administration | 100.00 | $57,500.00 | 59.00 | $32,040.00 |
| B124 - Claims Administration & Objections | 150.00 | $86,250.00 | 127.70 | $90,261.00 |
| B126 - Employee Benefits/Pensions | 10.00 | $5,750.00 | 0.40 | $341.50 |
| B128 - Fee/Employment Objections | 0.00 | $0.00 | 0.00 | $0.00 |
| B130 - Financing/Cash Collateral | 10.00 | $5,750.00 | 1.20 | $984.00 |
| B134 - Hearings | 200.00 | $115,000.00 | 161.70 | $97,401.00 |
| B135 - Litigation | 550.00 | $316,250.00 | 561.70 | $328,494.50 |
| B138 - Committee Meetings/Communications | 5.00 | $2,875.00 | 0 | $0.00 |
| B140 - Creditor Inquiries | 15.00 | $8,625.00 | 9.50 | $6,987.50 |
| B141 - Lien Investigation | 10.00 | $5,750.00 | 0.00 | $0.00 |
| B142 - Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| B146 - Plan and Disclosure Statement (including Business Plan) | 200.00 | $115,000.00 | 132.10 | $90,234.50 |
| B148 - Real Estate | 10.00 | $5,750.00 | 0.00 | $0.00 |
| B149 - Valuation | 10.00 | $5,750.00 | 0.00 | $0.00 |

---

[1] Estimated fees based on an average hourly rate of $575.

{1368.002-W0073607.2}

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[1] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| B150 - Relief from Stay/Adequate Protection Proceeding | 20.00 | $11,500.00 | 13.70 | $9,027.00 |
| B151 - Schedules/Operating Reports | 100.00 | $57,500.00 | 153.70 | $83,790.00 |
| B152 - Tax Issues | 10.00 | $5,750.00 | 0.00 | $0.00 |
| B154 - LRC Retention Applications & Disclosures | 5.00 | $2,875.00 | 0.10 | $82.00 |
| B155 - Non-LRC Retention Applications & Disclosures | 75.00 | $43,125.00 | 72.70 | $47,452.50 |
| B156 - LRC Fee Applications | 100.00 | $57,500.00 | 183.20 | $115,393.50 |
| B157 - Non-LRC Fee Applications | 100.00 | $57,500.00 | 95.40 | $47,881.00 |
| B160 - Examiner | 50.00 | $28,750.00 | 22.70 | $17,960.00 |
| **TOTAL** | **1940.00** | **$1,115,500.00** | **1758.20** | **$1,074,047.00** |