## Exhibit A

## Summary of Billing by Individual for the Application Period

15069007v1

**SUMMARY OF BILLING BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 209.5 |
| Kevin Cofsky | Partner | 244.5 |
| Michael Grace | Partner | 10 |
| Max Mesny | Partner | 23 |
| Timm Schipporeit | Partner | 12 |
| **Partner Total** | | **487** |
| Laura Klaassen | Managing Director | 12 |
| **Managing Director Total** | | **12** |
| Matt Rahmani | Executive Director | 281 |
| Nathaniel Nussbaum | Executive Director | 48.5 |
| **Executive Director Total** | | **329.5** |
| Geoff Posess | Director | 89 |
| Wasif Syed | Director | 97 |
| **Director Total** | | **186** |
| Kendyl Flinn | Associate | 308.5 |
| Bruce Baker | Associate | 226.5 |
| Ryan Moon | Associate | 254 |
| Alexander Kalashnikov | Associate | 71 |
| **Associate Total** | | **860** |
| Sam Saferstein | Analyst | 52.5 |
| Nikhil Velivela | Analyst | 158 |
| Emil Tu | Analyst | 273 |
| Jackson Darby | Analyst | 99.5 |
| Rohan Mekala | Analyst | 57.5 |
| Alina Negulescu | Analyst | 95 |
| **Analyst Total** | | **735.5** |
| **GRAND TOTAL** | | **2,610** |