## Exhibit C

**Expense Summary for the Application Period**

15069007v1

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD
(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Air / Train Travel | n/a | $0 |
| Late Night / Weekend Transportation | n/a | $2,080.06 |
| Travel to Meetings / Out of Town | n/a | $552.38 |
| Late Night / Weekend Meals | n/a | $492.93 |
| Travel Meals | n/a | $147.20 |
| Misc. Expenses (supplies, wifi, etc.) | Datasite & Global Relay | $61.00 |
| Counsel to PWP | Porter Hedges LLP & Mayer Brown LLP | $350,086.62 |
| | **TOTAL** | **$353,420.19** |

---

[1] Perella Weinberg Partners LP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

15069007v1