# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref No. 553** |

### NOTICE OF CHANGE IN HOURLY RATES OF SULLIVAN & CROMWELL LLP

**PLEASE TAKE NOTICE** that on January 20, 2023, the Court entered the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession* Nunc Pro Tunc *to the Petition Date* [D.I. 553] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, Sullivan & Cromwell LLP ("S&C") hereby provides notice of the following revised hourly rates, effective January 1, 2024:

| Timekeeper Category | Hourly Rate Range |
|---|---|
| Partners and Special Counsel | $1,675 - $2,375 |
| Associates | $850 - $1,575 |
| Legal Assistants | $450 - $650 |

**PLEASE TAKE FURTHER NOTICE** that the Debtors have received notice of, and approved, S&C's hourly rate increases as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4868-2687-7589 v.2

|  |  |
|---|---|
| Dated: December 15, 2023<br>Wilmington, Delaware | **SULLIVAN & CROMWELL LLP**<br><br>  /s/ Andrew G. Dietderich<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         bromleyj@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4868-2687-7589 v.2