IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### THIRD SUPPLEMENTAL DECLARATION OF MATTHEW EVANS OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Matthew Evans, state under penalty of perjury, that:

1.  I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.  Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3.  I submit this supplemental declaration in furtherance of paragraph 4 of the *Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022*, entered on January 20, 2023 [Docket No. 546], and in accordance with Section 330 (a)(3)(F) of the Bankruptcy Code.

4.  Effective January 1, 2024, the standard hourly rate ranges established by AlixPartners for professionals are set forth below:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein have the same meanings set forth in the *Debtors' Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022* [Docket No. 277].

| Rate Ranges as of January 1, 2024 | |
|---|---|
| **Title** | **Hourly Rate** |
| Partner & Managing Director | US$1,225 – US$1,495 |
| Partner | US$1,200 |
| Director | US$960 – US$1,125 |
| Senior Vice President | US$800 – US$910 |
| Vice President | US$640 – US$790 |
| Consultant | US$230 – US$625 |

5.     The increased rates are consistent with, and typical of, compensation arrangements entered into by comparable firms that render similar services.  Recently, AlixPartners conducted a market review of billing rates for restructuring services and, as a result, has made certain comparable market rate adjustments, in addition to the normal and customary business and promotion-related increases.  Accordingly, AlixPartners submits that the increase in rates set forth herein is reasonable, market-based and designed as fair compensation for the services provided.

6.     The individual billing rates assigned to the professionals providing services in these Chapter 11 Cases will be reflected on the invoices and fee applications.

7.     The engagement letter dated as of November 28, 2022 by and between AlixPartners and the Debtors informed the Debtors that our rates are revised semi-annually.

8.     The Debtors have received notice of, and approved, AlixPartners' hourly rate increases as set forth herein.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: December 15, 2023                           AlixPartners, LLP
       New York, New York

                                                  */s/ Matthew Evans*
                                                  Matthew Evans
                                                  Partner and Managing Director