IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref No. 534** |

**NOTICE OF CHANGE IN HOURLY RATES OF
<u>ALVAREZ & MARSAL NORTH AMERICA LLC</u>**

**PLEASE TAKE NOTICE** that on January 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* [D.I. 534] (the "<u>Order</u>").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, Alvarez & Marsal North America, LLC ("<u>A&M</u>") hereby provides notice of the following revised hourly rates, effective January 1, 2024:

| Timekeeper Category | Hourly Rate Range |
|---|---|
| **Restructuring Professionals** | |
| Managing Directors | $1,075 - $1,525 |
| Directors | $825 - $1,075 |
| Associates/Analysts | $425 - $825 |
| **Non-Restructuring Professionals** | |
| Managing Directors | $990 - $1,525 |
| Directors | $715 - $1,045 |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| Timekeeper Category | Hourly Rate Range |
|---|---|
| Associates/Analysts | $425 - $725 |
| Paraprofessionals | $300 - $375 |

**PLEASE TAKE FURTHER NOTICE** that the Debtors have received notice of, and approved, A&M's hourly rate increases as set forth herein.

Dated: December 15, 2023  Alvarez & Marsal North America, LLC
       Wilmington, Delaware

By: _/s/ Edgar W. Mosley II_
    Edgar W. Mosley II
    Title: Managing Director

4864-0170-6647 v.2