**Exhibit A**

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,280 | 92.7 | $ 118,656.00 |
| Charles Cipione | Partner & Managing Director | $1,220 | 248.4 | 303,048.00 |
| Chudozie Okongwu | Partner & Managing Director | $1,220 | 8.4 | 10,248.00 |
| Matthew Evans | Partner & Managing Director | $1,220 | 82.9 | 101,138.00 |
| David J White | Partner & Managing Director | $1,140 | 232.2 | 264,708.00 |
| Mark F Rule | Partner & Managing Director | $1,140 | 18.4 | 20,976.00 |
| David Waterfield | Partner | $1,115 | 0.5 | 557.50 |
| Erin McHugh | Partner | $1,115 | 33.4 | 37,241.00 |
| John C LaBella | Partner | $1,115 | 483.9 | 539,548.50 |
| Lilly M Goldman | Partner | $1,115 | 407.9 | 454,808.50 |
| Thomas Hofner | Partner | $1,115 | 134.5 | 149,967.50 |
| Elizabeth S Kardos | Partner | $800 | 8.4 | 6,720.00 |
| Tao Shen | Director | $1,070 | 150.9 | 161,463.00 |
| Mark Cervi | Director | $1,020 | 419.0 | 427,380.00 |
| Adam Searles | Director | $950 | 29.2 | 27,740.00 |
| Anne Vanderkamp | Director | $950 | 321.4 | 305,330.00 |
| Brent Robison | Director | $950 | 169.0 | 160,550.00 |
| Edward Boyle | Director | $950 | 48.0 | 45,600.00 |
| Shuchi Satwah | Director | $950 | 1.7 | 1,615.00 |
| Steven Hanzi | Director | $950 | 395.1 | 375,345.00 |
| Todd Toaso | Director | $950 | 434.0 | 412,300.00 |
| Travis Phelan | Director | $950 | 506.8 | 481,460.00 |
| Dana Schwartz | Director | $880 | 231.1 | 203,368.00 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Jiayan Xu | Director | $880 | 158.0 | 139,040.00 |
| Kurt H Wessel | Director | $880 | 423.4 | 372,592.00 |
| Bard Ricciardi | Senior Vice President | $860 | 31.8 | 27,348.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $860 | 437.7 | 376,422.00 |
| Ryan Griffith | Senior Vice President | $855 | 183.8 | 157,149.00 |
| Alexander Patti | Senior Vice President | $825 | 535.8 | 442,035.00 |
| John L Somerville | Senior Vice President | $825 | 480.3 | 396,247.50 |
| Anhtuan Le | Senior Vice President | $805 | 17.0 | 13,685.00 |
| Bennett F Mackay | Senior Vice President | $805 | 474.4 | 381,892.00 |
| Georgios Moschopoulos | Senior Vice President | $805 | 113.5 | 91,367.50 |
| Matthew Birtwell | Senior Vice President | $805 | 556.7 | 448,143.50 |
| Takahiro Yamada | Senior Vice President | $805 | 596.4 | 480,102.00 |
| Lewis Beischer | Senior Vice President | $805 | 492.6 | 396,543.00 |
| Bruce Smathers | Senior Vice President | $735 | 75.2 | 55,272.00 |
| Jeffrey R Berg | Senior Vice President | $735 | 243.4 | 178,899.00 |
| Kaitlyn A Sundt | Senior Vice President | $585 | 35.1 | 20,533.50 |
| Laura Capen Verry | Senior Vice President | $540 | 52.2 | 28,188.00 |
| Ryan Backus | Vice President | $725 | 483.7 | 350,682.50 |
| Muhammad Madarbux | Vice President | $715 | 174.1 | 124,481.50 |
| Chuanqi Chen | Vice President | $605 | 388.0 | 234,740.00 |
| Di Liang | Vice President | $605 | 533.2 | 322,586.00 |
| Seen Yung Wong | Vice President | $605 | 511.1 | 309,215.50 |
| Varun Kotharu | Vice President | $605 | 4.8 | 2,904.00 |
| Christina Iacovides | Vice President | $585 | 37.0 | 21,645.00 |
| Jo-Kuang Liao | Vice President | $585 | 3.7 | 2,164.50 |

*Table Continued on Next Page*

**Summary of Hours and Fees by Professional**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Katerina Vasiliou | Vice President | $585 | 503.2 | 294,372.00 |
| Randi Self | Vice President | $585 | 463.0 | 270,855.00 |
| Ross Headington | Vice President | $585 | 188.2 | 110,097.00 |
| Shiying Zhou | Vice President | $585 | 278.2 | 162,747.00 |
| Yue Shen | Vice President | $585 | 92.9 | 54,346.50 |
| Brooke Filler | Vice President | $510 | 9.4 | 4,794.00 |
| Lisa Marie Bonito | Vice President | $500 | 141.2 | 70,600.00 |
| Jennifer A Bowes | Vice President | $485 | 17.8 | 8,633.00 |
| Jennifer Braverman | Vice President | $485 | 42.3 | 20,515.50 |
| Linna Jia | Consultant | $555 | 449.7 | 249,583.50 |
| Zifan Chen | Consultant | $555 | 436.8 | 242,424.00 |
| Allyson Calhoun | Consultant | $510 | 558.0 | 284,580.00 |
| Chenxi Xu | Consultant | $510 | 154.3 | 78,693.00 |
| Eric Mostoff | Consultant | $510 | 529.1 | 269,841.00 |
| Griffin Shapiro | Consultant | $510 | 582.6 | 297,126.00 |
| Jason Chin | Consultant | $510 | 582.8 | 297,228.00 |
| Olivia Braat | Consultant | $510 | 272.1 | 138,771.00 |
| Sean Thompson | Consultant | $510 | 355.1 | 181,101.00 |
| Shengjia Kang | Consultant | $510 | 522.2 | 266,322.00 |
| Vasileios Paloglou | Consultant | $510 | 66.2 | 33,762.00 |
| Yuqing Tong | Consultant | $510 | 142.4 | 72,624.00 |
| Ryan Stutz | Consultant | $415 | 74.1 | 30,751.50 |
| Xiaoyue Su | Consultant | $415 | 343.7 | 142,635.50 |
| **Total Hours and Fees for Professionals** | | | **18,306.0** | **$ 13,566,048.50** |
| Less: 50% Travel Fees | | | | (255,429.25) |
| **Total Fees for Professionals** | | | | **$ 13,310,619.25** |

**Average Billing Rate**         $         727.12