**Exhibit B**

**Summary of Hours and Fees by Matter Category**

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 109.2 | $ 85,899.00 |
| 1.2 | Communication & Meetings with Interested Parties | 222.7 | 215,866.00 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 2,657.0 | 1,947,430.50 |
| 1.6 | Document Review | 52.2 | 47,271.50 |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 22.8 | 24,975.50 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | 17.0 | 13,685.00 |
| 1.11 | Reporting & Presentation of Findings | 84.9 | 73,633.50 |
| 1.12 | Preparation for / Attend Court Hearings | 0.9 | 526.50 |
| 1.13 | Retention Applications & Relationship Disclosures | 45.2 | 22,182.00 |
| 1.14 | Fee Statements & Fee Applications | 606.5 | 335,488.00 |
| 1.15 | Financial Statement Reconstruction | 12,198.6 | 9,154,317.50 |
| 1.16 | Special Investigations | 1,485.2 | 1,045,230.50 |
| 1.17 | Solvency Analysis | 121.5 | 88,684.50 |
| 1.31 | Travel Time | 682.3 | 255,429.25 |
| | **Total Hours and Fees By Matter Category** | **18,306.0** | **$ 13,310,619.25** |