**Exhibit C**

**Summary of Expenses**

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 41,869.42 |
| Client Research | | 2,377.76 |
| Ground Transportation | | 22,157.76 |
| Internet | | 347.54 |
| Lodging | | 92,548.54 |
| Meals | | 28,037.20 |
| Subscriptions | | 270.94 |
| **Total Expenses** | $ | **187,609.16** |