**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FTX TRADING LTD., *et al.*,[1] | ) | Case No. 22-11068 (JTD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline**: January 4, 2024 at 4:00 p.m. (ET)[2] |
|  | ) | **Hearing Date**: March 20, 2024 at 10:00 a.m. (ET) |
|  | ) |  |

## SUPPLEMENT TO THE FOURTH INTERIM
## FEE APPLICATION OF PAUL HASTINGS

Paul Hastings LLP ("Paul Hastings"), lead counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby supplements (this "Supplement") the *Fourth Interim Fee Applications for the Professionals of the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through and Including October 31, 2023* (the "Application"), filed contemporaneously herewith, and requests compensation of fees and reimbursement of costs and expenses incurred for professional services rendered by Paul Hastings during the period from August 1, 2023 through and including October 31, 2023 (the "Application Period") for or on behalf of the Committee in connection with the Chapter 11 Cases.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] The objection deadline set forth herein is for all parties other than the Fee Examiner and the U.S. Trustee (each as defined in the Fee Examiner Order), whose objection deadline shall be governed by that certain *Order (I) Appointing Fee Examiner and (II) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] (the "Fee Examiner Order").

**Jurisdiction and Venue**

1.       The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.       Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.       The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "Guidelines"), rules 2016-1 and 2016-3 of the Local Rules of the United States Bankruptcy Court, District of Delaware (the "Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* by order of this Court, dated January 9, 2023 [Docket No. 435] (the "Administrative Fee Order").

**Background**

4.       On November 11 and November 14, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.  The Debtors continue to operate their businesses and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, no trustee or examiner has been appointed in the Chapter 11 Cases.  No request has been made for the appointment of a trustee in these Chapter 11 Cases.

5.    On November 7, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") filed the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 3685].[3]

## Case Status Summary

6.    These Chapter 11 Cases present significant legal issues, many of which are complex and matters of first impression.  During the Application Period, the Committee and its advisors have worked to resolve the complex issues in these Chapter 11 Cases and continue to do so as they work to maximize returns for the class of general unsecured creditors.  In spite of the complexities of these Chapter 11 Cases, the Committee, with the assistance of its advisors, has accomplished a great deal during the Application Period from both an administrative and operational perspective. For example, during the Application Period and with Paul Hastings' advice and counsel, the Committee has, among other things:

  a)  analyzed legal and factual issues regarding contemplated plan constructs;

  b)  negotiated a plan support agreement with the Debtors and key stakeholders that contemplates a comprehensive reorganization of the Debtors' estates and settlement of customer property litigation;

  c)  formulated a protocol for the management of the Debtors' cryptocurrency and digital asset holdings;

  d)  participated in meetings with the Debtors and their advisors regarding management of the Debtors' venture assets, and conducted diligence of certain of the Debtors' prepetition venture investments and proposed asset sales;

  e)  analyzed legal and factual issues regarding adversary proceedings filed by and against the Debtors;

  f)  coordinated with the Debtors' advisors regarding ongoing investigations;

---

[3]    The notice amended the initial *Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 231] issued by the U.S. Trustee on December 15, 2022, to reflect the addition and correction of contact information for certain of the members of the Committee, and to reflect the resignations of Acaena Amoros Romero and GGC International Ltd. from the Committee.

g)  filed and prosecuted an opposition to the appeal of the Court's order granting the Debtors' and Committee's motion to continue sealing customer information;

h)  filed and prosecuted an opposition to the U.S. Trustee's appeal of the Court's order denying the U.S. Trustee's motion to appoint an examiner;

i)  filed and prosecuted the Debtors' and the Committee's renewed joint motion to continue sealing customer information; and

j)  analyzed legal and regulatory issues regarding the potential recapitalization or sale of the Debtors' exchanges.

7.     Given the Committee's accomplishments during the Application Period, as advised by Paul Hastings, and the complexities of these Chapter 11 Cases, Paul Hastings submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services Paul Hastings provided to the Committee during the Application Period is reasonable and appropriate, commensurate with the scale, nature, and complexity of these Chapter 11 Cases, and should be approved.

**<u>Information Required by the Guidelines</u>**

8.     Attached hereto as **<u>Exhibit A</u>** through **<u>Exhibit E</u>** are certain schedules requested by *Appendix B of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "<u>U.S. Trustee Guidelines</u>").[4]

9.     Paul Hastings responds to the questions set forth in Paragraph C.5. of the U.S. Trustee Guidelines as follows:

**Question:**     Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees, or terms for services pertaining to this engagement that were provided during the Application Period?
**Response:**     Paul Hastings did not implement in the Chapter 11 Cases the firm-wide rate adjustments effective August 1, 2023.  Rather, consistent with the *Order*

---

[4]    The Committee and Paul Hastings reserve all rights as to the relevance and substantive legal effect of the U.S. Trustee Guidelines with respect to any application for compensation in the Chapter 11 Cases.

*Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* [Docket No. 635] (the "Retention Order"), Paul Hastings implemented the rate adjustments effective August 8, 2023. Otherwise, Paul Hastings did not vary its standard or customary billing arrangements for services provided during the Application Period.

**Question:** If the fees sought in this application as compared to the fees budgeted for the Application Period are higher by 10% or more, did you discuss the reasons for the variation with the client?
**Response:** Not applicable.

**Question:** Have any of the professionals included in this application varied their hourly rate based on the geographic location of the bankruptcy case?
**Response:** No.

**Question:** Does the application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.
**Response:** Yes. The Application includes approximately 39.8 hours and associated fees of approximately $36,838.00 related to reviewing or revising time records or invoices for, among other things, ensuring time entries are properly categorized by U.S. Trustee task code and protecting privileged or confidential information, particularly as to the identity of certain litigation, investigation, and asset disposition targets. Pursuant to agreement with the Fee Examiner, Paul Hastings created a coding system whereby certain junior associates and paraprofessionals review the monthly time entries for names of such targets and replace the target name with a code number. While the U.S. Trustee and the Fee Examiner receive the original invoices, Paul Hastings publicly files and serves the coded invoices. The hours and fees above reflect, in part, this process.

**Question:** Does this application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.
**Response:** Yes, as set forth above.

**Question:** If the application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rates increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation consistent with ABA Formal Ethics Opinion 11-458?
**Response:** As is customary, Paul Hastings adjusts its hourly rates periodically based on (i) the advancing seniority of its professionals and paraprofessionals, (ii)

the current market for legal services, (iii) the rates charged for comparable non-bankruptcy services, and (iv) the firm's analysis of the hourly rates being charged by professionals in other law firms. Effective August 8, 2023, with the Committee's approval, Paul Hastings adjusted its hourly rates in accordance with the Retention Order, the *Application for Entry of an Order, Pursuant to Sections 328, 330, and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022* [Docket No. 518] (the "<u>Retention Application</u>"), the *Declaration of Alex Van Voorhees* [Docket No. 518-4] (the "<u>Voorhees Declaration</u>"), and the *First Supplemental Declaration of Erez E. Gilad in Support of Application for Entry of an Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Lead Counsel to the Official Committee of Unsecured Creditors, Effective as of December 20, 2022, and Notice of Increase in Hourly Rates* [Docket No. 630] (the "<u>Gilad Declaration</u>"). The Retention Order provides that Paul Hastings will charge its regular hourly rates in effect from time to time, as such rates may be increased periodically.

10. To the extent that time or disbursement charges for services rendered or disbursements incurred on behalf of the Committee relate to the Application Period, but were not processed before the preparation of, or included in, this Application, or Paul Hastings has for any other reason not sought compensation or reimbursement with respect to such services or expenses, Paul Hastings reserves the right to request compensation for such services, and reimbursement of such expenses, in a supplemental or future application. Also, Paul Hastings does not waive, and expressly reserves, its right to respond to any objections regarding this Application and the amounts sought for Paul Hastings' work in the Chapter 11 Cases.

Dated: December 15, 2023        **PAUL HASTINGS LLP**
       New York, New York

                      */s/ Erez Gilad*

                      Kristopher M. Hansen*
                      Kenneth Pasquale*
                      Erez E. Gilad*
                      Gabriel E. Sasson*
                      200 Park Avenue
                      New York, NY 10166
                      Telephone:  (212) 318-6000
                      Facsimile:  (212) 319-4090
                      Email: krishansen@paulhastings.com
                                kenpasquale@paulhastings.com
                                erezgilad@paulhastings.com
                                gabesasson@paulhastings.com

                     * *Admitted pro hac vice*

                    *Counsel to the Official Committee*
                    *of Unsecured Creditors*

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

The blended hourly rate for Paul Hastings' timekeepers in its New York office who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on November 1, 2022 and ending on October 31, 2023 was, in the aggregate, approximately $1,168 per hour. The blended hourly rate for Paul Hastings' timekeepers who billed to the Chapter 11 Cases during the Application Period was approximately $1,312 per hour. A detailed comparison of these rates follows:

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | **Non-Bankruptcy Matters Blended Hourly Rate** | **Committee Blended Hourly Rate** |
| Partner | $1,553 | $1,854 |
| Counsel | $1,379 | $1,480 |
| Associate | $960 | $1,036 |
| Paralegal | $485 | $540 |
| **All Timekeepers Aggregated** | **$1,168** | **$1,312** |

---

[1]    It is the nature of Paul Hastings' practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Paul Hastings' restructuring group. Accordingly, Non-Bankruptcy Matters consist of matters for which Paul Hastings' timekeepers represented a client in matters other than court-approved engagements as counsel for the debtor, the chapter 11 trustee, or an official committee under the Bankruptcy Code. Thus, the Non-Bankruptcy Matters include, in part, time billed by Paul Hastings' timekeepers who work primarily within Paul Hastings' restructuring group.

## EXHIBIT B

## SUMMARY OF TIMEKEEPERS FOR APPLICATION PERIOD

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In First Interim Application | |
| **PARTNER** | | | | | | |
| Daniel, Chris | 1999, Fintech and Payments Group | $7,480.00 | 4.40 | $1,700.00 | $1,585 | 1 |
| Daniel, Chris | 1999, Fintech and Payments Group | $100,450.00 | 57.40 | $1,750.00 | $1,585.00 | 2 |
| de Waal, Allard | 1991, Tax | $6,600.00 | 4.00 | $1,650.00 | N/A | N/A |
| Gilad, Erez (Travel) | 2001, Financial Restructuring | $5,790.00 | 6.00 | $965.00 (Bill at ½ rate) | $867.50 (Bill at ½ rate) | 2 |
| Gilad, Erez | 2001, Financial Restructuring | $71,062.50 | 37.90 | $1,875.00 | $1,735.00 | 1 |
| Gilad, Erez | 2001, Financial Restructuring | $643,462.00 | 333.40 | $1,930.00 | $1,735.00 | 2 |
| Hansen, Kris (Travel) | 1996, Financial Restructuring | $4,803.75 | 4.50 | $1,067.50 (Bill at ½ rate) | $967.50 (Bill at ½ rate) | 2 |
| Hansen, Kris | 1996, Financial Restructuring | $43,575.00 | 21.00 | $2,075.00 | $1,935.00 | 1 |
| Hansen, Kris | 1996, Financial Restructuring | $716,719.50 | 335.70 | $2,135.00 | $1,935.00 | 2 |
| Hearth, David | 1987, Investment Funds and Private Capital | $8,953.50 | 4.70 | $1,905.00 | N/A | N/A |

---

[1]   Effective February 14 and August 8, 2023, with Committee approval, Paul Hastings implemented hourly rate adjustments in the Chapter 11 Cases in accordance with the Retention Order, the Retention Application, the Voorhees Declaration, and the Gilad Declaration.

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In First Interim Application | |
| Kelly, Brian | 2001, Financial Restructuring | $18,525.00 | 11.40 | $1,625.00 | $1,510.00 | 1 |
| Kelly, Brian | 2001, Financial Restructuring | $210,212.50 | 125.50 | $1,675.00 | $1,510.00 | 2 |
| Madell, Jaimie | 2012, Structured Credit | $89,600.00 | 51.20 | $1,750.00 | N/A | 1 |
| Merola, Frank | 1988, Financial Restructuring | $35,062.50 | 18.70 | $1,875.00 | $1,735.00 | 1 |
| Merola, Frank | 1988, Financial Restructuring | $374,613.00 | 194.10 | $1,930.00 | $1,735.00 | 2 |
| Morgan, Nicholas | 1993, Investigation & White Collar Defense | $4,375.00 | 2.50 | $1,750.00 | N/A | N/A |
| Pasquale, Ken (Travel) | 1990, Financial Restructuring | $3,860.00 | 4.00 | $965.00 (Bill at ½ rate) | $867.50 (Bill at ½ rate) | 2 |
| Pasquale, Ken | 1990, Financial Restructuring | $90,000.00 | 48.00 | $1,875.00 | $1,735.00 | 1 |
| Pasquale, Ken | 1990, Financial Restructuring | $1,070,764.00 | 554.80 | $1,930.00 | $1,735.00 | 2 |
| Sasson, Gabe (Travel) | 2010, Financial Restructuring | $2,512.50 | 3.00 | $837.50 (Bill at ½ rate) | $755.00 (Bill at ½ rate) | 2 |
| Sasson, Gabe | 2010, Financial Restructuring | $51,187.50 | 31.50 | $1,625.00 | $1,510.00 | 1 |
| Sasson, Gabe | 2010, Financial Restructuring | $611,710.00 | 365.20 | $1,675.00 | $1,510.00 | 2 |
| Sibbitt, Eric C. | 1997, Fintech and Payments Group | $50,685.00 | 32.70 | $1,550.00 | $1,410.00 | 1 |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Sibbitt, Eric C. | 1997, Fintech and Payments Group | $296,510.50 | 185.90 | $1,595.00 | $1,410.00 | 2 |
| Spafford, Michael | 1984, Investigation & White Collar Defense | $193.00 | 0.10 | $1,930.00 | N/A | 2 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $3,507.50 | 2.30 | $1,525.00 | $1,410.00 | 1 |
| Tsao, Leo | 1999, Investigation & White Collar Defense | $36,424.00 | 23.20 | $1,570.00 | $1,410.00 | 2 |
| Zuppone, Michael | 1989, Securities & Capital Markets | $18,672.50 | 9.70 | $1,925.00 | N/A | N/A |
| Zuppone, Michael | 1989, Securities & Capital Markets | $82,576.00 | 41.60 | $1,985.00 | N/A | 1 |
| Zwickel, Arthur | 1993, Investment Funds and Private Capital | $10,360.00 | 5.60 | $1,850.00 | N/A | N/A |
| Zwickel, Arthur | 1993, Investment Funds and Private Capital | $22,098.00 | 11.60 | $1,905.00 | N/A | 1 |
| **Partner Total** | | **$4,692,344.75** | **2,531.60** | | | |
| **OF COUNSEL** | | | | | | |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech and Payments Group | $2,565.00 | 1.80 | $1,425.00 | $1,225.00 | 2 |

3

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Greenbacker, Lauren-Kelly D. | 2014, Fintech and Payments Group | $178,458.00 | 121.40 | $1,470.00 | $1,225.00 | 3 |
| Griffin, Meagan E. | 2013, Fintech and Payments Group | $2,850.00 | 2.00 | $1,425.00 | $1,230.00 | 2 |
| Griffin, Meagan E. | 2013, Fintech and Payments Group | $90,993.00 | 61.90 | $1,470.00 | $1,230.00 | 3 |
| Holden, Diane | 2009, Fintech and Payments Group | $43,512.00 | 29.60 | $1,470.00 | N/A | N/A |
| Kaplan, Lawrence | 1987, Fintech and Payments Group | $7,700.00 | 4.40 | $1,750.00 | N/A | 2 |
| May, Jacqueline | 1988, Investment Funds and Private Capital | $1,700.00 | 1.00 | $1,700.00 | N/A | N/A |
| Moffatt, Nina | 2009, Fintech and Payments Group | $3,822.00 | 2.60 | $1,470.00 | N/A | 1 |
| Silber, Gary | 2011, Tax | $19,040.00 | 11.90 | $1,600.00 | $1,490.00 | 1 |
| Silber, Gary | 2011, Tax | $34,320.00 | 20.80 | $1,650.00 | $1,490.00 | 2 |
| Stevenson, Braddock | 2008, Fintech and Payments Group | $3,737.50 | 2.50 | $1,495.00 | $1,335.00 | 2 |
| Traxler, Katherine A. | 1990, Financial Restructuring | $10,128.00 | 9.60 | $1,055.00 | $920.00 | 2 |
| **Of Counsel Total** | | **$398,825.50** | **269.50** | | | |
| **ASSOCIATE** | | | | | | |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Anderson, Chris | 2017, Fintech and Payments Group | $13,585.00 | 11.00 | $1,235.00 | N/A | 1 |
| Anderson, Chris | 2017, Fintech and Payments Group | $100,584.00 | 79.20 | $1,270.00 | N/A | 2 |
| Ankenman, Dan | Fintech and Payments Group | $960.00 | 1.20 | $800.00 | N/A | N/A |
| Balassiano, Diana | 2012, Securities & Capital Markets | $18,271.00 | 15.10 | $1,210.00 | N/A | N/A |
| Catalano, Kristin | 2021, Financial Restructuring | $15,646.50 | 17.10 | $915.00 | $775.00 | 1 |
| Catalano, Kristin | 2021, Financial Restructuring | $46,060.00 | 49.00 | $940.00 | $775.00 | 2 |
| Diaz, Caroline | 2021, Financial Restructuring | $1,276.00 | 1.10 | $1,160.00 | $930.00 | 2 |
| Duffy, Logan | 2022, Mergers & Acquisitions | $328,063.50 | 383.70 | $855.00 | N/A | N/A |
| Fedler, Kayla | 2022, Fintech and Payments Group | $18,724.50 | 21.90 | $855.00 | $755.00 | 1 |
| Gold Burns, Elena | 2019, Private Equity | $787.50 | 0.70 | $1,125.00 | $930.00 | 1 |
| Gold Burns, Elena | 2019, Private Equity | $2,320.00 | 2.00 | $1,160.00 | $930.00 | 2 |
| Gomes-Abreau, Adam | 2023, Life Sciences and Healthcare | $18,126.00 | 21.20 | $855.00 | N/A | N/A |
| Grewal, Rav | 2022, Securities & Capital Markets | $18,391.50 | 20.10 | $915.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Grewal, Rav | 2022, Securities & Capital Markets | $21,338.00 | 22.70 | $940.00 | N/A | 1 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $40,837.50 | 36.30 | $1,125.00 | $930.00 | 1 |
| Iaffaldano, Jack | 2020, Financial Restructuring | $497,756.00 | 429.10 | $1,160.00 | $930.00 | 2 |
| Jackson, Chala | 2022, Corporate | $9,918.00 | 11.60 | $855.00 | N/A | N/A |
| John, Nina | 2022, Securities & Capital Markets | $294,291.00 | 344.20 | $855.00 | N/A | N/A |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $37,332.00 | 40.80 | $915.00 | $775.00 | 1 |
| Khoury, Gabriel | 2021, Fintech and Payments Group | $336,426.00 | 357.90 | $940.00 | $775.00 | 2 |
| Koch, Leonie | 2023, Financial Restructuring | $443,232.00 | 518.40 | $855.00 | $755.00 | 1 |
| Krystek, Bethany | Fintech and Payments Group | $605.00 | 0.50 | $1,210.00 | N/A | N/A |
| Lersch, Kelly | Fintech and Payments Group | $484.00 | 0.40 | $1,210.00 | N/A | 1 |
| Levine, Bob | 2014, Financial Restructuring | $17,931.00 | 13.90 | $1,290.00 | N/A | 1 |
| Levine, Bob | 2014, Financial Restructuring | $241,528.00 | 181.60 | $1,330.00 | N/A | 1 |
| Loecher, Sarah | 2019, Fintech and Payments Group | $21,527.00 | 20.60 | $1,045.00 | N/A | N/A |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Maksud, Muaaz | 2021, Mergers & Acquisitions | $1,281.00 | 1.40 | $915.00 | N/A | N/A |
| Maksud, Muaaz | 2021, Mergers & Acquisitions | $26,320.00 | 28.00 | $940.00 | N/A | 1 |
| McMillan, Jillian | 2019, Financial Restructuring | $6,075.00 | 5.40 | $1,125.00 | N/A | N/A |
| McMillan, Jillian | 2019, Financial Restructuring | $138,388.00 | 119.30 | $1,160.00 | N/A | 1 |
| Miliotes, Lanie | 2023, Financial Restructuring | $82,935.00 | 97.00 | $855.00 | $755.00 | 1 |
| Nicholson, Gaviria, Natasha | 2022, Life Sciences and Healthcare | $5,856.00 | 6.40 | $915.00 | N/A | N/A |
| Nicholson, Gaviria, Natasha | 2022, Life Sciences and Healthcare | $106,126.00 | 112.90 | $940.00 | N/A | 1 |
| Nizamian, Andrew A. | 2017, Fintech and Payments Group | $351,282.00 | 276.60 | $1,270.00 | $1,120.00 | 2 |
| Oakley, Erik | 2022, Securities & Capital Markets | $143,469.00 | 167.80 | $855.00 | N/A | N/A |
| Quattrocchi, Sarah A. | 2020, Fintech and Payments Group | $1,462.50 | 1.30 | $1,125.00 | N/A | 1 |
| Quattrocchi, Sarah A. | 2020, Fintech and Payments Group | $67,512.00 | 58.20 | $1,160.00 | N/A | 2 |
| Rubin, Lisa | 2017, Fintech and Payments Group | $27,686.00 | 21.80 | $1,270.00 | $1,120.00 | 2 |
| Sasson, Isaac | 2016, Financial Restructuring | $44,892.00 | 34.80 | $1,290.00 | $1,200.00 | 1 |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
|---|---|---|---|---|---|---|
| | | | | In this Application | In First Interim Application | |
| Sasson, Isaac | 2016, Financial Restructuring | $489,307.00 | 367.90 | $1,330.00 | $1,200.00 | 2 |
| Shen, Yiren | 2018, Securities & Capital Markets | $587.50 | 0.50 | 1,175.00 | N/A | N/A |
| Shen, Yiren | 2018, Securities & Capital Markets | $605.00 | 0.50 | 1,210.00 | N/A | 1 |
| Steed, Jeremy | 2013, Investigation & White Collar Defense | $660.00 | 0.50 | $1,320.00 | N/A | N/A |
| Steed, Jeremy | 2013, Investigation & White Collar Defense | $85,816.00 | 63.10 | $1,360.00 | N/A | 1 |
| Wong, Nicole | 2023, Tax | $25,393.50 | 29.70 | $855.00 | N/A | N/A |
| Wormley, David | 2021, Fintech and Payments Group | $427.50 | 0.50 | $855.00 | N/A | N/A |
| Xu, Christine | 2022, Financial Restructuring | $3,477.00 | 3.80 | $915.00 | $775.00 | 1 |
| Xu, Christine | 2022, Financial Restructuring | $139,778.00 | 148.70 | $940.00 | $775.00 | 2 |
| Associate Total | | **$4,295,337.00** | **4,147.40** | | | |
| **PARAPROFESSIONAL** | | | | | | |
| Austin, Javii | Legal Research Analyst | $1,880.00 | 4.70 | $400.00 | N/A | N/A |
| Chang, Irene | Legal Research Analyst | $2,040.00 | 5.10 | $400.0 | N/A | 1 |

| Name, Position | Year of First Admission, Department | Fees Billed in this Application Period | Hours Billed in this Application Period | Hourly Rate Billed | | Number of Rate Increases Since Case Inception[1] |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | In this Application | In First Interim Application | |
| Ecklund, Amy | Technical Operations Senior Analyst | $336.00 | 0.80 | $420.00 | N/A | N/A |
| Elliott, Elizabeth | Practice Innovation | $1,320.00 | 3.30 | $400.00 | N/A | N/A |
| Halbig, Uwe | Tax Advisor | $1,514.50 | 1.30 | $1,165.00 | N/A | N/A |
| Laskowski, Mat | Financial Restructuring | $138,456.00 | 256.40 | $540.00 | $515.00 | 1 |
| Liu, Kelly | Legal Research Analyst | $1,120.00 | 2.80 | $400.00 | N/A | N/A |
| Lopez, Mayra | Technical Operations Senior Analyst | $3,150.00 | 8.40 | $375.00 | N/A | 1 |
| Magzamen, Michael | Financial Restructuring | $17,820.00 | 33.00 | $540.00 | $515.00 | 1 |
| Mohamed, David | Financial Restructuring | $4,266.00 | 7.90 | $540.00 | $515.00 | 1 |
| Nunez, Amanda | Complex Litigation & Arbitration | $1,864.50 | 3.30 | $565.00 | N/A | N/A |
| O'Dea, Heather | Legal Research Analyst | $4,600.00 | 11.50 | $400.00 | N/A | 1 |
| Reid, Alex | | $400.00 | 1.00 | $400.00 | N/A | 1 |
| **Paraprofessional Total** | | **$178,767.00** | **339.50** | | | |
| **Total:** | | **$9,565,274.25** | **7,288.00** | | | |
| **Blended Hourly Rate:** | | | | | | **$1,312** |

**EXHIBIT C**

**BUDGET AND STAFFING PLAN FOR APPLICATION PERIOD**

**EXHIBIT C-1**

**BUDGET**

**Period Covered:** August 2023

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 110 | $88,000 | 99.60 | $108,056.50 |
| B112 General Creditor Inquiries | 10 | $10,000 | 4.40 | $7,585.00 |
| B113 Case Analysis/Pleadings Review | 10 | $12,000 | 8.90 | $11,389.50 |
| B115 Meetings and Communications with Debtors | 40 | $68,000 | 36.70 | $60,523.50 |
| B120 Asset Analysis and Recovery | 420 | $504,000 | 399.10 | $495,997.50 |
| B130 Asset Disposition | 170 | $289,000 | 155.50 | $227,980.00 |
| B150 Meetings and Communications with Creditors | 270 | $459,000 | 253.70 | $421,235.00 |
| B155 Court Hearings | 30 | $57,000 | 39.10 | $59,689.00 |
| B162 Fee/Compensation Matters (Paul Hastings) | 50 | $60,000 | 55.10 | $62,199.50 |
| B180 Avoidance Action Analysis | 30 | $30,000 | 9.50 | $15,934.00 |
| B185 Assumption/Rejection of Leases and Contracts | 5 | $5,000 | 0.50 | $954.00 |
| B189 Monitoring or Participating in Related Cryptocurrency Bankruptcy | 20 | $18,000 | 13.60 | $13,311.50 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 300 | $420,000 | 287.00 | $389,872.50 |
| B191 General Litigation | 170 | $221,000 | 145.30 | $171,584.50 |
| B195 Non-Working Travel | 10 | $8,000 | 7.50 | $7,316.25 |
| B210 Business Operations | 20 | $20,000 | 13.50 | $13,703.00 |
| B215 Regulatory Matters | 140 | $182,000 | 112.00 | $170,571.00 |
| B240 Tax Issues | 50 | $50,000 | 41.10 | $48,529.00 |
| B261 Investigations | 350 | $350,000 | 344.30 | $326,410.00 |
| B310 Claims Administration and Objection | 50 | $50,000 | 40.10 | $49,709.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 500 | $650,000 | 472.00 | $641,968.00 |
| **TOTAL:** | **2,755** | **$3,551,000** | **2,538.50** | **$3,304,518.25** |

**EXHIBIT C-2**

**BUDGET**

**Period Covered:** September 2023

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| B110 Case Administration | 100 | $80,000 | 79.40 | $74,013.50 |
| B112 General Creditor Inquiries | 15 | $15,000 | 11.20 | $17,556.00 |
| B113 Case Analysis/Pleadings Review | 10 | $12,000 | 1.40 | $2,487.00 |
| B115 Meetings and Communications with Debtors | 280 | $476,000 | 255.80 | $431,740.00 |
| B120 Asset Analysis and Recovery | 220 | $264,000 | 213.20 | $277,118.00 |
| B130 Asset Disposition | 60 | $102,000 | 53.10 | $75,952.00 |
| B140 Relief from Stay/Adequate Protection Proceedings | 10 | $10,000 | 6.60 | $8,680.00 |
| B150 Meetings and Communications with Creditors | 200 | $340,000 | 178.00 | $291,122.00 |
| B155 Court Hearings | 30 | $57,000 | 31.80 | $39,741.00 |
| B160 Retention/Employment Matters (Paul Hastings) | 5 | $6,000 | 2.20 | $2,398.00 |
| B162 Fee/Compensation Matters (Paul Hastings) | 40 | $48,000 | 37.30 | $35,772.50 |
| B165 Retention/Employment Matters (Other Professionals) | 0 | $0 | 9.00 | $8,642.50 |
| B180 Avoidance Action Analysis | 50 | $50,000 | 20.60 | $33,129.50 |
| B189 Monitoring or Participating in Related Cryptocurrency Bankruptcy | 20 | $18,000 | 20.80 | $20,003.00 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 250 | $350,000 | 231.80 | $306,314.50 |
| B191 General Litigation | 200 | $260,000 | 186.40 | $237,999.50 |
| B195 Non-Working Travel | 10 | $10,000 | 8.00 | $7,720.00 |
| B210 Business Operations | 5 | $5,000 | 4.20 | $4,298.00 |
| B211 Financial Reports (Monthly Operating Reports) | 5 | $5,000 | 0.80 | $1,544.00 |
| B215 Regulatory Matters | 270 | $378,000 | 249.20 | $385,439.00 |
| B240 Tax Issues | 20 | $22,000 | 14.00 | $20,005.00 |
| B261 Investigations | 400 | $400,000 | 374.00 | $343,552.00 |
| B310 Claims Administration and Objection | 50 | $50,000 | 43.10 | $51,549.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 350 | $455,000 | 336.40 | $461,950.50 |
| **TOTAL:** | **2,600** | **$3,413,000** | **2,368.30** | **$3,138,726.50** |

**EXHIBIT C-3**

**BUDGET**

**Period Covered:** October 2023

| U.S. Trustee Task Code and Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| B110 Case Administration | 100 | $80,000 | 75.90 | $57,544.00 |
| B113 Case Analysis/Pleadings Review | 10 | $12,000 | 9.40 | $9,933.50 |
| B115 Meetings and Communications with Debtors | 280 | $476,000 | 276.40 | $460,661.50 |
| B120 Asset Analysis and Recovery | 70 | $84,000 | 55.40 | $87,027.50 |
| B130 Asset Disposition | 80 | $136,000 | 73.10 | $96,751.00 |
| B140 Relief from Stay/Adequate Protection Proceedings | 10 | $10,000 | 7.00 | $8,428.00 |
| B150 Meetings and Communications with Creditors | 250 | $425,000 | 243.90 | $397,584.00 |
| B155 Court Hearings | 30 | $57,000 | 18.20 | $27,814.00 |
| B160 Retention/Employment Matters (Paul Hastings) | 5 | $6,000 | 2.50 | $2,816.00 |
| B162 Fee/Compensation Matters (Paul Hastings) | 30 | $36,000 | 27.80 | $25,842.50 |
| B165 Retention/Employment Matters (Other Professionals) | 0 | $0 | 0.80 | $1,082.00 |
| B166 Fee/Compensation Matters (Other Professionals) | 0 | $0 | 6.00 | $5,527.50 |
| B180 Avoidance Action Analysis | 30 | $30,000 | 27.80 | $41,017.50 |
| B189 Monitoring or Participating in Related Cryptocurrency Bankruptcy | 20 | $18,000 | 15.70 | $17,620.50 |
| B190 Other Contested Matters (excl. assumption/rejections motions) | 30 | $42,000 | 26.60 | $39,152.50 |
| B191 General Litigation | 270 | $351,000 | 264.50 | $294,059.50 |
| B195 Non-Working Travel | 10 | $10,000 | 2.00 | $1,930.00 |
| B210 Business Operations | 10 | $10,000 | 9.40 | $10,047.50 |
| B211 Financial Reports (Monthly Operating Reports) | 5 | $5,000 | 1.80 | $2,088.00 |
| B215 Regulatory Matters | 350 | $490,000 | 337.00 | $479,304.50 |
| B240 Tax Issues | 20 | $22,000 | 11.20 | $13,454.00 |
| B261 Investigations | 550 | $550,000 | 531.80 | $550,021.50 |
| B310 Claims Administration and Objection | 10 | $10,000 | 4.50 | $6,809.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 350 | $455,000 | 352.50 | $485,513.50 |
| **TOTAL:** | **2,520** | **$3,315,000** | **2,381.20** | **$3,122,029.50** |

**EXHIBIT C-4**

**STAFFING PLAN**

**Period Covered:** August 2023

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 18 | $1,850 | 14 | $1,699 |
| Of Counsel | 8 | $1,450 | 5 | $1,492 |
| Associate | 30 | $1,150 | 27 | $1,144 |
| Paraprofessional | 10 | $515 | 9 | $470 |

**Period Covered:** September 2023

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 15 | $1,850 | 15 | $1,716 |
| Of Counsel | 8 | $1,450 | 7 | $1,484 |
| Associate | 30 | $1,150 | 27 | $1,137 |
| Paraprofessional | 10 | $515 | 11 | $620 |

**Period Covered:** October 2023

| Category of Timekeeper (using categories maintained by the firm) | Number of Timekeepers Expected to Work on Matter During Budget Period | Anticipated Average Hourly Rate for Budget Period | Actual Number of Timekeepers Who Worked on Matter During Budget Period | Average Hourly Rate for Budget Period |
|---|---|---|---|---|
| Partner | 15 | $1,850 | 14 | $1,723 |
| Of Counsel | 10 | $1,450 | 7 | $1,469 |
| Associate | 30 | $1,150 | 28 | $1,039 |
| Paraprofessional | 10 | $515 | 9 | $434 |

**EXHIBIT D**

**SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT**

**FOR APPLICATION PERIOD**

**EXHIBIT D-1**

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110  Case Administration | 254.90 | $239,614.00 |
| B112  General Creditor Inquiries | 15.60 | $25,141.00 |
| B113  Pleadings Review | 19.70 | $23,810.00 |
| B115  Meetings and Communications with Debtors | 568.90 | $952,925.00 |
| B120  Asset Analysis and Recovery | 667.70 | $860,143.00 |
| B130  Asset Disposition | 281.70 | $400,683.00 |
| B140  Relief from Stay/Adequate Protection Proceedings | 13.60 | $17,108.00 |
| B150  Meetings of and Communications with Creditors | 675.60 | $1,109,941.00 |
| B155  Court Hearings | 89.10 | $127,244.00 |
| B160  Retention/Employment Matters (Paul Hastings) | 4.70 | $5,214.00 |
| B162  Fee/Compensation Matters (Paul Hastings) | 120.20 | $123,814.50 |
| B165  Fee/Employment Applications for Other Professionals | 9.80 | $9,724.50 |
| B166  Fee/Compensation Matters (Other Professionals) | 6.00 | $5,527.50 |
| B180  Avoidance Action Analysis | 57.90 | $90,081.00 |
| B185  Assumption/Rejection of Leases and Contracts | 0.50 | $954.00 |
| B189  Monitoring or Participating in Related Cryptocurrency Bankruptcy | 50.10 | $50,935.00 |
| B190  Other Contested Matters(excl. assumption/rejections motions) | 545.40 | $735,339.50 |
| B191  General Litigation | 596.20 | $703,643.50 |
| B195  Non-Working Travel | 17.50 | $16,966.25 |
| B210  Business Operations | 27.10 | $28,048.50 |
| B211  Financial Reports (Monthly Operating Reports) | 2.60 | $3,632.00 |
| B215  Regulatory Matters | 698.20 | $1,035,314.50 |
| B230  Financing/Cash Collections | 11.20 | $13,454.00 |
| B240  Tax Issues | 55.10 | $68,534.00 |
| B261  Investigations | 1,250.10 | $1,219,983.50 |
| B310  Claims Administration and Objections | 87.70 | $108,067.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 1,160.90 | $1,589,432.00 |
| **Total** | **7,288.00** | **$9,565,274.25** |

**EXHIBIT D-2**

| Category | Amount |
|---|---|
| Courier Service | $141.00 |
| Computer Search | $9,813.01 |
| Court Reporting Services | $361.75 |
| In-house Black and White Reproduction Charges (2,602 copies at $0.08 per page) | $208.16 |
| In-house Color Reproduction Charges (6,196 copies at $0.50 per page) | $3,098.00 |
| Meals | $560.00 |
| Outside Professional Services | $283,115.46 |
| Taxi/Ground Transportation | $1,056.21 |
| Vendor Expense | $385.00 |
| **TOTAL:** | **$298,738.59** |

**EXHIBIT E**

**SUMMARY OF INTERIM FEE APPLICATION SUPPLEMENT**

| | |
|---|---|
| Name of Applicant | Paul Hastings LLP |
| Name of Client | Official Committee of Unsecured Creditors |
| Time period covered by this Application | August 1, 2023 through October 31, 2023 |
| Total compensation sought during the Application Period | $9,565,274.25 |
| Total expenses sought during the Application Period | $298,738.59 |
| Petition Date | November 11, 2022 and November 14, 2022 |
| Retention Date | December 20, 2022 |
| Date of order approving employment | February 7, 2023 [Docket No. 635] |
| Total compensation approved by interim order to date | $23,261,972.66 |
| Total expenses approved by interim order to date | $354,882.27 |
| Total allowed compensation paid to date pursuant to interim order | $23,261,972.66 |
| Total allowed expenses paid to date pursuant to interim order | $354,882.27 |
| Blended rate in the Application Period for all attorneys | $1,282 |
| Blended rate in the Application Period for all timekeepers | $1,312 |
| Compensation sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $2,643,614.60 |
| Expenses sought for the Application Period already paid pursuant to a monthly compensation order but not yet allowed | $107,304.59 |
| Number of professionals included for the Application Period | 58 |
| If applicable, number of professionals for the Application Period not included in staffing plan approved by client | n/a |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | n/a |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 18 |
| Are any rates higher than those approved or disclosed at retention? | Yes.  Effective February 14 and August 8, 2023, with the Committee's approval, Paul Hastings adjusted its hourly rates in accordance with customary practice, the Retention Order, the Retention Application, the Voorhees Declaration, and the Gilad Declaration. |