# Exhibit A

**Summary of Fees by Individual for the Application Period**

# SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD
## (AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)[1]

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,165.00 | 25.50 | $55,207.50 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,135.00 | 10.40 | $22,204.00 |
| Beatty, Chris | Partner | 2005 | 2004 | $2,165.00 | 16.20 | $35,073.00 |
| Birke, Max | Partner | 2000 | 1999 | $2,165.00 | 1.80 | $3,897.00 |
| Blackmore, Vanessa K. | Partner | 1989 | 1985 | $2,165.00 | 0.80 | $1,732.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $1,083.00** | 4.00 | $4,332.00 |
| Bromley, James L. | Partner | 1990 | 1989 | $2,165.00 | 171.20 | $370,648.00 |
| Cohen, Audra D. | Partner | 1993 | 1992 | $2,165.00 | 58.90 | $127,518.50 |
| Croke, Jacob M. | Partner | 2011 | 2010 | $2,165.00 | 605.60 | $1,311,124.00 |
| de Vito Piscicelli, Oderisio | Partner | 1998 | 1998 | $2,165.00 | 105.60 | $228,624.00 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,165.00 | 114.20 | $247,243.00 |
| Diamond, Eric M. | Partner | 2011 | 2010 | $2,165.00 | 17.00 | $36,805.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,083.00** | 7.20 | $7,797.60 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,165.00 | 465.70 | $1,008,240.50 |
| Dunne, Christopher J. | Partner | 2006 | 2005 | $2,165.00 | 390.80 | $846,082.00 |
| Ehrenberg, Stephen | Partner | 2003 | 2002 | $2,165.00 | 174.30 | $377,359.50 |
| Eitel, Mitchell S. | Partner | 1988 | 1987 | $2,165.00 | 25.20 | $54,558.00 |
| Fishman, Jared M. | Partner | 2006 | 2005 | $2,165.00 | 0.50 | $1,082.50 |
| Friedlander, Nicole | Partner | 2002 | 2001 | $2,165.00 | 185.50 | $401,607.50 |
| Gilberg, David J. | Partner | 1981 | 1981 | $2,165.00 | 19.00 | $41,135.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,083.00** | 4.70 | $5,090.10 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,165.00 | 525.70 | $1,138,140.50 |
| Hariton, David P. | Partner | 1986 | 1985 | $2,165.00 | 245.70 | $531,940.50 |
| Hatano, Keiji | Partner | 2000 | 2000 | $2,165.00 | 3.60 | $7,794.00 |
| Hochberg, Jeffrey D. | Partner | 1996 | 1995 | $2,165.00 | 0.50 | $1,082.50 |
| Holley, Steven L. | Partner | 1984 | 1983 | $2,165.00 | 65.40 | $141,591.00 |
| Howard, Christopher J. | Partner | 1996 | 1991 | $2,165.00 | 11.00 | $23,815.00 |
| Jones Jr., Waldo D. | Partner | 1991 | 1990 | $2,165.00 | 0.30 | $649.50 |
| Jones, Craig | Partner | 1996 | 1996 | $2,165.00 | 32.20 | $69,713.00 |
| Kadel Jr., Eric J. | Partner | 2000 | 1997 | $2,165.00 | 0.40 | $866.00 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $1,855.00 | 562.00 | $1,042,510.00 |
| Levin, Sharon Cohen | Partner | 1985 | 1985 | $2,165.00 | 108.10 | $234,036.50 |
| Lewis, Anthony J. | Partner | 2004 | 2003 | $2,165.00 | 329.60 | $713,584.00 |
| Li, Ken | Partner | 2014 | 2013 | $1,850.00 | 57.40 | $106,190.00 |
| Lloyd, Colin D. | Partner | 2008 | 2007 | $2,165.00 | 20.70 | $44,815.50 |
| Lloyd, Jameson S. | Partner | 2014 | 2013 | $1,850.00 | 18.20 | $33,670.00 |
| McArthur, Kathleen S. | Partner | 2008 | 2007 | $2,165.00 | 11.70 | $25,330.50 |
| McDonald, James M. | Partner | 2008 | 2007 | $2,165.00 | 19.40 | $42,001.00 |

---

[1] For certain timekeepers, his or her individual rate increased during the relevant fee period as a result of matriculation.

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Menillo, Nicholas F. | Partner | 2013 | 2012 | $2,030.00 | 82.10 | $166,663.00 |
| O'Neill, Rita-Anne | Partner | 2004 | 2004 | $2,165.00 | 26.20 | $56,723.00 |
| Peikin, Steven R. | Partner | 1992 | 1991 | $2,165.00 | 22.30 | $48,279.50 |
| Schollmeyer, Mario | Partner | 2012 | 2014 | $1,595.00 | 117.90 | $188,050.50 |
| Schwartz, Matthew A. | Partner | 2004 | 2003 | $2,165.00 | 0.80 | $1,732.00 |
| Simmons, Rebecca J. | Partner | 1992 | 2019 | $2,165.00 | 2.70 | $5,845.50 |
| Simpson, Evan S. | Partner | 2011 | 2010 | $2,165.00 | 196.20 | $424,773.00 |
| Wall, Jeffrey B. | Partner | 2006 | 2003 | $2,165.00 | 4.90 | $10,608.50 |
| Wertheim, Frederick | Partner | 1988 | 1987 | $2,165.00 | 13.90 | $30,093.50 |
| Wheeler, Stephanie G. | Partner | 1994 | 1993 | $2,165.00 | 435.80 | $943,507.00 |
| White, Thomas C. | Partner | 2008 | 2007 | $2,165.00 | 6.70 | $14,505.50 |
| Woodall III, Samuel R. | Partner | 2001 | 2001 | $2,165.00 | 0.60 | $1,299.00 |
| **Partner Total** | | | | | **5,326.10** | **$11,237,170.20** |
| Buckholz, Robert E. | Of Counsel | 1980 | 1979 | $2,165.00 | 3.10 | $6,711.50 |
| Leventhal, Shari D. | Of Counsel | 1989 | 1988 | $2,165.00 | 2.50 | $5,412.50 |
| Rosenberg, Mark F. | Of Counsel | 1981 | 1980 | $2,165.00 | 0.30 | $649.50 |
| Tomaino Jr., Michael T. | Of Counsel | 1990 | 1989 | $2,165.00 | 194.90 | $421,958.50 |
| Williams, Hilary M. | Of Counsel | 1998 | 1996 | $2,165.00 | 52.90 | $114,528.50 |
| Beller, Benjamin S. | Special Counsel | 2014 | 2013 | $1,575.00 | 271.80 | $428,085.00 |
| Devlin, Michael P. | Special Counsel | 2011 | 2010 | $1,575.00 | 0.50 | $787.50 |
| Harsch, Bradley A. | Special Counsel | 1998 | 1998 | $1,790.00 | 490.60 | $878,174.00 |
| Logan, Ryan P. | Special Counsel | 2007 | 2007 | $1,790.00 | 94.40 | $168,976.00 |
| Long, Sarah Remmer | Special Counsel | 2015 | 2014 | $1,575.00 | 2.00 | $3,150.00 |
| Mehta, Nirav N. | Special Counsel | 2012 | 2011 | $1,825.00 | 25.60 | $46,720.00 |
| O'Reilly, Brian P. | Special Counsel | 2003 | 2002 | $1,750.00 | 27.60 | $48,300.00 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,790.00 | 0.40 | $716.00 |
| Sedlak, Jonathan M. | Special Counsel | 2005 | 2004 | $1,575.00 | 78.50 | $123,637.50 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,790.00 | 0.50 | $895.00 |
| Su, Lester | Special Counsel | 2010 | 2010 | $1,595.00 | 15.20 | $24,244.00 |
| Sutton, Jennifer L. | Special Counsel | 2004 | 2004 | $1,790.00 | 17.00 | $30,430.00 |
| Wagener, William H. | Special Counsel | 2004 | 2003 | $1,575.00 | 76.60 | $120,645.00 |
| Yeargan, Shane R. | Special Counsel | 2014 | 2013 | $1,575.00 | 62.10 | $97,807.50 |
| **Of Counsel & Special Counsel Total** | | | | | **1,416.50** | **$2,521,828.00** |
| Benton, Simone A. | Practice Area Associate | 2001 | 2008 | $1,390.00 | 0.20 | $278.00 |
| Carrier, Rita M. | Practice Area Associate | 1984 | 1984 | $1,365.00 | 84.10 | $114,796.50 |
| Jeapes, Esther S. | Practice Area Associate | 1995 | 1995 | $1,390.00 | 3.40 | $4,726.00 |
| Mendola-D'Andrea, Lisabeth A. | Practice Area Associate | 2006 | 2005 | $810.00 | 23.50 | $19,035.00 |
| Xiang, Shihui | Practice Area Associate | 2020 | 2019 | $810.00 | 12.50 | $10,125.00 |
| **Practice Area Associate Total** | | | | | **123.70** | **$148,960.50** |
| Abada, Danielle B. | Associate | 2018 | 2017 | $1,395.00 | 0.20 | $278.00 |
| Andrews, Eric T. | Associate | 2018 | 2019 | $1,310.00 | 84.10 | $114,796.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Andrews, Eric T. | Associate | 2018 | 2019 | $1,365.00 | 3.40 | $4,726.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $960.00 | 23.50 | $19,035.00 |
| Barnes, Grier E. | Associate | 2022 | 2021 | $1,205.00 | 12.50 | $10,125.00 |
| Bauer, Phinneas G. | Associate | in process | 2023 | $775.00 | 5.60 | $7,812.00 |
| Bekker, William V. | Associate | 2020 | 2019 | $1,310.00 | 67.10 | $87,901.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,395.00 | 6.40 | $8,736.00 |
| Bennett, Mark C. | Associate | 2018 | 2017 | $1,440.00 | 26.40 | $25,344.00 |
| Blaisdell, Jackson T. | Associate | 2023 | 2023 | $775.00 | 26.60 | $32,053.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $775.00 | 195.60 | $151,590.00 |
| Brod, Andrew B. | Associate | 2023 | 2022 | $960.00 | 8.60 | $11,266.00 |
| Capogna, Alexander H. | Associate | 2021 | 2020 | $1,310.00 | 222.00 | $309,690.00 |
| Chen, Kelly | Associate | in process | 2023 | $775.00 | 168.70 | $242,928.00 |
| Ciafone, Jacob W. | Associate | in process | 2023 | $775.00 | 155.80 | $120,745.00 |
| Cockle, Hannah | Associate | 2021 | 2021 | $960.00 | 69.00 | $53,475.00 |
| Cockle, Hannah | Associate | 2021 | 2021 | $1,205.00 | 57.90 | $55,584.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $775.00 | 5.70 | $7,467.00 |
| Courroy, Arthur D. | Associate | 2023 | 2022 | $960.00 | 13.00 | $10,075.00 |
| De Vries, Saskia E.L. | Associate | in process | 2023 | $775.00 | 307.30 | $238,157.50 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,365.00 | 14.80 | $14,208.00 |
| Donnelly, Kathleen T. | Associate | 2019 | 2018 | $1,395.00 | 8.90 | $10,724.50 |
| Downing, Emma C. | Associate | in process | 2022 | $775.00 | 32.90 | $25,497.50 |
| Doyle, Charles T. | Associate | 2023 | 2023 | $775.00 | 15.30 | $14,688.00 |
| Erdogan, Batuhan | Associate | in process | 2023 | $775.00 | 238.40 | $184,760.00 |
| Eze, Ugonna | Associate | 2022 | 2021 | $960.00 | 231.60 | $316,134.00 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $683.00** | 111.90 | $156,100.50 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,365.00 | 15.30 | $11,857.50 |
| Flegenheimer, Zoeth M. | Associate | 2019 | 2018 | $1,395.00 | 0.20 | $155.00 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $775.00 | 73.50 | $56,962.50 |
| Foote, Isaac S. | Associate | 2023 | 2022 | $960.00 | 14.70 | $14,112.00 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $775.00 | 1.70 | $1,161.10 |
| Fradin, Daniel E. | Associate | 2023 | 2022 | $960.00 | 310.00 | $423,150.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,365.00 | 127.20 | $177,444.00 |
| Friedman, Mitchell N. | Associate | 2019 | 2018 | $1,395.00 | 81.00 | $62,775.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,440.00 | 21.90 | $21,024.00 |
| Fulton, Sean P. | Associate | 2016 | 2016 | $1,475.00 | 50.90 | $39,447.50 |
| Gallant, Jason W. | Associate | 2022 | 2021 | $960.00 | 44.70 | $42,912.00 |
| Gambino, Dominick T. | Associate | 2023 | 2022 | $775.00 | 61.10 | $83,401.50 |
| Gautam, Ashray | Associate | 2023 | 2022 | $775.00 | 114.70 | $160,006.50 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,310.00 | 158.80 | $228,672.00 |
| Goldman, Jessica H. | Associate | 2020 | 2019 | $1,365.00 | 54.70 | $80,682.50 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,395.00 | 0.40 | $384.00 |
| Haase, Michael A. | Associate | 2021 | 2017 | $1,440.00 | 1.30 | $1,007.50 |
| Han, Yaqi | Associate | 2020 | 2019 | $1,310.00 | 25.70 | $19,917.50 |
| Han, Yaqi | Associate | 2020 | 2019 | $1,365.00 | 57.10 | $74,801.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $683.00** | 97.60 | $133,224.00 |
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,365.00 | 10.60 | $14,787.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Handelsman, Dylan M. | Associate | 2019 | 2018 | $1,395.00 | 5.80 | $8,352.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,205.00 | 127.70 | $167,287.00 |
| Hearn, Zachary W.M. | Associate | 2021 | 2020 | $1,310.00 | 216.70 | $295,795.50 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,440.00 | 6.00 | $4,098.00 |
| Hill, Tyler W. | Associate | 2017 | 2016 | $1,475.00 | 146.70 | $200,245.50 |
| Hills, Natalie A. | Associate | in process | 2022 | $775.00 | 41.80 | $58,311.00 |
| Hisarli, M. Devin | Associate | 2023 | 2022 | $775.00 | 33.50 | $40,367.50 |
| Hisarli, M. Devin | Associate | 2023 | 2022 | $960.00 | 15.40 | $20,174.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $775.00 | 49.10 | $70,704.00 |
| Hodges, Christian T. | Associate | 2023 | 2022 | $960.00 | 47.90 | $70,652.50 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,205.00 | 39.70 | $30,767.50 |
| Holland, Alexander S. | Associate | 2021 | 2020 | $1,310.00 | 70.90 | $54,947.50 |
| Jensen, Christian P. | Associate | 2016 | 2015 | $1,475.00 | 20.40 | $19,584.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,395.00 | 106.40 | $82,460.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,440.00 | 173.20 | $166,272.00 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,440.00 | 361.00 | $435,005.00 |
| Kaufman, Andrew M. | Associate | 2017 | 2016 | $1,475.00 | 123.00 | $161,130.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $775.00 | 0.80 | $1,180.00 |
| Keeley, Julian M. | Associate | 2023 | 2022 | $960.00 | 153.80 | $214,551.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,365.00 | 55.90 | $80,496.00 |
| Kerin, Meaghan Chas | Associate | 2019 | 2018 | $1,395.00 | 1.50 | $2,160.00 |
| Kewlani, Kanishka | Associate | in process | 2023 | $775.00 | 1.20 | $1,770.00 |
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,205.00 | 59.10 | $45,802.50 |
| Kim, HyunKyu | Associate | 2022 | 2022 | $1,310.00 | 5.70 | $5,472.00 |
| Lavallée, Arnaud | Associate | in process | 2022 | $775.00 | 130.70 | $178,405.50 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $775.00 | 49.90 | $69,610.50 |
| Lavin, Phoebe A. | Associate | 2023 | 2022 | $960.00 | 233.10 | $180,652.50 |
| Lee, Jinny | Associate | 2023 | 2022 | $775.00 | 99.20 | $119,536.00 |
| Lee, Jinny | Associate | 2023 | 2022 | $960.00 | 76.20 | $99,822.00 |
| Lee, Patrick D. | Associate | 2023 | 2022 | $775.00 | 0.50 | $387.50 |
| Lee, Patrick D. | Associate | 2023 | 2022 | $960.00 | 316.80 | $245,520.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,205.00 | 163.90 | $157,344.00 |
| Levin, Elizabeth D. | Associate | 2021 | 2020 | $1,310.00 | 5.10 | $3,952.50 |
| Levin, Lana V. | Associate | 2023 | 2022 | $775.00 | 2.10 | $2,016.00 |
| Levin, Lana V. | Associate | 2023 | 2022 | $960.00 | 32.20 | $24,955.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,395.00 | 3.90 | $3,744.00 |
| Levine, Aaron M. | Associate | 2018 | 2017 | $1,440.00 | 9.70 | $11,688.50 |
| Li, Alexandra | Associate | 2023 | 2023 | $775.00 | 10.30 | $13,493.00 |
| Li, Samantha | Associate | 2022 | 2021 | $960.00 | 41.70 | $32,317.50 |
| Li, Samantha | Associate | 2022 | 2021 | $1,205.00 | 2.00 | $1,920.00 |
| Lim, KJ | Associate | 2019 | 2018 | $1,395.00 | 118.90 | $165,865.50 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,205.00 | 96.30 | $138,672.00 |
| Liu, Sienna | Associate | 2021 | 2020 | $1,310.00 | 250.70 | $194,292.50 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $960.00 | 11.90 | $11,424.00 |
| Ljustina, Jessica | Associate | 2022 | 2021 | $1,205.00 | 2.60 | $3,133.00 |
| Loh, Esther L.S. | Associate | 2023 | 2022 | $775.00 | 51.00 | $71,145.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Loh, Esther L.S. | Associate | 2023 | 2022 | $960.00 | 86.70 | $104,473.50 |
| Luu, Nam | Associate | 2022 | 2022 | $775.00 | 3.50 | $4,585.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,395.00 | 5.40 | $5,184.00 |
| MacDonald, Jeffrey W. | Associate | 2018 | 2017 | $1,440.00 | 4.70 | $5,663.50 |
| Mandel, Robert H. | Associate | in process | 2023 | $775.00 | 2.20 | $1,705.00 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $775.00 | 1.30 | $1,248.00 |
| Masoudi, Yasmin | Associate | 2023 | 2022 | $960.00 | 3.20 | $2,480.00 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,440.00 | 80.70 | $112,576.50 |
| Materni, Michele C. | Associate | 2017 | 2016 | $1,475.00 | 42.10 | $60,624.00 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $775.00 | 9.50 | $7,362.50 |
| Mayberry, Keila M. | Associate | 2023 | 2022 | $960.00 | 0.50 | $387.50 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $775.00 | 57.50 | $55,200.00 |
| Mazumdar, Aneesa | Associate | 2023 | 2022 | $960.00 | 305.60 | $440,064.00 |
| Mazzarelli, Samantha M. | Associate | in process | 2023 | $775.00 | 95.00 | $140,125.00 |
| McEvoy, Ryan C. | Associate | 2022 | 2021 | $960.00 | 352.90 | $273,497.50 |
| McEvoy, Ryan C. | Associate | 2022 | 2021 | $1,205.00 | 168.10 | $161,376.00 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,395.00 | 218.10 | $169,027.50 |
| Middleditch, Hattie R. | Associate | 2014 | 2017 | $1,440.00 | 144.30 | $138,528.00 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $775.00 | 269.40 | $208,785.00 |
| Miller, Nicole A. | Associate | 2023 | 2022 | $960.00 | 1.30 | $1,248.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $775.00 | 0.40 | $482.00 |
| Millet, Tatum E. | Associate | 2023 | 2022 | $960.00 | 13.10 | $18,274.50 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,365.00 | 3.60 | $5,184.00 |
| Mishkin, Sarah H. | Associate | 2019 | 2018 | $1,395.00 | 41.80 | $32,395.00 |
| Ninivaggi, Jane V. | Associate | in process | 2023 | $775.00 | 4.40 | $4,224.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,205.00 | 221.80 | $171,895.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,310.00 | 117.70 | $112,992.00 |
| Ong, Mevelyn S. | Associate | 2012 | 2015 | $1,475.00 | 2.40 | $3,276.00 |
| Opris, Gabriel | Associate | 2019 | 2019 | $1,310.00 | 1.80 | $2,511.00 |
| Opris, Gabriel | Associate | 2019 | 2019 | $1,365.00 | 153.40 | $118,885.00 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $960.00 | 392.70 | $473,203.50 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,205.00 | 162.40 | $212,744.00 |
| Patton, James A. | Associate | 2022 | 2021 | $960.00 | 124.70 | $183,932.50 |
| Patton, James A. | Associate | 2022 | 2021 | $1,205.00 | 26.00 | $34,060.00 |
| Plamondon, Marie-Ève | Associate | 2020 | 2022 | $1,310.00 | 1.60 | $2,184.00 |
| Plamondon, Marie-Ève | Associate | 2020 | 2022 | $1,365.00 | 10.00 | $9,600.00 |
| Polanun, Jean | Associate | in process | 2023 | $775.00 | 17.70 | $21,328.50 |
| Profeta, Stephen J. | Associate | 2022 | 2021 | $1,205.00 | 25.00 | $24,000.00 |
| Ronan, J. Patrick | Associate | in process | 2023 | $775.00 | 37.20 | $44,826.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,365.00 | 28.20 | $36,942.00 |
| Rosenfeld, Jared H. | Associate | 2019 | 2018 | $1,395.00 | 0.30 | $409.50 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,205.00 | 86.60 | $67,115.00 |
| Rosenthal, Samantha B. | Associate | 2022 | 2020 | $1,310.00 | 11.60 | $13,978.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $775.00 | 18.20 | $14,105.00 |
| Ross, Luke W. | Associate | 2023 | 2022 | $960.00 | 283.40 | $386,841.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ruan, Ting | Associate | 2023 | 2022 | $775.00 | 187.40 | $261,423.00 |
| Ruan, Ting | Associate | 2023 | 2022 | $960.00 | 199.60 | $240,518.00 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,205.00 | 96.20 | $126,022.00 |
| Sadat, Medina M. | Associate | 2021 | 2020 | $1,310.00 | 249.30 | $193,207.50 |
| Scales, Manon T. | Associate | 2016 | 2016 | $1,440.00 | 146.30 | $140,448.00 |
| Scheffer, William M. | Associate | 2023 | 2022 | $775.00 | 34.90 | $27,047.50 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $775.00 | 8.70 | $8,352.00 |
| Schutt, Robert P. | Associate | 2023 | 2022 | $960.00 | 74.30 | $89,531.50 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,310.00 | 13.10 | $17,161.00 |
| Schwartz, Maxwell E. | Associate | 2020 | 2019 | $1,365.00 | 4.90 | $7,056.00 |
| Setren, Kira R. | Associate | in process | 2023 | $775.00 | 48.50 | $37,587.50 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $775.00 | 35.10 | $27,202.50 |
| Shehada, Emile R. | Associate | 2023 | 2022 | $960.00 | 2.70 | $2,592.00 |
| Shure, Harrison B. | Associate | in process | 2023 | $775.00 | 71.80 | $94,058.00 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,440.00 | 17.90 | $24,433.50 |
| Simpson, James G. | Associate | 2017 | 2016 | $1,475.00 | 161.00 | $124,775.00 |
| Stern, Corey J. | Associate | 2023 | 2022 | $775.00 | 94.70 | $73,392.50 |
| Stern, Corey J. | Associate | 2023 | 2022 | $960.00 | 86.70 | $83,232.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,205.00 | 197.40 | $152,985.00 |
| Strand, Matthew L. | Associate | 2020 | 2020 | $1,310.00 | 24.50 | $35,280.00 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,365.00 | 4.80 | $7,080.00 |
| Thompson, Andrew A. | Associate | 2021 | 2018 | $1,395.00 | 11.30 | $8,757.50 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $388.00** | 4.00 | $3,840.00 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $775.00 | 277.60 | $334,508.00 |
| Toobin, Adam J. | Associate | 2023 | 2022 | $960.00 | 86.70 | $113,577.00 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $960.00 | 28.90 | $39,448.50 |
| Van Allen, Leanne M. | Associate | 2022 | 2021 | $1,205.00 | 3.00 | $4,185.00 |
| Vickers, Michelle A. | Associate | 2015 | 2015 | $1,475.00 | 1.30 | $504.40 |
| Wadhawan, Subhah | Associate | in process | 2023 | $775.00 | 137.60 | $106,640.00 |
| Wang, Lisa V. | Associate | in process | 2023 | $775.00 | 44.10 | $42,336.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,395.00 | 9.40 | $9,024.00 |
| Weinberg Crocco, Fabio | Associate | 2011 | 2016 | $1,440.00 | 1.10 | $1,325.50 |
| Weldon, Christopher M. | Associate | 2018 | 2017 | $1,395.00 | 15.90 | $23,452.50 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,395.00 | 111.90 | $86,722.50 |
| Wiltse, Aaron J. | Associate | 2018 | 2017 | $1,440.00 | 167.10 | $129,502.50 |
| Wu, Mimi | Associate | 2016 | 2015 | $1,475.00 | 109.50 | $152,752.50 |
| Wünsche, Frederic | Associate | 2018 | 2017 | $1,395.00 | 146.20 | $210,528.00 |
| Xu, Sam | Associate | in process | 2023 | $775.00 | 0.50 | $697.50 |
| Yu, Meng | Associate | 2021 | 2020 | $1,205.00 | 198.70 | $277,186.50 |
| Yu, Meng | Associate | 2021 | 2020 | $1,310.00 | 93.30 | $134,352.00 |
| Zahn, Arnold | Associate | 2023 | 2023 | $775.00 | 83.10 | $122,572.50 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $775.00 | 0.70 | $976.50 |
| Zhang, Naiquan | Associate | 2023 | 2022 | $960.00 | 43.40 | $33,635.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $775.00 | 63.80 | $76,879.00 |
| Zonenshayn, Benjamin | Associate | 2023 | 2022 | $960.00 | 74.40 | $97,464.00 |
| Cuesta Garayoa, Álvaro | Visiting Lawyer | 2020 | 2019 | $775.00 | 422.20 | $327,205.00 |

4892-0219-1252 v.2

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Associate Total** | | | | | 14,842.00 | $16,062,630.50 |
| **Lawyers Total** | | | | | 21,708.30 | $29,970,589.20 |
| Cohen, Jordan M. | Summer Associate | | | $0.00* | 5.40 | $0.00 |
| Dokurno, Neil A. | Summer Associate | | | $0.00* | 23.30 | $0.00 |
| Newman, Alexander | Summer Associate | | | $0.00* | 10.70 | $0.00 |
| Pang, Belisa A. | Summer Associate | | | $0.00* | 26.50 | $0.00 |
| Smith, Adebowale E. | Intern | | | $0.00* | 1.70 | $0.00 |
| Atamian, Stepan G. | Paralegal | | | $530.00 | 8.20 | $4,346.00 |
| Baldini, Michael X. | Paralegal | | | $0.00* | 87.60 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $0.00* | 0.50 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $425.00 | 7.60 | $3,230.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 17.60 | $0.00 |
| Chen, Sophia | Paralegal | | | $595.00 | 34.90 | $20,765.50 |
| Ghatalia, Priyanka R. | Paralegal | | | $0.00* | 134.00 | $0.00 |
| Gill, Zoe K. | Paralegal | | | $425.00 | 19.90 | $8,457.50 |
| Guo, Wei | Paralegal | | | $595.00 | 2.80 | $1,666.00 |
| Jhalani, Sonam | Paralegal | | | $530.00 | 7.00 | $3,710.00 |
| Kim, Scott J. | Paralegal | | | $595.00 | 4.40 | $2,618.00 |
| Kopp, Emily A. | Paralegal | | | $0.00* | 87.90 | $0.00 |
| Kopp, Emily A. | Paralegal | | | $425.00 | 9.40 | $3,995.00 |
| Li, Kathy J. | Paralegal | | | $530.00 | 0.60 | $318.00 |
| Nguyen, Bach-Yen T. | Paralegal | | | $595.00 | 3.40 | $2,023.00 |
| Ontiveros, Virginia E. | Paralegal | | | $0.00* | 91.80 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $0.00* | 10.00 | $0.00 |
| Purcell, Halloran N. | Paralegal | | | $530.00 | 0.40 | $212.00 |
| Pytosh, Jordan A. | Paralegal | | | $0.00* | 100.10 | $0.00 |
| Rosario, Dario A. | Paralegal | | | $595.00 | 1.30 | $773.50 |
| Rosen, Celia S. | Paralegal | | | $0.00* | 85.10 | $0.00 |
| Rosen, Celia S. | Paralegal | | | $425.00 | 9.20 | $3,910.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 4.90 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $530.00 | 41.50 | $21,995.00 |
| Shahnazary, Victoria G. | Paralegal | | | $0.00* | 6.60 | $0.00 |
| Shahnazary, Victoria G. | Paralegal | | | $530.00 | 45.50 | $24,115.00 |
| Smusz, Nicholas | Paralegal | | | $0.00* | 38.80 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $0.00* | 19.40 | $0.00 |
| Vasylyk, Natalia | Paralegal | | | $530.00 | 0.40 | $212.00 |
| West, Molly E. | Paralegal | | | $530.00 | 46.10 | $24,433.00 |
| Wiley, Jack T. | Paralegal | | | $0.00* | 60.20 | $0.00 |
| Wiley, Jack T. | Paralegal | | | $530.00 | 15.10 | $8,003.00 |
| Williams, Thursday K. | Paralegal | | | $425.00 | 13.10 | $5,567.50 |
| Abad, Bonifacio J. | Legal Analyst - Litigation | | | $595.00 | 102.30 | $60,868.50 |
| Ahmed, Fareed | Legal Analyst - Litigation | | | $595.00 | 31.10 | $18,504.50 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arebamen, Ehi G. | Legal Analyst - Litigation | | | $595.00 | 132.00 | $78,540.00 |
| Baskerville, Phillip L. | Legal Analyst - Litigation | | | $595.00 | 4.20 | $2,499.00 |
| Dilone, Jenna | Legal Analyst - Litigation | | | $595.00 | 97.00 | $57,715.00 |
| Edwards, LaToya C. | Legal Analyst - Litigation | | | $595.00 | 50.70 | $30,166.50 |
| Flynn, Camille A. | Legal Analyst - Litigation | | | $595.00 | 114.10 | $67,889.50 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $0.00* | 76.30 | $0.00 |
| Fukui, Terry M. | Legal Analyst - Litigation | | | $595.00 | 33.80 | $20,111.00 |
| Godin, Ruth P. | Legal Analyst - Litigation | | | $595.00 | 48.40 | $28,798.00 |
| Harris-Cox, Dawn A. | Legal Analyst - Litigation | | | $595.00 | 41.50 | $24,692.50 |
| Hazard, Joshua M. | Legal Analyst - Litigation | | | $595.00 | 356.50 | $212,117.50 |
| Hewitson, Sally | Legal Analyst - Litigation | | | $595.00 | 124.70 | $74,196.50 |
| Johnson, Sherry T. | Legal Analyst - Litigation | | | $595.00 | 44.80 | $26,656.00 |
| Jordan, Frank A. | Legal Analyst - Litigation | | | $595.00 | 214.70 | $127,746.50 |
| Koveshnikoff, Serge N. | Legal Analyst - Litigation | | | $595.00 | 133.80 | $79,611.00 |
| Mao, Charles | Legal Analyst - Litigation | | | $595.00 | 1.60 | $952.00 |
| Maratheftis, Georgia | Legal Analyst - Litigation | | | $595.00 | 48.50 | $28,857.50 |
| Perry, Robin | Legal Analyst - Litigation | | | $595.00 | 133.10 | $79,194.50 |
| Providence, Robert O. | Legal Analyst - Litigation | | | $595.00 | 111.80 | $66,521.00 |
| Ragnanan, Nicolette S. | Legal Analyst - Litigation | | | $595.00 | 110.50 | $65,747.50 |
| Samuel, Dawn C. | Legal Analyst - Litigation | | | $595.00 | 358.00 | $213,010.00 |
| Zhong, Shan | Legal Analyst - Litigation | | | $0.00* | 136.60 | $0.00 |
| McMahon, Mary R. | Legal Analyst - Discovery | | | $595.00 | 132.40 | $78,778.00 |
| Dooley, Stephen P. | Electronic Discovery | | | $550.00 | 1.30 | $715.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Fanning, Carrie R. | Electronic Discovery | | | $550.00 | 24.30 | $13,365.00 |
| Gilday, Joseph F. | Electronic Discovery | | | $550.00 | 200.70 | $110,385.00 |
| Hossein, Saud M. | Electronic Discovery | | | $550.00 | 1.30 | $715.00 |
| Long, Jacky Q. | Electronic Discovery | | | $550.00 | 0.30 | $165.00 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $550.00 | 5.00 | $2,750.00 |
| Masurka, Evan R. | Electronic Discovery | | | $550.00 | 11.50 | $6,325.00 |
| Mian, Ahmed A. | Electronic Discovery | | | $550.00 | 1.90 | $1,045.00 |
| Newman, Eric M. | Electronic Discovery | | | $550.00 | 24.60 | $13,530.00 |
| Phan, Jimmy T. | Electronic Discovery | | | $550.00 | 0.40 | $220.00 |
| Walther, Wayne M. | Electronic Discovery | | | $550.00 | 28.20 | $15,510.00 |
| Wolowski, Nicholas D. | Electronic Discovery | | | $550.00 | 27.60 | $15,180.00 |
| Ybanez, Jecamiah M. | Electronic Discovery | | | $490.00 | 27.70 | $13,573.00 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $550.00 | 17.80 | $9,790.00 |
| Zevallos, Ralph | Electronic Discovery | | | $550.00 | 3.90 | $2,145.00 |
| **Non Legal Personnel Total** | | | | | **4,097.80** | **$1,788,935.50** |
| **GRAND TOTAL** | | | | | **25,806.10** | **$31,759,524.70** |

\* Zero rate appears wherever no fee was charged for work.
\*\* 50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate: $1,230.70**

4892-0219-1252 v.2