## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Repro - B&W Copies | | $2,034.40 |
| Repro - Color Copies | | $1,324.00 |
| Outside Reproduction | Perfect Imaging<br>Record Press, Inc. | $11,700.72 |
| Delivery/Courier | | $1,966.06 |
| Local Transportation | | $20,799.92 |
| Travel and expenses | | $5,228.98 |
| Conference Room Dining | | $11,840.00 |
| Meals - Overtime | | $5,975.71 |
| Transcripts | | $3,561.54 |
| CT Corp/CSC | | $307.52 |
| Other Professionals | | $157.95 |
| | **TOTAL** | **$64,896.80** |

---

[1] S&C may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

4892-0219-1252 v.2