## Exhibit D

**Customary and Comparable Compensation Disclosures**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category | FTX Trading Ltd.*<br>August 2023 through October 2023 | | Firm**<br>Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from October 2022 through October 2023 | |
| --- | --- | --- | --- | --- |
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partners and Counsels [1] | $2,041 | 43% | $1,952 | 30% |
| Associate [2] | $1,083 | 51% | $996 | 62% |
| Non-Lawyer [3] | $437 | 6% | $525 | 8% |
| **All Timekeepers Average** | **$1,231** | **100%** | **$1,246** | **100%** |

[1] Includes Special Counsel, Of Counsel, Senior Counsel

[2] Includes Senior Associate (Level 5-8), Practice Area Associates, and Junior Associate (Level 1-4)

[3] Includes Summer Associate, Interns, Paralegals, Legal Analyst, Research Analyst, and Electronic Discovery

* Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

** Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 60% of standard rates).