## Exhibit E

### Estimated Staffing and Budget Plan

**STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE
DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| TIMEKEEPER CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD (1) | RANGE OF RATES |
|---|---|---|
| Partners | 55 | $1,595.00-$2,165.00 |
| Associates | 125 | $775.00-$1,475.00 |
| Non-Legal Personnel | 95 | $425.00-$595.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR SULLIVAN & CROMWELL, COUNSEL
TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 2,250.00 | $2,598,750.00 | 1,368.20 | $1,875,987.50 |
| ASSET DISPOSITION | 3,600.00 | $4,158,000.00 | 2,374.40 | $3,202,935.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 300.00 | $346,500.00 | 40.50 | $36,844.00 |
| AVOIDANCE ACTION ANALYSIS | 5,400.00 | $6,237,000.00 | 5,948.40 | $7,750,840.50 |
| BUSINESS OPERATIONS | 1,050.00 | $1,212,750.00 | 568.90 | $814,000.00 |
| CASE ADMINISTRATION | 525.00 | $606,375.00 | 134.10 | $255,661.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 1,200.00 | $1,386,000.00 | 431.40 | $609,383.00 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 900.00 | $1,039,500.00 | 185.90 | $288,828.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 225.00 | $259,875.00 | 58.40 | $74,338.00 |

---

[1]    Estimated hours represent high-end of S&C's estimates of hours during the interim fee period.

[2]    Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 750.00 | $866,250.00 | 215.50 | $258,493.50 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 300.00 | $346,500.00 | 185.00 | $227,856.50 |
| FINANCING AND CASH COLLATERAL | 45.00 | $51,975.00 | - | $0.00 |
| OTHER LITIGATION | 1,800.00 | $2,079,000.00 | 1,408.80 | $1,991,800.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 450.00 | $519,750.00 | 211.90 | $391,010.50 |
| NON-WORKING TRAVEL | 150.00 | $173,250.00 | 24.90 | $22,983.20 |
| PLAN AND DISCLOSURE STATEMENT | 1,800.00 | $2,079,000.00 | 1,201.50 | $1,551,707.50 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 120.00 | $138,600.00 | 145.20 | $205,205.50 |
| TAX | 1,800.00 | $2,079,000.00 | 521.90 | $865,158.50 |
| VALUATION | 0.00 | - | 2.60 | $1,430.00 |
| DISCOVERY | 15,000.00 | $17,325,000.00 | 4,278.30 | $3,540,550.00 |
| HEARINGS | 150.00 | $173,250.00 | 35.30 | $69,666.50 |
| FIRST AND SECOND DAY MOTIONS | 60.00 | $69,300.00 | - | $0.00 |
| CLAIMS INVESTIGATION | 150.00 | $173,250.00 | - | $0.00 |
| GENERAL INVESTIGATION | 1,650.00 | $1,905,750.00 | 878.20 | $1,242,397.50 |
| SCHEDULES, SOFAS AND REPORTING | 90.00 | $103,950.00 | 31.50 | $60,137.50 |
| OTHER MOTIONS/APPLICATIONS | 900.00 | $1,039,500.00 | 994.60 | $1,221,057.00 |
| TIME ENTRY REVIEW | 2,100.00 | - | 957.40 | $0.00 |
| BUDGETING | 30.00 | $34,650.00 | - | $0.00 |
| GENERAL REGULATORY | 1,500.00 | $1,732,500.00 | 124.00 | $200,388.00 |
| BAHAMAS MATTERS | 1,950.00 | $2,252,250.00 | 487.00 | $775,949.50 |
| FOREIGN DEBTOR MATTERS | 1,950.00 | $2,252,250.00 | 651.50 | $1,044,778.50 |
| COORDINATION WITH FOREIGN PROCEDURES | 300.00 | $346,500.00 | 21.40 | $43,941.00 |
| COORDINATION IN OTHER BANKRUPTCIES | 2,250.00 | $2,598,750.00 | 373.80 | $500,987.50 |
| INVESTIGATIVE REPORTS | 2,250.00 | $2,598,750.00 | 1,106.10 | $1,354,123.00 |
| CYBER ISSUES | 2,014.80 | $3,074,605.20 | 839.50 | $1,281,085.50 |
| **Total** | **55,009.80** | **$61,858,330.20** | **25,806.10** | **$31,759,524.70** |