## Exhibit A

**Summary of Fees by Individual for the Application Period**

**SUMMARY OF FEES BY INDIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| K. John Shaffer | Partner | 1991 | 1989 | $1,917.00 | 92.40 | $177,130.80 |
|  |  |  |  | $2,025.00 | 138.30 | $280,057.50 |
| Thomas Werlen | Partner | 1991 | 1989 | $1,777.50 | 1.00 | $1,777.50 |
| John B. Quinn | Partner | 1978 | 1976 | $1,917.00 | 8.60 | $16,486.20 |
|  |  |  |  | $2,025.00 | 3.80 | $7,695.00 |
| William A. Burck | Partner | 2001 | 1998 | $1,917.00 | 10.20 | $19,553.40 |
|  |  |  |  | $2,025.00 | 14.40 | $29,160.00 |
| Richard East | Partner | 1997 | 1995 | $1,917.00 | 1.40 | $2,683.80 |
|  |  |  |  | $2,025.00 | 7.60 | $15,390.00 |
| Sam Williamson | Partner | 2001 | 2000 | $1,917.00 | 27.70 | $53,100.90 |
|  |  |  |  | $2,025.00 | 29.70 | $60,142.50 |
| Sascha Rand | Partner | 1998 | 1997 | $1,593.00 | 170.40 | $271,447.20 |
|  |  |  |  | $1,678.50 | 262.70 | $440,941.95 |
| Jonathan Pickhardt | Partner | 2000 | 1998 | $1,593.00 | 14.00 | $22,302.00 |
|  |  |  |  | $1,678.50 | 5.80 | $9,735.30 |
| John Rhie | Partner | 2000 | 2003 | $1,593.00 | 1.30 | $2,070.90 |
| Katherine Lemire | Partner | 1998 | 1997 | $1,593.00 | 27.00 | $43,011.00 |
|  |  |  |  | $1,678.50 | 86.40 | $145,022.40 |
| Eric D. Winston | Partner | 1999 | 1998 | $1,440.00 | 2.20 | $3,168.00 |
|  |  |  |  | $1,561.50 | 10.30 | $16,083.45 |
| Anthony Alden | Partner | 2004 | 2003 | $1,440.00 | 35.70 | $51,408.00 |
|  |  |  |  | $1,561.50 | 57.20 | $89,317.80 |
| Isaac Nesser | Partner | 2003 | 2003 | $1,440.00 | 45.00 | $64,800.00 |
|  |  |  |  | $1,521.00 | 19.80 | $30,115.80 |
| Robert Zink | Partner | 2006 | 2005 | $1,440.00 | 8.00 | $11,520.00 |
|  |  |  |  | $1,521.00 | 6.00 | $9,126.00 |
| Elinor C. Sutton | Partner | 2008 | 2007 | $1,318.50 | 7.50 | $9,888.75 |
|  |  |  |  | $1,422.00 | 44.40 | $63,136.80 |
| Matthew R. Scheck | Partner | 2008 | 2007 | $1,318.50 | 136.00 | $179,316.00 |
|  |  |  |  | $1,422.00 | 225.60 | $320,803.20 |
| Michael Shaheen | Partner | 2010 | 2009 | $1,318.50 | 8.90 | $11,734.65 |
| Emily Kapur | Partner | 2015 | 2015 | $1,246.50 | 104.70 | $130,508.55 |
|  |  |  |  | $1,354.50 | 211.70 | $286,747.65 |
| William Sears | Partner | 2015 | 2014 | $1,246.50 | 45.90 | $57,214.35 |
|  |  |  |  | $1,354.50 | 46.70 | $63,255.15 |
| Blair Adams | Partner | 2014 | 2013 | $1,246.50 | 1.00 | $1,246.50 |
| **Partner Total** |  |  |  |  | **1,919.30** | **$2,997,099.00** |
| Tyler Murray | Counsel | 2001 | 2000 | $1,215.00 | 113.30 | $137,659.50 |
|  |  |  |  | $1,296.00 | 219.80 | $284,860.80 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Jennifer Gindin | Counsel | 2014 | 2014 | $1,215.00 | 7.10 | $8,626.50 |
| K. McKenzie Anderson | Counsel | 2008 | 2007 | $1,215.00 | 199.50 | $242,392.50 |
|  |  |  |  | $1,296.00 | 188.40 | $244,166.40 |
| Andrew Kutscher | Counsel | 2010 | 2009 | $1,215.00 | 186.10 | $226,111.50 |
|  |  |  |  | $1,296.00 | 228.10 | $295,617.60 |
| Marina E. Lev | Counsel | 2013 | 2012 | $1,215.00 | 142.70 | $173,380.50 |
|  |  |  |  | $1,296.00 | 176.10 | $228,225.60 |
| Kurt Wolfe | Counsel | 2007 | 2006 | $1,215.00 | 9.90 | $12,028.50 |
|  |  |  |  | $1,296.00 | 6.90 | $8,942.40 |
| **Counsel Total** |  |  |  |  | **1,477.90** | **$1,862,011.80** |
| Alex Nelder | Associate | 2012 | 2011 | $1,336.50 | 51.70 | $69,097.05 |
|  |  |  |  | $1,413.00 | 76.00 | $107,388.00 |
| Anna Parfjonova | Associate | 2014 | 2012 | $1,413.00 | 32.80 | $46,346.40 |
| Anil Makhijani | Associate | 2013 | 2012 | $1,183.50 | 11.20 | $13,255.20 |
|  |  |  |  | $1,251.00 | 64.80 | $81,064.80 |
| Heather K. Christenson | Associate | 2014 | 2013 | $1,251.00 | 0.50 | $625.50 |
| Justine Young | Associate | 2014 | 2013 | $1,183.50 | 59.00 | $69,826.50 |
|  |  |  |  | $1,251.00 | 134.40 | $168,134.40 |
| Ben Odell | Associate | 2010 | 2010 | $1,183.50 | 42.70 | $50,535.45 |
| Nicholas Inns | Associate | 2010 | 2010 | $1,174.50 | 1.10 | $1,291.95 |
| Jaclyn Palmerson | Associate | 2016 | 2016 | $1,143.00 | 135.60 | $154,990.80 |
|  |  |  |  | $1,246.50 | 165.50 | $206,295.75 |
| Andrew Sutton | Associate | 2017 | 2016 | $1,143.00 | 73.40 | $83,896.20 |
|  |  |  |  | $1,246.50 | 160.30 | $199,813.95 |
| Meredith Mandell | Associate | 2017 | 2016 | $1,246.50 | 75.90 | $94,609.35 |
| Isaac Saidel-Goley | Associate | 2017 | 2017 | $1,210.50 | 75.20 | $91,029.60 |
| Max Meadows | Associate | 2016 | 2015 | $1,107.00 | 1.90 | $2,103.30 |
|  |  |  |  | $1,210.50 | 1.20 | $1,452.60 |
| Jonas Hertner | Associate | 2016 | 2015 | $1,188.00 | 3.70 | $4,395.60 |
| Dominique Le Miere | Associate | 2017 | 2016 | $1,174.50 | 58.50 | $68,708.25 |
| Abbey Foote | Associate | 2018 | 2018 | $1,048.50 | 40.20 | $42,149.70 |
|  |  |  |  | $1,174.50 | 72.40 | $85,033.80 |
| Joseph Reed | Associate | 2018 | 2018 | $1,174.50 | 3.90 | $4,580.55 |
| Jared Dummitt | Associate | 2019 | 2018 | $1,048.50 | 10.80 | $11,323.80 |
| Peter Collins | Associate | 2020 | 2018 | $1,048.50 | 7.80 | $8,178.30 |
|  |  |  |  | $1,174.50 | 13.50 | $15,855.75 |
| Shane Grannum | Associate | 2019 | 2018 | $1,152.00 | 45.50 | $52,416.00 |
| Amy Chyao | Associate | 2020 | 2019 | $1,152.00 | 50.50 | $58,176.00 |
| Miao Xu | Associate | 2016 | 2015 | $1,120.50 | 63.20 | $70,815.60 |
| Olivia Yeffet | Associate | 2020 | 2020 | $904.50 | 79.40 | $71,817.30 |
|  |  |  |  | $1,075.50 | 157.30 | $169,176.15 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Natalie Huh | Associate | 2021 | 2020 | $904.50 | 53.80 | $48,662.10 |
| | | | | $1,075.50 | 69.50 | $74,747.25 |
| Zane Muller | Associate | 2022 | 2020 | $904.50 | 0.70 | $633.15 |
| | | | | $1,075.50 | 32.40 | $34,846.20 |
| Kelsey Sullivan | Associate | 2021 | 2020 | $904.50 | 26.00 | $23,517.00 |
| | | | | $1,075.50 | 46.50 | $50,010.75 |
| Cameron Kelly | Associate | 2020 | 2020 | $904.50 | 47.10 | $42,601.95 |
| | | | | $1,075.50 | 7.60 | $8,173.80 |
| Sophie Hill | Associate | 2021 | 2020 | $841.50 | 246.20 | $207,177.30 |
| | | | | $985.50 | 205.40 | $202,421.70 |
| | | | | $1,075.50 | 267.10 | $287,266.05 |
| Sydney Snower | Associate | 2022 | 2021 | $841.50 | 193.60 | $162,914.40 |
| | | | | $985.50 | 71.40 | $70,364.70 |
| Mark Fuchs | Associate | 2023 | 2022 | $841.50 | 36.30 | $30,546.45 |
| | | | | $985.50 | 89.20 | $87,906.60 |
| Jeffery Arnier | Associate | 2021 | 2021 | $841.50 | 18.90 | $15,904.35 |
| | | | | $985.50 | 6.30 | $6,208.65 |
| Tanmayi Sharma | Associate | 2022 | 2021 | $841.50 | 0.80 | $673.20 |
| | | | | $985.50 | 0.40 | $394.20 |
| Shavonne Teo | Associate | 2022 | 2021 | $985.50 | 16.20 | $15,965.10 |
| Kiersten Whitfield | Associate | 2022 | 2022 | $841.50 | 7.40 | $6,227.10 |
| | | | | $985.50 | 4.00 | $3,942.00 |
| Brenna Ledvora | Associate | 2021 | 2021 | $985.50 | 105.90 | $104,364.45 |
| Jacob Denz | Associate | 2021 | 2021 | $985.50 | 2.60 | $2,562.30 |
| Elijah Turner | Associate | 2023 | 2022 | $747.00 | 37.20 | $27,788.40 |
| | | | | $891.00 | 154.90 | $138,015.90 |
| Angela Nelson | Associate | 2022 | 2022 | $747.00 | 103.50 | $77,314.50 |
| | | | | $891.00 | 111.20 | $99,079.20 |
| Destiny Rose Murphy | Associate | 2023 | 2022 | $747.00 | 32.60 | $24,352.20 |
| | | | | $891.00 | 22.50 | $20,047.50 |
| Jeffrey Boxer | Associate | 2022 | 2022 | $747.00 | 53.10 | $39,665.70 |
| | | | | $891.00 | 114.10 | $101,663.10 |
| Ben Carroll | Associate | 2023 | 2022 | $747.00 | 21.00 | $15,687.00 |
| | | | | $891.00 | 100.20 | $89,278.20 |
| Michael Wittmann | Associate | 2023 | 2022 | $747.00 | 74.90 | $55,950.30 |
| | | | | $891.00 | 54.80 | $48,826.80 |
| Gavin Coyle | Associate | 2023 | 2022 | $747.00 | 39.30 | $29,357.10 |
| | | | | $891.00 | 116.90 | $104,157.90 |
| Jack Robbins | Associate | 2023 | 2022 | $747.00 | 42.80 | $31,971.60 |
| | | | | $891.00 | 48.30 | $43,035.30 |
| Julian Schoen | Associate | 2022 | 2022 | $747.00 | 12.40 | $9,262.80 |
| | | | | $891.00 | 43.40 | $38,669.40 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arielle Gerber | Associate | 2023 | 2022 | $747.00 | 83.80 | $62,598.60 |
|  |  |  |  | $891.00 | 138.50 | $123,403.50 |
| Marissa Smith | Associate | 2023 | 2022 | $747.00 | 0.40 | $298.80 |
|  |  |  |  | $891.00 | 47.20 | $42,055.20 |
| Jonathan Abrams | Associate | 2023 | 2022 | $508.50 | 34.20 | $17,390.70 |
|  |  |  |  | $891.00 | 47.80 | $42,589.80 |
| Cara Mund | Associate | 2022 | 2022 | $508.50 | 30.30 | $15,407.55 |
|  |  |  |  | $792.00 | 52.00 | $41,184.00 |
| Rachel Harrington | Law Clerk | - | 2023 | $544.50 | 141.50 | $77,046.75 |
| Alfonso Sanchez-Eguibar | Law Clerk | - | 2023 | $508.50 | 7.10 | $3,610.35 |
|  |  |  |  | $544.50 | 42.90 | $23,359.05 |
| Jillian Farley | Law Clerk | - | 2023 | $544.50 | 67.80 | $36,917.10 |
| Erin Simmonds | Law Clerk | - | 2023 | $544.50 | 39.80 | $21,671.10 |
| Johnston Hill | Law Clerk | - | 2023 | $544.50 | 168.70 | $91,857.15 |
| Carla Neye | Law Clerk | - | 2023 | $544.50 | 229.40 | $124,908.30 |
| Michael Quinan | Law Clerk | - | 2023 | $544.50 | 179.80 | $97,901.10 |
| Brendan Ferguson | Law Clerk | - | 2023 | $544.50 | 80.30 | $43,723.35 |
| Taylor Ross | Law Clerk | - | 2023 | $544.50 | 216.20 | $117,720.90 |
| Grace Heinerikson | Law Clerk | - | 2023 | $544.50 | 76.80 | $41,817.60 |
| Todd Riegler | Attorney | 2002 | 2001 | $481.50 | 1.10 | $529.65 |
| **Associate, Law Clerk, & Attorney Total** | | | | | **6,193.90** | **$5,612,527.80** |
| **Lawyers Total** | | | | | **9,591.10** | **$10,471,638.60** |
| Connie Kim | Paralegal | - | - | $432.00 | 4.00 | $1,728.00 |
| Michael Guerrero | Paralegal | - | - | $463.50 | 6.00 | $2,781.00 |
| Michael Alvarez | Paralegal | - | - | $463.50 | 8.20 | $3,800.70 |
| Rubab Hyder | Paralegal | - | - | $432.00 | 2.00 | $864.00 |
| Jonathan Land | Litig. Support | - | - | $328.50 | 10.30 | $3,383.55 |
| Joe Liao | Litig. Support | - | - | $157.50 | 4.80 | $756.00 |
| Konstantin Dementiev | Litig. Support | - | - | $157.50 | 7.10 | $1,118.25 |
| Ho Man Chan | Litig. Support | - | - | $432.00 | 0.80 | $126.00 |
| **Non Legal Personnel Total** | | | | | **43.20** | **$14,557.50** |
| 50% Non-Working Travel | | | | | | -$17,302.50 |
| **GRAND TOTAL** | | | | | **9,634.30** | **$10,468,893.60** |

**Blended Hourly Rate: $1,086.63**