## Exhibit C

**Expense Summary for the Application Period**

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[1] if Applicable** | **Amount** |
| Lexis Courtlink | Lexis | $311.52 |
| Attorney Service | | $59.13 |
| Express Mail | | $84.12 |
| Hearing Transcript | | $126.17 |
| Online Research | | $368.00 |
| Messenger | | $145.00 |
| Delivery/Courier | | $0.00 |
| Service of Process | | $0.00 |
| Document Reproduction ($.10/page) | | $631.00 |
| Color Document Reproduction ($.40/page) | | $581.60 |
| Travel and Expenses | | $5,088.36 |
| Velobind | | $6.00 |
| Document Services | | $1,264.53 |
| | **TOTAL** | **$8,665.43** |

---

[1] Quinn Emanuel may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.