## Exhibit D

**Customary and Comparable Compensation Disclosures**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide August 1, 2023 through October 31, 2023[1] | Billed to Debtors August 1, 2023 through October 31, 2023 |
| Partner | $1,407.28 | $1,561.56 |
| Counsel | $1,200.97 | $1,259.90 |
| Associate | $1,018.32 | $906.14 |
| Paraprofessional | $439.70 | $336.98 |
| Aggregated | $1,133.64 | $1,086.63 |

---

[1] The amounts in this column reflect the blended rate for all timekeepers at Quinn Emanuel in the firm's U.S. offices.