# Exhibit E

## Estimated Staffing and Budget Plan

**STAFFING PLAN FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| PROFESSIONAL CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD | RANGE OF RATES |
|---|---|---|
| Partners & Counsel | 25 | $1,215.00–$1,917.00 |
| Associates | 45 | $747.00–$1,183.50 |
| Paraprofessionals & Law Clerks | 15 | $157.50–$508.50 |

**ESTIMATED BUDGET FOR QUINN EMANUEL URQUHART & SULLIVAN, LLP,
SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION,
FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 31, 2023**

| PROJECT CATEGORY | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 1,905 | $2,000,000 | 1,475.40 | $1,616,012.55 |
| AVOIDANCE ACTION ANALYSIS | 476 | $500,000 | 220.10 | $280,412.10 |
| BANKRUPTCY LITIGATION | 2,000 | $2,100,000 | 960.20 | $1,160,985.60 |
| BOARD / CORPORATE GOVERNANCE | 143 | $150,000 | 29.40 | $52,798.95 |
| CASE ADMINISTRATION | 43 | $45,000 | 24.70 | $26,748.90 |
| EMPLOYMENT AND FEE APPLICATIONS | 162 | $170,000 | 203.10 | $261,732.60 |
| PLAN AND DISCLOSURE STATEMENT | 95 | $100,000 | 76.40 | $137,569.95 |
| INVESTIGATION | 1,429 | $1,500,000 | 3,392.80 | $3,066,597.45 |
| GRAYSCALE LITIGATION | 762 | $800,000 | 426.00 | $514,224.45 |
| BAHAMAS LITIGATION | 3,524 | $3,700,000 | 2,665.50 | $3,161,753.55 |
| FRIEDBERG LITIGATION | n/a | n/a | 109.30 | $134,311.95 |
| BANKMAN/FRIED LITIGATION | n/a | n/a | 22.20 | $25,207.65 |
| EMBED/ROCKET LITIGATION | n/a | n/a | 8.30 | $13,235.40 |
| NON-WORKING TRAVEL | 67 | $70,000 | 20.90 | $34,605.00 |
| CREDIT FOR 50% NON-WORKING TRAVEL | | -$35,000 | | -$17,302.50 |
| Total | 10,606 | $11,100,000.00 | 9,634.30 | $10,468,893.60 |