**EXHIBIT A**
**SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD**
**(AUGUST 1, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023)**

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arnett, Chris | Managing Director | $1,050 | 380.1 | $399,105.00 |
| Bowles, Carl | Managing Director | $1,025 | 14.2 | $14,555.00 |
| Chambers, Henry | Managing Director | $995 | 418.7 | $416,606.50 |
| Cumberland, Brian | Managing Director | $1,320 | 2.5 | $3,300.00 |
| Farsaci, Alessandro | Managing Director | $1,100 | 18.6 | $20,460.00 |
| Gordon, Robert | Managing Director | $1,025 | 548.4 | $562,110.00 |
| Grillo, Rocco | Managing Director | $1,100 | 40.8 | $44,880.00 |
| Grosvenor, Robert | Managing Director | $1,000 | 20.4 | $20,400.00 |
| Hershan, Robert | Managing Director | $1,100 | 55.8 | $61,380.00 |
| Howe, Christopher | Managing Director | $1,200 | 102.5 | $123,000.00 |
| Iwanski, Larry | Managing Director | $1,075 | 95.2 | $102,340.00 |
| Jacobs, Kevin | Managing Director | $1,100 | 87.8 | $96,580.00 |
| Johnston, David | Managing Director | $1,025 | 441.1 | $452,127.50 |
| Kotarba, Chris | Managing Director | $1,100 | 24.0 | $26,400.00 |
| Kotarba, Steve | Managing Director | $1,100 | 332.2 | $365,420.00 |
| Lawson, Alex | Managing Director | $875 | 49.1 | $42,962.50 |
| Marshall, Jonathan | Managing Director | $1,075 | 7.1 | $7,632.50 |
| Mosley, Ed | Managing Director | $1,250 | 592.2 | $740,250.00 |
| Ryan, Laureen | Managing Director | $1,075 | 292.7 | $314,652.50 |
| Shah, Nikhil[1] | Managing Director | $1,025 | 3.0 | $3,075.00 |
| Sielinski, Jeff | Managing Director | $1,025 | 22.2 | $22,755.00 |
| Stegenga, Jeffery | Managing Director | $1,375 | 19.3 | $26,537.50 |
| Taylor, Josh[1] | Managing Director | $1,025 | 4.9 | $5,022.50 |
| Wall, Guy | Managing Director | $1,025 | 43.3 | $44,382.50 |
| **Managing Director Total** | | | **3,616.1** | **$3,915,934.00** |
| Seaway, Bill | Senior Advisor | $1,100 | 34.3 | $37,730.00 |
| **Senior Advisor Total** | | | **34.3** | **$37,730.00** |
| Broskay, Cole | Senior Director | $900 | 452.6 | $407,340.00 |
| Callerio, Lorenzo | Senior Director | $875 | 525.9 | $460,162.50 |
| Canale, Alex | Senior Director | $900 | 412.8 | $371,520.00 |
| Chew, Ee Ling | Senior Director | $750 | 7.7 | $5,775.00 |
| Cooper, James | Senior Director | $875 | 664.1 | $581,087.50 |

---

[1] Inclusive of billable time from prior periods not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Coverick, Steve | Senior Director | $950 | 669.1 | $635,645.00 |
| Dusendschon, Kora | Senior Director | $900 | 92.5 | $83,250.00 |
| Esposito, Rob | Senior Director | $875 | 637.1 | $557,462.50 |
| Evans, Charles | Senior Director | $835 | 15.7 | $13,109.50 |
| Griffith, David | Senior Director | $900 | 12.1 | $10,890.00 |
| Johal, Jas | Senior Director | $900 | 12.2 | $10,980.00 |
| Johnson, Robert | Senior Director | $900 | 311.1 | $279,990.00 |
| Konig, Louis | Senior Director | $900 | 386.4 | $347,760.00 |
| Kwan, Peter | Senior Director | $900 | 581.4 | $523,260.00 |
| Mohammed, Azmat | Senior Director | $925 | 614.8 | $568,690.00 |
| Negus, Matthew | Senior Director | $900 | 104.8 | $94,320.00 |
| Pandey, Vishal | Senior Director | $925 | 33.2 | $30,710.00 |
| Ramanathan, Kumanan | Senior Director | $950 | 694.8 | $660,060.00 |
| Sequeira, Joseph | Senior Director | $900 | 3.3 | $2,970.00 |
| Sexton, Rachel | Senior Director | $875 | 54.5 | $47,687.50 |
| Shanahan, Michael | Senior Director | $900 | 274.3 | $246,870.00 |
| Tarikere, Sriram | Senior Director | $925 | 70.1 | $64,842.50 |
| Titus, Adam | Senior Director | $950 | 742.3 | $705,185.00 |
| Ulyanenko, Andrey | Senior Director | $950 | 39.5 | $37,525.00 |
| Vaish, Khushboo[1] | Senior Director | $875 | 5.0 | $4,375.00 |
| Vieira, Francisco | Senior Director | $650 | 13.5 | $8,775.00 |
| Wilson, Sean | Senior Director | $950 | 5.5 | $5,225.00 |
| Zatz, Jonathan | Senior Director | $900 | 765.2 | $688,680.00 |
| **Senior Director Total** | | | **8,201.5** | **$7,454,147.00** |
| Arbid, Rami | Director | $750 | 58.1 | $43,575.00 |
| Baker, Kevin | Director | $750 | 632.3 | $474,225.00 |
| Balmelli, Gioele | Director | $800 | 199.3 | $159,440.00 |
| Bammert, Brett | Director | $750 | 6.5 | $4,875.00 |
| Casey, John[1] | Director | $725 | 308.3 | $223,517.50 |
| Chamma, Leandro | Director | $750 | 464.0 | $348,000.00 |
| Dennison, Kim | Director | $650 | 68.6 | $44,590.00 |
| Flynn, Matthew | Director | $775 | 472.6 | $366,265.00 |
| Glustein, Steven | Director | $800 | 753.1 | $602,480.00 |
| Gosau, Tracy | Director | $750 | 170.4 | $127,800.00 |
| Hainline, Drew | Director | $800 | 571.9 | $457,520.00 |
| Kearney, Kevin | Director | $800 | 717.4 | $573,920.00 |

[1] Inclusive of billable time from prior periods not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lambert, Leslie | Director | $750 | 240.6 | $180,450.00 |
| Lannan, Matthew[1] | Director | $880 | 5.4 | $4,752.00 |
| Lee, Julian | Director | $750 | 322.0 | $241,500.00 |
| Lewandowski, Douglas | Director | $800 | 602.5 | $482,000.00 |
| McGoldrick, Hugh | Director | $750 | 26.5 | $19,875.00 |
| McGrath, Patrick | Director | $750 | 279.3 | $209,475.00 |
| Medway, David | Director | $750 | 204.1 | $153,075.00 |
| Radis, Cameron | Director | $750 | 4.9 | $3,675.00 |
| Ruez, William | Director | $750 | 228.8 | $171,600.00 |
| Sullivan, Christopher | Director | $825 | 777.3 | $641,272.50 |
| van den Belt, Mark | Director | $750 | 650.2 | $487,650.00 |
| Walia, Gaurav | Director | $825 | 826.9 | $682,192.50 |
| Walker, William | Director | $850 | 106.6 | $90,610.00 |
| **Director Total** | | | **8,697.6** | **$6,794,334.50** |
| Ardizzoni, Heather | Manager | $700 | 47.8 | $33,460.00 |
| Cabral, Juan[1] | Manager | $350 | 4.0 | $1,400.00 |
| Grussing, Bernice | Operations Manager | $325 | 29.7 | $9,652.50 |
| Hernandez, Dylan | Manager | $660 | 5.1 | $3,366.00 |
| Hoffer, Emily | Manager | $650 | 463.7 | $301,405.00 |
| Kos, Sandra | Office Manager | $200 | 28.0 | $5,600.00 |
| Lam, James | Manager | $600 | 238.6 | $143,160.00 |
| Li, Summer | Manager | $670 | 174.9 | $117,183.00 |
| Lowe, Sam | Manager | $650 | 44.0 | $28,600.00 |
| Mimms, Samuel | Manager | $650 | 201.0 | $130,650.00 |
| Myrie, Calvin[1] | Manager | $650 | 0.3 | $195.00 |
| Ortiz-Perez, Kiki | Manager | $650 | 18.7 | $12,155.00 |
| Pestano, Kyle | Manager | $650 | 511.7 | $332,605.00 |
| Reagan, Kelsey | Manager | $700 | 211.3 | $147,910.00 |
| Riabchuk, Pavlo | Manager | $750 | 1.6 | $1,200.00 |
| Rybarczyk, Jodi | Manager | $700 | 130.5 | $91,350.00 |
| Salas Nunez, Luis | Manager | $772 | 193.2 | $149,150.40 |
| Sarmiento, Dubhe | Manager | $650 | 141.3 | $91,845.00 |
| Shah, Ankur[1] | Manager | $500 | 2.0 | $1,000.00 |
| Sivapalu, Anan | Manager | $625 | 515.7 | $322,312.50 |
| Sloan, Austin | Manager | $650 | 206.2 | $134,030.00 |
| Stecke, Curtis | Manager | $650 | 3.4 | $2,210.00 |

[1] Inclusive of billable time from prior periods not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Strong, Nichole | Manager | $650 | 268.3 | $174,395.00 |
| Su, Warren[1] | Manager | $700 | 0.2 | $140.00 |
| Tong, Crystal | Manager | $650 | 190.5 | $123,825.00 |
| Su, Warren | Manager | $700 | 233.5 | $163,450.00 |
| Yurchak, Lilia | Manager | $650 | 56.7 | $36,855.00 |
| Zhang, Qi | Manager | $670 | 588.0 | $393,960.00 |
| **Manager Total** | | | **4,509.9** | **$2,953,064.40** |
| Alvarez, Charles | Senior Associate | $600 | 110.0 | $66,000.00 |
| Blanchard, Madison | Senior Associate | $575 | 577.0 | $331,775.00 |
| Chuah, Jane | Senior Associate | $495 | 6.4 | $3,168.00 |
| Cox, Allison | Senior Associate | $575 | 453.1 | $260,532.50 |
| Dalgleish, Elizabeth | Senior Associate | $700 | 417.5 | $292,250.00 |
| DiNatale, Trevor | Senior Associate | $700 | 2.4 | $1,680.00 |
| Donohue, Charles | Senior Associate | $550 | 73.6 | $40,480.00 |
| Faett, Jack | Senior Associate | $700 | 516.1 | $361,270.00 |
| Helal, Aly | Senior Associate | $575 | 352.3 | $202,572.50 |
| Herzon, Sam | Senior Associate | $550 | 24.8 | $13,640.00 |
| Kaufman, Ashley | Senior Associate | $650 | 27.4 | $17,810.00 |
| Kolodny, Steven | Senior Associate | $600 | 165.8 | $99,480.00 |
| Kuruvilla, Daniel | Senior Associate | $700 | 335.5 | $234,850.00 |
| Maggard, Austin | Senior Associate | $600 | 352.6 | $211,560.00 |
| Montague, Katie | Senior Associate | $700 | 619.4 | $433,580.00 |
| Sagen, Daniel | Senior Associate | $725 | 718.1 | $520,622.50 |
| Todd, Patrick | Senior Associate | $650 | 277.6 | $180,440.00 |
| Wilson, David | Senior Associate | $575 | 667.8 | $383,985.00 |
| Work, David | Senior Associate | $650 | 250.2 | $162,630.00 |
| Zeiss, Mark | Senior Associate | $700 | 1.3 | $910.00 |
| **Senior Associate Total** | | | **5,948.9** | **$3,819,235.50** |
| Beretta, Matthew | Associate | $478 | 163.9 | $78,344.20 |
| Braatelien, Troy | Associate | $600 | 486.1 | $291,660.00 |
| Chan, Jon | Associate | $525 | 568.2 | $298,305.00 |
| Collis, Jack | Associate | $500 | 187.7 | $93,850.00 |
| Connolly, David[1] | Associate | $400 | 0.6 | $240.00 |
| Corr, Caoimhe | Associate | $500 | 26.3 | $13,150.00 |
| Dobbs, Aaron | Associate | $525 | 419.8 | $220,395.00 |
| Ebrey, Mason | Associate | $525 | 413.9 | $217,297.50 |

[1] Inclusive of billable time from prior periods not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Francis, Luke | Associate | $600 | 685.6 | $411,360.00 |
| Gany, Jared | Associate | $475 | 11.5 | $5,462.50 |
| Glynn, Maiti | Associate | $600 | 1.4 | $840.00 |
| Gonzalez, Johnny | Associate | $600 | 781.5 | $468,900.00 |
| Haigis, Maya | Associate | $525 | 16.2 | $8,505.00 |
| Heric, Andrew | Associate | $525 | 467.0 | $245,175.00 |
| Hill, Liam | Associate | $450 | 105.0 | $47,250.00 |
| Kane, Alex | Associate | $575 | 163.3 | $93,897.50 |
| Krautheim, Sean | Associate | $525 | 12.4 | $6,510.00 |
| Ledvora, Timothy | Associate | $450 | 82.1 | $36,945.00 |
| Lei, Katie | Associate | $550 | 6.0 | $3,300.00 |
| McLaughlin, Blake | Associate | $525 | 20.0 | $10,500.00 |
| McLoughlin, Miles | Associate | $478 | 104.4 | $49,903.20 |
| Mirando, Michael | Associate | $600 | 331.8 | $199,080.00 |
| Parker, Brandon | Associate | $550 | 25.2 | $13,860.00 |
| Patel, Ishika | Associate | $525 | 62.2 | $32,655.00 |
| Paterson, Warren | Associate | $400 | 1.5 | $600.00 |
| Price, Breanna | Associate | $525 | 345.8 | $181,545.00 |
| Schlam Batista, Sharon | Associate | $500 | 50.0 | $25,000.00 |
| Sigman, Claudia[1] | Associate | $550 | 0.3 | $165.00 |
| Simkins, Maximilian | Associate | $525 | 13.1 | $6,877.50 |
| Sunkara, Manasa | Associate | $525 | 536.3 | $281,557.50 |
| Taraba, Erik | Associate | $600 | 699.6 | $419,760.00 |
| Trent, Hudson | Associate | $625 | 853.2 | $533,250.00 |
| Witherspoon, Samuel | Associate | $575 | 664.8 | $382,260.00 |
| **Associate Total** | | | **8,306.7** | **$4,678,399.90** |
| Bruck, Ran | Consultant | $600 | 547.5 | $328,500.00 |
| Jones, Mackenzie | Consultant | $600 | 497.1 | $298,260.00 |
| Zabcik, Kathryn | Consultant | $600 | 538.9 | $323,340.00 |
| **Consultant Total** | | | **1,583.5** | **$950,100.00** |
| Arora, Rohan | Analyst | $425 | 324.9 | $138,082.50 |
| Avdellas, Peter | Analyst | $425 | 429.6 | $182,580.00 |
| Bolduc, Jojo | Analyst | $425 | 447.8 | $190,315.00 |
| Burns, Zach | Analyst | $500 | 516.1 | $258,050.00 |
| Clayton, Lance | Analyst | $475 | 809.8 | $384,655.00 |
| Duncan, Ryan | Analyst | $425 | 462.2 | $196,435.00 |

---

[1] Inclusive of billable time from prior periods not previously included in prior Interim Fee Applications.

| Timekeeper Name | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ernst, Reagan | Analyst | $425 | 560.3 | $238,127.50 |
| Gidoomal, Dhruv | Analyst | $500 | 97.5 | $48,750.00 |
| Hogge, Will | Analyst | $425 | 8.5 | $3,612.50 |
| Hubbard, Taylor | Analyst | $425 | 393.3 | $167,152.50 |
| Karnik, Noorita | Analyst | $450 | 19.7 | $8,865.00 |
| Lee, Soohyun | Analyst | $425 | 5.8 | $2,465.00 |
| Lehtis, Alexander | Analyst | $425 | 13.5 | $5,737.50 |
| Liv-Feyman, Alec | Analyst | $450 | 355.2 | $159,840.00 |
| Lowdermilk, Quinn | Analyst | $450 | 548.3 | $246,735.00 |
| Myers, Claire | Analyst | $425 | 572.1 | $243,142.50 |
| Nizhner, David | Analyst | $500 | 278.1 | $139,050.00 |
| Okkeh, Layan | Analyst | $450 | 16.7 | $7,515.00 |
| Okuzu, Ciera | Analyst | $475 | 74.9 | $35,577.50 |
| Paolinetti, Sergio | Analyst | $425 | 554.6 | $235,705.00 |
| Radwanski, Igor | Analyst | $450 | 501.9 | $225,855.00 |
| Rakasz, Tizian | Analyst | $500 | 15.4 | $7,700.00 |
| Ribman, Tucker | Analyst | $425 | 736.0 | $312,800.00 |
| Selwood, Alexa | Analyst | $425 | 312.4 | $132,770.00 |
| Simoneaux, Nicole | Analyst | $475 | 664.7 | $315,732.50 |
| Slay, David | Analyst | $525 | 764.2 | $401,205.00 |
| Stockmeyer, Cullen | Analyst | $450 | 694.4 | $312,480.00 |
| Stolyar, Alan | Analyst | $500 | 212.3 | $106,150.00 |
| Tenney, Bridger | Analyst | $450 | 837.0 | $376,650.00 |
| Yan, Jack | Analyst | $450 | 374.5 | $168,525.00 |
| Yang, Sharon | Analyst | $425 | 82.1 | $34,892.50 |
| **Analyst Total** | | | **11,683.8** | **$5,287,152.50** |
| **GRAND TOTAL** | | | **52,528.3** | **$35,890,097.80** |

**Blended Hourly Rate:  $682.55**

4863-8557-1410 v.3