**EXHIBIT B**
**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[2]**
**(AUG 1, 2023 THROUGH AND INCLUDING OCT 31, 2023)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ACCOUNTING | 990.7 | $722,511.80 |
| ASSET SALES | 4,816.5 | $3,352,659.20 |
| AVOIDANCE ACTIONS | 7,897.2 | $5,502,650.00 |
| BUSINESS OPERATIONS | 10,932.5 | $7,534,039.50 |
| CASE ADMINISTRATION | 198.1 | $183,460.00 |
| CASH MANAGEMENT | 1,735.8 | $1,112,564.00 |
| CLAIMS | 7,056.3 | $4,866,480.50 |
| CLAIMS TRANSFERS | 18.1 | $12,305.00 |
| CONTRACTS | 1,025.8 | $579,585.00 |
| COURT AND UST REPORTING | 1,836.5 | $1,237,397.00 |
| COURT HEARINGS | 47.0 | $50,323.00 |
| CREDITOR COOPERATION | 1,208.7 | $948,035.00 |
| DISCLOSURE STATEMENT AND PLAN | 3,954.7 | $2,435,666.50 |
| DUE DILIGENCE | 980.3 | $694,944.50 |
| EMPLOYEE MATTERS | 241.4 | $126,031.00 |
| FEE APPLICATION | 37.9 | $16,342.50 |
| FINANCIAL ANALYSIS | 2,546.8 | $1,609,723.80 |
| GOVERNMENT AND REGULATORY DATA REQUESTS | 274.2 | $215,215.00 |
| INTERCOMPANY | 113.2 | $85,510.00 |
| JOINT PROVISIONAL LIQUIDATORS | 2,811.6 | $1,808,685.00 |
| LIQUIDATION ANALYSIS | 78.2 | $53,035.00 |
| LITIGATION | 212.6 | $126,480.00 |
| MOTIONS AND RELATED SUPPORT | 332.5 | $252,380.00 |
| KROLL SECURITY INCIDENT | 1,111.3 | $842,211.50 |
| SCHEDULES AND STATEMENTS | 1,329.6 | $894,305.00 |
| TAX INITIATIVES | 509.5 | $473,075.50 |
| VENDOR MANAGEMENT | 285.3 | $154,482.50 |
| **GRAND TOTAL** | **52,582.3** | **$35,890,097.80** |

---

[2]   The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.