**Exhibit C**
**EXPENSE SUMMARY FOR THE APPLICATION PERIOD**
**(AUG 1, 2023 THROUGH AND INCLUDING OCT 31, 2023)**

| Expense Summary | |
|---|---:|
| **Expense Category** | **Amount** |
| License Fees | $707,346.73 |
| Lodging | $58,626.61 |
| Airfare | $32,708.63 |
| Transportation | $17,418.23 |
| Meals | $11,607.46 |
| Miscellaneous | $749.80 |
| **TOTAL** | **$828,457.46** |

4863-8557-1410 v.3