# EXHIBIT A

### Summary of Fees by Individual for the Application Period
### (May 1, 2023 through and including October 31, 2023)

| Name | Title | Practice Group; Date of First Admission | Hourly Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|---|
| Ivanick, Peter A. | Partner | Insurance Transactions & Products, 1983 | $1,700.00 | 43.50 | 73,950.00 |
| Paul, Sarah | Partner | Litigation, 2004 | $1,135.00 | 168.60 | 191,361.00 |
| Wender, David A. | Partner | Finance, 2003 | $1,100.00 | 82.70 | 90,970.00 |
| | | | **Partner Total** | 294.80 | 356,281.00 |
| Broderick, Erin E. | Sr. Counsel | Finance, 2008 | $910.00 | 1,093.00 | 994,630.00 |
| Kimble, Jennifer B. | Sr. Counsel | Finance, 2005 | $950.00 | 206.20 | 195,890.00 |
| | | | **Sr. Counsel Total** | 1,299.20 | 1,190,520.00 |
| DeLoatch, Nathaniel T. | Associate | Finance, 2019 | $700.00 | 273.80 | 191,660.00 |
| Howard, Jazmen | Associate | Corporate, 2020 | $650.00 | 13.40 | 8,710.00 |
| Lindsey, Zack W. | Associate | Litigation, 2020 | $580.00 | 4.40 | 2,552.00 |
| Monzon Woc, Ana Rocio | Associate | Litigation, 2018 | $655.00 | 106.40 | 69,692.00 |
| Oliveira, Amanda | Associate | Litigation, 2019 | $615.00 | 2.10 | 1,291.50 |
| Rogers, Michael A. | Associate | Finance, 2022 | $735.00 | 271.70 | 199,699.50 |
| Sowers, Dane N. | Associate | Litigation, 2021 | $555.00 | 2.30 | 1,276.50 |
| | | | **Associate Total** | 674.10 | 474,881.50 |
| Hardaway, Lamine C. | Sr. Attorney | Energy, 2008 | $650.00 | 2.00 | 1,300.00 |
| | | | **Sr. Attorney Total** | 2.00 | 1,300.00 |
| Hirsch, Devorah | Paralegal | Litigation | $240.00 | 213.80 | 51,312.00 |
| | | | **Paralegal Total** | 213.80 | 51,312.00 |
| **Total** | | | | **2,483.90** | **$ 2,074,294.50** |

**Blended Hourly Rate: $835.00**