**EXHIBIT B**

**Summary of Compensation by Project Category**

| U.S. Trustee Task Code and Project Category | Hours Billed | Amount Billed |
|---|---|---|
| B110 Case Administration | 91.50 | 52,388.50 |
| B112 General Creditor Inquiries | 241.50 | 146,049.50 |
| B113 Case Analysis/Pleading Review | 141.20 | 123,102.50 |
| B120 Asset Analysis and Recovery | 6.90 | 2,237.00 |
| B140 Relief from Stay and Adequate Protection | 20.10 | 18,411.00 |
| B150 Meetings of and Communications with External Stakeholders | 45.60 | 37,258.00 |
| B155 Court Hearings | 5.60 | 5,096.00 |
| B160 Fee/Employment Applications | 16.60 | 16,311.50 |
| B170 Fee/Employment Objections | 0.50 | 567.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 195.80 | 167,422.00 |
| B191 General Litigation | 1.40 | 1,353.00 |
| B195 Non-Working Travel | 20.50 | 18,655.00 |
| B260 Corporate Governance and Board Matters | 140.30 | 102,943.50 |
| B270 AHC Member Communications & Meetings | 244.70 | 202,847.50 |
| B310 KYC Process and Claims Administration | 193.50 | 146,089.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 859.00 | 799,937.00 |
| B330 Fee Reimbursement Motion | 188.90 | 172,103.00 |
| B410 General Case Strategy | 70.30 | 61,522.50 |
| | **2,483.90** | **$2,074,294.50** |