**<u>EXHIBIT C</u>**

**Expense Summary for the Application Period**

| Category | Amount |
|---|---|
| Transportation | $ 4,496.98 |
| Travel | $ 7,258.21 |
| **Total:** | **$ 11,755.19** |