## **EXHIBIT D**

### Eversheds Sutherland's Customary and Comparable Compensation Disclosures

| Timekeeper Rank | FTX - Ad Hoc Committee May 2023 Through October 2023 | | Firm-wide* Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from October 2022 Through October 2023 | |
|---|---|---|---|---|
| | Blended Hourly Rate | % Total Hours | Blended Hourly Rate | % Total Hours |
| Partners[1] | $970 | 64% | $873 | 42% |
| Associates[2] | $704 | 27% | $582 | 52% |
| Non-Lawyers[3] | $240 | 9% | $373 | 5% |
| **All Timekeepers** | **$835** | **100%** | **$694** | **100%** |

[1] Includes Of Counsel, Senior Counsel.

[2] Includes Special Counsel, Counsel, Senior Attorney, Staff Attorney, Contract Attorney.

[3] Excludes all non-comparable "non-lawyer" timekeepers.

* Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, including write-offs and discounted fees, and excluding litigation matters.