**EXHIBIT E**
**Estimated Staffing and Budget Plan**

**STAFFING PLAN FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM, FOR THE PERIOD MAY 1, 2023 TO OCTOBER 31, 2023**

| Category of Timekeeper | Number of Timekeepers Expected to Work On the Matter During the Application Period (1) | Range of Rates |
|---|---|---|
| Partner (2) | 5 | $910.00 - $1,700.00 |
| Associate | 8 | $555.00 - $735.00 |
| Other Professionals (3) | 1 | $240.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter.

(2) Includes Of Counsel, Senior Counsel.

(3) Includes clerks, legal analysts and eDiscovery professionals.

**ESTIMATED BUDGET FOR EVERSHEDS SUTHERLAND (US) LLP, COUNSEL TO
THE AD HOC COMMITTEE OF NON-US CUSTOMERS OF FTX.COM,
FOR THE PERIOD MAY 1, 2023 THROUGH OCTOBER 31, 2023**

| U.S. Trustee Task Code and Project Category | Estimated Hours[1] | Estimated Fees[2] | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 100 | $83,500.00 | 91.50 | 52,388.50 |
| B112 General Creditor Inquiries | 300 | $250,500.00 | 241.50 | 146,049.50 |
| B113 Case Analysis/Pleading Review | 200 | $167,000.00 | 141.20 | 123,102.50 |
| B120 Asset Analysis and Recovery | 50 | $41,750.00 | 6.90 | 2,237.00 |
| B140 Relief from Stay and Adequate Protection | 25 | $20,875.00 | 20.10 | 18,411.00 |
| B150 Meetings of and Communications with External Stakeholders | 50 | $41,750.00 | 45.60 | 37,258.00 |
| B155 Court Hearings | 25 | $20,875.00 | 5.60 | 5,096.00 |
| B160 Fee/Employment Applications | 25 | $20,875.00 | 16.60 | 16,311.50 |
| B170 Fee/Employment Objections | 25 | $20,875.00 | 0.50 | 567.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 200 | $167,000.00 | 195.80 | 167,422.00 |
| B191 General Litigation | 25 | $20,875.00 | 1.40 | 1,353.00 |
| B195 Non-Working Travel | 25 | $20,875.00 | 20.50 | 18,655.00 |
| B260 Corporate Governance and Board Matters | 200 | $167,000.00 | 140.30 | 102,943.50 |
| B270 AHC Member Communications & Meetings | 300 | $250,500.00 | 244.70 | 202,847.50 |
| B310 KYC Process and Claims Administration | 200 | $167,000.00 | 193.50 | 146,089.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 1000 | $835,000.00 | 859.00 | 799,937.00 |
| B330 Fee Reimbursement Motion | 200 | $167,000.00 | 188.90 | 172,103.00 |
| B410 General Case Strategy | 100 | $83,500.00 | 70.30 | 61,522.50 |
| **Total** | **3,050.00** | **$2,546,750.00** | **2,483.90** | **$2,074,294.50** |

[1] Estimated hours represent high-end of Eversheds Sutherland's estimates of hours during the interim fee period.

[2] Estimated fees represent high-end of Eversheds Sutherland's estimates of fees during the interim fee period.