**EXHIBIT B**

**FTX TRADING, LTD.,** *et al.***,**
**(Case No. 22-11068 (JTD))**

**May 1, 2023 through October 31, 2023**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 515.10 |
| Computer Research - Westlaw | 3,843.20 |
| In-House Printing - black & white | 215.60 |
| In-House Printing - color | 1,701.00 |
| Travel | 2,372.99 |
| Meals | 605.79 |
| Photos/Art/Spec Duplicating-Out of Office | 625.90 |
| Hotel Accommodations | 3,297.26 |
| Conference Calls | 96.66 |
| Transcripts | 386.40 |
| Postage | 9.65 |
| **Grand Total Expenses** | **$13,669.55** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/06/23 | Pacer | 45.0 | 4.50 |
| 04/06/23 | Conference Calls - Michael Ingrassia - 7:14 PM - 04/06/23 | 1.0 | 5.07 |
| 05/12/23 | In-House Printing - color | 194.0 | 48.50 |
| 05/12/23 | Pacer | 53.0 | 5.30 |
| 05/12/23 | Postage - 05/12/2023 | 1.0 | 9.65 |
| 06/06/23 | Pacer | 46.0 | 4.60 |
| 06/06/23 | In-House Printing - color | 50.0 | 12.50 |
| 06/07/23 | Pacer | 1,182.0 | 118.20 |
| 06/07/23 | In-House Printing - color | 5,484.0 | 1,371.00 |
| 06/07/23 | In-House Printing - black & white | 98.0 | 4.90 |
| 06/08/23 | Pacer | 1,335.0 | 133.50 |
| 06/08/23 | Conference Calls - Jonathan Weyand - 9:10 AM - 6/8/23 | 1.0 | 28.09 |
| 06/08/23 | In-House Printing - color | 57.0 | 14.25 |
| 06/09/23 | Transcripts - HOURLY TRANSCRIPT - 1ST COPY - 08/08/2023 | 1.0 | 210.00 |
| 06/09/23 | Conference Calls - Jonathan Weyand - 9:28 AM - 6/9/23 | 1.0 | 63.50 |
| 06/21/23 | Pacer | 270.0 | 27.00 |
| 06/27/23 | In-House Printing - color | 152.0 | 38.00 |
| 06/27/23 | Pacer | 41.0 | 4.10 |
| 06/27/23 | Computer Research - Westlaw | 2.0 | 193.20 |
| 06/28/23 | In-House Printing - color | 18.0 | 4.50 |
| 06/28/23 | Computer Research - Westlaw | 2.0 | 850.40 |
| 06/29/23 | In-House Printing - color | 26.0 | 6.50 |
| 06/29/23 | Computer Research - Westlaw | 3.0 | 320.60 |
| 06/30/23 | Computer Research - Westlaw | 2.0 | 206.40 |
| 06/30/23 | In-House Printing - color | 138.0 | 34.50 |
| 06/30/23 | In-House Printing - black & white | 82.0 | 4.10 |
| 06/30/23 | Pacer | 34.0 | 3.40 |
| 07/03/23 | In-House Printing - black & white | 44.0 | 2.20 |
| 07/03/23 | In-House Printing - color | 22.0 | 5.50 |
| 07/05/23 | In-House Printing - color | 4.0 | 1.00 |
| 07/05/23 | Computer Research - Westlaw | 1.0 | 25.80 |
| 07/06/23 | Computer Research - Westlaw | 1.0 | 158.40 |
| 07/06/23 | In-House Printing - color | 8.0 | 2.00 |
| 07/22/23 | In-House Printing - black & white | 4.0 | 0.20 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/24/23 | In-House Printing - color | 18.0 | 4.50 |
| 07/31/23 | In-House Printing - color | 23.0 | 5.75 |
| 08/03/23 | Pacer | 92.0 | 9.20 |
| 08/03/23 | Computer Research - Westlaw | 1.0 | 51.60 |
| 08/03/23 | In-House Printing - black & white | 41.0 | 2.05 |
| 08/04/23 | Computer Research - Westlaw | 1.0 | 59.80 |
| 08/04/23 | In-House Printing - black & white | 4.0 | 0.20 |
| 08/18/23 | In-House Printing - black & white | 139.0 | 6.95 |
| 08/18/23 | In-House Printing - color | 5.0 | 1.25 |
| 08/20/23 | In-House Printing - color | 33.0 | 8.25 |
| 08/20/23 | Pacer | 61.0 | 6.10 |
| 08/22/23 | In-House Printing - color | 8.0 | 2.00 |
| 08/23/23 | In-House Printing - black & white | 5.0 | 0.25 |
| 08/23/23 | Transcripts - HOURLY TRANSCRIPT-1ST COPY - 08/29/2023 | 1.0 | 122.40 |
| 08/24/23 | Meals - BREAKFAST FOR 3 PEOPLE (E. BRODERICK, M. HARVEY, J. WEYAND) - 08/23/2023 - OUT OF TOWN ACCOMMODATION AHEAD OF IN-PERSON OMNIBUS HEARING/PLAN STATUS CONFERENCE | 1.0 | 45.00 |
| 08/24/23 | Meals - LUNCH FOR 3 PEOPLE (E. BRODERICK, M. HARVEY, J. WEYAND) - 08/23/23 - WORKING LUNCH AHEAD OF IN-PERSON OMNIBUS HEARING / PLAN STATUS CONFERENCE | 1.0 | 60.16 |
| 08/25/23 | Pacer | 136.0 | 13.60 |
| 08/25/23 | In-House Printing - black & white | 362.0 | 18.10 |
| 08/28/23 | In-House Printing - black & white | 4.0 | 0.20 |
| 08/29/23 | In-House Printing - black & white | 327.0 | 16.35 |
| 08/30/23 | In-House Printing - black & white | 50.0 | 2.50 |
| 08/31/23 | Pacer | 635.0 | 63.50 |
| 08/31/23 | In-House Printing - black & white | 6.0 | 0.30 |
| 09/01/23 | Pacer | 169.0 | 16.90 |
| 09/06/23 | Pacer | 238.0 | 23.80 |
| 09/06/23 | Computer Research - Westlaw | 1.0 | 129.00 |
| 09/06/23 | In-House Printing - color | 14.0 | 3.50 |
| 09/07/23 | In-House Printing - black & white | 28.0 | 1.40 |
| 09/08/23 | In-House Printing - black & white | 21.0 | 1.05 |
| 09/08/23 | Pacer | 64.0 | 6.40 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/10/23 | Meals - LUNCH (M. HARVEY) - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 9/10/23 | 1.0 | 14.00 |
| 09/10/23 | Meals - DINNER (M. HARVEY AND J. WEYAND) - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 09/10/2023 TO 09/12/2023 | 1.0 | 140.00 |
| 09/12/23 | Travel - PARKING AT TRAIN STATION - REIMBURSEMENT OF EXPENSES FOR ATTENDING MEETING - 09/12/2023 - D. ABBOTT | 1.0 | 11.00 |
| 09/12/23 | Travel - RAIL AMTRAK ROUND-TRIP (WIL-NYC)- REIMBURSEMENT OF EXPENSES FOR ATTENDING MEETING - 09/12/2023 - D. ABBOTT | 1.0 | 326.00 |
| 09/12/23 | Travel - PARKING AT TRAIN STATION AND SUBWAY RIDES FROM TRAIN TO HOTEL - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 09/10/2023 TO 09/12/2023 - M. HARVEY | 1.0 | 42.70 |
| 09/12/23 | Travel - RAIL AMTRAK ROUND-TRIP (WIL-NYC) - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 09/10/2023 TO 09/12/2023 - M. HARVEY | 1.0 | 432.00 |
| 09/12/23 | Travel - UBER - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 09/10/2023 TO 09/12/2023 - MULTIPLE TRIPS BETWEEN HOTEL AND SULLIVAN & CROMWELL MIDTOWN OFFICES AND TRAIN STATION – M. HARVEY AND J. WEYAND | 1.0 | 163.66 |
| 09/12/23 | Travel - RAIL AMTRAK ROUND-TRIP (WIL-NYC) - REIMBURSEMENT OF EXPENSES FOR FTX AD HOC COMMITTEE MEETING - 09/10/2023 TO 09/12/2023 - J. WEYAND | 1.0 | 542.00 |
| 09/12/23 | Meals - JAMBA - BREAKFAST (D. ABBOTT) - 9/12/23 | 1.0 | 10.88 |
| 09/12/23 | Meals - MEL'S - 85TH 10TH AVENUE (M. HARVEY AND J. WEYAND) - REIMBURSEMENT OF EXPENSES FOR FTX AD HOC COMMITTEE MEETING - 09/10/2023 TO 09/12/2023 | 1.0 | 140.00 |
| 09/12/23 | Hotel Accommodations - 2 HOTEL ROOMS - M. HARVEY AND J. WEYAND - REIMBURSEMENT OF EXPENSE FOR ATTENDING PLAN NEGOTIATIONS MEETING - 09/10/2023 TO 09/12/2023 | 1.0 | 2,099.72 |
| 09/13/23 | Transcripts - HOURLY TRANSCRIPT - 1ST COPY - 10/04/2023 | 1.0 | 54.00 |
| 09/13/23 | In-House Printing - color | 13.0 | 3.25 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/15/23 | Photos/Art/Spec Duplicating-Out of Office - B/W PRINTING, TABS PRE-PRINTED AND BINDERS - 09/15/2023 | 1.0 | 156.98 |
| 09/18/23 | Pacer | 222.0 | 22.20 |
| 09/18/23 | In-House Printing - black & white | 39.0 | 1.95 |
| 09/21/23 | Computer Research - Westlaw | 1.0 | 129.00 |
| 09/21/23 | Pacer | 77.0 | 7.70 |
| 09/21/23 | In-House Printing - black & white | 70.0 | 3.50 |
| 09/22/23 | Pacer | 34.0 | 3.40 |
| 09/22/23 | Computer Research - Westlaw | 1.0 | 196.20 |
| 09/25/23 | Pacer | 107.0 | 10.70 |
| 09/25/23 | Computer Research - Westlaw | 1.0 | 1,209.80 |
| 09/26/23 | In-House Printing - black & white | 26.0 | 1.30 |
| 09/26/23 | Pacer | 20.0 | 2.00 |
| 09/27/23 | Pacer | 56.0 | 5.60 |
| 09/27/23 | In-House Printing - color | 20.0 | 5.00 |
| 09/27/23 | In-House Printing - black & white | 41.0 | 2.05 |
| 09/28/23 | In-House Printing - black & white | 6.0 | 0.30 |
| 09/29/23 | In-House Printing - black & white | 40.0 | 2.00 |
| 09/30/23 | Pacer | 31.0 | 3.10 |
| 10/02/23 | Pacer | 31.0 | 3.10 |
| 10/03/23 | In-House Printing - black & white | 8.0 | 0.40 |
| 10/04/23 | Pacer | 61.0 | 6.10 |
| 10/04/23 | Computer Research - Westlaw | 1.0 | 129.00 |
| 10/04/23 | In-House Printing - color | 4.0 | 1.00 |
| 10/04/23 | In-House Printing - black & white | 37.0 | 1.85 |
| 10/05/23 | Computer Research - Westlaw | 1.0 | 66.20 |
| 10/05/23 | Pacer | 31.0 | 3.10 |
| 10/06/23 | In-House Printing - black & white | 83.0 | 4.15 |
| 10/06/23 | In-House Printing - color | 95.0 | 23.75 |
| 10/06/23 | Computer Research - Westlaw | 1.0 | 66.20 |
| 10/09/23 | In-House Printing - color | 20.0 | 5.00 |
| 10/09/23 | In-House Printing - black & white | 7.0 | 0.35 |
| 10/10/23 | In-House Printing - black & white | 2,626.0 | 131.30 |
| 10/10/23 | Travel - AMTRAK.COM - ONEWAY RAILTICKET ON 10/11/23 WILIMGTON TO NYC FOR FTX MEETING - 10/10/2023 - J. WEYAND | 1.0 | 142.00 |
| 10/10/23 | In-House Printing - color | 53.0 | 13.25 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/11/23 | In-House Printing - color | 280.0 | 70.00 |
| 10/11/23 | In-House Printing - black & white | 104.0 | 5.20 |
| 10/11/23 | Meals - DINNER (J. WEYAND AND M. HARVEY) - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING IN NYC - 10/11/2023 TO 10/12/2023 | 1.0 | 140.00 |
| 10/11/23 | Meals - BREAKFAST (M. HARVEY) - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING IN NYC - 10/11/2023 TO 10/12/2023 | 1.0 | 13.50 |
| 10/12/23 | Computer Research - Westlaw | 1.0 | 51.60 |
| 10/12/23 | Travel - PARKING/TOLLS/TAXI - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING - 10/11/2023 TO 10/12/2023 - M. HARVEY | 1.0 | 22.00 |
| 10/12/23 | Travel - RAIL AMTRAK ROUND TRIP (WIL-NYC) - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING - 10/11/2023 TO 10/12/2023 - M. HARVEY | 1.0 | 432.00 |
| 10/12/23 | Travel - MTA NEW YORK CITY TRANSIT - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING - 10/11/2023 TO 10/12/2023 - M. HARVEY - OUT OF TOWN COMMUTE BETWEEN HOTEL AND SULLIVAN & CROMWELL OFFICES DURING PLAN MEETINGS | 1.0 | 11.60 |
| 10/12/23 | Travel - PARKING/TOLLS/TAXI - REIMBURSEMENT OF EXPENSES FOR UBER TRAVEL WHILE ATTENDING THE FTX AD HOC COMMITTEE MEETING IN NYC FROM 10/11/23-10/12/23 - M. HARVEY - OUT OF TOWN COMMUTE BETWEEN HOTEL AND SULLIVAN & CROMWELL OFFICES DURING PLAN MEETINGS | 1.0 | 20.43 |
| 10/12/23 | Travel - AMTRAK - REIMBURSEMENT OF EXPENSES FOR ONEWAY RAILFARE WHILE ATTENDING THE FTX AD HOC COMMITTEE MEETING IN NYC FROM 10/11/23-10/12/23 - J. WEYAND | 1.0 | 216.00 |
| 10/12/23 | Travel - MTA NYC - REIMBURSEMENT OF EXPENSES FOR TRAVEL WHILE ATTENDING THE FTX AD HOC COMMITTEE MEETING IN NYC FROM 10/11/23-10/12/23 - M. HARVEY AND J. WEYAND - OUT OF TOWN COMMUTE TO PLAN MEETINGS | 1.0 | 11.60 |
| 10/12/23 | Meals - DINNER (M. HARVEY) - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING IN NYC - 10/11/2023 TO 10/12/2023 | 1.0 | 25.00 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/12/23 | Meals - DINNER (J. WEYAND) - REIMBURSEMENT OF EXPENSES FOR MEAL WHILE ATTENDING THE FTX AD HOC COMMITTEE MEETING IN NYC FROM 10/11/23-10/12/23 | 1.0 | 17.25 |
| 10/12/23 | Hotel Accommodations - REIMBURSEMENT OF EXPENSES FOR PLAN NEGOTIATIONS MEETING IN NYC - 10/11/2023 TO 10/12/2023 - M. HARVEY | 1.0 | 598.49 |
| 10/12/23 | Hotel Accommodations - REIMBURSEMENT OF EXPENSES FOR HOTEL STAY WHILE ATTENDING THE FTX AD HOC COMMITTEE MEETING IN NYC FROM 10/11/23-10/12/23 - J. WEYAND | 1.0 | 599.05 |
| 10/13/23 | In-House Printing - color | 65.0 | 16.25 |
| 10/18/23 | In-House Printing - black & white | 6.0 | 0.30 |
| 10/24/23 | In-House Printing - black & white | 4.0 | 0.20 |
| 10/25/23 | Pacer | 80.0 | 8.00 |
| 10/26/23 | Photos/Art/Spec Duplicating-Out of Office - PRINT FROM CM/ECF SITE, DIGITAL PRINTING B/W-PDFS, TABS PRE-PRINTED, BINDER, VIEW, 3" BLACK - October 24th omnibus hearing | 1.0 | 468.92 |
| | **Total** | | **$13,669.55** |