## Exhibit C

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exh. E)

| **Interim Application Summary** | |
| --- | --- |
| Name of Applicant | Morris, Nichols, Arsht & Tunnell LLP |
| Name of Client | Ad Hoc Committee of Non-Us Customers of FTX.Com |
| Time period covered by Interim Application | May 1, 2023 through October 31, 2023 |
| Total compensation sought during Application Period | $517,782.25 |
| Total expenses sought during Application Period | $13,669.55 |
| Petition Date | November 11 and 14, 2023 |
| Date of Order approving Counsel Reimbursement Agreement | November 15, 2023 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Blended rate in the Interim Application for all partners | $1,047.90 |
| Blended rate in the Interim Application for all attorneys | $792.61 |
| Blended rate in the Interim Application for all timekeepers | $788.34 |

| | |
|---|---|
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $0.00 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $0.00 |
| Number of professionals included in Interim Application | 13 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for the Application Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 8 |
| Are any rates higher than those approved or disclosed at retention | No |