# Exhibit E

## Budget

**Application Period Budget**

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Amount Billed |
|---|---|---|---|---|
| B110 Case Administration | 2 | $ 1,500.00 | 1.6 | 1,136.00 |
| B112 General Creditor Inquiries | 2 | $ 1,500.00 | 1.3 | 1,193.50 |
| B113 Case Analysis/Pleading Review | 30 | $ 22,500.00 | 20 | 15,220.00 |
| B120 Asset Analysis and Recovery | 2 | $ 1,500.00 | 0.3 | 313.5 |
| B140 Relief from Stay and Adequate Protection | 50 | $ 37,500.00 | 36.3 | 31,494.50 |
| B150 Meetings of and Communications with External Stakeholders | 30 | $ 22,500.00 | 20.5 | 12,829.50 |
| B155 Court Hearings | 40 | $ 30,000.00 | 31.9 | 22,814.50 |
| B160 Fee/Employment Applications | 2 | $ 1,500.00 | 0.4 | 433 |
| B170 Fee/Employment Objections | 40 | $ 30,000.00 | 24.4 | 12,494.25 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 25 | $ 18,750.00 | 13.6 | 10,827.00 |
| B191 General Litigation | 60 | $ 45,000.00 | 50.1 | 36,344.00 |
| B195 Non-Working Travel | 6 | $ 4,500.00 | 2.9 | 2,805.50 |
| B260 Corporate Governance and Board Matters | 425 | $318,750.00 | 385.8 | 314,268.50 |
| B270 AHC Member Communications & Meetings | 50 | $ 37,500.00 | 33.9 | 27,787.50 |
| B310 KYC Process and Claims Administration | 40 | $ 30,000.00 | 33.8 | 27,821.00 |
| B320 Plan and Disclosure Statement (Including Business Plan) | 2 | $ 1,500.00 | 1.6 | 1,136.00 |
| B330 Fee Reimbursement Motion | 2 | $ 1,500.00 | 1.3 | 1,193.50 |
| B410 General Case Strategy | 30 | $ 22,500.00 | 20 | 15,220.00 |
| **Total** | **804** | **$ 603,000.00** | **656.8** | **$517,782.25** |