# Exhibit B

## Expense Detail

### July 1st-October 31st

| Professional | Date | Amount ($) | Expense description |
|---|---|---|---|
| Callan Heidkamp | 7/23/2023 | $35.42 | Meal (dinner) |
| **Total Expense** | | **$35.42** | |
| | | | |
| Charles Delo | 9/11/2023 | $192.20 | Meal with ExCo members (4 individuals) |
| Charles Delo | 9/11/2023 | $33.99 | Travel – Taxi (meeting to home) |
| Charles Delo | 9/12/2023 | $23.50 | Travel – Taxi (office to meeting) |
| **Net Expense per Professional** | | **$249.69** | |
| | | | |
| Julia Walters | 10/10/2023 | $1,119.19 | Presentations |
| **Net Expense per Professional** | | **$1,119.19** | |
| | | | |
| Debevoise & Plimpton | 8/31/2023 | $4,050.00 | Legal Fee |
| Debevoise & Plimpton | 9/30/2023 | $750.00 | Legal Fee |
| Debevoise & Plimpton | 10/31/2023 | $10,500.00 | Legal Fee |
| **Net Expense per Professional** | | **$15,300.00** | |
| | | | |
| John Kang | 10/10/2023 | $119.54 | Travel – Taxi (meeting to home) |
| **Net Expense per Professional** | | **$119.54** | |
| | | | |
| **Total Net Expenses** | | **$16,823.84** | |

# Invoice



**Invoice:** # 10231ADH019  **Project Name:** Orchid

**Date:** December 15, 2023  **Project Number:** 325842

Attention: Mary Cilia, CFO to the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee: July 1, 2023 to July 31, 2023 | $175,000.00 |
| Monthly advisory fee: August 1, 2023 to August 31, 2023 | $175,000.00 |
| Monthly advisory fee: September 1, 2023 to September 30, 2023 | $175,000.00 |
| Monthly advisory fee: October 1, 2023 to October 31, 2023 | $175,000.00 |
| Out of pocket expenses: | $16,823.84 |
| **Amount Due** | **$716,823.84** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc  Tax ID: 13-2589894
1251 Avenue of the Americas  Phone: (212) 403-3683
New York, NY  10020  Email: NorthAmReceivables@rothschildandco.com
www.rothschildandco.com  (for questions and remittances)





Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 27, 2023

Frank London
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2452953                                                                  Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through August 31, 2023 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $4,050.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$4,050.00** |

Payment Due Upon Receipt



www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                                    Invoice Number: 2452953

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 08/14/23 | Kaluk, Nick S. III | Call with Rothschild team re EL (0.5); review draft reimbursement agreement, precedent and comments to EL (1.3). | 1.8 |
| 08/15/23 | Kaluk, Nick S. III | Email with K. Taylor re EL and reimbursement agreement. | 0.4 |
| 08/18/23 | Kaluk, Nick S. III | Email with K. Taylor re reimbursement agreement. | 0.5 |
| | | **Total Hours** | **2.7** |

21689.1146 – FTX AD HOC GROUP                                              Invoice Number: 2452953

## TIMEKEEPER SUMMARY

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 2.7 | 1,500.00 | 4,050.00 |
| | | Counsel Total | 2.7 | | $4,050.00 |
| | | **Matter Total** | **2.7** | | **$4,050.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

September 27, 2023

Frank London
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2452953                                                                                       Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $4,050.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$4,050.00** |

Check

Debevoise & Plimpton LLP

Accounting Department, 46th Floor

66 Hudson Boulevard

New York, N.Y.  10001



www.debevoise.com



Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 7, 2023

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2459154                                                                                      Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through October 31, 2023 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $11,250.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$11,250.00** |

Payment Due Upon Receipt



www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                  Invoice Number: 2459154

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 09/05/23 | Kaluk, Nick S. III | Correspond with F. London re status of expense reimbursement and next steps. | 0.5 |
| 10/12/23 | Kaluk, Nick S. III | Call with F. London and Rothschild legal team re expense reimbursement amendment (0.6); review drafts of documentation for same (0.8). | 1.4 |
| 10/13/23 | Kaluk, Nick S. III | Email with F. London and Rothschild legal re PSA. | 1.3 |
| 10/14/23 | Kaluk, Nick S. III | Email with F. London and Rothschild team re expertise reimbursement agreement/motion practice. | 1.2 |
| 10/15/23 | Kaluk, Nick S. III | Follow up email with C. Delo and S&C team re reimbursement agreement and PSA. | 0.1 |
| 10/16/23 | Kaluk, Nick S. III | Calls with S&C and Rothschild teams re reimbursement agreement revisions (0.8); follow up email with K. Taylor re same (0.4). | 1.2 |
| 10/19/23 | Kaluk, Nick S. III | Follow up email with S&C re reimbursement agreement (0.1); email re same with Rothschild team (0.1). | 0.2 |
| 10/20/23 | Kaluk, Nick S. III | Email with S&C and Rothschild re revised reimbursement agreement. | 0.5 |
| 10/23/23 | Kaluk, Nick S. III | Email with C. Delo and legal team re reimbursement agreement revisions. | 0.6 |
| 10/24/23 | Kaluk, Nick S. III | Finalize reimbursement agreement. | 0.5 |
| | | **Total Hours** | **7.5** |

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 7.5 | 1,500.00 | 11,250.00 |
| | | Counsel Total | 7.5 | | $11,250.00 |
| | | **Matter Total** | **7.5** | | **$11,250.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 7, 2023

Melissa Morvan
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2459154                                                     Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $11,250.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$11,250.00** |

Check

Debevoise & Plimpton LLP

Accounting Department, 46th Floor

66 Hudson Boulevard

New York, N.Y.  10001



www.debevoise.com