## Exhibit A

## Charles Delo

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 11/2/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/2/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/2/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/2/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | SOL Discussion with Professionals |
| 11/2/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/3/23 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with AHC members |
| 11/3/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/6/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/6/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/7/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/8/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 11/9/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/9/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/9/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/13/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Bid discussion |
| 11/13/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/13/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/13/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Form of distribution meeting with AHC ExCo |
| 11/14/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/14/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/14/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/15/23 | Charles Delo | 1.0 | Court hearings / filings | Court hearing on AHC fee |
| 11/16/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/16/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/16/23 | Charles Delo | 0.5 | Meetings / calls with non-Executive Committee creditors | Meeting with creditors |
| 11/16/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/16/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to discuss claims update |
| 11/16/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Morris Nichols to discuss FTX fee reimbursement motion |
| 11/20/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/20/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Call with committee member |
| 11/21/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/21/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/23/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/27/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Bid discussion |
| 11/27/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/27/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols on crypto estimation |
| 11/27/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors on crypto estimation |
| 11/28/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 11/28/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/28/23 | Charles Delo | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/30/23 | Charles Delo | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/30/23 | Charles Delo | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/30/23 | Charles Delo | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |

# John Kang

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 11/1/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/1/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call with creditor |
| 11/2/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/2/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 11/2/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Discussion on Solana |
| 11/6/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/6/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/7/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/8/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 11/9/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/9/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/9/23 | John Kang | 0.5 | Analysis / diligence / presentations / related items | Drafting of distributions / exit facility strawman |
| 11/10/23 | John Kang | 2.0 | Analysis / diligence / presentations / related items | Drafting of distributions / exit facility strawman |
| 11/13/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Bidder proposal discussion |
| 11/13/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/13/23 | John Kang | 0.5 | Executive Committee meetings / calls | Form of distribution meeting with AHC ExCo |
| 11/13/23 | John Kang | 3.0 | Analysis / diligence / presentations / related items | Drafting of distributions / exit facility strawman |
| 11/14/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/14/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Call on venture GP workstream |
| 11/14/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/14/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Drafting of distributions / exit facility strawman |
| 11/14/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/15/23 | John Kang | 3.0 | Court hearings / filings | Court hearing |
| 11/16/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/16/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |
| 11/16/23 | John Kang | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with AHC member |
| 11/16/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/16/23 | John Kang | 0.5 | Case administration | Call with Morris Nichols on fee reimbursement motion / fee applications |
| 11/20/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/21/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/27/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Willkie |
| 11/27/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/27/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/27/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors advisors on crypto estimation |
| 11/28/23 | John Kang | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 11/28/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call with A&M on claims |
| 11/28/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/28/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with Willkie |
| 11/29/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Call regarding forms of distribution / exit facility |
| 11/29/23 | John Kang | 0.5 | Executive Committee meetings / calls | Call with ExCo members |
| 11/29/23 | John Kang | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/30/23 | John Kang | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/30/23 | John Kang | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/30/23 | John Kang | 1.0 | Meetings / calls with Debtors / UCC | Venture board meeting |

## Sean Crotty

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 11/2/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/2/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/2/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/2/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | SOL Discussion with Professionals |
| 11/3/23 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Call with AHC members |
| 11/6/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/7/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/8/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 11/9/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/9/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/9/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Review of settlement documents |
| 11/13/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/13/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/13/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Form of distribution meeting with AHC ExCo |
| 11/14/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/14/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/14/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Ventures due diligence |
| 11/15/23 | Sean Crotty | 1.0 | Court hearings / filings | Court hearing on AHC fee |
| 11/15/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Claims review |
| 11/16/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/16/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/16/23 | Sean Crotty | 0.5 | Meetings / calls with non-Executive Committee creditors | Meeting with creditors |
| 11/16/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to discuss claims update |
| 11/16/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Morris Nichols to discuss FTX fee reimbursement motion |
| 11/17/23 | Sean Crotty | 2.0 | Analysis / diligence / presentations / related items | Exit liquidity presentation |
| 11/20/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/20/23 | Sean Crotty | 1.5 | Analysis / diligence / presentations / related items | Exit liquidity presentation |
| 11/21/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/21/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/23/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/27/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/27/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/27/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols on crypto estimation |
| 11/27/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors on crypto estimation |
| 11/28/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 11/28/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/28/23 | Sean Crotty | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/28/23 | Sean Crotty | 1.0 | Meetings / calls with non-Executive Committee creditors | Call with creditor |
| 11/28/23 | Sean Crotty | 1.0 | Analysis / diligence / presentations / related items | Claims review |
| 11/30/23 | Sean Crotty | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/30/23 | Sean Crotty | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/30/23 | Sean Crotty | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |

## Lorenzo Munoz

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 11/2/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/2/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/2/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/2/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/2/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | SOL Discussion with Professionals |
| 11/6/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/7/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/7/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/8/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 11/9/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/9/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/13/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Bid discussion |
| 11/13/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/13/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/13/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Form of distribution meeting with AHC ExCo |
| 11/13/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing claims overview deck |
| 11/14/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/14/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/14/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/15/23 | Lorenzo Muñoz | 1.0 | Court hearings / filings | Court hearing on AHC fee |
| 11/16/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/16/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/16/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/16/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with non-Executive Committee creditors | Meeting with creditors |
| 11/16/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to discuss claims update |
| 11/16/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Morris Nichols to discuss FTX fee reimbursement motion |
| 11/16/23 | Lorenzo Muñoz | 1.0 | Analysis / diligence / presentations / related items | Reviewing APA |
| 11/20/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/21/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/21/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/21/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/23/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/27/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/27/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/27/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/27/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols on crypto estimation |
| 11/27/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors on crypto estimation |
| 11/28/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 11/28/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/28/23 | Lorenzo Muñoz | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/28/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/30/23 | Lorenzo Muñoz | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/30/23 | Lorenzo Muñoz | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/30/23 | Lorenzo Muñoz | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/30/23 | Lorenzo Muñoz | 1 | Analysis / diligence / presentations / related items | Reviewing materials |

## Julia Walters

| Date | Professional | Hours | Task category | Description |
|---|---|---|---|---|
| 11/2/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/2/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/2/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/2/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/2/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | SOL Discussion with Professionals |
| 11/6/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/6/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/6/23 | Julia Walters | 0.5 | Case administration | Time Sheet Update |
| 11/7/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/8/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to Catch-up |
| 11/9/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/9/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/13/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/13/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/13/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Form of distribution meeting with AHC ExCo |
| 11/14/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/14/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/15/23 | Julia Walters | 1.0 | Court hearings / filings | Court hearing on AHC fee |
| 11/16/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/16/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/16/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | FTX Venture Board meeting |
| 11/16/23 | Julia Walters | 0.5 | Meetings / calls with non-Executive Committee creditors | Meeting with creditors |
| 11/16/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols to discuss claims update |
| 11/16/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Morris Nichols to discuss FTX fee reimbursement motion |
| 11/20/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/21/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/21/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/21/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/21/23 | Julia Walters | 0.5 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/23/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |
| 11/27/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Bidder discussion |
| 11/27/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with Galaxy, UCC, AHC |
| 11/27/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols on crypto estimation |
| 11/27/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Call with Debtors on crypto estimation |
| 11/27/23 | Julia Walters | 1.0 | Analysis / diligence / presentations / related items | Reviewing materials |
| 11/28/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Claims Reconciliation Update |
| 11/28/23 | Julia Walters | 1.0 | Meetings / calls with Debtors / UCC | Weekly call with A&M and PWP |
| 11/28/23 | Julia Walters | 0.5 | Executive Committee meetings / calls | Call with Eversheds and Morris Nichols |
| 11/30/23 | Julia Walters | 0.5 | Meetings / calls with Debtors / UCC | Bidder update weekly call with PWP and UCC |
| 11/30/23 | Julia Walters | 1.0 | Executive Committee meetings / calls | AHC ExCo meeting |