## Exhibit B

### Expense Detail

| Professional | Date | Amount ($) | Expense description |
|---|---|---|---|
| Debevoise & Plimpton | 11/30/2023 | $2,910.00 | Legal Fee |
| **Net Expense per Professional** | | **$2,910.00** | |
| **Total Net Expenses** | | **$2,910.00** | |

# Invoice



**Invoice:** # 11231ADH019          **Project Name:**    Orchid

**Date:** December 15, 2023          **Project Number:**    325842

Attention: Mary Cilia, CFO to the FTX Debtors

| | |
|---|---:|
| Monthly advisory fee: November 1, 2023 to November 30, 2023 (80%) | $140,000.00 |
| Out of pocket expenses: | $2,910.00 |
| **Amount Due** | **$142,910.00** |

*The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period.  Disbursements and charges received after the closing date of this statement will be billed subsequently.*

**This invoice is due upon receipt**

Please transfer funds to:



Rothschild & Co US Inc      Tax ID: 13-2589894
1251 Avenue of the Americas      Phone: (212) 403-3683
New York, NY  10020      Email: NorthAmReceivables@rothschildandco.com
www.rothschildandco.com      (for questions and remittances)





**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 7, 2023

Frank London
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2458651                                                                                         Client Matter 21689.1146

FOR PROFESSIONAL SERVICES rendered through November 30, 2023 in connection with FTX AD HOC GROUP

| | |
|---|---:|
| Fees | $2,910.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$2,910.00** |

Payment Due Upon Receipt



www.debevoise.com

21689.1146 – FTX AD HOC GROUP                                                                Invoice Number: 2458651

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 11/08/23 | Kaluk, Nick S. III | Review UCC reservation of rights re Rothschild transaction fee. | 0.2 |
| 11/10/23 | Kaluk, Nick S. III | Correspond with F. London and K. Taylor re UST objection. | 0.5 |
| 11/15/23 | Kaluk, Nick S. III | Email with C. Delo re revised approval order. | 0.2 |
| 11/16/23 | Kaluk, Nick S. III | Email with J. Kang re fee app mechanics. | 0.2 |
| 11/17/23 | Kaluk, Nick S. III | Call with M. Carlson re reimbursement order and fee app cadence/procedures. | 0.2 |
| 11/17/23 | Carlson, Mitchell | Call with N. Kaluk to discuss FTX proceedings (0.2); review of fee examiner order, AHC reimbursement order, and interim compensation order re timing and requirements of upcoming interim and monthly fee applications (0.4); email Rothschild team re same (0.2). | 0.8 |
| | | **Total Hours** | **2.1** |

**TIMEKEEPER SUMMARY**

| Title | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Counsel | Kaluk, Nick S. III | | 1.3 | 1,500.00 | 1,950.00 |
| | | Counsel Total | 1.3 | | $1,950.00 |
| Associate | Carlson, Mitchell | | 0.8 | 1,200.00 | 960.00 |
| | | Associate Total | 0.8 | | $960.00 |
| | | **Matter Total** | **2.1** | | **$2,910.00** |



**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 7, 2023

Frank London
ROTHSCHILD & CO US INC.
1251 Avenue of the Americas
New York, NY  10020

Invoice #: 2458651                                                                 Client Matter 21689.1146

**REMITTANCE SUMMARY**
(Payment Due Upon Receipt)

| | |
|---|---:|
| Fees | $2,910.00 |
| Charges and Disbursements | $0.00 |
| **TOTAL** | **$2,910.00** |

Check

Debevoise & Plimpton LLP

Accounting Department, 46th Floor

66 Hudson Boulevard

New York, N.Y.  10001

www.debevoise.com

