UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE



| In re: FTX TRADING LTD., et al. | Chapter 11 |
|---|---|
| Debtors | Case No. Case No. 22-11068 |
| | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor

Name of Transferee

**Canyon Distressed TX (B) LLC**

Name and Current Address of Transferor

Name and Current Address of Transferee

**Canyon Distressed TX (B) LLC**

2000 Avenue of the Stars, 11th Floor

Los Angeles, CA 90067

Attn: James Pagnam (jpagnam@canyonpartners.com)

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Kroll Schedule 221106807637375 Submitted on 2023-09-26T04:04:05.547Z Assigned Confirmation ID<br><br>3265-70-YKWDP-366802055 | 3.35% of<br><br>US$22,000,000 |
| | FTX Trading Ltd. | 22-11068 | Debtor Schedule F<br><br>No. 00151274 | 3.35% of the amount described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (DocuSigned by: 30B6CE732D42463)     Date: 12/15/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____

Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

▇▇▇▇▇▇▇▇▇▇ for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Canyon Distressed TX (B) LLC.** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Kroll Schedule 221106807637375 Submitted on 2023-09-26T04:04:05.547Z Assigned Confirmation ID 3265-70-YKWDP-366802055 | 3.35% of US$22,000,000 |
| | FTX Trading Ltd. | 22-11068 | Debtor Schedule F No. 00151274 | 3.35% of the amount described on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| **Buyer:** | **Seller:** |
|---|---|
| By: *[DocuSigned by: 30B6CE732D42463...]* | By: [redacted] |
| Name: Sarah Fidler | Name: [redacted] |
| Title: Head of Debt Trading | Title: [redacted] |
| Email: sfidler@canyonpartners.com | Email: [redacted] |
| Date: 12/15/2023 | Date: 12/16/2023 |