IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PROPOSED SETTLEMENT WITH THE JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD.

**PLEASE TAKE NOTICE** that, on the date hereof, a Global Settlement Agreement (the "Global Settlement Agreement") subject to approval of this Court and sanction of the Supreme Court of the Commonwealth of the Bahamas (the "Bahamas Court") was entered between FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") and Brian C. Simms KC, Peter Greaves and Kevin Cambridge, the Joint Official Liquidators of FTX Digital Markets Ltd. (in official liquidation) ("FTX DM"). A copy of the Global Settlement Agreement is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors issued the press release regarding the Global Settlement Agreement. A copy of the press release is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Global Settlement Agreement, the Debtors and FTX DM will seek approval of the Global Settlement Agreement from this Court and the Bahamas Court.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: December 19, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Matthew R. Pierce
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
　　　　mcguire@lrclaw.com
　　　　brown@lrclaw.com
　　　　pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
　　　　bromleyj@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*