# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 4814, 4816, 4818,** |
| | ) **4821, & 4822** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2023, I caused to be served the:

   a. "Notice of Fourth Interim Fee Applications for the Professionals of the Official Committee of Unsecured Creditors for the Period from August 1, 2023 Through and Including October 31, 2023," dated December 15, 2023 [Docket No. 4814],

   b. "Supplement to the Fourth Interim Fee Application of Paul Hastings," dated December 15, 2023 [Docket No. 4816],

   c. "Supplement to Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP," dated December 15, 2023 [Docket No. 4818],

   d. "Supplement to the Fourth Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 1, 2023 Through October 31, 2023," dated December 15, 2023 [Docket No. 4821], and

   e. "Supplement to Fourth Interim Fee Request of Jefferies LLC," dated December 15, 2023 [Docket No. 4822],

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i><u>/s/ Andrea Speelman</u></i><br>Andrea Speelman

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| COUSINS LAW LLC | COUNSEL TO EVOLVE BANK & TRUST ATTN: SCOTT D. COUSINS, SCOTT D. JONES BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, STE 301 WILMINGTON DE 19801 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION 290 BROADWAY NEW YORK NY 10007-1866 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN: MATTHEW LEOPOLD, GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: PETER IVANICK, SARAH PAUL, PHILIP EHRLICH LYNN HOLBERT, THE GRACE BUILDING 40TH FL, 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ANDREA L. GORDON 700 SIXTH ST NW, STE 700 WASHINGTON DC 20001 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: ERIN E. BRODERICK 227 WEST MONROE ST, STE 6000 CHICAGO IL 60606 |
| EVERSHEDS SUTHERLAND (US) LLP | COUNSEL TO AD HOC COMMITTEE NON US CUSTOMERS ATTN: MARK D. SHERRILL 1001 FANNIN ST, STE 3700 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | IRS INSOLVENCY SECTION CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: MICHAEL R. MORANO 1300 MT. KEMBLE AVE, PO BOX 2075 MORRISTOWN NJ 07962 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO ATTN: GARY D. BRESSLER 300 DELAWARE AVE, STE 1014 WILMINGTON DE 19801 |
| MISSOURI DEPARTMENT OF REVENUE | GENERAL COUNSEL'S OFFICE ATTN STEVEN A. GINTHER, ERIC SCHMITT 301 W. HIGH ST, ROOM 670, PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| SULLIVAN HAZELTINE ALLINSON LLC | COUNSEL TO WORD OF GOD FELLOWSHIP, INC. ATTN: WILLIAM D. SULLIVAN 919 NORTH MARKET ST, STE 420 WILMINGTON DE 19801 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |

**Total Creditor count  14**

FTX TRADING LTD., et al.
Case No. 22-11068 (JTD)
First Class Mail Additional Service List

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FL.
WASHINGTON, DC 20036

Page 1 of 1

**EXHIBIT B**

FTX TRADING LTD., *et al.*, Case No. 22-11068 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| A. M. SACCULLO LEGAL, LLC | ams@saccullolegal.com; meg@saccullolegal.com |
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| ASHBY & GEDDES, P.A. | gtaylor@ashbygeddes.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BUTLER SNOW LLP | jeb.bailey@butlersnow.com; cam.hillyer@butlersnow.com |
| BUTLER SNOW LLP | martin.sosland@butlersnow.com |
| CARR MALONEY P.C. | peter.glaws@carrmaloney.com |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | jvanlare@cgsh.com; bhammer@cgsh.com |
| COLE SCHOTZ P.C. | npernick@coleschotz.com; aroth-moore@coleschotz.com |
| COMMODITY FUTURES TRADING COMMISSION | mwhite@cftc.gov |
| COZEN O'CONNOR | eschmidt@cozen.com |
| DEBEVOISE & PLIMPTON LLP | slevinson@debevoise.com; jball@debevoise.com |
| DEBEVOISE & PLIMPTON LLP | nlabovitz@debevoise.com; eworenklein@debevoise.com; mcgodbe@debevoise.com |
| DELAWARE DIVISION OF REVENUE | fasnotify@state.de.us |
| DELAWARE SECRETARY OF STATE | dosdoc_ftax@state.de.us |
| DELAWARE STATE TREASURY | statetreasurer@state.de.us |
| EMMET, MARVIN & MARTIN, LLP | tpitta@emmetmarvin.com; jswartz@emmetmarvin.com |
| FOLEY & LARDNER LLP | msmall@foley.com; sruppenthal@foley.com |
| GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | bdavidoff@greenbergglusker.com |
| HAYNES AND BOONE, LLP | rick.anigian@haynesboone.com; charlie.jones@haynesboone.com |
| HAYNES AND BOONE, LLP | richard.kanowitz@haynesboone.com |
| HOLLAND & KNIGHT LLP | warren.gluck@hklaw.com; marie.larsen@hklaw.com; david.wirt@hklaw.com; jessica.magee@hklaw.com; shardul.desai@hklaw.com |
| KASHISHIAN LAW LLC | amk@kashishianlaw.com |
| KELLY HART & HALLMAN LLP | louis.phillips@kellyhart.com |

| NAME | EMAIL ADDRESS |
|---|---|
| KELLY HART & HALLMAN LLP | michael.anderson@kellyhart.com |
| LANDIS RATH & COBB LLP | landis@lrclaw.com; brown@lrclaw.com; pierce@lrclaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | dprimack@mdmc-law.com; jbernstein@mdmc-law.com; nleonard@mdmc-law.com |
| MANIER HEROD, P.C. | jprice@manierherod.com; mlee@manierherod.com; swilliams@manierherod.com |
| MARGOLIS EDELSTEIN | jhuggett@margolisedelstein.com |
| MASSACHUSETTS DEPARTMENT OF REVENUE | delafoscac@dor.state.ma.us |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; jcalandra@mwe.com; jbevans@mwe.com; erodd@mwe.com |
| MORGAN LEWIS & BOCKIUS LLP | jody.barillare@morganlewis.com; john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com; joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | dabbott@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | mharvey@morrisnichols.com; ptopper@morrisnichols.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | kcordry@naag.org |
| OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | apatterson@law.ga.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | roma.desai@oag.texas.gov; layla.milligan@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | stephen.manning@atg.wa.gov |
| OFFICE OF THE ILLINOIS ATTORNEY GENERAL | john.reding@ilag.gov |
| OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIV | agbankdelaware@ag.tn.gov |

FTX TRADING LTD., *et al.*, Case No. 22-11068 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | juliet.m.sarkessian@usdoj.gov; benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | tkapur@pszjlaw.com; jrosell@pszjlaw.com; crobinson@pszjlaw.com |
| PAUL HASTINGS | gabesasson@paulhastings.com; krishansen@paulhastings.com; erezgilad@paulhastings.com; lucdespins@paulhastings.com |
| POTTER ANDERSON & CORROON LLP | csamis@potteranderson.com; astulman@potteranderson.com; srizvi@potteranderson.com |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | bsimms@lennoxpaton.com; kevin.cambridge@pwc.com; peter.greaves@hk.pwc.com |
| REICH REICH & REICH, P.C. | npasalides@reichpc.com |
| RICHARDS, LAYTON & FINGER, P.A. | gross@rlf.com; heath@rlf.com; queroli@rlf.com; schlauch@rlf.com |
| RIMON, P.C. | frederick.chang@rimonlaw.com |
| RIMON, P.C. | jacquelyn.choi@rimonlaw.com |
| ROBINSON & COLE LLP | jedmonson@rc.com |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | secbankruptcy@sec.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@state.de.us |
| STREUSAND, LANDON, OZBURN & LEMMON, LLP | streusand@slollp.com; nguyen@slollp.com |
| SULLIVAN & CROMWELL LLP | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com; petifordj@sullcrom.com |
| TAFT, STETTINIUS & HOLLISTER, LLP | phage@taftlaw.com |

FTX TRADING LTD., *et al.*, Case No. 22-11068 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| THE SECURITIES COMMISSION OF THE BAHAMAS | info@scb.gov.bs |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | evelyn.meltzer@troutman.com |
| U.S. DEPARTMENT OF JUSTICE | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE | ward.w.benson@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE - CIVIL DIVISION | stanton.c.mcmanus@usdoj.gov; seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF JUSTICE - TAX DIVISION | elisabeth.m.bruce@usdoj.gov |
| US ATTORNEY FOR DELAWARE | usade.ecfbankruptcy@usdoj.gov |
| VENABLE LLP | ajcurrie@venable.com |
| VENABLE LLP | daobrien@venable.com |
| VENABLE LLP | jssabin@venable.com; xsstrohbehn@venable.com; cweinerlevy@venable.com; aapeled@venable.com |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | jennifer.rood@vermont.gov |
| WHITE & CASE LLP | jessica.lauria@whitecase.com; cshore@whitecase.com; brian.pfeiffer@whitecase.com; mark.franke@whitecase.com; brett.bakemeyer@whitecase.com |
| WHITE & CASE LLP | tlauria@whitecase.com; rkebrdle@whitecase.com |