## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., *et al.*,[1]

      Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on Fee Application Service List attached hereto as **Exhibit A** and (2) via email to Godfrey & Kahn, S.C., Attn: Katherine Stadler, kstadler@gklaw.com:

- Third Omnibus Order Approving Interim Fee Applications [Docket No. 4622]

Dated: December 18, 2023

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 18, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

SRF 75202

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-----------|------|-------|-----|-------|-------------------|
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN | 919 MARKET STREET | SUITE 1800 | WILMINGTON | DE | 19801 | LANDIS@LRCLAW.COM; BROWN@LRCLAW.COM | EMAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. HACKMAN, DAVID GERARDI, JON.LIPSHIE | 844 KING STREET, ROOM 2207 | LOCKBOX #35 | WILMINGTON | DE | 19899-0035 | BENJAMIN.A.HACKMAN@USDOJ.GOV; DAVID.GERARDI@USDOJ.GOV; JON.LIPSHIE@USDOJ.GOV | EMAIL |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD AND SAMANTHA MARTIN | 200 PARK AVENUE | | NEW YORK | NY | 10166 | GABESASSON@PAULHASTINGS.COM; KRISHANSEN@PAULHASTINGS.COM; KENPASQUALE@PAULHASTINGS.COM; EREZGILAD@PAULHASTINGS.COM; LUCDESPINS@PAULHASTINGS.COM; SAMANTHAMARTIN@PAULHASTINGS.COM | FIRST CLASS MAIL AND EMAIL |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | 125 BROAD STREET | | NEW YORK | NY | 10004 | KRANZLEYA@SULLCROM.COM | EMAIL |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | MLUNN@YCST.COM; RPOPPITI@YCST.COM | FIRST CLASS MAIL AND EMAIL |