# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 5, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Glass Cannon Investments Ltd., (ADRID: 12865346), Central Business, Level 3b, Centris Business Gateway Ii, Triq Is-Salib, Tal-Imriehel, Birkirkara, CBD 3020, Malta:

- Notice of Deadlines Requiring Filing of (I) Non-Customer Proofs of Claim and Proofs of Interest on or before June 30, 2023, (II) Proofs of Claims for Claims Held by Governmental Units on or before September 29, 2023, (III) Non-Customer Proofs of Claim Affected by the Rejection of an Executory Contract or Lease and (IV) Non-Customer Proofs of Claim Affected by the Amendment of or Supplement to the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 1521]

- Non-Customer Proof of Claim Form, a blank copy of which is attached hereto as **Exhibit A**

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: December 18, 2023

                                                  */s/ Paul Pullo*
                                                  Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 18, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

**United States Bankruptcy Court, District of Delaware**

**Check the box to identify the Debtor against whom you assert a claim (select only one Debtor per claim form):**

| | | | |
|---|---|---|---|
| ❏ FTX Trading Ltd. (Case No. 22-11068) | ❏ Alameda Aus Pty Ltd (Case No. 22-11104) | ❏ Alameda Global Services Ltd. (Case No. 22-11134) | ❏ Alameda Research (Bahamas) Ltd (Case No. 22-11105) |
| ❏ Alameda Research Holdings Inc. (Case No. 22-11069) | ❏ Alameda Research KK (Case No. 22-11106) | ❏ Alameda Research LLC (Case No. 22-11066) | ❏ Alameda Research Ltd (Case No. 22-11067) |
| ❏ Alameda Research Pte Ltd (Case No. 22-11107) | ❏ Alameda Research Yankari Ltd (Case No. 22-11108) | ❏ Alameda TR Ltd (Case No. 22-11078) | ❏ Alameda TR Systems S. de R. L. (Case No. 22-11109) |
| ❏ Allston Way Ltd (Case No. 22-11079) | ❏ Analisya Pte Ltd (Case No. 22-11080) | ❏ Atlantis Technology Ltd. (Case No. 22-11081) | ❏ Bancroft Way Ltd (Case No. 22-11082) |
| ❏ Blockfolio, Inc. (Case No. 22-11110) | ❏ Blue Ridge Ltd (Case No. 22-11083) | ❏ Cardinal Ventures Ltd (Case No. 22-11084) | ❏ Cedar Bay Ltd (Case No. 22-11085) |
| ❏ Cedar Grove Technology Services, Ltd. (Case No. 22-11162) | ❏ Clifton Bay Investments LLC (Case No. 22-11070) | ❏ Clifton Bay Investments Ltd (Case No. 22-11111) | ❏ Cottonwood Grove Ltd (Case No. 22-11112) |
| ❏ Cottonwood Technologies Ltd (Case No. 22-11136) | ❏ Crypto Bahamas LLC (Case No. 22-11113) | ❏ DAAG Trading, DMCC (Case No. 22-11163) | ❏ Deck Technologies Holdings LLC (Case No. 22-11138) |
| ❏ Deck Technologies Inc. (Case No. 22-11139) | ❏ Deep Creek Ltd (Case No. 22-11114) | ❏ Digital Custody Inc. (Case No. 22-11115) | ❏ Euclid Way Ltd (Case No. 22-11141) |
| ❏ FTX (Gibraltar) Ltd (Case No. 22-11116) | ❏ FTX Canada Inc (Case No. 22-11117) | ❏ FTX Certificates GmbH (Case No. 22-11164) | ❏ FTX Crypto Services Ltd. (Case No. 22-11165) |
| ❏ FTX Digital Assets LLC (Case No. 22-11143) | ❏ FTX Digital Holdings (Singapore) Pte Ltd (Case No. 22-11118) | ❏ FTX EMEA Ltd. (Case No. 22-11145) | ❏ FTX Equity Record Holdings Ltd (Case No. 22-11099) |
| ❏ FTX EU Ltd. (Case No. 22-11166) | ❏ FTX Europe AG (Case No. 22-11075) | ❏ FTX Exchange FZE (Case No. 22-11100) | ❏ FTX Hong Kong Ltd (Case No. 22-11101) |
| ❏ FTX Japan Holdings K.K. (Case No. 22-11074) | ❏ FTX Japan K.K. (Case No. 22-11102) | ❏ FTX Japan Services KK (Case No. 22-11103) | ❏ FTX Lend Inc. (Case No. 22-11167) |
| ❏ FTX Marketplace, Inc. (Case No. 22-11168) | ❏ FTX Products (Singapore) Pte Ltd (Case No. 22-11119) | ❏ FTX Property Holdings Ltd (Case No. 22-11076) | ❏ FTX Services Solutions Ltd. (Case No. 22-11120) |
| ❏ FTX Structured Products AG (Case No. 22-11122) | ❏ FTX Switzerland GmbH (Case No. 22-11169) | ❏ FTX Trading GmbH (Case No. 22-11123) | ❏ FTX US Services, Inc. (Case No. 22-11171) |
| ❏ FTX US Trading, Inc. (Case No. 22-11149) | ❏ FTX Ventures Ltd. (Case No. 22-11172) | ❏ FTX Zuma Ltd (Case No. 22-11124) | ❏ GG Trading Terminal Ltd (Case No. 22-11173) |
| ❏ Global Compass Dynamics Ltd. (Case No. 22-11125) | ❏ Good Luck Games, LLC (Case No. 22-11174) | ❏ Goodman Investments Ltd. (Case No. 22-11126) | ❏ Hannam Group Inc (Case No. 22-11175) |
| ❏ Hawaii Digital Assets Inc. (Case No. 22-11127) | ❏ Hilltop Technology Services LLC (Case No. 22-11176) | ❏ Hive Empire Trading Pty Ltd (Case No. 22-11150) | ❏ Innovatia Ltd (Case No. 22-11128) |
| ❏ Island Bay Ventures Inc (Case No. 22-11129) | ❏ Killarney Lake Investments Ltd (Case No. 22-11131) | ❏ Ledger Holdings Inc. (Case No. 22-11073) | ❏ LedgerPrime Bitcoin Yield Enhancement Fund, LLC (Case No. 22-11177) |
| ❏ LedgerPrime Bitcoin Yield Enhancement Master Fund, LP (Case No. 22-11155) | ❏ LedgerPrime Digital Asset Opportunities Fund, LLC (Case No. 22-11156) | ❏ LedgerPrime Digital Asset Opportunities Master Fund LP (Case No. 22-11157) | ❏ LedgerPrime LLC (Case No. 22-11158) |
| ❏ LedgerPrime Ventures, LP (Case No. 22-11159) | ❏ Liquid Financial USA Inc. (Case No. 22-11151) | ❏ Liquid Securities Singapore Pte Ltd (Case No. 22-11086) | ❏ LiquidEX LLC (Case No. 22-11152) |
| ❏ LT Baskets Ltd. (Case No. 22-11077) | ❏ Maclaurin Investments Ltd. (Case No. 22-11087) | ❏ Mangrove Cay Ltd (Case No. 22-11088) | ❏ North Dimension Inc (Case No. 22-11153) |
| ❏ North Dimension Ltd (Case No. 22-11160) | ❏ North Wireless Dimension Inc. (Case No. 22-11154) | ❏ Paper Bird Inc (Case No. 22-11089) | ❏ Pioneer Street Inc. (Case No. 22-11090) |
| ❏ Quoine India Pte Ltd (Case No. 22-11091) | ❏ Quoine Pte Ltd (Case No. 22-11161) | ❏ Quoine Vietnam Co. Ltd (Case No. 22-11092) | ❏ Strategy Ark Collective Ltd. (Case No. 22-11094) |
| ❏ Technology Services Bahamas Limited (Case No. 22-11095) | ❏ Verdant Canyon Capital LLC (Case No. 22-11096) | ❏ West Innovative Barista Ltd. (Case No. 22-11097) | ❏ West Realm Shires Financial Services Inc. (Case No. 22-11072) |
| ❏ West Realm Shires Inc. (Case No. 22-11183) | ❏ West Realm Shires Services Inc. (Case No. 22-11071) | ❏ Western Concord Enterprises Ltd. (Case No. 22-11098) | ❏ Zubr Exchange Ltd (Case No. 22-11132) |

Modified Form 410
# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**This claim form should not be used to assert claims against Emergent Fidelity Technologies Ltd.**

**Fill in all the information about the claim as of November 14, 2022 for Debtor West Realm Shires Inc. and as of November 11, 2022 for all other Debtors.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

Email(s) the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Contact phone _____
Contact email _____

**Where should payments to the creditor be sent?** (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**If filing a claim for cryptocurrency, please fill in 7b.**

**7a. How much is the claim?**  $_____

**Does this amount include interest or other charges?**
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

If asserted liability is in a currency other than U.S. dollars or cryptocurrency, provide (i) the currency type _____; (ii) the amount in such currency _____; and (iii) a conversion rate to U.S. dollars _____.

**7b. List the number of each type and quantity of each coin owed as of the date the case was filed (November 11, 2022)**

| Coin List | Count | Coin List | Count |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Modified Form 410                                    **Proof of Claim**                                    page 2

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❑ Motor vehicle<br>❑ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**:    $_____<br><br>**Amount of the claim that is secured:**    $_____<br><br>**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>❑ Fixed<br>❑ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ❑ No<br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ❑ No<br>❑ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check one:*<br><br>❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❑ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❑ Wages, salaries, or commissions (up to $15,150) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❑ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br>$_____<br>$_____ |

| | | |
|---|---|---|
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❑ No<br>❑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the date of commencement of the above case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. If claim is for both goods and services, provide your total claim amount (goods & services) in section 7a. and the value of the goods here. Attach documentation supporting such claim. See the instructions below on what further information is required.** | $_____ |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*
☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name    Middle name    Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number    Street

_____
City                State    ZIP Code

Contact phone _____    Email _____

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                              12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **On the first page of the form, check the box to identify the Debtor against whom you assert a claim. Select only one Debtor per claim form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)
  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Attach supporting documentation unless voluminous, in which case a summary must be attached. If documentation is unavailable, provide an explanation as to why documentation is not available.**

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.**

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

- **Any proof of claim asserting a 503(b)(9) Claim must also: (i) include the value of the goods delivered to and received by the Debtors in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iii) state whether the amount asserted represents a combination of goods and services and, if applicable, the portion that relates solely to the value of the goods; and (iv) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors pursuant to any order of the Court authorizing the Debtors to pay prepetition claims.**

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.ra.kroll.com/FTX.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule
3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

If by first class mail:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

If by overnight courier or hand delivery:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

You may also file your claim electronically at
https://restructuring.ra.kroll.com/FTX/EPOC-Index

**Do not file these instructions with your form**

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:**

**General Non-Customer Bar Date (including claims pursuant to section 503(b)(9) of the bankruptcy code): June 30, 2023 at 4:00 p.m., Eastern Time**

**Proof of Interest Bar Date: June 30, 2023 at 4:00 p.m., Eastern Time**

**Governmental Bar Date: September 29, 2023 at 4:00 p.m., Eastern Time**

**IF DELIVERED BY FIRST-CLASS MAIL:**

> FTX Trading Ltd. Claims Processing Center
> c/o Kroll Restructuring Administration LLC
> Grand Central Station, PO Box 4850
> New York, NY 10163-4850

**IF DELIVERED BY HAND OR OVERNIGHT DELIVERY:**

> FTX Trading Ltd. Claims Processing Center
> c/o Kroll Restructuring Administration LLC
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

**If you have any questions about this notice, please call (888) 482-0049 (US/Canada toll free) or +1 (646) 440-4176 (International), email FTXInfo@ra.kroll.com or visit https://restructuring.ra.kroll.com/ftx/.**

**You may also file your claim electronically at https://restructuring.ra.kroll.com/ftx/EPOC-Index.**