IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 15, 2023, a true and correct copy of the *Debtors' First Set of Interrogatories and Request for Production of Documents Directed to the United States Department of the Treasury – Internal Revenue Service in Connection with Estimating Claims Under Bankruptcy Rule 502(c)* and on December 16, 2023, a true and correct copy of the *Debtors' [Corrected] First Set of Interrogatories and Request for Production of Documents Directed to the United States Department of the Treasury – Internal Revenue Service in Connection with Estimating Claims Under Bankruptcy Rule 502(c)* were caused to be served upon the following counsel via Electronic Mail and First-Class Mail.

                                    ***Via E-Mail and First-Class Mail***
                                    Elisabeth Bruce
                                    Stephanie A. Sasarak
                                    Trial Attorneys, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 227
                                    Washington, D.C. 20044
                                    Email: Elisabeth.M.Bruce@usdoj.gov
                                                Stephanie.A.Sasarak@usdoj.gov

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: December 19, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*