## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING, LTD., *et al.* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 15, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/15/2023 | 4856 | Interim Application for Compensation First Interim Fee Application of Eversheds Sutherland (US) LLP for the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of All Actual and Necessary Expenses for the period May 1, 2023 to October 31, 2023 Filed by Eversheds Sutherland (US) LLP. Hearing scheduled for 3/20/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/4/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F) (Weyand, Jonathan) (Entered: 12/15/2023) |
| 12/15/2023 | 4858 | Interim Application for Compensation Combined First Monthly and First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Co-Counsel to the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Monthly Compensation and for Reimbursement of All Actual and Necessary Expenses Incurred for the period May 1, 2023 to October 31, 2023 Filed by Morris, Nichols, Arsht & Tunnell LLP. Hearing scheduled for 3/20/2024 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 1/4/2024. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E) (Weyand, Jonathan) (Entered: 12/15/2023) |
| 12/15/2023 | 4859 | Statement of Professionals' Compensation First Monthly and First Interim Fee Application of Rothschild & Co US Inc., as Investment Banker to the Executive Committee of the Ad Hoc Committee of Non-US Customers of FTX.com, for Allowance of Compensation and Reimbursement of Expenses |

|  |  | for the Period of July 1, 2023, through October 31, 2023 Filed by Rothschild & Co US Inc. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B) (Weyand, Jonathan) (Entered: 12/15/2023) |
|--|--|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

X _L. Heggan_

Laurie Heggan

Dated: December 18, 2023
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 18th day of December 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

VIA ELECTRONIC MAIL

A. M. SACCULLO LEGAL, LLC
ATTN: ANTHONY M. SACCULLO, MARY E. AUGUSTINE 27
CRIMSON KING DRIVE
BEAR DE 19701
AMS@SACCULLOLEGAL.COM
MEG@SACCULLOLEGAL.COM

VIA ELECTRONIC MAIL

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO, GREGORY A. TAYLOR 500
DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON DE 19899
RPALACIO@ASHBYGEDDES.COM
GTAYLOR@ASHBYGEDDES.COM

VIA FIRST CLASS MAIL

BECKET & LEE LLP
ATTN: SHRADDHA BHARATIA
P.O. BOX 3001
MALVERN PA 19355-0701

VIA ELECTRONIC MAIL

BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET
STREET, SUITE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

VIA ELECTRONIC MAIL

BUTLER SNOW LLP
ATTN: JAMES E. BAILEY III, ROBERT CAMPBELL HILLYER
CRESCENT CENTER, SUITE 500
6075 POPLAR AVENUE, P.O. BOX 171443
MEMPHIS TN 38187
JEB.BAILEY@BUTLERSNOW.COM
CAM.HILLYER@BUTLERSNOW.COM

VIA ELECTRONIC MAIL

BUTLER SNOW LLP
ATTN: MARTIN SOSLAND
2911 TURTLE CREEK BLVD., SUITE 1400
DALLAS TX 75219
MARTIN.SOSLAND@BUTLERSNOW.COM

VIA ELECTRONIC MAIL

CARR MALONEY P.C.
ATTN: J. PETER GLAWS, IV, ESQ. 2000 PENNSYLVANIA
AVE, NW STE. 8001
WASHINGTON DC 20006
PETER.GLAWS@CARRMALONEY.COM

VIA ELECTRONIC MAIL

CARTER LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN 28 LIBERTY STREET
41ST FLOOR
NEW YORK NY 10005
BANKRUPTCY@CLM.COM

VIA ELECTRONIC MAIL

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JANE VANLARE, BRANDON M. HAMMER ONE
LIBERTY PLAZA
NEW YORK NY 10006
JVANLARE@CGSH.COM BHAMMER@CGSH.COM

VIA ELECTRONIC MAIL

COLE SCHOTZ P.C.
ATTN: NORMAN L. PERNICK, ESQ., ANDREW J. ROTH,
ESQ. 500 DELAWARE AVENUE
SUITE 1410
WILMINGTON DE 19801
NPERNICK@COLESCHOTZ.COM AROTH-
MOORE@COLESCHOTZ.COM

VIA ELECTRONIC MAIL

COMMODITY FUTURES TRADING COMMISSION
ATTN: MARTIN B. WHITE
SENIOR ASSISTANT GENERAL COUNSEL 1155 21ST
STREET NW
WASHINGTON DC 20581
MWHITE@CFTC.GOV

VIA ELECTRONIC MAIL

COOLEY LLP
ATTN: CULLEN D. SPECKHART 1299 PENNSYLVANIA
AVENUE NW SUITE 700
WASHINGTON DC 20004
CSPECKHART@COOLEY.COM

VIA ELECTRONIC MAIL

COOLEY LLP
ATTN: MICHAEL KLEIN, ARIC WU, CAROLINE
PIGNATELLI, ERICA
J. RICHARDS
55 HUDSON YARDS
NEW YORK NY 10001
MKLEIN@COOLEY.COM AHWU@COOLEY.COM
CPIGNATELLI@COOLEY.COM
ERICHARDS@COOLEY.COM

VIA ELECTRONIC MAIL

COOLEY LLP
ATTN: PHILIP M. BOWMAN, ESQ. 55 HUDSON YARDS
NEW YORK NY 10001
PBOWMAN@COOLEY.COM

VIA ELECTRONIC MAIL

COUSINS LAW LLC
ATTN: SCOTT D. COUSINS, ESQ., SCOTT D. JONES, ESQ.
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, SUITE 301
WILMINGTON DE 19801
SCOTT.COUSINS@COUSINS-LAW.COM
SCOTT.JONES@COUSINS-LAW.COM

VIA ELECTRONIC MAIL

COZEN O'CONNOR
ATTN: FREDERICK SCHMIDT 3WTC, 175 GREENWICH
STREET
55TH FLOOR
NEW YORK NY 10007
ESCHMIDT@COZEN.COM

VIA ELECTRONIC MAIL

COZEN O'CONNOR
ATTN: THOMAS J. FRANCELLA
1201 N. MARKET STREET, SUITE 1001
WILMINGTON DE 19801
TFRANCELLA@COZEN.COM

VIA ELECTRONIC MAIL

CROSS & SIMON, LLC
ATTN: CHRISTOPHER P. SIMON 1105 NORTH MARKET
STREET SUITE 901
WILMINGTON DE 19801
CSIMON@CROSSLAW.COM

VIA ELECTRONIC MAIL

DEBEVOISE & PLIMPTON LLP
ATTN: M. NATASHA LABOVITZ, ESQ., ELIE J.
WORENKLEIN, ESQ., MICHAEL C. GODBE, ESQ.
66 HUDSON BOULEVARD NEW YORK NY 10001
NLABOVITZ@DEBEVOISE.COM
EWORENKLEIN@DEBEVOISE.COM
MCGODBE@DEBEVOISE.COM

VIA ELECTRONIC MAIL

DEBEVOISE & PLIMPTON LLP
ATTN: SIDNEY P. LEVINSON, JASMINE BALL 66 HUDSON
BOULEBARD
NEW YORK NY 10001
SLEVINSON@DEBEVOISE.COM JBALL@DEBEVOISE.COM

VIA ELECTRONIC MAIL

DELAWARE DIVISION OF REVENUE
ATTN: ZILLAH FRAMPTON 820 N FRENCH ST
WILMINGTON DE 19801
FASNOTIFY@STATE.DE.US

VIA ELECTRONIC MAIL

DELAWARE SECRETARY OF STATE
CORPORATIONS FRANCHISE TAX
P.O. BOX 898
DOVER DE 19903
DOSDOC_FTAX@STATE.DE.US

VIA ELECTRONIC MAIL

DELAWARE STATE TREASURY
ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100
DOVER DE 19904
STATETREASURER@STATE.DE.US

VIA ELECTRONIC MAIL

DOSHI LEGAL GROUP, P.C.
ATTN: AMISH R. DOSHI
1979 MARCUS AVENUE, SUITE 210E LAKE SUCCESS NY 11042
AMISH@DOSHILEGAL.COM

VIA ELECTRONIC MAIL

EMMET, MARVIN & MARTIN, LLP
ATTN: THOMAS A. PITTA, ESQ. JUDITH SWARTZ, ESQ. 120 BROADWAY, 32ND FLOOR
NEW YORK NY 10271
JSWARTZ@EMMETMARVIN.COM
TPITTA@EMMETMARVIN.COM

VIA FIRST CLASS MAIL

ENVIRONMENTAL PROTECTION AGENCY
ATTN BANKRUPTCY DIVISION 290 BROADWAY
NEW YORK NY 10007-1866

VIA FIRST CLASS MAIL

ENVIRONMENTAL PROTECTION AGENCY
ATTN: GENERAL COUNSEL
OFFICE OF GENERAL COUNSEL 2310A 1200
PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ANDREA L. GORDON
700 SIXTH STREET NW, SUITE 700
WASHINGTON DC 20001
ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: ERIN E. BRODERICK
227 WEST MONROE STREET, SUITE 6000
CHICAGO IL 60606
ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: MARK D. SHERRILL
1001 FANNIN STREET, SUITE 3700
HOUSTON TX 77002
MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

EVERSHEDS SUTHERLAND (US) LLP
ATTN: PETER A. IVANICK, SARAH E. PAUL, PHILIP H.
EHRLICH, LYNN W. HOLBERT
THE GRACE BUILDING, 40TH FLOOR 1114 AVENUE OF
THE AMERICAS NEW YORK NY 10036
PETERIVANICK@EVERSHEDS-SUTHERLAND.COM
SARAHPAUL@EVERSHEDS-SUTHERLAND.COM
PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM
LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM

VIA ELECTRONIC MAIL

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL
321 NORTH CLARK STREET, SUITE 3000
CHICAGO IL 60654
MSMALL@FOLEY.COM

VIA ELECTRONIC MAIL

FOLEY & LARDNER LLP
ATTN: SAMANTHA RUPPENTHAL 90 PARK AVENUE
NEW YORK NY 10016
SRUPPENTHAL@FOLEY.COM

VIA ELECTRONIC MAIL

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER
LLP
ATTN: BRIAN DAVIDOFF 2049 CENTURY PARK EAST STE
2600
LOS ANGELES CA 90067-4590
BDAVIDOFF@GREENBERGGLUSKER.COM

VIA ELECTRONIC MAIL

HAYNES AND BOONE, LLP
ATTN: RICHARD D. ANIGIAN, CHARLES M. JONES II 2323
VICTORY AVENUE
SUITE 700
DALLAS TX 75219
RICK.ANIGIAN@HAYNESBOONE.COM
CHARLIE.JONES@HAYNESBOONE.COM

VIA ELECTRONIC MAIL

HAYNES AND BOONE, LLP
ATTN: RICHARD KANOWITZ 30 ROCKEFELLER PLAZA
26TH FLOOR
NEW YORK NY 10112
RICHARD.KANOWITZ@HAYNESBOONE.COM

VIA ELECTRONIC MAIL

HOGAN LOVELLS US LLP
ATTN: DENNIS H. TRACEY, III, JOHN D. BECK, MAYA
JUMPER, 390 MADISON AVENUE
NEW YORK NY 10017
DENNIS.TRACEY@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
MAYA.JUMPER@HOGANLOVELLS.COM

VIA ELECTRONIC MAIL

HOLLAND & KNIGHT LLP
ATTN: WARREN E. GLUCK, ESQ., MARIE E. LARSEN, ESQ.,
DAVID
W. WIRT, JESSICA MAGEE, SHARDUL DESAI 31 W. 52ND
STREET
NEW YORK NY 10019
WARREN.GLUCK@HKLAW.COM
MARIE.LARSEN@HKLAW.COM
DAVID.WIRT@HKLAW.COM
JESSICA.MAGEE@HKLAW.COM

VIA FIRST CLASS MAIL

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION 2970 MARKET
ST
MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016

VIA FIRST CLASS MAIL

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

VIA ELECTRONIC MAIL

K&L GATES LLP
ATTN: BRIAN D. KOOSED, ESQ. 1602 K STREET NW
WASHINGTON DC 20006-1600
BRIAN.KOOSED@KLGATES.COM

VIA ELECTRONIC MAIL

K&L GATES LLP
ATTN: ROBERT T. HONEYWELL, ESQ. 599 LEXINGTON
AVENUE
NEW YORK NY 10022-6030
ROBERT.HONEYWELL@KLGATES.COM

VIA ELECTRONIC MAIL

K&L GATES LLP
ATTN: STEVEN L. CAPONI, ESQ., MATTHEW B. GOELLER,
ESQ. 600 N. KING STREET
SUITE 901
WILMINGTON DE 19801
STEVEN.CAPONI@KLGATES.COM
MATTHEW.GOELLER@KLGATES.COM

VIA ELECTRONIC MAIL

KASHISHIAN LAW LLC
ATTN: ANN M. KASHISHIAN
501 SILVERSIDE ROAD, SUITE 85
WILMINGTON DE 19809
AMK@KASHISHIANLAW.COM

VIA ELECTRONIC MAIL

KELLY HART & HALLMAN LLP
ATTN: LOUIS M. PHILLIPS 301 MAIN ST., SUITE 1600
BATON ROUGE LA 70801
LOUIS.PHILLIPS@KELLYHART.COM

VIA ELECTRONIC MAIL

KELLY HART & HALLMAN LLP
ATTN: MICHAEL D. ANDERSON
201 MAIN STREET, SUITE 2500 FORT WORTH TX 76102
MICHAEL.ANDERSON@KELLYHART.COM

VIA ELECTRONIC MAIL

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, KIMBERLY A. BROWN,
MATTHEW R. PIERCE
919 MARKET STREET
SUITE 1800
WILMINGTON DE 19801
LANDIS@LRCLAW.COM BROWN@LRCLAW.COM
PIERCE@LRCLAW.COM

VIA ELECTRONIC MAIL

LEWIS ROCA ROTHGERBER CHRISTIE LLP
ATTN: BRENT R. COHEN, CHAD S. CABY 1601 19TH
STREET, SUITE 1000
DENVER CO 80202-2995
BCOHEN@LEWISROCA.COM CCABY@LEWISROCA.COM

VIA ELECTRONIC MAIL

LOCKE LORD LLP
ATTN: IRA S. GREENE 200 VESEY STREET NEW YORK NY
10281
IRA.GREENE@LOCKELORD.COM

VIA ELECTRONIC MAIL

MANIER HEROD, P.C.
ATTN: JEFFREY S. PRICE, MELISSA J. LEE, SCOTT C.
WILLIAMS 1201 DEMONBREUN STREET
SUITE 900
NASHVILLE TN 37213
JPRICE@MANIERHEROD.COM
MLEE@MANIERHEROD.COM
SWILLIAMS@MANIERHEROD.COM

VIA ELECTRONIC MAIL

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ. 300 DELAWARE AVENUE
SUITE 800
WILMINGTON DE 19801
JHUGGETT@MARGOLISEDELSTEIN.COM

VIA ELECTRONIC MAIL

MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN: CELINE E. DE LA FOSCADE-CONDON 100
CAMBRIDGE STREET, P.O. BOX 9565
BOSTON MA 02114
DELAFOSCAC@DOR.STATE.MA.US

VIA ELECTRONIC MAIL

MCCARTER & ENGLISH LLP
ATTN: KATE ROGGIO BUCK RENAISSANCE CENTRE
405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801
KBUCK@MCCARTER.COM

VIA ELECTRONIC MAIL

MCDERMOTT WILL & EMERY LLP
ATTN: DARREN AZMAN, JOHN J. CALANDRA JOSEPH B.
EVANS, ELIZABETH RODD
ONE VANDERBILT AVENUE NEW YORK NY 10017-3852
DAZMAN@MWE.COM JCALANDRA@MWE.COM
JBEVANS@MWE.COM ERODD@MWE.COM

VIA ELECTRONIC MAIL

MCDERMOTT WILL & EMERY LLP
ATTN: MARIS J. KANDESTIN THE NEMOURS BUIDLING
1007 NORTH ORANGE STREET, 10TH FLOOR
WILMINGTON DE 19801
MKANDESTIN@MWE.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GARY D. BRESSLER, DAVID P. PRIMACK 300
DELAWARE AVENUE
SUITE 1014
WILMINGTON DE 19801
GBRESSLER@MDMC-LAW.COM DPRIMACK@MDMC-
LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN 570 BROAD STREET
SUITE 1401
NEWARK NJ 07102
JBERNSTEIN@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: MICHAEL R. MORANO, ESQ. 1300 MT. KEMBLE
AVENUE
P.O. BOX 2075
MORRISTOWN NJ 07962
MMORANO@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD 225 LIBERTY STREET
36TH FLOOR
NEW YORK NY 10281
NLEONARD@MDMC-LAW.COM

VIA ELECTRONIC MAIL

MIAMI-DADE OFFICE OF THE TAX COLLECTOR
BANKRUPTCY UNIT
200 NW 2ND AVENUE, #430
MIAMI FL 33128
PRISCILLA.WINDLEY@MIAMIDADE.GOV
MDTCBKC@MIAMIDADE.GOV

VIA ELECTRONIC MAIL

MO BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, GENERAL COUNSEL PO BOX
475
JEFFERSON CITY MO 65105-0475
DEECF@DOR.MO.GOV

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JODY C. BARILLARE 1201 N. MARKET STREET
SUITE 2201
WILMINGTON DE 19801
JODY.BARILLARE@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD III; MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA PA 19103
JOHN.GOODCHILD@MORGANLEWIS.COM
MATTHEW.ZIEGLER@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK; DAVID K. SHIM 101 PARK
AVENUE
NEW YORK NY 10178
JOSHUA.DORCHAK@MORGANLEWIS.COM
DAVID.SHIM@MORGANLEWIS.COM

VIA ELECTRONIC MAIL

MORRIS JAMES LLP
ATTN: ERIC J. MONZO, SARAH M. ENNIS TARA C.
PAKROUTH
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON DE 19801
EMONZO@MORRISJAMES.COM
SENNIS@MORRISJAMES.COM
TPAKROUH@MORRISJAMES.COM

VIA ELECTRONIC MAIL

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: DEREK C. ABBOTT
1201 NORTH MARKET STREET, SUITE 1600
WILMINGTON DE 19801
DABBOTT@MORRISNICHOLS.COM

VIA ELECTRONIC MAIL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: MATTHEW B. HARVEY, PAIGE N. TOPPER 1201
NORTH MARKET STREET, 16TH FLOOR
WILMINGTON DE 19801
MHARVEY@MORRISNICHOLS.COM
PTOPPER@MORRISNICHOLS.COM

VIA ELECTRONIC MAIL

NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
ATTN: KAREN CORDRY
1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036
KCORDRY@NAAG.ORG

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
ATTN: AMY L. PATTERSON
40 CAPITOL SQUARE, S.W. ATLANTA GA 30334
APATTERSON@LAW.GA.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF TEXAS,
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: ROMA N. DESAI, LAYLA D. MILLIGAN, ABIGAIL R.
RYAN
P.O. BOX 12548 MC008 AUSTIN TX 78711-2548
ROMA.DESAI@OAG.TEXAS.GOV
LAYLA.MILLIGAN@OAG.TEXAS.GOV
ABIGAIL.RYAN@OAG.TEXAS.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON
ATTN: STEPHEN MANNING
P. O. BOX 40100  OLYMPIA WA 98504-4010
STEPHEN.MANNING@ATG.WA.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
ATTN: JOHN P. REDING 100 W. RANDOLPH ST. SUITE 13-225
CHICAGO IL 60601
JOHN.REDING@ILAG.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY
DIVISION
ATTN: Laura L. McCloud PO BOX 20207
NASHVILLE TN 37202-0207
AGBANKDELAWARE@AG.TN.GOV

VIA ELECTRONIC MAIL

OFFICE OF THE UNITED STATES TRUSTEE
Address on File

VIA ELECTRONIC MAIL

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JULIET M. SARKESSIAN, BENJAMIN A. HACKMAN,
DAVID GERARDI
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON DE 19899-0035
JULIET.M.SARKESSIAN@USDOJ.GOV
BENJAMIN.A.HACKMAN@USDOJ.GOV
DAVID.GERARDI@USDOJ.GOV

VIA ELECTRONIC MAIL

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: TEDDY M. KAPUR, JASON H. ROSELL, COLIN R.
ROBINSON
919 N. MARKET STREET
17TH FLOOR WILMINGTON DE 19801
TKAPUR@PSZJLAW.COM JROSELL@PSZJLAW.COM
CROBINSON@PSZJLAW.COM

VIA ELECTRONIC MAIL

PAUL HASTINGS
ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN,
KENNETH PASQUALE, LUC A. DESPINS, EREZ E. GILAD
AND SAMANTHA MARTIN
200 PARK AVENUE
NEW YORK NY 10166
GABESASSON@PAULHASTINGS.COM
KRISHANSEN@PAULHASTINGS.COM
KENPASQUALE@PAULHASTINGS.COM
EREZGILAD@PAULHASTINGS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: ELIZABETH WANG, DANIEL A. MASON
500 DELAWARE AVENUE, SUITE 200, P.O. BOX 32
WILMINGTON DE 19899-0032
DMASON@PAULWEISS.COM EWANG@PAULWEISS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: WILLIAM A. CLAREMAN, GREGORY F. LAUFER,
KENNETH
S. ZIMAN
1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
WCLAREMAN@PAULWEISS.COM
GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM

VIA ELECTRONIC MAIL

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN:RANDALL S. LUSKEY 535 MISSION STREET
24TH FLOOR
SAN FRANCISCO CA 94105
RLUSKEY@PAULWEISS.COM

VIA ELECTRONIC MAIL

PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD.
ATTN: BRIAN SIMMS, K.C., KEVIN CAMBRIDGE, PETER GREAVES 3 BAYSIDE EXECUTIVE PARK, WEST BAY STREET & BLAKE ROAD PO BOX N-4875
NASSAU THE BAHAMAS
BSIMMS@LENNOXPATON.COM
KEVIN.CAMBRIDGE@PWC.COM
PETER.GREAVES@HK.PWC.COM

VIA ELECTRONIC MAIL

REICH REICH & REICH, P.C.
ATTN: NICHOLAS A. PASALIDES, ESQ. 235 MAIN STREET, SUITE 450
WHITE PLAINS NY 10601
NPASALIDES@REICHPC.COM

VIA ELECTRONIC MAIL

RICHARDS, LAYTON & FINGER, P.A.
ATTN: KEVIN GROSS, PAUL N. HEATH, DAVID T. QUEROLI, BRENDAN J. SCHLAUCH
ONE RODNEY SQUARE 920 NORTH KING STREET
WILMINGTON DE 19801
GROSS@RLF.COM HEATH@RLF.COM
QUEROLI@RLF.COM SCHLAUCH@RLF.COM

VIA ELECTRONIC MAIL

RIMON, P.C.
ATTN: FREDERICK CHANG 506 2ND AVE., SUITE 1400
SEATTLE WA 98104
FREDERICK.CHANG@RIMONLAW.COM

VIA ELECTRONIC MAIL

RIMON, P.C.
ATTN: JACQUELYN H. CHOI
2029 CENTURY PARK EAST, SUITE 400N LOS ANGELES CA 90067
JACQUELYN.CHOI@RIMONLAW.COM

VIA ELECTRONIC MAIL

ROBINSON & COLE LLP
ATTN: JAMIE L. EDMONSON 1201 N. MARKET STREET SUITE 1406
WILMINGTON DE 19801
JEDMONSON@RC.COM

VIA ELECTRONIC MAIL

SAUL EWING LLP
ATTN: LUCIAN B. MURLEY
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON DE 19899
LUKE.MURLEY@SAUL.COM

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY 100 F. STREET NE
WASHINGTON DC 20549
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION - NY OFFICE
ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE
200 VESEY STREET, STE 400 NEW YORK NY 10281-1022
BANKRUPTCYNOTICESCHR@SEC.GOV
NYROBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE
ATTN: BANKRUPTCY DEPT ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103
SECBANKRUPTCY@SEC.GOV

VIA ELECTRONIC MAIL

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT
CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST.
ATTORNEY.GENERAL@STATE.DE.US

VIA ELECTRONIC MAIL

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DANIEL M. PEREIRA 1000 N. WEST STREET SUITE 1200
WILMINGTON DE 19801
DPEREIRA@STRADLEY.COM

VIA ELECTRONIC MAIL

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: DEBORAH A. REPEROWITZ 100 PARK AVENUE
SUITE 2000
NEW YORK NY 10017
DREPEROWITZ@STRADLEY.COM

VIA ELECTRONIC MAIL

STREUSAND, LANDON, OZBURN & LEMMON, LLP
ATTN: SABRINA L. STREUSAND, ANH NGUYEN 1801 S. MOPAC EXPRESSWAY
SUITE 320
AUSTIN TX 78746
STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM

VIA ELECTRONIC MAIL

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY,
BRIAN D. GLUECKSTEIN, ALEXA J. KRANZLEY
125 BROAD STREET
NEW YORK NY 10004
DIETDERICHA@SULLCROM.COM
BROMLEYJ@SULLCROM.COM
GLUECKSTEINB@SULLCROM.COM
KRANZLEYA@SULLCROM.COM
PETIFORDJ@SULLCROM.COM

VIA ELECTRONIC MAIL

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: WILLIAM D. SULLIVAN
919 NORTH MARKET STREET, SUITE 420
WILMINGTON DE 19801
BSULLIVAN@SHA-LLC.COM

VIA ELECTRONIC MAIL

TAFT, STETTINIUS & HOLLISTER, LLP
ATTN: PAUL R. HAGE 27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD MI 48034
PHAGE@TAFTLAW.COM

VIA ELECTRONIC MAIL

THE ROSNER LAW GROUP LLC
ATTN: ZHAO RUBY LIU, FREDERICK B. ROSNER 824 N. MARKET STREET
SUITE 810
WILMINGTON DE 19801
ROSNER@TEAMROSNER.COM LIU@TEAMROSNER.COM

VIA ELECTRONIC MAIL

THE SECURITIES COMMISSION OF THE BAHAMAS
ATTN: PRESIDENT OR GENERAL COUNSEL
POINCIANA HOUSE, NORTH BUILDING, 2ND FLOOR 31A
EAST BAY STREET, P.O. BOX N-8347
NASSAU THE BAHAMAS
INFO@SCB.GOV.BS

VIA ELECTRONIC MAIL

TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTN: EVELYN J. MELTZER, MARCY J. MCLAUGHLIN
SMITH HERCULES PLAZA, SUITE 5100
1313 N. MARKET STREET WILMINGTON DE 19899-1709
EVELYN.MELTZER@TROUTMAN.COM
MARCY.SMITH@TROUTMAN.COM

VIA ELECTRONIC MAIL

U.S. DEPARTMENT OF JUSTICE
ATTN: STANTON C. MCMANUS, SETH B. SHARPIRO CIVIL
DIVISION
1100 L STREET, NW, ROOM 7208
WASHINGTON DC 20005
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

VIA ELECTRONIC MAIL

U.S. DEPARTMENT OF JUSTICE
ATTN: WARD W. BENSON
P.O. BOX 227, BEN FRANKLIN STATION WASHINGTON DC
20044
WARD.W.BENSON@USDOJ.GOV

VIA ELECTRONIC MAIL

U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION
ATTN: RUTH A. HARVEY, MARGARET M. NEWELL, SETH
B. SHAPIRO, STANTON C. MCMANUS
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875, BEN FRANKLIN STATION WASHINGTON DC
20044-0875
STANTON.C.MCMANUS@USDOJ.GOV
SETH.SHAPIRO@USDOJ.GOV

VIA ELECTRONIC MAIL

U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE
SERVICE
ATTN: ELISABETH M. BRUCE
P.O. BOX 227
WASHINGTON DC  20044
ELISABETH.M.BRUCE@USDOJ.GOV

VIA FIRST CLASS MAIL

UNITED STATES OF AMERICA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-
0001

VIA ELECTRONIC MAIL

US ATTORNEY FOR DELAWARE
ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS 1007 ORANGE
ST STE 700
P.O. BOX 2046
WILMINGTON DE 19899-2046
USADE.ECFBANKRUPTCY@USDOJ.GOV

VIA ELECTRONIC MAIL

VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE, NW WASHINGTON DC
20001
AJCURRIE@VENABLE.COM

VIA ELECTRONIC MAIL

VENABLE LLP
ATTN: DANIEL A. O'BRIEN 1201 N. MARKET ST. SUITE
1400
WILMINGTON DE 19801
DAOBRIEN@VENABLE.COM

VIA ELECTRONIC MAIL

VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK NY 10020
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

VIA ELECTRONIC MAIL

VENABLE LLP
ATTN: JEFFREY S. SABIN, XOCHITL S. STROHBEHN,
CAROL A. WEINER, ARIE A. PELED
151 WEST 42ND ST., 48TH FLOOR
NEW YORK NY 10036
JSSABIN@VENABLE.COM
XSSTROHBEHN@VENABLE.COM
CWEINERLEVY@VENABLE.COM
AAPELED@VENABLE.COM

VIA ELECTRONIC MAIL

VERMONT DEPARTMENT OF FINANCIAL REGULATION
ATTN: JENNIFER ROOD
89 MAIN STREET, THIRD FLOOR MONTPELIER VT 05620
JENNIFER.ROOD@VERMONT.GOV

VIA ELECTRONIC MAIL
WHITE & CASE LLP
ATTN: JESSICA C. LAURIA, J. CHRISTOPHER SHORE,
BRIAN D. PFEIFFER, MARK FRANKE, BRETT BAKEMEYER
1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-
1095
JESSICA.LAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
BRIAN.PFEIFFER@WHITECASE.COM
MARK.FRANKE@WHITECASE.COM
BRETT.BAKEMEYER@WHITECASE.COM

VIA ELECTRONIC MAIL

WHITE & CASE LLP
ATTN: THOMAS E LAURIA, RICHARD S. KEBRDLE 200
SOUTH BISCAYNE BLVD., SUITE 4900 SOUTHEAST
FINANCIAL CENTER
MIAMI FL 33131
TLAURIA@WHITECASE.COM
RKEBRDLE@WHITECASE.COM

VIA ELECTRONIC MAIL

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTN: PETER G. NEIMAN, NICHOLAS WERLE 7 WORLD
TRADE CENTER
150 GREENWICH STREET NEW YORK NY 10007
PETER.NEIMAN@WILMERHALE.COM
NICK.WERLE@WILMERHALE.COM

VIA ELECTRONIC MAIL

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. 1000
NORTH KING STREET
WILMINGTON DE 19801
MLUNN@YCST.COM RPOPPITI@YCST.COM