## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2023, I caused a true and correct copy of *Reservation of Rights of the BlockFi Wind-Down Debtors to the Third Motion of Debtors For Entry of an Order Extending The Exclusive Periods During Which Only The Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Kimberly A. Brown, Esq.
Matthew R. Pierce, Esq.
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
 brown@lrclaw.com
 pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich, Esq.
James L. Bromley, Esq.
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

                                           */s/ Michael Busenkell*
                                           Michael Busenkell (DE 3933)