## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Jan. 9, 2024 at 4:00 p.m. (ET)** |

### SUMMARY OF COMBINED MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM DECEMBER 1, 2022 THROUGH NOVEMBER 30, 2023</u>

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC (“**Kroll**”) |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | December 1, 2022 through November 30, 2023 (the “**Fee Period**”)[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $8,980.40 (of which Kroll seeks payment of 80% or $7,184.32) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$7,184.32** |

This is a:  <u>   X   </u>  monthly  <u>         </u>  final application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Kroll did not incur any fees or expenses in its capacity as administrative advisor between January and August 2023.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

**Prior Applications**

No prior applications have been filed.

**Summary of Hours Billed by Kroll Employees During the Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Director | 0.70 | $245.00 | $171.50 |
| Daloia, James | Director | 3.30 | $245.00 | $808.50 |
| Echevarria, Eusebio | Director | 10.00 | $245.00 | $2,450.00 |
| Gallerie, Bridget | Director | 2.70 | $245.00 | $661.50 |
| Hughes, James T | Director | 3.60 | $245.00 | $882.00 |
| Perry, Selwyn L | Director | 3.20 | $245.00 | $784.00 |
| Searles, Jordan D | Director | 1.90 | $245.00 | $465.50 |
| Johnson, Craig | Director of Solicitation | 3.00 | $245.00 | $735.00 |
| Kesler, Stanislav | Director of Solicitation | 1.10 | $245.00 | $269.50 |
| Orchowski, Alex T | Director of Solicitation | 12.00 | $245.00 | $2,940.00 |
| Brodeur, Sarah | Solicitation Consultant | 1.00 | $220.00 | $220.00 |
| Taatjes, Hayden S | Solicitation Consultant | 1.40 | $220.00 | $308.00 |
| Ziffer, Jordan | Solicitation Consultant | 1.10 | $220.00 | $242.00 |
| Lim, Rachel | Consultant | 1.60 | $180.00 | $288.00 |
| | **Total:** | **46.60** | | **$11,225.50**[3] |
| | **Blended Rate** | | **$240.89** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Disbursements | 2.50 | $560.00 |
| Retention / Fee Application | 0.70 | $171.50 |
| Solicitation | 43.40 | $10,494.00 |
| | **46.60** | **$11,225.50**[4] |

---

[3, 4]  This amount has been discounted to $8,980.40 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $192.71.

## **Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

*[Remainder of page intentionally left blank]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Jan. 9, 2024 at 4:00 p.m. (ET)** |

### COMBINED MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM DECEMBER 1, 2022 THROUGH NOVEMBER 30, 2023</u>

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"***Bankruptcy Code***"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

services for the combined period from December 1, 2022 through November 30, 2023 (the "**Fee Period**"). [2]  In support of this Application, Kroll respectfully represents as follows:

## Preliminary Statement

1.      Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $8,980.40 (of which Kroll seeks payment of 80% or $7,184.32) and reimbursement of expenses in the amount of $0.00.

2.      On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below).  In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.      Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

---

[2]      Kroll did not incur any fees or expenses in its capacity as administrative advisor between January and August 2023.

**Jurisdiction**

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Background**

7.      On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

**Relief Requested**

8.      By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $8,980.40 (of which Kroll seeks payment of 80% or $7,184.32) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

**Compliance with the Interim Compensation Order**

9.      Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 46.60

hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **<u>Exhibit A</u>** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

<u>**Summary of Professional Services Rendered**</u>

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- <u>Disbursements</u>

Fees:  $560.00; Hours:  2.50

Disbursements services provided included reviewing the Debtors' plan and disclosure statement in advance of upcoming distributions.

- <u>Retention / Fee Application</u>

Fees:  $171.50; Hours: 0.70

Retention / Fee Application services provided included reviewing and providing comments to the Debtors' application to employ Kroll as administrative advisor.

4

- Solicitation

Fees:  $10,494.00; Hours:  43.40

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan, including solicitation procedures, voting, balloting, and related mechanics; (b) responding to inquiries from Debtors' counsel and other professionals regarding solicitation of the Debtors' plan; and (c) updating the case website to provide for electronic balloting.

## Summary of Expenses Incurred

12.     Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

## Representations and Reservation of Rights

13.     The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

## Notice

15.     Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $8,980.40 (of which Kroll seeks payment of 80% or $7,184.32) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  December 20, 2023
    New York, New York

_/s/ Shira D. Weiner_
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

_Administrative Advisor to the Debtors_

6

## **VERIFICATION**

STATE OF NEW YORK        )
                         )    SS:
COUNTY OF NEW YORK       )


I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1.    I am the General Counsel to Kroll Restructuring Administration LLC
      ("**Kroll**").

2.    I am generally familiar with the work performed on behalf of the Debtors by
      Kroll professionals.

3.    The facts set forth in the foregoing Application are true and correct to the best
      of my knowledge, information, and belief.

4.    I have reviewed the requirements of Local Rule 2016-2 of the United States
      Bankruptcy Court for the District of Delaware, and to the best of my
      knowledge, information and belief, the foregoing Application complies with
      such Local Rule.


_Shira Weiner_
Shira D. Weiner


SWORN TO AND SUBSCRIBED before me this 20th day of December, 2023.


_/s/ GABRIEL BRUNSWICK_
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

## Exhibit A

**Fee Detail**



**Hourly Fees by Employee through December  2022**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| GB | Brunswick, Gabriel | DI  - Director | 0.70 | $245.00 | $171.50 |
| | | **TOTAL:** | **0.70** | | **$171.50** |

**Hourly Fees by Task Code through December  2022**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| RETN | Retention / Fee Application | 0.70 | $171.50 |
| | **TOTAL:** | **0.70** | **$171.50** |

FTX Trading Ltd.

Page 2

Invoice #: 20167

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 12/12/22 | GB | DI | Review and revise 327 application | Retention / Fee Application | 0.70 |
| | | | | **Total Hours** | **0.70** |



**Hourly Fees by Employee through September  2023**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| HST | Taatjes, Hayden S | SA  - Solicitation Consultant | 1.40 | $220.00 | $308.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 3.40 | $245.00 | $833.00 |
| | | **TOTAL:** | **4.80** | | **$1,141.00** |

**Hourly Fees by Task Code through September  2023**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 4.80 | $1,141.00 |
| | **TOTAL:** | **4.80** | **$1,141.00** |

FTX Digital Markets Ltd.

Page 2
Invoice #: 22285

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 09/26/23 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan Cromwell) related to solicitation | Solicitation | 0.40 |
| 09/27/23 | ATO | DS | Confer with E. Usitalo (Kroll) regarding claim processing in preparation for the upcoming solicitation | Solicitation | 0.20 |
| 09/27/23 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan Cromwell) related to solicitation | Solicitation | 1.90 |
| 09/28/23 | ATO | DS | Confer with E. Usitalo (Kroll) regarding claim processing in preparation for the upcoming solicitation | Solicitation | 0.40 |
| 09/28/23 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan Cromwell) related to solicitation | Solicitation | 0.40 |
| 09/29/23 | ATO | DS | Confer with E. Usitalo (Kroll) regarding claim processing in preparation for the upcoming solicitation | Solicitation | 0.10 |
| 09/29/23 | HST | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.40 |
| | | | | **Total Hours** | **4.80** |



**Hourly Fees by Employee through October  2023**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| CJ | Johnson, Craig | DS - Director of Solicitation | 0.70 | $245.00 | $171.50 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 0.70 | $245.00 | $171.50 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 2.00 | $245.00 | $490.00 |
| | | **TOTAL:** | **3.40** | | **$833.00** |

**Hourly Fees by Task Code through October  2023**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 3.40 | $833.00 |
| | **TOTAL:** | **3.40** | **$833.00** |

FTX Digital Markets Ltd.

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/02/23 | ATO | DS | Telephone conference with E. Usitalo (Kroll) regarding claim processing in preparation for upcoming solicitation | Solicitation | 0.50 |
| 10/25/23 | ATO | DS | Respond to inquiries from R. Esposito (Alvarez & Marsal) related to solicitation | Solicitation | 0.40 |
| 10/31/23 | ATO | DS | Confer with J. Hughes, J. Daloia, S. Perry, and J. Hughes (Kroll) regarding solicitation | Solicitation | 0.30 |
| 10/31/23 | ATO | DS | Telephone conference with R. Esposito (Alvarez & Marsal) related to solicitation | Solicitation | 0.80 |
| 10/31/23 | CJ | DS | Teleconference with J. Hughes, J. Daloia, A. Orchowski, S. Kesler and S. Perry (Kroll); A. Kranzley (S&C); and A. Mohammed, K. Ramanathan, R. Esposito, J. Sielinkski and D. Lewandowski (A&M) re mechanics for upcoming solicitation | Solicitation | 0.70 |
| 10/31/23 | STK | DS | Teleconference with J. Hughes, J. Daloia, A. Orchowski, C. Johnson, S. Perry (Kroll), A. Kranzley (S&C), A. Mohammed, K. Ramanathan, R. Esposito, J. Sielinkski and D. Lewandowski (A&M) re mechanics for upcoming solicitation | Solicitation | 0.70 |

**Total Hours** **3.40**



## Hourly Fees by Employee through November  2023

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| RACL | Lim, Rachel | CO - Consultant | 1.60 | $180.00 | $288.00 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 1.00 | $220.00 | $220.00 |
| JZI | Ziffer, Jordan | SA - Solicitation Consultant | 1.10 | $220.00 | $242.00 |
| JD | Daloia, James | DI - Director | 3.30 | $245.00 | $808.50 |
| EEC | Echevarria, Eusebio | DI - Director | 10.00 | $245.00 | $2,450.00 |
| BGA | Gallerie, Bridget | DI - Director | 2.70 | $245.00 | $661.50 |
| JTH | Hughes, James T | DI - Director | 3.60 | $245.00 | $882.00 |
| SLP | Perry, Selwyn L | DI - Director | 3.20 | $245.00 | $784.00 |
| JDS | Searles, Jordan D | DI - Director | 1.90 | $245.00 | $465.50 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 2.30 | $245.00 | $563.50 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 0.40 | $245.00 | $98.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 6.60 | $245.00 | $1,617.00 |
| | | **TOTAL:** | **37.70** | | **$9,080.00** |

## Hourly Fees by Task Code through November  2023

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| DISB | Disbursements | 2.50 | $560.00 |
| SOLI | Solicitation | 35.20 | $8,520.00 |
| | **TOTAL:** | **37.70** | **$9,080.00** |

FTX Digital Markets Ltd.

Page 2
Invoice #: 22782

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/01/23 | ATO | DS | Telephone conference with J. Daloia, S. Perry and J. Hughes (Kroll) regarding the electronic ballot portal and upcoming solicitation | Solicitation | 0.60 |
| 11/01/23 | ATO | DS | Confer with R. Esposito (Alvarez & Marsal) regarding a weekly call to discuss solicitation | Solicitation | 0.20 |
| 11/01/23 | ATO | DS | Confer with J. Hughes and S. Perry (Kroll) regarding a weekly call to discuss solicitation | Solicitation | 0.40 |
| 11/01/23 | CJ | DS | Telephone conference with J. Hughes, R. Lim, J. Daloia, A. Orchowski, S. Kesler, J. Searles and S. Perry (Kroll) re mechanics for upcoming solicitation | Solicitation | 0.40 |
| 11/01/23 | JD | DI | Telephone conference with J. Selinski (A&M) re KYC of customers prior to distributions | Disbursements | 0.40 |
| 11/01/23 | JDS | DI | Telephone conference with J. Hughes, R. Lim, J. Daloia, A. Orchowski, S. Kesler, C. Johnson and S. Perry (Kroll) re mechanics for upcoming solicitation | Solicitation | 0.40 |
| 11/01/23 | SLP | DI | Telephone conference with J. Hughes, R. Lim, J. Daloia, A. Orchowski, S. Kesler, J. Searles and C. Johnson (Kroll) re mechanics for upcoming solicitation | Solicitation | 0.50 |
| 11/01/23 | STK | DS | Telephone conference with J. Hughes, R. Lim, J. Daloia, A. Orchowski, C. Johnson, J. Searles and S. Perry (Kroll) re mechanics for upcoming solicitation | Solicitation | 0.40 |
| 11/09/23 | ATO | DS | Telephone conference with R. Esposito (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 11/09/23 | BGA | DI | Telephone conference with R. Esposito (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 11/09/23 | JD | DI | Telephone conference with R. Esposito (Alvarez & Marsal) related to solicitation | Solicitation | 0.60 |
| 11/09/23 | SLP | DI | Confer with A. Orchowski (Kroll) re mechanics for upcoming solicitation | Solicitation | 0.50 |
| 11/12/23 | ATO | DS | Confer with J. Hughes (Kroll) regarding solicitation | Solicitation | 0.30 |
| 11/16/23 | ATO | DS | Confer with C. Johnson, J. Hughes, J. Daloia, E. Echevarria, S. Carlson, R. Lim and B. Gallerie (Kroll) in advance of call with A&M team re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/16/23 | ATO | DS | Confer with C. Johnson, J. Hughes, J. Daloia, J. Searles and S. Perry (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/16/23 | BGA | DI | Weekly solicitation check-in with A. Orchowski, S. Perry, J. Hughes, R. Lim, J. Daloia, C. Johnson (Kroll), D. Lewandowski, J. Sielinski and A. Mohammed (A&M) | Solicitation | 0.50 |
| 11/16/23 | BGA | DI | Internal pre-call re solicitation planning with A. Orchowski, | Solicitation | 0.50 |

FTX Digital Markets Ltd.

Page 3

Invoice #: 22782

| | | | J. Daloia, C. Johnson, R. Lim, and J. Hughes (Kroll) | | |
|---|---|---|---|---|---|
| 11/16/23 | CJ | DS | Telephone conference  with A. Orchowski, J. Hughes, J. Daloia, J. Searles, S. Perry (Kroll), A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/16/23 | CJ | DS | Telephone conference with A. Orchowski, J. Hughes, J. Daloia, E. Echevarria, S. Carlson, R. Lim and B. Gallerie (Kroll) in advance of call with A&M team re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/16/23 | CJ | DS | Research issues re tabulation procedures to implement in future solicitation | Solicitation | 0.70 |
| 11/16/23 | JD | DI | Meet and confer with J. Sielinski and D. Lewandowski (A&M) regarding upcoming solicitation | Solicitation | 0.60 |
| 11/16/23 | JDS | DI | Confer with A. Orchowski, J. Hughes, J. Daloia, C. Johnson and S. Perry (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/16/23 | SLP | DI | Confer with A. Orchowski, J. Hughes, J. Daloia, C. Johnson and J. Searles (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/17/23 | JZI | SA | Review Plan and prepare Plan distribution matrix | Disbursements | 1.10 |
| 11/17/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 11/17/23 | SABR | SA | Review Plan and prepare distribution matrix re Plan distributions | Disbursements | 1.00 |
| 11/20/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 2.00 |
| 11/21/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 2.00 |
| 11/21/23 | JTH | DI | Setup of electronic ballot platform on case website | Solicitation | 1.30 |
| 11/22/23 | ATO | DS | Confer with R. Lim (Kroll) regarding the online ballot platform | Solicitation | 0.30 |
| 11/22/23 | ATO | DS | Telephone conference with J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 0.50 |
| 11/22/23 | BGA | DI | Weekly solicitation check-in with A&M | Solicitation | 0.50 |
| 11/22/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 2.00 |
| 11/22/23 | JD | DI | Telephone conference with D. Lewandowski and J. Selinski (A&M) regarding upcoming solicitation | Solicitation | 0.50 |
| 11/22/23 | JD | DI | Email A&M regarding process for submitting ballots via Kroll e-ballot portal | Solicitation | 0.40 |
| 11/22/23 | JDS | DI | Telephone conference  with A. Orchowski, J. Hughes, J. Daloia, C. Johnson and S. Perry (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/22/23 | SLP | DI | Telephone conference with D. Lewandowski and J. Selinski (A&M) regarding upcoming solicitation | Solicitation | 0.50 |
| 11/24/23 | RACL | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 11/27/23 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) | Solicitation | 0.50 |

FTX Digital Markets Ltd.

Page 4
Invoice #: 22782

| | | | | | |
|---|---|---|---|---|---|
| | | | related to the online ballot portal | | |
| 11/27/23 | ATO | DS | Telephone conference with E. Echevarria (Kroll) regarding the online ballot portal | Solicitation | 0.40 |
| 11/27/23 | BGA | DI | Meet and confer with J. Daloia, A. Orchowski, C. Johnson, R. Lim and S. Perry (Kroll) re proposed solicitation and tabulation procedures | Solicitation | 0.20 |
| 11/27/23 | CJ | DS | Telephone conference with B. Gallerie, R. Lim, C. Liu, S. Perry, A. Orchowski and E. Echevarria (Kroll) re proposed solicitation and tabulation procedures | Solicitation | 0.20 |
| 11/27/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 11/27/23 | JD | DI | Telephone conference with A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation | Solicitation | 0.80 |
| 11/27/23 | SLP | DI | Telephone conference with A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation | Solicitation | 0.50 |
| 11/28/23 | ATO | DS | Confer with J. Hughes (Kroll) regarding the online ballot portal | Solicitation | 0.70 |
| 11/28/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 11/28/23 | JTH | DI | Setup of electronic ballot platform on case website | Solicitation | 1.30 |
| 11/29/23 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) related to the online ballot portal | Solicitation | 0.60 |
| 11/29/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 11/30/23 | ATO | DS | Telephone conference with J. Sielinski (Alvarez & Marsal) regarding the online ballot portal and upcoming solicitation | Solicitation | 0.50 |
| 11/30/23 | BGA | DI | Weekly solicitation check-in with A. Orchowski, S. Perry, J, Hughes, R. Lim, C. Johnson (Kroll), D. Lewandowski, J. Sielinski and A. Mohammed (A&M) | Solicitation | 0.50 |
| 11/30/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 11/30/23 | JDS | DI | Telephone conference with A. Orchowski, J. Hughes and S. Perry (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.50 |
| 11/30/23 | JTH | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 11/30/23 | SLP | DI | Telephone conference with A. Orchowski, J. Hughes and J. Searles (Kroll) and A. Mohammed, J. Sielinski and D. Lewandowski (A&M) re mechanics for upcoming solicitation and tabulation | Solicitation | 0.70 |

**Total Hours**     **37.70**