# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. D.I. 834, 1121 |

## NOTICE OF ANNUAL RATE INCREASE OF THE FEE EXAMINER AND GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.     On March 8, 2023 this Court entered an order [D.I. 834] appointing Katherine Stadler as the Fee Examiner in the above-captioned chapter 11 cases, and on April 12, 2023, this Court entered an order [D.I. 1268] authorizing the Fee Examiner to retain and employ Godfrey & Kahn, S.C. ("**Godfrey & Kahn**") in the above-captioned chapter 11 cases.

2.     In accordance with these orders, the Fee Examiner and Godfrey & Kahn hereby provide notice of the following revised effective rates, effective January 1, 2024:

| Billing Category | Range |
|---|---|
| Shareholders (including Fee Examiner) and Special Counsel | $610.00 to $780.00 |
| Associates | $490.00 to $595.00 |
| Paralegals | $350.00 to $395.00 |

3.     The Fee Examiner has received notice of, and approved, Godfrey & Kahn's hourly rate increases as set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification number is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: December 20, 2023

        GODFREY & KAHN, S.C.

        */s/ Mark W. Hancock*
        Mark W. Hancock, *Admitted Pro Hac Vice*

        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609
        E-mail: mhancock@gklaw.com

        *Counsel to the Fee Examiner*

## CERTIFICATE OF SERVICE

I, Mark W. Hancock, hereby certify that on December 20, 2023, I caused a copy of the foregoing *NOTICE OF ANNUAL RATE INCREASE OF GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER* to be served upon Debtors' counsel, the Committee's counsel, and the U.S. Trustee.

Dated this 20th day of December 2023.

*/s/ Mark W. Hancock*
Mark W. Hancock

30357329.1