IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 4819 |

### NOTICE OF FILING OF AMENDED EXHIBIT TO THE FOURTH INTERIM FEE APPLICATION OF SULLIVAN & CROMWELL LLP

**PLEASE TAKE NOTICE** that on December 15, 2023, Sullivan & Cromwell LLP ("S&C"), counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases, filed the *Fourth Interim Application of Sullivan & Cromwell LLP* [D.I. 4819] (the "Fourth Interim Fee Application"), which attached as Exhibit A a Summary of Fees by Individual for the Application Period ("Exhibit A").

**PLEASE TAKE FURTHER NOTICE** that S&C has amended Exhibit A to correct certain typographical errors. A copy of the amended Exhibit A is attached hereto as Exhibit 1. A blackline of the amended Exhibit A against the original Exhibit A is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that other than the typographical corrections to Exhibit A, there are no changes to the Fourth Interim Fee Application or the aggregate fees and expenses detailed therein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

4869-8486-3640 v.2

| | |
|---|---|
| Dated:  December 20, 2023<br>　　　　Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyj@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |

4869-8486-3640 v.2