**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> FTX Trading Ltd., *et al.* <br><br> Debtors | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**HBK MASTER FUND L.P.**
Name of Transferee
Phone: (214) 758-6107
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

HBK MASTER FUND L.P.
c/o HBK Services LLC
2300 North Field Street, Suite 2200
Dallas, TX 75201

**MAVEN DIGITAL LIMITED**
Name of Transferor
Phone: +44 203 668 0767
Last Four Digits of Acct #: N/A

**Claim No.: 49509**
**Case No.: 22-11068 (Jointly Administered)**

Date Filed: September 8, 2023

Original Face Amount of Claim:
USD$1,035,204.80
Allowed Claim Amount: $1,035,204.80
**Transferred Amount of Claim: $1,035,204.80**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  **Isaac S. Haas**  Date: **Dec 13**, 2023
Transferee/Transferee's Agent   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
               District of Delaware
               Attn: Clerk

AND TO:   FTX Trading Ltd.
               Case No. 22-11068

MAVEN DITIGAL LIMITED ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof (the "Agreement"), does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**HBK MASTER FUND L.P.**

its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against FTX Trading Ltd. ("FTX"), docketed as Claim No. 49509 (the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of FTX and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case, other than as expressly provided in the Agreement.  You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of __December 15__, 2023.

**MAVEN DIGITAL LIMITED**

By: _____
Name: Ian Toon
Title: Co-CEO - Trading

**HBK MASTER FUND L.P.**
    By: HBK Services LLC
    Its: Investment Advisor

By: _____

Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of December 15, 2023.

**MAVEN DIGITAL LIMITED**

By:_____
Name:
Title:

**HBK MASTER FUND L.P.**
By: HBK Services LLC
Its: Investment Advisor

By: _____
Name: Isaac S. Haas
Title: Authorized Signatory