## Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |

## ORDER GRANTING DEBTORS' MOTION FOR TURNOVER
## OF FUNDS HELD BY THE FEDERAL DEPOSIT INSURANCE CORPORATION

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors

and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order")

authorizing the Federal Deposit Insurance Corporation (the "FDIC") to take certain steps to turn

over to the Debtors certain funds in an account in the name of FTX Philanthropy, Inc. f/k/a FTX

Foundation, Inc. ("FTX Philanthropy") and transfer the Funds into an account designated by the

Debtors; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference* from the United States District Court for

the District of Delaware, dated February 29, 2012 [ECF. No. 94]; and this Court being able to

issue a final order consistent with Article III of the United States Constitution; and venue of these

Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and

1409; and upon consideration of the Motion; and the requested relief being a core proceeding

pursuant to 28 U.S.C. § 157(b); and finding that adequate notice of the Motion having been

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    Capitalized terms not defined herein shall have the meanings set forth in the Motion.

given; and it appears that no other or further notice need be given; and upon the record of any hearing held to consider the relief requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the FDIC being ready, willing, and able to transfer the Funds as requested by the Debtors upon entry of this Order by the Court; and after due deliberation and sufficient cause appearing therefore,

### IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The FDIC shall and is hereby authorized to take all actions to transfer the Funds in the Signature Account into the bank account designated by the Debtors within 7 days, as directed by authorized representatives of the Debtors (the "Transfer").

3. The Debtors and the FDIC shall take reasonable steps to provide for a secure and effective transfer of the Funds and maintain records with respect to the Transfer.

4. The Debtors and the FDIC are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The FDIC shall not have any liability or obligation to any person or party in interest on account of the Transfer pursuant to the Debtors' instructions in accordance with this Order.

6. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

7.     This Court shall retain jurisdiction with respect to any matters, claims, rights, or

disputes arising from or related to the Motion or the implementation or interpretation of this Order.

Dated: _____, 2024
         Wilmington, Delaware                    _____
                                                 The Honorable John T. Dorsey
                                                 United States Bankruptcy Judge