UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

          Debtors

Chapter 11

Case No. 22-11068

(Jointly Administered)

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **FC CAYMAN A, L.L.C.** | **NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent:

    787 Seventh Avenue
    Attn: Joseph Minias
    New York, New York 10019
    jminias@willkie.com
    (212) 728-8000

Name and Address where notices should be sent:

    12333 W. Olympic Blvd.
    Los Angeles, CA 90064
    Attn: Legal Dept.
    Email: legalnotices@riotgames.com;
            dnabel@riotgames.com;
            dan.chang@riotgames.com

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | West Realm Shires Services Inc. | 22-11071 | Amended Schedule E/F line number 3.89 | As described on Amended Schedule E/F |
| | West Realm Shires Services Inc. | 22-11071 | Proof of Claim #: 4174 (ePOC 221107105258818) Filed 06/06/2023 | As described on Proof of Claim |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/17/2023
      Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A

# EVIDENCE OF TRANSFER OF PARTIAL CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FC CAYMAN A, L.L.C.**, its successors and assigns, ("Buyer"), 50% of all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | West Realm Shires Services Inc. | 22-11071 | Amended Schedule E/F line number 3.89 | As described on Schedule E/F (see Exhibit A for Supporting Documents) |
| | West Realm Shires Services Inc. | 22-11071 | Proof of Claim #: 4174 (ePOC 221107105258818) Filed 06/06/2023 | As described on Proof of Claim (see Exhibit A for Supporting Documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make 50% of all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| Buyer: | Seller: |
|---|---|
| **FC CAYMAN A, L.L.C.** | **NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC** |
| By: _[DocuSigned by: BAB7209934364BE...]_ | By: _____ |
| Name: James David | Name: Daniel Chang |
| Title: Authorized Signatory | Title: General Counsel |
| Date: 12/17/2023 | Date: _____ |

Annex A

## EVIDENCE OF TRANSFER OF PARTIAL CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **FC CAYMAN A, L.L.C.**, its successors and assigns, ("Buyer"), 50% of all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd., et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

|  | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | West Realm Shires Services Inc. | 22-11071 | Amended Schedule E/F line number 3.89 | As described on Schedule E/F (see Exhibit A for Supporting Documents) |
|  | West Realm Shires Services Inc. | 22-11071 | Proof of Claim #: 4174 (ePOC 2211107105258818) Filed 06/06/2023 | As described on Proof of Claim (see Exhibit A for Supporting Documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make 50% of all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

| Buyer: | Seller: |
|---|---|
| **FC CAYMAN A, L.L.C.** | **NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC** |
| By: _____ | By: _____ |
| Name: James David | Name: Daniel Chang |
| Title: Authorized Signatory | Title: General Counsel |
| Date: _____ | Date: 12/14/2023 |

# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

| 3.89 | Nonpriority creditor's name and mailing address<br>NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC<br>ATTN: MATTHEW ARCHAMBAULT<br>1233 W. OLYMPIC BLVD.<br>LOS ANGELES, CA 90064 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>Basis for the claim: Sponsorship Agreement | $ Undetermined |
|---|---|---|---|
| | Date or dates debt was incurred  11/10/22<br>Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |



📄 Proof of Claim PDF

## Creditor Data Details - Claim # 4174

**Creditor**
North America League of Legends Championship Series, LLC
Attn: Dan Chang
12333 W. Olympic Blvd.
Los Angeles, CA 90064

**Debtor Name**
West Realm Shires Services Inc.

**Date Filed**
06/27/2023

**Claim Number**
4174

**Schedule Number**
n/a

**Confirmation ID**
3265-69-IAFPS-033781779

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $87,202,010.87 | | $87,202,010.87 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $684,931.51 | | $684,931.51 | Asserted |
| Admin Priority | | | $1,643,835.62 | | $1,643,835.62 | Asserted |
| Total | $0.00 | | $89,530,778.00 | | $89,530,778.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

🔗 Open in new window