# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due: January 11, 2024 at 4:00 p.m. (ET)** |

## TWELFTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP, FORENSIC INVESTIGATION CONSULTANT TO THE CHAPTER 11 DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023

| | |
|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** |
| **Authorized to provide professional services to:** | The Debtors and Debtors-in-Possession |
| **Date of Retention:** | January 20, 2023 *nunc pro tunc* to November 28, 2022 [Docket No. 546] |
| **Period for which compensation and reimbursement is sought:** | November 1, 2023 through November 30, 2023 |
| **Amount of compensation sought as actual, reasonable and necessary:** | $3,464,556.50 |
| **80% of compensation sought as actual, reasonable and necessary:** | $2,771,645.20 (80% of $3,464,556.50) |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | $67,893.53 |

**This is a(n):** ☑ Monthly ☐ Interim ☐ Final application

**The total time expended for fee application preparation is approximately 124.4 hours and the corresponding compensation requested is approximately $72,579.50.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## ALIXPARTNERS, LLP

## SUMMARY OF MONTHLY FEE STATEMENTS

| Date Filed; Docket No. | Period | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| 02/07/2023 Docket #645 | 11/28/2022 - 12/31/2022 | $ 1,103,379.25 | $ 21,288.04 | $ 1,103,379.25 | $ 21,288.04 | 02/28/2023 Docket #780 | $ - |
| 03/06/2023 Docket #816 | 01/01/2023 - 01/31/2023 | 2,114,603.25 | 9,074.28 | 2,074,632.17 | 9,074.28 | 03/17/2023 Docket #1116 | 39,971.08 |
| 04/04/2023 Docket #1220 | 02/01/2023 - 02/28/2023 | 3,003,579.25 | 4,991.04 | 3,003,579.25 | 4,991.04 | 04/25/2023 Docket #1346 | - |
| 05/01/2023 Docket #1397 | 03/01/2023 - 03/31/2023 | 4,444,875.00 | 72,285.60 | 4,444,875.00 | 72,285.60 | 05/01/2023 Docket #1397 | - |
| 06/02/2023 Docket #1560 | 04/01/2023 - 04/30/2023 | 4,849,966.75 | 43,924.43 | 4,639,966.75 | 28,924.43 | 06/26/2023 Docket #1717 | 225,000.00 |
| 06/30/2023 Docket #1820 | 05/01/2023 - 05/31/2023 | 5,122,984.75 | 52,672.11 | 5,122,984.75 | 52,672.11 | 07/21/2023 Docket #1893 | - |
| 07/31/2023 Docket #2099 | 06/01/2023 - 06/30/2023 | 5,053,953.75 | 46,599.88 | 5,053,953.75 | 46,599.88 | 08/24/2023 Docket #2242 | - |
| 8/30/2023 Docket #2274 | 07/01/2023 - 07/31/2023 | 4,196,327.75 | 114,059.80 | 3,762,635.60 | 114,059.80 | 09/20/2023 Docket #2653 | 433,692.15 |
| 9/29/2023 Docket #2774 | 08/01/2023 - 08/31/2023 | 4,607,471.00 | 79,925.05 | 3,762,635.60 | 79,925.05 | 10/20/2023 Docket #3327 | 844,835.40 |
| 10/31/2023 Docket #3633 | 09/01/2023 - 09/30/2023 | 4,129,430.50 | 56,064.99 | 3,303,544.40 | 56,064.99 | 11/30/2023 Docket #4433 | 825,886.10 |
| 11/29/2023 Docket #4206 | 10/01/2023 - 10/31/2023 | 4,573,717.75 | 51,619.12 | | | 12/20/2023 Docket #4932 | 4,625,336.87 |
| 12/22/2023 Docket #N/A | 11/01/2023 - 11/30/2023 | 3,464,556.50 | 67,893.53 | | | | 3,532,450.03 |
| **Subtotal** | | **$46,664,845.50** | **$ 620,397.87** | **$36,272,186.52** | **$ 485,885.22** | | **$ 10,527,171.63** |
| Less Voluntary Reduction[1] | | (39,971.08) | | | | | (39,971.08) |
| Less Voluntary Reduction[2] | | (210,000.00) | (15,000.00) | | | | (225,000.00) |
| Less Voluntary Reduction[3] | | (380,669.79) | (53,022.36) | | | | (433,692.15) |
| **Total** | | **$46,034,204.63** | **$ 552,375.51** | **$36,272,186.52** | **$ 485,885.22** | | **$ 9,828,508.40** |

---

[1] AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $39,971.08 during the First Interim Period.

[2] AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $210,000.00 and expenses in the amount of $10,000.00 during the Second Interim Period.

[3] AlixPartners voluntarily agreed with the Fee Examiner to a reduction of professional fees in the amount of $380,669.79 and expenses in the amount of $53,022.36 during the Third Interim Period.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONALS[1]**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Jacques | Partner & Managing Director | $1,280 | 7.1 | $ 9,088.00 |
| Charles Cipione | Partner & Managing Director | $1,220 | 35.9 | 43,798.00 |
| Matthew Evans | Partner & Managing Director | $1,220 | 9.6 | 11,712.00 |
| David J White | Partner & Managing Director | $1,140 | 51.6 | 58,824.00 |
| David Waterfield | Partner | $1,115 | 37.5 | 41,812.50 |
| John C LaBella | Partner | $1,115 | 163.0 | 181,745.00 |
| Lilly M Goldman | Partner | $1,115 | 103.0 | 114,845.00 |
| Thomas Hofner | Partner | $1,115 | 96.5 | 107,597.50 |
| Elizabeth S Kardos | Partner | $800 | 2.4 | 1,920.00 |
| Tao Shen | Director | $1,070 | 12.1 | 12,947.00 |
| Mark Cervi | Director | $1,020 | 65.4 | 66,708.00 |
| Anne Vanderkamp | Director | $950 | 121.6 | 115,520.00 |
| Brent Robison | Director | $950 | 87.7 | 83,315.00 |
| Steven Hanzi | Director | $950 | 101.3 | 96,235.00 |
| Todd Toaso | Director | $950 | 122.8 | 116,660.00 |
| Travis Phelan | Director | $950 | 153.8 | 146,110.00 |
| Jiayan Xu | Director | $880 | 51.7 | 45,496.00 |
| Kurt H Wessel | Director | $880 | 133.7 | 117,656.00 |
| Ganesh Gopalakrishnan | Senior Vice President | $860 | 112.4 | 96,664.00 |
| Ryan Griffith | Senior Vice President | $855 | 77.4 | 66,177.00 |
| Alexander Patti | Senior Vice President | $825 | 140.0 | 115,500.00 |
| John L Somerville | Senior Vice President | $825 | 123.0 | 101,475.00 |
| Bennett F Mackay | Senior Vice President | $805 | 155.0 | 124,775.00 |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Matthew Birtwell | Senior Vice President | $805 | 167.2 | 134,596.00 |
| Takahiro Yamada | Senior Vice President | $805 | 134.1 | 107,950.50 |
| Lewis Beischer | Senior Vice President | $805 | 120.7 | 97,163.50 |
| Jeffrey R Berg | Senior Vice President | $735 | 20.7 | 15,214.50 |
| Kaitlyn A Sundt | Senior Vice President | $585 | 14.6 | 8,541.00 |
| Laura Capen Verry | Senior Vice President | $540 | 23.1 | 12,474.00 |
| Ryan Backus | Vice President | $725 | 147.3 | 106,792.50 |
| Chuanqi Chen | Vice President | $605 | 151.4 | 91,597.00 |
| Di Liang | Vice President | $605 | 178.1 | 107,750.50 |
| Seen Yung Wong | Vice President | $605 | 154.0 | 93,170.00 |
| Katerina Vasiliou | Vice President | $585 | 119.9 | 70,141.50 |
| Leon Schoonderwoerd | Vice President | $585 | 33.7 | 19,714.50 |
| Randi Self | Vice President | $585 | 141.8 | 82,953.00 |
| Brooke Filler | Vice President | $510 | 4.7 | 2,397.00 |
| Lisa Marie Bonito | Vice President | $500 | 33.1 | 16,550.00 |
| Linna Jia | Consultant | $555 | 89.8 | 49,839.00 |
| Zifan Chen | Consultant | $555 | 153.2 | 85,026.00 |
| Allyson Calhoun | Consultant | $510 | 134.5 | 68,595.00 |
| Chenxi Xu | Consultant | $510 | 58.4 | 29,784.00 |
| Eric Mostoff | Consultant | $510 | 158.1 | 80,631.00 |
| Griffin Shapiro | Consultant | $510 | 173.0 | 88,230.00 |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Jason Chin | Consultant | $510 | 158.2 | 80,682.00 |
| Olivia Braat | Consultant | $510 | 104.9 | 53,499.00 |
| Sean Thompson | Consultant | $510 | 80.5 | 41,055.00 |
| Shengjia Kang | Consultant | $510 | 145.3 | 74,103.00 |
| Yuqing Tong | Consultant | $510 | 23.9 | 12,189.00 |
| Ryan Stutz | Consultant | $415 | 30.4 | 12,616.00 |
| **Total Hours and Fees for Professionals** | | | **4,719.1** | **$ 3,519,834.50** |
| Less: 50% Travel Fees | | | | (55,278.00) |
| **Total Fees for Professionals** | | | | **$ 3,464,556.50** |
| Less: 20% Holdback | | | | (692,911.30) |
| **Total Fees for Professionals Less Holdback** | | | | **$ 2,771,645.20** |

**Average Billing Rate** $ **734.16**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY[1]**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.1 | Chapter 11 Process / Case Management | 13.0 | $ 12,869.00 |
| 1.2 | Communication & Meetings with Interested Parties | 44.8 | 41,691.00 |
| 1.3 | Communication with Regulatory Parties | - | - |
| 1.4 | U.S. Trustee / Court Reporting Requirements | - | - |
| 1.5 | Forensic Analysis | 583.0 | 417,117.00 |
| 1.6 | Document Review | 4.8 | 3,584.00 |
| 1.7 | Interviews | - | - |
| 1.8 | Public Data & Research | 0.4 | 446.00 |
| 1.9 | Claims Process | - | - |
| 1.10 | eDiscovery | - | - |
| 1.11 | Reporting & Presentation of Findings | 16.1 | 13,534.50 |
| 1.12 | Preparation for / Attend Court Hearings | - | - |
| 1.13 | Retention Applications & Relationship Disclosures | - | - |
| 1.14 | Fee Statements & Fee Applications | 124.4 | 72,579.50 |
| 1.15 | Financial Statement Reconstruction | 3,400.1 | 2,615,780.50 |
| 1.16 | Special Investigations | 370.1 | 229,796.50 |
| 1.17 | Solvency Analysis | 3.5 | 1,880.50 |
| 1.31 | Travel Time | 158.9 | 55,278.00 |
| | **Total Hours and Fees By Matter Category** | **4,719.1** | **$ 3,464,556.50** |

**Average Billing Rate  $  734.16**

---

[1] The subject matter of certain time entries may be appropriate for more than one matter category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| Expense Category | | Amount |
|---|---|---:|
| Airfare | $ | 11,036.71 |
| Client Research | | 19,248.40 |
| Ground Transportation | | 6,509.85 |
| Internet | | 123.00 |
| Lodging | | 25,275.00 |
| Meals | | 5,700.57 |
| **Total Expenses** | **$** | **67,893.53** |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** |
| | **Objections Due: January 11, 2024 at 4:00 p.m. (ET)** |

**TWELFTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP, FORENSIC INVESTIGATION CONSULTANT TO THE CHAPTER 11 DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

AlixPartners, LLP ("AlixPartners"), as forensic investigation consultant to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its twelfth monthly fee statement (the "Monthly Fee Statement") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from November 1, 2023 through November 30, 2023 (the "Fee Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

3. The bases for the relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules")*,* the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "Interim Compensation Order").

**Background**

4. On November 11 and November 14, 2022 (as applicable, the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this Court.

5. Joint administration of the Chapter 11 Cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128].

6. No trustee or examiner has been appointed in these Chapter 11 Cases.

7. On December 15, 2022, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 231].

8. On December 21, 2022, the Debtors filed their *Application for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022* [Docket No. 277].

9. On January 20, 2023, the Court entered the *Order Authorizing the Retention and Employment of AlixPartners, LLP as Forensic Investigation Consultant to the Debtors Nunc Pro Tunc to November 28, 2022* [Docket No. 546] (the "Retention Order").

10. The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated November 28, 2022 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 327 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines and the Interim Compensation Order, and any other applicable orders of this Court.

11. Pursuant to the Engagement Letter, Matthew Evans is the Partner & Managing Director responsible for this engagement, assisted by a staff of consultants at various levels with a wide range of relevant skills and abilities.

12. The Interim Compensation Order provides that upon the expiration of the objection deadline (the "Objection Deadline"), a professional may file a certificate of no objection (a "CNO") with the Court with respect to any professional fees and out-of-pocket expenses not subject to objection. After a professional files a CNO, the Debtors are authorized to pay the professional 80% of the fees and 100% of the expenses not subject to an objection that are requested in the applicable Monthly Fee Application.

13. On March 8, 2023, the Court entered the *Order (i) Appointing Fee Examiner and (ii) Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses* [Docket No. 834] appointing Katherine Sadler (the "Fee Examiner") to serve as the fee examiner in these Chapter 11 Cases and establishing certain procedures in connection therewith.

**Fees and Expenses During the Fee Period**

14. During the Fee Period, AlixPartners provided an aggregate of 4,719.1 hours of professional services in the amount of $3,464,556.50 and incurred out-of-pocket expenses in the amount of $67,893.53. After applying a 20% holdback of fees in the amount of $692,911.30, AlixPartners seeks payment of 80% of fees for services rendered in the amount of $2,771,645.20 and 100% of expenses incurred in the amount of $67,893.53, for a total payment of $2,839,538.73 the Fee Period.

15. A detailed itemization, by matter category, of all services performed by AlixPartners with respect to the Chapter 11 Cases during the Fee Period is attached hereto as **Exhibit A**. This detailed itemization complies with Local Rule 2016-2 in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified. All services for which AlixPartners requests compensation were performed for, or on behalf of, the Debtors.

16. A detailed list of the out-of-pocket expenses incurred during the Fee Period are attached hereto as **Exhibit B**.

17. In accordance with section 330 of the Bankruptcy Code, AlixPartners seeks reimbursement only for the actual cost of such expenses to AlixPartners. AlixPartners submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Cases and, by this Monthly Fee Statement, requests reimbursement of the same.

**Summary of Services Rendered During the Fee Period**

18. During the Fee Period, AlixPartners has conducted investigative inquiries and assisted the Debtors with (i) communications and meetings with stakeholders and their representatives;

(ii) engaging in forensic analysis of financial and accounting data, trading records, and other associated data to determine intercompany loans, conduct liability analysis, and aid asset recovery efforts; (iii) review and analysis of Debtors' historical organizational documents, policies and procedures, and internal electronic communications; (iv) research into public data of crypto markets, asset pricing, and other information regarding crypto exchanges and market participants; (v) collecting and structuring financial and accounting data to aid with forensic investigation efforts; (vi) prepare summaries from forensic investigation efforts aimed at asset recovery; and (vii) analysis of available structured and unstructured financial data to support construction of historical quarterly financial data for Debtor entities.

## Services By Category Provided During the Fee Period

19. AlixPartners classified the services performed into separate categories. The descriptions below summarize the services provided by AlixPartners to the Debtors during the Fee Period.

**Matter Code 1.1:  Chapter 11 Process/Case Management**
**13.0 hours - $12,869.00**
- Organized and managed the Debtors' resources to effectively and efficiently plan, coordinate and manage the Chapter 11 process
- Reviewed and maintained dockets and case calendars
- Held working sessions to keep the engagement team informed of the latest case developments, remain aligned on the many workstreams, verify that resources are properly allocated to meet deadlines, and ensure all matters and issues are addressed in an efficient and timely manner

**Matter Code 1.2:  Communication & Meetings with Interested Parties**
**44.8 hours - $41,691.00**
- Met and communicated with, and prepared summaries for, various other Debtor professionals and/or their advisors, the U.S. Trustee, and other parties of interest

**Matter Code 1.5: Forensic Analysis**
**583.0 hours - $417,117.00**
- Reviewed and analyzed financial data including, but not limited to, bank records, trading records, accounting or finance documents, and other data related to assets
- Traced cryptocurrency tokens and other digital assets on and off blockchains
- Analyzed smart tokens or DeFi products
- Conducted forensic analysis of digital artifacts and devices

**Matter Code 1.6: Document Review**
**4.8 hours - $3,584.00**
- Reviewed documents including, but not limited to, memoranda, electronic communications (emails, instant messages, etc.), reports, policies and procedures

**Matter Code 1.8: Public Data & Research**
**0.4 hours - $446.00**
- Obtained, reviewed and analyzed publicly available data sources including but not limited to crypto markets, asset pricing, trading volume, contract specifications, information regarding crypto exchanges and market participants, and Bank Secrecy Act and Anti-Money Laundering requirements

**Matter Code 1.11: Reporting & Presentation of Findings**
**16.1 hours - $13,534.50**
- Prepared and reviewed summaries from forensic investigation efforts
- Prepared oral presentations of findings
- Presented investigative findings

**Matter Code 1.14: Fee Statements & Fee Applications**
**124.4 hours - $72,579.50**
- Drafted and reviewed the Tenth Monthly Fee Statement for the period September 1, 2023 through September 30, 2023, supporting schedules and exhibits and the Third Interim Fee Application
- Managed the fee application process in accordance with requirements of the U.S. Trustee and/or the Court

**Matter Code 1.15: Financial Statement Reconstruction**
**3,400.1 hours - $2,615,780.50**
- Organized and analyzed available structured and unstructured data to construct quarterly financial statements at legal entity and silo levels
- Developed database to combine disparate accounting systems to aid in analysis of accounting data and to preserve accounting data backups
- Analyzed historical accounting records to determine deficiencies, corrections and appropriate treatment
- Identified and analyzed digital assets by legal entity and determine deficiencies, corrections and appropriate treatment

- Reviewed and investigated intercompany, related party and loan transactions, analyze cash movements and identify deficiencies, corrections and appropriate treatment
- Researched and gathered data to support historical solvency analysis of the Debtors
- Prepared draft reports summarizing the process for preparing historical financial statements and the identification of crypto assets

**Matter Code 1.16:  Special Investigations**
**370.1 hours - $229,796.50**
- Managed resources and investigative efforts in support of special investigation requests from regulatory agencies, Debtors' counsel and other stakeholders
- Performed analysis to address special investigation requests from regulatory agencies, Debtors' counsel and other stakeholders
- Performed analysis in support of Debtors' causes of actions

**Matter Code 1.17:  Solvency Analysis**
**3.5 hours - $1,880.50**
- Managed resources in support of the Debtors' solvency expert
- Performed analyses at the request of the Debtors' solvency expert

**Matter Code 1:31:  Travel Time**
**158.9 hours - $55,278.00**
- Traveled to meetings outside of consultants' respective "home" office region (Hours billed under this category were billed at 50% of AlixPartners' standard rates)

20.  AlixPartners believes that the fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Debtors during the Fee Period.

21.  AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

**Certification**

22.      A Certification of Matthew Evans is attached hereto as **Exhibit C** and incorporated herein. Matthew Evans certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Monthly Fee Statement substantially complies with such rule.

**Notice and No Prior Request**

23.      Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) the Official Committee of Unsecured Creditors; and (c) all parties required to be given notice in the Interim Compensation Order. AlixPartners submits that no other or further notice is necessary.

24.      No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

**Conclusion**

**WHEREFORE**, AlixPartners, as forensic investigation consultant to the Debtors, respectfully requests: (i) an interim allowance of compensation for professional services in the amount of $3,464,556.50 and reimbursement of out-of-pocket expenses in the amount of $67,893.53 for the Fee Period; (ii) that, upon the expiration of the Objection Deadline and entry of a CNO, the Debtors are authorized to pay AlixPartners fees in the amount of $2,771,645.20 (80% of $3,464,556.50) and 100% of out-of-pocket expenses in the amount of $67,893.53, for a total amount of $2,839,538.73; and (iii) such other and further relief as this Court deems proper.

Dated:  December 22, 2023

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022

*/s/ Matthew Evans*
By:  Matthew Evans
       Partner & Managing Director