# Exhibit B

## Summary and Detailed Description of AlixPartners' Expenses

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime) | 19.67 |
| 11/01/2023 | Train Di Liang - New York, NY - Washington, DC (travel to in-person team meetings) | 855.00 |
| 11/01/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 2,000.00 |
| 11/01/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 1,310.70 |
| 11/03/2023 | Train Eric Mostoff - New York, NY - Washington, DC (travel to in-person team meetings) | 674.00 |
| 11/03/2023 | Train Griffin Shapiro - Boston, MA - New York, NY (travel to in-person team meetings) | 406.00 |
| 11/03/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 319.97 |
| 11/03/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 74.90 |
| 11/03/2023 | Train Matthew Birtwell Washington, DC - New York, NY (travel to in-person team meetings) | 338.00 |
| 11/03/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 5,000.00 |
| 11/05/2023 | Taxi/Car Service Griffin Shapiro Home to Train station (travel to in-person team meetings) | 14.00 |
| 11/05/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 8.54 |
| 11/06/2023 | Lodging Allyson Calhoun - Westin New York Grand Central, New York, NY 2023-11-06 2023-11-09 (in-person team meetings) | 1,575.00 |
| 11/06/2023 | Internet Access Allyson Calhoun | 8.00 |
| 11/06/2023 | Taxi/Car Service Allyson Calhoun Airport to Hotel (travel to in-person team meetings) | 165.50 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/06/2023 | Taxi/Car Service Allyson Calhoun Home to Airport (travel to in-person team meetings) | 57.50 |
| 11/06/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 59.00 |
| 11/06/2023 | Airfare Allyson Calhoun 2023-11-06 ORD - EWR; travel to in-person team meetings (United, round trip, economy) | 658.07 |
| 11/06/2023 | Lodging Griffin Shapiro - Westin New York Grand Central, New York, NY 2023-11-06 2023-11-09 (in-person team meetings) | 1,575.00 |
| 11/06/2023 | Taxi/Car Service Griffin Shapiro Hotel to Office (in-person team | 22.37 |
| 11/06/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 70.00 |
| 11/07/2023 | Group Meal - Engagement Team - Breakfast - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 39.38 |
| 11/07/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 20.30 |
| 11/07/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 44.15 |
| 11/07/2023 | Taxi/Car Service Griffin Shapiro Office to Dinner (in-person team meetings) | 28.76 |
| 11/07/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 20.30 |
| 11/07/2023 | Group Meal - Engagement Team - Dinner - Sean Thompson; Griffin Shapiro; Allyson Calhoun; Jason Chin (in-person team meetings) | 280.00 |
| 11/07/2023 | Taxi/Car Service Jason Chin Dinner to Home (in-person team meetings) | 47.08 |
| 11/08/2023 | Taxi/Car Service Allyson Calhoun Dinner to Hotel (in-person team meetings) | 18.93 |
| 11/08/2023 | Group Meal - Engagement Team - Breakfast - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 37.81 |
| 11/08/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 18.52 |
| 11/08/2023 | Taxi/Car Service Griffin Shapiro Office to Dinner (in-person team meetings) | 19.22 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/08/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 26.89 |
| 11/08/2023 | Group Meal - Engagement Team - Dinner - Matthew Birtwell; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 162.04 |
| 11/08/2023 | Mileage Matthew Birtwell 28 Miles (travel to in-person team meetings) | 18.34 |
| 11/08/2023 | Public Transportation Matthew Birtwell Train Station to Office (travel to in-person team meetings) | 2.90 |
| 11/08/2023 | Lodging Matthew Birtwell - Courtyard Midtown East, New York, NY 2023-11-08 2023-11-09 (in-person team meetings) | 525.00 |
| 11/08/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 14.04 |
| 11/08/2023 | Individual Meal - Matthew Birtwell - Lunch (in-person team meetings) | 16.32 |
| 11/08/2023 | Taxi/Car Service Matthew Birtwell Dinner to Hotel (in-person team meetings) | 20.99 |
| 11/08/2023 | Taxi/Car Service Matthew Birtwell Office to Dinner (in-person team meetings) | 17.89 |
| 11/09/2023 | Internet Access Allyson Calhoun | 8.00 |
| 11/09/2023 | Taxi/Car Service Allyson Calhoun Airport to Home (return from in-person team meetings) | 55.09 |
| 11/09/2023 | Taxi/Car Service Allyson Calhoun Office to Airport (return from in-person team meetings) | 77.89 |
| 11/09/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 13.52 |
| 11/09/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 18.52 |
| 11/09/2023 | Public Transportation Griffin Shapiro Hotel to Office (in-person team meetings) | 2.90 |
| 11/09/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 35.00 |
| 11/09/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 21.74 |
| 11/09/2023 | Taxi/Car Service Griffin Shapiro Train Station to Home (return from in-person team meetings) | 18.37 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/09/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 20.30 |
| 11/09/2023 | Mileage Matthew Birtwell 29 Miles (return from in-person team | 19.00 |
| 11/09/2023 | Parking/Tolls Matthew Birtwell (travel to in-person team meetings) | 18.00 |
| 11/09/2023 | Public Transportation Matthew Birtwell Office to Train Station (return from in-person team meetings) | 2.90 |
| 11/09/2023 | Individual Meal - Matthew Birtwell - Breakfast (in-person team | 8.06 |
| 11/09/2023 | Individual Meal - Matthew Birtwell - Dinner (in-person team meetings) | 17.20 |
| 11/09/2023 | Individual Meal - Matthew Birtwell - Lunch (in-person team meetings) | 19.60 |
| 11/12/2023 | Airfare Allyson Calhoun 2023-11-12 ORD - DCA; travel to in-person team meetings (United, round trip, economy) | 778.44 |
| 11/12/2023 | Taxi/Car Service Allyson Calhoun Airport to Hotel (travel to in-person team meetings) | 57.51 |
| 11/12/2023 | Taxi/Car Service Allyson Calhoun Dinner to Hotel (in-person team meetings) | 1.00 |
| 11/12/2023 | Taxi/Car Service Allyson Calhoun Dinner to Hotel (in-person team meetings) | 8.81 |
| 11/12/2023 | Lodging Allyson Calhoun - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Allyson Calhoun Home to Airport (travel to in-person team meetings) | 44.80 |
| 11/12/2023 | Taxi/Car Service Allyson Calhoun Hotel to Dinner (in-person team meetings) | 9.91 |
| 11/12/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 65.00 |
| 11/12/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 24.00 |
| 11/12/2023 | Airfare Chuanqi Chen 2023-11-12 IAH - DCA; travel to in-person team meetings (United, one way, economy) | 396.83 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/12/2023 | Lodging Chuanqi Chen - Hyatt Hotels, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Chuanqi Chen Airport to Hotel (travel to in-person team meetings) | 34.22 |
| 11/12/2023 | Taxi/Car Service Chuanqi Chen Dinner to Hotel (in-person team | 11.48 |
| 11/12/2023 | Taxi/Car Service Chuanqi Chen Home to Airport (travel to in-person team meetings) | 62.79 |
| 11/12/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 6.59 |
| 11/12/2023 | Lodging Di Liang - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Di Liang Home to Train Station (travel to in-person team meetings) | 42.19 |
| 11/12/2023 | Taxi/Car Service Di Liang Train Station to Hotel (travel to in-person team meetings) | 20.85 |
| 11/12/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 11/12/2023 | Lodging Eric Mostoff - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Eric Mostoff Home to Train Station (travel to in-person team meetings) | 50.49 |
| 11/12/2023 | Airfare Griffin Shapiro 2023-11-12 BOS - BWI; travel to in-person team meetings (Delta, round trip, economy) | 512.76 |
| 11/12/2023 | Lodging Griffin Shapiro - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Griffin Shapiro Airport to Hotel (travel to in-person team meetings) | 72.58 |
| 11/12/2023 | Taxi/Car Service Griffin Shapiro Home to Airport (travel to in-person team meetings) | 26.97 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/12/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 2.25 |
| 11/12/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 22.52 |
| 11/12/2023 | Airfare Jason Chin 2023-11-12 LGA - DCA; travel to in-person team meetings (American, round trip, economy) | 482.12 |
| 11/12/2023 | Lodging Jason Chin - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Jason Chin Airport to Hotel (travel to in-person team meetings) | 25.18 |
| 11/12/2023 | Taxi/Car Service Jason Chin Home to Airport (travel to in-person team meetings) | 41.30 |
| 11/12/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 63.60 |
| 11/12/2023 | Individual Meal - Jason Chin - Lunch (in-person team meetings) | 39.59 |
| 11/12/2023 | Airfare John Labella 2023-11-12 MFR - BWI; travel to in person team meetings (Alaska, one way, economy) | 682.20 |
| 11/12/2023 | Airfare Mark Cervi 2023-11-12 LAX - DCA; travel to in-person team meetings (United, one way, economy) | 501.92 |
| 11/12/2023 | Lodging Mark Cervi - Westin Georgetown, Washington, DC 2023-11-12 2023-11-15 (in-person team meetings) | 1,200.00 |
| 11/12/2023 | Internet Access Mark Cervi | 8.00 |
| 11/12/2023 | Taxi/Car Service Mark Cervi Airport to Hotel (travel to in-person team meetings) | 80.96 |
| 11/12/2023 | Airfare Randi Self 2023-11-12 DFW - DCA; travel to in-person team meetings (American, round trip, economy) | 730.79 |
| 11/12/2023 | Mileage Randi Self 22 Miles (travel to in-person team meetings) | 14.41 |
| 11/12/2023 | Internet Access Randi Self | 19.00 |
| 11/12/2023 | Lodging Randi Self - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/12/2023 | Taxi/Car Service Randi Self Airport to Hotel (travel to in-person team meetings) | 51.85 |
| 11/12/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 29.53 |
| 11/12/2023 | Airfare Seen Yung Wong 2023-11-12 LGA - DCA; travel to in-person team meetings (Delta, round trip, economy) | 794.44 |
| 11/12/2023 | Lodging Seen Yung Wong - Westin Georgetown, Washington, DC 2023-11-12 2023-11-16 (in-person team meetings) | 1,600.00 |
| 11/12/2023 | Taxi/Car Service Seen Yung Wong Airport to Hotel (travel to in-person team meetings) | 22.96 |
| 11/12/2023 | Taxi/Car Service Seen Yung Wong Home to Airport (travel to in-person team meetings) | 64.97 |
| 11/12/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 5.76 |
| 11/12/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 35.97 |
| 11/12/2023 | Individual Meal - Seen Yung Wong - Lunch (in-person team meetings) | 35.46 |
| 11/12/2023 | Airfare Todd Toaso 2023-11-12 LGA - DCA; travel to in-person team meetings (Delta, round trip, economy) | 1,188.63 |
| 11/12/2023 | Lodging Todd Toaso - Westin Hotels and Resorts, Washington, DC 2023-11-12 2023-11-14 (in-person team meetings) | 800.00 |
| 11/12/2023 | Taxi/Car Service Todd Toaso Airport to Hotel (travel to in-person team meetings) | 55.65 |
| 11/12/2023 | Taxi/Car Service Todd Toaso Home to Airport (travel to in-person team meetings) | 107.84 |
| 11/13/2023 | Airfare Alexander Patti 2023-11-13 ORD - DCA; travel to in-person team meetings (American, round trip, economy) | 523.04 |
| 11/13/2023 | Taxi/Car Service Alexander Patti Airport to Hotel (travel to in-person team meetings) | 26.79 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/13/2023 | Taxi/Car Service Alexander Patti Home to Airport (travel to in-person team meetings) | 49.89 |
| 11/13/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 20.76 |
| 11/13/2023 | Internet Access Alexander Patti | 15.00 |
| 11/13/2023 | Lodging Alexander Patti - Westin Georgetown, Washington, DC 2023-11-13 2023-11-16 (in-person team meetings) | 1,200.00 |
| 11/13/2023 | Individual Meal - Allyson Calhoun - Dinner (in-person team meetings) | 65.00 |
| 11/13/2023 | Airfare Anne Vanderkamp 2023-11-13 ORD - DCA; travel to in-person team meetings (American, round trip, economy) | 550.37 |
| 11/13/2023 | Taxi/Car Service Anne Vanderkamp Home to Airport (travel to in-person team meetings) | 68.77 |
| 11/13/2023 | Taxi/Car Service Anne Vanderkamp Office to Hotel (in-person team meetings) | 13.48 |
| 11/13/2023 | Lodging Anne Vanderkamp - Marriott, Washington, DC 2023-11-13 2023-11-16 (in-person team meetings) | 1,200.00 |
| 11/13/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 13.19 |
| 11/13/2023 | Group Meal - Engagement Team - Dinner - Eric Mostoff; Di Liang (in-person team meetings) | 130.00 |
| 11/13/2023 | Group Meal - Engagement Team - Lunch - Alexander Patti; John Somerville; Eric Mostoff; Seen Yung Wong (in-person team meetings) | 17.16 |
| 11/13/2023 | Individual Meal - Eric Mostoff - Breakfast (in-person team meetings) | 5.57 |
| 11/13/2023 | Group Meal - Engagement Team - Breakfast - Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 49.29 |
| 11/13/2023 | Individual Meal - Griffin Shapiro - Dinner (in-person team meetings) | 42.20 |
| 11/13/2023 | Individual Meal - Jason Chin - Dinner (in-person team meetings) | 64.05 |
| 11/13/2023 | Individual Meal - Jason Chin - Lunch (in-person team meetings) | 6.71 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/13/2023 | Lodging Olivia Braat - Ritz Carlton, Washington, DC 2023-11-13 2023-11-15 (in-person team meetings) | 800.00 |
| 11/13/2023 | Individual Meal - Olivia Braat - Dinner (in-person team meetings) | 65.00 |
| 11/13/2023 | Taxi/Car Service Olivia Braat Airport to Office (travel to in-person team meetings) | 17.97 |
| 11/13/2023 | Taxi/Car Service Olivia Braat Home to Airport (travel to in-person team meetings) | 62.97 |
| 11/13/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 29.25 |
| 11/13/2023 | Airfare Sean Thompson 2023-11-13 LGA - DCA; travel to in-person team meetings (American, round trip, economy) | 393.15 |
| 11/13/2023 | Taxi/Car Service Sean Thompson Airport to Office (travel to in-person team meetings) | 19.95 |
| 11/13/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 11.72 |
| 11/13/2023 | Taxi/Car Service Sean Thompson Home to Airport (travel to in-person team meetings) | 52.16 |
| 11/13/2023 | Individual Meal - Sean Thompson - Dinner (in-person team meetings) | 17.33 |
| 11/13/2023 | Lodging Sean Thompson - Hyatt Hotels, Washington, DC 2023-11-13 2023-11-16 (in-person team meetings) | 1,200.00 |
| 11/13/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 10.80 |
| 11/13/2023 | Airfare Takahiro Yamada 2023-11-13 LGA - DCA; travel to in-person team meetings (American, round trip, economy) | 343.98 |
| 11/13/2023 | Lodging Takahiro Yamada - Marriott Hotels, Washington, DC 2023-11-13 2023-11-16 (in-person team meetings) | 1,200.00 |
| 11/13/2023 | Taxi/Car Service Takahiro Yamada Airport to Office (travel to in-person team meetings) | 34.44 |
| 11/13/2023 | Taxi/Car Service Takahiro Yamada Home to Airport (travel to in-person team meetings) | 64.19 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/13/2023 | Individual Meal - Takahiro Yamada - Breakfast (in-person team | 15.00 |
| 11/13/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 35.75 |
| 11/13/2023 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 11.57 |
| 11/13/2023 | Individual Meal - Todd Toaso - Dinner (in-person team meetings) | 65.00 |
| 11/13/2023 | Taxi/Car Service Todd Toaso Office to Hotel (in-person team meetings) | 17.10 |
| 11/14/2023 | Individual Meal - Alexander Patti - Breakfast (in-person team meetings) | 20.25 |
| 11/14/2023 | Individual Meal - Allyson Calhoun - Breakfast (in-person team meetings) | 20.10 |
| 11/14/2023 | Individual Meal - Allyson Calhoun - Lunch (in-person team meetings) | 13.75 |
| 11/14/2023 | Group Meal - Engagement Team - Dinner - Anne Vanderkamp; Lilly Goldman (in-person team meetings) | 27.39 |
| 11/14/2023 | Taxi/Car Service Anne Vanderkamp Airport to Office (travel to in-person team meetings) | 20.88 |
| 11/14/2023 | Group Meal - Engagement Team - Breakfast - Eric Mostoff; Di Liang (in-person team meetings) | 45.82 |
| 11/14/2023 | Group Meal - Engagement Team - Dinner - Di Liang; Eric Mostoff (in-person team meetings) | 110.70 |
| 11/14/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 18.40 |
| 11/14/2023 | Taxi/Car Service Eric Mostoff Hotel to Office (in-person team meetings) | 12.92 |
| 11/14/2023 | Group Meal - Engagement Team - Dinner - Jason Chin; Allyson Calhoun; Griffin Shapiro; Sean Thompson; Olivia Braat (in-person team | 325.00 |
| 11/14/2023 | Taxi/Car Service Griffin Shapiro Lunch to Office (in-person team meetings) | 28.59 |
| 11/14/2023 | Individual Meal - Griffin Shapiro - Breakfast (in-person team meetings) | 6.50 |
| 11/14/2023 | Taxi/Car Service Griffin Shapiro Office to Dinner (in-person team meetings) | 15.14 |
| 11/14/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 7.70 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/14/2023 | Airfare John Somerville 2023-11-14 LGA - DCA; travel to in-person team meetings (American, one way, economy) | 395.24 |
| 11/14/2023 | Lodging John Somerville - Autograph Collection, Washington, DC 2023-11-14 2023-11-15 (in-person team meetings) | 400.00 |
| 11/14/2023 | Taxi/Car Service John Somerville Airport to Office (travel to in-person team meetings) | 47.90 |
| 11/14/2023 | Taxi/Car Service John Somerville Home to Airport (travel to in-person meetings) | 49.04 |
| 11/14/2023 | Individual Meal - John Somerville - Breakfast (in-person team meetings) | 18.24 |
| 11/14/2023 | Individual Meal - John Somerville - Dinner (in-person team meetings) | 24.55 |
| 11/14/2023 | Individual Meal - Olivia Braat - Lunch (in-person team meetings) | 12.58 |
| 11/14/2023 | Taxi/Car Service Olivia Braat Dinner to Hotel (in-person team meetings) | 14.17 |
| 11/14/2023 | Group Meal - Engagement Team Randi Self - Lunch - Randi Self; Seen Yung Wong; Chuanqi Chen; Eric Mostoff; Todd Toaso; Alexander Patti; John Somerville (in-person team meetings) | 146.05 |
| 11/14/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 10.27 |
| 11/14/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 46.02 |
| 11/14/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 5.24 |
| 11/14/2023 | Group Meal - Engagement Team - Dinner - Seen Yung Wong; Chuanqi Chen; Mark Cervi; Alexander Patti (in-person team meetings) | 217.83 |
| 11/14/2023 | Individual Meal - Takahiro Yamada - Dinner (in-person team meetings) | 39.60 |
| 11/14/2023 | Lodging Todd Toaso - Marriott Hotels, Washington, DC 2023-11-14 2023-11-16 (in-person team meetings) | 800.00 |
| 11/14/2023 | Individual Meal - Todd Toaso - Breakfast (in-person team meetings) | 15.44 |
| 11/14/2023 | Taxi/Car Service Todd Toaso Office to Hotel (in-person team meetings) | 20.13 |
| 11/14/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 299.00 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/14/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 129.69 |
| 11/15/2023 | Taxi/Car Service Alexander Patti Dinner to Hotel (in-person team meetings) | 15.74 |
| 11/15/2023 | Taxi/Car Service Anne Vanderkamp Office to Dinner (in-person team meetings) | 17.83 |
| 11/15/2023 | Taxi/Car Service Anne Vanderkamp Dinner to Hotel (in-person team meetings) | 18.18 |
| 11/15/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 13.16 |
| 11/15/2023 | Individual Meal - Chuanqi Chen - Lunch (in-person team meetings) | 45.00 |
| 11/15/2023 | Taxi/Car Service Di Liang Dinner to Hotel (in-person team meetings) | 43.17 |
| 11/15/2023 | Taxi/Car Service Di Liang Hotel to Dinner (in-person team meetings) | 33.59 |
| 11/15/2023 | Individual Meal - Di Liang - Lunch (in-person team meetings) | 31.75 |
| 11/15/2023 | Group Meal - Engagement Team - Breakfast - Eric Mostoff; Todd Toaso; Takahiro Yamada; John Labella (in-person team meetings) | 19.29 |
| 11/15/2023 | Individual Meal - Eric Mostoff - Lunch (in-person team meetings) | 10.58 |
| 11/15/2023 | Taxi/Car Service Griffin Shapiro Dinner to Hotel (in-person team meetings) | 25.53 |
| 11/15/2023 | Individual Meal - Griffin Shapiro - Lunch (in-person team meetings) | 25.85 |
| 11/15/2023 | Taxi/Car Service Jason Chin Hotel to Dinner (in-person team meetings) | 18.80 |
| 11/15/2023 | Airfare John Somerville 2023-11-15 DCA - LGA; return from in-person team meetings (Delta, one way, economy) | 204.22 |
| 11/15/2023 | Taxi/Car Service John Somerville Airport to Home (return from in-person team meetings) | 39.01 |
| 11/15/2023 | Taxi/Car Service John Somerville Office to Aiport (return from in-person team meetings) | 19.90 |
| 11/15/2023 | Individual Meal - John Somerville - Lunch (in-person team meetings) | 15.95 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/15/2023 | Group Meal - Engagement Team - Lunch - Bennett Mackay; Lilly Goldman; Sean Thompson; Olivia Braat (in-person team meetings) | 155.60 |
| 11/15/2023 | Airfare Mark Cervi 2023-11-15 DCA - LAX; return from in-person team meetings (United, one way, economy) | 460.77 |
| 11/15/2023 | Internet Access Mark Cervi | 8.00 |
| 11/15/2023 | Taxi/Car Service Mark Cervi Hotel to Airport (return from in-person team meetings) | 70.95 |
| 11/15/2023 | Taxi/Car Service Matthew Birtwell Dinner to Home (in-person team meetings) | 51.97 |
| 11/15/2023 | Taxi/Car Service Matthew Birtwell Office to Dinner (in-person team meetings) | 16.87 |
| 11/15/2023 | Taxi/Car Service Olivia Braat Airport to Home (return from in-person team meetings) | 81.06 |
| 11/15/2023 | Individual Meal - Olivia Braat - Breakfast (in-person team meetings) | 8.67 |
| 11/15/2023 | Individual Meal - Olivia Braat - Dinner (in-person team meetings) | 62.62 |
| 11/15/2023 | Taxi/Car Service Olivia Braat Office to Airport (return from in-person team meetings) | 29.48 |
| 11/15/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 8.42 |
| 11/15/2023 | Taxi/Car Service Sean Thompson Dinner to Hotel (in-person team meetings) | 12.96 |
| 11/15/2023 | Group Meal - Engagement Team - Lunch - Seen Yung Wong; Randi Self (in-person team meetings) | 31.87 |
| 11/15/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 3.96 |
| 11/15/2023 | Taxi/Car Service Takahiro Yamada Office to Dinner (in-person team meetings) | 11.94 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/15/2023 | Group Meal - Engagement Team - Dinner - Alexander Patti; John Labella; Anne Vanderkamp; Takahiro Yamada; Kurt Wessel; Todd Toaso; Jason Chin; Griffin Shapiro; Allyson Calhoun; Randi Self; Matthew Birtwell; Seen Yung Wong; Sean Thompson; Di Liang; Eric Mostoff; Mark Cervi; Chuanqi Chen (in-person team meetings) | 1,105.00 |
| 11/15/2023 | Taxi/Car Service Todd Toaso Office to Dinner (in-person team meetings) | 37.23 |
| 11/16/2023 | Taxi/Car Service Alexander Patti Airport to Home (return from in-person team meetings) | 57.23 |
| 11/16/2023 | Taxi/Car Service Alexander Patti Office to Airport (return from in-person team meetings) | 27.58 |
| 11/16/2023 | Individual Meal - Alexander Patti - Dinner (in-person team meetings) | 65.00 |
| 11/16/2023 | Individual Meal - Alexander Patti - Lunch (in-person team meetings) | 19.98 |
| 11/16/2023 | Internet Access Alexander Patti | 15.00 |
| 11/16/2023 | Taxi/Car Service Allyson Calhoun Airport to Home (return from in-person team meetings) | 51.91 |
| 11/16/2023 | Group Meal - Engagement Team - Breakfast - Matthew Birtwell; Allyson Calhoun; Griffin Shapiro (in-person team meetings) | 33.10 |
| 11/16/2023 | Taxi/Car Service Allyson Calhoun Office to Airport (return from in-person team meetings) | 66.50 |
| 11/16/2023 | Internet Access Allyson Calhoun | 8.00 |
| 11/16/2023 | Taxi/Car Service Anne Vanderkamp Hotel to Office (in-person team meetings) | 21.56 |
| 11/16/2023 | Internet Access Anne Vanderkamp | 15.00 |
| 11/16/2023 | Individual Meal - Anne Vanderkamp - Lunch (in-person team meetings) | 18.90 |
| 11/16/2023 | Airfare Chuanqi Chen 2023-11-16 DCA - IAH; return from in-person team meetings (United, one way, economy) | 372.74 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/16/2023 | Taxi/Car Service Chuanqi Chen Airport to Home (return from in-person team meetings) | 66.60 |
| 11/16/2023 | Taxi/Car Service Chuanqi Chen Dinner to Hotel (in-person team | 28.56 |
| 11/16/2023 | Taxi/Car Service Chuanqi Chen Office to Airport (return from in-person team meetings) | 94.34 |
| 11/16/2023 | Individual Meal - Chuanqi Chen - Breakfast (in-person team meetings) | 15.39 |
| 11/16/2023 | Individual Meal - Chuanqi Chen - Dinner (in-person team meetings) | 54.11 |
| 11/16/2023 | Group Meal - Engagement Team - Lunch - Eric Mostoff; Di Liang; Jason Chin (in-person team meetings) | 123.42 |
| 11/16/2023 | Taxi/Car Service Di Liang Office to Train Station (return from in-person team meetings) | 30.64 |
| 11/16/2023 | Taxi/Car Service Di Liang Train to Home (return from in-person team meetings) | 42.35 |
| 11/16/2023 | Individual Meal - Di Liang - Dinner (in-person team meetings) | 65.00 |
| 11/16/2023 | Group Meal - Engagement Team - Lunch - Alexander Patti; Todd Toaso; Chuanqi Chen; Seen Yung Wong (in-person team meetings) | 23.76 |
| 11/16/2023 | Taxi/Car Service Eric Mostoff Office to Dinner (in-person team | 33.39 |
| 11/16/2023 | Taxi/Car Service Eric Mostoff Hotel to Office (in-person team meetings) | 13.00 |
| 11/16/2023 | Taxi/Car Service Eric Mostoff Train Station to Home (return from in-person team meetings) | 58.74 |
| 11/16/2023 | Individual Meal - Eric Mostoff - Dinner (in-person team meetings) | 42.96 |
| 11/16/2023 | Taxi/Car Service Griffin Shapiro Airport to Home (return from in-person team meetings) | 33.42 |
| 11/16/2023 | Taxi/Car Service Jason Chin Airport to Home (return from in-person team meetings) | 37.90 |
| 11/16/2023 | Airfare John Labella 2023-11-16 DCA - SFO; return from in-person team meetings (United, one way, economy) | 1,067.00 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/16/2023 | Taxi/Car Service Mark Cervi Airport to Home (return from in-person team meetings) | 57.62 |
| 11/16/2023 | Group Meal - Engagement Team Matthew Birtwell - Dinner - Jason Chin; Allyson Calhoun; Griffin Shapiro; Matthew Birtwell; Sean Thompson (in-person team meetings) | 288.83 |
| 11/16/2023 | Mileage Randi Self 22 Miles (return from in-person team meetings) | 14.41 |
| 11/16/2023 | Parking/Tolls Randi Self (travel to in-person team meetings) | 118.00 |
| 11/16/2023 | Taxi/Car Service Randi Self Office to Airport (return from in-person team meetings) | 69.40 |
| 11/16/2023 | Individual Meal - Randi Self - Breakfast (in-person team meetings) | 8.69 |
| 11/16/2023 | Individual Meal - Randi Self - Dinner (in-person team meetings) | 51.00 |
| 11/16/2023 | Internet Access Randi Self | 19.00 |
| 11/16/2023 | Individual Meal - Sean Thompson - Breakfast (in-person team meetings) | 14.82 |
| 11/16/2023 | Taxi/Car Service Sean Thompson Airport to Home (return from in-person team meetings) | 43.16 |
| 11/16/2023 | Taxi/Car Service Sean Thompson Office to Airport (return from in-person team meetings) | 72.94 |
| 11/16/2023 | Individual Meal - Sean Thompson - Lunch (in-person team meetings) | 44.88 |
| 11/16/2023 | Taxi/Car Service Seen Yung Wong Airport to Home (return from in-person team meetings) | 83.93 |
| 11/16/2023 | Taxi/Car Service Seen Yung Wong Office to Airport (return from in-person team meetings) | 38.55 |
| 11/16/2023 | Individual Meal - Seen Yung Wong - Breakfast (in-person team | 14.94 |
| 11/16/2023 | Individual Meal - Seen Yung Wong - Dinner (in-person team meetings) | 65.00 |
| 11/16/2023 | Taxi/Car Service Takahiro Yamada Airport to Home (return from in-person team meetings) | 73.70 |
| 11/16/2023 | Individual Meal - Takahiro Yamada - Lunch (in-person team meetings) | 5.82 |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re: Expenses
Code: 20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---|
| 11/16/2023 | Taxi/Car Service Todd Toaso Hotel to Office (in-person team meetings) | 30.86 |
| 11/16/2023 | Taxi/Car Service Todd Toaso Office to Airport (return from in-person team meetings) | 68.65 |
| 11/17/2023 | Taxi/Car Service Todd Toaso Airport to Home (return from in-person team meetings) | 94.09 |
| 11/20/2023 | Taxi/Car Service Di Liang Office to Home (overtime) | 17.50 |
| 11/20/2023 | Individual Meal - Di Liang - Dinner (overtime) | 20.00 |
| 11/20/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 15.14 |
| 11/21/2023 | Individual Meal - Di Liang - Dinner (overtime) | 20.00 |
| 11/27/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 99.00 |
| 11/28/2023 | Taxi/Car Service Di Liang Office to Home (overtime) | 29.13 |
| 11/28/2023 | Individual Meal - Di Liang - Dinner (overtime) | 18.45 |
| 11/30/2023 | Compile fees for historic blockchain data to facilitate balance sheet recreation | 10,000.00 |
| **Total** | | **$ 67,893.53** |

AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| Expenses | | Amount |
|---|---|---|
| Airfare | $ | 11,036.71 |
| Client Research | | 19,248.40 |
| Ground Transportation | | 6,509.85 |
| Internet | | 123.00 |
| Lodging | | 25,275.00 |
| Meals | | 5,700.57 |
| **Total Disbursements** | **$** | **67,893.53** |