# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**Objection Deadline: January 10, 2024 at 4:00 p.m. (ET)**
**Hearing Date: January 25, 2024 at 10:00 a.m. (ET)**

## NOTICE OF MOTIONS TO DISMISS BANKRUPTCY CASES OF (A) FTX TRADING LTD. AND (B) MACLAURIN INVESTMENTS LTD.

**PLEASE TAKE NOTICE** that on October 27, 2023, Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG (together, "**LI Parties**") filed their (a) *Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of Maclaurin Investments Ltd.* [D.I. 3399] and (b) *Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of FTX Trading Ltd.* [D.I. 3400] (jointly, "**LI Parties' MSTD**").

**PLEASE TAKE FURTHER NOTICE THAT** objections (for parties other than the Debtors), if any, to the relief requested in the LI Parties' MSTD must be in writing and filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 ("**Court**"), on or before **January 10, 2024, at 4:00 p.m. (ET).** At the same time, you must also serve a copy of the objection so as to be received no later than **4:00 p.m. (ET) on January 10, 2024,** on the following parties: (a) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com) and Peter J. Keane (pkeane@pszjlaw.com); (b) The Daley Law Firm, LLC, 4845 Pearl East Circle, Suite 101, Boulder, CO 80301 Darrell Daley (darrell@daleylawyers.com) and Samantha Neal (samantha@daleylawyers.com); and (c) Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, NY 10022, Attn: Joseph T. Moldovan (jmoldovan@morrisoncohen.com) and Heath D. Rosenblat (hrosenblat@morrisoncohen.com).

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the LI Parties' MSTD will be held on **January 25, 2024 at 10:00 a.m. (ET)**.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors (collectively, "**Debtors**") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the LI Parties' MSTD may be obtained free of charge from Kroll ("**Claims and Noticing Agent**") through the case website at https://restructuring.ra.kroll.com/FTX/Home-Index (or viewed on the internet, for a fee, at the Court's website http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such website). Parties-in-interest may also request copies of the LI Parties' MSTD from the LI Parties by emailing the undersigned counsel. Please note that the Claims and Noticing Agent is not permitted to give legal advice.

Dated: December 14, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
         pkeane@pszjlaw.com

THE DALEY LAW FIRM LLC
Darrell Daley (admitted *pro hac vice*)
Samantha Neal (admitted *pro hac vice*)
4845 Pearl East Circle, Suite 101
Boulder, Colorado 80301
Telephone: (303) 479-3500
Email: Darrell@daleylawyers.com
       Samantha@daleylawyers.com

- and -

MORRISON COHEN LLP
Joseph T. Moldovan (admitted *pro hac vice*)
Heath D. Rosenblat (admitted *pro hac vice*)
Jason P. Gottlieb (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
909 Third Avenue, 27th Floor
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Email: jmoldovan@morrisoncohen.com
       hrosenblat@morrisoncohen.com
       jgottlieb@morrisoncohen.com
       mmix@morrisoncohen.com

*Counsel to Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG*