**Exhibit B**

**Disbursements**

15089781v1

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 11/1/2023 | Emil Tu | Late night / weekend transportation | 15.80 | Taxi home, working late in office |
| 11/1/2023 | Kendyl Flinn | Late night / weekend transportation | 19.10 | Taxi home, working late in office |
| 11/1/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/1/2023 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/1/2023 | Kendyl Flinn | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/2/2023 | Emil Tu | Late night / weekend transportation | 18.66 | Taxi home, working late in office |
| 11/2/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/3/2023 | Emil Tu | Late night / weekend transportation | 16.62 | Taxi home, working late in office |
| 11/3/2023 | Geoffrey Posess | Late night / weekend transportation | 29.90 | Taxi home, working late in office |
| 11/3/2023 | Jackson Darby | Late night / weekend transportation | 17.87 | Taxi home, working late in office |
| 11/5/2023 | Emil Tu | Late night / weekend transportation | 20.81 | Taxi home, working late in office |
| 11/7/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/8/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/13/2023 | Geoffrey Posess | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/13/2023 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/14/2023 | Emil Tu | Late night / weekend transportation | 15.73 | Taxi home, working late in office |
| 11/14/2023 | Geoffrey Posess | Late night / weekend transportation | 27.91 | Taxi home, working late in office |
| 11/13/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/14/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/14/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/14/2023 | Jackson Darby | Late night / weekend meals | 20.00 | Meal working late in office |

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 11/15/2023 | Emil Tu | Late night / weekend transportation | 17.92 | Taxi home, working late in office |
| 11/15/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/16/2023 | Emil Tu | Late night / weekend transportation | 14.75 | Taxi home, working late in office |
| 11/16/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/17/2023 | Emil Tu | Late night / weekend transportation | 15.79 | Taxi home, working late in office |
| 11/20/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/21/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/21/2023 | Emil Tu | Late night / weekend transportation | 18.22 | Taxi home, working late in office |
| 11/22/2023 | Emil Tu | Late night / weekend transportation | 17.69 | Taxi home, working late in office |
| 11/22/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/27/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/28/2023 | Emil Tu | Late night / weekend transportation | 15.65 | Taxi home, working late in office |
| 11/28/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/28/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/29/2023 | Emil Tu | Late night / weekend transportation | 17.30 | Taxi home, working late in office |
| 11/29/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/29/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 11/30/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 67,184.74 | Period ended November 30, 2023; FTX Chapter 11 Matter No: 22726417 |
| 11/30/2023 | Emil Tu | Late night / weekend transportation | 25.11 | Taxi home, working late in office |
| 11/30/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| **Total** | | | **$67,969.57** | |