**Exhibit C**

**Mayer Brown LLP Time and Expense Records**

**(November 1, 2023 to November 30, 2023)**

4887-7430-3052 v.4
15089781v1

| **Name of Applicant** | *Mayer Brown LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $41,097.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $26,087.24 |

This is a(n) **X** monthly ____ interim ____ final application. No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 09/14/2023 | Dec. 1, 2022 to June 30, 2023 | $171,523.50 | $506.96 | $171,523.50 | $506.96 |
| 12/06/2023 | July 1, 2023 to July 31, 2023 | $215,428.50 | $9,971.41 | Pending | Pending |
| 12/06/2023 | August 1, 2023 to Sept. 30, 2023 | $26,842.50 | $1,625.46 | Pending | Pending |
| 12/08/2023 | Oct. 1, 2023 to Oct. 31, 2023 | $71,914.50 | $2.75 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**NOVEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Anna V. Durham | Associate | 2021 | 2020 | $725.00 | 1.9 | $1,377.50 |
| Kathryne M. Gray | Associate | 2014 | 2013 | $1,050.00 | 1.2 | $1,260.00 |
| Carolina A. Herrera | Associate | 2021 | 2021 | $665.00 | 36 | $23,940.00 |
| Hunter B. Newell | Associate | 2021 | 2021 | $605.00 | 24 | $14,520.00 |
| **Associate Total** | | | | | **63.1** | **$41,160.60** |
| **GRAND TOTAL** | | | | | **63.1** | **$41,160.60** |

**Blended Hourly Rate: $652.31**

**STATEMENT OF FEES BY PROJECT CATEGORY**
**NOVEMBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ADVISORY SERVICES TO PWP AS INVESTMENT BANKER[1] | 63.1 | $41,160.60 |
| **TOTAL** | **63.1** | **$41,160.60** |

---

[1] Mayer Brown LLP provides advisory services to PWP as Investment Banker to the Debtors. In such capacity, Mayer Brown LLP has advised PWP on a number of issues including, but not limited to, deal and sale process-related issues, investor and other case constituent relations, and consideration of conflict issues.

4887-7430-3052 v.4
15089781v1

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES**

| Disbursement Summary | | |
|---|---|---|
| **Expense Category** | **Service Provider,[2] if Applicable** | **Amount** |
| Professional Services (Data Management, Processing, and Storage) | Innovative Discovery LLC and Driven Inc. | $26,087.24 |
| | **TOTAL** | **$26,087.24** |

---

[2] Mayer Brown LLP may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

**MAYER | BROWN**

November 30, 2023

Invoice Number: 100147402

Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606-9908

T: +1 312 782 0600
F: +1 312 701 7711
mayerbrown.com

Firm Tax ID No: 36-1447220

Perella Weinberg Partners LP
1111 Bagby Street
Suite 4900
Houston, TX 77002

Attn: Jennie Miller

---

For professional services rendered for the period ended November 30, 2023

**Re:  FTX Chapter 11**
     **Matter No: 22726417**

| | |
|---|---:|
| Fees | $41,097.50 |
| Disbursements | 26,087.24 |
| **Total Fees and Disbursements** | **$67,184.74** |

---

**Wire Transfer or ACH Credit Payments (Preferred)**
**Bank:** Bank of America  **Bank Address:** 135 South LaSalle Street, Chicago, IL 60603  **Account #**: 8765663350  **ACH ABA#:** 121000358
**Wire ABA #:** 026009593  **International Wires Swift Code:** BOFAUS3N  **Remittance Detail Email:** payments@mayerbrown.com

Mayer Brown LLP

Invoice No: 100147402  Page 2
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 11/01/23 | **Durham, Anna V.** <br> Conference with MB team re confidentiality concerns on document review. | 0.10 |
| 11/01/23 | **Newell, Hunter B.** <br> Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 6.00 |
| 11/02/23 | **Durham, Anna V.** <br> Conference and correspond with MB review team re coding panel and confidentiality concerns related to ▮▮▮▮. | 0.40 |
| 11/02/23 | **Herrera, Carolina A.** <br> Review documents for confidentiality, privilege, ▮▮▮▮; correspond with team re progress re same. | 3.70 |
| 11/02/23 | **Newell, Hunter B.** <br> Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 0.80 |
| 11/03/23 | **Durham, Anna V.** <br> Follow up with MB review team re status of review and confidentiality concerns. | 0.40 |
| 11/03/23 | **Gray, Kathryne M.** <br> Instruct review team re responsiveness issues with review of PWP documents and communications for purposes of responding to requests for production by FTX Digital Markets Ltd. and Joint Provisional Liquidators in adversary proceeding. | 0.80 |
| 11/03/23 | **Herrera, Carolina A.** <br> Review documents for privilege and confidentiality, responsiveness to ▮▮▮▮, tagging documents related to asset sales, venture process generally, other confidentiality concerns; correspond with team regarding questions of confidentiality. | 5.50 |
| 11/03/23 | **Newell, Hunter B.** <br> Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 3.00 |
| 11/06/23 | **Durham, Anna V.** <br> Correspond with vendor re production protocols. | 0.20 |
| 11/06/23 | **Herrera, Carolina A.** <br> Review documents for confidentiality and privilege. | 0.50 |
| 11/06/23 | **Newell, Hunter B.** <br> Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 2.50 |
| 11/07/23 | **Durham, Anna V.** <br> Coordinate with MB review team re status of document review and next steps. | 0.30 |

Mayer Brown LLP

Invoice No: 100147402  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 3  
Pinedo, Anna T.

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| 11/07/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging relevance ▮▮▮▮. | 0.50 |
| 11/08/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging documents related to ▮▮▮▮. | 1.50 |
| 11/09/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging documents related to ▮▮▮▮. | 0.50 |
| 11/13/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, also tagging documents related to ▮▮▮▮. | 0.50 |
| 11/15/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ▮▮▮▮. | 0.90 |
| 11/17/23 | **Durham, Anna V.**<br>Coordinate with review team re status; correspond with Quinn Emmanuel re same. | 0.20 |
| 11/17/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ▮▮▮▮. | 4.50 |
| 11/18/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ▮▮▮▮. | 1.50 |
| 11/20/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ▮▮▮▮. | 1.00 |
| 11/20/23 | **Newell, Hunter B.**<br>Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 4.30 |
| 11/21/23 | **Newell, Hunter B.**<br>Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 5.70 |
| 11/22/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging responsive to ▮ ▮▮▮▮. | 1.70 |
| 11/22/23 | **Newell, Hunter B.**<br>Document review of FTX-PWP ESI for relevancy, privilege and confidentiality, including ▮▮▮▮. | 1.70 |
| 11/27/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to | 5.10 |

Mayer Brown LLP

Invoice No: 100147402  Page 4
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## DESCRIPTION OF LEGAL SERVICES

| Date | Timekeeper Name | Hours |
|---|---|---|
| | ████████████. | |
| 11/28/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ████████████. | 2.60 |
| 11/29/23 | **Durham, Anna V.**<br>Correspond with MB team, Quinn team, and client re document review and production status and next steps. | 0.30 |
| 11/29/23 | **Gray, Kathryne M.**<br>Advise on status update with client and Quinn team re review project for purposes of responding to requests for production by FTX Digital Markets Ltd. and Joint Provisional Liquidators in adversary proceeding. | 0.40 |
| 11/29/23 | **Herrera, Carolina A.**<br>Correspond with team re document review completion timeline; review documents for privilege and confidentiality. | 2.00 |
| 11/30/23 | **Herrera, Carolina A.**<br>Review documents for privilege and confidentiality, tagging as responsive to ████████████. | 4.00 |
| | **Total Hours** | **63.10** |

Mayer Brown LLP

Invoice No: 100147402  Page 5
Perella Weinberg Partners LP  Pinedo, Anna T.
22726417 FTX Chapter 11

## Disbursements

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 09/14/23 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 235580 DATE: 9/14/2023<br>August Data Culling/Tech Time | 1 | 6,463.82 |
| 10/12/23 | **Professional Services**<br>VENDOR: Innovative Discovery LLC INVOICE#: 236883 DATE: 10/12/2023<br>September Processing Data Storage and Fees | 1 | 18,124.06 |
| 11/10/23 | **Professional Services**<br>VENDOR: Driven Inc dba Innovative Driven INVOICE#: 238147 DATE: 11/10/2023<br>professional services | 1 | 1,499.36 |

**Total Disbursements** $26,087.24

Mayer Brown LLP

Invoice No: 100147402  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11  

Page 6  
Pinedo, Anna T.

## TIMEKEEPER SUMMARY

| Name | Hours | Amount |
|---|---:|---:|
| Durham, Anna V. | 1.90 | 1,377.50 |
| Gray, Kathryne M. | 1.20 | 1,260.00 |
| Herrera, Carolina A. | 36.00 | 23,940.00 |
| Newell, Hunter B. | 24.00 | 14,520.00 |
| **Total Legal Fees** | **63.10** | **$41,097.50** |

Mayer Brown LLP

Invoice No: 100147402  
Perella Weinberg Partners LP  
22726417 FTX Chapter 11
Page 7  
Pinedo, Anna T.

## DISBURSEMENTS SUMMARY

| <u>Disbursements</u> | <u>Amount</u> |
|---|---|
| Professional Services | 26,087.24 |
| **Total Disbursements** | **$26,087.24** |

# REMITTANCE

Please enclose this remittance advice with your payment so that your account may be properly credited.

Client: Perella Weinberg Partners LP

Matter: 22726417 FTX Chapter 11

Invoice Number: 100147402

Invoice Date: November 30, 2023

| | |
|---|---|
| **Current Invoice Amount :** | $67,184.74 |
| **Previous Outstanding Balance:** | 71,917.25 |

| Invoice Number | Invoice Date | Amount Due |
|---|---|---|
| 100140272 | 11/09/23 | 71,917.25 |

| | |
|---|---|
| **TOTAL DUE AND OUTSTANDING:** | **$139,101.99** |

### Wire Transfer or ACH Credit Payments (Preferred)

| | |
|---|---|
| **Bank** | Bank of America |
| **Bank Address** | 135 South LaSalle Street, Chicago, IL 60603 |
| **Account #** | 8765663350 |
| **Account Type** | Checking |
| **ACH Payment ABA#** | 121000358 |
| **Wire Payment ABA #** | 026009593 |
| **International Wires Swift Code** | BOFAUS3N |
| **Remittance Detail Email** | payments@mayerbrown.com |

*If remitting by check, please send this page along with the check to:*

Mayer Brown LLP, 2027 Collection Center Drive, Chicago, IL 60693-0020

| **Amount Enclosed** | $ |
|---|---|

**FOR BANK USE ONLY:**

Payor Code:        134374
Apply Invoices:   100147402