**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 1021 Lexis Courtlink - Off Contract | 11/30/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/29/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/28/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/27/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/24/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/22/2023 | 1.00 | 0.89 | 0.89 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 11/22/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/21/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/20/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/17/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/16/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/15/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/13/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/10/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/9/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/8/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/8/2023 | 1.00 | 0.89 | 0.89 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 11/7/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/6/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/3/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/2/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1021 Lexis Courtlink - Off Contract | 11/1/2023 | 1.00 | 0.88 | 0.88 | COURTLINK ALERT |
| 1021 Lexis Courtlink - Off Contract | 11/1/2023 | 1.00 | 0.97 | 0.97 | COURTLINK TRACK |
| 1901 Deposition transcript | 8/14/2023 | 1.00 | 279.45 | 279.45 | Veritext LLC - #11807-00001/ Deposition Transcript - 08/14/23 |
| 1903 Outside record production | 11/1/2023 | 1.00 | 3.00 | 3.00 | COURTHOUSE NEWS SERVICE - #11807-00001/ CNS State & Federal Court Downloads - 10/1/23 - 10/31/23 |
| 1017 Online Research - Off Contract | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| 1020 Online Research - Tax | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| 1908 Online Research | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1908 Online Research | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 2029 Online Research | 11/30/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| 1911 Document Reproduction | 11/13/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2042 Document Reproduction | 11/21/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2042 Document Reproduction | 11/21/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2042 Document Reproduction | 11/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2042 Document Reproduction | 11/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/30/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/30/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/29/2023 | 59.00 | 0.10 | 5.90 | Document Reproduction |
| 2047 Document Reproduction | 11/29/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 11/29/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/29/2023 | 39.00 | 0.10 | 3.90 | Document Reproduction |
| 2047 Document Reproduction | 11/29/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 11/28/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/28/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 21.00 | 0.10 | 2.10 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 11/27/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 11/22/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/16/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| 2047 Document Reproduction | 11/16/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| 2047 Document Reproduction | 11/15/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/15/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/15/2023 | 41.00 | 0.10 | 4.10 | Document Reproduction |
| 2047 Document Reproduction | 11/15/2023 | 32.00 | 0.10 | 3.20 | Document Reproduction |
| 2047 Document Reproduction | 11/15/2023 | 53.00 | 0.10 | 5.30 | Document Reproduction |
| 2047 Document Reproduction | 11/14/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/14/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| 2047 Document Reproduction | 11/14/2023 | 22.00 | 0.10 | 2.20 | Document Reproduction |
| 2047 Document Reproduction | 11/14/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2047 Document Reproduction | 11/14/2023 | 40.00 | 0.10 | 4.00 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 33.00 | 0.10 | 3.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 96.00 | 0.10 | 9.60 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |

| | | | | | |
|---|---|---|---|---|---|
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 14.00 | 0.10 | 1.40 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/13/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 Document Reproduction | 11/9/2023 | 26.00 | 0.10 | 2.60 | Document Reproduction |
| 2047 Document Reproduction | 11/9/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| 2047 Document Reproduction | 11/8/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 25.00 | 0.10 | 2.50 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 44.00 | 0.10 | 4.40 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| 2047 Document Reproduction | 11/7/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 11/6/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 Document Reproduction | 11/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/6/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/2/2023 | 12.00 | 0.10 | 1.20 | Document Reproduction |
| 2047 Document Reproduction | 11/1/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| 2047 Document Reproduction | 11/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/5/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 Document Reproduction | 11/2/2023 | 9.00 | 0.10 | 0.90 | Document Reproduction |

| Code | Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 2047 | Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 34.00 | 0.10 | 3.40 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 | Document Reproduction | 11/2/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 7.00 | 0.10 | 0.70 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| 2047 | Document Reproduction | 11/1/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| 2048 | Color Document Reproduction | 11/29/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/28/2023 | 30.00 | 0.40 | 12.00 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/27/2023 | 60.00 | 0.40 | 24.00 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/27/2023 | 19.00 | 0.40 | 7.60 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/27/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/27/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/22/2023 | 6.00 | 0.40 | 2.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/16/2023 | 24.00 | 0.40 | 9.60 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/16/2023 | 61.00 | 0.40 | 24.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/16/2023 | 86.00 | 0.40 | 34.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/14/2023 | 15.00 | 0.40 | 6.00 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/13/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/13/2023 | 33.00 | 0.40 | 13.20 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/13/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/13/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/13/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/8/2023 | 26.00 | 0.40 | 10.40 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/2/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/2/2023 | 32.00 | 0.40 | 12.80 | Color Document Reproduction |
| 2048 | Color Document Reproduction | 11/1/2023 | 32.00 | 0.40 | 12.80 | Color Document Reproduction |
| 1925 | Word processing | 11/30/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/30/2023 | 0.80 | 0.00 | 0.00 | Word processing |

| Code | Description | Date | Qty | Rate | Amount | Detail |
|---|---|---|---|---|---|---|
| 1925 | Word processing | 11/29/2023 | 1.30 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/15/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/21/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/17/2023 | 1.60 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/17/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/15/2023 | 0.50 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/14/2023 | 2.20 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/8/2023 | 0.90 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/6/2023 | 0.70 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/3/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| 1925 | Word processing | 11/1/2023 | 1.40 | 0.00 | 0.00 | Word processing |
| 1986 | Velobind | 11/2/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| 2041 | Document Services | 11/14/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/C. KIM/0218503 |
| 2041 | Document Services | 11/14/2023 | 14.00 | 0.37 | 5.20 | Document services - TABS/C. KIM/0218503 |
| 2041 | Document Services | 11/14/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/C. KIM/0218503 |
| 2041 | Document Services | 11/8/2023 | 1.00 | 5.00 | 5.00 | Document services - DRILLING/J. PALMERSON/0218413 |
| 2041 | Document Services | 11/8/2023 | 1.00 | 2.12 | 2.12 | Document services - SPIRAL BINDING/J. PALMERSON/0218413 |
| 2041 | Document Services | 11/3/2023 | 2.00 | 5.00 | 10.00 | Document services - DRILLING/S. HILL/0218315 |
| 2041 | Document Services | 11/3/2023 | 4.00 | 2.12 | 8.48 | Document services - SPIRAL BINDING/S. HILL/0218315 |
| 2059 | Document Services | 11/14/2023 | 5.00 | 0.75 | 3.75 | Document services - COLOR PRINTS/C. KIM/0218503 |
| 2059 | Document Services | 11/14/2023 | 165.00 | 0.07 | 11.35 | Document services - PRINTS/C. KIM/0218503 |
| 2059 | Document Services | 11/8/2023 | 62.00 | 0.75 | 46.50 | Document services - COLOR PRINTS/J. PALMERSON/0218413 |
| 2059 | Document Services | 11/3/2023 | 750.00 | 0.07 | 51.60 | Document services - PRINTS/S. HILL/0218315 |
| 2077 | Document Services | 11/14/2023 | 1.00 | 2.45 | 2.45 | Document Services - TAX/C. KIM/0218503 |
| 2077 | Document Services | 11/8/2023 | 1.00 | 4.76 | 4.76 | Document Services - TAX/J. PALMERSON/0218413 |
| 2077 | Document Services | 11/3/2023 | 1.00 | 6.30 | 6.30 | Document Services - TAX/S. HILL/0218315 |
| 3191 | Document Hyperlinking Insert Flags | 11/22/2023 | 1.00 | 407.50 | 407.50 | Document Hyperlinking Insert Flags |
| 3192 | Document Hyperlinking Insert Links | 11/22/2023 | 1.00 | 230.00 | 230.00 | Document Hyperlinking Insert Links |

| Cost Type-Description | Quantity | Amount |
|---|---|---|
| Lexis Courtlink - Off Contract | 23 | 22.06 |
| Deposition Transcript | 1 | 279.45 |
| Outside Record Production | 1 | 3.00 |
| Online Research | 3 | 0.00 |
| Veloblind | 1 | 2.00 |
| Document Reproduction | 12 | 1.20 |
| Word processing | 13 | 0.00 |
| Online Research - Tax | 1 | 0.00 |
| Online Research - Off Contract | 1 | 0.00 |
| Online Research | 1 | 0.00 |
| Document Reproduction | 7 | 0.70 |
| Document Reproduction | 1,226 | 126.60 |
| Color Document Reproduction | 449 | 179.60 |
| Document Services | 982 | 113.20 |
| Document Services | 3 | 13.51 |
| Document Services | 24 | 37.92 |
| Document Hyperlinking Insert Flags | 1 | 407.50 |
| Document Hyperlinking Insert Links | 1 | 230.00 |
| | | 1,416.74 |