# Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report**  
Landis Rath & Cobb LLP

Page: 1

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 11/07/2023 | 0.100 | 276.00 | 27.60 | Inhouse Copying |
| 1368.002 | 11/08/2023 | 0.100 | 16.00 | 1.60 | Inhouse Copying |
| 1368.002 | 11/13/2023 | 0.100 | 100.00 | 10.00 | Inhouse Copying |
| 1368.002 | 11/14/2023 | 0.100 | 424.00 | 42.40 | Inhouse Copying |
| 1368.002 | 11/15/2023 | 0.100 | 2,349.00 | 234.90 | Inhouse Copying |
| 1368.002 | 11/16/2023 | 0.100 | 7.00 | 0.70 | Inhouse Copying |
| 1368.002 | 11/28/2023 | 0.100 | 8.00 | 0.80 | Inhouse Copying |
| 1368.002 | 11/29/2023 | 0.100 | 332.00 | 33.20 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 351.20 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 08/25/2023 | | | 71.56 | Outside printing Parcels, Inc. - Invoice 1039849 |
| 1368.002 | 11/14/2023 | | | 923.45 | Outside printing Parcels, Inc. - Invoice 1051668 |
| 1368.002 | 11/14/2023 | | | 1,282.08 | Outside printing Parcels, Inc. - Invoice 1051684 |
| 1368.002 | 11/16/2023 | | | 1,100.23 | Outside printing Parcels, Inc. - Invoice 1053401 |
| 1368.002 | 11/28/2023 | | | 209.25 | Outside printing Parcels, Inc. - Invoice 1053748 |
| 1368.002 | 11/29/2023 | | | 183.30 | Outside printing Parcels, Inc. - Invoice 1053762 |
| 1368.002 | 11/30/2023 | | | 54.76 | Outside printing Parcels, Inc. - Invoice 1055230 |
| **Total for Activity ID E102** | | | Billable | 3,824.63 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 11/30/2023 | | | 614.13 | Online research Relx Inc. DBA LexisNexis - Invoice 3094799791 |
| **Total for Activity ID E106** | | | Billable | 614.13 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 11/15/2023 | | | 67.00 | Delivery services/messengers Parcels, Inc. - Invoice 1052293 |
| 1368.002 | 11/15/2023 | | | 60.00 | Delivery services/messengers Parcels, Inc. - Invoice 1052288 |
| **Total for Activity ID E107** | | | Billable | 127.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 11/15/2023 | | | 139.46 | Meals Manhattan Bagel - Breakfast for S&C(6), J. Ray, LRC(3) |
| 1368.002 | 11/15/2023 | | | 263.48 | Meals Toscana Catering - Lunch for S&C(6), J. Ray, LRC(3) |
| 1368.002 | 11/29/2023 | | | 98.99 | Meals Manhattan Bagel - Breakfast for S&C(2), A&M(2), DP(1), Galaxy(1), LRC(3) |
| 1368.002 | 11/29/2023 | | | 188.60 | Meals Toscana Catering - Lunch for S&C(2), A&M(2), DP(1), Galaxy(1), LRC(3) |
| **Total for Activity ID E111** | | | Billable | 690.53 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 11/30/2023 | | | 46.90 | Docket Retrieval - PACER |
| **Total for Activity ID E208** | | | Billable | 46.90 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 11/03/2023 | | | 188.00 | Filing Fee U.S. Bankruptcy Court - Grayscale Sale Motion |
| 1368.002 | 11/09/2023 | | | 25.00 | Filing Fee Clerk, District Court of Delaware |
| 1368.002 | 11/10/2023 | | | 350.00 | Filing Fee Clerk, US Bankruptcy Court |
| **Total for Activity ID E214** | | | Billable | 563.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 11/17/2023 | | | 1,384.00 | Hearing Transcripts Reliable Wilmington - Invoice WL113828 |
| 1368.002 | 11/29/2023 | | | 160.00 | Hearing Transcripts Reliable Wilmington - Invoice WL114022 |
| **Total for Activity ID E218** | | | Billable | 1,544.00 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 11/22/2023 | | | 13.48 | Service Fees Parcels, Inc. - Invoice 1053374 |
| 1368.002 | 11/22/2023 | | | 61.44 | Service Fees Parcels, Inc. - Invoice 1053373 |
| 1368.002 | 11/27/2023 | | | 10.32 | Service Fees Parcels, Inc. - Invoice 1053511 |
| **Total for Activity ID E219** | | | Billable | 85.24 | Service Fees |

**GRAND TOTALS**

Billable    7,846.63