UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No._____ |
| | ) | |
| Debtor(s) | ) | Adv. Proc. No._____ |
| | ) | |
| | ) | |
| | ) | MEDIATOR'S CERTIFICATE OF COMPLETION |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Defendant(s) | ) | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated _____, the undersigned mediator reports that the mediation was completed on _____ and resolved in the following manner (*complete applicable provisions*):

    (a)  The following individuals were present:

        (1)  Parties (name and capacity) -

        (2)  Counsel (name and party representing) -

    (b)  The following parties failed to appear and/or participate as ordered:

    (c)  The outcome of the mediation conference was:

    _____  The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _____  The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____   The following issues remain for this court to resolve:

_____   The matter has not been resolved and should proceed to trial.

_____   OTHER:

Dated: _____

_____
Signature of Mediator

_____
Name of Mediator

_____
Mailing Address

_____
City, State, Zip Code

_____
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)