Charles D'Angelo (Green Healthy House, LLC) **[D.I. 3752]**
10513 Westcliff Place
Highlands Ranch, CO 80130.

RECEIVED
2023 DEC 26 AM 11: 22

CLERK
~~BANKRUPTCY COURT~~

Honorable John T. Dorsey, U.S. Bankruptcy Court for the District of Delaware
824 North Market St., 5th Floor, Courtroom 5
Wilmington, DE 19801

Re: Urgent: Unethical Attempt to Manipulate Legal Proceedings - Refusal to Cancel Claim # 1546

Dear Honorable Judge Dorsey,

I trust this correspondence finds you, albeit under distressing circumstances, I write with a sense of urgency and deep concern about recent developments in the case of FTX Trading **[22-11068]** LTD, et al.,

### Unethical Conduct by FTX Trading's Attorney:
In a recent and deeply troubling turn of events, the attorney (Mr. Jenner) representing FTX Trading reached out in an attempt to coerce me into canceling my existing Claim #1546 that was listed under Green Healthy House, LLC. to whom I am the 1-member LLC under the State of Colorado. This maneuver reeks of unethical conduct, attempting to undermine the integrity of the legal proceedings to the clear disadvantage of me.

### Misrepresentation of New Claim# 25198:
Adding to the egregious nature of this attempt is the introduction of the new Claim# 25198. Shockingly, this claim, which alleges only a negligible amount of Ethereum that was used to purchase the NFTs from the FTX exchange, conveniently omits any reference to the 121 NFTs that were lost or taken. The sheer audacity to rename the claimant to West Realm Shires Services instead of Alameda Research further indicates a blatant attempt to mislead and distort the truth.

### Demand for Transparency and Accountability:
I categorically refuse to acquiesce to these unethical demands and insist on the court's immediate attention to this matter. It is imperative that the court thoroughly investigates these attempts to manipulate the legal proceedings for the benefit of the debtor, to the detriment of Charles D'Angelo (Green Healthy House, LLC.).

### Specific Requests:

1. **Investigation:** I demand a swift and thorough investigation into the unethical conduct surrounding the attempt to cancel Claim# 1546.
2. **Reinstatement of Original Claim:** I request the court to uphold the integrity of the legal process by ensuring the continued validity of Claim# 1546, as it accurately reflects the damages suffered by me.
3. **Correction of New Claim# 25198:** The court must scrutinize and rectify the inaccuracies in the newly submitted Claim# 25198, ensuring that it accurately reflects the losses incurred of the NFTs.
4. **Expedited Appeal Process:** Given the urgency and potential for further misconduct, I request an expedited appeal process to address these alarming developments promptly.

**Conclusion:**
This attempt to manipulate the legal proceedings is an effort to justice and a breach of the court's integrity. I will not tolerate such unethical behavior and demand that the court takes immediate and decisive action.

Thank you for your urgent attention to this matter. I trust that the court will uphold the principles of justice and fairness that form the bedrock of our legal system.

Sincerely,

Charles D'Angelo
720-327-9249
dangelo888@comcast.net

Charles "Charlie" D'Angelo
10513 Westcliffe Place
Highlands Ranch, CO 80130

U.S. Bankruptcy Court
- Honorable John T. Dorsey -
824 Market St. #3rd Floor
Wilmington, DE 19801



SHIP TO:
US Bankruptcy Ct
CHARLES-DANGELO
824 N MARKET ST #300
WILMINGTON DE 19801-3024

USPS TRACKING® NUMBER
9505 5065 9056 3348 4641 97

U.S.M.S. X-RAY

26 DEC 2023 PM 7 L
DENVER CO 802

For international shipments, the maximum weight is 4 lbs

EP14H February 2023 Outer Dimension: 10 x 5