**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 22-11068 |
| FTX Trading Ltd. | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Hain Capital Investors Master Fund, LTD**          **Name (Redacted)**
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee          Last known address:
should be sent:

**Hain Capital Investors Master Fund, LTD**          **Address on file with Debtors**
**301 Route 17 North, Suite 816A**
**Rutherford, NJ 07070**

Customer Code: **05007491**
Proof of Claim Number: **1512**
Debtor and Case #: 22-11068

Phone: (201) 896 - 6100                                         Phone:
Last Four Digits of Acct #:                                    Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:___Keenan Austin_____          Date:_____12/27/23_____
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

**Schedule**

| 05007491 | | ETH-PERP[0], USD[3392530.26], USDT[.0036574] |
|----------|--|----------------------------------------------|

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim that has been signed by both the transferee and transferor.

To protect the identity of the Transferor, the Transferee has not disclosed the Transforers name and address, and has not attached the signed Evidence of Transfer of claim to this Notice of Transfer of Claim.

Upon written request, the Transferee is prepared to provide a copy of the signed Evidence of Transfer of Clim to the Bankruptcy Court, the Debtors, and the appropriate professionals.