**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**Phoenix Digital LLC**
**Attn: Tian Zeng**
**Email: tzeng@nirvana-cap.com**
**42 W 33rd St, 27B**
**New York, NY 10001**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 64830 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6817471 | Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-ZZWOW-239020648 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 6610838 | Name (Redacted) | as described on attached | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Tian Zeng* _____      Date: December 18, 2023
Transferee/Transferee's Agent



# Creditor Data Details - Claim # 64830

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/24/2023

**Claim Number**
64830

**Schedule Number**
6817471

**Confirmation ID**
3265-70-ZZWOW-239020648

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AR-PERP | 0.0000000000009095 |
| CRYPTO | BAL-PERP | -0.000000000003638 |
| CRYPTO | ETH | 0.0007338105 |
| CRYPTO | ETH-PERP | 0.0000000000001705 |
| CRYPTO | FTT | 0.08771232 |
| CRYPTO | PAXG | 441.383 |
| CRYPTO | SRM | 1.99929445 |
| CRYPTO | SRM_LOCKED | 99.76070555 |
| CRYPTO | USDT | 308714.3359025 |
| FIAT | USD | 1533177.6566193171 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this



## Creditor Data Details - Claim # 64830

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/24/2023

**Claim Number**
64830

**Schedule Number**
6817471

**Confirmation ID**
3265-70-ZZWOW-239020648

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AR-PERP | 0.0000000000009095 |
| CRYPTO | BAL-PERP | -0.000000000003638 |
| CRYPTO | ETH | 0.0007338105 |
| CRYPTO | ETH-PERP | 0.0000000000001705 |
| CRYPTO | FTT | 0.08771232 |
| CRYPTO | PAXG | 441.383 |
| CRYPTO | SRM | 1.99929445 |
| CRYPTO | SRM_LOCKED | 99.76070555 |
| CRYPTO | USDT | 308714.3359025 |
| FIAT | USD | 1533177.6566193171 |



## Creditor Data Details - Claim # 64830

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/24/2023

**Claim Number**
64830

**Schedule Number**
6817471

**Confirmation ID**
3265-70-ZZWOW-239020648

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AR-PERP | 0.0000000000009095 |
| CRYPTO | BAL-PERP | -0.000000000003638 |
| CRYPTO | ETH | 0.0007338105 |
| CRYPTO | ETH-PERP | 0.0000000000001705 |
| CRYPTO | FTT | 0.08771232 |
| CRYPTO | PAXG | 441.383 |
| CRYPTO | SRM | 1.99929445 |
| CRYPTO | SRM_LOCKED | 99.76070555 |
| CRYPTO | USDT | 308714.3359025 |
| FIAT | USD | 1533177.6566193171 |



## Creditor Data Details - Claim # 64830

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/24/2023

**Claim Number**
64830

**Schedule Number**
6817471

**Confirmation ID**
3265-70-ZZWOW-239020648

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AR-PERP | 0.0000000000009095 |
| CRYPTO | BAL-PERP | -0.000000000003638 |
| CRYPTO | ETH | 0.0007338105 |
| CRYPTO | ETH-PERP | 0.0000000000001705 |
| CRYPTO | FTT | 0.08771232 |
| CRYPTO | PAXG | 441.383 |
| CRYPTO | SRM | 1.99929445 |
| CRYPTO | SRM_LOCKED | 99.76070555 |
| CRYPTO | USDT | 308714.3359025 |
| FIAT | USD | 1533177.6566193171 |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▇▇▇▇▇▇ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No.[3265-70-ZZWOW-239020648] associated with UUID of: 6610838** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: Dec 20th 2023

By: ▇▇▇▇▇▇
Name: ▇▇▇▇▇▇