IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## DECLARATION

I, PETER BURGESS, declare under penalty of perjury:

1. I am a self-employed English Barrister. I was called to the Bar of England and Wales in 2019. I am a member of South Square Chambers, 3-4 South Square, Gray's Inn, London, WC1R 5HP, UK ("Chambers").

2. FTX Trading Ltd. and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), have requested that I provide legal services to the Debtors, and I have consented to provide such services.

3. This Declaration is submitted in compliance with the *Order Authorizing Procedures to Retain, Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* (the "OCP Order"), which I have reviewed. I understand the limitations on compensation and reimbursement under such OCP Order.

4. I have not provided services to the Debtors prior to the Petition Date.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4858-4740-8454 v.7

5.     The Debtors have requested, and I have agreed, to provide services to the Debtors, and I have consented to provide such services (the "Services").  The Services include, without limitation, the following: legal services with a focus on English law issues arising in connection with plan confirmation and certain adversary proceedings.

6.     In the ordinary course of business, my Chambers maintains a database for the purpose of performing conflicts checks.  Chambers' database contains information regarding present and past engagements.  My Chambers obtained the attached list of key parties-in-interest from the Debtors for the purpose of searching the aforementioned database and determining the connection(s) which I have with such parties.  The search of Chambers' database identified the that I have been instructed by or on behalf of the following firms in matters unrelated to these Chapter 11 Cases:

a.  FTI Consulting
b.  Harney Westwood and Riegels LP
c.  Quinn Emanuel Urquhart & Sullivan, LLP
d.  Slaughter & May
e.  Akin Gump Strauss Hauer & Feld LLP

7.     To the best of my knowledge, formed after due inquiry, I do not (i) have any connection with the Debtors or (ii) currently represent (or previously represented) any of their creditors, other parties-in-interest, the U.S. Trustee or any person employed by the U.S. Trustee with respect to the Debtors or the matters upon which I am to be engaged.  Additionally, I do not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates or any class of

creditors or equity interest holders with respect to the matters upon which I am to be employed, except as disclosed above.

8. I have not agreed to share or will share any portion of the compensation to be received from the Debtors with any other person.

9. My current customary hourly rates, subject to change from time to time, are £325 (approximately $400). In the normal course of business, I revise my regular hourly rates on 1 January of each year. My hourly rate effective January 1, 2024 will be £357.50 (approximately $460) and I request that, effective from 1 January of each year (from 2024), the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. I shall seek reimbursement of only actual and necessary expenses and other charges incurred by myself, and shall not exceed the amounts allowed for copying or facsimile transmissions set forth in Local Rule 2016-2(e)(iii).

10. The Debtors do not owe me any amount for prepetition services.

11. I keep time records in one-tenth of an hour increments in the ordinary course of business.

12. As of the Petition Date, I was not party to a services agreement with the Debtors.

13. I understand that any compensation/reimbursement paid to me is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 27 December 2023

_____
[DECLARANT]