IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11068-JTD |
| | ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) | Judge John T. Dorsey |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND CERTIFICATION OF GOVERNMENT COUNSEL**

Please enter the appearance of the undersigned attorney, Ari D. Kunofsky, as counsel of record for the United States of America, on behalf of its agency the Internal Revenue Service.

Mr. Kunofsky files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i):

1. Mr. Kunofsky is admitted to the bar of the State of Texas (ID No. 24050897), the Eastern District of Texas, the District of Puerto Rico, and the Supreme Court of the United States.

2. Mr. Kunofsky is in good standing in all jurisdictions in which he has been admitted.

//

//

//

1

3. Mr. Kunofsky will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

Date: December 28, 2023,

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Ari D. Kunofsky*
ARI D. KUNOFSKY
Supervisory Trial Attorney/Assistant Chief
Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-353-9187(t)
202-514-6866 (f)
Ari.D.Kunofsky@usdoj.gov

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

      I certify that the foregoing NOTICE OF APPEARANCE was filed with the Clerk of the Court on December 28, 2023, using the CM/ECF system, which will send notification of such filing to all parties appearing in that system.

Date: December 28, 2023,

                                          /s/ *Ari D. Kunofsky*
                                          ARI D. KUNOFSKY