WANG YALI
No. 1102, Building 1, Shuangquan Jia Yuan, Haidian District,
Beijing, 100000, China
Phone: 86152106632727
Email: sweetkuikui@qq.com

December 19, 2023

United States Bankruptcy Court
District of Delaware
824 N Market Street
Wilmington, DE 19801

Dear Court Officials,

Subject: Notification of Missing Claim Notice - FTX Trading Ltd. Bankruptcy Case No. 22-11068

I am a creditor in the bankruptcy case of FTX Trading Ltd., my name is WANG YALI, residing in China, related to case number 22-11068.

Regrettably, I did not receive any notification regarding the claim process for the FTX bankruptcy case, including information about the official claim deadline. Therefore, I missed the deadline and could not submit my claim on time. Following the guidance of the court help desk, I have submitted my claim to the claims agent, Kroll Restructuring Administration LLC, and I am informing the court of my situation through this letter.

I have successfully submitted my claim and received a receipt. I understand that my claim amount is not substantial compared to other users, but it is vital to me and my family. I hope the court will consider my circumstances and give due attention while handling this case. Attached are my FTX account details (sweetkuikui@qq.com) and the receipt of the claim submission, and I hope to receive understanding and assistance from the court.

I request the court to provide further guidance to ensure my claim is appropriately processed, especially under these uncontrollable circumstances and lack of timely notification. I commit to following all further instructions from the court and actively participating in all necessary steps ahead.

Thank you very much for your help and support during this busy time.

Sincerely,

Wang Yali

