## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF EDGAR W. MOSLEY II IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE NUNC PRO TUNC TO THE PETITION DATE**

Edgar W. Mosley II, being duly sworn, hereby states as follows:

1.     I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the country. I submit this declaration (this "Third Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's retention in these chapter 11 cases. Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]     Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

2.      On November 11, 2022 and November 14, 2022 (as applicable, the "Petition Date"),[3] FTX Trading Ltd. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

3.      On December 21, 2022, the Debtors filed their *Application for an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date* (the "Application") and attached thereto was my declaration of support of the Application (the "Original Declaration").

4.      On January 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Nunc Pro Tunc to the Petition Date.*

5.      On January 19, 2023, and June 23, 2023, the Debtors filed supplemental declarations in support of the Application (together with the Original Declaration, the "Prior Declarations").

6.      I submit this Third Supplemental Declaration to disclose certain additional information which has come to my attention since the filing of the Prior Declarations. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declarations.

---

[3] November 11, 2022 is the Petition Date for all Debtors, except for Debtor West Realm Shires Inc.

## <u>ADDITIONAL POTENTIAL PARTIES IN INTERST</u>

7.      In connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether any material relevant facts or relationships have arisen or discovered.   In connection therewith, it has come to A&M's attention that the entities identified on Schedule A hereto ("<u>New Parties</u>") are parties involved in the Debtor's chapter 11 cases who were not identified on Schedule A to the Prior Declarations.  The New Parties together with the parties identified on Schedule A to the Prior Declarations are hereinafter referred to as the "<u>Potential Parties in Interest</u>".

8.      In addition, I note that A&M has made certain personnel available to provide financial advisory services to WeWork Inc. and its affiliated debtors and debtors in possession ("WeWork") in connection with their chapter 11 cases.  WeWork provided office space to the Debtors and are an unsecured creditor with claims of approximately $87,000 in the Debtors' chapter 11 cases. A&M's services for WeWork do not include pursing claims against the Debtors and A&M will recuse itself in both matters from any litigation or dispute that may arise between WeWork and the Debtors.

9.      Based on the Firm Procedures described in the Original Declaration, the relationships with the New Parties are identified on Schedule B hereto.  In addition, Schedule B contains updated disclosures of connections to certain categories of Potential Parties in Interest.

10.      Based on the results of its review, to be best of my knowledge, except as set forth herein or in the Prior Declarations, A&M does not have an active relationship with any of Potential Parties in Interest in matters relating to the Debtor's chapter 11 cases.

11.      To the extent any information disclosed herein requires amendment or modification upon A&M's completion of further review or as additional party-in-interest information

becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements

are true and correct.

Dated this 28th day of December, 2023

By: _/s/ Edgar W. Mosley II_
Edgar W. Mosley II
Managing Director

**Schedule A**

FTX Trading Ltd. – Redacted Parties in Interest

***363 Sales Parties***
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File

***Investments/Acquisitions***
FIFTH DIMENSION PTE LTD
Immutable Pty Ltd
SNIPER LABS INC.

***AD HOC COMMITTEE (Non US Customers of FTX.com)***
FC Cayman A, L.L.C.
GSR Markets Limited / GSR International Trading Limited
Kbit Global Limited
Nickel Digital Asset Management
Rothschild & Company Inc.
Svalbard Holdings Limited

***Banks/Lender/UCC Lien Parties/Administrative Agents***
Citizens Bank
KEB Hana Bank
Open Pay'd
Schwyzer Kantonalbank Mietzinsdepot

***Claimants***
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
APES GALAGO LP I
Arceau 507 LLC
Name on File
Artz Fund Investments PTE Ltd.
Austin, Katherine Reed
Bahamas Environmental Group Ltd
Beckstead, Nicholas

Name on File
BFCP IV LLC
Boba Foundation (fka OMG Foundation)
Boerner, Lindsey
Boryenace, Adam
Name on File
Name on File
Name on File
Camp, Stanton
Canoy, Dario
Cellco Partnership d/b/a Verizon Wireless
Name on File
Chao-Hung, Yang
Name on File
Checkout APAC Pte. Ltd.
Chen, Tianyun
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Fondation Serendipity
Name on File
Genesis Asia Pacific Pte. Ltd.
Genesis Global Holdco, LLC
Gensler Costa Rica SRL
Name on File
Name on File

FTX Trading Ltd. – Redacted Parties in Interest

| | |
|---|---|
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | McGee, Michael |
| Green Healthy House, LLC. | Meents, David |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| IPV FTX Co-Invest, a series of Iron Pine Ventures Co-Invest Fund LLC | Name on File |
| | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Millar, Tim |
| Name on File | Name on File |
| Name on File | Name on File |
| Name on File | Name on File |
| JK Advisory Pty Ltd | Name on File |
| Name on File | Name on File |
| Johnson, Brent | Neil Patel Digital, LLC |
| Name on File | Ngoy, Lena |
| Name on File | Name on File |
| Kephas Corporation dba DAAG Technology Services | Name on File |
| Name on File | Name on File |
| Korell, Bailey J. | Name on File |
| Lawler, Tana | Oroboros FTX I, LLC |
| Leslie, Latoya N | Name on File |
| Liquid Value GP Limited | Name on File |
| Lötscher, Marcel | Name on File |
| Lovero, Justin | Name on File |
| Name on File | Rational PR, LLC |
| Name on File | Rheingans-Yoo, Ross |
| Name on File | Rightsize Facility Performance of Illinois, LLC |
| Lyon, Matthew | Name on File |
| Name on File | Name on File |
| Mann, Brandon | Name on File |
| Name on File | Rosenfield, Ian |
| Name on File | Name on File |
| Name on File | Name on File |
| MarketVector Indexes GmbH | Name on File |
| Markou, Joshua | Saugstad, Monique |
| Mashinsky, Alex | Name on File |
| Name on File | Scott, George Shamond |
| Name on File | Serendipity Network Ltd. |
| Name on File | Name on File |

FTX Trading Ltd. – Redacted Parties in Interest

| | |
|---|---|
| Name on File | Access Labs Inc |
| Name on File | Aerotitle |
| Shindledecker, Craig | AIC Title Agency, LLC |
| Name on File | Frank Schuler & Birgit Kupka |
| Simpson Thacher & Bartlett LLP | Howard Andrew Fisher |
| Slate, Joshua | MJMcCaffrey Holdings, LLC |
| Name on File | Mr. Seun Gun Lee |
| Name on File | ODUNOLUWA LONGE |
| Name on File | Paul Veradittakit |
| Name on File | Tether International Limited |
| Sun, Cheuk Ying (Josephine) | Tom Lee |
| Name on File | ***OTHER SIGNIFICANT CREDITORS*** |
| Name on File | Alice Zhou |
| Name on File | Chan Kam Yee (Josephine) |
| Name on File | Ho Tak Ming (Aslan) |
| Tennessee Department of Revenue | Kwan Chan |
| Theatre Projects Consultants, Inc. | Rawson, Ryan Michael Leigh |
| Name on File | Vincent Tsun Ho Kwok |
| Name on File | Wendy Laraine Lee |
| Name on File | Wun Siu Ming |
| Name on File | Yiling Chen |
| Name on File | ***Director/Officer*** |
| Name on File | Bankman, Joseph |
| Two Sigma Ventures III | Eric Schwartz |
| Name on File | Panagiotis Papachristoforou |
| Name on File | TERENCE J. CULVER |
| Name on File | Watanabe, Claire |
| Name on File | ***Donations*** |
| Name on File | ALABAMA CONSERVATIVES FUND |
| Name on File | Association for Long Term Existence and Resilience |
| Name on File | Center for Disease Dynamics, Economics and Policy |
| Name on File | Center For Emerging Risk Research |
| Name on File | Clinton Health Access Initiative, Inc |
| Wever, Dena | FLORIDA INTERNATIONAL UNIVERSITY |
| Name on File | GMI Pac, Inc. |
| Name on File | LIBERTY CHAMPIONS |
| Wu, Qianwen | Machine Intelligence Research Ins |
| Name on File | Rethink Charity |
| Name on File | SENATE LEADERSHIP FUND |
| Young, Christopher | World Trade Center Performing Arts Center, Inc. |
| Zhang, Chang An | ***Litigation*** |
| Zhang, Zirui | Coinhub Group Inc |
| Name on File | Dalian Tianfang Enterprise Management Co., Ltd. |
| ***Contract Counter-Parties*** | Fastrax S.A. |

FTX Trading Ltd. – Redacted Parties in Interest

Fengzhen Wang
Ferreyros S.A.
Fueltech Ltda
Harun Ozan
Horiba, Ltd.
Jack in the Box
Kent Uyehara
Nguyen Huu Tai
Power Rich International Development Limited
Shenzhen Galaxy Real Estate Development Co., Ltd.
The Financial Times Limited
Turkiye Finans Katilim Bankasi A.S.

### Ordinary Course Professionals
Abrams & Bayliss LLP
Advokatur Sprenger+Partner
Alpha 8 Tax Solutions
Arias, Fábrega & Fábrega
Axalo Treuhand AG
Bowmans
CDB Legal Services
Cinder Creek LLC
Farahat & Co.
FCG Fair Consulting Group
Grant Thornton
Groom Law Group
Hamel-Smith Caribbean
Harris Kyriakides
Kantenwein Zimmermann Spatscheck & Partner
KPMG
Ladas & Parry LLP
Lane IP
Lincoln Park Advisors LLC
Link Partners
MKY Group AG
Niro LLC
North Country Capital LLC
S&N Partners
SEK Steuerberatungsgesellschaft
Tricor Services Limited

### Taxing Authority/Governmental/Regulatory Agencies
Dubai Multi Commodities Centre
Hk Inland Revenue Dept

New York State Department of Taxation and Finance
US Department of Treasury

### UCC Professionals
Epiq Corporate Restructuring

### Vendors
A - Star Consulting Llc
A&G Beteiligungsgesellschaft Mbh
Ace Digital Innovations Co. Ltd
AIA SG Pte Ltd.
Al-muzaini Exchange Co, K.s.c.c
Astteria (Hk) Limited Astteria (Hk) Limited
Asymmetric Labs Inc.
Blue Reservoir Pte Ltd
BOST
C W Publishing
C2 Capital Management, Llc
CAPITAL MANAGEMENT AG
CBD
Central Provident Fund (Singapore)
Chicago Title Insurance Company
CHINA ZHESHANG CO LTD
Crowe Horwath First Trust LLP
Data.AI
DAVID CHIU
DCG International Investments Ltd.
Decheque Inc.
Digital Assets Council of Financial Professionals,LLC
Digital Entertainment Asset Pte. Ltd
DUBAI WORLD TRADE CENTRE LLC
E-BENE CONSULTING
Easy Collect and International Payment Service (credit card
Far Horizon Capital Inc
Farhat Office
Fastlane Consulting Ltd
Grey Elephant Solutions Llc
Hashwatt, Inc
High 5, Llc
Into the Block
Joseph Learner
Kirsch Capital Equity
KRA Overseas Ltd.
Layer3 Xyz, Inc

FTX Trading Ltd. – Redacted Parties in Interest

Light Year Capital Gmbh
Mercedes F-1
Merril Lynch
Milo Credit, Llc
MPEG Live
Ocean Digital 401K
Offpiste Io Inc
OpenFortue
Osum, Inc
Pattern Engine, Inc
Payblr, Inc.
Pdyf ( Bvi ) Feeder Ltd .
Philip Iannaccone
Phobos Crypto Fund, Lp
PIT
Ready Campaign Inc.
Rocketfuel Blockchain, Inc
Silveridge Pte Ltd
Singapore Business Federation
Singapore Pte Ltd
Solana Labs, Inc
Spilsbury Holdings Limited
Steel Perlot Management, LLC
Tathastu Labs DMCC
Td Ameritrade Clearing, Inc.
Tether International Limited
TSB
Vcam
Vector Space Biosciences, Inc
Wachsman
Warriors
Washington Wizards
Webflow Inc.

**Schedule B**

**FTX Trading**

**Current and Former Clients of A&M and/or its Affiliates** [1]
CBD
Chicago Title Insurance Company
Citizens Bank
DCG International Investments Ltd.
Epiq Corporate Restructuring
Name on File
Financial Times Limited, The
Grant Thornton
Jack in the Box
KPMG
Light Year Capital Gmbh
Merrill Lynch
Rothschild & Company Inc.
TD Ameritrade Clearing, Inc.
TSB
World Trade Center Performing Arts Center, Inc.

**Significant Equity Holders of Current and Former A&M Clients** [2]
AIC Title Agency, LLC
Cellco Partnership d/b/a Verizon Wireless
Chicago Title Insurance Company
Light Year Capital Gmbh
Mashinsky, Alex
Merrill Lynch
Rothschild & Company Inc.
Tether International Limited
Two Sigma Ventures III
US Department of Treasury

**Professionals & Advisors** [3]
A&G Beteiligungsgesellschaft Mbh
Arias, Fabrega & Fabrega
Chicago Title Insurance Company
Crowe Horwath First Trust LLP
Epiq Corporate Restructuring
Grant Thornton
Groom Law Group
KPMG
Rothschild & Company Inc.

**Government and Regulatory** [4]
Dubai Multi Commodities Centre
New York State Department of Taxation and Finance
Tennessee Department of Revenue
US Department of Treasury

**A&M Vendors** [5]
Cellco Partnership d/b/a Verizon Wireless
Crowe Horwath First Trust LLP
Financial Times Limited, The
Grant Thornton
Hamel-Smith Caribbean
KPMG
Merrill Lynch
Rightsize Facility Performance of Illinois, LLC
TSB

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[5] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates

**FTX Trading**

**Individual Parties w/Indeterminate A&M Connections**[6]

Learner, Joe

---

[6] A&M used reasonable efforts to determine whether the large number of individual Potential Parties in Interest in these chapter 11 cases are related to individual parties who appeared in A&M's Client Database; however, A&M may have been unable to identify with specificity certain connections based on the generality of such individuals' names and/or the information available to A&M at this time. To the extent A&M's connections to such individual parties were unable to be confirmed, A&M has separately identified these parties on this Schedule as "Indeterminate".