UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELWARE

In re:

FTX TRADING LTD., *et al.*,

                Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**Fire Bouvardia, L.L.C.**
Last Four Digits of Acct #: N/A

Name of Transferor
**Oaktree Opportunities Fund XI Holdings (Cayman), L.P.**
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

c/o Crowell & Moring LLP
389 9th Ave, 44th Floor
New York, NY 10001
Attention: Timothy Lin
Email: tlin@crowell.com

Address of Transferor:
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attn: Colin McLafferty
E-mail: CMcLafferty@oaktreecapital.com

Case No.: 22-11068 et seq.

| Proof of Claim / Customer Claim Form Information | Debtor Schedule Customer Code | Transferred Amount of Claim | Debtor |
|---|---|---|---|
| Kroll Customer Confirmation ID: 3265-70-RRSPF-155228799<br>Customer Schedule F-3/Customer Schedule Number: 6788759<br>FTX Account ID: 9188318 | No. 00464827 | $10,102,246.00 (25% of the claim described herein) | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]
Transferee/Transferee's Agent

Date: December 27, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Oaktree Opportunities Fund XI Holdings (Cayman), L.P. (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Fire Bouvardia, L.L.C. (the "Buyer") 25% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Customer Claim Form Information | Debtor and Case No. | Proof of Claim Number | Debtor Schedule Customer Code | Assigned Claim Amount |
|---|---|---|---|---|
| Kroll Customer Confirmation ID: 3265-70-RRSPF-155228799<br><br>Customer Schedule F-3/Customer Schedule Number 6788759<br><br>FTX Account ID: 9188318 | FTX Trading Ltd.; Case No. 22-11068 | 39161 | 00464827 | 25% of the Claim described herein in the USD amount of not less than $10,102,246.00 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of December, 2023.

**SELLER:**

**OAKTREE OPPORTUNITIES FUND XI HOLDINGS (CAYMAN), L.P.**, as Seller

By: Oaktree Fund GP 1A, Ltd.
Its: General Partner

By: Oaktree Fund GP I, L.P.
Its: Director

By: *Zhe Zhao*
Name: Zhe Zhao
Title: Authorized Signatory

By: *David Nicoll*
Name: David Nicoll
Title: Authorized Signatory

**BUYER**:

**FIRE BOUVARDIA, L.L.C.**

By: *Paul Haskel*
Paul Haskel (Dec 27, 2023 19:10 EST)
Name: Paul Haskel
Title: Authorized Signatory

A-2

032-8119/6971036.2