IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., | Chapter 11 |
| Debtors. | Case No. 22-11068 (JTD) (Jointly Administered) |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | OAKTREE OPPORTUNITIES FUND XI HOLDINGS (CAYMAN), L.P. |

| Name and Address where notices to transferee should be sent: | Last known address: |
|---|---|
| DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>srao@diametercap.com | 1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>cmclafferty@oaktreecapital.com<br><br>FTX Account ID Number 9188318<br>Scheduled ID Number 6788759<br>Proof of Claim Number 39161<br>Date Claim Filed: August 14, 2023<br>**Portion of Claim Transferred: 25%** |

Last Four Digits of Acct #:  N/A            Last Four Digits of Acct #:  N/A

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                                   Date: 12/29/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

DB1/ 143273847.1

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Oaktree Opportunities Fund XI Holdings (Cayman), L.P.  (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to DCP Master Investments XV LLC (the "Buyer") 25% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Customer Claim Form Information | Debtor and Case No. | Proof of Claim Number | Debtor Schedule Customer Code | Assigned Claim Amount |
|---|---|---|---|---|
| Kroll Customer Confirmation ID:  3265-70-RRSPF-155228799<br><br>Customer Schedule F-3/Customer Schedule Number 6788759<br><br>FTX Account ID: 9188318 | FTX Trading Ltd.; Case No. 22-11068 | 39161 | 00464827 | 25% of the Claim described herein in the USD amount of not less than $10,102,246.00 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __ day of December, 2023.

**SELLER:**

**OAKTREE OPPORTUNITIES FUND XI HOLDINGS (CAYMAN), L.P.,** as Seller

By: Oaktree Fund GP 1A, Ltd.
Its: General Partner

By: Oaktree Fund GP I, L.P.
Its: Director

By: *Zhe Zhao*
Name: Zhe Zhao
Title: Authorized Signatory

By: *David Nicoll*
Name: David Nicoll
Title: Authorized Signatory

**BUYER**:

**DCP Master Investments XV LLC**

By: Diameter Capital Partners LP, its manager

By: _____
Name: Shailini Rao
Title: Co-Chief Operating Officer & General Counsel

A-2

032-8119/6971218.2