IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re FTX Trading Ltd., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 22-11068 (JTD) |
| ) | (Jointly Administered) |
| ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | TRADEBAIT DMCC |
| Name and Address where notices to transferee should be sent: | Last known address: |
| DCP Master Investments XV LLC<br>c/o Diameter Capital Partners, LP<br>55 Hudson Yards, Suite 29B<br>New York, NY 10001<br>srao@diametercap.com | TRADEBAIT DMCC<br>Unit No: 361 DMCC Business Centre<br>Level No 1 Jewellery & Gemplex 3<br>Dubai<br>United Arab Emirates<br>sameer.moolana@protonmail.com<br><br>FTX Account ID Number 63138736<br>Scheduled ID Number 2211068068541112<br>Proof of Claim Number<br>Date Claim Filed: September 28, 2023 |

Last Four Digits of Acct #: N/A           Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above): N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: 12/29/2023
   Transferee/Transferee's Agent

Local Form 138

DB1/ 143257364.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR FTX TRADING LTD. AND THE BANKRUPTCY COURT

TRADEBAIT DMCC ("Assignor") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Assignor has sold, transferred and assigned to DCP Master Investments XV LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $4,033,798.03 reflected in scheduled claim number 6854112 for FTX Account ID Number 63138736 with Scheduled ID Number 221106806854112 against FTX Trading Ltd. (the "Debtor"), a debtor in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), including any and all proofs of claim have been or may be filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS DECEMBER 29, 2023.

**TRADEBAIT DMCC**

By: _____
Name: SAMEER MOOLANA
Title: DIRECTOR / MANAGER

**DCP Master Investments XV LLC**

By: Diameter Capital Partners LP, its manager

By: _____
Name:  Shailini Rao
Title: Co-Chief Operating Officer & General Counsel

DB1/ 142946447.3