**CERTIFICATE OF SERVICE**

I, Christine McCabe, hereby certify that on December 29, 2023, I caused to be served copies of *Svalbard Holdings Limited's Response to Objection of SPCP Group, LLC to Transfer of Claim Other Than for Security* to all parties consenting to service through the Court's CM/ECF system.

Dated: December 29, 2023

*By: /s/ Christine McCabe*
Christine McCabe (No. 3695)
**ROSEN & ASSOCIATES, P.C.**
P.O. Box 7560
Wilmington, Delaware 19803
Telephone: (212) 223-1100
E-mail: CMcCabe@RosenPC.com