**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Boway Holdings, LLC** | **Fire Bouvardia, L.L.C.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br><br>Boway Holdings, LLC<br>1301 Avenue of the Americas, 34th Floor<br>New York, NY 10019<br>Attention: Colin McLafferty<br>Email: cmclafferty@oaktreecapital.com | Proof of Claim No. **37158**<br><br>Transferred Claim Amount: As more fully described on the attached Evidence of Transfer of Claim<br><br>Name and Address where notices to Transferor should be sent: <u>Address on file</u>. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BOWAY HOLDINGS, LLC**

By:     Oaktree Fund GP, LLC
Its:     Manager

By:     Oaktree Fund GP I, L.P.
Its:     Managing Member


By: *Colin McLafferty*                    Date: Jan 2, 2024
Name: Colin McLafferty
Title: Vice President


By: *Steve Tesoriere*                    Date: Jan 2, 2024
Steve Tesoriere (Jan 2, 2024 11:06 EST)
Name: Steven Tesoriere
Title: Managing Director


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Fire Bouvardia, L.L.C., (the "Seller"), hereby unconditionally and irrevocably sells, transfers and assigns to Boway Holdings, L.L.C. (the "Buyer") 25% of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim, designated in the Bankruptcy Case (as defined below) as described below, that was asserted against FTX Trading Ltd. and its affiliated debtors (collectively, the "Debtors"), in the proceedings captioned *In re: FTX Trading Ltd., et al*, Case No. 22-11068 (JTD) (Jointly Administered) (the "Bankruptcy Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

| Customer Claim Form Information | Debtor and Case No. | Proof of Claim Number | Debtor Schedule Customer Code | Assigned Claim Amount |
|---|---|---|---|---|
| Kroll Document ID: 2ba4f4b0adb115d26de6c84c4f510babb1faf631<br><br>Kroll Confirmation ID: 3265-70-NJRIP-940600989<br><br>FTX Account ID: 7360257 | FTX Trading Ltd.; Case No. 22-11068 | 37158 | 00392625 | 25% of the Claim described herein in the USD amount of not less than $27,104,339.82 |

Seller hereby waives any objection to the transfer of the claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing Buyer as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Buyer.

(*remainder of page blank*)

NYACTIVE-23638623.2

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 21 day of December, 2023.

**SELLER**:

**FIRE BOUVARDIA, L.L.C.**

By: *Paul Haskel* (DocuSigned: 86AAEADED4BB4E8...)
Name: Paul Haskel
Title: Authorized Signatory

**BUYER**:

**BOWAY HOLDINGS, L.L.C.**
By: Oaktree Fund GP, L.L.C.,
Its Manager

By: Oaktree Fund GP I, L.P.,
Its Manager

By: *Steven Tesoriere* (DocuSigned: E2282CD309524AC...)
Name: Steven Tesoriere
Title: Managing Director

By: *Colin McLafferty* (DocuSigned: 278EB277E4CA422...)
Name: Colin McLafferty
Title: Vice President

| 00392625 | Contingent | 1INCH-PERP[0], AAVE[.00000001], AAVE-PERP[0], ADABULL[0], ADA-PERP[0], AGLD-PERP[0], ALCX[.00045156], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATOM[0.01892454], ATOM-PERP[0], AVAX[0.08442866], AVAX-PERP[0], AXS-PERP[0], BNB[151.44], BNB-PERP[0], BOBA-PERP[0], BTC[1000.00159886], BTC-PERP[0], BULL[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRO-PERP[0], CRV-PERP[0], CVX[.09027025], CVX-PERP[-16012.4], DASH-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[10010.00100282], ETHBULL[0], ETH-PERP[0], ETHW[0.00054960], FIDA-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM[0.12877209], FTM-PERP[0], FTT[1000.14008792], FTT-PERP[-0.99999999], FXS[.06325451], FXS-PERP[0], GRT-PERP[0], HBAR-PERP[0], HT-PERP[0], ICP-PERP[-888.27000000], JOE[0], KSM-PERP[0], LDO[.8385294], LDO-PERP[0], LINK-PERP[0], LOOKS[.73958], LRC-PERP[0], LUNA2[0], LUNA2_LOCKED[0.76343853], LUNC[1.00983702], LUNC-PERP[0.00000001], MANA-PERP[0], MAPS-PERP[0], MATIC[1091811.8403], MATIC-PERP[0], MINA-PERP[-211], MKR-PERP[0], MSOL[.00000001], NEAR-PERP[1], OKB-PERP[0], ONE-PERP[0], OXY-PERP[0], PERP-PERP[0], RAY-PERP[0], RSR[0], RSR-PERP[0], RUNE[0.08992776], RUNE-PERP[1], SAND-PERP[0], SHIB-PERP[0], SNX[.00000001], SOL[214044.57300167], SOL-20210625[0], SOL-PERP[8888], SPELL[60.43530431], SPELL-PERP[-5114300], SRM[370.60442523], SRM_LOCKED[110637.06178619], SRM-PERP[0], STEP-PERP[0], STX-PERP[0], SUSHI[.00000001], SUSHI-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX[4742045], TRX-PERP[0], TULIP[.018706], UNI-PERP[0], USD[73960575.75], USDT[0], USTC[1.940599], USTC-PERP[0], VET-PERP[0], XEM-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZIL-PERP[-49730], ZRX-PERP[0] |

A-2