UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



| | |
|---|---|
| In re:<br>FTX Trading Ltd., *et al.*<br><br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## AMENDED NOTICE OF TRANSFER

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor**

**Franco Venter**

Transferor's Address:

Waterkloof Ridge
59 Westacre Cresent
Somerset West, 7130, South Africa

**Name of Transferee**

**Phoenix Digital LLC**

Transferee's address for notices and payment:

42 W 33rd St, 27B
New York, NY 10001
Tian Zeng
tzeng@nirvana-cap.com

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00847189 | As described on Amended Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Tian Zeng_ (DocuSigned)     Date: 12/18/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____     _____
                                Clerk of the Court

Annex A

## EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE

TO: Clerk, United States Bankruptcy Court, District of Delaware

**Franco Venter,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **Phoenix Digital LLC**, its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX Trading Ltd. et al. in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00847189 | As described on Amended Schedule F (see Exhibit A for Supporting Documents) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**            **Seller:**

**Phoenix Digital LLC**        **Franco Venter**

By: _/s/ Tian Zeng_        By: _/s/ Franco Venter_
Name: Tian Zeng        Name: Franco Venter
Title: Authorized Signatory    Title: Claim Holder
Email: tzeng@nirvana-cap.com    Email: franco.venter@rocketmail.com

Date: 12/18/2023        Date: 12/30/2023

Annex B

## EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

Excerpt from creditor email with Unique Customer Code:

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

Your Unique Customer Code is 00847189
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

ATOMBULL[0.0000000036856860]
BADGER[0.0000000012531195]
BTC[8.1100200326201023]
COPE[0.0000000045164649]
DOGEBEAR2021[0.0000000050000000]
ETH[104.8297440622691287]
FTT[0.0000000266620170]
LUNA2[0.0021383077580000]
LUNA2_LOCKED[0.0049893847680000]
LUNC[0.0000000065050400]
MAPS[0.0000000002346146]
OXY[0.0000000006623427]
SOL[0.0000000192450338]
SRM[0.0776006888438479]
SRM_LOCKED[5.0605835600000000]
STEP[0.0000000100000000]
SUSHI[0.0000000071283420]
USD[0.2887590224065499]
USDT[0.0000000043989711]
XTZBULL[0.0000000068370300]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Excerpt from Amended Schedule F:

| 00847189 | Contingent | AAVE-PERP[0], ADA-PERP[0], ALPHA-PERP[0], ATOMBULL[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER[0], BADGER-PERP[0], BAO-PERP[0], BNB-PERP[0], BTC[8.11002003], BTC-MOVE-20210411[0], BTC-MOVE-WK-20210723[0], BTC-MOVE-WK-20210730[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], COPE[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DENT-PERP[0], DOGEBEAR2021[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[104.82974406], ETH-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT[0.00000002], FTT-PERP[0], HOT-PERP[0], ICP-PERP[0], KIN-PERP[0], KSHIB-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00213830], LUNA2_LOCKED[0.00498938], LUNC[0], LUNC-PERP[0], MAPS[0], MEDIA-PERP[0], MER-PERP[0], ONE-PERP[0], OXY[0], OXY-PERP[0], PERP-PERP[0], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL[0.00000001], SOL-20210625[0], SOL-PERP[0], SRM[0.07760068], SRM_LOCKED[5.06058356], SRM-PERP[0], STEP[.00000001], STEP-PERP[0], SUSHI[0], SUSHI-PERP[0], TRX-PERP[0], USD[0.29], USDT[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZBULL[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |