# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on December 29, 2023, a true and correct copy of the *Debtors' Responses and Objections to the United States' First Set of Combined Discovery Requests in Connection with Estimating Claims of the Department of the Treasury – Internal Revenue Service Under 11 U.S.C. §502(c)* and the *Notice of Rule 30(b)(6) Deposition of the Department of the Treasury – Internal Revenue Service* were caused to be served upon the following counsel via Electronic Mail.

*Via Electronic Mail*
Elisabeth Bruce
Stephanie A. Sasarak
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Email: Elisabeth.M.Bruce@usdoj.gov
Stephanie.A.Sasarak@usdoj.gov

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0073809.2}

|  |  |
|---|---|
| Dated: January 2, 2024<br>       Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: pierce@lrclaw.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |