## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the foregoing was electronically filed on this 2nd day of January 2024 and accordingly was served upon all parties currently registered to receive electronic notice via this Court's CM/ECF notification system.

                                                */s/ Aaron S. Applebaum*
                                                Aaron S. Applebaum (DE # 5587)

PERSONAL\902286618.1