## **CERTIFICATE OF SERVICE**

    I, Aaron S. Applebaum, hereby certify that on this 2nd day of January, 2024, I caused a true and correct copy of the foregoing *Motion and Order for Admission Pro Hac Vice* to be served via the Court's CM/ECF system to all parties registered to receive such notices.

*/s/ Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)

PERSONAL\902292539.2