# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: DI No.** ___ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Dennis O'Donnell of DLA PIPER LLP (US), to represent *Maps Vault Ltd. and Oxygen Vault Ltd.* in the above-captioned case.

Dated:  January 2, 2024
    Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/  Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone:  (302) 468-5700
Email: aaron.applebaum@us.dlapiper.com

*Counsel to Maps Vault Ltd. and Oxygen Vault Ltd.*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

PERSONAL\902290773.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: January 2, 2024 | **DLA PIPER LLP (US)** |
| | |
| | */s/ Dennis O'Donnell* |
| | Dennis O'Donnell |
| | **DLA PIPER LLP (US)** |
| | 1251 Avenue of the Americas, 27th Floor |
| | New York, NY 10020-1104 |
| | Telephone: (212) 335-4665 |
| | E-mail: dennis.odonnell@us.dlapiper.com |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.