

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | |
|---|---|
| FTX Trading Ltd., *et al.* | Chapter 11 |
| Debtors | Case No. 22-11068 |
| | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **Canyon Balanced Master Fund, Ltd.** <br> By: Canyon Capital Advisors LLC, its Investment advisor |
| Transferor's Address: <br><br> [Address on File] | Transferee's address for notices and payment: <br><br> c/o Canyon Capital Advisors LLC <br><br> 2000 Avenue of the Stars, 11th Floor <br> Los Angeles, CA 90067 <br><br> Attn: James Pagnam; Legal <br> Email: Jpagnam@canyonpartners.com; legal@canyonpartners.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim | FTX Trading Ltd. | 22-11068 | Customer Code / Schedule #: 00630662 | 52.67586% of the Claim as described on Schedule F (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[DocuSigned by: 1DD7A56CDF974FD...]_                                              Date: 12/26/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM**

| | | |
|---|---|---|
| 00630662 | Contingent | ARS[28732.32], FTT[50.00419027], JST[7670], LUNA2[0.00008807], LUNA2_LOCKED[0.00020551], TRX[2074.11622637], USD[795504.49], USDT[0], USTC-PERP[0] |

**Name of Transferee**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.