# **EXHIBIT B**

**Exhibit B**
**FTX Trading Ltd. Case No. 22-11068**
**Out-of-Pocket Expenses**
**For the Period June 1, 2023 through June 30, 2023**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Karan,Anna Suncheuri | Staff | 6/14/2023 | Meals | Meals - Overtime - self | 14.91 |
| Bailey,Doug | Partner/Principal | 6/22/2023 | Lodging | Lodging - Marriott - New York, NY - 6/21/23 to 6/22/23 - 1 night - client meetings | 483.72 |
| Bailey,Doug | Partner/Principal | 6/23/2023 | Ground Transportation | Taxi - Client meetng to Airport | 168.98 |
| Bailey,Doug | Partner/Principal | 6/20/2023 | Airfare | Airfare – American - Round trip - 6/21/23 to 6/22/23 – Chicago, IL to New York, NY for meetings with client | 577.73 |
| Bailey,Doug | Partner/Principal | 6/21/2023 | Ground Transportation | Taxi - Airport to cleint meeting | 150.46 |
| Bailey,Doug | Partner/Principal | 6/22/2023 | Ground Transportation | Taxi - Client meetng to EY office | 51.32 |
| Shea JR,Thomas M | Partner/Principal | 6/20/2023 | Lodging | Lodging - Westin - Houstin, TX - 6/20/23 to 6/22/23 - 2 nights - client meetings | 680.45 |
| Shea JR,Thomas M | Partner/Principal | 6/20/2023 | Ground Transportation | Taxi - Home to airport | 106.96 |
| Shea JR,Thomas M | Partner/Principal | 6/20/2023 | Meals | Meal - Out of Town - Lunch - Self | 29.95 |
| Shea JR,Thomas M | Partner/Principal | 6/21/2023 | Ground Transportation | Taxi - Airport to hotel | 34.45 |
| Shea JR,Thomas M | Partner/Principal | 6/21/2023 | Meals | Meal - Out of Town - Dinner - Self | 50.00 |
| Shea JR,Thomas M | Partner/Principal | 6/21/2023 | Meals | Meal - Out of Town - Breakfast - Self | 10.57 |
| Shea JR,Thomas M | Partner/Principal | 6/22/2023 | Meals | Meal - Out of Town - Breakfast - Self | 10.57 |
| Lowery,Kristie L | National Partner/Principal | 6/21/2023 | Meals | Meal - Out of Town - Dinner - Self | 16.02 |
| Lowery,Kristie L | National Partner/Principal | 6/21/2023 | Ground Transportation | Taxi - Ey office to Houston airport | 52.14 |
| Lowery,Kristie L | National Partner/Principal | 6/21/2023 | Ground Transportation | Parking - Charlotte airport - 6/19/23 - 6/21/23 - 3 days | 72.00 |
| Lowery,Kristie L | National Partner/Principal | 6/22/2023 | Lodging | Lodging - Westin - Houston, TX - 6/19/23 to 6/20/23 - 1 night - client meetings | 225.00 |
| Wrenn,Kaitlin Doyle | Manager | 6/26/2023 | Ground Transportation | Taxi - California airport to hotel | 42.07 |
| Wrenn,Kaitlin Doyle | Manager | 6/26/2023 | Ground Transportation | Parking - Charlotte airport - 6/26/23 - 6/29/23 - 4 days | 95.99 |
| DeVincenzo,Jennie | Managing Director | 6/29/2023 | Meals | Meal - Out of Town - Breakfast - Self | 19.66 |
| DeVincenzo,Jennie | Managing Director | 6/27/2023 | Meals | Meal - Out of Town - Breakfast - Self | 18.82 |
| DeVincenzo,Jennie | Managing Director | 6/28/2023 | Meals | Meal - Out of Town - Breakfast - Self | 10.00 |
| Lowery,Kristie L | National Partner/Principal | 6/27/2023 | Meals | Meal - Out of Town - Breakfast - Self | 4.50 |
| Lowery,Kristie L | National Partner/Principal | 6/29/2023 | Meals | Meal - Out of Town - Breakfast - Self | 30.00 |
| Lowery,Kristie L | National Partner/Principal | 6/28/2023 | Ground Transportation | Taxi - Dinner to hotel | 85.21 |
| Lowery,Kristie L | National Partner/Principal | 6/28/2023 | Ground Transportation | Taxi - California airport to hotel | 26.82 |
| Wrenn,Kaitlin Doyle | Manager | 6/29/2023 | Ground Transportation | Taxi - Hotel to Airport | 35.83 |
| Wrenn,Kaitlin Doyle | Manager | 6/29/2023 | Meals | Meal - Out of Town - Lunch - Self | 32.02 |
| Wrenn,Kaitlin Doyle | Manager | 6/26/2023 | Meals | Meal - Out of Town - Lunch - Self | 21.30 |
| DeVincenzo,Jennie | Managing Director | 6/26/2023 | Ground Transportation | Taxi - Home to Newark Airport | 41.90 |
| DeVincenzo,Jennie | Managing Director | 6/27/2023 | Ground Transportation | Taxi - California airport to hotel | 43.10 |
| DeVincenzo,Jennie | Managing Director | 6/30/2023 | Ground Transportation | Taxi - Newark airport to home | 58.72 |
| DeVincenzo,Jennie | Managing Director | 6/29/2023 | Ground Transportation | Taxi - Dinner to hotel | 53.97 |
| DeVincenzo,Jennie | Managing Director | 6/29/2023 | Ground Transportation | Taxi - Hotel to Airport | 36.46 |
| Lowery,Kristie L | National Partner/Principal | 6/29/2023 | Ground Transportation | Parking - Charlotte airport - 6/26/23 - 6/29/23 - 4 days | 96.00 |
| Lowery,Kristie L | National Partner/Principal | 6/13/2023 | Airfare | Airfare – American - Round trip - 6/19/23 to 6/21/23 – Charlotte, NC and Houston, TX for meetings with client | 362.26 |
| Lowery,Kristie L | National Partner/Principal | 6/19/2023 | Ground Transportation | Taxi - Houston airport to EY office | 67.94 |
| Lowery,Kristie L | National Partner/Principal | 6/20/2023 | Meals | Meal - Out of Town - Breakfast - Self | 8.66 |
| Lowery,Kristie L | National Partner/Principal | 6/29/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | 19.00 |
| Karan,Anna Suncheuri | Staff | 6/5/2023 | Meals | Meals - Overtime - self | 15.95 |
| Karan,Anna Suncheuri | Staff | 6/5/2023 | Meals | Meals - Overtime - self | 3.35 |
| Shea JR,Thomas M | Partner/Principal | 6/27/2023 | Miscellaneous | Miscellaneous - Wi-Fi while traveling | 10.00 |
| Shea JR,Thomas M | Partner/Principal | 6/26/2023 | Ground Transportation | Taxi - Hotel to client site | 35.01 |
| Shea JR,Thomas M | Partner/Principal | 6/26/2023 | Ground Transportation | Taxi - Client site to hotel | 16.14 |
| Shea JR,Thomas M | Partner/Principal | 6/28/2023 | Ground Transportation | Taxi - Hotel to Airport | 68.78 |
| Shea JR,Thomas M | Partner/Principal | 6/27/2023 | Ground Transportation | Taxi - Client site to hotel | 20.65 |
| Shea JR,Thomas M | Partner/Principal | 6/27/2023 | Ground Transportation | Taxi - Hotel to client site | 14.01 |
| Turkey | | | | Value Added Tax - Turkey | 717.00 |
| **Total** | | | | | **$4,846.35** |

The request herein is without prejudice to EY's right to seek additional compensation for Title III Services performed and expenses incurred during the Fee Period, which were not processed at the time of this Application.