

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

| In re: | | Chapter 11 |
|---|---|---|
| FTX Trading, *et al..* | | Case No. <u>22-11068</u> |
| | Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **FTX CLAIMS SPV LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 475 Sansome St, Suite 730<br>San Francisco, CA 94111<br>Anh Le |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00507749<br>Schedule # (Kroll): 6762793<br>Proof of Claim #: 15838 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_     Date: 12/22/2023
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                          Clerk of the Court



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



# **EXHIBIT A**

## SCHEDULED CLAIM(S)

**Excerpt from Kroll Website:**

### Creditor Data Details - Claim # 15838

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | FTX Trading Ltd. | 15838 |
| Address on file | Date Filed | Schedule Number |
| | 07/17/2023 | 6762793 |
| | | Confirmation ID |
| | | 3265-70-QRMHW-644414159 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AVAX-PERP | -0.0000000000001563 |
| CRYPTO | BTC-PERP | 0.0000000000000172 |
| CRYPTO | COPE | 0.00000000079375 |
| CRYPTO | DOGE | 0.0000000069028929 |
| CRYPTO | ETH | 0.0000000102879268 |
| CRYPTO | ETH-PERP | -0.0000000000000497 |
| CRYPTO | FTT | 22.500000114536306 |
| CRYPTO | FTT-PERP | 0.0000000000008669 |
| CRYPTO | LINK-PERP | -0.0000000000009095 |
| CRYPTO | LUNC-PERP | -0.0000000000945874 |
| CRYPTO | OXY | 0.000000009836634 |
| CRYPTO | RAY | 0.0000000078234749 |
| CRYPTO | REN | 0.0000000077466327 |
| CRYPTO | SOL | 0.0000000165540796 |
| CRYPTO | SOL-PERP | -0.0000000000036451 |
| CRYPTO | SRM | 0.00023159794278 |
| CRYPTO | SRM_LOCKED | 0.00209248 |
| CRYPTO | SXP | 0.00000000005568 |
| CRYPTO | UNI-PERP | 0.000000000001819 |
| CRYPTO | USDT | 0.0000000266038257 |
| FIAT | USD | 16034.43831753578 |

**Excerpt from Schedule F:**

| | |
|---|---|
| 00507749 | COPE[0.000000007937500],DOGE[0.000000069028929],ETH[0.000000102879268],FTT[22.500000114536306],OXY[0.000000098366340],RAY[0.000000078234749],REN[0.000000077466327],SOL[0.000000165540796],SRM[0.00023159794278],SRM_LOCKED[0.00209248000000000],SXP[0.000000000556800],USD[16034.43831753578],USDT[0.0000000266038257] |

**Excerpt from Amended Schedule F:**

| 00507749 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], AMC-20210625[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-20211231[0], BAL-PERP[0], BNB-PERP[0], BTC-MOVE-0715[0], BTC-MOVE-0805[0], BTC-MOVE-0811[0], BTC-MOVE-0817[0], BTC-PERP[0], CEL-PERP[0], COPE[0], CRO-PERP[0], CRV-PERP[0], DAWN-PERP[0], DOGE[0], DOGE-PERP[0], DOT-PERP[0], EDEN-20211231[0], EDEN-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[0.00000001], ETH-PERP[0], FTM-PERP[0], FTT[22.50000011], FTT-PERP[0], GMT-PERP[0], GST-PERP[0], HNT-PERP[0], JASMY-PERP[0], KNC-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OP-PERP[0], OXY[0], OXY-PERP[0], PEOPLE-PERP[0], RAMP-PERP[0], RAY[0], RAY-PERP[0], REN[0], RUNE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SLP-PERP[0], SOL[0.00000001], SOL-PERP[0], SRM[0.00023159], SRM_LOCKED[.00209248], SRN-PERP[0], STEP-PERP[0], SUSHI-PERP[0], SXP[0], TRU-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[16034.44], USDT[0.00000002], USDT-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0], YFI-PERP[0], ZRX-PERP[0] |
|---|---|---|