# EXHIBIT A

## December 2023 De Minimis Asset and Fund Asset Sales

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| December 11, 2023 | Limited partnership interests in LN Sports & Health Tech Fund L.P. | Clifton Bay Investments LLC (Ventures Silo) | WH Investment Partners LLC; Jared Perlin Revocable Trust; Stacey Perlin Labell Revocable Trust | None | $107,972.13 | N/A | None | $300,000 | $700,000 |
| December 28, 2023 | Limited partnership interests in Mint I, A Series of Curated NFTs, LP | FTX Ventures Ltd. (Ventures Silo) | Pixel Curators, LLC | None | $130,000 | N/A | None | $600,000 | $400,000 |