# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **FC Cayman A, L.L.C.** | Name of Transferor: | **Dlocal LLP** |
| Name and Address where notices and payments to transferee should be sent: | FC Cayman A, L.L.C.<br>c/o Willkie Farr & Gallagher LLP<br>Attn: Joseph G. Minias<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>jminias@willkie.com | Last known address:<br><br>Email:<br><br>Court Claim #<br>(if known):<br><br>Amount of Claim:<br>Date Claim Filed:<br><br>Phone:<br>Email:<br><br>Last Four Digits of Acct #: | 4 King´s Bench Walk<br>London EC4Y 7DL<br>United Kingdom<br><br>legal@dlocal.com<br><br>221106807567558<br>(Scheduled ID)<br><br>USD 5,571,683.00<br>29 September 2023<br><br>N/A<br>legal@dlocal.com<br><br>5410 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[DocuSigned by: James Pack, BAB7209934364BE...]_      Date: 1/4/2024

Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138

## EVIDENCE OF TRANSFER OF PARTIAL CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of December 28th, 2023, Dlocal LLP ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to FC Cayman A, L.L.C. ("**Purchaser**") 50% of all Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. (unknown) with Scheduled ID 221106807567558 against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring 50% of the Claim to Purchaser and recognizing Purchaser as the 50% owner and holder of such Claim. You are hereby requested to make 50% of all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 29th, 2023.

Dlocal LLP
By: _____
Name: Nadia Yavitz
Title: Authorized Person


FC Cayman A, L.L.C.
By: _____
Name: BAB7209934364BE...
Title: Authorized Person

2