# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF MICHELE YVETTE THOMPSON REGARDING EY BERMUDA LTD.'S DISINTERESTEDNESS AS A SUBCONTRACTOR OF ERNST & YOUNG LLP IN THESE CHAPTER 11 PROCEEDINGS

I, Michele Yvette Thompson, hereby declare pursuant to Rule 2014(a) of the Bankruptcy Rules[2] as follows:

1. I am a director of EY Bermuda. I provide this declaration (the "EY Bermuda Supplemental Declaration") on behalf of EY Bermuda to supplement certain disclosures in my original declaration that was filed with this Court on April 21, 2023 [Docket No. 1328] (the "EY Bermuda Initial Declaration").

2. The facts set forth in this EY Bermuda Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or professionals or EY Bermuda or employees of other member firms of EYGL under my supervision and direction.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the EY Bermuda Initial Declaration.

{1368.002-W0073838.}

3.       On January 3, 2024, the Debtors filed the *Third Supplemental Declaration of Thomas M. Shea in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Ernst & Young LLP as Its Tax Services Provider, Nunc Pro Tunc to November 28, 2022* [Docket No. 5320] (the "Third Supplemental Shea Declaration").  This EY Bermuda Supplemental Declaration incorporates paragraphs 3-8 of the Third Supplemental Shea Declaration as if made herein.

4.       To the best of my knowledge, information, and belief, EY Bermuda continues (a) not to hold or represent an interest adverse to the Debtors' estates, and (b) to be a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 372(a) of the Bankruptcy code.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2024

/s/ Michele Yvette Thompson

MICHELE YVETTE THOMPSON
EY BERMUDA LTD.

{1368.002-W0073838.}