# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | : | Case No. 22-11068 (JTD) |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF MICHELE YVETTE THOMPSON REGARDING EY CAYMAN LTD.'S DISINTERESTEDNESS AS A SUBCONTRACTOR OF ERNST & YOUNG LLP IN THESE CHAPTER 11 PROCEEDINGS

I, Michele Yvette Thompson, hereby declare pursuant to Rule 2014(a) of the Bankruptcy Rules[2] as follows:

1.  I am a director of EY Cayman. I provide this declaration (the "EY Cayman Supplemental Declaration") on behalf of EY Cayman to supplement certain disclosures in my original declaration that was filed with this Court on April 21, 2023 [Docket No. 1328] (the "EY Cayman Initial Declaration").

2.  The facts set forth in this EY Cayman Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or professionals or EY Cayman or employees of other member firms of EYGL under my supervision and direction.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the EY Cayman Initial Declaration.

3. On January 3, 2024, the Debtors filed the *Third Supplemental Declaration of Thomas M. Shea in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Ernst & Young LLP as Its Tax Services Provider, Nunc Pro Tunc to November 28, 2022* [Docket No. 5320] (the "Third Supplemental Shea Declaration"). This EY Cayman Supplemental Declaration incorporates paragraphs 3-8 of the Third Supplemental Shea Declaration as if made herein.

4. I recently learned that one EY Cayman professional provided services to the Debtors and also provided one hour of work related to the Blockfi International provisional liquidation and billed to Blockfi International. This professional has represented that this professional's time spent did not relate to potential disputes between BlockFi and the Debtors. This professional has been informed not to assist the BlockFi JPLs in the performance of their duties, and this professional has agreed to refrain from performing such work in the future.

5. To help to prevent future occurrences of any EY Cayman (or other EY BBC Region) professional providing services to both the Debtors and the JPLs while these Chapter 11 Cases are pending, I or another professional acting at my direction will periodically send an email to all EY Cayman (and all other EY BBC Region) professionals who recorded time to EY Cayman or EY Bermuda engagement codes for the Debtors since the commencement of these Chapter 11 Cases to remind them that they may not provide professional services to the JPLs during these Chapter 11 Cases, and I or another professional acting at my direction will periodically send an email to all EY Cayman (and all other EY BBC Region) professionals who recorded time to engagement codes for the JPLs since the JPLs were appointed to remind them that they may not provide professional services to the Debtors during these Chapter 11 Cases.

6.   To the best of my knowledge, information, and belief, EY Cayman continues (a) not to hold or represent an interest adverse to the Debtors' estates, and (b) to be a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, as required under section 372(a) of the Bankruptcy code.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2024

/s/ *Michele Yvette Thompson*

MICHELE YVETTE THOMPSON
EY CAYMAN LTD.

{1368.002-W0073837.}