UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

**Name (Redacted)**

Name and Current Address of Transferor:
**Name (Redacted)**

Name of Transferee:

**FTX Claims SPV LLC**

Name and Address where notices and payments to transferee should be sent:
**FTX Claims SPV LLC**
**Attn: Anh Le**
**475 Sansome St, Suite 730**
**San Francisco, CA 94111**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 39688 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Schedule No. 6819721 | Name (Redacted) | as described on Register (attached) | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-QCCMU-686808235 | Name (Redacted) | Unliquidated (stated in crypto) | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00193488 | Name (Redacted) | as described on Schedule F (attached) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                        Date: December 18, 2023
Transferee/Transferee's Agent

## Creditor Data Details - Claim # 39688

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/15/2023

**Claim Number**
39688

**Schedule Number**
6819721

**Confirmation ID**
3265-70-QCCMU-686808235

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

| | | |
|---|---|---|
| 00193488 | | ALCX[0.00000000050000000],BTC[0.48675716000000000],ETH[0.00042000000000000],ETHW[0.00042000000000000],FTT[1058.07461489736665648],LUNA[45.92424024000000000],LUNA2_LOCKED[107.1565606000000000],MCB[0.00485662000000000],SOL[0.00207000000000000],SRM[54.22502804000000000],SRM_LOCKED[390.42887767000000000 0],USDX[43456.92081233526749109000000000],USDC[50000.00000000000000000000],USDT[0.00746900065304113] |
| 00193488 | Contingent | 1INCH-20210326[0], 1INCH-20210625[0], 1INCH-PERP[0], AAVE-20210326[0], AAVE-20210625[0], AAVE-PERP[0], ADA-1230[0], ADA-20210326[0], ADA-20210625[0], ADA-20210924[0], ADA-PERP[0], AGLD-PERP[0], ALCX[0], ALCX-PERP[0], ALGO-20200925[0], ALGO-20210625[0], ALGO-PERP[1], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-0325[0], ATOM-20200925[0], ATOM-20210326[0], ATOM-20210625[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-0325[0], AVAX-0624[0], AVAX-20210326[0], AVAX-20210625[0], AVAX-20210924[0], AVAX-20211231[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-20200925[0], BCH-PERP[0], BNB-20200925[0], BNB-20210326[0], BNB-20210625[0], BNB-20210924[0], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[.48675716], BTC-0325[0], BTC-0331[0], BTC-0624[0], BTC-0930[0], BTC-1230[0], BTC-20200626[0], BTC-20200925[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-MOVE-2020Q4[0], BTC-MOVE-2022Q1[0], BTC-MOVE-WK-20201016[0], BTC-MOVE-WK-20201023[0], BTC-MOVE-WK-20201106[0], BTC-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], COMP-20210326[0], COMP-20210625[0], COMP-20211231[0], COMP-PERP[0], CREAM-20201225[0], CREAM-20210326[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DEFI-20200925[0], DEFI-20210625[0], DEFI-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-1230[-10], DOGE-20210326[0], DOGE-20210625[0], DOGE-PERP[0], DOT-20210326[0], DOT-20210625[0], DOT-20211231[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-20200925[0], EOS-PERP[0], ETC-20200925[0], ETC-PERP[0], ETH[.00042], ETH-0325[0], ETH-0624[0], ETH-0930[0], ETH-1230[0], ETH-20200925[0], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0.01000000], ETHW[.00042], ETHW-PERP[0], EXCH-PERP[0], FIDA-PERP[0], FIL-20210326[0], FIL-20210924[0], FIL-20211231[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FLUX-PERP[0], FTM-PERP[0], FTT[1058.07461489], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-20210326[0], GRT-20210625[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-20200925[0], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], INJ-PERP[1], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KLAY-PERP[0], KLUNC-PERP[-1], KNC-20200925[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LDO-PERP[0], LEO-20200925[0], LEO-PERP[0], LINA-PERP[0], LINK-20200925[0], LINK-20210326[0], LINK-20210625[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[45.92424024], LUNA2_LOCKED[107.1565606], LUNA2-PERP[0], LUNC-PERP[-0.00000001], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC-PERP[0], MCB[.00485662], MID-20210625[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-20201225[0], NEO-PERP[0], OKB-PERP[0], OMG-20210326[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], OXY-PERP[0], PAXG-20200626[0], PAXG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], PRIV-PERP[0], PROM-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RON-PERP[0], ROOK-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[0], SCRT-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[.00207], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[0], SOL-20210326[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL-PERP[1], SOS-PERP[0], SPELL-PERP[0], SRM[54.22502604], SRM_LOCKED[390.42887767], SRM-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-0325[0], SUSHI-20200925[0], SUSHI-20210326[0], SUSHI-20210625[0], SUSHI-20210924[0], SUSHI-20211231[0], SUSHI-PERP[0], SXP-PERP[0], THETA-20200925[0], THETA-PERP[0], TLM-PERP[0], TOMO-20201225[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-PERP[0], TULIP-PERP[0], UNI-20201225[0], UNI-20210326[0], UNI-20210625[0], UNI-PERP[0], USD[93427.73], USDT[0.00746900], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-1230[0], XRP-20200925[0], XRP-PERP[0], XTZ-20200925[0], XTZ-PERP[0], YFI-20210326[0], YFI-20210625[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

## EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: U.S. Bankruptcy Court for the
District of Delaware ("Court")

AND: FTX Trading Ltd., et al. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

Proof of Claim #: 39688 ("Proof of Claim")
Schedule #: 6819721 ("Schedule")
Confirmation ID #: 3265-70-QCCMU-686808235 ("Confirmation ID")
Customer Code #: 00193488 ("Customer Code")

███████ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**FTX Claims SPV LLC**
Attn: Anh Le
475 Sansome St, Suite 730
San Francisco, CA 94111

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount of Unliquidated (stated in crypto) ("Claim"), which represents 100 % of the total claim amount of Unliquidated (stated in crypto) against Debtor in the Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 18, 2023.

| | FTX Claims SPV LLC |
|---|---|
| By: ███████ | By: /s/ Anh Le |
| Name: ███████ | Name: Anh Le |
| Title: ███ | Title: Authorized Signatory |