UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

FTX TRADING LTD., *et al.*,

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name and Current Address of Transferor:

Name of Transferee:

**Arceau X**

Name and Address where notices and payments to transferee should be sent:

Arceau X
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 698 | | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No. 00151037 | | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*Michael Bottjer*___  Date: _____

Transferee/Transferee's Agent

## TRANSFER OF CLAIM AGREEMENT

This Transfer of Claim Agreement ("Agreement") is entered into by and between **Arceau X LLC** ("Purchaser") and _____ ("Seller"), an individual residing at the address _____ as of **January 12, 2023**.

1. **Definitions.** As used herein, the following terms shall have the meanings set forth below: (a) "Case" means *In re FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware, or *FTX Digital Markets Ltd. (in Provisional Liquidation)* pending in the Supreme Court, Commercial Division, of the Commonwealth of The Bahamas as of the date hereof; (b) "Proof of Claim" means Proof of **Claim No.** ____ filed in the Case; (c) "Supporting Documents" means all receivables, agreements, instruments, invoices, purchase orders, and all other documents evidencing the Proof of Claim; and (d) "Transferred Claim" means all of Seller's right, title, and interest in the Proof of Claim and Supporting Documents, and all of Seller's right to payment on account of such claim and under such documents.

2. **Assignment of Transferred Claim; Payment of Purchase Price.** Seller hereby sells, transfers, and assigns the Transferred Claim to Purchaser, as of the date hereof. In consideration for the Transferred Claim, and immediately upon Purchaser's receipt of this Agreement and the Evidence of Transfer of Claim attached hereto, each duly executed by Seller, Purchaser shall pay to Seller $_____ (the "Purchase Price") in accordance with the payment instructions set forth on Schedule 1.

3. **Representations and Warranties.** Seller hereby represents and warrants to Purchaser, as of the date hereof: (a) Seller is duly authorized and empowered to execute this Agreement and perform the terms hereof; (b) Seller is the sole owner of and has good legal and beneficial title to the Transferred Claim, free and clear of all liens, claims, security interests, or other encumbrances; (c) the Transferred Claim is a valid, allowable claim in an amount not less than $_____ (d) the Transferred Claim is not subject to disallowance, expungement, reduction, setoff, recoupment, recharacterization, or subordination (an "Impairment") and Seller has not received any threat of Impairment with respect to the Transferred Claim; and (e) true and correct copies of the Supporting Documents are either attached to the Proof of Claim or have been delivered to Purchaser.

4. **Further Representations.** Prior to payment of the Purchase Price Seller shall: (a) file a true and accurate Proof of Claim in the Case for not less than $_____ and deliver a copy thereof to Purchaser; (b) deliver to Purchase a copy of a true and accurate passport; and (c) deliver to Purchaser a true and accurate proof of address satisfactory to Purchaser.

5. **Notices/Distributions.** Seller agrees that in the event it receives payment or distributions or notices with respect to the Transferred Claim after the date hereof, Seller shall accept the same as Purchaser's agent and hold the same in trust for Purchaser's sole benefit, and deliver the same to Purchaser in the same form received (free of any withholding, setoff, or deduction of any kind) within five business days in accordance with the payment instructions set forth on Schedule 1.

6. **Confidentiality.** Seller agrees to maintain the confidentiality of this Agreement, including the purchase price, except to the extent required by applicable law or court order; *provided, however,* Seller may disclose this Agreement to its attorneys and professional consultants, subject to such persons complying with this confidentiality provision.

7. **Governing Law; Jurisdiction.** This Agreement shall be governed and construed in accordance with the laws of the State of New York. Each party submits to the jurisdiction of federal or state courts located in the County of New York, State of New York, and agrees any litigation relating to this Agreement shall be brought only in such courts.

8. **Successors and Assigns.** The provisions of this Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.

IN WITNESS WHEREOF, the undersigned executed this Agreement as of the date stated above.

**Arceau X LLC**

By: *Michael Bottjer*
    Michael Bottjer (Jan 12, 2023 21:34 GMT)
Michael Bottjer
Authorized Signer

By: _____
Name: _____
Title: _____

Your Unique Customer Code Is 00151037

Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

AURY[0.9945686300000000], USDT[21000.0065240141387076]

BCH[0.0001751300000000], USTC[0.5499888694180856]

BCHA[0.0001751300000000], YFI[0.0008174950000000]

BNB[0.0070087200000000]

BTC[5.0001605486966937]

BUSD[405086.9989638000000000]

DAI[1000.0000000000000000]

DOGE[10.0058422500000000]

ETH[128.4865198275000000]

ETHW[0.0018222100000000]

FTT[1.0167428800000000]

LUNA2[0.0038853415120000]

LUNA2_LOCKED[0.0090657968610000]

RUNE[0.0257400000000000]

SOL[0.0068086300000000]

SRM[11.9589369900000000]

SRM_LOCKED[42.1752569900000000]

SWEAT[40.0000000000000000]

TRX[0.4695570000000000]

USD[128.7003652190114720]

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▮ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **Arceau X LLC** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No.** _____ (the "Proof of Claim") filed against FTX Trading Ltd. (the "Debtor") in the amount of $▮ in *In re* **FTX Trading Ltd. (Case No. 22-bk-11068)** pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on **January 12, 2023**.



By: ▮
Name: ▮
Title: ▮