**<u>EXHIBIT A</u>**

**Owl Hill Advisory, LLC**

**Summary of Staffing and Functions – FTX Trading Ltd., *et al.*
<u>for the Period from December 1, 2023 through December 31, 2023</u>**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** | |
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** | |
| N/A | N/A |

**The following Compensation Report includes**
**services performed by Owl Hill on behalf of the Debtors**
**for the period from December 1, 2023 through December 31, 2023**

**Summary of Services Provided**

1.      John J. Ray III is the only professional staffed by Owl Hill on the

engagement.  As the CEO for the Debtors, Mr. Ray has assumed in all respects the management

of the Debtors' businesses.  In addition, as described in the First Day Declarations, Mr. Ray has

provided oversight and support to the Debtors' other professionals in connection with execution

of the five core objectives of these Chapter 11 Cases:

(a)      <u>Implementation of Controls</u>:  the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

(b)      <u>Asset Protection & Recovery</u>:  the location and security of property of the estate, a substantial portion of which may be missing or stolen;

(c)      <u>Transparency and Investigation</u>:  the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

(d)      <u>Efficiency and Coordination</u>:  cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

(e)      <u>Maximization of Value</u>:  the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2.      During the Reporting Period, Mr. Ray directed and oversaw the Debtors'

businesses and worked with the Debtors' retained professionals on these five objectives.  This

work included periodic meetings and numerous communications with the independent board of

directors and attending regular weekly telephonic and in person board meetings to manage and

coordinate the Debtors' operations and restructuring efforts.  Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

3.      Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. In particular, Mr. Ray was directly involved with the negotiation of certain venture sales. Mr. Ray also directly handled the negotiations with the Joint Official Liquidators related to a Global Settlement Agreement. Mr. Ray is involved day-to-day with respect to the management and disposition of the Debtors' digital assets. Additionally, Mr. Ray was directly involved with the furtherance of the FTX.com 2.0 sales process, including the direct negotiation with various bidders.

**Summary of Compensation and Expenses**

| Period | Fees | Expenses | Total |
|---|---|---|---|
| December 1, 2023 – December 31, 2023 | $285,350.00 | $230.19 | $285,580.19 |

**Summary of Expense by Category**

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $0.00 |
| Travel – Airfare | $0.00 |
| Travel – Transportation (other) | $0.00 |
| Travel – Meals | $0.00 |
| Other Expenses | $230.19 |
| **Total Amount for Period:** | $230.19 |

**Summary of Time and Fees by Professional**

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,300.00 | 219.5 | $285,350.00 |
| **50% adjustment for non-working travel:** | | | 0.00 | ($0.00) |
| **Total Amount for Period:** | | | | $285,350.00 |

-4-

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/1/23 | Review of outstanding due diligence related to FTX 2.0 and develop questions list | John J. Ray III | 1.3 | $1,690.00 |
| 12/1/23 | Call with A&M (R Esposito and others) related to reverse due diligence status | John J. Ray III | 0.5 | $650.00 |
| 12/1/23 | Call with JOLs and S&C (S Wheeler and others) related to property sales | John J. Ray III | 0.5 | $650.00 |
| 12/1/23 | Review of FTX 2.0 transaction documents | John J. Ray III | 2.0 | $2,600.00 |
| 12/1/23 | Call with PWP (K Cofsky) and FTX 2.0 bidder "A" related to business terms | John J. Ray III | 1.0 | $1,300.00 |
| 12/1/23 | Call with PWP (K Cofsky) and FTX 2.0 bidder "B" related to business terms | John J. Ray III | 1.0 | $1,300.00 |
| 12/1/23 | Review of draft transaction documents and develop issues list | John J. Ray III | 2.8 | $3,640.00 |
| 12/1/23 | Call with S&C (B Glueckstein) related to coin estimation process | John J. Ray III | 0.5 | $650.00 |
| 12/1/23 | Review UCC FTX 2.0 issues list and S&C list | John J. Ray III | 2.3 | $2,990.00 |
| 12/1/23 | Review and approve diligence responses | John J. Ray III | 0.3 | $390.00 |
| 12/1/23 | Review of tax withholding obligations | John J. Ray III | 0.8 | $1,040.00 |
| 12/2/23 | Review of banking positions | John J. Ray III | 0.3 | $390.00 |
| 12/2/23 | Review and approve Europe next steps and recommendations | John J. Ray III | 0.8 | $1,040.00 |
| 12/2/23 | Review and markup/comment related to Bahamas agreement | John J. Ray III | 1.3 | $1,690.00 |
| 12/3/23 | Review of FTX 2.0 issues list and comments | John J. Ray III | 0.8 | $1,040.00 |
| 12/3/23 | Call with Ad hoc, UCC representatives, and S&C (A Dietderich and others) related to FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 12/3/23 | Compensation report preparation | John J. Ray III | 1.0 | $1,300.00 |
| 12/3/23 | Call with PWP (K Cofsky) related to FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/3/23 | Review of claims trading activity and monitoring recoveries | John J. Ray III | 0.8 | $1,040.00 |
| 12/4/23 | Review of staffing questions and payroll | John J. Ray III | 0.5 | $650.00 |
| 12/4/23 | Review of professional fees | John J. Ray III | 0.8 | $1,040.00 |
| 12/4/23 | Review and execute ISDA related to crypto management | John J. Ray III | 1.3 | $1,690.00 |
| 12/4/23 | Review of avoidance action matter | John J. Ray III | 0.5 | $650.00 |
| 12/4/23 | Review and comment on draft Bahamas agreement and related documents | John J. Ray III | 3.8 | $4,940.00 |
| 12/4/23 | Call with Galaxy, A&M (K Ramanathan and others), UCC, and AHC representatives | John J. Ray III | 1.0 | $1,300.00 |
| 12/4/23 | Review of project management work streams and deliverables | John J. Ray III | 0.8 | $1,040.00 |
| 12/4/23 | Review of tax withholding matters | John J. Ray III | 0.5 | $650.00 |
| 12/4/23 | Review and sign off on diligence requests | John J. Ray III | 0.3 | $390.00 |
| 12/4/23 | Review and comment on FTX 2.0 process and documentation | John J. Ray III | 2.8 | $3,640.00 |
| 12/5/23 | Call with counter party bidder re FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/23 | Review and comment on distribution processes related to plan | John J. Ray III | 2.8 | $3,640.00 |
| 12/5/23 | Weekly steering committee call with S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (K Cofsky and others) | John J. Ray III | 1.5 | $1,950.00 |
| 12/5/23 | Call with counter party bidder on FTX 2.0 proposals | John J. Ray III | 1.0 | $1,300.00 |
| 12/5/23 | Review of banking deposit and allocations | John J. Ray III | 0.8 | $1,040.00 |
| 12/5/23 | Review and execute trading agreement | John J. Ray III | 0.3 | $390.00 |
| 12/5/23 | Review and comment on motion for extension of exclusivity | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/5/23 | Review of Japan matters and balance sheets, reserves | John J. Ray III | 0.8 | $1,040.00 |
| 12/5/23 | Review of EU proposals | John J. Ray III | 1.8 | $2,340.00 |
| 12/5/23 | Review of FTX 2.0 documentation and comments | John J. Ray III | 2.8 | $3,640.00 |
| 12/5/23 | Review changes to GSA draft agreements | John J. Ray III | 1.3 | $1,690.00 |
| 12/5/23 | Review and approve diligence requests | John J. Ray III | 0.5 | $650.00 |
| 12/5/23 | Review status of diligence matters for FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 12/6/23 | Review Japan payroll and cost structure | John J. Ray III | 1.3 | $1,690.00 |
| 12/6/23 | Review weekly call notes related to digital sales | John J. Ray III | 0.5 | $650.00 |
| 12/6/23 | Call with counter party regarding FTX 2.0 | John J. Ray III | 1.0 | $1,300.00 |
| 12/6/23 | Review outstanding reverse diligence on FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 12/6/23 | Review and approve diligent request | John J. Ray III | 0.3 | $390.00 |
| 12/6/23 | Review professional fee disbursements and budgets | John J. Ray III | 0.8 | $1,040.00 |
| 12/6/23 | Review FTX 2.0 proposal updates | John J. Ray III | 1.8 | $2,340.00 |
| 12/6/23 | Review Embed matters | John J. Ray III | 0.3 | $390.00 |
| 12/6/23 | Review updates related to claims reconciliation process and comment on same | John J. Ray III | 1.5 | $1,950.00 |
| 12/6/23 | Review banking update | John J. Ray III | 0.3 | $390.00 |
| 12/6/23 | Review updates related to EU | John J. Ray III | 2.0 | $2,600.00 |
| 12/6/23 | Call with S&C (M Friedman) related to LP matters | John J. Ray III | 0.3 | $390.00 |
| 12/6/23 | Review Blockfolio matter | John J. Ray III | 0.5 | $650.00 |
| 12/7/23 | Call with counter party on FTX 2.0 process | John J. Ray III | 1.0 | $1,300.00 |
| 12/7/23 | Review EU matters and proposals | John J. Ray III | 3.3 | $4,290.00 |
| 12/7/23 | Call with S&C (E Simpson and others) and A&M (D Johnston and others) related to EU | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/7/23 | Review IEX status and provide direction | John J. Ray III | 0.5 | $650.00 |
| 12/7/23 | Review updated drafts of GSA and related documents | John J. Ray III | 2.5 | $3,250.00 |
| 12/7/23 | Review and execute banking documentation | John J. Ray III | 0.5 | $650.00 |
| 12/7/23 | Review Japan financial matters | John J. Ray III | 0.5 | $650.00 |
| 12/7/23 | Review and updates of FTX 2.0 status and progress | John J. Ray III | 2.0 | $2,600.00 |
| 12/7/23 | Review of bi-weekly claims update | John J. Ray III | 0.3 | $390.00 |
| 12/7/23 | Review updated analysis of Cyprus matter | John J. Ray III | 0.8 | $1,040.00 |
| 12/7/23 | Review update on reverse due diligence | John J. Ray III | 0.3 | $390.00 |
| 12/8/23 | Call with counter party on FTX 2.0 and PWP (K Cofsky) | John J. Ray III | 1.3 | $1,690.00 |
| 12/8/23 | Review of EU and Cyprus matters | John J. Ray III | 2.8 | $3,640.00 |
| 12/8/23 | Review of FTX 2.0 progress and work streams | John J. Ray III | 2.8 | $3,640.00 |
| 12/8/23 | Review of distribution process for plan and FTX 2.0 | John J. Ray III | 2.3 | $2,990.00 |
| 12/8/23 | Review of amended Plan and DS | John J. Ray III | 3.8 | $4,940.00 |
| 12/9/23 | Diligence call with A&M (Steve Coverick and others) and S&C (E Simpson and others) related to FTX 2.0 | John J. Ray III | 3.0 | $3,900.00 |
| 12/10/23 | Review of reply brief for IRS estimation | John J. Ray III | 0.8 | $1,040.00 |
| 12/10/23 | Review of reply brief related to dismissal motions | John J. Ray III | 1.3 | $1,690.00 |
| 12/10/23 | Review of mark up to Bahamas GSA | John J. Ray III | 0.8 | $1,040.00 |
| 12/10/23 | Communications from bidders related to FTX 2.0 and analysis of proposals, and communication with S&C, A&M, and PWP related to same | John J. Ray III | 2.3 | $2,990.00 |
| 12/11/23 | Review of claims reconciliation update and approval for distribution | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/11/23 | Review of updated EU materials | John J. Ray III | 0.8 | $1,040.00 |
| 12/11/23 | Review of Bahamas changes to agreement and comment | John J. Ray III | 1.0 | $1,300.00 |
| 12/11/23 | Review of weekly sales summary re coins and tokens | John J. Ray III | 0.3 | $390.00 |
| 12/11/23 | Call with Galaxy, UCC, ACH representatives, and A&M (K Ramanathan) related to sales process and outlook | John J. Ray III | 1.0 | $1,300.00 |
| 12/11/23 | Call with A&M (K Ramanathan and others) related to claims process and distributions mechanics | John J. Ray III | 0.5 | $650.00 |
| 12/11/23 | Review and mark up of press release related to Bahamas | John J. Ray III | 0.3 | $390.00 |
| 12/11/23 | Review and execution of Turkey documents | John J. Ray III | 0.5 | $650.00 |
| 12/11/23 | Review of Japan capital adequacy requirements and cash positions | John J. Ray III | 1.3 | $1,690.00 |
| 12/11/23 | Review of Singapore and Cyprus balance sheets and claims positions | John J. Ray III | 1.3 | $1,690.00 |
| 12/11/23 | Review of FTX 2.0 materials | John J. Ray III | 3.8 | $4,940.00 |
| 12/11/23 | Review and approve cash realignment | John J. Ray III | 0.3 | $390.00 |
| 12/11/23 | Review and approve Board materials | John J. Ray III | 0.8 | $1,040.00 |
| 12/11/23 | Call with PWP (K Cofsky) related to FTX 2.0 | John J. Ray III | 0.8 | $1,040.00 |
| 12/12/23 | Call with S&C (M Friedman and others), A&M (S Coverick and others), and PWP (K Cofsky) related to FTX 2.0 | John J. Ray III | 1.8 | $2,340.00 |
| 12/12/23 | Board call with Board members, A&M (E Mosely and others), S&C (A Dietderich and others), and PWP (K Cofsky and others) | John J. Ray III | 1.5 | $1,950.00 |
| 12/12/23 | Review of updated materials related to claims and distribution mechanics and comment | John J. Ray III | 2.5 | $3,250.00 |
| 12/12/23 | Review and approve settlement | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/12/23 | Review and approve notes related to weekly Galaxy call | John J. Ray III | 0.3 | $390.00 |
| 12/12/23 | Review recovery calculation materials | John J. Ray III | 0.8 | $1,040.00 |
| 12/12/23 | Review further revisions to plan and disclosure statement | John J. Ray III | 2.8 | $3,640.00 |
| 12/12/23 | Call with Rothschild & Co (C Delo) re Plan terms and FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 12/12/23 | Review token proposal and share with professionals | John J. Ray III | 0.3 | $390.00 |
| 12/12/23 | Review draft complaint and provide comments | John J. Ray III | 1.8 | $2,340.00 |
| 12/13/23 | Review materials from S&C (M Friedman) re FTX 2.0 | John J. Ray III | 4.8 | $6,240.00 |
| 12/13/23 | Review of Japan materials from A&M (H Chambers) | John J. Ray III | 1.3 | $1,690.00 |
| 12/13/23 | Review of tax matters materials prepared by E&Y and S&C related to tax estimation | John J. Ray III | 1.8 | $2,340.00 |
| 12/13/23 | Review next draft of Bahamian documents prepared by JOLs | John J. Ray III | 2.8 | $3,640.00 |
| 12/13/23 | Review and approve diligence equates | John J. Ray III | 0.3 | $390.00 |
| 12/13/23 | Review and approve staking report | John J. Ray III | 0.3 | $390.00 |
| 12/14/23 | Call with A&M (R Gordon and others) related to claims mapping | John J. Ray III | 1.5 | $1,950.00 |
| 12/14/23 | Review of Japan materials for presentation | John J. Ray III | 0.8 | $1,040.00 |
| 12/14/23 | Review FTX 2.0 materials and drafts | John J. Ray III | 4.5 | $5,850.00 |
| 12/14/23 | Review re draft of Bahamas documents and mark ups | John J. Ray III | 2.8 | $3,640.00 |
| 12/14/23 | Review IRS IDR responses for production | John J. Ray III | 1.5 | $1,950.00 |
| 12/14/23 | Call with E&Y (T Shea and others) related to IDR responses | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/15/23 | Call with Ad hoc members related to status of Plan process | John J. Ray III | 1.0 | $1,300.00 |
| 12/15/23 | Call with S&C (A Dietderich and others), A&M (R Gordon and others), PWP (K Cofsky and others), and PH, FTI, Jeffries, Eversheds, and Rothschild professionals related to claims mapping and distribution mechanics | John J. Ray III | 2.0 | $2,600.00 |
| 12/15/23 | Review of GSA drafts and mark ups | John J. Ray III | 2.5 | $3,250.00 |
| 12/15/23 | Call with S&C (A Dietderich and others), A&M (R Gordon and others), and PWP (K Cofsky and others) and PH, FTI, Jeffries, Eversheds, and Rothschild professionals related to FTX 2.0 process | John J. Ray III | 2.0 | $2,600.00 |
| 12/15/23 | Call with JOLs, S&C (A Dietderich and others), and A&M (S Coverick and others) related to draft documents for Bahamas | John J. Ray III | 1.0 | $1,300.00 |
| 12/15/23 | Review of amended Plan and Disclosures Statement | John J. Ray III | 2.8 | $3,640.00 |
| 12/15/23 | Review of Bahamas flow charts related to distribution mechanics | John J. Ray III | 0.5 | $650.00 |
| 12/16/23 | Review and comment on S&C (M Friedman) summaries | John J. Ray III | 1.0 | $1,300.00 |
| 12/16/23 | Review further draft of GSA and KYC procedures and comment | John J. Ray III | 0.5 | $650.00 |
| 12/16/23 | Review of PH draft mark up to documents related to FTX 2.0 process | John J. Ray III | 1.8 | $2,340.00 |
| 12/16/23 | Call with S&C (M Wu and others), PWP (K Cofsky), and A&M (E Mosely and others) related to transaction documents | John J. Ray III | 0.8 | $1,040.00 |
| 12/17/23 | Review materials related to FTX 2.0 | John J. Ray III | 1.3 | $1,690.00 |
| 12/17/23 | Review discovery materials related to pending litigation | John J. Ray III | 1.3 | $1,690.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/17/23 | Call with S&C (M Wu and others), and PWP (K Cofsky), and A&M (E Mosely) related to transaction documents | John J. Ray III | 3.0 | $3,900.00 |
| 12/17/23 | Review mark up to Bahamas GSA and related docs | John J. Ray III | 0.5 | $650.00 |
| 12/18/23 | Review and comment related to Bahamas GSA | John J. Ray III | 3.8 | $4,940.00 |
| 12/18/23 | Call with Galaxy, A&M (K Ramanathan and others), UCC, and Ad hoc professionals regarding coin monetization | John J. Ray III | 1.0 | $1,300.00 |
| 12/18/23 | Review of design related to coin sales and comment | John J. Ray III | 0.8 | $1,040.00 |
| 12/18/23 | Call with A&M (K Ramanathan and others) related to crypto sales update | John J. Ray III | 0.5 | $650.00 |
| 12/18/23 | Call with Board and PWP (M Rahmani and others) and creditor representatives related to venture book | John J. Ray III | 1.0 | $1,300.00 |
| 12/18/23 | Call with S&C (A Cohen and others), A&M (E Moseley and others), and PWP (K Cofsky) related to FTX 2.0 | John J. Ray III | 2.5 | $3,250.00 |
| 12/18/23 | Finalize Bahamian contracts and approve final changes and press release | John J. Ray III | 2.5 | $3,250.00 |
| 12/19/23 | Review budgets and forecasts, professional fees | John J. Ray III | 2.5 | $3,250.00 |
| 12/19/23 | Discussions with PWP (K Cofsky) related to FTX 2.0 | John J. Ray III | 0.8 | $1,040.00 |
| 12/19/23 | Review of status of FTX 2.0 process | John J. Ray III | 1.3 | $1,690.00 |
| 12/19/23 | Review of litigation materials provided by QE | John J. Ray III | 1.3 | $1,690.00 |
| 12/19/23 | Communications related to IEX shares | John J. Ray III | 0.8 | $1,040.00 |
| 12/19/23 | Call with bidder re FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Review of Embed settlement agreement and related documents | John J. Ray III | 2.5 | $3,250.00 |
| 12/20/23 | Call with QE (S Rand) related to litigation matter | John J. Ray III | 0.3 | $390.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/20/23 | Follow up communication to PWP and S&C related to FTX 2.0 | John J. Ray III | 1.8 | $2,340.00 |
| 12/20/23 | Review of *de minimis* sales and execute same | John J. Ray III | 0.8 | $1,040.00 |
| 12/20/23 | Review and approval of weekly payments requests | John J. Ray III | 0.8 | $1,040.00 |
| 12/20/23 | Review and approval of crypto pending matters and actions recommended | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Communicate to PWP (M Rahmani) and S&C (M Wu) related to IEX | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Communicate with A&M (K Ramanathan) and UCC member related to crypto sales matter | John J. Ray III | 0.3 | $390.00 |
| 12/20/23 | Call with bidder related to FTX 2.0 | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Review of sale process bids for subsidiary asset | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Communicate with CAO (K Schultea) related to employee roster review | John J. Ray III | 0.5 | $650.00 |
| 12/20/23 | Review and comment on Cyprus updated materials from A&M (D Johnston) | John J. Ray III | 0.8 | $1,040.00 |
| 12/20/23 | Review and approve omnibus objections 6-8 | John J. Ray III | 1.8 | $2,340.00 |
| 12/21/23 | Communicate with S&C (M Wu) related to FTX 2.0 process | John J. Ray III | 0.3 | $390.00 |
| 12/21/23 | Call with UCC, Ad hoc representatives, S&C (M Wu and others), A&M (E Mosely and others), and PWP (K Cofsky and others) related to FTX 2.0 process | John J. Ray III | 0.5 | $650.00 |
| 12/21/23 | Communicate with CAO (K Schultea) related to Embed matters | John J. Ray III | 0.5 | $650.00 |
| 12/21/23 | Call with Galaxy related to pending sales | John J. Ray III | 0.5 | $650.00 |
| 12/21/23 | Call with bidder related to FTX 2.0 | John J. Ray III | 0.8 | $1,040.00 |
| 12/21/23 | Review and approve coin sale | John J. Ray III | 0.5 | $650.00 |
| 12/21/23 | Review and approve modifications to Embed settlement | John J. Ray III | 0.5 | $650.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/21/23 | Further review of omnibus claim objections | John J. Ray III | 0.8 | $1,040.00 |
| 12/21/23 | Review deck from A&M related to claims modifications and communicate with A&M (E Mosely) re same | John J. Ray III | 1.3 | $1,690.00 |
| 12/21/23 | Review professional fee statements | John J. Ray III | 1.8 | $2,340.00 |
| 12/21/23 | Review and modify materials from A&M (D Johnston) related to Cyprus matter | John J. Ray III | 0.3 | $390.00 |
| 12/21/23 | Review and comment on estimation motion and related materials | John J. Ray III | 2.8 | $3,640.00 |
| 12/22/23 | Follow up related to claim costs with CFO (M Cilia) | John J. Ray III | 0.3 | $390.00 |
| 12/22/23 | Follow up related to IEX proposal and communicate same to PWP | John J. Ray III | 0.8 | $1,040.00 |
| 12/22/23 | Review estimation motion drafts | John J. Ray III | 2.5 | $3,250.00 |
| 12/23/23 | Review EU update and input next steps | John J. Ray III | 0.8 | $1,040.00 |
| 12/23/23 | Review coin sale status | John J. Ray III | 0.5 | $650.00 |
| 12/23/23 | Review and approve diligence matters | John J. Ray III | 0.5 | $650.00 |
| 12/24/23 | Review coin positions and pricing and communicate with CH and UCC | John J. Ray III | 0.5 | $650.00 |
| 12/24/23 | Provide feedback to S&C (E Simpson) re EU | John J. Ray III | 0.5 | $650.00 |
| 12/24/23 | Review of tax memo related to reporting requirements | John J. Ray III | 0.8 | $1,040.00 |
| 12/28/23 | Review and comment on discovery matter | John J. Ray III | 0.3 | $390.00 |
| 12/28/23 | Review and approve summary on token matter for distribution to UCC | John J. Ray III | 0.5 | $650.00 |
| 12/28/23 | Call with A&M (C Arnett and others) and CAO (K Schultea) related to employee matters | John J. Ray III | 0.5 | $650.00 |
| 12/28/23 | Review and approve materials for distribution to UCC re Cyprus | John J. Ray III | 0.8 | $1,040.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge |
|---|---|---|---|---|
| 12/29/23 | Follow up with PWP and S&C related to venture sales | John J. Ray III | 0.5 | $650.00 |
| 12/29/23 | Respond to communications from A&M (A Titus) and PWP (M Rahmani) related to Japan | John J. Ray III | 0.5 | $650.00 |
| 12/29/23 | Review discovery matters from QE (H Christenson) | John J. Ray III | 1.3 | $1,690.00 |
| 12/29/23 | Review LedgerPrime status report | John J. Ray III | 0.8 | $1,040.00 |
| 12/30/23 | Review and approve FTX EU materials from S&C (E Simpson) | John J. Ray III | 1.3 | $1,690.00 |
| | | **Total Amount for Period:** | 219.5 | $285,350.00 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 12/02/24 | Overnight shipping documents to S&C NYC | | | | | $73.36 | John J. Ray III |
| 12/11/24 | Overnight shipping documents to S&C NYC | | | | | $62.67 | John J. Ray III |
| 12/19/23 | Notary and overnight shipping documents to S&C NYC | | | | | $94.16 | John J. Ray III |
| **Total Amount for Period:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$230.19** | |