# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on January 4, 2024, a copy of *Maps Vault Ltd.'s First Set of Requests for the Production of Documents to the Debtors* was served on the following counsel of record via electronic mail:

LANDIS RATH & COBB LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, DE  19801
Email:  landis@lrclaw.com
            brown@lrclaw.com
            pierce@lrclaw.com

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein, Esq.
Alexa J. Kranzley, Esq.
125 Broad Street
New York, NY  10004
E-mail:  dietdericha@sullcrom.com
              bromleyj@sullcrom.com
              gluecksteinb@sullcrom.com
              kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Dated:  January 4, 2024 | Respectfully submitted, |

**DLA PIPER LLP (US)**

/s/  *Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:  (302) 468-5700
Facsimile:   (302) 394-2341
Email:  aaron.applebaum@us.dlapiper.com

-and-

Dennis C. O'Donnell *(pro hac vice pending)*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501
Email:  dennis.odonnell@dlapiper.com

-and-

Jeffrey Torosian, Esq. *(pro hac vice pending)*
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone:  (312) 368-4000
Facsimile:   (312) 236-7516
Email:  jeffrey.torosian@dlapiper.com

*Counsel for Maps Vault Ltd.*