**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Non-Customer Amended and Superseded Claims Service List attached hereto as **Exhibit A**:

- Order Sustaining Debtors' First (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Non-Customer Claims) [Docket No. 4591]

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email, or first-class mail for parties without a valid email, on a Customer Service List of approximately 80 customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Order Sustaining Debtors' Second (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Customer Claims) [Docket No. 4592]

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Non-Customer Duplicate Proofs of Claim Service List attached hereto as **Exhibit B**:

- Order Sustaining Debtors' Third (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Non-Customer Claims) [Docket No. 4593]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email, or first-class mail for parties without a valid email, on a Customer Service List of approximately 45 customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Order Sustaining Debtors' Fourth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [Docket No. 4594]

On December 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Non-Customer No Liability Proofs of Claim Service List attached hereto as **Exhibit C**:

- Order Sustaining Debtors' Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [Docket No. 4595]

Dated: January 4, 2024

                  */s/ Amy Castillo*
                  Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 4, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Non-Customer Amended and Superseded Claims Service List
Served as set forth below

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country | Emails | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12103646 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Andrew Clubok | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 | | Andrew.Clubok@lw.com | First class mail and email |
| 12103642 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Ave, Suite 100 | | Los Angeles | CA | 90071 | | jeff.bjork@lw.com | First class mail and email |
| 12103644 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jonathan D. West | 10250 Constellation Blvd., Suite 1100 | | Century City | CA | 90067 | | jonathan.west@lw.com | First class mail and email |
| 12097643 | Brady Jr., Thomas Edward Patrick | Peter H. Matton (c/o SCS Financial Services) | 888 Boylston Street, Suite 1010 | | | Boston | MA | 02199 | | pmattoon@scsfinancial.com | First class mail and email |
| 12107198 | Calico Capital Limited | TigerWit Holding Limited | PO Box 2075 | 31 The Strand | 46 Canal Point Drive | Grand Cayman | | KY1-1105 | Cayman Islands | | First class mail |
| 13059125 | Calico Capital Limited | 100 Bishopsgate | | | | London, Surrey | | EC2N 4AG | United Kingdom | tim@tigerwit.com | First class mail and email |
| 12106054 | Calico Capital Limited | Tim Hughes | 7th Floor Augustine House | 6a Austin Friars | | London | | EC2N 2HA | United Kingdom | tim.hughes@tigerwit.com | First class mail and email |
| 12044968 | Chen, Yiling | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 10593825 | Chen, Yiling | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13060198 | CM-Equity AG | Kaufingerstrasse 20 | | | | Munich | | 80331 | Germany | kott@cm-equity.de | First class mail and email |
| 13061927 | Illinois Department of Employment Security | William H. Heslup, Bankruptcy Unit Supervisor | 33 S. State Street | 10th FL | | Chicago | IL | 60603 | | william.heslup@illinois.gov | First class mail and email |
| 13041303 | Lee, Wendy | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13059247 | Lötscher, MARCEL | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13061094 | Move Labs Inc. | 1906 20th St. | | | | San Francisco | CA | 94107 | | nico@movelabs.xyz | First class mail and email |
| 13061092 | Move Labs Inc. | 4629 Willman Way | | | | Lexington | KY | 40509 | | lingtong@movelabs.xyz | First class mail and email |
| 13047419 | Neil Patel Digital, LLC | Neil Patel | 750 B. St. Suite 1400 | | | San Diego | CA | 92101 | | neil@neilpatel.com | First class mail and email |
| 13047418 | Neil Patel Digital, LLC | Squire Patton Boggs (US) LLP | c/o Gabriel Colwell | 555 South Flower Street | 31st Floor | Los Angeles | CA | 90071 | | gabriel.colwell@squirepb.com | First class mail and email |
| 12244949 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | | First class mail |
| 12246012 | New York State Department of Taxation and Finance | W A Harriman Campus | | | | Albany | NY | 12227 | | | First class mail |
| 13061700 | Nodle Limited | c/o Micha Anthenor Benoliel | 2443 Fillmore Street | #287 | | San Francisco | CA | 94115 | | micha@nodle.com | First class mail and email |
| 13061699 | Nodle Limited | c/o Sam J. Alberts, Dentons US LLP | 1900 K Street, NW | | | Washington | DC | 20006 | | sam.alberts@dentons.com | First class mail and email |
| 10289820 | Sologenic Development Foundation Limited | Mohammadreza Bashash | 381-Nakhlat Jumeirah, Premise381105911 | | | Dubai | | | United Arab Emirates | reza@sologenic.org | First class mail and email |
| 10287162 | Tennessee Department of Revenue | Jaleesa Johnson | Revenue Collection Specialist 1 | 500 Deaderick St | | Nashville | TN | 37242 | | jaleesa.johnson@tn.gov | First class mail and email |
| 10287159 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | | First class mail |
| 10287164 | Tennessee Department of Revenue | TDOR c/o Bankruptcy Unit | PO Box 190665 | | | Nashville | TN | 37219-0665 | | tdor.bankruptcy@tn.gov | First class mail and email |
| 13067541 | Two Sigma Ventures III | c/o Dechert LLP | Attn: Owen Haney | 1095 Avenue of the Americas | | New York | NY | 10013 | | owen.haney@dechert.com | First class mail and email |
| 13067538 | Two Sigma Ventures III | c/o Two Sigma Ventures, LP | Attn: Jeremy Rossman | 100 Avenue of the Americas | 16th Floor | New York | NY | 10013 | | Tspi-legal@twosigma.com | First class mail and email |
| 13067540 | Two Sigma Ventures III | c/o Two Sigma Ventures, LP | Attn: Riz Thakir | 100 Avenue of the Americas | 16th Floor | New York | NY | 10013 | | TwoSigmaHoldings@twosigma.com | First class mail and email |
| 13067539 | Two Sigma Ventures III | Owen Sargent Haney | Associate at Dechert LLP | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036 | | owen.haney@dechert.com | First class mail and email |
| 10585626 | Utah State Tax Commission | Attn: Bankruptcy Unit | 210 N 1950 W | | | Salt Lake City | UT | 84134-9000 | | jguevara@utah.gov | First class mail and email |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1

**Exhibit B**

Exhibit B
Non-Customer Duplicate Proofs of Claim Service List
Served as set forth below

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code | Country | Emails | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13070166 | 6529 Capital GP LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | | summersm@ballardspahr.com | First class mail and email |
| 13070167 | 6529 Capital GP LLC | Jeffrey Bandman, Authorized Person | 2810 N. Church Street, PMB 76435 | | | Wilmington | DE | 19802 | | jeff@6529.io | First class mail and email |
| 13121154 | ABG-Shaq, LLC | Finance Department | 1411 Broadway | | | New York | NY | 10018 | | finance@authentic.com | First class mail and email |
| 13121155 | ABG-Shaq, LLC | Latham & Watkins LLP | Attn: Jeffrey E. Bjork; Deniz A. Irgi | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | | jeff.bjork@lw.com; deniz.irgi@lw.com | First class mail and email |
| 13070672 | ABG-Shaq, LLC | Legal Department | Bridgette Fitzpatrick | 1411 Broadway | | New York | NY | 10018 | | legaldept@authentic.com; bfitzpatrick@authentic.com | First class mail and email |
| 13121409 | Avalanche (BVI), Inc. | c/o Campbells Corporate Services Floor | 4, Banco Popular Building | | | Road Town, Tortola | | VG1110 | British Virgin Island | | First class mail |
| 13077124 | Avalanche (BVI), Inc. | Michael G. Burke, Esq. | Sidley Austin LLP | 787 Seventh Avenue | | New York | NY | 10019 | | mgburke@sidley.com | First class mail and email |
| 13121410 | Avalanche (BVI), Inc. | Ryan L. Fink, Esq. | Sidley Austin LLP | 1 South Dearborn | | Chicago | IL | 60603 | | ryan.fink@sidley.com | First class mail and email |
| 13059986 | Baudoin, Kiara | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13059984 | Baudoin, Kiara | c/o Byron B. Mauss, Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626 | | bmauss@swlaw.com | First class mail and email |
| 13056680 | Boerner, Lindsey | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13056679 | Boerner, Lindsey | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | | ccaby@lewisroca.com | First class mail and email |
| 13062206 | Boryenace, Adam | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13060139 | Boryenace, Adam | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | | ccaby@lewisroca.com | First class mail and email |
| 13067326 | Brickell Owner LLC | c/o Michael Held, Jackson Walker, L.L.P | 2323 Ross Avenue | Suite 600 | | Dallas | TX | 75201 | | mheld@jw.com; pmarchese@pky.com | First class mail and email |
| 13067327 | Brickell Owner LLC | Phil Marchese, Managing Director, Parkway | 800 N. Magnolia | Suite 1625 | | Orlando | FL | 32803 | | nholmes-kidd@pky.com | First class mail and email |
| 13124673 | Johnson, Brent | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13077485 | Johnson, Brent | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | | bmauss@swlaw.com | First class mail and email |
| 13062205 | Lawler, Tana | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13060227 | Lawler, Tana | Chad S. Caby, Esq. | 1601 19th Street, Ste. 1000 | | | Denver | CO | 80202 | | ccaby@lewisroca.com | First class mail and email |
| 13079007 | Lyon, Matthew | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13079001 | Lyon, Matthew | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626-7689 | | bmauss@swlaw.com | First class mail and email |
| 13063872 | Melamed, Seth | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13063870 | Melamed, Seth | c/o Fox Rothschild LLP, | Attn: William H. Stassen | 2000 Market Street, 20th Floor | | Philadelphia | PA | 19103 | | wstassen@foxrothschild.com | First class mail and email |
| 13062385 | Millar, Tim | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13060151 | Millar, Tim | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | | ccaby@lewisroca.com | First class mail and email |
| 13121299 | O'Neal, Shaquille | c/o Finance Department | ABG-Shaq, LLC | 1411 Broadway | | New York | NY | 10018 | | finance@authentic.com | First class mail and email |
| 13076075 | O'Neal, Shaquille | c/o Legal Department | ABG-Shaq, LLC | 1411 Broadway | | New York | NY | 10018 | | legaldept@authentic.com | First class mail and email |
| 13121300 | O'Neal, Shaquille | Latham & Watkins LLP | Attn: Jeffrey E. Bjork and Deniz A. Irgi | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071 | | jeff.bjork@lw.com; deniz.irgi@lw.com | First class mail and email |
| 13019490 | Oroboros FTX I, LLC | 4 lakeside drive Chobham lakes | | | | Woking, Surrey | | GU24 8BD | United Kingdom | michael@jw.com; arceaucapital.com | First class mail and email |
| 13059245 | Ripple Labs Singapore Pte. Ltd | 18 Robinson Road, #22-01 | | | | Singapore | | 048547 | Singapore | mfages@ripple.com | First class mail and email |
| 13060026 | Shindledecker, Craig | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13060019 | Shindledecker, Craig | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | | ccaby@lewisroca.com | First class mail and email |
| 13081863 | Slate, Joshua | c/o Byron B. Mauss, Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626-7689 | | bmauss@swlaw.com | First class mail and email |
| 15417673 | Slate, Joshua | Snell & Wilmer, LLP | Byron B. Mauss, Attorney | Plaza Tower, 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626 | | bmauss@swlaw.com | First class mail and email |
| 15417669 | Wever, Dena | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13077194 | Wever, Dena | c/o Byron B. Mauss, | Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | | bmauss@swlaw.com | First class mail and email |
| 15417745 | Young, Christopher | ADDRESS ON FILE | | | | | | | | EMAIL ON FILE | First class mail and email |
| 13081975 | Young, Christopher | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | | bmauss@swlaw.com | First class mail and email |

**Exhibit C**

Exhibit C
Non-Customer No Liability Proofs of Claim Service List
Served as set forth below

| ADRID | Name | Address1 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| 10587130 | Canoy, Dario | ADDRESS ON FILE | | | | | | First class mail |
| 12242689 | Green Healthy House, LLC. | 9609 S. University Blvd #631274 | Littleton | CO | 80163 | | info@greenhealthyhouse.com | First class mail and email |
| 13019930 | Scott, George Shamond | ADDRESS ON FILE | | | | | EMAIL ON FILE | First class mail and email |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 1