Dear Judge Dorsey,                                              12/28/23

RECEIVED 2024 JAN -4 AM 11:51 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

The principle of fairness should be at the forefront of this bankruptcy proceeding. Creditors have a rightful claim to the value of their assets, which should be appraised at fair market value. The current approach undermines this principle & disproportionately disadvantages FTX clients, who are forced to accept values that do not accurately reflect market conditions.

I respectfully request that the court reconsider the method used for valuing crypto assets in the FTX bankruptcy case. It is crucial for the integrity of this process & the fair treatment of all creditors involved, that the assets are valued in a manner that accurately reflects their worth in a dynamic and rapidly changing market.

Thank you for your attention to this matter. I trust the court will make a decision that upholds the principles of fairness and equity for all parties involved in this case.

Sincerely,

James McAlwain
23822 N Buckhill Rd
Howey in the Hills, FL 34737
optimajim@gmail.com



ORLANDO FL 328
29 DEC 2023 PM 3 L

Honorable Judge John Dorsey
824 N. Market St.
5th Floor, Courtroom 5
Wilmington, DE 19801

Gwendolyn McIlvaine
23822 N. Buckhill Rd.
Howey In The Hills, FL 34737

U.S.M.S. X-RAY