RECEIVED
2024 JAN -4 AM 11:51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Edward Stiger
9328 Jerico Dr
McKinney TX 75072

12/29/2023

Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
Phone: 302-533-3169

Re: Disagreement with Settlement Pricing in FTX Claim

Dear Judge Dorsey,

I hope this letter finds you well. I am writing to express my unequivocal objection to the settlement pricing in the matter of my FTX claim. I understand the complexity of the case and appreciate the diligence of the court in resolving these issues.

My primary concern lies with the pricing of customers' cryptocurrency, specifically Bitcoin, at the November 11th, 2020 market price of $16,871. It is crucial to note that the Bitcoin in question belongs to the customers, not the exchange. As of the current date, the market price for the same Bitcoin has significantly increased to $42,300.

According to the terms outlined in the FTX agreement, the coins are the rightful property of the customer, not the exchange. Therefore, customers retain the right to recover the coins that rightfully belong to them. I firmly believe that the settlement pricing should reflect the current market value of the cryptocurrency, considering its nature as the property of the customer.

I kindly request that my objection to the settlement price be brought to your attention during the proceedings. Your wisdom and impartiality are crucial in ensuring a fair resolution for all parties involved.

Thank you for your time and consideration of this matter. I trust that the court will uphold justice in the resolution of the FTX claim.

Sincerely,

[Your Full Name]

Edward T. Stiger
9328 Jerico Dr
McKinney TX 75072

RECEIVED
2024 JAN -4 AM 11: 51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
Phone: 302-533-3169

Re: Disagreement with Settlement Pricing in FTX Claim

Dear Judge Dorsey,

I hope this letter finds you well. I am writing to express my unequivocal objection to the settlement pricing in the matter of my FTX claim. I understand the complexity of the case and appreciate the diligence of the court in resolving these issues.

My primary concern lies with the pricing of customers' cryptocurrency, specifically Bitcoin, at the November 11th, 2020 market price of $16,871. It is crucial to note that the Bitcoin in question belongs to the customers, not the exchange. As of the current date, the market price for the same Bitcoin has significantly increased to $42,300.

According to the terms outlined in the FTX agreement, the coins are the rightful property of the customer, not the exchange. Therefore, customers retain the right to recover the coins that rightfully belong to them. I firmly believe that the settlement pricing should reflect the current market value of the cryptocurrency, considering its nature as the property of the customer.

I kindly request that my objection to the settlement price be brought to your attention during the proceedings. Your wisdom and impartiality are crucial in ensuring a fair resolution for all parties involved.

Thank you for your time and consideration of this matter. I trust that the court will uphold justice in the resolution of the FTX claim.

Sincerely,

[Your Full Name]

Edward Stiger
9328 Jerico
McKinney, TX 75072

NORTH TEXAS TX 750
29 DEC 2023 PM 10 L



Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801

U.S.M.S X-RAY

19801-302499