

RECEIVED
2024 JAN -5 AM 10: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

3 January 2024
Honorable Judge John Dorsey
824 N Market St.
5th Floor, Courtroom 5
Wilmington, DE 19801
USA
(302)533-3169

Re: OBJECTION to Motion of Debtors to estimate claims based on digital
assets, Case No. 22-11068(JTD), Hearing Date:January 25, 2024 at 10:00
a.m. (EST)

Dear Judge Dorsey

I am an ftx customer and I write to formally object to the Debtor's
request for an order to estimate the Claims of ftx customers based on
the amount set forth in the Digital Assets Conversion Table.

My claim is 100% BTC (approximately 0.57 BTC). It is derived from my
account balance in ftx (which is the same amount, again in BTC).

The main reason I object is clause 8.2.6 of ftx terms of service.
Certainly other letters cover this reason much better than I can,
hence, to respect your time, I will not expand further here.

An other reason is the following.  In the motion of debtors, in B.21
and B.22 (pages 9 and 10) the reasoning involving the number of claims
("millions of claims") is wrong. After some overhead not depending on
the number of claims, with each claim liquidated we have trivial added
work but big (in average) added importance to a customer, and hence
the big number of claims justifies the work required in the overhead.

Regards
Eleftherios Tsiokos

Signature                                          3 January 2024

U.S. X-RAY

EXPRESS ENVELOPE is
EXPRESS ENVELOPE is
EXPRESS ENVELOPE va
EXPRESS ENVELOPE ENVEL
UPS EXPRESS ENVEL
mentos.

tionbe l'UPS EXPRESS
mes exclusivement.
UPS EXPRESS ENVELO

d negotiable items are

and von Bargeld und
nvise denaro e artic
is espèces ou d'arti
vrh.

**BILLING:** P/P
**DESC:** DOCUMENTS

Invoice No.: TQN
Purchase No.: RECAS

**UPS SAVER**

**TRACKING #:** 1Z 3A5 994 04 4306 2958

(302) 533-3169
HONORABLE JUDGE JOHN DORSEY
COURTROOM 5
5TH FLOOR
824 N MARKET ST.
**WILMINGTON DE 19801**
**UNITED STATES**

SHP#: 3A59 94GJ 3CS
SHP WT: 0.5 KG
DATE: 3 JAN 2024

**DE 197 9-25**

**1P**

**EDI-DOC**

HS 26.0.30          LP2844 53.0A 12/2023

TR#:1Z 3A5 994 04 4306 2958 SHP#:3A59 94GJ 3CS

i.

hier an.

qui.

Shipper agrees to the UPS Terms found at www.ups.com and UPS
Service Centers. For international air carriage, the Warsaw
Convention as amended or Montreal Convention may apply and
limits UPS's liability for loss or damage to cargo.
International carriage by road may be subject to the
Convention on the Contract for the International Carriage of
Goods by Road. Except as otherwise governed by international
conventions or other mandatory law, the UPS Terms limit
UPS's liability for damage, loss or delay of this shipment.
There are no stopping places agreed upon at the time of
tender of the shipment and UPS reserves the right to route
the shipment in any way it deems appropriate. Where allowed
by law, shipper authorizes UPS to act as forwarding agent
for export control and customs purposes. If exported from
the US, shipper certifies that the commodities, technology
or software were exported from the US in accordance with the
Export Administration Regulations. Diversion contrary to law
is prohibited.

Shipper's Signature:                          Date:

HS 26.0.30          LP2844 53.0A 12/2023



FR
ELEMENTS
D'EMBALLAGE

PAP
21

Raccolta Differenziata
Verifica le disposizioni del tuo Comune





Eleftherios Tsiakos
Agiou Nektariou 328
Glyfada, 16562
Athens, Greece

Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
USA
(302) 533-3169