Dear Sirs

In accordance with FTX Trading Ltd Chapter 11

Case No. 22-11068 (JTD) Digital Assets Conversion Table.

Objection: We request that TRX coins must be recognized as claims at $0.44.

Reason: the asset price should refer to the customer's currency price in the FTX wallet on November 11, 2022. The TRX price on that day was last US$0.44, but the Digital Assets Conversion Table was based on US$0.0556107 from other unrelated cryptocurrency exchanges. To determine the value, most of us bought TRX between US$0.25 and US$0.44. The rise in the TRX currency at that time was also caused by FTX's official announcement. Please redefine the TRX price according to the same standards as other currencies.



Customer: Chan I Ku  zaingu@gmail.com  +886976112661

Address: 7F., No. 51, Aly. 2, Ln. 743, Sec. 1, Zhonghua Rd., Zhongli Dist., Taoyuan City 320085, Taiwan

Customer Claim Form - 575c40dbab964c09

Signed: Chan I. Ku

705653X2600X442XPRI
Mr. Chan I Ku
Ku
PO BOX 100729
Arlington, VA 22210-3729

3***************AUTO**MIXED AADC 480

United States Bankruptcy Court
824 N Market St # 500 FL 3
Wilmington, DE 19801