### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtor. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on January 5, 2024, I served a copy of *SPCP Group, LLC's Reply in Further Support of its Objection to Transfer of Claim Other Than For Security* on the parties listed on the attached Service List via electronic mail, where available.

/s/ James E. Huggett
James E. Huggett (#3956)

1

## SERVICE LIST

**BY REGULAR MAIL**

| Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | **Office Of US Trustee**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
|---|---|
| Christine M. McCabe, Esq.<br>Rosen & Associates<br>DELAWARE<br>P.O. Box 7560<br>Wilmington, DE  19803 | |

**By CM/ECF**

| Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | |
|---|---|

2