Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

RECEIVED
2024 JAN -5 AM 11: 32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Case No. 22-11068 (JTD) – Valuation of FTT Tokens

Dear Judge Dorsey,

My name is Yuliia Honchar, an account holder and creditor in the above-referenced bankruptcy case of FTX Trading LTD., with the ▮▮▮▮▮▮▮▮ at FTX.com. I am writing to express my grave concern and to contest the proposed valuation of FTT tokens at $0.

On November 8th, amidst the unfolding crisis at FTX.COM, I was compelled to convert all my holdings from USD to FTT tokens, with the understanding that this would enable a quicker withdrawal process. This decision was made under distress and misinformation, and now, not only are my funds still inaccessible, but the proposed valuation also disregards the current trading value of FTT tokens, which is approximately $3 on various cryptoexchanges.

The valuation at $0 is not reflective of the market price and undermines the investments of many like myself. The funds in question represent my significant savings, and the outcome of this case profoundly affects my financial well-being.

I urgently implore you to consider a fair valuation of FTT tokens that recognizes their ongoing market presence and trading value. For many of us, these funds are not merely numbers on a balance sheet, but life-altering sums that have been entrusted to the FTX platform.

I place my trust in the bankruptcy process and in your judgment to uphold the principles of fairness and equity. I hope that my plea, along with those of many others in similar positions, will be heard and given due consideration.

Thank you for your time and understanding in this crucial matter.

Respectfully,

*[signature]*

Yuliia Honchar

Rua Jaime Brasil, 104, ap. 13.20, 4350-009

Porto

Portugal

toparboil@gmail.com

+380681009615





**\*WAYBILL DOC\***
Not to be attached to package - Hand to Courier
2024-01-03 MyDHL API 1.0 / GLS certified label

XED  DHL

**Shipper:**
Yuliia Honchar
Yuliia Honchar
Rua Jaime Brasil 104
13.20
4350-009 PORTO
PORTUGAL

Contact:
+380681009615

**Receiver:**
Judge John Dorsey
Judge John Dorsey
824 N Market St
5th Floor
Courtroom 5
19801 WILMINGTON
UNITED STATES OF AMERICA

Contact:
+380681009615
+380681009615

PT-OPO-OPO  US-PHL-NJS **DENJ**

**Product Details:**
[7] EXPRESS EASY (60)

**Features / Services (Service Code)**
Automated Digital Imaging(PJ)

**Payer Details**

**Shipment Details**
Content: DOCUMENTS, GENERAL BUSINESS

Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):
0.5 kg

Pieces
1

Name (in Capital Letters)   Signature   Date (DD.MM.YYYY)


WAYBILL 53 3613 3121

License Plates of pieces in shipment
JD014600011385716376

- page 1 of 1 -