Case22-11068-JTD   DOC 5202

Honorable Judje John Dorsey

United States Bankrupty Court

District of Delawere

824 N Market St

5th Floor, Courtroom 5

Wilmington, DE 19801

302-533-3169

RECEIVED

2024 JAN -8 AM 10: 07

CLERK
US BANK... Y COURT

RE: Case22-11068-JTD   DOC 5202, MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS

Dear Honourable Judje John Dorsey,

My name is Yurii Maruda, ████████████ I am from Kyiv, Ukraine, I am a client of FTX. I have three children and there is a war going on in Ukraine, Yesterday our city was attacked by more than 100 rockets.

I invested all of my family's money from the sale of our property into purchasing tokenized shares of TLRY. DEBTORS' PROPOSAL TO EVALUATE CLAIMS BASED ON DIGITAL ASSETS, Page 19 of 30 Tokenized Stocks (continued), Asset #819, Price TLRY 1.0888269.

I cannot agree with this price because TLRY stocks on the FTX exchange showed a strong artificial decline of $1,088 on November 11, 2022, although on other exchanges such as NASDAQ the price was stable and one TLRY stocks was valued at approximately $4. and the price did not fall below the $4 mark during the trading session. Other tokenized stocks of the FTX platform traded close to prices on NASDAQ. So I'm asking for your help. My tokenized stocks in the amount of 29,659 stocks, the approximate value of all stocks is about $120,000, I ask you to return the shares to me at any opportunity on the updated FTX platform, or in another possible way.

I hope that you will find a legal solution to return our family's tokenized stocks, which are alternative shares held in their accounts by FTX Europe AG (Switzerland).
Therwise, any other means of returning TLRY stocks will have terrible consequences for me and will lead me to complete ruin.
On the FTX website there was information that the FTX Exchange provides trading of tokenized shtocks through a regulated financial firm FTX Europe AG (Switzerland).(CM-Equity AG from Germany).
Through it, FTX users can exchange tokenized stocks for real stocks. Dear Honorable Judje John Dorsey, I ask you to protect my ownership rights to these stocks, I am the holder of smart contracts (tokenized stocks), which are arbitrary from real stocks that are recorded in my name, in number of 29,659 stocks.

I hope for American justice. Thank you.

*[signature]*
30.12.2023

YURII MARUDA

Kyiv,Ukraine 03028

Nauki Avenue 43, apartment 60

Tel. +380631746969  e-mail: yumar1113@gmail.com

```
ARYNARSKA 21                    CAD: 257892164/FAPI2208
ARSZAWA, 02674                  BILL SENDER

JUDJE JOHN DORSEY, U.S. BANKRUPTY C
N MARKET STREET 824, 5TH FLOOR,
COURTROOM 5
WILMINGTON DE 19801
3025333169           REF:
                     DEPT:
```



```
K# 7746 5136 8584        5:00P
                         IP EOD

E9 ZWIA                  19801
                DE-US    PHL
```