Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

RECEIVED

2024 JAN -8  AM 11: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Case No. 22-11068 (JTD) – Appliaction for the return of cryptocurency token Solana from the exchange

Dear Judge Dorsey,

My name is Borodko Maksim an account holder and creditor in the above-referenced bankruptcy case of FTX Trading LTD, ███████████

At the time of declaring bankruptcy, I owned 300 Solana(SOL). It is important to note that my primary goal is to return these tokens, and not their equivalent in US dollars.

The bankruptcy process involves complex issues of asset allocation, and I understand that decisions are made in the interests of all creditors. However, I urge you to consider the possibility of returning my cryptocurrency assets to me in kind, given the unique nature of these assets.

I place my trust in the bankruptcy process and in your judgment to uphold the principles of fairness and equity. I hope that my plea, along with those of many others in similar positions, will be heard and given due consideration.

Thank you for your time and understanding in this crucial matter.

Respectfully,


Borodko Maksim

soi sai namyen 49/30 Tambon Chalong , Mueng Phuket ,Thailand 83130

zbinik1988@gmail.com

+66949608766



EXPRESS WORLDWIDE DOX

From: MAKSIM BORODKO
C/O SIAM PARCEL DELIVERY CO.,LTD.
156/3 PHANG-NGA ROAD
TALAD YAIMUANG
83000 PHUKET
THAILAND

To: HONORABLE JUDGE JOHN DORSEY
HONORABLE JUDGE JOHN DORSEY
824 N MARKET ST, 5TH FLOOR
COURTROOM 5
19801 WILMINGTON Delaware
UNITED STATES OF AMERICA

Origin: HKT

Pce/Shpt Weight: 0.5 kg
Piece 1/1

US-PHL-NJS DENJ

Content: DOCUMENT

WAYBILL 10 3957 8186

(2L)US19801+42000000

NJHC  EDD:1/9/2024  COMM
1039578186  PCS:1/1