# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |

### ENTRY OF APPEARANCE AND REQUEST FOR
### NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Crowell & Moring LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Lavanda Sands, L.L.C. in the above-referenced cases; and hereby request that copies of all notices and pleading given or filed in these cases be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com | Frederick Hyman, Esquire<br>**CROWELL & MORING LLP**<br>590 Madison Ave.<br>New York, NY 10022<br>Phone: (212) 803-4028<br>fhyman@crowell.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: January 8, 2024  
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*  
David M. Klauder, Esquire (No. 5769)  
1204 N. King Street  
Wilmington, DE 19801  
Phone: (302) 803-4600  
Email: dklauder@bk-legal.com

 and

**CROWELL & MORING LLP**

Frederick Hyman, Esquire (*Pro Hac Vice Pending*)  
590 Madison Ave.  
New York, NY 10022  
Phone: (212) 803-4028  
Email: fhyman@crowell.com

*Counsel for Lavanda Sands, L.L.C.*