# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. No. 5281 |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that DLA Piper LLP (US) hereby amends its' *Notice of Appearance and Request for Service of Papers* [D.I. 5281] and enters its appearance to represent Maps Vault Ltd.[2] solely, in the above-captioned chapter 11 cases. The undersigned hereby requests that notice of all matters, papers, and pleadings filed in the above-captioned case that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be directed as follows:

>Aaron S. Applebaum (DE # 5587)
>DLA PIPER LLP (US)
>1201 North Market Street, Suite 2100
>Wilmington, Delaware 19801
>Telephone: (302) 468-5700
>Facsimile: (302) 394-2341
>Email: aaron.applebaum@us.dlapiper.com
>
>-and-
>
>Dennis C. O'Donnell *(admitted pro hac vice)*
>DLA PIPER LLP (US)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] For avoidance of doubt, DLA Piper's representation in this matter is limited to Maps Vault Ltd. DLA Piper does not represent Oxygen Vault Ltd.

Active\1606536254.2

1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@dlapiper.com

-and-

Jeffrey Torosian, Esq. *(admitted pro hac vice)*
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: jeffrey.torosian@dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Entry of Appearance and Request for Service is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which Maps Vault Ltd. may be entitled in law or in equity, all of which are hereby expressly reserved.

Active\1606536254.2

Dated:  January 9, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/  *Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:  (302) 468-5700
Facsimile:  (302) 394-2341
Email:  aaron.applebaum@us.dlapiper.com

-and-

Dennis C. O'Donnell *(admitted pro hac vice)*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
Email: dennis.odonnell@dlapiper.com

-and-

Jeffrey Torosian, Esq. *(admitted pro hac vice)*
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516
Email: jeffrey.torosian@dlapiper.com

*Counsel for Maps Vault Ltd.*