# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF K. JOHN SHAFFER

PLEASE TAKE NOTICE that Quinn Emanuel Urquhart & Sullivan, LLP, counsel to FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors"), hereby give notice of the withdrawal of the appearance of K. John Shaffer of Quinn Emanuel Urquhart & Sullivan, LLP effective immediately.

PLEASE TAKE FURTHER NOTICE that the Debtors also request that K. John Shaffer be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the Debtors by all of the other attorneys of record of Quinn Emanuel Urquhart & Sullivan, LLP in these cases is unaffected by this notice.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.002-W0073897.}

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 9, 2024 | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>         brown@lrclaw.com<br>         pierce@lrclaw.com<br><br>*Counsel to the Debtors and Debtors-in-Possession*<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>William A. Burck (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>E-mail: williamburck@quinnemanuel.com<br><br>Sascha N. Rand (admitted *pro hac vice*)<br>Katherine A. Lemire (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>E-mail: sascharand@quinnemanuel.com<br>         katherinelemire@quinnemanuel.com<br><br>*Special Counsel to the Debtors* |