IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that, on January 9, 2024, the undersigned counsel to Paul R. Hage, the Plan Administrator of Voyager Digital Holdings, Inc., *et al.*, served the *First Request for Production of Documents, Interrogatories, and Requests for Admission of the Voyager Plan Administrator In Connection With the Joint Chapter 11 Plan of Reorganization of FTX Trading Ltd. and Its Debtor Affiliates*, on the following counsel of record:

**VIA EMAIL**
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

**VIA EMAIL**
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: January 9, 2024<br>Wilmington, Delaware | McDermott Will & Emery LLP<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>The Brandywine Building<br>1000 N. West Street, 14th Floor<br>Wilmington, Delaware 19801<br>Telephone:    (302) 485-3900<br>Fax:              (302) 351-8711<br>E-mail:         mkandestin@mwe.com<br><br>Darren Azman (admitted *pro hac vice*)<br>John J. Calandra (admitted *pro hac vice*)<br>Joseph B. Evans (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:    (212) 547-5400<br>Fax:              (212) 547-5454<br>E-mail:         dazman@mwe.com<br>                     jcalandra@mwe.com<br>                     jbevans@mwe.com<br><br>Elizabeth A. Rodd (admitted *pro hac vice*)<br>200 Clarendon Street<br>Boston, Massachusetts 02030<br>Telephone:    (617) 535-4000<br>Fax:              (617) 535-3800<br>E-mail:         erodd@mwe.com<br><br>*Counsel for Plan Administrator as manager of Voyager Digital, LLC, Wind Down Debtor in Case No. 22-B-10943 (MEW) (U.S. Bankruptcy Court for the Southern District of New York)* |