# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.*,</u> Debtors

Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferor</u>

Confidential Creditor with Unique Customer Code: 06368895
Address on File

<u>Name of Transferee</u>

**Uluwatu Research LLC**
**Attn: Richard Dai**
**Email:** richard.dai01@gmail.com
1511 Ave . Ponce De Leon Apt. 186
San Juan, PR 00909

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Currency Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 06368895; and FTX AccountID 142578733 | Name on File | ATOM[86.2000000000000000] BTC[0.0547898800000000] CHZ[8.1980000000000000] DAI[9800.9112600000000000] ETH[0.2000000000000000] EUR[0.7655123500000000] GBP[0.0964000000000000] IMX[0.3980400000000000] LINK[150.0630000000000000] NEAR[8.0998350000000000] SOL[197.9805045000000000] USD[72175.0903348880754233] USDC[455861.0000000000000000] USDT[10532.7260782636476056] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

12483599.2 - 12/27/23

Date: 12/13/2022

                                        **TRANSFEREE**
                                        **ULUWATU RESEARCH LLC**

By: *Richard Dai*
Name: Richard Dai, Partner

By: *Jeff Lo*
Name: Jeff Lo, Partner

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                     _____
                                    Clerk of the Court


**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

12483599.2 - 12/27/23

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, Aqxa Digital Partners Master Fund, Ltd., ("*Selle*r") hereby unconditionally and irrevocably sells, transfers, and assigns to Uluwatu Research LLC  ("*Purchaser*") all of Seller's right, title, and interest in and to the Claim and Proof of Claim (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") or included on the schedules of the Debtors with Unique Customer Code: 06368895 and FTX AccountID 142578733 in the proceeding identified as In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: 12/13/2022

> AQXA DIGITAL PARTNERS MASTER FUND, LTD.,
>
> By: *Duncan Simmons*
> Duncan Simmons, CEO
> 777 Brickell Ave
> Suite 500-95056
> Miami, FL 33131 USA

12483599.2 - 12/27/23