RECEIVED
2024 JAN -9 AM 10: 32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Zhang Zhou
9B, Tower 1
Redhill Peninsula Phase 4
18 Pak Pat Shan Road
Hong Kong

Dec. 29, 2023

Honorable Judge John Dorsey
United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
U.S.A.

c.c.:

LANDIS RATH & COBB LLP
/s/ Matthew R. Pierce

Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

-and-

SULLIVAN & CROMWELL LLP
Andrew G. Dietderich (admitted pro hac vice)
James L. Bromley (admitted pro hac vice)
Brian D. Glueckstein (admitted pro hac vice)
Alexa J. Kranzley (admitted pro hac vice)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

Dear Honorable Judge John Dorsey,

I am writing to object the proposal by FTX Debtors Motion filed on Dec. 27, 2023.

I was a customer of now bankrupt FTX. At the time of its demise, most of my assets were in BTC and USD. The proposed Debtors Motion marked BTC value at 16871.63 USD while it is trading at a price above 40,000 USD on Coinbase, a regulated exchange in the U.S., at the time of writing (GMT 14:00, Dec. 29, 2023). I consider this motion severely undervalued the holdings of FTX's customers. The mark-to-market method is not conducted in the best interest of FTX's customers.

Attached please find my FTX claim to verify the distribution of my asset.


Yours Sincerely,

Zhang Zhou
p.s., I moved to the current address in October 2023. My previous address on file with FTX was:

Ewan Court 6C
54-56 Kennedy Road
Mid-levels East
Hong Kong

Customer Claim Form

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| juzico1@yahoo.com | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-2

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ● FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

**ASSERTED QUANTITY FIAT**

Customer Claim Form

| Fiat (Ticker / Abbreviation) | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|
| USD | 9,614.78841743765 | 9,614.79 | ○ No  ● Yes | |

**Do you want to add any other fiat not previously listed?**

● No
○ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

● No
○ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| SNX-PERP | -0.0000000000001137 | ○ No  ● Yes | |
| SOL-PERP | 0.0000000000000053 | ○ No  ● Yes | |
| SRM-PERP | 0.000000000 | ○ No  ● Yes | |
| STG-PERP | 0.000000000 | ○ No  ● Yes | |
| STMX-PERP | 0.000000000 | ○ No  ● Yes | |
| STORJ-PERP | 0.000000000 | ○ No  ● Yes | |
| SUSHI-PERP | 0.000000000 | ○ No  ● Yes | |
| SXP-20200925 | 0.000000000 | ○ No  ● Yes | |
| SXP-PERP | 0.000000000 | ○ No  ● Yes | |
| THETA-PERP | 0.0000000000000284 | ○ No  ● Yes | |
| TRX-PERP | 0.000000000 | ○ No  ● Yes | |
| UNI-PERP | 0.0000000000000142 | ○ No  ● Yes | |

Customer Claim Form

| Token | Amount | No/Yes |
|---|---|---|
| VET-PERP | 0.000000000 | ○ No / ● Yes |
| WAVES-PERP | 0.000000000 | ○ No / ● Yes |
| XLM-PERP | 0.000000000 | ○ No / ● Yes |
| XMR-PERP | 0.0000000000000018 | ○ No / ● Yes |
| XRP-PERP | 0.000000000 | ○ No / ● Yes |
| XTZ-PERP | -0.0000000000000568 | ○ No / ● Yes |
| YFI-PERP | 0.000000000 | ○ No / ● Yes |
| ZEC-PERP | -0.0000000000000018 | ○ No / ● Yes |
| ZIL-PERP | 0.000000000 | ○ No / ● Yes |
| ZRX-PERP | 0.000000000 | ○ No / ● Yes |
| AAVE-PERP | 0.0000000000000009 | ○ No / ● Yes |
| ADA-PERP | 0.000000000 | ○ No / ● Yes |
| ALGO-PERP | 0.000000000 | ○ No / ● Yes |
| ALICE-PERP | 0.000000000 | ○ No / ● Yes |
| ALPHA-PERP | 0.000000000 | ○ No / ● Yes |
| APE-PERP | -0.0000000000000497 | ○ No / ● Yes |
| APT-PERP | 0.000000000 | ○ No / ● Yes |
| AR-PERP | 0.000000000 | ○ No / ● Yes |
| ATOM-PERP | -0.0000000000000178 | ○ No / ● Yes |
| AUDIO-PERP | 0.000000000 | ○ No / ● Yes |
| AVAX-PERP | 0.0000000000000355 | ○ No / ● Yes |
| AXS-PERP | 0.0000000000000036 | ○ No / ● Yes |
| BAL-PERP | 0.000000000 | ○ No / ● Yes |
| BAND-PERP | 0.000000000 | ○ No / ● Yes |
| BCH-PERP | 0.0000000000000004 | ○ No / ● Yes |

Customer Claim Form

| Ticker | Amount | Agree |
|---|---|---|
| BNB-20201225 | 0.000000000 | ○ No  ● Yes |
| BNB-PERP | 0.0000000000000009 | ○ No  ● Yes |
| BTC | 2.120000007 | ○ No  ● Yes |
| BTC-PERP | 0.000000000 | ○ No  ● Yes |
| C98-PERP | 0.000000000 | ○ No  ● Yes |
| CELO-PERP | 0.000000000 | ○ No  ● Yes |
| CHR-PERP | 0.000000000 | ○ No  ● Yes |
| CHZ-PERP | 0.000000000 | ○ No  ● Yes |
| COMP-PERP | 0.0000000000000036 | ○ No  ● Yes |
| CRV-PERP | 0.000000000 | ○ No  ● Yes |
| CVX-PERP | -0.0000000000000036 | ○ No  ● Yes |
| DOGE-PERP | 0.000000000 | ○ No  ● Yes |
| DOT-PERP | -0.0000000000000284 | ○ No  ● Yes |
| DYDX-PERP | 0.0000000000000568 | ○ No  ● Yes |
| EGLD-PERP | 0.0000000000000036 | ○ No  ● Yes |
| ENJ-PERP | 0.000000000 | ○ No  ● Yes |
| ENS-PERP | -0.0000000000000071 | ○ No  ● Yes |
| EOS-PERP | -0.0000000000001137 | ○ No  ● Yes |
| ETC-PERP | -0.0000000000000039 | ○ No  ● Yes |
| ETH | 0.0000000032 | ○ No  ● Yes |
| ETH-PERP | 0.0000000000000002 | ○ No  ● Yes |
| FIL-20201225 | 0.000000000 | ○ No  ● Yes |
| FIL-PERP | 0.0000000000000426 | ○ No  ● Yes |
| FLM-PERP | 0.000000000 | ○ No  ● Yes |
| FLOW-PERP | 0.000000000 | ○ No  ● Yes |

Customer Claim Form

| Token | Amount | Selection |
|---|---|---|
| FTM-PERP | 0.000000000 | ○ No  ● Yes |
| FTT | 0.8046535870039097 | ○ No  ● Yes |
| FTT-PERP | -0.0000000000000089 | ○ No  ● Yes |
| GALA-PERP | 0.000000000 | ○ No  ● Yes |
| GMT-PERP | 0.000000000 | ○ No  ● Yes |
| GRT-PERP | 0.000000000 | ○ No  ● Yes |
| HBAR-PERP | 0.000000000 | ○ No  ● Yes |
| HNT-PERP | 0.0000000000000284 | ○ No  ● Yes |
| HOT-PERP | 0.000000000 | ○ No  ● Yes |
| ICX-PERP | 0.000000000 | ○ No  ● Yes |
| IMX-PERP | 0.000000000 | ○ No  ● Yes |
| IOTA-PERP | 0.000000000 | ○ No  ● Yes |
| JASMY-PERP | 0.000000000 | ○ No  ● Yes |
| KAVA-PERP | 0.000000000 | ○ No  ● Yes |
| KLUNC-PERP | 0.000000000 | ○ No  ● Yes |
| KNC-PERP | 0.0000000000002274 | ○ No  ● Yes |
| KSHIB-PERP | 0.000000000 | ○ No  ● Yes |
| KSM-PERP | -0.0000000000000036 | ○ No  ● Yes |
| LINA-PERP | 0.000000000 | ○ No  ● Yes |
| LINK-PERP | 0.000000000 | ○ No  ● Yes |
| LRC-PERP | 0.000000000 | ○ No  ● Yes |
| LTC-PERP | -0.0000000000000018 | ○ No  ● Yes |
| LUNA2-PERP | -0.0000000000002252 | ○ No  ● Yes |
| MANA-PERP | 0.000000000 | ○ No  ● Yes |
| MASK-PERP | 0.000000000 | ○ No  ● Yes |

Customer Claim Form

| Coin | Quantity | No / Yes | |
|---|---|---|---|
| MATIC-PERP | 0.000000000 | ● Yes | |
| MKR-PERP | -0.0000000000000002 | ● Yes | |
| MTL-PERP | 0.000000000 | ● Yes | |
| NEAR-PERP | -0.0000000000000853 | ● Yes | |
| NEO-PERP | 0.000000000 | ● Yes | |
| OP-PERP | 0.000000000 | ● Yes | |
| PEOPLE-PERP | 0.000000000 | ● Yes | |
| REEF-PERP | 0.000000000 | ● Yes | |
| REN-PERP | 0.000000000 | ● Yes | |
| ROSE-PERP | 0.000000000 | ● Yes | |
| RSR-PERP | 0.000000000 | ● Yes | |
| RUNE-PERP | 0.000000000 | ● Yes | |
| RVN-PERP | 0.000000000 | ● Yes | |
| SAND-PERP | 0.000000000 | ● Yes | |

**Do you want to add any coin not previously listed?**

● No
○ Yes

## Loaned Crypto

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

● No
○ Yes

## NFTs

**NFTs (non-fungible tokens)**

**Do you want to add any NFTs not previously listed?**

● No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

- (●) No
- ( ) Yes

## Submission Information

When you press "Accept Schedule" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will contain an identification number confirming receipt of your schedule acceptance ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| [redacted] | 2023-09-27T14:51:33.326Z |
| **Status** | **CONFIRMATION ID** |
| Acceptance of Scheduled Claim | [redacted] |

**Speed Post / EMS / Hongkong Post**

寄件人姓名及地址 Name and address of sender:
ZHANG ZHOU
9B Tower 1, Redhill Peninsula Phase 4
18 Pak Pat Shan Rd.
HONG KONG

電話 Tel: 5592-7770
電郵 e-mail: juzico1@yahoo.com

郵件編號 Item Number: EA 355 370 511 HK

收件人姓名及地址 Name and address of addressee:
Honorable Judge John Dorsey
United States Bankruptcy Court
824 North Market Street, 3rd Floor, Wilmington, Delaware

郵政編碼 Postal Code: 19801
國家 Country: U.S.A.

Category of item: ☒ Document

Detailed description of contents: Documents
Quantity: 1

Date: Dec. 30, 2023


NOTE

此包裝袋只可用於投寄特快專遞郵件。
This Satchel is used for posting Speedpost items only.
切勿投寄違禁品。
Do not post any prohibited article.



4 893170 608192

ZHANG ~~Zhou~~
9B Tower 1
Redhill Peninsula Phase 4
18 Pak Pat Shan Road
Hong Kong SAR

Honorable Judge John Dorsey
United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801
U.S.A.