RECEIVED
2024 JAN -9 AM 10: 30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Objection On The Motion To Dismiss In re FTX Trading Ltd.,etc al Case No.22-11068,US Bankruptcy Court for the District of Delaware

proof claim was received on Monday September 18, 2023 assigned claim number ▮▮▮▮ claims are as follows fraud, racketeering, theft of public funds, dishonoring commerce, default by non-response or incomplete response, to first claim sent August 24th 2003 and preparation of documents, along with copies of my unique customer code statements of west realm shires service Inc copies of proof of claim fee schedules on all claims and attached invoice for payment    I address your honor and court today. for a remedy from egregious and dishonorable actions that were taken upon myself and others whom were harmed by these investments at a time when the whole world was fighting against the deadly virus. Thank you your honor and the court for your time and consideration.

| Notary Public | NOTARY SEAL. |
| pay to the order of. | on this 2 day of Jan. |
| signature. | 2024. |

x Cedrum Laue Coleman
Cedrum Laue Coleman

State of Florida

County of Pinellas

Sworn to or affirmed and subscribed before me by means of Physical Presence on _Jan 2, 2024_ by _Cedrum L Coleman_, who presented a Florida Driver License as identification _C455-112-78-050-0_

Seal 
YUDY BARRIOS
Notary Public
State of Florida
Comm# HH409580
Expires 6/12/2027

Signature of Notary _____

SRF: 75174
PackID: 264
ADRID: 18987913

To: Coleman Sr, Cedrum Lavel

In re: FTX Trading, Ltd., et. al.
Case No. 22-11068 (JTD)
United States Bankruptcy Court for the District of Delaware

## KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the FTX Trading, Ltd. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("**Kroll**") on Monday, September 18, 2023.

Your claim has been assigned claim number ▮▮▮▮▮▮▮▮ .

Please **do not** discard this letter as you may need to refer to it in the future.

**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

Your Unique Customer Code is ▇▇▇▇▇▇

Your claim(s) were scheduled on the Schedules and Statements of West Realm Shires Services Inc. as:

BAT[24.3682940100000000]
BRZ[261.8858188300000000]
ETH[0.0084523200000000]
ETHW[0.0084523200000000]
GRT[121.4463699100000000]
HKD[0.0000003000000000]
LINK[0.3119984900000000]
SOL[0.0000995600000000]
SUSHI[0.0000000900000000]
UNI[1.4088335700000000]
USD[0.0000179864444912]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe

To Whom It May Concern:

The annexed **Notice of Intent – Fee Schedule** is a schedule of mandatory fees instated by the Secured Party Creditor, Cedrum Level Coleman sr ©, Authorized Representative on behalf of CEDRUM LAVEL COLEMAN SR ©, CEDRUM L. COLEMAN SR ©, and CEDRUM COLEMAN SR ©, Ens Legis. Cedrum Lavel Coleman sr do hereby set forth fees to be instated in any business dealing with CEDRUM LEVEL COLEMAN SR, CEDRUM L. COLEMAN SR and CEDRUM COLEMAN SR, for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Cedrum Lavel Coleman sr, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Cedrum Lavel Coleman sr, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time.

So signed and sealed this 20 day of May 2023.

All Rights Reserved, Without Prejudice.

By: _Cedrum Level Coleman sr_ © Cedrum Lavel Coleman sr
American State National/Citizen,
Secured Party Lien Creditor,
Authorized Representative for
CEDRUM LAVEL COLEMAN SR, Ens Legis

### Witness Verification by Public Notary or State Recording Secretary

Florida State )

Pinellas County )

I, a Public Notary or Recording Secretary, was visited by one of the people Cedrum Lavel Coleman sr whose autograph appears above, and he was properly identified to me, and he did autograph this record in my presence for the purposes described above, in witness whereof I affix my autograph and seal this 20+ day of May in the year of 2023.

By: _Isa Barbara Sablon_ ©; My commission expires _end of life_.

**Official Seal**
Isa Barbara Sablon
FI43-2021-1HC\8-614PU
Commission expires at end of life

| | | | |
|---|---|---|---|
| h. | Telephone message left on Secured Party phone Service or equipment | $ | 5,000 each |
| i. | Use of Street Address/Mailing location of Secured Party | $ | 5,000 each |
| j. | Time Waiting for Scheduled Service | $ | 1,000 min/hr |
| k. | Detention from Free Movement and/or cuffed | $ | 75,000 min/hr |
| l. | Incarceration | $ | 75,000 min/hr |
| m. | Failure to Follow Federal and/or State Statutes, Codes, Rules and/or Regulations | $ | 50,000 |
| n. | Failure to State a Claim upon which Relief Can Be Granted | $ | 25,000 |
| o. | Failure to Present a Living Injured Party | $ | 100,000 |
| p. | Failure to Provide Contract Signed by the Parties | $ | 100,000* |
| q. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100,000* |
| r. | Default By Non Response or Incomplete Response | $ | 100,000* |
| s. | Fraud | $ | 1,000,000* |
| t. | Racketeering | $ | 1,000,000* |
| u. | Theft of Public Funds | $ | 1,000,000* |
| v. | Dishonor in Commerce | $ | 1,000,000* |
| w. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1,000,000** |
| x. | Perverting of Justice Judgment | $ | 1,000,000* |
| y. | Use of Common-law Trade-name/Trade-mark After One Warning (per each occurrence) | $ | 50,000 Each |
| z. | Forcing psychiatric evaluations | $ | 500,000 / day |
| aa. | Refusal to provide adequate and proper nutrition while incarcerated | $ | 50,000 / day |
| bb. | Refusal to provide proper exercise while incarcerated | $ | 50,000 / day |
| cc. | Refusal to provide proper dental care while Incarcerated | $ | 50,000 / day |

| | | |
|---|---|---|
| dd. Forced giving of body fluids | $ | 5,000,000 / day |
| ee. Forced injections/inoculations, vaccines | $ | 5,000,000 / day |
| ff. Forced separation from marriage contract | $ | 160,000 / day |
| gg. Confiscation/kidnapping of a body not a US Citizen | $ | 1,600,000 / day |
| hh. Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 1,600,000 / day |
| ii. Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity, or corporation | $ | 6,000,000 per count or charge |
| jj. Attempted extortion of signature | $ | 6,000,000 per count or charge |
| kk. Attempted forgery of signature | $ | 6,000,000 per count or charge |

*Per Occurrence and Includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)**   $   50,000

**Services to others and/or Corporation(s):**
    a. Studying   $   500 per hour
        while under threat, duress, coercion   $   75,000 per hour

| | | | |
|---|---|---|---|
| b. Analyzing | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| c. Research | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| d. Preparing Documents | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| e. Answering Questions | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |
| f. Providing Information | | $ | 500 per hour |
| while under threat, duress, coercion | | $ | 75,000 per hour |

If invoiced, payment is due 15 days after receipt date.



Make all payments to:

Cedrum Lavel Coleman sr
In the care of: 675 11th Avenue North
Safety Harbor Florida [Postal Code Extension 34695]

By: Isa Barbara Sablon
Official Seal
Isa Barbara Sablon  5/20/23
FI43-2021-1HCA8-614PU
Commission expires at end of life

# INVOICE

| INVOICE # | #03 |
|---|---|
| INVOICE DATE: | 01/02/2024 |

**Cedrum Lavel Coleman sr**

C/O 675 11th Avenue North,
Safety Harbor, Florida 34695
Phone: 727-336-5247
secretcedmusic@gmail.com

**BILL TO**
850 3rd Ave Ste 412

FTX Trading Ltd Claims Processing Center

Customer ID: Unique Customer Code# ▮
Claim# ▮

| QTY | ITEM ID# | DESCRIPTION | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| 1 | FI-230518-103-00000108 - S | Fraud | $3,000,000.00 | $3,000,000.00 |
| 1 | FI-230518-103-00000108 - T | Racketeering | $3,000,000.00 | $3,000,000.00 |
| 1 | FI-230518-103-00000108 - U | Theft Of Public Funds | $3,000,000.00 | $3,000,000.00 |
| 1 | FI-230518-103-00000108 - V | Dishonor In Commerce | $3,000,000.00 | $3,000,000.00 |
| 1 | FI230518-103-00000108 - R | Default By Non-response Are Incomplete Response | $300,000.00 | $300,000.00 |
| 3 | FI230518-103-00000108 - D | Preparing Documents | $4,500.00 | $13,500.00 |

| | |
|---|---|
| SUBTOTAL | $12,313,500.00 |
| TAX | $0.00 |
| TOTAL DUE | $12,313,500.00 |

PAYMENT TERMS  Payment due 15 days after receipt date
PAYMENT DUE  01/02/2024

Make All Checks Payable To:  Cedrum Lavel Coleman sr

**THANK YOU FOR YOUR BUSINESS!**

Cedrum
C/o 675 11th Avenue North
Safety Harbor Florida (34695)



RETURN RECEIPT
REQUESTED

CERTIFIED MAIL
9589 0710 5270 0603 9698 79



The United States
Bankruptcy Court, 824 Nor
Market Street, 3rd Floor, W
Delaware 19801