# Exhibit A

**Settlements Consummated Pursuant to the**
**Small Estate Claims Settlement Procedures Order**
**December 2023**

| Settling Party | Settled Value |
| --- | --- |
| Rethink Priorities | $2,100,000.00 |
| 1Day Sooner, Inc. | $394,095.97 |
| Metaculus, Inc. | $441,606.52 |
| Center for AI Safety, Inc. | $5,259,802.00 |
| Jasmin Kaur | £78,982.68 |