**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Ref. No. 5379** |

## NOTICE OF REVISED PROPOSED ORDER

      **PLEASE TAKE NOTICE** that on January 4, 2024, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Motion of Debtors for Entry of an Order Authorizing and Approving (i) FTX Trading Ltd.'s and FTX Property Holdings Ltd.'s Entry Into, and Performance of Their Obligations Under, the Bahamas Properties Exclusive Sales Agency Agreement, (ii) Procedures for the Sale or Transfer of Certain Bahamas Properties, and (iii) Assumption, Assignment and Rejection Procedures* [D.I. 5379] (the "Motion")[2] in the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that, after filing the Motion, the Debtors continued discussions with the Joint Official Liquidators (the "JOLs") of FTX Digital Markets Ltd. to finalize the Sale Procedures contemplated by the Motion.

      **PLEASE TAKE FURTHER NOTICE** that the Debtors and the JOLs have finalized the Sale Procedures which are reflected in the revised proposed form of order to the Motion (the "Revised Order"), a copy of which is attached hereto as Exhibit 1. A copy of the Revised Order compared against the original proposed order attached to the Motion is attached hereto as Exhibit 2.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge from the website maintained by the Debtors' noticing and claims agent at https://cases.ra.kroll.com/FTX. You may also obtain copies from the Court's website at www.deb.uscourts.gov for a fee.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Dated: January 9, 2024<br>　　　　Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Kimberly A. Brown*　　　　　　　　<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>　　　　brown@lrclaw.com<br>　　　　pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>　　　　bromleyj@sullcrom.com<br>　　　　gluecksteinb@sullcrom.com<br>　　　　kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |