# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.,*</u> Debtors                     Chapter 11
                                                                     Case No. <u>22-11068</u>
                                                                     (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Confidential Creditor<br>Customer Code, 00248744<br>Claim No. 1858<br>Address on File | **KB507 LLC**<br>10830 SW 69 Ave<br>Pinecrest, FL<br>Attn: Jason Lu<br>551-497-1475<br>jason@komodobay.com |

An undivided interest in 100% of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Customer Code, 00248744<br><br>Claim no 1858 | Name on File | BTC[0], BTC-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FIDA[18.03113896], FIDA_LOCKED[39.30343704], GRT-PERP[0], LEND-PERP[0], LINKPERP[0], LTC-PERP[0], UNI-PERP[0], USD[2239172.10], USDT[0.83566893], XRP-PERP[0], YFI-PERP[0] | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: January 9th, 2024

                                        **TRANSFEREE**
                                        **KB507 LLC**

By: _/s/ Jason Lu_____
Name: Jason Lu
Title: Manager

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                   _____
                                                                   Clerk of the Court

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



Historical balances on FTX Cryptocurrency Derivatives Exchange at Thu Nov 10 2022 18:04:21 GMT-0600 (Central Standard Time)
Name: ▮▮▮▮▮▮▮▮
Email: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Accounts: main
Note: most account histories will be correct, but some may not be. We do not promise correctness or that these will reconcile with your accounting methods, nor will it always be easy for us to debug the difference.

| Account | Item | Size | Mark price (for positions) | Approximate time |
|---|---|---|---|---|
| main | USD | 2,239,172.10367181 | | 11/10/2022, 6:04:21 PM |
| main | BTC | 0.00000001 | | 11/10/2022, 6:04:21 PM |
| main | USDT | 0.83566894 | | 11/10/2022, 6:04:21 PM |
| main | ETH | 0.00000000 | | 11/10/2022, 6:04:21 PM |
| main | FIDA | 17.97969468 | | 11/10/2022, 6:04:21 PM |
| main | FIDA_LOCKED | 39.35488132 | | 11/10/2022, 6:04:21 PM |

Rows per page: 10    1-6 / 6

## **EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ███████ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **SB507 LLC** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No.** _____ (the "Proof of Claim") filed against Pacific Gas and Electric Company (the "Debtor") in the amount of $███████ in *In re* **FTX Trading Ltd. (Case No. 22-bk-11068)** pending in the United States Bankruptcy Court for the District of the Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on **November 25, 2022**.

By: _____
Name: ███████
Title: Individual

3