IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **FTX TRADING, LTD.,** *et al.*,[1] | Case No. 22-11068 (JTD) |
| **Debtors.** | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP hereby appears in the above-captioned case (the "**Chapter 11 Case**") as counsel for Dave Inc. ("**Dave**"), pursuant to section 1109(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and Rule 2002-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), and requests copies of any and all notices and papers filed or entered in this Chapter 11 Case be given to and served upon the following:

Joseph O. Larkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Joseph.Larkin@Skadden.com

Lisa Laukitis, Esq.
Angeline Hwang, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: Lisa.Laukitis@Skadden.com
Email: Angeline.Hwang@Skadden.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, a request for service of all orders and notices of any application (including those required by Bankruptcy Rule 2002 and Local Bankruptcy Rule 2002-1), motion, petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the Chapter 11 Case and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent appearance, pleading, claim or suit is intended to nor shall be deemed to waive Dave's rights (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Dave is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Dave does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: Wilmington, Delaware
January 10, 2024

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Joseph O. Larkin*
        Joseph O. Larkin (I.D. No. 4883)
        One Rodney Square
        920 N. King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-3000
        Fax: (302) 651-3001
        Joseph.Larkin@Skadden.com

        - and -

        Lisa Laukitis, Esq.
        Angeline Hwang, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        One Manhattan West
        New York, New York 10001
        Telephone: (212) 735-3000
        Fax: (212) 735-2000
        Email: Lisa.Laukitis@Skadden.com
        Email: Angeline.Hwang@Skadden.com

        *Counsel to Dave Inc.*

**CERTIFICATE OF SERVICE**

I, Joseph O. Larkin, certify that on January 10, 2024, I caused the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in this case.

　　　　　　　　　　　　　　　　　　*/s/ Joseph O. Larkin*
　　　　　　　　　　　　　　　　　　Joseph O. Larkin