**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Re: Docket No. _____** |

**ORDER GRANTING MOTION OF MARTHA LAMBRIANOU TO**
**DISMISS BANKRUPTCY CASE OF FTX EU LTD.**

Upon the consideration of the motion (the "**Motion**") of Martha Lambrianou seeking the

dismissal of the chapter 11 case of FTX EU Ltd. ("**FTX EU**"), Case No. 22-11166, under section

1112(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the

"**Bankruptcy Code**"), all as more fully set forth in the Motion; and the Court having jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware, dated February 29,

2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

and that this Court may enter a final order consistent with Article III of the United States

Constitution; and this Court having found that venue of this proceeding and the Motion in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice

of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances

and no other notice need be provided; and the Court having reviewed the Motion; and the Court

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

having determined that the legal and factual bases set forth in the Motion establish just cause for

the relief granted herein; and upon all of the proceedings had before the Court and

after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The chapter 11 case of FTX EU, Case No. 22-11166, is dismissed with prejudice.