Dear Sirs

In accordance with FTX Trading Ltd Chapter 11

Case No. 22-11068 (JTD) Digital Assets Conversion Table.

Objection: We request that TRX coins must be recognized as claims at $0.44.

Reason: the asset price should refer to the customer's currency price in the FTX wallet on November 11, 2022. The TRX price on that day was last US$0.44, but the Digital Assets Conversion Table was based on US$0.0556107 from other unrelated cryptocurrency exchanges. To determine the value, most of us bought TRX between US$0.25 and US$0.44. The rise in the TRX currency at that time was also caused by FTX's official announcement on November 11, 2022 (https://twitter.com/FTX_Official/status/1590763245488713729)..

Please redefine the TRX price according to the same standards as other currencies.



Customer: LIN TUNG HAO    tunghaolin@gmail.com

+886952635119

Address: 6F., No. 5, Aly. 5, Ln. 94, Wenlin N. Rd., Beitou Dist., Taipei City 112, Taiwan (R.O.C.)

簽名

LIN TUNG HAO

