## <u>CERTIFICATE OF SERVICE</u>

I, Jody C. Barillare, hereby certify that on January 10, 2024, I caused to be served copies of the *Declaration of Matthew C. Ziegler Regarding the Change in Hourly Rates of Morgan, Lewis & Bockius LLP, Counsel to Emergent Fidelity Technologies Ltd* to all parties consenting to service through the Court's CM/ECF system.

Dated: January 10, 2024
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

<u>/s/  Jody C. Barillare</u>
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com