Anthony Maurin
14 Rue des acacias, 75017 Paris,
FRANCE
crypto@audace.io

RECEIVED

2024 JAN 11 AM 9: 47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Judge John Dorsey
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

Subject: Urgent Complaint Regarding Restructuring Actions and Request for Court Intervention - FTX Bankruptcy

Dear Honorable Judge John Dorsey,

I am writing to you as a creditor in the FTX bankruptcy and restructuring case, expressing my concerns about the ongoing proceedings and their impact on the rights and assets of the creditors.

As a creditor and victim of FTX, the abrupt closure of the platform during my trading activities has had a significant impact on me. Moreover, the unavailability of my assets due to the platform's closure and the extended restructuring process has constituted an initial harm that has deeply affected me.
Today, I wish to bring to your attention the following pressing concerns to prevent further damages:

It has come to my attention that parties involved in the restructuring are depleting creditors' funds by imposing **exorbitant charges for their services.** I feel aggrieved and robbed by these entities, considering the substantial sums involved and the prolonged timelines. **I urgently request your intervention to halt this distressing situation affecting hundreds of thousands of individuals.**

Recent information suggests that the restructuring entities have liquidated a portion of FTX's assets, including clients' funds, at the prevailing cryptocurrency market prices. I vehemently oppose this sale, which appears to be **one of the worst financial decisions of the century.** The consequences for the victims of this act of deception will be severe.

Additionally, there are indications that instead of reimbursing victims in the cryptocurrencies they held, the restructuring entities are considering repaying victims in fiat currency based on the value as of the petition date. This was during a period when cryptocurrency markets were at their lowest in recent years. During that time, Bitcoin sank to $17,000, compared to today's $43,000. Meanwhile, FTX holds assets that could yield significant profits, such as the equity in Anthropic and the technology of the FTX exchange itself if relaunched or sold.
**I strongly oppose any plan that would reimburse funds in fiat currency based on the value as of the petition date**, as well as any plan that does not return the funds in the associated cryptocurrencies.

**Having been victims of FTX once, I implore you to intervene and prevent the ongoing second act of theft taking place before our very eyes.**

Thank you for your urgent attention to these matters.

Sincerely,
Anthony Maurin
12/08/2024



# e-lettre rouge
Un service Courriers en ligne



Déposé le : 02.01.2024     SD:87000842605721S
2533640652P00002          01650

Honorable Judge John Dorsey
FTX Restructuration Dorsey John
824 N Market St 5th Floor Courtroom 5
19801 WILMINGTON
Etats-Unis



LOGIC
utralité carbone
eutralitecarbone

1960183024 C012