## Exhibit 1

**❤FTX** Foundation

March 10, 2023

<u>Via Certified Mail</u>

Seth William Stern
General Counsel
Signature Bank
565 Fifth Avenue, 12th Floor
New York, New York 10017
SStern@signatureny.com

Dear Mr. Stern:

        I write on behalf of FTX Philanthropy, Inc. f/k/a FTX Foundation, Inc. ("FTX Philanthropy"), of which I am Treasurer.  As you may be aware, FTX Trading Ltd., West Realm Shires Services Inc., d/b/a FTX US, Alameda Research LLC, and their directly and indirectly owned subsidiaries (collectively, the "FTX Debtors") have entered Chapter 11 bankruptcy proceedings.[1]  FTX Philanthropy is in possession of property of the FTX Debtors, including but not limited to funds held in Signature Bank account number 1504818361 (the "Signature Account").  FTX Philanthropy wishes to transfer these funds to an account under the control of the FTX Debtors.

        Attached hereto as Exhibit A is a true and correct copy of a resolution adopted by the Board of FTX Philanthropy at a meeting on February 21, 2022, pursuant to which I was elected the Treasurer of FTX Philanthropy.  Attached hereto as Exhibit B is a true and correct copy of a resolution adopted by the Board by unanimous written consent on April 2, 2022, pursuant to which I am authorized to "open, maintain and close general and special accounts with any [banks or other financial institutions]," and "sign or countersign checks, drafts or other orders for payments" on behalf of the FTX Philanthropy.

        By this letter, I hereby request that you promptly (i) provide me with copies of all monthly statements and other transaction records for the Signature Account for the period from the opening of the Signature Account through the present; and (ii) wire all remaining funds in the Signature Account to the account set forth in the wire instructions attached as Exhibit C; and (iii) once those records have been provided and funds have been transferred, close the Signature Account.  Please confirm that you will execute these instructions by email to me at jen@ftx.com, with copies to dunnec@sullcrom.com, crokej@sullcrom.com, oharad@sullcrom.com, and downinge@sullcrom.com.  I can be reached by phone at +852 98835743 should you have any questions.

---

[1] *See* https://restructuring.ra.kroll.com/FTX/Home-Index.

Sincerely,

Luk Wai (Jen) Chan
jen@ftx.com

cc:    John J. Ray III
       Mary Cilia
       Christopher J. Dunne (Sullivan & Cromwell)
       Jacob M. Croke (Sullivan & Cromwell)

-2-

# Exhibit A

**<u>Election of Officers</u>**

RESOLVED, that the following individuals be, and each of them hereby is, elected to the offices set forth opposite their respective name, to serve in such office until a successor is duly elected and qualified or until their earlier resignation or removal:

| | |
|---|---|
| Chair | Caroline Ellison |
| President | Nicholas Beckstead |
| Treasurer | Luk Wai (Jen) Chan |
| Secretary | Caroline Ellison |

# Exhibit B

I.    **Financial Accounts**

RESOLVED FURTHER, that each of Samuel Bankman-Fried, Nicholas Beckstead, Luk Wai (Jen) Chan, Caroline Ellison, Kam Yee (Josephine) Chan, and Elizabeth Wai Yee Lee, acting individually, is authorized to designate one or more banks or other financial institutions as depositories of the funds of the Foundation; open, maintain and close general and special accounts with any such depositories; cause to be deposited from time to time in such accounts, funds of the Foundation as such individual deems necessary or advisable; sign or countersign checks, drafts or other orders for payments; authorize the use of facsimile or other electronic signatures for the signing or countersigning of checks, drafts or other orders for the payment of currency, and enter into such agreements as banks and other financial institutions customarily require as a condition for permitting the use of electronic signatures; and make such general and special rules and regulations with respect to such accounts as such individual may deem necessary or advisable, and to complete, execute and certify any customary printed blank signature card forms in order to exercise conveniently the authority granted by this resolution, and any resolutions printed on such cards are deemed adopted as a part of this resolution.

RESOLVED FURTHER, that all form resolutions required by any such depository are adopted, and that an authorized signatory of the bank account(s) is authorized to certify such resolutions as having been adopted by this resolution, as necessary.

RESOLVED FURTHER, that any such depository to which a certified copy of these resolutions has been delivered is authorized and entitled to rely upon such resolutions for all purposes until it receives written notice of the revocation or amendment of these resolutions.

II.    **Signature Authority**

RESOLVED FURTHER, that, in accordance with their powers as a director and/or an officer of the Foundation, each of Samuel Bankman-Fried and Nicholas Beckstead, acting individually, is authorized to execute and deliver any agreement in the name of the Foundation and to otherwise obligate the Foundation with respect to the operations of the Foundation, and within the general guidelines and budgets approved by the Board.

# Exhibit C

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

# INCOMING WIRE INSTRUCTIONS
# DOMESTIC and INTERNATIONAL WIRES

| DOMESTIC WIRES (Onshore) | |
| --- | --- |
| BANK NAME | Western Alliance Bank |
| BANK ADDRESS | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A. |
| ABA ROUTING NUMBER | 122105980 |
| BENEFICIARY NAME | **West Realm Shires Inc** |
| BENEFICIARY ACCOUNT NUMBER | 8397238680 |
| BENEFICIARY ADDRESS | 2600 South Shore Blvd, Ste 300, League City, TX  77573 |
| SPECIAL INSTRUCTIONS | As applicable |

| INTERNATIONAL WIRES (Offshore) - IN U.S. DOLLAR | |
| --- | --- |
| BANK NAME | Western Alliance Bank |
| BANK ADDRESS | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A. |
| SWIFT CODE | BBFXUS6S |
| BENEFICIARY NAME | **West Realm Shires Inc** |
| BENEFICIARY ACCOUNT NUMBER | 8397238680 |
| BENEFICIARY ADDRESS | 2600 South Shore Blvd, Ste 300, League City, TX  77573 |
| SPECIAL INSTRUCTIONS | As applicable |

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| EURO (EUR) Incoming Wire Instructions | |
|---|---|
| **International Wire (SWIFT)** | |
| **Intermediary Bank Name (Swift Field 56):** | Barclays Bank Ireland Plc – Frankfurt |
| **Intermediary Bank Swift Code:** | BARCDEFFXXX |
| **Intermediary Bank Address:** | Taunusturm Taunustor 1 <br> Frankfurt Am Main 60310, Germany |
| **Intermediary Bank IBAN:** | DE13503104000210588000 |
| **Beneficiary Bank Name (Field 57):** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500 <br> Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| British Pound (GBP) Incoming Wire Instructions International Wire (SWIFT) | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | Barclays Bank PLC – London |
| **Intermediary Bank Swift Code:** | BARCGB22XXX |
| **Intermediary Bank Address:** | 1 Churchill Place<br>London E14, 5HP, UK |
| **Intermediary Bank IBAN:** | GB80BARC20325350257397 |
| **Beneficiary Bank Name (Field 57):** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.  Specifically in the UK, these wires should not be sent at BACS as this will cause delay or rejection.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| **Australian Dollar (AUD) Incoming Wire Instructions** | |
|---|---|
| **International Wire (SWIFT)** | |
| **Intermediary Bank Name (Swift Field 56):** | JPMorgan Chase Bank, Sydney Branch |
| **Intermediary Bank Swift Code:** | CHASAU2X |
| **Intermediary Bank Address:** | 83-85 Castlereagh Street<br>Sydney, Australia |
| **Intermediary Bank BSB Code:** | 212 200 |
| **Account # at Intermediary Bank:**<br>**(If a/c # is not required, use Swift Code as above.)** | 86002639 |
| **Beneficiary Bank Name (Field 57):** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This wire should be sent as a Priority Payment.  In bankers' parlance this is equivalent to a SWIFT MT103 payment.  It is recommended that the payment should be sent as an International payment, not a domestic payment.  Payments to this account cannot be made through the Australia low-value (DE/BECS) system.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| **Japanese Yen (JPY) Incoming Wire Instructions**<br><br>**International Wire (SWIFT)** | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | Sumitomo Mitsui Banking Corporation |
| **Intermediary Bank Swift Code:** | SMBCJPJT |
| **Account # at Intermediary Bank:**<br>**(If a/c # is not required, use Swift Code as above.)** | 4490 |
| **Beneficiary Bank Name (Field 57):** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| **Canadian Dollar (CAD) Incoming Wire Instructions** | |
| :--- | :--- |
| **International Wire (SWIFT)** | |
| **Intermediary Bank Name (Swift Field 56):** | Toronto-Dominion Bank, Toronto International Centre-Toronto |
| **Intermediary Bank Swift Code:** | TDOMCATT |
| **Intermediary Bank Address:** | PO Box 1 TD Centre Toronto Ontario M5K 1A2 Canada Branch #: 00732 Institution #: 004 |
| **Account # at Intermediary Bank: (If a/c # is not required, use Swift Code as above.)** | 0360012325212 |
| **Beneficiary Bank Name (Field 57):** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500 Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| Singapore Dollar (SGD) Incoming Wire Instructions International Wire (SWIFT) | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | **DBS Bank Ltd. Singapore** |
| **Intermediary Bank Swift Code:** | **DBSSSGSG** |
| **Account # at Intermediary Bank: (If a/c # is not required, use Swift Code as above.)** | 037-003756-7 |
| **Beneficiary Bank (Field 57):** | **Western Alliance Bank** |
| **Beneficiary Bank Address:** | One East Washington Ste 2500 Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59A):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| **Mexican Peso (MXN) Incoming Wire Instructions**<br><br>**International Wire (SWIFT)** | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | **Banco Mercantil Del Norte, S.A. INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCIERO BANORTE** |
| **Intermediary Bank Swift Code:** | **MENOMXMTCCM** |
| **Clabe Number at Intermediary Bank: (If a/c # is not required, use Swift Code as above.)** | **072180010897515316** |
| **Beneficiary Bank Name (Field 57A):** | **Western Alliance Bank** |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank Swift Code:** | BBFXUS6S |
| **Beneficiary Name (Field 59):** | **West Realm Shires Inc** |
| **Beneficiary Account Number (Field 59):** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| Chinese Yuan / Renminbi (CNY) Incoming Wire Instructions<br>International Wire (SWIFT) | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | Bank of America, N.A<br>Shanghai Branch |
| **Intermediary Bank Swift Code:** | BOFACN3X |
| 收款行大额支付行号<br>**CNAPS Code:** | 532290010011 |
| 帐户名称<br>**Beneficiary Name (Field 57):** | Western Alliance Bank |
| 帐户种类<br>**Account Type:** | 人民币跨境结算账户<br>**CNY Cross-board Account** |
| 帐号<br>**Account # at Intermediary Bank:** | 684197401014 |
| **Remittance Information (Field 70):** | **West Realm Shires Inc<br>8397238680** |

*Please fill out highlighted information with your company name and account you would like to credit.

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| New Zealand Dollar (NZD) Incoming Wire Instructions International Wire (SWIFT) | |
|---|---|
| Intermediary Bank Name (Swift Field 56): | **ANZ BANK NEW ZEALAND LIMITED** |
| Intermediary Bank Swift Code: | **ANZBNZ22XXX** |
| Beneficiary Bank Name (Field 57): | **JP MORGAN CHASE BANK,LONDON SWIFT CODE : CHASGB2L** |
| Beneficiary Name (Field 59): | **Western Alliance Bank Account Number: GB72CHAS60924216228894** |
| Reference Information (Field 70): | FCC-West Realm Shires Inc 8397238680 |
| | |

**Notes on Instructions:**

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| **Swedish Krona (SEK) Incoming Wire Instructions**<br>**International Wire (Swift)** | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | Nordea Bank Abp, filial i Sverige |
| **Intermediary Bank Address:** | Smålandsgatan 17<br>105 71 Stockholm<br>Sweden |
| **Intermediary Bank SWIFT BIC** | NDEASESSXXX |
| **Beneficiary Bank:** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank SWIFT BIC** | BBFXUS6S |
| **BENEFICIARY NAME** | **West Realm Shires Inc** |
| **BENEFICIARY  ACCOUNT NUMBER** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**

# WESTERN ALLIANCE BANK

Alliance Association Bank | Alliance Bank of Arizona | Bank of Nevada | Bridge Bank | First Independent Bank | Torrey Pines Bank

Divisions of Western Alliance Bank. Member FDIC.

| Norwegian Krone (NOK) Incoming Wire Instructions<br>International Wire (Swift) | |
|---|---|
| **Intermediary Bank Name (Swift Field 56):** | Nordea Bank Abp, filial i Norge |
| **Intermediary Bank Address:** | Essendrops gate 7,<br>Postboks 1166 Sentrum,<br>0107 Oslo<br>Norway |
| **Intermediary Bank SWIFT BIC** | NDEANOKKXXX |
| **Beneficiary Bank:** | Western Alliance Bank |
| **Beneficiary Bank Address:** | One East Washington Ste 2500<br>Phoenix, Arizona 85004  U.S.A |
| **Beneficiary Bank SWIFT BIC** | BBFXUS6S |
| **BENEFICIARY NAME** | **West Realm Shires Inc** |
| **BENEFICIARY  ACCOUNT NUMBER** | 8397238680 |

**\*Please fill out highlighted information with your company name and account you would like to credit.**

**This payment should be sent as an International payment or using a SWIFT MT103 in banker's parlance, not domestic payment.**