# **Exhibit 2**



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From April    06, 2022
                                              To   April    30, 2022
                                              Page    1 of    2

                                              PRIVATE CLIENT GROUP 159
                                              485 MADISON AVENUE
                                              NEW YORK, NY 10022


FTX FOUNDATION, INC                8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE  19801
                                              See Back for Important Information


                                              Primary Account:     8361        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 8361 | MONOGRAM CHECKING | .00 | 5,000,000.00 |
| | RELATIONSHIP TOTAL | | 5,000,000.00 |

**SIGNATURE BANK**

```
                                                      Statement Period
                                                      From April    06, 2022
                                                      To   April    30, 2022
                                                      Page    2 of    2

                                                      PRIVATE CLIENT GROUP 159
                                                      485 MADISON AVENUE
                                                      NEW YORK, NY 10022


    FTX FOUNDATION, INC                     8-159
    1209 ORANGE ST
    COUNTY OF THE NEW CASTLE
    WILMINGTON DE   19801
                                                       See Back for Important Information


                                               Primary Account:      8361          0
```

MONOGRAM CHECKING                    8361

Summary

| | |
|---|---:|
| Previous Balance as of April 06, 2022 | .00 |
| 1 Credits | 5,000,000.00 |
| Ending Balance as of April 30, 2022 | 5,000,000.00 |

Deposits and Other Credits
 Apr 28   INCOMING WIRE                                                              5,000,000.00
          REF#  20220428B6B7261F00419204281314FT03
          FROM: WEST REALM SHIRES SERVICES INC.     ABA:   322286803
          BANK:

Daily Balances
 Apr 06                  .00          Apr 28         5,000,000.00

Rates for this statement period - Overdraft
Apr 06, 2022   13.250000 %