## Exhibit 3



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                                    From May      01, 2022
                                    To   May      31, 2022
                                    Page    1 of      4

                                    PRIVATE CLIENT GROUP 159
                                    485 MADISON AVENUE
                                    NEW YORK, NY 10022


        FTX FOUNDATION, INC              8-159
        1209 ORANGE ST
        COUNTY OF THE NEW CASTLE
        WILMINGTON DE  19801
                                    See Back for Important Information


                                    Primary Account: ████8361          0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8361    MONOGRAM CHECKING | 5,000,000.00 | 10,003,500.00 |
| RELATIONSHIP TOTAL | | 10,003,500.00 |

*Signature* | SIGNATURE BANK

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC                    8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE  19801

See Back for Important Information

Primary Account:███████8361          0

MONOGRAM CHECKING          ██████8361

Summary

| | | |
|---|---|---|
| Previous Balance as of May    01, 2022 | | 5,000,000.00 |
| 3 Credits | | 14,000,000.00 |
| 8 Debits | | 8,996,500.00 |
| Ending Balance as of   May    31, 2022 | | 10,003,500.00 |

Deposits and Other Credits

| | | |
|---|---|---|
| May 23 | INCOMING WIRE | 1,000,000.00 |
| | REF#  20220523B6B7261F00433805231349FT03 | |
| | FROM: WEST REALM SHIRES SERVICES INC.   ABA:   322286803 | |
| | BANK: | |
| May 23 | INCOMING WIRE | 3,000,000.00 |
| | REF#  20220523B6B7261F00433305231348FT03 | |
| | FROM: WEST REALM SHIRES SERVICES INC.   ABA:   322286803 | |
| | BANK: | |
| May 27 | INCOMING WIRE | 10,000,000.00 |
| | REF#  20220527B6B7261F00477905271334FT03 | |
| | FROM: WEST REALM SHIRES SERVICES INC.   ABA:   322286803 | |
| | BANK: | |

Withdrawals and Other Debits

| | | |
|---|---|---|
| May 23 | OUTGOING WIRE | 45,500.00 |
| | REF#  20220523B6B7261F000903 | |
| | TO:    Leonard McCline                ABA:   026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY      ACCT# 325168735183 | |
| May 23 | OUTGOING WIRE | 50,000.00 |
| | REF#  20220523B6B7261F000929 | |
| | TO:    Players Philanthropy Fund Hold Acc ABA:   026013958 | |
| | BANK: CITY NATIONAL BANK            ACCT# 665758184 | |
| | OBI:   Full name of recipient: Players Philanthropy Fund Hold | |
| | OBI:   ing Account | |
| | OBI: | |

*Signature*  | SIGNATURE BANK

```
                                              Statement Period
                                           From May      01, 2022
                                           To   May      31, 2022
                                           Page    3 of    4

                                           PRIVATE CLIENT GROUP 159
                                           485 MADISON AVENUE
                                           NEW YORK, NY 10022


         FTX FOUNDATION, INC              8-159
         1209 ORANGE ST
         COUNTY OF THE NEW CASTLE
         WILMINGTON DE  19801
                                           See Back for Important Information


                                        Primary Account: ████8361         0
```

| Date | Description | |
|---|---|---|
| May 23 | OUTGOING WIRE | 2,000,000.00 |
| | REF#  20220523B6B7261F001579 | |
| | TO:   Swift Centre For Applied Forecasti  ABA:   084009519 | |
| | BANK: EVOLVE BANK & TRUST          ACCT# 96000038288112 | |
| | OBI:  Full name of recipient: Swift Centre For Applied Forec | |
| | OBI:  asting Limited | |
| | OBI: | |
| May 24 | OUTGOING WIRE | 1,000.00 |
| | REF#  20220524B6B7261F000882 | |
| | TO:   FTX Foundation, Inc.          ABA:   084009519 | |
| | BANK: EVOLVE BANK & TRUST          ACCT# 96000042569257 | |
| May 24 | OUTGOING WIRE | 200,000.00 |
| | REF#  20220524B6B7261F001065 | |
| | TO:   QUANTIFIED UNCERTAINTY RESEARCH  ABA:   322271627 | |
| | BANK: JPMORGAN CHASE BANK, NA      ACCT# 625289050 | |
| May 24 | OUTGOING WIRE | 700,000.00 |
| | REF#  20220524B6B7261F001916 | |
| | TO:   Centre For Effective Altruism USA  ABA:   084009519 | |
| | BANK: EVOLVE BANK & TRUST          ACCT# 96000000000335 | |
| | OBI:  Full name of recipient: Centre For Effective Altruism | |
| | OBI:  USA Inc., Grant to GWWC | |
| | OBI: | |
| May 25 | OUTGOING WIRE | 1,000,000.00 |
| | REF#  20220525B6B7261F000883 | |
| | TO:   FTX Foundation, Inc.          ABA:   084009519 | |
| | BANK: EVOLVE BANK & TRUST          ACCT# 96000042569257 | |
| May 27 | OUTGOING WIRE | 5,000,000.00 |
| | REF#  20220527B6B7261F001104 | |
| | TO:   Ought Inc.                    ABA:   121140399 | |
| | BANK: SILICON VALLEY BANK          ACCT# 3301511262 | |

```
Daily Balances
Apr 30     5,000,000.00              May 25     5,003,500.00
May 23     6,904,500.00              May 27    10,003,500.00
May 24     6,003,500.00
```

SIGNATURE BANK

```
                                        Statement Period
                                   From May        01, 2022
                                   To   May        31, 2022
                                   Page     4 of      4

                                   PRIVATE CLIENT GROUP 159
                                   485 MADISON AVENUE
                                   NEW YORK, NY 10022


        FTX FOUNDATION, INC             8-159
        1209 ORANGE ST
        COUNTY OF THE NEW CASTLE
        WILMINGTON DE  19801

                                          See Back for Important Information


                                   Primary Account: ████8361          0


Rates for this statement period - Overdraft
May 05, 2022   13.750000 %
May 01, 2022   13.250000 %
```