# **Exhibit 4**



SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July 01, 2022
To July 31, 2022


PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC 8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE 19801

See Back for Important Information

Primary Account: ██████8361 0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████8361 | MONOGRAM CHECKING | 5,784,237.00 | 1,596,387.00 |
| | RELATIONSHIP TOTAL | | 1,596,387.00 |

Signature | SIGNATURE BANK

Statement Period
From July 01, 2022
To July 31, 2022
Page 2 of 5

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC 8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE 19801

See Back for Important Information

Primary Account: ████8361 0

MONOGRAM CHECKING ████8361

Summary

| | | |
|---|---|---|
| Previous Balance as of July | 01, 2022 | 5,784,237.00 |
| 5 Credits | | 2,076,365.00 |
| 16 Debits | | 6,264,215.00 |
| Ending Balance as of July | 31, 2022 | 1,596,387.00 |

Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| Jul 06 | INCOMING WIRE<br>REF# 20220706B6B7261F00490807061537FT03<br>FROM: POLARIS GUIDANCE LLC ABA: 121000248<br>BANK:<br>OBI: 25 OUT OF 66K RETURN<br>OBI:<br>OBI: | 25,000.00 |
| Jul 08 | INCOMING WIRE<br>REF# 20220708B6B7261F00050207080607FT03<br>FROM: POLARIS GUIDANCE LLC ABA: 121000248<br>BANK:<br>OBI: 50 OUT OF 66K RETURN<br>OBI:<br>OBI: | 25,000.00 |
| Jul 11 | INCOMING WIRE<br>REF# 20220711B6B7261F00045207110612FT03<br>FROM: POLARIS GUIDANCE LLC ABA: 121000248<br>BANK:<br>OBI: FINAL 16 OUT OF 66K RETURN MINUS FEES OF 30X3<br>OBI:<br>OBI: | 15,910.00 |
| Jul 22 | INCOMING WIRE<br>REF# 20220722B6B7261F00249307221105FT03<br>FROM: BANK OF AMERICA ABA: 026013576<br>BANK: SIGNATURE BANK | 10,455.00 |

Signature | SIGNATURE BANK

Statement Period
From July 01, 2022
To July 31, 2022


PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC 8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE 19801

See Back for Important Information

Primary Account: ████8361 0

| Date | Description | | Amount |
|---|---|---|---|
| Jul 22 | INCOMING WIRE | | 2,000,000.00 |
| | REF# 20220722B6B7261F00476707221626FT03 | | |
| | FROM: WEST REALM SHIRES SERVICES INC. | ABA: 322286803 | |
| | BANK: | | |

Withdrawals and Other Debits

| Date | Description | | Amount |
|---|---|---|---|
| Jul 08 | OUTGOING WIRE | | 25,000.00 |
| | REF# 20220708B6B7261F000332 | | |
| | TO: Samuel R Bowman | ABA: 121202211 | |
| | BANK: CHARLES SCHWAB BANK, SSB | ACCT# 440014018343 | |
| Jul 08 | OUTGOING WIRE | | 25,000.00 |
| | REF# 20220708B6B7261F000411 | | |
| | TO: Cornell University | ABA: 026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY | ACCT# 483043662899 | |
| | OBI: DLI at Cornell Tech | | |
| | OBI: | | |
| | OBI: | | |
| Jul 08 | OUTGOING WIRE | | 80,000.00 |
| | REF# 20220708B6B7261F000573 | | |
| | TO: ATLAS CENTER LTD | ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST | ACCT# 96000011195907 | |
| Jul 08 | OUTGOING WIRE | | 92,715.00 |
| | REF# 20220708B6B7261F003170 | | |
| | TO: SoGive | ABA: YORKGB212 | |
| | BANK: YORKSHIRE BANK (CLYDESDALE BAN | ACCT# GB74YORK050200 | |
| Jul 08 | OUTGOING WIRE | | 250,000.00 |
| | REF# 20220708B6B7261F001427 | | |
| | TO: APOLLO ACADEMIC SURVEYS INCORPORAT | ABA: 021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA | ACCT# 857012162 | |
| Jul 08 | OUTGOING WIRE | | 290,000.00 |
| | REF# 20220708B6B7261F001424 | | |
| | TO: AI Safety Support Ltd | ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST | ACCT# 96000018713220 | |
| Jul 08 | OUTGOING WIRE | | 336,000.00 |
| | REF# 20220708B6B7261F001425 | | |
| | TO: baserate.io Incorporated | ABA: 021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA | ACCT# 3932926802 | |
| Jul 08 | OUTGOING WIRE | | 370,000.00 |
| | REF# 20220708B6B7261F001426 | | |

SIGNATURE BANK

Statement Period
From July 01, 2022
To July 31, 2022
Page 4 of 5

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC 8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE 19801

See Back for Important Information

Primary Account: ████8361 0

| Date | Description | Amount |
|---|---|---|
| | TO: Center for Applied Rationality ABA: 121142407 | |
| | BANK: COMMUNITY BANK OF THE BAY ACCT# 0165018037 | |
| Jul 21 | OUTGOING WIRE | 1,000,000.00 |
| | REF# 20220721B6B7261F000061 | |
| | TO: FTX Foundation, Inc. ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST ACCT# 96000042569257 | |
| Jul 22 | OUTGOING WIRE | 10,500.00 |
| | REF# 20220722B6B7261F001465 | |
| | TO: Massachusetts Institute of Technol ABA: 026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY ACCT# 2570044 | |
| | OBI: Attn: CSAIL/Nir Shavit (Fiscal contact: Karie Tepper) | |
| | OBI: | |
| | OBI: | |
| Jul 22 | OUTGOING WIRE | 75,000.00 |
| | REF# 20220722B6B7261F001464 | |
| | TO: The Good Ancestors Project Ltd ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST ACCT# 96000050573581 | |
| Jul 22 | OUTGOING WIRE | 250,000.00 |
| | REF# 20220722B6B7261F000647 | |
| | TO: Cornell University ABA: 026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY ACCT# 483043662899 | |
| | OBI: Emma Pierson, Cornell Tech | |
| | OBI: | |
| | OBI: | |
| Jul 22 | OUTGOING WIRE | 500,000.00 |
| | REF# 20220722B6B7261F005741 | |
| | TO: Virginia Tech Foundation, Inc. ABA: 026009593 | |
| | BANK: BANK OF AMERICA, N.A., NY ACCT# 000099498953 | |
| Jul 22 | OUTGOING WIRE | 770,000.00 |
| | REF# 20220722B6B7261F001684 | |
| | TO: Centre For Effective Altruism USA ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST ACCT# 96000000000335 | |
| | OBI: LTFF | |
| | OBI: | |
| | OBI: | |
| Jul 22 | OUTGOING WIRE | 2,000,000.00 |
| | REF# 20220722B6B7261F000336 | |
| | TO: FTX Foundation, Inc. ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST ACCT# 96000042569257 | |

SIGNATURE BANK

Statement Period
From July 01, 2022
To July 31, 2022
Page 5 of 5

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX FOUNDATION, INC 8-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE 19801

See Back for Important Information

Primary Account: [redacted]8361 0

| Date | Description | | Amount |
|---|---|---|---|
| Jul 26 | OUTGOING WIRE | | 190,000.00 |
| | REF# 20220726B6B7261F001179 | | |
| | TO: Confido Institute, z. u. | ABA: 084009519 | |
| | BANK: EVOLVE BANK & TRUST | ACCT# 96000055011422 | |

Daily Balances

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jun 30 | 5,784,237.00 | Jul 21 | 3,381,432.00 |
| Jul 06 | 5,809,237.00 | Jul 22 | 1,786,387.00 |
| Jul 08 | 4,365,522.00 | Jul 26 | 1,596,387.00 |
| Jul 11 | 4,381,432.00 | | |

Rates for this statement period - Overdraft
Jul 28, 2022 15.250000 %
Jul 01, 2022 14.500000 %