## Exhibit 5



## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From October  01, 2022
                                        To   October  31, 2022
                                        Page    1 of    3

                                        PRIVATE CLIENT GROUP 159
                                        485 MADISON AVENUE
                                        NEW YORK, NY 10022


        FTX PHILANTHROPY, INC.              5-159
        1209 ORANGE ST
        COUNTY OF THE NEW CASTLE
        WILMINGTON DE  19801
                                        See Back for Important Information


                                  Primary Account: ████████8361        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████8361    MONOGRAM CHECKING | 896,387.00 | 10,897,387.00 |
| RELATIONSHIP TOTAL | | 10,897,387.00 |

*Signature* | SIGNATURE BANK

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX PHILANTHROPY, INC.                 5-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE  19801

See Back for Important Information

Primary Account: ███████8361          0

MONOGRAM CHECKING          ██████8361

## Summary

| | |
|---|---:|
| Previous Balance as of October   01, 2022 | 896,387.00 |
| 2 Credits | 20,001,000.00 |
| 1 Debits | 10,000,000.00 |
| Ending Balance as of    October   31, 2022 | 10,897,387.00 |

## Deposits and Other Credits

Oct 13  INCOMING WIRE                                                    1,000.00
        REF#  20221013B6B7261F00117710130801FT03
        FROM: TED C FUJIMOTO OR JANE THERESA MA    ABA:   021000021
        BANK:
        OBI:  RETURN OF FUNDING
        OBI:
        OBI:
Oct 24  INCOMING WIRE                                               20,000,000.00
        REF#  20221024B6B7261F00017210232207FT03
        FROM: NORTH DIMENSION INC.                 ABA:   322286803
        BANK:

## Withdrawals and Other Debits

Oct 27  OUTGOING WIRE                                               10,000,000.00
        REF#  20221027B6B7261F003766
        TO:   FTX Foundation, Inc.                 ABA:   084009519
        BANK: EVOLVE BANK & TRUST           ACCT# 96000042569257

## Daily Balances

| | | | |
|---|---:|---|---:|
| Sep 30 | 896,387.00 | Oct 24 | 20,897,387.00 |
| Oct 13 | 897,387.00 | Oct 27 | 10,897,387.00 |

SIGNATURE BANK

Statement Period
From October   01, 2022
To   October   31, 2022
Page     3 of     3

PRIVATE CLIENT GROUP 159
485 MADISON AVENUE
NEW YORK, NY 10022

FTX PHILANTHROPY, INC.                5-159
1209 ORANGE ST
COUNTY OF THE NEW CASTLE
WILMINGTON DE  19801

See Back for Important Information

Primary Account: ████8361        0

Rates for this statement period - Overdraft
          Oct 01, 2022   16.000000  %