**CERTIFICATE OF SERVICE**

    I, John W. Weiss, hereby certify that on January 14, 2024, I caused a copy of the foregoing **OPPOSITION OF BOBA FOUNDATION TO MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS AND REQUEST FOR CONTINUED HEARING** to be served on all parties who are scheduled to receive notice through the Court's ECF system.

                                          **PASHMAN STEIN WALDER HAYDEN, P.C.**

                                By: /s/ John W. Weiss
                                   John W. Weiss (Del. Bar 4160)
                                   1007 North Orange Street, 4th Floor #183
                                   Wilmington, DE 19801
                                   Telephone: (302) 592-6496
                                   Email: jweiss@pashmanstein.com

                                 *Attorneys for Boba Foundation*