12331052.2 - 12/30/22

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., *et al.*,</u> Debtors

Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>**Email: tzeng@nirvana-cap.com**<br>**42 W 33rd St, 27B**<br>**New York, NY 10001** |

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Schedule No. / Customer Code | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. **208209** on Schedule F Attachment F-9 | Name on File | ALPHA[0.0000000025000000]<br>AMPL[0.0000000002097006]<br>ATOM[0.0189783277701296]<br>BAND[0.0000000094220000]<br>BTC[0.5000194084642086]<br>COMP[0.0000000090000000]<br>ETH[31.2413458824928403]<br>ETHW[0.0004706310608654]<br>FTT[150.2686766715849337]<br>GRT[0.0000000060000000]<br>MATIC[0.0523000001812500]<br>SRM[1.0792198000000000]<br>SRM_LOCKED[20.3292317300000000] SUSHI[0.0000000048000000]<br>TRX[0.0000000040232172]<br>USD[150046.4637421905741014]<br>USDC[50000.0000000000000000]<br>USDT[0.0000000099733766]<br>YFI[0.0000000070000000] | FTX Trading Ltd. | 22-11068 |

12331052.2 - 12/30/22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: Dec 21st, 2023

**TRANSFEREE [BUYER]**

By *[signature: Tian Zeng]*
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.



# Creditor Data Details - Claim # 14313

### Creditor
Name on file
Address on file

### Debtor Name
FTX Trading Ltd.

### Date Filed
07/17/2023

### Claim Number
14313

### Schedule Number
6810496

### Confirmation ID
3265-70-HVQNF-389259937

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

THE CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION LLC. PRINTED CLAIM (IF ANY) EMAILS LISTED ARE AUTOMATICALLY REDIRECTED

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ALPHA | 0.0000000025 |
| CRYPTO | AMPL | 0.0000000002097006 |
| CRYPTO | ATOM | 0.0189783277701296 |
| CRYPTO | BAND | 0.000000009422 |
| CRYPTO | BTC | 0.50000194084642086 |
| CRYPTO | BTC-20210326 | 0.0000000000000001 |
| CRYPTO | BTC-PERP | 0.0000000000000002 |
| CRYPTO | COMP | 0.000000009 |
| CRYPTO | ETH | 31.24134588249284 |
| CRYPTO | ETH-20210326 | -0.0000000000000071 |
| CRYPTO | ETHW | 0.0004706310608654 |
| CRYPTO | FTT | 150.26867667158493 |
| CRYPTO | GRT | 0.000000006 |
| CRYPTO | MATIC | 0.05230000018125 |
| CRYPTO | SRM | 1.0792198 |
| CRYPTO | SRM_LOCKED | 20.32923173 |
| CRYPTO | SUSHI | 0.0000000048 |
| CRYPTO | TRX | 0.0000000040232172 |
| CRYPTO | USDT | 0.0000000099733766 |
| CRYPTO | YFI | 0.000000007 |
| CRYPTO | YFI-PERP | -0 |
| FIAT | USD | 200046.46374219056 |

PLEASE BE ADVISED THAT KROLL RESTRUCTURING ADMINISTRATION'S OFFICIAL URLS AND EMAIL ADDRESSES ARE
                                   NOW RESTRUCTURING.RA.KROLL.COM. INFORMATION IS REDIRECTED.

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

12331052.2 - 12/30/22

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                            Clerk of the Court

### Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

---

**FTX - Your Scheduled Claim Information and Unique Customer Code**

From   FTX Noticing <ftx@noticing.ra.kroll.com>
To     [redacted]
Date   Friday, 31 March 2023 at 02:27

YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.

YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068.  YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and

12331052.2 - 12/30/22

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
| [redacted] | 2887285 | 221106806810496 | |

## Scheduled Claim Information

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-1

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.

- ⦿ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▇▇▇▇▇▇▇ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No.[3265-70-FVJUE-866785954] associated with Unique Customer Code of: [208209]** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
**Date: [ Dec 21st, 2023 ]**



**Signature:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Name:** ▇▇▇▇▇▇▇