## **CERTIFICATE OF SERVICE**

I, John W. Weiss hereby certify that on January 11, 2024. I caused a copy of the foregoing LIMITED OBJECTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. TO MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS (D.I. No. 5202) to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss (No. 4160)
Joseph C. Barsalona II (No. 6102)
**PASHMAN STEIN WALDER HAYDEN, P.C.**
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (732) 852-2482
Email:   jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

US-DOCS\147554128.7