## CERTIFICATE OF SERVICE

   I, Sameen Rizvi, do hereby certify that on January 11, 2024, a copy of the foregoing *Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to the Motion of Debtors to Estimate Claims Based on Digital Assets* was served on the parties listed on the attached service list in the manner indicated.

               */s/ Sameen Rizvi*
               Sameen Rizvi (No. 6902)

## SERVICE LIST

| **Counsel to the Debtors** | **Counsel to the Debtors** |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Kimberly A. Brown, Esq.<br>Matthew R. Pierce, Esq.<br>LANDIS RATH & COBB LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>       mcguire@lrclaw.com<br>       brown@lrclaw.com<br>       pierce@lrclaw.com<br><br>**Via Email** | Andrew G. Dietderich, Esq.<br>James L. Bromley, Esq.<br>Brian D. Glueckstein, Esq.<br>Alexa J. Kranzley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>       bromleyj@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       kranzleya@sullcrom.com<br><br>**Via Email** |
| | |

IMPAC 11201520v.1