IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

**SP Multi Claims Holdings, LLC**

Name of Transferor
**Name [Redacted]**

Name and address where notices and payments to transferee should be sent:

SP Multi Claims Holdings, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Operations

Email: rbeacher@pryorcashman.com

Name and Current Address of Transferor:
**Name [Redacted]**

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 6838152 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |
| Proof of Claim No. 19719 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID No. 3265-70-XQOMF-943981503 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00276298 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

_____          Date: 1/8/24
Transferee/Transferee's Agent