## **EXHIBIT A**

**IN RE FTX TRADING LTD.,** *ET AL.*, **CASE NO. 22-10068**
**Estimation Motion Schedule for MAPS, OXY, and SRM Tokens**

Litigation schedule applicable to objectors to the Debtors' proposed Asset Prices for MAPS, OXY, and SRM tokens ("Objectors") set forth in the *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202] (the "Estimation Motion"):

| Date/Deadline | Event |
|---|---|
| January 5, 2024 | Maps Vault to issue document requests. |
| On or before January 12, 2024 | Debtors to respond to document requests and produce non-privileged, responsive documents. |
| January 11, 2024 (noticed objection deadline for Motion) | Deadline for Objectors to file legal objections to Estimation Motion. |
| As provided under bankruptcy rules | Deadline for Debtors to file reply in support of Estimation Motion, including any legal objections file by the Objectors |
| January 26, 2024 | Deadline for Objectors to submit expert disclosures and report/rebuttal to Debtors' disclosures/report.  Debtors will rely on expert report submitted with Estimation Motion. |
| January 31, 2024 | Hearing on objection to Section 502(c) estimation process [The rest of this schedule assumes the estimation process proceeds over any legal objection. Of course, Maps Vault reserves all rights and agrees to the remainder of the schedule only in the event of that contingency]. |
| February 5, 2024 | Deadline for Debtors to submit expert rebuttal report. |
| February 16, 2024 | Deadline for parties to complete expert depositions. |
| February 23, 2024 | Deadline for Objectors to file Response to Estimation Motion. |
| March 1, 2024 | Deadline for Debtors to file reply to the Objectors' Responses to Estimation Motion. |
| March 3, 2024 | Deadline for parties to submit Joint Pretrial Order. |

| March 6, 2024 or as soon thereafter as the Court can schedule | Evidentiary Hearing on Estimation Motion with respect to MAPS, OXY, and SRM tokens. |
|---|---|