**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Tobias S. Keller to represent Boba Foundation in the above-captioned cases.

Dated: January 11, 2024

/s/ John W. Weiss
John W. Weiss (Del. Bar 4160)
**PASHMAN STEIN WALDER HAYDEN, P.**C
1007 North Orange Street, 4th Floor, #183,
Wilmington, DE 19801
Telephone: (302) 592-6496
Facsimile: (201) 488-5556
Email: jweiss@pashmanstein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and of the U.S. District Court for the Central, Eastern, North and Southern District of California, U.S. Bankruptcy Court for the Central, Eastern, North and Southern District of California , the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Ninth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2024.  I further certify that the fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 11, 2024

/s/ Tobias S. Keller
Tobias S. Keller
**KELLER BENVENUTTI KIM LLP**
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Email: tkeller@kbkllp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: January 11th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE