## CERTIFICATE OF SERVICE

I, Shannon D. Humiston, certify that on January 11, 2024, I caused a true and correct copy of the foregoing *Objection of Sunil Kavuri, Ahmed Abd El-Razek, Noia Capital Sarl and Pat Rabbitte to Motion of Debtors to Estimate Claims Based on Digital Assets* to filed using the Court's CM/ECF system, which will automatically send email notifications to all parties and counsel of record, and via electronic mail on the parties on the attached service list.

> */s/ Shannon D. Humiston*
> Shannon D. Humiston (No. 5740)

ME1 47369512v.1

## SERVICE LIST

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com