# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) ) ) ) ) | Case No. 22-11068 (JTD) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, hereby certify that on January 11, 2024, I caused to be served copies of *Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd. and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* to all parties consenting to service through the Court's CM/ECF system.

Dated: January 11, 2024
       Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: *Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575
E-mail: kgwynne@reedsmith.com

*Counsel to the Foundations*