TAE HOON LIM

720-dong, 302-ho, 88, Sangam-ro 79-gil,

Gangdong-gu, Seoul, Republic of Korea

05281

▮▮▮▮▮▮

RECEIVED

2024 JAN 12  AM 9:56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 8, 2024

Honorable Judge John T. Dorsey

United States Bankruptcy Court

District of Delaware

824 N Market St

5th Floor, Courtroom 5

Wilmington, DE 19801

302-533-3169

United States of America

Dear Honorable Judge John T. Dorsey,

I hope this letter finds you well. I write to you not merely as a faceless entity, but as a victim seeking justice from across the Pacific, residing in Seoul, South Korea. Language and distance might separate us, but it's my earnest hope that the essence of my plea transcends these boundaries. The recent bankruptcy of FTX.com has affected countless individuals, including myself, both financially and emotionally. Entrusting the FTX platform with my life's savings, approximately $300,000, I never anticipated that this act of trust would translate to a significant financial and emotional blow. It is not just the lost funds that weigh heavily upon me but the derailed dreams and a compromised future for my family.

While Mr. Sam Bankman-Fried's role in this debacle is of immense concern, another deeply troubling issue remains – the misleading "relief plan" put forth by Mr. Justin Sun(Chinese: 孙宇晨; pinyin: Sūn Yǔchén; born July 30, 1990), the founder of Tron-Network(TRX). Under the guise of help, Mr. Sun tweeted a promise, assuring victims that purchasing TRX tokens on FTX would enable them to withdraw their FTX funds. This promise caused an artificial surge in TRX prices on the FTX exchange, and I, along with numerous others, was ensnared in this web of deceit.

What deepens the betrayal is that after facing widespread criticism for failing to uphold his proposition, Mr. Sun removed his initial tweet with his notice without any explanation. His actions are not merely misleading; they are tantamount to fraud. I attempted to contact him directly, using various channels like Direct Messages, but he evasively avoided any form of communication, leaving us victims in the shadows of his silence. Such behavior, beyond its legal implications, is morally reprehensible.

At the moment, it is not known how compensation will be made to victims. However, if the victims receive compensation by converting their tokens into the market price(exclude FTX) of the petition date, it will cause more damage to victims like us. Because victims like us, believing in Mr. Justin Sun's "false remedy," bought TRX tokens at a premium of several hundred percent.

I understand that FTX currently has a plan to compensate by calculating the price of tokens based on the 'Petition Date'. But it will plunge victims like me who have been subjected to fraud and bought "TRX" tokens at a huge premium on FTX into a deeper quagmire. Though FTX hasn't finalized exact compensation procedure, it fails to consider the inflated prices at which many victims made purchases, all under the false hope given by Mr. Justin Sun's now-deleted tweet. The transaction records held by FTX can shed light on this and are instrumental in determining the depth of the deceit.

I beseech the court to not only ponder upon the FTX bankruptcy but also the severe repercussions of Mr. Justin Sun's actions on victims like me. The American legal system is renowned for its fairness and justice, and I sincerely hope that this ordeal, especially the anguish instigated by the TRX token situation, is both acknowledged and rectified.

In conclusion, I want you to come up with a fair way to bail out victims who bought TRX tokens at a huge premium on FTX, believing in the announcement of "Justin Sun," which was ultimately a scam like me. For example, let's say the victims were scammed by Justin Sun and bought the TRX token at a very high premium. If so, I think the appropriate answer may be to properly compensate the victims for the amount of USD they originally had before purchasing the TRX token.

Thank you for your time, patience, and understanding. I await your just and fair decision.

Sincerely,

TAE HOON LIM



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

708069X1X1XPRI
TAE HOON LIM
88, Sangam-ro 79-gil, Gangdong-gu
720-dong, 302-ho
Seoul, Seoul 05281

Honorable Judge John Dorsey
824 N Market St RM 5
Wilmington, DE 19801

**USPS TRACKING # eVS**



9205 5901 5266 1900 1958 6831 38