RECEIVED
2024 JAN 12  AM 11: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Evgeny Kurilenko

Forest Hill residence 165/237

Townhouse D5

Thailand , Surat Thani, Koh Samui, 84320

+66636138442

pessimisssst@gmail.com

8th january 2024


Honorable Judge John Dorsey

824 N Market St

5th Floor, Courtroom 5

Wilmington, DE 19801

302-533-3169


Dear Honorable Judge John Dorsey,

I am writing to you as a creditor in the FTX bankruptcy case, residing outside of the United States. As one among many who have experienced substantial financial loss due to my deposits on FTX, I wish to express my concerns regarding the current management of the FTX estate.

   I would like to express my objection to the intention of ftx to pay my cryptocurrency at the rate of November 11, 2022. I understand that it is easier for ftx to pay off its debts because at that moment many cryptocurrencies lost their value due to the collapse of ftx. But personally I didn't plan to sell them at that moment. I am a long term investor. Also I withdrew one coin a few days before the bankruptcy and it is still on my wallet, which shows my intentions to keep these coins. And the coins that are left in my account I would like to get not in dollar equivalent at the moment of crypto exchange collapse. The best solution is to get all the assets, but if that is not possible, then in dollar equivalent at the time of issuance, to be able to buy them back. Thanks for understanding

Sincerely,


Evgeny Kurilenko







FedEx shipping label:

SHIP DATE: 09JAN24
ACTWGT: 0.50 KG
CAD: 253103757/INET4535

BILL THIRD PARTY

115/13 MOO 6, BOPHUT
KOH SAMUI
SURATTHANI, 84000
TH

To JOHN DORSEY
824 N MARKET ST.
5TH FLOOR, COURTROOM 5
WILMINGTON DE 19801
(302) 533-3169

TRK# 7747 3013 6030    5:00P
0430                    IP EOD
                        ETD
XE ZWIA                 19801
                    DE-US PHL

Master tracking label: 5668209 ANC 01/11 58363/B014/53CI
AA IP EOD CLR ETD 19801 PHL DE-US
SPX QHIA