Honorable Judge John Dorsey

824 N Market St

5th Floor, Courtroom 5

Wilmington, DE 19801

302-533-3169



RECEIVED

2024 JAN 12  PM 12: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: FTX TRADING LTD Chapter 11

    22-11068-JTD

Dear Judge Dorsey,

I hope this email finds you well. I am writing to formally object to the motion of dollarizing the digital assets based on the Case 22-11068-JTD.

Electronic Proof of Claim Number is ███████████████████

Thank you for your time and consideration.

Sincerely,

Del Vecchio Stefano



**EXPRESS WORLDWIDE** DOX DHL
2024-01-09 MyDHL API 1.0 / *GLS certified label*

From: STEFANO DEL VECCHIO
NNN
VIA MARINONI 20
33100 UDINE
ITALY

Origin:
**TRS**

To: HONORABLE JUDGE JOHN DORSEY    Contact:
JUDGE DORSEY
824 N. MARKET ST
5th FLOOR COURTROOM 5
**19801 WILMINGTON**
UNITED STATES OF AMERICA

CM02 **US-PHL-NJS** DENJ


**ADI**

Day    Time

Ref No: del vecchio
Content : DOCUMENTI

Pce/Shpt Weight    Piece
**0.2 kg    1 / 1**


WAYBILL 98 7248 6212
(2L)US19801+42000000

Ref Code:


(J) JD01 4600 0113 9324 6328