Budig Jan
Ramlerstr. 32a
13355 Berlin

RECEIVED
2024 JAN 12 AM 9:56
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Budig Jan • Ramlerstr. 32a • 13355 Berlin

United States Bankruptcy Court
824 North Market Street
3rd Floor Wilmington
Delaware 19801

2024-01-05

**Objection to Motion for Estimation of Claims Based on Digital Assets in the Case of FTX Trading Ltd., Chapter 11, Case No. 22-11068 (JTD) -**

Dear Sir/Madam,

I, Jan Budig, hereby formally submit my objection to the Motion for Estimation of Claims Based on Digital Assets, as outlined in the Notice of Motion dated 27.12.2023, in the case of FTX Trading Ltd., Chapter 11, Case No. 22-11068 (JTD).

I object to the decision to estimate the Digital Assets based on their dollar value on the day of insolvency, November 11, 2022. My objections stem from the fact that FTX Trading Ltd. merely acted as a custodian of my assets and never acquired ownership of them at any point.

It is crucial to emphasize that while my assets were in the custody of FTX Trading Ltd., the company was not the lawful owner of these assets. Therefore, the estimation of claims should not be based solely on the dollar value on the day of insolvency, as it does not reflect the actual possession or control of my assets.

Furthermore, I want to make it clear that my objective is not to be paid out in dollars. Instead, I am requesting the return of my various assets that were held in custody by FTX Trading Ltd.

I request a thorough review of my case, taking into account the legal distinctions between custody and ownership. The decision to estimate Digital Assets solely based on their dollar value could lead to inaccurate and unjust results.

I will submit my evidence and documentation supporting my claims at an appropriate time. I kindly request that my objection be considered before the scheduled hearing on January 25, 2024.

I am available to provide additional information or discuss further steps. Thank you for your attention to this matter.

Sincerely,

Jan Budig




IORI
MAIL
PRES




PRIORITY MAIL EXPRESS®




**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

Jan Budig
Ramlerstr. 32a
Berlin, DE 13355
United States

USPS JAN 10 2024

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

United States Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801
United States

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 0850 | 1/11 | $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 1/10 | ☒ 6:00 PM | $ | $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate 3 lbs. ozs. | Acceptance Employee Initials | $ 28.75 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

RATE
LOPE
■ ANY WEIGH

free Package Pick
the QR code.



COM/PICKUP

PEEL FROM THIS CORNER






EP13F October 2023
OD: 12 1/2 x 9 1/2









