IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Federico Natali** | Name of Transferor<br>**Name [Redacted]** |
| Name and address where notices and payments to transferee should be sent:<br>**Federico Natali**<br>**P.O. Box Number 75719**<br>**Dubai, United Arab Emirates**<br>**Email: paxtibi.xyz+recovery@gmail.com** | Name and Current Address of Transferor:<br>**Name [Redacted]** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule No. 221106806362482 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |
| Confirmation ID 3265-70-MTGFT-437635080 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Code No. 00666422 | Name (Redacted) | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*[Signature: Federico Natali]*    Date: 18/12/2023

Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

**TO:** United States Bankruptcy Court
for the District of Delaware ("Court")

**AND:** FTX Trading Ltd. ("Debtor")
Case No. 22-11068 (JTD) ("Case")

**CLAIM:** 00666422 ("Unique Customer Code")
0x8CfbCc5f4cd771B54e3206DB55773971a124198D ("Contract No.")
ERC-721 Token ID 14 ("Token ID")



**TRANSACTION HASH:**
**0xe3ea83cf23cd92b44d15ae22697ecede2a6c29ef4a1572f49af87f6549ce9a73**

("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, as further evidenced by the Ethereum Transaction Hash provided directly above, and pursuant to the terms of an Assignment of Claim Agreement dated as of December 18, 2023 does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Federico Natali, its successors and assigns ("Buyer"), all right, title, and interest in and to 100% of the amounts ~~stated~~ on Schedule F of Debtor for Unique Customer Code provided above (collectively the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.



IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim as of December 18, 2023.

**SELLER:**

**BUYER:**

FEDERICO NATALI

By: *[signature: Federico Natali]*
Name: Federico Natali
Title: Transferee

Customer Claim Form

# Customer Claim Form

## FTX Details

| FTX Email | FTX AccountID | Scheduled ID | FTX Debtor |
|---|---|---|---|
|  | 13898950 | 221106806362482 |  |

## Scheduled Claim Information

**You have been redirected from FTX website. Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

### Schedule

F 4

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in an Undetermined amount. If you disagree with your holdings of coin, fiat, or NFTs as listed in the Schedules, you must timely file a proof of claim or be forever barred from recovery other than as listed in the Schedules.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ⦿ FTX Trading Ltd (d/b/a "FTX") (Case No 22 11068)
- ○ FTX EU Ltd (f/k/a K DNA Financial Services Ltd d/b/a "FTX EU") (Case No 22 11166)
- ○ FTX Japan K K (aka "FTX Japan") (Case No 22 11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No 22 11161)
- ○ West Realm Shires Services nc (d/b/a "FTX US") (Case No 22 11071)

List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

## Fiat

### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| USD | | 0 0000000358918466 | 0 00 | ○ No ● Yes | |

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Loaned Fiat

### LOANED QUANTITY FIAT

Do you want to add any other fiat not previously listed?

● No
○ Yes

## Asserted Crypto

### Asserted Quantity of Crypto Tokens

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| ATOM PERP | 0 000000000003638 | ○ No ● Yes | |
| AVAX PERP | 0 0000000000009095 | ○ No ● Yes | |

| Token | Amount | Claim |
|---|---|---|
| BNB PERP | 0 000000000 | ◯ No  ⦿ Yes |
| BTC | 12 532662546484 | ◯ No  ⦿ Yes |
| BTC PERP | 0 0000000000000018 | ◯ No  ⦿ Yes |
| CRO PERP | 0 000000000 | ◯ No  ⦿ Yes |
| CRV PERP | 0 000000000 | ◯ No  ⦿ Yes |
| DOGE | 0 639058140 | ◯ No  ⦿ Yes |
| DOT PERP | 0 000000000 | ◯ No  ⦿ Yes |
| EGLD PERP | 0 000000000 | ◯ No  ⦿ Yes |
| ETH | 0 010593710 | ◯ No  ⦿ Yes |
| ETH PERP | 0 000000000 | ◯ No  ⦿ Yes |
| FTM PERP | 0 000000000 | ◯ No  ⦿ Yes |
| FTT PERP | 0 000000000003638 | ◯ No  ⦿ Yes |
| KAVA PERP | 0 000000000 | ◯ No  ⦿ Yes |
| LTC | 0 004042130 | ◯ No  ⦿ Yes |
| LUNC PERP | 0 000000000 | ◯ No  ⦿ Yes |
| MAT C PERP | 0 000000000 | ◯ No  ⦿ Yes |
| NEAR PERP | 0 0000000000145519 | ◯ No  ⦿ Yes |
| ONE PERP | 0 000000000 | ◯ No  ⦿ Yes |
| SAND PERP | 0 000000000 | ◯ No  ⦿ Yes |

| | | | |
|---|---|---|---|
| SOL PERP | 0 0000000000004547 | ○ No<br>● Yes | |
| SUSH PERP | 0 000000000 | ○ No<br>● Yes | |
| TRX | 0 000777000 | ○ No<br>● Yes | |
| USDT | 0 0056940105579812 | ○ No<br>● Yes | |

**Do you want to add any coin not previously listed?**

● No
○ Yes

## Loaned Crypto

**Loaned Quantity of Crypto**

**Do you want to add any coin not previously listed?**

● No
○ Yes

## NFTs

**NFTs (non-fungible tokens)**

**Do you want to add any NFTs not previously listed?**

● No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

● No
○ Yes

## Submission Information

When you press "Accept Schedule" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will contain an identification number confirming receipt of your schedule acceptance ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| 4733e03ee56e7837915ef50ca9e24b72e88969b4 | 2023 09 17T17 45 17 272Z |

| Status | CONFIRMATION ID |
|---|---|
| Acceptance of Scheduled Claim | 3265 70 MTGFT 437635080 |

**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.