**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: FTX Trading Ltd., et al<br>Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |
|---|---|

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| Fulcrum Credit Partners LLC<br><br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044<br>Attn: Amelia Harris<br>Email: fulcrumtrading@fulcrumtrading.com (with copies to mhamilton@fulcruminvv.com, tbennett@fulcruminv.com, and aharris@fulcruminv.com)<br>P: (512) 473-2781 | Canyon NZ-DOF Investing, L.P.<br>c/o Canyon Capital Advisors LLC<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Email: bankdebt@canyonpartners.com; legal@canyonpartners.com<br>P: (310) 272-1452<br>F: (310) 272-1317 |

| | Debtor | Case No. | Claim Identifier(s) | Assigned Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code/ Schedule F#: 00405321 | 15.9522% of the Claim described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

James Pagnam
Authorized Signatory

By ______________________ Date: 1/10/24
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ______________ ______________________
Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

FULCRUM CREDIT PARTNERS LLC, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated of November 16, 2023, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to CANYON NZ-DOF INVESTING, L.P., and its successors and assigns, ("Buyer"), 15.9522% of Seller's right, title and interest in to the claim(s) ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Assigned Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Unique Customer Code/ Schedule F#: 00405321 | 15.9522% of the Claim described on Schedule F |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**

**CANYON NZ-DOF INVESTING, L.P.**
By: Canyon Capital Advisors LLC, as Investment Advisor

By:
Name:
Title:
Email:
Date:

James Pagnam
Authorized Signatory

**Seller:**

**FULCRUM CREDIT PARTNERS LLC**

By: Matthew Hamilton (Jan 11, 2024 19:55 GMT+4)
Name: Matthew Hamilton
Title: Authorized Signatory
Email: mhamilton@fulcruminv.com (cc aharris@fulcruminv.com, tbennett@fulcruminv.com)
Date: 1/10/2024

DocuSign Envelope ID: D354197D-F754-4277-9D45-5C6D4FBDD025

**EXHIBIT A[1]**

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Unique Customer Code / Schedule F#: 00405321 | $229,212.00 |