

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  

FTX TRADING LTD., *et al.,*

Debtors

Chapter 11

No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:

Name of Transferee:

**Arceau 507 II LLC**

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

**Arceau 507 II LLC**
Michael Bottjer
**4 lakeside drive Chobham lakes**
**Woking, Surrey**
**GU24 8BD**

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 56612 | XXXXXXX | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No. 01673389 | XXXXXXX | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Confirmation ID: 3265-70-ZZZWU-755432356 | XXXXXXXXX | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      Date: 01/16/2024

Transferee/Transferee's Agent

| | | | | |
|---|---|---|---|---|
| 01673388 | | COPE[3316], USD[2.30] | | |
| 01673389 | Contingent | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ANC-PERP[0], APE-PERP[0], AXS-PERP[0], BTC-PERP[0], CEL[0.07326229], CEL-PERP[0], COMP-PERP[0], CRV-PERP[0], CVX-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETH-PERP[0], FLOW-PERP[0], FTT-PERP[0], GMT-PERP[0], GST-0930[0], GST-PERP[0], HNT-PERP[0], LUNA2[0.05526325], LUNA2_LOCKED[0.12694759], LUNC[12033.69], LUNC-PERP[0], MINA-PERP[0], NEAR-PERP[0], OP-PERP[0], PEOPLE-PERP[0], ROSE-PERP[0], SAND-PERP[0], SHIT-PERP[0], SOL-PERP[0], SRN-PERP[0], USD[57589.27], USDT[0], USDT-PERP[0], USTC-PERP[0] | | |
| 01673390 | | AKRO[1], BAO[1], BTC[.00012901], EUR[0.00], KIN[2], USD[0.01] | Yes | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

**EVIDENCE OF TRANSFER OF CLAIM**

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged,  ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to **Arceau 507 II LLC** ("Purchaser") all of Seller's right, title, and interest in and to Proof of **Claim No.** _____ (the "Proof of Claim") filed against FTX Trading Ltd. (the "Debtor") in the amount of ▮▮▮▮ in *In re* **FTX Trading Ltd. (Case No. 22-bk-11068)** pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on

.