# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: Jan. 30, 2024 at 4:00 p.m. (ET) |

### SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 20, 2023, *nunc pro tunc* to November 11, 2022 |
| Period for which compensation and reimbursement is sought: | December 1, 2023 through December 31, 2023 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $7,478.00 (of which Kroll seeks payment of 80% or $5,982.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$5,982.40** |

This is a:  __X__  monthly  _____  final application.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 12/20/23; ECF No. 4929 | 12/1/22 – 11/30/23 | $8,980.40 (payment of 80% or $7,184.32) | $0.00 | $7,184.32 (80% of $8,980.40) | $0.00 | $1,796.08 |

### Summary of Hours Billed by Kroll Employees During the Fee Period

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Director | 1.30 | $245.00 | $318.50 |
| Daloia, James | Director | 3.90 | $245.00 | $955.50 |
| Echevarria, Eusebio | Director | 3.50 | $245.00 | $857.50 |
| Karotkin, Josh L | Director | 1.40 | $245.00 | $343.00 |
| Searles, Jordan D | Director | 0.90 | $245.00 | $220.50 |
| Johnson, Craig | Director of Solicitation | 13.90 | $245.00 | $3,405.50 |
| Orchowski, Alex T | Director of Solicitation | 10.20 | $245.00 | $2,499.00 |
| Brown, Mark M | Solicitation Consultant | 3.40 | $220.00 | $748.00 |
| | **Total:** | **38.50** | | **$9,347.50**[2] |
| | **Blended Rate** | | **$242.79** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Call Center / Credit Inquiry | 0.50 | $122.50 |
| Retention / Fee Application | 1.30 | $318.50 |
| Solicitation | 36.70 | $8,906.50 |
| | **38.50** | **$9,347.50**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

---

[2, 3] This amount has been discounted to $7,478.00 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $194.23.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: Jan. 30, 2024 at 4:00 p.m. (ET) |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to FTX Trading Ltd. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the combined period from December 1, 2022 through December

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

31, 2023 (the "**Fee Period**"). 2 In support of this Application, Kroll respectfully represents as follows:

**Preliminary Statement**

1.  Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $7,478.00 (of which Kroll seeks payment of 80% or $5,982.40) and reimbursement of expenses in the amount of $0.00.

2.  On January 20, 2023, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 544], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3.  Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

---

2   Kroll did not incur any fees or expenses in its capacity as administrative advisor between January and August 2023.

**Jurisdiction**

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Background**

7. On November 11 and November 14, 2022 (as applicable, the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 22, 2022 [Docket No. 128]. On December 15, 2022, the U.S Trustee appointed an Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code [Docket No. 231].

**Relief Requested**

8. By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $7,478.00 (of which Kroll seeks payment of 80% or $5,982.40) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

**Compliance with the Interim Compensation Order**

9. Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Kroll professionals billed a total of 38.50

hours for which compensation is requested. Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11. The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Call Center / Credit Inquiry

   Fees: $122.50; Hours: 0.50

   Call Center / Credit Inquiry services provided included coordinating with the Debtors' other case professionals regarding draft responses to frequently asked questions.

- Retention / Fee Application

   Fees: $318.50; Hours: 1.30

   Retention / Fee Application services provided included drafting, reviewing, and revising Kroll's combined monthly fee application filed at Docket No. 4929.

- <u>Solicitation</u>

Fees: $8,906.50; Hours: 36.70

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan, including solicitation procedures, voting, balloting, and related mechanics; (b) responding to inquiries from Debtors' counsel and other case professionals regarding solicitation of the Debtors' plan; (c) updating the case website to provide for electronic balloting; and (d) reviewing, analyzing and revising draft solicitation materials in anticipating of solicitation, including draft ballots and voting procedures.

### **Summary of Expenses Incurred**

12. Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

### **Representations and Reservation of Rights**

13. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15.    Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $7,478.00 (of which Kroll seeks payment of 80% or $5,982.40) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  January 16, 2024
        New York, New York

/s/ Shira D. Weiner
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

**VERIFICATION**

STATE OF NEW YORK      )
                       )   SS:
COUNTY OF NEW YORK     )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**").

2. I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

*/s/ Shira Weiner*
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 16th day of January, 2024.

*/s/ GABRIEL BRUNSWICK*
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

**Exhibit A**

**Fee Detail**



**Hourly Fees by Employee through December 2023**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MMB | Brown, Mark M | SA - Solicitation Consultant | 3.40 | $220.00 | $748.00 |
| GB | Brunswick, Gabriel | DI - Director | 1.30 | $245.00 | $318.50 |
| JD | Daloia, James | DI - Director | 3.90 | $245.00 | $955.50 |
| EEC | Echevarria, Eusebio | DI - Director | 3.50 | $245.00 | $857.50 |
| JLK | Karotkin, Josh L | DI - Director | 1.40 | $245.00 | $343.00 |
| JDS | Searles, Jordan D | DI - Director | 0.90 | $245.00 | $220.50 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 13.90 | $245.00 | $3,405.50 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 10.20 | $245.00 | $2,499.00 |
| | | **TOTAL:** | **38.50** | | **$9,347.50** |

**Hourly Fees by Task Code through December 2023**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Creditor Inquiry | 0.50 | $122.50 |
| RETN | Retention / Fee Application | 1.30 | $318.50 |
| SOLI | Solicitation | 36.70 | $8,906.50 |
| | **TOTAL:** | **38.50** | **$9,347.50** |

FTX Digital Markets Ltd.  Page 2

Invoice #: 23058

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 12/01/23 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) regarding the online ballot portal | Solicitation | 0.40 |
| 12/01/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 12/01/23 | JD | DI | Review draft solicitation materials | Solicitation | 1.40 |
| 12/04/23 | ATO | DS | Respond to inquiries from A. Mohammed (Alvarez & Marsal) related to the online ballot portal | Solicitation | 0.70 |
| 12/04/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 0.50 |
| 12/05/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 0.50 |
| 12/06/23 | ATO | DS | Confer with S. Perry, J. Daloia, J. Karotkin, C. Liu, J. Hughes, C. Johnson, and H. Balogun (Kroll) re proposed ballots | Solicitation | 1.10 |
| 12/06/23 | ATO | DS | Review and analyze the draft ballots in preparation for solicitation | Solicitation | 1.50 |
| 12/06/23 | CJ | DS | Confer with S. Perry, J. Daloia, J. Karotkin, C. Liu, J. Hughes, A. Orchowski, and H. Balogun (Kroll) re proposed ballots | Solicitation | 0.90 |
| 12/06/23 | CJ | DS | Review the draft ballots | Solicitation | 0.80 |
| 12/06/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 0.50 |
| 12/06/23 | JD | DI | Internal meeting with C. Johnson and A. Orchowski (Kroll) to review solicitation materials | Solicitation | 1.50 |
| 12/06/23 | JLK | DI | Confer with S. Perry, J. Daloia, J. Karotkin, C. Liu, J. Hughes, A. Orchowski, and H. Balogun (Kroll) re proposed ballots | Solicitation | 0.90 |
| 12/07/23 | ATO | DS | Confer with J. Sielinski (Alvarez & Marsal) regarding the weekly solicitation check in call | Solicitation | 0.20 |
| 12/07/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 0.50 |
| 12/08/23 | ATO | DS | Telephone conference with J. Hughes, J. Karotkin, H. Balogun, C. Johnson, J. Daloia, S. Perry, and J. Searles (Kroll); J. Sielinksi, A. Mohammed, K. Ramanathan, R. Esposito, R. Johnson, and D. Lewandowski (A&M); and S. O'Conner (FTX) re procedures to implement in upcoming solicitation | Solicitation | 0.50 |
| 12/08/23 | CJ | DS | Telephone conference with A. Kroll (Kroll), S. Patel (Kroll Issuer Serves.) and L. Tauro, F. Young and A. Suarez (WGM) re proposed procedures to solicit holders of European notes | Solicitation | 0.40 |
| 12/08/23 | EEC | DI | Setup of electronic ballot platform on case website | Solicitation | 0.50 |
| 12/08/23 | JDS | DI | Telephone conference with J. Hughes, J. Karotkin, H. Balogun, A. Orchowski, J. Daloia, S. Perry and C. Johnson (Kroll), J. Sielinksi, A. Mohammed, K. Ramanathan, R. Esposito, R. Johnson and D. Lewandowski (A&M) and S. | Solicitation | 0.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | | O'Conner (FTX) re procedures to implement in upcoming solicitation | | |
| 12/08/23 | JLK | DI | Telephone conference with D. Lewandowski and R. Esposito (A&M) re solicitation procedures | Solicitation | 0.50 |
| 12/11/23 | CJ | DS | Review and revise draft solicitation and tabulation procedures | Solicitation | 0.90 |
| 12/12/23 | ATO | DS | Confer with C. Johnson (Kroll) re revisions to draft solicitation materials | Solicitation | 0.30 |
| 12/12/23 | ATO | DS | Respond to inquiries from A. Kranzley (Sullivan Cromwell) related to solicitation | Solicitation | 0.90 |
| 12/12/23 | ATO | DS | Respond to inquiries from J. Sielinski (Alvarez & Marsal) related to solicitation | Solicitation | 1.30 |
| 12/12/23 | CJ | DS | Review and revise draft solicitation procedures | Solicitation | 1.10 |
| 12/12/23 | CJ | DS | Research and map voting and election options for upcoming solicitation as preparation to comment on draft solicitation procedures and ballots | Solicitation | 2.30 |
| 12/12/23 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 0.80 |
| 12/13/23 | CJ | DS | Review and revise draft solicitation procedures | Solicitation | 0.70 |
| 12/13/23 | CJ | DS | Review and revise draft ballots | Solicitation | 0.60 |
| 12/14/23 | ATO | DS | Confer with D. Lewandowski and J. Sielinski (Alvarez & Marsal) regarding solicitation | Solicitation | 0.30 |
| 12/14/23 | ATO | DS | Respond to inquiries from D. Longan (Metalab) related to solicitation | Solicitation | 0.10 |
| 12/14/23 | CJ | DS | Review and revise draft ballots | Solicitation | 0.90 |
| 12/14/23 | CJ | DS | Review revised solicitation procedures and ballots | Solicitation | 1.80 |
| 12/14/23 | CJ | DS | Review, research and respond to solicitation questions raised by A. Kranzley (S&C) | Solicitation | 0.90 |
| 12/14/23 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 2.60 |
| 12/15/23 | ATO | DS | Respond to inquiries from D. Lewandowski (Alvarez & Marsal) related to solicitation inquiries and a template for frequently asked questions | Call Center / Creditor Inquiry | 0.50 |
| 12/15/23 | ATO | DS | Confer with J. Hughes, J. Karotkin, H. Balogun, C. Johnson, J. Daloia and S. Perry (Kroll), J. Sielinksi, A. Mohammed, R. Johnson and D. Lewandowski (A&M) and S. O'Conner (FTX) re procedures to implement in upcoming solicitation | Solicitation | 0.50 |
| 12/15/23 | ATO | DS | Confer with J. Daloia and C. Johnson (Kroll) regarding solicitation and the online ballot portal | Solicitation | 0.30 |
| 12/15/23 | CJ | DS | Review revised draft solicitation and tabulation procedures | Solicitation | 1.60 |
| 12/15/23 | CJ | DS | Telephone conference with J. Hughes, J. Karotkin, H. Balogun, A. Orchowski, J. Daloia and S. Perry (Kroll), J. Sielinksi, A. Mohammed, R. Johnson and D. Lewandowski (A&M) and S. O'Conner (FTX) re procedures to implement in upcoming solicitation | Solicitation | 0.50 |
| 12/18/23 | GB | DI | Draft combined monthly fee application | Retention / Fee Application | 1.30 |
| 12/19/23 | CJ | DS | Correspond with A. Kranzley (S&C) re solicitation materials | Solicitation | 0.10 |

FTX Digital Markets Ltd.                                                                                                Page 4

Invoice #: 23058

| | | | | | |
|---|---|---|---|---|---|
| | | | as filed | | |
| 12/20/23 | JD | DI | Review issues related to upcoming solicitation | Solicitation | 0.50 |
| 12/21/23 | ATO | DS | Telephone conference with D. Lewandowski, J. Sielinski, A. Mohammed and R. Johnson (A&M); D. Longan (Meta); and J. Daloia, J. Hughes, R. Lim, J. Searles, J. Karotkin, S. Perry and C. Johnson (Kroll) re proposed solicitation procedures | Solicitation | 0.40 |
| 12/21/23 | ATO | DS | Confer with J. Daloia, J. Hughes, R. Lim and C. Johnson (Kroll) re proposed solicitation procedures | Solicitation | 0.30 |
| 12/21/23 | ATO | DS | Confer with C. Johnson (Kroll) re proposed solicitation mechanics | Solicitation | 0.40 |
| 12/21/23 | CJ | DS | Confer with A. Orchowski (Kroll) re proposed solicitation mechanics | Solicitation | 0.40 |
| 12/21/23 | JD | DI | Conference call with A&M (D. Lewandowski) regarding upcoming solicitation | Solicitation | 0.50 |
| 12/21/23 | JDS | DI | Telephone conference with D. Lewandowski, J. Sielinski, A. Mohammed and R. Johnson (A&M); D. Longan (Meta); and J. Daloia, J. Hughes, R. Lim, C. Johnson, J. Karotkin, S. Perry and A. Orchowski (Kroll) re proposed solicitation procedures | Solicitation | 0.40 |
| 12/22/23 | ATO | DS | Confer with A. Jaffar and J. Hughes (Kroll) regarding packages returned as undeliverable in connection with solicitation | Solicitation | 0.50 |
| | | | | **Total Hours** | **38.50** |