IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Obj. Deadline: January 30, 2024 at 4:00 p.m. (ET) |

**NOTICE OF FILING OF MONTHLY STAFFING REPORT AND COMPENSATION REPORT BY RLKS EXECUTIVE SOLUTIONS LLC FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**PLEASE TAKE NOTICE** that on January 9, 2023, the Court entered the *Order Granting Debtors' Motion for an Order Authorizing and Approving (I) the Retention and Employment of RLKS Executive Solutions LLC and (II) Designating the Chief Officers as Officers of the Debtors* Nunc Pro Tunc *to November 15, 2022* [D.I. 437] (the "Retention Order"),[2] approving, among other things, the retention and employment of RLKS Executive Solutions LLC ("RLKS").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with paragraphs 2(d) and 2(e) of the Retention Order, attached hereto as Exhibit A is RLKS's staffing and compensation report (the "Report") for the period of December 1, 2023 through December 31, 2023 (the "Reporting Period"). The Report includes (i) the names and functions engaged by the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Retention Motion.

-2-

RLKS's professionals who provided services to the Debtors during the Reporting Period and (ii) a summary of the services provided, the compensation earned and itemized expenses incurred by RLKS during the Reporting Period.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Report shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware and shall be filed with the Court in accordance with the customary practices of the Court. Objections must be filed and served on counsel to the Debtors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Alexa J. Kranzley; kranzleya@sullcrom.com) and Landis Rath & Cobb LLP, 919 Market Street, Wilmington, Delaware 19801 (Kimberly A. Brown; brown@lrclaw.com), so as to be received no later than **4:00 p.m. ET** on **January 30, 2024** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Retention Order, if no Objection to the Report is filed and served by the Objection Deadline, the Debtors may promptly pay all requested compensation and expenses.

Dated: January 16, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*