# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>              Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND
## MAILING ADDRESS FOR COUNSEL OF EVOLVE BANK & TRUST

**PLEASE TAKE NOTICE** that Scott D. Cousins, counsel to Evolve Bank & Trust, is no longer affiliated with Cousins Law LLC and is now a member of the law firm Lewis Brisbois Bisgaard & Smith LLP. As such, all future pleadings, notices and/or correspondence in this case, including the Court's electronic notification list, should be sent to the following address:

Scott D. Cousins
**LEWIS BRISBOIS BISGAARD &**
 **SMITH LLP**
500 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Direct: (302) 985-6000
Email: scott.cousins@lewisbrisbois.com

Dated: January 17, 2024
       Wilmington, Delaware

                                              */s/ Scott D. Cousins*
                                              Scott D. Cousins (No. 3079)
                                              **LEWIS BRISBOIS BISGAARD &**
                                                 **SMITH LLP**
                                              500 Delaware Ave., Suite 700
                                              Wilmington, Delaware 19801
                                              Direct: (302) 985-6000
                                              Email: scott.cousins@lewisbrisbois.com

                                              *Counsel to Evolve Bank & Trust*

134641830.1