**CERTIFICATE OF SERVICE**

      I, Scott D. Cousins, hereby certify that on January 17, 2024, I caused one copy of the foregoing to be served upon all parties of record via CM/ECF.

| | |
|---|---|
| Dated:  January 17, 2024<br>       Wilmington, Delaware | */s/ Scott D. Cousins* |

134641830.1