Hon. Judge John Dorsey
United States Bankruptcy Court
District of Delaware
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

RECEIVED
2024 JAN 17 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Dorsey,

I am writing to formally object to the FTX bankruptcy proposal. I am a ftx.us customer and I had a not insignificant portion of my life savings in this account. Unlike other parts of FTX, there was no leverage used on this site, I wasn't engaged in risky synthetic type instruments like futures or margin – it was all backed by assets that we thought were held in good custodial faith.

If the FTX proposal is accepted FTX.US customers like me are being penalized by not receiving back the original assets we stored there. Worse yet, the proposed valuation of those assets is pegged to a datre after which the market had already negatively reacted to the FTX fallout and the price is a fraction of the current values.

Lastly, to think that "some money" will be left over to restart this business sickens me beyond measure. Please do not accept this current restructuring and make the FTX.US customers more fairly treated since there is money held by FTX (e.g.: investments they made in anthropic, etc) that could be used to return value to retail investors like me.

Thank you for your consideration,

Brian Meckler
meckler@gmail.com

708164X1302X464XMAN
Brian Meckler
474 Beloit Avenue
Kensington, CA 94708

3***************AUTO**MIXED AADC 030

Hon. Judge John Dorsey
US Bankruptcy Court/ Courtroom 5
824 N Market St FL 5
Wilmington, DE 19801