Honorable Judge John Dorsey,
824 N. Market St.
5th Floor, Courtroom 5
Wilmington, DE 19801

RECEIVED
2024 JAN 17 AM 9:27
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Dorsey,

I am writing as an FTX claimant to ask that you deny the bankruptcy filing to value my crypto + money at 90% as of the Nov. 11, 2022 bankruptcy date. This is becoming a giant cash grab as lawyers and others charge unacceptable rates and steal the money of victims of FTX. With the amount of equity and crypto and cash assets FTX and Alameda amassed, there is no reason they can't rebound with the fluxuation of the markets

and give us back every penny of ours. This is a farce. I ask that you ~~scrutin~~ see this request for what it is. And protect the victims.

Thank you,
Jared Granson.

Jared Swanson
5259 Brick Church Pike
Goodlettsville, TN
37072

NASHVILLE TN 370
8 JAN 2024 PM 4 L

Honorable Judge John Dorsey
824 N. Market St.
5th Floor, Courtroom 5
Wilmington, DE 19801

19801-302499