Denni Bruno Radetich
Via Giuseppe Pellegrino 36
Vietri sul Mare, SA 84019 Italy



RECEIVED
2024 JAN 17 AM 9:33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

4th January 2024

**Honorable Judge John Dorsey**

824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

Dear Honorable Judge John Dorsey,

I am writing to you as a creditor in the FTX bankruptcy case, residing outside of the United States. A among many who have experienced substantial financial loss due to my deposits on FTX, I w express my concerns regarding the current management of the FTX estate, particularly in the valuat crypto assets for claim purposes.

The decision to use the values of crypto assets as of the petition date to calculate claims is, in my deeply unfair and inequitable. This approach fails to consider the volatile nature of cryptocur markets, where the value of assets can fluctuate widely in a short period. Valuing these assets i petition date could result in a significant undervaluation, not reflective of their true worth c potential recovery for creditors like myself.

While I appreciate the methodology applied to value assets like FTT, SRM, MAPS, and OXY, concerned that other assets such as BTC, ETH, and SOL have experienced significant increases in since the petition date. This appreciation is not considered in the current valuation methodology, le to a disparity in how different assets are treated.

Bankruptcy law, with its various provisions and interpretive case law, centers on achieving equ outcomes. The circumstances surrounding FTX and its creditors necessitate an application of principles to ensure a fair and just resolution. This principle allows the court to value claims bas fairness, especially when circumstances have significantly changed.

The principle of fairness should be at the forefront of this bankruptcy proceeding. Creditors h rightful claim to the value of their assets, which should be appraised at fair market value. The cu approach undermines this principle and disproportionately disadvantages FTX clients, who are forc accept values that do not accurately reflect the current market conditions.

I respectfully request that the court reconsiders the method used for valuing crypto assets in th bankruptcy case. It is crucial for the integrity of this process and the fair treatment of all cre involved that assets are valued in a manner that truly reflects their worth in a dynamic and r. changing market.

Finally, I would like to draw your attention to another large crypto bankruptcy, which, based upc experience, is quite similar to the current circumstances of FTC. It's Mt. Gox, who lost 90% of Bitcoin when they registered for bankruptcy in Japan in 2014. As Bitcoin's price rose, creditors surp the threshold of being fully compensated in USD value. However, with the substantial growth in B value, the diminishing quantity of Bitcoin needed for USD full recovery adversely impacted crec Bitcoin recoveries. Opportunistically, as the price rose, subordinated creditors started delaying exit and pay creditors off in USD and opportunistically come after the creditors estate. Each attempt years of delay and eventually creditors were entitled to the same recovery minus all the administ costs due to long expensive delays significantly harming their recovery.

Thank you for your attention to this matter. I trust that the court will make a decision that upholc principles of fairness and equity for all parties involved in this case.

Sincerely,


Denni Bruno Radetich




**P**

PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

708448X1X1XPRI
Denni Bruno Radetich
Via Giuseppe Pellegrino
36
Vietri sul Mare, Salerno 84109

Honorable Judge John Dorsey
824 N Market St RM 5
Wilmington, DE 19801

**USPS TRACKING # eVS**

9205 5901 5266 1900 1959 3280 07