Case 22-11068-JTD    Doc 5907    Filed 01/17/24    Page 1 of 6



United States Bankruptcy Court
District of Delaware

# Appearances before the Honorable Judge John T. Dorsey

Wednesday, January 17, 2024

03:00 PM

**22-11068-JTD FTX Trading Ltd.**

Michael Anfang
via: Video and Audio
Representing:

Rick Anigian
via: Video and Audio
Representing:
BlockFi

Aaron S. Applebaum
via: Video and Audio
Representing:
Maps Vault Ltd.

Rick Archer
via: Audio Only
Representing:
Law360

Keenan Austin
via: Audio Only
Representing:

Tristan G Axelrod
via: Video and Audio
Representing:
BlockFi

Brett Bakemeyer
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Markets Ltd

Ryan Beil
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Markets Ltd

James Bromley
via: Video and Audio
Representing:

Kimberly A. Brown
via: Video and Audio
Representing:
FTX TRADING LTD., et al.

Elisabeth Michaelle Bruce
via: Video and Audio
Representing:
United States/IRS

Scott D. Cousins
via: Video and Audio
Representing:
Evolve Bank & Trust

Philip Dalgarno
via: Audio Only
Representing:
FC Cayman A LLC

Grenville Day
via: Audio Only
Representing:
Cantor

Marc De Leeuw
via: Video and Audio
Representing:

Luc A. Despins
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Chun Ding
via: Audio Only
Representing:

Matthew Englehardt
via: Video and Audio
Representing:
Olympus Peak

Louis Enriquez-Sarano
via: Video and Audio
Representing:

Hussein Faraj
via: Video and Audio
Representing:
Nugenesis OU and Nugenesis Pty Ltd

Scott Flaherty
via: Audio Only
Representing:

Chad Flick
via: Audio Only
Representing:

Carolyn B. Fox
via: Video and Audio
Representing:
Maps Vault Ltd.

Erez Gilad
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Brian Glueckstein
via: Video and Audio
Representing:
Debtors

Timothy Graulich
via: Audio Only
Representing:

Mark W. Hancock
via: Video and Audio
Representing:
Fee Examiner

Kristopher M. Hansen
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

David Hariton
via: Video and Audio
Representing:

Matthew B Harvey
via: Video and Audio
Representing:
Ad Hoc Committee

Seijiro Ikeda
via: Audio Only
Representing:
Myself

Kevin M. Jacobs
via: Video and Audio
Representing:
FTX Trading Ltd.

MUHAMMED IKBAL KARAKAYA
via: Video and Audio
Representing:

MUHAMMED IKBAL KARAKAYA
via: Video and Audio
Representing:

Dietrich Knauth
via: Audio Only
Representing:
media, non-participant

Ari David Kunofsky
via: Video and Audio
Representing:
United States

MAXIMILIANO SERAFIN LARRIBA
HERRANZ
via: Video and Audio
Representing:
Customer

Adam G. Landis
via: Video and Audio
Representing:
FTX TRADING LTD., et al.

Mathew Laskowski
via: Audio Only
Representing:
Official Committee of Unsecured Creditors

Judson Littleton
via: Video and Audio
Representing:

Jason Lu
via: Video and Audio
Representing:
creditor

Matthew Barry Lunn
via: Video and Audio
Representing:
Committee

Emily MacKay
via: Audio Only
Representing:

Stanton C. McManus
via: Video and Audio
Representing:
United States

Dennis C. O'Donnell
via: Video and Audio
Representing:
Maps Vault Ltd.

Kenneth Pasquale
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Matthew R Pierce
via: Video and Audio
Representing:
FTX TRADING LTD., et al.

Mark Popovsky
via: Video and Audio
Representing:

Robert F. Poppiti, Jr.
via: Video and Audio
Representing:
Committee of Unsecured Creditors

Mr. Purple
via: Audio Only
Representing:
Creditors

Timothy Reilly
via: Audio Only
Representing:

Linda Richenderfer
via: Video and Audio
Representing:
UST

Samantha L. Rodriguez
via: Video and Audio
Representing:
Burgess

Jason Rosell
via: Video and Audio
Representing:
FTX MDL Co-Lead Counsel

Nathan Rosenblum
via: Video and Audio
Representing:

Gustavo Rota
via: Video and Audio
Representing:

Stephanie Sasarak
via: Video and Audio
Representing:
The United States on behalf of the IRS

Brendan Schlauch
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Marketing

David Shim
via: Audio Only
Representing:

Ian Silverbrand
via: Audio Only
Representing:

Tony Simion
via: Video and Audio
Representing:
Debtor

Lauren Sisson
via: Video and Audio
Representing:
BlockFi

Dan Steefel
via: Audio Only
Representing:

Alexander R. Steiger
via: Video and Audio
Representing:
Joint Official Liquidators of FTX Digital Markets

Charles Sullivan
via: Video and Audio
Representing:

Vince Sullivan
via: Audio Only
Representing:

Tony Sun
via: Audio Only
Representing:

Cathy Ta
via: Audio Only
Representing:

Jeffrey S. Torosian
via: Video and Audio
Representing:
Maps Vault Ltd.

Ethan Trotz
via: Audio Only
Representing:
Creditor

Gabriela Urias
via: Video and Audio
Representing:

Austin H Viny
via: Audio Only
Representing:
vonwin

Jonathan Weyand
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of FTX.com

Tom Whitten
via: Audio Only
Representing:

vicky lee
via: Audio Only
Representing:

effy shi
via: Audio Only
Representing: