

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX Trading, *et al..* | Case No. 22-11068 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor**

[CONFIDENTIAL CREDITOR]

Transferor's Address:

[Address on File]

**Name of Transferee**

FTX CLAIMS SPV LLC

Transferee's address for notices and payment:

475 Sansome St, Suite 730
San Francisco, CA 94111
Anh Le

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00858966<br>Schedule # (Kroll): n/a<br>Proof of Claim #: n/a<br>Confirmation ID #: 3265-70-YVWGD-916322844 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 1/14/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

Clerk of the Court



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



# EXHIBIT A

SCHEDULED CLAIM(S)

**Excerpt from Schedule F:**

| 00858966 | AAVE[0.00000000500000000],APE[0.0000000085602110],AVAX[0.00000000500000000],AXS[0.01019000000000000],BNB[0.00000000200000000],BUSD[7257.977069110000000],ETH[0.000000029946816],ETHW[0.00031636000000000],FTT[0.0715786356180149],GRT[0.75088000000000000],LUNC[0.00031820000000000],NFT (489676695412913427)[1],RNDR[0.04955300000000000],SOL[0.00000000500000000],TRX[0.63148200000000000],USD[8122.9100000119612876],USDC[139.993742210000000],USDT[6855.9064215074957698] |

**Excerpt from Amended Schedule F:**

| 00858966 | | 1INCH-PERP[0], AAVE[0], AAVE-PERP[0], AMPL-PERP[0], APE[0], APE-PERP[0], ATLAS-PERP[0], AVAX[0], AVAX-PERP[0], AXS[.01019], AXS-PERP[0], BIT-PERP[0], BNB[0], BNB-PERP[0], BTC-PERP[0], CRO-PERP[0], ETH[0], ETH-PERP[0], ETHW[.00031636], ETHW-PERP[0], FTT[0.07157863], FTT-PERP[0], GMT-PERP[0], GRT[.75088], GRT-1230[0], GRT-PERP[0], GST-PERP[0], KAVA-PERP[0], KLAY-PERP[0], LUNC[.0003182], LUNC-PERP[0], NEAR-PERP[0], NFT (489676695412913427/FTX AU - we are here! #34064)[1], OMG-PERP[0], RNDR[.049553], RNDR-PERP[0], SAND-PERP[0], SOL[0], SOL-PERP[0], TRX[.631482], TRX-PERP[0], USD[15520.88], USDT[6855.90642150], USDT-PERP[0], USTC-PERP[0], WAVES-PERP[0], ZIL-PERP[0] |