IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 22-11068 (JTD) |
| FTX TRADING LTD., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **HUDSON BAY CLAIM FUND LLC** | **[REDACTED]** |
| Name of Transferee | Name of Transferor |
| **Address:** | **Name and Current Address of Transferor:** |
| Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT  06830 USA<br>Attention:  Matthew Weinstein and Chad Flick<br>Email: mweinstein@hudsonbaycapital.com and cflick@hudsonbaycapital.com | On file with Debtors |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: **03621521** | [REDACTED] | As stated on Schedule F (below) | FTX Trading Ltd. | 22-11068 |
| Proof of Claim Confirmation ID. **3265-70-RGWHB-193088927** | [REDACTED] | As stated on the Proof of Claim | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ *Matt Weinstein*     Date: January 8, 2024
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.