Honorable Judge John Dorsey

Re: Objection to FTX Debtors Valuation of digital assets.

Dear Judge Dorsey

Thank you for taking the time to hear the voices of the FTX Creditors. I am objecting to the valuation given by the FTX lawyers and new CEO. I held digital assets and believe the only fair resolution would be to return the same amount of digital assets as I had when my account was frozen. Also I'd like to note that I attempted to move assets off the platform prior to the filing of the bankruptcy.

Michael Boland
Michael G Boland



**SULLIVAN BROTHERS** NISSAN TOYOTA

www.sullivanbrothers.com
1 Cranberry Road • Kingston, MA 02364

ADDRESS SERVICE REQUESTED

Honorable Judge John Dorsey
824 N. Market St.
5th Floor, Courtroom 5
Wilmington, DE 19801

Retail




19801

U.S. POSTAGE PAID
FCM LETTER
KINGSTON, MA 02364
JAN 10, 2024
$5.01

RDC 99        R2305H126894-12