

[January 9th, 2024]

Honorable Judge John Dorsey
824 N. Market St.
5th Fl. Courtroom 5
Wilmington, DE 19801
USA
(302) 533-3169

**RE: OBJECTION to Motion of Debtors to estimate claims based on digital assets, Case No. 22-11068 (JTD)**

Dear Judge Dorsey,

I hope this letter finds you well.   I am writing to formally object to the Debtor's motion for an order to estimate Claims (including Customer Entitlement Claims) based on the amounts set forth in the Digital Assets Conversion Table, because this is grossly unequitable and unfair to customer creditors who have their claims denominated in specific digital assets (rather than USD).

The Debtor's Motion to value customer claims at the time of the petition would unfairly prejudice a significant class of customers which have their claims denominated in specific digital assets.   This is because digital asset prices have increased greatly since the time of the original bankruptcy petition.

For example, the Digital Assets Conversion Table proposes to value BTC at US$16,871.63.   But, as of January 8, 2024, the market value of BTC has grown over 250% and is currently over US$43,000.

In particular, I object to the presumption that my digital assets should be deemed as part of the debtors' estate.   When the debtors offered to provide custodial services for my digital assets, we executed a contract titled "the FTX Terms of Service" (ToS).   Clause 8.2.6 of the ToS expressly states the following:

A) Title to your Digital Assets shall at all times remain with you and shall not transfer to FTX Trading;

B) None of the Digital Assets in your Account are the property of, or shall or may be loaned to FTX Trading; FTX Trading does not represent or treat Digital Assets in User's Accounts as belonging to FTX Trading.

For the reasons above, I respectfully request the court to deny the debtor's Motion.   I trust that you will consider these objections seriously in order to uphold fairness and integrity.

Thank you for your consideration.

Sincerely,

Seongseok Oh

## EMS 우체국 국제특송

EE 463 981 209 KR

**Document 서류용** — 행방조사청구는 접수후 4개월 이내, 배달보장서비스는 30일 이내 가능

### From 보내는 사람 (Sender)
- Tel. No. 전화번호: 82-10-3353-2112
- Full Name 이름(영문): Seongsook Oh
- Address 주소(영문표기): 2F Samsung FP Center, 631, Jungang-daero, BusanJin-gu
- Rep. of KOREA
- Postal Code 우편번호: 47351
- e-mail 이메일: oss2112@naver.com

### To 받는 사람 (Addressee)
- Tel. No. 전화번호: 302-533-3169
- Full Name 이름(영문): Honorable Judge John Dorsey
- Address 주소(영문표기): 824 North Market St. 5th Fl. Courtroom 5
- City 도시: Wilmington
- Postal Code 우편번호: 19801
- Country 나라(in ENG 영문): USA
- Country 나라(in KOR 한글): 미국

### Customs Declaration 세관신고서 — CN22
- Contents 내용품명: Document
- Quantity 개수: 1
- Value 가격(US$): 1

### Insurance 보험
- Shipping Insurance: ☐ Yes ☐ No
- Insurance Value: —

### Reception 접수자 기입란
- Dates & Time Posted 접수년월일시: Year 2024 Month 1 Day 9 Hour 9 Min 15
- Weight 중량: 40 g
- Postage 우편요금: 25,760 원

SAMSUNG LIFE INS