IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>　　　　　Debtors. | ) <br>) Chapter 11<br>) <br>) Case No. 22-11068 (JTD)<br>) <br>) (Jointly Administered)<br>) <br>) **Ref. Docket No. 5380** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
JOINDER TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO, AND
PERFORMANCE OF THEIR OBLIGATIONS UNDER, (I) THE GLOBAL
SETTLEMENT AGREEMENT WITH FTX DIGITAL MARKETS LTD. AND
(II) THE LOAN AGREEMENT WITH FTX DIGITAL MARKETS LTD.**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its undersigned counsel, hereby submits this joinder (this "Joinder") to the *Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Entry Into, and Performance of their Obligations Under, (I) the Global Settlement Agreement with FTX Digital Markets Ltd. and (II) the Loan Agreement With FTX Digital Markets Ltd.* [Docket No. 5380] (the "Motion"), and in support hereof, respectfully states as follows:

**JOINDER**

1. The Committee respectfully supports and joins in the Motion and incorporates the Debtors' arguments as if fully set forth herein.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2.      Nothing contained herein shall constitute a waiver of any rights or remedies of the Committee, including, without limitation, the right to: (i) amend, modify, or supplement this Joinder, or (ii) raise any other additional arguments at a later date.

**WHEREFORE** the Committee respectfully requests that the Court grant the Motion and grant such other and further relief as the Court finds just and appropriate.

*[Remainder of page intentionally left blank.]*

Dated: January 18, 2024
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
       rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Kenneth Pasquale*
Isaac S. Sasson*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
       kenpasquale@paulhastings.com
       isaacsasson@paulhastings.com

*\*Admitted pro hac vice*

*Counsel to the Official Committee of Unsecured Creditors*