# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## DECLARATION OF PATRIK ODERMATT

I, PATRIK ODERMATT, pursuant to 28 U.S.C. § 1746, do hereby declare and state as follows:

1. I am an Attorney-at-Law, licensed to practice law in Switzerland. I am a partner in the law firm of Kaiser Odermatt & Partner AG, in the canton of Zug, Switzerland. Kaiser Odermatt & Partner is a full-service law firm comprised of over 12 lawyers, providing counsel and legal advice in all aspects of business and corporate law.

2. Attached hereto as **Exhibit A** is a true and correct download from the official homepage of the Commercial Register of the Canton of Schwyz, revealing that FTX Europe AG appointed Arturo Giovanoli as a director of FTX Europe AG (entered in the daily register on January 2, 2024).

3. The download from the official homepage of the Commercial Register of the Canton of Schwyz entered in the daily register on January 2, 2024, also reveals that Jürg Bavaud was terminated as a director of FTX Europe AG.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned jointly-administered chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4.     Attached hereto as **Exhibit B** is a true and correct download of the publication in the Swiss Official Gazette of Commerce, the official publication of the Swiss Confederation, publishing the foregoing entry in the daily register regarding the appointment of Arturo Giovanoli as a director of FTX Europe AG (published on January 5, 2024).

5.     The publication in the Swiss Official Gazette of Commerce also recognized the termination of Jürg Bavaud as a director of FTX Europe AG.

6.     Only the certified extracts issued by the commercial register office in charge and the published entry in the Swiss Official Gazette of Commerce are legally binding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 18, 2024

                                                     Partik Odermatt

# EXHIBIT A



# Commercial register of the canton of Schwyz

| Identification number | Legal status | Entry | Cancelled | Carried from: on: | CH-300.3.019.984-9 | 1 |
|---|---|---|---|---|---|---|
| CHE-175.231.191 | Limited or Corporation | 01.07.2020 | | | | |



All data

| In | Ca | Business name | Ref | Legal seat |
|---|---|---|---|---|
| 0 | 1 | ~~Digital Assets DA AG~~ | 0 | so far: Herisau |
| 0 | 1 | ~~(Digital Assets DA SA) ((Digital Assets DA Ltd.)~~ | 1 | Freienbach |
| 1 | | **FTX Europe AG** | | |
| 1 | | (FTX Europe SA) (FTX Europe Ltd.) | | |

| In | Ca | Share capital | Paid in | Shares | In | Ca | Company address |
|---|---|---|---|---|---|---|---|
| 0 | 2 | ~~CHF 100'000.00~~ | ~~CHF 50'000.00~~ | ~~10'000'000 Namenaktien zu CHF 0.01~~ | 0 | 1 | ~~Industriestrasse 28~~ |
| 2 | | CHF 1'000'000.00 | CHF 1'000'000.00 | 100'000'000 Namenaktien zu CHF 0.01 | | | ~~9100 Herisau~~ |
| | | | | | 1 | | Churerstrasse 135 |
| | | | | | | | 8808 Pfäffikon SZ |

| In | Ca | Purpose | In | Ca | Other addresses |
|---|---|---|---|---|---|
| 0 | 1 | ~~Der Zweck der Gesellschaft ist als Technologie- und Finanzunternehmen strukturierte Finanzprodukte in der Form von Schuldverschreibungen, insbesondere Finanzinstrumente, deren Preis sich von einem Basiswert ableitet, in der Schweiz und weltweit zu emittieren sowie die Erbringung von damit zusammenhängenden Dienstleistungen. Die Gesellschaft kann Zweigniederlassungen in der Schweiz und im Ausland errichten, sich an anderen Unternehmungen des In- und des Auslandes beteiligen, gleichartige oder verwandte Unternehmen erwerben oder sich mit solchen zusammenschliessen sowie alle Geschäfte eingehen und Verträge abschliessen, die geeignet sind, den Zweck der Gesellschaft zu fördern oder die direkt oder indirekt damit im Zusammenhang stehen. Sie kann Grundstücke, Immaterialgüterrechte und Lizenzen aller Art erwerben, verwalten, belasten und veräussern.~~ | | | |
| 1 | | Zweck der Gesellschaft ist die Entwicklung von Technologie im Finanzbereich und damit zusammenhängende Beratungsdienstleistungen. Die Gesellschaft kann sich an anderen Unternehmungen beteiligen sowie Betriebstättengrundstücke und Immaterialgüterrechte erwerben, verwerten, verwalten und veräussern, Tochtergesellschaften und Zweigniederlassungen im In- und Ausland errichten und ausserdem alle Rechtshandlungen vornehmen, die der Zweck der Gesellschaft mit sich bringen kann oder die geeignet sind, ihre Entwicklung oder diejenige von Gruppengesellschaften zu fördern. Des Weiteren kann die Gesellschaft direkt oder indirekt an Konzernfinanzierungen teilnehmen, insbesondere indem sie ihren direkten oder indirekten Gesellschaftern oder anderen Gruppengesellschaften Kredite gewährt oder für deren Verbindlichkeiten gegenüber Dritten Garantien, Bürgschaften oder andere Sicherheiten aller Art gewährt, auch wenn diese Kredite oder Sicherheiten im ausschliesslichen Interesse ihrer direkten oder indirekten Gesellschafter oder anderer Gruppengesellschaften liegen und unentgeltlich gewährt werden. | | | |

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 0 | | Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten beschränkt. | 0 | 01.07.2020 |
| 0 | 1 | ~~Mitteilungen an die Gesellschafter erfolgen schriftlich gemäss Aktienbuch (auch E-Mail erlaubt).~~ | 0 | 24.06.2021 |
| 0 | | Gemäss Erklärung vom 01.07.2020 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision. | 1 | 10.02.2022 |
| 1 | | Mitteilungen an die Aktionäre erfolgen schriftlich an die im Aktienbuch eingetragene Adresse oder per E-Mail. | 2 | 08.04.2022 |
| 2 | | Ordentliche Kapitalerhöhung | | |
| 8 | | Mit Verfügung vom 11.04.2023 hat der Einzelrichter des Bezirksgerichts Höfe eine provisorische Nachlassstundung für die Dauer von vier Monaten gewährt. Als provisorische Sachwalterin wird die Holenstein Brusa AG (CHE-114.324.751) mit Sitz in Zürich, mit Prof. Dr. Franco Lorandi als Mandatsleiter, eingesetzt. | | |
| 9 | | Mit Verfügung vom 21.07.2023 hat der Einzelrichter des Bezirksgerichts Höfe die gewährte provisorische Nachlassstundung für die Dauer von vier Monaten, d.h. bis zum 11.12.2023, verlängert. | | |



# Commercial register of the canton of Schwyz

| CHE-175.231.191 | FTX Europe AG | Freienbach | 2 |
|---|---|---|---|

All data

| In | Ca | Remarks | Ref | Date of the acts |
|---|---|---|---|---|
| 10 | | Mit Verfügung vom 24.11.2023 hat der Einzelrichter des Bezirksgerichts Höfe eine definitive Nachlassstundung für die Dauer von sechs Monaten gewährt. Als Sachwalterin wird die Holenstein Brusa AG (CHE-114.324.751) mit Sitz in Zürich eingesetzt. | | |

| In | Ca | Qualified facts | Ref | Official publication |
|---|---|---|---|---|
| | | | 0 | SHAB |

| Ref | Journal | Date | SOGC | Date SOGC | Page / Id | Ref | Journal | Date | SOGC | Date SOGC | Page / Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | (Transfer seat) | | (Transfer seat) | | 6 | 797 | 07.02.2023 | 29 | 10.02.2023 | 1005675216 |
| 1 | 910 | 15.02.2022 | 35 | 18.02.2022 | 1005409010 | 7 | 1733 | 24.03.2023 | 62 | 29.03.2023 | 1005711843 |
| 2 | 2118 | 12.04.2022 | 75 | 19.04.2022 | 1005452650 | 8 | 2071 | 12.04.2023 | 73 | 17.04.2023 | 1005724871 |
| 3 | R 2163 | 14.04.2022 | R 77 | 21.04.2022 | 1005455086 | 9 | 4447 | 03.08.2023 | 151 | 08.08.2023 | 1005811875 |
| 4 | 3270 | 03.06.2022 | 110 | 09.06.2022 | 1005491328 | 10 | 6932 | 29.11.2023 | 235 | 04.12.2023 | 1005899800 |
| 5 | 6457 | 15.11.2022 | 225 | 18.11.2022 | 1005607681 | 11 | 16 | 02.01.2024 | 3 | 05.01.2024 | 1005925983 |

| In | Mo | Ca | Personal Data | Function | Signature |
|---|---|---|---|---|---|
| 0 | | 1m | ~~Bavaud, Jürg, von Bottens, in Unteriberg~~ | ~~president~~ | ~~single signature~~ |
| 0 | | 4 | ~~Rhotert, Max, deutscher Staatsangehöriger, in Hannover (DE)~~ | ~~member~~ | ~~single signature~~ |
| 1 | | 6m | ~~Matzke, Robin, deutscher Staatsangehöriger, in Berlin (DE)~~ | ~~president~~ | ~~single signature~~ |
| | 1 | 2m | ~~Bavaud, Jürg, von Bottens, in Unteriberg~~ | ~~member~~ | ~~single signature~~ |
| | 2 | 3m | ~~Bavaud, Jürg, von Bottens, in Freienbach~~ | ~~member~~ | ~~single signature~~ |
| 2 | | 5 | ~~Schärli, Kilian, von Menznau, in Risch~~ | ~~secretary (out of the board)~~ | ~~joint signature at two~~ |
| | 3 | 6m | ~~Bavaud, Jürg, von Bottens, in Wollerau~~ | ~~member~~ | ~~single signature~~ |
| 4 | | 6 | ~~Liebi, Martin, von Grabs, in Zürich~~ | ~~member~~ | ~~single signature~~ |
| | 6 | 7 | ~~Matzke, Robin, deutscher Staatsangehöriger, in Berlin (DE)~~ | ~~member~~ | ~~single signature~~ |
| | 6 | 7m | ~~Bavaud, Jürg, von Bottens, in Wollerau~~ | | ~~single signature~~ |
| | 7 | 11 | ~~Bavaud, Jürg, von Bottens, in Wollerau~~ | ~~member~~ | ~~single signature~~ |
| 10 | | | Holenstein Brusa AG (CHE-114.324.751), in Zürich | Sachwalterin | |
| 11 | | | Giovanoli, Arturo, von Bregaglia, in Zürich | member | single signature |

Schwyz, 18.01.2024 04:27

The above information is given without commitment and has not legal effect. Only the official company record (extract) issued and certified by the commercial register of Schwyz and published in the Swiss Commercial Gazette is legally binding.

# EXHIBIT B



**Schweizerische Eidgenossenschaft**
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Schweizerisches Handelsamtsblatt SHAB
Feuille officielle suisse du commerce FOSC
Foglio ufficiale svizzero di commercio FUSC
Swiss Official Gazette of Commerce SOGC

**Rubrik:** Handelsregistereintragungen
**Unterrubrik:** Mutation
**Publikationsdatum:** SHAB 05.01.2024
**Meldungsnummer:** HR02-1005925983

**Publizierende Stelle**
Bundesamt für Justiz (BJ), Eidgenössisches Amt für das Handelsregister, Bundesrain 20, 3003 Bern

# Mutation FTX Europe AG, Freienbach

FTX Europe AG
*(FTX Europe SA) (FTX Europe Ltd.)*
Churerstrasse 135
8808 Pfäffikon SZ

FTX Europe AG, in Freienbach, CHE-175.231.191, Aktiengesellschaft (SHAB Nr. 235 vom 04.12.2023, Publ. 1005899800). Ausgeschiedene Personen und erloschene Unterschriften: Bavaud, Jürg, von Bottens, in Wollerau, Mitglied, mit Einzelunterschrift. Eingetragene Personen neu oder mutierend: Giovanoli, Arturo, von Bregaglia, in Zürich, Mitglied, mit Einzelunterschrift.

Tagesregister-Nr. 16 vom 02.01.2024

Vorangehende Publikation im SHAB: Nr. 235, Datum: 04.12.2023

Kontaktstelle: Handelsregisteramt des Kantons Schwyz