# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re <u>FTX Trading Ltd., *et al.,*</u> Debtors                              Chapter 11
                                                                              Case No. <u>22-11068</u>
                                                                              (Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Name of Transferor</u> | <u>Name of Transferee</u> |
|---|---|
|  | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>Email: tzeng@nirvana-cap.com<br>42 W 33rd St, 27B<br>New York, NY 10001 |

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID # [**3265-70-LDJOA-546699018**]<br><br>Schedule # [**6751346**]<br><br>Claim # [**40608**]<br><br>FTX ID [**111989732**]<br><br>Unique Customer Code: [**4969629**] | Name on File | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: Jan 14th 2024

**TRANSFEREE [BUYER]**

By *Tian Zeng*
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | | |
|---|---|---|
| 04969629 | Contingent | AVAX-PERP[0], BTC[23.71252620], BTC-MOVE-0516[0], BTC-MOVE-0517[0], BTC-MOVE-0602[0], BTC-MOVE-0603[0], BTC-MOVE-0615[0], BTC-MOVE-0616[0], BTC-MOVE-0619[0], BTC-MOVE-0620[0], BTC-MOVE-2022Q2[0], BTC-MOVE-2022Q3[0], BTC-MOVE-2022Q4[1.685], BTC-MOVE-2023Q1[4.4214], BTC-MOVE-WK-0617[0], BTC-MOVE-WK-0715[0], BTC-MOVE-WK-0722[0], BTC-MOVE-WK-0729[0], BTC-MOVE-WK-0805[0], BTC-MOVE-WK-0812[0], BTC-MOVE-WK-0819[0], BTC-PERP[-0.43580000], CEL[-0.27255376], CEL-0930[0], CEL-PERP[0], ETH[280.15590568], ETH-0930[0], ETH-1230[0], ETH-PERP[0], ETHW[119.58688065], FTT[1801.33989401], FTT-PERP[0], GST-PERP[0], ICP-PERP[0], KLUNC-PERP[0], KSHIB-PERP[0], LUNA2[48.97818701], LUNA2_LOCKED[114.2824364], LUNC-PERP[0], PEOPLE-PERP[0], SOL[468.2981954], SOL-0930[0], SOL-PERP[0], SRM[20.2115961], SRM_LOCKED[377.2884039], SRN-PERP[0], USD[-28509.66], USDT[95.79924015], USTC-PERP[0], WAVES-0624[0], WAVES-0930[0], WAVES-PERP[0] |

12331052.2 - 12/30/22

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▇▇▇▇▇▇▇▇▇▇ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and to **Proof of Claim No.[3265-70-LDJOA-546699018] associated with Customer ID [111989732], Unique Customer Code of: [4969629], Claim # [40608]** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
**Date: [Jan 14th 2024]**

**Signature:** _____
**Name:**

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED



# Creditor Data Details - Claim # 40608

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/17/2023

**Claim Number**
40608

**Schedule Number**
6751346

**Confirmation ID**
3265-70-LDJOA-546699018

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

THE CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS (IF ANY) EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | BTC | 23.7125262086240B7 |
| CRYPTO | BTC-MOVE-2022Q4 | 1.685 |
| CRYPTO | BTC-MOVE-2023Q1 | 4.4214 |
| CRYPTO | BTC-MOVE-WK-0805 | 0 |
| CRYPTO | BTC-PERP | -0.435800000000002 |
| CRYPTO | CEL | -0.2725537647361801 |
| CRYPTO | ETH | 280.1559056826 |
| CRYPTO | ETH-PERP | 0.0000000000001226 |
| CRYPTO | ETHW | 119.58688065 |
| CRYPTO | FTT | 1801.33989401 |
| CRYPTO | LUNA2 | 48.97818701 |
| CRYPTO | LUNA2_LOCKED | 114.2824364 |
| CRYPTO | SOL | 468.2981954 |
| CRYPTO | SOL-0930 | -0.0000000000000036 |
| CRYPTO | SOL-PERP | 0.0000000000000568 |
| CRYPTO | SRM | 20.2115961 |
| CRYPTO | SRM_LOCKED | 377.2884039 |
| CRYPTO | USDT | 95.79924015569011 |
| FIAT | USD | -28509.656819373926 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this

PLEASE BE ADVISED, KROLL RESTRUCTURING ADMINISTRATION, ALL PRIOR CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED

website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."