# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In re <u>FTX Trading Ltd.</u>, *et al.,* Debtors | Chapter 11<br>Case No. <u>22-11068</u><br>(Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **Phoenix Digital LLC**<br>**Attn: Tian Zeng**<br>Email: <u>tzeng@nirvana-cap.com</u><br>42 W 33rd St, 27B<br>New York, NY 10001 |

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID # [**3265-70-FEIZJ-692384244**]<br><br>Schedule # [**5590774**]<br><br>FTX ID [**132050072**]<br><br>Unique Customer Code: [**05864203**] | Name on File | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: Jan 16th 2024

**TRANSFEREE [BUYER]**

By *Tian Zeng*
Name: Tian Zeng
Title: Founder

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| 05864203 | ETHW[.0999], USD[118815.97], USDT[2332001.40435327] |
|---|---|

329140.2 - 02/06/17

**EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:**

For value received, the sufficiency of which is hereby acknowledged, ▮▮▮▮▮ ("*Selle*r") hereby unconditionally and irrevocably sells, transfers, and assigns to Phoenix Digital LLC ("*Purchaser*") all of Seller's right, title, and interest in and to **Proof of Claim No [3265-70-FEIZJ-692384244]**, associated with **FTX ID [132050072]**, and **Unique Customer Code: 05864203]** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
Date: Jan 16th 2024

LinX Communication Limited

By: ▮▮▮▮▮▮▮▮▮▮
Name: ▮▮▮▮▮▮▮▮▮▮