# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>**Re:   D.I. 176, 746 & 805** |

## UNITED STATES TRUSTEE'S NOTICE
## OF DISPOSITION OF APPEAL PURSUANT TO LOCAL RULE 8024-1

Andrew R. Vara, United States Trustee for Region 3 (the "U.S. Trustee") and the Appellant in the subject appeal, through his counsel, files this *Notice of Disposition of Appeal Pursuant to Local Rule 8024-1* and respectfully states:

1. On December 1, 2022, the U.S. Trustee filed the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176].

2. On February 21, 2023, the Bankruptcy Court entered the *Order Denying Motion for the Appointment of an Examiner* [D.I. 746] (the "Examiner Order").

3. On March 6, 2023, the U.S. Trustee filed a notice of appeal of the Examiner Order [D.I. 805].

4. On May 30, 2023, the United States District Court for the District of Delaware issued an opinion and entered an order granting the U.S. Trustee's request to certify a direct appeal

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

of the Examiner Order to the United States Court of Appeals for the Third Circuit (the "Third Circuit") [23-cv-241 (D. Del.) (CFC); D.I. 39, 40].

5. On July 18, 2023, the Third Circuit entered an order granting the U.S. Trustee's petition to appeal the Examiner Order directly to the Third Circuit [Case No. 23-8029 (3d Cir.); D.I. 16].

6. On January 19, 2024, the Third Circuit issued its opinion and entered judgment in the matter of *In re FTX Trading Ltd., et al.* [Case No. 23-2297 (3d Cir.); D.I. 66, 67]. A copy of the Third Circuit's Opinion is attached hereto as **Exhibit A**. A copy of the Third Circuit's judgment is attached hereto as **Exhibit B**.

7. Pursuant to Del. Bankr. L.R. 8024-1, the U.S. Trustee will provide a written copy of the Third Circuit's opinion and judgment to chambers by January 22, 2024.

Dated: Wilmington, Delaware
January 22, 2024

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 AND 9

By: */s/ Benjamin A. Hackman*
Benjamin A. Hackman
Linda Richenderfer (DE #4138)
Jonathan W. Lipshie
Trial Attorneys
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov
linda.richenderfer@usdoj.gov
jon.lipshie@usdoj.gov