**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 176, 6117<br><br>**Hearing Date: Jan. 24, 2024, at 2:00 p.m. ET** |

**NOTICE OF STATUS CONFERENCE ON MOTION OF THE UNITED
STATES TRUSTEE FOR ENTRY OF AN ORDER DIRECTING
THE APPOINTMENT OF AN EXAMINER**

      **PLEASE TAKE NOTICE** that a status conference on the *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] and the *United States Trustee's Notice of Disposition of Appeal Pursuant to Local Rule 8024-1* [D.I. 6117] will be held on **January 24, 2024, at 2:00 P.M. (Eastern Time)** before the Honorable John T. Dorsey, 5th Floor, Courtroom # 5, 824 Market Street, Wilmington, Delaware 19801. The status conference will be held virtually and will require parties to register in advance.

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: January 22, 2024  
      Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Linda Richenderfer*
Linda Richenderfer (DE #4138)
Benjamin A. Hackman
Jonathan W. Lipshie
Trial Attorneys
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
linda.richenderfer@usdoj.gov
benjamin.a.hackman@usdoj.gov
Jon.Lipshie@usdoj.gov


-and-

David Gerardi
Trial Attorney
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ  07102
(973) 645-3014 (Phone)
(973) 645-5993 (Fax)
david.gerardi@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | |
| FTX Trading Ltd., *et al.*;[1] | : | Case No. 22-11068 (JTD) |
| | : | (Jointly administered) |
| | : | |
| Debtors. | : | |
| | : | |

# CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2024, I caused to be served a copy of the *Notice of Status Conference on Motion of the United States Trustee For Entry Of An Order Directing the Appointment of an Examiner* in the above-entitled action through the CM/ECF notification system, with courtesy copies upon the following via e-mail:

Landis Rath & Cobb LLP
Adam G. Landis
Kimberly A. Brown
Matthew R. Pierce
919 Market Street, Suite 1800
Wilmington, Delaware 19801
E-mail: landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Sullivan & Cromwell LLP
Andrew G. Dietderich
James L. Bromley
Brian D. Glueckstein
Alexa J. Kranzley
125 Broad Street
New York, NY 10004
E-mail: dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

Paul Hastings LLP
Kristopher M. Hansen, Esq.
Luc A. Despins, Esq.
Kenneth Pasquale, Esq.
Erez E. Gilad, Esq.
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, NY 10166
Email: krishansen@paulhastings.com
lucdespins@paulhastings.com
kenpasquale@paulhastings.com
erezgilad@paulhastings.com
gabesasson@paulhastings.com

Richards, Layton & Finger, P.A.
Kevin Gross, Esq.
Paul N. Heath, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
gross@rlf.com
heath@rlf.com

Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esq.
Robert F. Poppiti, Jr., Esq.
1000 North King Street
Wilmington, DE 19801
Email: mlunn@ycst.com
rpoppiti@ycst.com

Michael D. Morris
Assistant Attorney General
Attorneys for Wisconsin Department of Financial Institutions
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
E-mail: morrismd@doj.state.wi.us

White & Case LLP
Jessica C. Lauria
J. Christopher Shore
Brian D. Pfeiffer
Mark Franke
Brandon Batzel
Brett L. Bakemeyer
1221 Avenue of the Americas
New York, NY 10020
E-mail: jessica.lauria@whitecase.com
cshore@whitecase.com
brian.pfeiffer@whitecase.com
mark.franke@whitecase.com
brandon.batzel@whitecase.com
brett.bakemeyer@whitecase.com

White & Case LLP
Thomas E. Lauria
Richard S. Kebrdle
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
E-mail: tlauria@whitecase.com
rkebrdle@whitecase.com

2

| | |
|---|---|
| Texas State Securities Board and Texas Department of Banking<br>Roma N. Desai<br>Layla D. Milligan<br>Abigail R. Ryan<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>E-mail: roma.desai@oag.texas.gov<br>layla.milligan@oag.texas.gov<br>abigail.ryan@oag.texas.gov | Vermont Department of Financial Regulation<br>Jennifer Rood, Assistant General Counsel<br>89 Main Street, Third Floor<br>Montpelier, VT 05620<br>E-mail: Jennifer.rood@vermont.gov |

Dated: January 22, 2024
       Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 and 9**

By: */s/ Linda Richenderfer*
Linda Richenderfer (DE # 4138)
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
(302) 573-6497 (Fax)
Linda.richenderfer@usdoj.gov