# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD.,<br><br>　　　Plaintiffs,<br><br>　　　　　　-against-<br><br>LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS,<br><br>　　　Defendants. | Adv. Pro. No. 23-50437 (JTD) |

**NOTICE OF AGENDA FOR STATUS CONFERENCE SCHEDULED FOR JANUARY 24, 2024 AT 2:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 5, WILMINGTON, DELAWARE 19801</u>**

**This hearing will be conducted by Zoom only.**

**Parties may observe the hearing remotely by registering no later than January 23, 2024 at 4:00 p.m.**

**To attend this hearing remotely, please register using the <u>eCourt Appearances</u> tool on the Court's website at <u>www.deb.uscourts.gov</u>.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074083.}

**MATTERS GOING FORWARD:**

1. Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 176, filed on December 1, 2022]

    Related Documents:

    A. State of Wisconsin's Joinder to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 263, filed on December 21, 2022]

    B. Vermont Department of Financial Regulation's Joinder to Motion for Entry of an Order Appointing an Examiner [D.I. 339, filed on January 3, 2023]

    C. Notice of Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 513, filed on January 17, 2023]

    D. Objection of the Official Committee of Unsecured Creditors to Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 571, filed on January 25, 2023]

    E. Limited Objection and Response of the Joint Provisional Liquidators of FTX Digital Markets Ltd. to the Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 572, filed on January 25, 2023]

    F. Debtors' Objection to Motion to Appoint Examiner Filed by U.S. Trustee [D.I. 573, filed on January 25, 2023]

    G. Declaration of James L. Bromley in Support of Debtors' Objection to Motion of the United States Trustee for Entry of Order Directing the Appointment of an Examiner [D.I. 576, filed on January 25, 2023]

    H. Notice of Debtors' Intent to Offer Witness Testimony at the Hearing on February 6, 2023 [D.I. 583, filed on January 25, 2023]

    I. Joinder of the Texas State Securities Board and Texas Department of Banking to the Motions of the United States Trustee, State of Wisconsin, and Vermont Department of Financial Regulation for Entry of an Order Directing the Appointment of an Examiner [D.I. 600, filed on February 1, 2023]

    J. United States Trustee's Omnibus Reply to Objections to Motion for Entry of an Order Directing the Appointment of an Examiner [D.I. 601, filed on February 1, 2023]

    K. United States Trustee's Intention to Offer Witness Testimony [D.I. 609, filed on February 2, 2023]

L.   Declaration of Brian D. Glueckstein in Further Support of Debtors' Objection to Motion of the United States Trustee for Entry of Order Directing the Appointment of an Examiner [D.I. 613, filed on February 3, 2023]

M.   Final Pretrial Order [D.I. 617, filed on February 3, 2023]

N.   Certification of Counsel [D.I. 745, filed on February 21, 2023]

O.   Order Denying Motion for the Appointment of an Examiner [D.I. 746, entered on February 21, 2023]

P.   Notice of Appeal and Statement of Election [D.I. 805, filed on March 6, 2023]

Q.   Exhibit A to Notice of Appeal [D.I. 809, filed on March 6, 2023]

R.   Designation of Items to be Included in the Record on Appeal [D.I. 1122, filed on March 20, 2023]

S.   Statement of Issues to be Presented on Appeal [D.I. 1123, filed on March 20, 2023]

T.   Motion of the United States Trustee to Certify Direct Appeal to the Court of Appeals Under 28 U.S.C. § 158(d) [D.I. 1142, filed on March 23, 2023]

U.   Notice of Filing of Attachment to Designation of Items to be Included in the Record on Appeal [D.I. 1391, filed on April 28, 2023]

V.   Memorandum Opinion [D.I. 1540, entered on May 30, 2023]

W.   United States Trustee's Notice of Disposition of Appeal Pursuant to Local Rule 8024-1 [D.I. 6117, filed on January 22, 2024]

X.   Notice of Status Conference on Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 6119, filed on January 22, 2024]

Status: This matter is going forward as a status conference.

2.   Complaint for Avoidance and Recovery of Transfers and Obligations Pursuant to 11 U.S.C. §§ 105, 547, 548, and 550, Breach of Fiduciary Duty Pursuant to Antiguan Common Law and the Antigua International Business Corporations Act, and for Disallowance of Claims Pursuant to 11 U.S.C. § 502(d) [*FTX Trading Ltd. et al. v. Lorem Ipsum UG et al.*, Adv. Pro. No. 23-50437 (JTD) – Adv. D.I. 1, filed on July 12, 2023]

Related Documents:

A.   Amended Case Management Plan and Scheduling Order [*FTX Trading Ltd. et al. v. Lorem Ipsum UG et al.*, Adv. Pro. No. 23-50437 (JTD) – Adv. D.I. 68, entered on January 3, 2024]

B.      Letter to Judge Dorsey Regarding Update on Case Management Plan and Scheduling Order Filed by Patrick Gruhn, Lorem Ipsum UG, Robin Matzke [*FTX Trading Ltd. et al. v. Lorem Ipsum UG et al.*, Adv. Pro. No. 23-50437 (JTD) – Adv. D.I. 71, filed on January 15, 2024]

C.      Letter to The Honorable John T. Dorsey Regarding Mediation Filed by FTX Trading Ltd., Maclaurin Investments Ltd. [*FTX Trading Ltd. et al. v. Lorem Ipsum UG et al.*, Adv. Pro. No. 23-50437 (JTD) – Adv. D.I. 72, filed on January 16, 2024]

D.      Notice of Status Conference [*FTX Trading Ltd. et al. v. Lorem Ipsum UG et al.*, Adv. Pro. No. 23-50437 (JTD) – Adv. D.I. 74, filed on January 22, 2024]

Status: This matter is going forward as a status conference.

Dated: January 22, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         brown@lrclaw.com
         pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
         bromleyj@sullcrom.com
         gluecksteinb@sullcrom.com
         kranzleya@sullcrom.com

*Counsel for the Debtors
and Debtors-in-Possession*