RECEIVED
2024 JAN 22  AM 8:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sirs

In accordance with FTX Trading Ltd Chapter 11
Case No. 22-11068 (JTD) Digital Assets Conversion Table.
Objection: We request that TRX coins must be recognized as claims at $0.44.
Reason: the asset price should refer to the customer's currency price in the FTX wallet on November 11, 2022. The TRX price on that day was last US$0.44, but the Digital Assets Conversion Table was based on US$0.0556107 from other unrelated cryptocurrency exchanges. To determine the value, most of us bought TRX between US$0.25 and US$0.44. The rise in the TRX currency at that time was also caused by FTX's official announcement. Please redefine the TRX price according to the same standards as other currencies.





Customer: Liao Te Wen.

Address: 14F., No.2-96, Songpu N. Ln., Niaosong Dist., Kaohsiung City833, Taiwan (R.O.C.).      Customer
Claim Form – FTX SAMPLE

*Liao Te Wen*



14F., No. 5-96 Songjhu N. Ln., Niaosong Dist., Kaohsiung City 833, Taiwan (R.O.C.)

United States Bankruptcy Court

824 North Market Street, 3rd Floor, Wilmington, Delaware 19801