# SCHEDULE 1

## No Liability Portal Claims

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | Asserted Claims | | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| 16436 | Name on file | West Realm Shires Services Inc. | BTC | 45,000.000000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 30219 | Name on file | FTX Trading Ltd. | Undetermined | Undetermined |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 41057 | Name on file | FTX Trading Ltd. | USD | 7,569,796.370000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 81329 | Name on file | FTX Trading Ltd. | BAILAXY NFTX-ETH @$12.30 | 17,325.670000000000000 |
| | | | GATE.IO: NFTX- ETH @$12.79 | 208,970.300000000000000 |
| | | | UNISWAP VS (ETH) @$12.71 | 3,028.820000000000000 |
| | | | USD | 15,098,639.120000000000000 |
| | | | USDT | 14,842,054.330000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 41062 | Name on file | FTX Trading Ltd. | USD | 7,569,796.370000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 78800 | Name on file | FTX Trading Ltd. | ALLIANCE OF INTERDIMENSIONAL FOXES (SOL.) | 47,897.760000000000000 |

**Eighth Omnibus Claims Objection**
**Schedule 1 - No Liability Claims**

| | | | **Asserted Claims** | |
|---|---|---|---|---|
| **Claim Number** | **Name** | **Debtor** | **Tickers** | **Ticker Quantity** |
| | | | BITMART: FTT-USDT @$1.04 | 6,782,514.000000000000000 |
| | | | BNB | 2,893,050.000000000000000 |
| | | | BTC | 5,083.000000000000000 |
| | | | "CRAZY PERSON" | 51,195.670000000000000 |
| | | | ETH | 119,130,000.000000000000000 |
| | | | EUR | 10,000,000.000000000000000 |
| | | | "FEDERATION OF FAMOUS FOXES" | 34,741.510000000000000 |
| | | | FTT | 125,079,426.646000000000000 |
| | | | FTX/FTT : BINANCE FTT-BUSD @$1.05 | 2,893,050.000000000000000 |
| | | | GOLD LINK: 66,678.9015 XAUT | 126,297,346.550000000000000 |
| | | | MXN | 437,600.000000000000000 |
| | | | "NFT", "NO.30"SOLANA(SOL.) | 133,834.270000000000000 |
| | | | RAY | 62,671,440.540000000000000 |
| | | | SOL | 1,212,893,840.531800000000000 |
| | | | USD | 8,889,201,281.090000000000000 |
| | | | USDC | 37,196,525.000000000000000 |
| | | | USDT | 1,141,537,076.990000000000000 |
| | | | XT.COM FTT-USDT @$1.07 | 153,267.000000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.

| | | | | |
|---|---|---|---|---|
| 81195 | Name on file | FTX Trading Ltd. | SOL | 393,321,280.177300000000000 |
| | | | USD | 7,615,230,322.980000000000000 |

**Reason:** The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant.