## SCHEDULE 2

**No Liability Non-Portal Claims**

No Liability
Schedule 2

| | CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | NAME ON FILE<br>ADDRESS ON FILE | 06/06/2023 | 22-11110 (JTD)<br>Blockfolio, Inc. | 2283 | $1,703,400,000,001.70 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 2 | NAME ON FILE<br>ADDRESS ON FILE | 06/07/2023 | 22-11110 (JTD)<br>Blockfolio, Inc. | 2584 | Undetermined* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 3 | NAME ON FILE<br>ADDRESS ON FILE | 06/10/2023 | 22-11110 (JTD)<br>Blockfolio, Inc. | 2801 | Undetermined* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 4 | NAME ON FILE<br>ADDRESS ON FILE | 08/27/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 7115 | $1,141,537,076.99* | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| 5 | NAME ON FILE<br>ADDRESS ON FILE | 09/28/2023 | 22-11068 (JTD)<br>FTX Trading Ltd. | 72792 | $6,376,721,875.30 | The Claimant did not provide proper documentation to support the asserted customer entitlement claim. Utilizing the information provided within the claim form and following a robust review of the books and records, the Debtors have not identified any liability owing to, or customer entitlement of, the claimant. |
| | | | TOTAL | | $1,710,918,258,953.99* | |

*Indicates claim contains unliquidated and/or undetermined amounts