22-11068 JTD



Filed date 09/28/2023

Emily Nitz

Koppehof 8

Oberkrämer OT Vehlefanz, Brandenburg, 16727

January 3, 2024

United States Bankruptcy Court

824 North Market Street, 3rd Floor

Wilmington, Delaware, 19801

Dear Sir or Madam,

I am writing to formally express my objection regarding the estimation method used by FTX to pay customer off that held cryptocurrencies on their platform like I did or actually still do. I have not had any access to my cryptocurrency tokens there since November 2022. The estimation method that FTX used means that I would miss out on all the gains during the last two years from the tokens that I am or was holding there.

I suggest a new estimation method that is based on the current value of my tokens.

Thank you for your time and attention to this matter. I trust that my concerns will be given fair consideration, and I look forward to a prompt and satisfactory resolution. Please feel free to contact me at ▮▮▮ or ▮▮▮ if further information is required.

I am writing this as a digital letter because a real letter from Germany would take too long. Unfortuantly, I have received the letter explaining that I can object only until January 10, 2024 very late.

Sincerely,

Emily Nitz

PRIORITY P.P.
Recommandé
R
RQ 13 052 577 8DE

Deutsche Post
IM 09.01.24  4,60
A0  05A4  067C
00  0000  0016

U.S.M.S.
N-KAN