**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the Schedule 1 Service List attached hereto as **Exhibit A**:

- Notice of Omnibus Objection to Proofs of Claim, a copy of which is attached hereto as **Exhibit B**

- Amended Claims Schedule 1 Non-Customer (the "***Amended Claims Schedule 1***") customized to include the name, address, claim number, claim date filed, claim amount, debtor related to the claim, surviving claim number, surviving claim date filed, surviving claim amount, and debtor related to the surviving claim of the party, a blank copy of which is attached hereto as **Exhibit C**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document and the Amended Claims Schedule 1, customized to include the name, address, claim number, claim date filed, claim amount, debtor related to the claim, surviving claim number, surviving claim date filed, surviving claim amount, and debtor related to the surviving claim of the party, a blank copy of which is attached hereto as **Exhibit C** to be served via First-Class Mail to 82 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Omnibus Objection to Proofs of Claim, a copy of which is attached hereto as **Exhibit D**

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document and the Amended Claims Schedule 1, customized to include the name, address, claim number, claim date filed, claim amount, debtor related to the claim, surviving claim number, surviving claim date filed, surviving claim amount, and debtor related to the surviving claim of the party, a blank copy of which is attached hereto as **Exhibit C** to be served via First-Class Mail on the Schedule 3 Service List attached hereto as **Exhibit E**:

- Notice of Omnibus Objection to Proofs of Claim, a copy of which is attached hereto as **Exhibit F**

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document and the Amended Claims Schedule 1, customized to include the name, address, claim number, claim date filed, claim amount, debtor related to the claim, surviving claim number, surviving claim date filed, surviving claim amount, and debtor related to the surviving claim of the party, a blank copy of which is attached hereto as **Exhibit C** to be served via First-Class Mail to 34 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Notice of Omnibus Objection to Proofs of Claim, a copy of which is attached hereto as **Exhibit G**

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the Schedule 5 Service List attached hereto as **Exhibit H**:

- Notice of Omnibus Objection to Proofs of Claim, a copy of which is attached hereto as **Exhibit I**

- Amended Claims Schedule 1 Non-Customer, customized to include the name, address, claim number, claim date filed, case number, claim amount, debtor related to the claim, a blank copy of which is attached hereto as **Exhibit J**

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Schedule 1 Email Service List attached hereto as **Exhibit K**:

- Debtors' First (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Non-Customer Claims) [Docket No. 3748]

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on 77 Customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' Second (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Customer Claims) [Docket No. 3749]

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Schedule 3 Email Service List attached hereto as **Exhibit L**:

- Debtors' Third (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Non-Customer Claims) [Docket No. 3750]

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served to 33 customers whose information remains redacted per Court order. The Customer Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request:

- Debtors' Fourth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims) [Docket No. 3751]

On November 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Schedule 5 Email Service List attached hereto as **Exhibit M**:

- Debtors' Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims) [Docket No. 3752]

Dated: January 11, 2024

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 11, 2024, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 74412

**<u>Exhibit A</u>**

Exhibit A

Schedule 1 Service List

Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12103646 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Andrew Clubok | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 | |
| 12103642 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Ave, Suite 100 | | Los Angeles | CA | 90071 | |
| 12103644 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jonathan D. West | 10250 Constellation Blvd., Suite 1100 | | Century City | CA | 90067 | |
| 12103646 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Andrew Clubok | 555 Eleventh Street, NW, Suite 1000 | | Washington | DC | 20004 | |
| 12103642 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jeffrey E. Bjork | 355 South Grand Ave, Suite 100 | | Los Angeles | CA | 90071 | |
| 12103644 | Brady Jr., Thomas Edward Patrick | Latham & Watkins LLP | Attn: Jonathan D. West | 10250 Constellation Blvd., Suite 1100 | | Century City | CA | 90067 | |
| 12097643 | Brady Jr., Thomas Edward Patrick | Peter H. Matton (c/o SCS Financial Services) | 888 Boylston Street, Suite 1010 | | | Boston | MA | 02199 | |
| 12097643 | Brady Jr., Thomas Edward Patrick | Peter H. Matton (c/o SCS Financial Services) | 888 Boylston Street, Suite 1010 | | | Boston | MA | 02199 | |
| 13059125 | Calico Capital Limited | 100 Bishopsgate | | | | London, Surrey | | EC2N 4AG | United Kingdom |
| 12107198 | Calico Capital Limited | TigerWit Holding Limited | PO Box 2075 | 31 The Strand | 46 Canal Point Drive | Grand Cayman | | KY1-1105 | Cayman Islands |
| 12106054 | Calico Capital Limited | Tim Hughes | 7th Floor Augustine House | 6a Austin Friars | | London | | EC2N 2HA | United Kingdom |
| 12044968 | Chen, Yiling | ADDRESS ON FILE | | | | | | | |
| 10593825 | Chen, Yiling | ADDRESS ON FILE | | | | | | | |
| 13060198 | CM-Equity AG | Kaufingerstrasse 20 | | | | Munich | | 80331 | Germany |
| 13061927 | Illinois Department of Employment Security | William H. Heslup, Bankruptcy Unit Supervisor | 33 S. State Street | 10th FL | | Chicago | IL | 60603 | |
| 13046725 | Lee, Wendy | ADDRESS ON FILE | | | | | | | |
| 13041303 | Lee, Wendy | ADDRESS ON FILE | | | | | | | |
| 13059247 | Lötscher, MARCEL | ADDRESS ON FILE | | | | | | | |
| 13061094 | Move Labs Inc. | 1906 20th St. | | | | San Francisco | CA | 94107 | |
| 13061092 | Move Labs Inc. | 4629 Willman Way | | | | Lexington | KY | 40509 | |
| 13047419 | Neil Patel Digital, LLC | Neil Patel | 750 B. St. Suite 1400 | | | San Diego | CA | 92101 | |
| 13047418 | Neil Patel Digital, LLC | Squire Patton Boggs (US) LLP | c/o Gabriel Colwell | 555 South Flower Street | 31st Floor | Los Angeles | CA | 90071 | |
| 12244949 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| 10591694 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |

Exhibit A

Schedule 1 Service List
Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 12246012 | New York State Department of Taxation and Finance | W A Harriman Campus | | | | Albany | NY | 12227 | |
| 13061700 | Nodle Limited | c/o Micha Anthenor Benoliel | 2443 Fillmore Street | #287 | | San Francisco | CA | 94115 | |
| 13061699 | Nodle Limited | c/o Sam J. Alberts, Dentons US LLP | 1900 K Street, NW | | | Washington | DC | 20006 | |
| 10289820 | Sologenic Development Foundation Limited | Mohammadreza Bashash | 381-Nakhlat Jumeirah, Premise381105911 | | | Dubai | | | United Arab Emirates |
| 10287162 | Tennessee Department of Revenue | Jaleesa Johnson | Revenue Collection Specialist 1 | 500 Deaderick St | | Nashville | TN | 37242 | |
| 10287159 | Tennessee Department of Revenue | TDOR c/o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | |
| 10287164 | Tennessee Department of Revenue | TDOR c/o Bankruptcy Unit | PO Box 190665 | | | Nashville | TN | 37219-0665 | |
| 13067541 | Two Sigma Ventures III | c/o Dechert LLP | Attn: Owen Haney | 1095 Avenue of the Americas | | New York | NY | 10013 | |
| 13067538 | Two Sigma Ventures III | c/o Two Sigma Ventures, LP | Attn: Jeremy Rossman | 100 Avenue of the Americas | 16th Floor | New York | NY | 10013 | |
| 13067540 | Two Sigma Ventures III | c/o Two Sigma Ventures, LP | Attn: Riz Thakir | 100 Avenue of the Americas | 16th Floor | New York | NY | 10013 | |
| 13067539 | Two Sigma Ventures III | Owen Sargent Haney | Associate at Dechert LLP | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036 | |
| 10585626 | Utah State Tax Commission | Attn: Bankruptcy Unit | 210 N 1950 W | | | Salt Lake City | UT | 84134-9000 | |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 2 of 2

**Exhibit B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3748** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' First (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Non-Customer Claims)* (the "Omnibus Objection") [D.I. 3748].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 3748.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

{1368.002-W0073331.3}

**Exhibit C**

Amended Claims
Schedule 1
Non-Customer

## CLAIMS TO BE DISALLOWED

| CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|
| | | | | |

## SURVIVING CLAIMS

| CLAIMANT | DATE FILED | DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|
| | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

**Exhibit D**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3749** |

## NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

**YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**

**UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Second (Non-Substantive) Omnibus Objection to Certain Amended and Superseded Claims (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 3749].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 3749.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
          brown@lrclaw.com
          pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
          bromleyj@sullcrom.com
          gluecksteinb@sullcrom.com
          kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit E**

**Exhibit E**

Schedule 2 Service List

Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 13070166 | 6529 Capital GP LLC | c/o Ballard Spahr LLP | Attn: Matthew G. Summers | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | |
| 13070167 | 6529 Capital GP LLC | Jeffrey Bandman, Authorized Person | 2810 N. Church Street, PMB 76435 | | | Wilmington | DE | 19802 | |
| 13121154 | ABG-Shaq, LLC | Finance Department | 1411 Broadway | | | New York | NY | 10018 | |
| 13121155 | ABG-Shaq, LLC | Latham & Watkins LLP | Attn: Jeffrey E. Bjork; Deniz A. Irgi | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | |
| 13070672 | ABG-Shaq, LLC | Legal Department | Bridgette Fitzpatrick | 1411 Broadway | | New York | NY | 10018 | |
| 13121409 | Avalanche (BVI), Inc. | c/o Campbells Corporate Services Floor | 4, Banco Popular Building | | | Road Town, Tortola | | VG1110 | British Virgin Island |
| 13077124 | Avalanche (BVI), Inc. | Michael G. Burke, Esq. | Sidley Austin LLP | 787 Seventh Avenue | | New York | NY | 10019 | |
| 13121410 | Avalanche (BVI), Inc. | Ryan L. Fink, Esq. | Sidley Austin LLP | 1 South Dearborn | | Chicago | IL | 60603 | |
| 13059986 | Baudoin, Kiara | ADDRESS ON FILE | | | | | | | |
| 13059984 | Baudoin, Kiara | c/o Byron B. Mauss, Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626 | |
| 13056680 | Boerner, Lindsey | ADDRESS ON FILE | | | | | | | |
| 13056679 | Boerner, Lindsey | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | |
| 13062206 | Boryenace,  Adam | ADDRESS ON FILE | | | | | | | |
| 13060139 | Boryenace,  Adam | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | |
| 13067326 | Brickell Owner LLC | c/o Michael Held, Jackson Walker, L.L.P | 2323 Ross Avenue | Suite 600 | | Dallas | TX | 75201 | |
| 13067327 | Brickell Owner LLC | Phil Marchese, Managing Director, Parkway | 800 N. Magnolia | Suite 1625 | | Orlando | FL | 32803 | |
| 13124673 | Johnson, Brent | ADDRESS ON FILE | | | | | | | |
| 13077485 | Johnson, Brent | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | |
| 13062205 | Lawler, Tana | ADDRESS ON FILE | | | | | | | |
| 13060227 | Lawler, Tana | Chad S. Caby, Esq. | 1601 19th Street, Ste. 1000 | | | Denver | CO | 80202 | |
| 13079007 | Lyon, Matthew | ADDRESS ON FILE | | | | | | | |
| 13079001 | Lyon, Matthew | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626-7689 | |
| 13063310 | Melamed, Seth | ADDRESS ON FILE | | | | | | | |
| 13063872 | Melamed, Seth | ADDRESS ON FILE | | | | | | | |
| 13063308 | Melamed, Seth | c/o Fox Rothschild LLP | Attn: William H. Stassen | 2000 Market Street | 20th Floor | Philadelphia | PA | 19103 | |
| 13063870 | Melamed, Seth | c/o Fox Rothschild LLP, | Attn: William H. Stassen | 2000 Market Street, 20th Floor | | Philadelphia | PA | 19103 | |

Exhibit E
Schedule 2 Service List
Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 13062385 | Millar, Tim | ADDRESS ON FILE | | | | | | | |
| 13060151 | Millar, Tim | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | |
| 13121299 | O'Neal, Shaquille | c/o Finance Department | ABG-Shaq, LLC | 1411 Broadway | | New York | NY | 10018 | |
| 13076075 | O'Neal, Shaquille | c/o Legal Department | ABG-Shaq, LLC | 1411 Broadway | | New York | NY | 10018 | |
| 13121300 | O'Neal, Shaquille | Latham & Watkins LLP | Attn: Jeffrey E. Bjork and Deniz A. Irgi | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071 | |
| 13019490 | Oroboros FTX I, LLC | 4 lakeside drive Chobham lakes | | | | Woking, Surrey | | GU24 8BD | United Kingdom |
| 13059245 | Ripple Labs Singapore Pte. Ltd | 18 Robinson Road, #22-01 | | | | Singapore | | 048547 | Singapore |
| 13060026 | Shindledecker, Craig | ADDRESS ON FILE | | | | | | | |
| 13060019 | Shindledecker, Craig | Chad S. Caby, Esq. | 1601 19th Street, Suite 1000 | | | Denver | CO | 80202 | |
| 13081863 | Slate, Joshua | c/o Byron B. Mauss, Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626-7689 | |
| 15417673 | Slate, Joshua | Snell & Wilmer, LLP | Byron B. Mauss, Attorney | Plaza Tower, 600 Anton Blvd., Suite 1400 | | Costa Mesa | CA | 92626 | |
| 15417669 | Wever, Dena | ADDRESS ON FILE | | | | | | | |
| 13077194 | Wever, Dena | c/o Byron B. Mauss, | Snell & Wilmer, LLP | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | |
| 15417745 | Young, Christopher | ADDRESS ON FILE | | | | | | | |
| 13081975 | Young, Christopher | Snell & Wilmer, LLP | c/o Byron B. Mauss | Plaza Tower | 600 Anton Blvd., Suite 1400 | Costa Mesa | CA | 92626-7689 | |

**Exhibit F**

SRF 74412

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3750** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

      **PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Third (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Non-Customer Claims)* (the "Omnibus Objection") [D.I. 3750].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2]    A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 3750.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
      brown@lrclaw.com
      pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      bromleyj@sullcrom.com
      gluecksteinb@sullcrom.com
      kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit G**

SRF 74412

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3751** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON <u>SCHEDULE 1</u> OF <u>EXHIBIT A</u> ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

 **PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "<u>Debtors</u>") filed the *Debtors' Fourth (Non-Substantive) Omnibus Objection to Certain Duplicate Proofs of Claim (Customer Claims)* (the "<u>Omnibus Objection</u>") [D.I. 3751].[2]  Attached hereto as **<u>Exhibit 1</u>** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 3751.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kimberly A. Brown
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit H**

Exhibit H
Schedule 5 Service List
Served via First-Class Mail

| ADDRESSID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 10587130 | Canoy, Dario | ADDRESS ON FILE | | | |
| 12242689 | Green Healthy House, LLC. | 9609 S. University Blvd #631274 | Littleton | CO | 80163 |
| 13019930 | Scott, George Shamond | ADDRESS ON FILE | | | |

**Exhibit I**

SRF 74412

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 13, 2023 at 1:00 P.M. ET**<br>**Objection Deadline: November 28, 2023 at 4:00 P.M. ET** |
| | **Ref. No. 3752** |

### NOTICE OF OMNIBUS OBJECTION TO PROOFS OF CLAIM

> **YOUR RIGHTS MAY BE AFFECTED BY THE OMNIBUS OBJECTION AND BY ANY FURTHER OBJECTION(S) THAT MAY BE FILED BY THE DEBTORS. CLAIMANTS RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND CLAIMS ON SCHEDULE 1 OF EXHIBIT A ATTACHED TO THE OBJECTION AND, IF APPLICABLE, FILE A RESPONSE BY THE RESPONSE DEADLINE FOLLOWING THE INSTRUCTIONS SET FORTH HEREIN AND IN THE OMNIBUS OBJECTION.**
>
> **UNLESS OTHERWISE ORDERED BY THE COURT, ANY CLAIMANT IMPACTED BY THE OMNIBUS CLAIM OBJECTION WHO IS NOT REPRESENTED BY AN ATTORNEY MAY APPEAR EITHER IN-PERSON OR BY ZOOM AT ANY HEARING ON SUCH OBJECTION.**

  **PLEASE TAKE NOTICE** that on November 13, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Fifth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Non-Customer Claims)* (the "Omnibus Objection") [D.I. 3752].[2]  Attached hereto as **Exhibit 1** is a copy of the Omnibus Objection with an individualized exhibit identifying your claim(s) subject to the Omnibus Objection.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] A complete copy of the Omnibus Objection including a complete copy of the exhibits thereto may be obtained free of charge upon written request and is also available free of charge from the website of the Debtors' noticing and claims agent at https://restructuring.ra.kroll.com/FTX/Home-Index.  The Omnibus Objection can be found at docket number 3752.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the relief requested in the Omnibus Objection must be (a) in writing; (b) filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 28, 2023 at 4:00 p.m. (ET)** (the "Response Deadline") and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel.

PLEASE TAKE FURTHER NOTICE that a hearing on the Omnibus Objection, if necessary, will be held on **December 13, 2023 at 1:00 p.m. (ET)** (the "Hearing") before the honorable John T. Dorsey, United States Bankruptcy Court Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th floor, Courtroom 5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE AND THE OMNIBUS OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 13, 2023
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT 1

**Exhibit J**

No Liability
Schedule 1

| CLAIMANT | DATE FILED | CASE # | DEBTOR | CLAIM # | CLAIM AMOUNT |
|----------|------------|--------|--------|---------|--------------|

1

1

*Indicates claim contains unliquidated and/or undetermined amounts

**Exhibit K**

## Exhibit K
Schedule 1  Email Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 12103646 | Brady Jr., Thomas Edward Patrick | Andrew.Clubok@lw.com |
| 12103642 | Brady Jr., Thomas Edward Patrick | jeff.bjork@lw.com |
| 12103644 | Brady Jr., Thomas Edward Patrick | jonathan.west@lw.com |
| 12103646 | Brady Jr., Thomas Edward Patrick | Andrew.Clubok@lw.com |
| 12103642 | Brady Jr., Thomas Edward Patrick | jeff.bjork@lw.com |
| 12103644 | Brady Jr., Thomas Edward Patrick | jonathan.west@lw.com |
| 12097643 | Brady Jr., Thomas Edward Patrick | pmattoon@scsfinancial.com |
| 12097643 | Brady Jr., Thomas Edward Patrick | pmattoon@scsfinancial.com |
| 13059125 | Calico Capital Limited | tim@tigerwit.com |
| 12106054 | Calico Capital Limited | tim.hughes@tigerwit.com |
| 12044968 | Chen, Yiling | EMAIL ADDRESS ON FILE |
| 10593825 | Chen, Yiling | EMAIL ADDRESS ON FILE |
| 13060198 | CM-Equity AG | kott@cm-equity.de |
| 13061927 | Illinois Department of Employment Security | william.heslup@illinois.gov |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 1 of 3

Exhibit K
Schedule 1  Email Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 13046725 | Lee, Wendy | EMAIL ADDRESS ON FILE |
| 13041303 | Lee, Wendy | EMAIL ADDRESS ON FILE |
| 13059247 | Lötscher, MARCEL | EMAIL ADDRESS ON FILE |
| 13061094 | Move Labs Inc. | nico@movelabs.xyz |
| 13061092 | Move Labs Inc. | lingtong@movelabs.xyz |
| 13047419 | Neil Patel Digital, LLC | neil@neilpatel.com |
| 13047418 | Neil Patel Digital, LLC | gabriel.colwell@squirepb.com |
| 13061700 | Nodle Limited | micha@nodle.com |
| 13061699 | Nodle Limited | sam.alberts@dentons.com |
| 10289820 | Sologenic Development Foundation Limited | reza@sologenic.org |
| 10287162 | Tennessee Department of Revenue | jaleesa.johnson@tn.gov |
| 10287164 | Tennessee Department of Revenue | tdor.bankruptcy@tn.gov |
| 13067541 | Two Sigma Ventures III | owen.haney@dechert.com |
| 13067538 | Two Sigma Ventures III | Tspi-legal@twosigma.com |

## Exhibit K
### Schedule 1  Email Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 13067540 | Two Sigma Ventures III | TwoSigmaHoldings@twosigma.com |
| 13067539 | Two Sigma Ventures III | owen.haney@dechert.com |
| 10585626 | Utah State Tax Commission | jguevara@utah.gov |

**Exhibit L**

# Exhibit L

Schedule 3 Email  Service List

Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 13070166 | 6529 Capital GP LLC | summersm@ballardspahr.com |
| 13070167 | 6529 Capital GP LLC | jeff@6529.io |
| 13121154 | ABG-Shaq, LLC | finance@authentic.com |
| 13121155 | ABG-Shaq, LLC | deniz.irgi@lw.com; jeff.bjork@lw.com |
| 13070672 | ABG-Shaq, LLC | bfitzpatrick@authentic.com; legaldept@authentic.com |
| 13077124 | Avalanche (BVI), Inc. | mgburke@sidley.com |
| 13121410 | Avalanche (BVI), Inc. | ryan.fink@sidley.com |
| 13059986 | Baudoin, Kiara | EMAIL ADDRESS ON FILE |
| 13059984 | Baudoin, Kiara | bmauss@swlaw.com |
| 13056680 | Boerner, Lindsey | EMAIL ADDRESS ON FILE |
| 13056679 | Boerner, Lindsey | ccaby@lewisroca.com |
| 13062206 | Boryenace,  Adam | EMAIL ADDRESS ON FILE |
| 13060139 | Boryenace,  Adam | ccaby@lewisroca.com |
| 13067326 | Brickell Owner LLC | mheld@jw.com; pmarchese@pky.com |
| 13067327 | Brickell Owner LLC | nholmes-kidd@pky.com |
| 13124673 | Johnson, Brent | EMAIL ADDRESS ON FILE |
| 13077485 | Johnson, Brent | bmauss@swlaw.com |
| 13062205 | Lawler, Tana | EMAIL ADDRESS ON FILE |

Exhibit L

Schedule 3 Email  Service List

Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 13060227 | Lawler, Tana | ccaby@lewisroca.com |
| 13079007 | Lyon, Matthew | EMAIL ADDRESS ON FILE |
| 13079001 | Lyon, Matthew | bmauss@swlaw.com |
| 13063310 | Melamed, Seth | EMAIL ADDRESS ON FILE |
| 13063872 | Melamed, Seth | EMAIL ADDRESS ON FILE |
| 13063308 | Melamed, Seth | wstassen@foxrothschild.com |
| 13063870 | Melamed, Seth | wstassen@foxrothschild.com |
| 13062385 | Millar, Tim | EMAIL ADDRESS ON FILE |
| 13060151 | Millar, Tim | ccaby@lewisroca.com |
| 13121299 | O'Neal, Shaquille | finance@authentic.com |
| 13076075 | O'Neal, Shaquille | legaldept@authentic.com |
| 13121300 | O'Neal, Shaquille | deniz.irgi@lw.com; jeff.bjork@lw.com |
| 13019490 | Oroboros FTX I, LLC | michael@arceaucapital.com |
| 13059245 | Ripple Labs Singapore Pte. Ltd | mfages@ripple.com |
| 13060026 | Shindledecker, Craig | EMAIL ADDRESS ON FILE |
| 13060019 | Shindledecker, Craig | ccaby@lewisroca.com |
| 13081863 | Slate, Joshua | bmauss@swlaw.com |
| 15417673 | Slate, Joshua | bmauss@swlaw.com |

Exhibit L
Schedule 3 Email  Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 15417669 | Wever, Dena | EMAIL ADDRESS ON FILE |
| 13077194 | Wever, Dena | bmauss@swlaw.com |
| 15417745 | Young, Christopher | EMAIL ADDRESS ON FILE |
| 13081975 | Young, Christopher | bmauss@swlaw.com |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

**Exhibit M**

Exhibit M
Schedule 5 Service List
Served via Email

| ADDRESSID | NAME | EMAIL |
|---|---|---|
| 12242689 | Green Healthy House, LLC. | INFO@GREENHEALTHYHOUSE.COM |
| 13019930 | Scott, George Shamond | EMAIL ADDRESS ON FILE |