**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FTX TRADING LTD., *et al.,* | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of  Christopher P. Anton, Esq. of Gibbons P.C. to represent Dr. Marcel Lötscher and Martha Lambrianou in the above-referenced matter.

Dated: January 23, 2024

*/s/ Christopher Viceconte*
Christopher Viceconte (DE Bar # 5568)
**GIBBONS P.C.**
300 Delaware Ave., Suite 1015
Wilmington, Delaware 19801
Tel: (302) 518-6300
Email: cviceconte@gibbonslaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Christopher P. Anton*
Christopher P. Anton
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102
Tel: (973) 596-4500
Email: canton@gibbonslaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.