### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Phillip S. Pavlick, Esq. of the Law Firm of McCarter & English, LLP to represent Bidder 1 in the in the above-captioned, jointly-administered, bankruptcy cases.

Dated: Wilmington, Delaware
January 23, 2024

McCARTER & ENGLISH LLP

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel:  302-984-6300
Fax:  302-984-6399
Email: kbuck@mccarter.com

*Attorneys for Bidder 1*

ME1 47441256v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Phillip S. Pavlick*
Phillip S. Pavlick (NY #5259676)
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
Fax: (973) 624-7070
E-mail: ppavlick@mccarter.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.