**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

**SUPPLEMENTAL GLOBAL NOTES REGARDING THE
DEBTORS' AMENDED SCHEDULES OF ASSETS AND LIABILITIES**

FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), are filing amended Schedule F of Assets and Liabilities of certain Debtors (each an "Amended Schedule F" and collectively with attachments, the "Amended Schedule Fs") in the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On March 14, March 15 and March 27, 2023, the Debtors filed Schedules of Assets and Liabilities (the "Initial Schedules"), Statements of Financial Affairs (the "Initial Statements") and their accompanying Global Notes (the "Initial Global Notes") with the Court [D.I. 865-1083, D.I. 1166]. On June 27, 2023, the Debtors filed amended Schedule F of Assets and Liabilities of certain Debtors (the "Initial Amended Schedule Fs") and Supplemental Global Notes regarding the Amended Schedules (the "Supplemental Global Notes") [D.I. 1729-1766]. On July 31, 2023, the Debtors unredacted certain information in the Initial Schedules and Initial Statements for certain Debtors [D.I. 1985-2097], in accordance with the Court's order entered on June 15, 2023 [D.I. 1634]. On August 31, 2023 the Debtors amended the Initial Statements (the "Amended Statements") and the Initial Schedules (the "Amended Schedules") and filed accompanying Global Notes (the "Amended Global Notes") [D.I. 2285-2408].

These Supplemental Global Notes are in addition to, and do not amend, supersede or replace, other than to the extent expressly set forth herein, the Initial Schedules, the Initial Statements, the Initial Global Notes, the Initial Amended Schedule Fs, the Supplemental Global Notes, the Amended Statements, the Amended Schedules or the Amended Global Notes. Each Amended Schedule F amends certain of the Customer Liabilities listed in the Initial Amended Schedule F of the applicable Debtor. These further Amended Global Notes incorporate the Initial

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Global Notes, the Supplemental Global Notes, the Amended Statements, the Amended Schedules or the Amended Global Notes by reference, other than to the extent expressly set forth herein.

The Debtors prepared the Amended Schedule Fs with the assistance of their advisors. In preparing the Amended Schedule Fs, the Debtors and their advisors relied on financial data derived from their books and records that was available and accessible at the time of preparation. The Amended Schedule Fs remain subject to further review and adjustment to reflect the Debtors' ongoing reconciliation efforts. As such, the Debtors reserve all of their rights, including to revise, amend, supplement and/or adjust the Debtors' schedules of assets and liabilities and statements of financial affairs, including to characterize any of the Customer Liabilities listed in Amended Schedule Fs as contingent, unliquidated or disputed.

## Disclosures Applicable to the Amended Schedules

1.  Certain claim holders on the Initial Amended Schedule Fs are listed as "Customers." The quantities and amounts scheduled for these Customers include the estimated account balance for each Customer, listed in the applicable digital or fiat asset for that balance, based on the Debtors' books and records. There are three changes in the Initial Amended Schedule Fs:

    a)  At the time of the filing of the Initial Amended Schedule Fs, the Debtors designated certain customer liabilities as "contingent" because the liabilities listed for these customer included one or more locked tokens. The Amended Schedule Fs remove the "contingent" designations from such customer liabilities where the sole reason for the "contingent" designation was because of one or more locked tokens.

    b)  The Amended Schedule Fs are updated to remove the contingent designation related to certain non-fungible tokens previously scheduled by the Debtors.

    c)  The Amended Schedule Fs are updated to reflect liabilities relating to over-the-counter trading feature of the FTX exchange.

2.  While the Debtors have made every reasonable effort to ensure that the Amended Schedules are accurate and complete, based upon the information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Amended Schedules and/or the Initial Schedules.

3.  As noted in the Initial Global Notes, in order to preserve the confidentiality of customer identities and compliance with the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643], customers were scheduled utilizing an unique, individualized customer identification number (each, a "Customer Code") assigned to each applicable customer by the Debtors. The Debtors provided notice of a customer's Customer Code by email to the email on file for such customer.

The Debtors did not change any of the Customer Codes in the Amended Schedules. Customers should refer to their previously received Customer Code to determine their scheduled amounts in the Amended Schedules.

4.      For the avoidance of doubt, the Debtors reserve all rights to object to all claims listed on the Amended Schedules, the Statements and the Initial Schedules.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | FTX Trading Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 22-11068 (JTD) |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>City of New York Department of Finance<br>Attn: Kenneth Pizzaia<br>375 Pearl Street, 27th Floor<br>New York, NY 10038 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Corporate Income Tax | $            Undetermined | $            Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Employment Tax | $            Undetermined | $            Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Income Tax | $            Undetermined | $            Undetermined |
| **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

## Part 1:    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

| | | |
|---|---|---|
| **2.4**   **Priority creditor's name and mailing address** | | $ ___Undetermined___ | $ ___Undetermined___ |

**2.4   Priority creditor's name and mailing address**

NYS Dept of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300

**Total claim** $ Undetermined   **Priority amount** $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Income Tax Withholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5   Priority creditor's name and mailing address**

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

**Total claim** $ Undetermined   **Priority amount** $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6   Priority creditor's name and mailing address**

STATE OF HAWAII DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809

**Total claim** $ Undetermined   **Priority amount** $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Income Tax Withholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7   Priority creditor's name and mailing address**

UTAH STATE TAX COMMISSION
BANKRUPTCY UNIT
210 N 1950 W
SALT LAKE CITY, UT 84134

**Total claim** $ Undetermined   **Priority amount** $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address**<br>Customer Liabilities - See Schedule F Attachments | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Liabilities | $ Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>ALAMEDA RESEARCH LLC<br>3500 SOUTH DUPONT HIGHWAY<br>DOVER, DE 19901 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Intercompany Payable - Alameda Research LLC | $ 18,065,952.13 |
|  | **Date or dates debt was incurred**    Various<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>APUA TELCOM<br>APUA BUSINESS CENTRE<br>CNR INDEPENDENCE AVE. & HIGH ST.<br>CASSADA GARDENS, 45J+VJ6<br>ANTIGUA & BARBUDA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 666.48 |
|  | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>BH Trading Ltd.<br>12655 W. Jefferson Blvd.<br>#06-109<br>Playa Vista, CA 90066 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,019,104.00 |
|  | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Bybit Fintech Limited<br>1 SUPREME COURT LN<br>178879<br>SINGAPORE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Intellectual Property Dispute | $ Undetermined |
|  | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>CCJK Technologies CO., Ltd.<br>Rm 714B, KingOne Building<br>No.20 North of Nanhai Avenue<br>Nanhai District<br>Foshan, 528234<br>CHINA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,258.90 |
|  | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   FTX Trading Ltd.

Name

Case number (if known)   22-11068 (JTD)

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**

**Nonpriority creditor's name and mailing address**

CLOUDFLARE
101 TOWNSEND STREET
SAN FANCISCO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

CONSTELLAR EXHIBITIONS PTE. LTD.
1 EXPO DRIVE, #02-01
SINGAPORE, 486150
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 19,046.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**

COTTONWOOD GROVE LTD
2 PACIFIC PLACE
UNIT 3532-36, 88 QUEENSWAY
HONG KONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - Cottonwood Grove Ltd

$ 4,775,305.90

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**

COTTONWOOD TECHNOLOGIES LTD
LOWER FACTORY ROAD
ST. JOHN'S,
ANTIGUA & BARBUDA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - Cottonwood Technologies Ltd

$ 430,458,660.67

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**

EQUINIX INC
ONE LAGOON DRIVE
REDWOOD CITY, CA 94065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 0.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 97,389,709.16 |
|---|---|---|---|

FTX EUROPE AG
135 CHURERSTRASSE
8808
PFAFFIKON,
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - FTX Europe AG

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 236,522.13 |
|---|---|---|---|

FTX JAPAN HOLDINGS K.K.
3 CHOME- NISHIKICHO, KANADA, CHIYODA CITY
HIROSE BUILDING 4F
TOKYO, 010054
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - FTX Japan Holdings K.K.

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,583,609.62 |
|---|---|---|---|

FTX SWITZERLAND GMBH
CHURERSTRASSE 135
8808 PFÄFFIKON

SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - FTX Switzerland GmbH

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,527,222.49 |
|---|---|---|---|

FTX TURKEY TEKNOLOJI VE TICARET ANONIM SIRKET
MASLAK MAH. MASLAK MEYDAN SK.
BEYBI GIZ PLAZA A BLOK NO: 1 IS KAPI NO: 55
SARIYER, ISTANBUL,
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - FTX TURKEY TEKNOLOJİ VE TİCARET ANONİM ŞİRKET

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

GARY RAMM
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

GISELE CAROLINE BÜNDCHEN
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantor of the Endorsement Agreement

**Date or dates debt was incurred**     5/27/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

GOOGLE LLC
DELAINE PRADO, GENERAL COUNSEL
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

HASSANS
PO BOX 199
MADISON BUILDING
MIDTOWN
QUEENSWAY, GX11 1AA
GIBRALTAR

$ 5,742.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

HODL Media Inc.
1052 High Street
Palo Alto, CA 92301

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Indemnity Agreement

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

HUB INTL INS SERV INC
THE HANOVER INSURANCE GROUP
440 LINCOLN STREET
WORCESTER, MA 01653

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Term Sheet

**Date or dates debt was incurred**     11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22** | **Nonpriority creditor's name and mailing address**

ICC Business Corporation FZ LLC
Attn: General Manager, IBC
Street 69, Dubai Sports City, Sheikh Mohammed Bin Zayed Road
P.O. Box 500070
Dubai,
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Official Partnership Agreement

$ Undetermined

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

INDUSTRIA LLC
2261 MARKET STREET
SUITE 4403
SAN FRANCISCO, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,384.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

JONATHAN CHEESMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Indemnity Agreement

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

JONATHAN CHEESMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Indemnity Agreement

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

Jumio
395 Page Mill Road
Suite 150
Palo Alto, CA 94306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 0.00

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.27** | **Nonpriority creditor's name and mailing address**

LANDSCAPING SOLUTIONS
15325 HERRIMAN BLVD
NOBLESVILLE, IN 46060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,075.72

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

Ledger
Legal Department - Mathias Briatta
3 Rue Gretry
Paris, 75002
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 57,491.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

LEDGERPRIME DIGITAL ASSET OPPORTUNITIES MASTER FUND LP
103 SOUTH CHURCH STREET
4TH FLOOR, HARBOUR PLACE
GEORGE TOWN,
CAYMAN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - LedgerPrime Digital Asset Opportunities Master Fund LP

$ 37,309,492.20

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

LEXISNEXIS
28330 NETWORK PLACE
CHICAGO
IL, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 46,666.66

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

LMB LIMITED
#11 Old Parham Road
Parish of Saint John

ANTIGUA & BARBUDA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,782.23

**Date or dates debt was incurred**  Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | FTX Trading Ltd. | | Case number (if known) | 22-11068 (JTD) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

MACLAURIN INVESTMENTS LTD.
F20 EDEN PLAZA
1ST FLOOR
EDEN ISLAND,
SEYCHELLES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - Maclaurin Investments Ltd.

$                    159,723,783.99

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

MAILGUN TECHNOLOGIES
112 E PECAN ST. #1135
SAN ANTONIO, TX 78205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              676.67

**Date or dates debt was incurred**        Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

MCCARTHY TETRAULT
DAVID E. LEONARD, CHIEF EXECUTIVE OFFICER
66 WELLINGTON STREET WEST
SUITE 5300
TD BANK TOWER BOX 48
TORONTO, ON M5K 1E6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           49,911.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

MERCEDES-BENZ GRAND PRIX LIMITED
ATTN: Senior Legal Counsel
Operations centre
Brackley
Northants, NN13 7BD
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Agreement - Letter of Intent

$                        Undetermined

**Date or dates debt was incurred**        10/4/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

MIAMI HEAT LIMITED PARTNERSHIP
ATTN: JOHN VIDALIN
EXECUTIVE VICE PRESIDENT & CHIEF COMMERCIAL OFFICER
601 BISCAYNE BOULEVARD
MIAMI, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Counterpart and Guarantee Agreement

$                        Undetermined

**Date or dates debt was incurred**        11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|
| | MIAMI HEAT LIMITED PARTNERSHIP<br>ATTN: JOHN VIDALIN<br>EXECUTIVE VICE PRESIDENT & CHIEF COMMERCIAL OFFICER<br>601 BISCAYNE BOULEVARD<br>MIAMI, FL 33132 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Guarantee Agreement - Advertising And Promotion Agreement | |
| | **Date or dates debt was incurred**    3/22/21 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|
| | MIAMI-DADE COUNTY<br>COUNTY MAYOR'S OFFICE<br>111 NW 1ST STREET, 29TH FLOOR, SUITE 2910<br>MIAMI, FL 33128 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Guarantee Agreement - Naming Rights Agreement | |
| | **Date or dates debt was incurred**    3/22/21 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    2,900.00 |
|---|---|---|---|
| | MICROLEDGERS<br>PO Box W821<br>McKinnons<br>ST JOHN'S,<br>ANTIGUA & BARBUDA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    31,962.00 |
|---|---|---|---|
| | MONEYDRIVE PROPRIETARY LIMITED<br>GROUND FLOOR SOUTH BLOCK<br>26 BAKER STREET<br>ROSEBANK<br>GAUTENG, 2196<br>SOUTH AFRICA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $    Undetermined |
|---|---|---|---|
| | MPG Live Ltd.<br>ATTN: Director: Josip Zeljko Basci<br>Nova Ves 17 (3rd floor)<br>10 000<br>Zagreb,<br>CROATIA | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  SPONSORSHIP AGREEMENT | |
| | **Date or dates debt was incurred**    11/10/22 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

Debtor FTX Trading Ltd.    Case 22-11068-JTD   Doc 6290   Filed 01/23/24   Page 14 of 21
Case number (if known) 22-11068 (JTD)
Name

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

NORTON ROSE FULBRIGHT SOUTH AFRICA INC
15 ALICE LAN
SANDTON, 2196
SOUTH AFRICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,154.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

OSLER, HOSKIN & HARCOURT LLP
ATTN: LAWRENCE RITCHIE
PO BOX 50 1 FIRST CANADIAN PLACE
TORONTO, ON M5X 1B8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,330.00

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

PAPER BIRD INC
3500 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Paper Bird Inc

$ 116,333,832.19

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

PLAID FINANCIAL LTD.
NEW PENDEREL HOUSE 4TH FLOOR 283-288 HIGH HOLBORN
LONDON, WC1V
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,452.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

PLAY MAGNUS AS
ATTN: ARNE HORVEI, MELTWATER CHAMPIONS CHESS TOUR DIRECTOR
TORDENSKIOLDS GATE 2
OSLO, 0160
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred**     11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

Prager Metis CPAs, LLC
401 Hackensack Avenue
4th Floor
Hackensack, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

PROPER  TRUST  AG
c/o LacMont AG
ATTN: Mr. Jon Paul Richardson Director
Landis + Gyr Strasse 1
Zug, 6300
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,269.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

QUOINE PTE LTD
8 ORANGE GROVE ROAD, #06-02
SINGAPORE, 258342
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Quoine Pte Ltd

$ 20,202,087.74

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

Rio ESG Limited
8 Bloomsbury Street
3rd Floor
London, WC1B 3SR
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,715.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

SALT VENTURE GROUP, LLC
ATTN: JOHN DARSIE, MANAGING DIRECTOR
527 MADISON AVE
FLOOR 4
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address**

SAM BANKMAN-FRIED C/O MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
GREGORY T. DONILON
1105 N MARKET STREET
15TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Indemnity Agreement

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.53** | **Nonpriority creditor's name and mailing address**

SARDINE AI CORP
382 NE 191ST ST, #58243
MIAMI, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 66,446.37

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.54** | **Nonpriority creditor's name and mailing address**

SPOTIFY
DANIEL EK, CHIEF EXECUTIVE OFFICER
SPOTIFY AB
REGERINGSGATAN 19
STOCKHOLM, 111 53
SWEDEN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,230.67

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.55** | **Nonpriority creditor's name and mailing address**

STICHD SPORTMERCHANDISING BV
DE WATERMAN 2
S-HERTOGENBOSCH, 5215 MX
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,965.07

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.56** | **Nonpriority creditor's name and mailing address**

STRIPE
ATTN: LEGAL DEPARTMENT
510 TOWNSEND STREET
354 OYSTER POINT BLVD SOUTH
SAN FRANCISCO, CA 94013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 134,272.60

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

SWIFT MEDIA ENTERTAINMENT, INC.
ATTN: WALTER WANG
5340 ALLA ROAD. #100
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

TEB Capital Management, Inc.
c/o: SCS Financial Services, LLC
Attn: Peter H. Mattoon
888 Boylston Street
Boston, MA 02199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Guarantee Agreement

$ Undetermined

**Date or dates debt was incurred**   5/27/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

TLB CORPORATE SERVICES
1 GEORGE STREET – ONE GEORGE #10-01
SINGAPORE,
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 248.68

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

TRANSPERFECT (CHANCERY STAFFING)
1250 BROADWAY, 32ND FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,699.09

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

VANTA
369 HAYES ST.
SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.62** **Nonpriority creditor's name and mailing address**

VIDSY
Convene
3rd Floor, Suite #321
1 Liberty Plaza
1 Liberty Street
New York, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

WATERSHED
360 9TH STREET
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,643.83

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

WISTIA, INC.
37 HIGHLAND AVENUE
CAMBRIDGE, MA 02139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33.25

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

XREG CONSULTING- GBP
118846 AT MADISON BUILDING, MIDTOWN
QUENSWAY, GX111AA
GIBRALTAR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 59,442.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

ZUBR EXCHANGE LTD
SUITE 23, PORTLAND HOUSE
GLACIS ROAD
GX11 1AA
GIBRALTAR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Zubr Exchange Ltd

$ 88,342.78

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | FTX Trading Ltd. | Case number (if known): | 22-11068 (JTD) |
| | Name | | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____<br>☐ Not listed.  Explain | |
| 4.2 | | Line ____<br>☐ Not listed.  Explain | |
| 4.3 | | Line ____<br>☐ Not listed.  Explain | |
| 4.4 | | Line ____<br>☐ Not listed.  Explain | |
| 4.5 | | Line ____<br>☐ Not listed.  Explain | |
| 4.6 | | Line ____<br>☐ Not listed.  Explain | |
| 4.7 | | Line ____<br>☐ Not listed.  Explain | |
| 4.8 | | Line ____<br>☐ Not listed.  Explain | |
| 4.9 | | Line ____<br>☐ Not listed.  Explain | |

Debtor  FTX Trading Ltd.
Name

Case number (if known)  22-11068 (JTD)

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $                    0.00 |
|  |  | + Undetermined Amounts |
| 5b. **Total claims from Part 2** | 5b.  **+** | $           905,426,794.08 |
|  |  | + Undetermined Amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $           905,426,794.08 |
|  |  | + Undetermined Amounts |

**Fill in this information to identify the case and this filing:**

Debtor name    FTX Trading Ltd.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)   22-11068 (JTD)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑   Amended Schedule   E/F

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/23/2024
        MM / DD / YYYY

**X** /s/ Mary Cilia
Signature of individual signing on behalf of debtor

Mary Cilia
Printed name

Chief Financial Officer
Position or relationship to debtor