| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 06318348 | | 1INCH[.87772397], ALGO[ -52.605322], BADGER[.1562594], BAND[0.00330118], BCH[ -4.98654751], BNT[0.00818082], BTC[0.22244091], CRO[100], CRV[4.23744083], DAI[0.00274526], DENT[ -1856.10203576], ETH[2.83376608], ETHW[0.95963311], FTM[.22460379], HT[0.00788352], LEO[.02660763], LINK[ -1.18733697], LTC[38.25634472], MATIC[833.94911856], ORBS[308.32476876], REEF[0.00741343], SHIB[4550126.00801902], SOL[2.08498201], TRU[ -10123], UNI[3.06387254], USD[ -3416.70], USDT[707.97806115], XRP[772.56411788], XTZ[0.01545941] | | |
| 06326030 | | APT-PERP[0], DOT[0.00000001], DOT-PERP[0], ETH-PERP[0], FIL-PERP[0], FLUX-PERP[0], FTT[10762.59299696], FTT-PERP[0], HT-PERP[0], JPY-PERP[0], LINK[0.00000001], MATIC[0.00000001], NFT (301044476588884992/The Hill by FTX #29013)[1], NFT (428926868117376261/FTX Crypto Cup 2022 Key #21128)[1], SRM[.12466582], SRM_LOCKED[108.0229432], USD[58.50], XRP-PERP[0] | | |
| 06330063 | | AAPL[17.24887024], AMZN[45.574], BNB[30.61097533], BTC[0.38759467], CHZ[9.21511], CITY[29.78509355], DOT[.00104269], ETH[5.5914983], ETH-PERP[0], ETHW[5.59144427], FTT[.07972222], HT[243.29824915], NFT (413237380421130299/Belgium Ticket Stub #1799)[1], NFT (516013178218925845/FTX Crypto Cup 2022 Key #17939)[1], NFT (527711325957667662/The Hill by FTX #29255)[1], NFT (560748811139741094/Netherlands Ticket Stub #1909)[1], SRM[.16211745], SRM_LOCKED[2.83788255], TRX[1484.000002], USD[805.39], USDT[0.00051052] | Yes | |
| 06396365 | | BTC[.04085748], CRO[3760.53793937], DOGE[2908.17323624], DOT[10.65800975], ENJ[25.62292252], ETH[.03936951], ETHW[.03887919], LINK[58.69124433], MANA[142.88859412], PAXG[1.74207696], SHIB[52867610.83722979], SRM[174.55212494], SRM_LOCKED[.10484369], USD[2406.11], USDT[157.86592994], XRP[3779.28976003] | Yes | |
| 06412168 | | ETHW[3.67665061], FTT[1.36808495], SRM[29.78897515], SRM_LOCKED[.13615309], USD[0.02], USDT[0] | | |
| 06421435 | | FTT[11105.250363], SOL[.00693712], SRM[28.25808366], SRM_LOCKED[923.82191634], USDT[2.43536081] | | |
| 06422717 | | 1INCH[200.12187698], ADA-PERP[0], APE-PERP[0], APT[0], AXS[0], BEAR[2414000], BNB[.00064112], BTC-PERP[0], CHZ[509.9], CRV[204.96], ETC-PERP[0], ETH-PERP[0], FTT[27.39454], LINA[6000], MATIC-PERP[0], OP-PERP[0], RAY[404.87920014], REEF[7.694], REEF-PERP[0], REN[1000.16679], RVN-PERP[0], SHIB-PERP[0], SOL-0930[0], SOL-PERP[0], SRM[400.39734212], SRM_LOCKED[.39169868], USD[162.65], USDT[0], XMR-PERP[0] | | 1INCH[200.090942] |
| 06427586 | | FTT[7.4988932], RAY[23.15016818], SRM[28.14967459], SRM_LOCKED[.14204503], TRX[780.848486], USD[0.44], USDT[118.94617332] | | |
| 06427896 | | ETH[.761], USD[17.25], VGX[654] | | |
| 06464665 | | BTC[0.00024776], BTC-PERP[0], ETH[0], ETH-PERP[0], ETHW[0], FTT[150.07895713], FTT-PERP[0], SOL-PERP[0], SRM[.04545098], SRM_LOCKED[39.38328926], USD[ -1.04], USDT[0] | | |
| 06475533 | | ADABULL[7.6], BULL[.2439512], DOGEBULL[258.9482], ENS[1.9996], ETHBULL[1], FTT[27.5953836], GALA[239.952], LEO[12.999], LINK[2.9994], LINKBULL[24995], MANA[39.9948], PERP[48.69708], RAY[162.16875042], SPELL[9800], SRM[30.16717283], SRM_LOCKED[.15830551], SUSHI[9.998], THETABULL[3400], TRX[.017539], USD[26.20], USDT[1.57245538] | | |
| 06482525 | | BTC[0.00052221], USD[10.21], USDT[2.00008889] | | |
| 06494852 | | FTT[9.39], MRNA[1.42], RAY[127.77567591], SRM[103.72472348], SRM_LOCKED[.51231473], USD[0.11], USDT[0] | Yes | |
| 06515522 | | TRX[.000013], USD[0.02] | | |
| 06517087 | | APE[5289.2129], AVAX[22.12085030], ETH[0.00093222], ETHW[29], FTT[1000.04033308], LTC[4.9649004], SOL[815.06083073], SRM[11221.04433108], SRM_LOCKED[123.61100712], USD[0.14], XRP[411.714] | | AVAX[21.989381], SOL[.93219266] |
| 06518477 | | USD[0.88] | | |
| 06528294 | | 1INCH[150.27292758], AAVE[4.00153655], ALGO[600.08785671], APE[10.00032000], APT[4.08608690], ATLAS[6000], ATOM[25.04058607], AVAX[50.02659087], AXS[4], BAO[1], BNB[1.80500290], BTC[1.28001194], CHZ[100], CRV[80], DOGE[1500.76327587], DOT[140.02682720], ENJ[49.99997601], ETH[7.66324154], ETHW[3.80030072], FTM[300], FTT[24.99997197], GALA[800], GRT[300.74333809], HNT[20], LDO[20.00003802], LEO[10], LINK[170.15423351], LOOKS[711.20725875], LTC[3.00515122], MANA[149.99995896], MATH[1], MATIC[650.22719584], MKR[0.10052280], NEAR[20], PERP[80.00004097], RAY[203.08257833], REN[500.95766867], RSR[2.00000228], SAND[80.18346561], SHIB[3000000], SNX[10], SOL[70.03271991], SRM[150.25199992], SRM_LOCKED[.42490043], SUSHI[50], TRX[5043.13048026], UNI[19.06321344], USD[0.00], USDT[10.01412507], XRP[500.20320592] | | |
| 06529313 | | BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], FTT[30.05886347], KLAY-PERP[0], LUNC-PERP[0], SRM[.7319278], SRM_LOCKED[26.5680722], USD[2967.96] | Yes | |
| 06535288 | | AKRO[2], BAO[231], CHZ[1], DENT[56], FTT[.00000921], GHS[ -0.77], KIN[218], MATIC[0], RSR[22], SRM[.000756], SRM_LOCKED[.01820844], UBXT[8], USD[0.00], USDT[0.00001001] | Yes | |
| 06535464 | | FTT[.00366], SRM[1.11720564], SRM_LOCKED[34.88279436] | Yes | |
| 06536932 | | APE[0.00000008], USD[478140.05] | | |
| 06542479 | | FTT[0.01110216], NFT (452021569603017469/The Hill by FTX #42944)[1], SRM[.95276304], SRM_LOCKED[38.39857356], USD[0.00] | Yes | |
| 06546570 | | FTT[0.01999193], NFT (551449581427302124/The Hill by FTX #42885)[1], SRM[.8862912], SRM_LOCKED[38.39857356], USD[0.00] | Yes | |
| 06568524 | | FTT[0], RAY[0], SOL[0], SRM[0.00385049], SRM_LOCKED[.09960979], USD[0.00], USDT[0] | | |
| 06588551 | | 1INCH[283.04392073], APE[1.95151725], BAND[48.80817768], BNB[6.21258034], BTC[.02186525], DOGE[904.93428116], EOS-PERP[0], ETH-PERP[0], FTM[80.52830055], FTT[23.39694733], GMT[34.53684417], MANA[62.51142147], MATIC[78.32202766], NEAR[.0070858], SHIB[6701660.73], SOL[10.41347173], SRM[182.21798739], SRM_LOCKED[.75867992], SUSHI[77.3761325], SXP[151.78037015], TLM[2076.8862], TRX[78], USD[1.05], USDT[0.00000002], XRP[713.529098] | | |
| 06597652 | | ETC-PERP[1], ETH[0], ETH-PERP[1], FIL-0930[0], FTT[70404.43221333], FTT-PERP[50001], SRM[.76508035], SRM_LOCKED[553.97080668], TRX[1000], USD[ -85064.03], USDT[0] | | |
| 06605194 | | PYTH_LOCKED[2500000] | | |
| 06610838 | | 1INCH-PERP[0], AAVE-PERP[0], ALGO-PERP[0], APE-PERP[0], AR-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BTC-PERP[0], CHZ-PERP[0], COMP-PERP[0], ETH[0.00073381], ETH-PERP[0], FIL-PERP[0], FTT[.08771232], FXS-PERP[0], GMT-PERP[0], LDO-PERP[0], LOOKS-PERP[0], LUNA2-PERP[0], OP-PERP[0], PAXG[441.383], PUNDIX-PERP[0], SRM[1.99929445], SRM_LOCKED[99.76070555], USD[1533177.66], USDT[308714.3359025] | | |
| 06612019 | | TRX[.101249], USD[0.02], USDT[0.00535481] | | |
| 06615252 | | 1INCH[12.00117116], AXS[1.20992907], BTC[0.00023940], CEL[32.46745025], DOT[1.72081042], EUR[0.00], FTM[25.38783981], LOOKS[93.60729554], RAY[31.62500310], SRM[24.51638278], SRM_LOCKED[.10589551], STG[18.97617857], SXP[20.95941725], TRYB[198.77759394], USDT[0], XRP[71.82536559] | | 1INCH[11.993863], AXS[1.170117], DOT[1.71306], FTM[25.336103], TRYB[196.609875], XRP[71.779393] |
| 06643603 | | 1INCH-PERP[0], AAVE-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB[600], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BRZ[0], BRZ-PERP[0], BTC[0], BTC-PERP[0], BTT-PERP[0], C98-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DAWN-PERP[0], DENT-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EDEN-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETH[100], ETH-PERP[0], ETHW[0], ETHW-PERP[0], FIDA-PERP[0], FTM-PERP[0], FTT[0.11929666], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HNT-PERP[0], HOLY-PERP[0], HT[12854.3], HT-PERP[0], IMX-PERP[0], KBTT-PERP[0], KSHIB-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC-PERP[0], MEDIA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTL-PERP[0], NEAR-PERP[0], OKB[2000], OKB-PERP[0], OMG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR-PERP[0], RSR-PERP[0], SAND-PERP[0], SECO-PERP[0], SHIB-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[3.86833647], SRM_LOCKED[1277.98871959], SRM-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TLM-PERP[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX[863546], TRX-PERP[0], UNI-PERP[0], USD[2.47], USDT[0.00398144], USDT-0930[0], USDT-1230[0], WAVES-PERP[0], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0], ZRX-PERP[0] | | |
| 06653619 | | BTC[.00495574], DAI[.06967294], ETH[.064], FTT[.08690121], SRM[1.49947102], SRM_LOCKED[74.82052898], TRX[.033606], USD[3793141.64], USDT[2509425.16075855] | | |
| 06656470 | | MATIC[340.3866692], SRM[342.2628113], SRM_LOCKED[.52026329], USD[0.00] | | |
| 06657710 | | ATOM-PERP[0], BTC[25.00045], BTC-PERP[0], CEL-PERP[0], EOS-PERP[0], ETH[167.624625], ETH-PERP[0], ETHW[.0003], ETHW-PERP[0], FTT[500], FTT-PERP[0], KNC-PERP[0], LDO-PERP[0], MATIC-PERP[0], OP-PERP[0], SOL[292.23], SRM[.49039283], SRM_LOCKED[24.46960717], UNI-PERP[0], USD[49946.32] | | |
| 06661326 | | AUD[0.02], BTC[0.00001485], USD[0.01] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 06688745 | | AAVE[.0083736], AAVE-PERP[0], ADA-1230[0], ADA-PERP[0], APT-PERP[0], BTC-1230[0.00069999], BTC-PERP[ -0.00070000], ETH-1230[0], ETH-PERP[0], ETHW[.00230062], ETHW-PERP[ -0.09999999], FTT[1000], FTT-PERP[ -999.60000000], GMT-PERP[0], IMX-PERP[0], LINK-1230[0], LINK-PERP[0], LTC[.0560464], LTC-PERP[ -0.04999999], MATIC[.12964], MATIC-PERP[0], MKR-PERP[0], SOL-1230[0.04000000], SOL-PERP[0.02999999], SRM[.10189745], SRM_LOCKED[12.61810255], SUSHI[.01374], SUSHI-PERP[0], USD[22355.80], XRP-1230[0], XRP-PERP[0] | | |
| 06692184 | | BAO[14], BTC[0.00592773], BTT[0], CHZ[28.82240884], DENT[0], DOGE[1015.84097764], DOT[0], ETH[0.10378164], ETHW[0], FTT[0.36172346], GME[0], HBB[0], MANA[7.16772948], MXN[108.10], NFT (571463218855908880/The Hill by FTX #45218)[1], RAY[281.68697005], RSR[0], SAND[5.75705063], SHIB[36376783.47793813], SOL[0.00001103], SRM[0.00006180], SRM_LOCKED[.02678061], TRX[124.97174948], TSM[0], UBXT[1], USD[0.00], XRP[0] | Yes | |
| 06692868 | | TRX[.000014], USD[0.00] | | |
| 06699185 | | USD[0.57], USDT[ -0.00393989] | | |
| 06699964 | | USD[0.01] | | |
| 06707052 | | FTT[150.07876596], SRM[.1800419], SRM_LOCKED[18.35369213], USDT[0] | Yes | |
| 06708854 | | BTC[.49902362], FTT[984.33760076], SRM[.37114123], SRM_LOCKED[20.62885877] | Yes | |
| 06721041 | | ATOM[.000556], AUD[0.00], FTT[2463.04122894], MATIC[2.63192472], NEAR[.002229], SOL[234.70956644], SRM[.2950961], SRM_LOCKED[18.4249039], USD[1275.70] | | SOL[84.37340784], USD[1272.65] |
| 06726250 | | AVAX[11580.588971], CHZ[568815.6881], FTT[35673.308742], SRM[9.58447784], SRM_LOCKED[419.59552216], TRX[.000093], USD[361728.55], USDT[.00875] | | |
| 06728465 | | USD[0.51], USDT[0.76647427] | | |
| 06729632 | | ADA-PERP[0], BCH[.00022656], BCH-PERP[0], BNB[.0073298], BNB-PERP[0], BSV-PERP[0], BTC[12.32051041], BTC-PERP[0], DASH-PERP[0], DOGE[.0614126], DOGE-PERP[0], DOT[.052533], DOT-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[.00092849], ETH-PERP[0], ETHW[.00039689], FTT[85342.5017574], FTT-PERP[0], HT[.076925], HT-PERP[0], LINK[.247179], LINK-PERP[0], LTC[.0029695], LTC-PERP[0], SOL[.0054376], SOL-PERP[0], SRM[6.47920892], SRM_LOCKED[267.00079108], TRX[.64665], TRX-PERP[0], UNI[.0151675], UNI-PERP[0], USD[32064.35], USDT[0.00631796], USDT-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP[.00018], XRP-PERP[0], XTZ-PERP[0], ZEC-PERP[0] | | |
| 06730342 | | AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC-PERP[0], CHZ-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[.0000031], FTT-PERP[0], GRT-PERP[0], HNT-PERP[0], ICP-PERP[0], LINK-PERP[0], LTC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL-PERP[0], SRM[.59850526], SRM_LOCKED[37.44149474], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[340850.38], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XTZ-PERP[0] | | |
| 06730894 | | 1INCH[0], 1INCH-PERP[0], AAPL[0], AAVE[0], ABNB[0], ADA-PERP[0], ALT-PERP[0], AMPL[0], AMZN-0930[0], AMZN-1230[0], APE-PERP[0], APT-PERP[0], ARS[0.00], ASD[0], ATOM[0], ATOM-0930[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BCH[0], BCH-PERP[0], BNB[0], BOLSONARO2022[0], BRZ[0], BTC[0.00024962], BTC-0331[0], BTC-0930[0], BTC-1230[0], BTC-PERP[ -0.00019999], CAD[0.00], CAKE-PERP[0], CEL[0], CEL-1230[0], CELO-PERP[0], CEL-PERP[0], CHF[0.00], CHZ-PERP[0], COMP-PERP[0], DAI[0], DOGE[0], DOGE-PERP[0], DOT[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00364460], ETH-0331[0], ETH-0930[0], ETH-1230[0], ETH-PERP[0], ETHW[0], ETHW-PERP[0], EUR[0.00], FIL-PERP[0], FTM[0], FTM-0930[0], FTM-PERP[0], FTT[0], FTT-PERP[0], GBP[0.00], GME[0], GMT-PERP[0], GOOGL-1230[0], GRT[0], HKD[0.00], HOOD[0], HT[0], HT-PERP[0], JPY[0.00], KIN[0], KNC[0], KSM-PERP[0], LEO-PERP[0], LINK[0], LINK-1230[0], LINK-PERP[0], LOOKS[0], LOOKS-PERP[0], LRC-PERP[0], LTC[0], LTC-0930[0], LTC-PERP[0], LUNC-PERP[0], MATIC[0], MATIC-PERP[0], MKR[0], MOB[0], MRNA[0], MSTR[0], MXN[0.00], NFLX[0], NVDA[0], OKB[0], OKB-PERP[0], OMG[0], RAY[0], RSR[0], RSR-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-1230[0], SNX[0], SOL[0], SOL-0930[0], SOL-1230[0], SOL-PERP[0], SQ[0], SRM[2.77378508], SRM_LOCKED[.00476883], SRM-PERP[0], STMX-PERP[0], SUSHI[0], SUSHI-PERP[0], TOMO[0], TONCOIN-PERP[0], TRX[0], TRX-0930[0], TRX-1230[0], TRX-PERP[0], TRY[0.00], TRYB[0], TSLA[.01460871], TSLA-0930[0], TSLA-1230[0], UNI[0], USD[10.87], USDT[0.00000001], USO-1230[0], USTC-PERP[0], VET-PERP[0], XRP[0], XRP-0930[0], XRP-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0] | | TSLA[.009917] |
| 06740233 | | ETH[0], FTT[0], SRM[.29724949], SRM_LOCKED[27.11228368], USD[181.07], USDT[0], XRP[0] | | |
| 06755591 | | BTC[0.00000051], ETH[0.00774912], ETHW[0.00000082], USD[0.00], USDT[1.20071515] | | |
| 06769283 | | AUD[0.01], BTC[0.00000065] | | |
| 06778259 | | APT-PERP[0], AVAX[0], BTC[0], ETH[0], ETHW[0], ETHW-PERP[0], FTT[0.00000001], FTT-PERP[0], SRM[.0887451], SRM_LOCKED[9.046782], USD[0.00], USDT[0], XRP[0] | Yes | |
| 06779058 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], APE-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[832.2], BNB-PERP[0], BTC-PERP[0], C98-PERP[0], CELO-PERP[0], CHR-PERP[0], COMP-PERP[0], CRV-PERP[0], CVX-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], GALA-PERP[0], GAL-PERP[0], GMT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOT-PERP[0], IMX-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KNC-PERP[0], KSM-PERP[0], LDO-PERP[0], LINA-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2-PERP[0], MANA-PERP[0], MATIC-PERP[0], MKR-PERP[0], MTL-PERP[0], NEAR-PERP[0], OMG-PERP[0], OP-PERP[0], PEOPLE-PERP[0], QTUM-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], ROSE-PERP[0], RSR-PERP[0], RVN-PERP[0], SAND-PERP[0], SKL-PERP[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[.28374626], SRM_LOCKED[17.71625374], SRM-PERP[0], STG-PERP[0], STMX-PERP[0], STORJ-PERP[0.98619999], SUSHI-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRX[.100894], UNI-PERP[0], USD[0.59], USDT[3.95527338], WAVES-PERP[0], XEM-PERP[0], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0] | | |
| 06782477 | | USD[0.51], USDT[0.96654753] | | |
| 06783421 | | USD[0.01], USDT[0.00000039] | | |
| 06784010 | | BNB[658.00683299], BTC[0], ETH[.00394625], ETHW[530.02145354], FTT[55001.29925462], SRM[4.05833728], SRM_LOCKED[1171.91331391], TRX[.90183541], USD[8004.06], USDT[4.26081798] | Yes | |
| 06785781 | | AGLD-PERP[0], BNB[0], BTC[0], BTC-PERP[0], CEL[0], CHZ[0], FTT[6.57122600], LUNC-PERP[0], RAY[0], SOL[0], SRM[.00001278], SRM_LOCKED[.00032393], TRX[0], USD[0.00], USDT[ -0.00000033], USTC-PERP[0] | Yes | |
| 06793143 | | USD[497.51], USDT[1496] | | |
| 06797949 | | BTC[0.00000074], BTC-MOVE-1016[0], FTT-PERP[0], MATIC[0.60474299], USD[98036.06] | | |
| 06805260 | | AVAX[335.43885276], BCH[34.57783969], BNB[8.1659653], BRZ[57024.06158077], BTC[0.89834342], DOGE[36703.00535], DOT[575.379708], ETH[3.56608977], EUR[7088.21], FTT[3251.974404], JPY[7369684.20], LINK[374.364214], LTC[60.9635328], SOL[190.58334144], SRM[.10189745], SRM_LOCKED[12.61810255], TRX[.000034], TRY[80505.95], UNI[498.5494355], USD[74583.15], USDT[85386.49650544], XRP[8393.62977] | | |
| 06807885 | | USD[0.53], USDT[.82] | | |
| 06815228 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALT-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB-PERP[0], BSV-PERP[0], BTC-PERP[0], BTT-PERP[0], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CHR-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-PERP[0], DOGE[107.69301846], DOGE-PERP[0], DOT-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], ETHW-PERP[0], EXCH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[25.095], FTT-PERP[0], FXS-PERP[0], GLMR-PERP[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-PERP[0], ICP-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KBTT-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-PERP[0], PERP-PERP[0], PRIV-PERP[0], PROM-PERP[0], QTUM-PERP[0], RAY-PERP[0], REN-PERP[0], RNDR-PERP[0], RON-PERP[0], ROSE-PERP[0], RUNE-PERP[0], SAND-PERP[0], SCRT-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM-PERP[0], STEP-PERP[0], STG-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TOMO-PERP[0], TRU-PERP[0], TRX[5], TRX-PERP[0], TRYB-PERP[0], UNI-PERP[0], UNISWAP-PERP[0], USD[5010.84], USDT[0], USDT-PERP[0], VET-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 06820892 | | SRM[13001.41775889], SRM_LOCKED[37.10283212] | Yes | |
| 06821379 | | FTT[.06651069], SRM[.0443685], SRM_LOCKED[3.0756315], TRX[.000036], USDT[0] | Yes | |
| 06833975 | | ALGO[10766], ALGO-PERP[0], APT[487], BRZ[2608.1906638], FTT[616.3], SRM[.0759276], SRM_LOCKED[2.9240724], SUSHI[2619], USD[30.22], USDT[0.05290892] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 06857015 | | 1INCH-1230[0], 1INCH-PERP[0], AAPL-1230[0], AAVE-1230[0], AAVE-PERP[0], ABNB-1230[0], ACB-1230[0], ADA-1230[0], ADA-PERP[105], AGLD-1230[0], ALCX-PERP[0], ALGO-PERP[120], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMC-1230[0], AMD-1230[0], AMPL[0], AMPL-PERP[0], AMZN-1230[0], APE-PERP[0], APT-PERP[0], ARKK-1230[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-1230[0], AVAX-PERP[0], AXS-1230[0], BABA-1230[0], BADGER-PERP[0], BAL-1230[0], BAL-PERP[0], BAND-PERP[0], BB-1230[6.4], BCH-1230[0], BCH-PERP[0.39600000], BILI-1230[0], BITO-1230[0], BIT-PERP[ -82], BNB-1230[0], BNB-PERP[0], BNT-PERP[0], BNTX-1230[0], BOBA-PERP[0], BRZ-PERP[0], BSV-1230[ -3.44999999], BSV-PERP[0], BTC-0331[0], BTC-MOVE-1027[0], BTC-MOVE-1028[0], BTC-MOVE-2022Q4[0], BTC-MOVE-2023Q1[0], BTC-MOVE-2023Q2[0], BTC-MOVE-WK-1014[0], BTC-MOVE-WK-1104[0], BTC-MOVE-WK-1111[0], BTC-MOVE-WK-1118[0], BTC-MOVE-WK-1125[0], BTC-PERP[0], BTT-PERP[965000000], BYND-1230[0], C98-PERP[0], CAKE-PERP[0], CEL-1230[0], CELO-PERP[0], CEL-PERP[0], CHZ-1230[0], CHZ-PERP[0], CLV-PERP[0], COMP-1230[0], COMP-PERP[2.3334], CREAM-PERP[0], CRON-1230[0], CRO-PERP[0], CRV-PERP[0], CVC-PERP[0], CVX-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-1230[0], DEFI-PERP[0], DENT-PERP[0], DKNG-1230[0], DODO-PERP[0], DOGE-1230[0], DOGE-PERP[4651], DOT-1230[0], DOT-PERP[0], DRGN-PERP[0], DYDX-PERP[0], EGLD-PERP[3.60999999], ENJ-PERP[0], ENS-PERP[0], EOS-1230[0], EOS-PERP[0], ETC-PERP[0], ETH-0331[0], ETH-1230[0], ETHE-1230[0], ETH-PERP[0], ETHW-0[0], ETHW-PERP[ -16.59999999], EXCH-1230[0], EXCH-PERP[0], FB-1230[0], FIDA-PERP[0], FIL-1230[0], FIL-PERP[18.60000000], FLM-PERP[ -96.60000000], FLOW-PERP[0], FLUX-PERP[0], FTM-1230[0], FTM-PERP[149], FTT[36.57038958], FTT-PERP[0], FTXDXY-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GBTC-1230[ -0.02000000], GDX-1230[0], GDXJ-1230[0], GLD-1230[0], GLMR-PERP[0], GME-1230[120.59], GMT-1230[0], GMT-PERP[0], GOOGL-1230[0], GRT-1230[0], GRT-PERP[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], INJ-PERP[0], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KBTT-PERP[0], KLUNC-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LDO-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-1230[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-1230[0], LTC-PERP[0], LUNA2-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[9], MEDIA-PERP[ -3.85], MID-1230[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0.00899999], MNGO-PERP[0], MOB-PERP[0], MRNA-1230[0], MSTR-1230[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-1230[0], NEAR-PERP[0], NEO-PERP[0], NFLX-1230[0], NIO-1230[0], NOK-1230[0], NVDA-1230[0], OKB-1230[0], OKB-PERP[0], OMG-1230[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-1230[0], OP-PERP[0], OXY-PERP[0], PAXG-PERP[0], PENN-1230[0], PEOPLE-PERP[0], PERP-PERP[0], PFE-1230[0], PRIV-1230[ -0.18], PRIV-PERP[0], PROM-PERP[ -29.07], PUNDIX-PERP[0], PYPL-1230[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR-PERP[0], RON-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], RVN-PERP[0], SAND-PERP[506], SC-PERP[0], SCRT-PERP[0], SECO-PERP[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SLV-1230[0], SNX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SPY-1230[0], SQ-1230[0], SRM[200.42966798], SRM_LOCKED[45483294], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-1230[0], SUSHI-PERP[0], SXP-1230[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-1230[0], TRX-PERP[0], TRYB-PERP[0], TSLA-1230[0], TSM-1230[0], TWTR-1230[0], UBER-1230[0], UNI-1230[0], UNI-PERP[0], UNISWAP[0], UNISWAP-PERP[0], USD[2664.36], USDT-1230[0], USDT[1557.96974044], USDT-PERP[0], USO-1230[0], USTC-PERP[2140], VET-PERP[3684], WAVES-PERP[0], WSB-1230[0], XAUT-PERP[ -0.04], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-1230[0], XRP-PERP[10], XTZ-1230[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZM-1230[0] | | USDT[10] |
| 06866209 | | FTT[915.62540378], SRM[.99964724], SRM_LOCKED[49.88035276], TRX[.000001], USD[0.00], USDT[6.30350994] | Yes | |
| 06866893 | | FTT[.00973751], SRM[.28374626], SRM_LOCKED[17.71625374], USD[2944.46] | Yes | |
| 06872107 | | EUR[0.00], RAY[9.5098927], SRM[10.33498985], SRM_LOCKED[.03385113], USDT[.0136142] | Yes | |
| 06876727 | | DOGE-PERP[0], SOL[.002796], USD[7.62] | | |
| 06877293 | | DENT[1], KIN[1], TRX[.52475835], USD[12945.21], USDT[4.92340806] | Yes | |
| 06878308 | | AUD[0.00], FTT[.08007372], SRM[.3049155], SRM_LOCKED[17.61396123], USD[1.93] | Yes | |
| 06880519 | | BRZ[279971.69287612], BTC[2], USD[1.63], USDT[30.71443933] | | |
| 06899323 | | BTC[0], BTC-PERP[0], DAI[.04613537], ETH[0], ETH-1230[0], ETH-PERP[0], FTM-PERP[0], FTT[1000.02603449], FTT-PERP[0], OKB[0], OKB-PERP[0], SOL[0], SOL-PERP[0], SRM[.09779916], SRM_LOCKED[56.49531493], STETH[0.00008818], TRX[10], USD[3269620.88], USDT[0.00291163], WAVES-1230[1], XAUT[0], XAUT-PERP[0] | | DAI[.04613046], USD[3210211.51] |
| 06899738 | | TRX[.000005], USD[0.02], USDT[.09] | | |
| 06899993 | | USD[0.02] | Yes | |
| 06900055 | | TRX[.000013], USD[0.00], USDT[0.00000007] | | |
| 06900064 | | FTT[0], USD[0.00], XRP-PERP[0] | | |
| 06900399 | | TRX[.00001], USD[0.01] | | |
| 06900992 | | FTT[0.01871186], TRX[.000006], USD[0.95], USDT[0.13919372] | | |
| 06901460 | | FTT[4.099221], USD[0.78], USDT[100] | | |
| 06901640 | | USD[0.01], USDT[.001845], XRP-PERP[0] | | |
| 06902233 | | CAD[0.01], TRX[.000006] | | |
| 06904574 | | BTC-0930[0], CHZ-0930[0], COMP-0930[0], ETHW-PERP[0], SRM[.07909655], SRM_LOCKED[.00096039], STG-PERP[0], USD[ -0.02], USDT[0] | | |
| 06906585 | | FTT[.03232], USD[0.35], USDT[5801.13895804] | | |
| 06918640 | | ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC[.000005], BTC-PERP[0], CEL-PERP[0], ETH-PERP[0], FTM-PERP[0], FTT[1000.88876], FTT-PERP[0], GMT-PERP[0], LINK-PERP[0], LTC-PERP[0], MATIC-PERP[0], NEAR-PERP[0], PUNDIX-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[.10189745], SRM_LOCKED[12.61810255], TRX-PERP[0], USD[23446.32], XRP-PERP[0] | | |
| 06930745 | | APT-PERP[0], BAND-PERP[0], BTC-PERP[0], CHZ-PERP[0], DOGE-PERP[0], ETH-PERP[0], FTT[1000.10364542], FTT-PERP[0], HT-PERP[0], KSHIB-PERP[0], LINA-PERP[0], LRC-PERP[0], MATIC-PERP[0], PEOPLE-PERP[0], SRM[.90231361], SRM_LOCKED[56.33768639], SUSHI-PERP[0], USD[370675.95], USTC-PERP[0] | Yes | |
| 06939524 | | ADA-PERP[0], FTT[10.72], RAY[109.05205455], SOL[1.44], SRM[78.15103699], SRM_LOCKED[.14814091], TRX[.000028], USD[0.09], USDT[0] | | |
| 06939739 | | FTT[1203.22145378], HT[.06921818], JST[16.08376104], LUNC-PERP[0], MAGIC[.1280824], SOL[.00765176], SRM[.89651412], SRM_LOCKED[9.26564399], TRX[.3717854], USD[0.02], WRX[.1971253] | Yes | |
| 06941409 | | FTT[0.20800874], RAY[4.35577689], SOL[0.08886967], SRM[0.52877362], SRM_LOCKED[.0010034] | | SOL[.00004356] |
| 06943113 | | DOGE[56126.01], FTT[513.98578874], SRM[.09435601], SRM_LOCKED[9.26564399] | | |
| 06957840 | | BNB[800.00986057], BTC[100.15511340], ETH[582.22554987], FTT[750.85], SRM[.10473513], SRM_LOCKED[15.383869], USD[53235.93], USDT[0] | | ETH[582.039436] |
| 06961723 | | SRM[.00385242], SRM_LOCKED[.3034717] | | |
| 06963547 | | ETH[0], SRM[769.09592532], SRM_LOCKED[1.66370443] | Yes | |
| 06965708 | | ATOM-PERP[8874.73000000], DOGE[.06605], ETH-PERP[109.755], FTT[1532.9514725], FTT-PERP[0], LINK-PERP[0], NEAR-PERP[0], PERP[19222], SRM[.44755783], SRM_LOCKED[36.99244217], SUSHI[5411.403925], THETA-PERP[0], TRX[2977.000029], USD[ -210144.34], USDT[5822.15928323], XRP-PERP[0] | | |
| 06966146 | | BNB[0], BTC[0.00000001], ETH[.00000001], FTT[.04001953], SRM[.04011458], SRM_LOCKED[6.31988542], USD[0.00] | Yes | |
| 06977985 | | BNB[39.61], ETH[0.33747100], ETH-PERP[0], FTT[150], SOL[185.51092755], SRM[.01967889], SRM_LOCKED[3.10032111], USD[0.00], USDT[ -1.35013302], XRP[11516] | | |
| 06990909 | | BAO[210007], FTT[33.3965359], KIN[2], RAY[198.55288333], SRM[144.13513931], SRM_LOCKED[.15897577], TRX[.000049], USDT[0.29578985] | | |
| 06992056 | | TRX[.000091], USD[0.00], USDT[30991.88701532] | | |
| 06998789 | | USD[0.21], USDT[0.24442915] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07002585 | | APE[0], BTC[0], DOGE[0], ETH[0], SRM[.29834196], SRM_LOCKED[24.42165804], TRX[.000444], USD[0.26], USDT[0], XRP[0] | | |
| 07003520 | | FTT[0], SRM[.02736652], SRM_LOCKED[23.71310402], USD[0.00], USDT[0.00000001], XRP[0.06049385] | Yes | |
| 07008102 | | CHZ[199.99], FTT[18.19313423], RAY[59.72859583], SRM[186.76766323], SRM_LOCKED[.14264282], USD[0.34], USDT[0.00000001] | | |
| 07009084 | | BTC[.00010841], DOT[.07690128], ETH[.00040827], FTT[2], LINK[.099244], SRM[1.92779229], SRM_LOCKED[.00313571], TRX[324], USDT[0.11418123] | | |
| 07010419 | | RAY[.00000001], SRM[.00022024], SRM_LOCKED[.09542655] | | |
| 07022755 | | RSR[1], SRM[.09072691], SRM_LOCKED[8.90927309], USDT[0] | Yes | |
| 07026893 | | AAVE-PERP[0], ALCX-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BTC[0], BTC-PERP[0], DOGE[0], DOGE-PERP[0], ETH[0], ETH-PERP[0], FTT[1000.10578], FTT-PERP[ -21000], KLAY-PERP[0], LINK-PERP[0], SOL-PERP[ -932.08999999], SRM[.10189745], SRM_LOCKED[12.61810255], SUSHI-PERP[0], USD[134951.25] | | |
| 07030650 | | BNB[.00828509], BTC[.04930936], FTM[.04145174], FTT[150.00325668], HT[10149.72297588], SOL[12.67562456], SRM[.09435601], SRM_LOCKED[9.26564399], USD[0.39], USDT[2.29999975], XRP[0] | | |
| 07033935 | | BTC[0.00025238], BTC-PERP[0], BVOL[.001], ETH-PERP[0], FTT[.51016106], LINKBULL[2000], USD[3.51], USDT[6.51438785] | | |
| 07043862 | | AAVE[800.074448], ALGO[450001.89113180], APE[8000.94682399], AUD[3601853.25], AVAX[15003.29520001], AXS[3038.10887317], BAND[4230.93908708], BNB[501.17571539], BTC[520.06206722], DOGE[7034125.34712195], DOT[30011.95243196], ETH[4051.19719848], FTM[501115.46018044], FTT[5467.18940392], FTT-PERP[0], GALA[2500000], HT[467.47727145], LINK[48006.30384], LTC[1000.67564226], MANA[240000], MATIC[123656.80620296], NEAR[30000], RSR[1216678.1338064], SAND[100000], SHIB[12000000000], SOL[8005.93197792], SRM[.14769495], SRM_LOCKED[28.43948395], SUN[105146.83133888], TRX[272391.76497807], TRYB[187920.89900332], USD[289909.59], XRP[7300165.62731398] | | |
| 07055955 | | ATOM[508.145803], ATOM-PERP[0], AUDIO[20020.5], AUDIO-PERP[0], AVAX[200.804], AVAX-PERP[0], AXS[340.52], AXS-PERP[0], BAT[15656], BAT-PERP[0], BIT[18052], BIT-PERP[0], BNB[20.68451115], BNB-PERP[0], BTC[4.18227898], BTC-PERP[0], CRO[13410], DOGE[20640], DOGE-PERP[0], DOT[1570.22], DOT-PERP[0], ENJ[16673.553147], ENJ-PERP[0], ETH[5.387872], ETH-PERP[0], FTM[44184.8], FTM-PERP[0], FTT[2540.07], FTT-PERP[0], HT[520.05221021], HT-PERP[0], KNC[4021.34773395], KNC-PERP[0], LINK[927.53554639], LINK-PERP[0], LRC[3464], LRC-PERP[0], LTC[95.149], LTC-PERP[0], MANA[12659.57], MANA-PERP[0], MKR[.0007], MKR-PERP[0], NEAR[2597.99], NEAR-PERP[0], OKB[7.8], OMG[986.8], OMG-PERP[0], SAND[3744.09767927], SAND-PERP[0], SOL[128.99], SOL-PERP[0], SRM[.04844325], SRM_LOCKED[6.01155675], STG[.35], STG-PERP[0], TRX[.000019], USD[17345.39], USDT[10.00617543], XRP[11532.8], XRP-PERP[0], YFI[.24857], YFI-PERP[0], ZRX[9249], ZRX-PERP[0] | | |