| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07091699 | | BAT[49938.03470928], CHZ[198865.37613702], DAWN[3237.48091374], SRM[13545.29220856], SRM_LOCKED[7.39193291], USD[1.11] | Yes | |
| 07132621 | | BNT[0], BNT-PERP[0], CHZ-PERP[0], ETHW[491.4], ETHW-PERP[ -491.4], GRT[24134], GRT-PERP[ -24134], KSHIB[254900], KSHIB-PERP[ -254847], OMG[0], OMG-PERP[0], SOL[0], SOL-PERP[0], TRX[.000032], TRX-PERP[0], TRYB[0], TRYB-PERP[0], USD[55529.54], USDT[0] | | |
| 07134820 | | RAY[570.28986299], SOL[23.02646574], SRM[117.05720023], SRM_LOCKED[.05677344] | | |