| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00013483 | | USDT[0.05217088] | | |
| 00014234 | | USD[0.01] | | |
| 00024456 | | EUR[9.84], USD[11.96], USDT[83] | | |
| 00043788 | | BTC[0.00000044] | | |
| 00055156 | | AVAX[.0051], BTC[0.00380034], ETH[0.00009135], SOL[0.00101006], USD[0.74], XRP[.0068] | | |
| 00073826 | Contingent, Disputed | USD[1.99], USDT[11] | | |
| 00074478 | | BTC[0.00000027], USD[0.00] | Yes | |
| 00115875 | | USD[0.17] | | |
| 00115907 | | BTC[.00000621], WBTC[0.00000070] | | |
| 00115921 | | BTC[0], WBTC[.00000038] | | |
| 00115971 | | WBTC[0.00000036] | | |
| 00115998 | | BTC[.01000033], WBTC[0.00000008] | Yes | |
| 00116058 | | USD[0.00] | | |
| 00116099 | | BTC[0.00000036], WBTC[0.00000036] | | |
| 00116101 | | BTC[.00000075], WBTC[0] | | |
| 00116194 | | BTC[0.00000677], WBTC[0.00000008] | | |
| 00116205 | | WBTC[0.00000006] | Yes | |
| 00116240 | | BTC[0.00019011], USD[2.21], USDT[.300203], WBTC[0.00005076] | | |
| 00116288 | | BTC[.00038395] | | |
| 00116653 | | USD[1.00] | | |
| 00116830 | | BTC[.00000088], DAI[150.00004453], SOL[.003397], USD[0.00], WBTC[0] | | |
| 00116968 | | SOL[0.00000016] | | |
| 00117044 | | BTC[0], WBTC[0.00009024] | | |
| 00117361 | | BTC[.00000791], WBTC[0] | | |
| 00118588 | | BTC[.00000007], WBTC[0.00000001] | | |
| 00118731 | | BTC[.00000002] | | |
| 00151073 | | ADA[0.16047328], EOS[.0185], ETH[0.00074542], ETHW[0.00074542], ONT[0.30237987], USD[1.09], USDT[.007784], XRP[.0501] | | |
| 00151093 | | BCH[.00000015], BTC[0.00000099], ETH[0.00179615], ETHW[0.00179615], HT[0.00000049], OKB[0.00000031], USD[0.03] | | |
| 00151107 | | BCH[.77159291], BCHA[.77159291], BNB[.24875622], BTC[0.00497521], ETH[0.00388197], ETHW[0.00388197], USD[0.08], USDT[1.95500931] | | |
| 00151118 | | USD[5140.00] | | |
| 00151200 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], APE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BCH-PERP[0], BNB-PERP[0], BSV-20200925[0], BSV-PERP[0], BTC-20200925[0], BTC-MOVE-20200704[0], BTC-PERP[0], COMP-PERP[0], CRV-PERP[0], DASH-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-20200925[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT[0], FTT-PERP[0], GRT-PERP[0], HT-PERP[0], ICP-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-20200925[0], LTC-PERP[0], MATIC-PERP[0], NEO-PERP[0], OKB-PERP[0], QTUM-PERP[0], RSR-PERP[0], SHIT-PERP[0], SRM-PERP[0], SUSHI-PERP[0], SXP-20200925[0], SXP-PERP[0], THETA-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.00], USDT[0.08338000], VET-PERP[0], XAUT-PERP[0], XEM-PERP[0], XRP-PERP[0], XTZ-20200925[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00151283 | | BTC[.00000022], ETH[0.00000063], ETHW[0.00000063], USD[0.00], USDT[.00006] | | |
| 00151309 | | BTC[0.00000098], USD[0.00] | | |
| 00151435 | | USD[0.14], USDT[0.99855935] | | |
| 00151551 | | ADA[ -0.00161839], BCH[0.01159812], BTC[0.00000008], ETH[0.00006866], ETHW[0.00006866], LTC[0.00000077], TRX[0.00000004], USD[0.21], USDT[10.15981225], ZEN[ -0.00453884] | | |
| 00151553 | | BTC[.00000034], LTC[.00000002], USDT[0.00971529] | | |
| 00151650 | | BTC[.09], ETH[.56278777], ETHW[.56278777] | | |
| 00151743 | | BTC[0.00000127], USDT[.05468] | | |
| 00151837 | Contingent, Disputed | USD[0.00], USDT[0.08090591] | | |
| 00151854 | | USDT[0.00004782] | | |
| 00151878 | | USDT[.53414] | | |
| 00152242 | | USDT[2.18] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00152288 | | USD[0.01] | | |
| 00152315 | | USDT[117.63173] | | |
| 00152316 | | USDT[.09105] | | |
| 00152317 | | USDT[.5799] | | |
| 00152359 | | ETH[.0182], ETHW[.0182] | | |
| 00152426 | | USDT[.38639] | | |
| 00152538 | | USDT[.49303] | | |
| 00152573 | | USDT[.3962] | | |
| 00152682 | | USDT[1] | | |
| 00152683 | | USDT[138.27] | | |
| 00152687 | | USDT[1.09] | | |
| 00152692 | | USDT[.15449] | | |
| 00152694 | | USDT[.78428] | | |
| 00152695 | | USDT[.27445] | | |
| 00152708 | | BTT[2000] | | |
| 00152717 | | BSV[1.07938739] | | |
| 00152765 | | USDT[1.21] | | |
| 00152767 | | USDT[.79] | | |
| 00152800 | | USDT[.15881] | | |
| 00152805 | | USDT[.41538] | | |
| 00152806 | | USDT[3.64] | | |
| 00152829 | | USDT[4.91] | | |
| 00152847 | | USDT[.12916] | | |
| 00152862 | | USDT[.15912] | | |
| 00152886 | | USDT[2.44] | | |
| 00152892 | | ETH[.00003486], ETHW[.00003486], USDT[.1369] | | |
| 00152914 | | USDT[.04] | | |
| 00152916 | | USDT[.85] | | |
| 00152917 | | USDT[1.48] | | |
| 00152919 | | USDT[2.17] | | |
| 00152920 | | USDT[3.91] | | |
| 00152941 | | BTC[0.00000031], ETH[0.00000540], ETHW[0.00000540], LTC[ -0.00788], USD[0.08], USDT[999.99689765] | | |
| 00152990 | | ETH[.0097], ETHW[.0097] | | |
| 00153006 | | USDT[7.60661] | | |
| 00153019 | | USDT[3.51] | | |
| 00153020 | | USDT[4.02] | | |
| 00153022 | | USDT[2.55] | | |
| 00153024 | | USDT[3.51] | | |
| 00153025 | | USDT[7.38] | | |
| 00153026 | | USDT[7.56] | | |
| 00153027 | | USDT[7.77] | | |
| 00153028 | | USDT[6.18] | | |
| 00153031 | | USD[119900.46] | | |
| 00153041 | | USDT[.048936] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00153151 | | USDT[1.3] | | |
| 00153224 | | USDT[.000067] | | |
| 00153299 | | USDT[.17655] | | |
| 00153304 | | ASD-PERP[0], BERNIE[0], BLOOMBERG[0], COMP-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DRGN-PERP[0], ETC-PERP[0], ETH[.00981873], ETH-PERP[0], ETHW[.00981873], ICP-PERP[0], LTC-PERP[0], OMG-PERP[0], PAXG-PERP[0], SUSHI-PERP[0], TRUMP[0], TRX-PERP[0], USD[0.00], XRP-PERP[0] | | |
| 00153342 | | USDT[23.045] | | |
| 00153366 | | USDT[.59044] | | |
| 00153370 | | USDT[.75] | | |
| 00153371 | | USDT[.36] | | |
| 00153373 | | USDT[.33] | | |
| 00154401 | | BTC[0.00000036] | | |
| 00154480 | | USD[0.00] | | |
| 00154784 | Contingent, Disputed | BTC[0], DAI[0.00000049], ETH[0], ETHW[0], LTC[.0000002], SOL[ -0.00000027], SRM[ -0.00000044], SUSHI[ -0.00000044], USD[0.00], USDT[0.25564299] | | |
| 00155028 | | BTC[0.00000001], USD[0.00], USDT[0.00000047] | | |
| 00155094 | | ETH[.00114925], ETHW[.00114925] | | |
| 00156042 | | ETH[.00743971], ETHW[.00743971] | | |
| 00158698 | | BTC[0], ETH[0.00002666], ETHW[0.00002666], USD[0.05], USDT[0.00331418] | | |
| 00159682 | | BTC[0.00000004], USD[2.49], USDT[0.42006241] | | |
| 00159820 | | USDT[140] | | |
| 00160636 | | BTC[0.00007210], USD[0.00], USDT[0.00000042] | | |
| 00161032 | | BCH[ -0.00000043], BCHA[0.00170000], BTC[0], ETH[ -0.00000012], ETHW[ -0.00000012], LTC[ -0.00000005], PAXG[ -0.0000004], USD[0.00], USDT[.00000032], XRP[0.21913982] | | |
| 00161044 | Contingent, Disputed | USD[0.00] | | |
| 00161243 | | USD[0.01] | | |
| 00161383 | | BTC[.001], USD[0.00], USDT[0.00088917] | | |
| 00161417 | | USD[0.06], USDT[.069993] | | |
| 00162717 | | BTC[0.00000064], USD[0.00], USDT[.3636] | | |
| 00162786 | | BTC[.0014], USD[0.77] | | |
| 00163333 | | USDT[999] | | |
| 00163645 | | BTC[0.00000025], USD[0.26] | | |
| 00165106 | | USD[0.05] | | |
| 00168631 | | BTC[.0000003], USD[7.82] | | |
| 00170499 | | BTC[0.00045553], EUR[0.50], USD[0.00] | | |
| 00171143 | Contingent, Disputed | BTC[0], USD[0.00], USDT[0] | | |
| 00171805 | | USD[0.09] | | |
| 00172551 | | USD[0.13], USDT[0.08104806] | | |
| 00173170 | Contingent, Disputed | ALGO-20200327[0], ALGO-PERP[0], BTMX-20200327[0], ETH-20200327[0], TRYB-20200327[0], USD[0.71], USDT[0.30723524], XTZ-20200327[0] | | |
| 00173390 | | USD[0.00] | | |
| 00175353 | | BTC[.0008] | | |
| 00176991 | | ETH[0.00000311], ETHW[0.00000311] | | |
| 00177447 | | USD[0.58] | | |
| 00177568 | | BTC[0.00000005] | | |
| 00183624 | | ADA[ -0.00000297], BNB[ -0.00319678], BTC[ -0.00025950], DOGE[49566.29491945], ETH[0.00310343], ETHW[0.00310343], LINK[ -0.00274628], LTC[226.86992968], USD[0.09], USDT[ -299.67730966] | | |
| 00183742 | | BIDEN[0], BTC[0.00000077], ETH[0.14978286], ETHW[0.14978286], USD[0.00] | | |
| 00183969 | | USD[0.96] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00184801 | | BTC[.00000078], USD[0.43] | | |
| 00189741 | | USD[2.38] | | |
| 00190339 | | ADA[25.13966780], LTC[0.00005212], NEO[0.73845074], USD[18.81], XRP[10] | | |
| 00190629 | | BTC[0.00010082], USD[0.00] | | |
| 00192369 | | EUR[893.10], USD[1000.00] | | |
| 00192858 | | BTC[0.03239365], USD[543.60], USDT[22.5135] | | |
| 00193687 | Contingent, Disputed | BNB-PERP[0], BTC-PERP[0], DRGN-20200626[0], ETC-PERP[0], USD[9000.00] | | |
| 00193900 | | BTC[0.00000054], MATIC[0.00379509], PAI[100000], USD[0.00] | | |
| 00200752 | Contingent, Disputed | USD[0.69], USDT[0.56781677] | | |
| 00203309 | | BTC[0], ETH[0.00008082], ETHW[0.00008082], LTC[0.00000045], USD[0.00], USDT[ -0.00231756] | | |
| 00204510 | | USD[0.00] | | |
| 00204512 | | USD[0.00] | | |
| 00205026 | | USD[0.01] | | |
| 00205043 | | BTC[.00004471], USD[0.00] | | |
| 00205122 | | USD[0.00] | | |
| 00205751 | | BTC[0.00010070], USD[0.49] | | |
| 00206400 | | USDT[.0038] | | |
| 00206509 | | USDT[0.00093785] | | |
| 00206814 | Contingent, Disputed | USD[0.00], USDT[.000172] | | |
| 00210489 | | USD[0.43] | | |
| 00210601 | | USD[114.88], USDT[.84] | | |
| 00212465 | | ADA[ -327906.99952569], BCH[ -175.71455428], BNB[60.93424393], BTC[ -18.40585347], DASH[ -45], DOGE[ -382005.61200000], EOS[3000], ETH[ -149.65770198], ETHW[29.19092072], LINK[ -0.00000002], LTC[ -550.00307594], MATIC[0.00000001], NEAR[0.00079510], SOL[0], USD[2423185.19], USDT[ -152350.41506864], VET[0], XRP[ -0.00393312], XTZ[0.00087713] | | |
| 00214976 | | BTC[0.00000004], ETH[0.00000901], ETHW[0.00000901], HKD[0.66], USD[0.01], USDT[0.00000026], XRP[0.20001885] | | |
| 00215881 | | USD[0.88] | | |
| 00218311 | Contingent, Disputed | USD[0.01] | | |
| 00218729 | | BTC[0], EUR[0.01], GBP[0.00], USD[0.00], USDT[0] | | |
| 00219615 | Contingent, Disputed | USD[0.00] | | |
| 00220229 | | USD[0.00], USDT[0.00511517] | | |
| 00220636 | | BTC[0], ETH[0.00000004], ETHW[0.00000004], USD[0.01] | | |
| 00221075 | | ADA[2.2015], BCH[.0004], BCHA[.0004], BNB[.0019365], BSV[ -0.003], BTC[.00619318], BTT[ -100], EOS[.11555], ETH[ -0.000373], ETHW[ -0.000373], LEO[.004], LTC[.001], TRX[ -0.3], USD[370.17], USDT[ -0.38], XLM[ -0.5], XRP[1.996], XTZ[.05], ZEC[.003] | | |
| 00229764 | | USD[0.01] | | |
| 00230549 | Contingent, Disputed | USD[0.65], USDT[0.59951579] | | |
| 00230565 | | USD[2.04], USDT[.0284] | | |
| 00230942 | | USD[0.86], USDT[472.631356] | | |
| 00240940 | Contingent, Disputed | USD[0.08] | | |
| 00242913 | | BTC[0.00003162], USD[0.00] | | |
| 00243786 | | USD[0.46] | | |
| 00244561 | | ADA[0.00000063], AXS[0.00000013], ETC[0.00489566], ETH[0.00000018], ETHW[0.00000018], FTT[.0000642], LINK[.0045], SOL[0.00000053], SUSHI[0], USD[0.00], USDT[0.00030482], XRP[0.00000069] | | |
| 00244814 | | USD[0.00] | | |
| 00245119 | | USDT[0.00426668] | | |
| 00245130 | | USD[0.49], USDT[0.12973780] | | |
| 00247419 | | USD[0.01] | | |
| 00248435 | | BTC[0.00000021], BTC-PERP[0], FTT[.00086863], USD[ -0.01], USDT[0.00450482] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00252316 | Contingent, Disputed | USD[0.38], USDT[0.00430869] | | |
| 00253267 | | USD[0.53], USDT[.388] | | |
| 00264565 | | USD[2.54] | | |
| 00268294 | | USD[0.14], USDT[0.12128005] | | |
| 00285986 | | BTC[2145.78067032], ETH[11668.97248591], ETHW[11668.97248591] | | |
| 00286116 | | ALPHA-PERP[0], BCH[0], BCH-PERP[0], BNB-PERP[0], BTC[0.00000001], BTC-PERP[0], DOGE-PERP[0], DYDX-PERP[0], ETH[0], FTM-PERP[0], GALA-PERP[0], LTC[0], PEOPLE-PERP[0], SLP-PERP[0], TRX[0], USD[0.04], USDT[0.00000037], XRP-PERP[0] | | |
| 00288600 | | WBTC[0] | | |
| 00310458 | | USDT[0.93662323] | | |
| 00313190 | | BTC[.0000786], WBTC[0.00000069] | | |
| 00313349 | | USD[70.82] | | |
| 00316132 | | BTC[0], WBTC[0.00000048] | | |
| 00321967 | | CAD[59.56] | | |
| 00321985 | | USD[19.23] | | |
| 00322078 | | EUR[0.03], USDT[0.78567513] | | |
| 00323630 | | USD[0.00] | | |
| 00323697 | Contingent, Disputed | USD[0.60], USDT[0.31816268] | | |
| 00327776 | | BTC[.0009], USD[0.00], USDT[.01] | | |
| 00332396 | | USD[0.00] | | |
| 00332696 | | USDT[0.00023590] | | |
| 00347062 | | BTC[.52301144] | | |
| 00351134 | | AUD[145.67] | | |
| 00351961 | | USDT[0.00874450] | | |
| 00361177 | | BSV[0.17853116], BTC[0.00085949], COMP[ -0.09849985], DOGE[ -0.14524912], ETH[ -0.00377964], ETHW[ -0.00377964], UNI[ -0.02526986], USD[ -0.25], USDT[0.46663045] | | |
| 00365688 | Contingent, Disputed | DOGE[0.87188487], USD[0.19], USDT[0.51709698] | | |
| 00366696 | Contingent, Disputed | USD[0.45], USDT[0.31033793] | | |
| 00368190 | | USD[0.00] | | |
| 00370943 | Contingent, Disputed | USD[0.64] | | |
| 00381722 | | HKD[0.43] | | |
| 00390230 | | BTC[.00000009], WBTC[0] | | |
| 00391462 | | AUD[0.00], USD[0.01] | | |
| 00422092 | | BTC[0], USD[0.00], USDT[0.00000018] | | |
| 00442323 | | ETH[4.14752424], ETHW[4.14752424] | | |
| 00450308 | | USD[0.01] | | |
| 00451122 | | USD[0.45] | | |
| 00451130 | | USD[0.27], USDT[0.36772196] | | |
| 00451928 | | BTC[.00000546], USDT[.00009507] | | |
| 00455670 | | BRZ[44634050.5515999], BTC[5], USD[ -7636604.23] | | |
| 00459477 | Contingent, Disputed | USDT[0.00002887] | | |
| 00467372 | | USD[0.18] | | |
| 00539554 | | BTC[.001], EUR[503.09], USD[ -0.15] | | |
| 00592302 | | BTC[0.00000001], USD[0.01] | | |
| 00607366 | Contingent, Disputed | BTC[.00000046], WBTC[0.00000007] | | |
| 00609476 | | BTC[.00000037], WBTC[0.00000005] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00611628 | | LINK[38.47147] | | |
| 00618145 | | BTC[.00001092], USDT[1.1618] | | |
| 00619530 | | USD[0.00], USDT[0.20209955] | | |
| 00656014 | Contingent, Disputed | USD[0.28] | | |
| 00685713 | | USD[100.00] | | |
| 00776533 | | LTC[.00006184] | | |
| 00807264 | | USDT[0.00405120] | | |
| 00852188 | | BTC[.00000034], USD[0.00] | | |
| 00860163 | | BTC[.0005] | | |
| 00892445 | | ADA[2341.92037470], ATOM[29.11716748], BCH[3.04947777], BNB[12.22075573], BTC[1], DOGE[10409.43789035], DOT[268.96180742], ETH[12.59374090], ETHW[12.59374090], FTM[4669.84215933], LINK[108.13148788], LTC[16.29726205], LUNC[190.03458629], MKR[0.40958427], SOL[61.69191704], USDT[0.00244828], XLM[2542.89461709], XMR[36.60322108] | | |
| 00898678 | | MOB[4.02864148] | | |
| 00958737 | | ETH[0], ETHW[0] | | |
| 00997974 | | AUD[0.39], USD[0.00] | | |
| 01000906 | | USD[33.20] | | |
| 01011232 | | BTC[0], FTT[97.943192], RAY[97.72496286] | | |
| 01015030 | | USD[0.37] | | |
| 01052393 | | USD[0.00] | | |
| 01054494 | | BRZ[.9811515], BTC[0.00000016], DOGE[32.77125662], ETH[0.00000034], ETHW[0.00000034] | | |
| 01070355 | | USDT[0.46721352] | | |
| 01085160 | | SGD[0.01], USD[0.01] | | |
| 01153048 | | ADA[168.87977576], BTC[0.00381020], ETH[0.05341499], ETHW[0.05341499] | | |
| 01204162 | | USD[0.89], USDT[.546479] | | |
| 01253522 | | BNB[0.00000395], BTC[0], ETH[0], ETHW[0], USDT[0.00802099] | | |
| 01295224 | | BTC[1.75319954], USD[110200.80], USDT[32781.95] | | |
| 01368379 | | USD[0.00] | | |
| 01372008 | Contingent, Disputed | USD[0.66] | | |
| 01393033 | | AUD[0.55], USD[0.01], USDT[0.15403196] | | |
| 01414695 | | BRZ[.006], BTC[0.00315743], ETH[0.36371873], ETHW[0.36371873], USD[0.01], USDT[0.00655502] | | |
| 01424780 | | USD[0.06] | | |
| 01535581 | Contingent, Disputed | USD[0.95] | | |
| 01585551 | | USDT[0.00000001] | | |
| 01661540 | | USDT[9] | | |
| 01681691 | | EUR[0.01] | | |
| 01824524 | | BTC[.0000809], USD[ -0.01] | | |
| 01902592 | | BTC[0.00000001] | | |
| 01981645 | | ETH[0], ETHW[0] | | |
| 02006649 | | ANC-PERP[0], BTC[0], BTC-MOVE-2021Q3[0], FTT[0], USD[0.00], USDT[0], WBTC[0] | | |
| 02023716 | | BRZ[90], BTC[0.00004248] | | |
| 02190475 | | USD[0.00], USDT[0.00000001] | | |
| 02196351 | | USD[0.01] | | |
| 02342104 | | AVAX[0.00147109], AXS[0.00000060], BNB[0.01104495], BTC[0.00004343], DAI[17.26003866], DOGE[0.99064722], ETH[0.00037573], ETHW[0.00921311], MATIC[0.00000381], SOL[0.00000021], USD[43.61], USDT[0.93536658] | | |
| 02487825 | | BCH[0.00521110], BCHA[0.00521110], BTC[0], EOS[0], USD[95.01], USDT[15] | | |
| 02494834 | | USD[0.99] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 02568779 | Contingent, Disputed | AVAX[0.00414392], ETH[0.00000081], ETHW[0.00000081] | | |
| 02592515 | | AUD[0.00], USD[0.01] | | |
| 02787289 | | USD[0.01] | | |
| 02878238 | | BTC[0] | | |
| 02930495 | | USD[0.00], USDT[0] | | |
| 03019753 | | DOT[51.80351499], SUSHI[18.08678037], USD[50.00] | | |
| 03028431 | | USD[0.00] | | |
| 03035255 | | AUD[61.78], LUNC[0.10577180], USDT[0.00001403], USTC[0.00000039] | | |
| 03041051 | | USD[0.10], USDT[0.00159224] | | |
| 03302902 | | SGD[0.00], USD[0.01] | | |
| 03743858 | | BTC[.0022] | | |
| 03807492 | | BTC[0.02154751], ETH[0.12878963], ETHW[0.12878963] | | |
| 03926204 | | BTC[0.00002696], ETH[0.00305372], ETHW[0.00305372], USD[33.29], USDT[4.39] | | |
| 04327228 | | ETH[0.00000076], ETHW[0.00000076] | | |
| 04528296 | | BTC[0.00000016], ETH[0.00000035], ETHW[0.00871470], TRX[0.00153041], USD[0.01], USDT[0.00692403] | | |
| 04545958 | | USDT[0] | | |
| 04556627 | | ADA[0.00000059], BTC[.00058316] | | |
| 04615849 | | BNB[0.00422386], USD[0.00] | | |
| 04624422 | | BNB[0.00000772] | | |
| 04861532 | | ADA[0.00000892], AUD[0.00], AVAX[0.00000099], BTC[0.00000012], DOT[0.00000025], ETH[0.00000046], ETHW[0.00000015], LTC[0], SOL[0.00000047] | | |
| 05076069 | | USD[1.00] | | |
| 05091138 | | USD[0.01] | | |
| 05373146 | | ADA[2.28632532], BTC[0.00013182], ETH[0.00502517], ETHW[0.00502517], USD[5.24], USDT[5.49880427] | | |
| 05547263 | | BTC[0], DAI[0], ETH[0], ETHW[0], USD[0.00], USDT[0] | | |
| 06727722 | | AUD[11.08] | | |
| 06900021 | | USD[0.00], USDT[0.00000021] | | |
| 11196068 | | BNB[0.00069397], BTC[0.00048837], BTT[0.00711803], EOS[ -0.00022826], TRX[ -0.0003843], USD[0.00], USDT[.0028] | | |
| 11196069 | | ETH[0.04832552], ETHW[0.04832552], USD[0.01] | | |
| 11196070 | | ETH[0.00000030], ETHW[0.00000030] | | |
| 11196072 | | ETH[0], ETHW[0] | | |
| 11196073 | | USD[581427.33], YFI[.0076] | | |
| 11196074 | | ETH[0.00008706], ETHW[0.00008706], USD[0.00] | | |
| 11196076 | | BTC[0.00221681] | | |
| 11196077 | | ETH[0.00000044], ETHW[0.00000044], USD[0.01] | | |
| 11196078 | | ADA[0.05426864], ATOM[0.00321732], BCH[0.00001364], BCHA[0.00001364], BNB[ -0.00134230], BSV[0.49995399], BTC[0.00000008], EOS[0.05639189], ETH[0.00000029], ETHW[0.00000029], LINK[0.00000553], LTC[0.06535509], NEO[0.00334947], ONT[0.00831336], TRX[9.90588987], USD[0.20], USDT[0.00883250], XLM[175.00302697], XRP[0.00068734] | | |
| 11196079 | | BTC[5.23976800], USD[ -46950.67], USDT[0] | | |
| 11196080 | | BTC[0.00009647], USD[0.01], USDT[.69177229] | | |
| 11196081 | | BTC[0.00000001], LTC[0.00152898], USD[0.36], USDT[.002353] | | |
| 11196083 | | USD[0.00], USDT[.9789] | | |
| 11196084 | | USDT[0.88066825] | | |
| 11196085 | | BCH[.00000547], LTC[0.00000048], PAXG[0.00000015], TRX[50000] | | |
| 11196086 | | BTC[0], USD[0.11] | | |
| 11196088 | | BTC[0.00000134], ETH[0.00000477], ETHW[0.00000477], USDT[0.00000041], WBTC[0] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 11196089 | | USD[0.01] | | |
| 11196090 | | BTC[.00000046], USD[0.65] | | |
| 11196092 | | USD[0.00] | | |
| 11196093 | | ATOM[0.00453280], BCH[0.00000002], BTC[0.00000426], COMP[0], ETH[0.00000023], ETHW[0.00000023], FIL[0], LINK[0.00000656], LTC[0.00002666], MANA[ -0.00067777], MATIC[0], MKR[0], SUSHI[0.00348203], UNI[0.00010558], USD[0.36], XLM[ -0.00453333], XRP[0.00070842], XTZ[0.00079074], YFI[0], ZEC[0.00000538] | | |
| 11196094 | | BTC[8.66556710], ETH[125.78818285], ETHW[125.78818285], USD[0.00] | | |
| 11196095 | | BTC[ -0.00000048], USD[0.03] | | |
| 11196096 | | USD[0.09] | | |
| 11196098 | | BTC[0.00000498], USD[1422.28] | | |
| 11196099 | | USD[1.01], XMR[0.00000004] | | |
| 11196100 | | BTC[0.00004195] | | |
| 11196104 | | USDT[0.00351859] | | |
| 11196105 | | USDT[0.00082917] | | |
| 11196106 | | USDT[0.00934259] | | |
| 11196107 | | USDT[0.00937062] | | |
| 11196108 | | ETH[0.00000075], ETHW[0.00000075] | | |
| 11196109 | | USD[81.38] | | |
| 11196110 | | ETH[0.00000002], ETHW[0.00000002], USD[0.01] | | |