| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07299566 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0], BTC-20210625[0], BTC-MOVE-20211118[0], BTC-MOVE-20211215[0], BTC-MOVE-WK-20210716[0], BTC-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRV-PERP[0], DEFI-PERP[0], DODO-PERP[0], DOGE[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[0.20382701], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], HOT-PERP[0], HT-PERP[0], ICP-PERP[0], IMX[0], KAVA-PERP[0], KNC-PERP[0], KSM-PERP[0], LINA-PERP[0], LINK[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00324219], LUNA2_LOCKED[0.00756511], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MNGO-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], OMG-PERP[0], ONE-PERP[0], OP-PERP[0], PERP-PERP[0], QTUM-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SRM[.0011388], SRM_LOCKED[.05062077], SRM-PERP[0], STEP-PERP[0], STMX-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[0], TRX[.000008], TRX-PERP[0], UNI-PERP[0], USD[71.25], USDT[0.00204602], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFII-PERP[0], YFI-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |
| 07299567 | | AVAX[0], BNB[0], BTC[1.30694698], BTC-PERP[0], DAI[0], DOT[0], ETH[0], ETHW[1094.59871716], FTM[0], FTT[2619.536573], LUNA2[0.98714724], LUNA2_LOCKED[56.64774418], LUNC[5075535.17306750], LUNC-PERP[0], RUNE[0], SOL[0.00000001], SRM[80.5416456], SRM_LOCKED[747.130993], SUSHI[0], TRX[0], USD[21073.41], USDT[0.00000001], USTC[0] | | |