## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., *et al.*, [1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## SUPPLEMENTAL GLOBAL NOTES REGARDING THE
## DEBTORS' AMENDED SCHEDULES OF ASSETS AND LIABILITIES

FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), are filing amended Schedule F of Assets and Liabilities of certain Debtors (each an "Amended Schedule F" and collectively with attachments, the "Amended Schedule Fs") in the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

On March 14, March 15 and March 27, 2023, the Debtors filed Schedules of Assets and Liabilities (the "Initial Schedules"), Statements of Financial Affairs (the "Initial Statements") and their accompanying Global Notes (the "Initial Global Notes") with the Court [D.I. 865-1083, D.I. 1166]. On June 27, 2023, the Debtors filed amended Schedule F of Assets and Liabilities of certain Debtors (the "Initial Amended Schedule Fs") and Supplemental Global Notes regarding the Amended Schedules (the "Supplemental Global Notes") [D.I. 1729-1766]. On July 31, 2023, the Debtors unredacted certain information in the Initial Schedules and Initial Statements for certain Debtors [D.I. 1985-2097], in accordance with the Court's order entered on June 15, 2023 [D.I. 1634]. On August 31, 2023 the Debtors amended the Initial Statements (the "Amended Statements") and the Initial Schedules (the "Amended Schedules") and filed accompanying Global Notes (the "Amended Global Notes") [D.I. 2285-2408].

These Supplemental Global Notes are in addition to, and do not amend, supersede or replace, other than to the extent expressly set forth herein, the Initial Schedules, the Initial Statements, the Initial Global Notes, the Initial Amended Schedule Fs, the Supplemental Global Notes, the Amended Statements, the Amended Schedules or the Amended Global Notes. Each Amended Schedule F amends certain of the Customer Liabilities listed in the Initial Amended Schedule F of the applicable Debtor. These further Amended Global Notes incorporate the Initial

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Global Notes, the Supplemental Global Notes, the Amended Statements, the Amended Schedules or the Amended Global Notes by reference, other than to the extent expressly set forth herein.

The Debtors prepared the Amended Schedule Fs with the assistance of their advisors.  In preparing the Amended Schedule Fs, the Debtors and their advisors relied on financial data derived from their books and records that was available and accessible at the time of preparation.  The Amended Schedule Fs remain subject to further review and adjustment to reflect the Debtors' ongoing reconciliation efforts.  As such, the Debtors reserve all of their rights, including to revise, amend, supplement and/or adjust the Debtors' schedules of assets and liabilities and statements of financial affairs, including to characterize any of the Customer Liabilities listed in Amended Schedule Fs as contingent, unliquidated or disputed.

## Disclosures Applicable to the Amended Schedules

1.    Certain claim holders on the Initial Amended Schedule Fs are listed as "Customers."  The quantities and  amounts scheduled for these Customers include the estimated account balance for each Customer, listed in the applicable digital or fiat asset for that balance, based on the Debtors' books and records.  There are three changes in the Initial Amended Schedule Fs:

   a)    At the time of the filing of the Initial Amended Schedule Fs, the Debtors designated certain customer liabilities as "contingent" because the liabilities listed for these customer included one or more locked tokens.   The Amended Schedule Fs remove the "contingent" designations from such customer liabilities where the sole reason for the "contingent" designation was because of one or more locked tokens.

   b)    The Amended Schedule Fs are updated to remove the contingent designation related to certain non-fungible tokens previously scheduled by the Debtors.

   c)    The Amended Schedule Fs are updated to reflect liabilities relating to over-the-counter trading feature of the FTX exchange.

2.    While the Debtors have made every reasonable effort to ensure that the Amended Schedules are accurate and complete, based upon the information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Amended Schedules and/or the Initial Schedules.

3.    As noted in the Initial Global Notes, in order to preserve the confidentiality of customer identities and compliance with the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643], customers were scheduled utilizing an unique, individualized customer identification number (each, a "Customer Code") assigned to each applicable customer by the Debtors.  The Debtors provided notice of a customer's Customer Code by email to the email on file for such customer.

The Debtors did not change any of the Customer Codes in the Amended Schedules. Customers should refer to their previously received Customer Code to determine their scheduled amounts in the Amended Schedules.

4.      For the avoidance of doubt, the Debtors reserve all rights to object to all claims listed on the Amended Schedules, the Statements and the Initial Schedules.

4877-5216-2182 v.1.4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | West Realm Shires Services Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 22-11071 (JTD) |

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alabama Department of Revenue<br>Business Privilege Tax Section<br>P.O. Box 327320<br>Montgomery, AL 36132-7320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Franchise Tax | $    Undetermined | $    Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address**<br>ATTORNEY GENERAL OF THE STATE OF TENNESSEE<br>BANKRUPTCY DIVISION<br>PO 20207<br>NASHVILLE, TN 37202 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Corporate Tax | $    Undetermined | $    Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Attorney General of the State of Tennessee<br>Bankruptcy Division<br>PO 20207<br>Nashville, TN 37202 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Franchise Tax | $    Undetermined | $    Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* 22-11071 (JTD) |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

CECCHETTINI, FABRIZIO
ADDRESS ON FILE

$ 15,191.00   $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5 Priority creditor's name and mailing address**

City and County of Denver
Treasury Division
PO Box 660860
Dallas, TX 75266-0860

$ Undetermined   $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Occupational Privilege Tax

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6 Priority creditor's name and mailing address**

City of Chicago Department of Finance
333 South State Street
Chicago, IL 60604

$ Undetermined   $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Personal Property Lease Transaction Tax

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7 Priority creditor's name and mailing address**

Commonwealth of Massachusetts: Department of
Revenue Bankruptcy Unit/Collections Bureau
100 Cambridge St 7th Fl
PO Box 7090
Boston, MA 02204-7090

$ Undetermined   $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Sales and Use Tax

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   West Realm Shires Services Inc.
         Name

Case number (If known)  22-11071 (JTD)

---

**Part 1:**   **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**

Department of Revenue Services
PO Box 5089
Hartford, CT 60607-5089

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Corporate Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9** **Priority creditor's name and mailing address**

Ege Mihmanli
ADDRESS ON FILE

$ 16,959.11    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10** **Priority creditor's name and mailing address**

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
SACRAMENTO, CA 94280-0001

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Employment Taxes

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11** **Priority creditor's name and mailing address**

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
SACRAMENTO, CA 94280-0001

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Unemployment Insurance Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* 22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12** **Priority creditor's name and mailing address**

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

$ ___Undetermined___     $ ___Undetermined___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Employment Taxes

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

$ ___Undetermined___     $ ___Undetermined___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Business License

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**

Hawaii Department of Taxation
P.O. Box 1425
Honolulu, HI 96806

$ ___Undetermined___     $ ___Undetermined___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** General Excise Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15** **Priority creditor's name and mailing address**

Indiana Department of Revenue
Bankruptcy Section: MS 108
100 North Senate Ave, IGCN 240
Indianapolis, IN 46204

$ ___Undetermined___     $ ___Undetermined___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** State Income Tax Withholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(If known)* 22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.16** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1616 CAPITOL AVE.
OMAHA, NE 68102-4970

$ _Undetermined_    $ _Undetermined_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Income Tax Audit FYE 2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

$ _Undetermined_    $ _Undetermined_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employment Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18** **Priority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

$ _Undetermined_    $ _Undetermined_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**

KATZ, ELIORA
ADDRESS ON FILE

$ _79.10_    $ _Undetermined_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (If known) 22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.20** Priority creditor's name and mailing address

Los Angeles Office of Finance Special Desk Unit
200 North Spring Street
Room 101
Los Angeles, CA 90012

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Franchise Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined   $ Undetermined

---

**2.21** Priority creditor's name and mailing address

LYNN NGUYEN
ADDRESS ON FILE

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Employee Expense Reimbursements

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,810.48   $ Undetermined

---

**2.22** Priority creditor's name and mailing address

Massachusetts Department of Revenue
436 Dwight St STE 401
Springfield, MA 01103

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined   $ Undetermined

---

**2.23** Priority creditor's name and mailing address

New York State Department of Labor
STATE CAMPUS BLDG 12-RM 256
ALBANY, NY 12240

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** State Unemployment Insurance Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined   $ Undetermined

| Debtor | West Realm Shires Services Inc. | Case number *(If known)*  22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.24 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

New York State Department of Taxation and Finance
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Sales and Use Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.25 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Income Tax Withholding

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.26 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NYS DEPT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Workers' Compensation Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.27 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

Office of Tax and Revenue
1101 4th Street, SW, Suite 270
Washington, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Sales and Use Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (*if known*) 22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1:  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28** **Priority creditor's name and mailing address**

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS, OH 43229

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Sales and Use Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29** **Priority creditor's name and mailing address**

Ohio Department of Taxation
Commercial Activity Tax
P.O. BOX 16158
Columbus, OH 43216-6158

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Gross Receipts Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.30** **Priority creditor's name and mailing address**

Oklahoma Employment Security Commission
OESC — Legal Dept.
PO Box 53039
OKLAHOMA CITY, OK 73152-3039

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Unemployment Insurance Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31** **Priority creditor's name and mailing address**

Oklahoma Tax Commission
Corporate Income Tax
Oklahoma City, OK 73194

$ Undetermined    $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Franchise Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) 22-11071 (JTD) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.32** **Priority creditor's name and mailing address**
PALAPARTHI, VENU MADHAV
ADDRESS ON FILE

$ 1,108.43     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.33** **Priority creditor's name and mailing address**
RI DIVISION OF TAXATION
BANKRUPTCY DIVISION
ONE CAPITOL HILL
PROVIDENCE, RI 02908

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34** **Priority creditor's name and mailing address**
SAN FRANCISCO OFFICE OF THE TREASURER &
TAX COLLECTOR
1 DR. CARLTON B. GOODLETT PLACE
CITY HALL, ROOM 190
SAN FRANCISCO, CA 94102-4698

$ Undetermined     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Gross Receipts Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35** **Priority creditor's name and mailing address**
SEBASTIAN RAMIREZ
ADDRESS ON FILE

$ 9,727.59     $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Employee Expense Reimbursements

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   West Realm Shires Services Inc.
Name
Case number (if known)   22-11071 (JTD)

## Part 1:   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.36** Priority creditor's name and mailing address

South Carolina Department of Revenue
P.O. Box 125
Columbia, SC 29214-0032

$ Undetermined   $ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Franchise Tax

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address

State Board of Equalization
Special Procedures Section, MIC: 55
PO Box 942879
Sacramento, CA 94279

$ Undetermined   $ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  Business License

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address

State of Florida Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee, FL 32314-6668

$ Undetermined   $ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  State Unemployment Tax

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.39** Priority creditor's name and mailing address

STATE OF HAWAII DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809

$ Undetermined   $ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

Basis for the claim:  State Income Tax Withholding

**Last 4 digits of account number**

**Specify**Code subsection of PRIORITY unsecured **claim:** 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|---|
| | Name | | | |

## Part 1: Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.40** | **Priority creditor's name and mailing address**

STATE OF HAWAII DEPARTMENT OF TAXATION
BANKRUPTCY UNIT
PO BOX 259
HONOLULU, HI 96809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Undetermined   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** General Excise Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.41** | **Priority creditor's name and mailing address**

State of Louisiana Department of Revenue
Bankruptcy Division
PO Box 66658
Baton Rouge, LA 70896

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Undetermined   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.42** | **Priority creditor's name and mailing address**

State of Maine Bureau of Revenue Services
Compliance Division: Bankruptcy Unit
PO Box 9101
Augusta, ME 04332-9101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Undetermined   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Income Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43** | **Priority creditor's name and mailing address**

STATE OF NEW JERSEY DIVISION OF TAXATION
COMPLIANCE ACTIVITY: BANKRUPTCY DIVISION
50 BARRACK, PO BOX 245
TRENTON, NJ 08695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ Undetermined   $ _____ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:** Corporate Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    West Realm Shires Services Inc.                      Case number *(if known)*   22-11071 (JTD)

      Name

| **Part 1:** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.44**  **Priority creditor's name and mailing address**         $ ___Undetermined___    $ ___Undetermined___

State of Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216-50530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Unemployment Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.45**  **Priority creditor's name and mailing address**         $ ___Undetermined___    $ ___Undetermined___

STATE OF WASHINGTON DEPT OF REVENUE
BANKRUPTCY DIVISION
2101 4TH AVE, SUITE #1400
SEATTLE, WA 98121-2300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Workers' Compensation Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.46**  **Priority creditor's name and mailing address**         $ ___Undetermined___    $ ___Undetermined___

State of Washington Dept of Revenue
Bankruptcy Division
2101 4th Ave, Suite #1400
Seattle, WA 98121-2300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  State Unemployment Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.47**  **Priority creditor's name and mailing address**         $ ___Undetermined___    $ ___Undetermined___

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX 78774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Sales and Use Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)*  22-11071 (JTD) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.48** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WA Department of Revenue
P.O. Box 47460
Olympia, WA 98504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Sales and Use Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.49** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WA Department of Revenue
P.O. Box 47464
Olympia, WA 98504-7464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  Gross Receipts Tax

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.50** | **Priority creditor's name and mailing address** | | $ | $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.51** | **Priority creditor's name and mailing address** | | $ | $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|--------|--------------------------------|------------------------|----------------|
|        | Name                           |                        |                |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | Amount of claim |
|-----|-----|-----|-----------------|

### 3.1
**Nonpriority creditor's name and mailing address**
Customer Liabilities - See Schedule F Attachments

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Liabilities

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

### 3.2
**Nonpriority creditor's name and mailing address**
101 SECOND STREET INC
C/O HINES
ATTN: PROPERTY MANAGER
101 SECOND STREET, SUITE 1225
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Real Property Lease

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

### 3.3
**Nonpriority creditor's name and mailing address**
ABG SHAQ, LLC
1411 BROADWAY
21ST FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** ENDORSEMENT AGREEMENT

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

### 3.4
**Nonpriority creditor's name and mailing address**
AC HOTELS BY MARRIOTT
AUSTIN-UNIVERSITY
1901 SAN ANTONIO STREET
AUSTIN, TX 78705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      38,760.92

### 3.5
**Nonpriority creditor's name and mailing address**
ALAMEDA RESEARCH LLC
3500 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Alameda Research LLC

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      22,481,706.39

### 3.6
**Nonpriority creditor's name and mailing address**
ALAMEDA RESEARCH LTD
TORTOLA PIER PARK
BUILDING 1, SECOND FLOOR, WICKHAMS CAY 1

BRITISH VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Alameda Research Ltd

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      138,853,863.95

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

ALPACA CRYPTO LLC
3 EAST THIRD AVE
SUITE 233
SAN MATEO, CA 94401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 63,164.50

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8 Nonpriority creditor's name and mailing address**

AMAZON
410 TERRY AVENUE NORTH
SEATTLE, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,038.41

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9 Nonpriority creditor's name and mailing address**

AMAZON CAPITAL
PO BOX 035184
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,156.96

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10 Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS, INC.
200 VESEY ST., 50TH FLOOR
NEW YORK, NY 10285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 760,803.02

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11 Nonpriority creditor's name and mailing address**

AMPLITUDE INC
201 3RD ST., SUITE 200
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,554.29 |
|---|---|---|---|

ANDROMEDA
WEST 159TH STREET
SUITE 600
LOCKPORT, IL 60441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,105.00 |
|---|---|---|---|

ANDY ACOSTA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

ARMANINO LLP
12657 ALCOSTA BLVD.
SUITE 500
SAN RAMON, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

Basketball Properties, Ltd.
Attention: John Vidalin, EVP/COO
601 Biscayne Blvd
Miami, FL 33132

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Facilitation Agreement

**Date or dates debt was incurred**     11/10/22

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26,639.34 |
|---|---|---|---|

BLOCKSCORE, INC.
750 BUCKAROO TRAIL, SUITE 101
SISTERS, OR 97759

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 16 of 51

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
|  | Name |  |  |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

BORTSTEIN LEGAL GROUP
TEMPORARY MAILING ADDRESS
P. O. BOX 120
WESTWOOD, NJ 07675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,527.50

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

BRAZE INC.
330 W. 34TH ST., 18TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 34,848.40

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

BRETT HARRISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Settlement Agreement

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

BUCKLEY LLP
PO BOX 990
NEW YORK, NY 10008-0990

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,887.61

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

CAA SPORTS
2000 AVENUE OF THE STARS
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 250,000.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

Caesars Palace Las Vegas
Hospitality Accounting
PO Box 96118
Las Vegas, NV 89193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Agreement - Las Vegas Grand Prix - F1 Las Vegas

$                    Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

CHECKR.COM
1 Montgomery St Ste 2400
San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    74.99

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

COINDESK INC
250 PARK AVENUE SOUTH, 5TH FLOOR
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    80,000.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

COLORMATICS LLC
1011 WEST RAILROAD AVE, SUITE 100
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    982,013.10

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

CONAWAY GRAVES GROUP
700 PENNSYLVANIA AVE
SE 2ND FLOOR
WASHINGTON, DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    15,109.19

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

COTTONWOOD GROVE LTD
2 PACIFIC PLACE
UNIT 3532-36, 88 QUEENSWAY
HONG KONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Cottonwood Grove Ltd

$ 68,055.75

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

Creator Agency LLC on behalf of The Ice Coffee Hour
30 Gould St
Sheridan, WY 82801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

CREATORS AGENCY LLC
30 GOULD ST
SHERIDAN, WY 82801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement (Graham Stephan)

$ Undetermined

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

CRYPTO HOPPER
JOHAN VAN HASSELTWEG 18A
1021NW
AMSTERDAM,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 624.01

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

DAVID ORTIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

$ Undetermined

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

DENTSU X
150 EAST 42ND ST, 13TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 196,252.09

---

**3.33** | **Nonpriority creditor's name and mailing address**

DONE DEAL PROMOTIONS
8224 LEHIGH AVENUE
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,374.89

---

**3.34** | **Nonpriority creditor's name and mailing address**

DOORDASH
116 NEW MONTGOMERY STREET
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,347.95

---

**3.35** | **Nonpriority creditor's name and mailing address**

DOORDASH TECHNOLOGIES CANADA, INC.
PO BOX 12172, STATION A
TORONTO, ON M5W 0K5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 521.86

---

**3.36** | **Nonpriority creditor's name and mailing address**

DREAMFIELD SPORTS LLC
6900 TAVISTOCK LAKES BLVD
ORLANDO, FL 32827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,788.33

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 58,146.00 |
|---|---|---|---|

DUANE MORRIS
401 MARKET STREET
PHILADELPHIA, PA 19106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ECHO MARKETING, LLC
6400 HOLLIS STREET
SUITE 14
EMERYVILLE, CA 94608

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter Agreement

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75,753.12 |
|---|---|---|---|

ELITE PROTECTION LLC
8935 SW 162ND TERRACE
MIAMI, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,000.00 |
|---|---|---|---|

EMPIRE CONSULTING
1717 K STREET NW SUITE 900
WASHINGTON, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ERIKA KULLBERG LLC
30 N GOULD ST
22721
SHERIDAN, WY 82801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

ETHOCA MASTERCARD
ANDRE EDELBROCK, CHIEF EXECUTIVE OFFICER
OCEANIA BUSINESS PLAZA
PURCHASE, NY 10577-2509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   15,868.66

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.43  Nonpriority creditor's name and mailing address**

FACEBOOK, INC
1601 WILLOW RD.
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   818.91

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.44  Nonpriority creditor's name and mailing address**

FIGMA, INC.
760 MARKET STREET
FLOOR 10
SAN FRANCISCO, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   455.25

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.45  Nonpriority creditor's name and mailing address**

FINDER.COM LLC
32 EAST 31ST STREET, 4TH FLOOR
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   1,607.67

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.46  Nonpriority creditor's name and mailing address**

FISHER PHILLIPS
1075 PEACHTREE STREET NE
SUITE 3500
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   1,823.89

**Date or dates debt was incurred**     Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.47** | **Nonpriority creditor's name and mailing address**

FORTUNE MEDIA, INC. D/B/A OPENFORTUNE
244 MADISON AVENUE
SUITE #1552
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  SPONSORSHIP AGREEMENT

$       Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

FOX SPORTS SUN, LLC
500 E. BROWARD
SUITE 1300
FORT LAUDERDALE, FL 33394

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising Agreement

$       Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

FTX CAPITAL MARKETS LLC
80 Broad Street
5th Flr
New York, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - FTX Capital Markets LLC

$       113,900.45

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

FTX TRADING LTD.
10-11 MANDOLIN PLACE, FRIARS HILL ROAD
ST. JOHN'S AG-04,
ANTIGUA & BARBUDA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - FTX Trading Ltd.

$       33,426,651.03

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

GOLDEN STATE WARRIORS
1 WARRIORS WAY
SAN FRANCISCO, CA 94158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$       Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

GOOGLE
DELAINE PRADO, GENERAL COUNSEL
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 16,000.00 |
|---|---|---|---|---|

HINMAN STRAUB
121 STATE STREET
ALBANY, NY 12207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 10,000.00 |
|---|---|---|---|---|

HIVE ( COIN STACK )
8440 VALMONT RD
BOULDER, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 201,744.76 |
|---|---|---|---|---|

HOLLAND & KNIGHT LLP
PO BOX 936937
ATLANTA, GA 31193-6937

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 0.00 |
|---|---|---|---|---|

I2C IN.
100 REDWOOD SHORES PARKWAY SUITE 100
REDWOOD CITY, CA 94065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA INC
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49.87

---

**3.58** **Nonpriority creditor's name and mailing address**

IPOWER TECHNOLOGIES, INC.
6111 BROKEN SOUND PKWY. SUITE 170
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,755.69

---

**3.59** **Nonpriority creditor's name and mailing address**

JAMS
P.O. BOX 845402
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,494.40

---

**3.60** **Nonpriority creditor's name and mailing address**

JOSEPHINE SUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation Judgment / Settlement

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.61** **Nonpriority creditor's name and mailing address**

JULIE SCHOENING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

KIMBALL STROUD AND ASSOCIATES, INC.
1700 CONNECTICUT AVE, NW STE 301
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,333.33

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** **Nonpriority creditor's name and mailing address**

LATTE LARRY INC.
11812 SAN VICENTE BOULEVARD
4TH FL
LA, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

$ Undetermined

**Date or dates debt was incurred**   11/10/22

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** **Nonpriority creditor's name and mailing address**

Laureus / NO Play Academy
460 Fulham Road
London SW6 1BZ

UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** GIFT AGREEMENT

$ Undetermined

**Date or dates debt was incurred**   11/10/22

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** **Nonpriority creditor's name and mailing address**

LEDGER HOLDINGS INC.
1110 BRICKELL AVE
SUITE 430K-200
MAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Ledger Holdings Inc.

$ 538.14

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** **Nonpriority creditor's name and mailing address**

LEXIS NEXIS
28330 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,200.00

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67**
**Nonpriority creditor's name and mailing address**
LFG NFTS, Corp.
3130 Wilshire Blvd. 4th Floor
Santa Monica, CA 90403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** MUTUAL SERVICES AGREEMENT

**Date or dates debt was incurred** 11/10/22
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.68**
**Nonpriority creditor's name and mailing address**
LINCOLN HOLDINGS LLC DBA MONUMENTAL SPORTS &
ENTERTAINMENT
ATTN: PATRICK DUFFY, SR. VICE PRESIDENT
CORPORATE PARTNERSHIPS
601 F STREET, NW
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

**Date or dates debt was incurred** 11/10/22
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.69**
**Nonpriority creditor's name and mailing address**
LOCKTON INSURANCE BROKERS, LLC
DEPT LA 23878
MOSCOW CITY, CA 91185-3878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40,801.63

---

**3.70**
**Nonpriority creditor's name and mailing address**
LOWENSTEIN SANDLER LLP
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46,548.33

---

**3.71**
**Nonpriority creditor's name and mailing address**
LUCILE THYRARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,720.00

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,777.66 |
|---|---|---|---|

LUMEN WORKPLACE, INC
1528 W. ADAMS 4A
CHICAGO, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LUNCH MONEY GROUP INC
120 SW 8TH STREET
SUITE A
MIAMI, FL 33130

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Podcast Sponsorship Agreement

**Date or dates debt was incurred**     11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 399,711.21 |
|---|---|---|---|

MACLAURIN INVESTMENTS LTD.
F20 EDEN PLAZA
1ST FLOOR
EDEN ISLAND,
SEYCHELLES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable - Maclaurin Investments Ltd.

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,600.00 |
|---|---|---|---|

MAX MAHER SHOW LLC
954 AVE PONCE DE LEON
STE 205 PMB 10290
SAN JUAN, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 218.13 |
|---|---|---|---|

MEOW TECHNOLOGIES INC.
1504 Bay Rd Apt 2303
Miami, FL 33139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

MESSAGE GLOBAL LLC
700 PENNSYLVANIA AVE. SE
2ND FLOOR
WASHINGTON, DC 20003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,355.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

META PLATFORMS, INC.
1601 WILLOW RD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,006,364.64

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

MIAMI HEAT LIMITED PARTNERSHIP
ATTN: JOHN VIDALIN
EXECUTIVE VICE PRESIDENT & CHIEF COMMERCIAL OFFICER
601 BISCAYNE BOULEVARD
MIAMI, FL 33132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising and Promotion Agreement

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

MIAMI-DADE COUNTY
COUNTY MAYOR'S OFFICE
111 NW 1ST STREET, 29TH FLOOR, SUITE 2910
MIAMI, FL 33128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Naming Rights Agreement

$ Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**

MICROSOFT
1 MICROSOFT WAY
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 75.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address**

MILLER STARR REGALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          627.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

MOONCOLONY LIMITED
17 THE GRANARY
CHESTERTON MILL
FRENCH'S ROAD
CAMBRIDGE, CB4 3NP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                       38,612.50

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                       61,465.70

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**

NAOMI OSAKA, LLC
2049 CENTURY PARK E.
STE #1400
LA, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  PARTNERSHIP AND ENDORSEMENT SERVICES AGREEMENT

$                     Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

NATHAN SLOAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$                     Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,620.00 |
|---|---|---|---|
| | NAVARREAUX SIMMONS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | Nerdwallet, Inc<br>55 Hawthorne Street<br>11th Floor<br>San Francisco, CA 94105 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** PARTNER REFERRAL AGREEMENT | |
| | **Date or dates debt was incurred**  11/10/22 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC<br>ATTN: MATTHEW ARCHAMBAULT<br>1233 W. OLYMPIC BLVD.<br>LOS ANGELES, CA 90064 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Sponsorship Agreement | |
| | **Date or dates debt was incurred**  11/10/22 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,168,568.77 |
|---|---|---|---|
| | NORTH DIMENSION INC<br>3500 SOUTH DUPONT HIGHWAY<br>DOVER, DE 19901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Intercompany Payable - North Dimension Inc | |
| | **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | Ohana Experience, LLC.<br>2437 E Cobblestone Way<br>Sandy, UT 84093 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** SPONSORSHIP AGREEMENT | |
| | **Date or dates debt was incurred**  11/10/22 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.92**  **Nonpriority creditor's name and mailing address**

ONE WORKPLACE L. FERRARI - DBA TWOFURNISH
One Workplace L. Ferrari
P.O. Box 8522
Pasadena,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    238,468.24

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93**  **Nonpriority creditor's name and mailing address**

PAPER BIRD INC
3500 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable - Paper Bird Inc

$                19,349,491.73

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94**  **Nonpriority creditor's name and mailing address**

PATRIK BJORKSTROM ILLUSTRATION
STAFFANSNASGRAND 8
JAKOBSTAD, 68600
FINLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      1,400.00

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95**  **Nonpriority creditor's name and mailing address**

Payblr, Inc.
Fabio Garcia
403B German Moyer
San Juan, PR 00918

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96**  **Nonpriority creditor's name and mailing address**

Pentoshi
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Sponsorship Agreement

$                    Undetermined

**Date or dates debt was incurred**    11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

PERKINS COIE LLP
RO BOX 24643
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 22,734.74

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB03109600014 for the benefit of Financial Services Commission of the State of Florida as Head of the Office of Financial Regulation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB00321300194 for the benefit of State of Colorado

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB03109600020 for the benefit of State of Idaho - Department of Finance - Consumer Finance Bureau

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB00321300196 for the benefit of State of Kansas

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|--------|-------------------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB03109600019 for the benefit of Louisiana Office of Financial Institutions

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300199 for the benefit of State of Texas

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300201 for the benefit of State of New Jersey

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300195 for the benefit of State of Indiana

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: PB00321300197 for the benefit of State of North Dakota

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**  **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB03109600022 for the benefit of State of Mississippi

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB00321300198 for the benefit of State of Ohio

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109**  **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB03109600011 for the benefit of State of Washington

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110**  **Nonpriority creditor's name and mailing address**

PHILADELPHIA INDEMNITY INSURANCE COMPANY
ONE BALA PLAZA
SUITE 100
BALA CYNWYLD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: PB12611200019 for the benefit of Office of Lt. Gov. US VI

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111**  **Nonpriority creditor's name and mailing address**

PLAID
564 MARKET ST
SUITE 700
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                108,467.65

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.112** | **Nonpriority creditor's name and mailing address**

R8G UK LIMITED
6 RED BARN MEWS
EAST SUSSEX
BATTLE, TN33 0AG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 40,276.32

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** | **Nonpriority creditor's name and mailing address**

RATIONAL 360
1828 L ST. NW #640
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 251,736.91

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** | **Nonpriority creditor's name and mailing address**

REDMOND CONSTRUCTION CORP
ATTN: LISA WENINGER
319 W. ONTARIO SUITE 1
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 248.00

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** | **Nonpriority creditor's name and mailing address**

RHINO NETWORK SOLUTIONS
750 LAKEVIEW WAY
REDWOOD CITY, CA 94062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,925.00

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** | **Nonpriority creditor's name and mailing address**

RICH FEUER ANDERSON
1133 CONNECTICUT AVE, NW
SUITE 620
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,333.33

**Date or dates debt was incurred**    Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

RIGHTSIZE FACILITY
MASON AWTRY, CHIEF EXECUTIVE OFFICER
4800 W. ROOSEVELT ROAD
4TH FLOOR
CHICAGO, IL 60644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 102,745.50

**Date or dates debt was incurred**    Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345232 for the benefit of State of Delaware

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345225 for the benefit of State of Georgia

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345864 for the benefit of Commonwealth of Puerto Rico

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345257 for the benefit of State of Tennessee

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345242 for the benefit of State of District of Columbia

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.123** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345239 for the benefit of State of Alabama

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.124** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345230 for the benefit of State of Wyoming

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.125** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345863 for the benefit of State of Missouri

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.126** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345251 for the benefit of State of West Virginia

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127**

**Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345226 for the benefit of State of Michigan

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.128**

**Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345258 for the benefit of Pennsylvania Department of Banking and Securities

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.129**

**Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345253 for the benefit of State of Arkansas

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.130**

**Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS338024 for the benefit of State of Kentucky

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.131**

**Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345245 for the benefit of State of New Hampshire

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345259 for the benefit of Commonwealth of Virginia

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345229 for the benefit of State of Vermont

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345260 for the benefit of Financial Institutions Division of the State of Nevada

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345862 for the benefit of Superintendent of the Bureau of Consumer Credit Protection of the State of Maine

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345255 for the benefit of Nebraska Department of Banking and Finance

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345246 for the benefit of State if Minnesota

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345250 for the benefit of State of Utah

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345861 for the benefit of State of Illinois Department of Financial & Professional Regulation

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345240 for the benefit of State of Arizona

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345231 for the benefit of State of Vermont

$                    Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345256 for the benefit of State of South Carolina

$       Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345227 for the benefit of State of North Carolina

$       Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345254 for the benefit of State of Alaska

$       Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345228 for the benefit of State of Rhode Island

$       Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345234 for the benefit of State of Massachusetts

$       Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345243 for the benefit of State of Iowa

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345248 for the benefit of Oklahoma State Banking Department and Money Transmission

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345233 for the benefit of State of South Dakota

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345241 for the benefit of State of Connecticut

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond #: CMS345244 for the benefit of State of Maryland

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345247 for the benefit of State of New Mexico

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345865 for the benefit of State of Wisconsin

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

RLI INSURANCE COMPANY
P.O. BOX 3967
PEORIA, IL 61612

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond #: CMS345249 for the benefit of State of Oregon

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,250.00 |
|---|---|---|---|

ROMAN TULINOV
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,200.00 |
|---|---|---|---|

ROTHSTAR CONSTRUCTION, INC.
250 CATALONIA AVENUE
SUITE 300
MIAMI, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

SARDINEAI CORP
382 NE 191ST ST
#58243
MIAMI, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                 40,503.39**

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

SEDOR WENDLANDT EVANS AND FILIPPI
500 L STREET
SUITE 500
ANCHORAGE, AK 99501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                 2,677.50**

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

SENSOR TOWER
2261 MARKET STREET, #4331
SAN FRANCISCO, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                 7,277.70**

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

SHADOW LION
119 BRAINTREE STREET
SUITE 210
BOSTON, MA 02134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                 225,000.00**

**Date or dates debt was incurred**   Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**

SHOHEI OHTANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Endorsement Services Agreement

**$                 Undetermined**

**Date or dates debt was incurred**   11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
P.O. BOX 1764
WHITE PLAINS, NY 10602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 56,757.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

SKYLINE CONSTRUCTION, INC.
505 SANSOME ST., 7TH FLOOR
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44,757.99

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

SOL STORES INC.
ATTN: CEO AND OFFICE OF THE GENERAL COUNSEL
548 MARKET STREET
PMB 45477
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Services Agreement

$ Undetermined

**Date or dates debt was incurred** 11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

STATE MECHANICAL SERVICES
535 EXCHANGE CT
AURORA, IL 60504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 575.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

STEPHANIE KRIS NAVARRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 519.40

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 46 of 51

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**
STEPHANIE MARGARET LENNOX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,775.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**
STOCKTWITS, INC.
1001 6TH AVE, 7TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 341.00

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**
TAKEDOWN MEDIA
ROOM 2301, 23 F., BAYFIELD BUILDING, 99 HENNESSY ROAD
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,985.00

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**
TAS SERVICES
77 K ST. NE
ROOM 1500
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,950.00

**Date or dates debt was incurred**      Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**
Tilbury Multi-Media Ltd
Arcturus
Willow Road, Whitstable
Canterbury
Kent
CT5 3Dw
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Sponsorship Agreement

$ Undetermined

**Date or dates debt was incurred**      11/10/22

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 47 of 51

| Debtor | West Realm Shires Services Inc. | Case number (if known) | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

TURNER NETWORK TELEVISION
PO BOX 32183
NEW YORK, NY 10087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 595,000.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

TWILIO INC
101 SPEAR STREET SUITE 300
SAN FRANCISCO, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 178,557.63

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

TWITTER INC.
GENERAL COUNSEL
1355 MARKET STREET
SUITE 900
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 188,976.23

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

VERIFI, INC
8023 BEVERLY BLVD.
SUITE 1
BOX 310
LA, CA 90048-4523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,321.66

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

VOSKCOIN, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,000.00

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | West Realm Shires Services Inc. | | Case number *(if known)* | 22-11071 (JTD) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | WASSERMAN MEDIA GROUP LLC<br>ATTN: JASON BANKS<br>10900 WILSHIRE BLVD #1200<br>LOS ANGELES, CA 90024 | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Master Services Agreement | |
| | **Date or dates debt was incurred** 11/10/22 | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 91,365,692.93 |
|---|---|---|---|
| | WEST REALM SHIRES INC.<br>167 N GREEN STREET<br>SUITE 1102<br>CHICAGO, IL 60607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Intercompany Payable - West Realm Shires Inc. | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 290.00 |
|---|---|---|---|
| | WILLIAM SELLENT<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,800.00 |
|---|---|---|---|
| | ZOLTAN BOROS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Various | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☐ No<br>☐ Yes | |

| Debtor | West Realm Shires Services Inc. | Case number (If known): | 22-11071 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.2 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.3 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.4 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.5 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.6 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.7 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.8 | | Line _____<br><br>☐ Not listed.  Explain | |
| 4.9 | | Line _____<br><br>☐ Not listed.  Explain | |

Debtor    West Realm Shires Services Inc.                                        Case number (if known)    22-11071 (JTD)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|

| 5a. | **Total claims from Part 1** | 5a. | | $ | 60,875.71 |
|-----|------------------------------|-----|--|---|-----------|
| | | | | | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. | ✚ | $ | 313,737,361.09 |
| | | | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ | 313,798,236.80 |
| | | | | | + Undetermined Amounts |

**Fill in this information to identify the case and this filing:**

Debtor name   West Realm Shires Services Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  22-11071 (JTD)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒  Amended Schedule  E/F

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/23/2024
　　　　　　　　MM / DD / YYYY

**X** /s/ Mary Cilia
Signature of individual signing on behalf of debtor

Mary Cilia
Printed name

Chief Financial Officer
Position or relationship to debtor