| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07299584 | | 1987 #54)[0],BCH[.4273698], BCHA[.4273698], BF_POINT[33200], BRZ[.9962], BTC[0.35903196], CAD[12.68], DAI[1.9924], DOGE[1.9924], ETH[5.11056078], ETHW[5.26056078], GRT[.9962], MATIC[1], NFT (294217186979048874/Rubber Duckie #0048)[0], NFT (297903957159645064/The 2974 Collection #1261)[0], NFT (301913571738947367/Hall of Fantasy League #67)[0], NFT (313413063703847007/Birthday Cake #1261)[0], NFT (320852441610896984/Spectra #586)[0], NFT (357465618395409013/Ceri's Espresso Mocha)[0], NFT (376599365152666538/blue #2)[0], NFT (413973923138319193/Ceri's Espresso Mocha #2)[0], NFT (414967280207640970/Dustie #3548)[0], NFT (444380220003285183/Tim Brown's Playbook: Michigan State vs. Notre Dame - September 19, NFT (497577706926810544/Adriano Vulcano)[0], NFT (529837160509760667/Terraform Seed)[0], NFT (560489780576948352/Vintage Sahara #606)[0], NFT (562845037015757695/Brett's Test Collection)[0], NFT (573445446219082497/Confetti #257)[0], SOL[.51641915], SUSHI[2.4886], TRX[1.9924], UNI[2.9886], USD[1319.51], USDF[.5], USDT[11.93892101], YFI[1.8796] | | USD[1469.85] |
| 07299588 | | BCH[.00029085], BTC[0.00014664], DOGE[.15735], ETH[.00154431], ETHW[4.7626675], EUR[0.13], HKD[0.79], SOL[.07007175], TRX[.000031], USD[0.51], USDT[.000579] | | |
| 07299606 | | NFT (330353797211563449/Humpty Dumpty #43)[0], SOL[1], USD[ -33.57], WEST_REALM_EQUITY[0] | | |
| 07299610 | | AVAX[0], BF_POINT[100], BTC[0], ETH[0], ETHW[0.00092596], NFT (297155100056458740/Serum Surfers X Crypto Bahamas #8)[0], NFT (299750622974859782/Resilience #6)[0], NFT (302433891905611885/APEFUEL by Almond Breeze #274)[0], NFT (529347331535629443/Saudi Arabia Ticket Stub #307)[0], SOL[0], SUSHI[0], USD[0.08], USDT[0.09568001], YFI[0] | Yes | |
| 07299613 | | BTC[0], ETH[0], ETHW[.092], LINK[.21], USD[0.00], USDT[.00270519], XRP[1.38] | | |
| 07299736 | | SOL[0.00119436], USD[1.16], USDT[.24964315] | | |
| 07299816 | | BCH[0.00245683], KSHIB[1], SOL[.02], USD[47.54], USDT[1.81371694] | | |
| 07299838 | | ADA[ -0.60000007], AVAX[0], BCH[0.00000599], BCHA[ -0.00000194], BTC[0.00240551], DOGE[0], EOS[0.60099716], ETH[0.03600000], ETHW[0.03672793], LINK[5.39706283], LTC[0.00000002], MATIC[0], NEAR[.4684445], NFT (509610578992066745/FTX - Off The Grid Miami #2951)[0], SOL[0], UNI[0.00057411], USD[15.28], XLM[ -0.00079539], XRP[ -0.00000046], XTZ[0.00222224], YFI[.00000019] | | |
| 07299986 | | BTC[0.00000007], ETH[0.00000059], ETHW[0.00250459], SOL[.00254], TRX[0.00000482], USD[0.00], USDT[0.00488279] | | |
| 07300120 | | USD[0.00] | | |
| 07300132 | | BTC[.0301698], CUSDT[0.00000004], ETH[0.92161600], ETHW[0.00082100], SOL[33.85611030], USD[3.24], USDT[4.52798007] | | |
| 07300398 | | SOL[ -0.00000007], SRM[0.00283163], USD[9.87], USDT[.009392] | | |
| 07300418 | | BF_POINT[200], BTC[0.00001828], ETH[0], SOL[.00029], TRX[.000002], USD[0.52], USDT[0.00217500] | | |
| 07301813 | | AAVE[0], BTC[0], ETH[ -0.00000017], ETHW[ -0.00000017], MATIC[0], NFT (299960684590669842/FTX - Off The Grid Miami #1256)[0], SOL[0], USD[0.01], USDT[0] | | |
| 07302010 | | BNB[ -0.00085080], BTC[0.00000050], ETH[0.00000278], ETHW[0.00007575], LINK[0.00452426], SOL[0], USD[0.01], USDT[0] | | |
| 07302452 | | 1981 #4)[0], 1984 #4)[0], 1988 #1)[0],AAVE[0], BAT[2.07942135], BTC[0], DOGE[0], ETH[.01], ETHW[.11121623], KSHIB[1690], NFT (296796937426716273/Marcus Allen's Playbook: USC vs. Washington - November 14, NFT (309232338092854877/MagicEden Vaults)[0], NFT (317945292955805242/Fox #4364)[0], NFT (368882663254923182/Australia Ticket Stub #1328)[0], NFT (410770569871538307/MagicEden Vaults)[0], NFT (413081723640944784/MagicEden Vaults)[0], NFT (422992350275081801/Humpty Dumpty #55)[0], NFT (440766566412752982/Tim Brown's Playbook: San Diego Chargers vs. Los Angeles Raiders - September 4, NFT (443924164441629656/MagicEden Vaults)[0], NFT (447237148555528996/Marcus Allen's Playbook: Los Angeles Raiders vs. Washington - January 22, NFT (456395913533137730/2021 Sports Illustrated Awards #2)[0], NFT (536651362584737217/MagicEden Vaults)[0], NFT (549484626781004479/Famous Fox Crystal)[0], NFT (566537527485946964/😂 President Fineroo 103%)[0], SUSHI[3.15456918], USD[0.00], USDT[2.04204971] | Yes | |
| 07303000 | | BTC[0], ETH[0], ETHW[0], NFT (473609811770641966/Australia Ticket Stub #1436)[0], NFT (506295542531647997/Barcelona Ticket Stub #288)[0], SOL[0], TRX[.000006], USD[0.00] | | |
| 07303128 | | BTC[0.00000001], ETH[0.00000009], ETHW[0.00008676], MATIC[0.00000049], UNI[0], USD[0.04], WBTC[0], YFI[0] | | |
| 07303164 | | AUD[14.20], BAT[2.13697959], BF_POINT[300], BRZ[1], BTC[0.00541053], CAD[7.00], CUSDT[19], DOGE[27.73375531], ETH[0.01139351], ETHW[0.01125671], EUR[11.19], GBP[33.13], HKD[0.00], LINK[.64488851], MATIC[22.30368218], Miami? #2)[1], NFT (308294777233217423/Coachella x FTX Weekend 2 #18660)[1], NFT (335001761218011266/You in, NFT (339946078770276857/Coachella x FTX Weekend 1 #17258)[1], NFT (387000204698398550/None #2 )[1], NFT (424935087501545847/)[1], NFT (442726329276450711/Humpty Dumpty #18)[1], NFT (443861444922006421/Brett's Kitchen Cats #2)[1], SHIB[386558.51312325], SOL[9.32470923], TRX[6], USD[1.36], USDT[4.01157454], YFI[.00027322] | Yes | |
| 07303184 | | BTC[0.00004200], USD[0.11] | | |
| 07303368 | | BTC[0.04808197], ETH[13.88261629], ETHW[13.66353572], SOL[3.32235713], USD[942.40], USDT[0] | | ETH[13.663535] |
| 07303448 | Contingent, Disputed | BTC[0], ETH[0], ETHW[0], SOL[0.00000017], USD[0.01], WBTC[0.00000005] | | |
| 07304213 | Contingent, Disputed | TRX[.000035], USD[0.00], USDT[0.00005015] | | |
| 07304289 | | BTC[.00000048], USD[0.07], USDT[.4] | | |
| 07304438 | | TRX[11.68159895], USD[0.46], USDT[0.00000050] | | |
| 07305645 | | AVAX[0], BTC[0.00000050], DOGE[0], ETH[0.00066947], ETHW[0.00066947], NFT (385963306677637792/FTX - Off The Grid Miami #1184)[0], SOL[0.69131501], TRX[.000001], USD[0.74], USDT[0.98220647] | | |
| 07305770 | | BTC[85.39422875], PAXG[1.58271909], SOL[.047848], USD[145.51] | | |
| 07306305 | | BTC[0.00000085], DOGE[.00358955], ETH[0.00000156], ETHW[0.00000156], TRX[.140427], USD[0.00], USDT[0.00000380] | | |
| 07306662 | | BTC[0.16660290], ETH[0.04688581], ETHW[0.00148134], TRX[0.54560624], USD[24958.83], USDT[0] | | |
| 07306899 | | USD[0.08], USDT[.890976] | | |
| 07307042 | | NFT (417865419550680133/FTX - Off The Grid Miami #1459)[0], USD[490.00], USDT[0.00031109] | | |
| 07308114 | | BTC[.00038586], USD[0.60] | | |
| 07308377 | | TRX[.011229], USD[0.00] | | |
| 07310213 | | BTC[0.00000030], USD[0.64] | | |
| 07310328 | | ALGO[.798], AVAX[.0779], BTC[.0078], ETH[0.00072198], ETHW[0.00072198], GRT[.241], NFT (439543188861658447/Cow #1346)[0], NFT (562939794636193977/Highland Mesa #189)[0], SOL[27.27695086], USD[0.45] | | |
| 07310392 | | BTC[0.00000011], DOGE[0], ETH[.00000001], ETHW[0.00065002], LINK[.05154], SUSHI[0.13488600], USD[3803.29], USDT[10.19205024], WBTC[0.00000843] | | |
| 07311064 | | BTC[0.00000020], ETH[0.00000001], ETHW[0.00000001], SOL[.00000001], TRX[.000066], USD[0.00], USDT[0] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07311148 | | AUD[0.01], AVAX[0.00000002], BCH[0.00000008], BTC[0.00000002], CAD[0.00], ETH[0], ETHW[0], EUR[0.00], GBP[0.00], MATIC[10129.54988772], NFT (295880601035921006/Night Light #770)[0], NFT (362296072563003989/The 2974 Collection #2611)[0], NFT (413554373765654779/Golden Hill #897)[0], NFT (446333185217568366/Humpty Dumpty #158)[0], NFT (475408568167549364/Golden Hill #682)[0], NFT (478965355536863051/The 2974 Collection #2147)[0], NFT (507093168050202391/2974 Floyd Norman - OKC 1-0144)[0], NFT (525602351634625666/Night Light #297)[0], NFT (536936468616327790/Birthday Cake #2611)[0], NFT (542243316144063742/Birthday Cake #2147)[0], NFT (552041483460634857/2974 Floyd Norman - OKC 1-0121)[0], SOL[0], SUSHI[0.16235886], USD[9067.91], USDT[0], WBTC[0.00385560] | | WBTC[.000017] |
| 07311401 | | ETHW[34.90000000], SOL[0.00002036], USD[0.08] | | |
| 07312407 | | ETH[.00299579], TRX[.020258], USD[0.01], USDT[.05210895] | | |
| 07313842 | | TRX[.0394], USD[0.01], USDT[.060161] | | |
| 07314900 | | AAVE[0], AVAX[0], BTC[0.00000003], DOGE[0], ETH[0], MKR[0], NFT (347539041203728556/SBF Lunch #1)[0], NFT (572810528223721162/Entrance Voucher #2225)[0], SOL[0], SUSHI[0], USD[0.22], USDT[0] | | |
| 07338048 | | AAVE[0], AVAX[0], BCH[0], BF_POINT[1500], BTC[0], DOGE[0], ETH[0], GRT[0], LINK[0], LTC[0], MATIC[0], MKR[0], NFT (314108919242425964/Fortune Cookies #1994)[0], NFT (368328759054928238/Humpty Dumpty #1364)[0], NFT (418677249232421048/Little Rocks #1383)[0], NFT (571097231689420005/Entrance Voucher #4837)[0], SOL[0.00000001], SUSHI[0], TRX[0], UNI[0], USD[0.42], USDT[0.00016879], YFI[0] | Yes | |
| 07362445 | | BTC[0], ETH[0.00000012], ETHW[0.00000012], TRX[.010734], USD[115818.80], USDT[0.00781140] | | |
| 07364593 | | AVAX[0], BCH[0], BTC[0], DOGE[0], ETH[0.00000001], ETHW[0], LTC[0], MATIC[0], NFT (344408339919643984/Good Boy #44)[0], NFT (383639769133811740/Entrance Voucher #3072)[0], SOL[0], SUSHI[0], USD[0.75], USDT[0.00000001], YFI[0] | | |
| 07365688 | | BTC[ -0.00040695], ETH[0], ETHW[0], USD[22.20] | | |
| 07372249 | | BTC[.00003929], ETH[0.01096975], ETHW[0.01096975], NFT (289670058917024002/FTX Test Pack 1 #6)[0], NFT (295969016040052057/BabyBlob #75)[0], NFT (304752475266291802/SBF Hair & Signature #5 #2)[0], NFT (310290213152477708/Solninjas #6589)[0], NFT (330187604390629322/Cutie Kittens #21)[0], NFT (332861781652324670/FTX Test Pack 1 #4)[0], NFT (340998439735093300/SBF Hair & Signature #4 #52)[0], NFT (341804623347155142/Little Rocks #767)[0], NFT (345323772946581671/Coachella x FTX Weekend 1)[0], NFT (349243159061735669/Night Light #527 (Redeemed))[0], NFT (378763312690735412/Aku World: Dream)[0], NFT (380032912348733729/BabyBlob #262)[0], NFT (391222172375636368/BabyBlob #261)[0], NFT (392721585125067040/Test NFT 001 #2)[0], NFT (422447982881748169/SBF Hair & Signature #6 #2)[0], NFT (425811732658232212/Series 1: Wizards #55)[0], NFT (431534509805834498/SBF Hair & Signature #3 #23)[0], NFT (431874882505588771/NFT BZL 2021)[0], NFT (450459630803507628/Series 1: Wizards #56)[0], NFT (467411195213998290/BabyBlob #27)[0], NFT (474107040699285152/DWB TEST)[0], NFT (474477365591323606/DWB Avatar 9)[0], NFT (478837816084188056/SBF Hair & Signature #4 #23)[0], NFT (485959592866634279/Test NFT 001)[0], NFT (487531097123415003/Jolly Dolphins Test #5)[0], NFT (494954717784632014/Jolly Dolphins Test #4)[0], NFT (501027674235295806/BabyBlob #263)[0], NFT (536732989340711359/Jolly Dolphins Test #2)[0], NFT (537916992994692080/The Hill by FTX #1921)[0], NFT (569610766137581687/Reflection '12 #88)[0], SOL[.58690392], SUSHI[.4916], UNI[.0011], USD[16.48] | | |
| 07372518 | | BTC[0.00000017], SOL[8.54112136], USD[0.01] | | |
| 07383813 | | AAVE[0], AUD[0.00], AVAX[0], BCH[0], BRZ[0], BTC[0], CAD[0.00], CUSDT[0], DAI[0], DOGE[0], ETH[0], EUR[0.00], GBP[0.00], GRT[0], LINK[0], LTC[0], MATIC[0], MKR[0], NFT (294027315985498534/2974 Floyd Norman - OKC 1-0104)[0], NFT (295759463033089039/2974 Floyd Norman - CLE 2-0015)[0], NFT (295910190458365176/2974 Floyd Norman - OKC 3-0189)[0], NFT (295936691877076129/2974 Floyd Norman - CLE 2-0159)[0], NFT (296862528658431113/2974 Floyd Norman - OKC 4-0049)[0], NFT (299177712909268362/The 2974 Collection #1263)[0], NFT (301615332762800456/Birthday Cake #2027)[0], NFT (304515751625149837/2974 Floyd Norman - CLE 2-0248)[0], NFT (309663096033324826/Birthday Cake #1263)[0], NFT (310631656179544823/2974 Floyd Norman - CLE 4-0180)[0], NFT (313788203842682399/2974 Floyd Norman - OKC 6-0221)[0], NFT (315345526476993860/2974 Floyd Norman - OKC 1-0003)[0], NFT (317123162307907215/2974 Floyd Norman - CLE 5-0171)[0], NFT (324508938336294575/2974 Floyd Norman - CLE 2-0238)[0], NFT (327354367205804795/2974 Floyd Norman - CLE 2-0067)[0], NFT (335804468664690385/2974 Floyd Norman - CLE 2-0138)[0], NFT (336463573048993065/2974 Floyd Norman - OKC 3-0007)[0], NFT (340837081827659268/2974 Floyd Norman - OKC 6-0184)[0], NFT (341791385047035754/2974 Floyd Norman - OKC 2-0018)[0], NFT (344335292878264139/2974 Floyd Norman - CLE 3-0176)[0], NFT (348082881365682779/The 2974 Collection #0938)[0], NFT (352866573042879901/2974 Floyd Norman - CLE 4-0066)[0], NFT (353344202717373168/2974 Floyd Norman - OKC 3-0147)[0], NFT (356208825268599119/2974 Floyd Norman - OKC 1-0134)[0], NFT (357677645582471541/Birthday Cake #0698)[0], NFT (364398136382494791/2974 Floyd Norman - OKC 2-0062)[0], NFT (369284233104672930/2974 Floyd Norman - CLE 5-0074)[0], NFT (372366076821251573/2974 Floyd Norman - OKC 4-0117)[0], NFT (374347016680543799/The 2974 Collection #2027)[0], NFT (383761706840033548/Birthday Cake #0938)[0], NFT (385437053845255863/2974 Floyd Norman - CLE 2-0149)[0], NFT (389851990156638418/2974 Floyd Norman - CLE 1-0042)[0], NFT (391568538404497330/2974 Floyd Norman - CLE 5-0258)[0], NFT (392583103677425034/2974 Floyd Norman - CLE 6-0241)[0], NFT (394524416599537920/2974 Floyd Norman - CLE 5-0038)[0], NFT (396252117334767311/2974 Floyd Norman - CLE 3-0213)[0], NFT (398452585915132431/2974 Floyd Norman - OKC 4-0141)[0], NFT (407118047348092378/2974 Floyd Norman - OKC 5-0261)[0], NFT (410146916260152693/2974 Floyd Norman - OKC 6-0135)[0], NFT (410352658066435833/2974 Floyd Norman - OKC 2-0112)[0], NFT (412485214036406729/The 2974 Collection #1942)[0], NFT (416389983702924610/2974 Floyd Norman - CLE 2-0135)[0], NFT (419241743712756873/2974 Floyd Norman - CLE 2-0006)[0], NFT (425508656458930417/2974 Floyd Norman - OKC 5-0167)[0], NFT (429075469615968798/2974 Floyd Norman - CLE 5-0148)[0], NFT (432277804031309964/2974 Floyd Norman - CLE 2-0089)[0], NFT (434225596422386843/2974 Floyd Norman - CLE 2-0128)[0], NFT (440215199261015385/2974 Floyd Norman - OKC 1-0020)[0], NFT (442602600531300393/2974 Floyd Norman - OKC 2-0017)[0], NFT (443492820077186066/2974 Floyd Norman - OKC 3-0258)[0], NFT (443722910898857834/The 2974 Collection #1573)[0], NFT (444398991389539836/2974 Floyd Norman - CLE 5-0155)[0], NFT (444942266158892211/2974 Floyd Norman - OKC 6-0206)[0], NFT (448863861443324322657/2974 Floyd Norman - OKC 4-0080)[0], NFT (478406862214443973/Birthday Cake #1942)[0], NFT (485112024603335441/2974 Floyd Norman - CLE 1-0227)[0], NFT (485424500748477268/2974 Floyd Norman - OKC 6-0049)[0], NFT (485564561548938799/2974 Floyd Norman - OKC 3-0082)[0], NFT (487231629718837338/2974 Floyd Norman - CLE 6-0229)[0], NFT (492739804764436906/Entrance Voucher #29705)[0], NFT (499613948305816296/2974 Floyd Norman - CLE 2-0088)[0], NFT (503657656923265195/2974 Floyd Norman - CLE 2-0164)[0], NFT (506955310831667884/2974 Floyd Norman - OKC 4-0080)[0], NFT (510119978564920672/2974 Floyd Norman - CLE 2-0219)[0], NFT (517272148900714019/2974 Floyd Norman - CLE 1-0019)[0], NFT (520696619084470861/2974 Floyd Norman - CLE 4-0228)[0], NFT (523693111706757800/2974 Floyd Norman - CLE 2-0074)[0], NFT (525205244391509934/2974 Floyd Norman - CLE 5-0259)[0], NFT (525774927528362624/2974 Floyd Norman - CLE 5-0079)[0], NFT (533365349491067180/2974 Floyd Norman - OKC 2-0158)[0], NFT (533793860497444980/2974 Floyd Norman - OKC 6-0003)[0], NFT (535949868394322182/2974 Floyd Norman - CLE 5-0165)[0], NFT (539139127126726667/2974 Floyd Norman - CLE 2-0041)[0], NFT (540793936313920817/2974 Floyd Norman - CLE 5-0105)[0], NFT (545576158174650908/2974 Floyd Norman - CLE 5-0264)[0], NFT (547217455440059121/2974 Floyd Norman - OKC 5-0200)[0], NFT (547605366494379649/2974 Floyd Norman - OKC 6-0088)[0], NFT (548210187137819970/2974 Floyd Norman - CLE 6-0015)[0], NFT (549293070038187880/2974 Floyd Norman - OKC 2-0052)[0], NFT (551278494985262909/The 2974 Collection #0698)[0], NFT (557030817962634812/Birthday Cake #1573)[0], NFT (560171362591147658/2974 Floyd Norman - OKC 4-0125)[0], NFT (561148999812039528/2974 Floyd Norman - CLE 2-0155)[0], NFT (561296801274526476/2974 Floyd Norman - CLE 2-0150)[0], NFT (562067142055544322/2974 Floyd Norman - CLE 1-0097)[0], NFT (576196518951748900/2974 Floyd Norman - CLE 6-0145)[0], PAXG[0], SOL[0], SUSHI[0], TRX[0], UNI[0], USD[0.01], USDT[0], WBTC[0], YFI[0] | | |
| 07392022 | | BCH[0], BTC[0.00010000], ETH[0], SOL[0], USD[0.01], USDT[0.00008500] | | |
| 07393084 | | BTC[0], DAI[.00000001], USD[31.91], USDT[0.00000001] | | |
| 07394507 | | NFT (301398753327123931/Eitbit Ape #5504)[0], NFT (302152070987940193/Eitbit Ape #5664)[0], NFT (313515256846848569/Munch moon)[0], NFT (313802958866781188/Solana Dog House #601)[0], NFT (314142229813684504/Doge Capital #3985)[0], NFT (324440212317386790/Toasty Doge Egg)[0], NFT (342235712662618514/Eitbit Ape #4574)[0], NFT (343963221995055016/Eitbit Ape #5003)[0], NFT (344312844650998970/Eitbit Ape #5677)[0], NFT (345518755912327337/Eitbit Ape #5684)[0], NFT (349923540090241260/Eitbit Ape #6137)[0], NFT (355543191148106333/Eitbit Ape #4149)[0], NFT (358080550124228993/Eitbit Ape #6187)[0], NFT (359227453398865690/Eitbit Ape #5218)[0], NFT (359835017580420802/Golden Woofer)[0], NFT (362252283127582473/Golden Woofer #2076)[0], NFT (369564910550604082/Eitbit Ape #6411)[0], NFT (380159064722123768/Wealthy Whale #1359)[0], NFT (381655394726903783/Eitbit Ape #4631)[0], NFT (387853090379467076/Eitbit Ape #3968)[0], NFT (393162974459208102/Golden Woofer)[0], NFT (393981757363006502/Eitbit Ape #6122)[0], NFT (402516683777315081/PepperMint)[0], NFT (405737377832223610/Eitbit Ape #5675)[0], NFT (406503643354837878/Eitbit Ape #4691)[0], NFT (412391088166967758/Eitbit Ape #3220)[0], NFT (417205148977993220/SOL Parasite #1687)[0], NFT (418949185317035208/Eitbit Ape #3799)[0], NFT (419435760257331539/Doge Capital #1623)[0], NFT (420384221267099750/Eitbit Ape #5332)[0], NFT (420779139361272415/Eitbit Ape #4991)[0], NFT (442204098230128544449/BabyBob #0)[0], NFT (443192538840043602/Eitbit Ape #5300)[0], NFT (447886234629577745/Golden Woofer)[0], NFT (451371259779879668/Kitty Key)[0], NFT (454806891020999149/Eitbit Ape #5242)[0], NFT (458011964462733180/TSM FTX 2021 Aurorian)[0], NFT (460607808754534376/Eitbit Ape #4321)[0], NFT (461243333716995514/Doge Capital #3693)[0], NFT (473372843091878226/Bloombell)[0], NFT (481675226054673484/Eitbit Ape #4885)[0], NFT (482468746320990032/Eitbit Ape #3842)[0], NFT (483093587074460125/KAM1 #7458)[0], NFT (490775542625443291/Eitbit Ape #4600)[0], NFT (510820160604730467/Eitbit Ape #5371)[0], NFT (518167038940967038/Doge Capital #1966)[0], NFT (526966615105899626/Doge Capital #1526)[0], NFT (534388347454225446/Golden Woofer)[0], NFT (560579520316404512/DinoBitten)[0], NFT (563909293603090208/Eitbit Ape #4779)[0], NFT (567327816410808960/Wealthy Whale #1362)[0], NFT (573631797559761358/Golden bone pass)[0], NFT (574358573382475479/Hannya Mask)[0], SOL[0.00334711], USD[0.01], USDT[.00438896] | | |
| 07394836 | | AUD[0.00], BTC[0.00000018], CAD[0.00], DOGE[0.26495628], ETH[0.00000001], ETHW[0.00000001], EUR[0.17], GBP[0.00], LINK[0.00000001], NFT (306026645638725708/StarAtlas Anniversary)[0], NFT (318640189138854611/StarAtlas Anniversary)[0], NFT (323009942582370303/Cracked Genopet Egg #618)[0], NFT (401320116079241027/StarAtlas Anniversary)[0], NFT (402851149135685425/StarAtlas Anniversary)[0], NFT (419380188479079759/StarAtlas Anniversary)[0], NFT (469963500711775136/StarAtlas Anniversary)[0], NFT (474166056146110564/StarAtlas Anniversary)[0], NFT (477245018901773923/StarAtlas Anniversary)[0], NFT (545992151400277799/Cracked Genopet Egg #295)[0], PAXG[0], SOL[0.39107529], SUSHI[0], TRX[.000001], USD[0.05], USDT[0.00000001] | | |
| 07399249 | | AAVE[0], AUD[0.00], AVAX[0.00000002], BCH[0], BTC[0], CAD[0.01], DAI[0], DOGE[0.00000001], ETH[0], EUR[0.00], GBP[0.01], GRT[0], LINK[0], LTC[0], MATIC[0], MKR[0], NFT (426510559940440261/FTX US VIP #1)[0], PAXG[0], SOL[0.00000001], SUSHI[0], TRX[0], UNI[0], USD[0.01], USDT[0], WBTC[0], YFI[0] | | |
| 07401068 | | BTC[7.29259842], ETH[28.63898701], ETHW[28.63898701], SOL[3186.634221], USD[99517.42] | | |
| 07402491 | | ETH[0.00000039], ETHW[0.00000039], LINK[0.00357000], NFT (561550028702889289/Entrance Voucher #5764)[0], SOL[0.00000029], USD[0.68], YFI[0.00000005] | Yes | |
| 07404000 | | USD[0.01], USDT[0.00624200] | | |
| 07404740 | | AUD[0.00], AVAX[0.00146057], BTC[0.00001158], ETH[0], ETHW[0.00038586], EUR[0.00], GBP[0.67], PAXG[0.00003222], SOL[0], USD[0.00], USDT[0.00565453] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07407740 | | BTC[0], SOL[0.00869455], UNI[.0605], USD[0.18], WBTC[0] | | |
| 07407818 | | USD[8.43], USDT[0.00000001] | | |
| 07407902 | | NFT (436430348871380551/The DogeFather )[0], USD[2.57], USDT[0.00000001] | | |
| 07408169 | | BTC[0.00001073], USD[0.00] | | |
| 07409241 | | ETH[.00000001], NFT (416655734441092062/Microphone #8930)[0], SOL[0.00359159], USD[0.00] | | |
| 07411132 | | BTC[0.00003400], ETH[0.00056197], ETHW[0.00056197], NFT (344945892526394397/Reflection '13 #80)[0], NFT (427665277447683490/The 2974 Collection #1667)[0], SOL[0.00886430], USD[0.01], USDT[0] | | |
| 07413282 | | BF_POINT[100], BTC[0.00179066], ETH[.00077011], USD[428.70] | | |
| 07413841 | | AUD[0.01], BTC[0], CAD[0.01], ETH[0], ETHW[0], EUR[0.00], PAXG[0], TRX[0], USD[0.00], USDT[0.00209215] | | |
| 07414759 | | ETH[.00009124], ETHW[.00009124], MATIC[72.28666483], NFT (424128159060860853/Space Dream #15)[0], NFT (475292687166704648/Dead Set #1)[0], NFT (476099407679517940/Entrance Voucher #2154)[0], PAXG[.09123423], SOL[2.81504483], SUSHI[16.86205718], USD[301.24] | | |
| 07417590 | | MATIC[0], SOL[0.00262595], USD[0.00] | | |
| 07417986 | | BTC[ -0.00000031], ETH[0.00130432], ETHW[0.00099975], USD[0.01] | | |
| 07421051 | | BTC[0.00000001], TRX[.000007], USD[0.01], USDT[.00000004] | | |
| 07421099 | | BTC[0.00000004], DOGE[.00098016], TRX[.000002], USD[0.01], USDT[.00000042] | | |
| 07422251 | | BTC[0.00000056], ETH[0.00000127], ETHW[0.85568527], SOL[0.00530186], USD[100.00] | | |
| 07423711 | | DAI[.002528], ETH[0.00430669], ETHW[16.27188144], EUR[0.00], PAXG[0.00003315], SOL[0.00748900], SUSHI[0.13690969], USD[0.01], USDT[0.00000010] | | |
| 07425920 | | NFT (526798507942639254/SBF Hair & Signature #4 #57)[0], TRX[.000145], USD[0.32] | | |
| 07426200 | | BTC[0], USD[34.01] | | |
| 07426946 | | EUR[3.38], NFT (419987758238621946/Colossal Cacti #149)[0], USD[0.42], USDT[0.66341011] | | |
| 07433988 | | SUSHI[.00000001], TRX[.00009], USD[0.01], USDT[0.00000001] | | |
| 07437506 | | BTC[0.00000069], DOGE[.2089], ETH[0], LINK[0.02522737], NFT (558550451568086648/Imola Ticket Stub #2061)[0], SOL[0], TRX[.000097], USD[0.02], USDT[0] | Yes | |