| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07443766 | | AVAX[0.00000002], BTC[0], ETH[0.00000032], ETHW[0.25181589], SOL[0.00000006], USD[0.54] | | |
| 07444951 | | USD[0.00], USDT[.13206] | | |
| 07445937 | | BTC[0], USD[0.00] | | |
| 07449701 | | ETH[0], ETHW[0], SOL[.08054188], USD[0.01] | | |
| 07451327 | | BTC[0.00009800], ETH[.000755], ETHW[.000749], LINK[.083591], NFT (328864772596735455/Humpty Dumpty #574)[0], SOL[0.18982322], USD[7.98] | | |
| 07451346 | | BTC[0], DOGE[0], ETH[0.88756097], ETHW[0.88756098], SOL[0.00151852], USD[0.00], USDT[0] | | |
| 07452181 | | ETHW[.051792], SOL[0.00000032], USD[0.00] | | |
| 07455777 | | BF_POINT[100], ETH[0.00000041], ETHW[0.00000040], NFT (525752716596344445/coins.fyi Video Feature)[0], SOL[0.00000014], TRX[.000002], USD[31.58], USDT[0.00000001] | | |
| 07457468 | | BTC[0], DAI[.00000001], ETH[0.04387358], ETHW[0.29813965], NFT (335296137283909623/Miami Ticket Stub #465)[0], NFT (384268461201382368/GSW Western Conference Finals Commemorative Banner #1499)[0], NFT (441198612946779558/Stars #499)[0], NFT (452441221215659524/GSW Western Conference Finals Commemorative Banner #1500)[0], NFT (453714263526793780/Furry Friend)[0], NFT (470149097303878441/GSW Championship Commemorative Ring)[0], NFT (552254013920353967/GSW Western Conference Semifinals Commemorative Ticket #775)[0], NFT (554073635216144364/Warriors Logo Pin #75)[0], SOL[.1], USD[2584.30], USDT[0.00682690] | | |
| 07483682 | | SOL[ -0.00004936], USD[0.02], USDT[0.00110223] | | |
| 07501669 | | BTC[0.00000012], USD[0.67] | | |
| 07512815 | | BTC[0], NFT (295823561204696439/Crystal Egg)[0], NFT (326827460516859117/Aurorian #8993)[0], NFT (367514035419688798/Degenerate Trash Can)[0], NFT (383115475805786263/Stock Tylers #1265)[0], NFT (424189254483544782/Degen Trash Panda #10745)[0], NFT (440420426222725475/MagicEden Vaults)[0], NFT (458314480528539967/MagicEden Vaults)[0], NFT (524591866661691307/MagicEden Vaults)[0], NFT (530268825074131364/MagicEden Vaults)[0], NFT (537769156747210025/MagicEden Vaults)[0], NFT (549870156321976017/Degenerate Trash Can)[0], NFT (556855313986669503/Degen Ape #7237)[0], NFT (570564763629977177/Crystal Egg)[0], SOL[31.00974669], TRX[.000004], USD[0.01], USDT[272739.14091686] | | |
| 07576469 | | BTC[30.46651402], ETH[ -0.251279], ETHW[ -0.251113], USD[ -699636.51] | | |
| 07596863 | | BTC[0], USD[10.00], USDT[0] | | |
| 07604067 | | BAT[1], ETHW[0], USD[0.33], USDT[0] | Yes | |
| 07611907 | Contingent, Disputed | SOL[0.00000016], USD[0.00] | | |
| 07613242 | | SOL[0.00013383], USD[4199.50], USDT[0.58259195] | | |
| 07621410 | Contingent, Disputed | AVAX[.06531324], ETH[.0000491], ETHW[.00203554], NFT (354020371660025368/SolWarrior #4142)[0], SOL[0.00878046], USD[3.68] | Yes | |
| 07622938 | | BTC[.00000571], USD[67325.60] | | |
| 07624059 | | ETH[0.00022069], ETHW[0.00022069] | | |
| 07629183 | | USD[0.00] | | |
| 07640090 | | BTC[0.00018478], DOGE[.8781], ETH[.000467], ETHW[.532467], SOL[.52879508], USD[5.49] | | |
| 07640181 | | SOL[6.00932647] | | |
| 07648452 | | BTC[.00399171], SOL[0.00000751], USD[0.00] | | |
| 07662643 | | BTC[0], SOL[0], USD[1.00], USDT[0] | | |
| 07700070 | | USD[129.68] | | |
| 07700636 | | AAVE[.0045], ALGO[.54], BCH[.000826], BRZ[0.00674555], BTC[0.02887341], DOGE[.305], ETH[0.00066696], LINK[.05532], LTC[.003658], SOL[.005178], SUSHI[.325], TRX[.467], USD[0.18], USDT[0.00006650] | | |
| 07702542 | Contingent, Unliquidated | BF_POINT[400], BTC[0.00000356], ETHW[.02330534], FTX_EQUITY[0], MATIC[0], Miami? #71)[0], NFT (301043404910841949/Warriors Gold Blooded NFT #87)[0], NFT (312597538085361509/Serum Surfers #4814)[0], NFT (318955425031078047/SALT New York 2022 #20)[0], NFT (331727769325972336/Ohana X Billboard)[0], NFT (357350870497106093/Series 1: Capitals #4)[0], NFT (368294977330679633/Shaq's Fun House presented by FTX #12)[0], NFT (382683529100767527/FTX - Off The Grid Miami #101)[0], NFT (393390003674239116/Serum Surfers X Crypto Bahamas #104)[0], NFT (431553397727994907/Fancy Frenchies #1099)[0], NFT (436868012171936720/Gloom Punk #6546)[0], NFT (457362351124224570/Serum Surfers #353)[0], NFT (482751620853271404/Series 1: Wizards #2)[0], NFT (499973832586298947/Warriors 75th Anniversary City Edition Diamond #16)[0], NFT (511710504493632854/You in, NFT (519441930834385821/Coachella x FTX Weekend 1 #27459)[0], NFT (531572275906812787/Microphone #17)[0], NFT (552665776713357372/Warriors 75th Anniversary Icon Edition Diamond #2)[0], NFT (560631637318414880/SBF Hair & Signature #7 #14)[0], SHIB[100300.90270812], USD[252.02] | | |
| 07702580 | | TRX[.000001], USD[0.00], USDT[0.00000026] | | |
| 07707128 | | AVAX[.01012308], ETH[.00027637], SOL[1], USD[0.01], USDT[.617] | | |
| 07711530 | | BCH[0.00000027], BTC[0], USD[0.29], USDT[0.00000001] | | |
| 07716859 | | TRX[12.49868893], USD[0.07] | | |
| 07717970 | | USD[0.01] | Yes | |
| 07727324 | | ETH[0.00004160], ETHW[6.09128823], MATIC[4646.64095897], SOL[0.00000049], USD[0.01] | | |
| 07729068 | | BRZ[.0000004], TRX[.000001], USD[0.01], USDT[0.00000086] | | |
| 07734078 | | ETH[0], ETHW[0], SOL[0.00000039], USD[0.00] | | |
| 07736728 | | USD[0.03] | | |
| 07737454 | | TRX[20.000948], USD[0.05], USDT[0.08004500] | | |
| 07753468 | | BTC[0], SOL[0], USD[4.56], USDT[1.00002350] | | |
| 07762233 | | TRX[.011533], USD[0.78], USDT[0.01034061] | | |

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07763073 | | BTC[0.00019957], ETH[.00088725], ETHW[.00088725], TRX[6.32241869], USD[0.03], USDT[120.91754167] | | |