| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07772141 | | BTC[0.00000013], ETH[.00067993], ETHW[.00067993], LINK[.00000001], SOL[0], USD[0.01], USDT[0] | | |
| 07795947 | | NFT (388672571434215044/FTX Crypto Cup 2022 Key #1094)[0], NFT (395723431239161140/The Hill by FTX #2435)[0], USD[50.00] | | |
| 07796262 | | USD[0.01], USDT[0.00000019] | | |
| 07802696 | Contingent, Disputed | TRX[.010256], USD[0.01], USDT[0.00000001] | | |
| 07807730 | Contingent, Disputed | NFT (461617192379662466/fffsad)[0], USD[18.65] | | |
| 07808619 | | GBP[8.05], TRX[.01175], USD[20.72], USDT[0.03909300] | | |
| 07809178 | | SOL[335.87476001], USD[0.02] | | |
| 07816926 | | TRX[.011173], USD[43.92], USDT[0.00374779] | | |
| 07830652 | | USD[0.28], USDT[0.82311937] | | |
| 07838432 | | BCH[0], BTC[0], CUSDT[0], DOGE[0], ETH[0.52876785], ETHW[0.51426219], LINK[17.32195050], LTC[2.43907935], MATIC[0], SHIB[3536105.43058395], SOL[1.30172855], TRX[.000005], USD[1000.00], USDT[0.00000001], YFI[0.01532741] | | ETH[.521458], LINK[17.310985], YFI[.015305] |
| 07845442 | | AAVE[0], BAT[0], BCH[0], BTC[0.00000363], DOGE[0], ETH[0], ETHW[0], GRT[0], KSHIB[0], LINK[0], LTC[0], MATIC[0], MKR[0], PAXG[0], SOL[0], SUSHI[0], UNI[0], USD[0.00], USDT[0.12326951], YFI[0] | | |
| 07846469 | | BTC[0.00010000], USD[17.20], USDT[2.56340803] | | |
| 07855869 | | EUR[289.38], SOL[0], USD[0.00] | | |
| 07858015 | | ETHW[325.41531384], USD[1000.00] | | |
| 07870663 | | AUD[0.00], BCH[.00000903], BTC[0.00000003], ETH[0], ETHW[0], USD[3.06], USDT[0.00000323] | | |
| 07872772 | | BRZ[1], USD[0.52], USDT[1] | Yes | |
| 07877006 | Contingent, Disputed | BTC[0.00000022], ETH[0], ETHW[0], TRX[.011988], USD[0.00], USDT[0.00307348] | | |
| 07930776 | | BTC[0], ETH[0.00487509], ETHW[0.00000087], TRX[0], USD[0.01], USDT[0.00050069] | | |
| 07942080 | | BTC[0], DOGE[.9972], ETH[0.00194467], ETHW[0.08817006], USD[0.00], USDT[0.01921233] | | |
| 07952269 | | USD[20.01], USDT[0] | | |
| 07959527 | | USD[0.16], USDT[0.00000001] | | |
| 08015693 | | ETH[0.00274357], ETHW[0.00274357], SHIB[0.00000001], USD[3.95] | | |
| 08025143 | | BTC[.0005], TRX[.00001], USDT[10.355189] | | |
| 08033649 | | TRX[.013728], USD[0.02], USDT[0.00273901] | | |
| 08040356 | | BTC[0.00100006], ETH[.00000013], ETHW[.00000013], SHIB[60668688], SOL[.00999976], USD[4430.72] | | |
| 08062520 | | BTC[0.65034311], ETH[0.00000970], ETHW[0.00000970], SOL[0.01592984], USD[4664.14], USDT[0] | | |
| 08063884 | | NFT (391520992897064372/SOLYETIS #4082)[0], SOL[.05596348], SUSHI[4.78896105], USDT[0] | | |
| 08068656 | | BTC[0.25026877], USD[5000.00] | | |
| 08090006 | | ALGO[0.00000694], ATOM[0.00000014], AVAX[0.00001230], BTC[0], ETH[0.00004887], ETHW[0.00004887], LUNC[0.00000011], SOL[0.00460074], SRM[0.00000460], SUSHI[0], USD[0.01] | | |
| 08092434 | | ALGO[114.44658591], BRZ[52.56704856], BTC[0.00729474], CAD[36.38], CUSDT[2390.18111059], DAI[21.10179763], DOGE[160.04981194], ETH[.17292356], ETHW[.17258849], EUR[26.37], JPY[1000.00], KSHIB[0], NFT (319437076692123086/APEFUEL by Almond Breeze #455)[0], NFT (370008251502375126/Sigma Shark #970)[0], NFT (494474374849025823/FTX - Off The Grid Miami #1991)[0], NFT (504729847480481435/Sigma Shark #529)[0], NFT (514040183833656782/Frenchy Rare #57)[0], NFT (522646668003645164/Sigma Shark #1576)[0], NFT (543009039687428718/ApexDucks #4113)[0], NFT (558767890491903929/Careless Cat #1090)[0], SHIB[4175988.74180033], SOL[1.59876309], SUSHI[10.53116706], TRX[1], USD[40.93] | Yes | |
| 08108651 | | BTC[0.00000025], ETH[0.00000031], ETHW[0.00000031], USD[0.01] | | |
| 08119726 | | BTC[0.00005574], USD[0.00] | | |
| 08124793 | | BTC[1], ETH[0.03021112], ETHW[302.19678383], MATIC[500], SOL[199.08072], USD[3897.60] | | |
| 08146595 | | BTC[0.00000087], ETH[0.00000006], ETHW[0.00000006], USD[196.88] | | |
| 08170749 | | EUR[1.75], GBP[1.46], HKD[29.79], SGD[2.66], TRX[.012273], USD[1374.19], USDT[1.22805797] | | |
| 08176869 | | BTC[0.00000006], ETH[0.00000036], ETHW[6.70567011], USD[12.57] | | |
| 08214777 | | BTC[.01016553] | Yes | |
| 08215742 | | ETH[.003696], ETHW[.003696], NFT (476682129737928517/Memories Locked in the Void)[1], USD[3.39] | | |
| 08219000 | | BTC[0.10074616], ETH[13.05251828], ETHW[0.10002913], USD[-14880.49] | | |