| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 08350554 | | TRX[.013119], USD[1.06], USDT[0.05098294] | | |
| 08394301 | | TRX[.000341], USD[17.24], USDT[0.47025400] | | |
| 08506791 | | ETH[0.11445345], ETHW[0.01948685], SOL[.005], USD[0.00] | | |
| 08559812 | | TRX[.03787], USD[0.02], USDT[0.21080700] | | |
| 08560130 | | TRX[.00047], USD[0.01], USDT[.154127] | | |
| 08560772 | | NFT (470119248832429654/NFT Solana)[0], TRX[.012498], USD[3968.56], USDT[13414.69061663] | | |
| 08566183 | | AVAX[0.00180793], BTC[0.00580183], ETH[0.01468434], ETHW[5.10000008], SHIB[2], SOL[0.00391388], SUSHI[0], UNI[0.34257738], USD[20980.21], USDT[0.01065663] | Yes | |
| 08574257 | | BTC[0.00000191], ETH[0.00000095], ETHW[0.28660395], TRX[0.01183544], USD[0.01], USDT[1.00000071] | | |
| 08582601 | | TRX[.003154], USD[21.28], USDT[0.00880534] | | |
| 08583193 | Contingent, Disputed | BTC[0.00000006], MATIC[.28], USD[2.00], USDT[35.23108680] | | |
| 08588780 | | ETH[0.00001574], ETHW[20.54991574], USD[26815.12] | | |
| 08647711 | | SHIB[4676104.07825088], SOL[.009582], USD[13.25] | | |
| 08672085 | | USD[0.88], USDT[18.23809340] | | |
| 08728680 | | ALGO[0.00046340], NFT (510372236630950894/Entrance Voucher #4016)[0], USD[0.00] | Yes | |
| 08772814 | | AVAX[13.59993], BF_POINT[100], BTC[0.02430000], ETH[0.36100000], ETHW[.361], MATIC[690], SOL[33.89695865], USD[2404529.44] | | |
| 08786882 | | TRX[.000002], USD[0.67], USDT[0.00157345] | | |
| 08807596 | | SOL[95613.771288], USD[0.01] | | |
| 08835040 | | BTC[0.00000028], USD[0.01] | | |
| 08835381 | | TRX[.011218], USD[0.32], USDT[0.58475527] | | |
| 08843734 | | BTC[0.11439984], USD[2.28], USDT[0.00843309] | | |
| 08845021 | | USD[48.00], USDT[.00517468] | | |
| 08845577 | | BTC[0], TRX[.000163], USD[0.28], USDT[0] | | |
| 08853071 | | ETH[0.00050000], ETHW[.0005], USD[0.04], USDT[0] | | |