| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 08879397 | | ETH[80], ETHW[553], USD[4.06] | | |
| 08883162 | | BTC[.0000008], USD[0.00], USDT[1.25184784], WBTC[0.00000044] | | |
| 08886755 | | BTC[0.00158814], NFT (452310944297106590/The Hill by FTX #6456)[0], NFT (555450143151351824/RAGDOLL - GOOGLY !! RARE !!)[0], SOL[.689995], USD[0.83] | | |
| 08910961 | Contingent, Unliquidated | BTC[0.80596802], DOGE[0], LINK[0], NFT (530952872576791204/Entrance Voucher #721)[0], SOL[0], USD[924.65] | | |
| 08917054 | | BTC[0], USD[31096.85] | | |
| 09024417 | Contingent, Disputed | USD[0.05], USDT[.00939224] | | |
| 09040797 | | USD[0.00], USDT[.411771] | | |
| 09041495 | | BRZ[531.38901171], USD[39.03] | | |
| 09045622 | | USD[0.00] | | |
| 09047233 | | TRX[.000085], USD[0.79], USDT[0.61268822] | | |
| 09057951 | Contingent, Disputed | USD[0.00], USDT[0.31153769] | | |
| 09088019 | | TRX[.000028], USD[12.88], USDT[5.01195212] | | |