| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 09148608 | Contingent, Disputed | USD[0.01], USDT[0.00264935] | | |
| 09321268 | | TRX[.015912], USD[0.01], USDT[0.00273386] | | |
| 09325995 | | ETH[0.00953536], ETHW[3.67297316], SOL[.999], USD[0.36] | | |
| 09331192 | | USD[0.05], USDT[0] | | |
| 09336282 | | ETH[0], ETHW[0], USD[50.00], USDT[0] | | |
| 09337008 | | USD[1.92] | | |
| 09443890 | | AVAX[.8675], USD[15.80], USDT[0] | | |