| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 09445716 | | TRX[.005682], USD[0.01], USDT[.007193] | | |
| 09475097 | | DOGE[.88965083], USD[0.00] | | |
| 09490257 | | ETHW[1.94052033], MATIC[1], NFT (327875214545243488/Baddies #2620)[0], SHIB[6262792.93895918], USD[99.16] | | |
| 09493567 | | USD[2000.01], USDT[0.00626071] | | |
| 09502702 | | AVAX[0], BTC[0], DOGE[0], ETH[0], ETHW[0], LINK[0], LTC[0], MATIC[0], SOL[0], USD[0.01], USDT[ -0.00405513] | | |
| 09517954 | | TRX[.011838], USD[0.00] | | |
| 09531945 | | BTC[0.00001085], ETH[0.00025498], ETHW[0.00025498], USD[0.01] | | |
| 09676179 | Contingent, Disputed | TRX[.000169], USD[0.00], USDT[0.00889513] | | |
| 09680594 | | TRX[.000375], USD[0.00] | | |
| 09682084 | | BRZ[.7219], TRX[.022476], USD[7.35], USDT[31.60196571] | | |
| 09722899 | | BTC[ -0.00000036], ETH[0.00000009], ETHW[0.00000009], USD[0.01], USDT[ -0.00000032] | | |
| 09723666 | | BTC[0.00010031], SOL[0.02841197], USD[195.81] | | |
| 09780966 | | ETH[0.00064983], ETHW[0.00000362], USD[0.38], USDT[0.09779242] | | |
| 09808102 | | BTC[8.91883538], TRX[.000017], USD[32636.34] | | |
| 09819569 | | TRX[.010145], USD[0.09] | | |
| 09830506 | | TRX[.011262], USD[396.95], USDT[0] | | |
| 09854073 | | TRX[.011185], USD[360.19], USDT[0.21600557] | | |
| 09855270 | | BTC[0.00000062], TRX[.000007], USD[0.01], USDT[0.00375037] | | |
| 09859556 | | TRX[.011145], USD[0.08], USDT[0.00373064] | | |
| 09885863 | | HKD[0.75], TRX[.010095], USD[340.31], USDT[0.08831375] | | |
| 09907473 | | TRX[.00097], USD[0.01], USDT[0] | | |
| 09924345 | | ALTDOOM[0.00009965], ALTMOON[0.00000060], BCHMOON[0.00000085], BEAR[0.00000093], BEARSHIT[0.00000043], BNBMOON[0.00000003], BTC[0], BULL[0.00000071], DAI[0.00000040], DOOM[0.00000075], EOSBULL[0.00000003], EOSDOOM[0.00000075], EOSMOON[0.00000075], ETH[0.00000042], ETHBEAR[0.00000053], ETHBULL[0.00000031], ETHDOOM[0.00000018], ETHMOON[0.00000970], ETHW[0.00000042], LTCDOOM[0.00000002], LTCMOON[0.00000984], MATIC[0.00000079], MIDDOOM[0.00000045], MIDMOON[0.00000030], MOON[0.00000094], MOONSHIT[0.00000083], SUSHI[0.00000391], USD[0.29], WBTC[.00000003], XRPBULL[0.00000064], YFI[0.00000026] | | |
| 09925969 | | USD[1.00], USDT[0.07228995] | | |
| 09965916 | | ETH[0.00000030], EUR[0.00], USD[0.00], USDT[345.21351150] | Yes | |