| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 07300696 | | USDT[0.09245378] | | |
| 07304604 | | BTC[0.00000004] | | |
| 07306220 | | BTC[0.00000099], USD[0.60], USDT[.37631207] | | |
| 07306506 | | BTC[0.00007265] | | |
| 07306575 | | BTC[.0000001] | | |
| 07310536 | | BTC[.00000415], USD[0.99], USDT[5.57] | | |
| 07407840 | | BTC[0] | | |
| 07437360 | | USD[1000.00] | | |
| 07454332 | | SOL[17.65343323] | | |
| 07604115 | | BTC[.00026076], SOL[0.00000455], USD[0.01] | | |
| 07761139 | | BTC[0] | | |
| 07912039 | | USDT[13.992304] | | |
| 08588362 | | USD[0.00] | | |
| 08642514 | Contingent, Disputed | BTC[0.00000775], USDT[0.70109015] | | |
| 08717624 | | ADA[0.00488843], BAT[0], BCH[.00000547], BTC[0], EOS[.0018182], ETH[0.00000999], ETHW[0.00000999], LTC[0.00321000], PAXG[0], USD[0.00], USDT[0] | | |
| 08735305 | | USD[10.00], USDT[10.91156036] | | |
| 08884922 | | DOT[0.00000048], ETH[0.00000020], ETHW[0.00000020], USD[0.00] | | |
| 09089361 | Contingent, Disputed | USDT[0.00321404] | | |
| 09324473 | | USDT[0.00811782] | | |
| 09347053 | Contingent, Disputed | USDT[0.00036021] | | |
| 09596662 | Contingent, Disputed | USDT[0.00993799] | | |
| 09720032 | | USD[0.26] | | |
| 09759853 | | ETH[0.00000540], ETHW[0.00000573] | | |