IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., et al., | Case No. 22-11068(JTD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The claim associated with Customer Identification No./Unique Customer Code 00150960 was deemed filed under 11 U.S.C. § 1111(a) in the above-captioned jointly-administered cases (the "Chapter 11 Cases") prior to the filing of any proof of claim in respect of that claim. The below-identified transferee (the "Transferee") subsequently filed in the Chapter 11 Cases on or about September 8, 2023 a proof of claim, assigned a Proof of Claim Confirmation ID ending in -951903150, under Federal Rule of Bankruptcy Procedure 3001(e)(1) in respect of the foregoing claim (the "Proof of Claim").[1] The Proof of Claim attaches evidence of the transfer of the herein-referenced claim. The Transferee hereby gives notice out of an abundance of caution and pursuant to the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced herein and set forth in the Proof of Claim.

| | |
|---|---|
| Name of Alleged Transferor: Redacted and on file with the Debtors (*see, e.g.*, Attachment to Proof of Claim) | Name of Transferee: Coleman S. Maher |
| Address of Alleged Transferor: Withheld (Transferee will make available to Debtors upon appropriate request) | Address of Transferee: On file with the Debtors (*see, e.g.*, Proof of Claim) |

---

[1] Transferee will make the Proof of Claim Confirmation ID associated with the Proof of Claim available to the Debtors upon appropriate request.

**Claim Transferred**

| Customer Identification No. | Customer Name | Claim Components | Exchange |
|---|---|---|---|
| 00150960 | Redacted and on file with the Debtors (*see, e.g.*, Attachment to Proof of Claim) | USD [3,443,843.696053620]<br>ETH [23.953950820]<br>ETHW [23.887448330]<br>FTT [48.207264650]<br>SRM [11,983.899894600]<br>SOL [5.370477640]<br>TRX [0.000017000]<br>SRM_LOCKED [1,648.847396060]<br>WBTC [0.000000010] | FTX.com |

**Evidence of Transfer**

Transferee has in his possession a Transfer of Claim Agreement executed by Transferee and Transferor, which evidences transfer of the herein-referenced claim. Transferee submitted a copy of the Transfer of Claim Agreement as an attachment to the Proof of Claim, and is prepared to provide a further copy to the Bankruptcy Court, the Debtors, and appropriate professionals upon appropriate written request.

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.



By: Coleman S. Maher
66872AE2C3F7460...
Transferee/Transferee's Agent

Date: November 16, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.