UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice

Name of Transferor:



Name of Transferee:

117 Partners LLC

Name and Address where notices and payments to transferee should be sent:

117 Partners LLC
Thomas Braziel
tom@117partners.com
5 Greyhen Lane, Savannah, GA 31411

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 23400<br><br>Confirmation ID: 3265-70-GNDMM-940451014<br><br>Schedule Number: 6803784 | | As described on schedule F | FTX Trading Ltd | 22-11068 |
| Debtor Schedule No: 00190198<br><br>Account ID: 2515223 | | As described on schedule F | FTX Trading Ltd | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Thomas Braziel (Jan 8, 2024 15:57 GMT+1)_      Date: 8th January 2024

Transferee/Transferee's Agent

**EVIDENCE OF TRANSFER OF CLAIM**

TO: U.S. Bankruptcy Court for the District of Delaware ("Bankruptcy Court")

AND: FTX Trading Ltd. ("Debtor")

Case No. 22-11068 (JTD) ("Case")

Proof of Claim # 23400 (the "Proof of Claim")
Schedule # 6803784 (the "Schedule")
Customer Claim Confirmation ID #: 3265-70-GNDMM-940451014 ("CCC ID")
Unique Customer Code #: 00190198 ("Customer Code")

▮▮▮▮▮▮▮▮▮▮ ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**117 Partners LLC**

(5 GREYHEN LN SAVANNAH, GA 31411, tom@117partners.com)

its successors and assigns ("Purchaser"), all rights, title and interest in and to (a) the Proof of Claim and the CCC ID (collectively, the "Claim") against the Debtor in the Case; (b) the amounts listed on the Debtor's Bankruptcy Schedules (as at any time amended) under the Customer Code; and (c) the amounts listed on the Schedule.

Seller hereby waives: (a) any objection to the transfer of the Claim to Purchaser on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 21, 2023.

**117 Partners LLC**

By: *Thomas Braziel (Dec 22, 2023 09:23 GMT+1)*
Thomas Braziel
Managing General Partner



FTX Trading Ltd. Customer Claim Schedule

| | |
|---|---|
| 00190198 | AGLD[6908.800000000000000],BNB[0.000000100000000],BOBA[0.000000037876758],BTC[0.154002340000000],ETH[5.221325691286024],ETHW[3.950325682238011],FIDA[1.886780430000000],FIDA_LOCKED[0.015511870000000],FTT[25.309010290519500],MAPS[4140.127388530000000],MAPS_LOCKED[1101273.885350560000 00000],MATIC[6.693200000000000],MER[0.176416007587690],SOL[10.000000000000000],TONCOIN[0.000000070000000],TRX[0.000074000000000],USD[256379.247775484723827],USDC[38499.000000000000000],USDT[37221.669244464479721],XRP[0.591600000000000] |

FTX Trading Ltd. Amended Customer Claim Schedule

| | Disputed Indicator | | | |
|---|---|---|---|---|
| 00190198 | Contingent | 1INCH-PERP[0], AGLD[6908.8], BNB[.00000001], BOBA[0], BTC[.15400234], ETH[5.22132569], ETHW[3.95032568], FIDA[1.88678043], FIDA_LOCKED[.01551187], FTT[25.30901029], LUNC-PERP[0], MAPS[4140.12738853], MAPS_LOCKED[1101273.88535056], MATIC[6.6932], MER[0.17641600], SOL[10], STX-PERP[0], TONCOIN[0], TRX[.000074], USD[294878.25], USDT[37221.66924444], XRP[.5916] | | |

## Creditor Data Details - Claim # 23400

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file<br>Address on file | FTX Trading Ltd.<br>**Date Filed**<br>07/24/2023 | 23400<br>**Schedule Number**<br>6803784<br>**Confirmation ID**<br>3265-70-GNDMM-940451014 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AGLD | 6908.8 |
| CRYPTO | BNB | 0.00000001 |
| CRYPTO | BOBA | 0.0000000037876758 |
| CRYPTO | BTC | 0.15400234 |
| CRYPTO | ETH | 5.221325691286024 |
| CRYPTO | ETHW | 3.950325682238011 |
| CRYPTO | FIDA | 1.88678043 |
| CRYPTO | FIDA_LOCKED | 0.01551187 |
| CRYPTO | FTT | 25.3090102905195 |
| CRYPTO | LUNC-PERP | -0.0000000000002274 |
| CRYPTO | MAPS | 4140.12738853 |
| CRYPTO | MAPS_LOCKED | 1101273.88535056 |
| CRYPTO | MATIC | 6.6932 |
| CRYPTO | MER | 0.1764160075876908 |
| CRYPTO | SOL | 10.0 |
| CRYPTO | TONCOIN | 0.000000007 |
| CRYPTO | TRX | 0.000074 |
| CRYPTO | USDT | 37221.66924444645 |
| CRYPTO | XRP | 0.5916 |
| FIAT | USD | 294878.24777548475 |