5

**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al.*          Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **117 Partners Ltd** | |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

117 Partners Ltd
6.20 World Trade Center, 6 Bayside Road, GX11 1AA
Attention: Thomas Braziel
Email: tom@117partners.com

Confidential Creditor with Unique Customer Code: 01210398

FTX Account ID: 26011314

Name and Address where notices to Transferor should be sent: Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-6 ; Schedule No. 6812749 | | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 76988 (submitted on or about 09/28/2023) | | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID Nos. 3265-70-KNEPR-595044247 | | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**117 Partners Ltd**

By: _Thomas Braziel (Dec 27, 2023 19:37 GMT+1)_          Date: 27 December 2023
Name: Thomas Braziel
Title: Managing General Partner

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

▮▮▮▮▮▮▮▮▮ (with Unique Customer Code: 01210398 and FTX Account ID **26011314**) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **117 Partners Ltd** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) in Claim No. **76988** (Customer Claim Confirmation ID No. 3265-70-KNEPR-595044247) and (ii) identified on the FTX Trading Ltd. Amended Customer Claim Schedule F-6 and assigned Schedule No. 6812749 ((i) and (ii), collectively, the "**Claim**").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.
IN WITNESS WHEREOF, dated as of the 27 day of December, 2023.

SELLER:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BUYER:

**117 Partners Ltd**



By: _Thomas Braziel (Dec 27, 2023 19:37 GMT+1)_ _____
Name: Thomas Braziel
Title: Managing General Partner

6

032-8071/6970891.2

## FTX Trading Ltd. Customer Claim Schedule

| | |
|---|---|
| 01210398 | ALCX[0.0277661900000000],ATLAS[2.6696000000000000],AUDIO[0.0641000000000000],AVAX[21.1000000000000000],BADGER[0.0051075000000000],BNB[0.0097931000000000],BOBA[0.0750000000000000],BTC[0.4576184187218182],BUSD[285666.7319230400000000],CHZ[6.4376250000000000],DOGE[0.5578700000000000],ETH[250.2695075500000000],ETHW[0.0009075460000000],FTT[0.3596130000000000],HT[0.0580000000000000],IMX[0.0900000000000000],MER[0.8000000000000000],RAY[0.7655200000000000],SLP[1.5000000000000000],SRM[35.6279555500000000],SRM_LOCKED[162.1515444500000000],SUSHI[0.1280106500000000],TRX[0.7526010000000000],USDT[0.0000001078851980],USDT[0.0056320367138578],YFI[0.0009000000000000] |

## FTX Trading Ltd. Amended Customer Claim Schedule

| | | | | |
|---|---|---|---|---|
| 01210398 | Contingent | AAVE-PERP[0], ALCX[.02776619], ALCX-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS[2.6696], ATLAS-PERP[0], AUDIO[.0641], AVAX[21.1], AVAX-PERP[0], AXS-PERP[0], BADGER[.0051075], BNB[.0097931], BOBA[.075], BOBA-PERP[0], BTC[0.45761841], BTC-20211231[0], BTC-PERP[0], CAKE-PERP[0], CHZ[6.437625], CHZ-PERP[0], DOGE[.55787], DOGE-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENS-PERP[0], ETH[250.26950755], ETH-0325[0], ETH-PERP[0], ETHW[0.00090754], ETHW-PERP[0], FTM-PERP[0], FTT[.359613], FTT-PERP[0], HT[.058], ICP-PERP[0], IMX[.09], LUNC-PERP[0], MER[.8], MER-PERP[0], OP-PERP[0], RAY[.76552], RVN-PERP[0], SAND-PERP[0], SHIB-PERP[0], SLP[1.5], SLP-PERP[0], SOL-PERP[0], SPELL-PERP[0], SRM[35.62795555], SRM_LOCKED[162.15154445], SUSHI[.12801065], SUSHI-PERP[0], TRX[.752601], TRX-PERP[0], USD[285666.73], USDT[0.00563203], XMR-PERP[0], YFI[.0009], YFI-PERP[0] | | |
| 01210401 | | SOL[0] | | |

Kroll Website Claim Entry



### Creditor Data Details - Claim # 76988

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/28/2023

**Claim Number**
76988
**Schedule Number**
6812749
**Confirmation ID**
3265-70-KNEPR-595044247

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ALCX | 0.02776619 |
| CRYPTO | AR-PERP | -0.0000000000002274 |
| CRYPTO | ATLAS | 2.6696 |
| CRYPTO | AUDIO | 0.0641 |
| CRYPTO | AVAX | 21.1 |
| CRYPTO | AVAX-PERP | 0.0000000000002274 |
| CRYPTO | BADGER | 0.0051075 |
| CRYPTO | BNB | 0.0097931 |
| CRYPTO | BOBA | 0.075 |
| CRYPTO | BTC | 0.4576184187218182 |
| CRYPTO | BTC-PERP | 0.0000000000000022 |
| CRYPTO | CHZ | 6.437625 |
| CRYPTO | DOGE | 0.55787 |
| CRYPTO | ENS-PERP | 0.0000000000009095 |
| CRYPTO | ETH | 250.26950755 |
| CRYPTO | ETH-PERP | -0.0000000000000071 |
| CRYPTO | ETHW | 0.000907546 |
| CRYPTO | ETHW-PERP | -0.0000000000001137 |
| CRYPTO | FTT | 0.359613 |
| CRYPTO | HT | 0.058 |
| CRYPTO | IMX | 0.09 |
| CRYPTO | LUNC-PERP | -0.0000000000009095 |
| CRYPTO | MER | 0.8 |
| CRYPTO | RAY | 0.76552 |
| CRYPTO | SLP | 1.5 |
| CRYPTO | SOL-PERP | -0.0000000000001137 |
| CRYPTO | SRM | 35.62795555 |
| CRYPTO | SRM_LOCKED | 162.15154445 |
| CRYPTO | SUSHI | 0.12801065 |
| CRYPTO | TRX | 0.752601 |
| CRYPTO | USDT | 0.0056320367138578 |
| CRYPTO | YFI | 0.0009 |
| FIAT | USD | 285666.7319230508 |