

# United States Bankruptcy Court
## District of Delaware

## Appearances before the Honorable Judge John T. Dorsey

### Wednesday, January 24, 2024

02:00 PM

**22-11068-JTD FTX Trading Ltd.**

Nova A. Alindogan
via: Audio Only
Representing:
Ropes & Gray LLP

Carla O. Andres
via: Video and Audio
Representing:
Fee Examiner

Rick Anigian
via: Video and Audio
Representing:
BlockFi

Rick Archer
via: Audio Only
Representing:
Law360

Tristan Axelrod
via: Video and Audio
Representing:
BlockFi

ROBERT D. BROWN
via: Audio Only
Representing:
Interested Party

Brett Bakemeyer
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital
Markets Ltd

Anna Baydakova
via: Audio Only
Representing:

Ryan C Beil
via: Video and Audio
Representing:
FTX Digital Markets Ltd.

Kimberly Black
via: Audio Only
Representing:

Brian Blais
via: Audio Only
Representing:
Ropes & Gray LLP

Noah Blum
via: Video and Audio
Representing:

Lisa Bonsall
via: Video and Audio
Representing:
Bidder 1

James L. Bromley
via: Video and Audio
Representing:
FTX Trading Ltd and its affiliated debtors

Kimberly A. Brown
via: Video and Audio
Representing:
FTX Trading Ltd., et al.

Elisabeth Michaelle Bruce
via: Video and Audio
Representing:
United States

Gabriel Brunswick
via: Video and Audio
Representing:

Kate Roggio Buck
via: Video and Audio
Representing:
Bidder 1

William A. Burck
via: Video and Audio
Representing:
Special Counsel to the Debtors

Daniel J Carrigan
via: Video and Audio
Representing:
FSB/FSCorp

David A. Castleman
via: Audio Only
Representing:
Interested Party

Siena B. Cerra
via: Video and Audio
Representing:
Clawback Defendants

Nikolaos Chagias
via: Video and Audio
Representing:

Ding Chun
via: Audio Only
Representing:

Steven Church
via: Audio Only
Representing:
non party

Sean C Clements
via: Audio Only
Representing:


Michael Cooley
via: Audio Only
Representing:
[currently confidential]

Scott D. Cousins
via: Video and Audio
Representing:
Evolve Bank & Trust, N.A.

Melanie L. Cyganowski
via: Audio Only
Representing:

Darrell Daley
via: Video and Audio
Representing:
Patrick Gruhn; Robin Matzke; Lorem Ipsum
UG

Grenville Day
via: Audio Only
Representing:
Cantor

Jackson K Dering
via: Audio Only
Representing:

Luc A. Despins
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Andrew G. Dietderich
via: Video and Audio
Representing:
FTX Trading Ltd and its affiliated debtors

Gregory T. Donilon
via: Video and Audio
Representing:
Samuel Bankman-Fried

Katharina Earle
via: Video and Audio
Representing:

Stephen L. Ehrenberg
via: Video and Audio
Representing:
FTX Trading Ltd and its affiliated debtors

Matthew Englehardt
via: Video and Audio
Representing:
Olympus Peak

Erin R Fay
via: Audio Only
Representing:
n/a

Chad Flick
via: Audio Only
Representing:

Carolyn B. Fox
via: Video and Audio
Representing:
DLA Piper LLP (US)

Michael M Fussman
via: Audio Only
Representing:

C. Michael M Fussman
via: Audio Only
Representing:

Dawn Giel
via: Audio Only
Representing:
N/A

Erez Gilad
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Brian D. Glueckstein
via: Video and Audio
Representing:
FTX Trading Ltd and its affiliated debtors

Michael Godbe
via: Video and Audio
Representing:
observer

Bob Grattan
via: Audio Only
Representing:
N/A

Benjamin A. Hackman
via: Video and Audio
Representing:
Andrew R. Vara, U.S. Trustee for Region 3

Mark W. Hancock
via: Video and Audio
Representing:
Fee Examiner

Kristopher M. Hansen
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Taylor Harrison
via: Audio Only
Representing:

Matthew B. Harvey
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of
FTX.com

Alaina Heine
via: Audio Only
Representing:

Mark T Hurford
via: Video and Audio
Representing:
Celsius

Aaron Javian
via: Video and Audio
Representing:
Serendipity Foundation et al.

Ericka Fredricks Johnson
via: Video and Audio
Representing:

Laura Davis Jones
via: Video and Audio
Representing:
302.778.6401

Gihoon Jung
via: Video and Audio
Representing:

David M. Klauder
via: Video and Audio
Representing:
Auros Tech Limited

Leonie C Koch
via: Audio Only
Representing:

Alexa Kranzley
via: Video and Audio
Representing:
FTX Trading Ltd and its affiliated debtors

Adam G. Landis
via: Video and Audio
Representing:
FTX Trading Ltd., et al.

Joseph O. Larkin
via: Audio Only
Representing:
N/A

Mathew Laskowski
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Vicky Lee
via: Audio Only
Representing:

Mike Legge
via: Audio Only
Representing:


Katherine A. Lemire
via: Video and Audio
Representing:
Special Counsel to the Debtors

Sidney P. Levinson
via: Video and Audio
Representing:
Paradigm Operations LP

Yan Li
via: Video and Audio
Representing:

Mark Lightner
via: Audio Only
Representing:

Amanda Lindner
via: Video and Audio
Representing:
Certain Defendants in Multiple Adv. Pros.

Jonathan Lipshie
via: Video and Audio
Representing:
UST

KE Listen Only Line
via: Audio Only
Representing:

Robert Loh
via: Audio Only
Representing:


Jonathan Lozano
via: Audio Only
Representing:
N/A

Matthew Barry Lunn
via: Video and Audio
Representing:
Committee of Unsecured Creditors

Robert K. Malone
via: Video and Audio
Representing:
Dr. Marcel Lotscher and Martha Lambrianou

Jeff Margolin
via: Video and Audio
Representing:
Potential Fee Examiner

Jeffrey S. Margolin
via: Video and Audio
Representing:
Interested Party

Keith McCormack
via: Video and Audio
Representing:

Hugh M McDonald
via: Audio Only
Representing:
Interested Party

Kyle McEvilly
via: Video and Audio
Representing:
Dr. Marcel Lotscher

Matthew B. McGuire
via: Video and Audio
Representing:
FTX TRADING LTD., et al.

Robert B. McLellarn
via: Audio Only
Representing:

Stanton C. McManus
via: Video and Audio
Representing:
United States

Evan Melluzzo
via: Audio Only
Representing:

Barry Meloen
via: Audio Only
Representing:

Evelyn J Meltzer
via: Video and Audio
Representing:
Paradign Operations LP

Eric J. Monzo
via: Video and Audio
Representing:
Clawback Defendants

Michael D. Morris
via: Video and Audio
Representing:
Wi Dep't of Financial Institutions

Samantha Neal
via: Video and Audio
Representing:
Patrick Gruhn; Robin Matzke; Lorem Ipsum
UG

Dennis C. O'Donnell
via: Video and Audio
Representing:
DLA Piper LLP (US)

Tara C Pakrouh
via: Video and Audio
Representing:
Clawback Defendants

Kenneth Pasquale
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Michelle C Perez
via: Audio Only
Representing:
Non-Participant

Norman L. Pernick
via: Video and Audio
Representing:
Lightspeed Strategic Partners I L.P., et al.

Marc J. Phillips
via: Video and Audio
Representing:
Samuel Bankman-Fried

Matthew R Pierce
via: Video and Audio
Representing:
FTX Trading Ltd., et al.

Robert F. Poppiti, Jr.
via: Video and Audio
Representing:
Committee of Unsecured Creditors

Joshua K. Porter
via: Video and Audio
Representing:
Austin Onusz, Cedric Kees van Putten, et. al

Sara Posner
via: Audio Only
Representing:

David P. Primack
via: Video and Audio
Representing:
Philadelphia Indemnity Insurance Company

Mr. Purple
via: Audio Only
Representing:
Creditors

Ruth Ramjit
via: Audio Only
Representing:
Observer

Sascha N. Rand
via: Video and Audio
Representing:
Special Counsel to the Debtors

Jonathan Randles
via: Audio Only
Representing:
Bloomberg News

Timothy Reilly
via: Audio Only
Representing:

Michael Reiss
via: Video and Audio
Representing:
K5

Linda Richenderfer
via: Video and Audio
Representing:
UST

Howard W Robertson
via: Video and Audio
Representing:
FTX Trading Ltd., et al.

Samantha L. Rodriguez
via: Video and Audio
Representing:
Clawback Defendants

Michael Rogers
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of
FTX.com

Melissa Root
via: Audio Only
Representing:
Observing

Jason Rosell
via: Video and Audio
Representing:
FTX MDL Co-Lead Counsel

Nathan Rosenblum
via: Video and Audio
Representing:

Andrew John Roth-Moore
via: Video and Audio
Representing:
Lightspeed Strategic Partners I L.P., et al.

Hilary Russ
via: Audio Only
Representing:
media

Jeremy William Ryan
via: Video and Audio
Representing:
K5 Defendants

Caroline Salls
via: Audio Only
Representing:
BankruptcyData - media

Stephanie Sasarak
via: Video and Audio
Representing:
United States on behalf of the IRS

Daniel J Saval
via: Audio Only
Representing:


Brendan Schlauch
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital
Markets Ltd

Yuhan Shao
via: Audio Only
Representing:

David Shim
via: Audio Only
Representing:

J. Christopher Shore
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital
Markets Ltd

Lauren Sisson
via: Video and Audio
Representing:
BlockFi

Elizabeth Smith
via: Audio Only
Representing:

Mark Somerstein
via: Audio Only
Representing:
Ropes & Gray LLP

Christopher S Sontchi
via: Video and Audio
Representing:

Caroline Soussloff
via: Audio Only
Representing:

Peter J Sprofera
via: Audio Only
Representing:
Self

Katherine S. Stadler
via: Video and Audio
Representing:
Fee Examiner

Vince Sullivan
via: Audio Only
Representing:

Drew Sveen
via: Audio Only
Representing:

Cathy Ta
via: Audio Only
Representing:

Gregory Taylor
via: Audio Only
Representing:

Brett S Theisen
via: Video and Audio
Representing:
Marcel Loetscher and Martha Lambrianou

Maggie Toms
via: Audio Only
Representing:
Ropes & Gray LLP

Jeffrey S. Torosian
via: Video and Audio
Representing:
DLA Piper LLP

Ethan Trotz
via: Video and Audio
Representing:
Creditor

Suzzanne Uhland
via: Video and Audio
Representing:
K5

Gabriela Urias
via: Audio Only
Representing:

Michael David Van Gorder
via: Video and Audio
Representing:
BlockFi Inc.

Danielle Walker
via: Audio Only
Representing:

Sam White
via: Audio Only
Representing:
CRCM

Stephanie Wickouski
via: Audio Only
Representing:
Locke Lord

Justin Wise
via: Audio Only
Representing:

Alex Wolf
via: Audio Only
Representing:

Elie Worenklein
via: Video and Audio
Representing:
Observer

Zachary Zabib
via: Audio Only
Representing:

Alexandra Zablocki
via: Video and Audio
Representing:
K5

Rafael Xavier Zahralddin-Aravena
via: Video and Audio
Representing:
Daniel Friedberg

randall chase
via: Audio Only
Representing:

jeffrey s sabin
via: Video and Audio
Representing:
self

e f f y shi
via: Audio Only
Representing:

## 23-50437-JTD FTX Trading Ltd. et al v. Lorem Ipsum UG et al

Gregory L Arbogast
via: Video and Audio
Representing:
Brandon Williams

Nikolaos Chagias
via: Video and Audio
Representing:

Darrell Daley
via: Video and Audio
Representing:
Patrick Gurh; Robin Matzke; Lorem Ipsum
UG

Lawrence Gebhardt
via: Video and Audio
Representing:
Brandon Williams

Benjamin A. Hackman
via: Video and Audio
Representing:
Andrew R. Vara, U.S. Trustee for Region 3

Mark T Hurford
via: Video and Audio
Representing:
Celsius

Gaitana Jaramillo
via: Audio Only
Representing:

Peter J Keane
via: Video and Audio
Representing:
Lorem Ipsum UG et al.

Tukisha Knox
via: Video and Audio
Representing:

Mike Legge
via: Audio Only
Representing:

Jonathan L Lozano
via: Audio Only
Representing:
N/A

Katherine M Lynn
via: Audio Only
Representing:

Hugh McDonald
via: Audio Only
Representing:
Interested Party

Evelyn Meltzer
via: Video and Audio
Representing:
Paradign Operations LP

Samantha Neal
via: Video and Audio
Representing:
Patrick Gruhn; Robin Matzke; Lorem Ipsum
UG

Mr. Purple
via: Audio Only
Representing:
Creditors

Melissa Root
via: Audio Only
Representing:
Observing

Heath D. Rosenblat
via: Video and Audio
Representing:


Natalie Rowles
via: Audio Only
Representing:

Jeremy William Ryan
via: Video and Audio
Representing:
K5 Defendants

Elizabeth Smith
via: Audio Only
Representing:

Tony Sun
via: Audio Only
Representing:

Brett Theisen
via: Video and Audio
Representing:
Marcel Loetscher and Martha Lambrianou

Michael David Van Gorder
via: Video and Audio
Representing:
BlockFi Inc.

Lauren Walker
via: Audio Only
Representing:

Justin Wise
via: Audio Only
Representing:

William A. Wood
via: Audio Only
Representing:
FTX

William A. (Trey) Wood, III
via: Audio Only
Representing:
FTX

randall chase
via: Audio Only
Representing: