# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | : : : : : : : : : <br> Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David Adler, Esq. of McCarter & English, LLP to represent Sunil Kavuri, Ahmed Abd-El-Razek Noia Capital SÀRL and Pat Rabitte in the above-captioned Chapter 11 proceedings.

Date: January 24, 2024
Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: shumiston@mccarter.com

*Attorneys for Sunil Kavuri, Ahmed Abd-El-Razek Noia Capital SÀRL and Pat Rabitte*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd. is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

*/s/ David Adler*
David Adler, Esq.
McCarter & English, LLP
Worldwide Plaza
825 Eighth Ave., 31st Floor
New York, NY 10019
Phone: (212) 609-6847
Fax :   (212) 609-6921
Email: dadler@mccarter.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: January 24th, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

ME1 47369764v.1