IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 1793 |

## NOTICE OF AMENDED BAR DATE FOR CERTAIN CUSTOMERS

**PLEASE TAKE NOTICE** that on November 11 and November 14, 2022, as applicable, FTX Trading Ltd. ("FTX Trading") and its affiliated debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2023, the Court entered the order [D.I. 1793] (the "Customer Bar Date Order") establishing, among other things, September 29, 2023 as the deadline for filing proofs of claim with respect to Customer Claims (as defined in the Customer Bar Date Order).

**PLEASE TAKE FURTHER NOTICE** that due to a technical error, certain fiat, cryptocurrency, and/or NFTs (collectively, "Digital Assets") did not accurately prepopulate in the Customer Claims Form for certain customers such that certain Digital Assets may have been omitted or duplicated.

**PLEASE TAKE FURTHER NOTICE** that due to a technical error, certain customers who accepted their scheduled claims on the Customer Claims Portal received a confirmation email that may have inadvertently omitted certain Digital Assets.

**PLEASE TAKE FURTHER NOTICE** that due to a technical error, certain customers who attempted to submit a customer claim or who attempted to accept a scheduled claim through the Customer Claims Portal during the evening of September 26, 2023 or the morning of September 27, 2023 (Eastern Time) may have received a confirmation email even though their submission was not received by the Claims Agent.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https:// https://restructuring.ra.kroll.com/ftx. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file customer proofs of claim on account of such omitted or duplicated Digital Assets or on account of the receipt of a confirmation email when no claim was received by the Claims Agent for the customers affected by the above-referenced technical issues shall be extended to **February 26, 2024 at 4:00 p.m. Eastern Time** (the "Amended Customer Bar Date").

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to object to any proofs of claim, including any proofs of claim filed by the Amended Customer Bar Date relating to any Digital Assets other than the omitted or duplicated Digital Assets.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a copy of the notice filed on July 13, 2023 that was served on all persons and entities with known Customer Claims against the Debtors pursuant to the Customer Bar Date Order (the "Bar Date Notice"), which includes instructions for how to file a proof of claim against the Debtors.

**PLEASE TAKE FURTHER NOTICE that you are not required to take any action in connection with this notice; however, holders or counterparties of a liability adversely impacted by the above-referenced issues may accept their scheduled claim, amend an existing proof of claim or file a new proof of claim on or before the Amended Customer Bar Date**. Please review this notice and the Bar Date Notice closely for details regarding filing a proof of claim. YOU SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT ADDRESSED BY THIS NOTICE OR THE BAR DATE NOTICE, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM IN LIGHT OF THE INFORMATION CONTAINED HEREIN AND ATTACHED HERETO.

**PLEASE TAKE FURTHER NOTICE** that copies of the Customer Bar Date Order, as well as all related exhibits, including all other documents filed with the Court, are available (i) free of charge from the website of the Debtors' claims and noticing agent, Kroll Restructuring Administration ("Kroll"), at https://restructuring.ra.kroll.com/FTX and (ii) for a fee on the Court's electronic docket for these Chapter 11 Cases at www.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). In addition, copies of the Customer Bar Date Order may be requested from Kroll by email at FTXInfo@ra.kroll.com or by phone at 888-482-0049 (US/Canada Toll-Free); 646-440-4176 (International).

| | |
|---|---|
| Dated: January 24, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Matthew R. Pierce<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>          brown@lrclaw.com<br>          pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          bromleyj@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |