**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## **AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document, along with an exhibit customized to include the main account, claim number, unique customer code, name, email/address, date filed, debtor and ticker information, a blank copy of which is attached hereto as **Exhibit A**, to be served via email on approximately 80 customers whose information remains redacted per Court order. The list of Customers will be made available to the Court, the U.S. Trustee, and any Official Committee upon Request:

- Debtors' Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims [Docket No. 5113]

On December 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document, along with an exhibit customized to include the main account, claim number, unique customer code, name, email/address, debtor and ticker information, a blank copy of which is attached hereto as **Exhibit B**, to be served via email on approximately 40 customers whose information remains redacted per Court order. The list of Customers will be made available to the Court, the U.S. Trustee, and any Official Committee upon Request:

- Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [Docket No. 5114]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

On December 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document, along with an exhibit customized to include the main account, claim number, unique customer code, name, email/address, debtor and ticker information, a blank copy of which is attached hereto as **Exhibit C**, to be served via email on approximately 10 customers whose information remains redacted per Court order. The list of Customers will be made available to the Court, the U.S. Trustee, and any Official Committee upon Request:

- Debtors' Eighth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [Docket No. 5115]

Dated: January 10, 2024

                                              */s/ Nelson Crespin*
                                              Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 10, 2024, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 75640

**Exhibit A**

**FTX Trading Ltd. 22-11068 (JTD)**
**Sixth Omnibus Claim Objection**
**Schedule 1 - Superseded Claims**

| Claim to be Disallowed | | | | | | | | | Surviving Claims | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Main Account | Claim Number | Unique Customer Code | Name | Email | Date File | Debtor | Tickers | Ticker Quantity | Main Account | Claim Number | Unique Customer Code | Name | Email | Date Filed | Debtor | Tickers | Ticker Quantity |

**Exhibit B**

**FTX Trading Ltd. 22-11068 (JTD)**
**Seventh Omnibus Claim Objection**
**Schedule 1 - Modified Claims**

| | | | | Asserted Claims | | | | | Modified Claims | |
|---|---|---|---|---|---|---|---|---|---|---|
| Main Account | Claim Number | Unique Customer Code | Name | Email/Address | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

**Reason:**

**Exhibit C**

**FTX Trading Ltd. 22-11068 (JTD)**
**Eighth Omnibus Claim Objection**
**Schedule 1 - No Liability Claims**

| Main Account | Claim Number | Unique Customer Code | Name | Asserted Claim | | | |
|---|---|---|---|---|---|---|---|
| | | | | Email/Address | Debtor | Tickers | Ticker Quantity |
| | | | | | | | |

**Reason:**