IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | Svalbard Holdings Limited | Name of Transferor: | Wireless Mouse I, LLC |
| Name and Address where notices and payments to transferee should be sent: | Svalbard Holdings Limited[1]<br>c/o Attestor Limited<br>7 Seymour Street<br>W1H 7JW<br>London, United Kingdom | Last known address: | 2120 University Avenue, #607, Berkeley, CA - 94707 |
| Email:<br>Phone: | Attn: Steve Gillies<br>settlements@attestorcapital.com<br>+44(0)20 7074 9653 | Court Claim # (if known): | Kroll ID: 2211068069159l2 /<br>Kroll UCC: 00009062 |
| Last Four Digits of Acct #: | | Amount of Claim: | $194,007.24 |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Local Form 138

2

|  |  |
|---|---|
| Date Claim Filed: | 01/04/2024 |
| Phone: | 201-724-8725 |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ *(signature)* _____   Date: 01/22/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

2

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of January 18, 2024, **Wireless Mouse I, LLC** ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to Svalbard Holdings Limited ("**Purchaser**") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim No. [ Kroll ID: 221106806915912 / Kroll UCC: 00009062 ] against the debtor(s) in *re: FTX Trading Ltd.* (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January 22 2024.

_____

By: Wireless Mouse I, LLC

3