**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br>       Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey L. Jonas, Esq., of Brown Rudnick LLP to serve as counsel for the BlockFi and affiliates, as Wind-Down Debtors in this action.

Dated: January 25, 2024

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange St., Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, Florida and Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 25, 2024

By: *Jeffrey L. Jonas*
Jeffrey L. Jonas, Esq.
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fax:(212)209-4801
Email: jjonas@brownrudnick.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.