**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>FTX TRADING LTD., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of D. Cameron Moxley, Esq., of Brown Rudnick LLP to serve as counsel for the BlockFi and affiliates, as Wind-Down Debtors in this action.

Dated: January 25, 2024　　　　　　　　　　*/s/ Michael Busenkell*
　　　　　　　　　　　　　　　　　　　　　Michael Busenkell (DE 3933)
　　　　　　　　　　　　　　　　　　　　　Gellert Scali Busenkell & Brown, LLC
　　　　　　　　　　　　　　　　　　　　　1201 N. Orange St., Suite 300
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-5812
　　　　　　　　　　　　　　　　　　　　　mbusenkell@gsbblaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 25, 2024　　　　　　　　By: *D. Cameron Moxley*
　　　　　　　　　　　　　　　　　　　　D. Cameron Moxley, Esq.
　　　　　　　　　　　　　　　　　　　　BROWN RUDNICK LLP
　　　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 209-4800
　　　　　　　　　　　　　　　　　　　　Fax:(212)209-4801
　　　　　　　　　　　　　　　　　　　　Email:DMoxley@brownrudnick.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.