# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600     (302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: December 14, 2023 |
| 200 Park Avenue | Invoice Number: 50047711 |
| New York, NY 10166 | Matter Number: 102750.1001 |

Re: FTX
    Billing Period through November 30, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 69,503.00 |
| Disbursements | $ | 292.35 |
| Total Due This Invoice | $ | 69,795.35 |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | December 14, 2023 |
| Billing Period through November 30, 2023 | Invoice Number: | 50047711 |
| | Matter Number: | 102750.1001 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/03/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/06/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/07/23 | RFPOP | Review and comment on draft proposed stipulation with FDIC supplementing confidentiality and protective order and on draft proposed order approving same, and emails to and from Paul Hastings (Leonie Koch) and review confidentiality and protective order re: same | B001 | 0.50 | 445.00 |
| 11/10/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/10/23 | RFPOP | Review and analyze Center for Applied Rationality objection to debtors 2004 motion | B001 | 0.20 | 178.00 |
| 11/13/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/13/23 | RFPOP | Review critical dates memo | B001 | 0.10 | 89.00 |
| 11/14/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/15/23 | DLASK | Update critical dates memo | B001 | 0.40 | 146.00 |
| 11/15/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.30 | 109.50 |
| 11/15/23 | RFPOP | Review and analyze debtors certification of counsel for proposed order approving supplemental protective order with FDIC | B001 | 0.10 | 89.00 |
| 11/17/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 11/19/23 | RFPOP | Review and analyze Lotscher motion to dismiss FTX Europe AG chapter 11 case | B001 | 0.50 | 445.00 |
| 11/21/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |

| | | Official Committee of Unsecured Creditors | Invoice Date: | | December 14, 2023 |
|---|---|---|---|---|---|
| | | Billing Period through November 30, 2023 | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/27/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/27/23 | RFPOP | Review and analyze Emergent motion to authorize the Antiguan court's supervision of Emergent professionals | B001 | 0.20 | 178.00 |
| 11/28/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 11/29/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 11/30/23 | DLASK | Update adversary electronic dockets | B001 | 0.40 | 146.00 |
| 11/30/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 11/30/23 | RFPOP | Review and analyze ad hoc customer group supplemental 2019 statement | B001 | 0.10 | 89.00 |
| 11/08/23 | MLUNN | Attend (virtually) 3d circuit argument re: examiner order appeal | B002 | 0.70 | 717.50 |
| 11/13/23 | MLUNN | Review November 15th hearing agenda | B002 | 0.10 | 102.50 |
| 11/13/23 | RFPOP | Review and analyze agenda for November 15th hearing | B002 | 0.20 | 178.00 |
| 11/14/23 | DLASK | Assemble hearing materials, prepare binders for hearing | B002 | 1.00 | 365.00 |
| 11/14/23 | RFPOP | Review and analyze adversary proceeding matters scheduled to be heard at November 15th hearing in preparation for same | B002 | 3.80 | 3,382.00 |
| 11/15/23 | MLUNN | Review amended agenda re: 11/15 hearing | B002 | 0.10 | 102.50 |
| 11/15/23 | RFPOP | Prepare for, including review and analyze pleadings related to debtors motion to approve reimbursement agreements for fees and expenses of professionals for ad hoc customer group, review amended hearing agenda, and meet and strategize with Paul Hastings (Ken Pasquale and Leonie Koch) (1.8), and attend (5.0) omnibus hearing | B002 | 6.80 | 6,052.00 |
| 11/27/23 | DLASK | Assemble pleadings, prepare hearing binders | B002 | 0.40 | 146.00 |
| 11/27/23 | MLUNN | Review agenda re: November 29th hearing | B002 | 0.10 | 102.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/27/23 | MLUNN | Correspondence with R. Poppiti and K. Pasquale re: November 29th hearing | B002 | 0.10 | 102.50 |
| 11/27/23 | RFPOP | Review and analyze agenda for November 29th hearing | B002 | 0.10 | 89.00 |
| 11/28/23 | MLUNN | Correspondence with E. Gilad and correspondence with R. Poppiti re: November 29th hearing | B002 | 0.10 | 102.50 |
| 11/29/23 | RFPOP | Prepare for, including review and analyze debtors motion to sell trust assets and objections and replies filed in connection therewith (2.3), and attend (1.3) omnibus hearing | B002 | 3.60 | 3,204.00 |
| 11/30/23 | RFPOP | Review and analyze debtors interim financial update | B004 | 0.20 | 178.00 |
| 11/03/23 | RFPOP | Email from PWP (Emil Tu) re: venture portfolio | B006 | 0.10 | 89.00 |
| 11/06/23 | MLUNN | Review draft reservation of rights re: motion to reimburse ad hoc committee fees | B006 | 0.20 | 205.00 |
| 11/06/23 | MLUNN | Review Trust Asset sale motion | B006 | 0.20 | 205.00 |
| 11/06/23 | RFPOP | Review and analyze debtors trust asset sale motion | B006 | 0.80 | 712.00 |
| 11/06/23 | RFPOP | Review and comment on draft committee reservation of rights for debtors motion to reimburse professional fees of ad hoc customer group, and emails to and from Paul Hastings (Ken Pasquale and Leonie Koch) re: same | B006 | 0.40 | 356.00 |
| 11/06/23 | RFPOP | Review and analyze amended and restated Galaxy investment services agreement | B006 | 0.20 | 178.00 |
| 11/06/23 | RFPOP | Email from counsel for debtors (Brad Harsch) proposed re: small and large de minimis claim settlements and related 9019 settlement and review stipulation for 9019 settlement re: same | B006 | 0.30 | 267.00 |
| 11/07/23 | MLUNN | Review summary analysis of proposed asset sales | B006 | 0.10 | 102.50 |
| 11/07/23 | MLUNN | Review revised reservation of rights to motion to reimburse ad hoc fees | B006 | 0.10 | 102.50 |
| 11/07/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and UST re: debtors motion to approve professional fee reimbursement agreement with ad hoc customer group (.4), and review motion and draft committee statement and reservation of rights (.2) re: same | B006 | 0.60 | 534.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/23 | RFPOP | Email from Jefferies (Danny Homrich) re: debtors venture portfolio, and review and analyze materials from Jefferies re: same | B006 | 0.20 | 178.00 |
| 11/08/23 | DLASK | Finalize for filing and coordinate service of reservation of rights to amended motion to enter into reimbursement agreements | B006 | 0.40 | 146.00 |
| 11/08/23 | JKOCH | Review trust assets sale procedure motion | B006 | 0.60 | 336.00 |
| 11/08/23 | MLUNN | Review final version of the reservation of rights re: ad hoc committee fee motion | B006 | 0.10 | 102.50 |
| 11/08/23 | RFPOP | Review and analyze debtors notice of de minimis settlements | B006 | 0.10 | 89.00 |
| 11/08/23 | RFPOP | Review and finalize for filing committee reservation of rights and statement re: debtors amended motion to approve reimbursement agreements for ad hoc customer group professional fees, and emails to and from Paul Hastings (Leonie Koch) re: same | B006 | 0.40 | 356.00 |
| 11/09/23 | MLUNN | Review declaration of J. Ray in support of ad hoc fee reimbursement motion | B006 | 0.20 | 205.00 |
| 11/09/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors proposed de minimis settlements | B006 | 0.20 | 178.00 |
| 11/09/23 | RFPOP | Email from PWP (Emil Tu) ) re: de minimis asset sale offers for venture portfolio and review and analyze summary from PWP re: same | B006 | 0.10 | 89.00 |
| 11/09/23 | RFPOP | Review and analyze debtors declaration in support of debtors motion to reimburse professional fees of ad hoc customer group and creditors objection to motion | B006 | 0.50 | 445.00 |
| 11/09/23 | RFPOP | Email from Jefferies (Danny Homrich) re: FTX 2.0, and review and analyze materials from Jefferies re: same | B006 | 0.50 | 445.00 |
| 11/10/23 | MLUNN | Review UST objection to ad hoc fee reimbursement motion | B006 | 0.20 | 205.00 |
| 11/10/23 | MLUNN | Review summary of asset sale | B006 | 0.10 | 102.50 |
| 11/10/23 | RFPOP | Review and analyze debtors notice of de minimis asset sales | B006 | 0.10 | 89.00 |
| 11/10/23 | RFPOP | Review and analyze UST objection to debtors motion to approve reimbursement agreements for professional fees of ad hoc customer group | B006 | 0.70 | 623.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/23 | RFPOP | Review and analyze debtors and ad hoc customer group replies to objections to debtors motion to approve reimbursement agreements for professional fees and expenses of ad hoc customer group, and consider related issues (.7); emails from counsel for debtors (Alexa Kranzley) and UST re: evidentiary issues re: motion and hearing on same and consider related issues (.2) | B006 | 0.90 | 801.00 |
| 11/14/23 | RFPOP | Review and analyze debtors motion to approve Effective Ventures Foundation settlement and debtors notice of settlement of small estate claims (.4), and email from Paul Hastings (Ken Pasquale) (.1) re: same | B006 | 0.50 | 445.00 |
| 11/15/23 | RFPOP | Emails to (.2) and from (.2) Paul Hastings (Ken Pasquale) and counsel for ad hoc customer group (Matt Harvey) and call with Matt Harvey (.3) re: debtors motion to approve reimbursement agreements for fees and expenses of professionals for ad hoc customer group | B006 | 0.70 | 623.00 |
| 11/15/23 | RFPOP | Email from counsel for debtors (Brad Harsch) re: proposed small estate claims settlements, and review and analyze summary of same | B006 | 0.10 | 89.00 |
| 11/17/23 | MLUNN | Review BlockFi sale objection | B006 | 0.20 | 205.00 |
| 11/19/23 | RFPOP | Review and analyze BlockFi objection to debtors motion to sell trust assets | B006 | 0.20 | 178.00 |
| 11/19/23 | RFPOP | Email from counsel for debtors (Daniel O'Hara) re: proposed small estate claim settlement, and review and analyze proposed settlement re: same | B006 | 0.10 | 89.00 |
| 11/21/23 | RFPOP | Review and analyze Mallon objection to debtors motion to sell trust assets | B006 | 0.30 | 267.00 |
| 11/22/23 | RFPOP | Email from Jefferies (Tim Shea) re: FTX 2.0, and review materials from debtors re: same | B006 | 0.10 | 89.00 |
| 11/27/23 | MLUNN | Review reply and declaration in support of sale motion | B006 | 0.20 | 205.00 |
| 11/27/23 | RFPOP | Review and analyze debtors reply to objections to debtors motion to sell trust assets and related supporting declaration | B006 | 0.30 | 267.00 |
| 11/27/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: debtors motion to sell trust assets | B006 | 0.20 | 178.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/27/23 | RFPOP | Email from Paul Hastings (Jack Iaffaldano) re: coin estimation issues | B006 | 0.10 | 89.00 |
| 11/28/23 | MLUNN | Review letter to ad hoc re: FTX 2.0 issues | B006 | 0.10 | 102.50 |
| 11/28/23 | RFPOP | Review and comment on draft letter to FTX 2.0 customers ad hoc committee, and email from Paul Hastings (Ken Pasquale) re: same | B006 | 0.10 | 89.00 |
| 11/28/23 | RFPOP | Review debtors certification of counsel for debtors motion to approve amended investment services agreement | B006 | 0.10 | 89.00 |
| 11/28/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Erez Gilad) re: debtors motion to sell trust assets and related objections | B006 | 0.30 | 267.00 |
| 11/30/23 | RFPOP | Review and analyze debtors notice of small estate claim settlement, and email from counsel for debtors (Bradley Harsch) re: same and additional small claims settlements | B006 | 0.10 | 89.00 |
| 11/30/23 | RFPOP | Review and analyze debtors summary of de minimis asset sale offers for venture portfolio, and email from PWP (Emil Tu) re: same | B006 | 0.10 | 89.00 |
| 11/06/23 | MLUNN | Review proposed claim settlement summaries and draft settlement agreement | B007 | 0.30 | 307.50 |
| 11/09/23 | MLUNN | Review proposed claim settlement and analysis of same | B007 | 0.10 | 102.50 |
| 11/09/23 | MLUNN | Review objection to ad hoc fee motion filed by P. Rabitte | B007 | 0.10 | 102.50 |
| 11/13/23 | RFPOP | Review and analyze Rheingans-Yoo response to debtors claim objection | B007 | 0.50 | 445.00 |
| 11/14/23 | MLUNN | Review 1st, 2nd, 3rd, 4th and 5th omnibus objections to claims | B007 | 0.40 | 410.00 |
| 11/14/23 | RFPOP | Review and analyze debtors first-fifth omnibus claims objections | B007 | 1.10 | 979.00 |
| 11/15/23 | MLUNN | Review proposed claim resolutions | B007 | 0.10 | 102.50 |
| 11/19/23 | RFPOP | Review and analyze creditors motion to file late claim | B007 | 0.10 | 89.00 |
| 11/30/23 | MLUNN | Review motion to approve estimation procedures re: IRS claims | B007 | 0.40 | 410.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 11/30/23 | RFPOP | Review and analyze debtors motion for estimation of IRS claims and related supporting declaration (.6), and emails from Paul Hastings (Ken Pasquale and Lanie Miliotes) and committee (.1) re: same | B007 | 0.70 | 623.00 |
| 11/01/23 | MLUNN | Review materials in preparation for UCC strategy and update call (.3); call with UCC members, PH, FTI, and Jefferies re: various case updates and related strategy (1.0) | B008 | 1.30 | 1,332.50 |
| 11/01/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.0), and review materials from Paul Hastings, FTI and Jefferies and emails from Paul Hastings (Jack Iaffaldano) and Jefferies (Danny Homrich) in preparation for same (.3) | B008 | 1.30 | 1,157.00 |
| 11/08/23 | MLUNN | Review materials in preparation for meeting with UCC members and advisors (.3); meeting with UCC members and advisors (1.2) | B008 | 1.50 | 1,537.50 |
| 11/08/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.2), and review materials from Paul Hastings and Jefferies and emails from Paul Hastings (Leonie Koch) and Jefferies (Sebastian Carri) in preparation for same (.3) | B008 | 1.50 | 1,335.00 |
| 11/16/23 | MLUNN | Review materials in preparation for call with UCC members (.4); and call with UCC members and advisors re: various case updates, issues and related strategy (2.2) | B008 | 2.60 | 2,665.00 |
| 11/16/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (2.2), and review materials from Paul Hastings, FTI and Jefferies and emails from Paul Hastings (Jack Iaffaldano) in preparation for same (.9) | B008 | 3.10 | 2,759.00 |
| 11/22/23 | MLUNN | Review materials in preparation for UCC update and strategy call (.3); call with UCC members and advisors, including PH, FTI and Jefferies (1.4) | B008 | 1.70 | 1,742.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/22/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (1.4), and review materials from Paul Hastings, FTI and Jefferies and emails from Paul Hastings (Leonie Koch) and Jefferies (Sebastian Carri) in preparation for same (.3) | B008 | 1.70 | 1,513.00 |
| 11/27/23 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams, committee and FTX 2.0 customers ad hoc committee plan, FTX 2.0 and related issues | B008 | 0.60 | 534.00 |
| 11/01/23 | RFPOP | Review and analyze Gruhn motion to dismiss Gruhn/Williams adversary proceeding and Williams motion to dismiss certain counts of Gruhn/Williams adversary proceeding | B011 | 1.60 | 1,424.00 |
| 11/06/23 | MLUNN | Review Olympus Peak adversary complaint | B011 | 0.30 | 307.50 |
| 11/06/23 | RFPOP | Review and analyze Olympus Peak adversary complaint | B011 | 0.20 | 178.00 |
| 11/07/23 | DLASK | Research referenced transcripts for 3rd circuit appeal oral argument | B011 | 1.00 | 365.00 |
| 11/07/23 | RFPOP | Review and analyze Williams supplemental motion to dismiss Williams adversary proceeding | B011 | 0.50 | 445.00 |
| 11/07/23 | RFPOP | Review and analyze case management and scheduling order for Burgess adversary proceeding | B011 | 0.10 | 89.00 |
| 11/09/23 | RFPOP | Review and analyze Williams motion for protective order | B011 | 0.40 | 356.00 |
| 11/10/23 | MLUNN | Review objection of Applied Rationality to 2004 motion | B011 | 0.10 | 102.50 |
| 11/10/23 | RFPOP | Review and analyze stipulation and abeyance of deadlines in JPL adversary proceeding | B011 | 0.10 | 89.00 |
| 11/10/23 | RFPOP | Review and analyze adversary complaint against Mirana and Bybit | B011 | 0.50 | 445.00 |
| 11/13/23 | RFPOP | Review and analyze debtors objection to K5 motion to dismiss adversary proceeding and supporting declarations for same | B011 | 1.20 | 1,068.00 |
| 11/15/23 | MLUNN | Review adversary complaint against ByBit | B011 | 0.70 | 717.50 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/23 | RFPOP | Email from Paul Hastings (Jack Iaffaldano) and counsel for defendant (Darrell Daley) re: committee request to intervene in Lorem Ipsum adversary proceeding | B011 | 0.10 | 89.00 |
| 11/21/23 | RFPOP | Review and analyze motion to dismiss in Burgess adversary proceeding (.6), and email from Paul Hastings (Jack Iaffaldano) re: committee request to intervene in same (.1) | B011 | 0.70 | 623.00 |
| 11/28/23 | RFPOP | Review and analyze Friedberg answer, counterclaims and motion to dismiss in Friedberg adversary proceeding | B011 | 1.20 | 1,068.00 |
| 11/28/23 | RFPOP | Call from counsel for debtors (Matt Pierce) and emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano), Matt Pierce and UST re: UST third circuit examiner motion appeal | B011 | 0.20 | 178.00 |
| 11/28/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano) and counsel for defendants (Heath Rosenblat, Tara Pakrouh and Lawrence Gebhardt) re: committee intervention in Lorem Ipsum and Burgess adversary proceedings and case management order for Lorem Ipsum adversary proceeding (.4), and review and comment on draft proposed order granting intervention for Lorem Ipsum adversary proceeding and review comments from counsel for Lorem Ipsum defendants (.2) and draft certification of counsel for proposed order (.3) re: same | B011 | 0.90 | 801.00 |
| 11/29/23 | MLUNN | Review revisions to intervention order and related correspondence | B011 | 0.40 | 410.00 |
| 11/29/23 | RFPOP | Review and comment on draft proposed confidentiality and protective order for Lorem Ipsum adversary proceeding (.4) and review and analyze additional comments from counsel for defendants to drafted proposed order permitting committee to intervene in adversary proceeding (.1), and emails to and from Paul Hastings (Ken Pasquale), counsel for debtors (Stephen Ehrenberg) and counsel for defendants (Heath Rosenblat and Lawrence Gebhardt) (.2) re: same | B011 | 0.70 | 623.00 |
| 11/30/23 | DLASK | File certification of counsel regarding intervention in Lorem Ipsum adversary, prepare electronic order | B011 | 0.40 | 146.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/30/23 | RFPOP | Review and finalize for filing proposed order permitting committee to intervene in Lorem Ipsum adversary proceeding and related certification of counsel (.4), and emails to and from D. Laskin and Paul Hastings (Jack Iaffaldano) re: same and amendment to related case management order (.2) | B011 | 0.60 | 534.00 |
| 11/02/23 | MLUNN | Analyze Plan open issues and tracker | B012 | 0.30 | 307.50 |
| 11/03/23 | RFPOP | Emails from counsel for ad hoc customer group (Erin Broderick) and Paul Hastings (Ken Pasquale) re: disclosure statement and plan and related deadlines and tasks, and review and analyze materials from counsel for ad hoc customer group re: same | B012 | 0.30 | 267.00 |
| 11/30/23 | JKOCH | Review plan support agreement and term sheet | B012 | 2.70 | 1,512.00 |
| 11/07/23 | MLUNN | Review fee examiner report (.4) and call with R. Poppiti re: responding to same (.2) | B017 | 0.60 | 615.00 |
| 11/07/23 | RFPOP | Call with M. Lunn (.2) and draft response to fee examiner (.3) re: fee examiner initial letter report for YCST third interim fee application, and review letter report (.3) re: same | B017 | 0.80 | 712.00 |
| 11/08/23 | DLASK | Draft 4th interim fee applications of committee's professionals | B017 | 0.30 | 109.50 |
| 11/16/23 | RFPOP | Emails to and from M. Lunn and fee examiner re: YCST third interim fee application | B017 | 0.20 | 178.00 |
| 11/19/23 | RFPOP | Email to fee examiner re: YCST third interim fee application | B017 | 0.10 | 89.00 |
| 11/19/23 | RFPOP | Email to and from J. Kochenash re: certificates of no objection for committee professionals August 2023 monthly fee applications | B017 | 0.10 | 89.00 |
| 11/20/23 | DLASK | Prepare certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.60 | 219.00 |
| 11/21/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Paul Hastings, Young Conaway and FTI | B017 | 0.70 | 255.50 |
| 11/21/23 | JKOCH | Review CNOs for YCST, Paul Hastings, and FTI's August fee applications | B017 | 0.30 | 168.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/21/23 | MLUNN | Correspondence with R. Poppiti and fee examiner (.1); and call with R. Poppiti (.4) re: YCST interim fee application and fee examiner report | B017 | 0.50 | 512.50 |
| 11/21/23 | RFPOP | Emails to and from fee examiner (.3) and call with M. Lunn (.4) re: proposed resolution of fee examiner informal response to YCST third interim fee application, and review and analyze fee examiner summary report (.4) re: same | B017 | 1.10 | 979.00 |
| 11/27/23 | DLASK | Finalize for filing and coordinate service of FTI's September fee application | B017 | 0.30 | 109.50 |
| 11/27/23 | DLASK | Finalize for filing and coordinate service of Paul Hastings September fee application | B017 | 0.40 | 146.00 |
| 11/27/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's September fee application | B017 | 0.30 | 109.50 |
| 11/27/23 | JKOCH | Review and comment on Paul Hastings and FTI fee applications | B017 | 0.90 | 504.00 |
| 11/27/23 | MLUNN | Correspondence with G. Sasson re: extension of deadline to object to fee applications | B017 | 0.10 | 102.50 |
| 11/27/23 | RFPOP | Call from counsel for FTI (Jen Sharrett) re: FTI supplemental disclosures (.2), and consider related issues (.2) re: same | B017 | 0.40 | 356.00 |
| 11/27/23 | RFPOP | Call to fee examiner re: propose resolution of fee examiner informal response to YCST third interim fee application | B017 | 0.10 | 89.00 |
| 11/29/23 | JKOCH | Prepare COC for committee members' expense reimbursement (.1); email correspondence (multiple) with L. Koch re: same (.1) | B017 | 0.20 | 112.00 |
| 11/29/23 | RFPOP | Email to and from fee examiner re: proposed resolution of informal response to YCST third interim fee application | B017 | 0.10 | 89.00 |
| 11/30/23 | DLASK | File certification of counsel regarding committee members' expenses | B017 | 0.30 | 109.50 |
| 11/30/23 | JKOCH | Further edits to COC for committee members' expense reimbursement (.4); email correspondence (multiple) with L. Koch and R. Poppiti re: same (.1) | B017 | 0.50 | 280.00 |
| 11/30/23 | MLUNN | Review fee examiner fee application | B017 | 0.10 | 102.50 |
| 11/30/23 | RFPOP | Email to and from counsel for FTI (Jenn Sharrett) re: supplemental FTI disclosure | B017 | 0.10 | 89.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 11/30/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Leonie Koch) re: committee first application for reimbursement of expenses, and revise draft certification of counsel re: same | B017 | 0.20 | 178.00 |
| 11/07/23 | RFPOP | Review invoice for YCST September 2023 fee application re: confidentiality and local rule compliance | B018 | 0.70 | 623.00 |
| 11/08/23 | RFPOP | Review invoice for YCST October 2023 fee application re: confidentiality and local rule compliance | B018 | 0.60 | 534.00 |
| 11/10/23 | MLUNN | Confidentiality review of September fee statement in preparation for submission | B018 | 0.40 | 410.00 |
| 11/13/23 | DLASK | Prepare Young Conaway's September fee application | B018 | 1.40 | 511.00 |
| 11/13/23 | MLUNN | Confidentiality review of October fee statement | B018 | 0.30 | 307.50 |
| 11/14/23 | DLASK | Prepare Young Conaway's October fee application | B018 | 0.80 | 292.00 |
| 11/20/23 | RFPOP | Review and comment on draft YCST September 2023 fee application, and emails to and from D. Laskin re: same | B018 | 0.30 | 267.00 |
| 11/27/23 | MLUNN | Review YCST September fee application | B018 | 0.20 | 205.00 |
| 11/27/23 | RFPOP | Emails to and from D. Laskin re: YCST September 2023 fee application | B018 | 0.10 | 89.00 |
| 11/28/23 | RFPOP | Review and revise draft YCST October 2023 fee application, and email to D. Laskin re: same | B018 | 0.30 | 267.00 |
| 11/29/23 | DLASK | Preparation of supplement to 4th interim fee application | B018 | 1.20 | 438.00 |
| 11/29/23 | RFPOP | Email to and from D. Laskin re: supplement to YCST fourth interim fee application | B018 | 0.20 | 178.00 |
| 11/22/23 | RFPOP | Review and analyze JPL statement regarding developments in connection with the Bahamian liquidation | BN014 | 0.30 | 267.00 |
| 11/09/23 | RFPOP | Brief research re: Voyager litigation/mediation issues | BN015 | 0.40 | 356.00 |
| 11/21/23 | RFPOP | Emails to and from counsel for debtors (Brian Glueckstein) re: response to Voyager discovery request in connection with Voyager mediation | BN015 | 0.20 | 178.00 |
| | | | **Total** | **85.00** | **$69,503.00** |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | December 14, 2023 |
| Billing Period through November 30, 2023 | | | Invoice Number: | | 50047711 |
| | | | Matter Number: | | 102750.1001 |

**Timekeeper Summary**

| **Initials** | **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| DLASK | Debbie Laskin | Paralegal | 12.40 | 365.00 | 4,526.00 |
| JKOCH | Jared W. Kochenash | Associate | 5.20 | 560.00 | 2,912.00 |
| MLUNN | Matthew B. Lunn | Partner | 15.40 | 1,025.00 | 15,785.00 |
| RFPOP | Robert F. Poppiti | Partner | 52.00 | 890.00 | 46,280.00 |
| **Total** | | | **85.00** | | **$69,503.00** |

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | December 14, 2023 |
| Billing Period through November 30, 2023 | Invoice Number: | 50047711 |
| | Matter Number: | 102750.1001 |

**Task Summary**

**Task Code:B001**           **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 1.70 | 890.00 | 1,513.00 |
| Debbie Laskin | Paralegal | 2.90 | 365.00 | 1,058.50 |
| **Total** | | **4.60** | | **2,571.50** |

**Task Code:B002**           **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.20 | 1,025.00 | 1,230.00 |
| Robert F. Poppiti | Partner | 14.50 | 890.00 | 12,905.00 |
| Debbie Laskin | Paralegal | 1.40 | 365.00 | 511.00 |
| **Total** | | **17.10** | | **14,646.00** |

**Task Code:B004**           **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| **Total** | | **0.20** | | **178.00** |

**Task Code:B006**           **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.70 | 1,025.00 | 1,742.50 |
| Robert F. Poppiti | Partner | 9.40 | 890.00 | 8,366.00 |
| Jared W. Kochenash | Associate | 0.60 | 560.00 | 336.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **12.10** | | **10,590.50** |

**Task Code:B007**           **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.40 | 1,025.00 | 1,435.00 |
| Robert F. Poppiti | Partner | 2.40 | 890.00 | 2,136.00 |
| **Total** | | **3.80** | | **3,571.00** |

**Task Code:B008**           **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 7.10 | 1,025.00 | 7,277.50 |
| Robert F. Poppiti | Partner | 8.20 | 890.00 | 7,298.00 |
| **Total** | | **15.30** | | **14,575.50** |

| Official Committee of Unsecured Creditors | Invoice Date: | December 14, 2023 |
| --- | --- | --- |
| Billing Period through November 30, 2023 | Invoice Number: | 50047711 |
| | Matter Number: | 102750.1001 |

**Task Code: B011** — **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 1.50 | 1,025.00 | 1,537.50 |
| Robert F. Poppiti | Partner | 9.00 | 890.00 | 8,010.00 |
| Debbie Laskin | Paralegal | 1.40 | 365.00 | 511.00 |
| **Total** | | **11.90** | | **10,058.50** |

**Task Code: B012** — **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.30 | 1,025.00 | 307.50 |
| Robert F. Poppiti | Partner | 0.30 | 890.00 | 267.00 |
| Jared W. Kochenash | Associate | 2.70 | 560.00 | 1,512.00 |
| **Total** | | **3.30** | | **2,086.50** |

**Task Code: B017** — **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 1.30 | 1,025.00 | 1,332.50 |
| Robert F. Poppiti | Partner | 3.20 | 890.00 | 2,848.00 |
| Jared W. Kochenash | Associate | 1.90 | 560.00 | 1,064.00 |
| Debbie Laskin | Paralegal | 2.90 | 365.00 | 1,058.50 |
| **Total** | | **9.30** | | **6,303.00** |

**Task Code: B018** — **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Matthew B. Lunn | Partner | 0.90 | 1,025.00 | 922.50 |
| Robert F. Poppiti | Partner | 2.20 | 890.00 | 1,958.00 |
| Debbie Laskin | Paralegal | 3.40 | 365.00 | 1,241.00 |
| **Total** | | **6.50** | | **4,121.50** |

**Task Code: BN014** — **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.30 | 890.00 | 267.00 |
| **Total** | | **0.30** | | **267.00** |

**Task Code: BN015** — **Voyager Litigation and Claims**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Robert F. Poppiti | Partner | 0.60 | 890.00 | 534.00 |
| **Total** | | **0.60** | | **534.00** |

# EXHIBIT B

**Expenses**

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | Invoice Date: | December 14, 2023 |
| Billing Period through November 30, 2023 | | Invoice Number: | 50047711 |
| | | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 11/07/23 | Photocopy Charges Duplication BW | 25.00 | 2.50 |
| 11/08/23 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 11/14/23 | Photocopy Charges Duplication BW | 78.00 | 7.80 |
| 11/14/23 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 11/14/23 | Photocopy Charges Duplication BW | 24.00 | 2.40 |
| 11/14/23 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 11/14/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 11/14/23 | Photocopy Charges Duplication BW | 57.00 | 5.70 |
| 11/14/23 | Photocopy Charges Duplication BW | 78.00 | 7.80 |
| 11/14/23 | Photocopy Charges Duplication BW | 326.00 | 32.60 |
| 11/14/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 11/15/23 | Parcels, Inc. - Terra Cafe and Grill 1052303 | 1.00 | 107.00 |
| 11/22/23 | Manhattan Bagel - Working Meals Lunch for YCST Attorneys and Co-Counsel for the 10/24/23 Hearing in FTX | 1.00 | 97.95 |
| 11/27/23 | Photocopy Charges Duplication BW | 37.00 | 3.70 |
| 11/27/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 11/27/23 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 11/27/23 | Photocopy Charges Duplication BW | 39.00 | 3.90 |
| 11/27/23 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 11/29/23 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 11/30/23 | Photocopy Charges Duplication BW | 67.00 | 6.70 |
| | **Total** | | **$292.35** |

| | |
|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: December 14, 2023 |
| Billing Period through November 30, 2023 | Invoice Number: 50047711 |
| | Matter Number: 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Reproduction Charges | 87.40 |
| Working Meals | 204.95 |
| **Total** | **$292.35** |