**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>**Objection Deadline: February 14, 2024 at 4:00 p.m. (ET)** |

## NOTICE OF MONTHLY FEE STATEMENT

**PLEASE TAKE NOTICE** that on the date hereof, Paul Hastings LLP ("Paul Hastings") filed its *Twelfth Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2023 through November 30, 2023* (the "Monthly Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Monthly Fee Statement seeks the allowance of fees in the amount of $2,182,070.00 (and the payment of eighty percent (80%) of such fees in the amount of $1,745,656.00), and the reimbursement of expenses in the amount of $90,464.25, incurred during the period referenced in the Monthly Fee Statement.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Monthly Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 435] entered by the court (the "Interim Compensation Order"), and are required to be filed on or before **February 14, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801, and must be served on the following parties so as to be received by such parties on or before the Objection Deadline:

> (i) counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"): (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

> (ii) counsel to the Official Committee of Unsecured Creditors: (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher M. Hansen (krishansen@paulhastings.com), Erez E. Gilad (erezgilad@paulhastings.com), and Gabriel Sasson (gabesasson@paulhastings.com), and (b) Young Conaway Stargatt &

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

(iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Benjamin Hackman (benjamin.a.hackman@usdoj.gov); and

(iv) counsel to Katherine Stadler, the fee examiner appointed in the Debtors' chapter 11 cases, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703, Attn: Mark Hancock (mhancock@gklaw.com).

**PLEASE TAKE FURTHER NOTICE THAT IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE INTERIM COMPENSATION ORDER AND THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY PAUL HASTINGS 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE MONTHLY FEE STATEMENT THAT ARE NOT DISPUTED WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES (AND IS NOT CONSENSUALLY RESOLVED) WILL A HEARING BE HELD ON THE MONTHLY FEE STATEMENT. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE OF, AND BE HEARD AT, SUCH HEARING.**

*[Remainder of page intentionally left blank]*

Dated: January 25, 2024
   Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jared W. Kochenash*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Jared W. Kochenash (No. 6557)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
  rpoppiti@ycst.com
  jkochenash@ycst.com

-and-

PAUL HASTINGS LLP

Kristopher M. Hansen*
Erez E. Gilad*
Gabriel E. Sasson*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
  erezgilad@paulhastings.com
  gabesasson@paulhastings.com

*\* Admitted pro hac vice*

*Counsel to the Official Committee of
Unsecured Creditors*

3