UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

**Arsc:**

| In re: | Chapter 11 |
| --- | --- |
| FTX TRADING LTD., *et al.*, | No. 22-11068 (JTD) |
| Debtors | (Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferor:

Infinity Conflomerate Group

Name of Transferee:

Oroboros FTX I, LLC

Name and Current Address of Transferor:

House of Francis,
Room 303,
Ile Du Porte,
Mahe,
Seychelles

Name and Address where notices and payments to transferee should be sent:

Oroboros FTX I, LLC
245 Michigan Avenue LG4
Miami, FL 33139

| Claim No. / Schedule | Creditor Name | Amount | Debtor | Case No. |
| --- | --- | --- | --- | --- |
| Claim No. 2936 | Infinity Conflomerate Group | | Alameda Research Ltd. | 22-11067 |
| Sehdule G Line #: 2.118 | Infinity Conflomerate Group | As described on schedule G (attached) | Alameda Research Ltd. | 22-11067 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Michael H Boger_ (signature)

Transferee/Transferee's Agent

Date: 18/10/2023

| Debtor | Alameda Research Ltd | | Case number (if known): 22-11067 (JTD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKET MAKING AGREEMENT DATED 3/1/2022 | Infinity Conflomerate Group<br>House Of Francis<br>Room 303, Mahe<br>Ile Du Por<br><br>SEYCHELLES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |