**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.  　　　　　　　Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

**Opps CY Holdings, LLC**
_____　　　　_____
Name of Transferee　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to Transferee should be sent:
**Opps CY Holdings, LLC**
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

Confidential Creditor with Unique Customer Code: 01338168

FTX Account ID: 28796679

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
| --- | --- | --- | --- | --- |
| FTX Trading Ltd. Amended Customer Claim Schedule F-7 Schedule No. 221106806813395 See attached Excerpt | ▉▉▉▉▉ | 100% see Excerpt attached hereto | FTX Trading Ltd. | 22-11068 |
| Claim No. 54344 (submitted on or about 9/18/23) | ▉▉▉▉▉ | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No. 3265-70-BLIQR-103380582; | ▉▉▉▉▉ | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Opps CY Holdings, LLC**

By:　　Oaktree Fund GP 2A, Ltd.
Its:　　Manager
By:　　Oaktree Capital Management Fund, L.P.
Its:　　Director

By: _____*Colin McLafferty*_____
　　　　　　6CAA40B708FE400...
Name:　Colin McLafferty
Title:　Vice President

By: _____*Steve Tesoriere*_____
　　　　　　A401D35C3A124EC...
Name:　Steven Tesoriere
Title:　Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8120/6977883.1