IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Ref. Nos. 5597 & 6606 |

**ORDER GRANTING DEBTORS' MOTION DESIGNATING WEST REALM SHIRES SERVICES, INC. AS THE PAYEE FOR FTX PHILANTHROPY, INC.'S DEPOSIT CLAIM AGAINST THE FDIC AS RECEIVER FOR SIGNATURE BRIDGE BANK**

Upon the motion (the "Motion")[2] of FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (this "Order") designating West Realm Shires Services, Inc. ("WRSS") as payee for the deposit claim of FTX Philanthropy, Inc. f/k/a FTX Foundation, Inc. ("FTX Philanthropy") against the FDIC as Receiver for Signature Bridge Bank ("FDIC-Receiver"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 [ECF. No. 94]; and venue of these Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon consideration of the Motion; and finding that adequate notice of the Motion having been given; and it appears that no other or further notice need be given; and upon the record of any hearing held to consider the relief

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua, and Barbuda.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

requested in the Motion; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. WRSS is hereby designated as the payee for FTX Philanthropy's deposit claim against the FDIC-Receiver.

2. Entry of this Order shall not confer jurisdiction over the FDIC-Receiver with respect to any matter that is subject to Title 12 of the United States Code.

3. The terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

**Dated: January 26th, 2024**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE