# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| New Venture Fund | $3,825,000 to $5,125,000 | $4,500,000 | N/A |