# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX Trading, Ltd., et al.,[1] | Case No. 22-11068 (JTD) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Ann M. Kashishian, hereby certify that on January 28, 2024, copies of the foregoing *Notice of Appearance and Request for Service of Papers* were caused to be served on all parties of record via CM/ECF.

Dated: January 28, 2024

**KASHISHIAN LAW LLC,**

  */s/ Ann M. Kashishian*
Ann M. Kashishian (#5622)
501 Silverside Road, Suite 85
Wilmington, DE  19809
T. (484) 302-8417
F. (484) 930-0091
E. amk@kashishianlaw.com

*Counsel to Braden Leach*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.