# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| FTX TRADING LTD., WEST REALM SHIRES SERVICES, INC., and ALAMEDA RESEARCH LTD.,<br><br>    Plaintiffs,<br><br>      - against -<br><br>MIRANA CORP., BYBIT FINTECH LTD., TIME RESEARCH LTD., SIN WEI "SEAN" TAN, WEI LIN "GERMAINE" TAN, WEIZHENG YE, and NASHON LOO SHUN LIANG,<br><br>    Defendants. | Adv. Pro. No. 23-50759 (JTD) |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US),<br>    Plaintiffs,<br><br>    v.<br><br>DANIEL FRIEDBERG,<br><br>    Defendant. | Adv. Pro. No. 23-50419 (JTD) |

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
JANUARY 31, 2024 AT 10:30 A.M. (ET), BEFORE THE HONORABLE JOHN T.
DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR,
COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING
TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY
PRESENT IN THE COURTROOM.  ANY NON-PARTICIPANT MAY OBSERVE
THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK
BELOW NO LATER THAN JANUARY 30, 2024 AT 4:00 P.M. (ET)**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the
Court's website at www.deb.uscourts.gov.**

## ADJOURNED MATTERS:

1.   Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors
     Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the
     Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank,
     and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

     Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at
     1:00 p.m. (ET).

2.   Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al.
     v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

     Status: This matter is adjourned to a date to be determined.

3.   Motion of Island Air Capital and Paul F. Aranha for Relief from the Automatic Stay, to the
     Extent Applicable, and Related Relief [D.I. 2664, filed on September 21, 2023]

     Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at
     1:00 p.m. (ET).

4.   Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule
     2004-1 Authorizing Examination [D.I. 3329, filed on October 20, 2023]

     Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at
     1:00 p.m. (ET).

5.   Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy
     Case of Maclaurin Investments, Ltd. [D.I. 3399, filed on October 27, 2023]

     Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at
     1:00 p.m. (ET).

{1368.002-W0074192.}

6.      Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of FTX Trading Ltd. [D.I. 3400, filed on October 27, 2023]

Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at 1:00 p.m. (ET).

7.      Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at 1:00 p.m. (ET).

8.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [*FTX Trading Ltd., et al.* v. *Mirana Corp., et al.,* Adv. No. 23-50759 (JTD) – Adv. D.I. 3, filed on November 28, 2023]

Status: This matter is adjourned to a date to be determined.

9.      Motion of Debtors for Entry of an Order (I) Authorizing and Approving (A) Entry Into, and Performance Under, the Share Purchase Agreement and (B) the Purchase and Sale of Certain Shares Free and Clear of Liens, Claims and Encumbrances and (II) Dismissing the Chapter 11 Cases of Certain Debtors Effective Upon the Earlier of the Closing or the Termination of the Share Purchase Agreement [D.I. 5378, filed on January 4, 2024]

Status: This matter is adjourned to the hearing scheduled for February 22, 2024 at 1:00 p.m. (ET).

**WITHDRAWN MATTER:**

10.     Motion of Debtors for Turnover of Funds Held by the Federal Deposit Insurance Corporation [D.I. 5082, filed on December 21, 2023]

Status: On January 11, 2024, this matter was withdrawn.

**RESOLVED MATTERS:**

11.     Third Motion of Debtors for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 4498, filed on December 5, 2023]

Status: On January 26, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

12.     Motion of Plaintiffs for Entry of an Order (A) Authorizing the Plaintiffs to Enter into Settlement Agreement with Samuel Bankman-Fried, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 5095, filed on December 22, 2023]

Status: On January 17, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

13.    Motion of Plaintiffs for Entry of an Order (A) Authorizing the Plaintiffs to Enter into Settlement Agreement with Nishad Singh, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 5096, filed on December 22, 2023]

Status: On January 17, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

14.    Motion of Plaintiffs for Entry of an Order (A) Authorizing the Plaintiffs to Enter into Settlement Agreement with Zixiao "Gary" Wang, (B) Approving the Settlement Agreement, and (C) Granting Related Relief [D.I. 5097, filed on December 22, 2023]

Status: On January 17, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

15.    Debtors' Sixth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 5113 & 5116, filed on December 22, 2023]

Status: On January 22, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

16.    Debtors' Seventh (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claim) [D.I. 5114 & 117, filed on December 22, 2023]

Status: On January 29, 2024, a certification of counsel was filed and submitted in accordance with the Court's procedures. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17.    Debtors' Eighth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 5115 & 5118, filed on December 22, 2023]

Status: On January 22, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

18.    Motion of Debtors for Entry of an Order Authorizing and Approving (I) FTX Trading Ltd.'s and FTX Property Holdings Ltd.'s Entry Into, and Performance of Their Obligations Under, the Bahamas Properties Exclusive Sales Agency Agreement, (II) Procedures for the Sale or Transfer of Certain Bahamas Properties, and (III) Assumption, Assignment and Rejection Procedures [D.I. 5379, filed on January 4, 2024]

Status: On January 29, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

19. Debtors' Motion for Entry of an Order Authorizing and Approving the Debtors' Entry Into, and Performance of their Obligations Under, (I) the Global Settlement Agreement with FTX Digital Markets Ltd. and (II) the Loan Agreement with FTX Digital Markets Ltd. [D.I. 5380, filed on January 4, 2024]

Status: On January 24, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

20. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Interests in IEX Group, Inc. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Entry Into, and Performance Under, the Purchase and Sale Agreement; and (III) Granting Related Relief [D.I. 5381, filed on January 4, 2024]

Status: On January 26, 2024, a certification of counsel was filed and submitted in accordance with the Court's procedures. Accordingly, a hearing regarding this matter is not required unless the Court has questions.

21. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Note Issued by Dave, Inc. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Entry Into, and Performance Under, the Purchase and Sale Agreement; and (III) Granting Related Relief [D.I. 5382, filed on January 4, 2024]

Status: On January 26, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

22. Motion of Debtors for Entry of an Order (I) Authorizing and Approving Sale of Note Issued by Helix Nanotechnologies Inc. Free and Clear of All Liens, Claims, Interests and Encumbrances; (II) Authorizing and Approving Entry Into, and Performance Under, the Purchase and Sale Agreement; and (III) Granting Related Relief [D.I. 5383, filed on January 4, 2024]

Status: On January 26, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

23. Motion of Debtors to Designate West Realm Shires Services, Inc. as the Payee for FTX Philanthropy, Inc's Deposit Claim Against the FDIC as Receiver for Signature Bridge Bank [D.I. 5597, filed on January 11, 2024]

Status: On January 26, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

**MATTERS GOING FORWARD:**

24. Update regarding Chapter 11 Cases.

Status:  This matter is going forward.

25.    Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 5202, filed on December 27, 2023]

Response Deadline: January 11, 2024 at 4:00 p.m. (ET); extended for Avalanche (BVI), Inc. to January 12, 2024 at 4:00 p.m. (ET)

Responses Received: *See* **Exhibit A** attached hereto.

Related Documents:

A.    Declaration of Sabrina T. Howell in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 5203, filed on December 27, 2023]

B.    Declaration of Kevin Lu in Support of the Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 5204, filed on December 27, 2023]

C.    Statement of Official Committee of Unsecured Creditors in Support of Motion to Estimate Claims Based on Digital Assets [D.I. 5619, filed on January 11, 2024]

D.    Debtors' Omnibus Reply in Support of Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 6728, filed on January 28, 2024]

E.    The Ad Hoc Committee of Non-US Customers of FTX.com's Statement in Response to the Motion of Debtors to Estimate Claims Based on Digital Assets and Objections Thereto [D.I. 6729, filed on January 28, 2024]

F.    Notice of Debtors' Exhibit List and Intent to Offer Witness Testimony at the Hearing on January 31, 2024 in Connection with the Motion of Debtors to Estimate Claims Based on Digital Assets [D.I. 6730, filed on January 28, 2024]

Status: This matter is going forward, except with regard to the valuation of OXY, MAPS and SRM until discovery is conducted pursuant to an agreed upon schedule with a subsequent evidentiary hearing to be scheduled in March 2024.  The limited objection of Avalanche (BVI), Inc. has been resolved and the limited objection of TMSI SEZC Ltd. is adjourned to the March 2024 hearing.  The informal comments and responses from the U.S. Trustee, certain equity holders of the Debtors, BlockFi, and the Aptos Foundation have been resolved.  The other objections remain outstanding and are going forward.

{1368.002-W0074192.}

Dated: January 29, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

7

{1368.002-W0074192.}