# EXHIBIT A

## In re: FTX Trading Ltd., *et al.*
## Case No. 22-11068 (JTD)

### Formal Objections and Responses to
### *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202][1]

| | | |
|---|---|---|
| 1 | D.I. 5601, filed on January 11, 2024, *Opposition of Boba Foundation to Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Continued Hearing* | Boba Foundation |
| 2 | D.I. 5614, filed on January 11, 2024, *Objection and Reservation of Rights of Auros Tech Limited to Motion of Debtors to Estimate Claims Based on Digital Assets* | Auros Tech Limited |
| 3 | D.I. 5615, filed on January 11, 2024, *Limited Objection of the Joint Liquidators of Three Arrows Capital, Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets (D.I. No. 5202)* | Joint Liquidators of Three Arrows Capital, Ltd. |
| 4 | D.I. 5616, filed on January 11, 2024, *Objection of LayerZero Labs Ltd., Ari Litan, and Skip & Goose LLC to the Motion of Debtors to Estimate Claims Based on Digital Assets* | LayerZero Group, Ari Litan and Skip & Goose LLC |
| 5 | D.I. 5617, filed on January 11, 2024, *Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* | Fondation Serendipity, Fondation Elements, Serendipity Network Ltd., and Liquidity Network Ltd |
| 6 | D.I. 5620, filed on January 11, 2024, *Preliminary Objection of Maps Vault Limited to Motion of Debtors to Estimate Claims Based on Digital Assets* | Maps Vault Limited |

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the relevant objection.

\* Indicates that an objection was filed after the objection deadline.

{1368.002-W0074193.}

| 7 | D.I. 5624, filed on January 11, 2024, *Lavanda Sands, L.L.C.'S Joinder in Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* | Lavanda Sands, L.L.C. |
|---|---|---|
| 8 | D.I. 5626, filed on January 11, 2024, *Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets;* and D.I. 5627, filed on January 11, 2024, *Declaration of Jeff Bezaire in Support of Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* | TMSI SEZC Ltd. |
| 9 | D.I. 5628, filed on January 11, 2024, *Limited Objection of the FTX MDL Plaintiffs to Motion of Debtors to Estimate Claims Based on Digital Assets* | FTX MDL Co-Lead Counsel |
| 10 | D.I. 5632 filed on January 11, 2024, *Objection of Sunil Kavuri, Ahmed Abd-El-Razek, Noia Capital SÀRL and Pat Rabbitte to Motion of Debtors to Estimate Claims Based on Digital Assets* | Sunil Kavuri, Ahmed Abd-El-Razek Noia Capital SÀRL and Pat Rabbitte |
| 11 | D.I. 5686, filed on January 12, 2024, *Limited Objection, Reservation of Rights, and Joinder to Objections of Avalanche (BVI), Inc. to Motion of Debtors to Estimate Claims Based on Digital Assets* | Avalanche (BVI), Inc. |
| 12 | D.I. 5785*, filed on January 17, 2024, Letter Response | Edward Lehman, Esq. on behalf of the FTX.com Offshore Claimants |
| 13 | D.I. 5690*, filed on January 12, 2024, *Objection of Simon Carter to (I) the Debtors' Joint Chapter 11 Plan of Reorganization and (II) Motion of the Debtors to Estimate Claims Based on Digital Assets* | Simon Carter |
| 14 | D.I. 5274, filed on January 2, 2024, Letter Response | Jung-Sook Lee |
| 15 | D.I. 5388, filed on January 4, 2024, Letter Response | Lidia Favario |

| | | |
|---|---|---|
| 16 | D.I. 5389, filed on January 4, 2024, Letter Response | Li Qirun |
| 17 | D.I. 5390, filed on January 3, 2024, Letter Response | Jeff Rancilio |
| 18 | D.I. 5391, filed on January 4, 2024, Letter Response | James McIlvaine |
| 19 | D.I. 5392, filed on January 4, 2024, Letter Response | Jesse Ramkomuth |
| 20 | D.I. 5394, filed on January 3, 2024, Letter Response | Tobias Puellman |
| 21 | D.I. 5395, filed on January 3, 2024, Letter Response;<br><br>D.I. 5457, filed on January 8, 2024, Letter Response | Romain François Marie Goupil |
| 22 | D.I. 5396, filed on January 3, 2024, Letter Response | Hong Teck Malcolm Teo |
| 23 | D.I. 5404, filed on January 3, 2024, Letter Response | Ramiro Dutto Luquez |
| 24 | D.I. 5406, filed on January 3, 2024, Letter Response | Nok Hing Wan |
| 25 | D.I. 5408, filed on January 3, 2024, Letter Response | Win Yin Ko |
| 26 | D.I. 5411, filed on January 3, 2024, Letter Response | Federico Natali |
| 27 | D.I. 5412, filed on January 3, 2024, Letter Response | Mayank Nagle |
| 28 | D.I. 5413, filed on January 4, 2024, Letter Response | Edward Stiger |
| 29 | D.I. 5414, filed on January 5, 2024, Letter Response | Eleftherios Tsiokos |
| 30 | D.I. 5417, filed on January 5, 2024, Letter Response | Dr. Edwin Wijaya (personally and as account holder of EDWS Nominees Pty Limited) |
| 31 | D.I. 5418, filed on January 5, 2024, Letter Response | Chan I. Ku |
| 32 | D.I. 5420, filed on January 5, 2024, Letter Response | Nugenesis Ou and Nugenesis PTY LTD (Hussein Faraj) |

| | | |
|---|---|---|
| 33 | D.I. 5422, filed on January 5, 2024, Letter Response | Kristian Milne |
| 34 | D.I. 5423, filed on January 5, 2024, Letter Response | Michael Landau-Spiers |
| 35 | D.I. 5424, filed on January 5, 2024, Letter Response | Pat Rabbitte |
| 36 | D.I. 5425, filed on January 5, 2024, Letter Response | Priscilla Bastiaans |
| 37 | D.I. 5427, filed on January 5, 2024, Letter Response | Yuliia Honchar |
| 38 | D.I. 5433, filed on January 5, 2024, Letter Response | Ka Ho Ngai |
| 39 | D.I. 5436, filed on January 5, 2024, Letter Response | Shih-Yung Lo |
| 40 | D.I. 5441, filed on January 8, 2024, Letter Response | Andriy Yeroshchenkov |
| 41 | D.I. 5446, filed on January 8, 2024, Letter Response; D.I. 5542, filed on January 10, 2024, Letter Response | Yurii Maruda |
| 42 | D.I. 5447, filed on January 8, 2024, Letter Response; D.I. 5485, filed on January 9, 2024, Letter Response; D.I. 5587, filed on January 11, 2024, Letter Response | Anthony Maurin |
| 43 | D.I. 5448, filed on January 8, 2024, Letter Response | Borodko Maksim |
| 44 | D.I. 5449, filed on January 8, 2024, Letter Response | Arkgrow Pte Ltd., care of Chong Hon Yuan and Lim Kim Seng (as shareholders and directors of the company) |
| 45 | D.I. 5450, filed on January 8, 2024, Letter Response | David Siu |
| 46 | D.I. 5451, filed on January 8, 2024, Letter Response | Jiang Yuedong |
| 47 | D.I. 5452, filed on January 8, 2024, Letter Response | Lichi Pai |

| 48 | D.I. 5454, filed on January 8, 2024, Letter Response | Lu Qi |
|---|---|---|
| 49 | D.I. 5456, filed on January 8, 2024, Letter Response | Peng Huimin |
| 50 | D.I. 5459, filed on January 8, 2024, Letter Response | Cheng Yu-Han |
| 51 | D.I. 5460, filed on January 8, 2024, Letter Response | YuJung Cheng |
| 52 | D.I. 5474, filed on January 9, 2024, Letter Response | Ho Joon Song |
| 53 | D.I. 5475, filed on January 9, 2024, Letter Response | Kuhwa Hong |
| 54 | D.I. 5476, filed on January 9, 2024, Letter Response | Andrew Campione |
| 55 | D.I. 5477, filed on January 9, 2024, Letter Response; D.I. 5493, filed on January 9, 2024, Letter Response | Tijmen Scheifes |
| 56 | D.I. 5479, filed on January 9, 2024, Letter Response | Paul Antoni |
| 57 | D.I. 5480, filed on January 9, 2024, Letter Response | Renato Mariani |
| 58 | D.I. 5481, filed on January 9, 2024, Letter Response | Christian Lorenzati |
| 59 | D.I. 5482, filed on January 9, 2024, Letter Response | Mirco Vignati |
| 60 | D.I. 5483, filed on January 9, 2024, Letter Response | Daniele Scribano Memoria |
| 61 | D.I. 5487, filed on January 9, 2024, Letter Response | Kisung Nam |
| 62 | D.I. 5488, filed on January 9, 2024, Letter Response | Ihor Pryimak |
| 63 | D.I. 5489, filed on January 9, 2024, Letter Response | Zhang Zhou |
| 64 | D.I. 5490, filed on January 9, 2024, Letter Response | Gihoon Jung |

| 65 | D.I. 5491, filed on January 9, 2024, Letter Response | Shuo Liang |
|---|---|---|
| 66 | D.I. 5492, filed on January 9, 2024, Letter Response | Kim Haeng Jae |
| 67 | D.I. 5494, filed on January 9, 2024, Letter Response | Jae-Myoung Kim |
| 68 | D.I. 5495, filed on January 9, 2024, Letter Response | Kenneth Dwyer |
| 69 | D.I. 5496, filed on January 9, 2024, Letter Response | Dong Jun Shin |
| 70 | D.I. 5497, filed on January 9, 2024, Letter Response | Cedrum L. Coleman Sr. |
| 71 | D.I. 5498, filed on January 9, 2024, Letter Response | Alex Tahmizian |
| 72 | D.I. 5499, filed on January 9, 2024, Letter Response | Bryan Quinn |
| 73 | D.I. 5500, filed on January 9, 2024, Letter Response | Mitch Port |
| 74 | D.I. 5501, filed on January 9, 2024, Letter Response | Hyunjung Kim |
| 75 | D.I. 5502, filed on January 9, 2024, Letter Response | Hyunsoon Kim |
| 76 | D.I. 5503, filed on January 9, 2024, Letter Response | Pham Thi Ngan |
| 77 | D.I. 5508, filed on January 9, 2024, Letter Response | Kim Hyundae |
| 78 | D.I. 5511, filed on January 9, 2024, Letter Response | Dukhee Hwang and Hyunsoon Kim |
| 79 | D.I. 5512, filed on January 9, 2024, Letter Response | Putu Agus Wahyu Adi Perdana Giri |
| 80 | D.I. 5513, filed on January 9, 2024, Letter Response | Ambrogio Villani |
| 81 | D.I. 5514, filed on January 9, 2024, Letter Response | Michele Serra |
| 82 | D.I. 5517, filed on January 9, 2024, Letter Response | Alberto Persico |

| | | |
|---|---|---|
| 83 | D.I. 5522, filed on January 10, 2024, Letter Response | Woochan Kim |
| 84 | D.I. 5523, filed on January 10, 2024, Letter Response | Min Kyoung Seo |
| 85 | D.I. 5527, filed on January 10, 2024, Letter Response | Jun Yeop Kim |
| 86 | D.I. 5528, filed on January 10, 2024, Letter Response | Ismael Lemhadri |
| 87 | D.I. 5530, filed on January 10, 2024, Letter Response | Georgios Karagiannis |
| 88 | D.I. 5531, filed on January 10, 2024, Letter Response | Daniel Quinonez |
| 89 | D.I. 5532, filed on January 10, 2024, Letter Response | Adrian Köppel |
| 90 | D.I. 5533, filed on January 10, 2024, Letter Response | Connor Maclellan |
| 91 | D.I. 5534, filed on January 10, 2024, Letter Response; | Anthony Fraser Teale |
| 92 | D.I. 5535, filed on January 10, 2024, Letter Response | Byungjoon Park |
| 93 | D.I. 5536, filed on January 10, 2024, Letter Response | Cho Jinsu |
| 94 | D.I. 5537, filed on January 10, 2024, Letter Response | Duck Young Oh |
| 95 | D.I. 5538, filed on January 10, 2024, Letter Response | Lin Tung Hao |
| 96 | D.I. 5539, filed on January 10, 2024, Letter Response | Luca Splendi |
| 97 | D.I. 5541, filed on January 10, 2024, Letter Response | Robert F. Shearer |
| 98 | D.I. 5584, filed on January 11, 2024, Letter Response | Thomas Pégot-Ogier |
| 99 | D.I. 5585, filed on January 11, 2024, Letter Response | Pasquale Di Pratola |
| 100 | D.I. 5586, filed on January 11, 2024, Letter Response | Michele Chini |

| 101 | D.I. 5588, filed on January 11, 2024, Letter Response | Jens de Jong |
|---|---|---|
| 102 | D.I. 5589, filed on January 11, 2024, Letter Response | Ben Jackson |
| 103 | D.I. 5590, filed on January 11, 2024, Letter Response | Francesco Baldassarri and Reset Srl |
| 104 | D.I. 5591, filed on January 11, 2024, Letter Response | Alexander Melzer |
| 105 | D.I. 5593, filed on January 11, 2024, Letter Response | Rohin Brown |
| 106 | D.I. 5594, filed on January 11, 2024, Letter Response | Max Bodoia |
| 107 | D.I. 5595, filed on January 11, 2024, Letter Response | Simone Betteto |
| 108 | D.I. 5596, filed on January 11, 2024, Letter Response | Verena Röll |
| 109 | D.I. 5625, filed on January 11, 2024, Letter Response | Kyle Rupprecht |
| 110 | D.I. 5659*, filed on January 12, 2024, Letter Response | Adam Rabie |
| 111 | D.I. 5661*, filed on January 12, 2024, Letter Response; | Andrew Chi Kin Poon |
| 112 | D.I. 5662*, filed on January 12, 2024, Letter Response;<br><br>D.I. 6125*, filed on January 22, 2024, Letter Response | Gabriel Munoz Moreno |
| 113 | D.I. 5663*, filed on January 12, 2024, Letter Response | Kim Jun Hwan |
| 114 | D.I. 5664*, filed on January 12, 2024, Letter Response | Sebastian Chece |
| 115 | D.I. 5665*, filed on January 12, 2024, Letter Response | Steven Sydow |
| 116 | D.I. 5671*, filed on January 12, 2024, Letter Response | Davide Alessandro Jacobo Leon |
| 117 | D.I. 5672*, filed on January 12, 2024, Letter Response | Vlad-Alexandru Pleian |

| 118 | D.I. 5673*, filed on January 12, 2024, Letter Response | Tae Hoon Lim |
|---|---|---|
| 119 | D.I. 5674*, filed on January 12, 2024, Letter Response | Evgeny Kurilenko |
| 120 | D.I. 5675*, filed on January 12, 2024, Letter Response | Del Vecchio Stefano |
| 121 | D.I. 5677*, filed on January 12, 2024, Letter Response | Simone Gottardi |
| 122 | D.I. 5679*, filed on January 12, 2024, Letter Response | Petra Gasiorek-Budig |
| 123 | D.I. 5680*, filed on January 12, 2024, Letter Response | Noh Yoon Ho |
| 124 | D.I. 5681*, filed on January 12, 2024, Letter Response | Jan Budig |
| 125 | D.I. 5682*, filed on January 12, 2024, Letter Response | Ana-Maria Mikloviciu |
| 126 | D.I. 5684*, filed on January 12, 2024, Letter Response | Michael Lusk |
| 127 | D.I. 5765*, filed on January 16, 2024, Letter Response | Hua Deng |
| 128 | D.I. 5782*, filed on January 17, 2024, Letter Response | Brian Meckler |
| 129 | D.I. 5786*, filed on January 17, 2024, Letter Response | Hisham Sakr |
| 130 | D.I. 5788*, filed on January 17, 2024, Letter Response | Hyun-Hwa Kim |
| 131 | D.I. 5789*, filed on January 17, 2024, Letter Response | Jared Swanson |
| 132 | D.I. 5902*, filed on January 17, 2024, Letter Response | Sunbin Min |
| 133 | D.I. 5903*, filed on January 17, 2024, Letter Response | Ngu Yin Mar |
| 134 | D.I. 5904*, filed on January 17, 2024, Letter Response | Jaerim Yang |
| 135 | D.I. 5905*, filed on January 17, 2024, Letter Response | Fabiam Quoss |

| 136 | D.I. 5906*, filed on January 17, 2024, Letter Response | Denni Bruno Radetich |
|---|---|---|
| 137 | D.I. 5939*, filed on January 18, 2024, Letter Response | Adrien Herisse |
| 138 | D.I. 5940*, filed on January 18, 2024, Letter Response | Angel Luis Prieto Criado |
| 139 | D.I. 5942*, filed on January 18, 2024, Letter Response | Choi HongCheol |
| 140 | D.I. 5943*, filed on January 18, 2024, Letter Response | Cristian Duca |
| 141 | D.I. 5944*, filed on January 18, 2024, Letter Response | Heinz Halter |
| 142 | D.I. 5945*, filed on January 18, 2024, Letter Response | Kevin Bertoldi |
| 143 | D.I. 5946*, filed on January 18, 2024, Letter Response | Jan Baur |
| 144 | D.I. 5947*, filed on January 18, 2024, Letter Response | Kay Baur |
| 145 | D.I. 5948*, filed on January 18, 2024, Letter Response | Melvin Pard |
| 146 | D.I. 5949*, filed on January 18, 2024, Letter Response | Run The Chain |
| 147 | D.I. 5950*, filed on January 18, 2024, Letter Response | Michael Boland |
| 148 | D.I. 5951*, filed on January 18, 2024, Letter Response | Prasetya Ari Apriliyan |
| 149 | D.I. 5952*, filed on January 18, 2024, Letter Response | Seongseok Oh |
| 150 | D.I. 5953*, filed on January 18, 2024, Letter Response | Sundae Lynn Knight |
| 151 | D.I. 6122*, filed on January 22, 2024, Letter Response | Chia-Wei Cheng |
| 152 | D.I. 6124*, filed on January 22, 2024, Letter Response | Cyril Maurin |
| 153 | D.I. 6126*, filed on January 22, 2024, Letter Response | Olivier Maurin |

| 154 | D.I. 6127*, filed on January 22, 2024, Letter Response | Rodrigo Formighieri |
|---|---|---|
| 155 | D.I. 6128*, filed on January 22, 2024, Letter Response | Seong ho Yeo |
| 156 | D.I. 6132*, filed on January 22, 2024, Letter Response | Devin P. |
| 157 | D.I. 6134*, filed on January 22, 2024, Letter Response | Sandra Wu |
| 158 | D.I. 6136*, filed on January 22, 2024, Letter Response | Liao Te Wen |
| 159 | D.I. 6139*, filed on January 22, 2024, Letter Response | Junior Yamir Ugarte Becerra |
| 160 | D.I. 6140*, filed on January 22, 2024, Letter Response | Giorgio Fanecco |
| 161 | D.I. 6141*, filed on January 22, 2024, Letter Response | A. Kim |
| 162 | D.I. 6162*, filed on January 23, 2024, Letter Response | Emily Nitz |
| 163 | D.I. 6526*, filed on January 24, 2024, Letter Response | Nathan Goss |

**Informal Comments and Responses to**
***Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202]**

The Debtors received informal comments and responses from:
1. The U.S. Trustee
2. Certain equity holders of the Debtors
3. BlockFi
4. Aptos Foundation
5. A *pro se* creditor