# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Schulte Roth & Zabel LLP hereby appears as counsel for Steadview Capital Mauritius Limited ("Steadview") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **SCHULTE ROTH & ZABEL LLP** | **SCHULTE ROTH & ZABEL LLP** |
|---|---|
| Reuben Dizengoff | Douglas Mintz |
| 919 Third Avenue | 555 13th Street, NW, Suite 6W |
| New York, NY 10022 | Washington, D.C. 20004 |
| Telephone: (212) 756-2000 | Telephone: (202) 729-7470 |
| Facsimile: (212) 593-5955 | Facsimile: (202) 730-4520 |
| Email: reuben.dizengoff@srz.com | Email: douglas.mintz@srz.com |

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number is 3288. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors"), and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Steadview: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Steadview is or may be entitled under agreements, in law or

in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Steadview's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Steadview consistent with Article III of the United States Constitution.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 31, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Daniel B. Butz*<br>Donna L. Culver (No. 2983)<br>Daniel B. Butz (No. 4227)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email: dculver@morrisnichols.com<br>dbutz@morrisnichols.com<br><br>-and-<br><br>**SCHULTE ROTH & ZABEL LLP**<br>Reuben E. Dizengoff (*pro hac vice pending*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>Email:reuben.dizengoff@srz.com<br><br>-and-<br><br>**SCHULTE ROTH & ZABEL LLP**<br>Douglas S. Mintz (pro hac vice pending)<br>555 13th Street, NW, Suite 6W<br>Washington, D.C. 20004<br>Telephone: (202) 729-7470<br>Facsimile: (202) 730-4520<br>Email: douglas.mintz@srz.com<br><br>*Counsel to Steadview Capital Mauritius Limited* |