**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Reuben E. Dizengoff of Schulte Roth & Zabel LLP, to represent Steadview Capital Mauritius Limited in the above-captioned case.

Dated: January 31, 2024
                                          */s/ Daniel B. Butz*
                                          Daniel B. Butz (No. 4227)
                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                          1201 N. Market Street, 16th Floor
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          Telephone: (302) 658-9200
                                          Email: dbutz@morrisnichols.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 31, 2024
                                            */s/ Reuben E. Dizengoff*
                                            Reuben E. Dizengoff
                                            SCHULTE ROTH & ZABEL LLP
                                            919 Third Avenue
                                            New York, NY 10022
                                            Telephone: (212) 756-2007
                                            Email: reuben.dizengoff@srz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.