### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Douglas S. Mintz of Schulte Roth & Zabel LLP, to represent Steadview Capital Mauritius Limited in the above-captioned case.

Dated: January 31, 2024            */s/ Daniel B. Butz*
                                   Daniel B. Butz (No. 4227)
                                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                   1201 N. Market Street, 16th Floor
                                   P.O. Box 1347
                                   Wilmington, DE 19899-1347
                                   Telephone: (302) 658-9200
                                   Email: dbutz@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and the District of Columbia, am admitted to practice before the United States District Court for the Southern District of New York and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 31, 2024            */s/ Douglas S. Mintz*
                                   Douglas S. Mintz
                                   SCHULTE ROTH & ZABEL LLP
                                   555 13th Street, NW, Suite 6W
                                   Washington, D.C. 20004
                                   Telephone: (202) 729-7470
                                   Email:  douglas.mintz@srz.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.