Case22-11068-JTD    DOC 5202

Honorable Judje John Dorsey

United States Bankrupty Court

District of Delawere

824 N Market St

3th Floor

Wilmington, DE 19801

302-533-3169

RE: Case22-11068-JTD    DOC 5202, MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS, **I completely disagree**

Dear respected Judge John Dorsey!
In addition to my requests RE: Case22-11068-JTD DOC 5202, DEBTORS' PROPOSAL TO VALUATE CLAIMS BASED ON DIGITAL ASSETS 01/01/24 and 03/01/24, please accept the photo from https://finance.yahoo.com/ where you can see price per share of TLRY 11 November 2022 at $4.18. Also take a photo which shows that I am the client with the largest number of shares of TLRY 29659.09 these are real shares without leverage.
I hope for American justice. Thank you.

YURII MARUDA

Kyiv,Ukraine 03028

Nauki Avenue 43, apartment 60

Tel. +380631746969  e-mail: yumar1113@gmail.com

Готово 🔒 ɔkerstudio.google.com AA ↻

X Customers Search Tool ↶ Сбросить

**tomer List**

ɔt By Token

Search with customer code / id

TLRY

ɔt By Customer

Search with multiple customer id(s) ▾

ket Data (2022/11/07)

SPOT Market Data

Our Money

Data Rows

| | cid | token | amount |
|---|---|---|---|
| 1. | 05263994 | TLRY | 29659.0991800000000000 !!! |
| 2. | 05353664 | TLRY | 10026.5112200000000000 |
| 3. | 06858703 | TLRY | 3216.4000000000000000 |
| 4. | 00841058 | TLRY | 2930.8017662097990000 |
| 5. | 00257212 | TLRY | 2039.5834030000000000 |
| 6. | 02550380 | TLRY | 1753.9491400000000000 |
| 7. | 03141328 | TLRY | 744.8684200000000000 |
| 8. | 00199936 | TLRY | 500.0025000000000000 |
| 9. | 03931333 | TLRY | 499.9000000000000000 |
| 10. | 00559796 | TLRY | 498.4641400000000000 |
| 11. | 00296775 | TLRY | 372.0571705000000000 |
| 12. | 00197957 | TLRY | 350.0005000000000000 |
| 13. | 00266596 | TLRY | 264.1000000000000000 |
| 14. | 00616451 | TLRY | 231.9190800000000000 |
| 15. | 00324220 | TLRY | 209.9887138000000000 |
| 16. | 00462416 | TLRY | 204.9610500000000000 |
| 17. | 01254289 | TLRY | 202.1583900000000000 |
| 18. | 00371690 | TLRY | 200.0005000000000000 |
| 19. | 00255974 | TLRY | 191.9000000000000000 |
| 20. | 01347477 | TLRY | 188.2834800000000000 |
| 21. | 00180717 | TLRY | 182.4878944199435500 |
| 22. | 00321000 | TLRY | 172.4000000000000000 |
| 23. | 00190326 | TLRY | 149.3716140000000000 |



YURII MARUDA.
PAVLE GRDZELISHVILI
557 AVE Z APT 4F
BROOKLYN NY
11223.



NEW YORK NY 100
24 JAN 2024

Honorable Ju
United States
District of Del
824 N Market
3th Floor
Wilmington, D

19801-302499