# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Yumou Wei, by and through his undersigned counsel, hereby withdrawals the **Motion to File Claims After Claims Bar Date**, filed on November 17, 2023 [Docket No. 4032].

BROWNELL LAW GROUP LLC

Dated: January 31, 2024    BY:    /s/ *Felicia Brownell*
Felicia Brownell, Esq. (DE ID #6644)
252 Mariners Way
Bear, Delaware 19701
(215) 901-6325 (direct)
FBrownell@BrownellLawGroup.com
*Attorney for Claimant, Yumou Wei*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.