# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et.al.*[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Felicia Brownell, Esquire, do hereby certify that I have filed the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO FILE PROOF OF CLAIM AFTER CLAIMS BAR DATE**, using the CM/ECF filing system thereby causing a copy of the foregoing to be transmitted to counsel for the debtor, counsel for the foreign representative, the United States Trustee, counsel for all official committees, all parties who file a request for service of notices under Fed. R. Bankr. P. 2002(i) and all parties whose rights are affected by the motion, as applicable on this 17th day of November, 2023.

*(Signature on next page)*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

                                                                               BROWNELL LAW GROUP LLC

Dated: January 31, 2024     BY:  /s/ *Felicia Brownell*
                                                            Felicia Brownell, Esq. (DE ID#6644)
                                                           252 Mariners Way
                                                           Bear, Delaware 19701
                                                           (215) 901-6325 (direct)
                                                           FBrownell@BrownellLawGroup.com
                                                           *Attorney for Claimant, Yumou Wei*