IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **Name (Redacted)** |
| Name and Address where notices and payments to transferee should be sent: | **c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Name and Current Address of Transferor: | **Name (Redacted)** |
| Email: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com** | | |
| Phone: | **+44(0)20 7074 9653** | Court Claim # (if known): | **Kroll UCC number: 01249713** |
| | | Confirmation ID: | **3265-70-ITABK-503728459** |
| | | Date Claim Filed: | **August 29, 2023** |

Local Form 138

DocuSign Envelope ID: 5AA0B058-F696-498A-8CF4-49382489F827

| | |
|---|---|
| Date Claim Filed: | **August 29, 2023** |
| Phone: | **+1 (201) 693-7048** |
| Last Four Digits of Acct #: | **2768** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____  
Transferee/Transferee's Agent

Date: 30 / 01 / 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 41686cc387be23fe333b7d3ba24760445efc7a70

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.