# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068    **CASE NAME:** FTX Trading Ltd.    **DATE:** 1/31/2024 (10:30 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | Bielli & Klauder | Auros Tech Limited |
| Thomas Bielli | " | " |
| Jonathan Lipshie | U.S. Trustee | U.S. Trustee |
| Kris Hansen | Paul Hastings | Official Committee |
| Ken Pasquale | " " | " " |
| Isaac Sasson | " " | " " |
| Leonie Koch | " " | " " |
| Matt Lunn | Young Conaway | " " |
| Rob Poppiti | " " | " " |
| Dennis O'Donnell | DLA | MAPS VAULT |
| Aaron Applebaum | DLA | " " |
| John Weiss | Pashman Stein Walder Hayden P.C. | Liquidators of Boba Foundation and Three Arrows Capital |
| Ken Aulet | Brown Rudnick | BlockFi Inc. as wind down debtors |
| Mike Busenkell | Gellert Scali Busenkell & Brown | " " " |
| Adam Goldberg | Latham & Watkins | Joint Liquidators of Three Arrows Capital Ltd |

# SIGN-IN SHEET

**JUDGE:** Dorsey     **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068     **CASE NAME:** FTX Trading Ltd.     **DATE:** 1/31/2024 (10:30 AM)

\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\*

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Doug Mintz | Schulte Roth + Zabel | Steadview |
| Reuben Dizenoff | " | " |
| Edward LoBello | Bond Schoeneck | Coin Metrics, Inc. |
| Brett Bakemeyer | White & Case LLP | Joint Official Liquidators of FTX DM |
| Chris Shore | White & Case LLP | Joint Official Liquidators of FTX DM |
| Mark Minuti | Saul Ewing LLP | TMSI SEZC LTD. |
| R. Stephen McNeill | Potter Anderson Corroon | Layer Zero Group |
| Marc Phillips | Montgomery McCracken | Samuel Bankman-Fried |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee |
| Erin Broderick | Eversheds Sutherland | " |
| PAUL HEATH | Richards Layton & Finger | Joint Official Liquidators |
| Linda Richenderfer | | U.S. Trustee |
| Benjamin Hackman | | U.S. Trustee |
| Kurt Gwynne | Reed Smith LLP | Fondation Serendipity; Fondation Elements |
| Aaron Javian | Reed Smith LLP | Fondation " |
| MARY CALOWAY | Pachulski Stang Ziehl & Jones | FTX MDL Plaintiffs |

| CASE NAME: *FTX Trading Ltd., et al.,* <br> CASE NO: 22-11068 (JTD) | SIGN-IN SHEET | COURTROOM LOCATION: 5 <br> DATE: January 31, 2024 at 10:30 a.m. (ET) |
|---|---|---|
| **Name** | **Law Firm/Company** | **Client Representing** |
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Kimberly A. Brown | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Brian D. Glueckstein | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Julie G. Kapoor | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |

10:30 AM

**22-11068-JTD FTX Trading Ltd.**

David Adler
via: Video and Audio
Representing:
Sunil Kavuri, Ahmed Abd El-Razek, et al.

Jack Amed
via: Video and Audio
Representing:

Fabio Krishna Ames Windsor
via: Video and Audio
Representing:
Ames & Company, d/b/a AmesWindsor

Carla O. Andres
via: Video and Audio
Representing:
Fee Examiner

Michael Anfang
via: Video and Audio
Representing:

Rick Anigian
via: Video and Audio
Representing:
BlockFi

Rick Archer
via: Audio Only
Representing:
Law360

Tristan Axelrod
via: Video and Audio
Representing:
BlockFi

Tristan Axelrod
via: Video and Audio
Representing:
BlockFi

ALEJANDRO BASCOY
via: Audio Only
Representing:
N/A

Ellen Bardash
via: Audio Only
Representing:


Ryan Beil
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Markets Ltd

Kimberly Black
via: Audio Only
Representing:

Noah Blum
via: Video and Audio
Representing:

Lisa Bonsall
via: Video and Audio
Representing:
Bidder 1

Thomas Ricks Braziel
via: Video and Audio
Representing:
Creditor - 117 Partners

Philip Brendel
via: Audio Only
Representing:
self

Erin Broderick
via: Video and Audio
Representing:
Ad Hoc Committee of Non-U.S. Customers

James L. Bromley
via: Video and Audio
Representing:
FTX Trading Ltd. and its affiliated debtors

Robert Brown
via: Audio Only
Representing:

Elisabeth Michaelle Bruce
via: Video and Audio
Representing:
United States

Gabriel Brunswick
via: Video and Audio
Representing:

Kate R. Buck
via: Video and Audio
Representing:
Bidder 1

Daniel Carrigan Carrigan
via: Video and Audio
Representing:
FSB, FSB Corp

Simon Carter
via: Video and Audio
Representing:
pro se

Siena Cerra
via: Video and Audio
Representing:
Clawback Defendants

Nikolaos Chagias
via: Video and Audio
Representing:
Temasek

Ding Chun
via: Audio Only
Representing:

Steven Church
via: Audio Only
Representing:
non party

Steven Church
via: Audio Only
Representing:
non party

Bryan Cimala
via: Video and Audio
Representing:
King Street

Robert Cook
via: Audio Only
Representing:

Michael Cooley
via: Audio Only
Representing:
n/a

Scott D. Cousins
via: Video and Audio
Representing:
Evolve Bank & Trust, N.A.

Sean Crotty
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of FTX.com

Philip Dalgarno
via: Audio Only
Representing:
FC Cayman A LLC

Grenville Day
via: Audio Only
Representing:
Cantor

Marc De Leeuw
via: Video and Audio
Representing:

Nathaniel DeLoatch
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of FTX.com

Nathaniel T. DeLoatch
via: Video and Audio
Representing:
Ad Hoc Committee of Non-U.S. Customers

Mathis Dehez
via: Audio Only
Representing:

Stephen Della Penna
via: Audio Only
Representing:
N/A

Charles Delo
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of FTX.com

Luc A. Despins
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Damon DiBurro
via: Audio Only
Representing:

Chun Ding
via: Audio Only
Representing:

Dmitry Dmitriev
via: Audio Only
Representing:
Maps Vault Ltd

Brenna Anne Dolphin
via: Video and Audio
Representing:
Ad Hoc Committee of Non-U.S. Customers

Gregory T. Donilon
via: Video and Audio
Representing:
Samuel Bankman-Fried

Louis Dorigny
via: Audio Only
Representing:
Arceau

Louis Enriquez-Sarano
via: Video and Audio
Representing:

Muhammad R Erliyanto
via: Video and Audio
Representing:

Suleyman Erol
via: Video and Audio
Representing:

Hussein Faraj
via: Video and Audio
Representing:
Nugenesis OU and Nugenesis Pty Ltd

Lisa Faucher
via: Audio Only
Representing:
Cherokee Debt Acquisition

Chad Flick
via: Audio Only
Representing:

Carolyn B. Fox
via: Video and Audio
Representing:
Maps Vault

Ole Frolo
via: Audio Only
Representing:

Clara E Geoghegan
via: Audio Only
Representing:
Law360/media

Kimberly Gianis
via: Audio Only
Representing:
Interested party

Dawn Giel
via: Audio Only
Representing:
media

Erez Gilad
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Andrew Glantz
via: Audio Only
Representing:
Xclaim Inc.

Steven Glustein
via: Video and Audio
Representing:

Alex Grebnev
via: Video and Audio
Representing:

Geo Groenewald
via: Audio Only
Representing:

Samuel Gunawan
via: Video and Audio
Representing:
Customer

Christopher Guth
via: Video and Audio
Representing:
Attestor Capital

Shah Hafizi
via: Video and Audio
Representing:
LayerZero Labs

Mark W. Hancock
via: Video and Audio
Representing:
Fee Examiner

Kristopher M. Hansen
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

David Hariton
via: Video and Audio
Representing:

Taylor Harrison
via: Audio Only
Representing:

Matthew B. Harvey
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of FTX.com

Matthew B Harvey
via: Video and Audio
Representing:
Ad Hoc Committee

Ken Hebeisen
via: Video and Audio
Representing:
Creditor

Alaina Heine
via: Audio Only
Representing:

Adrien Herisse
via: Video and Audio
Representing:

Adrien Herisse
via: Video and Audio
Representing:
myself (creditor)

Dennis Hilkins
via: Video and Audio
Representing:
Attestor Capital

Bart Hoyng
via: Video and Audio
Representing:
Attestor Capital

Shannon Dougherty Humiston
via: Video and Audio
Representing:
Sunil Kavuri, Ahmed Abd El-Razek, et al.

Mark T Hurford
via: Video and Audio
Representing:
Celsius

Rick Hyman
via: Video and Audio
Representing:
Lavanda Sands

Seijiro Ikeda
via: Audio Only
Representing:
Myself

Deniz A Irigi
via: Audio Only
Representing:
Interested Party

Kevin Jacobs
via: Video and Audio
Representing:
Debtor

Kevin M. Jacobs
via: Video and Audio
Representing:
FTX Trading Ltd.

Gihoon Jung
via: Video and Audio
Representing:
Creditor

Gihoon Jung
via: Video and Audio
Representing:

MUHAMMED IKBAL KARAKAYA
via: Video and Audio
Representing:
CREDITOR

MUHAMMED Ikbal KARAKAYA
via: Audio Only
Representing:

John Kang
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of FTX.com

Emily Kapur
via: Video and Audio
Representing:
Debtors

Ann M. Kashishian
via: Video and Audio
Representing:

Sunil Kavuri
via: Video and Audio
Representing:

Kevin Kearney
via: Audio Only
Representing:
Alvarez & Marsal

Amol Kendre
via: Video and Audio
Representing:

Lauren Klaff
via: Audio Only
Representing:

Matthew Kleissler
via: Audio Only
Representing:
Interested Party

Dietrich Knauth
via: Audio Only
Representing:
media, Reuters

Dietrich Knauth
via: Audio Only
Representing:
media, non-participant

Leonie C Koch
via: Audio Only
Representing:

Adrian Koeppel
via: Audio Only
Representing:

Harsh Kondapalli
via: Audio Only
Representing:
Customer Claim

Alexa Kranzley
via: Video and Audio
Representing:
FTX Trading Ltd. and its affiliated debtors

Ari David Kunofsky
via: Video and Audio
Representing:
United States of America

Max Lai
via: Audio Only
Representing:

Matthew A Lane
via: Video and Audio
Representing:
Fondation Serendipity, Fondation Elements, Serendi

Maximiliano Serafn Larriba Herranz
via: Video and Audio
Representing:
Customer

Mathew Laskowski
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Mike Legge
via: Audio Only
Representing:


Josh Lehman
via: Audio Only
Representing:

Sidney P. Levinson
via: Video and Audio
Representing:
Paradigm Operations LP

Amanda Lindner
via: Video and Audio
Representing:
Certain Defendants in Multiple Adv. Pros.

Ari Litan
via: Audio Only
Representing:
LayerZero, Ari Litan

Jason Lu
via: Video and Audio
Representing:
creditor

Michael Andrew Lusk
via: Video and Audio
Representing:
Michael Lusk

Emily MacKay
via: Audio Only
Representing:

Dylan J. Marker
via: Video and Audio
Representing:
LayerZero Labs, Ari Litan, Skip & Goose LLC

Anthony Maurin
via: Video and Audio
Representing:

Keith McCormack
via: Video and Audio
Representing:

Colin McLafferty
via: Audio Only
Representing:

Stanton C. McManus
via: Video and Audio
Representing:
United States

Michael Mccarney
via: Audio Only
Representing:

Evelyn J. Meltzer
via: Video and Audio
Representing:
Paradigm Operations LP

Eric Meyer
via: Video and Audio
Representing:

Anais Mitra
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital
Markets Ltd

Alexandru Mitrica
via: Audio Only
Representing:
FTX Trading Ltd. Customer

Eric J. Monzo
via: Video and Audio
Representing:
Clawback Defendants

Andrew Morley
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of
FTX.com

Lorenzo Munoz
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of
FTX.com

WT Ng
via: Audio Only
Representing:

Guilherme G Oliveira
via: Video and Audio
Representing:
Costumer

Tara C Pakrouh
via: Video and Audio
Representing:
Clawback Defendants

Austin Park
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of
FTX.com

John Pasta
via: Audio Only
Representing:

Jom Pasto
via: Audio Only
Representing:

Phillip S. Pavlick
via: Video and Audio
Representing:
Bidder 1

Matthew R Pierce
via: Video and Audio
Representing:
Debtors

Mark Popovsky
via: Video and Audio
Representing:

Joshua K. Porter
via: Video and Audio
Representing:
Austin Onusz, Cedric Kees van Putten, et. al

Mr. Purple
via: Audio Only
Representing:
Creditors

Mr. Purple
via: Audio Only
Representing:
Creditors

David T Queroli
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Markets Ltd

Pat Rabbitte
via: Video and Audio
Representing:
self

Ruth Ramjit
via: Audio Only
Representing:
Observer

Jonathan Randles
via: Audio Only
Representing:
Bloomberg News

Timothy Reilly
via: Audio Only
Representing:

Samantha L. Rodriguez
via: Video and Audio
Representing:
Clawback Defendants

Michael Rogers
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of FTX.com

Jason Rosell
via: Video and Audio
Representing:

Brian S. Rosen
via: Video and Audio
Representing:
LayerZero Labs, Ari Litan, Skip & Goose LLC

Nathan Rosenblum
via: Video and Audio
Representing:

Nathan Rosenblum
via: Video and Audio
Representing:

Natalie Rowles
via: Audio Only
Representing:

Jeremy William Ryan
via: Video and Audio
Representing:
K5 Defendants

Anthony M. Saccullo
via: Audio Only
Representing:
Celsius

Caroline Salls
via: Audio Only
Representing:
BankruptcyData - media

Stephanie Sasarak
via: Video and Audio
Representing:
United States on behalf of the IRS

Gabriel Sasson
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

Jordan E. Sazant
via: Video and Audio
Representing:
LayerZero Labs, Ari Litan, Skip & Goose LLC

Brendan Schlauch
via: Video and Audio
Representing:
Foreign Representatives of FTX Digital Marketing

Krisztian M Sebestyen
via: Video and Audio
Representing:

Arush Sehgal
via: Video and Audio
Representing:
Self

Traci Shafroth
via: Video and Audio
Representing:
Boba Foundation

Daniel S Shamah
via: Video and Audio
Representing:
Bybit Fintech Ltd.

Yuhan Shao
via: Audio Only
Representing:

David Shim
via: Audio Only
Representing:

Peter Siddiqui
via: Video and Audio
Representing:
Creditor

Ian Silverbrand
via: Audio Only
Representing:

Ian Silverbrand
via: Audio Only
Representing:

Tony Simion
via: Video and Audio
Representing:
debtor

James Sims
via: Audio Only
Representing:

James Sims
via: Audio Only
Representing:

Lauren Sisson
via: Video and Audio
Representing:
BlockFi

Peter J Sprofera
via: Audio Only
Representing:
Self

Alexander R. Steiger
via: Video and Audio
Representing:
Joint Official Liquidators of FTX Digital Markets

Nicolas Streschinsky
via: Video and Audio
Representing:

Charles Sullivan
via: Video and Audio
Representing:

Vince Sullivan
via: Audio Only
Representing:

Tony Sun
via: Audio Only
Representing:

Cathy Ta
via: Audio Only
Representing:


Kate Thomas
via: Audio Only
Representing:


Jeffrey S. Torosian
via: Video and Audio
Representing:
Maps Vault Representation

Miles Trevelyan
via: Audio Only
Representing:

Ethan Trotz
via: Audio Only
Representing:
Creditor

Suzzanne Uhland
via: Audio Only
Representing:
Interested Party

Gabriela Urias
via: Video and Audio
Representing:
Paradigm - equityholder

Austin H Viny
via: Audio Only
Representing:
vonwin

Meghana Vunnamadala
via: Video and Audio
Representing:
Counsel for Joint Liquidators of 3AC

Julia Walters
via: Video and Audio
Representing:
Ad Hoc Committee of non-US Customers of FTX.com

Jonathan Weyand
via: Video and Audio
Representing:
Ad Hoc Committee of Non-US Customers of FTX.com

Sam White
via: Audio Only
Representing:
CRCM

Tom Whitten
via: Audio Only
Representing:

Edwin Wijaya
via: Video and Audio
Representing:
Self

Grayson W Williams
via: Audio Only
Representing:
Voyager Digital Holdings, Inc., et al.

Justin Wise
via: Audio Only
Representing:

Charles Yang
via: Audio Only
Representing:

Zachary Zabib
via: Audio Only
Representing:

Ali Zablocki
via: Audio Only
Representing:

Rafael Xavier Zahralddin-Aravena
via: Video and Audio
Representing:
Daniel J. Friedberg

randall chase
via: Audio Only
Representing:

james cheung
via: Audio Only
Representing:

romain davis
via: Video and Audio
Representing:

romain A davis
via: Video and Audio
Representing:

vicky lee
via: Audio Only
Representing:

jeffrey s sabin
via: Video and Audio
Representing:
self

e f f y shi
via: Audio Only
Representing: