**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Re:     Expenses
Code:   20008100PN00001.1.32

| Date | Description | Amount |
|---|---|---:|
| 12/01/2023 | Travis Phelan - Download fees for historic blockchain data to facilitate balance sheet recreation | 2,134.31 |
| 12/03/2023 | Lewis Beischer - Download fees for historic blockchain data to facilitate balance sheet recreation | 308.79 |
| 12/03/2023 | Lewis Beischer - Download fees for historic blockchain data to facilitate balance sheet recreation | 72.29 |
| 12/19/2023 | Travis Phelan - Download fees for historic blockchain data to facilitate balance sheet recreation | 430.92 |
| 12/20/2023 | Individual Meal - Allyson Calhoun - Dinner (overtime) | 19.30 |
| 12/20/2023 | Travis Phelan - Download fees for historic blockchain data to facilitate balance sheet recreation | 15.14 |
| 12/21/2023 | Taxi/Car Service Griffin Shapiro Office to Home (overtime) | 12.95 |
| 12/21/2023 | Individual Meal - Griffin Shapiro - Dinner (overtime) | 30.48 |
| 12/27/2023 | Travis Phelan - Download fees for historic blockchain data to facilitate balance sheet recreation | 99.00 |
| **Total** | | **$ 3,123.18** |

**AlixPartners**

John J. Ray III
Chief Executive Officer
FTX Trading Ltd. and its affiliated debtors-in-possession
c/o Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Client: 20008100Pn0001

| **Expenses** | **Amount** |
|---|---:|
| Client Research | 2,637.52 |
| Ground Transportation | 455.18 |
| Meals | 30.48 |
| **Total Disbursements** | **$ 3,123.18** |