22

**Exhibit A**

| Plaintiff | Digital Asset[1] | Amount |
|---|---|---:|
| Sunil Kavuri | AVAZ | 0.0000000031764286 |
| Sunil Kavuri | BTC | 15.7350531725100000 |
| Sunil Kavuri | ETH | 799.9430000025000000 |
| Sunil Kavuri | KSHIB | 5.4012750000000000 |
| Sunil Kavuri | LUNA2 | 73.4726725400000000 |
| Sunil Kavuri | LUNA2_LOCKED | 171.4362359000000000 |
| Sunil Kavuri | LUNC | 0.0000000050000000 |
| Sunil Kavuri | SOL | 0.0025545500000000 |
| Sunil Kavuri | TRX | 114645.6830375000000000 |
| Sunil Kavuri | USDT | 0.0000000091450000 |
| Sunil Kavuri | XRP | 0.2890500000000000 |
| Sunil Kavuri | GBP | 387489.6037619599400000 |
| Sunil Kavuri | USD | 2.9682595715943596 |
| Pat Rabbitte | AMD | 423.5852660000000000 |
| Pat Rabbitte | STETH | 92.1851188548634167 |
| Ahmed Abd El-Razek | BTC | 505.4539255542851335 |
| Ahmed Abd El-Razek | USD | 7095694.6360011950000000 |
| Noia Capital SÀRL | AAVE-PERP | 0.0000000000000000 |
| Noia Capital SÀRL | ALCX | 462.1105244800000000 |
| Noia Capital SÀRL | ALT-PERP | 0.0000000000000568 |
| Noia Capital SÀRL | ATOM-PERP | 0.0000000000186446 |
| Noia Capital SÀRL | AUDIO-PERP | -0.0000000000145519 |
| Noia Capital SÀRL | AVAX-PERP | -0.0000000000009095 |
| Noia Capital SÀRL | AXS-PERP | 0.0000000000009095 |
| Noia Capital SÀRL | BADGER-PERP | 0.0000000000002274 |
| Noia Capital SÀRL | BAL-PERP | 0.0000000000018190 |
| Noia Capital SÀRL | BAND-PERP | 0.0000000000013642 |
| Noia Capital SÀRL | BNB-PERP | -0.0000000000004547 |
| Noia Capital SÀRL | BTC | 299.0367906564077300 |
| Noia Capital SÀRL | BTC-0325 | 0.0000000000001279 |
| Noia Capital SÀRL | BTC-0624 | 0.0000000000000107 |
| Noia Capital SÀRL | BTC-0930 | 0.0000000000000142 |
| Noia Capital SÀRL | BTC-20201225 | -0.0000000000000071 |
| Noia Capital SÀRL | BTC-PERP | 0.0000000000003411 |
| Noia Capital SÀRL | CREAM-PERP | 0.0000000000002274 |
| Noia Capital SÀRL | CRV | 0.8480600000000000 |
| Noia Capital SÀRL | DEFI-PERP | 0.0000000000000213 |
| Noia Capital SÀRL | DOT-PERP | -0.0000000000036380 |
| Noia Capital SÀRL | DYDX-PERP | -0.0000000000218279 |
| Noia Capital SÀRL | EGLD-PERP | 0.0000000000001705 |
| Noia Capital SÀRL | ENS-PERP | 0.0000000000036380 |

---

[1] All capitalized terms used but not defined herein shall have the same meaning ascribed to them as in the accompanying Complaint to which this Exhibit is attached.

| | | |
|---|---|---|
| Noia Capital SÀRL | EOS-PERP | -0.0000000000873115 |
| Noia Capital SÀRL | ETH | 0.0002447699528100 |
| Noia Capital SÀRL | ETH-PERP | -0.0000000000003411 |
| Noia Capital SÀRL | ETHW | 0.0005838940000000 |
| Noia Capital SÀRL | FLOW-PERP | 0.0000000000036380 |
| Noia Capital SÀRL | FTT | 0.2352997968824468 |
| Noia Capital SÀRL | FTT-PERP | 0.0000000000036380 |
| Noia Capital SÀRL | HNT-PERP | 0.0000000000027285 |
| Noia Capital SÀRL | KIN | 371541714.2000000000000000 |
| Noia Capital SÀRL | LINK-PERP | -0.0000000000036380 |
| Noia Capital SÀRL | LUNC-PERP | -0.0000000000013642 |
| Noia Capital SÀRL | MEDIA | 1186.4325868200000000 |
| Noia Capital SÀRL | MTA | 260191.5152400000000000 |
| Noia Capital SÀRL | OMG-PERP | 0.0000000000036380 |
| Noia Capital SÀRL | QTUM-PERP | -0.0000000000145519 |
| Noia Capital SÀRL | RUNE-PERP | -0.0000000000218279 |
| Noia Capital SÀRL | SNX-PERP | -0.000000000363798 |
| Noia Capital SÀRL | SOL-PERP | -0.0000000000095497 |
| Noia Capital SÀRL | SRM | 3649.9508875400000000 |
| Noia Capital SÀRL | SRM_LOCKED | 26006.0906236300000000 |
| Noia Capital SÀRL | STG | 60226.6213000000000000 |
| Noia Capital SÀRL | TOMO-PERP | -0.0000000000072760 |
| Noia Capital SÀRL | USDT | 1.0000000000000000 |
| Noia Capital SÀRL | XTZ-PERP | 0.0000000000291038 |
| Noia Capital SÀRL | YFI-20201225 | 0.0000000000000002 |
| Noia Capital SÀRL | YFI-PERP | 0.0000000000000018 |
| Noia Capital SÀRL | USD | 8845.5916674379790000 |

ME1 47511985v.1