**Exhibit B**

**Disbursements**

| Cost Type | Work Date | Quantity | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| Filing fee | 7/13/2023 | 1.00 | 0.50 | 0.50 | Ben Carroll - Filing Fees - Benjamin Carroll - doc pulling for case 07/13/23 |
| Filing fee | 7/14/2023 | 1.00 | 3.40 | 3.40 | Ben Carroll - Filing Fees - Benjamin Carroll - doc pulling for case 07/14/23 |
| Filing fee | 7/17/2023 | 1.00 | 8.60 | 8.60 | Ben Carroll - Filing Fees - Benjamin Carroll - doc pulling for case 07/17/23 |
| Lexis Courtlink - Off Contract | 12/1/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Word processing | 12/1/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Legal research | 12/1/2023 | 1.00 | 510.00 | 510.00 | THOMSON REUTERS - 11807-00001/Drafting Assistant November 2023 - 12/1/23 |
| Lexis Courtlink - Off Contract | 12/2/2023 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Document Services | 12/2/2023 | 159.00 | 0.37 | 59.07 | Document services - TABS/K.WHITFIELD/0218999 |
| Document Services | 12/2/2023 | 6.00 | 3.71 | 22.25 | Document services - COIL BIND/K.WHITFIELD/0218999 |
| Document Services | 12/2/2023 | 330.00 | 0.02 | 7.56 | Document services - SLIP SHEETS/K.WHITFIELD/0218999 |
| Document Services | 12/2/2023 | 330.00 | 0.07 | 22.70 | Document services - PRINTS/K.WHITFIELD/0218999 |
| Document Services | 12/2/2023 | 570.00 | 0.75 | 427.50 | Document services - COLOR PRINTS/K.WHITFIELD/0218999 |
| Document Services | 12/2/2023 | 1.00 | 32.30 | 32.30 | Document Services - TAX/K.WHITFIELD/0218999 |
| Lexis Courtlink - Off Contract | 12/4/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 12/4/2023 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Document Reproduction | 12/4/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 12/4/2023 | 18.00 | 0.10 | 1.80 | Document Reproduction |
| Document Reproduction | 12/4/2023 | 36.00 | 0.10 | 3.60 | Document Reproduction |
| Color Document Reproduction | 12/4/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Color Document Reproduction | 12/4/2023 | 7.00 | 0.40 | 2.80 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 12/5/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Word processing | 12/5/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Word processing | 12/5/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Word processing | 12/5/2023 | 0.10 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 12/6/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/6/2023 | 29.00 | 0.10 | 2.90 | Document Reproduction |
| Color Document Reproduction | 12/6/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Document Services | 12/6/2023 | 54.00 | 0.07 | 3.72 | Document services - PRINTS/G. SMITH/0219051 |
| Document Services | 12/6/2023 | 99.00 | 0.75 | 74.25 | Document services - COLOR PRINTS/G. SMITH/0219051 |
| Document Services | 12/6/2023 | 1.00 | 13.14 | 13.14 | Document Services - TAX/G. SMITH/0219051 |
| Messenger | 12/6/2023 | 1.00 | 70.00 | 70.00 | Messenger - MESSENGER SERVICE/G. SMITH/0219051 |
| Lexis Courtlink - Off Contract | 12/7/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |

| Description | Date | Quantity | Rate | Amount | Detail |
|---|---|---|---|---|---|
| Document Reproduction | 12/7/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 12/7/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/7/2023 | 38.00 | 0.10 | 3.80 | Document Reproduction |
| Color Document Reproduction | 12/7/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/7/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Velobind | 12/7/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Lexis Courtlink - Off Contract | 12/8/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 12/8/2023 | 1.00 | 0.83 | 0.83 | COURTLINK ALERT |
| Word processing | 12/8/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Document Reproduction | 12/10/2023 | 28.00 | 0.10 | 2.80 | Document Reproduction |
| Color Document Reproduction | 12/10/2023 | 14.00 | 0.40 | 5.60 | Color Document Reproduction |
| Lexis Courtlink - Off Contract | 12/11/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 6.00 | 0.10 | 0.60 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/11/2023 | 20.00 | 0.10 | 2.00 | Document Reproduction |
| Color Document Reproduction | 12/11/2023 | 30.00 | 0.40 | 12.00 | Color Document Reproduction |
| Color Document Reproduction | 12/11/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/11/2023 | 3.00 | 0.40 | 1.20 | Color Document Reproduction |
| Color Document Reproduction | 12/11/2023 | 4.00 | 0.40 | 1.60 | Color Document Reproduction |
| Color Document Reproduction | 12/11/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Word processing | 12/11/2023 | 0.20 | 0.00 | 0.00 | Word processing |
| Courier | 12/11/2023 | 1.00 | 27.00 | 27.00 | REAL COURIER, INC. - Courier - Erin Barnes #11807-00001/ Delivery to BILL BURCK - 10/17/2023 |
| Courier | 12/11/2023 | 1.00 | 27.00 | 27.00 | REAL COURIER, INC. - Courier - Alex Ruby #11807-00001/ Delivery to BILL BURCK - 10/25/2023 |
| Lexis Courtlink - Off Contract | 12/12/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/12/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/12/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |

| Description | Date | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| Document Reproduction | 12/12/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/12/2023 | 4.00 | 0.10 | 0.40 | Document Reproduction |
| Document Reproduction | 12/12/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/12/2023 | 5.00 | 0.10 | 0.50 | Document Reproduction |
| Lexis Courtlink - Off Contract | 12/13/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/13/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 12/14/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/14/2023 | 17.00 | 0.10 | 1.70 | Document Reproduction |
| Document Reproduction | 12/14/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 12/14/2023 | 24.00 | 0.40 | 9.60 | Color Document Reproduction |
| Color Document Reproduction | 12/14/2023 | 8.00 | 0.40 | 3.20 | Color Document Reproduction |
| Word processing | 12/14/2023 | 0.30 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 12/15/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Color Document Reproduction | 12/15/2023 | 15.00 | 0.40 | 6.00 | Color Document Reproduction |
| Document Reproduction | 12/17/2023 | 51.00 | 0.10 | 5.10 | Document Reproduction |
| Lexis Courtlink - Off Contract | 12/18/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 12/18/2023 | 1.00 | 0.84 | 0.84 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/18/2023 | 1.00 | 0.84 | 0.84 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/18/2023 | 1.00 | 0.84 | 0.84 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/19/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/19/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 8.00 | 0.10 | 0.80 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 16.00 | 0.10 | 1.60 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 10.00 | 0.10 | 1.00 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 15.00 | 0.10 | 1.50 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 3.00 | 0.10 | 0.30 | Document Reproduction |
| Document Reproduction | 12/19/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 75.00 | 0.40 | 30.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |

| Description | Date | Qty | Rate | Amount | Notes |
|---|---|---|---|---|---|
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 5.00 | 0.40 | 2.00 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 11.00 | 0.40 | 4.40 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 41.00 | 0.40 | 16.40 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 192.00 | 0.40 | 76.80 | Color Document Reproduction |
| Color Document Reproduction | 12/19/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Velobind | 12/19/2023 | 1.00 | 2.00 | 2.00 | Velobind |
| Lexis Courtlink - Off Contract | 12/20/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Outside record production | 12/20/2023 | 1.00 | 1.50 | 1.50 | COURTHOUSE NEWS SERVICE - COURTHOUSE NEWS SERVICE / Outside record production / November 2023 Tracker Costs Allocation |
| Document Reproduction | 12/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 43.00 | 0.10 | 4.30 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 11.00 | 0.10 | 1.10 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/20/2023 | 1.00 | 0.10 | 0.10 | Document Reproduction |
| Color Document Reproduction | 12/20/2023 | 2.00 | 0.40 | 0.80 | Color Document Reproduction |
| Color Document Reproduction | 12/20/2023 | 1.00 | 0.40 | 0.40 | Color Document Reproduction |
| Color Document Reproduction | 12/20/2023 | 18.00 | 0.40 | 7.20 | Color Document Reproduction |
| Word processing | 12/20/2023 | 1.00 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 12/21/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Document Reproduction | 12/21/2023 | 2.00 | 0.10 | 0.20 | Document Reproduction |
| Document Reproduction | 12/21/2023 | 13.00 | 0.10 | 1.30 | Document Reproduction |
| Lexis Courtlink - Off Contract | 12/22/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Word processing | 12/22/2023 | 0.40 | 0.00 | 0.00 | Word processing |
| Lexis Courtlink - Off Contract | 12/26/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 12/27/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |

| | | | | | |
|---|---|---|---|---|---|
| Lexis Courtlink - Off Contract | 12/27/2023 | 1.00 | 0.84 | 0.84 | COURTLINK ALERT |
| Lexis Courtlink - Off Contract | 12/28/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Lexis Courtlink - Off Contract | 12/29/2023 | 1.00 | 0.91 | 0.91 | COURTLINK TRACK |
| Online Research - Off Contract | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Off Contract |
| Online Research - Off Contract | 12/31/2023 | 1.00 | 7,544.00 | 7,544.00 | Online Research - Off Contract |
| Online Research - Tax | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research - Tax |
| Online Research | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |
| Online Research | 12/31/2023 | 1.00 | 0.00 | 0.00 | Online Research |

9,126.44

| Cost Type-Description | Quantity | Amount |
|---|---:|---:|
| Lexis Courtlink - Off Contract | 27 | 24.05 |
| Filing Fee | 3 | 12.50 |
| Outside Record Production | 1 | 1.50 |
| Online Research | 3 | 0.00 |
| Veloblind | 2 | 4.00 |
| Courier | 2 | 54.00 |
| Word processing | 3 | 0.00 |
| Online Research - Tax | 1 | 0.00 |
| Online Reasearch - Off Contract | 1 | 7,544.00 |
| Online Research - Off Contract | 1 | 0.00 |
| Online Research | 1 | 0.00 |
| Messenger | 1 | 70.00 |
| Document Reproduction | 499 | 49.90 |
| Color Document Reproduction | 485 | 194.00 |
| Document Services | 1,053 | 528.17 |
| Document Services | 2 | 45.44 |
| Document Services | 495 | 88.88 |
| Legal Research | 1 | 510.00 |
| | | 9,126.44 |