## Exhibit B

## Disbursements

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | 12/11/2023 | Sonam Jhalani | 1.0 | $0.10 | $0.10 | Repro - B&W Copies |
| Repro - B&W Copies | 12/11/2023 | Sonam Jhalani | 394.0 | $0.10 | $39.40 | Repro - B&W Copies |
| Repro - B&W Copies | 12/12/2023 | Zoe K. Gill | 1623.0 | $0.10 | $162.30 | Repro - B&W Copies |
| Repro - B&W Copies | 12/12/2023 | Zoe K. Gill | 23.0 | $0.10 | $2.30 | Repro - B&W Copies |
| Repro - B&W Copies | 12/12/2023 | Zoe K. Gill | 23.0 | $0.10 | $2.30 | Repro - B&W Copies |
| Repro - B&W Copies | 12/13/2023 | Michael P. O'Connor | 3.0 | $0.10 | $0.30 | Repro - B&W Copies |
| Repro - B&W Copies | 12/21/2023 | Aneesa Mazumdar | 264.0 | $0.10 | $26.40 | Repro - B&W Copies |
| Repro - B&W Copies | 12/29/2023 | Michael T. Tomaino Jr. | 10.0 | $0.10 | $1.00 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$234.10** | |
| Repro - Color Copies | 12/11/2023 | Sonam Jhalani | 3.0 | $0.20 | $0.60 | Repro - Color Copies |
| Repro - Color Copies | 12/12/2023 | Zoe K. Gill | 206.0 | $0.20 | $41.20 | Repro - Color Copies |
| Repro - Color Copies | 12/12/2023 | Zoe K. Gill | 356.0 | $0.20 | $71.20 | Repro - Color Copies |
| Repro - Color Copies | 12/13/2023 | Michael P. O'Connor | 12.0 | $0.20 | $2.40 | Repro - Color Copies |
| Repro - Color Copies | 12/29/2023 | Michael T. Tomaino Jr. | 3192.0 | $0.20 | $638.40 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$753.80** | |
| Telephonic court appearance | 11/28/2023 | Benjamin S. Beller | 1.0 | $70.00 | $70.00 | Telephonic court appearance (Genesis hearing) |
| **Telephonic Court Appearance Total** | | | | | **$70.00** | |
| Delivery/Courier | 12/1/2023 | Mark A. Popovsky | 1.0 | $45.68 | $45.68 | Delivery/Courier |
| Delivery/Courier | 12/7/2023 | Stepan G. Atamian | 1.0 | $20.06 | $20.06 | Delivery/Courier |
| Delivery/Courier | 12/12/2023 | Victoria G. Shahnazary | 1.0 | $16.42 | $16.42 | Delivery/Courier |
| Delivery/Courier | 12/12/2023 | Victoria G. Shahnazary | 1.0 | $16.42 | $16.42 | Delivery/Courier |
| Delivery/Courier | 12/12/2023 | Victoria G. Shahnazary | 1.0 | $36.10 | $36.10 | Delivery/Courier |
| Delivery/Courier | 12/12/2023 | Victoria G. Shahnazary | 1.0 | $15.45 | $15.45 | Delivery/Courier |
| Delivery/Courier | 12/14/2023 | Victoria G. Shahnazary | 1.0 | $19.84 | $19.84 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $27.52 | $27.52 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $20.15 | $20.15 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $39.37 | $39.37 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $16.60 | $16.60 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $20.15 | $20.15 | Delivery/Courier |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $25.70 | $25.70 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $20.15 | $20.15 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $26.92 | $26.92 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $20.15 | $20.15 | Delivery/Courier |
| Delivery/Courier | 12/15/2023 | Thursday K. Williams | 1.0 | $20.15 | $20.15 | Delivery/Courier |
| Delivery/Courier | 12/20/2023 | Stepan G. Atamian | 1.0 | $19.94 | $19.94 | Delivery/Courier |
| Delivery/Courier | 12/22/2023 | Evan S. Simpson | 1.0 | $24.72 | $24.72 | Delivery/Courier |
| Delivery/Courier | 12/27/2023 | Batuhan Erdogan | 1.0 | $137.52 | $137.52 | Delivery/Courier |
| Delivery/Courier | 12/27/2023 | Batuhan Erdogan | 1.0 | $20.07 | $20.07 | Delivery/Courier |
| Delivery/Courier | 12/27/2023 | Batuhan Erdogan | 1.0 | $59.40 | $59.40 | Delivery/Courier |
| **Delivery/Courier Total** | | | | | **$668.48** | |
| Local Transportation | 10/18/2023 | Grier E. Barnes | 1.0 | $31.97 | $31.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:29; Purpose: OT Travel |
| Local Transportation | 11/20/2023 | HyunKyu Kim | 1.0 | $70.16 | $70.16 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:41; Purpose: OT Travel |
| Local Transportation | 11/20/2023 | Julia E. Paranyuk | 1.0 | $24.89 | $24.89 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:38; Purpose: OT Travel |
| Local Transportation | 11/21/2023 | HyunKyu Kim | 1.0 | $82.00 | $82.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:50; Purpose: OT Travel |
| Local Transportation | 11/27/2023 | Alexander S. Holland | 1.0 | $25.14 | $25.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 11/27/2023 | Jacob M. Croke | 1.0 | $93.97 | $93.97 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 11/27/2023 | HyunKyu Kim | 1.0 | $67.60 | $67.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:52; Purpose: OT Travel |
| Local Transportation | 11/28/2023 | Jacob M. Croke | 1.0 | $103.14 | $103.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:34; Purpose: OT Travel |
| Local Transportation | 11/29/2023 | Alexander S. Holland | 1.0 | $41.34 | $41.34 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:11; Purpose: OT Travel |
| Local Transportation | 11/29/2023 | Guilherme Cardoso da Cunha | 1.0 | $73.11 | $73.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:31; Purpose: OT Travel |
| Local Transportation | 11/29/2023 | Jacob M. Croke | 1.0 | $103.91 | $103.91 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |
| Local Transportation | 11/29/2023 | Jared H. Rosenfeld | 1.0 | $33.94 | $33.94 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:23; Purpose: OT Travel |
| Local Transportation | 11/30/2023 | Aneesa Mazumdar | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:18; Purpose: OT Travel |
| Local Transportation | 11/30/2023 | Joshua M. Hazard | 1.0 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:46; Purpose: OT Travel |
| Local Transportation | 11/30/2023 | Jacob M. Croke | 1.0 | $101.25 | $101.25 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 11/30/2023 | HyunKyu Kim | 1.0 | $55.14 | $55.14 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:35; Purpose: OT Travel |
| Local Transportation | 11/30/2023 | HyunKyu Kim | 1.0 | $69.11 | $69.11 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:45; Purpose: OT Travel |
| Local Transportation | 12/1/2023 | Subhah Wadhawan | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:15; Purpose: OT Travel |
| Local Transportation | 12/1/2023 | Mark C. Bennett | 1.0 | $14.93 | $14.93 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:24; Purpose: OT Travel |
| Local Transportation | 12/4/2023 | Mark A. Popovsky | 1.0 | $114.38 | $114.38 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:10; Purpose: OT Travel |
| Local Transportation | 12/4/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/4/2023 | Catherine R. McLaughlin | 1.0 | $46.79 | $46.79 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:16; Purpose: OT Travel |
| Local Transportation | 12/4/2023 | Kira R. Setren | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:20; Purpose: OT Travel |
| Local Transportation | 12/4/2023 | Jacob M. Croke | 1.0 | $91.18 | $91.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:56; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/4/2023 | Alexander S. Holland | 1.0 | $40.63 | $40.63 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:08; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Christian T. Hodges | 1.0 | $75.17 | $75.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Michael X. Baldini | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:14; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Thursday K. Williams | 1.0 | $112.33 | $112.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Mitchell N. Friedman | 1.0 | $177.40 | $177.40 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Meng Yu | 1.0 | $120.31 | $120.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:40; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Kira R. Setren | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:46; Purpose: OT Travel |
| Local Transportation | 12/5/2023 | Christopher J. Dunne | 1.0 | $246.67 | $246.67 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/6/2023 | Naiquan Zhang | 1.0 | $103.96 | $103.96 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:17; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Benjamin Zonenshayn | 1.0 | $101.71 | $101.71 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:58; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Arnold Zahn | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:47; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Yaqi Han | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:24; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Charles H. Sullivan | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Mitchell N. Friedman | 1.0 | $179.55 | $179.55 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 12/6/2023 | Jacob M. Croke | 1.0 | $104.98 | $104.98 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:22; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Catherine R. McLaughlin | 1.0 | $77.50 | $77.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:11; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/7/2023 | Jane V. Ninivaggi | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Kanishka Kewlani | 1.0 | $41.95 | $41.95 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:01; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Hattie R. Middleditch | 1.0 | $57.31 | $57.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:16; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Kira R. Setren | 1.0 | $54.27 | $54.27 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:09; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | Jacob M. Croke | 1.0 | $104.92 | $104.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:32; Purpose: OT Travel |
| Local Transportation | 12/7/2023 | HyunKyu Kim | 1.0 | $84.03 | $84.03 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:20; Purpose: OT Travel |
| Local Transportation | 12/8/2023 | Subhah Wadhawan | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/9/2023 | HyunKyu Kim | 1.0 | $72.82 | $72.82 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:31; Purpose: OT Travel |
| Local Transportation | 12/11/2023 | Aaron M. Levine | 1.0 | $68.33 | $68.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:06; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/11/2023 | Joseph F. Gilday | 1.0 | $108.24 | $108.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:20; Purpose: OT Travel |
| Local Transportation | 12/11/2023 | Arnold Zahn | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:05; Purpose: OT Travel |
| Local Transportation | 12/11/2023 | Kira R. Setren | 1.0 | $43.18 | $43.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 02:35; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | Aneesa Mazumdar | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:03; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | Sophia Chen | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 23:51; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | Kira R. Setren | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:58; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | Arnold Zahn | 1.0 | $57.72 | $57.72 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:07; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | Jane V. Ninivaggi | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/12/2023 | HyunKyu Kim | 1.0 | $69.28 | $69.28 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/13/2023 | Sophia Chen | 1.0 | $34.60 | $34.60 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 04:22; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Jackson T. Blaisdell | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:21; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Mimi Wu | 1.0 | $56.73 | $56.73 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:48; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Yaqi Han | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:17; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Christopher J. Dunne | 1.0 | $182.12 | $182.12 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Daniel E. Fradin | 1.0 | $80.01 | $80.01 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Mitchell N. Friedman | 1.0 | $155.92 | $155.92 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:08; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Saskia E.L. De Vries | 1.0 | $64.65 | $64.65 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/13/2023 | Jacob M. Croke | 1.0 | $97.22 | $97.22 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:49; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/14/2023 | Mitchell N. Friedman | 1.0 | $166.31 | $166.31 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:38; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Aneesa Mazumdar | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:38; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Saskia E.L. De Vries | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Daniel E. Fradin | 1.0 | $41.61 | $41.61 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Charles H. Sullivan | 1.0 | $90.44 | $90.44 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:26; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Daniel E. Fradin | 1.0 | $80.58 | $80.58 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | HyunKyu Kim | 1.0 | $84.18 | $84.18 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 22:32; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Jacob M. Croke | 1.0 | $129.99 | $129.99 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:37; Purpose: OT Travel |
| Local Transportation | 12/14/2023 | Brett M. Greene | 1.0 | $34.69 | $34.69 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:57; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/15/2023 | Phinneas G. Bauer | 1.0 | $56.07 | $56.07 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:13; Purpose: OT Travel |
| Local Transportation | 12/15/2023 | HyunKyu Kim | 1.0 | $25.00 | $25.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 03:19; Purpose: OT Travel |
| Local Transportation | 12/18/2023 | Kanishka Kewlani | 1.0 | $62.85 | $62.85 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/18/2023 | Fabio Weinberg Crocco | 1.0 | $67.33 | $67.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 01:36; Purpose: OT Travel |
| Local Transportation | 12/18/2023 | Aaron M. Levine | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:29; Purpose: OT Travel |
| Local Transportation | 12/18/2023 | Jessica H. Goldman | 1.0 | $34.33 | $34.33 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:31; Purpose: OT Travel |
| Local Transportation | 12/18/2023 | Jacob M. Croke | 1.0 | $95.55 | $95.55 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:31; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | Joshua M. Hazard | 1.0 | $57.87 | $57.87 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:42; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/19/2023 | Mark A. Popovsky | 1.0 | $121.41 | $121.41 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | Saskia E.L. De Vries | 1.0 | $72.24 | $72.24 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | Julian M. Keeley | 1.0 | $75.17 | $75.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | Christopher J. Dunne | 1.0 | $182.00 | $182.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:05; Purpose: OT Travel |
| Local Transportation | 12/19/2023 | HyunKyu Kim | 1.0 | $75.00 | $75.00 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:16; Purpose: OT Travel |
| Local Transportation | 12/20/2023 | Sophia Chen | 1.0 | $40.32 | $40.32 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 00:19; Purpose: OT Travel |
| Local Transportation | 12/20/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/20/2023 | Jinny Lee | 1.0 | $51.27 | $51.27 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:03; Purpose: OT Travel |
| Local Transportation | 12/21/2023 | Maxwell E. Schwartz | 1.0 | $55.50 | $55.50 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:19; Purpose: OT Travel |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | 12/21/2023 | Daniel P. O'Hara | 1.0 | $64.08 | $64.08 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 20:00; Purpose: OT Travel |
| Local Transportation | 12/21/2023 | Charles H. Sullivan | 1.0 | $75.17 | $75.17 | Local Transportation - Transportation Type: Taxi; Starting Point: S&C; End Point: Home; Pick Up Time: 21:23; Purpose: OT Travel |
| **Local Transportation Total** | | | | | **$7,349.65** | |
| Travel and expenses | 11/8/2023 | James L. Bromley | 1.0 | $148.50 | $148.50 | Travel and expenses - Train; Starting Point: Philadelphia, PA; End Point: New York, NY; Class of Travel: Business class one way; Passenger Name: James L. Bromley; Business Purpose: Attend Third Circuit oral argument |
| Travel and expenses | 11/15/2023 | Brian D. Glueckstein | 1.0 | $9.09 | $9.09 | Travel and expenses - Expense Type: Breakfast - Out of Town; Location: New York, NY; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 11/15/2023 | Brian D. Glueckstein | 1.0 | $25.60 | $25.60 | Travel and Expenses: Expense Type: Dinner - Out of Town; Location: Wilmington, DE; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 11/15/2023 | James L. Bromley | 1.0 | $129.00 | $129.00 | Travel and expenses - Train; Starting Point: Wilmington, DE; End Point: New York, NY; Class of Travel: Business class one way; Passenger Name: James L. Bromley; Business Purpose: Attend omnibus hearing |
| Travel and expenses | 11/15/2023 | Michele C. Materni | 1.0 | $388.00 | $388.00 | Travel and expenses - Train; Starting Point: New York, NY; End Point: Wilmington, DE; Class of Travel: Business class round trip; Passenger Name: Michele C. Materni; Business Purpose: Attend omnibus hearing |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | 11/15/2023 | Brian D. Glueckstein | 1.0 | $59.66 | $59.66 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: S&C; End Point: Train Station (Penn); Business Purpose: Attend omnibus hearing |
| Travel and expenses | 12/13/2023 | James L. Bromley | 1.0 | $41.16 | $41.16 | Travel and expenses - Transportation Type: Ride Share/Taxi; Starting Point: Home; End Point: Train Station (Penn); Business Purpose: Attend tax estimation motion hearing |
| **Travel and Expenses Total** | | | | | **$801.01** | |
| Meals - Overtime | 12/1/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/1/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/4/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016 |
| Meals - Overtime | 12/4/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 12/4/2023 | Batuhan Erdogan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/4/2023 | Alexander S. Holland | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00027, 00029, 00033 |
| Meals - Overtime | 12/4/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/4/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 12/4/2023 | Mark A. Popovsky | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 12/4/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/5/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/5/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016, 00029 |
| Meals - Overtime | 12/5/2023 | Michael X. Baldini | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/5/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/5/2023 | Batuhan Erdogan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/5/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029 |
| Meals - Overtime | 12/5/2023 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00040 |
| Meals - Overtime | 12/5/2023 | Jordan A. Pytosh | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/5/2023 | Bonifacio J. Abad | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 12/5/2023 | Virginia E. Ontiveros | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/5/2023 | Thursday K. Williams | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00016 |
| Meals - Overtime | 12/5/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00025 |
| Meals - Overtime | 12/5/2023 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035, 00040 |
| Meals - Overtime | 12/6/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029 |
| Meals - Overtime | 12/6/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/6/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/6/2023 | Naiquan Zhang | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/6/2023 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00040 |
| Meals - Overtime | 12/6/2023 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 12/6/2023 | Charles H. Sullivan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027, 00035 |
| Meals - Overtime | 12/6/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00015, 00040 |
| Meals - Overtime | 12/6/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/6/2023 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00035 |
| Meals - Overtime | 12/6/2023 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00013, 00035, 00040, 00041 |
| Meals - Overtime | 12/7/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 12/7/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00018, 00025 |
| Meals - Overtime | 12/7/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011 |
| Meals - Overtime | 12/7/2023 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/7/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019, 00029, 00033 |
| Meals - Overtime | 12/7/2023 | Naiquan Zhang | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/7/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029, 00033 |
| Meals - Overtime | 12/7/2023 | Kanishka Kewlani | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 12/7/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00016, 00033 |
| Meals - Overtime | 12/7/2023 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 12/7/2023 | Jane V. Ninivaggi | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/7/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/7/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 12/7/2023 | Virginia E. Ontiveros | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/7/2023 | Catherine R. McLaughlin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035 |
| Meals - Overtime | 12/8/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/8/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s):00011 |
| Meals - Overtime | 12/9/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend - Lunch]; Project Code(s): 00011 |
| Meals - Overtime | 12/11/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00015, 00029, 00033 |
| Meals - Overtime | 12/11/2023 | Celia S. Rosen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/11/2023 | Jack T. Wiley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00036 |
| Meals - Overtime | 12/11/2023 | Sean P. Fulton | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00035 |
| Meals - Overtime | 12/11/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 12/11/2023 | Christian T. Hodges | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 12/11/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00019 |
| Meals - Overtime | 12/11/2023 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019 |
| Meals - Overtime | 12/11/2023 | Jackson T. Blaisdell | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00022, 00043 |
| Meals - Overtime | 12/11/2023 | Batuhan Erdogan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/11/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/12/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00018, 00025, 00027 |
| Meals - Overtime | 12/12/2023 | Kira R. Setren | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 12/12/2023 | Eileen Y. L. Yim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 12/12/2023 | Arnold Zahn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029 |
| Meals - Overtime | 12/12/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00025 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/12/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/12/2023 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025 |
| Meals - Overtime | 12/13/2023 | Mimi Wu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/13/2023 | Aaron M. Levine | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014 |
| Meals - Overtime | 12/13/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00015, 00016, 00020, 00023, 00025, 00034 |
| Meals - Overtime | 12/13/2023 | Christopher J. Dunne | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 12/13/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 12/13/2023 | Mitchell N. Friedman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/13/2023 | Subhah Wadhawan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/13/2023 | Daniel E. Fradin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/13/2023 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/13/2023 | Robert O. Providence | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |
| Meals - Overtime | 12/14/2023 | Julie G. Kapoor | 1.0 | $17.42 | $17.42 | Meals - Overtime; Project Code(s): 00020, 00025 |
| Meals - Overtime | 12/14/2023 | Meng Yu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/14/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00025, 00041 |
| Meals - Overtime | 12/14/2023 | Harrison B. Shure | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/14/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00018, 00025, 00027 |
| Meals - Overtime | 12/14/2023 | Julia E. Paranyuk | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00018 |
| Meals - Overtime | 12/14/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00029, 00033 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/14/2023 | Aneesa Mazumdar | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00029, 00033 |
| Meals - Overtime | 12/14/2023 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 12/15/2023 | Batuhan Erdogan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00041 |
| Meals - Overtime | 12/15/2023 | Andrew B. Brod | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/15/2023 | Phinneas G. Bauer | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/18/2023 | Alexa J. Kranzley | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00014, 00015, 00016, 00019, 00019, 00023, 00025, 00035, 00040, 00041 |
| Meals - Overtime | 12/18/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013, 00033 |
| Meals - Overtime | 12/18/2023 | Julie G. Kapoor | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/18/2023 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 12/18/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 12/18/2023 | Adam J. Toobin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025, 00043 |
| Meals - Overtime | 12/18/2023 | Evan S. Simpson | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00017, 00040, 00041 |
| Meals - Overtime | 12/19/2023 | Daniel E. Fradin | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00025 |
| Meals - Overtime | 12/19/2023 | Jacob W. Ciafone | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 12/19/2023 | Mark A. Popovsky | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 12/19/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 12/19/2023 | Saskia E.L. De Vries | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/19/2023 | Joshua M. Hazard | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00029 |

| Category | Work Date | Timekeeper Name | Count | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | 12/19/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010 |
| Meals - Overtime | 12/20/2023 | Jessica H. Goldman | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| Meals - Overtime | 12/20/2023 | Benjamin Zonenshayn | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/20/2023 | Sophia Chen | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00019, 00025, 00036 |
| Meals - Overtime | 12/20/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013 |
| Meals - Overtime | 12/21/2023 | Daniel P. O'Hara | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00010, 00013, 00033 |
| Meals - Overtime | 12/21/2023 | Charles H. Sullivan | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 12/21/2023 | Maxwell E. Schwartz | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/21/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 12/23/2023 | Jinny Lee | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20) [Weekend - Lunch]; Project Code(s): 00011 |
| Meals - Overtime | 12/27/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011 |
| Meals - Overtime | 12/27/2023 | Dawn C. Samuel | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00027 |
| Meals - Overtime | 12/28/2023 | Sam Xu | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00040 |
| Meals - Overtime | 12/28/2023 | HyunKyu Kim | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00011, 00027 |
| Meals - Overtime | 12/28/2023 | Mark C. Bennett | 1.0 | $20.00 | $20.00 | Meals - Overtime (capped at $20); Project Code(s): 00013 |
| **Meals - Overtime Total** | | | | | **$2,397.42** | |
| CT Corp/CSC | 12/18/2023 | Batuhan Erdogan | 1.0 | $273.00 | $273.00 | CT Corp/CSC - Document Retrieval and Delivery |
| **CT Corp/CSC Total** | | | | | **$273.00** | |
| **GRAND TOTAL** | | | | | **$12,547.46** | |