## Exhibit B

**Disbursements**

**Detail Cost Task Code Billing Report**  Page: 1
Landis Rath & Cobb LLP

| Client | Trans Date | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Activity ID E101 Inhouse Copying** | | | | | |
| 1368.002 | 12/06/2023 | 0.100 | 87.00 | 8.70 | Inhouse Copying |
| 1368.002 | 12/08/2023 | 0.100 | 277.00 | 27.70 | Inhouse Copying |
| 1368.002 | 12/11/2023 | 0.100 | 316.00 | 31.60 | Inhouse Copying |
| 1368.002 | 12/12/2023 | 0.100 | 1,608.00 | 160.80 | Inhouse Copying |
| 1368.002 | 12/13/2023 | 0.100 | 249.00 | 24.90 | Inhouse Copying |
| 1368.002 | 12/18/2023 | 0.100 | 60.00 | 6.00 | Inhouse Copying |
| 1368.002 | 12/21/2023 | 0.100 | 725.00 | 72.50 | Inhouse Copying |
| **Total for Activity ID E101** | | | Billable | 332.20 | Inhouse Copying |
| **Activity ID E102 Outside printing** | | | | | |
| 1368.002 | 12/01/2023 | | | 15.96 | Outside printing DLS Discovery - Invoice 183648 |
| 1368.002 | 12/12/2023 | | | 800.00 | Outside printing Parcels, Inc. - Invoice 1056475 |
| 1368.002 | 12/12/2023 | | | 88.20 | Outside printing Parcels, Inc. - Invoice 1056478 |
| 1368.002 | 12/12/2023 | | | 126.90 | Outside printing Parcels, Inc. - Invoice 1056646 |
| **Total for Activity ID E102** | | | Billable | 1,031.06 | Outside printing |
| **Activity ID E106 Online research** | | | | | |
| 1368.002 | 12/30/2023 | | | 887.19 | Online research Relx Inc. DBA LexisNexis - Invoice 3094853157 |
| **Total for Activity ID E106** | | | Billable | 887.19 | Online research |
| **Activity ID E107 Delivery services/messengers** | | | | | |
| 1368.002 | 12/13/2023 | | | 92.00 | Delivery services/messengers Parcels, Inc. - Invoice 38011 |
| **Total for Activity ID E107** | | | Billable | 92.00 | Delivery services/messengers |
| **Activity ID E111 Meals** | | | | | |
| 1368.002 | 12/12/2023 | | | 57.00 | Meals DiMeo's Pizza - working dinner for KAB, NEJ, GAW |
| 1368.002 | 12/13/2023 | | | 218.40 | Meals Toscana Catering - Lunch for S&C (2), LRC (3), A&M (2), EY (1) |
| **Total for Activity ID E111** | | | Billable | 275.40 | Meals |
| **Activity ID E208 Document Retrieval** | | | | | |
| 1368.002 | 12/31/2023 | | | 71.70 | Document Retrieval - PACER December 2023 |
| **Total for Activity ID E208** | | | Billable | 71.70 | Document Retrieval |
| **Activity ID E214 Filing Fee** | | | | | |
| 1368.002 | 12/10/2023 | | | 25.00 | Filing Fee Clerk, U.S. District Court - PHV for M. DeLeeuw |
| **Total for Activity ID E214** | | | Billable | 25.00 | Filing Fee |
| **Activity ID E218 Hearing Transcripts** | | | | | |
| 1368.002 | 11/22/2023 | | | 372.71 | Hearing Transcripts Veritext Mid-Atlantic - Invoice 7011863 |
| 1368.002 | 12/12/2023 | | | 704.00 | Hearing Transcripts Reliable Wilmington - Invoice WL114265 |
| 1368.002 | 12/13/2023 | | | 326.35 | Hearing Transcripts Reliable Wilmington - Invoice WL114265 |
| **Total for Activity ID E218** | | | Billable | 1,403.06 | Hearing Transcripts |
| **Activity ID E219 Service Fees** | | | | | |
| 1368.002 | 12/29/2023 | | | 10.89 | Service Fees Parcels, Inc. - Invoice 1059145: LayerZero adversary service |
| **Total for Activity ID E219** | | | Billable | 10.89 | Service Fees |

**GRAND TOTALS**

Billable  4,128.50