B 2100A (Form 2100A) (12/15)

RECEIVED
2024 FEB -1  AM 9:58
CLERK
U.S BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT

In re __FTX Trading LTD__    Case No. __22-11068-JTD__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Omar Kurdi__  
Name of Transferee

__Fabian Gerlinghaus__  
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): __1657__  
Amount of Claim: __118,344 MOB__  
Date Claim Filed. _____

Phone: _____  
Last Four Digits of Acct #: _____

Phone: __510 598 9103__  
Last Four Digits of Acct. #: __2782__

Name and Address where transferee payments should be sent (if different from above): →

Omar Kurdi:  
1354 Sherman Avenue  
Menlo Park, CA 94025  
okurdi@gmail.com

Phone: _____  
Last Four Digits of Acct #. _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: __1/21/2024__
Transferee/Transferee's Agent

Penalty for making a false statement Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571







January 08, 2024

United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE  19801

Dear Clerk,

We are forwarding to you the enclosed Evidence of Transfer of Claim we received for the debtor, FTX Trading LTD., Case Number 22-11068.

This was not filed on the docket; please add.

Feel free to reach out if you have any questions.

Regards,

Kira Richards
Kroll

Kira.Richards@kroll.com
T +1 908 220 7384

krollbusinessservices.com | T +1 212 257 5450 | 850 Third Avenue, Suite 412, Brooklyn, NY 11232

## EVIDENCE OF TRANSFER OF CLAIM

**Received**

**TO:** DEBTOR FTX TRADING LTD. (Case No. 22-11068)
U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**JAN 0 2 2024**

Kroll Restructuring Administration

**RE:** Proof of Claim 1657 / Unique Customer Code: 00422377
FTX Account ID: 8062782 / Schedule ID: 2211068060777333
Transferred Portion: 100%
- 118,344 MOB Cryptocurrency, which is sold at a rate of $0.001 USD per MOB to Buyer for a total price of $118.34 USD
- 75.99 USDT Cryptocurrency, which is sold at a rate of $1.00 USD per USDT to Buyer for a total price of $75.99 USD

Total transaction price for claim is $194.33 USD

Fabian Gerlinghaus ("Seller") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Seller has sold, transferred and assigned to Omar Kurdi ("Buyer") the above-referenced portion of the above-mentioned proof of claim (such portion, the "Claim") filed against FTX Trading Ltd (the "Debtor"), a debtor in the jointly administered Chapter 11 Case No 22-11068 (JTD) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the foregoing claim and recognizing the Buyer as the sole owner and holder of the claim. Seller further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Buyer

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS NOVEMBER 27, 2023

**SELLER:**

Fabian Gerlinghaus
211 Montcalm St
San Francisco, CA 94110
fgerlinghaus@gmail.com

By: _____
Name: Mr Fabian Gerlinghaus

**BUYER:**

Omar Kurdi
1354 Sherman Avenue
Menlo Park, CA 94025
okurdi@gmail.com

Signature: _____
Name: Mr. Omar Kurdi

**FROM:**
Fabian Gerlinghaus
211 Montcalm St.
San Francisco, CA 94110

**TO:**
U.S. Bankruptcy Court
824 N. Market St, 3rd Floor
Wilmington DE 19801

USPS PRIORITY MAIL — FLAT RATE ENVELOPE, ANY WEIGHT — TRACKED & INSURED — CERTIFIED MAIL — October 2023 — RDC 03 — R2304N117186-4