**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email to the Office of the United States Trustee, Attn: Benjamin A. Hackman, David Gerardi and Jon Lipshie, benjamin.a.hackman@usdoj.gov; david.gerardi@usdoj.gov; jon.lipshie@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 22-11068 for the Month Ending: 12/31/2023 [Docket No. 6002]

- Chapter 11 Monthly Operating Report for Case Number 22-11104 for the Month Ending: 12/31/2023 [Docket No. 6003]

- Chapter 11 Monthly Operating Report for Case Number 22-11134 for the Month Ending: 12/31/2023 [Docket No. 6004]

- Chapter 11 Monthly Operating Report for Case Number 22-11105 for the Month Ending: 12/31/2023 [Docket No. 6005]

- Chapter 11 Monthly Operating Report for Case Number 22-11069 for the Month Ending: 12/31/2023 [Docket No. 6006]

- Chapter 11 Monthly Operating Report for Case Number 22-11106 for the Month Ending: 12/31/2023 [Docket No. 6007]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Chapter 11 Monthly Operating Report for Case Number 22-11066 for the Month Ending: 12/31/2023 [Docket No. 6008]

- Chapter 11 Monthly Operating Report for Case Number 22-11067 for the Month Ending: 12/31/2023 [Docket No. 6009]

- Chapter 11 Monthly Operating Report for Case Number 22-11107 for the Month Ending: 12/31/2023 [Docket No. 6010]

- Chapter 11 Monthly Operating Report for Case Number 22-11108 for the Month Ending: 12/31/2023 [Docket No. 6011]

- Chapter 11 Monthly Operating Report for Case Number 22-11078 for the Month Ending: 12/31/2023 [Docket No. 6012]

- Chapter 11 Monthly Operating Report for Case Number 22-11109 for the Month Ending: 12/31/2023 [Docket No. 6013]

- Chapter 11 Monthly Operating Report for Case Number 22-11079 for the Month Ending: 12/31/2023 [Docket No. 6014]

- Chapter 11 Monthly Operating Report for Case Number 22-11080 for the Month Ending: 12/31/2023 [Docket No. 6015]

- Chapter 11 Monthly Operating Report for Case Number 22-11081 for the Month Ending: 12/31/2023 [Docket No. 6016]

- Chapter 11 Monthly Operating Report for Case Number 22-11082 for the Month Ending: 12/31/2023 [Docket No. 6017]

- Chapter 11 Monthly Operating Report for Case Number 22-11110 for the Month Ending: 12/31/2023 [Docket No. 6018]

- Chapter 11 Monthly Operating Report for Case Number 22-11083 for the Month Ending: 12/31/2023 [Docket No. 6019]

- Chapter 11 Monthly Operating Report for Case Number 22-11084 for the Month Ending: 12/31/2023 [Docket No. 6020]

- Chapter 11 Monthly Operating Report for Case Number 22-11085 for the Month Ending: 12/31/2023 [Docket No. 6021]

- Chapter 11 Monthly Operating Report for Case Number 22-11162 for the Month Ending: 12/31/2023 [Docket No. 6022]

- Chapter 11 Monthly Operating Report for Case Number 22-11070 for the Month Ending: 12/31/2023 [Docket No. 6023]

- Chapter 11 Monthly Operating Report for Case Number 22-11111 for the Month Ending: 12/31/2023 [Docket No. 6024]

- Chapter 11 Monthly Operating Report for Case Number 22-11112 for the Month Ending: 12/31/2023 [Docket No. 6026]

- Chapter 11 Monthly Operating Report for Case Number 22-11136 for the Month Ending: 12/31/2023 [Docket No. 6027]

- Chapter 11 Monthly Operating Report for Case Number 22-11113 for the Month Ending: 12/31/2023 [Docket No. 6029]

- Chapter 11 Monthly Operating Report for Case Number 22-11138 for the Month Ending: 12/31/2023 [Docket No. 6030]

- Chapter 11 Monthly Operating Report for Case Number 22-11139 for the Month Ending: 12/31/2023 [Docket No. 6031]

- Chapter 11 Monthly Operating Report for Case Number 22-11114 for the Month Ending: 12/31/2023 [Docket No. 6033]

- Chapter 11 Monthly Operating Report for Case Number 22-11115 for the Month Ending: 12/31/2023 [Docket No. 6034]

- Chapter 11 Monthly Operating Report for Case Number 22-11141 for the Month Ending: 12/31/2023 [Docket No. 6035]

- Chapter 11 Monthly Operating Report for Case Number 22-11116 for the Month Ending: 12/31/2023 [Docket No. 6036]

- Chapter 11 Monthly Operating Report for Case Number 22-11117 for the Month Ending: 12/31/2023 [Docket No. 6040]

- Chapter 11 Monthly Operating Report for Case Number 22-11164 for the Month Ending: 12/31/2023 [Docket No. 6041]

- Chapter 11 Monthly Operating Report for Case Number 22-11165 for the Month Ending: 12/31/2023 [Docket No. 6042]

- Chapter 11 Monthly Operating Report for Case Number 22-11143 for the Month Ending: 12/31/2023 [Docket No. 6043]

- Chapter 11 Monthly Operating Report for Case Number 22-11118 for the Month Ending: 12/31/2023 [Docket No. 6044]

- Chapter 11 Monthly Operating Report for Case Number 22-11145 for the Month Ending: 12/31/2023 [Docket No. 6045]

- Chapter 11 Monthly Operating Report for Case Number 22-11099 for the Month Ending: 12/31/2023 [Docket No. 6046]

- Chapter 11 Monthly Operating Report for Case Number 22-11166 for the Month Ending: 12/31/2023 [Docket No. 6047]

- Chapter 11 Monthly Operating Report for Case Number 22-11075 for the Month Ending: 12/31/2023 [Docket No. 6048]

- Chapter 11 Monthly Operating Report for Case Number 22-11101 for the Month Ending: 12/31/2023 [Docket No. 6049]

- Chapter 11 Monthly Operating Report for Case Number 22-11074 for the Month Ending: 12/31/2023 [Docket No. 6050]

- Chapter 11 Monthly Operating Report for Case Number 22-11102 for the Month Ending: 12/31/2023 [Docket No. 6051]

- Chapter 11 Monthly Operating Report for Case Number 22-11103 for the Month Ending: 12/31/2023 [Docket No. 6052]

- Chapter 11 Monthly Operating Report for Case Number 22-11167 for the Month Ending: 12/31/2023 [Docket No. 6053]

- Chapter 11 Monthly Operating Report for Case Number 22-11168 for the Month Ending: 12/31/2023 [Docket No. 6054]

- Chapter 11 Monthly Operating Report for Case Number 22-11119 for the Month Ending: 12/31/2023 [Docket No. 6055]

- Chapter 11 Monthly Operating Report for Case Number 22-11076 for the Month Ending: 12/31/2023 [Docket No. 6056]

- Chapter 11 Monthly Operating Report for Case Number 22-11120 for the Month Ending: 12/31/2023 [Docket No. 6057]

- Chapter 11 Monthly Operating Report for Case Number 22-11122 for the Month Ending: 12/31/2023 [Docket No. 6058]

- Chapter 11 Monthly Operating Report for Case Number 22-11169 for the Month Ending: 12/31/2023 [Docket No. 6059]

- Chapter 11 Monthly Operating Report for Case Number 22-11123 for the Month Ending: 12/31/2023 [Docket No. 6060]

- Chapter 11 Monthly Operating Report for Case Number 22-11171 for the Month Ending: 12/31/2023 [Docket No. 6061]

- Chapter 11 Monthly Operating Report for Case Number 22-11149 for the Month Ending: 12/31/2023 [Docket No. 6062]

- Chapter 11 Monthly Operating Report for Case Number 22-11172 for the Month Ending: 12/31/2023 [Docket No. 6063]

- Chapter 11 Monthly Operating Report for Case Number 22-11124 for the Month Ending: 12/31/2023 [Docket No. 6064]

- Chapter 11 Monthly Operating Report for Case Number 22-11173 for the Month Ending: 12/31/2023 [Docket No. 6065]

- Chapter 11 Monthly Operating Report for Case Number 22-11125 for the Month Ending: 12/31/2023 [Docket No. 6066]

- Chapter 11 Monthly Operating Report for Case Number 22-11174 for the Month Ending: 12/31/2023 [Docket No. 6067]

- Chapter 11 Monthly Operating Report for Case Number 22-11126 for the Month Ending: 12/31/2023 [Docket No. 6068]

- Chapter 11 Monthly Operating Report for Case Number 22-11175 for the Month Ending: 12/31/2023 [Docket No. 6069]

- Chapter 11 Monthly Operating Report for Case Number 22-11127 for the Month Ending: 12/31/2023 [Docket No. 6070]

- Chapter 11 Monthly Operating Report for Case Number 22-11176 for the Month Ending: 12/31/2023 [Docket No. 6071]

- Chapter 11 Monthly Operating Report for Case Number 22-11150 for the Month Ending: 12/31/2023 [Docket No. 6072]

- Chapter 11 Monthly Operating Report for Case Number 22-11128 for the Month Ending: 12/31/2023 [Docket No. 6073]

- Chapter 11 Monthly Operating Report for Case Number 22-11129 for the Month Ending: 12/31/2023 [Docket No. 6074]

- Chapter 11 Monthly Operating Report for Case Number 22-11131 for the Month Ending: 12/31/2023 [Docket No. 6075]

- Chapter 11 Monthly Operating Report for Case Number 22-11155 for the Month Ending: 12/31/2023 [Docket No. 6076]

- Chapter 11 Monthly Operating Report for Case Number 22-11159 for the Month Ending: 12/31/2023 [Docket No. 6077]

- Chapter 11 Monthly Operating Report for Case Number 22-11073 for the Month Ending: 12/31/2023 [Docket No. 6078]

- Chapter 11 Monthly Operating Report for Case Number 22-11086 for the Month Ending: 12/31/2023 [Docket No. 6079]

- Chapter 11 Monthly Operating Report for Case Number 22-11177 for the Month Ending: 12/31/2023 [Docket No. 6080]

- Chapter 11 Monthly Operating Report for Case Number 22-11156 for the Month Ending: 12/31/2023 [Docket No. 6081]

- Chapter 11 Monthly Operating Report for Case Number 22-11157 for the Month Ending: 12/31/2023 [Docket No. 6082]

- Chapter 11 Monthly Operating Report for Case Number 22-11158 for the Month Ending: 12/31/2023 [Docket No. 6083]

- Chapter 11 Monthly Operating Report for Case Number 22-11077 for the Month Ending: 12/31/2023 [Docket No. 6084]

- Chapter 11 Monthly Operating Report for Case Number 22-11087 for the Month Ending: 12/31/2023 [Docket No. 6085]

- Chapter 11 Monthly Operating Report for Case Number 22-11088 for the Month Ending: 12/31/2023 [Docket No. 6086]

- Chapter 11 Monthly Operating Report for Case Number 22-11153 for the Month Ending: 12/31/2023 [Docket No. 6087]

- Chapter 11 Monthly Operating Report for Case Number 22-11160 for the Month Ending: 12/31/2023 [Docket No. 6088]

- Chapter 11 Monthly Operating Report for Case Number 22-11154 for the Month Ending: 12/31/2023 [Docket No. 6089]

- Chapter 11 Monthly Operating Report for Case Number 22-11089 for the Month Ending: 12/31/2023 [Docket No. 6090]

- Chapter 11 Monthly Operating Report for Case Number 22-11090 for the Month Ending: 12/31/2023 [Docket No. 6091]

- Chapter 11 Monthly Operating Report for Case Number 22-11091 for the Month Ending: 12/31/2023 [Docket No. 6092]

- Chapter 11 Monthly Operating Report for Case Number 22-11161 for the Month Ending: 12/31/2023 [Docket No. 6093]

- Chapter 11 Monthly Operating Report for Case Number 22-11092 for the Month Ending: 12/31/2023 [Docket No. 6094]

- Chapter 11 Monthly Operating Report for Case Number 22-11094 for the Month Ending: 12/31/2023 [Docket No. 6095]

- Chapter 11 Monthly Operating Report for Case Number 22-11095 for the Month Ending: 12/31/2023 [Docket No. 6096]

- Chapter 11 Monthly Operating Report for Case Number 22-11096 for the Month Ending: 12/31/2023 [Docket No. 6097]

- Chapter 11 Monthly Operating Report for Case Number 22-11097 for the Month Ending: 12/31/2023 [Docket No. 6098]

- Chapter 11 Monthly Operating Report for Case Number 22-11072 for the Month Ending: 12/31/2023 [Docket No. 6099]

- Chapter 11 Monthly Operating Report for Case Number 22-11183 for the Month Ending: 12/31/2023 [Docket No. 6100]

- Chapter 11 Monthly Operating Report for Case Number 22-11071 for the Month Ending: 12/31/2023 [Docket No. 6101]

- Chapter 11 Monthly Operating Report for Case Number 22-11098 for the Month Ending: 12/31/2023 [Docket No. 6102]

On January 19, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Objectors Service List attached hereto as **Exhibit A**:

- Notice of Rescheduled Status Conference and Omnibus Hearing [Docket No. 5484]

Dated: January 29, 2024

                                             */s/ Melissa Diaz*
                                             Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 29, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

| Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code | Country | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| ANA-MARIA MIKLOVICIU | 37 STR. DEI BUGARI | BORGO MAGGIORE | | | SAN MARINO | | 47893 | ITALY | | First Class Mail |
| ANDREW CHI KIN POON | | | | | | | | | andrewckpoonft@gmail.com | Email |
| ANDREW POON | FLAT 18, 9/F, | CHI TAK HOUSE | LUNG TAK COURT | | STANLEY | | | HONG KONG | | First Class Mail |
| ANDRIEN HERISSE | | | | | | | | | MINDSTRIDER@GMAIL.COM | Email |
| ANGEL LUIS PREITO CRIADO | | | | | | | | | ALPRIETO.CRYPTO@GMAIL.COM | Email |
| ANTHONY FRASER TEALE | | | | | | | | | me@teale.af | Email |
| AVALANCHE (BVI), INC. | | | | | | | | | EMONZO@MORISJAMES.COM; TPAKROUH@MORISJAMES.COM | Email |
| AVALANCHE (BVI), INC. | | | | | | | | | MGBURKE@SIDLEY.COM | Email |
| AVALANCHE (BVI), INC. | | | | | | | | | RYAN.FINK@SIDLEY.COM | Email |
| BRIAN MECKLER | | | | | | | | | Meckler@gmail.com | Email |
| CRISTIAN DUCA | | | | | | | | | CRISTIANDUCA79@GMAIL.COM | Email |
| DAVIDE ALESSANDRO JACOBO LEON | VIA ARNO 40 | | ROZZANO | | MILANO | | 20089 | ITALY | | First Class Mail |
| DENNI BRUNO RADETICH | | | | | | | | | folkdrip@hotmail.com | Email |
| EDWARD LEHMAN | | | | | | | | | MAIL@LEHMANLAW.COM; ELEHMAN@LEHMANLAW.COM | Email |
| EVGENY KURILENKO | | | | | | | | | PESSIMISSSST@GMAIL.COM | Email |
| FABIAN QUOSS | | | | | | | | | der_fabster@hotmail.com | Email |
| GABRIEL MUNOZ MORENO | 3101 NEW MEXICO AVE NW | #538 | | | WASHINGTON | DC | 20016 | | | First Class Mail |
| HEINZ HALTER | | | | | | | | | HEINZ.HALTER@GMAIL.COM | Email |
| Hisham Sakr | 980 SEYMOUR ST | UNIT 2006 | | | VANCOUVER | BC | V681B5 | CANADA | | First Class Mail |
| HYUN-HWA KIM | | | | | | | | | HELLENTX@NAVER.COM | Email |
| JAERIM YANG | 365, DASANSUNHWAN-RO | 5207DONG 702HO | | | NAMYANGJU-SI, GYEONGGI-DO | | 12285 | SOUTH KOREA | | First Class Mail |
| JAN BUDIG | RAMLERSTR. 32A | | | | BERLIN | | 13355 | GERMANY | | First Class Mail |
| JARED SWANSON | | | | | | | | | jaredallanswanson@gmail.com | Email |
| KAY BAUR | CHIRCHBUELSTRASSE | | | | WINKEL, ZH | | 8185 | SWITZERLAND | | First Class Mail |
| KEVIN BERTOLDI | | | | | | | | | KEVIN.BERTOLDI@GMAIL.COM | Email |
| MELVYN PARD | | | | | | | | | mlvn.ctrm@gmail.com | Email |
| MICHAEL ANDREW LUSK | | | | | | | | | MICHAEL.ANDREW.LUSK@GMAIL.COM | Email |
| NGU YIN MAR | 1 QUEEN'S ROAD EAST | | | | WAN CHAI | | 000000 | HONG KONG | | First Class Mail |
| NOH YOON HO | 802, 126, TOJEONG-RO | | | | SEOUL | | 04081 | SOUTH KOREA | | First Class Mail |
| PRASETYA ARI APRILIYAN | | | | | | | | | PRASETYA.APRILIYAN@GMAIL.COM | Email |
| RUN THE CHAIN | | | | | | | | | INFO@RUNTHECHAIN.COM | Email |
| SEBASTIAN CHECE | | | | | | | | | FTX@CHECE.NET | Email |
| SEONGSEOK OH | | | | | | | | | OSS2112@NAVER.COM | Email |
| SIMONE GOTTARDI | VIA GIOSU CARDUCCI 20 | | | | SANT'AMBROGIO DI VALPOLICELLA | | 37015 | ITALY | | First Class Mail |
| STEFANO DEL VECCHIO | VIA MARINONI 20 | | | | UDINE | | 33100 | ITALY | | First Class Mail |
| SUNDAE LYNN KNIGHT | | | | | | | | | twoknightsengineering@gmail.com | Email |
| SUNGBIN MIN | 60, CENTRAL PARK-RO | YEONGTON-GU | | | SUWON-SI, GYEONGGI-DO | | 16504 | SOUTH KOREA | | First Class Mail |
| TAE HOON LIM | 720-DONG, 302-HO, 88 | SANGAM-RO 79-GIL | GANGDONG-GU | | SEUOL | | 05281 | KOREA | | First Class Mail |
| VLAD-ALEXANDRU PLEIAN | ALTER POSTWEG 176E | | | | OLDEN BURG | | 26133 | GERMANY | | First Class Mail |