22-11068-JTD

Charles D'Angelo (Green Healthy House, LLC.)
10513 Westcliff Place
Highlands Ranch, CO 80130

RECEIVED

2024 FEB -1 AM 9: 58

Honorable John T. Dorsey, U.S. Bankruptcy Court for the District of Delaware
825 North Market St., 5th Floor, Courtroom 5
Wilmington, DE 19801

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Comprehensive Defense, Submission of Claims, and Request for Independent Examiner's Education

Dear Honorable Judge Dorsey,

I hope this letter finds you in good health and the court's proceedings are progressing smoothly. I am writing to submit a comprehensive defense and additional evidence for Claims #1546 and #25198 in the matter of Charles D'Angelo vs. FTX Trading and Alameda Research. The defense remains anchored in the unprecedented actions taken by FTX Trading, Alameda Research and Sam Bankman-Fried, leading to the losses incurred by the client.

I am writing to provide additional context to the defense in the matter of Charles D'Angelo (GreenHealthyHouse, LLC.) particularly regarding Claims #1546 and #25198. It is crucial to underscore that despite the corruption activities involved in this case, I have chosen to navigate the legal proceedings with a focus on presenting a clear, comprehensive, and individualized defense for each claim towards Alameda Research, LLC. and FTX Trading, LLC. This decision aligns with our commitment to pursuing justice for the client and ensuring a thorough evaluation of the circumstances surrounding the losses incurred.

**Defense Against Claim#1546 (Alameda Research):**
My defense, as previously outline, centers on the orchestrated bankruptcy and bank run by FTX Trading. This created a chaotic environment that forced the claimant, Charles D'Angelo (GreenHealthyHouse, LLC), into a rushed and unprepared attempt to self-custody digital assets, ultimately resulting in the irretrievable loss of 121 NFTs.

**Additional Evidence and Independent Examiner:**
To fortify the claims, I appreciate the independent examiner to scrutinize the actions of the debtor's client's law firms, particularly focusing on the areas of guilt for FTX Trading, Alameda Research, Sam Bankman-Fried, Caroline Ellison, Gary Wang, Nishad Singh and CZ from Binance. This examination aims to bring to light any complicity or wrongdoing that may have contributed to the circumstances leading to the client's losses.

**Exhibit A: Request for Time Off:**
In Exhibit A, I provide evidence of the seriousness with which having approached this matter. A formal request for time off from government work was submitted, underlining the urgency and the commitment to handling these legal matters ethically and responsibly.

**Exhibit B: LedgerLive Account Activity:**
Exhibit B includes files from our LedgerLive account, highlighting a lack of activity or retrieval corresponding to the assets in question. This further supports our claim that the loss were a direct result of FTX Trading's actions.

**Educational Recommendations:**
In the pursuit of a through understanding of the complexities surrounding NFTs, their rise, and their place in contemporary art and culture, I urge you and the independent examiner to

explore educational resources.  Damien Hirst and Beeple's insightful discussions on YouTube's HENI Talks in "NFT: WTF? The Rise and Fall of NFTs" (https:youtu.be/Y-Cc_0Dm3XE?feature=shared) offer valuable perspectives.  Additionally, the recent Netflix release of Kevin Hart's film, "The Lift", focuses on the theft of an NFT, providing a cinematic exploration of the intricacies surrounding these digital assets.

**Market Recognition of NFTs:**
It is essential to recognize that NFTs have gained significant recognition in the art world, with notable artists like Damien Hirst and Beeple selling their digital art on platforms such as Christy's and Sotheby's fine art websites.  This underscores the legitimacy and value attributed to NFTs in the contemporary art market.  From a technical perspective an NFT comprises some smart contract code intimately connected to some blockchain platform. Now this code can emulate an equitable order for specific performance without the need for a court order.  The code can save substantial costs by circumventing the court process but care must be taken.

**Proposed Next Steps:**
We propose the following steps to ensure a fair and just resolution:

1. Acknowledgement of Claims: Recognize the validity and merit of Claims #1546 and #25198, considering the evidence and circumstances outlined in our defense.
2. Independent Examination: Support the work of the independent examiner to ensure a comprehensive and unbiased assessment of the debtor's client's law firms and Sam Bankman-Fried.
3. Schedule a Hearing: Request the court's guidance on scheduling a hearing to present our evidence and arguments, allowing for a transparent and thorough evaluation of the claims.

**Conclusion:**
The commitment to seeking justice for the client remains unwavering.  We believe that the evidence presented, along with the ongoing independent examination, will shed light on the true nature of the events leading to the losses suffered by Charles D'Angelo and GreenHealthyHouse, LLC.

Thank you for your attention to this matter.  We eagerly await further guidance from the court as we navigate these complex legal proceedings.

Sincerely,

Charles R. D'Angelo
720-327-9249
dangelo888@comcast.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**PROOF OF INTEREST**

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ FTX Trading Ltd. (Case No. 22-11068)

☒ Alameda Research LLC (Case No. 22-11066)

☐ Alameda Research Yankari Ltd (Case No. 22-11108)

☐ Blockfolio, Inc. (Case No. 22-11110)

☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)

☐ Clifton Bay Investments LLC (Case No. 22-11070)

☐ Deck Technologies Holdings LLC (Case No. 22-11138)

☐ FTX Zuma Ltd (Case No. 22-11124)

☐ Hilltop Technology Services LLC (Case No. 22-11176)

☐ Paper Bird Inc (Case No. 22-11089)

☐ West Realm Shires Inc. (Case No. 22-11183)

---

**1.    Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

~~Green Healthy House DAO, LLC.~~ ① CHARLES D'ANGELO

Name and address where notices should be sent:

Green Healthy House, LLC.
9609 S University Blvd.
P.O. Box 631274
Littleton, CO 80163

Telephone Number  720-327-9249

Email Address  info@greenhealthyhouse.com

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

THIS SPACE IS FOR COURT USE ONLY

---

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

---

Account or other number by which Interest Holder identifies Debtor:

2022-FTX   Claim # 1546

Check here if this Proof of Interest:

☐ Replaces a previously filed Proof of Interest   Dated:

☒ Amends a previously filed Proof of Interest   Dated:

---

**2.    Date Equity Security Interest was acquired:**
5/28/22

**3.    Total Amount Paid for Equity Interest:**

$ 121,000,000.⁰⁰

---

**4.    Certificate number(s):**

---

**5.    Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

121 NFTs

---

**6.    Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

---

**7.    Signature:**

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

DATE  1/28/24

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

*[signature]*

THIS SPACE FOR COURT USE ONLY

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

United States Bankruptcy Court for the District of Delaware

| Fill in this information to identify the debtor |
| --- |

Alameda Research Holdings Inc. (Case No. 22-11069) ▼

## Claim Withdrawal Form

| Part 1: | Identify the Claim |
| --- | --- |

**Creditor Name and Address:**

*Charles D'Angelo*

Name

9609 S University Blvd., P.O. Box 631274
Address

Littleton                    CO                    80163
City                         State                 Zip Code

Contact Phone: 720-327-9249

Contact Email: info@greenhealthyhouse.com

**Claim Number (if known):** 1546

**Date Claim Filed:** 04/07/2023
(mm/dd/yyyy)

**Total Amount of Claim Filed:** $121,000,000

| Part 2: | Sign Below |
| --- | --- |

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date 05/30/2023
(mm/dd/yyyy)

*Charles D'Angelo*
Signature

Charles R. D'Angelo
Print Name

Managing Member
Title (if applicable)

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

ftxinfo@ra.kroll.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**PROOF OF INTEREST**

Fill in this information to identify the case (Select only one Debtor per claim form):

☑ FTX Trading Ltd.
(Case No. 22-11068)

☐ Cedar Grove Technology Services, Ltd. (Case No. 22-11162)

☐ Hilltop Technology Services LLC
(Case No. 22-11176)

☐ Alameda Research LLC
(Case No. 22-11066)

☐ Clifton Bay Investments LLC
(Case No. 22-11070)

☐ Paper Bird Inc
(Case No. 22-11089)

☐ Alameda Research Yankari Ltd (Case No. 22-11108)

☐ Deck Technologies Holdings LLC (Case No. 22-11138)

☐ West Realm Shires Inc.
(Case No. 22-11183)

☐ Blockfolio, Inc.
(Case No. 22-11110)

☐ FTX Zuma Ltd
(Case No. 22-11124)

**1.     Name of holder of the Equity Security Interest** (The person or entity holding an Equity Security Interest in the Debtor. Referred to hereinafter as the "Interest Holder"):

Green Healthy House DAO, LLC. ② CHARLES D'ANGELO

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

Name and address where notices should be sent:

Green Healthy House, LLC.
9609 S University Blvd.
P.O. Box 631274
Littleton, CO 80163

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

Telephone Number  720-327-9249

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

Email Address   info@greenhealthyhouse.com

**THIS SPACE IS FOR COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Security Interest in the Debtor. An Equity Security Interest is any right arising from any capital stock and any equity security in any of the Debtors. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

Account or other number by which Interest Holder identifies Debtor:

2022-FTX   Claim # 25198

Check here if this Proof of Interest:

☐ Replaces a previously filed Proof of Interest   Dated:

☑ Amends a previously filed Proof of Interest   Dated:

**2.     Date Equity Security Interest was acquired:**
5/28/22

**3.     Total Amount Paid for Equity Interest:**

$ 121,000,000.⁰⁰

**4.     Certificate number(s):**

**5.     Type of Equity Interest:**
Please indicate the type of Equity Interest you hold:

121 NFTs

**6.     Supporting Documents:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants, etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain.

**7.     Signature:**

I declare under penalty of perjury that the information provided in this proof of interest is true and correct to the best of my knowledge, information and reasonable belief.

DATE

1/28/24

SIGN and print the name and title, if any, of the Interest Holder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

**THIS SPACE FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

## United States Bankruptcy Court for the District of Delaware

Fill in this information to identify the debtor

FTX Trading Ltd. (Case No. 22-11068)

## Claim Withdrawal Form

| Part 1: | Identify the Claim |
|---|---|

**Creditor Name and Address:**

Charles D'Angelo
Name
9609 S University Blvd., P.O. Box 631274
Address

| Littleton | CO | 80163 |
|---|---|---|
| City | State | Zip Code |

Contact Phone: 720-327-9249

Contact Email: info@greenhealthyhouse.com

**Claim Number (if known):** 25198

**Date Claim Filed:** 04/07/2023
(mm/dd/yyyy)

**Total Amount of Claim Filed:** $121,000,000

| Part 2: | Sign Below |
|---|---|

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date 05/30/2023
(mm/dd/yyyy)

*Charles D'Angelo*
Signature
Charles R. D'Angelo
Print Name
Managing Member
Title (if applicable)

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

FTX Trading Ltd. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Or by email to:

ftxinfo@ra.kroll.com



Exhibit A

L5 - sick time



**Employee Information**

Logged In As: D'ANGELO, CHARLES    UIC ▇▇▇

Team: ▇▇▇

Employee: D'ANGELO, CHARLES

Begin Pay Period: 2022-Nov-06 ▾  [<<] [>>] [PayPeriod]

NtDiff/Haz/Oth: Yes   Concur:Yes   Certified: Yes   Sent To Payroll: Yes

**Employee Hours**

| | Work Center | Task | Job Order | Type Hr | November 6 Sun | 7 Mon | 8 Tue | 9 Wed | 10 Thu | 11 Fri | 12 Sat | 13 Sun | 14 Mon | 15 Tue | 16 Wed | 17 Thu | 18 Fri | 19 Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ENERGY | ▇▇▇ | | LA | | | | | | | | | | | | 9.00 | | | 9.00 |
| ☐ | ENERGY | ▇▇▇ | | LS | | | | 9.00 | | | | | | | | | | | 9.00 |
| ☐ | ENERGY | ▇▇▇ | | RG | | 9.00 | 9.00 | | 9.00 | | | | 9.00 | 9.00 | 9.00 | | | | 54.00 |
| ☐ | ENERGY | ▇▇▇ | | LH | | | | | | 8.00 | | | | | | | | | 8.00 |
| | | | Scheduled Hours | | 0.00 | 9.00 | 9.00 | 9.00 | 9.00 | 8.00 | 0.00 | 0.00 | 9.00 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 80.00 |
| | | | Reported to Scheduled Hours | | 0.00 | 9.00 | 9.00 | 9.00 | 9.00 | 8.00 | 0.00 | 0.00 | 9.00 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 80.00 |

[NtDiff/Haz/Oth] [Summary]                                                    Leave Requests

Go to Top

| 2022-11-27T18:07:00.000Z | NEWM | IN | 0.164768 | | Cardano 1 | | USD | |
| 2022-11-04T18:09:12.000Z | NEWM | IN | 0.152437 | | Cardano 1 | | USD | |
| 2022-10-26T18:29:35.000Z | NEWM | IN | 0.141236 | | Cardano 1 | | USD | |
| 2022-10-25T18:38:36.000Z | NEWM | IN | 0.118561 | | Cardano 1 | | USD | |
| 2022-11-02T18:18:05.000Z | PROBE | OUT | 2 | | Cardano 1 | | USD | |
| 2022-11-02T02:29:33.000Z | PROBE | IN | 1 | | Cardano 1 | | USD | |
| 2022-11-17T02:52:26.000Z | PROBE | IN | 1 | | Cardano 1 | | USD | |
| 2022-11-02T18:18:05.000Z | TOKEN | OUT | 150 | | Cardano 1 | | USD | |
| 2022-11-26T02:57:38.000Z | TOKEN | IN | 155 | | Cardano 1 | | USD | |
| 2022-11-28T02:57:38.000Z | virus | OUT | 6317 | | Cardano 1 | | USD | |
| 2022-11-28T02:57:38.000Z | virus | IN | 6317 | | Cardano 1 | | USD | |
| 2022-09-10T18:00:34.000Z | ETH | OUT | 0.00491308 | 0.0001866 | | Ethereum 1 | USD | 8.45 | 8.05 |
| 2022-07-26T11:19:14.000Z | ETH | IN | 0.30482577 | 0.00026203 | | Ethereum 1 | USD | 7.14 | 8.07 |



ledger-live-operations-2023.02.06

| Operation Date | Currency Ticker | Operation Type | Operation Amount | Operation Fees | Operation Hash | Account Name | Account xpub | Countervalue Ticker | Countervalue at Operation Date | Countervalue at CSV Export |
|---|---|---|---|---|---|---|---|---|---|---|





| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022-10-10T16:46:36.000Z | ADA | OUT | 140.202285 | 0.202285 | 7da78544579eb2ed915e17149f7caeeec2f5bb7c28e346ec983c4ffef2bd2ce1 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 59.32 | 55.11 |
| 2022-10-10T15:18:59.000Z | ADA | IN | 40 | 0.178189 | 296ab20ece3e603f30d49e7510f5c7194fe342267deec18c3dc7bc42395f26c9 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 16.92 | 15.72 |
| 2022-10-10T15:02:29.000Z | ADA | OUT | 50.179097 | 0.179097 | 9e9dce42c744c9d3011badc41ac4d1a92fd66a8e6ebc6fa6a306c8d4f1985a60 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 21.23 | 19.72 |
| 2022-10-10T14:11:02.000Z | ADA | OUT | 150.171177 | 0.171177 | b4597e13835c2296a241ccf7c2af40686e860c38bf6af0807b326f4536cc07fd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 63.54 | 59.03 |
| 2022-10-10T12:06:46.000Z | ADA | OUT | 77.177205 | 0.177205 | e7af245fd5e670707e5b257483db4d3e0e860970521e6007ac35c4c38bfab403 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 32.66 | 30.34 |
| 2022-10-10T11:58:22.000Z | ADA | OUT | 111.184817 | 0.184817 | 2311db8d1fe2680d2e7aed0671d259314d016d00ddd2a11f02f836d0b437f7a7 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 47.04 | 43.70 |
| 2022-10-06T03:51:03.000Z | ADA | OUT | 111.177205 | 0.177205 | 0ef4060950c324d83136b07422c3dd4fbb7aa7ba4f10d7f8790026ee6d4605be | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 47.19 | 43.70 |
| 2022-10-06T03:36:56.000Z | ADA | OUT | 111.171177 | 0.171177 | 943b15e0c4642f6b5e0e677b1a17044cbe7ec14753dd8f61450463021488d766 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 47.19 | 43.70 |
| 2022-10-06T03:20:56.000Z | ADA | FEES | 0.172805 | 0.172805 | 6f8ae647d096899d16dfe51ee81e56c3b890fdbe6bc17341022308fa31ad6b77 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.07 | 0.06 |
| 2022-10-06T03:17:44.000Z | ADA | OUT | 89.177205 | 0.177205 | f59a8a74b8f326cc45459383b3ece1b30e8b210b4ff6a9912372b469f90852c8 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 37.85 | 35.05 |
| 2022-10-06T02:17:45.000Z | ADA | OUT | 109.177205 | 0.177205 | 8a31c78493ab9276676e541277c9e6f01d795b7a1dda8dbe5bf8499164cc562c | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 46.34 | 42.92 |
| 2022-10-07T21:32:51.000Z | ADA | OUT | 90.177205 | 0.177205 | 3a948979dc78d79813d10b1c345f06d59e5d74a9e54351bf5c925166823e1242 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 38.91 | 35.45 |
| 2022-10-07T19:31:18.000Z | ADA | OUT | 100.177205 | 0.177205 | d2ca093338274744d9dfb45fa8a23786123891ad715bdb1df154a24f3d7af06f | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 43.23 | 39.38 |
| 2022-10-03T01:09:56.000Z | ADA | OUT | 182.175929 | 0.175929 | bb68a26d829b346b65a2f01ca77e20fc02220f02385720616e5db97833122703 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 76.89 | 71.61 |
| 2022-10-01T23:15:46.000Z | ADA | OUT | 2.185741 | 0.185741 | 71bc9514ebc8c8856added93d2e69544b3e1ad6e3d6763c5177f31b2ffea443e | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.94 | 0.85 |
| 2022-10-01T23:15:23.000Z | ADA | OUT | 100.182617 | 0.182617 | a8630b6c49f635b69bea6baf5a78160a86d9bc00c5fecc27b13669cab6e60249 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 43.51 | 39.38 |
| 2022-10-01T22:22:25.000Z | ADA | OUT | 200.180681 | 0.180681 | e6a7eb25b597b7567371036a421c6ff95b0480addbd42719a7c176d152786cf7 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 86.95 | 78.69 |
| 2022-09-10T18:34:45.000Z | ADA | IN | 800 | 0.203473 | 320ace4148337fe61bda6415bce38bf948d5c02a2d13f34252ef9322be69d35c | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 408.01 | 314.50 |
| 2022-09-10T04:31:47.000Z | ADA | OUT | 1000.168317 | 0.168317 | 61f717e625b36693958682b16cd41b3a8b0e9fa228295e078913b6d77815bcd6 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 518.52 | 393.19 |
| 2022-09-10T02:57:14.000Z | ADA | OUT | 100.182617 | 0.182617 | 0fafaf69e22659e383604c5063fd64840474844baaa14b0ddc9a26fdd06e49f2 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 51.69 | 39.38 |
| 2022-09-09T20:12:18.000Z | ADA | IN | 2283.084606 | 0.217157 | ce82a7d4334eb5fd0c565492e404f42cd8b1a1d4b8e344be001a3329db1f402d | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 1128.75 | 897.54 |
| 2022-09-09T20:05:53.000Z | ADA | IN | 2 | 0.185477 | 952a8fdc92650254cc610eed303aea2c1a72d4b09679c1192fda4d5e2a09e9da | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.98 | 0.76 |
| 2022-12-06T13:44:37.000Z | ADO | IN | 100 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.59 | 0.49 |
| 2022-11-28T03:15:25.000Z | ADO | OUT | 28.422667 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.17 | 0.14 |
| 2022-11-22T02:29:33.000Z | ADO | IN | 28.422667 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.16 | 0.14 |
| 2022-12-06T13:44:37.000Z | GROW | IN | 1 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.36 | 0.38 |
| 2022-11-28T03:15:25.000Z | GROW | OUT | 1 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.36 | 0.38 |
| 2022-11-22T02:29:33.000Z | GROW | IN | 1 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.32 | 0.38 |
| 2022-12-06T13:44:37.000Z | COPI | IN | 5 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.09 | 0.11 |
| 2022-11-28T03:15:25.000Z | COPI | OUT | 2.608808 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.04 | 0.05 |
| 2022-11-22T02:29:33.000Z | COPI | IN | 1.421133 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.02 | 0.03 |
| 2022-11-17T02:52:20.000Z | COPI | IN | 0.424001 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-12T15:51:12.000Z | COPI | IN | 0.186671 | | 230aaf92763c56610b5930d547717a0789be4a6eba61f345c8bf60a89789f2be | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-07T19:57:08.000Z | COPI | IN | 0.164769 | | c2e8ed4fea18b117b377c5b72b4dfd6f788272a51226fc0e3a8c8d749e993252 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-04T19:26:12.000Z | COPI | IN | 0.152437 | | b50387335e0f687eaad9dc29b2d08712e9533ea3699061f22743e13064ca7fef | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-10-26T18:29:35.000Z | COPI | IN | 0.141236 | | d261565a31919e546ade45beb5d37bfc04a574c5a6e34d6f6fe5ffe8d83deecb | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-10-25T19:59:30.000Z | COPI | IN | 0.118561 | | a488a84a86dac9f5f71dc2822fe4b929c403e7cbfee02ccdf0d245c1b2257d32 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-12-06T13:44:37.000Z | HOSKY | IN | 1000000 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.01 | 0.02 |
| 2022-11-28T03:15:25.000Z | DRIP | OUT | 101077.971836 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 170528.74 | 37521.05 |
| 2022-11-26T02:57:36.000Z | DRIP | IN | 236.438784 | | 94910dd28da1f0c827992a904f6b7183537de74066b672532ef7a2735ed7fdab | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 398.79 | 87.76 |
| 2022-11-23T04:04:42.000Z | DRIP | IN | 45000 | | d2bf15e71ac3c5996d64e23a946c4dc9e5fb42cf10f481d6557c0190667d9194 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 70075.26 | 16704.40 |
| 2022-11-23T01:21:39.000Z | DRIP | IN | 50000 | | 6decb667d9cc642d944af6119c603ae863e6c50a710c3e70c5a58df1950b7f68 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 77922.00 | 18560.44 |
| 2022-11-22T03:20:52.000Z | DRIP | IN | 5000 | | 1c78e1749f57f5729ee7363ecd324e50d70f20bacfc7552c79115db904b967aec | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 8177.05 | 1856.04 |
| 2022-11-22T02:29:33.000Z | DRIP | IN | 426.908049 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 702.05 | 158.47 |
| 2022-11-17T02:52:20.000Z | DRIP | IN | 127.593706 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 270.35 | 47.36 |
| 2022-11-12T15:51:12.000Z | DRIP | IN | 52.589088 | | 230aaf92763c56610b5930d547717a0789be4a6eba61f345c8bf60a89789f2be | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 146.26 | 19.52 |
| 2022-11-10T03:15:10.000Z | DRIP | IN | 100 | | 483b2477e34ab2dad324aec6832392509cd80fb5d2772a711b48e2f742d599a9 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 292.79 | 37.12 |
| 2022-11-07T19:57:08.000Z | DRIP | IN | 42.965327 | | c2e8ed4fea18b117b377c5b72b4dfd6f788272a51226fc0e3a8c8d749e993252 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 150.88 | 15.94 |
| 2022-11-04T19:26:12.000Z | DRIP | IN | 36.860068 | | b50387335e0f687eaad9dc29b2d08712e9533ea3699061f22743e13064ca7fef | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 166.29 | 13.60 |
| 2022-10-26T16:29:35.000Z | DRIP | IN | 31.10453 | | d261565a31919e546ade45beb5d37bfc04a574c5a6e34d6f6fe5ffe8d83deecb | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 145.57 | 11.54 |
| 2022-10-25T19:59:30.000Z | DRIP | IN | 23.712264 | | a488a84a86dac9f5f71dc2822fe4b929c403e7cbfee02ccdf0d245c1b2257d32 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 116.60 | 8.80 |
| 2022-11-28T03:15:25.000Z | FGC | OUT | 291 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.01 | 0.02 |
| 2022-11-26T02:57:36.000Z | FGC | IN | 33 | | 94910dd28da1f0c827992a904f6b7183537de74066b672532ef7a2735ed7fdab | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-22T02:29:33.000Z | FGC | IN | 142 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.01 |
| 2022-11-17T02:52:20.000Z | FGC | IN | 42 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-12T15:51:12.000Z | FGC | IN | 18 | | 230aaf92763c56610b5930d547717a0789be4a6eba61f345c8bf60a89789f2be | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-07T19:57:08.000Z | FGC | IN | 16 | | c2e8ed4fea18b117b377c5b72b4dfd6f788272a51226fc0e3a8c8d749e993252 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-04T19:26:12.000Z | FGC | IN | 15 | | b50387335e0f687eaad9dc29b2d08712e9533ea3699061f22743e13064ca7fef | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-10-26T18:29:35.000Z | FGC | IN | 14 | | d261565a31919e546ade45beb5d37bfc04a574c5a6e34d6f6fe5ffe8d83deecb | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-10-25T19:59:30.000Z | FGC | IN | 11 | | a488a84a86dac9f5f71dc2822fe4b929c403e7cbfee02ccdf0d245c1b2257d32 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-28T03:15:25.000Z | MELD | OUT | 1600 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 24.03 | 31.53 |
| 2022-11-23T04:15:15.000Z | MELD | IN | 1600 | | 9ff93b17c1b9de9f5f085c942c891226fdbc672a2573074ed64100ed493aaa34 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 24.96 | 31.53 |
| 2022-11-28T03:15:25.000Z | MIN | OUT | 60 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.89 | 1.33 |
| 2022-11-10T03:15:10.000Z | MIN | IN | 60 | | 483b2477e34ab2dad324aec6832392509cd80fb5d2772a711b48e2f742d599a9 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.21 | 1.33 |
| 2022-11-28T03:15:25.000Z | STRIP | OUT | 5 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.00 | 0.00 |
| 2022-11-17T02:52:20.000Z | STRIP | IN | 5 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 0.10 | 0.00 |
| 2022-11-28T03:15:25.000Z | WMT | OUT | 360 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 50.11 | 66.62 |
| 2022-11-23T04:32:07.000Z | WMT | IN | 260 | | 807bb15e6f4a617c6b4d6de0588b9ac8c4f584b3cec8f0f4dcbf36dfda82c | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 36.20 | 49.56 |
| 2022-11-10T03:15:10.000Z | WMT | IN | 100 | | 483b2477e34ab2dad324aec6832392509cd80fb5d2772a711b48e2f742d599a9 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | 14.35 | 19.06 |
| 2022-11-28T03:15:25.000Z | ADAFOX | OUT | 5000 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-26T02:57:36.000Z | ADAFOX | IN | 2500 | | 94910dd28da1f0c827992a904f6b7183537de74066b672532ef7a2735ed7fdab | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-17T02:52:20.000Z | ADAFOX | IN | 2500 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-28T03:15:25.000Z | cbTHC | OUT | 0.2 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-22T02:29:33.000Z | cbTHC | IN | 0.1 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-17T02:52:20.000Z | cbTHC | IN | 0.1 | | 2def0fc4974ca5132d3a8a7038f2306042c89a6702e6decf974d0cf41804acac | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-12-06T13:44:37.000Z | CHERRY | IN | 100000000 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-28T03:15:25.000Z | EUS | OUT | 10 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-26T02:57:36.000Z | EUS | IN | 10 | | 94910dd28da1f0c827992a904f6b7183537de74066b672532ef7a2735ed7fdab | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-28T03:15:25.000Z | GTCHI | OUT | 100 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-26T02:57:36.000Z | GTCHI | IN | 100 | | 94910dd28da1f0c827992a904f6b7183537de74066b672532ef7a2735ed7fdab | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-12-06T13:44:37.000Z | NEWM | IN | 5 | | 3248978d31de6853c7ab2713ac19dbb96a619e524718a3e5590fb5c6c385e936 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-28T03:15:25.000Z | NEWM | OUT | 2.184807 | | 34c82818bba9b21efb3722e54442bc11fb357299b6be777406430a9761352856 | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-22T02:29:33.000Z | NEWM | IN | 1.421133 | | eaeff1b165f11ebee0289031e1213d5a562aedaacf6696b3a0d38bc8886b53cd | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |
| 2022-11-12T15:51:12.000Z | NEWM | IN | 0.186671 | | 230aaf92763c56610b5930d547717a0789be4a6eba61f345c8bf60a89789f2be | Cardano 1 | fb6fb859210376c52d2a4c5aa825451332f8f3ba01182c5a9e41fde15a137f95245b731091e0064d1ebf19a2d392cd3ef11fc1f44359be5bf683a4b40e21affd9 | USD | | |

MG_8010.jpg      Open with



IMG_7974.jpg

Open with



**CertiK Alert** ✓
@CertiKAlert

**#CertiKSkynetAlert** 🚨

Multiple @FTX_Official address, both US and international, have begun sending assets to 0x59ABf3837Fa962d6853b4Cc0a19513AA031fd32b.

Currently it holds approximately ~$218.9M in assets but is sending and receiving every minute



GreenHealthyHouseDAO - DigitalFrames.io Inventory List

| Creditor | Debtor | Date | Type | Title | # | Dollar | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Little Girl iberd | #2 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Collection of Crypto Robots | #3 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Daytona Infield | | $2.98 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Brickyard | | $2.98 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Eye | | $10.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Washington Wizards Series 1 | #869 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Washington Capitals Series 1 | #1174 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | Coachella x FTX Weekend | #4024 | $10.00 | | |
| GreenHealthyHouseDAO | FTX | 5/27 | NFT | FTX - Off the Grid Miami | #3345 | $0.99 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Rau$$ Pink Flaming$ | #2 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | One Dino Dollar | #8 | $2.50 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Psychedilic Marbles | #2 | $6.81 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Abstract Neon | #1 | $15.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Rich Beach Club | #458 | $4.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | NFT Energy Stones | #63 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Shaman's Cave Vision | #001 | $100.00 | | |
| GreenHealthyHouseDAO | FTX | 5/28 | NFT | Nobles of Gaya Collections | #28 | | .002 Eth | |
| GreenHealthyHouseDAO | FTX | 5/31 | NFT | Golden State Warriors Round 1 Comm. | #559 | $1.00 | | |
| GreenHealthyHouseDAO | FTX | 5/31 | NFT | Nefertiti Coin | #4 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 5/31 | NFT | AI-generated artblock | #3 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 6/3 | NFT | Humpty Dumpty | #1633 | $2.00 | | |
| GreenHealthyHouseDAO | FTX | 6/4 | NFT | Romeo | #1417 | $2.90 | | |
| GreenHealthyHouseDAO | FTX | 6/4 | NFT | Good Boy | #232 | $6.50 | | |
| GreenHealthyHouseDAO | FTX | 6/5 | NFT | My Little Gang | #48 | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | NFT Energy Stones | #62 | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | $Glare$ | | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Energy Stones | #4 | $2.75 | | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | FBHA | #10 | | .001 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Rome wasn't built in a day | #9 | | .005 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Mountain Series "Lava Mountain" | #5 | | .005 Eth | |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Nois3 | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | 0setiya | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Inverse Bear 3D | #933 | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Max is Love | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Fiesty Fox | #9 | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Baby Turtle Cardano | | | | .09 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Dogs on the Block | #3482 | | | .074 Sol |

1

GreenHealthyHouseDAO - DigitalFrames.io Inventory List

| Creditor | Debtor | Date | Type | Title | # | | Dollar | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Dogs on the Block | #3065 | | | | .06 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Molly Water | #56 | | | | .05 Sol |
| GreenHealthyHouseDAO | FTX | 6/19 | NFT | Solana Penguin | #4738 | | | | .044 Sol |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | God. Bring Us A Miracle | #3 | | $3.33 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Golden State Warriors W. Conf Finals | #957 | | $1.50 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Golden State Warriors W. Conf Finals | #958 | | $1.50 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | Abstract Artillery | #20 | | $9.00 | | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | G8 3.5/4 Sul Koa Arc Hil | | | | .009 Eth | |
| GreenHealthyHouseDAO | FTX | 6/27 | NFT | G5 Toyger Bloodred | | | | .008 Eth | |
| GreenHealthyHouseDAO | FTX | 6/28 | NFT | Abstract Artillery | #18 | | $9.00 | | |
| GreenHealthyHouseDAO | FTX | 6/30 | NFT | Leaves | | | $3.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | 1964 Chevy Impala | | | | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Golden State Warriors 75th Anniv. | #1918 | | $20.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Edition Diamond | #1918 | | $5.00 | | |
| GreenHealthyHouseDAO | FTX | 7/2 | NFT | Maximus Lounging III | | | $5.00 | | |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |

GreenHealthyHouseDAO - DigitalFrames.io Inventory List

| Creditor | Debtor | Date | Type | Title | # | Dollar | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | ? | ? |

GreenHealthyHouseDAO - DigitalFrames.io Inventory List

| Creditor | Debtor | Date | Type | Title | # | | Dollar | Ethereum | Solana |
|---|---|---|---|---|---|---|---|---|---|
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |
| GreenHealthyHouseDAO | FTX | Unknown | NFT | Incomplete Records | ? | ? | | ? | ? |

 **Gmail**

C. Richard D'Angelo <crichdangelo888@gmail.com>

---

## RE: FTX - Resolution Regarding Charles D'Angelo (Green Healthy House, LLC.) Claim #1546 and #25198
1 message

---

**CHARLES/APRIL D'ANGELO** <dangelo888@comcast.net>                                  Fri, Dec 22, 2023 at 7:19 AM
To: Matthew Pierce <pierce@lrclaw.com>, Nick Jenner <jenner@lrclaw.com>, "landis@lrclaw.com" <landis@lrclaw.com>, "gluecksteinb@sullcrom.com" <gluecksteinb@sullcrom.com>, "kranzleya@sullcrom.com" <kranzleya@sullcrom.com>, "brown@lrclaw.com" <brown@lrclaw.com>, "dietdericha@sullcrom.com" <dietdericha@sullcrom.com>, "bromleyj@sullcrom.com" <bromleyj@sullcrom.com>

Charles D'Angelo (Green Healthy House, LLC.)

10513 Westcliff Place

Highlands Ranch, CO 80130


Honorable John T. Dorsey, U.S. Bankruptcy Court for the District of Delaware

825 North Market St., 5th Floor, Courtroom 5

Wilmington, DE 19801


Re: Defense Response, Clarification, and Proposed Resolution for Claims #1546 and #25198


Dear Judge Dorsey,

I hope this letter finds you well.I am writing to provide additional context to the defense in the matter of Charles D'Angelo v. FTX Trading, particularly regarding Claims #1546 and #25198.

### Defense Against Claim#1546 (Alameda Research):

The defense against Claim #1546 centers around the orchestrated bankruptcy and bank run caused by FTX Trading, which created an environment of chaos and forced GreenHealthyHouse, LLC. (Charles D'Angelo), into a rushed and unprepared attempt to self-custody digital assets.The subsequent Ledger cold wallet corruption led to the irretrievable loss of 121 NFTs.

### Acknowledgment of Attempted Resolution:

I acknowledge the recent communication from the Debtors' attorney expressing a desire for an agreement and consensual resolution.In response to this, we propose a resolution that aligns with the interests of all parties involved.

### Proposed Resolution:

1. Consolidation of Claims: Given the intertwined nature of Claims #1546 and #25198, I propose the consolidation of these claims under #1546. This consolidation recognizes that the remaining funds within Claim #25198 were used to purchase the NFTs that form the basis of Claim #1546.
2. Withdrawal of Claim #25198: In the interest of streamlining proceedings and fostering an environment conducive to resolution, I express my willingness to withdraw Claim #25198 against West Realm Shires Services.

**Benefits of Consolidation:**

Consolidating the claims will provide a clearer and more efficient path for resolution. It will ensure that the court has a comprehensive understanding of the interconnected issues surrounding FTX Trading's actions and their impacts to others.

**Commitment to Resolution:**

My commitment remains unwavering in seeking a fair and just resolution to this case. I appreciate the court's attention to this matter and eager to facilitate a consensual resolution.

**Next Steps:**

I propose consolidation of claims and any documentation required to facilitate this resolution. I am open to exploring an expedited process to address these matters promptly.

**Conclusion:**

I appreciate the court's attention to this matter and look forward to navigating the legal proceeding with the utmost diligence and integrity. I remain committed to exploring avenues for a consensual resolution.

Thank you for your consideration.

Sincerely,


*Charles "Charlie" D'Angelo*
10513 Westcliff Place
Highlands Ranch, CO  80130
720-327-9249
dangelo888@comcast.net


On 12/21/2023 10:52 AM MST Matthew Pierce <pierce@lrclaw.com> wrote:


Mr. D'Angelo,


As a follow-up to my voicemail and the below, we are reaching out to further discuss claim numbers 1546 and 25198 (attached for reference) and your position with respect to whether the claims are duplicative.

Please give me a call at your convenience to discuss as the Debtors would like to reach an agreement and consensual resolution on this matter to the extent possible.

Thank you,

Matt



**Matthew R. Pierce, Associate**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4452 | C 302.229.6153 | F 302.467.4450
pierce@lrclaw.com | www.lrclaw.com | vCard

**From:** CHARLES/APRIL D'ANGELO <dangelo888@comcast.net>
**Sent:** Wednesday, December 13, 2023 11:09 AM
**To:** Nick Jenner <jenner@lrclaw.com>; Adam Landis <landis@lrclaw.com>; Kim Brown <brown@lrclaw.com>; Matthew Pierce <pierce@lrclaw.com>; dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; kranzleya@sullcrom.com
**Subject:** Re: FTX - Resolution Regarding Green Healthy House Claim #1546 and #25198

Mr. Jenner,

Upon further review, **I do not disallow claim number 1546** in the Debtors' next round of claim objections. I was mislead by your understanding that the claim was by the same debtor and with the same assets involved, which the claim #25198 is not. Instead of the Debtor being against Alameda Research, the Debtor you claimed was the same is West Realm Shires Services.

I am still under the claim #1546, however, the revision was from Green Healthy House, LLC to Charles D'Angelo against Alameda Research for the $121 Million of 121 NFTs that were lost.

Take care,

**Charles "Charlie" D'Angelo**

10513 Westcliff Place

Highlands Ranch, CO  80130

720-327-9249

dangelo888@comcast.net

On 12/12/2023 2:01 PM MST Nick Jenner <jenner@lrclaw.com> wrote:

Mr. D`Angelo,

Thank you for taking my call earlier today.  As we discussed and you agreed, the Debtors will seek to disallow claim number 1546 in the Debtors' next round of claim objections.  As I explained, claim number 25198 will be listed on the objection as a *surviving* claim.  This will resolve the issue of there being two duplicative claims on file with claim 25198 superseding claim number 1546.

Please note while nothing in the objection will impact claim number 25198 (or any other claim not expressly identified for disallowance in the objection), its reference as a surviving claim will not constitute an admission or acknowledgement by the Debtors that such claim should be allowed. The Debtors will retain their rights to later object on any basis to claim number 25198.

The Debtors plan to file their next round of objections within the next two (2) weeks or so.  We will promptly send you a copy of the pertinent objection upon its filing.  If you have any questions, please reach out to me prior to filing anything further on the docket so we can see if we can resolve any questions you may have without the necessity of you having to file anything.

Take care,

Nick



**Nicolas E. Jenner, Associate**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
P 302.467.4435  C 302.559.9971 F 302.467.4450
jenner@lrclaw.com | www.lrclaw.com | vCard

This message is intended only for the use of the individual or entity to which it is addressed, and may contain Information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and notify us immediately.

# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

delivery date specified for domestic use.

shipments include $100 of insurance (restrictions apply).*

king® service included for domestic and many international destinations.

ernational insurance.**

d internationally, a customs declaration form is required.

not cover certain items. For details regarding claims exclusions see the
Manual at *http://pe.usps.com*.

nal Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# RATE ENVELOPE
## ■ ANY WEIGHT

## KED ■ INSURED



0001000014

**EP14F July 2022**
**OD: 12 1/2 x 9 1/2**

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

---



P

U.S. POSTAGE IMI
**$9.85**
PM
80130
Date of sale
01/29/24  SSK
02    6W
2000393451

## PRIORITY MAIL ®

CHARLES D'ANGELO
GREEN HEALTHY HOUSE
10513 WESTCLIFF PL
HIGHLANDS RANCH CO  80130-6916

5.50 oz

**RDC 03**

EXPECTED DELIVERY DAY: 01/31/24

SHIP TO:


**JOHN DORSEY
US BANKRUPTCY COURT OF DELAWARE
825 N. MARKET ST
WILMINGTON DE 19801**

### USPS TRACKING® NUMBER



9505 5065 9036 4029 6354 06

U.S.M.S.
X-RAY



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY
# MAIL
®

**PRIORITY**®
★ **MAIL** ★


**UNITED STATES**
**POSTAL SERVICE**®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Charles D'Angelo
10513 Westcliff Place
Highlands Ranch, CO 80130

TO:

Honorable Judge John T. Dorsey
U.S. Bankruptcy Court of Delaware
825 N. Market St. 5th Floor
Wilmington, DE 19801

Label 228, March 2016 · · · · · · FOR DOMESTIC AND INTERNATIONAL USE

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE

T RATE ENVELOPE

TE ■ ANY WEIGHT

hedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

ACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.