Office of the Clerk of the United States Bankruptcy Court for the District of Delaware

824 Market Street, 3rd Floor

Wilmington, DE-Delaware 19801

United States of America

RECEIVED

2024 FEB -2 PM 2: 29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

FTX TRADING LTD., et al., (Debtors.)

Chapter 11, Case No. 22-11068 (JTD)

DEBTORS' TWELFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN

OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)

Hearing Date: February 22, 2024 at 1:00 P.M. ET

Objection Deadline: February 9, 2024 at 4:00 P.M. ET

**Claimant Name: Momentum Trading GmbH**
**Claim Number: 48781**

OBJECTION:

The claim included a typographical error due to European spelling, which resulted in misplaced decimal points. The correct amount of the claim is 130,467.99 EUR (in words: onehundred-thirtythousand-fourhundred-sixtyseven EUR and ninetynine cents) or an equivalent sum in other currency.

General remark: On all attachments every date is written in European spelling (Day, Month, Year). For the sake of traceability this text follows the European spelling of dates as well.

On 7.11.2022, 15:36:30 GMT+0100, FTX accounts of Momentum Trading GmbH showed a positive balance that meets the abovementioned amount, as can be seen on **attachment no. 1** "Historical balance 7.11.2022".

Momentum Trading GmbH made a withdrawal attempt in the amount of 90,000 EUR (in words: ninetythousand EUR) on 7.11.2022. **Attachment no. 2** "FTX withdrawals 7.11.2022" shows a completed bank transfer at 15:36:46 GMT+0100 in the respective amount, but also shows that the referring bank account number is missing.

For that reason, FTX customer support has been contacted. **Attachment no. 3** is a screenshot of the customer support's reply on 7.11.2022, which says the funds have been sent to the correct bank account at Penta/Solaris SE Bank. If this information were correct Momentum Trading GmbH should wait up to five business days for the funds to arrive.

Since the withdrawal did not arrive on the communicated bank account of Momentum Trading GmbH during the stated period (**attachment no. 4** "Bank account statement 15.11.2022") the FTX customer support has been contacted once again as can be read on **attachment no. 5** "Funds still missing 11.11.2022". This message was left unanswered by the FTX customer support.

Meanwhile, Momentum converted all remaining currencies on its FTX account into 40,467.99 EUR (in words: fourtythousand-fourhundred-sixtyseven EUR and ninetynine cents) and as can be seen on the respective screenshot (**attachment no.6** "FTX account EUR 11.11.2022").

Afterwards the website was not available anymore and the Chapter 11 proceedings started.

Because the funds never arrived at the bank account of Momentum Trading GmbH, a research request has been made (see **attachment no. 7** "Bank account research request"). The answers state clearly that there would be records in the Penta/Solaris SE Bank's records if a receipt or a rejection of the money had taken place (attachment no. 8a "Bank account research answer" and 8b "Bank account research answer"). None of it can be found in the records to this date.

Conclusion:

The modified claim set by the debtors is the equivalent of 40,467.99 EUR.

The modified claim set by the debtors is lacking 90,000 Euro (in words: ninetythousand EUR).

I declare that the foregoing is true and correct to the best of my knowledge and belief.

Please don't hesitate to contact me to resolve this issue.

Berlin, 29.1.2024        Roman Hemetsberger, Momentum Trading GmbH

Momentum Trading GmbH (Creditor, claimant)

c/o Roman Franz Hemetsberger

Wuehlischstr. 24

10245 Berlin, Germany

mail@romanhemetsberger.de

0049 179 9950391

Attachments:
- no.1  "Historical balance 7.11.2022" (screenshot)
- no.2  "FTX withdrawals 7.11.2022" (screenshot)
- no.3  "Withdrawal confirmed by support 7.11.2022" (screenshot)
- no.4  "bank account statement 15.11.2022" (screenshot)
- no.5  "Funds still missing 11.11.2022" (screenshot)
- no.6  "FTX account EUR 11.11.2022" (screenshot)
- no.7  "Bank account research request" (screenshot)
- no.8a "Bank account research answer" (screenshot)
- no.8b "Bank account research answer" (screenshot)

Attachment: no.1 "Historical balance 7.11.2022" (screenshot)



Attachment:        no.2    "FTX withdrawals 7.11.2022" (screenshot)



Attachment:	no.3	"Withdrawal confirmed by support 7.11.2022" (screenshot)





Attachment: no.4 "bank account statement 15.11.2022" (screenshot)

Attachment:         no.5    "Funds still missing 11.11.2022"



Attachment:              no.6      "FTX account EUR 11.11.2022" (screenshot)



Attachment:         no.7    "bank account research request" (screenshot)



Dear Penta Account Team,

my name is Roman Hemetsberger, I am the owner of Momentum Trading GmbH, that has an account with iban DE54110101015660707479 at penta bank. As you know, due to the fact that penta bank has been bought by quonto bank, the account will be closed in the next days. So I have to make sure I have all the documentation I need. I would be grateful for your help.

Unfortunately, Momentum Trading GmbH was also a customer of FTX Trading Ltd, the cryptocurrency exchange that went bankrupt in November 2022. Momentum opened the Ftx account in 2021 and sent two initial deposits of 50k € to the FTX account (LT85 3220 0200 0082 9000). In 2022, there have been two transactions from FTX to penta, using Deltec Bank Trust Limited ("Alameda Research Ltd", IBAN LT47 3220 0200 0082 9005) and UAB NIUM EU * FTX Trading LTD (LT59 3590 0100 0000 0000).

On 7.11.22, a few days before FTX was insolvent, i tried to make a sepa withdrawal of 90.000 € from FTX to penta, which was confirmed, but never arrived (screenshots attached). I called the penta hotline. They told me, nothing arrived on their end, maybe they could investigate if FTX would send me more detailed information. I asked Ftx, but they didn't answer and shortly afterwards, their website was taken down.

Now, as a debtor to FTX, I have a large claim. So, could you please look into the matter for the very last time? Did the mentioned amount of 90k € arrive at my account, at penta or at any related account or bank? Could it be possible that it has been sent back? Can you confirm that if the sepa withdrawal had been sent from FTX/Alameda, it would have arrived at my penta account or at least you would have noticed?

I saved my account statements, but if you can confirm and provide written information, it may help me to prove my claim to FTX.

Sincerely,
Roman Franz Hemetsberger

Momentum Trading GmbH
c/o Hemetsberger
Wühlischstraße 24
10245 Berlin
+49 179 9950391

mail@romanhemetsberger.de
Handelsregister: HRB 232448 B
Registergericht: Amtsgericht Charlottenburg
Geschäftsführer: Roman Franz Hemetsberger

Attachment:         no.8a   "bank account research answer" (screenshot)



Re: Momentum Trading GmbH and FTX claim

Milan | Penta <accounts@getpenta.com>
An ● mail@romanhemetsberger.de
Di 23.05.2023 20:56

Good evening dear Roman,

Thank you for your inquiry.

I have requested meaningful payment confirmations for the four incoming and outgoing transactions you mentioned.
I also initiated an investigation by the responsible department for the expected transaction you mentioned. There is no possibility of proving that the payment has not been made. If the amount had been sent, there would be a record of it in Solaris' system.

Solaris SE is expected to ask me for more detailed evidence in order to have sufficient material for an investigation. I have explained to them your concern and your intention behind the initiation of the investigation to assert your claims.

As soon as I have news about the investigation or the individual payment confirmations, I will contact you immediately with these.

If you have any further questions or concerns, please feel free to contact me at any time in the meantime.

Best regards



Milan
Customer Relations Manager

Penta Fintech GmbH

Attachment:         no.8b   "bank account research answer" (screenshot)



Re: Momentum Trading GmbH and FTX claim

Milan | Penta <accounts@getpenta.com>
An ● mail@romanhemetsberger.de
Di 11.07.2023 17:09

Dear Roman,

Thank you for your patience.
Unfortunately, Solaris SE is not able to fulfill your request.
Proof of non-payment cannot be provided.

Best regards



Milan
Customer Relations Manager

Penta Fintech GmbH

**EXPRESS EASY**
2024-01-30 MyDHL API 1.0 / "GLS certified label"    XED  DHL

From: Momentum Trading GmbH
Momentum Trading GmbH
Wühlischstr. 24

Origin: BER

10245 BERLIN
GERMANY

To:    Contact:
Office of the clerk of the US
Office of the clerk of the US
824 Market Street, 3rd Floor
Bankruptcy court for the District of Delaware

19801 WILMINGTON
UNITED STATES OF AMERICA

0200    US-PHL-NJS    DENJ
ADI    Day    Time
Pcs/Shpt Weight    Piece
0.1 kg    1/1
Ref No: DP Filiale SVP
Content: Documents


WAYBILL 16 5109 1971


(2L)US19801+60000000
Ref Code: DP Filiale SVP



Bitte kleben Sie dieses Label gut sichtbar auf die Anschriftenseite

Security Inspection at DHL Express Germany SVC required


SECURITY CHECK — THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED FOR SECURITY PURPOSES, BY THE PERSON(S)...
FOR DHL (PRINT NAME): BEITKE
FOR DHL (SIGNATURE)
FOR CLIENT (PRINT NAME)
FOR CLIENT (SIGNATURE)
STATION: BER

U.S.M.S. X-RAY

NJHC    EDD:
1651091971
PCS:1

Office of the clerk
Bankruptcy court fo[r]
824 Market Street
Wilmington, DE –
United States of A[merica]

Sender:
Momentum Trading GmbH
Woehlsdstr. 24
10245 Berlin
GERMANY