# Exhibit A

**Notice of Settlement**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Laurence Beal | $0 to $10,113,033.05 | $2,000,000 | 23-50380 |