**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.          Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Opps CY Holdings, LLC** | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to Transferee should be sent: | Confidential Creditor with Unique Customer Code: **00176947** |
|---|---|
| Opps CY Holdings, LLC | FTX Account IDs: 2054999 |
| 1301 Avenue of the Americas, 34th Floor | |
| New York, NY 10019 | Name and Address where notices to Transferor should be sent: |
| Attention: Colin McLafferty | Address on file |
| Email: cmclafferty@oaktreecapital.com | |

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Customer Schedule F-1 (Docket No. 967) Amended Customer Claim Schedule F-1 (Docket No. 1730) (See attached Excerpts) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| (i) Claim No. 1543 (submitted on or about April 7, 2023); (ii) Claim No. 46797 (submitted on or about August 31, 2023); (iii) Claim No. 46992 (submitted on or about September 1, 2023); (iv) Claim No 90833 (submitted on or about January 23, 2024); and (v) Claim No. 90843 (submitted on or about January 23, 2024). | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| With respect to Claim No. 46797, Kroll Customer Confirmation ID: 3265-70-NORUV-994268819

With respect to Claim No. 46992, Kroll Customer Confirmation ID: 3265-70-HELCU-908982517

With respect to Claim No. 90833, 46992, Kroll Customer Confirmation ID: 3265-70-FOCZG-007308791 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

032-8125/6972458.6

| With respect to Claim No. 90843, 46992, Kroll Customer Confirmation ID: 3265-70-OCUOC-284888145 | | | | |
|---|---|---|---|---|

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Opps CY Holdings, LLC**

**By: Oaktree Fund GP 2A, Ltd.**
**Its: Manager**
**By: Oaktree Capital Management Fund, L.P.**
**Its: Director**

By: _Colin McLafferty_     Date: January 26, 2024
Name: Colin McLafferty
Title: Authorized Signatory

By: _Steve Tesoriere_     Date: January 26, 2024
Name: Steve Tesoriere
Title: Authorized Signatory

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8125/6972458.6

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted (with Unique Customer Code: 00176947 and FTX Account ID 2054999) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Opps CY Holdings, LLC** ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully (i) (a) in Claim No. **1543** (Customer Claim Confirmation ID No.), (b) in Claim No. **46797** (Customer Claim Confirmation ID No. 265-70-NORUV-994268819); (c) in Claim No. **46992** (Customer Claim Confirmation ID No. 3265-70-HELCU-908982517);(d) in Claim No. **90833** (Customer Claim Confirmation ID No. 3265-70-FOCZG-007308791); and (e) in Claim No. **90843** (Customer Claim Confirmation ID No. 3265-70-OCUOC-284888145), and (ii) identified on the FTX Trading Ltd. Customer Schedule F-1 (Docket No. 967) (Amended Customer Claim Schedule F-1 (Docket No. 1730) ((i) and (ii), collectively, the "**Claim**") (see attached Excerpts).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26th day of January, 2024.

**SELLER:**

Redacted

Redacted



**BUYER**:

**Opps CY Holdings, LLC**

**By: Oaktree Fund GP 2A, Ltd.**
**Its: Manager**
**By: Oaktree Capital Management Fund, L.P.**
**Its: Director**

By: *Colin McLafferty*
Name: Colin McLafferty
Title: Authorized Signatory

By: *Steve Tesoriere*
Name: Steve Tesoriere
Title: Authorized Signatory

032-8125/6972458.6

[SCREENSHOT/EXCERPT OF SCHEDULE]

# Creditor Data Details - Claim # 1543

| Creditor | Debtor Name |
|---|---|
| Redacted as Transferee of Name on File | FTX Trading Ltd. |
| Address on file | **Date Filed** 04/07/2023 |

**Claim Number**
1543

**Schedule Number**
n/a

**Confirmation ID**
n/a

# Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $1,578,272.30 | | $1,578,272.30 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $1,578,272.30 | | $1,578,272.30 | |

# Creditor Data Details - Claim # 46797

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/31/2023

**Claim Number**
46797

**Schedule Number**
n/a

**Confirmation ID**
3265-70-NORUV-994268819

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

...lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | Bitcoin (BTC) | 29.73607708 |
| CRYPTO | Ethereum (ETH) | 444.80342216 |
| CRYPTO | FTX Token (FTT) | 1000.07290002 |
| CRYPTO | Locked Serum (SRM_Locked) | 566.97570612 |
| CRYPTO | Serum (SRM) | 1.1624952 |
| CRYPTO | TRON (TRX) | 147 |
| CRYPTO | XRP (XRP) | 1178.683 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | 41752.82 |

# Creditor Data Details - Claim # 46992

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/01/2023

**Claim Number**
46992

**Schedule Number**
n/a

**Confirmation ID**
3265-70-HELCU-908982517

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | Bitcoin (BTC) | 29.73607708 |
| CRYPTO | Ethereum (ETH) | 444.80342216 |
| CRYPTO | FTX Token (FTT) | 1000.07290002 |
| CRYPTO | Locked Serum (SRM_Locked) | 566.97570612 |
| CRYPTO | Serum (SRM) | 1.1624952 |
| CRYPTO | TRON (TRX) | 147 |
| CRYPTO | XRP (XRP) | 1178.683 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | 41752.82 |

# Creditor Data Details - Claim # 90833

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
01/23/2024

**Claim Number**
90833
**Schedule Number**
n/a
**Confirmation ID**
3265-70-FOCZG-007308791

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

...lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | Bitcoin (BTC) | 29.73607708 |
| CRYPTO | Ethereum (ETH) | 444.80342216 |
| CRYPTO | FTX Token (FTT) | 1000.07290002 |
| CRYPTO | Locked Serum (SRM_Locked) | 566.97570612 |
| CRYPTO | Serum (SRM) | 1.1624952 |
| CRYPTO | TRON (TRX) | 147 |
| CRYPTO | XRP (XRP) | 1178683 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | 41752.82 |

# Creditor Data Details - Claim # 90843

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
01/23/2024

**Claim Number**
90843
**Schedule Number**
n/a
**Confirmation ID**
3265-70-OCUOC-284888145

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

...lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | Bitcoin (BTC) | 29.73607708 |
| CRYPTO | Ethereum (ETH) | 444.80342216 |
| CRYPTO | FTX Token (FTT) | 1000.07290002 |
| CRYPTO | Locked Serum (SRM_Locked) | 566.97570612 |
| CRYPTO | Serum (SRM) | 1.1624952 |
| CRYPTO | TRON (TRX) | 147 |
| CRYPTO | XRP (XRP) | 1178683 |
| FIAT | US Dollar(USD) USD/USD = 1.00000 | 41752.82 |

Amended Customer Claim Schedule F-1 (January 23, 2024)

| | | | |
|---|---|---|---|
| 00176947 | | 1INCH-0930[0], 1INCH-1230[0], 1INCH-PERP[0], AAVE-0930[0], AAVE-PERP[0], ADA-0930[0], ADA-1230[0], ADA-PERP[0], AGLD-PERP[0], ALCX-PERP[0], ALGO-0930[0], ALGO-1230[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-0930[0], ALT-1230[0], ALT-PERP[0], AMPL[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], AR-PERP[0], ASD-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAL-0930[0], BAL-1230[0], BAL-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH[0], BCH-0930[0], BCH-1230[0], BCH-PERP[0], BIT-PERP[0], BNB-PERP[0], BNT-PERP[0], BOBA-PERP[0], BRZ-PERP[0], BSV-0930[0], BSV-1230[0], BSV-PERP[0], BTC-0331[0], BTC-1230[0], BTC[29.73607708] BTC-MOVE-0130[0], BTC-MOVE-0131[0], BTC-MOVE-0201[0], BTC-MOVE-0202[0], BTC-MOVE-0203[0], BTC-MOVE-0204[0], BTC-MOVE-0205[0], BTC-MOVE-0206[0], BTC-MOVE-0207[0], BTC-MOVE-0208[0], BTC-MOVE-0209[0], BTC-MOVE-0210[0], BTC-MOVE-0211[0], BTC-MOVE-0212[0], BTC-MOVE-0213[0], BTC-MOVE-0214[0], BTC-MOVE-0215[0], BTC-MOVE-0216[0], BTC-MOVE-0217[0], BTC-MOVE-0218[0], BTC-MOVE-0219[0], BTC-MOVE-0220[0], BTC-MOVE-0225[0], BTC-MOVE-0304[0], BTC-MOVE-0311[0], BTC-MOVE-0325[0], BTC-MOVE-0401[0], BTC-MOVE-0503[0], BTC-MOVE-0504[0], BTC-MOVE-0505[0], BTC-MOVE-0506[0], BTC-MOVE-0507[0], BTC-MOVE-0508[0], BTC-MOVE-0509[0], BTC-MOVE-0510[0], BTC-MOVE-0511[0], BTC-MOVE-0512[0], BTC-MOVE-0513[0], BTC-MOVE-0514[0], BTC-MOVE-0516[0], BTC-MOVE-0517[0], BTC-MOVE-0518[0], BTC-MOVE-0519[0], BTC-MOVE-0520[0], BTC-MOVE-0522[0], BTC-MOVE-0523[0], BTC-MOVE-0524[0], BTC-MOVE-0525[0], BTC-MOVE-0526[0], BTC-MOVE-0527[0], BTC-MOVE-0530[0], BTC-MOVE-0601[0], BTC-MOVE-0603[0], BTC-MOVE-0606[0], BTC-MOVE-0607[0], BTC-MOVE-0608[0], BTC-MOVE-0609[0], BTC-MOVE-0610[0], BTC-MOVE-0611[0], BTC-MOVE-0612[0], BTC-MOVE-0613[0], BTC-MOVE-0614[0], BTC-MOVE-0615[0], BTC-MOVE-0616[0], BTC-MOVE-0617[0], BTC-MOVE-0618[0], BTC-MOVE-0619[0], BTC-MOVE-0620[0], BTC-MOVE-0621[0], BTC-MOVE-0622[0], BTC-MOVE-0623[0], BTC-MOVE-0624[0], BTC-MOVE-0625[0], BTC-MOVE-0626[0], BTC-MOVE-0627[0], BTC-MOVE-0628[0], BTC-MOVE-0629[0], BTC-MOVE-0630[0], BTC-MOVE-0701[0], BTC-MOVE-0702[0], BTC-MOVE-0703[0], BTC-MOVE-0704[0], BTC-MOVE-0705[0], BTC-MOVE-0706[0], BTC-MOVE-0707[0], BTC-MOVE-0708[0], BTC-MOVE-0709[0], BTC-MOVE-0710[0], BTC-MOVE-0711[0], BTC-MOVE-0712[0], BTC-MOVE-0713[0], BTC-MOVE-0714[0], BTC-MOVE-0715[0], BTC-MOVE-0716[0], BTC-MOVE-0717[0], BTC-MOVE-0718[0], BTC-MOVE-0719[0], BTC-MOVE-0720[0], BTC-MOVE-0721[0], BTC-MOVE-0726[0], BTC-MOVE-0727[0], BTC-MOVE-0728[0], BTC-MOVE-0729[0], BTC-MOVE-0731[0], BTC-MOVE-0801[0], BTC-MOVE-0802[0], BTC-MOVE-0803[0], BTC-MOVE-0805[0], BTC-MOVE-0808[0], BTC-MOVE-0809[0], BTC-MOVE-0811[0], BTC-MOVE-0814[0], BTC-MOVE-WK-0218[0], BTC-MOVE-WK-0225[0], BTC-MOVE-WK-0304[0], BTC-MOVE-WK-0311[0], BTC-MOVE-WK-0325[0], BTC-MOVE-WK-0401[0], BTC-MOVE-WK-0708[0], BTC-PERP[0], BTT-PERP[0], C98-PERP[0], CAKE-PERP[0], CEL-0930[0], CEL-1230[0], CELO-PERP[0], CEL-PERP[0], CHR-PERP[0], CHZ-0930[0], CHZ-1230[0], CHZ-PERP[0], CLV-PERP[0], COMP[0], COMP-0930[0], COMP-1230[0], COMP-PERP[0], CONV-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CUSDT-PERP[0], CVC-PERP[0], CVX-PERP[0], DASH-PERP[0], DAWN-PERP[0], DEFI-0930[0], DEFI-1230[0], DEFI-PERP[0], DENT-PERP[0], DMG-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-0930[0], DOT-1230[0], DOT-PERP[0], DOTPRESPLIT-2020PERP[0], DRGN-PERP[0], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-0930[0], EOS-1230[0], EOS-PERP[0], ETC-PERP[0], ETH-1230[0], ETH[444.80342216], ETH-PERP[0], ETHW[429.20942215], EXCH-0930[0], EXCH-1230[0], EXCH-PERP[0], FIDA-PERP[0], FIL-0930[0], FIL-1230[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM-0930[0], FTM-PERP[0], FTT[1000.07290002], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GAL-PERP[0], GLMR-PERP[0], GMT-0930[0], GMT-1230[0], GMT-PERP[0], GRT-0930[0], GRT-PERP[0], GST-0930[0], GST-PERP[0], HBAR-PERP[0], HNT-PERP[0], HOLY-PERP[0], HOT-PERP[0], HT-PERP[0], HUM-PERP[0], ICP-PERP[0], ICX-PERP[0], IMX-PERP[0], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[0], KBTT-PERP[0], KIN-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], KSOS-PERP[0], LEND-PERP[0], LEO-PERP[0], LINA-PERP[0], LINK-0930[0], LINK-1230[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MATIC-PERP[0], MCB-PERP[0], MEDIA-PERP[0], MER-PERP[0], MID-0930[0], MID-PERP[0], MINA-PERP[0], MKR-PERP[0], MNGO-PERP[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[0], MVDA10-PERP[0], MVDA25-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-0930[0], OKB-1230[0], OKB-PERP[0], OMG-0930[0], OMG-PERP[0], ONE-PERP[0], ONT-PERP[0], OP-0930[0], OP-PERP[0], ORBS-PERP[0], OXY-PERP[0], PAXG-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], POLIS-PERP[0], PRIV-0930[0], PRIV-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR-PERP[0], RON-PERP[0], ROOK[0], ROOK-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-0930[0], SHIT-1230[0], SHIT-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL-0930[0], SOL-1230[0], SOL-PERP[0], SOS-PERP[0], SPELL-PERP[0], SRM[1.1624952], SRM_LOCKED[566.97570612], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STMX-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI[0], SUSHI-0930[0], SUSHI-PERP[0], SXP-0930[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TOMO[0], TOMO-PERP[0], TONCOIN-PERP[0], TRU-PERP[0], TRX-1230[0], TRX[147], TRX-PERP[0], TRYB-PERP[0], TULIP-PERP[0], UNI-PERP[0], UNISWAP-0930[0], UNISWAP-1230[0], UNISWAP-PERP[0], USD[41752.82], USDT[0], USDT-1230[0], USDT-PERP[0], USTC-PERP[0], VET-PERP[0], WAVES-0930[0], WAVES-1230[0], WAVES-PERP[0], XAUT-PERP[0], XEM-PERP[0], XLM-PERP[0], XMR-PERP[0], XRP-0930[0], XRP[1178683], XRP-1230[0], XRP-PERP[0], XTZ-0930[0], XTZ-1230[0], XTZ-PERP[0], YFI-0930[0], YFI-1230[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |