# Exhibit A

**Settlements Consummated Pursuant to the
Small Estate Claims Settlement Procedures Order
January 2024**

| Settling Party | Settled Value |
|---|---|
| CarbonPlan | $200,000.00 |
| Chalmers University of Technology | $380,000.00 |
| Cornell University | $873,903.00 |
| EA Retreats Inc. d/b/a Canopy Retreats | $150,200.39 |
| Jeffrey Alstott | $150,000.39 |
| Pablo Stafforini | $293,500.00 |
| Spark Wave LLC | $1,379,931.00 |
| Texas Children's Hospital | $650,000.00 |
| The Berkeley Existential Risk Initiative | $393,000.00 |
| The Clinton Health Access Initiative, Inc. | $1,000,000.00 |