# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

FTX TRADING, LTD., *et al.*,                    Chapter 11
                                                      Case No. 22-11068
                                                      Jointly Administered
         Debtors.                        Hon. John T. Dorsey
_____/

## NOTICE OF WITHDRAWAL OF APPEARANCE OF TAFT, STETTINIUS & HOLLISTER, LLP AS COUNSEL FOR CREDITOR IKIGAI OPPORTUNITIES MASTER FUND, LTD

PLEASE TAKE NOTICE that the undersigned firm of attorneys hereby withdraws its *Notice of Appearance and Request for Service of Notices and Documents* [Doc. No. 344] filed on behalf of Ikigai Opportunities Master Fund, Ltd. The undersigned respectfully requests that their name be removed from receiving mailings on behalf of creditor Ikigai Opportunities Master Fund, Ltd. at the following address:

Taft, Stettinius & Hollister, LLP
Paul R. Hage
27777 Franklin Road, Suite 2500
Southfield, MI 48034
phage@taftlaw.com

4870-0910-2132.v1

                                  Respectfully submitted,

                                  **TAFT, STETTINIUS & HOLLISTER, LLP**

Dated:  February 6, 2024        By: /s/ Paul R. Hage
                                  Paul R. Hage (P70460)
                                  27777 Franklin Road, Suite 2500
                                  Southfield, MI 48034
                                  Phone: (248) 351-3000
                                  phage@taftlaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

FTX TRADING, LTD., *et al.,*　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　Case No. 22-11068
　　　　　　　　　　　　　　　　　　　　　Jointly Administered
　　　　Debtors.　　　　　　　　　　　　　Hon. John T. Dorsey
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, my office electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all those listed by the Court as receiving electronic notices in this case from the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated:  February 6, 2024　　　　　　　By: /s/ Paul R. Hage
　　　　　　　　　　　　　　　　　　　Paul R. Hage (P70460)
　　　　　　　　　　　　　　　　　　　27777 Franklin Road, Suite 2500
　　　　　　　　　　　　　　　　　　　Southfield, MI 48034
　　　　　　　　　　　　　　　　　　　Phone: (248) 351-3000
　　　　　　　　　　　　　　　　　　　phage@taftlaw.com