# SCHEDULE 1

**Overstated Claims**

**FTX Trading Ltd. 22-11068 (JTD)**
**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | **Asserted Claims** | | | | **Modified Claim** | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| 32900 | Name on file | FTX Trading Ltd. | | ATOM | 2,025,072.000000000000000 | FTX Trading Ltd. | 20.250720000000000 |
| | | | | BRZ | | | 0.186705690000000 |
| | | | | MANA | 488,873.000000000000000 | | 488.873000000000000 |
| | | | | POLIS | 99,981.000000000000000 | | 0.099981000000000 |
| | | | | SAND | 46,591,146.000000000000000 | | 465.911460000000000 |
| | | | | SOL | 359,272.000000000000000 | | 3.592720000000000 |
| | | | | SUSHI | 699,867.000000000000000 | | 69.986700000000000 |
| | | | | USD | | | 0.642184240203913 |
| | | | | USDT | 69,153.000000000000000 | | 691.529124307271000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 33480 | Name on file | FTX EU Ltd. | | DOGE | 4,253.017200000000000 | FTX Trading Ltd. | 4,253.017200000000000 |
|---|---|---|---|---|---|---|---|
| | | | | EUR | 65,881,656.000000000000000 | | 0.000000006588165 |
| | | | | SHIB | 6,300,000.000000000000000 | | 6,300,000.000000000000000 |
| | | | | SOL | 13.078066000000000 | | 13.078066000000000 |
| | | | | USD | 2,930,696,537,000,000.000000000000000 | | 0.293069653700000 |
| | | | | USDT | 0.827126160000000 | | 0.827126160000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim section.

| 7804 | Name on file | FTX Trading Ltd. | | AVAX-PERP | | FTX Trading Ltd. | 0.000000000000003 |
|---|---|---|---|---|---|---|---|
| | | | | BTC | 4,343.000000000000000 | | 0.000043430000000 |
| | | | | SOL | 99,563.000000000000000 | | 0.009956300000000 |
| | | | | USD | 11.469685653360000 | | 11.469685653360000 |
| | | | | USDT | 60.000000000000000 | | 0.598193405000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 29480 | Name on file | FTX Trading Ltd. | | POLIS | 2,910,007,485.000000000000000 | FTX Trading Ltd. | 29.100074850000000 |
|---|---|---|---|---|---|---|---|
| | | | | SOL | 5,543,907.000000000000000 | | 0.055439070000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 16684 | Name on file | FTX Trading Ltd. | | APT | | FTX Trading Ltd. | 3.000000000000000 |
|---|---|---|---|---|---|---|---|
| | | | | APTOS(APT) | 3.000000000000000 | | 0.000000000000000 |
| | | | | ATOM | 125.654000000000000 | | 0.100000000000000 |
| | | | | BNB | 658,120.000000000000000 | | 0.000000010507422 |
| | | | | BTC | 0.000034990000000 | | 0.000034998500000 |
| | | | | BTC-PERP | | | -0.000000000000014 |
| | | | | DOT-PERP | | | 0.000000000000227 |
| | | | | DYDX-PERP | | | 0.000000000001818 |
| | | | | ETH | 0.100000000000000 | | 0.000658125456304 |
| | | | | FTT | 326.197935890000000 | | 326.197935890766000 |
| | | | | SUN | | | 125.654000000000000 |
| | | | | SUN(SUN) | 3.000000000000000 | | 0.000000000000000 |
| | | | | TRX | 0.350139500000000 | | 0.250139500000000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | USD | 5.100000000000000 | | 5.100696875927600 |
| | | | USDT | 3,400.300000000000000 | | 3,400.298697563880000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 73292 | Name on file | FTX Trading Ltd. | AVAX | 9,999,999,999.000000000000000 | FTX Trading Ltd. | 46.987588120000000 |
| | | | ETH | 999,999,999,999.000000000000000 | | 12.569934660000000 |
| | | | ETHW | | | 12.569934660000000 |
| | | | SOL | 999,999,999,999.000000000000000 | | 139.393016540000000 |
| | | | USD | | | 8.094824197568520 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 80191 | Name on file | FTX Trading Ltd. | ALICE | | FTX Trading Ltd. | 181.926608000000000 |
| | | | BNB | 200.000000000000000 | | 0.000000000000000 |
| | | | DOT | | | 35.500000000000000 |
| | | | EDEN | | | 4,059.351378000000000 |
| | | | ETH | 200.000000000000000 | | 0.000000000000000 |
| | | | FTM | 200.000000000000000 | | 0.000000000000000 |
| | | | FTT | 500.000000000000000 | | 0.000513942772280 |
| | | | GRT | | | 1,449.000000000000000 |
| | | | LUNA2 | | | 5.398181419000000 |
| | | | LUNA2_LOCKED | | | 12.595756640000000 |
| | | | LUNC | 20,000,000.000000000000000 | | 1,175,465.369137500000000 |
| | | | SHIB | 400,000,000,000,000,000,000.000000000000000 | | 297,693,469.796728000000000 |
| | | | SOL | 560.000000000000000 | | 72.854633668860600 |
| | | | UNI | | | 213.446631000000000 |
| | | | USD | 80,000.000000000000000 | | 311.279491866457000 |
| | | | USDT | 2,000.000000000000000 | | 0.620395546762829 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 51552 | Name on file | FTX Trading Ltd. | BTC | 391,685,890,999,946.000000000000000 | FTX Trading Ltd. | 0.024295140000000 |
| | | | USD | 102,212.000000000000000 | | 1.820000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 33392 | Name on file | West Realm Shires Services Inc. | CORE NFT | 1.000000000000000 | West Realm Shires Services Inc. | 1.000000000000000 |
| | | | SHIB | 2.000000000000000 | | 2.000000000000000 |
| | | | SOL | 8,257,227.000000000000000 | | 0.082572270000000 |
| | | | THE HILL NFT | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 1,498.000000000000000 | | 14.982327675415400 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 11455 | Name on file | FTX Trading Ltd. | BNB | 3.310146480000000 | FTX Trading Ltd. | 3.310146480000000 |
| | | | ETH | 1.279671270000000 | | 1.279671270000000 |
| | | | ETHW | 1.085160300000000 | | 1.085160300000000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | TRX | 0.000019000000000 | | 0.000000000000000 |
| | | | USD | 2,635.330309320000000 | | 2,685.330309320000000 |
| | | | USDC | 500,000,000,000,000,000.000000000000000 | | 0.000000000000000 |
| | | | USDT | 0.000000197072591 | | 0.000000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 50231 | Name on file | FTX Trading Ltd. | AVAX | 0.000000000000000 | FTX Trading Ltd. | 0.099981000000000 |
| | | | BTC | 0.004169490000000 | | 0.049790538000000 |
| | | | CHILIZ (CHZ) | 200.858903760000000 | | 0.000000000000000 |
| | | | DOT | 0.000000000000000 | | 1.999620000000000 |
| | | | ETH | 0.059970870000000 | | 0.038992590000000 |
| | | | ETHW | 0.059226280000000 | | 0.038992590000000 |
| | | | EUR | 0.002338397691635 | | 0.000000009130151 |
| | | | FTT | 0.000000000000000 | | 1.499677000000000 |
| | | | LUNA2 | 0.000000000000000 | | 0.000022957527740 |
| | | | LUNA2_LOCKED | 0.000000000000000 | | 0.000053567564730 |
| | | | LUNC | 0.000000000000000 | | 4.999050000000000 |
| | | | MATIC (MATIC) | 6.237915560000000 | | 0.000000000000000 |
| | | | SAND (SAND) | 0.989613130000000 | | 0.000000000000000 |
| | | | SOL | 11,010,177.000000000000000 | | 0.249952500000000 |
| | | | TRON (TRX) | 11.444066510000000 | | 0.000000000000000 |
| | | | USD | 0.000000000000000 | | 0.000000007512723 |
| | | | USDT | 349.630000000000000 | | 245.620960790000000 |
| | | | XRP | 0.000000000000000 | | 111.978720000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 32654 | Name on file | FTX Trading Ltd. | BTC | 7,012.000000000000000 | FTX Trading Ltd. | 0.000070120000000 |
| | | | ETH | 1,838.000000000000000 | | 0.000018380000000 |
| | | | USD | 164.399390000000000 | | 164,399.385605169000000 |
| | | | USDT | 982,278.000000000000000 | | 9,822.778045426830000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 83256 | Name on file | FTX Trading Ltd. | AKRO | 2.000000000000000 | FTX Trading Ltd. | 2.000000000000000 |
| | | | AVAX | 14.553367610000000 | | 14.553367610000000 |
| | | | BAO | 2,198.408247900000000 | | 2,198.408247900000000 |
| | | | BF_POINT | | | 200.000000000000000 |
| | | | BNB | 0.938071770000000 | | 0.938071770000000 |
| | | | CEL | 130.101554300000000 | | 130.101554300000000 |
| | | | DENT | | | 3.000000000000000 |
| | | | DOGE | 1.000000000000000 | | 1.000000000000000 |
| | | | ETH | 2.181781390000000 | | 2.181781390000000 |
| | | | ETHW | 2.180865070000000 | | 2.180865070000000 |
| | | | EUR | | | 0.000000690616941 |
| | | | KIN | 611,866.366580620000000 | | 611,866.366580620000000 |
| | | | RSR | 4.000000000000000 | | 4.000000000000000 |
| | | | SOL | 13.968715084323530 | | 13.968715084323500 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | TRX | 19.009521520000000 | | 19.009521520000000 |
| | | | UBXT | 5.000000000000000 | | 5.000000000000000 |
| | | | USD | 3,927,593,410,871,957,576.000000000000000 | | 542.759341087196000 |
| | | | USDC | 150.000000000000000 | | 0.000000000000000 |
| | | | USDT | | | 0.000000004344314 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 30089 | Name on file | FTX Trading Ltd. | AAVE | 1,699,677.000000000000000 | FTX Trading Ltd. | 0.169967700000000 |
| | | | ATLAS | 3,995,459.000000000000000 | | 399.545900000000000 |
| | | | BILEŞIK BELIRTEÇ (COMP) | 16,596,846.000000000000000 | | 0.000000000000000 |
| | | | COMP | | | 0.165968460000000 |
| | | | FTT | 899,544.000000000000000 | | 0.899544000000000 |
| | | | POLIS | 98,613.000000000000000 | | 0.098613000000000 |
| | | | USD | 55.000000000000000 | | 0.000000008303253 |
| | | | USDT | 3,787.000000000000000 | | 37.871592773845100 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 56465 | Name on file | FTX EU Ltd. | EUR | 0.112800540000000 | FTX Trading Ltd. | 0.112800540000000 |
| | | | EURT | 0.414600000000000 | | 0.414600000000000 |
| | | | FTT | 0.004822287200000 | | 0.004822287200000 |
| | | | PAXG | 0.000010720000000 | | 0.000010720000000 |
| | | | SXP | 0.048700000000000 | | 0.048700000000000 |
| | | | USD | 111,751,745.000000000000000 | | 9,680.439884822200000 |
| | | | USDT | 0.001032420000000 | | 0.001032420000000 |
| | | | XRP | 0.894800000000000 | | 0.894800000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim section.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 82818 | Name on file | FTX Trading Ltd. | BTC | 10,000.000000000000000 | FTX Trading Ltd. | 0.199960000000000 |
| | | | ETH | 7,599.370000000000000 | | 1.999600000000000 |
| | | | ETHW | | | 1.999600000000000 |
| | | | SOL | | | 66.646668000000000 |
| | | | USD | 32,517.630000000000000 | | 32,517.636283560000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 84430 | Name on file | FTX Trading Ltd. | ATLAS | 25,530.000000000000000 | FTX Trading Ltd. | 25,530.000000000000000 |
| | | | DEFIBULL | 14.000000000000000 | | 14.944086400000000 |
| | | | DOGEBULL | 416.784166269000000 | | 416.784166269000000 |
| | | | ETCBEAR | | | 78,084,380.000000000000000 |
| | | | ETHBULL | 78,084,380.000000000000000 | | 0.000000000000000 |
| | | | LINKBULL | | | 812.600000000000000 |
| | | | MATICBULL | 2,630.973700000000000 | | 2,630.973700000000000 |
| | | | SUSHIBULL | 4,449,000.000000000000000 | | 4,449,000.000000000000000 |
| | | | THETABULL | 141.000000000000000 | | 141.899662400000000 |
| | | | TRX | | | 0.000091000000000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |
| | | | USD | | | | 0.003341929600000 |
| | | | VETBULL | | | | 842.600000000000000 |
| | | | XTZBULL | | | | 3,767.248200000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 45171 | Name on file | FTX Trading Ltd. | DOT-PERP | 0.000000000000017 | FTX Trading Ltd. | 0.000000000000017 |
| | | | LINK-PERP | 0.000000000000000 | | -0.000000000000024 |
| | | | SOL-PERP | 0.000000000000000 | | -0.000000000000007 |
| | | | TRX | 0.000777000000000 | | 0.000777000000000 |
| | | | USD | 6,514.952753110850000 | | 6,514.952753110850000 |
| | | | USDT | 6,514,952,753,110,851.000000000000000 | | 0.000000006490495 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 26140 | Name on file | FTX Trading Ltd. | BNB | | FTX Trading Ltd. | 0.000000002800000 |
| | | | BRZ | 61,007,802.000000000000000 | | 0.000000006100780 |
| | | | BTC | 44,976,580,000,000.000000000000000 | | 0.004497658000000 |
| | | | ETH | 339,956,800,000,000.000000000000000 | | 0.033995680000000 |
| | | | ETHW | 279,967,600,000,000.000000000000000 | | 0.027996760000000 |
| | | | LINK | 3.300000000000000 | | 3.300000000000000 |
| | | | SOL | 0.000000004000000 | | 0.000000004000000 |
| | | | USD | 59.195041511802512 | | 59.195041511802500 |
| | | | USDT | 1.301287385436671 | | 1.301287385436670 |
| | | | XRP | 40,157,941.000000000000000 | | 0.000000004015794 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 36306 | Name on file | FTX Trading Ltd. | BNB | 0.195482093653994 | FTX Trading Ltd. | 0.195482093653994 |
| | | | BTC | 0.000000001800000 | | 0.000000001800000 |
| | | | ETH | 0.000000008979950 | | 0.000000008979950 |
| | | | FTT | 189,679,595,760,000,000.000000000000000 | | 18.967959576000000 |
| | | | TONCOIN | 124.859353120000000 | | 124.859353120000000 |
| | | | USD | 21,439,981,699,215.000000000000000 | | 0.002143998169921 |
| | | | USDT | 48.116472424167067 | | 48.116472424167100 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 46824 | Name on file | West Realm Shires Services Inc. | AUD | 472,487,110,141,900.000000000000000 | West Realm Shires Services Inc. | 0.472458711014190 |
| | | | BCH | 82,950,100.000000000000000 | | 0.000000008295010 |
| | | | BTC | 10,000,000.000000000000000 | | 0.000000001000000 |
| | | | USD | 109,776,047,083,533,233.000000000000000 | | 1.097760470835320 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 8680 | Name on file | FTX EU Ltd. | ADABULL | 35,961,715.000000000000000 | FTX Trading Ltd. | 359.617150007000000 |
| | | | ATOMBULL | | | 2,904,898.500000000000000 |
| | | | BTC | | | 0.000000009064850 |
| | | | CHF | 0.000000005559017 | | 0.000000005559017 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|
| | | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
| | | | DOGEBULL | | | 1,157.039800000000000 |
| | | | ETHBULL | | | 13.197903300000000 |
| | | | FTT | 131,979,033.000000000000000 | | 0.000000002689976 |
| | | | LINKBULL | | | 255,904.430000000000000 |
| | | | LUNA2 | | | 0.400139159700000 |
| | | | LUNA2_LOCKED | | | 0.933658039300000 |
| | | | MATICBULL | | | 55,806.102000000000000 |
| | | | SUSHIBULL | | | 887.600000000000000 |
| | | | USD | 90.528295351728400 | | 90.528295351728400 |
| | | | USDT | | | 0.000000001888179 |
| | | | VETBULL | 558.860160000000000 | | 558,860.160000000000000 |
| | | | XRPBULL | | | 2,519,450.900000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts. In addition, the Debtor entity against which the Proof of Claim is asserted should be modified from the Debtor identified in the Asserted Claims to the Debtor identified in the Modified Claim section.

| 76254 | Name on file | FTX Trading Ltd. | ALICE-PERP | | FTX Trading Ltd. | -0.000000000000113 |
| | | | AXS-PERP | | | 0.000000000000000 |
| | | | BCH-PERP | | | 0.000000000000000 |
| | | | BNB-PERP | | | 0.000000000000000 |
| | | | BSV-PERP | | | 0.000000000000012 |
| | | | DASH-PERP | | | 0.000000000000000 |
| | | | DYDX-PERP | | | 0.000000000000071 |
| | | | EOS-PERP | | | -0.000000000000056 |
| | | | ETC-PERP | | | 0.000000000000000 |
| | | | ETH-PERP | | | 0.000000000000000 |
| | | | EXCH-PERP | | | 0.000000000000000 |
| | | | FIL-PERP | | | -0.000000000000106 |
| | | | FLOW-PERP | | | -0.000000000000277 |
| | | | FTT-PERP | | | -0.000000000000007 |
| | | | ICP-PERP | | | -0.000000000000003 |
| | | | LTC-PERP | | | -0.000000000000005 |
| | | | MVDA10-PERP | | | 0.000000000000000 |
| | | | NEO-PERP | | | -0.000000000000022 |
| | | | USD | 13,538.712889515639286 | | 13,538.712889515600000 |
| | | | USDT | 103,088,566.000000000000000 | | 0.000000010308856 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 30146 | Name on file | FTX Trading Ltd. | BTC | | FTX Trading Ltd. | 0.024799910695078 |
| | | | BULL | 2,479,991.000000000000000 | | 0.000000000000000 |
| | | | ETHW | 1.000000000000000 | | 1.000000000000000 |
| | | | EUR | | | 0.000000012451662 |
| | | | FTT | 1.044980610000000 | | 1.044980614300000 |
| | | | LUNC-PERP | | | 0.000000000000007 |
| | | | SOL | 0.039732470000000 | | 0.039732473118742 |
| | | | USD | 2.830000000000000 | | 2.829442904340520 |
| | | | USDT | | | 0.000000009605598 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| | | | Asserted Claims | | | Modified Claim | |
|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Tickers | Ticker Quantity | | Debtor | Ticker Quantity |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 31334 | Name on file | FTX Trading Ltd. | ETH | 34,321.000000000000000 | FTX Trading Ltd. | 0.000343210000000 |
| | | | LTC | 785,894.000000000000000 | | 0.007858940000000 |
| | | | LUNA2 | 6.000000000000000 | | 0.000000035719516 |
| | | | LUNA2_LOCKED | | | 0.000000083345539 |
| | | | USD | 1.000000000000000 | | 0.007474462107324 |
| | | | USDT | 105,005.000000000000000 | | 1,050.049376736020000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 22892 | Name on file | FTX Trading Ltd. | BTC | 4,735.000000000000000 | FTX Trading Ltd. | 0.473500000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 21853 | Name on file | FTX Trading Ltd. | ALGO | | FTX Trading Ltd. | 1,122.884402720000000 |
| | | | ALGORAND (ALGO) | 1,122.884402720000000 | | 0.000000000000000 |
| | | | APE | 36.592369230000000 | | 36.592369230000000 |
| | | | ATOM | 2.715614750000000 | | 2.715614750000000 |
| | | | AUDIO | | | 1,292.386653510000000 |
| | | | AUDIUS (AUDIO) | 1,292.386653510000000 | | 0.000000000000000 |
| | | | BTC | 0.100931570000000 | | 0.100931570000000 |
| | | | CHZ | 33.356224030000000 | | 33.356224030000000 |
| | | | DOT | 24.350829260000000 | | 24.350829260000000 |
| | | | ETH | 0.009308180000000 | | 0.009308180000000 |
| | | | FTM | 39.095687100000000 | | 39.095687100000000 |
| | | | FTT | 47.385597630000000 | | 47.385597630000000 |
| | | | MANA | 202.517827460000000 | | 202.517827460000000 |
| | | | MATIC | 4.494842350000000 | | 4.494842350000000 |
| | | | RAY | 230.131100520000000 | | 230.131100520000000 |
| | | | SOL | 15.017472820000000 | | 15.017472820000000 |
| | | | SXP | 230.956550890000000 | | 230.956550890000000 |
| | | | USD | 543,993,283,730,000.000000000000000 | | 54.399328373000000 |
| | | | USDT | 26.788716411979300 | | 26.788716411979300 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 21920 | Name on file | FTX Trading Ltd. | BTC-PERP | | FTX Trading Ltd. | 0.000000000000000 |
| | | | SOL | 10,358,601.000000000000000 | | 103.586010000022000 |
| | | | USD | 324,034.000000000000000 | | 3,240.340040698760000 |
| | | | USDT | | | 0.000000004000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 17940 | Name on file | FTX Trading Ltd. | BTC | 30,000.000000000000000 | FTX Trading Ltd. | 0.791172691720500 |
| | | | DOGE | | | 2,617.481878780000000 |
| | | | ETH | 30,000.000000000000000 | | 9.887549687100000 |
| | | | ETHW | | | 9.887549687100000 |
| | | | SOL | | | 2.428445970000000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | USD | | | 0.000055523309352 |
| | | | USDT | | | 0.000042476994697 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 83009 | Name on file | FTX Trading Ltd. | SOL | 8,998,200,000,000,000.000000000000000 | FTX Trading Ltd. | 0.899820000000000 |
| | | | USD | 1.957400000000000 | | 1.957400000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 31464 | Name on file | FTX Trading Ltd. | AXELAR (WAXL) | 200.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | EUR | | | 0.000000005357962 |
| | | | LTC | 14,097,321.000000000000000 | | 1.409732100000000 |
| | | | USD | | | 0.000000004340840 |
| | | | USDT | 2,551.000000000000000 | | 25.514636667199700 |
| | | | WAXL | | | 200.000000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 42957 | Name on file | FTX Trading Ltd. | USD | 127,162,000.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | USDT | | | 127,162.000000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 62659 | Name on file | FTX Trading Ltd. | PUNDIX-PERP | 253,000,000.000000000000000 | FTX Trading Ltd. | 0.000000000000000 |
| | | | USD | 0.284472071000000 | | 0.284472071000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 84373 | Name on file | West Realm Shires Services Inc. | | | West Realm Shires Services Inc. | |
| | | | BAT | 1.000000000000000 | | 1.000000000000000 |
| | | | BRZ | 2.000000000000000 | | 2.000000000000000 |
| | | | BTC | 10,068.150000000000000 | | 0.216929910000000 |
| | | | DOGE | 8,085.903191120000000 | | 8,085.903191120000000 |
| | | | TRX | 1.000000000000000 | | 1.000000000000000 |
| | | | USD | 10.001721034864600 | | 10.001721034864600 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 71293 | Name on file | FTX Trading Ltd. | IMX | 166,150.000000000000000 | FTX Trading Ltd. | 0.000000000016615 |
| | | | TONCOIN | 7.999500538190972 | | 7.999500538190970 |
| | | | USD | 7,338,265,008,749,315.000000000000000 | | 0.733826500874932 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| Claim Number | Name | Debtor | Tickers | Ticker Quantity | Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 26841 | Name on file | FTX Trading Ltd. | ETH | 369,926.000000000000000 | FTX Trading Ltd. | 0.369926000000000 |
| | | | EUR | | | 0.500000000000000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| | | | | | | |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 80536 | Name on file | West Realm Shires Services Inc. | | | West Realm Shires Services Inc. | |
| | | | BTC | 10,000.000000000000000 | | 0.264932790000000 |
| | | | CUSDT | | | 2.000000000000000 |
| | | | DOGE | | | 2.000019800000000 |
| | | | GRT | | | 1.000000000000000 |
| | | | TRX | | | 2.000000000000000 |
| | | | USD | 10,000.000000000000000 | | 9,996.004557179440000 |
| | | | USDT | | | 2.000000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 33942 | Name on file | FTX Trading Ltd. | AURY | 3.000000000000000 | FTX Trading Ltd. | 3.000000000000000 |
| | | | SOL | 4,499,696.000000000000000 | | 0.449969600000000 |
| | | | USD | 53.000000000000000 | | 0.533939770262500 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 84670 | Name on file | FTX Trading Ltd. | BTC | 16,957,005,610.000000000000000 | FTX Trading Ltd. | 0.105869320000000 |
| | | | EUR | | | 0.000001789262496 |
| | | | HOLY | | | 1.000000000000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 84514 | Name on file | FTX Trading Ltd. | APE | 3.251238574150480 | FTX Trading Ltd. | 3.251238574150480 |
| | | | BNB | 104.739797600000000 | | 0.429287096111771 |
| | | | BNB-PERP | 432.000000000000000 | | 0.000000000000000 |
| | | | BULL | 0.000000009000000 | | 0.000000009000000 |
| | | | ETHW | 0.018299450000000 | | 0.018299450000000 |
| | | | FTT | 1,574.303050110420000 | | 1,001.000000010430000 |
| | | | LUNA2 | 112.511644000000000 | | 112.511644000000000 |
| | | | LUNA2_LOCKED | 262.527169400000000 | | 262.527169400000000 |
| | | | SRM | 31.150206340000000 | | 31.150206340000000 |
| | | | SRM_LOCKED | 329.834494360000000 | | 329.834494360000000 |
| | | | USD | 70,002.298065511600000 | | 70,002.298065511600000 |
| | | | USDT | 84.145470312091200 | | 84.145470312091200 |
| | | | USTC | 0.000000008420620 | | 0.000000008420620 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

| 32981 | Name on file | FTX Trading Ltd. | AVAX | | FTX Trading Ltd. | 0.026400000000000 |
| | | | DOT | | | 0.030220000000000 |
| | | | LTC | 8,461,582.000000000000000 | | 8.461582000000000 |
| | | | SOL | | | 0.006008000000000 |
| | | | TRX | 1.000905582000000 | | 1,000.905582000000000 |
| | | | USD | 7.250000000000000 | | 7.250724465050000 |
| | | | USDT | 44.380710000000000 | | 44,380.708706472500000 |

**Seventh Omnibus Claims Objection**
**Schedule 1 - Modified Claims**

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claim Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| \multicolumn{7}{l}{**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.} |
| 79770 | Name on file | FTX Trading Ltd. | GENE | | FTX Trading Ltd. | 2.299600000000000 |
| | | | GENE U$ 43 | 2,374,464,815,018,114.000000000000000 | | 0.000000000000000 |
| | | | GOG | | | 39.992000000000000 |
| | | | GOG U$ 25 | 4,225,470,430,107,527.000000000000000 | | 0.000000000000000 |
| | | | HNT | | | 0.499900000000000 |
| | | | HNT U$ 15 | 1,042,127,071,823,204.000000000000000 | | 0.000000000000000 |
| | | | LUNA2 | | | 0.055876520460000 |
| | | | LUNA2_LOCKED | | | 0.130378547700000 |
| | | | LUNA U$ 20 | 1,680,672,268,907,563.000000000000000 | | 0.000000000000000 |
| | | | LUNC | | | 0.180000000000000 |
| | | | SAND | 7,042,253,521,126,761.000000000000000 | | 0.999800000000000 |
| | | | USD | | | 0.988889530000000 |

**Reason:** The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.