02/01/2024

# IN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,1
Debtors.

Chapter 11

CASE NO.: 22-11068 (JTD)

RECEIVED 2024 FEB -5 AM 11:03 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## CLAIMANTS OBJECTION TO MODIFIED CLAIM SET BY FTX TRADING LTD.

**Debtors:**

FTX Trading LTD.

**Claimant:**

Lesley Zut

# I. Introduction

This document serves as a formal statement by Lesley Zut, hereinafter referred to as the "Claimant," regarding a dispute concerning the claim amount in the FTX Bankruptcy Estate under claim number ▮▮▮▮▮. The Claimant asserts that the information provided by FTX Trading LTD, hereinafter referred to as the "Debtors", is inaccurate, necessitating a correction to reflect the actual end balance.

**Claimant's information**

- Name:       Lesley Zut
- Address:    97-A13 Rijtuigenhof
              Amsterdam, 1054 NB
              The Netherlands
- Phone no.:  +31 (0)6 10 77 83 31
- Email:      cryptolesley@gmail.com
- Claim no.:  ▮▮▮▮▮

02/01/2024

## II. Background

1. The Claimant was a customer of FTX, which underwent chapter 11 bankruptcy proceedings.
2. Holdings at the time of bankruptcy led to a claim on the Debtors.
3. The Claimant disputes the accuracy of the claim presented by the Debtors and filed an amended claim on the 14th of August 2023
4. The Debtors, on the 23rd of January 2024, denied the amended claim citing an "Overstated claim" as the reason for rejection.

## III. Discrepancy in End Balances

According to the Debtors, the final balances of the claim is as follows:

- ETH: 8.754719901000000
- FTT: 1,000.525715234280000
- SRM: 2.684831720000000
- SRM_LOCKED: 864.779272010000000
- TRX: 2,021,336.000000010000000
- USD: 50,000.170599557800000

The Claimant contends that the accurate end balances of the claim is:

- ETH: 8.754719901000000
- FTT: 751.025700000000000
- SRM: 2.684831720000000
- SRM_LOCKED: 864.779272010000000
- TRX: 0
- USD: 600,785.910000000000000

*Note: Near-zero balances of certain coins have been excluded from this comparison for the sake of clarity.*

The discrepancy arises from the sale of assets on the 11th of November 2022, where 2,021,336 TRX tokens and 249.5 FTT tokens were sold, resulting in net proceeds differing from the FTX-provided figures.

To support this claim, four attachments are added to this document.

**Attachment I: "Overview of transactions"**
This attachment shows an overview of the sale of TRX and FTT tokens with a sum of total tokens sold, total sale proceeds, total fees and total net sale proceeds.

02/01/2024

**Attachment II: "Transaction details"**
This attachment shows the final transactions on the account, containing the TRX and FTT sales, backing the overview made in Attachment I. For these transactions, the following applies:

1. These transactions are downloaded from the FTX Claims Portal ([https://claims.ftx.com/](https://claims.ftx.com/)), meaning these transactions are included in the FTX database
2. These are the final transactions made on the account, meaning no other transactions were made either during or after these transactions
3. Every transaction contains a unique "ID" verifiable by the FTX estate
4. All timestamps are in EST (Eastern Standard Time)

**Attachment III: "Screenshot of final 200 transactions"**
This attachment shows screenshots of the final 200 transactions, containing the TRX and FTT sales, taken from the FTX Claims Portal ([https://claims.ftx.com/](https://claims.ftx.com/)), providing additional proof of the transactions' validity.

**Attachment IV: "Mobile screenshot of account's end balance"**
This attachment shows a mobile screenshot of the end balance, taken before FTX shut down its website and mobile app.

# IV. Transaction Details

TRX Transactions:
- Quantity: 2,021,336 TRX
- Sale Proceeds: $550,777.64
- Net of Sales: $550,516.15 (after deducting fees)

FTT Transactions:
- Quantity: 249.5 FTT
- Sale Proceeds: $554.56
- Net of Sales: $554.31 (after deducting fees)

# V. Claimant's Assertion

The total transactions evidence that tokens were sold for a total of $551,060. As these constitute the final transactions on the account, the Claimant asserts that the end balance of USD on the account should, at a minimum, reflect $551,060 - five hundred and fifty-one thousand, and sixty dollars.

02/01/2024

## VI. Conclusion

This statement serves as a formal notification of the Claimant's position on the discrepancy in the final holdings. The provided attachments substantiate the claim, and the Claimant seeks a thorough review and correction of the final holdings.

The end balances of the claim should reflect the balances stated by the Claimant in "III Discrepancy in End Balances". To avoid another rejection because of "Overstated", the Claimant would agree to a change in USD end balance of $551,060, the sum of the last transactions, instead of $600,785, if necessary.

Full Claimant's Name:   Lesley Zut
Date:                   02/01/2024

## Attachment I: "Overview of transactions"

| Market  | Side | Size    | Price | Total      | Fee          | Total after fee |
|---------|------|---------|-------|------------|--------------|-----------------|
| FTT/USD | sell | 249.5   |       | 544.5691   | 0.2586703225 | 544.3104297     |
| TRX/USD | sell | 2021336 |       | 550777.6488| 261.4888888  | 550516.1599     |
|         |      |         | Total | 551322.2179| 261.7475591  | 551060.4704     |

# Attachment II: "Transaction details"

| ID | Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Currency | TWAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929877545 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 89.4 | 2.182 | 195.0708 | 0.09265863 | USD | FALSE |
| 10929877543 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.1 | 2.183 | 0.2183 | 0.0001036925 | USD | FALSE |
| 10929877541 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.4 | 2.183 | 0.8732 | 0.00041477 | USD | FALSE |
| 10929877539 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 0.1 | 2.183 | 0.2183 | 0.0001036925 | USD | FALSE |
| 10929877537 | 11/11/2022, 21:16:46 | FTT/USD | sell | Market | 159.5 | 2.183 | 348.1885 | 0.1653895375 | USD | FALSE |
| 10929873541 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 569571 | 0.27 | 153784.17 | 73.04748075 | USD | FALSE |
| 10929873539 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27 | 0.27 | 0.00012825 | USD | FALSE |
| 10929873537 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 200 | 0.27 | 54 | 0.02565 | USD | FALSE |
| 10929873535 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1454 | 0.27 | 392.58 | 0.1864755 | USD | FALSE |
| 10929873533 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 315722 | 0.27 | 85244.94 | 40.4913465 | USD | FALSE |
| 10929873531 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 715 | 0.2700025 | 193.0517875 | 0.09169959906 | USD | FALSE |
| 10929873529 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 55 | 0.2700525 | 14.8528875 | 0.007055121563 | USD | FALSE |
| 10929873527 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2700775 | 0.8102325 | 0.0003848604375 | USD | FALSE |
| 10929873525 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.2703 | 0.5406 | 0.000256785 | USD | FALSE |
| 10929873523 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3729 | 0.2703375 | 1008.088538 | 0.4788420553 | USD | FALSE |
| 10929873521 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD | FALSE |
| 10929873519 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD | FALSE |
| 10929873517 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2704575 | 0.2704575 | 0.0001284673125 | USD | FALSE |
| 10929873515 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 10000 | 0.270475 | 2704.75 | 1.28475625 | USD | FALSE |
| 10929873513 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.27051 | 29.7561 | 0.0141341475 | USD | FALSE |
| 10929873511 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 15000 | 0.27071 | 4060.65 | 1.92880875 | USD | FALSE |
| 10929873509 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.2707125 | 10.0163625 | 0.004757772188 | USD | FALSE |
| 10929873507 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4017 | 0.270715 | 1087.462155 | 0.5165445236 | USD | FALSE |
| 10929873505 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD | FALSE |
| 10929873503 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD | FALSE |
| 10929873501 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27091 | 1161.93299 | 0.5519181703 | USD | FALSE |
| 10929873499 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.271005 | 29.81055 | 0.01416001125 | USD | FALSE |
| 10929873497 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3334 | 0.2711875 | 904.139125 | 0.4294660844 | USD | FALSE |
| 10929873495 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.27141 | 14.65614 | 0.0069616665 | USD | FALSE |
| 10929873493 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.271415 | 0.271415 | 0.000128922125 | USD | FALSE |
| 10929873491 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27142 | 6305.90086 | 2.995302909 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929873489 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.271425 | 271.425 | 0.128926875 | USD | FALSE |
| 10929873487 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 722 | 0.27143 | 195.97246 | 0.0930869185 | USD | FALSE |
| 10929873485 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1445 | 0.271455 | 392.252475 | 0.1863199256 | USD | FALSE |
| 10929873483 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4 | 0.2716 | 1.0864 | 0.00051604 | USD | FALSE |
| 10929873481 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 241 | 0.2717 | 65.4797 | 0.0311028575 | USD | FALSE |
| 10929873479 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 19 | 0.2717725 | 5.1636775 | 0.002452746813 | USD | FALSE |
| 10929873477 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27187 | 27.187 | 0.012913825 | USD | FALSE |
| 10929873475 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 41 | 0.27193 | 11.14913 | 0.00529583675 | USD | FALSE |
| 10929873473 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1000 | 0.27195 | 271.95 | 0.12917625 | USD | FALSE |
| 10929873471 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2970 | 0.2720375 | 807.951375 | 0.3837769031 | USD | FALSE |
| 10929873469 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 551 | 0.27225 | 150.00975 | 0.07125463125 | USD | FALSE |
| 10929873467 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27237 | 0.27237 | 0.00012937575 | USD | FALSE |
| 10929873465 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.27265 | 0.5453 | 0.0002590175 | USD | FALSE |
| 10929873463 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.272775 | 14.72985 | 0.00699667875 | USD | FALSE |
| 10929873461 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2562 | 0.27289 | 699.14418 | 0.3320934855 | USD | FALSE |
| 10929873459 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27294 | 27.294 | 0.01296465 | USD | FALSE |
| 10929873457 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.27316 | 10.10692 | 0.004800787 | USD | FALSE |
| 10929873455 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.273325 | 0.273325 | 0.000129829375 | USD | FALSE |
| 10929873453 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27346 | 1172.86994 | 0.5571132215 | USD | FALSE |
| 10929873451 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 6 | 0.2735475 | 1.641285 | 0.000779610375 | USD | FALSE |
| 10929873449 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2224 | 0.27374 | 608.79776 | 0.289178936 | USD | FALSE |
| 10929873447 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 42 | 0.2738925 | 11.503485 | 0.005464155375 | USD | FALSE |
| 10929873445 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 54 | 0.2741475 | 14.803965 | 0.007031883375 | USD | FALSE |
| 10929873443 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1928 | 0.27415 | 528.5612 | 0.25106657 | USD | FALSE |
| 10929873441 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27428 | 0.27428 | 0.000130283 | USD | FALSE |
| 10929873439 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2744 | 0.8232 | 0.00039102 | USD | FALSE |
| 10929873437 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1600 | 0.2744 | 439.04 | 0.208544 | USD | FALSE |
| 10929873435 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27448 | 6376.99384 | 3.029072074 | USD | FALSE |
| 10929873433 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1836 | 0.2745925 | 504.15183 | 0.2394721193 | USD | FALSE |
| 10929873431 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD | FALSE |
| 10929873429 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 275 | 0.55 | 0.00026125 | USD | FALSE |
| 10929873427 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD | FALSE |
| 10929873425 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 109 | 0.2754 | 30.0186 | 0.014258835 | USD | FALSE |
| 10929873423 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1468 | 0.2754425 | 404.34959 | 0.1920660553 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929873421 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.2755275 | 14.6029575 | 0.006936404813 | USD | FALSE |
| 10929873419 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 37 | 0.27563 | 10.19831 | 0.00484419725 | USD | FALSE |
| 10929873417 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 31 | 0.27563 | 8.54453 | 0.00405865175 | USD | FALSE |
| 10929873415 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 110 | 0.27564 | 30.3204 | 0.01440219 | USD | FALSE |
| 10929873413 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 40 | 0.275805 | 11.0322 | 0.005240295 | USD | FALSE |
| 10929873411 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27595 | 27.595 | 0.013107625 | USD | FALSE |
| 10929873409 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4289 | 0.27602 | 1183.84978 | 0.5623286455 | USD | FALSE |
| 10929873407 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD | FALSE |
| 10929873405 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.2769125 | 14.6763625 | 0.006971272188 | USD | FALSE |
| 10929873403 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1664 | 0.276915 | 460.78656 | 0.218873616 | USD | FALSE |
| 10929873401 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2771125 | 0.8313375 | 0.0003948853125 | USD | FALSE |
| 10929873399 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD | FALSE |
| 10929873397 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2772 | 0.8316 | 0.00039501 | USD | FALSE |
| 10929873395 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 2 | 0.27735 | 0.5547 | 0.0002634825 | USD | FALSE |
| 10929873393 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 23233 | 0.27755 | 6448.31915 | 3.062951596 | USD | FALSE |
| 10929873391 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 100 | 0.27762 | 27.762 | 0.01318695 | USD | FALSE |
| 10929873389 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 261 | 0.2779975 | 72.5573475 | 0.03446474006 | USD | FALSE |
| 10929873387 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 72 | 278 | 20.016 | 0.0095076 | USD | FALSE |
| 10929873385 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 103274 | 278 | 28710.172 | 13.6373317 | USD | FALSE |
| 10929873383 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 67 | 0.278005 | 18.626335 | 0.008847509125 | USD | FALSE |
| 10929873381 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 10 | 0.278005 | 2.78005 | 0.00132052375 | USD | FALSE |
| 10929873379 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.278105 | 0.278105 | 0.000132099875 | USD | FALSE |
| 10929873377 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 36 | 0.2781225 | 10.01241 | 0.00475589475 | USD | FALSE |
| 10929873375 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 53 | 0.278305 | 14.750165 | 0.007006328375 | USD | FALSE |
| 10929873373 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.27906 | 0.27906 | 0.0001325535 | USD | FALSE |
| 10929873371 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 26 | 0.27906 | 7.25556 | 0.003446391 | USD | FALSE |
| 10929873369 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 3 | 0.2790775 | 0.8372325 | 0.0003976854375 | USD | FALSE |
| 10929873367 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 4 | 0.2790825 | 1.11633 | 0.00053025675 | USD | FALSE |
| 10929873365 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 22 | 0.279145 | 6.14119 | 0.00291706525 | USD | FALSE |
| 10929873363 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 1 | 0.280015 | 0.280015 | 0.000133007125 | USD | FALSE |
| 10929873361 | 11/11/2022, 21:15:45 | TRX/USD | sell | Market | 67 | 0.2800175 | 18.7611725 | 0.008911556938 | USD | FALSE |
| 10929860957 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 245675 | 0.27 | 66332.25 | 31.50781875 | USD | FALSE |
| 10929860955 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1454 | 0.2700025 | 392.583635 | 0.1864772266 | USD | FALSE |
| 10929860953 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 55 | 0.2700525 | 14.8528875 | 0.007055121563 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929860951 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2700775 | 0.8102325 | 0.0003848604375 | USD | FALSE |
| 10929860949 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2703 | 0.5406 | 0.000256785 | USD | FALSE |
| 10929860947 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.270375 | 270.375 | 0.128428125 | USD | FALSE |
| 10929860945 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10 | 0.2704225 | 2.704225 | 0.001284506875 | USD | FALSE |
| 10929860943 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 113 | 0.2704475 | 30.5605675 | 0.01451626956 | USD | FALSE |
| 10929860941 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2704575 | 0.2704575 | 0.0001284673125 | USD | FALSE |
| 10929860939 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 110 | 0.27051 | 29.7561 | 0.0141341475 | USD | FALSE |
| 10929860937 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3738 | 0.27059 | 1011.46542 | 0.4804460745 | USD | FALSE |
| 10929860935 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 5 | 0.27059 | 1.35295 | 0.00064265125 | USD | FALSE |
| 10929860933 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 37 | 0.2707125 | 10.0163625 | 0.004757772188 | USD | FALSE |
| 10929860931 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2707125 | 0.541425 | 0.000257176875 | USD | FALSE |
| 10929860929 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.2709 | 270.9 | 0.1286775 | USD | FALSE |
| 10929860927 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4289 | 0.27091 | 1161.93299 | 0.5519181703 | USD | FALSE |
| 10929860925 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 133 | 0.2709825 | 36.0406725 | 0.01711931944 | USD | FALSE |
| 10929860923 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 9225 | 271 | 2499.975 | 1.187488125 | USD | FALSE |
| 10929860921 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 11111 | 271 | 3011.081 | 1.430263475 | USD | FALSE |
| 10929860919 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 110 | 0.271005 | 29.81055 | 0.01416001125 | USD | FALSE |
| 10929860917 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3688 | 0.2711125 | 999.8629 | 0.4749348775 | USD | FALSE |
| 10929860915 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3717 | 0.271235 | 1008.180495 | 0.4788857351 | USD | FALSE |
| 10929860913 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10000 | 0.27125 | 2712.5 | 1.2884375 | USD | FALSE |
| 10929860911 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 944 | 0.2714 | 256.2016 | 0.12169576 | USD | FALSE |
| 10929860909 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.27141 | 14.65614 | 0.0069616665 | USD | FALSE |
| 10929860907 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.271415 | 0.271415 | 0.000128922125 | USD | FALSE |
| 10929860905 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 23233 | 0.27142 | 6305.90086 | 2.995302909 | USD | FALSE |
| 10929860903 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.271425 | 271.425 | 0.128926875 | USD | FALSE |
| 10929860901 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3357 | 0.27144 | 911.22408 | 0.432831438 | USD | FALSE |
| 10929860899 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 278 | 0.2714425 | 75.461015 | 0.03584398213 | USD | FALSE |
| 10929860897 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10000 | 0.271575 | 2715.75 | 1.28998125 | USD | FALSE |
| 10929860895 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 41 | 0.2716175 | 11.1363175 | 0.005289750813 | USD | FALSE |
| 10929860893 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27187 | 27.187 | 0.012913825 | USD | FALSE |
| 10929860891 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 41 | 0.27193 | 11.14913 | 0.00529583675 | USD | FALSE |
| 10929860889 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.27195 | 271.95 | 0.12917625 | USD | FALSE |
| 10929860887 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1838 | 272 | 499.936 | 0.2374696 | USD | FALSE |
| 10929860885 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 554 | 0.27225 | 150.8265 | 0.0716425875 | USD | FALSE |

| ID | Date | Pair | Side | Type | Amount | Price | Total | Fee | Currency | Flag |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929860883 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2942 | 0.2722925 | 801.084535 | 0.3805151541 | USD | FALSE |
| 10929860881 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 112 | 0.2723325 | 30.50124 | 0.014488089 | USD | FALSE |
| 10929860879 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.27237 | 0.27237 | 0.00012937575 | USD | FALSE |
| 10929860877 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 7244 | 0.27241 | 1973.33804 | 0.937335569 | USD | FALSE |
| 10929860875 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.272475 | 272.475 | 0.129425625 | USD | FALSE |
| 10929860873 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 525 | 0.27252 | 143.073 | 0.067959675 | USD | FALSE |
| 10929860871 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.27265 | 0.5453 | 0.0002590175 | USD | FALSE |
| 10929860869 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4 | 0.2727375 | 1.09095 | 0.00051820125 | USD | FALSE |
| 10929860867 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 112 | 0.2727675 | 30.54996 | 0.014511231 | USD | FALSE |
| 10929860865 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.272775 | 14.72985 | 0.00699667875 | USD | FALSE |
| 10929860863 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 21 | 0.2729375 | 5.7316875 | 0.002722551563 | USD | FALSE |
| 10929860861 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27294 | 27.294 | 0.01296465 | USD | FALSE |
| 10929860859 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 273 | 273 | 0.129675 | USD | FALSE |
| 10929860857 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.2730025 | 0.546005 | 0.000259352375 | USD | FALSE |
| 10929860855 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2577 | 0.273145 | 703.894665 | 0.3343499659 | USD | FALSE |
| 10929860853 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 37 | 0.27316 | 10.10692 | 0.004800787 | USD | FALSE |
| 10929860851 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 10 | 0.2731625 | 2.731625 | 0.001297521875 | USD | FALSE |
| 10929860849 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.273325 | 0.273325 | 0.000129829375 | USD | FALSE |
| 10929860847 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4289 | 0.27346 | 1172.86994 | 0.5571132215 | USD | FALSE |
| 10929860845 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1000 | 0.273525 | 273.525 | 0.129924375 | USD | FALSE |
| 10929860843 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 6 | 0.2735475 | 1.641285 | 0.000779610375 | USD | FALSE |
| 10929860841 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 42 | 0.2738925 | 11.503485 | 0.005464155375 | USD | FALSE |
| 10929860839 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2261 | 0.273995 | 619.502695 | 0.2942637801 | USD | FALSE |
| 10929860837 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 73 | 0.27402 | 20.00346 | 0.0095016435 | USD | FALSE |
| 10929860835 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 52 | 0.2740225 | 14.24917 | 0.00676835575 | USD | FALSE |
| 10929860833 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 24 | 0.274065 | 6.57756 | 0.003124341 | USD | FALSE |
| 10929860831 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 54 | 0.2741475 | 14.803965 | 0.007031883375 | USD | FALSE |
| 10929860829 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.27428 | 0.27428 | 0.000130283 | USD | FALSE |
| 10929860827 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1662 | 0.2742825 | 455.857515 | 0.2165323196 | USD | FALSE |
| 10929860825 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 5 | 0.27432 | 1.3716 | 0.00065151 | USD | FALSE |
| 10929860823 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 4 | 0.274375 | 1.0975 | 0.0005213125 | USD | FALSE |
| 10929860821 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1600 | 0.2744 | 439.04 | 0.208544 | USD | FALSE |
| 10929860819 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 11029 | 0.27448 | 3027.23992 | 1.437938962 | USD | FALSE |
| 10929860817 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929860815 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 275 | 0.55 | 0.00026125 | USD | FALSE |
| 10929860813 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD | FALSE |
| 10929860811 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.27524 | 0.82572 | 0.000392217 | USD | FALSE |
| 10929860809 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD | FALSE |
| 10929860807 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1094 | 0.2762925 | 302.263995 | 0.1435753976 | USD | FALSE |
| 10929860805 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 267 | 0.27634 | 73.78278 | 0.0350468205 | USD | FALSE |
| 10929860803 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 364 | 0.276715 | 100.72426 | 0.0478440235 | USD | FALSE |
| 10929860801 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2771125 | 0.8313375 | 0.0003948853125 | USD | FALSE |
| 10929860799 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 2 | 0.277145 | 0.55429 | 0.00026328775 | USD | FALSE |
| 10929860797 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 635 | 0.277145 | 175.987075 | 0.08359386063 | USD | FALSE |
| 10929860795 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 721 | 0.2771475 | 199.8233475 | 0.09491609006 | USD | FALSE |
| 10929860793 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 3 | 0.2771475 | 0.8314425 | 0.0003949351875 | USD | FALSE |
| 10929860791 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD | FALSE |
| 10929860789 | 11/11/2022, 21:12:35 | TRX/USD | sell | Market | 38 | 0.27715 | 10.5317 | 0.0050025575 | USD | FALSE |
| 10929859845 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 12204 | 0.27448 | 3349.75392 | 1.591133112 | USD | FALSE |
| 10929859843 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23 | 0.27467 | 6.31741 | 0.00300076975 | USD | FALSE |
| 10929859841 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27475 | 27.475 | 0.013050625 | USD | FALSE |
| 10929859839 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27479 | 0.54958 | 0.0002610505 | USD | FALSE |
| 10929859837 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1863 | 0.2748475 | 512.0408925 | 0.2432194239 | USD | FALSE |
| 10929859835 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 19 | 0.274855 | 5.222245 | 0.002480566375 | USD | FALSE |
| 10929859833 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 275 | 275 | 0.000130625 | USD | FALSE |
| 10929859831 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 275 | 0.55 | 0.00026125 | USD | FALSE |
| 10929859829 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 5 | 275 | 1.375 | 0.000653125 | USD | FALSE |
| 10929859827 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 7272 | 275 | 1999.8 | 0.949905 | USD | FALSE |
| 10929859825 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 52851 | 275 | 14534.025 | 6.903661875 | USD | FALSE |
| 10929859823 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4526 | 275 | 1244.65 | 0.59120875 | USD | FALSE |
| 10929859821 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 17590 | 275 | 4837.25 | 2.29769375 | USD | FALSE |
| 10929859819 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 251314 | 275 | 69111.35 | 32.82789125 | USD | FALSE |
| 10929859817 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4429 | 0.275005 | 1217.997145 | 0.5785486439 | USD | FALSE |
| 10929859815 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 713 | 0.27502 | 196.08926 | 0.0931423985 | USD | FALSE |
| 10929859813 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 274 | 0.2750225 | 75.356165 | 0.03579417838 | USD | FALSE |
| 10929859811 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1427 | 0.2750225 | 392.4571075 | 0.1864171261 | USD | FALSE |
| 10929859809 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2752375 | 0.2752375 | 0.0001307378125 | USD | FALSE |
| 10929859807 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2753125 | 0.550625 | 0.000261546875 | USD | FALSE |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929859805 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 109 | 0.2754 | 30.0186 | 0.014258835 | USD | FALSE |
| 10929859803 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.2755275 | 14.6029575 | 0.006936404813 | USD | FALSE |
| 10929859801 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 37 | 0.27563 | 10.19831 | 0.00484419725 | USD | FALSE |
| 10929859799 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 110 | 0.27564 | 30.3204 | 0.01440219 | USD | FALSE |
| 10929859797 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1466 | 0.2757 | 404.1762 | 0.191983695 | USD | FALSE |
| 10929859795 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 89 | 0.2758 | 24.5462 | 0.011659445 | USD | FALSE |
| 10929859793 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.275805 | 11.0322 | 0.005240295 | USD | FALSE |
| 10929859791 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 8 | 0.27586 | 2.20688 | 0.001048268 | USD | FALSE |
| 10929859789 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.2759325 | 2.759325 | 0.001310679375 | USD | FALSE |
| 10929859787 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27595 | 27.595 | 0.013107625 | USD | FALSE |
| 10929859785 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2865 | 276 | 790.74 | 0.3756015 | USD | FALSE |
| 10929859783 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4289 | 0.27602 | 1183.84978 | 0.5623286455 | USD | FALSE |
| 10929859781 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2761925 | 0.2761925 | 0.0001311914375 | USD | FALSE |
| 10929859779 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1116 | 0.2765525 | 308.63259 | 0.1466004803 | USD | FALSE |
| 10929859777 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.2769125 | 14.6763625 | 0.006971272188 | USD | FALSE |
| 10929859775 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.2771475 | 0.2771475 | 0.0001316450625 | USD | FALSE |
| 10929859773 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.277165 | 0.831495 | 0.000394960125 | USD | FALSE |
| 10929859771 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27735 | 0.5547 | 0.0002634825 | USD | FALSE |
| 10929859769 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 762 | 0.2774025 | 211.380705 | 0.1004058349 | USD | FALSE |
| 10929859767 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23233 | 0.27755 | 6448.31915 | 3.062951596 | USD | FALSE |
| 10929859765 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27762 | 27.762 | 0.01318695 | USD | FALSE |
| 10929859763 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.27764 | 0.55528 | 0.000263758 | USD | FALSE |
| 10929859761 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 556 | 0.277805 | 154.45958 | 0.0733683005 | USD | FALSE |
| 10929859759 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 92 | 0.2778075 | 25.55829 | 0.01214018775 | USD | FALSE |
| 10929859757 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 367 | 0.277995 | 102.024165 | 0.04846147838 | USD | FALSE |
| 10929859755 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 403 | 0.2780025 | 112.0350075 | 0.05321662856 | USD | FALSE |
| 10929859753 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.278105 | 0.278105 | 0.000132099875 | USD | FALSE |
| 10929859751 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 41 | 0.27811 | 11.40251 | 0.00541619225 | USD | FALSE |
| 10929859749 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 36 | 0.2781225 | 10.01241 | 0.00475589475 | USD | FALSE |
| 10929859747 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.278305 | 14.750165 | 0.007006328375 | USD | FALSE |
| 10929859745 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4 | 0.2783075 | 1.11323 | 0.00052878425 | USD | FALSE |
| 10929859743 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.27831 | 11.1324 | 0.00528789 | USD | FALSE |
| 10929859741 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 503 | 0.2783125 | 139.9911875 | 0.06649581406 | USD | FALSE |
| 10929859739 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 4289 | 0.27857 | 1194.78673 | 0.5675236968 | USD | FALSE |

| ID | Date | Pair | Side | Type | Amount | Price | Total | Fee | Currency | Flag |
|---|---|---|---|---|---|---|---|---|---|---|
| 10929859737 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.27873 | 2.7873 | 0.0013239675 | USD | FALSE |
| 10929859735 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 6 | 0.27887 | 1.67322 | 0.0007947795 | USD | FALSE |
| 10929859733 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.27896 | 27.896 | 0.0132506 | USD | FALSE |
| 10929859731 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.27906 | 0.27906 | 0.0001325535 | USD | FALSE |
| 10929859729 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 264 | 0.27948 | 73.78272 | 0.035046792 | USD | FALSE |
| 10929859727 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2797 | 0.5594 | 0.000265715 | USD | FALSE |
| 10929859725 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 53 | 0.279705 | 14.824365 | 0.007041573375 | USD | FALSE |
| 10929859723 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 40 | 0.2797375 | 11.1895 | 0.0053150125 | USD | FALSE |
| 10929859721 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 107 | 0.2798675 | 29.9458225 | 0.01422426569 | USD | FALSE |
| 10929859719 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 2 | 0.2799875 | 0.559975 | 0.000265988125 | USD | FALSE |
| 10929859717 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 69471 | 0.28 | 19451.88 | 9.239643 | USD | FALSE |
| 10929859715 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1600 | 0.28 | 448 | 0.2128 | USD | FALSE |
| 10929859713 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 5 | 0.28 | 1.4 | 0.000665 | USD | FALSE |
| 10929859711 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.28 | 0.84 | 0.000399 | USD | FALSE |
| 10929859709 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 17 | 0.28 | 4.76 | 0.002261 | USD | FALSE |
| 10929859707 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10666 | 0.2800025 | 2986.506665 | 1.418590666 | USD | FALSE |
| 10929859705 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.280015 | 0.280015 | 0.000133007125 | USD | FALSE |
| 10929859703 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3 | 0.280335 | 0.841005 | 0.000399477375 | USD | FALSE |
| 10929859701 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 100 | 0.2805 | 28.05 | 0.01332375 | USD | FALSE |
| 10929859699 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 23233 | 0.28061 | 6519.41213 | 3.096720762 | USD | FALSE |
| 10929859697 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 36 | 0.28064 | 10.10304 | 0.004798944 | USD | FALSE |
| 10929859695 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 110 | 0.28076 | 30.8836 | 0.01466971 | USD | FALSE |
| 10929859693 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 1 | 0.28097 | 0.28097 | 0.00013346075 | USD | FALSE |
| 10929859691 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 52 | 0.2811125 | 14.61785 | 0.00694347875 | USD | FALSE |
| 10929859689 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 3989 | 0.28112 | 1121.38768 | 0.532659148 | USD | FALSE |
| 10929859687 | 11/11/2022, 21:12:20 | TRX/USD | sell | Market | 10 | 0.2811225 | 2.811225 | 0.001335331875 | USD | FALSE |

# Attachment III: Screenshots final 200 transactions









## Attachment IV: Mobile screenshot of account's end balance





```
LESLEY ZUT                          1 KG              1 OF 1
31610778331
LESLEY ZUT                    SHP#: W809 A7C9 LWK
RIJTUIGENHOF 97 A13           SHP WT: 0.5 KG
1054NB AMSTERDAM              DATE: 02 FEB 2024
NETHERLANDS

SHIP TO:
UNA O BOYLE
13022522900
US BANKRUPTCY COURT
MARKETSTREET 824
WILMINGTON DE 19801
UNITED STATES
```

DE 197 9-25

UPS SAVER                                1P
TRACKING #: 1Z W80 9A7 04 2821 5323

BILLING: P/P
DESC: Documents                         KEY

XOL 24.01.23    NV45 5.0A 01/2024

TR#: 1Z W80 9A7 04 2821 5323



Shipper agrees to the UPS Terms found at ww
centers. For international air carriage, the Wa
amended or Montreal Convention may apply
for loss or damage to cargo. International car
subject to the Convention on the Contract for
Carriage of Goods By Road. Except as otherw
international conventions or other mandatory
UPS's liability for damage, loss or delay
no stopping places agreed upon at the time
and UPS reserves the right to route the shipr
appropriate. Where allowed by law, shipper
forwarding agent for export control and custo
from the US, shipper certifies that the comm
software were exported from the US in acco
Administration Regulations. Diversion contra

Shipper's Signature: 

XOL 24.01.23

PS 4003 (versie 0713)

Lesley Zut
Rijtuigenhof 97 - A13
Amsterdam, 1054 NB
The Netherlands