IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., et al.,
                Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that, Canyon NZ-DOF Investing, L.P. hereby withdraws the Notice of Transfer of Claim Other than for Security from Fulcrum Credit Partners LLC, as Transferor, to Canyon NZ-DOF Investing, L.P. as Transferee, regarding the Claim Identified on Schedule F as #00405321, in the amount of 15.9522% of $229.212.00, filed on January 12, 2024 (Docket No. 5701).

**Canyon NZ-DOF Investing, L.P.**

By: _____
Name: _____
Title: _____
Email: _____
Date: _____

*James Pagnam*
*Authorized Signatory*