IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FTX TRADING LTD., et al.,<br>                              Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that, Canyon Distressed Opportunity Master Fund III, L.P. hereby withdraws the Notice of Transfer of Claim Other than for Security from Fulcrum Credit Partners LLC, as Transferor, to Canyon Distressed Opportunity Master Fund III, L.P. as Transferee, regarding the Claim Identified on Schedule F as #00405321, in the amount of 84.0478% of $229,212.00, filed on January 12, 2024 (Docket No. 5700).

**Canyon Distressed Opportunity Master Fund III, L.P.**

By: _____
Name: _____
Title: _____
Email: _____
Date: _____

*James Pagnam*
*Authorized Signatory*