**EXHIBIT A**

**Fee Period Receipts for Wintermute Asia PTE. Ltd.**

(attached)



## [Ext] Your trip confirmation (ORD - LGA)

**American Airlines** <no-reply@info.email.aa.com>  
To:  
Fri, Oct 6, 2023 at 11:22 AM



Issued: 6 October 2023

### Your trip confirmation and receipt

We charged £658.70 to your card ending in 7159 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

**Record Locator: FWWVKT**

**Tuesday, 10 October 2023**

| ORD | AA 314 |
| Chicago O'Hare | |
| 7:10 PM | |
| LGA | Seat: **15C** |
| New York La Guardia | Class: **Economy (M)** |
| 10:16 PM | Meals: |

**Thursday, 12 October 2023**

| LGA | AA 382 |
| New York La Guardia | |
| 8:29 PM | |
| ORD | Seat: **14B** |
| Chicago O'Hare | Class: **Economy (M)** |
| 10:16 PM | Meals: |

[ Manage your trip ]

## Your purchase

| | |
|---|---|
| New ticket (0012484815090) | £592.20 |
| [£528.00+ Taxes & carrier-imposed fees £64.20] | |
| Preferred seat (ORD-LGA) | £21.60 |
| Document #: (0010636772043) | |
| [£20.10+ Taxes & carrier-imposed fees £1.50] | |
| Main Cabin Extra (LGA-ORD) | £44.90 |
| Document #: (0010636772043) | |
| [£41.80+ Taxes & carrier-imposed fees £3.10] | |

**Total cost**     £658.70

## Your payment

Visa (ending 7159)     £658.70

Total paid     £658.70

## Bag information

**Checked Bag (Airport)**

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | $40.00 |

**Checked Bag (Online*)**

| | |
|---|---|
| 1st bag | No charge |
| 2nd bag | $40.00 |

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees
If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 4 hours) before departure.

Carry-on bags

| | |
|---|---|
| 1st carry-on | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| 2nd carry-on | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

   

Book a hotel » | Book a car » | Buy trip insurance » | AAVacations »



Contact us
Privacy policy

**Download the American app**

 

© American Airlines, Inc. All Rights Reserved. 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel. Once cancelled, your refund will be processed automatically.Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.



# Receipt

Hotels.com itinerary: ▮▮▮▮▮

Purchase date: 9 Oct 2023

## Booking details

**Club Quarters Hotel, Grand Central**

128 East 45th Street, New York, NY, 10017 United States of America

Check-in: 10 Oct 2023

Check-out: 12 Oct 2023

1 room x 2 nights

Suite, Kitchenette (One Room)

Booked for: David Shafer

## Payment details

Room price

| | |
|---|---|
| Tue, 10 Oct | £383.02 |
| Wed, 11 Oct | £418.16 |
| Taxes | £127.16 |
| **Total** | **£928.34** |
| | Paid |

Member's price: 14%

Prices shown after £130.42 savings

```
Luke's Lobster - Grand Central Terminal
         58 Grand Central Terminal
              New York, NY 10017
                 646-899-7400

Server: Onice B                      10/11/2023
Check: 2175                           06:43 PM

36
```

| Item | Price |
| --- | --- |
| Luke's Trio | $36.00 |
|   Lobster - 2oz @ 9.00 | |
|   Crab - 2oz @ 9.00 | |
|   Shrimp - 2oz @ 9.00 | |
|   Poppyseed Slaw @ 2.00 | |
|   Narragansett - Fresh Catch @ 7.00 | |
| Subtotal | $36.00 |
| NYC Sales Tax | $3.20 |
| Gratuity | $5.88 |
| **Total** | **$45.08** |
| Mastercard Tendered | $45.08 |

```
Transaction Type:                         Sale
Card Type:                              Credit
Card Number:                    ████████████
Reference:                            90227556
Authorization:                          71780Z
Host Response Code:                         00
Entry Mode:                      ContactlessIcc
Application Name:
Application Label:                  Mastercard
AID:                         A0000000041010
TC:              ARQC 28A5E82EFC7D2A9C
PINVerified:                             False
```

Dine In

 Gmail

## [Ext] Fwd: Your Tuesday evening trip with Uber
1 message

**David Shafer**  　　　　　　　　　　　　　　　　　　　　Wed, Oct 11, 2023 at 2:22 PM
To:

David Shafer

---------- Forwarded message ----------
From: **Uber Receipts** <noreply@uber.com>
Date: Tue, Oct 10, 2023, 22:48
Subject: Your Tuesday evening trip with Uber
To:

# Uber

Total $48.93
October 10, 2023

## Thanks for riding, David

We hope you enjoyed your ride this evening.



## Total               $48.93

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

Trip fare              $31.93

| | |
|---|---|
| Subtotal | $31.93 |
| Queens Midtown Tunnel Westbound | $6.94 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| Sales Tax | $3.67 |
| NY State Black Car Fund | $1.14 |

Affiliated with ZOOM TRANSIT INC (B03407)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Mor

4.99 ★ Rating       Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



Rate or tip

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX       8.20 miles | 19 min

■ 10:28 PM

Terminal B, Flushing, NY 11371, US

10:48 PM

[128 E 45th St, New York City, NY 10017, US](#)



Report lost item >    Contact support >    My trips >

Forgot password

Privacy

Terms

Uber Technologies
[1515 3rd Street
San Francisco, CA 94158](#)



**[Ext] Fwd: Your Thursday evening trip with Uber**
1 message

Fri, Oct 13, 2023 at 9:59 PM
To:

---------- Forwarded message ---------
From: **Uber Receipts** <noreply@uber.com>
Date: Fri, Oct 13, 2023 at 3:55 AM
Subject: Your Thursday evening trip with Uber
To:

# Uber

Total $62.92
October 12, 2023

## Thanks for riding, David

We hope you enjoyed your ride this evening.



## Total                                          $62.92

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

Trip fare                                          $64.20

| | |
|---|---|
| Subtotal | $64.20 |
| Shared Rides Match Savings | -$11.00 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $0.75 |
| NY State Black Car Fund | $1.53 |
| Sales Tax | $4.94 |

Payments



**AA MasterCard ••••4634**         $62.92
10/13/23 4:55 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

# You rode with Bhupendra

4.98 ★ Rating         Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

UberX    8.37 miles | 41 min

■ 6:00 PM
400 Park Ave, New York, NY 10022, US

6:41 PM
Terminal B, LaGuardia Airport (LGA), Queens, NY 11371, US



Report lost item     Contact support     My trips

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158