# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **FTX TRADING, LTD.,** *et al.*,[1] | Case No. 22-11068 (JTD) |
| **Debtors.** | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP hereby hereby withdraws its appearance on behalf of Dave Inc. in the above captioned Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that service of pleadings and notices in these cases, including CM/ECF electronic notification, upon the following counsel should be discontinued.

Joseph O. Larkin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Joseph.Larkin@Skadden.com

Lisa Laukitis, Esq.
Angeline Hwang, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: Lisa.Laukitis@Skadden.com
Email: Angeline.Hwang@Skadden.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel certifies that there is no controversy currently pending before the Court and that Dave Inc. consents to the withdrawal.

Dated: Wilmington, Delaware
February 6, 2024

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (I.D. No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Joseph.Larkin@Skadden.com

- and -

Lisa Laukitis, Esq.
Angeline Hwang, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: Lisa.Laukitis@Skadden.com
Email: Angeline.Hwang@Skadden.com

*Counsel to Dave Inc.*

**CERTIFICATE OF SERVICE**

I, Joseph O. Larkin, certify that on February 6, 2024, I caused the foregoing *Notice of Withdrawal of Appearance and Request for Removal from Service Lists* to be served by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in this case.

                                              */s/ Joseph O. Larkin*
                                              Joseph O. Larkin