# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtor. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves to the admission pro hac vice of Peter Behmke of Herbert Smith Freehills New York LLP, to represent Sin Wei "Sean" Tan, Wei Lin "Germaine" Tan, Weizheng Ye, and Nashon Loo Shun Liang in the above-captioned cases.

Dated: Wilmington, Delaware
February 6, 2024                **STEVENS & LEE, P.C.**

By:   */s/ Joseph H. Huston, Jr.*
     Joseph H. Huston, Jr. (No. 4035)
     919 North Market Street, Suite 1300
     Wilmington, DE  19801
     Telephone: (302) 425-3310
     Fax: (610) 371-7972
     Email: joseph.huston@stevenslee.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED POR HACE VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated February 6, 2024

*/s/ Peter Behmke*
Peter Behmke
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (917) 542-7611
Fax: (917) 542-7601
Email: peter.behmke@hsf.com