**1 | P a g e**

Date: 1/31/2024

RECEIVED

Name of Court: United States Bankruptcy Court for the District of Delaware 2024 FEB -6  AM 10: 49

Name of Debtor: FTX TRADING LTD.

CLERK
U.S. BANKRUPTCY COURT
DIST - OF DELAWARE

Lead Case Number: 22-11068 (JTD)

Title of Objection: Debtor's Thirteenth (Non-substantive) Omnibus Objection to Certain No Liability Proofs of Claim.

Name of Claimant: Mai Nguyen

Address of Claimant: 13291 Kelly St, Garden Grove, CA 92844

Email of Claimant: ocmai@protonmail.com

Phone Number of Claimant: 714-315-2265

Claim Number: ▆▆▆

Description of the basis for claim: To reclaim my deposit of funds

Amount of claim: $150,000.00 (US dollars)


I am writing to respond to your Omnibus Objection to Claim No. ▆▆▆.


You have objected to my claim on the grounds of insufficient documentation. I originally filed for an amount of is 218.2579 BTC per Kroll website's instruction to enter my account's balance before the Nov 14th, 2022. Now I can no longer log into the two websites (www.suremarketaid.com and www.suremarketexpert.com) where I deposited money to, I would like to request to update the amount of the claim to be $150,000.00 US dollars. I made six deposits to both sites above. All deposits are in BTC. The total deposit is 7.5238054 BTC, each BTC was priced around $20000 USD at the time of deposit. Thus, the total is $150,000 US dollars.


I ask that the court overrule the objection and allow my claim for $150,000.00. My claim is valid and enforceable, and I have attached the following document to prove my case. Please review the attached documents and provide instructions on how I can remotely attend the hearing on Feb 22nd, 2024.


I am unable to submit KYC at the claims.ftx.com web site. Therefore, I include screenshots of my driver license, 3 bank statements, and 3 months of utility bills as KYC evidence. I also include screenshots of proof of deposits, and email communications. The last four digits of my SSN is 6711. I had also sent a physical copy of my driver license to Kroll. Please contact me at the below contact information if you have any questions or concerns.

Phone 714-315-2265

Email: ocmai@protonmail.com

Address: 13291 Kelly St, Garden Grove, CA 92844


Sincerely,

Mai Nguyen

**2 |** P a g e

Detailed description of my case

I believe www.suremarketexpert.com is part of FTX. I believe it is part of "West Realm Shires Inc." because the petition date of Nov 14th, 2022 of the case "22-11183" matches with the date of the email from www.suremarketexpert.com stating that they completed their site maintenance.

On Sept 11, 2022, I opened an account with https://www.suremarketaid.com and made 6 deposits of funds (bitcoin) to the site. On Sept 19, 2022, the site was upgraded to be https://www.suremarketexpert.com. On Nov 9, 2022, the new site underwent maintenance, and the maintenance was completed on Nov 14, 2022. After this date, the site paused trading activities on my account and required me to deposit 8.5% of my total trading profit to continue trading (this is a new requirement they added on Nov 14, 2022). I have requested to withdraw funds from the site multiple times, but unable to withdraw anything. I have asked the exchange to deduct the 8.5% from my profit balance directly and let me withdraw the rest but they refused. I also requested a refund of my deposit money only and they refused. Since opening the account, I was not able to withdraw any money. My sister Thi Nguyen (thi.a.nguyen@gmail.com, also filed a claim no 34432 on Kroll website), also opened account on suremarketexpert.com. She made a withdrawal of $99.50 USD from the site showing it was from the FTX USDT address **0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2**. I believe this is proof that https://www.suremarketexpert.com is part of FTX (please see page 4)

The email I used to open an account with https://www.suremarketexpert.com is ocmai@protonmail.com. My username is IAMMAI. The last 4 digits of my SSN is 6711.

I made 6 deposits to both sites above. All deposits are in BTC. The total deposit is 7.5238054 BTC, each BTC was priced at around $20000 USD at the time of deposit. Thus, the total is $150,000 USD at the time. I have filed complaints with reportfraud.ftc.gov, https://www.cftc.gov/, and https://www.ic3.gov/
Below is the list of all transfers of my seed money from my crypto.com account and Binance.us. The address of all 6 withdrawals to (from my Binance and Crypto accounts) is:
**bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

Please see the blockchain browser to see all my transfers of BTC:
**https://blockchair.com/bitcoin/address/bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

**Deposits from Binance.US BTC Transaction ID**

On **Sept 27, 2022** Deposit amount is 0.05 BTC

0c1a7b984c513d992fc2c9c6e8e5860d1d99b96a51e5cc404fefdf06e6852c48

On **Sep 27, 2022** Deposit amount is 1.1 BTC

b0c0b11d47a3e2d4b44d555e0c34737d249ba78667c0bf3714e828afb6fad8b6

**Deposits from Crypto.com BTC Transaction ID**

On **Sep 15, 2022** Deposit amount is 0.0049792 BTC

35b7c95ad04ba20183bf55094ebd5a3d5223fc1868c501a7132d7b1167d236c1

On **Sep 15, 2022** Deposit amount is 2.4938952 BTC

7b8d70803d5f30305eb3fde38a40af90814cd579924c7ccd2efa4f7bcc2538a8

On **Sept 30, 2022** Deposit amount is 1.404 BTC

43caa6eb77216dfdee11b9f0cb25e3e825361121655b9f7d140131358277fb2f

On **Oct 25, 2022** Deposit amount is 2.470931 BTC

d0e5a4c3edf5c2fddacb9ad90c72632b5fd35b53834386ae4826923870dc1269

Below are screenshots of proof these 2 sites are part of FTX (page 4) , my deposits (page 5-8) , email communications with suremarketaid.com and suremarketexport.com (page 9-12) . Also screenshots of my KYC (page 13-19)

**1/31/2024 8:21:56 PM**

Screenshot from my sister Thi Nguyen's withdrawal showing the 'from address' is FTX address, which made me believe suremarketaid.com and suremarketexpert.com is part of FTX.





1/31/2024 7:16:52 PM
On Sep 27 2022, 1st withdrawal from Binance.us and deposit to suremarketaid.com

binance.us/wallet?list=depositwithdrawals

CONFLUENCE    Citrix    servicenow    IBM_DEV    Willis Towers Watso...    brprpdpx001_Delphix    DB Service Areas -...    CAB    PPM    TextCompare

Prices    Trade ▾    Staking    Pay    Wallet

Asset

USD Withdrawal
USD Withdrawal
BTC Withdrawal
BTC Withdrawal
USD Withdrawal
BTC Withdrawal
USD Withdrawal
USD Deposit
BNB Withdrawal

Transaction Details                                                ✕

BTC Withdrawal

| | |
|---|---|
| Amount | -0.05 BTC |
| Status | **Successful** |
| Confirmations | 20 of 1 ⓘ |
| Date | Sep 27 2022, 07:36:31 am |
| From | BTC Balance |
| Address | bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e |
| TxID | 0c1a7b984c513d992fc2c9c6e8e5860d1d99b96a51e5cc404fefdf06e6852c48 |
| Network | Bitcoin |
| Fee | 0.0002 BTC |



1/31/2024 7:18:07 PM
On Sep 27 2022, 2nd withdrawal from Binance.us and deposit to suremarketaid.com







*3 - Withdraw from Crypto.com and deposit to suremarketexpert.com*

10:44

←

Withdraw BTC (BTC)

Completed
Sep 30, 2022 at 10:39:19 AM

## 1.404 BTC

$27,336.75 USD

Withdrawal details

| | |
|---|---|
| Sending | 1.4034 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 1.404 BTC |

Blockchain Details ✕

Transaction Hash

43caa6eb77216dfdee11b9f0cb25e3e82
5361121655b9f7d140131358277fb2f



*4 - Withdraw from Crypto.com and deposit to suremarketexpert.com*

10:44

←

Withdraw BTC (BTC)

Completed
Oct 25, 2022 at 11:40:39 AM

## 2.4709314 BTC

$49,562.63 USD

Withdrawal details

| | |
|---|---|
| Sending | 2.4703314 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 2.4709314 BTC |

Blockchain Details ✕

Transaction Hash

d0e5a4c3edf5c2fddacb9ad90c72632b
5fd35b53834386ae4826923870dc126
9

**1/31/2024 8:29:02 PM**
On Sep 11 2022, the first email I got from suremarketaid.com
shows address below:
675 Massachusetts Ave, Combride, MA 02139

### Hello MAI,

Welcome to SUREMARKETAID and thanks for signing up! You're one step
closer to financial freedom.

## NEXT STEP

Please login to your account with your
email address to get started.





**675 Massachusetts Avenue**
**Cambridge, MA 02139**

If you didn't create an account using this email address, please ignore this email or
unsubscribe.



**1/31/2024 6:57:22 PM**
On Sep 19, 2022 the original site is suremarketaid.com

## MAINTENANCE NOTICE!!



From    🔒 SUREMARKETAID Wallet <cs@suremarketaid.com>

To    ocmai@protonmail.com



### MAINTENANCE NOTICE!!

Hello, MAI!

We are excited to inform you a major upgrade will be carried out on the platform. This upgrade would bring a completely redesigned UI and a whole new trading experiences with a whole lot of trading tools at your disposal

Regards,

The SUREMARKETAID Team.

Copyright © SUREMARKETAID. All rights reserved.

**1/31/2024 6:58:59 PM**
On Nov 14 2022, after maintenance the new site is changed to suremarketexpert.com

## MAINTENANCE COMPLETED!!



| From | 🔒 Sure Market Expert LLc <support@suremarketexpert.com> | ⭐ ☐ Nov 14, 2022 |
|---|---|---|
| To | ocmai@protonmail.com | |

ⓘ Some images could not be loaded with tracker protection.   Load



### Welcome MAI NGUYEN

This is to inform you we have completed the maintenance required on the platform to ensure we serve you better. We apologize for any inconvenience this may have caused, for more informations kindly contact live chat support.

Thanks
Management

In case you need any further clarification,
please do get in touch with our support department.

**Need help? Got questions to ask?**
Contact us via: support@suremarketexpert.com

**1/31/2024 7:05:00 PM**
On Nov 14 2022, I got email asking me to deposit more money before I can withdraw funds



**From** ⌲ 🔒 Sure Market Expert LLc <support@suremarketexpert.com>   ☆ ⊟ Nov 14, 2022

**To** ocmai@protonmail.com                                                                  ⌄

✉ 🗑 ⊟ ◇ ▽ ...                                                                          ⬸  ⬸  ⮊

# Welcome MAI NGUYEN

The registration process will cost you 8.5% of your profits balance which means you need to calculate 8.5% from your current profits and send alongside the personal code generated .This payment will validate the registration of the personal transfer code for the next 12 trading months and you will not be needing to make this payment until another 12 months time.

NOTE: 8.5% of profits balance must be paid to register the personal transfer code when trading contracted is completed.

Thanks
Management

In case you need any further clarification,
please do get in touch with our support department.

**Need help? Got questions to ask?**
Contact us via: support@suremarketexpert.com

Below are screenshots of my KYC.



**14 |** Page

1/31/2024 7:32:27 PM
Utility bill (trash service)

 **REPUBLIC**
SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

**Customer Service**    (714) 238-3300
RepublicServices.com/Support

**Important Information**
It's easy to go paperless! Sign up for Paperless Billing at
RepublicServices.com and enjoy the convenience of
managing your account anytime, anywhere, on any
device.

| Account Number | 0676-005391210 |
| Invoice Number | |
| Invoice Date | November 21, 2023 |
| Previous Balance | $81.87 |
| Payments/Adjustments | -$81.87 |
| Current Invoice Charges | $81.87 |

| Autopayment | Payment Due Date |
|---|---|
| $81.87 | January 15, 2024 |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 10/16 | 5555555 | -$81.87 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Mai Nguyen  13291 Kelly St | | | | |
| Garden Grove, CA  Contract: 9676313 (C3) | | | | |
| Current Svc Charges 12/01-02/29 | | | | $81.87 |
| CURRENT INVOICE CHARGES, AutoPayment due on January 15, 2024 | | | | $81.87 |

Simple account access at your fingertips.

Download the Republic Services app or visit
RepublicServices.com today.



 **REPUBLIC**
SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

| Autopayment | $81.87 |
|---|---|
| Payment Due Date | January 15, 2024 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005391210 |

☐
For Billing Address Changes
Check Box and Complete Reverse

Make Checks Payable To:

Return Service Requested

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

30676131370600000053912100000081870000081871

1/31/2024 7:33:24 PM
Utility bill (trash service)

 **REPUBLIC** SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

**Customer Service** (714) 238-3300
RepublicServices.com/Support

**Important Information**
Update your contact information and stay up to date on
services by signing up at
www.republicservices.com/account/signup

| | |
|---|---|
| **Account Number** | |
| Invoice Number | 0676-005291947 |
| Invoice Date | August 21, 2023 |
| Previous Balance | $80.41 |
| Payments/Adjustments | -$80.41 |
| Current Invoice Charges | $81.87 |

| Autopayment | Payment Due Date |
|---|---|
| $81.87 | October 15, 2023 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 07/15 | 5555555 | -$80.41 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Mai Nguyen  13291 Kelly St | | | | |
| Garden Grove, CA  Contract: 9676313 (C3) | | | | |
| Current Svc Charges 09/01-11/30 | | | | $81.87 |
| CURRENT INVOICE CHARGES, AutoPayment due on October 15, 2023 | | | | $81.87 |

Simple account access at your fingertips.

Download the Republic Services app or visit
RepublicServices.com today.



 **REPUBLIC** SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

| | |
|---|---|
| Autopayment | $81.87 |
| Payment Due Date | October 15, 2023 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005291947 |

Return Service Requested

☐
For Billing Address Changes
Check Box and Complete Reverse

Make Checks Payable To

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

30676131370600000052919470000081870000081873

1/31/2024 7:34:07 PM
Utility bill (trash service)

 **REPUBLIC** SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

**Customer Service**     (714) 238-3300
RepublicServices.com/Support

**Important Information**
Effective July 1, 2023 current rates may be adjusted to
reflect changes in CPI and Orange County disposal fees.

| Account Number | |
| --- | --- |
| Invoice Number | 0676-005195398 |
| Invoice Date | May 21, 2023 |
| Previous Balance | $77.49 |
| Payments/Adjustments | -$77.49 |
| Current Invoice Charges | $80.41 |

| Autopayment | Payment Due Date |
| --- | --- |
| $80.41 | July 15, 2023 |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
| --- | --- | --- |
| Payment - Thank You 04/17 | 5555555 | -$77.49 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| Mai Nguyen  13291 Kelly St | | | | |
| Garden Grove, CA  Contract: 9676313 (C3) | | | | |
| Current Svc Charges 06/01-08/31 | | | | $80.41 |
| CURRENT INVOICE CHARGES, AutoPayment due on July 15, 2023 | | | | $80.41 |

Simple account access at your fingertips.

Download the Republic Services app or visit
RepublicServices.com today.



 **REPUBLIC** SERVICES

1131 N Blue Gum St
Anaheim CA 92806-240808

Do not Pay
* Thank You For Your Automatic Payment *

| Autopayment | $80.41 |
| --- | --- |
| Payment Due Date | July 15, 2023 |
| Account Number | 3-0676-1313706 |
| Invoice Number | 0676-005195398 |

For Billing Address Changes,
Check Box and Complete Reverse

Make Checks Payable To:

Return Service Requested

MAI NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844-2033

REPUBLIC SERVICES #676
FOR RWS OF SOUTHERN CALIFORNIA
PO BOX 78829
PHOENIX AZ 85062-8829

30676131370600000051953980000080410000080415

1/31/2024 7:56:29 PM
Dec 2023 bank statement (first page only)

**SCHOOLSFIRST**
FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

MAI Q NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844

Account Number: ▮▮▮▮▮▮▮▮

Date: 12/01/23 - 12/31/23

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. Credit or Credit | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | 5.00 |
| 12/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 12/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | 2042.02 |
| 12/20 | | Deposit Online Banking Transfer From Share 71 | | | | 2000.00 | 4042.02 |
| 12/31 | | Deposit Dividend Tiered Rate | | | | 0.24 | 4042.26 |
| | | Annual Percentage Yield Earned 0.10% from 12/01/23 through 12/31/23 | | | | | |
| 12/31 | | Ending Balance | | | | | 4042.26 |
| | | Dividends Paid Year to Date | | | | 9.81 | |
| 12/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | 56102.59 |
| 12/20 | | Withdrawal Online Banking Transfer To Share 41 | | | | 50000.00- | 6102.59 |
| 12/31 | | Deposit Dividend Tiered Rate | | | | 3.12 | 6105.71 |
| | | Annual Percentage Yield Earned 0.10% from 12/01/23 through 12/31/23 | | | | | |
| 12/31 | | Ending Balance | | | | | 6105.71 |
| | | Dividends Paid Year to Date | | | | 51.43 | |
| 12/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | 4006.68 |
| 12/31 | | Deposit Dividend Tiered Rate | | | | 0.34 | 4007.02 |
| | | Annual Percentage Yield Earned 0.10% from 12/01/23 through 12/31/23 | | | | | |
| 12/31 | | Ending Balance | | | | | 4007.02 |
| | | Dividends Paid Year to Date | | | | 2.02 | |
| 12/01 | | ID 05 MAMA Balance Forward | | | | | 5.00 |
| 12/31 | | Ending Balance | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 12/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | 0.01 |
| 12/31 | | Ending Balance | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | 0.00 | |
| 12/01 | | ID 40 5-MONTH PROMO CERTIFICATE Balance Forward | | | | | 20037.47 |
| 12/31 | | Deposit Dividend 4.880% | | | | 83.22 | 20120.69 |
| | | Annual Percentage Yield Earned 5.00% from 12/01/23 through 12/31/23 | | | | | |
| 12/31 | | Ending Balance | | | | | 20120.69 |
| | | 5-MONTH PROMO CERTIFICATE will mature on 04/17/24 | | | | | |
| | | Dividends Paid Year to Date | | | | 120.69 | |
| 12/20 | | ID 41 13-MO PROMOTIONAL CERTIFICATE Balance Forward | | | | | 0.00 |
| | | --- Continued on following page --- | | | | | |

1/31/2024 7:57:06 PM
November 2023 bank statement (1st page only)

**SCHOOLSFIRST**
FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

MAI Q NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844

Account Number: ▮▮▮▮▮▮

Date:11/01/23 - 11/30/23

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. or Credit | Credit Charges | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | | 5.00 |
| 11/30 | | Ending Balance | | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 11/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | | 20041.06 |
| 11/16 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 21041.06 |
| 11/17 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 22041.06 |
| 11/17 | | Withdrawal Online Banking Transfer To Share 40 | | | | | 20000.00- | 2041.06 |
| 11/30 | | Deposit Dividend Tiered Rate | | | | | 0.96 | 2042.02 |
| | | Annual Percentage Yield Earned 0.10% from 11/01/23 through 11/30/23 | | | | | | |
| 11/30 | | Ending Balance | | | | | | 2042.02 |
| | | Dividends Paid Year to Date | | | | | 9.57 | |
| 11/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | | 56097.98 |
| 11/30 | | Deposit Dividend Tiered Rate | | | | | 4.61 | 56102.59 |
| | | Annual Percentage Yield Earned 0.10% from 11/01/23 through 11/30/23 | | | | | | |
| 11/30 | | Ending Balance | | | | | | 56102.59 |
| | | Dividends Paid Year to Date | | | | | 48.31 | |
| 11/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | | 4006.34 |
| 11/16 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 5006.34 |
| 11/21 | | Withdrawal Online Banking Transfer To Share 71 | | | | | 1000.00- | 4006.34 |
| 11/22 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 5006.34 |
| 11/22 | | Withdrawal Online Banking Transfer To Share 71 | | | | | 1000.00- | 4006.34 |
| 11/30 | | Deposit Dividend Tiered Rate | | | | | 0.34 | 4006.68 |
| | | Annual Percentage Yield Earned 0.10% from 11/01/23 through 11/30/23 | | | | | | |
| 11/30 | | Ending Balance | | | | | | 4006.68 |
| | | Dividends Paid Year to Date | | | | | 1.68 | |
| 11/01 | | ID 05 MAMA Balance Forward | | | | | | 5.00 |
| 11/30 | | Ending Balance | | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 11/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | | 0.01 |
| 11/30 | | Ending Balance | | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 11/17 | | ID 40 5-MONTH PROMO CERTIFICATE Balance Forward | | | | | | 0.00 |
| 11/17 | | Deposit Online Banking Transfer From Share 02 | | | | | 20000.00 | 20000.00 |
| 11/30 | | Deposit Dividend 4.880% | | | | | 37.47 | 20037.47 |
| | | --- Continued on following page --- | | | | | | |

1/31/2024 7:57:42 PM
October 2023 bank statement (1st page only)

**SCHOOLSFIRST**
FEDERAL CREDIT UNION

15442 Newport Avenue
Tustin, CA 92780
714/258-4000
www.SchoolsFirstfcu.org

MAI Q NGUYEN
13291 KELLY ST
GARDEN GROVE CA 92844

Account Number: ▮▮▮▮▮▮▮

Date:10/01/23 - 10/31/23

PAGE: 1

| Posting Date | Eff. Date | Transaction Description | Pymt. or Credit | Credit or Credit | Finance Charges | Fee or Charges | Trans. Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01 | | ID 01 PRIMARY REGULAR SHARE ACCOUNT Balance Forward | | | | | | 5.00 |
| 10/31 | | Ending Balance | | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 10/01 | | ID 02 HUONG QUYNH NGUYEN Balance Forward | | | | | | 16039.49 |
| 10/05 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 17039.49 |
| 10/11 | | Deposit Online Banking Transfer From Share 71 | | | | | 2000.00 | 19039.49 |
| 10/25 | | Deposit Online Banking Transfer From Share 71 | | | | | 1000.00 | 20039.49 |
| 10/31 | | Deposit Dividend Tiered Rate | | | | | 1.57 | 20041.06 |
| | | Annual Percentage Yield Earned 0.10% from 10/01/23 through 10/31/23 | | | | | | |
| 10/31 | | Ending Balance | | | | | | 20041.06 |
| | | Dividends Paid Year to Date | | | | | 8.61 | |
| 10/01 | | ID 03 KIMTHANH NGUYEN Balance Forward | | | | | | 56093.22 |
| 10/31 | | Deposit Dividend Tiered Rate | | | | | 4.76 | 56097.98 |
| | | Annual Percentage Yield Earned 0.10% from 10/01/23 through 10/31/23 | | | | | | |
| 10/31 | | Ending Balance | | | | | | 56097.98 |
| | | Dividends Paid Year to Date | | | | | 43.70 | |
| 10/01 | | ID 04 TUNG HOANG NGUYEN Balance Forward | | | | | | 4505.99 |
| 10/09 | | Withdrawal Online Banking Transfer To Share 71 | | | | | 500.00- | 4005.99 |
| 10/31 | | Deposit Dividend Tiered Rate | | | | | 0.35 | 4006.34 |
| | | Annual Percentage Yield Earned 0.10% from 10/01/23 through 10/31/23 | | | | | | |
| 10/31 | | Ending Balance | | | | | | 4006.34 |
| | | Dividends Paid Year to Date | | | | | 1.34 | |
| 10/01 | | ID 05 MAMA Balance Forward | | | | | | 5.00 |
| 10/02 | | Deposit Online Banking Transfer From Share 71 | | | | | 115.00 | 120.00 |
| 10/04 | | Withdrawal Online Banking Transfer To Share 71 | | | | | 115.00- | 5.00 |
| 10/31 | | Ending Balance | | | | | | 5.00 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 10/01 | | ID 06 LIQUID ADVANTAGE MONEY MARKET Balance Forward | | | | | | 0.01 |
| 10/31 | | Ending Balance | | | | | | 0.01 |
| | | Dividends Paid Year to Date | | | | | 0.00 | |
| 10/01 | | ID 71 FREE CHECKING Balance Forward | | | | | | 3269.55 |
| 10/01 | | Withdrawal at ATM #001716 | | | | | 300.00- | 2969.55 |
| | | ATM SCHOOLSFIRST GARDEN GROVE CA 3004/888Y | | | | | | |
| 10/02 | | Withdrawal ACH PROTECTIVE LIFE | | | | | 60.59- | 2908.96 |
| | | --- Continued on following page --- | | | | | | |

1/31/2024 7:06:33 PM
I submitted complaint with ReportFraud.ftc.gov

| From | 🔒 no-reply@reportfraud.ftc.gov | ⭐ ☐ Nov 25, 2022 |
|---|---|---|
| To | ocmai@protonmail.com | |



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

# We Have Your Report!

**Report number: 154027526**

Thank you for filing a report with the Federal Trade Commission and helping to fight fraud in your community.

The FTC does not resolve individual reports, but your report will be entered in the FTC's Consumer Sentinel database and will be available to federal, state, and local law enforcement across the country.

## Your Next Steps

**General Advice:**

- You can find tips and learn more about bad business practices and scams at consumer.**ftc.gov**.
- You also can file a report with your state attorney general.

## Want To Learn More?



FROM: MAI NGUYEN & THI NGUYEN
13291 KELLY ST
GARDEN GROVE, CA 92844

CLERK OF THE UNITED
BANKRUPTCY COURT FOR
DISTRICT OF DELAWARE
    824 MARKET STREI
    3RD FLOOR,
    WILMINGTON, DE