From: Shuai Wang

[11691 Aztec St, ~~Vancouver~~ Richmond, BC, Canada, V6X 1H9]

[milo6wang@gmail.com]

[+1-236-965-6978]

[01/28/2024]

To:THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

[824 North Market Street, 3rd Floor, Wilmington, Delaware 19801]

# Re: Case No. 22-11068 (JTD) - Ref. No. 6283 - Motion to Contest FTX Claim Amount

Dear Court,

I am writing to address **Case No. 22-11068 (JTD)**, specifically in reference to **Ref. No. 6283**. I am submitting this written motion to contest the claim amount presented by FTX. I request the court to reject FTX's claimed amount based on the following facts, maintain my original claim amount, and compel FTX to update my TRX asset balance and proceed with the rightful claim. The details of the two disputed transactions are as follows:

1、Transaction Quantity: **3,120,581.202484** TRX

TxID: **308499dc89c5b012a3b51a49b76d2978b60d683a50e654c363694755bd4718df**

2、Transaction Quantity: **199** TRX

TxID: **a19cf41968ad462802ce1a9717743451051caadf1705b62615fedc8e94ed730b**

Grounds for Objection:

1、 **TPJTj6VArkKL8qKScpeSUTkx2gfTCKc5Jc** is the exclusive TRX deposit address for my account with FTX, as evidenced by the attached records of previous successful transactions. I believe FTX can verify this information internally.

2、 All TRX assets deposited to the aforementioned address unequivocally belong to my personal deposits. This is a consensus widely recognized, and FTX's transaction records, including TxID for chain verification, support this.

3、 The reason for the non-posting of my last two deposits is attributed to FTX being in a tumultuous period. In reality, assets remained in the address **TPJTj6VArkKL8qKScpeSUTkx2gfTCKc5Jc** until last year when FTX consolidated the assets after my additional claim submission. However, I fail to comprehend why my asset balance was not updated, and my claim amount was rejected. This is an issue on the part of FTX, and I strongly urge a timely correction.

4、 Attachment 2 is the withdrawal record from my Gate exchange account, clearly indicating the success of the two unaccounted deposits, similar to previously processed transactions, all originating from the same Gate account to **TPJTj6VArkKL8qKScpeSUTkx2gfTCKc5Jc**. Attachment 1 comprises FTX deposit records containing TxIDs, which can be verified on the blockchain at https://tronscan.org/. The blockchain records unmistakably show the transfer details for the same TxID, but the last two transactions did not reflect in my FTX balance.

5、 Additional attachments provide visual screenshots that explicitly display the unprocessed data for better clarity.

Based on the aforementioned facts and evidence, I respectfully request the court to:

1、 Reject the claimed amount by FTX in the filed documents.

2、 Maintain my previously asserted claim amount.

3、 Instruct FTX to update my TRX asset balance and proceed with the rightful claim.

I trust the court will impartially consider the details of this case and make a fair judgment. Thank you for your time and attention.

Sincerely,

[Shuai Wang]

01.28.2024

FTX-Deposits

| | Time | Coin | Amount | Status | Additional info | Transaction ID |
|---|---|---|---|---|---|---|
| 31528141 | 2022-11-10T13:50:07.666279+00:00 | TRX | 565965.6896 | confirmed | | 4a9618fe301f5d10420eb8803af439010f6d82ab412b18d9454890f3526e8120 |
| 31527973 | 2022-11-10T13:30:59.689614+00:00 | TRX | 587616.449743 | confirmed | | aef6f30967bcb47afdd8e05fb899915f2caa43ff8b14dd0c4cb26e83b123de77 |
| 31527863 | 2022-11-10T13:19:57.663264+00:00 | TRX | 0.000001 | confirmed | | f2b9aee1ee2aafedd5dca4408fd829a387dcd98087b56edf9efbd585beb2da5a |
| 31527836 | 2022-11-10T13:16:56.667542+00:00 | TRX | 406870.51 | confirmed | | af4e084fdea80f4c88cd8ce0d8928b814444ee57cbf986c4eda174866e0943c4 |
| 31527748 | 2022-11-10T13:08:34.680342+00:00 | TRX | 0.000006 | confirmed | | 8093b7e2de8b0936bca8a69e75f02dbe528e71d33d8dba6f7d54b8cc5efc4c12 |
| 31527746 | 2022-11-10T13:08:01.679311+00:00 | TRX | 0.000006 | confirmed | | 4dda6fb5a55fd587465d793cbaf5967d35c86609048bf35fbe6800fe38e5d964 |
| 31527704 | 2022-11-10T13:03:00.660549+00:00 | TRX | 529453.13 | confirmed | | 498993548bd57e8de367d1378513587700eb90e47c426a0e26d70e47a3469e7f |
| 13374485 | 2021-12-11T09:22:58.587394+00:00 | FTT | 50.05380406 | confirmed | | 0x51ca38a1a72f1478068098bcc9cd6739efc84fa74c2cdac714a6392cc7158161 |

Gate-Withdrawals

| Order ID | Time | Network | Address | TxID | Coin | Amount | Trading Fee | Amount Received | Status | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30565356 | 2022-11-10 21:37:56 | TRX | TPJTj6VArkKL8qKScpeSUTxx2gfTCKc5Jc | 308499dc89c5b012a3b51a49b76d2978b60d683a50e654c363694755bd4718df | TRX | 3120582.202484 | 1 | 3120581.202484 | Success | LBsfl |
| 30565062 | 2022-11-10 21:18:48 | TRX | TPJTj6VArkKL8qKScpeSUTxx2gfTCKc5Jc | a19cf41968ad462802ce1a9717743451061caad1705b62615fedc8e94ed730b | TRX | 200 | 1 | 199 | Success | 8556fs |
| 30553812 | 2022-11-10 13:27:35 | TRX | TPJTj6VArkKL8qKScpeSUTxx2gfTCKc5Jc | aef6f30967bcb47afdd8e05fb899915f2caa43ff8b14dd0c4cb26e83b123de77 | TRX | 587617.449743 | 1 | 587616.449743 | Success | |
| 30553381 | 2022-11-10 13:13:20 | TRX | TPJTj6VArkKL8qKScpeSUTxx2gfTCKc5Jc | af4e084fdea80f4c88cd8ce0d8928b814444ee57cbf986c4eda174866e0943c4 | TRX | 406871.51 | 1 | 406870.51 | Success | |
| 30552804 | 2022-11-10 12:56:13 | TRX | TPJTj6VArkKL8qKScpeSUTxx2gfTCKc5Jc | 498993548bd57e8de367d1378513587700eb90e47c426a0e26d70e47a3469e7f | TRX | 529454.13 | 1 | 529453.13 | Success | |







FTX Trading Ltd. 22-11068 (JTD)
Twelfth Omnibus Claim Objection
Schedule 1 - Modified Claims

| Claim Number | Name | Asserted Claims Debtor | Tickers | Ticker Quantity | Modified Claims Debtor | Ticker Quantity |
|---|---|---|---|---|---|---|
| 41065 | Wang, Shuai | FTX Trading Ltd. | BTC | 10.000000000000000 | FTX Trading Ltd. | 10.000000000000000 |
| | | | ETH | 100.000000000000000 | FTX Trading Ltd. | 100.000000000000000 |
| | | | FTT | 10,050.053804060000000 | FTX Trading Ltd. | 10,050.053804060000000 |
| | | | TRX | 3,120,780.981840000000000 | FTX Trading Ltd. | 0.779356000000000 |
| | | | USDT | 164,193.524754976000000 | FTX Trading Ltd. | 164,193.524754976000000 |

Reason: The Debtors have conducted a review of the filed proof of claim and any related accompanying materials and their books and records. Based on this review, the Debtor submits that the customer asserted cryptocurrency quantities and fiat grossly overstate the quantities and holdings in such customer's accounts. Accordingly, the Debtors seek to reduce such customer's claim to the modified quantities and amounts.

