

RECEIVED
2024 FEB -6  AM 10: 42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Simon Katz
Glenhazel,
Johannesburg,
South Africa
+27833783393
415189@gmail.com

Honourable Judge John Dorsey
United States Bankruptcy Court
District of Delaware
824 N Market St
5th Floor, Courtroom 5
Wilmington, DE 19801
302-533-3169

01 February 2024

Re: FTX TRADING LTD Chapter 11
22-11068-JTD

Dear Honourable Judge John Dorsey,

I hereby object to the objection lodged against my claim for $600,000 against the FTX debtors who claim they owe me nothing.

My name is: Simon Katz
My claim number is ▬

I deposited +-$600,000 on the FTX platform and due to the fact that I was not able to access the FTX system I cannot verify the exact amount deposited.

My argument for disputing the claim by the debtors that they owe me nothing is as follows;

1) I had most of my funds on the Binance platform before transferring it to the FTX platform. Binance issued a notice that they would no longer service South African citizens. I was under the impression that Binance was allowed to service South African citizens.

2) I decided to transfer my funds to the FTX platform from Binance and was under the impression that FTX was allowed to serve South African citizens since I had already opened an account there.

3) FTX then illegally advertised their futures trading services to me and signed me up as a South African citizen illegally to entice me to use their complicated platform where I believe I was

manipulated out of my money since I was not familiar with futures products.

4) I am claiming back any money I ever deposited on the fraudulent FTX companies platform.

5) I was unaware that FTX was providing their services to me illegally and subsequently discovered that they were not allowed to advertise and entice me to participate in using these services illegally. I have provided the links below as evidence to show that FTX was providing their services to me illegally.

   https://coingeek.com/ftx-bybit-serving-south-africans-illegally-regulator-warns/

   https://www.bloomberg.com/news/articles/2022-02-02/south-african-crypto-traders-warned-against-using-exchange-ftx?leadSource=uverify%20wall

   https://www.coindesk.com/policy/2022/02/02/south-african-regulator-issues-warning-on-ftx-bybit/

   https://businesstech.co.za/news/technology/555066/south-african-crypto-traders-warned-against-using-top-exchange/

   https://www.moneyweb.co.za/news-fast-news/south-african-crypto-traders-warned-against-using-exchange-ftx/

6) I additionally contacted FTX to complain that I had been manipulated out of my money on their platform which they did by obfuscating my understanding of how their platform functioned and by allegedly manipulating the markets. I am aware that it is known that FTX manipulated prices and operated against their customers.

7) Since I don't have access to the FTX platform, I can't provide the evidence of the exact amount deposited, perhaps if you look at the records on FTX funds received in my account you will see the amounts that were transferred to my FTX account.

8) I contacted FTX customer support through the FTX website where I voiced my complaints about how I believe their platform was manipulating me out of my funds and received responses which I believe were wrong. I then contacted Mr Can Sun of FTX legal via email in June of 2022 to object to FTX offering these products to me and voice my view about their manipulation of the markets.

9) All correspondence regarding this matter should be addressed to myself at
   415189@gmail.com


Sincerely,


Simon Katz



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

716259X1X1XPRI
Simon Katz
63 Sunny Road
Glenhazel
Johannesburg, MA 02192

Honurable John T. Dorsey
United States Bankruptcy Court Judge
824 N Market St FL 3
Wilmington, DE 19801

**USPS TRACKING # eVS**



9205 5901 5266 1900 1971 6207 90