# EXHIBIT A

## Owl Hill Advisory, LLC

**Summary of Staffing and Functions – FTX Trading Ltd.,** *et al.*
**for the Period from January 1, 2024 through January 31, 2024**

| Name and Title | Function/Role |
|---|---|
| **Staffing – Officer Positions** ||
| John J. Ray III | Chief Executive Officer |
| **Staffing – Non-Officer Positions** ||
| N/A | N/A |

**The following Compensation Report includes
services performed by Owl Hill on behalf of the Debtors
for the period from January 1, 2024 through January 31, 2024**

**Summary of Services Provided**

1. John J. Ray III is the only professional staffed by Owl Hill on the engagement. As the CEO for the Debtors, Mr. Ray has assumed in all respects the management of the Debtors' businesses. In addition, as described in the First Day Declarations, Mr. Ray has provided oversight and support to the Debtors' other professionals in connection with execution of the five core objectives of these Chapter 11 Cases:

    (a) Implementation of Controls: the implementation of accounting, audit, cash management, cybersecurity, human resources, risk management, data protection and other systems that did not exist, or did not exist to an appropriate degree, prior to Mr. Ray's appointment;

    (b) Asset Protection & Recovery: the location and security of property of the estate, a substantial portion of which may be missing or stolen;

    (c) Transparency and Investigation: the pending, comprehensive, transparent and deliberate investigation into claims against Mr. Samuel Bankman-Fried, the other co-founders of the Debtors and third parties, in coordination with regulatory stakeholders in the United States and around the world;

    (d) Efficiency and Coordination: cooperation and coordination with insolvency proceedings of subsidiary companies in other jurisdictions; and

    (e) Maximization of Value: the maximization of value for all stakeholders through the eventual reorganization or sale of the Debtors 'complex array of businesses, investments and digital and physical property.

2. During the Reporting Period, Mr. Ray directed and oversaw the Debtors' businesses and worked with the Debtors' retained professionals on these five objectives. This work included periodic meetings and numerous communications with the independent board of directors and attending regular weekly telephonic and in person board meetings to manage and coordinate the Debtors' operations and restructuring efforts. Mr. Ray led weekly calls with the

lead professionals related to the overall direction and management of the case as well as broader weekly meetings with the professional firms that are critical to the day-to-day management of these Chapter 11 Cases. Additionally, Mr. Ray has worked to establish and maintain internal controls, address and manage employees and employee concerns, interacted with management in Japan, Europe and other locations throughout the world and managed cash, other assets and investments, data and systems related issues with respect to all Debtors. Mr. Ray also provided oversight related to the Debtors' public relations and communications plans.

    3. Mr. Ray also spent significant time managing the Debtors' Chapter 11 Cases. Mr. Ray has dedicated his time to various issues related to asset recovery and security, engagement and meeting with the Committee and monitoring the status of the Debtors' chapter 11 filings and professional retentions. In connection with the review of professional retentions, Mr. Ray coordinated with the Debtors' professionals to avoid the unnecessary duplication of services. In addition to work related to claims and creditor management, Mr. Ray provided oversight and assistance with the evaluation of potential avoidance actions, the consideration of the sale of certain businesses and investments and the development of restructuring strategies. Mr. Ray is involved day to day with respect to the management and disposition of the Debtors' digital assets. Additionally, Mr. Ray directly handled the resolution of the Europe litigation and sale agreement.

## Summary of Compensation and Expenses

| Period | Fees | Expenses | Total |
|---|---|---|---|
| January 1, 2024 – January 31, 2024 | $379,023.75 | $3,464.77 | $382,488.52 |

## Summary of Expense by Category

| Expense Category | Total Expenses |
|---|---|
| Travel – Lodging | $2,100.00 |
| Travel – Airfare | $641.20 |
| Travel – Transportation (other) | $538.09 |
| Travel – Meals | $61.50 |
| Other Expenses | $123.98 |
| **Total Amount for Period:** | $3,464.77 |

## Summary of Time and Fees by Professional

| Name of Professional | Function/Role | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| John J. Ray III | Chief Executive Officer | $1,575.00 | 244.9 | $385,717.50 |
| | **50% adjustment for non-working travel:** | | 8.5 | ($6,693.75) |
| | **Total Amount for Period:** | | | $379,023.75 |

**Time Detail Activity by Professional**

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/2/24 | Review and approve diligence request | John J. Ray III | 0.3 | $472.50 |
| 1/2/24 | Review and modify work stream list for Q1 | John J. Ray III | 0.8 | $1,260.00 |
| 1/2/24 | Call with Steering committee, S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.3 | $2,047.50 |
| 1/2/24 | Review LedgerPrime status report | John J. Ray III | 0.5 | $787.50 |
| 1/2/24 | Review Galaxy sales memo regarding coins and tokens | John J. Ray III | 1.0 | $1,575.00 |
| 1/2/24 | Call with A&M (K Ramanathan and others), UCC and AHC representatives, and Galaxy regarding coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 1/2/24 | Call with Rothschilds (C Delo) regarding plan terms | John J. Ray III | 0.3 | $472.50 |
| 1/2/24 | Review and approve amendment to Galaxy agreement (joinder) | John J. Ray III | 0.8 | $1,260.00 |
| 1/2/24 | Call with JOLs (B Simms and P Greaves) related to pending matters and updates | John J. Ray III | 0.5 | $787.50 |
| 1/2/24 | Review updates and provide direction re EU | John J. Ray III | 0.8 | $1,260.00 |
| 1/2/24 | Review updates related to licenses | John J. Ray III | 0.3 | $472.50 |
| 1/2/24 | Review draft settlement motion related to the Bahamas | John J. Ray III | 1.8 | $2,835.00 |
| 1/3/24 | Review communications matter | John J. Ray III | 0.3 | $472.50 |
| 1/3/24 | Review minutes and other recommended actions related to coins and tokens | John J. Ray III | 1.8 | $2,835.00 |
| 1/3/24 | Review PSA agreement and motion related to a venture investment | John J. Ray III | 2.0 | $3,150.00 |

---

[1] Non-working travel is charged at a 50% discount to the standard rate.

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/3/24 | Review Bahamas property sales motion | John J. Ray III | 1.3 | $2,047.50 |
| 1/3/24 | Follow up with professionals related to investment status, ongoing work streams | John J. Ray III | 1.3 | $2,047.50 |
| 1/3/24 | Review and draft issues list related to plan construct and implementation | John J. Ray III | 2.8 | $4,410.00 |
| 1/3/24 | Review objection related to estimation | John J. Ray III | 0.3 | $472.50 |
| 1/3/24 | Review compensation report | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Review modifications to EU documents and execute same for filing | John J. Ray III | 1.8 | $2,835.00 |
| 1/4/24 | Call with CAO (K Schultea) and Broker related to insurance renewals | John J. Ray III | 0.5 | $787.50 |
| 1/4/24 | Review communications from A&M (K Ramanathan) related to various crypto related matters, customer portal maintenance | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Call with A&M (E Mosely and others) related to plan assumptions | John J. Ray III | 1.0 | $1,575.00 |
| 1/4/24 | Call with PWP (M Rahmani and others), creditor representatives, and Board members related to venture sales | John J. Ray III | 1.0 | $1,575.00 |
| 1/4/24 | Call with A&M (K Ramanathan), creditor professionals, and Galaxy related to token sales | John J. Ray III | 1.0 | $1,575.00 |
| 1/4/24 | Review draft declaration related to 9019 motion | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Call with S&C (E Simpson and others) related to EU motion and creditor feedback | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Review professional fee disbursements | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Review NDA and execute same related to counter party trading | John J. Ray III | 0.5 | $787.50 |
| 1/4/24 | Review budget for professional | John J. Ray III | 0.8 | $1,260.00 |
| 1/4/24 | Review draft brief related to IRS Estimation | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/4/24 | Review discovery matters (1.5) and communicate with QE (S Rand and others) related to pending litigation (0.8) | John J. Ray III | 2.3 | $3,622.50 |
| 1/5/24 | Call with S&C (A Kranzley and others), A&M (E Mosely and others) and PWP (B Mendelsohn and others) related to plan assumptions | John J. Ray III | 1.5 | $2,362.50 |
| 1/5/24 | Call with A&M (K Ramanathan and others) and ad hoc professionals related to EU matters and pending motions | John J. Ray III | 0.8 | $1,260.00 |
| 1/5/24 | Review diligence related to pending litigation | John J. Ray III | 1.8 | $2,835.00 |
| 1/5/24 | Call with S&C (A Dietderich and others) and JOLs related to Propco sales processes | John J. Ray III | 1.0 | $1,575.00 |
| 1/5/24 | Review materials from Galaxy related to sales processes | John J. Ray III | 1.3 | $2,047.50 |
| 1/5/24 | Review IDR responses to the IRS | John J. Ray III | 1.3 | $2,047.50 |
| 1/5/24 | Call with S&C (A Dietderich) related to pending matters | John J. Ray III | 0.5 | $787.50 |
| 1/5/24 | Review proposal from Ad hocs related to Plan processes | John J. Ray III | 1.0 | $1,575.00 |
| 1/5/24 | Review updated claims data | John J. Ray III | 0.5 | $787.50 |
| 1/5/24 | Review asset disclosures related to defendant | John J. Ray III | 0.5 | $787.50 |
| 1/5/24 | Review revised Propco sales motion/order | John J. Ray III | 0.3 | $472.50 |
| 1/6/24 | Review and execute NDAs related to crypto sales | John J. Ray III | 0.5 | $787.50 |
| 1/7/24 | Comments on Ad hoc proposal (0.8) and follow up call with S&C (A Dietderich and others), PWP (B Mendelsohn and others), and A&M (E Mosely and others) related to ad hoc proposal (0.8) | John J. Ray III | 1.6 | $2,520.00 |
| 1/8/24 | Review draft complaint and provide comments to QE (A Alden) | John J. Ray III | 2.3 | $3,622.50 |
| 1/8/24 | Review EU documents | John J. Ray III | 0.5 | $787.50 |
| 1/8/24 | Prepare Board agenda and materials, send to Board | John J. Ray III | 2.5 | $3,937.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/8/24 | Review communications related to crypto and token sales and provide direction regarding same | John J. Ray III | 1.5 | $2,362.50 |
| 1/8/24 | Participate in call with Galaxy, A&M (K Ramanathan and others), UCC, and Ad hoc professionals related to coining token monetization | John J. Ray III | 1.0 | $1,575.00 |
| 1/8/24 | Review updated materials from Galaxy | John J. Ray III | 0.3 | $472.50 |
| 1/8/24 | Review proposal from Ad hoc committee re distribution process and provide input to Debtor professionals | John J. Ray III | 1.3 | $2,047.50 |
| 1/8/24 | Review materials from A&M related to case status and pending work streams | John J. Ray III | 0.8 | $1,260.00 |
| 1/8/24 | Review demand letter | John J. Ray III | 0.3 | $472.50 |
| 1/8/24 | Review proposed settlement with counterparty | John J. Ray III | 0.8 | $1,260.00 |
| 1/9/24 | Review claims due diligence related to Propco | John J. Ray III | 0.5 | $787.50 |
| 1/9/24 | Review and approve expert retention | John J. Ray III | 0.5 | $787.50 |
| 1/9/24 | Review revised Bahamas property sales procedures | John J. Ray III | 0.8 | $1,260.00 |
| 1/9/24 | Review EU developments and provide direction and advice | John J. Ray III | 3.0 | $4,725.00 |
| 1/9/24 | Call with Steering committee including S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.5 | $2,362.50 |
| 1/9/24 | Review diligence requests and responses | John J. Ray III | 0.8 | $1,260.00 |
| 1/9/24 | Call with Board, S&C (A Dietderich and others), A&M (E Mosely and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.3 | $2,047.50 |
| 1/9/24 | Call with A&M (E Mosely) related to various work streams | John J. Ray III | 0.3 | $472.50 |
| 1/9/24 | Communicate with S&C (S Wheeler) and JOLs related to property sales | John J. Ray III | 0.3 | $472.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/9/24 | Communicate with A&M (K Ramanathan) related to coin sales processes and review revised proposals re same | John J. Ray III | 1.8 | $2,835.00 |
| 1/10/24 | Review work streams and Plan timeline | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Call with Galaxy re agreement terms (0.3); follow up call with S&C (D Handelsman) re same (0.3); call with Rothschild (C Delo) re same (0.3) | John J. Ray III | 0.9 | $1,417.50 |
| 1/10/24 | Review of Bahamas documents proposed for filing in Bahamas | John J. Ray III | 2.0 | $3,150.00 |
| 1/10/24 | Review of communication from S&C (S Wheeler) regarding proposed settlement terms and approve same | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Review responses to IDRs | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Execute NDA | John J. Ray III | 0.3 | $472.50 |
| 1/10/24 | Review and approve professional fee expenses | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Review cash flow related to crypto and token sales and administrative matters | John J. Ray III | 0.3 | $472.50 |
| 1/10/24 | Review of cash receipts and documentation | John J. Ray III | 0.3 | $472.50 |
| 1/10/24 | Review of Cyprus motion | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Communication with Galaxy related to contract amendment | John J. Ray III | 0.8 | $1,260.00 |
| 1/10/24 | Review and approve diligence requests | John J. Ray III | 0.3 | $472.50 |
| 1/11/24 | Review Bahamas filings | John J. Ray III | 1.3 | $2,047.50 |
| 1/11/24 | Call with A&M (K Ramanathan and S Coverick) related to crypto sales process | John J. Ray III | 0.5 | $787.50 |
| 1/11/24 | Call with S&C (E Simpson, A Dietderich, A Kranzley and others) and A&M (Ed Mosely and others) related to Europe matters | John J. Ray III | 1.0 | $1,575.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/11/24 | Communicate with S&C (D Handelsman and A Kranzley) related to Galaxy agreement (0.3), and review of agreement (0.5) | John J. Ray III | 0.8 | $1,260.00 |
| 1/11/24 | Call with PWP (B Mendelsohn and others), UCC, and ACH representatives related to ventures | John J. Ray III | 0.8 | $1,260.00 |
| 1/11/24 | Review of revised drafts of Bahamas filings | John J. Ray III | 0.8 | $1,260.00 |
| 1/11/24 | Call with Rothschild (C Delo) regarding various work streams | John J. Ray III | 0.3 | $472.50 |
| 1/11/24 | Review of communication from S&C (J Croke) related to claims matter | John J. Ray III | 0.3 | $472.50 |
| 1/11/24 | Review of service provider engagement | John J. Ray III | 0.8 | $1,260.00 |
| 1/11/24 | Review of filings in Europe administration | John J. Ray III | 1.3 | $2,047.50 |
| 1/11/24 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), PWP (B Mendelsohn and others), and Ad hoc representatives related to bankruptcy claims process | John J. Ray III | 1.0 | $1,575.00 |
| 1/11/24 | Call with S&C (A Dietderich and A Cohen) related to venture investment | John J. Ray III | 0.3 | $472.50 |
| 1/11/24 | Review Cyprus materials prepared by A&M related to current developments | John J. Ray III | 0.5 | $787.50 |
| 1/11/24 | Call with A&M (H Chambers and others) and S Malamed (Japan) | John J. Ray III | 0.8 | $1,260.00 |
| 1/11/24 | Review of diligence requests and approval of same | John J. Ray III | 0.3 | $472.50 |
| 1/12/24 | Review of engagement letter related to Japan | John J. Ray III | 0.5 | $787.50 |
| 1/12/24 | Communicate with A&M (S Coverick) related to estimation process and review of materials in response | John J. Ray III | 0.8 | $1,260.00 |
| 1/12/24 | Review of escheatment contract related to Embed | John J. Ray III | 1.0 | $1,575.00 |
| 1/12/24 | Review of draft complaint | John J. Ray III | 2.5 | $3,937.50 |
| 1/12/24 | Review of crypto accounting | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/12/24 | Review updates related to crypto sales | John J. Ray III | 0.3 | $472.50 |
| 1/12/24 | Review of estimation objections | John J. Ray III | 0.8 | $1,260.00 |
| 1/14/24 | Review of coin sales (0.3) and coordinating meeting related to coin sales (0.3) | John J. Ray III | 0.6 | $945.00 |
| 1/15/24 | Review of retention agreement related to Japan | John J. Ray III | 0.8 | $1,260.00 |
| 1/15/24 | Review of coin process materials | John J. Ray III | 0.5 | $787.50 |
| 1/15/24 | Call with A&M (K Ramanathan and others), UCC, and ACH representatives related to Galaxy agreement | John J. Ray III | 0.5 | $787.50 |
| 1/15/24 | Communicate to Galaxy, ACH, and UCC related to Galaxy agreement | John J. Ray III | 0.8 | $1,260.00 |
| 1/15/24 | Review diligence requests and comment on same | John J. Ray III | 0.3 | $472.50 |
| 1/15/24 | Review litigation docketed filing | John J. Ray III | 1.8 | $2,835.00 |
| 1/16/24 | Participate in steering committee call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) | John J. Ray III | 1.3 | $2,047.50 |
| 1/16/24 | Call with S&C (A Dietderich and others), A&M (E Mosley and others), and PWP (B Mendelsohn and others) related to recovery model and Plan | John J. Ray III | 1.5 | $2,362.50 |
| 1/16/24 | Call with Galaxy A&M (K Ramanathan and others), UCC, and ACH representatives regarding coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 1/16/24 | Call with A&M (K Ramanathan and others), UCC, and ACH representatives related to Galaxy fee structure | John J. Ray III | 0.5 | $787.50 |
| 1/16/24 | Call with PWP (B Mendelsohn and others) and Board member related to venture sale | John J. Ray III | 0.5 | $787.50 |
| 1/16/24 | Review of draft complaint and comment re same | John J. Ray III | 2.8 | $4,410.00 |
| 1/16/24 | Review of IRS claim materials and filings | John J. Ray III | 1.8 | $2,835.00 |
| 1/16/24 | Review calculations related to trading fees | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/17/24 | Review settlement agreement and provide comments | John J. Ray III | 1.3 | $2,047.50 |
| 1/17/24 | Call with QE (S Rand and others) and S&C (J Croke and others) related to draft complaint | John J. Ray III | 0.5 | $787.50 |
| 1/17/24 | Call with S&C (A Dietderich and others), A&M (E Mosley and others) related to Plan matters | John J. Ray III | 1.0 | $1,575.00 |
| 1/17/24 | Review materials related to Europe (1.0) and call with S&C (E Simpson) related to same (0.3) | John J. Ray III | 1.3 | $2,047.50 |
| 1/17/24 | Review of complaint | John J. Ray III | 1.8 | $2,835.00 |
| 1/17/24 | Review of materials related to Plan | John J. Ray III | 3.8 | $5,985.00 |
| 1/17/24 | Review of Bahamas filings | John J. Ray III | 1.3 | $2,047.50 |
| 1/17/24 | Review of draft amended complaint | John J. Ray III | 1.3 | $2,047.50 |
| 1/17/24 | Review of Cyprus materials | John J. Ray III | 0.8 | $1,260.00 |
| 1/18/24 | Markup of amended complaint | John J. Ray III | 2.3 | $3,622.50 |
| 1/18/24 | Review of EU and Europe financials | John J. Ray III | 2.8 | $4,410.00 |
| 1/18/24 | Call with management related to Europe litigation | John J. Ray III | 0.8 | $1,260.00 |
| 1/18/24 | Call with PWP (B Mendelsohn and others) related to venture sales | John J. Ray III | 0.8 | $1,260.00 |
| 1/18/24 | Call with QE (S Rand and others) related to pending litigation | John J. Ray III | 0.5 | $787.50 |
| 1/18/24 | Further review of amended complaint | John J. Ray III | 1.0 | $1,575.00 |
| 1/18/24 | Call with E&Y (T Shea and others) related to tax matters status | John J. Ray III | 1.0 | $1,575.00 |
| 1/19/24 | Call with S&C (J Bromley) related to open matters | John J. Ray III | 0.8 | $1,260.00 |
| 1/19/24 | Review of examiner opinion | John J. Ray III | 0.5 | $787.50 |
| 1/19/24 | Review of banking status and balances | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/19/24 | Review of EU matters and restructuring matters and communications with S&C (E Simpson) and A&M (D Johnston) | John J. Ray III | 4.8 | $7,560.00 |
| 1/19/24 | Review of proposal related to EU and prepare comments | John J. Ray III | 2.0 | $3,150.00 |
| 1/20/24 | Review of proposal related to EU and mark up proposal | John J. Ray III | 2.5 | $3,937.50 |
| 1/20/24 | Review of NDAs and background material on bidders and provide feedback | John J. Ray III | 1.8 | $2,835.00 |
| 1/21/24 | Review of Plan materials for distribution to Board | John J. Ray III | 3.5 | $5,512.50 |
| 1/21/24 | Review of draft letter to Court related to status conference | John J. Ray III | 0.5 | $787.50 |
| 1/22/24 | Call with Galaxy re token sales and open issues | John J. Ray III | 0.5 | $787.50 |
| 1/22/24 | Review of Europe proposal and mark up response | John J. Ray III | 4.5 | $7,087.50 |
| 1/22/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor professionals related to coin and token sales | John J. Ray III | 1.0 | $1,575.00 |
| 1/22/24 | Review of token update and strategy memo from A&M (A Titus) | John J. Ray III | 1.3 | $2,047.50 |
| 1/22/24 | Call with S&C (A Dietderich and others), A&M (E Mosely and others), and creditor representatives related to liquidity facility | John J. Ray III | 1.0 | $1,575.00 |
| 1/22/24 | Prepare for Board meeting on 1/23 | John J. Ray III | 2.0 | $3,150.00 |
| 1/23/24 | Review and comment related to Europe matters | John J. Ray III | 4.0 | $6,300.00 |
| 1/23/24 | Weekly steering committee meeting with PWP (B Mendelsohn and others), A&M (E Mosely and others), and S&C (A Dietderich and others) | John J. Ray III | 0.8 | $1,260.00 |
| 1/23/24 | Call with Board, PWP (B Mendelsohn and others), A&M (E Mosely and others), and S&C (A Dietderich and others) | John J. Ray III | 1.0 | $1,575.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/23/24 | Call with PWP (B Mendelsohn and others), S&C (Mimi Wu and others), and PWP (B Mendelsohn and others) related to venture portfolio | John J. Ray III | 1.0 | $1,575.00 |
| 1/23/24 | Review token positions and recommendations | John J. Ray III | 1.5 | $2,362.50 |
| 1/23/24 | Review of IRS matters and proposed filings | John J. Ray III | 0.8 | $1,260.00 |
| 1/23/24 | Review venture portfolio recommendations | John J. Ray III | 0.8 | $1,260.00 |
| 1/23/24 | Call with A&M (D Johnston and S Coverick) and third parties related to Europe matters | John J. Ray III | 1.0 | $1,575.00 |
| 1/23/24 | Call related to Japan with A&M (H Chambers and others) | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Review of issues related to claims and schedules | John J. Ray III | 1.5 | $2,362.50 |
| 1/24/24 | Review and comment on token sale amendment | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Review and approval to amendments to facilitate trading of tokens | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Follow up communication related to Bahamas property sales | John J. Ray III | 0.3 | $472.50 |
| 1/24/24 | Review of terms related to potential liquidation facility | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Review and approval of various corporate actions related to venture sales | John J. Ray III | 0.8 | $1,260.00 |
| 1/24/24 | Review revised Europe proposal | John J. Ray III | 1.5 | $2,362.50 |
| 1/24/24 | Review and approve scheduling motion | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Review mark up to settlement agreement | John J. Ray III | 0.5 | $787.50 |
| 1/24/24 | Review of Bahamas filing and orders | John J. Ray III | 0.5 | $787.50 |
| 1/25/24 | Call with QE related to investigation matters | John J. Ray III | 0.5 | $787.50 |
| 1/25/24 | Call with Board member related to various open work streams | John J. Ray III | 1.5 | $2,362.50 |
| 1/25/24 | Call with PWP (B Mendelsohn and others) related to venture sales | John J. Ray III | 0.5 | $787.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/25/24 | Call with S&C (A Dietderich and others) and PWP (B Mendelsohn) related to potential liquidity facility | John J. Ray III | 0.5 | $787.50 |
| 1/25/24 | Call with S&C (E Simpson and others) and A&M (D Johnston and others) related to Europe matters | John J. Ray III | 0.5 | $787.50 |
| 1/25/24 | Call with PWP (B Mendelsohn and others) and creditor representatives related to venture portfolio and tokens | John J. Ray III | 1.0 | $1,575.00 |
| 1/25/24 | Mark up of settlement proposal | John J. Ray III | 2.3 | $3,622.50 |
| 1/25/24 | Review of NDA for ventures and provide comment | John J. Ray III | 0.5 | $787.50 |
| 1/25/24 | Call with A&M (D Johnston and S Coverick) and litigation defendants | John J. Ray III | 1.0 | $1,575.00 |
| 1/25/24 | Review of venture targets for sale and development of list re same | John J. Ray III | 2.0 | $3,150.00 |
| 1/25/24 | Provide comments on settlement proposal and communicate with defendants re same | John J. Ray III | 1.8 | $2,835.00 |
| 1/26/24 | Provide final comments and approve token agreements | John J. Ray III | 0.5 | $787.50 |
| 1/26/24 | Revisions to settlement proposal and communicate with defendants re same | John J. Ray III | 3.5 | $5,512.50 |
| 1/26/24 | Review of proposed plan structure proposal | John J. Ray III | 1.5 | $2,362.50 |
| 1/26/24 | Call with E&Y (T Shea and others) related to tax matters | John J. Ray III | 1.0 | $1,575.00 |
| 1/26/24 | Call with S&C (A Dietderich) related to Plan terms | John J. Ray III | 0.5 | $787.50 |
| 1/26/24 | Call with S&C (J Croke and others) related to pending litigation | John J. Ray III | 0.5 | $787.50 |
| 1/26/24 | Review open matters related to various work streams | John J. Ray III | 2.0 | $3,150.00 |
| 1/26/24 | Review proposed sale motion related to venture investment | John J. Ray III | 1.5 | $2,362.50 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/27/24 | Review of terms of settlement term sheet and provide comments | John J. Ray III | 1.5 | $2,362.50 |
| 1/27/24 | Review sale procedures and provide comments | John J. Ray III | 0.8 | $1,260.00 |
| 1/28/24 | Mark up of settlement term sheet and revisions to same | John J. Ray III | 2.5 | $3,937.50 |
| 1/28/24 | Communicate with counterparty re term sheet | John J. Ray III | 1.0 | $1,575.00 |
| 1/28/24 | Review sale agreement | John J. Ray III | 0.3 | $472.50 |
| 1/28/24 | Travel to NYC for meetings, hearing preparation, and bankruptcy hearings | John J. Ray III | 4.5 | $3,543.75 |
| 1/28/24 | Review materials for Court hearing | John J. Ray III | 2.5 | $3,937.50 |
| 1/29/24 | Review Bahamas revised orders | John J. Ray III | 0.8 | $1,260.00 |
| 1/29/24 | Review revised settlement drafts | John J. Ray III | 2.8 | $4,410.00 |
| 1/29/24 | Call with Galaxy, A&M (K Ramanathan and others), and creditor representatives related to crypto and tokens | John J. Ray III | 1.0 | $1,575.00 |
| 1/29/24 | Responding to creditor inquiries | John J. Ray III | 1.0 | $1,575.00 |
| 1/29/24 | Attend Creditor meetings with A&M (S Coverick and others), S&C (A Kranzley and others) | John J. Ray III | 2.0 | $3,150.00 |
| 1/29/24 | Communication and review of revised documents related to Europe matters | John J. Ray III | 2.5 | $3,937.50 |
| 1/30/24 | Review lender claims analysis | John J. Ray III | 0.5 | $787.50 |
| 1/30/24 | Review and approve claims analysis | John J. Ray III | 0.8 | $1,260.00 |
| 1/30/24 | Review ventures and communicate with bidder re same | John J. Ray III | 0.8 | $1,260.00 |
| 1/30/24 | Review recommendations related to license | John J. Ray III | 0.3 | $472.50 |
| 1/30/24 | Review documents related to claims for FTX and Alameda | John J. Ray III | 2.5 | $3,937.50 |
| 1/30/24 | Review claims statistics on large claims | John J. Ray III | 0.8 | $1,260.00 |

| Enter Date | Description | Professional | Hours Worked | Corresponding Charge[1] |
|---|---|---|---|---|
| 1/30/24 | Review venture sales procedures and approve same | John J. Ray III | 0.8 | $1,260.00 |
| 1/30/24 | Review plan term sheet related to distribution option and comment | John J. Ray III | 0.8 | $1,260.00 |
| 1/30/24 | Review settlement deck and related claims analysis | John J. Ray III | 1.3 | $2,047.50 |
| 1/30/24 | Review and approve pre-designation of token | John J. Ray III | 0.3 | $472.50 |
| 1/31/24 | Travel to Wilmington for bankruptcy hearings | John J. Ray III | 2.0 | $1,575.00 |
| 1/31/24 | Prepare for Court hearing | John J. Ray III | 1.0 | $1,575.00 |
| 1/31/24 | Attend Court hearing | John J. Ray III | 5.0 | $7,875.00 |
| 1/31/24 | Travel from bankruptcy hearings to NYC | John J. Ray III | 2.0 | $1,575.00 |
| 1/31/24 | Meet with JOLs | John J. Ray III | 0.8 | $1,260.00 |
| 1/31/24 | Review and approve sales procedures for ventures | John J. Ray III | 1.3 | $2,047.50 |
| 1/31/24 | Review and approve professional fees | John J. Ray III | 0.5 | $787.50 |
| 1/31/24 | Review coin report | John J. Ray III | 0.5 | $787.50 |
| | | **Total Amount for Period:** | 244.9 | $379,023.75 |

**Owl Hill Expense Report – Detail by Day, by Category**

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 01/04/24 | Overnight shipping documents to S&C NYC | | | | | $123.98 | John J. Ray III |
| 01/28/24 | Delta coach airfare to LGA for meetings and bankruptcy hearing | $641.20 | | | | | John J. Ray III |
| 01/28/24 | Car service LGA to Hotel | | | $139.40 | | | John J. Ray III |
| 01/28/24 | Lodging in NYC for meetings and bankruptcy hearing | | $525.00 | | | | John J. Ray III |
| 01/29/24 | Breakfast for one in NYC for meetings and bankruptcy hearing | | | | $23.31 | | John J. Ray III |
| 01/29/24 | Lodging in NYC for meetings and bankruptcy hearing | | $525.00 | | | | John J. Ray III |
| 01/30/24 | Breakfast for one in NYC for meetings and bankruptcy hearing | | | | $19.19 | | John J. Ray III |
| 01/30/24 | Lodging in NYC for meetings and bankruptcy hearing | | $525.00 | | | | John J. Ray III |
| 01/31/24 | Lodging in NYC for meetings and bankruptcy hearing | | $525.00 | | | | John J. Ray III |
| 01/31/24 | Breakfast for one in NYC for meetings and bankruptcy hearing | | | | $19.00 | | John J. Ray III |
| 01/31/24 | Car service from hotel to Penn station to bankruptcy hearing | | | $60.00 | | | John J. Ray III |

| Date | Description | Air | Lodging | Transportation & Parking | Meals | Other | Professional |
|---|---|---|---|---|---|---|---|
| 01/31/24 | Amtrak round trip for one, NYC Penn station to Wilmington for bankruptcy hearing | | | $219.00 | | | John J. Ray III |
| 01/31/24 | Car service from train to Court for bankruptcy hearing | | | $17.59 | | | John J. Ray III |
| 01/31/24 | Car service from NYC Penn station to hotel from bankruptcy hearing | | | $102.10 | | | John J. Ray III |
| | **Total Amount for Period:** | **$641.20** | **$2,100.00** | **$538.09** | **$61.50** | **$123.98** | |