To:

RECEIVED
2024 FEB -6 AM 10: 39
CLERK
U.S. BANKRUPTCY COURT
DELAWARE

# Office of the Clerk of the United States Bankruptcy Court for the District of Delaware

## 824 Market Street, 3rd Floor, Wilmington, Delaware 19801

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
FTX TRADING LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

Hearing Date: February 22, 2024 at 1:00 P.M. ET Objection Deadline: February 9, 2024 at 4:00 P.M. ET

# In response to:

## DEBTORS' NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS)

**Name of the claimant: ZIXUAN XU**

**The claim number:** ▇▇▇▇▇▇▇▇ (surviving claims)

**Contact Details**

**Name: ZIXUAN XU**

**Address: 15G, Tower One, Robinson Place, 70 Robinson Road, Mid-Levels, Hong Kong**

**Email: XUZIXUANISME@gmail.com**

**Phone: +61 478155567**

The amount of claims:

BTC 22.496467594331900

DOT 0.000000000640260

ETH 0.000027729615535

ETHW 180.529043502844960

FTT 25.597683814457000

FTT-PERP 28,871.400000000000000

JPY 112,000.520000000000000 (63571 surviving claims)

TRY 0.000000001200000

USDT 0.0000000013700

USD  -51,366.52 (The USD balance does not include the notional size of futures positions as stated in https://claims.ftx.com/)

I, ZIXUAN XU object to the surviving claims only containing my balance in FTX Japan K.K, as I also hold other cryptocurrencies at FTX.com Account ID: 128485954.

I also believe those FTX.com cryptocurrency holdings should be under-managed by FTX Japan KK instead of FTX.com as I already have JPY holdings at FTX Japan so all the rest cryptocurrency should be managed by and transferred to them as well.

Please see the evidence and explanation below:

From Exhibit 1 you can see the balance of the account screenshot from https://claims.ftx.com/ showing the balance of the account as well as the FTX account number.

From Exhibit 2, you can see 11/11/2022 last 10 transactions history downloaded from https://claims.ftx.com/ before FTX seized the operation.

From Exhibit 3, you can see I have cancelled the withdrawal request of more than 23.63BTC at 11/09/2022 due to the FTX stop withdraws which further proves I have a certain BTC balance holding in my account other than 0 showing in the survival claim.

From Exhibit 4, you can see I moved to Japan back in Oct 2022 and have a local driver's license. This is the same document I provide to FTX support case #1219634.

From Exhibit 5, you can see I have submitted a move residency request through FTX case #1219634 but never got a response so I sent a message to FTX_JP's official Twitter account to follow up. I have attached my Japanese driver's license same as above in the support case and provided the necessary information but never received an update.

Thus I want to claim:

 (a) my account balances should be shown as above instead of only JPY showing in the survival claim undermanaged by Japan K.K.

 (b) all account balances should be managed by and transferred to FTX Japan K.K instead of FTX.com at the time of claim.

*[signature]*

ZIXUAN XU  28 Jan 2024

# Exhibit 1





## Exhibit 2

| Date/Time | Currency | Amount | Type |
|---|---|---|---|
| 2022-11-11 14:51:35.131571 | USD | -40.13750000 | cost |
| 2022-11-11 14:51:35.131571 | USD | -513.59880000 | cost |
| 2022-11-11 14:51:35.131571 | FTT-PERP | 170.30000000 | change |
| 2022-11-11 14:51:35.131571 | FTT-PERP | 25.20000000 | change |
| 2022-11-11 14:51:35.131571 | FTT-PERP | 25.00000000 | change |
| 2022-11-11 14:51:35.131571 | FTT-PERP | 319.80000000 | change |
| 2022-11-11 14:59:33.793802 | BTC | 2.57631050 | spot_base |
| 2022-11-11 14:59:33.793802 | USD | -43502.91666036 | spot_quote |
| 2022-11-11 15:00:00 | USD | 0.00104055 | spot_lend 784335120 |
| 2022-11-11 15:00:00 | USD | 597.44335789 | funding payments for account 128485954 |

# Exhibit 3



**FTX Cryptocurrency Derivatives Exchange**
BTC withdrawal request
To: Joe

Inbox - Joe    9 November 2022, 9:57 am

Hello ZIXUAN XU 徐子恒,

We have received a request to withdraw 23.63195709 BTC from your FTX account to bc1qf84fmzgevrgxg23p3sm0d5vlq5vztglsxtu4lv.
If you did not make this request, please change your password and contact customer support immediately.

Withdrawals are processed within a few hours. You can find more information at https://help.ftx.com/hc/en-us/articles/360034865571-Deposits-and-Withdrawals.

# Exhibit 4



Exhibit 5




EJ 320 277 065 AU


CN23

**1. From (Sender)**
Name: ZIXUAN XU
Email:
Address: 3908 12 QUAY ST
City / State / Postcode: HAYMARKET NSW 2000
Country: AUSTRALIA
Company Name:
Telephone No.: +61478155567

**2. To (Receiver)**
Name: OFFICE of the Clerk of the United States Bankruptcy Court for the District of Delaware
Company Name:
Email:
Telephone No.:
Importer's Reference No.:
Address: 824 Market St, 3rd Floor
City / State / Postcode: Wilmington, Delaware, 19801
Country: UNITED STATES

**3. Customs Declaration**
Category Of Item: ✓ Documents
Full Description Of Goods: Documents
No. Of Items: 1
Value (AUD$): $1

**4. Extra Cover**

**5. In Case Of Non-Delivery**
✓ Return By Most Economical Route

**6. Sender's Authorisation And Signature**
Signature Of Sender: X