RECEIVED
2024 FEB -6 AM 10: 49
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: 1/31/2024

Name of Court: United States Bankruptcy Court for the District of Delaware

Name of Debtor: FTX TRADING LTD.

Lead Case Number: 22-11068 (JTD)

Title of Objection: Debtor's Thirteenth (Non-substantive) Omnibus Objection to Certain No Liability Proofs of Claim.

Name of Claimant: Thi Nguyen

Address of Claimant: 2565 W Rome Ave. Anaheim, CA, 92804

Email of Claimant: thi.a.nguyen@gmail.com

Phone Number of Claimant: 714-797-3713

Claim Number: [redacted]

Description of the basis for the amount of the claim: To reclaim my deposit of funds.

Amount of claim: $150,000.00 (US dollars)

I am writing to respond to your Omnibus Objection to Claim No. 34432.

You have objected to my claim on the grounds of insufficient documentation. I originally filed for an amount of 214 BTC because the Kroll website's instruction specified that I put amount of my account before the Nov 14th, 2022. Now I cannot log into the two websites (www.suremarketaid.com and www.suremarketexpert.com) that I had deposited money to, I request to update the amount of the claim to be $150,000.00. The total deposit is 7.5 BTC, each BTC was priced around $20000 USD at the time of deposit. Thus, the total is $150,000 US dollars.

I ask that the court overrule the objection and allow my claim for $150,000.00. My claim is valid and enforceable, and I have attached the following document to prove my case.

Please review the attached document and withdraw your objection. Please send instructions on how I can remotely attend the hearing on Feb 22nd, 2024.

I am unable to submit KYC at the claims.ftx.com web site. That is why I include screenshots of my driver license, 3 months of bank statements, and 3 months of gas bills as KYC evidence. I also include screenshots of my crypto.com USDT and BTC address, proof of deposits, my current balance, and email communications. The last four digits of my SSN is 7423. I had also sent a physical copy of my driver license to Kroll.

Please contact me at the below contact information if you have any questions or concerns.

Phone 714-797-3713

Email: thi.a.nguyen@gmail.com

Address: 2565 W Rome Ave. Anaheim, CA, 92804

Sincerely,

Thi Nguyen

Detail description of my case:

I believe www.suremarketexpert.com is a part of FTX because of a transfer to my crypto.com account showing sender as FTX USDT address. I believe it is part of "West Realm Shires Inc." because the petition date of November 14th 2022 matches with the date when I received two emails from www.suremarketexpert.com stating that they completed their site maintenance, and required me to deposit 8.5% of profit balance before I could withdraw any money.

The www.suremarketaid.com and www.suremarketexpert.com  websites are no longer up.

I have tried to request withdrawal through support@suremarketexpert.com many times but was declined.

I have filed complaints with reportfraud.ftc.gov, www.cftc.gov.

My current balance on www.suremarketexpert.com is 214.0015 BTC. I obtained this balance from trading activities. My username on this website is **iamthi**. Now that I cannot log in anymore, I believe the Suremarket people have created these web sites to defraud investors like me and my sister.

The very first email I got from www.suremarketaid.com shows a US address: 675 Massachusetts Avenue, Cambridge, MA 02139.

My seed money that I transferred from my crypto.com account to Suremarket totals $150,000.00.

I opened an account with www.suremarketaid.com and deposited money starting August 10th, 2022.

After trading for a few weeks, I withdrew from Suremarketaid an amount of $100.00, which is equivalent to 99.5 in USDT after fee (see page 12 and page 13), on September 9th, 2022, and confirmed the transfer showing sender as **FTX** USDT address **0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2**. At that time FTX was in good status and had not started bankruptcy so I continued putting in money to trade. I was convinced that Suremarket was part of FTX because of this transfer.

I then introduced my sister to the exchange after seeing the FTX address as good evidence that this exchange is legitimate. I invested a total of $150,000.00. She also invested $150,000.00. Her email with the www.suremarketexpert.com is ocmai@protonmail.com. She also filed a claim. Her claim number is 46391.

On September 19th, 2022, I received an email from www.suremarketaid.com saying they were upgrading to a new system. Then I received an email on September 21st, 2022, from the new www.suremarketexpert.com instructing me to register to this new site because they completed the upgrade. Then they sent another email on November 9th, 2022, about maintenance on the site www.suremarketexpert.com and paused trading activities on my account because the profit limit passed a certain threshold and required me to deposit more money to continue to trade.

Then they did another upgrade on November 14th, 2022, and required me to deposit 8.5% of my profit balance before I can withdraw any money. I have asked support@suremarketexpert.com to deduct 8.5%

from my profit balance directly and let me withdraw the rest but they refused. I requested a refund of my seed money and they refused.

I have all the screenshots and include the screenshots below.

My BTC address from my account with crypto.com is

3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH

My USDT address from my account with crypto.com is

0xc968592a0c823ee4b64a3328feab0ebaa075611a

1. Please see the transaction below shows a transfer of $100.00 from FTX exchange USDT address **0x2faf487a4414fe77e2327f0bf4ae2a264a776ad2** to my USDT address 0xc968592a0c823ee4b64a3328feab0ebaa075611a

   0x811e7e0c0dbfe8c80e0177b38b28abd89acc6e9cacc8aafd21549d638234947a

2. I was able to transfer $10,000 in profit one time from Suremarket to my crypto.com BTC address 3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH
   - October 7th, 2022: 0.50000000 BTC

   0e1c5dde4c03cbd2781d8a3bd7c8e9cb87db0afb1bbbb07d63502e874d28fac1

3. Below is the list of all transfers of my seed money from my crypto.com BTC account and CashApp BTC account to Suremarket BTC address **bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e** **Please see the blockchain browser to see all my transfer of BTC:** https://blockchair.com/bitcoin/address/bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e

   - October 19th, 2022: 2.57733400 BTC eaa42f2ffd1bad609ac6a4eed3917cd906ca5d054f07a38723a23307e0376a02
   - September 13rd, 2022: 2.73060000 BTC 1a165e4e1b9913984974b482f1c7123c738899ccf189e35f65749dcd42aa5dd8
   - August 25th, 2022: 1.37440000 BTC

     09924b5f053a04a6d19344041c6257a2a13e39eb37f930d19859e329636c70fd

   - August 22nd, 2022: 0.46580000 BTC 091d04f21a1ec6422deddbf8399465340776607446 48f2c94e843ee075921569
   - August 18th, 2022: 0.02940000 BTC

     1b735a9bf795862f94ce50f00d69149639b5c903dcd8a2b42a2b5599cea4ff7c

4. Below is the transfer of my seed money from my CashApp BTC account to Suremarket BTC address **bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e**

- August 16th, 2022: 0.04158536 BTC

  699b68b633d9bb3fda1afd08e8270d62838d1d4cc97dea4d2552bb74b3b7ad6d

- August 11th, 2022: 0.0408447BTC

  085e433ebf6874b0fa7b57521749b3b44bd8008107196053ff15c7263b72790f

KYC: California Driver License, and Gas bills for last 3 months:







SoCalGas

ACCOUNT NUMBER [redacted]
SERVICE FOR
THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED Jan 4, 2024 Page 1 of 2
1-800-427-2200 *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
socalgas.com

A meter calibration adjustment factor has been incorporated in the Billing Factor for this bill period. The calibration factor corrects small meter registration inaccuracies, effectively reducing the recorded registration by 2%.

| DATE DUE | Jan 25, 2024 |
|---|---|
| AMOUNT DUE | $82.44 |

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $46.35 |
| Payment Received | 12/21/23 | THANK YOU | - 46.35 |
| Current Charges | | | + 82.44 |
| **Total Amount Due** | | | **$82.44** |

This bill reflects modified gas charges due to a rate change.

## Current Charges

**Rate:** GR - Residential **Climate Zone:** 1 **Baseline Allowance:** 53 Therms
**Meter Number:** 12356605 (Next scheduled read date Jan 30 2024) **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | - | Previous Reading | = | Difference | x Billing Factor | x BTU Factor | = | Total Therms |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/23 - 01/02/24 | 33 | 12356605 | 9874 | | 9824 | | 50 | 0.980 | 1.028 | | 50 |

| GAS CHARGES | | Amount($) |
|---|---|---|
| Customer Charge | 33 Days x $.16438 | 5.42 |
| Gas Transportation (*Details below*) | 50 Therms | |
| Baseline — Therms used: 50; Rate/Therm: $.86864; Charge: $43.43 | = | 43.43 |
| Gas Commodity | 50 Therms x $.55427 | 27.71 |
| | **Total Gas Charges** | **$76.56** |

| TAXES & FEES ON GAS CHARGES | | Amount($) |
|---|---|---|
| State Regulatory Fee | 50 Therms x $.00288 | .14 |
| Public Purpose Surcharge | 50 Therms x $.11483 | 5.74 |
| | **Total Taxes and Fees on Gas Charges** | **$5.88** |
| | **Total Current Charges** | **$82.44** |

**Gas Usage History** *(Total Therms used)*

| | Jan 23 | Dec 23 | Jan 24 |
|---|---|---|---|
| Total Therms used | 81 | 25 | 50 |
| Daily average Therms | 2.5 | .8 | 1.5 |
| Days in billing cycle | 33 | 31 | 33 |

We can help you manage higher bills this season with energy-saving tips and tools, assistance programs, and more. Learn more at socalgas.com/ManageHigherBills

*SoCalGas' gas commodity cost per therm for your billing period:*
Jan. $.49299 Dec. $.55822
Nov. $.67806

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. (FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. (FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.)

SoCalGas

Save Paper & Postage
PAY ONLINE
socalgas.com

ACCOUNT NUMBER [redacted]

| DATE DUE | Jan 25, 2024 |
|---|---|
| AMOUNT DUE | $82.44 |

Please enter amount enclosed.
$
Write account number on check and make payable to SoCalGas.

THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

SoCalGas

ACCOUNT NUMBER
SERVICE FOR
THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED Dec 4, 2023 Page 1 of 2
1-800-427-2200 *English*
1-800-342-4545 *Español*
1-800-252-0259 *TTY*
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
socalgas.com

NEW THIS WINTER! Sign up to receive a text message from SoCalGas when there is a 20% or more increase in the monthly natural gas commodity cost, which impacts a portion of your bill. Learn more and sign up today at socalgas.com/NotifyMe

A meter calibration adjustment factor has been incorporated in the Billing Factor for this bill period. The calibration factor corrects small meter registration inaccuracies, effectively reducing the recorded registration by 2%.

| DATE DUE | Dec 26, 2023 |
|---|---|
| AMOUNT DUE | $46.35 |

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $35.63 |
| Payment Received | 11/16/23 | THANK YOU | - 35.63 |
| Current Charges | | | + 46.35 |
| **Total Amount Due** | | | **$46.35** |

**Gas Usage History** *(Total Therms used)*

| | Dec 22 | Nov 23 | Dec 23 |
|---|---|---|---|
| Total Therms used | 85 | 20 | 25 |
| Daily average Therms | 2.7 | 7 | 8 |
| Days in billing cycle | 31 | 31 | 31 |

## Current Charges

**Rate:** GR - Residential **Climate Zone:** 1 **Baseline Allowance:** 27 Therms
**Meter Number:** 12356605 *(Next scheduled read date Jan 2 2024)* **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | x Billing Factor | x BTU Factor | = Total Therms |
|---|---|---|---|---|---|---|---|---|
| 10/30/23 - 11/30/23 | 31 | 12356605 | 9824 | 9799 | 25 | 0.980 | 1.024 | 25 |

| GAS CHARGES | | Amount($) |
|---|---|---|
| Customer Charge | 31 Days x $.16438 | 5.10 |
| Gas Transportation *(Details below)* | 25 Therms | |

| | Baseline |
|---|---|
| Therms used | 25 |
| Rate/Therm | $.86508 |
| Charge | $21.63 |

| | | |
|---|---|---|
| | = | 21.63 |
| Gas Commodity | 25 Therms x $.66847 | 16.71 |
| | **Total Gas Charges** | **$43.44** |

| TAXES & FEES ON GAS CHARGES | | Amount($) |
|---|---|---|
| State Regulatory Fee | 25 Therms x $.00300 | .08 |
| Public Purpose Surcharge | 25 Therms x $.11301 | 2.83 |
| | **Total Taxes and Fees on Gas Charges** | **$2.91** |

*(Continued on next page)*

You could save 20% off your monthly natural gas bill with the CARE program! See if you qualify at socalgas.com/CARE

¡Usted podría ahorrar un 20% de descuento en su factura mensual de gas natural con el programa CARE! Vea si califica en socalgas.com/CAREparami

SoCalGas' gas commodity cost per therm for your billing period:
Dec $.55822 Nov $.67806
Oct $.38058

PLEASE KEEP THIS PORTION FOR YOUR RECORDS / FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT / FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO

SoCalGas

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER

| DATE DUE | Dec 26, 2023 |
|---|---|
| AMOUNT DUE | $46.35 |

Please enter amount enclosed
$

Write account number on check and make payable to SoCalGas

THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111

ACCOUNT NUMBER [redacted]
SERVICE FOR
THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

DATE MAILED Nov 1, 2023 Page 1 of 2
1-800-427-2200 English
1-800-342-4545 Español
1-800-252-0259 TTY
M-F, 7am-8pm Sat, 7am-6pm
24 Hour Emergency Services Available
socalgas.com

A meter calibration adjustment factor has been incorporated in the Billing Factor for this bill period. The calibration factor corrects small meter registration inaccuracies, effectively reducing the recorded registration by 2%.

| DATE DUE | Nov 21, 2023 |
|---|---|
| AMOUNT DUE | $35.63 |

## Account Summary

| | | | |
|---|---|---|---|
| Amount of Last Bill | | | $49.29 |
| Payment Received | 10/18/23 | THANK YOU | - 49.29 |
| Current Charges | | | + 35.63 |
| **Total Amount Due** | | | **$35.63** |

**Gas Usage History** *(Total Therms used)*

| | Nov 22 | Oct 23 | Nov 23 |
|---|---|---|---|
| Total Therms used | 96 | 20 | 20 |
| Daily average Therms | 3.1 | .6 | .7 |
| Days in billing cycle | 31 | 31 | 31 |

## Current Charges

**Rate:** GR - Residential **Climate Zone:** 1 **Baseline Allowance:** 13 Therms
**Meter Number:** 12358605 (Next scheduled read date Nov 30 2023) **Cycle:** 1

| Billing Period | Days | Meter Number | Current Reading | - Previous Reading | = Difference | x Billing Factor | x BTU Factor | = Total Therms |
|---|---|---|---|---|---|---|---|---|
| 09/29/23 - 10/30/23 | 31 | 12358605 | 9799 | 9779 | 20 | 0.980 | 1.023 | 20 |

| **GAS CHARGES** | | **Amount($)** |
|---|---|---|
| Customer Charge | 31 Days x $.16438 | 5.10 |
| Gas Transportation *(Details below)* | 20 Therms | |

| | Baseline | Over Baseline | | |
|---|---|---|---|---|
| Therms used | 13 | 7 | | |
| Rate/Therm | $.87038 | $1.31668 | | |
| Charge | $11.31 | + $9.22 | = | 20.53 |

| | | |
|---|---|---|
| Gas Commodity | 20 Therms x $.38390 | 7.68 |
| | **Total Gas Charges** | **$33.31** |

| **TAXES & FEES ON GAS CHARGES** | | **Amount($)** |
|---|---|---|
| State Regulatory Fee | 20 Therms x $.00300 | .06 |
| Public Purpose Surcharge | 20 Therms x $.11301 | 2.26 |
| | **Total Taxes and Fees on Gas Charges** | **$2.32** |

**Total Current Charges $35.63**

Whether you live in a home, apartment or condo, there are many ways to save energy. Sign-up for My Account, find "My Energy Profile" and read helpful tips on ways to help save energy now. https://myaccount.socalgas.com/myAccount/faces/wls-energyProfile

SoCalGas' gas commodity cost per therm for your billing period:
Nov. $.67806 Oct. $.38058
Sep. $.48346

PLEASE KEEP THIS PORTION FOR YOUR RECORDS. / FAVOR DE GUARDAR ESTA PARTE PARA SUS REGISTROS.
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. / FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO.

SoCalGas

**Save Paper & Postage**
PAY ONLINE
socalgas.com

ACCOUNT NUMBER [redacted]

| DATE DUE | Nov 21, 2023 |
|---|---|
| AMOUNT DUE | $35.63 |

Please enter amount enclosed
$
Write account number on check and make payable to SoCalGas

THI A NGUYEN
2565 W ROME AVE
ANAHEIM CA 92804-4019

SoCalGas
PO BOX C
MONTEREY PARK CA 91756-5111



SCHOOLSFIRST
FEDERAL CREDIT UNION
P.O. Box 11547, Santa Ana, CA 92711-1547
15332 Newport Ave., Tustin, CA 92780-6406
800.462.8328 | schoolsfirstfcu.org

ADDRESS SERVICE REQUESTED

THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

Property Address: 2565 W ROME AVE
ANAHEIM, CA 92804

## Home Equity Line of Credit

Statement Closing Date: 01/20/2024
Payment Due Date: 02/15/2024
Loan Number: 81
Member Number: XXXXXXX289
Page: 1 of 1

| Item Description | Amount |
|---|---|
| Credit Limit: | $150,000.00 |
| Available Credit: | $93,000.00 |
| Beginning Balance: | $43,500.00 |
| Ending Balance: | $57,000.00 |
| **Payment Information** | |
| Payment Amount: | $313.72 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $313.72 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

**Activity Since Your Last Statement**

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 01/09 | 01/09 | Loan Advance Online Banking Transfer To Share 70 | $8,500.00 | $8,500.00 | | |
| 01/12 | 01/12 | Loan Advance Online Banking Transfer To Share 70 | $1,500.00 | $1,500.00 | | |
| 01/13 | 01/13 | Payments Online Banking Transfer From Share 70 | -$259.26 | | $259.26 | |
| 01/16 | 01/16 | Loan Advance Online Banking Transfer To Share 70 | $1,500.00 | $1,500.00 | | |
| 01/18 | 01/18 | Loan Advance Online Banking Transfer To Share 70 | $2,000.00 | $2,000.00 | | |

**Important Information Concerning Your Account**

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| | | | |
|---|---|---|---|
| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
| Total Interest Charged This Period: | $259.26 | Total Interest Charged Year To Date: | $259.26 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | | Principal Balance | Payment Due Date |
|---|---|---|---|---|
| RATE ADV HELOC | | | $57,000.00 | 02/15/2024 |
| **Loan Payment** | **Amount Past Due** | **Late Charge** | **Total Payment Due** | **Amount Enclosed** |
| $313.72 | $0.00 | $0.00 | $313.72 | |

**To avoid late charges, please pay within 15 days of the due date.**

**Member Number: XXXXXXX289**
**THI ANH NGUYEN**
**2565 WEST ROME AVENUE**
**ANAHEIM CA 92804**

**SchoolsFirst Federal Credit Union**
**P.O. Box 11919**
**SANTA ANA, CA 92711-1919**

0000000027126981000000000000313727



**SCHOOLSFIRST**
FEDERAL CREDIT UNION

P.O. Box 11547, Santa Ana, CA 92711-1547
15332 Newport Ave., Tustin, CA 92780-6406
800.462.8328 | schoolsfirstfcu.org

## Home Equity Line of Credit

| | |
|---|---|
| Statement Closing Date: | 12/20/2023 |
| Payment Due Date: | 01/15/2024 |
| Loan Number: | 81 |
| Member Number: | XXXXXXX289 |
| Page: | 1 of 1 |

ADDRESS SERVICE REQUESTED

THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

| Item Description | Amount |
|---|---|
| Credit Limit: | $150,000.00 |
| Available Credit: | $106,500.00 |
| Beginning Balance: | $37,500.00 |
| Ending Balance: | $43,500.00 |
| **Payment Information** | |
| Payment Amount: | $259.26 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $259.26 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

Property Address: 2565 W ROME AVE
ANAHEIM, CA 92804

**Activity Since Your Last Statement**

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 12/05 | 12/05 | Loan Advance Online Banking Transfer To Share 70 | $6,000.00 | $6,000.00 | | |
| 12/09 | 12/09 | Payments Online Banking Transfer From Share 70 | -$58.50 | | $58.50 | |

**Important Information Concerning Your Account**

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| | | | |
|---|---|---|---|
| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
| Total Interest Charged This Period: | $58.50 | Total Interest Charged Year To Date: | $58.50 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | | Principal Balance | Payment Due Date |
|---|---|---|---|---|
| RATE ADV HELOC | | | $43,500.00 | 01/15/2024 |
| **Loan Payment** | **Amount Past Due** | **Late Charge** | **Total Payment Due** | **Amount Enclosed** |
| $259.26 | $0.00 | $0.00 | $259.26 | |

**To avoid late charges, please pay within 15 days of the due date.**

**Member Number: XXXXXXX289**
**THI ANH NGUYEN**
**2565 WEST ROME AVENUE**
**ANAHEIM CA 92804**

**SchoolsFirst Federal Credit Union**
**P.O. Box 11919**
**SANTA ANA, CA 92711-1919**

000000002712898100000000000259268



SCHOOLSFIRST
FEDERAL CREDIT UNION
P.O. Box 11547, Santa Ana, CA 92711-1547
15332 Newport Ave., Tustin, CA 92780-6406
800.462.8328 | schoolsfirstfcu.org

## Home Equity Line of Credit

Statement Closing Date: 11/20/2023
Payment Due Date: 12/15/2023
Loan Number: 81
Member Number: XXXXXXX289
Page: 1 of 2

ADDRESS SERVICE REQUESTED
654321 8474 10 C1 1 11-21-23 CLT
123456789 1 AT 1 460

THI ANH NGUYEN
2565 WEST ROME AVENUE
ANAHEIM CA 92804

| Item Description | Amount |
|---|---|
| Credit Limit: | $150,000.00 |
| Available Credit: | $112,500.00 |
| Beginning Balance: | $0.00 |
| Ending Balance: | $37,500.00 |
| **Payment Information** | |
| Payment Amount: | $58.50 |
| Past Due: | $0.00 |
| Total Amount Now Due: | $58.50 |
| **Rate Information*** | |
| Annual Percentage Rate: | 7.750% |
| Periodic Rate: | .021232% |

Property Address: 2565 W ROME AVE
ANAHEIM, CA 92804

**Activity Since Your Last Statement**

| Tran Date | Post Date | Description | Total | Principal | Finance Charge | Late Charges/ Other Fees |
|---|---|---|---|---|---|---|
| 11/02 | 11/02 | Loan Advance Online Banking Transfer To Share 70 | $5,000.00 | $5,000.00 | | |
| 11/12 | 11/12 | Loan Advance Online Banking Transfer To Share 70 | $2,500.00 | $2,500.00 | | |
| 11/13 | 11/13 | Loan Advance Online Banking Transfer To Share 70 | $8,000.00 | $8,000.00 | | |
| 11/14 | 11/14 | Loan Advance Online Banking Transfer To Share 70 | $1,000.00 | $1,000.00 | | |
| 11/14 | 11/14 | Loan Advance Online Banking Transfer To Share 70 | $1,000.00 | $1,000.00 | | |

**Important Information Concerning Your Account**

The finance charge is determined by applying the periodic rate to the "actual daily balance" and by adding the finance charges for each day in the billing cycle on your account. To calculate the "actual daily balance", we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid finance charges. This gives us the "actual daily balance".

*The Annual Percentage Rate and the daily periodic rate may increase or decrease. Changes in the Annual Percentage Rate and the daily periodic rate will correspond to the index changes in the variable plan.

| | | | |
|---|---|---|---|
| Total Fees Charged This Period: | $0.00 | Total Fees Charged Year To Date: | $0.00 |
| Total Interest Charged This Period: | $0.00 | Total Interest Charged Year To Date: | $0.00 |

For prompt credit, return this coupon with your check in the enclosed envelope to the location shown below.
**If you are set up with auto payment transfer from your share account, you do not need to mail your payment.**

| Loan Description | | | Principal Balance | Payment Due Date |
|---|---|---|---|---|
| RATE ADV HELOC | | | $37,500.00 | 12/15/2023 |
| **Loan Payment** | **Amount Past Due** | **Late Charge** | **Total Payment Due** | **Amount Enclosed** |
| $58.50 | $0.00 | $0.00 | $58.50 | |

**To avoid late charges, please pay within 15 days of the due date.**

**Member Number: XXXXXXX289**
**THI ANH NGUYEN**
**2565 WEST ROME AVENUE**
**ANAHEIM CA 92804**

**SchoolsFirst Federal Credit Union**
**P.O. Box 11919**
**SANTA ANA, CA 92711-1919**

000000002712898100000000000058504

My crypto.com USDT and BTC addresses:
0.01
Deposit USDT
SELECT NETWORK
ERC20
Cronos
Polygon
Only Deposit USDT to This Deposit Address
You are depositing USDT on the ERC20 network. Any tokens sent to a non-ERC20 compatible address will be lost
USDT WALLET ADDRESS
0xc968592A0C823eE4b64A3 328fEab0Ebaa075611A
Share Address
Deposit BTC
SELECT NETWORK
BTC
Only Deposit BTC to This Deposit Address
You are depositing BTC on the BTC network. Any tokens sent to a non-BTC compatible address will be lost
BTC WALLET ADDRESS
3Cr8gyKce64AnYsE3g2qURX w1WRQQL35fH
PayString
EDIT
iamthi$paystring.crypto.com
Your PayString supports both Crypto.org Chain and ERC20 CRO
Share Address



**Transaction from FTX exchange USDT address to my crypto.com USDT address.**





5:31
64%
Search by Address / Txn Hash / I
Value:
0 ETH ($0.00)
Transaction Fee:
0.001241626680771246 ETH $2.33
Gas Price:
19.643194494 Gwei
(0.000000019643194494 ETH)
More Details:
+ Click to show more
Private Note:
To access the Private Note feature, you must be Logged In
A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base
Back to Top
5:31
64%
Search by Address / Txn Hash / I
Etherscan
Sign In
Transaction Details
Exchange
Play
Gaming
Sponsored: METAWIN The First Web3 Casino Instant Payments, Instant Play. No Registration Required. Play NOW
Overview
Logs (1)
State
Comments
More
Transaction Hash:
0x811e7e0c0dbfe8c80e0177b38b28abd89ac c6e9cacc8aafd21549d638234947a
Status:
Success
Block:
15505945 2289176 Block Confirmations
Timestamp:
321 days 23 hrs ago (Sep-10-2022 01:10:06 AM +UTC)
Transaction Action:

Account Balance in www.suremarketexpert.com:



**On the left: email from cs@suremarketaid.com about my withdraw of $100.00 from FTX USDT address to my crypto.com USDT address.**
**On the right: email from cs@suremarketaid.com about the maintenance upgrade to www.suremarketexpert.com.**



**On the left: email from cs@suremarketaid.com about upgrade completion and instruction to register with the new www.suremarketexpert.com.**
**On the right: email from support@suremarketexpert.com about maintenance**



**On the left: email from me to support@suremarketexpert.com to ask about withdrawal. I contacted online chat support and was asked to set up otp (one-time passcode) before withdraw.**
**On the right: email from support@suremarketexpert.com about the 8.5% deposit of my profits balance before they can give me the otp code.**



**On the left: email from support@suremarketexpert.com about their completed maintenance and asked me to contact live chat support.**
**On the right: emails communication between me and support@suremarketexpert.com about otp feature and they said I must register the otp and deposit 8.5% of profit balance before I can withdraw.**

6:50
59%
MAINTENANCE COMPLETED!!
Inbox
Sure Market Ex... 11/14/2022
to me
Welcome THI NGUYEN
This is to inform you we have completed the maintenance required on the platform to ensure we serve you better. We apologize for any inconvenience this may have caused, for more informations kindly contact live chat support.
Thanks
Management
Need help? Got questions to ask?
Contact us via
Thanks a lot.
Noted with thanks.
Thank you for your assistance.
Reply
Reply all
Forward
99+
9:39
75%
Thi Nguyen 11/14/2022
to Sure
Hello,
Why is there a fee about this new requirement of registration for otp. Other platform does not have this requirement.
Please disable otp feature on my account so I can request for withdrawal.
Thanks,
Thi
Show quoted text
support@surem... 11/14/2022
to me
The registration code process cannot be deactivated from your accounts, this is a VIP package and the code must be registered to validate all payouts for the next 12 trading months
Thanks
Management
Tuesday, November 15, 2022 at 4:14 AM +0200 from Thi Nguyen <thi.a.nguyen@gmail.com>:

**Email communications between me and support@suremarketexpert.com about my request for withdrawal and they insisted that I need to deposit money before I can request withdrawal.**

7:41
54%
Thanks,
Thi
Thi Nguyen 11/18/2022
Hello, Can you give an answer about my withdrawal request by tomorrow? I
support@surem... 11/19/2022
to me
You are required to register your OTP for withdrawal authorization, this is compulsory.
Thanks
Management
Friday, November 18, 2022 at 10:39 PM +0200 from Thi Nguyen <thi a nguyen@gmail.com>:
Show quoted text
9:44
77%
support@suremar... Feb 26
to me
Hello,
Your trading account profits was locked in at 214BTC with a value of (3,120,000)USD when the OTP registration was requested. You are required to deposit 8.5% of (3,120,000)USD which is a total of 265,200USD irrespective of the current value of BTC. Contact support email/ live chat for more information
Thanks
Management
Friday, February 10, 2023 at 9:14 PM +0200 from thi a nguyen@gmail.com <thi a nguyen@gmail.com>:
Show quoted text
Thi Nguyen Feb 26
to Sure
If you do not allow withdrawal of seed money I will have to file tax loss. The IRS will open investigation.
Show quoted text

**Transfer from my crypto.com BTC address to suremarket BTC address**

5:35
63%
Withdraw BTC (BTC)
Completed
Aug 18, 2022 10:37 AM
0.03 BTC
$696.69 USD
Withdrawal details
Sending
0.0294 BTC
Withdraw to
bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e
Network Type
Bitcoin
Fee
0.0006 BTC
Total
0.03 BTC
4:40
69%
Withdraw BTC (BTC)
Aug 18, 2022 10:37 AM
0.03 BTC
$696.69 USD
Withdrawal details
Blockchain Details
Transaction Hash
1b735a9bf795862f94ce50f00d69149639b5c903dcd8a2b42a2b5599cea4ff7c
View on Explorer

Transfer from my crypto.com BTC address to suremarket BTC address
Withdraw BTC (BTC)
Completed
Aug 22, 2022 11:23 AM
0.4664 BTC
$9,807.65 USD
Withdrawal details
Sending 0.4658 BTC
Withdraw to bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e
Network Type Bitcoin
Fee 0.0006 BTC
Total 0.4664 BTC
Withdraw BTC (BTC)
Aug 22, 2022 11:23 AM
0.4664 BTC
$9,807.65 USD
Withdrawal details
Blockchain Details
Transaction Hash
091d04f21a1ec6422deddbf839946534077660744648f2c94e843ee075921569
View on Explorer



**Transfer from my crypto.com BTC address to suremarket BTC address**

5:33 63%

Withdraw BTC (BTC)

Completed

Aug 25, 2022 11:31 AM

1.375 BTC

$29,418.73 USD

Withdrawal details

| | |
|---|---|
| Sending | 1.3744 BTC |
| Withdraw to | bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e |
| Network Type | Bitcoin |
| Fee | 0.0006 BTC |
| Total | 1.375 BTC |

4:40 69%

Withdraw BTC (BTC)

Aug 25, 2022 11:31 AM

1.375 BTC

$29,418.73 USD

Withdrawal details

**Blockchain Details**

Transaction Hash

09924b5f053a04a6d19344041c6257a2a13e39eb37f930d19859e329636c70fd

View on Explorer

**Transfer from my crypto.com BTC address to suremarket BTC address**



Transfer from my crypto.com BTC address to suremarket BTC address
Withdraw BTC (BTC)
Completed
Oct 19, 2022 10:54 AM
2.5780821 BTC
$48,910.60 USD
Withdrawal details
Sending 2.5774821 BTC
Withdraw to bc1qrx67wyp86kzugp8swlv3vzcv4fmzghq4j7rs2e
Network Type Bitcoin
Fee 0.0006 BTC
Total 2.5780821 BTC
Withdraw BTC (BTC)
Oct 19, 2022 10:54 AM
2.5780821 BTC
$48,910.60 USD
Withdrawal details
Blockchain Details
Transaction Hash
eaa42f2ffd1bad609ac6a4eed3917cd906ca5d054f07a38723a23307e0376a02
View on Explorer



I was able to witthdraw a one time profit of $10,000 from suremarketexpert BTC address to my crypto.com BTC address
9:39
57%
BTC (BTC) Deposit
Completed
Oct 06, 2022 09:10 PM
+ 0.5
+ $9,919.58 USD
Deposit details
Deposit from 38sEVn4nw1DL7J68g2vDBBGvuVBgBMU4sP
Network Type Bitcoin
9:40
57%
BLOCKCHAIR
Amount transacted
16.95920961 BTC 339,709.94 USD
Transaction fee
0.0000166 BTC 0.33 USD
Fee per vbyte
10 satoshi
Additional info
Senders 1
38sEVn4nw1DL7J68g2vDBBGvuVBgBMU4sP
16.95922621 BTC 339,710.25 USD
Recipients 2
3C7kpC5hv81F6NNksv93GFNUuKN21xoJQC
Change
16.45920961 BTC 329,694.44 USD
3Cr8gyKce64AnYsE3g2qURXw1WRQQL35fH
0.50000000 BTC 10,015.50 USD
Privacy
15 Low



My CashApp August 2022 statement shows purchases of BTC to transfer to Suremarket.

6:46 58%

August 2022

August 2022

Cash App
1455 Market Street, Suite 600, MSC 211
San Francisco, CA 94103

Thi Nguyen
2565 W Rome Ave
Anaheim, CA 92804

| Balance on Aug 1 | | Change this month | | Balance on Aug 31 |
|---|---|---|---|---|
| $0.00 | - | $0.00 | = | $0.00 |

| | |
|---|---|
| Money In | + $1,950.00 |
| Money Out | - $1,950.00 |
| Fees | - $31.66 |

August 2022

**Transactions**

| Date | Description | Details | Fee | Amount |
|---|---|---|---|---|
| Aug 10 | MasterCard Debit x8995 | Standard transfer | $0.00 | + $850.00 |
| Aug 10 | purchase of BTC 0.03420989 | Bitcoin buy | $15.03 | $850.00 |
| Aug 15 | MasterCard Debit x8995 | Standard transfer | $0.00 | + $1,100.00 |
| Aug 15 | purchase of BTC 0.04504764 | Bitcoin buy | $16.63 | $1,100.00 |

Confirmation of email to reportfraud.ftc.gov

mail.google.com/mail/u/0/#search/cftc.gov/QgrcJHsblSLQVxKdSrlHtXgPJlqmkrmHjDQ?projector=1&messagePartId=0.1

Complaint Form 2212-1803-2846-15.pdf

Open with Google Docs

CFTC
COMMODITY FUTURES TRADING COMMISSION

**Complaint Form**

**UNITED STATES**
**COMMODITY FUTURES TRADING COMMISSION**

| **SUBMISSION INFORMATION** | |
|---|---|
| **Confirmation Number** 2212-1803-2846-15 | **Submission Received** 12/18/2022 3:28:46 AM ET |

**STEP ONE: WHAT IS YOUR COMPLAINT ABOUT?**

1. Please select the option(s) that best describes your complaint

- [x] Fraudulent statements that persuaded me to trade futures, options, commodities (gold, silver, other precious metals, digital currencies), swaps, forex, leveraged transactions (including precious metals), or binary options.
- [x] Some type of cheating or fraud that occurred after I deposited funds to trade any of the above. Examples: 1. Someone used my funds to buy themselves things or to pay someone else. 2. When I asked for a retu[...] from my trading account, I was refused.

Page 1 / 5



