# EXHIBIT 1

**Digital Assets Conversion Table**

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Fiat Currency* | |
| 1. | ARS | $0.0062360 |
| 2. | AUD | $0.6619000 |
| 3. | BRL | $0.1871000 |
| 4. | CAD | $0.7506000 |
| 5. | CHF | $1.0380000 |
| 6. | CNY | $0.1391000 |
| 7. | EUR | $1.0210000 |
| 8. | GBP | $1.1692000 |
| 9. | GHS | $0.0693240 |
| 10. | HKD | $0.1275000 |
| 11. | IDR | $0.0000637 |
| 12. | INR | $0.0124090 |
| 13. | JPY | $0.0070930 |
| 14. | MXN | $0.0517670 |
| 15. | PHP | $0.0171810 |
| 16. | SGD | $0.7235000 |
| 17. | TRY | $0.0540910 |
| 18. | USD | $1.0000000 |
| 19. | VND | $0.0000400 |
| 20. | XOF | $0.0015310 |
| 21. | ZAR | $0.0575800 |
| | *Stablecoins* | |
| 22. | AMPL | $0.9668414 |
| 23. | ANCT** | $0.0000000 |
| 24. | BRZ | $0.1562968 |
| 25. | BUSD | $0.9999760 |
| 26. | DAI | $0.9997000 |
| 27. | EUROC | $1.0265000 |
| 28. | EURT | $1.0248257 |
| 29. | FRAX | $0.9880101 |
| 30. | GUSD | $0.9978045 |
| 31. | GYEN | $0.0071050 |
| 32. | HUSD** | $0.0000000 |
| 33. | IDRT | $0.0000634 |
| 34. | NDAU | $15.5416983 |
| 35. | PAR | $1.0258451 |
| 36. | PAXG | $1,753.4508600 |
| 37. | RSV | $0.9969920 |
| 38. | SAI** | $0.0000000 |
| 39. | TRYB | $0.0509070 |
| 40. | TUSD | $0.9978553 |
| 41. | USDC | $1.0000000 |
| 42. | USDF | $1.0000000 |
| 43. | USDP | $0.9990984 |
| 44. | USDS | $0.9950000 |
| 45. | USDT | $0.9975910 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Stablecoin (Cont.)* | |
| 46. | USTC | $0.0239415 |
| 47. | XAUT | $1,757.4000000 |
| 48. | XIDR | $0.0000645 |
| 49. | XSGD | $0.7082000 |
| 50. | ZUSD | $1.0000000 |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT)* | |
| 51. | 1INCH | $0.5506265 |
| 52. | 1WO** | $0.0000000 |
| 53. | AAVE | $63.9206190 |
| 54. | ABBC | $0.1642675 |
| 55. | ABEY | $0.6159533 |
| 56. | ADA | $0.3497920 |
| 57. | ADH** | $0.0000000 |
| 58. | AFCWIN-SB-2021 | $0.0000000 |
| 59. | AGLD | $0.2463000 |
| 60. | AKRO | $0.0026846 |
| 61. | ALBT | $0.0478631 |
| 62. | ALCX | $17.5644480 |
| 63. | ALEPH* | $0.0505381 |
| 64. | ALGO | $0.2959040 |
| 65. | ALICE | $1.1828905 |
| 66. | ALPHA | $0.0912154 |
| 67. | ALX** | $0.0000000 |
| 68. | AMLT** | $0.0000000 |
| 69. | AMN** | $0.0000000 |
| 70. | ANC | $0.0531424 |
| 71. | ANW | $0.0007285 |
| 72. | APE | $3.1755724 |
| 73. | APT | $4.7424485 |
| 74. | AR | $9.5507643 |
| 75. | ARE** | $0.0000000 |
| 76. | ARST** | $0.0000000 |
| 77. | ARV | $0.0001056 |
| 78. | ASD* | $0.0544898 |
| 79. | ASM | $0.0160900 |
| 80. | ATLAS* | $0.0024908 |
| 81. | ATOM | $11.5991618 |
| 82. | AUDIO | $0.1566829 |
| 83. | AURY* | $0.4435395 |
| 84. | AVAX | $14.1912756 |
| 85. | AXS | $6.8561913 |
| 86. | BAAS | $0.0005289 |
| 87. | BADGER | $2.6147338 |
| 88. | BAL | $5.2393950 |
| 89. | BAND | $2.2614453 |
| 90. | BAO* | $0.0000828 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| **91.** | BAR | $3.9021409 |
| **92.** | BAT | $0.2526885 |
| **93.** | BCH | $102.2131116 |
| **94.** | BCHA | $0.0000300 |
| **95.** | BEAM | $0.1138695 |
| **96.** | BERRY | $0.0006108 |
| **97.** | BF_POINT** | $0.0000000 |
| **98.** | BFC | $0.0738605 |
| **99.** | BICO | $0.2864203 |
| **100.** | BIFI | $0.0068162 |
| **101.** | BIT | $0.3165593 |
| **102.** | BLT* | $0.0296820 |
| **103.** | BMC** | $0.0000000 |
| **104.** | BNB | $286.5200580 |
| **105.** | BNT | $0.3792324 |
| **106.** | BOBA* | TBD |
| **107.** | BRC** | $0.0000000 |
| **108.** | BRLT** | $0.0000000 |
| **109.** | BSV | $38.2825128 |
| **110.** | BTC | $16,871.6300000 |
| **111.** | BTCV | $2.5096431 |
| **112.** | BTRN** | $0.0000000 |
| **113.** | BTT | $0.0000007 |
| **114.** | C98 | $0.2040890 |
| **115.** | CAN | $0.0004910 |
| **116.** | CAPS | $0.0086027 |
| **117.** | CEL | $0.6219474 |
| **118.** | CHI* | $0.1126626 |
| **119.** | CHR | $0.1122728 |
| **120.** | CHZ | $0.2197552 |
| **121.** | CIM* | $0.0000000 |
| **122.** | CITY | $4.6107138 |
| **123.** | CLRX* | $0.0000000 |
| **124.** | CLV | $0.0598594 |
| **125.** | CMCT** | $0.0000000 |
| **126.** | COMP | $37.9232400 |
| **127.** | CONV | $0.0005770 |
| **128.** | COPE* | $0.0048746 |
| **129.** | COT* | $0.0185909 |
| **130.** | CPH* | $0.0226642 |
| **131.** | CQT | $0.0874388 |
| **132.** | CRE | $0.0028662 |
| **133.** | CREAM | $6.8911210 |
| **134.** | CRO | $0.0875500 |
| **135.** | CRPT | $0.0782117 |
| **136.** | CRT* | $0.0912037 |
| **137.** | CRV | $0.6516809 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| **138.** | CTK | $0.7734423 |
| **139.** | CTX | $2.2718017 |
| **140.** | CUDOS | $0.0034291 |
| **141.** | CUSDT | $0.0218002 |
| **142.** | CVC | $0.0911835 |
| **143.** | CVX | $4.0218594 |
| **144.** | DACS** | $0.0000000 |
| **145.** | DAG | $0.0491076 |
| **146.** | DASH | $35.5184641 |
| **147.** | DAWN | $0.7468876 |
| **148.** | DENT | $0.0006846 |
| **149.** | DEXA | $0.0000213 |
| **150.** | DFL* | $0.0008323 |
| **151.** | DIA | $0.2999928 |
| **152.** | DMG* | $0.0075960 |
| **153.** | DODO | $0.1128715 |
| **154.** | DOGE | $0.0828523 |
| **155.** | DOT | $5.6705792 |
| **156.** | DRG** | $0.0000000 |
| **157.** | DS* | $0.0000000 |
| **158.** | DYDX | $1.9869782 |
| **159.** | EARTH** | $0.0000000 |
| **160.** | ECH** | $0.0000000 |
| **161.** | EDEN | $0.0804372 |
| **162.** | EGLD | $45.2084940 |
| **163.** | ELY** | $0.0000000 |
| **164.** | EMB* | $0.0147266 |
| **165.** | ENJ | $0.3445027 |
| **166.** | ENS | $12.2252550 |
| **167.** | EOS | $0.9051769 |
| **168.** | ETC | $21.0673578 |
| **169.** | ETH | $1,258.8400000 |
| **170.** | ETHW | $4.1505988 |
| **171.** | ETN | $0.0023543 |
| **172.** | EUL* | $5.2959756 |
| **173.** | EWT | $3.4440290 |
| **174.** | EZT** | $0.0000000 |
| **175.** | FCT | $0.5845263 |
| **176.** | FDX** | $0.0000000 |
| **177.** | FIDA* | $0.1456669 |
| **178.** | FIL | $4.3670766 |
| **179.** | FIO | $0.0300062 |
| **180.** | FLEX** | $0.0000000 |
| **181.** | FLIXX* | $0.0000000 |
| **182.** | FLOKI | $0.0000078 |
| **183.** | FRONT | $0.1701556 |
| **184.** | FTM | $0.1917738 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| 185. | FTX | $0.0036174 |
| 186. | FUSE | $0.0678327 |
| 187. | FXS | $5.1236807 |
| 188. | GAL | $1.5049689 |
| 189. | GALA | $0.0308076 |
| 190. | GALFAN | $1.6386832 |
| 191. | GARI | $0.0375240 |
| 192. | GAT** | $0.0000000 |
| 193. | GATE** | $0.0000000 |
| 194. | GEN** | $0.0000000 |
| 195. | GENE* | $1.2467461 |
| 196. | GET | $0.7966969 |
| 197. | GLMR | $0.3835063 |
| 198. | GMT | $0.3851205 |
| 199. | GMX | $32.5640874 |
| 200. | GODS | $0.2403136 |
| 201. | GOG* | $0.0847262 |
| 202. | GOM2 | $0.0045210 |
| 203. | GRNC* | $0.0794655 |
| 204. | GRT | $0.0644695 |
| 205. | GST | $0.0259475 |
| 206. | GT | $3.8283511 |
| 207. | GXT | $0.0015052 |
| 208. | GZE** | $0.0000000 |
| 209. | GZIL* | $4.8458171 |
| 210. | HBAR | $0.0471047 |
| 211. | HBB | $0.0645693 |
| 212. | HEART | $0.0044909 |
| 213. | HERO | $0.0040153 |
| 214. | HGET | $0.3483396 |
| 215. | HMT* | $0.0429807 |
| 216. | HNT | $2.8245828 |
| 217. | HOLY* | $1.1335357 |
| 218. | HOT** | $0.0000000 |
| 219. | HT | $5.6096533 |
| 220. | HUM | $0.0753202 |
| 221. | HXRO* | $0.0360251 |
| 222. | HYDRO* | $0.0000000 |
| 223. | IDH* | $0.0002662 |
| 224. | IGNX** | $0.0000000 |
| 225. | ILK** | $0.0000000 |
| 226. | IMX | $0.4485000 |
| 227. | IND** | $0.0000000 |
| 228. | INDI* | $0.1057637 |
| 229. | INDI_IEO_TICKET** | $0.0000000 |
| 230. | INTER | $2.2220025 |
| 231. | IP3* | $0.2490543 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| **232.** | IPSX** | $0.0000000 |
| **233.** | IXT** | $0.0000000 |
| **234.** | JET* | $0.0536241 |
| **235.** | JOE | $0.1576808 |
| **236.** | JST | $0.0226663 |
| **237.** | KBTT | $0.0007129 |
| **238.** | KIN* | $0.0000080 |
| **239.** | KLAY | $0.1792372 |
| **240.** | KLUNC* | $0.1539537 |
| **241.** | KMD | $0.1879196 |
| **242.** | KNC | $0.5928001 |
| **243.** | KNCL | $0.5928001 |
| **244.** | KRL | $0.2927662 |
| **245.** | KSHIB | $0.0097500 |
| **246.** | KSM | $25.9275204 |
| **247.** | KSOS | $0.0001771 |
| **248.** | LALA** | $0.0000000 |
| **249.** | LBL | $0.0042605 |
| **250.** | LCX | $0.0482000 |
| **251.** | LDC** | $0.0000000 |
| **252.** | LDO | $1.1764306 |
| **253.** | LEND** | $0.0000000 |
| **254.** | LEO | $4.0838828 |
| **255.** | LIKE | $0.0041486 |
| **256.** | LINA | $0.0061216 |
| **257.** | LINK | $6.7932499 |
| **258.** | LND* | $0.0000000 |
| **259.** | LOOKS | $0.1468043 |
| **260.** | LOOM | $0.0439616 |
| **261.** | LPT | $7.5747441 |
| **262.** | LRC | $0.2596744 |
| **263.** | LTC | $60.6106000 |
| **264.** | LTX | $0.3110735 |
| **265.** | LUA* | $0.0114964 |
| **266.** | LUNA2 | $1.6770056 |
| **267.** | LUNC* | $0.0001540 |
| **268.** | MAGIC* | $0.2456470 |
| **269.** | MAID | $0.1184386 |
| **270.** | MANA | $0.4919000 |
| **271.** | MAPS* | TBD |
| **272.** | MARX | $0.0089775 |
| **273.** | MASK | $3.3033138 |
| **274.** | MATH* | $0.0980750 |
| **275.** | MATIC | $1.0265325 |
| **276.** | MBS | $0.0898182 |
| **277.** | MCB | $4.3032898 |
| **278.** | MCO** | $0.0000000 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| 279. | MEDIA* | $2.2217798 |
| 280. | MER* | $0.0051965 |
| 281. | MGO** | $0.0000000 |
| 282. | MIMO | $0.0142254 |
| 283. | MIOTA | $0.2228489 |
| 284. | MITH | $0.0145306 |
| 285. | MITX | $0.0038093 |
| 286. | MKR | $780.1942307 |
| 287. | MNGO* | $0.0088006 |
| 288. | MNR** | $0.0000000 |
| 289. | MOB | $0.6213997 |
| 290. | MPLX* | $0.0500605 |
| 291. | MRK** | $0.0000000 |
| 292. | MSOL | $16.0000000 |
| 293. | MSRM* | TBD |
| 294. | MT | $0.0001984 |
| 295. | MTA | $0.0388458 |
| 296. | MTC* | $0.0648582 |
| 297. | MTL | $0.6666573 |
| 298. | MVL | $0.0034930 |
| 299. | MYC* | $0.0240728 |
| 300. | NEAR | $2.1160000 |
| 301. | NEO | $6.7363650 |
| 302. | NEXO | $0.7285254 |
| 303. | NFCWIN-SB-2021 | $1.0000000 |
| 304. | NII | $0.0003073 |
| 305. | NPLC* | $0.0000037 |
| 306. | NPXS** | $0.0000000 |
| 307. | NUC* | $0.0000000 |
| 308. | NUM | $0.0403188 |
| 309. | OAX | $0.0916656 |
| 310. | OKB | $19.0903594 |
| 311. | OMG | $1.2318000 |
| 312. | ONT | $0.1763431 |
| 313. | ORBS | $0.0246122 |
| 314. | ORCA | $0.4958000 |
| 315. | OXY* | TBD |
| 316. | PAI | $0.0002740 |
| 317. | PAL** | $0.0000000 |
| 318. | PCI | $0.2461043 |
| 319. | PEOPLE | $0.0320352 |
| 320. | PERI | $0.0761159 |
| 321. | PERP | $0.4211518 |
| 322. | PLA | $0.1956041 |
| 323. | PLG* | $0.0002596 |
| 324. | PLI | $0.0530000 |
| 325. | PMA | $0.0000183 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| 326. | POLIS* | $0.1772295 |
| 327. | PORT* | $0.0238768 |
| 328. | POWR | $0.1392196 |
| 329. | PPL** | $0.0000000 |
| 330. | PPP** | $0.0000000 |
| 331. | PRISM | $0.0043781 |
| 332. | PROM | $4.3251889 |
| 333. | PSG | $5.8781611 |
| 334. | PSY | $0.0233829 |
| 335. | PTU* | $0.3702685 |
| 336. | PUNDIX | $0.3642664 |
| 337. | PWV** | $0.0000000 |
| 338. | PYTH | $0.0000000 |
| 339. | QASH* | $0.0117486 |
| 340. | QBZ** | $0.0000000 |
| 341. | QI | $0.0063072 |
| 342. | QKC | $0.0078844 |
| 343. | QTUM | $2.1935600 |
| 344. | RAMP | $0.0287482 |
| 345. | RAY | $0.2532873 |
| 346. | RBLX** | $0.0000000 |
| 347. | RBTC | $16,871.6300000 |
| 348. | REAL | $0.1050873 |
| 349. | REDI* | $0.0000000 |
| 350. | REEF | $0.0034151 |
| 351. | REN | $0.0824000 |
| 352. | RENBTC | $16,476.6225011 |
| 353. | REP | $5.1596083 |
| 354. | RFOX | $0.0062973 |
| 355. | RIF | $0.0387725 |
| 356. | RNDR | $0.5381211 |
| 357. | ROOBEE | $0.0009154 |
| 358. | ROOK* | $12.2942799 |
| 359. | RSR | $0.0042055 |
| 360. | RUNE | $1.1476770 |
| 361. | SAL** | $0.0000000 |
| 362. | SAND | $0.6218413 |
| 363. | SECO | $1.0001000 |
| 364. | SER | $0.0105808 |
| 365. | SGN** | $0.0000000 |
| 366. | SGR** | $0.0000000 |
| 367. | SHIB | $0.0000098 |
| 368. | SHORT_BIDEN_TOKEN | $0.0000000 |
| 369. | SHP** | $0.0000000 |
| 370. | SHPING | $0.0049610 |
| 371. | SHX | $0.0005588 |
| 372. | SIX** | $0.0000000 |

| | Asset | Price |
|---|---|---|
| | [A] | [B] |
| *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | | |
| 373. | SKL | $0.0269854 |
| 374. | SLND* | $0.2972229 |
| 375. | SLP | $0.0025947 |
| 376. | SLRS* | $0.0033216 |
| 377. | SNIP** | $0.0000000 |
| 378. | SNX | $1.8312933 |
| 379. | SNY | $0.0975026 |
| 380. | SOL | $16.2471144 |
| 381. | SOLO | $0.2279210 |
| 382. | SOS | $0.0000002 |
| 383. | SPA | $0.0069230 |
| 384. | SPDR* | $0.0000650 |
| 385. | SPELL | $0.0006802 |
| 386. | SPHTX** | $0.0000000 |
| 387. | SRM* | TBD |
| 388. | SRX | $0.0148499 |
| 389. | SSX | $0.0149817 |
| 390. | STAC** | $0.0000000 |
| 391. | STACS** | $0.0000000 |
| 392. | STARS | $0.0325200 |
| 393. | STEP* | $0.0069923 |
| 394. | STETH | $1,252.4649000 |
| 395. | STG* | $0.3307143 |
| 396. | STMX | $0.0048053 |
| 397. | STORJ | $0.3129665 |
| 398. | STSOL | $18.6929248 |
| 399. | STU** | $0.0000000 |
| 400. | STX | $0.2255435 |
| 401. | SUN | $0.0054091 |
| 402. | SUN_OLD | $0.0054091 |
| 403. | SUPER | $0.1040800 |
| 404. | SUSHI | $1.2374952 |
| 405. | SWEAT | $0.0143510 |
| 406. | SXP | $0.2289366 |
| 407. | SYL** | $0.0000000 |
| 408. | SYN* | $0.4771438 |
| 409. | TAPT | $5.3425111 |
| 410. | TEM** | $0.0000000 |
| 411. | TFT** | $0.0000000 |
| 412. | THRT** | $0.0000000 |
| 413. | THX** | $0.0000000 |
| 414. | TLM | $0.0157681 |
| 415. | TMTG | $0.0000923 |
| 416. | TOMO | $0.2907561 |
| 417. | TON | $1.1965831 |
| 418. | TONCOIN | $1.5482817 |
| 419. | TPAY** | $0.0000000 |

| Asset | Price |
|---|---|
| [A] | [B] |
| *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| 420. TPT | $0.0062374 |
| 421. TRL | $0.0225543 |
| 422. TRU | $0.0345301 |
| 423. TRUMP_TOKEN | $0.0000000 |
| 424. TRUMPFEBWIN | $0.0000000 |
| 425. TRUMPGO | $1.0000000 |
| 426. TRUMPLOSE | $1.0000000 |
| 427. TRUMPSTAY | $0.0000000 |
| 428. TRUMPWIN | $0.0000000 |
| 429. TRX | $0.0556107 |
| 430. TTU** | $0.0000000 |
| 431. TULIP* | $1.3862922 |
| 432. UBT | $0.1414271 |
| 433. UBTC** | $0.0000000 |
| 434. UBXT | $0.0015159 |
| 435. UKG** | $0.0000000 |
| 436. UMEE | $0.0083132 |
| 437. UNI | $5.7583446 |
| 438. VET | $0.0211672 |
| 439. VFOX | $0.0941208 |
| 440. VGX | $0.2295354 |
| 441. VI** | $0.0000000 |
| 442. VIDY | $0.0000838 |
| 443. VIDYX | $0.0006897 |
| 444. VIO** | $0.0000000 |
| 445. VOY** | $0.0000000 |
| 446. VUU** | $0.0000000 |
| 447. VZT** | $0.0000000 |
| 448. WABI | $0.0624643 |
| 449. WAVAX | $6.0000000 |
| 450. WAVES | $2.3262914 |
| 451. WAXL | $0.6885064 |
| 452. WBTC | $16,864.9139190 |
| 453. WEMIX | $1.4722348 |
| 454. WFLOW | $15.0000000 |
| 455. WIN | $0.0000949 |
| 456. WLO** | $0.0000000 |
| 457. WOM | $0.0302677 |
| 458. WRX | $0.1547882 |
| 459. XCF* | $0.0000000 |
| 460. XDC | $0.0271151 |
| 461. XEM | $0.0329337 |
| 462. XES** | $0.0000000 |
| 463. XKI** | $0.0000000 |
| 464. XLM | $0.0938490 |
| 465. XMR | $125.5384776 |
| 466. XNK** | $0.0000000 |

| | Asset | Price |
|---|---|---|
| | [A] | [B] |
| | *Remaining Cryptocurrencies and Tokens (excl. FTT) (Cont.)* | |
| 467. | XNO | $0.0083402 |
| 468. | XPLA* | $0.0518939 |
| 469. | XPR | $0.0019111 |
| 470. | XPT* | $0.0000000 |
| 471. | XRP | $0.3762385 |
| 472. | XTZ | $1.0702000 |
| 473. | YFI | $6,389.0679600 |
| 474. | YFII | $1,903.5322345 |
| 475. | YGG | $0.2386170 |
| 476. | ZCO** | $0.0000000 |
| 477. | ZEC | $38.3224320 |
| 478. | ZEN | $10.1894779 |
| 479. | ZIL | $0.0224346 |
| 480. | ZPR* | $0.0000150 |
| 481. | ZRX | $0.1830295 |
| 482. | ZWAP* | $1.2803053 |

| | *Non-Marketable Assets - LOCKED Digital Assets* | |
|---|---|---|
| 483. | ATLAS_IEF_LOCKED* | $0.0016771 |
| 484. | BOBA_LOCKED* | TBD |
| 485. | FIDA_IEF_LOCKED* | $0.0761691 |
| 486. | FIDA_LOCKED* | $0.0959739 |
| 487. | LUNA2_LOCKED* | $0.8444760 |
| 488. | MAPS_IEF_LOCKED* | TBD |
| 489. | MAPS_LOCKED* | TBD |
| 490. | MEDIA_LOCKED* | $1.7526386 |
| 491. | MSRM_LOCKED* | TBD |
| 492. | OXY_IEF_LOCKED* | TBD |
| 493. | OXY_LOCKED* | TBD |
| 494. | POLIS_IEF_LOCKED* | $0.1219276 |
| 495. | PYTH_IEF_LOCKED | $0.0000000 |
| 496. | PYTH_LOCKED | $0.0000000 |
| 497. | RAY_IEF_LOCKED* | $0.1777578 |
| 498. | SOL_IEF_LOCKED* | $10.5284958 |
| 499. | SRM_IEF_LOCKED* | TBD |
| 500. | SRM_LOCKED* | TBD |
| 501. | UBXT_LOCKED | $0.0015159 |
| 502. | USD_IEF_LOCKED* | $0.8319019 |

| | *Non-Marketable Assets - CUSTOM Tokens* | |
|---|---|---|
| 503. | MAPS_CUSTOM (Customer ID 266388)* | TBD |
| 504. | OXY_CUSTOM (Customer ID 266388)* | TBD |
| | OXY_CUSTOM (Customer ID 289114)* | TBD |
| | SRM_CUSTOM (Customer ID 289114)* | TBD |
| 505. | SRM_CUSTOM (Customer ID 368185)* | TBD |
| | SRM_CUSTOM (Customer ID 374171)* | TBD |
| | SRM_CUSTOM (Customer ID 408404)* | TBD |

|  | Asset | Price |
|---|---|---|
|  | [A] | [B] |
| | *Non-Marketable Assets - CUSTOM Tokens (Cont.)* | |
| 505. | SRM_CUSTOM (Customer ID 410499)* | TBD |
| | SRM_CUSTOM (Customer ID 2588067)* | TBD |
| | SRM_CUSTOM (Customer ID 2791093)* | TBD |
| | SRM_CUSTOM (Customer ID 3064436)* | TBD |
| | | |
| | *Non-Marketable Assets - Options* | |
| 506. | LOCKED_MAPS_STRIKE-0.07_VEST-2030- | TBD |
| | LOCKED_MAPS_STRIKE-0.07_VEST-2030- | TBD |
| 507. | LOCKED_OXY_STRIKE-0.03_VEST-2030-1* | TBD |
| | LOCKED_OXY_STRIKE-0.03_VEST-2030-2* | TBD |
| 508. | LOCKED_SRM_STRIKE-0.1_VEST-2030-1* | TBD |
| | LOCKED_SRM_STRIKE-0.1_VEST-2030-2* | TBD |
| | | |
| | *FTX Equity Claims and FTT* | |
| 509. | FTT* | $0.0000000 |
| 510. | FTT_CUSTOM (Customer ID 151162)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 160222)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 175907)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 205992)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 713123)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 1743405)* | $0.0000000 |
| | FTT_CUSTOM (Customer ID 1785423)* | $0.0000000 |
| 511. | FTT_LOCKED* | $0.0000000 |
| 512. | FTT_R3* | $0.0000000 |
| 513. | FTT_STRIKE-0.4_EXERCISE-2030* | $0.0000000 |
| | FTT_STRIKE-0.4_EXERCISE-2030* | $0.0000000 |
| 514. | FTT_STRIKE-0.4_UNLOCK-EXPIRE-2030* | $0.0000000 |
| | FTT_STRIKE-0.4_UNLOCK-EXPIRE-2030* | $0.0000000 |
| 515. | FTX_EQUITY (Tokenized)* | $0.0000000 |
| 516. | FTX_EQUITY_OPTIONS_PER_AWARD_AGREEMENTS_PENDING_MAY_2021* | $0.0000000 |
| 517. | FTX_EQUITY_STRIKE-2.28_VEST-2022_EXPIRE-2030* | $0.0000000 |
| 518. | WEST_REALM_EQUITY (Tokenized)* | $0.0000000 |
| 519. | WEST_REALM_EQUITY_OPTIONS_PER_AWARD_AGREEMENTS_PENDING_MAY_2021* | $0.0000000 |
| 520. | WEST_REALM_EQUITY_POSTSPLIT* | $0.0000000 |
| 521. | WEST_REALM_EQUITY_STRIKE-0.33_EXPIRE-2030* | $0.0000000 |
| | | |
| | *Leveraged Tokens* | |
| 522. | ADABEAR | $0.0000000 |
| 523. | ADABULL | $0.1099645 |
| 524. | ADADOOM | $0.0523066 |
| 525. | ADAHALF | $26,457.7365100 |
| 526. | ADAHEDGE | $8.3123883 |
| 527. | ADAMOON | $0.2948852 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Leveraged Tokens (Cont.)* | |
| **528.** | ALGOBEAR | $0.0000000 |
| **529.** | ALGOBULL | $0.0000000 |
| **530.** | ALGODOOM | $0.0000000 |
| **531.** | ALGOHALF | $9,934.4971530 |
| **532.** | ALGOHEDGE | $49.6354567 |
| **533.** | ALGOMOON | $0.0000000 |
| **534.** | ALTBEAR | $0.0000037 |
| **535.** | ALTBULL | $0.0987011 |
| **536.** | ALTDOOM | $0.0061345 |
| **537.** | ALTHALF | $14,833.9244500 |
| **538.** | ALTHEDGE | $86.3468666 |
| **539.** | ALTMOON | $0.0006003 |
| **540.** | ASDBEAR | $0.0000000 |
| **541.** | ASDBULL | $0.0000001 |
| **542.** | ASDDOOM | $0.0007073 |
| **543.** | ASDHALF | $6,989.2699420 |
| **544.** | ASDHEDGE | $17.3960638 |
| **545.** | ASDMOON | $0.0025923 |
| **546.** | ATOMBEAR | $0.0000000 |
| **547.** | ATOMBULL | $0.0000064 |
| **548.** | ATOMDOOM | $0.0253355 |
| **549.** | ATOMHALF | $19,453.0853900 |
| **550.** | ATOMHEDGE | $8.4440723 |
| **551.** | ATOMMOON | $0.0002407 |
| **552.** | BALBEAR | $0.0000001 |
| **553.** | BALBULL | $0.0000239 |
| **554.** | BALHALF | $7,873.8791210 |
| **555.** | BALHEDGE | $53.0641831 |
| **556.** | BCHBEAR | $0.0000580 |
| **557.** | BCHBULL | $0.0000022 |
| **558.** | BCHDOOM | $0.0004450 |
| **559.** | BCHHALF | $5,049.9221550 |
| **560.** | BCHHEDGE | $404.1708021 |
| **561.** | BCHMOON | $0.0000000 |
| **562.** | BEAR | $0.0002263 |
| **563.** | BEARSHIT | $0.0000008 |
| **564.** | BNBBEAR | $0.0000000 |
| **565.** | BNBBULL | $31.3316250 |
| **566.** | BNBDOOM | $0.0135797 |
| **567.** | BNBHALF | $47,192.4636900 |
| **568.** | BNBHEDGE | $3.5969590 |
| **569.** | BNBMOON | $0.0013545 |
| **570.** | BSVBEAR | $0.0000019 |
| **571.** | BSVBULL | $0.0000000 |
| **572.** | BSVDOOM | $0.0000000 |
| **573.** | BSVHALF | $3,590.5460510 |
| **574.** | BSVHEDGE | $247.1835878 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Leveraged Tokens (Cont.)* | |
| 575. | BSVMOON | $0.0000000 |
| 576. | BTC3S | $0.0000000 |
| 577. | BTCSHORT | $0.0000000 |
| 578. | BULL | $46.8805090 |
| 579. | BULLSHIT | $0.0408873 |
| 580. | BVOL | $383.9608842 |
| 581. | COMPBEAR | $0.0000002 |
| 582. | COMPBULL | $0.0000014 |
| 583. | COMPHALF | $6,845.7817960 |
| 584. | COMPHEDGE | $83.8036923 |
| 585. | CUSDTBEAR | $11,590.3414900 |
| 586. | CUSDTBULL | $4,946.0920590 |
| 587. | CUSDTHALF | $5,204.3890910 |
| 588. | CUSDTHEDGE | $5,807.4255260 |
| 589. | DEFIBEAR | $0.0001389 |
| 590. | DEFIBULL | $0.0045419 |
| 591. | DEFIHALF | $8,325.7783530 |
| 592. | DEFIHEDGE | $193.5035105 |
| 593. | DMGBEAR | $0.0000187 |
| 594. | DMGBULL | $0.0000000 |
| 595. | DMGHEDGE | $245.4960819 |
| 596. | DOGEBEAR | $0.0000000 |
| 597. | DOGEBEAR2021 | $0.0463891 |
| 598. | DOGEBULL | $0.0244994 |
| 599. | DOGEDOOM | $13.5655226 |
| 600. | DOGEHALF | $91,967.0139400 |
| 601. | DOGEHEDGE | $0.3192268 |
| 602. | DOGEMOON | $0.1555753 |
| 603. | DOOM | $19.9254775 |
| 604. | DOOMSHIT | $0.0385002 |
| 605. | DRGNBEAR | $0.0000021 |
| 606. | DRGNBULL | $0.0211301 |
| 607. | DRGNDOOM | $1.7276392 |
| 608. | DRGNHALF | $15,076.9989900 |
| 609. | DRGNHEDGE | $54.0990188 |
| 610. | DRGNMOON | $0.0187552 |
| 611. | EOSBEAR | $0.0000018 |
| 612. | EOSBULL | $0.0000001 |
| 613. | EOSDOOM | $0.0000001 |
| 614. | EOSHALF | $4,759.4851730 |
| 615. | EOSHEDGE | $179.8087441 |
| 616. | EOSMOON | $0.0000001 |
| 617. | ETCBEAR | $0.0000000 |
| 618. | ETCBULL | $0.0024248 |
| 619. | ETCDOOM | $0.0000000 |
| 620. | ETCHALF | $21,221.9104600 |
| 621. | ETCHEDGE | $8.2806052 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Leveraged Tokens (Cont.)* | |
| **622.** | ETCMOON | $0.0000017 |
| **623.** | ETH3L | $0.0000000 |
| **624.** | ETH3S | $0.0000000 |
| **625.** | ETHBEAR | $0.0000000 |
| **626.** | ETHBULL | $2.4760575 |
| **627.** | ETHDOOM | $0.0016732 |
| **628.** | ETHHALF | $18,469.7957700 |
| **629.** | ETHHEDGE | $18.4207875 |
| **630.** | ETHMOON | $0.0000019 |
| **631.** | EXCHBEAR | $0.0000972 |
| **632.** | EXCHBULL | $295.1514787 |
| **633.** | EXCHDOOM | $0.1860545 |
| **634.** | EXCHHALF | $17,375.5146000 |
| **635.** | EXCHHEDGE | $84.8886955 |
| **636.** | EXCHMOON | $5.3614867 |
| **637.** | GRTBEAR | $0.0000167 |
| **638.** | GRTBULL | $0.0000003 |
| **639.** | HALF | $10,559.2005400 |
| **640.** | HALFSHIT | $17,491.1907500 |
| **641.** | HEDGE | $139.4945515 |
| **642.** | HEDGESHIT | $41.6002097 |
| **643.** | HTBEAR | $0.0001351 |
| **644.** | HTBULL | $0.0716140 |
| **645.** | HTDOOM | $0.0000004 |
| **646.** | HTHALF | $9,217.4647730 |
| **647.** | HTHEDGE | $152.3190431 |
| **648.** | HTMOON | $0.0024429 |
| **649.** | IBVOL*** | $0.0000000 |
| **650.** | JPYBEAR | $3,783.7281240 |
| **651.** | KLUNCBEAR | $2,090.2842430 |
| **652.** | KNCBEAR | $0.0000002 |
| **653.** | KNCBULL | $0.0000155 |
| **654.** | KNCHALF | $5,886.9490350 |
| **655.** | KNCHEDGE | $100.4984535 |
| **656.** | LEOBEAR | $0.0541314 |
| **657.** | LEOBULL | $296.0310385 |
| **658.** | LEODOOM | $1,245.0328410 |
| **659.** | LEOHALF | $14,692.5310700 |
| **660.** | LEOHEDGE | $416.1034786 |
| **661.** | LEOMOON | $10.0705551 |
| **662.** | LINKBEAR | $0.0000000 |
| **663.** | LINKBULL | $0.0001093 |
| **664.** | LINKDOOM | $0.0000136 |
| **665.** | LINKHALF | $12,059.6325400 |
| **666.** | LINKHEDGE | $10.6713596 |
| **667.** | LINKMOON | $0.0152255 |
| **668.** | LTCBEAR | $0.0000615 |

|  | Asset | Price |
|---|---|---|
|  | [A] | [B] |
|  | *Leveraged Tokens (Cont.)* |  |
| 669. | LTCBULL | $0.0000851 |
| 670. | LTCDOOM | $0.0030877 |
| 671. | LTCHALF | $8,769.4548190 |
| 672. | LTCHEDGE | $350.0723044 |
| 673. | LTCMOON | $0.0000020 |
| 674. | MATICBEAR | $0.0000000 |
| 675. | MATICBEAR2021 | $0.0000022 |
| 676. | MATICBULL | $0.0003941 |
| 677. | MATICDOOM | $0.0000000 |
| 678. | MATICHALF | $83,551.6928100 |
| 679. | MATICHEDGE | $0.0633150 |
| 680. | MATICMOON | $0.0000000 |
| 681. | MIDBEAR | $0.0000945 |
| 682. | MIDBULL | $0.3459609 |
| 683. | MIDDOOM | $0.0056389 |
| 684. | MIDHALF | $11,723.2535300 |
| 685. | MIDHEDGE | $123.1185961 |
| 686. | MIDMOON | $0.0430683 |
| 687. | MKRBEAR | $0.0000003 |
| 688. | MKRBULL | $0.0671530 |
| 689. | MKRHALF | $12,145.3183000 |
| 690. | MKRHEDGE | $50.0188578 |
| 691. | MOON | $0.0526138 |
| 692. | MOONSHIT | $0.0205360 |
| 693. | OKBBEAR | $0.0000000 |
| 694. | OKBBULL | $0.8581410 |
| 695. | OKBDOOM | $0.0000000 |
| 696. | OKBHALF | $21,894.0791500 |
| 697. | OKBHEDGE | $6.1667638 |
| 698. | OKBMOON | $0.0321605 |
| 699. | PAXGBEAR | $9,701.5780080 |
| 700. | PAXGBULL | $3,484.0791990 |
| 701. | PAXGHALF | $5,207.0757900 |
| 702. | PAXGHEDGE | $5,346.6198310 |
| 703. | PRIVBEAR | $0.0000001 |
| 704. | PRIVBULL | $0.0231324 |
| 705. | PRIVHALF | $9,339.6864750 |
| 706. | PRIVHEDGE | $291.5226786 |
| 707. | SUSHIBEAR | $0.0000000 |
| 708. | SUSHIBULL | $0.0000000 |
| 709. | SUSHIHALF | $6,529.6163500 |
| 710. | SUSHIHEDGE | $20.0885420 |
| 711. | SXPBEAR | $0.0000000 |
| 712. | SXPBULL | $0.0000000 |
| 713. | SXPHALF | $5,393.0349640 |
| 714. | SXPHEDGE | $86.1083925 |
| 715. | THETABEAR | $0.0000000 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Leveraged Tokens (Cont.)* | |
| **716.** | THETABULL | $0.0004096 |
| **717.** | THETAHALF | $14,122.6296600 |
| **718.** | THETAHEDGE | $21.0005876 |
| **719.** | TOMOBEAR | $0.0000000 |
| **720.** | TOMOBEAR2021 | $0.0000049 |
| **721.** | TOMOBULL | $0.0000000 |
| **722.** | TOMODOOM | $0.0000000 |
| **723.** | TOMOHALF | $8,973.4768520 |
| **724.** | TOMOHEDGE | $10.5818576 |
| **725.** | TOMOMOON | $0.0000000 |
| **726.** | TRXBEAR | $0.0000000 |
| **727.** | TRXBULL | $0.0091679 |
| **728.** | TRXDOOM | $0.0000000 |
| **729.** | TRXHALF | $17,261.7622800 |
| **730.** | TRXHEDGE | $37.7394181 |
| **731.** | TRXMOON | $0.0000001 |
| **732.** | TRYBBEAR | $2,188.1014370 |
| **733.** | TRYBBULL | $1,905.2635810 |
| **734.** | TRYBHALF | $6,102.3209960 |
| **735.** | TRYBHEDGE | $3,975.9875420 |
| **736.** | UNISWAPBEAR | $0.0088776 |
| **737.** | UNISWAPBULL | $0.0173830 |
| **738.** | UNISWAPHALF | $4,722.3967030 |
| **739.** | UNISWAPHEDGE | $801.9195961 |
| **740.** | USDTBEAR | $3,058.7365350 |
| **741.** | USDTBULL | $10,869.6297300 |
| **742.** | USDTDOOM | $6,025.7912030 |
| **743.** | USDTHALF | $6,168.4232660 |
| **744.** | USDTHEDGE | $3,827.2826750 |
| **745.** | USDTMOON | $5,535.0918740 |
| **746.** | VETBEAR | $0.0000013 |
| **747.** | VETBULL | $0.0000482 |
| **748.** | VETHALF | $7,881.8207010 |
| **749.** | VETHEDGE | $95.5379331 |
| **750.** | XAUTBEAR | $4,535.0413900 |
| **751.** | XAUTBULL | $4,282.0145160 |
| **752.** | XAUTHALF | $5,635.9334290 |
| **753.** | XAUTHEDGE | $4,684.9190310 |
| **754.** | XLMBEAR | $0.0108123 |
| **755.** | XLMBULL | $0.0010346 |
| **756.** | XRPBEAR | $0.0000000 |
| **757.** | XRPBULL | $0.0000129 |
| **758.** | XRPDOOM | $0.0992402 |
| **759.** | XRPHALF | $12,340.2866700 |
| **760.** | XRPHEDGE | $43.5051964 |
| **761.** | XRPMOON | $0.0000973 |
| **762.** | XTZBEAR | $0.0000002 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Leveraged Tokens (Cont.)* | |
| 763. | XTZBULL | $0.0000058 |
| 764. | XTZDOOM | $0.0000070 |
| 765. | XTZHALF | $5,426.9375860 |
| 766. | XTZHEDGE | $80.0613995 |
| 767. | XTZMOON | $2.1647956 |
| 768. | ZECBEAR | $0.0022051 |
| 769. | ZECBULL | $0.0000600 |
| | *Tokenized Stocks* | |
| 770. | AAPL | $164.1105734 |
| 771. | ABNB | $96.0000000 |
| 772. | ACB | $0.9999615 |
| 773. | AMC | $2.3736839 |
| 774. | AMD | $71.5300000 |
| 775. | AMZN | $141.0000000 |
| 776. | AMZNPRE** | $0.0000000 |
| 777. | APEAMC | $2.8312387 |
| 778. | APHA | $3.3000000 |
| 779. | ARKK | $36.7500000 |
| 780. | BABA | $69.6482759 |
| 781. | BB | $4.3800000 |
| 782. | BILI | $11.5000000 |
| 783. | BITO | $141.1510000 |
| 784. | BITW | $654.0250000 |
| 785. | BNTX | $130.0069841 |
| 786. | BYND | $10.0000000 |
| 787. | CBSE** | $0.0000000 |
| 788. | CGC | $1.9770210 |
| 789. | COIN | $30.0000000 |
| 790. | CRON | $3.5830000 |
| 791. | DKNG | $10.2000000 |
| 792. | ETHE | $9.9990000 |
| 793. | FB | $118.0000000 |
| 794. | GBTC | $8.4053969 |
| 795. | GDX | $28.0000000 |
| 796. | GDXJ | $34.6500000 |
| 797. | GLD | $164.0000000 |
| 798. | GLXY | $2.8534083 |
| 799. | GME | $21.7725000 |
| 800. | GMEPRE** | $0.0000000 |
| 801. | GOOGL | $140.0000000 |
| 802. | GOOGLPRE** | $0.0000000 |
| 803. | HOOD | $8.9000000 |
| 804. | HOOD_PRE** | $0.0000000 |
| 805. | MRNA | $162.2837500 |
| 806. | MSTR | $176.0022727 |
| 807. | NFLX | $221.5600000 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Tokenized Stocks (Cont.)* | |
| **808.** | NIO | $7.1215967 |
| **809.** | NOK | $192.0000000 |
| **810.** | NVDA | $179.2500000 |
| **811.** | NVDA_PRE** | $0.0000000 |
| **812.** | PENN | $35.0360000 |
| **813.** | PFE | $57.0000000 |
| **814.** | PYPL | $82.7457524 |
| **815.** | SLV | $21.0000000 |
| **816.** | SPY | $395.2800000 |
| **817.** | SQ | $68.4769563 |
| **818.** | TLRY | $1.0888269 |
| **819.** | TSLA | $218.9500000 |
| **820.** | TSLAPRE** | $0.0000000 |
| **821.** | TSM | $86.2900000 |
| **822.** | TWTR | $54.2000000 |
| **823.** | UBER | $20.0350000 |
| **824.** | USO | $139.3253569 |
| **825.** | WNDR | $0.1800000 |
| **826.** | ZM | $87.9242857 |
| | *Spot+ Derivatives (EU Only)* | |
| **827.** | 1INCH | $0.5506265 |
| **828.** | AAVE | $63.9206190 |
| **829.** | AGLD | $0.2463000 |
| **830.** | AKRO | $0.0026846 |
| **831.** | ALCX | $17.5644480 |
| **832.** | ALEPH | $0.0634082 |
| **833.** | ALGO | $0.2959040 |
| **834.** | ALICE | $1.1828905 |
| **835.** | ALPHA | $0.0912154 |
| **836.** | ANC | $0.0531424 |
| **837.** | APE | $3.1755724 |
| **838.** | APT | $4.7424485 |
| **839.** | ASD | $0.0667762 |
| **840.** | ATLAS | $0.0029998 |
| **841.** | ATOM | $11.5991618 |
| **842.** | AUDIO | $0.1566829 |
| **843.** | AURY | $0.5119689 |
| **844.** | AVAX | $14.1912756 |
| **845.** | AXS | $6.8561913 |
| **846.** | BADGER | $2.6147338 |
| **847.** | BAL | $5.2393950 |
| **848.** | BAND | $2.2614453 |
| **849.** | BAO | $0.0001056 |
| **850.** | BAR | $3.9021409 |
| **851.** | BAT | $0.2526885 |
| **852.** | BCH | $102.2131116 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Spot+ Derivatives (EU Only) (Cont.)* | |
| 853. | BF_POINT** | $0.0000000 |
| 854. | BICO | $0.2864203 |
| 855. | BIT | $0.3165593 |
| 856. | BLT | $0.0418393 |
| 857. | BNB | $286.5200580 |
| 858. | BNT | $0.3792324 |
| 859. | BOBA | $0.2207532 |
| 860. | BTC | $16,871.6300000 |
| 861. | BTT | $0.0000007 |
| 862. | C98 | $0.2040890 |
| 863. | CEL | $0.6219474 |
| 864. | CHR | $0.1122728 |
| 865. | CHZ | $0.2197552 |
| 866. | CITY | $4.6107138 |
| 867. | CLV | $0.0598594 |
| 868. | COMP | $37.9232400 |
| 869. | CONV | $0.0005770 |
| 870. | COPE | $0.0063050 |
| 871. | CQT | $0.0874388 |
| 872. | CREAM | $6.8911210 |
| 873. | CRO | $0.0875500 |
| 874. | CRV | $0.6516809 |
| 875. | CTX | $2.2718017 |
| 876. | CUSDT | $0.0218002 |
| 877. | CVC | $0.0911835 |
| 878. | CVX | $4.0218594 |
| 879. | DAWN | $0.7468876 |
| 880. | DENT | $0.0006846 |
| 881. | DFL | $0.0011693 |
| 882. | DMG | $0.0091086 |
| 883. | DODO | $0.1128715 |
| 884. | DOGE | $0.0828523 |
| 885. | DOT | $5.6705792 |
| 886. | DYDX | $1.9869782 |
| 887. | EDEN | $0.0804372 |
| 888. | EMB | $0.0192000 |
| 889. | ENJ | $0.3445027 |
| 890. | ENS | $12.2252550 |
| 891. | ETH | $1,258.8400000 |
| 892. | ETHW | $4.1505988 |
| 893. | EUL | $6.1800531 |
| 894. | FIDA | $0.2303338 |
| 895. | FRONT | $0.1701556 |
| 896. | FTM | $0.1917738 |
| 897. | FXS | $5.1236807 |
| 898. | GAL | $1.5049689 |
| 899. | GALA | $0.0308076 |

| | Asset | Price |
|---|---|---|
| | [A] | [B] |
| | *Spot+ Derivatives (EU Only) (Cont.)* | |
| 900. | GALFAN | $1.6386832 |
| 901. | GARI | $0.0375240 |
| 902. | GENE | $1.7487763 |
| 903. | GMT | $0.3851205 |
| 904. | GMX | $32.5640874 |
| 905. | GODS | $0.2403136 |
| 906. | GOG | $0.1030913 |
| 907. | GRT | $0.0644695 |
| 908. | GST | $0.0259475 |
| 909. | GT | $3.8283511 |
| 910. | HBB | $0.0645693 |
| 911. | HGET | $0.3483396 |
| 912. | HMT | $0.0503377 |
| 913. | HNT | $2.8245828 |
| 914. | HOLY | $1.2800000 |
| 915. | HT | $5.6096533 |
| 916. | HUM | $0.0753202 |
| 917. | HXRO | $0.0527828 |
| 918. | IMX | $0.4485000 |
| 919. | INDI | $0.1317318 |
| 920. | INTER | $2.2220025 |
| 921. | IP3 | $0.2929130 |
| 922. | JET | $0.0754000 |
| 923. | JOE | $0.1576808 |
| 924. | JST | $0.0226663 |
| 925. | KBTT | $0.0007129 |
| 926. | KIN | $0.0000092 |
| 927. | KLUNC | $0.1877101 |
| 928. | KNC | $0.5928001 |
| 929. | KSHIB | $0.0097500 |
| 930. | KSOS | $0.0001771 |
| 931. | LDO | $1.1764306 |
| 932. | LEO | $4.0838828 |
| 933. | LINA | $0.0061216 |
| 934. | LINK | $6.7932499 |
| 935. | LOOKS | $0.1468043 |
| 936. | LRC | $0.2596744 |
| 937. | LTC | $60.6106000 |
| 938. | LUA | $0.0127744 |
| 939. | LUNA2 | $1.6770056 |
| 940. | LUNC | $0.0001877 |
| 941. | MAGIC | $0.2734465 |
| 942. | MANA | $0.4919000 |
| 943. | MAPS | $0.0985383 |
| 944. | MASK | $3.3033138 |
| 945. | MATH | $0.1112000 |
| 946. | MATIC | $1.0265325 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Spot+ Derivatives (EU Only) (Cont.)* | |
| 947. | MBS | $0.0898182 |
| 948. | MCB | $4.3032898 |
| 949. | MEDIA | $4.7500000 |
| 950. | MER | $0.0078455 |
| 951. | MKR | $780.1942307 |
| 952. | MNGO | $0.0123275 |
| 953. | MOB | $0.6213997 |
| 954. | MPLX | $0.0635720 |
| 955. | MTA | $0.0388458 |
| 956. | MTL | $0.6666573 |
| 957. | MYC | $0.0304800 |
| 958. | NEAR | $2.1160000 |
| 959. | NEXO | $0.7285254 |
| 960. | OKB | $19.0903594 |
| 961. | OMG | $1.2318000 |
| 962. | ORBS | $0.0246122 |
| 963. | ORCA | $0.4958000 |
| 964. | OXY | $0.0314364 |
| 965. | PEOPLE | $0.0320352 |
| 966. | PERP | $0.4211518 |
| 967. | POLIS | $0.2158631 |
| 968. | PORT | $0.0289414 |
| 969. | PRISM | $0.0043781 |
| 970. | PROM | $4.3251889 |
| 971. | PSG | $5.8781611 |
| 972. | PSY | $0.0233829 |
| 973. | PTU | $0.8981820 |
| 974. | PUNDIX | $0.3642664 |
| 975. | QI | $0.0063072 |
| 976. | RAMP | $0.0287482 |
| 977. | RAY | $0.2532873 |
| 978. | REAL | $0.1050873 |
| 979. | REEF | $0.0034151 |
| 980. | REN | $0.0824000 |
| 981. | RNDR | $0.5381211 |
| 982. | ROOK | $14.2065247 |
| 983. | RSR | $0.0042055 |
| 984. | RUNE | $1.1476770 |
| 985. | SAND | $0.6218413 |
| 986. | SECO | $1.0001000 |
| 987. | SHIB | $0.0000098 |
| 988. | SKL | $0.0269854 |
| 989. | SLND | $0.3878150 |
| 990. | SLP | $0.0025947 |
| 991. | SLRS | $0.0039720 |
| 992. | SNX | $1.8312933 |
| 993. | SNY | $0.0975026 |

|  | Asset | Price |
|---|---|---|
|  | **[A]** | **[B]** |
| *Spot+ Derivatives (EU Only) (Cont.)* | | |
| 994. | SOL | $16.2471144 |
| 995. | SOS | $0.0000002 |
| 996. | SPA | $0.0069230 |
| 997. | SPELL | $0.0006802 |
| 998. | SRM | $0.3722465 |
| 999. | STARS | $0.0325200 |
| 1000. | STEP | $0.0080138 |
| 1001. | STG | $0.3901143 |
| 1002. | STMX | $0.0048053 |
| 1003. | STORJ | $0.3129665 |
| 1004. | SUN | $0.0054091 |
| 1005. | SUSHI | $1.2374952 |
| 1006. | SWEAT | $0.0143510 |
| 1007. | SXP | $0.2289366 |
| 1008. | SYN | $0.5850000 |
| 1009. | TLM | $0.0157681 |
| 1010. | TOMO | $0.2907561 |
| 1011. | TONCOIN | $1.5482817 |
| 1012. | TRU | $0.0345301 |
| 1013. | TRX | $0.0556107 |
| 1014. | TULIP | $1.6566468 |
| 1015. | UBXT | $0.0015159 |
| 1016. | UMEE | $0.0083132 |
| 1017. | UNI | $5.7583446 |
| 1018. | VGX | $0.2295354 |
| 1019. | WAVES | $2.3262914 |
| 1020. | WRX | $0.1547882 |
| 1021. | XPLA | $0.2911263 |
| 1022. | XRP | $0.3762385 |
| 1023. | YFI | $6,389.0679600 |
| 1024. | YFII | $1,903.5322345 |
| 1025. | YGG | $0.2386170 |
| 1026. | ZRX | $0.1830295 |
| *Futures* | | |
| 1027. | 1INCH-1230 | $0.4721000 |
| 1028. | 1INCH-PERP | $0.5214000 |
| 1029. | AAPL-1230 | $37.0000000 |
| 1030. | AAVE-1230 | $67.0300000 |
| 1031. | AAVE-PERP | $63.4500000 |
| 1032. | ABNB-1230 | $121.2100000 |
| 1033. | ACB-1230 | $0.3300000 |
| 1034. | ADA-1230 | $0.3762000 |
| 1035. | ADA-PERP | $0.3517000 |
| 1036. | AGLD-PERP | $0.2330500 |
| 1037. | ALCX-PERP | $16.0075000 |
| 1038. | ALGO-1230 | $0.3081500 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Futures (Cont.)* | |
| **1039.** | ALGO-PERP | $0.3022000 |
| **1040.** | ALICE-PERP | $1.0097500 |
| **1041.** | ALPHA-PERP | $0.0895000 |
| **1042.** | ALT-1230 | $1,817.8000000 |
| **1043.** | ALT-PERP | $1,817.0000000 |
| **1044.** | AMC-1230 | $6.6562500 |
| **1045.** | AMD-1230 | $59.2200000 |
| **1046.** | AMPL-PERP | $0.9584000 |
| **1047.** | AMZN-1230 | $85.0000000 |
| **1048.** | ANC-PERP | $0.1469765 |
| **1049.** | APE-1230 | $2.6280000 |
| **1050.** | APE-PERP | $3.1415000 |
| **1051.** | APT-PERP | $4.5700000 |
| **1052.** | AR-PERP | $9.5000000 |
| **1053.** | ARKK-1230 | $73.0000000 |
| **1054.** | ASD-PERP | $0.0430000 |
| **1055.** | ATLAS-PERP | $0.0017165 |
| **1056.** | ATOM-1230 | $18.5000000 |
| **1057.** | ATOM-PERP | $11.6225000 |
| **1058.** | AUDIO-PERP | $0.1506500 |
| **1059.** | AVAX-1230 | $12.8000000 |
| **1060.** | AVAX-PERP | $12.7420000 |
| **1061.** | AXS-1230 | $6.8659095 |
| **1062.** | AXS-PERP | $6.8920000 |
| **1063.** | BABA-1230 | $67.3111523 |
| **1064.** | BADGER-PERP | $2.7460000 |
| **1065.** | BAL-1230 | $5.5250000 |
| **1066.** | BAL-PERP | $5.0950000 |
| **1067.** | BAND-PERP | $2.0286000 |
| **1068.** | BAT-PERP | $0.2461000 |
| **1069.** | BB-1230 | $4.6950000 |
| **1070.** | BCH-1230 | $103.5600000 |
| **1071.** | BCH-PERP | $104.5767209 |
| **1072.** | BILI-1230 | $12.0000000 |
| **1073.** | BIT-PERP | $0.3137500 |
| **1074.** | BITO-1230 | $10.8300000 |
| **1075.** | BITW-1230 | $94.0000000 |
| **1076.** | BNB-1230 | $344.0000000 |
| **1077.** | BNB-PERP | $375.6250000 |
| **1078.** | BNT-PERP | $0.3659500 |
| **1079.** | BNTX-1230 | $166.2300000 |
| **1080.** | BOBA-PERP | $0.4177500 |
| **1081.** | BRZ-PERP | $0.2079946 |
| **1082.** | BSV-1230 | $40.3700000 |
| **1083.** | BSV-PERP | $38.4000000 |
| **1084.** | BTC-0331 | $16,884.4589309 |
| **1085.** | BTC-1230 | $17,458.0000000 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Futures (Cont.)* | |
| 1086. | BTC-MOVE-1111 | $2,564.6585366 |
| 1087. | BTC-MOVE-1112 | $360.0000000 |
| 1088. | BTC-MOVE-2022Q4 | $41.3674707 |
| 1089. | BTC-MOVE-2023Q1 | $3,286.2719265 |
| 1090. | BTC-MOVE-2023Q2 | $50.0000000 |
| 1091. | BTC-MOVE-WK-1111 | $3,534.5555556 |
| 1092. | BTC-MOVE-WK-1118 | $1,228.0000000 |
| 1093. | BTC-MOVE-WK-1125 | $1,048.0000000 |
| 1094. | BTC-MOVE-WK-1202 | $1,097.0000000 |
| 1095. | BTC-PERP | $17,108.0000000 |
| 1096. | BTT-PERP | $0.0000058 |
| 1097. | BYND-1230 | $11.6695000 |
| 1098. | C98-PERP | $0.1821000 |
| 1099. | CAKE-PERP | $4.0775000 |
| 1100. | CEL-1230 | $0.6700000 |
| 1101. | CEL-PERP | $0.9242340 |
| 1102. | CELO-PERP | $0.4975000 |
| 1103. | CGC-1230 | $3.2250000 |
| 1104. | CHR-PERP | $0.0894182 |
| 1105. | CHZ-1230 | $0.1854125 |
| 1106. | CHZ-PERP | $0.1872500 |
| 1107. | CLV-PERP | $0.0481600 |
| 1108. | COMP-1230 | $41.4300000 |
| 1109. | COMP-PERP | $34.2200000 |
| 1110. | CREAM-PERP | $7.4280000 |
| 1111. | CRO-PERP | $0.0826500 |
| 1112. | CRON-1230 | $3.0000000 |
| 1113. | CRV-PERP | $0.6524500 |
| 1114. | CVC-PERP | $0.0892500 |
| 1115. | CVX-PERP | $2.9350000 |
| 1116. | DASH-PERP | $36.6000000 |
| 1117. | DAWN-PERP | $0.9140000 |
| 1118. | DEFI-1230 | $2,300.0000000 |
| 1119. | DEFI-PERP | $2,090.8000000 |
| 1120. | DENT-PERP | $0.0006846 |
| 1121. | DKNG-1230 | $12.6050000 |
| 1122. | DODO-PERP | $0.1130100 |
| 1123. | DOGE-1230 | $0.1025200 |
| 1124. | DOGE-PERP | $0.0743492 |
| 1125. | DOT-1230 | $5.2100000 |
| 1126. | DOT-PERP | $4.9280000 |
| 1127. | DRGN-PERP | $1,446.7561515 |
| 1128. | DYDX-PERP | $1.9200000 |
| 1129. | EDEN-PERP | $0.0809900 |
| 1130. | EGLD-PERP | $45.2850000 |
| 1131. | ENJ-PERP | $0.3703783 |
| 1132. | ENS-PERP | $11.1450000 |

|  | Asset | Price |
|---|---|---|
|  | [A] | [B] |
|  | *Futures (Cont.)* | |
| 1133. | EOS-1230 | $0.8737500 |
| 1134. | EOS-PERP | $0.8677500 |
| 1135. | ETC-PERP | $21.1215000 |
| 1136. | ETH-0331 | $1,195.7000000 |
| 1137. | ETH-1230 | $1,220.0000000 |
| 1138. | ETH-PERP | $1,223.2500000 |
| 1139. | ETHE-1230 | $8.7000000 |
| 1140. | ETHW-PERP | $2.6000000 |
| 1141. | EXCH-1230 | $5,681.0000000 |
| 1142. | EXCH-PERP | $5,540.1000000 |
| 1143. | FB-1230 | $108.0100000 |
| 1144. | FIDA-PERP | $0.1148000 |
| 1145. | FIL-1230 | $4.5200000 |
| 1146. | FIL-PERP | $4.8874211 |
| 1147. | FLM-PERP | $0.0809400 |
| 1148. | FLOW-PERP | $1.2974309 |
| 1149. | FLUX-PERP | $0.4600000 |
| 1150. | FTM-1230 | $0.2303000 |
| 1151. | FTM-PERP | $0.1893000 |
| 1152. | FTT-PERP | $1.9770000 |
| 1153. | FTXDXY-PERP | $111.9907155 |
| 1154. | FXS-PERP | $4.5600000 |
| 1155. | GAL-PERP | $1.1145000 |
| 1156. | GALA-PERP | $0.0286000 |
| 1157. | GBTC-1230 | $9.7125000 |
| 1158. | GDX-1230 | $24.2000000 |
| 1159. | GDXJ-1230 | $32.0000000 |
| 1160. | GLD-1230 | $151.7000000 |
| 1161. | GLMR-PERP | $0.4610000 |
| 1162. | GME-1230 | $27.7250000 |
| 1163. | GMT-1230 | $0.3945000 |
| 1164. | GMT-PERP | $0.3697056 |
| 1165. | GOOGL-1230 | $98.0000000 |
| 1166. | GRT-1230 | $0.0944750 |
| 1167. | GRT-PERP | $0.0725000 |
| 1168. | GST-PERP | $0.0269975 |
| 1169. | HBAR-PERP | $0.0459800 |
| 1170. | HNT-PERP | $2.4105000 |
| 1171. | HOLY-PERP | $2.4165000 |
| 1172. | HOT-PERP | $0.0015500 |
| 1173. | HT-PERP | $5.7500000 |
| 1174. | ICP-PERP | $3.9800000 |
| 1175. | ICX-PERP | $0.1583000 |
| 1176. | IMX-PERP | $0.4420000 |
| 1177. | INJ-PERP | $1.5709167 |
| 1178. | IOST-PERP | $0.0091450 |
| 1179. | IOTA-PERP | $0.1696080 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Futures (Cont.)* | |
| **1180.** | JASMY-PERP | $0.0038775 |
| **1181.** | JPY-PERP | $0.0069600 |
| **1182.** | KAVA-PERP | $0.8750000 |
| **1183.** | KBTT-PERP | $0.0140000 |
| **1184.** | KLAY-PERP | $0.1678500 |
| **1185.** | KLUNC-PERP | $0.1860000 |
| **1186.** | KNC-PERP | $0.6345000 |
| **1187.** | KSHIB-PERP | $0.0114050 |
| **1188.** | KSM-PERP | $26.0883248 |
| **1189.** | KSOS-PERP | $0.0001660 |
| **1190.** | LDO-PERP | $1.1098000 |
| **1191.** | LEO-PERP | $4.1285000 |
| **1192.** | LINA-PERP | $0.0071400 |
| **1193.** | LINK-1230 | $6.8655000 |
| **1194.** | LINK-PERP | $6.7530000 |
| **1195.** | LOOKS-PERP | $0.1436750 |
| **1196.** | LRC-PERP | $0.2236500 |
| **1197.** | LTC-1230 | $61.5100000 |
| **1198.** | LTC-PERP | $59.5400000 |
| **1199.** | LUNA2-PERP | $1.6755000 |
| **1200.** | LUNC-PERP | $0.0001702 |
| **1201.** | MANA-PERP | $0.5230000 |
| **1202.** | MAPS-PERP | $0.0694100 |
| **1203.** | MASK-PERP | $3.2877500 |
| **1204.** | MATIC-1230 | $1.1749825 |
| **1205.** | MATIC-PERP | $1.0346000 |
| **1206.** | MEDIA-PERP | $5.1037013 |
| **1207.** | MID-1230 | $1,042.9000000 |
| **1208.** | MID-PERP | $1,200.0000000 |
| **1209.** | MINA-PERP | $0.7592500 |
| **1210.** | MKR-PERP | $823.0000000 |
| **1211.** | MNGO-PERP | $0.0082000 |
| **1212.** | MOB-PERP | $0.9455833 |
| **1213.** | MRNA-1230 | $176.0000000 |
| **1214.** | MSTR-1230 | $187.2000000 |
| **1215.** | MTL-PERP | $0.6335000 |
| **1216.** | MVDA10-PERP | $8,562.5000000 |
| **1217.** | MVDA25-PERP | $8,287.5000000 |
| **1218.** | NEAR-1230 | $0.9660000 |
| **1219.** | NEAR-PERP | $1.8780000 |
| **1220.** | NEO-PERP | $6.6203213 |
| **1221.** | NFLX-1230 | $274.6000000 |
| **1222.** | NIO-1230 | $12.0000000 |
| **1223.** | NOK-1230 | $5.8000000 |
| **1224.** | NVDA-1230 | $93.9750000 |
| **1225.** | OKB-1230 | $19.9995000 |
| **1226.** | OKB-PERP | $18.5484838 |

| | Asset | Price |
|---|---|---|
| | **[A]** | **[B]** |
| | *Futures (Cont.)* | |
| **1227.** | OMG-1230 | $1.2700000 |
| **1228.** | OMG-PERP | $1.3035000 |
| **1229.** | ONE-PERP | $0.0142250 |
| **1230.** | ONT-PERP | $0.1626500 |
| **1231.** | OP-1230 | $0.9125000 |
| **1232.** | OP-PERP | $0.9177500 |
| **1233.** | OXY-PERP | $0.0211700 |
| **1234.** | PAXG-PERP | $1,726.0666667 |
| **1235.** | PENN-1230 | $36.9900000 |
| **1236.** | PEOPLE-PERP | $0.0499700 |
| **1237.** | PERP-PERP | $0.2200500 |
| **1238.** | PFE-1230 | $49.0000000 |
| **1239.** | POLIS-PERP | $0.1424750 |
| **1240.** | PRIV-1230 | $700.0000000 |
| **1241.** | PRIV-PERP | $831.5000000 |
| **1242.** | PROM-PERP | $4.3100000 |
| **1243.** | PUNDIX-PERP | $0.8853000 |
| **1244.** | PYPL-1230 | $72.5000000 |
| **1245.** | QTUM-PERP | $1.9200000 |
| **1246.** | RAY-PERP | $0.1959000 |
| **1247.** | REEF-PERP | $0.0031715 |
| **1248.** | REN-PERP | $0.0824500 |
| **1249.** | RNDR-PERP | $0.6500000 |
| **1250.** | RON-PERP | $0.2085000 |
| **1251.** | ROSE-PERP | $0.0600050 |
| **1252.** | RSR-PERP | $0.0042150 |
| **1253.** | RUNE-PERP | $1.0705000 |
| **1254.** | RVN-PERP | $0.0213200 |
| **1255.** | SAND-PERP | $0.6179500 |
| **1256.** | SC-PERP | $0.0025325 |
| **1257.** | SCRT-PERP | $0.8121500 |
| **1258.** | SECO-PERP | $1.7828000 |
| **1259.** | SHIB-PERP | $0.0000092 |
| **1260.** | SHIT-1230 | $2,548.1000000 |
| **1261.** | SHIT-PERP | $2,194.9000000 |
| **1262.** | SKL-PERP | $0.0253950 |
| **1263.** | SLP-PERP | $0.0025660 |
| **1264.** | SLV-1230 | $21.3375000 |
| **1265.** | SNX-PERP | $1.8455000 |
| **1266.** | SOL-1230 | $24.4175000 |
| **1267.** | SOL-PERP | $16.2973217 |
| **1268.** | SOS-PERP | $0.0000002 |
| **1269.** | SPELL-PERP | $0.0006746 |
| **1270.** | SPY-1230 | $376.1000000 |
| **1271.** | SQ-1230 | $63.0000000 |
| **1272.** | SRM-PERP | $0.4062000 |
| **1273.** | STEP-PERP | $0.0103000 |
| **1274.** | STG-PERP | $0.4007500 |

|  | Asset | Price |
|---|---|---|
|  | [A] | [B] |
|  | *Futures (Cont.)* | |
| 1275. | STMX-PERP | $0.0047150 |
| 1276. | STORJ-PERP | $0.3078111 |
| 1277. | STX-PERP | $0.2099804 |
| 1278. | SUSHI-1230 | $0.9257000 |
| 1279. | SUSHI-PERP | $1.2376000 |
| 1280. | SXP-1230 | $0.2270000 |
| 1281. | SXP-PERP | $0.2035000 |
| 1282. | THETA-PERP | $1.0464000 |
| 1283. | TLM-PERP | $0.0159950 |
| 1284. | TLRY-1230 | $2.9320000 |
| 1285. | TOMO-PERP | $0.3590000 |
| 1286. | TONCOIN-PERP | $0.8165000 |
| 1287. | TRU-PERP | $0.0272500 |
| 1288. | TRUMP2024 | $0.2300000 |
| 1289. | TRX-1230 | $0.0724900 |
| 1290. | TRX-PERP | $0.0588975 |
| 1291. | TRYB-PERP | $0.0506800 |
| 1292. | TSLA-1230 | $185.0000000 |
| 1293. | TSM-1230 | $59.3975000 |
| 1294. | UBER-1230 | $13.8450000 |
| 1295. | UNI-1230 | $6.6250000 |
| 1296. | UNI-PERP | $5.5660000 |
| 1297. | UNISWAP-1230 | $12,227.0000000 |
| 1298. | UNISWAP-PERP | $12,004.0000000 |
| 1299. | USDT-1230 | $0.9969000 |
| 1300. | USDT-PERP | $0.9999000 |
| 1301. | USO-1230 | $170.0000000 |
| 1302. | USTC-PERP | $0.0233200 |
| 1303. | VET-PERP | $0.0198700 |
| 1304. | WAVES-1230 | $2.4800000 |
| 1305. | WAVES-PERP | $2.1065000 |
| 1306. | WSB-1230 | $15,700.0000000 |
| 1307. | XAUT-PERP | $1,785.9000000 |
| 1308. | XEM-PERP | $0.0400800 |
| 1309. | XLM-PERP | $0.0872500 |
| 1310. | XMR-PERP | $129.4100000 |
| 1311. | XRP-1230 | $0.3952750 |
| 1312. | XRP-PERP | $0.3680500 |
| 1313. | XTZ-1230 | $1.0538000 |
| 1314. | XTZ-PERP | $0.9904000 |
| 1315. | YFI-1230 | $6,125.0000000 |
| 1316. | YFI-PERP | $6,345.0000000 |
| 1317. | YFII-PERP | $1,834.7500000 |
| 1318. | ZEC-PERP | $38.3500000 |
| 1319. | ZIL-PERP | $0.0216700 |
| 1320. | ZM-1230 | $90.0000000 |
| 1321. | ZRX-PERP | $0.1827500 |

| Asset | Price |
|-------|-------|
| **[A]** | **[B]** |

**Notes and Sources**:

[1] * indicates that asset is impacted by at least one of three adjustments: Asset Liquidation Discount, DLOM, or FTX Equity and FTT Discounts.

[2] ** indicates that the asset's price is adjusted to zero, because it is stale.

[3] *** indicates that the unadjusted price of IBVOL is negative and is therefore set to zero.

[4] *See* Exhibits 1-5 and Appendix C.

[5] TBD indicates that the price of the relevant Digital Asset will be determined at a later date.