United States Bankruptcy Court
District of Delaware

In re: FTX Trading Ltd., *et al*.  Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Oaktree Value Opportunities Fund Holdings, L.P.** | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Oaktree Value Opportunities Fund Holdings, L.P.
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty

Confidential Creditor with Unique Customer Code: 00181328.

FTX Account ID 2222738

Name and Address where notices to Transferor should be sent: **Address on file**

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Schedule F No. 7460146  See attached Excerpt | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 55310 (submitted on or about September 18, 2023) and Claim No. 56734 (submitted on or about September 20, 2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID Nos. 3265-70-PQPKX-756313693 and 3265-70-SZEWE-457658551 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
**By:     Oaktree Value Opportunities Fund GP, L.P.**
**Its:    General Partner**
**By:     Oaktree Value Opportunities Fund GP Ltd.**
**Its:    General Partner**
**By:     Oaktree Capital Management, L.P.**
**Its:    Director**

By: *Colin McLafferty*   Date: 12/6/2023
Name: Colin McLafferty
Title: Vice President

By: *Steve Tesoriere (Dec 7, 2023 11:46 EST)*   Date: 12/6/2023
Name: Steven Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8099/6960898.3

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted (with Unique Customer Code: 00181328 and FTX Account ID 2222738) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Oaktree Value Opportunities Fund Holdings, L.P. ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068 (JTD) (Jointly Administered), which claims are docketed as Claim No. **55310** (Customer Claim Confirmation ID No. 3265-70-PQPKX-756313693) and Claim No. 56734 (Customer Claim Confirmation ID No. 3265-70-SZEWE-457658551)**,** and identified on Schedule F of FTX Trading Ltd. under no. 7460146 (collectively, the "**Claim**"). See attached Excerpt.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 6th day of December, 2023.

SELLER:

Redacted

Redacted

By: Redacted

Name: Redacted
Title: Redacted

BUYER:

**OAKTREE VALUE OPPORTUNITIES FUND HOLDINGS, L.P.**
**By:   Oaktree Value Opportunities Fund GP, L.P.**
**Its:   General Partner**
**By:   Oaktree Value Opportunities Fund GP Ltd.**
**Its:   General Partner**
**By:   Oaktree Capital Management, L.P.**
**Its:   Director**

By: Colin McLafferty
Name: Colin McLafferty
Title: Vice President

By: Steve Tesoriere (Dec 7, 2023 11:46 EST)
Name: Steven Tesoriere
Title: Managing Director

032-8099/6960898.3

## Identity of Transferor/Seller

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

[SCREENSHOT/EXCERPT OF SCHEDULE]

# Creditor Data Details - Claim # 55310

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/18/2023

**Claim Number**
55310

**Schedule Number**
7460146

**Confirmation ID**
3265-70-PQPKX-756313693

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

# Creditor Data Details - Claim # 56734

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
09/20/2023

**Claim Number**
56734

**Schedule Number**
n/a

**Confirmation ID**
3265-70-SZEWE-457658551

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

...lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

Amended Customer Claim Schedule F-1 (January 23, 2024)

| | | | | |
|---|---|---|---|---|
| 00181328 | | 1INCH-PERP[0], ALEPH[15570.06785], ATLAS[50995.95], ATOM[1038.537078], AVAX[4233.00784346], AXS-PERP[0], BNB[499.59957181], BNB-PERP[0], BTC[7.12130632], BTC-PERP[0], COMP-PERP[0], DEFI-PERP[0], DOT[4501.56928220], ETH[1399.99062472], ETH-PERP[0], ETHW[1397.80318892], FIL-PERP[0], FLOW-PERP[0], FTM[6952], FTT[2237.29329615], FTT-PERP[0], GRT[49696.2828], GRT-PERP[0], HNT[2764.04224825], LINK[6324.04277567], MANA[735.51705506], MATIC[44395.35637610], MOB[.87265], RNDR[4241.4], RUNE[12894.9879545], SAND[97.34495], SOL[8878.20038553], SRM[91.76120041], SRM_LOCKED[691.23879959], STG[29351.1178125], SUSHI[3049.713125], UNI[1659.7488], USD[-1087929.03], USDT[5500] | | AVAX[4136.768206], BNB[492.005569], BTC[.054032], ETH[399.352948], MATIC[43339.320163], SOL[1671.227199] |