# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF DELAWARE

*In re FTX Trading Ltd., et al.*      Case No. 22-11068 (JTD) (Jointly Administered)

Court ID (Court Use Only) _____

## AMENDED NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)
### (this notice amends allegedly defective Docket No. 3653)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

**HUDSON BAY CLAIM FUND LLC**
Name of Transferee

Address:

Hudson Bay Claim Fund LLC
c/o Hudson Bay Capital Management LP
28 Havemeyer Place, 2nd Floor
Greenwich, CT 06830 USA
Attention: Matthew Weinstein and Chad Flick
Email: mweinstein@hudsonbaycapital.com and
cflick@hudsonbaycapital.com

**[REDACTED]**
Name of Transferor

**Name and Current Address of Transferor:**

On file with Debtors

FTX Account ID Number 36223163
Unique Customer Code Number 01682303

| Schedule/Claim No. | Creditor | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Scheduled ID# **221106806191639** | [REDACTED] | As stated on Schedule F | FTX Trading Ltd. | **22-11068** |
| Proof of Claim Confirmation ID **3265-70-GMGQV-715920745** | [REDACTED] | As stated on the Proof of Claim | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*Matt Weinstein*___      Date: February 5, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 144331333.1