**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re FTX Trading Ltd., et al.* | Case No. 22-11068 (JTD) (Jointly Administered) |
| | Court ID (Court Use Only) _____ |

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Hudson Bay Claim Fund LLC | Name of Transferor:<br>DJ Bam, LLC |
|---|---|
| Notices to Transferee should be sent to:<br>Hudson Bay Claim Fund LLC<br>c/o Hudson Bay Capital Management LP<br>28 Havemeyer Place, 2nd Floor<br>Greenwich, CT 06830 USA<br>Att'n: Matthew Weinstein / Chad Flick<br>Email: mweinstein@hudsonbaycapital.com /<br>cflick@hudsonbaycapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#:<br>Name and Current Address of Transferor:<br>DJ Bam, LLC<br>634 Downer Street<br>Westfield, NJ 07090<br>Att'n: Sunjay Matthews<br>Email: sunjay.matthews@gmail.com |
| Claim Amount Transferred: 100% | Filed Amount: $6,000,000.00 |
| Claim Number: 4113 | Debtor: Blockfolio, Inc. |
| Date Claim Filed: 6/29/2023 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*Matt Weinstein*_____     Date:   February 5, 2024
       Authorized Signatory

As set forth in the attached Evidences of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

DJ BAM, LLC hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, DJ BAM, LLC ("Assignor") has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of USD 6,000,000.00 against West Realm Shire Services Inc. and the other Debtors in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, including the Proofs of Claim listed in Appendix A hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF FEBRUARY, 2024.

**DJ BAM, LLC**

By: *Sunjay Mathews* (DocuSigned, 21DBC5CF592B4D2...)
Name:  Sunjay Mathews
Title:  Authorized Signatory

**Hudson Bay Claim Fund LLC**

By:_____
Name:
Title:

DB1/ 143273820.7

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

DJ BAM, LLC hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, DJ BAM, LLC ("Assignor") has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of USD 6,000,000.00 against West Realm Shire Services Inc. and the other Debtors in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, including the Proofs of Claim listed in Appendix A hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF FEBRUARY, 2024.

**DJ BAM, LLC**

By:_____
Name: Sunjay Mathews
Title: Authorized Signatory


**Hudson Bay Claim Fund LLC**

By: *Matt Weinstein*
Name: Matt Weinstein
Title: Authorized Signatory

DB1/ 143273820.7

**Appendix A**

**DJ BAM, LLC Proofs of Claim transferred to Hudson Bay Claim Fund LLC**

| | | | |
|---|---|---|---|
| 3684 | 06/29/2023 | Alameda Research (Bahamas) Ltd | $6,000,000.00 |
| 3702 | 06/29/2023 | Alameda Research KK | $6,000,000.00 |
| 3736 | 06/29/2023 | Alameda Research Pte Ltd | $6,000,000.00 |
| 3773 | 06/29/2023 | Alameda TR Systems S. de R. L. | $6,000,000.00 |
| 3995 | 06/30/2023 | Cottonwood Technologies Ltd | $6,000,000.00 |
| 4005 | 06/29/2023 | Alameda TR Ltd | $6,000,000.00 |
| 4049 | 06/30/2023 | Deck Technologies Holdings LLC | $6,000,000.00 |
| 4098 | 06/30/2023 | Cottonwood Grove Ltd | $6,000,000.00 |
| 4099 | 06/30/2023 | FTX Equity Record Holdings Ltd | $6,000,000.00 |
| 4103 | 06/30/2023 | Digital Custody Inc. | $6,000,000.00 |
| 4113 | 06/29/2023 | Blockfolio, Inc. | $6,000,000.00 |
| 4115 | 06/30/2023 | FTX Crypto Services Ltd. | $6,000,000.00 |
| 4117 | 06/29/2023 | Alameda Global Services Ltd. | $6,000,000.00 |
| 4122 | 06/29/2023 | Alameda Aus Pty Ltd | $6,000,000.00 |
| 4124 | 06/29/2023 | Blue Ridge Ltd | $6,000,000.00 |
| 4127 | 06/29/2023 | Atlantis Technology Ltd. | $6,000,000.00 |
| 4130 | 06/29/2023 | Cardinal Ventures Ltd | $6,000,000.00 |
| 4133 | 06/29/2023 | Cedar Bay Ltd | $6,000,000.00 |
| 4134 | 06/29/2023 | Alameda Research Yankari Ltd | $6,000,000.00 |
| 4135 | 06/30/2023 | DAAG Trading, DMCC | $6,000,000.00 |
| 4138 | 06/29/2023 | Alameda Research LLC | $6,000,000.00 |
| 4142 | 06/29/2023 | Analisya Pte Ltd | $6,000,000.00 |
| 4144 | 06/30/2023 | Cedar Grove Technology Services, Ltd. | $6,000,000.00 |
| 4145 | 06/29/2023 | Alameda Research Ltd | $6,000,000.00 |
| 4147 | 06/30/2023 | FTX Europe AG | $6,000,000.00 |
| 4150 | 06/30/2023 | Clifton Bay Investments LLC | $6,000,000.00 |
| 4153 | 06/30/2023 | Clifton Bay Investments Ltd | $6,000,000.00 |
| 4157 | 06/29/2023 | Allston Way Ltd | $6,000,000.00 |
| 4160 | 06/29/2023 | Bancroft Way Ltd | $6,000,000.00 |
| 4161 | 06/29/2023 | Alameda Research Holdings Inc. | $6,000,000.00 |
| 4164 | 06/30/2023 | Deck Technologies Inc. | $6,000,000.00 |
| 4173 | 06/30/2023 | Euclid Way Ltd | $6,000,000.00 |
| 4177 | 06/30/2023 | FTX Certificates GmbH | $6,000,000.00 |
| 4180 | 06/30/2023 | FTX Digital Assets LLC | $6,000,000.00 |
| 4184 | 06/30/2023 | FTX Canada Inc | $6,000,000.00 |
| 4185 | 06/30/2023 | FTX EMEA Ltd. | $6,000,000.00 |
| 4223 | 06/30/2023 | Deep Creek Ltd | $6,000,000.00 |
| 4232 | 06/30/2023 | FTX (Gibraltar) Ltd | $6,000,000.00 |
| 4305 | 06/30/2023 | FTX Exchange FZE | $6,000,000.00 |
| 4306 | 06/30/2023 | FTX Japan Services KK | $6,000,000.00 |
| 4308 | 06/30/2023 | FTX Japan Holdings K.K. | $6,000,000.00 |
| 4309 | 06/30/2023 | FTX Lend Inc. | $6,000,000.00 |

| | | | |
|---|---|---|---:|
| 4310 | 06/30/2023 | FTX Ventures Ltd. | $6,000,000.00 |
| 4312 | 06/30/2023 | FTX Structured Products AG | $6,000,000.00 |
| 4313 | 06/30/2023 | FTX Japan K.K. | $6,000,000.00 |
| 4314 | 06/30/2023 | FTX EU Ltd. | $6,000,000.00 |
| 4315 | 06/30/2023 | FTX Property Holdings Ltd | $6,000,000.00 |
| 4316 | 06/30/2023 | FTX Digital Holdings (Singapore) Pte Ltd | $6,000,000.00 |
| 4322 | 06/30/2023 | FTX Trading GmbH | $6,000,000.00 |
| 4323 | 06/30/2023 | FTX Hong Kong Ltd | $6,000,000.00 |
| 4326 | 06/30/2023 | Hannam Group Inc | $6,000,000.00 |
| 4327 | 06/30/2023 | FTX Services Solutions Ltd. | $6,000,000.00 |
| 4329 | 06/30/2023 | Global Compass Dynamics Ltd. | $6,000,000.00 |
| 4330 | 06/30/2023 | Good Luck Games, LLC | $6,000,000.00 |
| 4331 | 06/30/2023 | Goodman Investments Ltd. | $6,000,000.00 |
| 4334 | 06/30/2023 | FTX Switzerland GmbH | $6,000,000.00 |
| 4335 | 06/30/2023 | FTX Products (Singapore) Pte Ltd | $6,000,000.00 |
| 4338 | 06/30/2023 | FTX US Trading, Inc. | $6,000,000.00 |
| 4339 | 06/30/2023 | FTX Zuma Ltd | $6,000,000.00 |
| 4340 | 06/30/2023 | GG Trading Terminal Ltd | $6,000,000.00 |
| 4342 | 06/30/2023 | Crypto Bahamas LLC | $6,000,000.00 |
| 4409 | 06/30/2023 | Killarney Lake Investments Ltd | $6,000,000.00 |
| 4455 | 06/30/2023 | LedgerPrime LLC | $6,000,000.00 |
| 4489 | 06/30/2023 | West Realm Shires Financial Services Inc. | $6,000,000.00 |
| 4491 | 06/30/2023 | Innovatia Ltd | $6,000,000.00 |
| 4507 | 06/30/2023 | West Realm Shires Inc. | $6,000,000.00 |
| 4545 | 06/30/2023 | Maclaurin Investments Ltd. | $6,000,000.00 |
| 4547 | 06/30/2023 | Paper Bird Inc | $6,000,000.00 |
| 4549 | 06/30/2023 | FTX Trading Ltd. | $6,000,000.00 |
| 4551 | 06/30/2023 | North Dimension Ltd | $6,000,000.00 |
| 4555 | 06/30/2023 | LiquidEX LLC | $6,000,000.00 |
| 4557 | 06/30/2023 | LedgerPrime Digital Asset Opportunities Fund, LLC | $6,000,000.00 |
| 4559 | 06/30/2023 | Hawaii Digital Assets Inc. | $6,000,000.00 |
| 4561 | 06/30/2023 | Hilltop Technology Services LLC | $6,000,000.00 |
| 4562 | 06/30/2023 | West Realm Shires Services Inc. | $6,000,000.00 |
| 4792 | 06/30/2023 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | $6,000,000.00 |
| 4833 | 06/30/2023 | LedgerPrime Digital Asset Opportunities Master Fund LP | $6,000,000.00 |
| 4836 | 06/30/2023 | FTX US Services, Inc. | $6,000,000.00 |
| 4839 | 06/30/2023 | Hive Empire Trading Pty Ltd | $6,000,000.00 |
| 4849 | 06/30/2023 | Ledger Holdings Inc. | $6,000,000.00 |
| 4987 | 06/30/2023 | Island Bay Ventures Inc | $6,000,000.00 |
| 4994 | 06/30/2023 | LedgerPrime Ventures, LP | $6,000,000.00 |
| 4996 | 06/30/2023 | Liquid Financial USA Inc. | $6,000,000.00 |
| 4997 | 06/30/2023 | FTX Marketplace, Inc. | $6,000,000.00 |
| 5001 | 06/30/2023 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | $6,000,000.00 |