# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF DELAWARE

*In re FTX Trading Ltd., et al.*         Case No. 22-11068 (JTD) (Jointly Administered)
       Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Hudson Bay Claim Fund LLC | Name of Transferor: <br> GB Solutions, LLC |
|---|---|
| Notices to Transferee should be sent to: <br> Hudson Bay Claim Fund LLC <br> c/o Hudson Bay Capital Management LP <br> 28 Havemeyer Place, 2nd Floor <br> Greenwich, CT  06830 USA <br> Att'n:  Matthew Weinstein / Chad Flick <br> Email:  mweinstein@hudsonbaycapital.com / cflick@hudsonbaycapital.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor: <br> GB Solutions, LLC <br> 112 Forrester Court <br> Los Gatos, CA 95032 <br> gebough@gmail.com |
| Claim Amount Transferred:  100% | Filed Amount:  $6,000,000.00 |
| Claim Number:  4385 | Debtor:  West Realm Shires Services Inc. |
| Date Claim Filed:  6/29/2023 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*Matt Weinstein*_____     Date:  February 5, 2024
      Authorized Signatory

As set forth in the attached Evidences of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

DB1/ 140071298.1

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

GB Solutions, LLC hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, GB Solutions, LLC ("Assignor") has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of USD 6,000,000.00 against West Realm Shire Services Inc. and the other Debtors in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, including the Proofs of Claim listed in Appendix A hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF FEBRUARY, 2024.

**GB Solutions, LLC**

By: _Geoff Bough_ (DocuSigned)
Name:  Geoff Bough
Title:  Authorized Signatory

**Hudson Bay Claim Fund LLC**

By:_____
Name:
Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

GB Solutions, LLC hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, GB Solutions, LLC ("Assignor") has sold, transferred and assigned to Hudson Bay Claim Fund LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of USD 6,000,000.00 against West Realm Shire Services Inc. and the other Debtors in Chapter 11 Case No. 22-11068 (JTD) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim, including the Proofs of Claim listed in Appendix A hereto.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2nd DAY OF FEBRUARY, 2024.

**GB Solutions, LLC**

By:_____
Name:  Geoff Bough
Title:  Authorized Signatory

**Hudson Bay Claim Fund LLC**

By: *Matt Weinstein*
Name: Matt Weinstein
Title: Authorized Signatory

DB1/ 144288381.1

## Appendix A

## GB Solutions, LLC Proofs of Claim transferred to Hudson Bay Claim Fund LLC

| | | | |
|---|---|---|---|
| 4885 | 06/30/2023 | FTX Property Holdings Ltd | $ 6,000,000.00 |
| 3654 | 06/29/2023 | Alameda Global Services Ltd. | $6,000,000.00 |
| 3682 | 06/29/2023 | Alameda Research (Bahamas) Ltd | $6,000,000.00 |
| 3712 | 06/29/2023 | Alameda Research LLC | $6,000,000.00 |
| 3766 | 06/29/2023 | Allston Way Ltd | $6,000,000.00 |
| 4014 | 06/30/2023 | Clifton Bay Investments LLC | $6,000,000.00 |
| 4041 | 06/29/2023 | Alameda TR Ltd | $6,000,000.00 |
| 4045 | 06/30/2023 | FTX Certificates GmbH | $6,000,000.00 |
| 4053 | 06/29/2023 | Blue Ridge Ltd | $6,000,000.00 |
| 4055 | 06/29/2023 | Cardinal Ventures Ltd | $6,000,000.00 |
| 4061 | 06/29/2023 | Bancroft Way Ltd | $6,000,000.00 |
| 4062 | 06/29/2023 | Alameda Research KK | $6,000,000.00 |
| 4066 | 06/29/2023 | Alameda Research Yankari Ltd | $6,000,000.00 |
| 4069 | 06/29/2023 | Alameda Research Ltd | $6,000,000.00 |
| 4075 | 06/29/2023 | Alameda Aus Pty Ltd | $6,000,000.00 |
| 4077 | 06/29/2023 | Alameda Research Holdings Inc. | $6,000,000.00 |
| 4084 | 06/30/2023 | Clifton Bay Investments Ltd | $6,000,000.00 |
| 4086 | 06/29/2023 | Alameda Research Pte Ltd | $6,000,000.00 |
| 4090 | 06/30/2023 | FTX EMEA Ltd. | $6,000,000.00 |
| 4092 | 06/29/2023 | Analisya Pte Ltd | $6,000,000.00 |
| 4094 | 06/29/2023 | Blockfolio, Inc. | $6,000,000.00 |
| 4096 | 06/29/2023 | Cedar Grove Technology Services, Ltd. | $6,000,000.00 |
| 4097 | 06/29/2023 | Atlantis Technology Ltd. | $6,000,000.00 |
| 4100 | 06/29/2023 | Alameda TR Systems S. de R. L. | $6,000,000.00 |
| 4104 | 06/29/2023 | Cedar Bay Ltd | $6,000,000.00 |
| 4109 | 06/30/2023 | Cottonwood Grove Ltd | $6,000,000.00 |
| 4110 | 06/30/2023 | Deck Technologies Inc. | $6,000,000.00 |
| 4114 | 06/30/2023 | FTX (Gibraltar) Ltd | $6,000,000.00 |
| 4119 | 06/30/2023 | FTX Digital Assets LLC | $6,000,000.00 |
| 4121 | 06/30/2023 | FTX Canada Inc | $6,000,000.00 |
| 4126 | 06/30/2023 | FTX Crypto Services Ltd. | $6,000,000.00 |
| 4131 | 06/30/2023 | FTX Digital Holdings (Singapore) Pte Ltd | $6,000,000.00 |
| 4137 | 06/30/2023 | Crypto Bahamas LLC | $6,000,000.00 |
| 4141 | 06/30/2023 | FTX Exchange FZE | $6,000,000.00 |
| 4166 | 06/30/2023 | Deck Technologies Holdings LLC | $6,000,000.00 |
| 4167 | 06/30/2023 | Euclid Way Ltd | $6,000,000.00 |
| 4171 | 06/30/2023 | Digital Custody Inc. | $6,000,000.00 |
| 4176 | 06/30/2023 | FTX Europe AG | $6,000,000.00 |
| 4179 | 06/30/2023 | Cottonwood Technologies Ltd | $6,000,000.00 |
| 4190 | 06/30/2023 | DAAG Trading, DMCC | $6,000,000.00 |
| 4193 | 06/30/2023 | FTX EU Ltd. | $6,000,000.00 |
| 4202 | 06/30/2023 | Deep Creek Ltd | $6,000,000.00 |

| | | | | |
|---|---|---|---|---|
| 4203 | 06/30/2023 | FTX Equity Record Holdings Ltd | $6,000,000.00 | |
| 4210 | 06/30/2023 | FTX Hong Kong Ltd | $6,000,000.00 | |
| 4345 | 06/30/2023 | FTX Lend Inc. | $6,000,000.00 | |
| 4346 | 06/30/2023 | FTX Products (Singapore) Pte Ltd | $6,000,000.00 | |
| 4348 | 06/30/2023 | FTX Services Solutions Ltd. | $6,000,000.00 | |
| 4365 | 06/30/2023 | FTX Japan K.K. | $6,000,000.00 | |
| 4366 | 06/30/2023 | FTX Marketplace, Inc. | $6,000,000.00 | |
| 4368 | 06/30/2023 | FTX Japan Holdings K.K. | $6,000,000.00 | |
| 4369 | 06/30/2023 | FTX Switzerland GmbH | $6,000,000.00 | |
| 4370 | 06/30/2023 | FTX Structured Products AG | $6,000,000.00 | |
| 4371 | 06/30/2023 | FTX Trading GmbH | $6,000,000.00 | |
| 4373 | 06/30/2023 | FTX US Trading, Inc. | $6,000,000.00 | |
| 4375 | 06/30/2023 | FTX US Services, Inc. | $6,000,000.00 | |
| 4376 | 06/30/2023 | FTX Ventures Ltd. | $6,000,000.00 | |
| 4384 | 06/30/2023 | Global Compass Dynamics Ltd. | $6,000,000.00 | |
| 4385 | 06/30/2023 | West Realm Shires Services Inc. | $6,000,000.00 | |
| 4387 | 06/30/2023 | Ledger Holdings Inc. | $6,000,000.00 | |
| 4388 | 06/30/2023 | Hannam Group Inc | $6,000,000.00 | |
| 4389 | 06/30/2023 | Killarney Lake Investments Ltd | $6,000,000.00 | |
| 4390 | 06/30/2023 | Hive Empire Trading Pty Ltd | $6,000,000.00 | |
| 4392 | 06/30/2023 | West Realm Shires Financial Services Inc. | $6,000,000.00 | |
| 4393 | 06/30/2023 | Island Bay Ventures Inc | $6,000,000.00 | |
| 4394 | 06/30/2023 | Hawaii Digital Assets Inc. | $6,000,000.00 | |
| 4395 | 06/30/2023 | Hilltop Technology Services LLC | $6,000,000.00 | |
| 4397 | 06/30/2023 | Innovatia Ltd | $6,000,000.00 | |
| 4398 | 06/30/2023 | FTX Japan Services KK | $6,000,000.00 | |
| 4400 | 06/30/2023 | West Realm Shires Inc. | $6,000,000.00 | |
| 4402 | 06/30/2023 | GG Trading Terminal Ltd | $6,000,000.00 | |
| 4403 | 06/30/2023 | Goodman Investments Ltd. | $6,000,000.00 | |
| 4405 | 06/30/2023 | Good Luck Games, LLC | $6,000,000.00 | |
| 4406 | 06/30/2023 | FTX Zuma Ltd | $6,000,000.00 | |
| 4442 | 06/30/2023 | FTX Trading Ltd. | $6,000,000.00 | |
| 4443 | 06/30/2023 | LedgerPrime Digital Asset Opportunities Master Fund LP | $6,000,000.00 | |
| 4456 | 06/30/2023 | LedgerPrime Bitcoin Yield Enhancement Master Fund LP | $6,000,000.00 | |
| 4457 | 06/30/2023 | LedgerPrime Ventures, LP | $6,000,000.00 | |
| 4458 | 06/30/2023 | LedgerPrime LLC | $6,000,000.00 | |
| 4459 | 06/30/2023 | Liquid Financial USA Inc. | $6,000,000.00 | |
| 4460 | 06/30/2023 | LedgerPrime Digital Asset Opportunities Fund, LLC | $6,000,000.00 | |
| 4461 | 06/30/2023 | LiquidEX LLC | $6,000,000.00 | |
| 4496 | 06/30/2023 | North Dimension Inc | $6,000,000.00 | |
| 4499 | 06/30/2023 | Pioneer Street Inc. | $6,000,000.00 | |
| 4501 | 06/30/2023 | North Dimension Ltd | $6,000,000.00 | |
| 4502 | 06/30/2023 | LedgerPrime Bitcoin Yield Enhancement Fund, LLC | $6,000,000.00 | |
| 4503 | 06/30/2023 | Maclaurin Investments Ltd. | $6,000,000.00 | |
| 4504 | 06/30/2023 | Paper Bird Inc | $6,000,000.00 | |

DB1/ 144288381.1