RECEIVED

2024 FEB -7 AM 11:30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
824 North Market Street, 3rd Floor, Wilmington, Delaware 19801

IN RE:
FTX TRADING LTD,
DEBTORS.

CHAPTER 11
CASE NO: 22-11068 (JTD)

CLAIMANTS OBJECTION TO MODIFIED CLAIM SET BY FTX TRADING LTD.

DEBTORTS:
FTX TRADING LTD.
CLAIMANT: ▮▮▮▮▮
FTX Account ID: ▮▮▮▮▮

SIMON EDUARDO ALE INOSTROZA
13 RUE BALICHON
BAYONNE, FRANCE, 6400
simonale7@gmail.com
+330635532518

05/02/2024

Dear Sirs,

I trust this correspondence finds you well. My name is Simon Eduardo Ale Inostroza, and I am a user of FTX trading services. I am writing to bring to your esteemed attention a matter concerning the freezing of withdrawals and signs of illiquidity on the 11th of November 2022, which had a significant impact on my holdings with FTX.

On November 10th, FTX and Justin Sun announced they would be permitting only TRX token withdrawals. This led to a substantial increase in the price of TRX tokens. In response to this option to withdraw my funds amid growing concerns, I executed multiple swaps USDT-TRX and tried to withdraw multiple times. Despite these efforts, I was unable to withdraw my funds successfully.

Subsequently, I endeavored to swap back my TRX tokens to USD, only to encounter technical issues on the platform, rendering it frozen and unresponsive. Consequently, I found myself in possession of 79,251.11 $TRX tokens.

It is crucial to note that during this series of transactions, I paid an average of $0.35 per $TRX, and the price kept increasing, whereas the prevailing market rate on average exchanges was approximately $0.055 per $TRX token.

Objection: We request that TRX coins must be recognized as claims at $0.44

Reason: The asset price should refer to the customer's currency price in the FTX wallet on November 11, 2022.

The TRX price on that day was last US$0.44, but the Digital Assets Conversion Table was based on US$0.0556107 from other unrelated cryptocurrency exchanges.

To determine the value, most of us bought TRX between US$0.25 and US$0.44. The rise in the TRX currency at that time was also caused by FTX's official announcement on November 11, 2022
(https://twitter.com/FTX_Official/status/1590763245488713729).

Please redefine the TRX price according to the same standards as other currencies.

Enclosed with this objection, please find all relevant documents, including all my CSV trades on FTX, historical price action on FTX, and evidence of false promotions by FTX and Justin Sun.

Thank you for your honorable service to justice.

Yours Truly,

Simon Eduardo Ale Inostroza

# FTX

行情 ⌄   更多 ⌄   幫助中心 ⌄ ①   🔍 搜尋交易對

> FTX is currently unable to process withdrawals. We strongly advise against depositing. Deposits of TRX, BTT, JST, SUN, and HT are disabled.
> onboarding of new clients has been suspended until further notice.
> have reached    with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be

☆ ◆ TRX/USD ▾   0.4424200 -56.68%   24小時高點 0.4758750   近24小時低點 0.0822225   24小時成交量 US$149,223,870

子帳戶: 🔍 | 主帳戶 | IP3-IEO | C2X-IEO | INDI-IEO | PSY-IEO | ATLAS-IEO | MER-IEO | OXY-IEO | MAPS-IEO | HGET-IEO | + | ⇄ | 🔒

TRX/USD

TRON / 美元, 5, FTX ⌄
開=0.4380025  高=0.4533750  低=0.4291800  收=0.4424200  -0.0074225 (+1.71%)

交易盤    分組 無

↓ 0.4424200

| 出價大小 (TRX) | 買方出價 (USD) | 賣方出價 (USD) | 出價大小 (TRX) |
|---|---|---|---|
| 468 | 0.4424175 | 0.4424200 | 9 |
| 18 | 0.4400125 | 0.4468725 | 360 |
| 25 | 0.4400100 | 0.4468750 | 910 |
| 3 | 0.4395000 | 0.4468775 | 493 |
| 1,573 | 0.4381250 | 0.4472450 | 3 |
| 926 | 0.4380200 | 0.4476850 | 14 |
| 2 | 0.4371500 | 0.4478150 | 80 |
| 20,000 | 0.4370000 | 0.4482700 | 7,244 |
| 449 | 0.4362525 | 0.4484050 | 8 |
| 50,000 | 0.4362500 | 0.4485700 | 14 |
| 1,316 | 0.4356025 | 0.4487375 | 1,741 |

最新成交

| USD 價格 | 數量 (TRX) | 時間 |
|---|---|---|
| 0.4424200 | 41 | 下午11:52:31 |
| 0.4424200 | 6 | 下午11:52:31 |
| 0.4424225 | 14 | 下午11:52:31 |
| 0.4424175 | 5 | 下午11:52:29 |
| 0.4424175 | 9 | 下午11:52:29 |
| 0.4468725 | 4,119 | 下午11:52:28 |
| 0.4468025 | 14 | 下午11:52:28 |
| 0.4465500 | 2 | 下午11:52:28 |

Volume (20) ⌄  77.162K  不適用

12:00   18:00   11   06:00   12:00   18:00   12



**FTX**
@FTX_Official

FTX Announcement Regarding the Tron Credit Facility:

We are pleased to announce that we have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets.

6:48 PM · Nov 10, 2022

 1.1K     3.1K     7.2K    139    

| Date | Pair | Side | Type | Amount | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.3538525 | 3.8923775 | 0.002588431038 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.353165 | 3.884815 | 0.002583401975 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.3524775 | 3.8772525 | 0.002578372913 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 819 | 0.35232 | 288.55008 | 0.1918858032 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.3517925 | 3.8697175 | 0.002573362138 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.35111 | 3.86221 | 0.00256836965 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 123 | 0.35 | 43.05 | 0.02862825 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 376 | 0.34914 | 131.27664 | 0.0872989656 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 3 | 0.348 | 1.044 | 0.00069426 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 147 | 0.3466025 | 50.9505675 | 0.03388212739 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 380 | 0.346115 | 131.5237 | 0.0874632605 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 125 | 0.3456025 | 43.2003125 | 0.02872820781 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 24 | 0.3455575 | 8.29338 | 0.0055150977 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 2 | 0.344575 | 0.68915 | 0.00045828475 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 2 | 0.3431925 | 0.686385 | 0.000456446025 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 383 | 0.3431175 | 131.4140025 | 0.08739031166 | USDT |

| Date/Time | Pair | Side | Type | Amount | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.324235 | 1.29694 | 0.0008624651 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 131 | 0.324435 | 42.500985 | 0.02826315503 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 14 | 0.3246475 | 4.545065 | 0.003022468225 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 154 | 0.3247725 | 50.014965 | 0.03325995173 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 108 | 0.3247975 | 35.07813 | 0.02332695645 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 85 | 0.3589575 | 30.5113875 | 0.02029007269 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 2 | 0.3587175 | 0.717435 | 0.000477094275 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.358705 | 3.58705 | 0.00238538825 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 354 | 0.3583725 | 126.863865 | 0.08436447023 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.3580075 | 3.580075 | 0.002380749875 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 78 | 0.3574525 | 27.881295 | 0.01854106118 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.3573125 | 3.573125 | 0.002376128125 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 2 | 0.3572775 | 0.714555 | 0.000475179075 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 351 | 0.3570975 | 125.3412225 | 0.08335191296 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.357 | 3.57 | 0.00237405 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 11 | 0.357 | 3.927 | 0.002611455 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 13 | 0.357 | 4.641 | 0.003086265 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.3566175 | 3.566175 | 0.002371506375 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 43 | 0.3563475 | 15.3229425 | 0.01018975676 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.355925 | 3.55925 | 0.00236690125 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 2 | 0.355845 | 0.71169 | 0.00047327385 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 79 | 0.3556825 | 28.0989175 | 0.01868578014 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 357 | 0.3552675 | 126.8304975 | 0.08434228084 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 1 | 0.3552325 | 0.3552325 | 0.0002362296125 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.3552325 | 3.552325 | 0.002362296125 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 1 | 0.355 | 0.355 | 0.000236075 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 1 | 0.355 | 0.355 | 0.000236075 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 5 | 0.355 | 1.775 | 0.001180375 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 78785 | 0.355 | 27968.675 | 18.59916888 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 10 | 0.3545425 | 3.545425 | 0.002357707625 | USDT |
| 1/11/2022, 6:29:06 | TRX/USDT | buy | Market | 122 | 0.35445 | 43.2429 | 0.0287565285 | USDT |

| Date | Pair | Side | Type | Amount | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 42 | 0.3166325 | 13.298565 | 0.008843545725 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 94 | 0.317 | 29.798 | 0.01981567 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3170675 | 1.26827 | 0.00084339955 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 396 | 0.3172675 | 125.63793 | 0.08354922345 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 67 | 0.318145 | 21.315715 | 0.01417495048 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 681 | 0.31826 | 216.73506 | 0.1441288149 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 27 | 0.3182625 | 8.5930875 | 0.005714403188 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3182625 | 1.27305 | 0.00084657825 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 63 | 0.318445 | 20.062035 | 0.01334125328 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 42 | 0.318515 | 13.37763 | 0.00889612395 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 351 | 0.3186 | 111.8286 | 0.074366019 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 550 | 0.3187275 | 175.300125 | 0.1165745831 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 88 | 0.31873 | 28.04824 | 0.0186520796 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 3 | 0.319095 | 0.957285 | 0.000636594525 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 66 | 0.3193125 | 21.074625 | 0.01401462563 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.319455 | 1.27782 | 0.0008497503 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 393 | 0.3200425 | 125.7767025 | 0.08364150716 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 133 | 0.32036 | 42.60788 | 0.0283342402 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 3904 | 0.32038 | 1250.76352 | 0.8317577408 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 3 | 0.32038 | 0.96114 | 0.0006391581 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 42 | 0.32041 | 13.45722 | 0.0089490513 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 66 | 0.3206375 | 21.162075 | 0.01407277988 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.32065 | 1.2826 | 0.000852929 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 44 | 0.321395 | 14.14138 | 0.0094040177 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 3 | 0.3216725 | 0.9650175 | 0.0006417366375 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.321845 | 1.28738 | 0.0008561077 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 192 | 0.3220275 | 61.82928 | 0.0411164712 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 6 | 0.322415 | 1.93449 | 0.00128643585 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 390 | 0.32284 | 125.9076 | 0.083728554 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.32304 | 1.29216 | 0.0008592864 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 269 | 0.3238325 | 87.1109425 | 0.05792877676 | USDT |

| Date | Pair | | Side | Type | | Amount | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 91 | 0.3078375 | 28.0132125 | 0.01862878631 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 138 | 0.30844 | 42.56472 | 0.0283055388 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 213 | 0.30861 | 65.73393 | 0.04371306345 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.308705 | 1.23482 | 0.0008211553 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 407 | 0.30909 | 125.79963 | 0.08365675395 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.3099 | 1.2396 | 0.000824334 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 322 | 0.31 | 99.82 | 0.0663803 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 2088 | 0.31 | 647.28 | 0.4304412 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 29 | 0.3102375 | 8.9968875 | 0.005982930188 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 90 | 0.3109125 | 27.982125 | 0.01860811313 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 62 | 0.311055 | 19.28541 | 0.01282479765 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.311095 | 1.24438 | 0.0008275127 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 3 | 0.3114825 | 0.9344475 | 0.0006214075875 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 403 | 0.3117925 | 125.6523775 | 0.08355883104 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.3122875 | 1.24915 | 0.00083068475 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 136 | 0.3123625 | 42.4813 | 0.0282500645 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 3 | 0.31274 | 0.93822 | 0.0006239163 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.3134825 | 1.25393 | 0.00083386345 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 1 | 0.3138075 | 0.3138075 | 0.0002086819875 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 3 | 0.314 | 0.942 | 0.00062643 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 89 | 0.314015 | 27.947335 | 0.01858497778 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 720 | 0.314515 | 226.4508 | 0.150589782 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 314 | 0.3145175 | 98.758495 | 0.06567439918 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.3146775 | 1.25871 | 0.00083704215 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 1943 | 0.315 | 612.045 | 0.407009925 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 3 | 0.315265 | 0.945795 | 0.000628953675 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 202 | 0.31532 | 63.69464 | 0.0423569356 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 49 | 0.315395 | 15.454355 | 0.01027714608 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 4 | 0.3158725 | 1.26349 | 0.00084022085 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 134 | 0.316335 | 42.38889 | 0.02818861185 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | | sell | Market | | 3 | 0.3165375 | 0.9496125 | 0.0006314923125 | USDT |

| Date/Time | Pair | Side | Type | Amount | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 56695 | 0.3 | 17008.5 | 11.3106525 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 45 | 0.3001675 | 13.5075375 | 0.008982512438 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 93 | 0.3002875 | 27.9267375 | 0.01857128044 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3003425 | 1.20137 | 0.00079891105 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 297 | 0.3005 | 89.2485 | 0.0593502525 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 141 | 0.3007375 | 42.4039875 | 0.02819865169 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 418 | 0.301125 | 125.87025 | 0.08370371625 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3015375 | 1.20615 | 0.00080208975 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 10000 | 0.3016125 | 3016.125 | 2.005723125 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 93 | 0.3017825 | 28.0657725 | 0.01866373871 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 224 | 0.3019 | 67.6256 | 0.044971024 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 44 | 0.301955 | 13.28602 | 0.0088352033 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 31 | 0.302215 | 9.368665 | 0.006230162225 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3027325 | 1.21093 | 0.00080526845 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 92 | 0.303285 | 27.90222 | 0.0185549763 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 44 | 0.3037525 | 13.36511 | 0.00888779815 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 414 | 0.3037575 | 125.755605 | 0.08362747733 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.3039275 | 1.21571 | 0.00080844715 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 3 | 0.304 | 0.912 | 0.00060648 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 64 | 0.304155 | 19.46592 | 0.0129448368 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 140 | 0.304565 | 42.6391 | 0.0283550015 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.30512 | 1.22048 | 0.0008116192 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 44 | 0.30556 | 13.44464 | 0.0089406856 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 91 | 0.3063125 | 27.8744375 | 0.01853650094 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.306315 | 1.22526 | 0.0008147979 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 411 | 0.3064125 | 125.9355375 | 0.08374713244 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 1374 | 0.306885 | 421.65999 | 0.2804038934 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 66 | 0.30716 | 20.27256 | 0.0134812524 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 43 | 0.3073775 | 13.2172325 | 0.008789459613 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 4 | 0.30751 | 1.23004 | 0.0008179766 | USDT |
| 1/11/2022, 6:29:52 | TRX/USDT | sell | Market | 50 | 0.3076575 | 15.382875 | 0.01022961188 | USDT |

| Date | Pair | Side | Type | Quantity | Price | Total | Fee | Fee Currency |
|---|---|---|---|---|---|---|---|---|
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 535 | 0.3344875 | 178.9508125 | 0.1190022903 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 380 | 0.3342775 | 127.02545 | 0.08447192425 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 143 | 0.33415 | 47.78345 | 0.03177599425 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 129 | 0.3327425 | 42.9237825 | 0.02854431536 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 12923 | 0.332 | 4290.436 | 2.85313994 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 46017 | 0.332 | 15277.644 | 10.15963326 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 10 | 0.332 | 3.32 | 0.0022078 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 85 | 0.33179 | 28.20215 | 0.01875442975 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 9 | 0.331715 | 2.985435 | 0.001985314275 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 383 | 0.33138 | 126.91854 | 0.0844008291 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 20 | 0.331335 | 6.6267 | 0.0044067555 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 215 | 0.3309625 | 71.1569375 | 0.04731936344 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 157 | 0.330955 | 51.959935 | 0.03455335678 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 9 | 0.33027 | 2.97243 | 0.00197666595 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 3593 | 0.33 | 1185.69 | 0.78848385 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 1270 | 0.33 | 419.1 | 0.2787015 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 331 | 0.3293625 | 109.0189875 | 0.07249762669 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 146 | 0.329255 | 48.07123 | 0.03196736795 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 126 | 0.3288425 | 41.434155 | 0.02755371308 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 131 | 0.3285625 | 43.0416875 | 0.02862272219 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 85 | 0.32851 | 27.92335 | 0.01856902775 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 386 | 0.3285075 | 126.803895 | 0.08432459018 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 8 | 0.32812 | 2.62496 | 0.0017455984 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 245 | 0.328115 | 80.388175 | 0.05345813638 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 281 | 0.3265475 | 91.7598475 | 0.06102029859 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 351 | 0.326485 | 114.596235 | 0.07620649628 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 390 | 0.3256625 | 127.008375 | 0.08446056938 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4559 | 0.32566 | 1484.68394 | 0.9873148201 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 866 | 0.32565 | 282.0129 | 0.1875385785 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 8 | 0.32452 | 2.59616 | 0.0017264464 | USDT |
| 1/11/2022, 6:30:07 | TRX/USDT | buy | Market | 334 | 0.32284 | 107.82856 | 0.0717059924 | USDT |

| Time | Market | Side | Order Type | Size | Price | Total | Fee | Fee Cur |
|---|---|---|---|---|---|---|---|---|
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 9 | 0.34914 | 3.14226 | 0.0020896029 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 80 | 0.348685 | 27.8948 | 0.018550042 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 3 | 0.348 | 1.044 | 0.00069426 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 81 | 0.3469575 | 28.1035575 | 0.01868886574 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 380 | 0.346115 | 131.5237 | 0.0874632605 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 125 | 0.3456025 | 43.2003125 | 0.02872820781 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 81 | 0.34524 | 27.96444 | 0.0185963526 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 44 | 0.344365 | 15.15206 | 0.0100761199 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 383 | 0.3431175 | 131.4140025 | 0.08739031166 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.3421525 | 1.36861 | 0.00091012565 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 82 | 0.3418275 | 28.029855 | 0.01863985358 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 347 | 0.3414125 | 118.4701375 | 0.07878264144 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 126 | 0.3412625 | 42.999075 | 0.02859438488 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.3409575 | 1.36383 | 0.00090694695 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 386 | 0.340145 | 131.29597 | 0.08731182005 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.3397625 | 1.35905 | 0.00090376825 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 2 | 0.339075 | 0.67815 | 0.00045096975 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.33857 | 1.35428 | 0.0009005962 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 53 | 0.3384475 | 17.9377175 | 0.01192858214 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 2 | 0.337715 | 0.67543 | 0.00044916095 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.337375 | 1.3495 | 0.0008974175 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 11 | 0.33731 | 3.71041 | 0.00246742265 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 376 | 0.3371975 | 126.78626 | 0.0843128629 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 128 | 0.336975 | 43.1328 | 0.028683312 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 2 | 0.3363575 | 0.672715 | 0.000447355475 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.33618 | 1.34472 | 0.0008942388 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 2395 | 0.335565 | 803.678175 | 0.5344459864 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 2 | 0.3350075 | 0.670015 | 0.000445559975 | USDT |
| 11/11/2022, 6:30:07 | TRX/USDT | buy | Market | 4 | 0.334985 | 1.33994 | 0.0008910601 | USDT |