# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 |
|---|---|
| FTX Trading Ltd. (d/b/a "FTX") | |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| **VegaX Holdings, Inc.** | REDACTED |
| Name and Address where notices and payments to transferee should be sent: | Name and Current Address of Transferor: |
| **VegaX Holdings, Inc.**<br>276 Fifth Ave Ste 704<br>PMB 169<br>New York NY, 10001<br>sang@vegaxholdings.com | Address: |

| Confirmation Number | Creditor Name | Debtor | Case No. |
|---|---|---|---|
| 3265-70-PMNAS-286219788 | REDACTED | FTX Trading Ltd. (d/b/a "FTX") | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Sang Lee* _____   Date: September 1 2023
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

DocuSign Envelope ID: 7F5FEB4A-01EA-48DB-B8E5-277073B8215D



# All Balances

Total Net USD value ≈ $2,304,825.42

View Current Account Balances

- Total
- Available
- USD
- Hide leveraged tokens
- Hide zero balances

| Coin | Total | Main Account | sub |
|---|---|---|---|
| BTC | 0.00003443 | 0.00003443 | 0 |
| ETH | 0.00099314 | 0.00099314 | 0 |
| USD | 0.0031048 | 0.0031048 | 0 |
| USDT | 2284267.1341269 | 2284267.1341269 | 0 |

Rows per page: 15   1-4 / 4

About Us   FTT   Leaderboard   Volume Monitor   Help   Legal   Fees   API   FTX Whitelabel   Blog   FTX US   Telegram   Twitter   Our communities   Support

FTX Services and FTX Token (FTT) are not available in the United States or other prohibited jurisdictions.

Services for this product are facilitated through FTX Trading Ltd and/or FTX Digital Markets Ltd.