**Name court:** US Bankruptcy Court

**Name Debtors:** FTX Trading Ltd

**Lead case number:** 22-11068 (JTD)

**Title of Objection:** DEBTORS' ELEVENTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS) [D.I. 6282]

**Name claimant:** William Johanna Petrus Christina Arts

**Claim nr:** ███

**Description basis of amount of claim:** amount in the account

AAPL 0.172600000000000

BUSD (BINANCE USD) 64,702.000000000000000

USD 22.430000000000000

USO 0.455500000000000

**Specific Factual Basis and supporting legal argument upon which party will rely in opposing this objection:**

''surviving claim'' ███ mentions value of **$0,-** on Kroll site ; only if this is corrected to reflect the requested and appropriate amount of +/- $64.802,- it is okay for me that claim ███ is expunged.

The $0,- may be due to the fact that submission of the claim data before bar date ███ ███ August 2023) was not sufficient. When I received the confirmation ID I thought the claim was in properly. When I was asked to complete KYC for ███ and proceed with the claim process the portal did not function since + confirming my email didn't function and FTX/Kroll didn't support me on time with this. Meanwhile I could complete KYC, it was one click because all documents for this were already there.

**Extra evidence claim if present**

I 've included some e-mails to illustrate and to defend that my claim ███ should be updated with the appropriate value. I 'd reached out to support and got stuck in the digital portal to finish the complete process.

**Name:** William Arts

**Address (correspondence):** Kwikstaartlaan 42, Postbox A6147 , 3704 GS Zeist, The Netherlands

**Phone:** +31 6 5253 5353

**E-mail address:** newbreedinvest@outlook.com

*I will attend the hearing, please send invite for zoom meeting!*

*Appendix :- letter to give more background about my situation e-mail correspondence*

7-2-2024  Breukelen

Dear ,

I received a notification regarding the plan to expunge my claim ▮ (amount $64.802,-) in case no 22-11068 (JTD).

This claim was filed on 27 February 2023 in line with the claim procedure as mentioned at that time on the Kroll web site, before the final bar date and final claim procedure for 22-11068 was set. The claimed amount was appropriate and was also listed on the Kroll site.

Since a digital portal was introduced later on, I decided to file also electronically, to be on the safe side since it would match also with the latest claim procedure. In this electronic claim I also referred to my already existing claim ▮ since ofcourse I donot need to be compensated for the same amount twice.

After filling out the form in the digital portal I received a copy of the claims form as a proof of submitting it. It was submitted on 3 August 2023 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ No claim number was mentioned, so I could not lookup the claim on the Kroll site , to check if it was there with the right value. Later on I was alerted that KYC needed to be finished, but I couldn't since there was an issue with confirming my e-mail address. I'd started a communication to solve this and to proceed but at a certain point of time there was no response.

From this notification* I 've learned for the first time the claim number of my digital claim ▮ and on the Kroll site it appears to have the value $0,-, which scares me !

Now since my claim ▮ is ordered to be expunged I revisited the claims portal again on 2 February 2024 and was able to confirm my e-mail address. The KYC was immediately finished, since I'd in August 2023 already uploaded the requested KYC documents before. Also I completed the submission of Acceptance of Scheduled Claim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and received a confirmation e-mail. The claim (pdf) I could not download however, which scares me. I can imagine this has to do with not completing the complete process on time.

Considering the fact that I did submit my digital claim on time ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 3 August 2023) and ▮ is to be expunged now, I request that the digital claim is accepted even though I could not finalise the KYC submission and submission of acceptance of scheduled claim before the bar date. Please take into account that I also did KYC when my FTX account was still alive and was able to login to the digital claims portal. On 24 September I also received a mail that KYC review and verification would continue after the bar date, so I trust the KYC is fine.

This is hard earned money (more than a year salary) and I need to take care of my wife and three children as well. If you decide to expunge claim ▮ , I request to let register the surviving claim ▮ but only with the ''proper'' amount (equivalent of claim 1034) as requested by me ! This would be the only fair decision, since at the end I became victim of the fraud at FTX and don't want to be victim again of the way the claim is handled.

However, would you decide that the surviving claim ▮ will not be processed with the proper amount (equivalent to the amount of claim ▮ ) or you are not able to decide about this before the decision about whether or not to expunge claim ▮ I request to keep claim ▮ in place. If any info would be missing, I 'll provide it as soon as possible ofcourse on written request.

\* Debtor's eleventh (non substantive) omnibus objection..."

In the attachments you find some e-mail correspondence which may be relevant.

*William*       2-2-2024       Breukelen

Your sincerely,

William Johanna Petrus Christina Arts

PS: Please send invite for attendance of hearing online!

FTX Trading Ltd. 22-11068 (JTD)
Eleventh Omnibus Claim Objection
Schedule 1 - Superseded Claims

| Claims to be Disallowed | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim Number | Name | Debtor | Filed Amount | Claim Number | Name | Debtor | Tickers | Ticker Quantity |
| ■ | Arts, William Johanna Petrus Christina | FTX Trading Ltd. | 564,802.00 | ■ | Arts, William Johanna Petrus Christina | 22-11068 (JTD) FTX Trading Ltd. | AAPL | 0.172600000000000 |
| | | | | | | | BUSD (BINANCE USD) | 64,702.000000000000 |
| | | | | | | | USD | 22.430000000000000 |
| | | | | | | | USD | 0.455500000000000 |

# RE: [EXTERNAL] Re: Claim

**FTX Trading Ltd.** <ftxinfo@ra.kroll.com>
Thu 2/1/2024 4:03 PM
To: newbreedinvest@outlook.com <newbreedinvest@outlook.com>

William,

Thank you for your inquiry.

The FTX Customer Claims Portal reflects customer account information as of November 11, 2022. If you have any questions regarding the balances and transaction histories listed, please contact Customer Support at support@ftx.com.

Scheduled claim information as listed in the Kroll Customer Claims Portal is reflective of the Debtors' Amended Schedules filed on June 27, 2023. The amended Schedule amounts are derived from the most up to date books and records review conducted by the Debtors and their advisors. The Debtors' filed Schedules and Statements, as well as the Global Notes are available to view at https://restructuring.ra.kroll.com/FTX by navigating to the "Schedules & SOFA" page under "Quick Links."

If you disagree with either the account balance and transaction history, including but not limited to a "zero balance", or if you disagree with the coin listing as reflective of the Amended Schedules in the Kroll Customer Portal, you may wish to file a claim through the portal. The deadline for filing general proofs of claim was September 29, 2023, at 4 p.m. ET. Kroll will continue to process claims as they are received; however, the debtors may object on the basis of lateness, among other reasons.

Information, including access to court documents, instructions on how to file a proof of claim, and important dates and deadlines will be available throughout the case at https://restructing.ra.kroll.com/FTX/.

**PLEASE NOTE: Kroll is the appointed claims and noticing agent for FTX Trading Ltd. and 101 affiliated debtors' chapter 11 cases. As such, we are not permitted to provide legal or financial advice. Further, Kroll is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.**

Regards,

---

**Kroll Inquiries**

[www.kroll.com/en/services/business-services]www.kroll.com

*Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

--------------- Original Message ---------------
**From:** William Arts [newbreedinvest@outlook.com]
**Sent:** 1/29/2024, 3:14 AM
**To:** ftxinfo@ra.kroll.com
**Subject:** [EXTERNAL] Re: Claim

Dear ,

Last weekend I received a notification from which I can derive that the claim number of my electronic claim is ▇▇▇ (the number was namely mentioned as surviving claim next to a "superseded" paper claim ▇▇▇ of mine). When I lookup this claim number on the Kroll web site it mentions a claim value of $0 , whereas the claim contained a small amount of USD plus a big amount of other assets. Even if the other assets have not been dollarized (perhaps ?) and included in the amount, then the value should be higher than 0$ or "to be determined" from my point of view. Could you please correct the 0$ sothat it matches with the claim or inform me about the reason that for the time being (?) it is 0$ ?   Thanks in advance !

Best regards,
William Arts



**From:** William Arts <newbreedinvest@outlook.com>
**Sent:** Friday, September 15, 2023 5:04 PM
**To:** FTX Info <FTXInfo@ra.kroll.com>
**Subject:** Re: Claim

Dear ,

I had mailed you to ask if it is crucial or recommended to fill out my FTX account number in the proof of claim form. Can

Later I found the number in the electronic portal.

A more urgent question perhaps. I received a confirmation that I sent the electronic proof of claim right after submitting including the following. Is this the reference number of the claim ? When I fill out this number on the Kroll site I don't find a claim , which concerns me.
Electronic Proof of Claim_xxxx-xx-BHJOV-xxxxxxxxx (x are values)

In February I had already filed a paper claim (same case) but it seems this was processed twice under a different number.. I mentioned on the electronic form that these are the same claim as the electronic one. I mentioned the number on the electronic form. Both claims (paper) I can still find on the Kroll web site, but as mentioned not the electronic claim.

Regards,
William

**uniqure customer code:** [REDACTED]
mobile +31 6 5253 5353
(if possible please send me a mail before you call, when you do so, sothat I know who to expect; I tend not to take calls from unknown persons or other countries)

---

**From:** FTX Info <FTXInfo@ra.kroll.com>
**Sent:** Friday, September 8, 2023 6:39 PM
**To:** William Arts <newbreedinvest@outlook.com>
**Subject:** Automatic reply: Claim

Thank you for your email.

The Customer Bar Date in the FTX Debtors' Chapter 11 process has been set. This means that any person or entity holding a customer claim against any of the FTX exchanges and/or debtors must file a proof of claim for such customer claim on or before September 29, 2023 at 4 PM ET.

We understand that you may have questions around submitting your customer proof of claim. We have developed a set of Customer Bar Date Frequently Asked Questions available under the "Quick Links" section of our website at https://restructuring.ra.kroll.com/FTX/. We hope you will find this useful for any questions you have around submitting proofs of claim and using the customer portal at https://claims.ftx.com.

Should you still require assistance after reading the Frequently Asked Questions, please reply to this email with the nature of the assistance needed and your phone contact information (including your local time zone). Depending on the nature of the assistance needed, we will respond in the most efficient manner, such as updates to the Frequently Asked Questions, or respond directly to you. Replying to this email will result in an identical autoreply, but please know that your email has been received.

Thank you.

Effective March 29, 2022, Prime Clerk has rebranded as Kroll. All emails sent by us will now have the domain @Kroll.com. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by us in connection with the purpose for which it is held.
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:!00D1N01uIqY.!500Qg07qpX7:ref

## Re: FTX Customer Claims – KYC Information Submission

**William Arts** <newbreedinvest@outlook.com>
Wed 12/6/2023 8:15 AM
To: support@ftx.com <support@ftx.com>

Hi,

Could you please reply to my request ?

Best regards,
William

---

**From:** William Arts
**Sent:** Tuesday, October 17, 2023 8:37 AM
**To:** support@ftx.com <support@ftx.com>
**Subject:** FTX Customer Claims – KYC Information Submission

Hi Customer Support,

I'd like to open a ticket from this e-mail address as requested by you on 16 October (see mail below). I was asked to fill out (again) the KYC section in the claims portal but somehow cannot pass the e-mail confirmation phase (step 1) after logging into the portal. I received the confirmation link on newbreedinvest@outlook.com , clicked on it (on other device) and then saw the claims portal login page. While I was still logged in on my PC the e-mail confirmation status did not change. Can you please help solve this issue sothat I can proceed with the requested KYC ?

William
Customer code: ▇▇▇▇▇

> **From:** FTX Support <support@ftx.com>
> **Date:** 16 October 2023 at 02:31:26 CEST
> **To:** William Arts <william_arts@hotmail.com>
> **Subject: [Please use claims.ftx.com] Re: FTX Customer Claims – KYC Information Submission**
> **Reply-To:** FTX Support <support@ftx.com>
>
> ##- Please type your reply above this line -##
> Your request ▇▇▇▇▇ has been updated.
> To add additional comments, reply to this email.
>
>  **Ella (Please use claims.ftx.com)**
> Oct 15, 2023, 17:31 PDT
>
> Hello William,

Thank you for reaching out to us.

For us to be able to answer your questions, please create a ticket using the email address associated with your other account.

Thank you,

FTX Customer Support

---



**William Arts**
Oct 11, 2023, 23:39 PDT

Hi ,

I was asked (see mail below) to login to the Claims portal which I just did and was asked by the portal to confirm my e-mail by clicking on a confirmation e-mail.  The confirmation e-mail was sent to newbreedinvest@outlook.com (my other e-mail address which I also use to login to the claims portal).  I clicked the link (on another device) in the confirmation e-mail but e-mail confirmation status in the portal remains unconfirmed.  I tried it again, clicked another confirmation e-mail, but the same outcome.  Why is this and how to solve this ?

Once this is solved, I'll proceed asap with the KYC (step 3) as requested.   By the way, when I submitted the electronic claims form I already did a KYC.., but I can do it once more.

Regards,
William
Unique customer code: 

---

**Van:** FTXNoticing <FTXNoticing@ra.kroll.com>
**Verzonden:** donderdag 12 oktober 2023 01:47
**Onderwerp:** FTX Customer Claims – KYC Information Submission

Dear Customer,

We are writing regarding the FTX customer proof of claim that you submitted directly via the electronic proof of claim platform hosted by the Debtors' claims agent, Kroll Restructuring Administration LLC ("Claims Agent"). The purpose of this email is to inform you of an additional step required to validate your claim – Know Your Customer ("KYC") verification.

Please begin your KYC process through the FTX customer claims portal (https://claims.ftx.com/) as soon as possible. You may use your FTX log-in credentials to enter the Portal and you should then move to step 3 of the process to submit your KYC information. As you have already filed your claim, there is no

```
WILLIAM ARTS                           1 KG          1 OF 1
31 652535353
WILLIAM ARTS                    SHP#: E91Y 79BF JTX
OOIEVAARSBEK 2                  SHP WT: 0.5 KG
3621TG  BREUKELEN UT            DATE: 02 FEB 2024
NETHERLANDS

SHIP TO:
    OFFICE OF THE CLERK
    001 3022522900
    THE US BANKRUPTY COURT
    MARKET STREET 824
    WILMINGTON DE 19801
    UNITED STATES
```

DE 197 9-25

UPS SAVER                              1P
TRACKING #: 1Z E91 Y79 04 2433 4678

BILLING: P/P                           KEY
DESC: Documents

XOL 24.01.23    NV46 5.0A 01/2024*

---

TR#:1Z E91 Y79 04 2433 4678    SHP#:E

CCR | ODC
LVS | HVS
DOC | NDOC
D/A ID  01046002  ORIGIN PORT CODE

Shipper agree... ps.com a
centers. For in... w Convent
amended or Mon... d limits UP
for loss or damage ... rriage by road
subject to the Conven... or the internatio
Carriage of Goods By R... erwise governed
International conventions ... atory law, the UPS
UPSi₂½s liability for damag... delay of this shipme
no stopping places agreed upo... e time of tender of th
and UPS reserves the right to route the shipment in any w
appropriate. Where allowed by law, shipper authorizes UP
forwarding agent for export control and customs purposes.
from the US, shipper certifies that the commodities, techn
software were exported from the US in accordance with th
Administration Regulations. Diversion contrary to law is p

Shipper's Signature:    *William*

XOL 24.01.23    NV46 6.



