February 5, 2024

Office of the Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RECEIVED

2024 FEB -8 AM 9:30

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: **Response to Objection – Case No. 22-11068 (JTD) Doc 6283, FTX Trading Ltd., et al.**

To whom it may concern,

I am writing to formally respond to the objection titled "**Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims)**" in the matter of FTX Trading Ltd., et al., Case No. 22-11068 (JTD) before the United States Bankruptcy Court for the District of Delaware.

Claimant Information:
Name: MAX NICE INDUSTRIAL LIMITED
Claim Number:     70045
FTX Account ID: 104569487
Email: maxniceeth@gmail.com

On January 27, 2024, we received an email from FTX Noticing ftxnoticing@ra.kroll.com with the main content titled "Notice of Twelfth Omnibus Objection to Proofs of Claim" (as depicted in the attached picture, labeled as Appendix I).

We hereby withdraw any further objections. We agree to accept the account balance presented on https://claims.ftx.com/ as compensation verification, totaling US$1,157,281.54 and 642,443.90 FTT (as indicated in the attached picture, labeled as Appendix II).

Furthermore, due to the transaction records downloaded from https://claims.ftx.com/ lacking clear indications of the time zone, we initially misconstrued the time zone determination, leading to an incorrect calculation of the claimed amounts by our colleague. On February 2, 2024, we dispatched an objection via international express delivery, utilizing DHL for logistics. Upon realizing the error, we have requested DHL to intercept and cancel the shipment. However, owing to the international nature of the express delivery, we cannot confirm the success of the cancellation. Should you receive the international express mail sent by our company via DHL(License plates of Pieces in Shipment:JD01 4600 0107 7622 7703, as depicted in the attached picture, labeled as Appendix III), kindly consider it null and void, and recognize the opinions presented in this letter as the formal stance.

Thank you for your understanding and support.

Best regards,

羅詩詠 LO, SHIH-YUNG
MAX NICE INDUSTRIAL LIMITED.

5F., No. 20, Ln. 272, Xinshu Rd., Xinzhuang Dist.,
New Taipei City 242065
Taiwan (R.O.C.)
Tel:+886 920 980 723
Email:maxniceeth@gmail.com

*For and on behalf of*
MAX NICE INDUSTRIAL LIMITED
溢 佳 實 業 有 限 公 司

........................................
*Authorized Signature(s)*



羅詩詠 LO, SHIH-YUNG
MAX NICE INDUSTRIAL LIMITED.

5F., No. 20, Ln. 272, Xinshu Rd., Xinzhuang Dist.,
New Taipei City 242065

Appendix II



Appendix I

# FTX Noticing

准限 阅

Please find below links to the following important documents related to the bankruptcy proceedings of FTX Trading Ltd., et al., Case No. 22-11068, United States Bankruptcy Court for the District of Delaware:

- <u>Debtors' Twelfth Substantive Omnibus Objection to Certain Overstated Proofs of Claim Customer Claims</u>. Hearing Scheduled for 2/29/2024 at 10:00 a.m. ET at US Bankruptcy Court 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 2/9/2024 at 4:00 p.m. ET. [Docket No. 6283]

- <u>Notice of Twelfth Omnibus Objection to Proofs of Claim</u>

For additional information and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit <u>https://restructuring.ra.kroll.com/FTX</u>

**Claim Number:** 70045
**Claimant Name:** MAX NICE INDUSTRIAL LIMITED
**Link to Your Objection Information:** <u>https://92t6211ghe.execute-api.us-east-1.amazonaws.com/Prod/download/e5a6c5d9-bb2e-462e-8c45-307a91d1dc63</u>

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

FTX Noticing
Kroll Restructuring Administration LLC 55 East 52nd Street 17th Floor New York NY 10055

<u>Unsubscribe</u>

Appendix III



February 5, 2024

Office of the Clerk
United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: **Response to Objection – Case No. 22-11068 (JTD) Doc 6280, FTX Trading Ltd., et al.**

To whom it may concern,

I am writing to formally respond to the objection titled " **DEBTORS' NINTH (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN SUPERSEDED CLAIMS (CUSTOMER CLAIMS)**" in the matter of FTX Trading Ltd., et al., Case No. 22-11068 (JTD) before the United States Bankruptcy Court for the District of Delaware.

Claimant Information:
Name: MAX NICE INDUSTRIAL LIMITED
Claim Number:_____32338、33839、52810_____
FTX Account ID: 104569487
Email: maxniceeth@gmail.com

On January 27, 2024, we received an email from FTX Noticing ftxnoticing@ra.kroll.com with the main content titled "Notice of Twelfth Omnibus Objection to Proofs of Claim" (as depicted in the attached picture, labeled as Appendix I).

We hereby withdraw any further objections. We agree to accept the account balance presented on https://claims.ftx.com/ as compensation verification, totaling US$1,157,281.54 and 642,443.90 FTT (as indicated in the attached picture, labeled as Appendix II).

Furthermore, due to the transaction records downloaded from https://claims.ftx.com/ lacking clear indications of the time zone, we initially misconstrued the time zone determination, leading to an incorrect calculation of the claimed amounts by our colleague. On February 2, 2024, we dispatched an objection via international express delivery, utilizing DHL for logistics. Upon realizing the error, we have requested DHL to intercept and cancel the shipment. However, owing to the international nature of the express delivery, we cannot confirm the success of the cancellation. Should you receive the international express mail sent by our company via DHL(License plates of Pieces in Shipment:JD01 4600 0107 7622 7703, as depicted in the attached picture, labeled as Appendix III), kindly consider it null and void, and recognize the opinions presented in this letter as the formal stance.

Thank you for your understanding and support.

Best regards,

羅詩詠 LO, SHIH-YUNG
MAX NICE INDUSTRIAL LIMITED.

5F., No. 20, Ln. 272, Xinshu Rd., Xinzhuang Dist.,
New Taipei City 242065
Taiwan (R.O.C.)
Tel:+886 920 980 723
Email:maxniceeth@gmail.com

*For and on behalf of*
MAX NICE INDUSTRIAL LIMITED
溢 佳 宜 [chop] 限 公 司

..................................................
*Authorized Signature(s)*

Appendix I

In re FTX Trading Ltd., et al, Case No. 22-11068, US Bankruptcy Court for the District of Delaware

 FTX Noticing

Please find below links to the following important documents related to the bankruptcy proceedings of FTX Trading Ltd., et al. Case No. 22-11068, United States Bankruptcy Court for the District of Delaware

• Debtors' Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) Hearing Scheduled for 2/22/2024 at 1:00 p.m. (ET) at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 2/9/2024 at 4:00 p.m. (ET)
[Docket No. 6280]

• Notice of Ninth Omnibus Objection to Proofs of Claim

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.ra.kroll.com/FTX

Claim Number: 32338
Claimant Name: MAX NICE INDUSTRIAL LIMITED
Link to Your Objection Information: https://9216211ghe.execute-api.us-east-1.amazonaws.com/Prod/download/6974be11-d7cd-4025-98ad-614a764e9b07

Claim Number: 33839
Claimant Name: MAX NICE INDUSTRIAL LIMITED
Link to Your Objection Information: https://9216211ghe.execute-api.us-east-1.amazonaws.com/Prod/download/7839107a-04b6-4cc3-b273-14377552346a

Claim Number: 52810
Claimant Name: MAX NICE INDUSTRIAL LIMITED
Link to Your Objection Information: https://9216211ghe.execute-api.us-east-1.amazonaws.com/Prod/download/ff7b87ec-674d-42e5-a5d2-d217bf2632ce

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

FTX Noticing
c/o Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe

Appendix II



Appendix III

**Express Easy**  2024-02-02  **XED**  **DHL**

**From:** MAX NICE INDUSTRIAL LIMITED.
MAX NICE INDUSTRIAL LIMITED.
5F., No. 20, Ln. 272, Xinshu Rd., Xinzhuang Dist., New Taipei City 242065., Taiwan (R.O.C.)
New Taipei 242
TAIWAN

**Origin:** TPE

**To:** Office of the Clerk
Office of the Clerk
824 Market Street, 3rd Floor, Wilmington, Delaware 19801

WILMINGTON 19801
United States

**PO--   US-PHL-NJS   DENJ**

Day   Time

Ref: 00810730

Piece / Shpt Weight: 0.5 KG

Piece: 1/1

Content: Document


WAYBILL 84 2761 4860


(2L) US19801+42000000


(J) JD01 4600 0107 7622 7703





PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

## USPS PRIORITY MAIL®

716744X1X1XPRI
Mr. SHIH-YUNG LO
MAX NICE INDUSTRIAL LIMITED
PO BOX 100729
Arlington, VA 22210-3729

Office of the Clerk
United States Bankruptcy Court for the D
824 N Market St FL 3
Wilmington, DE 19801

**USPS TRACKING # eVS**



9205 5901 5266 1900 1972 4910 09