**EXHIBIT A**

**January 2024 De Minimis Asset and Fund Asset Sales**

| Sale Date | De Minimis Asset or Fund Asset | Debtor (Silo) | Purchaser(s) | Purchaser Relationship to Debtors | Purchase Price | Confirmed Investment Value | Commissions, Fees or Other Expenses | Funded Capital Commitment | Unfunded Capital Commitment |
|---|---|---|---|---|---|---|---|---|---|
| January 11, 2024 | Simple Agreement for Future Equity between Clifton Bay Investments LLC and Atomic Vaults Inc., dated on or about June 15, 2021 | Clifton Bay Investments LLC (Ventures Silo) | Atomic Vaults Inc. | None | $500,000 (with an additional $500,000 deferred payment payable upon certain conditions being met) | $1,000,000 | None | N/A | N/A |