

# F. K . Ames & Co.

99 Wall Street, Suite 5907
New York, NY 10005
+1 212 814 4026
www.amesco.org

30 January 2024
Case Number 22-11068

| | |
|---|---|
| Office of the Clerk<br>United States Bankruptcy Court<br>District of Delaware<br>824 Market Street, Third Floor<br>Wilmington, DE 19801 | Adam Landis<br>Landis, Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Alexa J. Kranzley<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | |

To the US Bankruptcy Court:

I am the single-funded (by the US Federal Reserve and Quantic), single owner of F K Ames & Company, Inc., and its lawful representative only. My company, whose accounts were illegally accessed and taken from by FTX on the illegal martial fraud, has now also annulled legally in the US and UK, between myself and an FTX customer. The amounts add up not only to what is considered my personal trust fund, but also to a portfolio of assets I and my company were assigned to manage on behalf of the US Federal Reserve, the European Central Bank, the Bank of Japan, the Bank of China and the Bank of England, of which I am entrusted by all on specific authorities and immunities. As a practitioner of The World Bank Group and the Bank of England with my rightful start date at The World Bank Group in 2015, and my start date at the Bank of England sometime in this year of our Lord 2024.

I am aware that former president Barack Obama; and/or his accomplices including his appointees like Caroline Ellison, and Mr. Sam Bankman-Fried; edited the US Federal ledger to reflect their fraudulent decision-making power based on a 2011 quickie fake marriage in San Diego on an ex-patriate ex-parte claim of a one week marriage and betrothal, (*Fabio Periera vs Wendy Arehart, San Diego County Superior Court*) registered in Kenya to his then 13 year old daughter I had and have never married and have no legal marital contract with nor can have a divorce settlement with having, at the time, recently ended a long-term partnership with Benjamin Alexander Walters, an American- British citizen and, as befits it, a Royal. The point was to steal title and money, to illegally enrich the Obama family and begat, as several of the suspect accounts of FTX show and so does the subsequent US Department of Justice investigation, a spate of attempted murder and forgery to exfiltrate other and all property band money and employment from me. I have, since 2017 when after being appropriately engaged as a World Bank Staff Lifetime employee with the Trump



# F. K. Ames & Co.

99 Wall Street, Suite 5907
New York, NY 10005
+1 212 814 4026
www.amesco.org

Administration and called a 'slave' by Barack Obama repeatedly, done my best to the tune of using a Uniform Commercial Code SEC complaint to crater the stock price of Netflix for his employment, from $800 to some $150 per share; he has subsequently to this complaint and that at the FEC been removed from Netflix, Audible, and Spotify contracted employment. I do not claim employment so much as theft of assets as a relation to the Obamas.

In proof of my claim, understand my personal and business accounts use the Gemini trading platform, and never have used FTX. Specific actions by the British Royal Crown, the Central Intelligence Agency and the US Department of Justice on my behalf have made me aware of the use of a fraudulent marriage as a filter to bleed money from my accounts, including that of Citibank and TD Bank, and enter it into the ledger and table account balance of Malia Obama, Barack Obama and their foundation which needs to be shut down. I have reported their fraud and malicious behaviour consistently to the Securities and Exchange Commission wherein this court can adjudicate the entirety of the Obama personal wealth and foundation assets to be in violation of the law, declared bankrupt and monies recovered handed over; the statute of limitations has been met by claims I filed against Citibank for fraud maliciously developed and employed by the Obamas that resulted in a World Bank and Citibank successful integrity complaint resulting in the firing of Citibank's former CEO of consumer banking, Stephen Bird. Further, as mentioned a New York State Department of Health annulment resulting from the poisonings and attempted murder of Malia Obama, attesting to me at the time 'at least it was not the government,' has been very experientially processed and I am due a return of all money, assets, documentation needed for further recovery, and privacy; the Obamas, never having fora title beyond the eight years of the presidency, in whatever capacity they have broken US and UK law, as well as International law in signing me up for the use of a jet engine as a beheading, are liable for a number of crimes. A recent complaint in the Federal Election Commission register needs to be heard as it relates to the spending of money essentially to seal the deal, to commit murder and to have what they consider a treaty-level check on the UK government unauthorised that sustains the Obama family with the US as a King Obama territory. I am not inclined to use election law to threaten the lives of my family and even, yes, my brother the Duke of Sussex who lives in the USA and has American children very much like I grew up as a British American citizen from my birth in California.

The basis of any claim of funding from my company and person to FTX and any other overseen by this Court is an illegal marriage between myself and another, one Wendy Arehart; as befits a man of the USIC I've monitored the record of this marriage and it moves around the San Diego County Court records so as to suggest its I perceiving the record itself to have nothing to do with me; that is not it. Though it is listed as dissolved, meaning either an annulment and/or divorce completed, I find it suspect enough for reasons

2

 # F. K . Ames & Co.

99 Wall Street, Suite 5907
New York, NY 10005
+1 212 814 4026
www.amesco.org

inclusive of never once having applied for a marriage license and/or proposed marriage to anyone; I also find it suspect because, as a gay man, I'd only ever have two men listed as parties of a marriage; further, I know better; further still, I do wonder if unsealing what is a hiding record would reveal that I am, as against my will when the 2010 White House plot to steal money began to happen to me, still illegally married to someone I did not actually marry; I worry that this is the basis for all of the stealing of business and the encroachment on my personal space of a former president, Barack Obama, I did not like politically when h was elected and to this day find wanting an intellectual educaiton to be a dog catcher, let alone a lawyer and/or a former president. I am asking, on my behalf, that of the World Bank Group a partner to my company, and my family that the US Bankruptcy Court validate my claim for monies owed as a single unmarried person who with an annulled fraudulent marital contract, will require the assets of the Obama Foundation unwound to pay the claims of my company realising that some of the amounts showing on your recent filing correspond to lines of data and money missing from our World Bank programmes, and those of central banks like the Bank of England in particular. I have made and plan, based on years of mistreatment and violations of my own body and plans and everything about me, decided to give no more than $0 to the Obama Foundation, a trend to continue; I will not have paid for my own murder so if the Obamas and their personal assets have to be abrogated and diminished to make my life whole again without relations to their horrific family then so be it.

I ask the Court to stop payment on any and all claims that would benefit any other than my own personal retrieval of funds and the retrieval of my corporate funds given my company, the named recipient, has never in its corporate documents endorsed Barack Obama and/or others receiving money on our behalf. The motion by Ducool Ltd. fits with a pattern of established communication, all hostile, with the Obama Foundation and its named participants claiming in essence that though the marriage between our families and companies are all fictitious and only subject me and my company to poverty and misappropriated funds, the Obamas are the best to be paid first money they stole that the FTX bankruptcy is designed to retrieve. Then again, if I am a Duke, being a cool one, is pretty Duke-cool. Ducool Limited; it may have something to it; I just don't need to get my money stolen again; so this is notice to the Court that I will be participating in the Ducool Ltd. Motion Hearings so as to confirm the details of this payout, since royal men, women and children have needs and wants too. Plus, I'm planning my actual gay

Keep in mind, the Obamas in their greed did in fact go after more than just money His Majesty King Charles III decided to entrust to his son's future, meaning my own future; a payout date of 23 years old did not happen; the money was stolen by a then-President Obama and he illegally financed his 2012 campaign from my trust fund while I became homeless in Los Angeles. Insofar as money beyond, that now includes some $300 billion of

3



# F. K . Ames & Co.

99 Wall Street, Suite 5907
New York, NY 10005
+1 212 814 4026
www.amesco.org

the Ames Family Treasury Note Trust that, because he was a president, Mr. Obama thinks he has access to and can direct. The recent decision regarding January 6th regarding presidential immunity, *United States of America v. Donald J. Trump* (DC Circuit Court), specifies that presidents can be held accountable for their acts in office, and certainly out office especially when the justification for law breaking is 'because I was elected president,' or 'I am president.' These excuses do not give a president carte blanche to harass, intimidate, steal from, assault, spy on, and assign marriage to people at the level of the presidency and below nor higher insofar as legalities protect the echelons of the United Nations and Royal (meaning presidential of a country plus another concurrently) governance. Mr. Obama is not royal, nor of the United Nations. Moreover, why is it that abrogating my bank accounts gets him my money back through a US Bankruptcy Court through simply because he wants a donation to his foundation I do not want to give, knowing full well that the illegal expenditure, like FTX, of money stolen from other people on the new Obama house in Martha's Vineyard, is what a payout, unless it is to me directly and/or another legitimate creditor, is all that has paid for someone who in his 'Obama ownership' of FTX is only asking for a payout to stop the reversal of fortunes which is to lose his legitimately earned money in paying bills like the return of all the stolen money from my trust fund (circa 2012) and all the money I earned separately with my brothers and family, the Windsors, all stolen since December 2018, and again in December 2021 and December 2022. I must emphasise that from the UK perspective this is all evidence of *scienter* meaning that it is illegal motivations and outcomes motivating any and all payouts to any company that funds creditors inclusive of the Obamas (and, possibly, other) on my behalf, after the fraught loss through legality of Mr. Obama's father's life at the legalistic pronouncement of HM Queen Elizabeth's Privy Council.

Attached to this filing is a copy of a current Federal Election Commission complaint, notarised and sent by USPS as is required for validity. I am filing the FEC complaint because I do not believe in supporting PACs over my own wallet, and more upsetting for me it has been Mr. Obama's self-appointed positioning as my lawyer, against my will, that has seen his 2010 theft turned into a lifestyle for him that tries to end my own. The consternation of other Obamas upset a family of Republicans and Libertarians are necessarily upset $330 million was spent on the 2012 election on a candidate we didn't support, and further money, about $500 million, is apparently to do the same is understandable as the behaviour upsetting is unauthorised. This filing contains a copy of the Federal Election Commission Complaint that is related both to money FTX not only stole from Ames & Company, but also donated heavily to Democratic Party candidates as we learned at the behest of former president Barack Obama, who we now know has not been been heretofore previously and presently immune, per *United States v Donald Trump* (DC Circuit Court, Feb 2024).



# F. K . Ames & Co.

99 Wall Street, Suite 5907
New York, NY 10005
+1 212 814 4026
www.amesco.org

My company's objection to having its claim removed is that the origin of our claim being the reporting to us by the US Department of Justice and the UK National Crime Agency reporting to me that my accounts had been breached and money stolen. The documented complaint to be heard at the Federal Election Commission as well as complaints to restore my company's accounts via Securities and Exchange Commission cases inclusive of TCR 16725-823-005-655 and any filed with the SEC in the last two years reflect the validity of my personal and corporate claims against FTX. Further, the FTX nightmare relates to the current freeze of my company's and my personal Treasury Direct account. Several of the large transactions in the documentation sent about FTX relate to investments my company made in partnerships and transactions we would have thought either ours, based on direct work with the European Central Bank's Christine Lagarde and the UK's HM King Charles and Federal Reserve Chair Jerome Powell, in other words its illimitably our money. Our question for you is how: how is it our payday part of the FTX wasteful short? How is it our investments in a US Department of Transportation High Speed Rail project, for example, could relate to the JPY 125 trillion transaction listed in your objections file; and we'd object as that isn't a transaction we would have authorised to go through FTX and – we mean it – the Democratic Party donor machine, without paying us a cent of our own money. As we request to cash in US Treasury Securities that we never gave up control of to FTX and Barack Obama we find barriers, namely the request that to spend our own money we donate first to the Obama Foundation in terms that include a cover up of a forced marriage between I, a gay man, and a child, and/or someone with whom I've never consented to a financial and matrimonial relationship, nevertheless one that would choke off all my financial independence as a unfailingly unmarried and single man as an avenue to other business opportunities.

Specific to Ames & Company's valid claims of the FTX funds are also paychecks that should have come to me from the US, UK and most importantly The World Bank Group. These all have gone to the bank accounts of a fictitious marriage and partner more than zero, and all of that money is somewhere in the accounts of others as was illegally directed by the Office of Personnel and Management at a 2017 starting salary rate of $264,000 via Senior Executive Service payscales. In other words, I think it good that this US Bankruptcy filing found me as a creditor when clearly someone who is an investor in FTX owes me money, as is likely FTX stole money from my Gemini account and it is for me politically and financially glib were thai court to turn away a creditor it invited in some way to make things according to SEC Complaints (the TCR listed above) financially solvent for Fabio Krishna Ames & Company, and our own corporate accounts with the World Bank Group and global central banks.

 # F. K . Ames & Co.

99 Wall Street, Suite 5907<br>
New York, NY 10005<br>
+1 212 814 4026<br>
www.amesco.org

Thank you very much for receipt of my objections and for keeping my financial claims on the docket.

Signed,

HRH Prince Fabio, Lord Ames Windsor-Mountbatten, KC, QC Augnum
NYS Bar 1182225