**THE WORLD BANK**          **F . K . Ames & Co.**

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

29 November 2023

Lisa J. Stevenson
Office of General Counsel
Federal Election Commission
1050 First Street, NE
Washington, DC 20002

Memo: Notarised Complaint of Election Finance Fraud in 2012, 2020, 2023 and other years.

Dear Ms Stevenson,

I am writing to you to file a legal complaint against the Democratic Party for its theft and misuse of money never intended for its coffers. In December 2022 I began receiving money from the Bank of England and Federal Reserve primarily because of the work I've done as an investment banker working for a single-person LLC and a single-person C-corporation for the World Bank. As a lifetime Staff Contracted World Bank diplomat, this was not only investment capital, it was also my paychecks. This money was stolen by Barack Obama's foundation under the explicit idea that dominating my home and office airwaves with his voice means, and this is illegal, that we work together and as a former president it is he, not I, that gets to dole out pay. To put it more succinctly, if we, the British Royal Family had me included, we wouldn't want in a one Barack Obama; you do not vote yourself in, and what's more, you do not hold hostage the livelihood, passporting, travel without limitless restrictions, and money of a Britainer. I am one. This is illegal and what's more, not only bad for the Special Relationship, it's bad for you. And as the Federal Election Commission, there we are none represented and do not want to be. Of this theme we call democracy we have our own and I would like to return home and, as though it could ever happen, become Prime Minister or at least sit in the House of Lords, not follow some blah blah-rah rah American electoral path. Thus, I need to officially file complaint on the manner in which monies destined for me have found themselves laundered through the American electoral system, a training and tracking I've done to legal effect in part from working for people like Steven Fox, of Veracity Worldwide who, according to *The New Yorker*, formerly worked for the Central Intelligence Agency.

_You should know that Gemini Trading Company, the currency exchange platform that received US Dollar and British Pounds Sterling currencies money for me only before its instructed theft from my accounts and to FTX by the illegal direction of Fernando Antonio Periera, Barack Obama and Sam Bankman-Fried. Andy Beshear, Governor of The Commonwealth of Kentucky, has confirmed the receipt of $1.1 million for his 2023 Midterm Election Campaign from Obama-held stolen funds, stolen from my Gemini Account, and owed to me so as to avoid money laundering, and the use of stolen funds._

1

 **THE WORLD BANK**
IBRD · IDA | WORLD BANK GROUP

F. K . Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

*Mr Beshear expressed his desire and possible financial position to repay directly to me those monies. A Securities and Exchange Commission complaint on 15 November 2023 confirms this set of thefts includes Malia Obama who is under the illegal supposition we have some kind of marital relationship that would allow these transactions: this is false and never is going to happen as I am a homosexual man with a purely male romantic history, present and future. Natasha Obama has a similarly opted-in illegal relationship with funds that are not hers to spend, as I imagine is the case with Michelle Obama.*

Following the illegal actions of Mr. Obama, and harassment that has kept up since 2008, and post-merger a questionable dismissal from *The Hollywood Reporter* and Nielsen Ratings Company despite personal relationships with both, I have learned from Anna Wintour of Condé Nast Publications I was unfairly red-lined out of corporate employment by Barack Obama's administration for the 2012 electoral purposes of perpetrating fraud, larceny, grand larceny, murder, and embezzlement, by taking my trust fund, as well as illegal campaign finance and operation by Mr. Obama while in office, all of these being indictable offences without a statute of limitations and while in and out of office. Listening to Jennifer Palmieri and Rick Stengel, and others from the 2012 campaign, they recall asking Mr. Obama why he thought of stealing money from a British-American's trust fund (ostensibly from the now-King of England who is, like the American Revolutionary Founders of our Nation, my family). Mr. Obama responded that he had a plan, that he would rescue me from homosexuality and I would marry his family. According to Mr. Obama, several illegal executive orders were signed to effectuate this way of life for me, including those that authorised the theft of monies that would give me other options both after his administration and after the Trump Administration rescinded all of Mr. Obama's executive orders and national security red tape.

I have worldly experience beyond the confines of talent recruiting software designed to keep Americans red-lined: I was hired outside of it to work for the United Nations System and therefore the World Bank's International Bank of Reconstruction and Development, the main nation-state finance arm of the The World Bank Group. In 2015 I was hired and trained by its Treasury as a Banking Officer, meaning that I am one of the few living Americans able to offer and fulfil a legitimate World Bank loan and/or investment package. Pay for work likely stolen by Mr. Obama and circulated in the electoral system includes paychecks for 2015-16 loans to the Government of India via Hinduja Group (who are my friends now) and venture capital in the private sector via the International Finance Corporation for an Obama Foundation 'seal of approval' (though separate entirely in funding terms) company called Singha.fr, and companies like Revenax, also funded outside the confines of Mr. Obama. Monies from these transactions have been stolen by way of an illegal 2009-2011 'marriage to Malia/Barack/Natasha Obama' that has no legal validity in that I did not consent to it, was never present for its legal acts in front of clergy and/or a judge and/or a justice of the peace, and potentially and likely represents some kind of illegal import of marriage, by its timing either illegal same-sex marriage and/or illegal marriage of an adult to a child via Kenyan 'customary marriage law' that was absolved of legal status in Kenya in 2010 and 2020 by acts of that country's government; the US does not transfer these marriages to legality in California where the marriage was registered and dissolved by my lawyers before my knowledge and in line with my interests. These illegal acts to secure campaign financing

2

 **THE WORLD BANK**
IBRD · IDA | WORLD BANK GROUP

# F . K . Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

for the 2012 campaign, by the dissolution of the marriage against the will of one 'Wendy Arehart' in San Diego County constitute meeting the statute of limitations to challenge the spending of campaign and other monies from that election and to challenge the holding and spending since of any monies that were due to me, Mr. Ames (Periera) but no one else and I opted then to not support any candidates with financial support. My money was stolen to do so; I want it back and/or the culprits arrested, arraigned, and convicted of illegal acts and the FEC to continue that process with the FBI. Further, as you will read, the firing of Stephen Bird as CEO of Citibank Global Consumer Banking meets the statute of limitations requirements so that you are required to prosecute Barack Obama for theft of funds, and all illegal acts, including building a house on Martha's Vineyard with my trust fund money without my consent and illegally in the last few years. How could you America, how could you let someone illegally take my trust fund and fail to hand it back to me? You cannot.

Knowing I do not receive authorization to do World Bank work from Mr. Obama nor from even the King insofar as the paperwork I file is directly with the World Bank, the fact that money did not come in as soon as it should is and was concerning. I filed several complaints that have borne fruit at the Securities and Exchange Commission. One prior, based on taking legitimate money out of my Citibank account, plunging it into the negative so it is closed, and then trying to hang my credit with the result actually ended up with the firing of Stephen Bird, former CEO of Global Consumer Banking after complaints to Citibank and the SEC by me alone.

Another complaint, about Mr. Obama's lack of payment for the one project I worked on for him and Netflix resulted, because slavery is illegal and he had violated in relation to the SEC complaint, the Uniform Commercial Code's payment and securitisation articles, in a stock price readjustment of nearly $800 per share to something like $160. Netflix further is a Department of Justice plaintiff for the shareholder loss resulting from Mr. Obama's pursuit of illegal acts and experiences for myself and the White European part of my family; we do have minorities in our family and they have generally done well enough that Mr. Obama is guilty of supplying them cash, because they are Black and otherwise, while those of us who identify as White, Caucasian, and/or European American suffer at his direction illegally, under his illegal idea that he has a 'Special Deputy Director of the Central Intelligence Agency' to do his bidding as though 'the [Obama] Administration carries on' as he told me at the beginning of my tenure working as an individual single-person World Bank corporate consultant for the Trump Administration in 2016 and 2017.

This brings us to SEC TCR: 16725-823-005-655. The previous two establish how much we all – Obamas, Periera, and their others, with my own company and The World Bank Group – do not work together. Therefore, he and people like Fernando Periera have no legal access to my own funding and the theft of money related to Dec. 2020 Federal Reserve work I performed related to Brexit and stabilising the global economy, that Mr. Obama and Mr. Periera stole outright with no legitimate reason to spy on the Monetary Policy Committee and my own work, no legitimate reason to 'get pay' as Mr. Obama said in December 2021 admitting theft of my funds from my Gemini Trading account. If this is theft of the reprint of Federal Reserve and Bank of England securities because I had, in the year prior 2021



## THE WORLD BANK
IBRD · IDA | WORLD BANK GROUP

# F. K . Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 614 4026

reported all my losses to the Federal Reserve, and he re-thefted my money, lock him up and consider his then-paying others with second-time stolen money a reason explicitly bar him from participation in all electoral matters; prosecute him fully and note I am not nor will be his lawyer as I have self-interest; note too Mr. Obama, his company, and his foundations are all on the World Bank Sanctions List with complete disbarment and disqualification, as they are in the European Union.

The money missing amounts to some $3 billion or more in payments I needed to set up an office, receive my paycheck, and begin other investments on behalf of the Federal Reserve, the European Central Bank, the Bank of England, the Bank of China, the Bank of Japan, and the World Bank Group. These projects, begun under the Trump Administration when at the beginning of it Mr. Obama was told by former President Trump and myself that we would not work with him and could not under revolving door rules against corruption, Mr. Obama ignored; they concern trillion dollar investments my company, not his and the Trump Administration, and the Federal Reserve raised to deliver high speed rail to the United States on all train lines currently built, a Trump Administration priority and presidentially authorised project first.

For this I get a paycheck; or I would have, except that illegally Mr. Obama and Mr. Periera have been redirecting money that is not theirs to their own pockets. Ames & Company is aware that very potentially nearly $1 billion of that money has been directed to the Obama Foundation coffers for funding Democratic Party candidates; it is fraud, grand larceny, embezzlement, forgery, assault, and attempted murder that forwarded that money to the Obamas and onto candidates that I may not support. More importantly, you cannot be party to the theft of my paycheck and, if it is that, a personal trust fund, and you must get this money back, not allow it to influence an election, and censure and prosecution must come to their schedules. This follows the pattern of illegal campaign use and/or reported acquisition of money; Jennifer Palmieri, the communications director of the 2012 Obama campaign, has over FBI radio confirmed that Obama had money he stole from my Trust Fund on the belief that I would marry his daughter. This is untrue and I want Mr. Obama prosecuted for his theft of my monetary future at 23-25 years old.

That this entire ordeal relates to what is an Obama-Periera theft of money from my Gemini account and their loss of money through the rampant corruption of now collapsed FTX has also put to regulators a need to retrieve some possible $330 million from Barack Obama's accounts that is my own money, stolen by him and, hearing him over NSA radio beg me for a 'donation letter' gets him this request of the FEC that you retrieve the money he stole, especially in amounts greater than $330 million, and forward it onto its rightful owner: me, Fabio Krishna Ames. The exposure by the Federal Reserve in December 2020 that Mr. Obama's 2012 Presidential Campaign was reliant on illegally captured funds, that he was advised by the Democratic Party his theft and use of my trust fund was illegal and that I would not be marrying his family, and his repeated theft since then of funds directed to me, including the direct Sam Bankman-Fried-Barack Obama theft of funds from my Gemini account I request a full investigation into and accounting of; I never authorised nor donated money to Mr. Obama and I am an adult responsible for myself only and my own financial management.

4

 THE WORLD BANK
IBRD · IDA | WORLD BANK GROUP

F. K . Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

That Mr. Obama and Mr. Bankman-Fried has stolen, with Mr. Obama's illegal direction, and then lost to China and crime the entirety of money they have now stolen twice. In the collapse of FTX needs to be accounted for against the 2008 and 2012 Obama campaigns, and any and all of the Democratic Party that would have used funds illegally pilfered from me; it may be that Mr. Obama and his own usage are the only to be held illegal; that, how ridiculous and unlikely, would be a better outcome for all pending that you also return what money you can account for as spent and, until then, disbar from all elections the parties responsible for such a wanton fraud against the Federal Reserve and the Bank of England from which some of these monies come, as well as the World Bank, and others.

Please publicly prosecute and imprison Mr. Obama for his theft and anti-gay harassment; I am not 'betrothed' to his daughter; I only love romantically and marry Caucasian European and therefore beautiful men, as I see it. I will never submit to you nor him nor any authority that I've donated money to them; all records to the contrary must be turned over to the Swiss Prosecutorial Authority, the United Kingdom Serious Fraud Office, the World Bank Integrity Vice Presidency, the Securities and Exchange Commission and the Federal Bureau of Investigation, and the European People's Prosecutor's Office. Claims for me. Mr. Ames, have also been recognised by the Department of Justice related to the FTX collapse understanding that I and my companies have never used, nor employed users, of FTX and its Alameda Research services. We – I being Mr. Ames, What Is Rhetoric LLC, and Ames & Company, Inc. – have in the past month of October-November 2023 received number of requests from Mr. Bankman-Fried and Mr. Obama 'to restart Alameda' after taunting comments while we all were supposed to die because of Mr. Obama and Mr. Bankman-Fried 'love killing Nazis' despite none of myself and my clients having any affiliation with Nazism and all of us requiring what we invest in and work on to have sound due diligence, return on investment and employment practices, proofs, key performance indicators, dividends and results. I have also been directly called by Mr. Obama his 'slave' and told in lurid detail how Mr. Obama, walking from the White House in his administration with a gun, killed 'for pleasure and because he is a slave' Mr. Seth Rich. The FEC must investigate with national and international support all things Obama under the understanding that Speaker Mike Johnson's recent comments about the lack of material for an impeachment of President Joseph Biden and Vice-President Kamala Harris is predicated and requires your investigation and prosecution of Mr. Barack Obama for all matters electoral, financial, constitutional, murder-related, and into the annals of justice that saw him, not former President Donald J. Trump shouted to all officers and those with guns at the January 6, 2021 rallies, 'Fire at will.' And then according to the Department of Justice the bloodshed at the Capitol began.

To date, I have legally donated $0 to the 2008 and 2012 Obama, Democratic, Republican, and all political campaigns. I have legally donated $0 to the Obama Foundation. That said, some £3.3 billion is missing and Mr. Obama regularly claims financial management of my own funds, for his benefit only, in conjunction with 29 attempts on my life and Fernando Antonio Periera his, not my own, employee. Mr. Periera is not my employee; you can ignore, like anything from Mr. Obama, any claims of personal, financial and employment responsibility except to prosecute them as related to the New York State and Federal

 **THE WORLD BANK**
IBRD · IDA | WORLD BANK GROUP

## F. K . Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

crimes their claims must align to. A San Diego Court illegal matrimonial record, 'a betrothal,' between myself and 'Wendy Arehart' meaning one of his then 10-year old and 8 year old daughters, never was legal but has been the FEC vehicle through which Mr. Obama has filled the Lost and Claimed Money Lists of New York State and California with claims against my own monies; Mr. Obama, like the Federal Bureau of Investigation which is, by now through Day Three of questioning Mr. Obama is aware of the illegal use of funds, US State Department normalities like passporting, New York State Courts illegal access and computer programming and harassment, as well as lurid and violent psyops and their encouragement of myself and other world leaders to kill ourselves for the 'glory of Obamans.' We are not, and you are not, his people.

It might be something Mr. Obama wants and the Democratic Party wants for him; they remain to this day unqualified and exemplary thieves of money and time; they are excellent candidates for censure, conviction, and you and the SEC as excellent vehicles for the return of my money. The disclosure timing and payments to Ames & Company fall specifically within the Trump Administration time in power only as accreditable; no work contractually for the US and other Treasury securities can be accredited to and legally liquidated by anyone but my own person, and my own company; those who did this to me must be held to account. I have been illegally kicked out of Cornell Law School and Columbia SIPA on the whims of a former president bent on revenge; falsified records is all one can claim a Cornell Law School education adds up to; Columbia at least let me pay them off of what I owe for a realistic transcript; all of my earned grades are As and Bs but because of my coursework at Cornell that added up to complaining and indicting the Obamas I was failed out on false grades at my expense and to the immediate radio confirmation to the FBI and I that Mr. Obama had taken revenge on a legally innocent person for reasons that no immunity justifies.

My financial position and the World Bank responsibilities it comes with that I must fulfil, responsibilities that stretch to the Hunter Biden investigation in part because if Russia authorised me – not Hunter and not Mr. Obama – to manage the several investments that went sour and started the recent Ukraine conflict, then exculpatory for me is that I was locked out by theft of money and access from responsibility for what developed. But then again, some of that money because investments have gone sour has to be returned and my trust fund is not that bank. The accused cannot legally do more than be held legally accountable for their perfidy of the World Bank and their own monies, never my own, are up for grabs; this World Bank Risk Management equilibrium is being, and must be restored as quickly as possible and without – even to the point of bankrupting and indicting newly (re-)elected officials. Apart from me, the Managing Risks Department at the World Bank is not to be contacted, and likely will give you a cold shoulder and the silent treatment, though I consult for them. You may contact me by email and telephone only as I am the only lawyer I've retained since at least 2008 and all claims otherwise are only instruments of fraud, at least as they relate to Mr. Obama and others who would claim financial and legal management beyond my own, especially of emoluments and trust funds as relates to politics, employment and daily life.


**THE WORLD BANK** — WORLD BANK GROUP

# F. K. Ames & Co.

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

You can reach my office at the telephone number as printed in the heading of this letter or reach me by postal mail or email via fabio.ames@gmail.com. You can also copy all correspondence to 626 Bergen Avenue, No. 801, New York, NY 10455-0137. Monies received and counted to be returned to me can be routed to the attached banking account with Chime in my name, Fabio Krishna Ames; note that I do not have legally held joint accounts with anyone else.

Bank Name: Chime
Routing Number: 031101279
Account Number: 156148512304

Thank you for expediently returning stolen money and prosecuting the thieves. My use of World Bank letterhead is due to Risk Management practice and being a Registered World Bank Staff Member with the United States Department of State – Bureau of International Organisations. These requisites come from serious radio conversations with the Biden-Harris Administration and the need to continue the work Ames & Company does to make better the Israel-Hamas War, the Ukraine Conflict and investments in Brexit and the European Union better and more the most special relationships of the United States of America.

Thank you for officially enacting any and all requisites for this complaint to materially affect the parties listed, Democrat, Republican and any other; thank you for stopping the stealing of American elections and all I need to live as a single gay British-American Libertarian gay man.

Finally on behalf of myself and my clients, and my contract with the World Bank, thank you for investigating fully these claims, particularly as it seems Mr. Beshear was contacted specifically by the FBI so that after I register this complaint with you a true accounting of federal election spending from the Obama Foundation, as well as its linkages with the FTX and Alameda Research collapse, none of which Ames & Company and The World Bank Group invested in as a victim of theft and the violation of campaign finance laws on donations, embezzlement and the misappropriation of funds all have been violated.

Sincerely,

Fabio Krishna Ames, KC, NYS Bar 1182225

30 Nov. 2023
Date

 **THE WORLD BANK**
IBRD · IDA | WORLD BANK GROUP

# F.K. Ames & Co.

**RANDALL K ATKINSON**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01AT6219451**
**Qualified in Queens County**
My Commission Expires _Sep 4 2026_

99 Wall Street, 5907
New York, NY 10005
+1 212 814 4026

Notary Public _Randall K Atkinson_

Date

cc: The Privy Council Office Of HM King Charles III, Jerome Powell, US Treasury Secretary Janet Yellen, World Bank President Ajay Banga, IMF Director Kristalina Georgieva, Bank of England Governor Andrew Bailey, Securities and Exchange Commission, Federal Deposit Insurance Company Commission, The Foreign Office of the United Kingdom, The European Public Prosecutor's Office.