

Fabio Krishna Ames <fabio.ames@gmail.com>

## General Register Office Enquiry

**GRO First Point of Contact** <GROFirstPointofContact@gro.gov.uk>  Mon, Dec 11, 2023 at 11:40 AM
To: "fabio.ames@gmail.com" <fabio.ames@gmail.com>

Dear Prince Fabio

The General Register Office (GRO) holds a central copy of all birth death and marriage registrations for England and Wales from 1 July 1837.

Therefore, does not cover the subject of your enquiry.

You may find GOV.UK useful for further information.

Regards

Andrea

**Customer Correspondence Unit | General Register Office | Customer Services | Home Office**

Customer Correspondence Unit
Smedley Hydro | Trafalgar Road | Southport | PR8 2HH
T: +44(0)300 123 1837 | Text Relay Prefix 18001
E: grofirstpointofcontact@gro.gov.uk
www.gov.uk

*********************************************************************
This email and any files transmitted with it are private and intended
solely for the use of the individual or entity to whom they are addressed.
If you have received this email in error please return it to the address
it came from telling them it is not for you and then delete it from your system.
This email message has been swept for computer viruses.
*********************************************************************