

Fabio Krishna Ames <fabio.ames@gmail.com>

---

# Re: Objection to FTX Claimants Settlements, US Delaware Bankruptcy Court Case 22-11068

**Fabio Krishna Ames** <fabio.ames@gmail.com>      Wed, Jan 31, 2024 at 5:10 PM
To: PublicNotice@sdcourt.ca.gov, kbacal@sdcourt.ca.gov
Cc: Secretariat@brettonwoods.org, chair@fcc.gov, chair@fec.gov, commissionerlizarraga@sec.org, commissionerpierce@sec.org, Chair <chair@fdic.gov>, Tax Office <taxoffice@worldbank.org>, HR Operations <hroperations@worldbank.org>, hrdleadership@opm.gov, USADE.Press@usdoj.gov, uslawenforcement@google.com, usaeo.VictimOmbudsman@usdoj.gov, usawa@unhcr.org, US Loans <usloans@bbk.ac.uk>, uscourts@psc.uscourts.gov, "Help <help@sec.gov>" <Help@sec.gov>
Bcc: autoreply@venturesendurance.com, landis@lrclaw.com, kranzleya@sullcrom.com, brown@lcr.com, dietdericha@sullcrom.com, bromleyj@sullcrom.com, gluecksteinb@sullcrom.com, pierce@lrclaw.com, reed.hastings@netflix.com, ustrustee.program@usdoj.gov, helpdeskde <helpdeskde@deb.uscourts.gov>, lori_coster@deb.uscourts.gov, EnfComplaint@fec.gov, chair@sec.gov, communications@nca.gov.uk, cstephens@worldbank.org, Paloma Periera <paloma.periera@gmail.com>, news@ft.com, xinhuanet_english@news.cn, Angelica Periera <aaperiera@gmail.com>, news@abcnews.com, news@thetimes.co.uk, newsroom@washingtonpost.com, rachel@msnbc.com, info@ap.org, meghan.markle3@gmail.com, news@nytimes.com, newsroom@cbs.com, news@ap.org, Pamela Ames <pamelaames58@gmail.com>, editor@ft.com, news@bbc.com, news@nbcnews.com, news@cnnnews.com, news@guardian.co.uk, Aria Periera <aria.periera@gmail.com>, news@the-sun.co.uk, news@scmp.com, news@cbsnews.com, newsdesk@fcdo.gov.uk, news@foxnews.com, Jared Killeen <jaredkilleen1313@gmail.com>, princeharry@hotmail.com, Robin Ames <robin.ames@gmail.com>, info@gannett.com, info@upi.com, news@reuters.org, chair@ftc.gov, Chair <chair@cfpb.gov>, "Maskulo.us Miami" <hello@maskulo.us>, communications@nato.int, commission@ec.europa.eu, communication@nca.gov.uk, communications@worldbank.org, commission@sec.gov, info@cia.gov, info@dncc.org, info@gop.org, enquiries@pco.gov.uk, enquiries@supremecourt.uk, enquiries@nhs.gov.uk, Enquiries <Enquiries@bankofengland.co.uk>, jroberts@supremecourt.gov

Dear Race Support,

Who are you?

If this is the Obama family, 'Race Support,' and an illegal ticketing system that sees me living my own life as some kind of tech support issue so that I marry an Obama, may I remind you of all the illegal acts you've perpetrated against me? I am not a member of the Church of Kenya, I never signed a marriage certificate (which I am required to do in person and with ID to have a pre-nup and/or marital contract be valid) and you are in violation of the law. You cannot respond on my behalf nor can you take away my rights, sovereign and others, and immunities and qualify them to what would have been by calculable time a marraige illegally and fraudulent and/or a marriage to a child by a 25 year old man, meaning myself.

Knowing how many dockets are in the San Diego County, New York State and Illinois County dockets of some Ames person we, the rest of the Ames Family, do not know; that $1.3 trillion in our family's US and other Treasury notes have been stolen (or at least illegally notarised to you)

I am resoundingly a homosexual who finds that your treatment of me for the past 15 years of hellacious anti-gay behaviour is despicable and deserves you being punished criminally. I signed up for a life where I could marry a PRINCE of my dreams not some nigger black girl I've never met in person and never will and do not want to support nor her abhorrent illegal presidency of a family. You're being complained to by me to the FEC for fraudulently spending money and for all the use of what was my trust fund to murder me in the name of Obama while retaining legal English titles and specific immunities and keeping me on welfare in poverty for nearly two decades. You flipped my mother Pamela Ames's car TWICE and told her as the last words she would have heard, 'yeah but what is it all worth' when she said 'I am a royal. I had Prince Charles's child. You can't do this to me.' You try daily for me to commit suicide and usually its explicit and it is publicly heard by everyone in New York City.

I really do not support the Obamas to the point of my suicide with a tech support ticketing system designed to kill me so consider the FTX scandal and all the others your undoing, Barack. You did yourself into criminality and now you can take the heat. Same with your bitch daughter I did not legally marry nor would I, not over radio, not when the accent I heard as I repeated a wedding vow to a man I may still wear a ring for, Ben Walters, was not the voice of Malia Obama who if she said the words not him in his voice it is marital fraud.

Consider this attachment at least notification of what legally has to happen: an annulment validated in the UK and transposed to the US, signed by certificated authority as annuled on your daughter and you torturing me all day and sending me spiders and then trying whatever torture vehicle you could do as private citizens and you as a bastard of a former president while in office. And you did. And I did not sign a marital agreement; you made it up under a false name and filed it, Wendy Arehart and Fabio Periera and you told me this is the record you move around the dates on;

i want this annulled. My company and personal assets are not yours to touch, I want all my property, money and everything returned in full leaving you on a 2009 presidential salary of $400,000 and billions in expenses you have to pay back to me knowing I will not provilege you with assets now. I am aware you will be provided for enough a former and disgraced president will get something like $680,000 per year to live on with Secret Service protection and you don't need my money.

I do not need to be a murder, even if it is the spiritual and sexual murder of my entire life of being a wonderfully happy homosexual man who wants to find another husband and never date someone as ugly and illegally obliterative of my entire education and career and life as you, you sick disgrace of persons Barack Obama and family.

Signed,

Fabio Krishna Ames
(Believably The Prince Royal of the United Kingdom, you know the gay one, Fabi not Henry because that's not-gay Harry, in the hit Amazon film *Red, White and Royal Blue* (2023) who just is that into other guys.)
[Quoted text hidden]

---

**2 attachments**

- **Annulment with UK NI - 20240112.pdf**
  1342K

- **NYS Health Annulment of Marriage - 20240131.jp2**
  99K