IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **[REDACTED]** |
|---|---|---|---|
| Name and Address where notices and payments to transferee should be sent:<br><br>Email: | **Attestor Value Master Fund LP**[1]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom**<br><br>**Attn: Steve Gillies**<br>**settlements@attestorcapital.com** | Last known address: | **c/o Venable LLP**<br>**600 Massachusetts Ave. NW**<br>**Washington, D.C. 20001**<br>**Attn: Andrew J. Currie** |
| Phone: | **+44(0)20 7074 9653** | Court Claim # (if known): | **Proof of Claim# 71095**<br><br>**Customer Code: 02942061** |

---

[1] Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Attestor Value Master Fund LP.

Local Form 138

| Last Four Digits of Acct #: | | Amount of Claim: | **As set forth in the Proof of Claim** |
|---|---|---|---|
| | | Transferred Amount of Claim: | **50% of the amount set forth in the Proof of Claim (including all rights related thereto)** |
| | | Date Claim Filed: | **9/20/2023** |
| | | Phone: | **202-344-4586** |
| | | Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____     Date: 8 February 2024
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

3

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

NYACTIVE-23030102.2

Doc ID: ce2594b1ffeb6fac9273a4aeb6d42d58ea428ac0

                                                                                              Audit trail

| | |
|---|---|
| Title | Attestor - Evidence of Transfer of Claim (Form... |
| File name | Attestor - Eviden...2.2) REDACTED.pdf |
| Document ID | ce2594b1ffeb6fac9273a4aeb6d42d58ea428ac0 |
| Audit trail date format | DD / MM / YYYY |
| Status | ● Signed |

## Document history

**SENT**  
08 / 02 / 2024  
16:02:55 UTC  
Sent for signature to Christopher Guth (christopher.guth@attestorcapital.com) from ops@attestorcapital.com  
IP: 82.150.96.12

**VIEWED**  
08 / 02 / 2024  
16:04:32 UTC  
Viewed by Christopher Guth (christopher.guth@attestorcapital.com)  
IP: 110.239.220.32

**SIGNED**  
08 / 02 / 2024  
16:04:43 UTC  
Signed by Christopher Guth (christopher.guth@attestorcapital.com)  
IP: 82.150.96.12

**COMPLETED**  
08 / 02 / 2024  
16:04:43 UTC  
The document has been completed.

Powered by Dropbox Sign