DocuSign Envelope ID: 8487BA7F-9605-43F9-83B0-9565DDEFB289

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **Svalbard Holdings Limited** | Name of Transferor: | **[Redacted]** |
| Name and Address where notices and payments to transferee should be sent: | **Svalbard Holdings Limited**[1]<br>**c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** | Last known address: | **[Redacted]** |
| Email:<br>Phone: | **Attn: Steve Gillies**<br>**settlements@attestorcapital.com**<br>**+44(0)20 7074 9653** | Court Claim # (if known): | **80071** |
| | | Kroll Unique Customer Code: | **00543300** |

---

[1]   Any payments on account of the claim referenced in this evidence and notice shall be made to the order of Svalbard Holdings Limited.

Doc ID: 8022048c84a868f3581576153b44833ca48924e1

DocuSign Envelope ID: 8487BA7F-9605-43F9-83B0-9565DDEFB289

| | |
|---|---|
| Amount of Claim: | **[Redacted]** |
| Date Claim Filed: | **September 27, 2023** |
| Phone: | **[Redacted]** |
| Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*(signature)*___  Date: 07 / 02 / 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 8022048c84a868f3581576153b44833ca48924e1

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.