# EXHIBIT A



FTX Markets More Help 2 Search market

Deposit Wallet Orders 42 Outremont SmartBeta Master Fund LP

**FTX is currently unable to process withdrawals. We strongly advise against depositing.**

Total Net USD Value

# ≈ $679,637.94

-$4,139,222.32 (-86.10%) last week

Range: $668,099.25 - $5,218,650.33

Deposit | Withdraw | Convert | Send | Margin Borrows | Margin Lending

- Manage Saved Addresses
- View All Account Balances
- Hold FTT
  Up to 60% FTX trading fee discount
- Missing Deposit Help
- NFTs

Subaccount: Main Account +

Balances | Deposits | Withdrawals | Positions | Fills | Conversions | Collateral Explainer | P2P Transfers

ALL BALANCES | CRYPTO | LEVERAGED TOKENS | FIAT | TOKENIZED STOCKS | CONVERT DUST | CARD DEPOSIT

## Balances

Hide zero balances | Include borrowing in available balances

| Coin | Balance | Available Balance | USD Value | | | | |
|---|---|---|---|---|---|---|---|
| USD (USD) | **666,257.52** | 329,528.47 | $666,257.52 | Deposit | Withdraw | Convert | Lend@8% |
| USD Stablecoins (USDC, TUSD, USDP, BUSD) | | | | Deposit | Withdraw | Convert | Lend@8% |
| EUR Stablecoins (EUROC) | | | | Deposit | Withdraw | Convert | Lend@20% |
| Euro (EUR) | | | | Deposit | Withdraw | Convert | Lend@20% |
| USD Tether (USDT) | | | $0.00 | Deposit | Withdraw | Convert | Lend@200% |
| Bitcoin (BTC) | **0.0001** | 0.0001 | $1.61 | Deposit | Withdraw | Convert | Lend@1% |
| FTT (FTT) | **25.74657721** | 0.74657721 | $50.03 | Deposit | Withdraw | Convert | Stake |
| Ethereum (ETH) | | | $0.00 | Deposit | Withdraw | Convert | Lend@10% |
| Avalanche (AVAX) | | | $0.00 | Deposit | Withdraw | Convert | Lend@9% |
| Balancer (BAL) | | | $0.00 | Deposit | Withdraw | Convert | |
| Bitcoin Cash (BCH) | | | | Deposit | Withdraw | Convert | Lend@15% |
| Litecoin (LTC) | | | | Deposit | Withdraw | Convert | Lend@10% |
| XRP (XRP) | | | | Deposit | Withdraw | Convert | Lend@3% |
| AscendEx Token (BTMX) (ASD) | | | | Deposit | Withdraw | Convert | Lend@0.88% |
| Binance Coin (BNB) | | | | Deposit | Withdraw | Convert | Lend@65% |

| | | | | | | Rows per page: 15 | 1-15 / 479 | ‹ › |

About Us   FTT   Leaderboard   Volume Monitor   Help   Legal   Fees   API   FTX Whitelabel   Blog   FTX US   Telegram   Twitter   Our communities   Support

FTX Services and FTX Token (FTT) are not available in the United States or other prohibited jurisdictions.

Services for this product are facilitated through FTX Trading Ltd and/or FTX Digital Markets Ltd.

https://ftx.com/wallet    2/2







FTX Markets More Help 2 Search market Deposit Wallet Orders 42 Outremont SmartBeta Master Fund LP

**FTX is currently unable to process withdrawals. We strongly advise against depositing. Deposits of TRX, BTT, JST, SUN, and HT are disabled.**

**All onboarding of new clients has been suspended until further notice.**

**We have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be enabled at 18:30 UTC, November 10, 2022.**

Total Net USD Value

≈ $604,891.47

-$4,402,982.91 (-87.92%) last week

Range: $588,064.70 - $5,218,650.33

Deposit Withdraw Convert Send Margin Borrows Margin Lending

Manage Saved Addresses

View All Account Balances

Hold FTT
Up to 60% FTX trading fee discount

Missing Deposit Help

NFTs

Subaccount: Main Account +

Balances Deposits Withdrawals Positions Fills Conversions Collateral Explainer P2P Transfers

ALL BALANCES CRYPTO LEVERAGED TOKENS FIAT TOKENIZED STOCKS CONVERT DUST CARD DEPOSIT

## Balances

Hide zero balances Include borrowing in available balances

| Coin | Balance | Available Balance | USD Value | | | | |
|---|---|---|---|---|---|---|---|
| USD (USD) | 602,813.12 | 263,301.71 | $602,813.12 | Deposit | Withdraw | Convert | Lend@15% |
| USD Stablecoins (USDC, TUSD, USDP, BUSD) | | | | Deposit | Withdraw | Convert | Lend@15% |
| EUR Stablecoins (EUROC) | | | | Deposit | Withdraw | Convert | Lend@20% |
| Euro (EUR) | | | | Deposit | Withdraw | Convert | Lend@20% |
| USD Tether (USDT) | | | $0.00 | Deposit | Withdraw | Convert | Lend@6% |
| Bitcoin (BTC) | | | $0.00 | Deposit | Withdraw | Convert | Lend@0.88% |
| FTT (FTT) | 25.74657721 | 0.74657721 | $55.82 | Deposit | Withdraw | Convert | Stake |
| Ethereum (ETH) | | | $0.00 | Deposit | Withdraw | Convert | Lend@10% |
| Avalanche (AVAX) | | | $0.00 | Deposit | Withdraw | Convert | Lend@0.88% |
| Balancer (BAL) | | | $0.00 | Deposit | Withdraw | Convert | |
| Bitcoin Cash (BCH) | | | | Deposit | Withdraw | Convert | Lend@2% |
| Litecoin (LTC) | | | | Deposit | Withdraw | Convert | Lend@10% |
| XRP (XRP) | | | | Deposit | Withdraw | Convert | Lend@0.88% |
| AscendEx Token (BTMX) (ASD) | | | | Deposit | Withdraw | Convert | Lend@0.88% |

FTX Markets More Help 2 Search market Deposit Wallet Orders 42 Outremont SmartBeta Master Fund LP

**FTX is currently unable to process withdrawals. We strongly advise against depositing. Deposits of TRX, BTT, JST, SUN, and HT are disabled.**

**All onboarding of new clients has been suspended until further notice.**

**We have reached an agreement with Tron to establish a special facility to allow holders of TRX, BTT, JST, SUN, and HT to swap assets from FTX 1:1 to external wallets. This functionality will be enabled at 18:30 UTC, November 10, 2022.**

Total Net USD Value

## ≈ $604,891.47

-$4,405,879.99 (-87.98%) last week

Range: $588,064.70 - $5,218,650.33

Deposit | Withdraw | Convert | Send | Margin Borrows | Margin Lending

- Manage Saved Addresses
- View All Account Balances
- Hold FTT – Up to 60% FTX trading fee discount
- Missing Deposit Help
- NFTs

Subaccount: Main Account +

Balances | Deposits | Withdrawals | **Positions** | Fills | Conversions | Collateral Explainer | P2P Transfers

| Market | Side | Position Size | Notional Size | Est. Liquidation Price | Mark Price | PnL | Avg Open Price | Break-Even Price | |
|---|---|---|---|---|---|---|---|---|---|
| BTC-PERP | Long | 174.8162 BTC | $2,898,977.04 | 13,737 | 16,589 | -$4,632,198.08 | 23,672 | 43,081 | MARKET CLOSE |
| ETH-PERP | Long | 404.559 ETH | $491,984.20 | N/A | 1,216.8 | -$134,148.06 | 1,416.1 | 1,547.7 | MARKET CLOSE |

Rows per page: 100 1-2 / 2

### Funding Payments

All futures

| Time | Market | Payment | Rate |
|---|---|---|---|
| 11/11/2022, 2:00:00 PM | BTC-PERP | -$1,327.728689 | -0.0453% |
| 11/11/2022, 2:00:00 PM | ETH-PERP | -$998.400112 | -0.2029% |
| 11/11/2022, 1:00:00 PM | BTC-PERP | -$1,800.686576 | -0.0628% |
| 11/11/2022, 1:00:00 PM | ETH-PERP | -$1,428.110666 | -0.2955% |
| 11/11/2022, 12:00:00 PM | BTC-PERP | -$239.522319 | -0.0082% |
| 11/11/2022, 12:00:00 PM | ETH-PERP | -$748.438034 | -0.1571% |
| 11/11/2022, 11:00:00 AM | BTC-PERP | $114.505485 | 0.0039% |
| 11/11/2022, 11:00:00 AM | ETH-PERP | -$982.062037 | -0.1986% |
| 11/11/2022, 10:00:00 AM | BTC-PERP | -$1,662.003836 | -0.0555% |
| 11/11/2022, 10:00:00 AM | ETH-PERP | -$1,258.057122 | -0.2570% |

Rows per page: 10 1-10 / 100

About Us FTT Leaderboard Volume Monitor Help Legal Fees API FTX Whitelabel Blog FTX US Telegram Twitter Our communities Support

FTX Services and FTX Token (FTT) are not available in the United States or other prohibited jurisdictions.

Services for this product are facilitated through FTX Trading Ltd and/or FTX Digital Markets Ltd.