**<u>EXHIBIT B</u>**

# Outremont SmartBeta Master Fund LP

## For the Period 11/01/2022 to 11/30/2022

Reporting Currency : USD

| | | | | |
|---|---|---|---|---|
| Account Statement | Trial Balance | Balance Sheet | Account Summary | Summary Equity Schedule |
| Detailed Equity Schedule | Operating Expense Schedule | Incentive Fee | Management Fee | |

Disclaimer:

Statements are being provided by NAV Administrator Group solely for informational purposes. NAV Administrator Group's responsibilities are limited to those specifically enumerated in the Services Agreement between the Fund and NAV Administrator Group and they do not include, without limitation, any duties, responsibilities or obligations, implied or otherwise, to the investors in the Fund. Neither NAV Fund Administrator Group nor any of its affiliates acts as a fiduciary or trustee of the Fund or of any of its investors.

The information included in the statements is an unaudited estimate and it is subject to change without notice.

Home

# Outremont SmartBeta Master Fund LP

Trial Balance (Unaudited)

As of 10/31/2022 and 11/30/2022

Reporting Currency : USD

| Account Category | GL Number | Broker Account | Financial Account | Begin Balances | Debit/(Credit) During the Period | Ending Balances |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Assets - Long Portfolio Value | 13501 | FTX-OSMF_FTX | Long Portfolio Value- Cost | 1,066.58 | 608,820.22 | 609,886.81 |
| [redacted] | | | | | | |





[redacted]

**Report generated on:-** **12/05/2022 19:33:51 (IST)**

### Outremont SmartBeta Master Fund LP

| Reconciliation Summary | Portfolio Valuation | Trading Gain Loss | Portfolio Valuation By Exchange | Trading Gain Loss By Exchange | Unmapped Cash |
|---|---|---|---|---|---|

**Reconciliation Summary** as of November 30, 2022

| Exchange/Wallet | Exchange/Wallet Account | Currency | NAV Quantity/Portfolio Value | Exchange/Wallet Quantity/Portfolio Value | Difference in Portfolio (NAV & Exchange Wallet) | Trade Break | Difference Due To Settlement Price | Unmapped Cash** | Unresolved Difference |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
| FTX | OSMF_FTX | FTX_BANKRUP | (1.00) | (1.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FTX | OSMF_FTX | FTX_FTT | 25.75 | 25.75 | (0.00) | 0.00 | 0.00 | 0.00 | (0.00) |
| FTX | OSMF_FTX | FTX_USD | 608,820.23 | 608,820.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SUB TOTAL IN BASE CURRENCY** |  |  | **(0.00)** | **0.00** | **(0.00)** | **0.00** | **0.00** | **0.00** | **(0.00)** |



**Outremont SmartBeta Master Fund LP**

| Reconciliation Summary | Portfolio Valuation | Trading Gain Loss | Portfolio Valuation By Exchange | Trading Gain Loss By Exchange | Unmapped Cash |
|---|---|---|---|---|---|

**Portfolio Valuation** as of November 30, 2022

| Exchange/Wallet | Exchange/Wallet Account | Security Description | Currency | Ticker | Security Type | NAV Position | Settlement Price | Market Value (Base) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | (0.00) | | (0.00) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| FTX | OSMF_FTX | US DOLLAR | USD | USD | CASH | 0.00 | 1.00 | 0.00 |
| FTX | OSMF_FTX | BITCOIN | BTC | BTC | CASH | 0.00 | 17,106.91 | 0.00 |
| FTX | OSMF_FTX | Ethereum | ETH | ETH | CASH | 0.00 | 1,296.94 | 0.00 |
| FTX | OSMF_FTX | Tether | USDT | USDT | CASH | (0.00) | 1.00 | (0.00) |
| FTX | OSMF_FTX | Ftx Token | FTT | FTT | CASH | 0.00 | 1.43 | 0.00 |
| FTX | OSMF_FTX | Balancer | BAL | BAL | CASH | 0.00 | 6.20 | 0.00 |
| FTX | OSMF_FTX | AVALANCHE | AVAX | AVAX | CASH | 0.00 | 13.07 | 0.00 |
| FTX | OSMF_FTX | FTX_BANKRUPTCY | FTX_BANKRUPTCY | FTX_BANKRUPTCY | CASH | (1.00) | 608,889.65 | (608,889.65) |
| FTX | OSMF_FTX | FTX_USD | FTX_USD | FTX_USD | CASH | 608,820.23 | 1.00 | 608,820.23 |
| FTX | OSMF_FTX | FTX_FTT | FTX_FTT | FTX_FTT | CASH | 25.75 | 2.70 | 69.42 |
| | | SUB TOTAL | | | | 608,844.98 | | 0.00 |



**Outremont SmartBeta Master Fund LP**

| Reconciliation Summary | Portfolio Valuation | Trading Gain Loss | Portfolio Valuation By Exchange | Trading Gain Loss By Exchange | Unmapped Cash |
|---|---|---|---|---|---|

### Portfolio By Exchange as of November 30, 2022

| Exchange/Wallet | Security Description | Currency | Ticker | Security Type | Position | Settlement Price | Market Value (Base) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| FTX | FTX_BANKRUPTCY | FTX_BANKRUP | FTX_BANKRUPTCY | CASH | (1.00) | 608,889.65 | (608,889.65) |
| FTX | FTX_FTT | FTX_FTT | FTX_FTT | CASH | 25.75 | 2.70 | 69.42 |
| FTX | FTX_USD | FTX_USD | FTX_USD | CASH | 608,820.23 | 1.00 | 608,820.23 |
| FTX | Tether | USDT | USDT | CASH | (0.00) | 1.00 | (0.00) |
| FTX | US DOLLAR | USD | USD | CASH | 0.00 | 1.00 | 0.00 |
| | SUB TOTAL | | | | 608,844.98 | | 0.00 |

NAV FUND ADMINISTRATION GROUP
COMMON REPORTING PLATFORM

**Outremont SmartBeta Master Fund LP**

## Portfolio Report as of November 30, 2022

| | | | | | | | | | | | | | | | | | | | | Cost | | Market Value | | Unrealized Gain/(Loss) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fund Name | Account Name | Long/ Short | Instrument | Sub Asset Class | Country | Sector | Currency | Issuer | Description | Symbol | ISINNo | Cusip | Sedol | Ticker | Multiplier | FXRate | Quantity | Unit Cost | Unit Market Price | Base | Native | Base | Native | Base | Native |
| [redacted] | | | | | | | | | | | | | | | | | | | | | | | | | |
| OUTREMONT SMARTBETA | OSMF_FTX | L | CASH | CASH | UNITED STATES | CURRENCIES | FTX_USD | FTX_USD | FTX_USD | FTX_USD | NOT AVAILABLE | NOT AVAILABLI | | FTX_USD | 1.00 | 1.00 | 608,820.23 | 1.00 | 1.00 | 608,820.23 | 608,820.23 | 608,820.23 | 608,820.23 | 0.00 | 0.00 |
| OUTREMONT SMARTBETA | OSMF_FTX | L | CASH | CASH | UNITED STATES | CURRENCIES | FTX_FTT | FTX_FTT | FTX_FTT | FTX_FTT | NOT AVAILABLE | NOT AVAILABLI | | FTX_FTT | 1.00 | 1.00 | 25.75 | 41.43 | 2.70 | 1,066.57 | 25.75 | 69.42 | 25.75 | (997.15) | 0.00 |
| OUTREMONT SMARTBETA | OSMF_FTX | S | CASH | CASH | UNITED STATES | CURRENCIES | FTX_BANKRI | FTX_BANKRUPTCY | FTX_BANKRUPTCY | FTX_BANKRUPTCY | NOT AVAILABLE | NOT AVAILABLI | | FTX_BANKRUPTCY | 1.00 | 1.00 | (1.00) | 0.00 | 608,889.65 | 0.00 | (1.00) | (608,889.65) | (1.00) | (608,889.65) | 0.00 |
| Total | | | | | | | | | | | | | | | | | 5,358,179.87 | | | 5,359,222.07 | 5,358,179.87 | 4,749,335.31 | 5,358,179.87 | (609,886.75) | 0.00 |

