**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

This is to certify that on February 9, 2024, I caused to be electronically filed, the **OUTREMONT SMARTBETA MASTER FUND LP'S RESPONSE TO DEBTORS' TWELFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)** and its accompanying **DECLARATION OF SHARON LIU IN SUPPORT OF OUTREMONT SMARTBETA MASTER FUND LP'S RESPONSE TO DEBTORS' TWELFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTATED PROOFS OF CLAIM (CUSTOMER CLAIMS)** using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in this case. Moreover, I further certify that true and correct copies of the same were served via electronic mail to the parties listed below.

| | |
|---|---|
| Alexa J. Kranzley | Adam G. Landis |
| Sullivan & Cromwell LLP | Kimberly A. Brown |
| 125 Broad Street | Landis Rath & Cobb LLP |
| New York, NY 10004 | 919 Market Street, Suite 1800 |
| | Wilmington, DE 19801 |
| | |
| Email: kranzleya@sullcrom.com | Email: landis@lrclaw.com |
| | Email: brown@lrclaw.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

609843030

Dated:  February 9, 2024

BRYAN CAVE LEIGHTON PAISNER, LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings, Esq. (DE 5564)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
E-mail: jarret.hitchings@bclplaw.com
Tel:  (704) 749-8965
Fax: (704) 749-8990

*Counsel for Outremont SmartBeta Master Fund LP*

609843030                                    2