## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,<br><br>　　　　　　Debtors | Chapter 11<br><br>Case No. 22-11068<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM BY
## FULCRUM CREDIT PARTNERS LLC

PLEASE TAKE NOTICE that Fulcrum Credit Partners LLC, through its undersigned representative, hereby withdraws the Notice of Transfer of Claim Other than for Security for [Confidential Creditor], in the amount of $229,212.00, filed on December 15, 2023, Docket No. 4786.

Dated: February 7, 2024

　　　　　　　　　　　　　　　　　　　FULCRUM CREDIT PARTNERS LLC

　　　　　　　　　　　　　　　　　　　By: _Matthew Hamilton (Feb 7, 2024 10:18 CST)_____
　　　　　　　　　　　　　　　　　　　Name: _Matthew Hamilton_____
　　　　　　　　　　　　　　　　　　　Title: _Managing Principal_____
　　　　　　　　　　　　　　　　　　　Email: _mhamilton@fulcruminv.com_____
　　　　　　　　　　　　　　　　　　　Date: _Feb 7, 2024_____