# Exhibit 1

## Customer Claim Form

### FTX Details

| **FTX Email** | **FTX AccountID** | **Scheduled ID** | **FTX Debtor** |
|---|---|---|---|
| ftx1@auros.tech | 1270058 | 221106807637375 | |

### Scheduled Claim Information

**You have been redirected from FTX website.  Please check your scheduled information below.**

**If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.**

**You will also have an opportunity to add any NFTs not listed.  Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim.  You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.**

#### Schedule

| F-1 |
|---|

#### Contingent, Unliquidated or Disputed Status

| Contingent |
|---|

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held.  If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange.  Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7).  Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

- ◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
- ○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
- ○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
- ○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
- ○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

**List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

**ASSERTED QUANTITY FIAT**

| Fiat (Ticker / Abbreviation) | | Total Scheduled Quantity of Fiat (Local Currency) | Total Scheduled Quantity of Fiat (Converted to USD) | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Fiat here |
|---|---|---|---|---|---|
| USD | | 8,755,082.668483464 | 8,755,082.67 | ○ No<br>◉ Yes | |

**Do you want to add any other fiat not previously listed?**

○ No
○ Yes

## Loaned Fiat

**LOANED QUANTITY FIAT**

**Do you want to add any other fiat not previously listed?**

◉ No
○ Yes

## Asserted Crypto

**Asserted Quantity of Crypto Tokens**

| Crypto (Ticker / Abbreviation) | Scheduled Quantity of Crypto | Do you agree with the Scheduled Quantity? | If you do not agree, Please provide the Asserted Quantity of Crypto here. |
|---|---|---|---|
| EOS-0624 | -0.0000000000181899 | ○ No<br>◉ Yes | |
| LINK-20210924 | 0.0000000000022737 | ○ No<br>◉ Yes | |
| LINK-20211231 | -0.000000000007276 | ○ No<br>◉ Yes | |
| LINK-PERP | 31,961.9000000003 | ○ No<br>◉ Yes | |
| LOOKS-PERP | 3,522,798.000000000 | ○ No<br>◉ Yes | |
| LRC-PERP | 289,650.000000000 | ○ No<br>◉ Yes | |
| LTC | -8,923.66834318949 | ◉ No<br>○ Yes | -7,113.573179470 |
| LTC-0325 | -0.0000000000055138 | ○ No<br>◉ Yes | |
| LTC-0624 | -0.0000000000001705 | ○ No<br>◉ Yes | |
| LTC-0930 | 0.0000000000001368 | ○ No<br>◉ Yes | |
| LTC-1230 | 42.8799999999999 | ○ No<br>◉ Yes | |
| LTC-20210625 | 0.0000000000045475 | ○ No<br>◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| LTC-20210924 | 0.0000000000008491 | ○ No  ● Yes | |
| LTC-20211231 | 0.0000000000024443 | ○ No  ● Yes | |
| LTC-PERP | 54.680000000615 | ○ No  ● Yes | |
| LUNA2 | 0.000008700 | ○ No  ● Yes | |
| LUNA2_LOCKED | 2,154.066620000 | ○ No  ● Yes | |
| LUNA2-PERP | 0.0000000000625278 | ○ No  ● Yes | |
| LUNC | 26,456.876544689454 | ○ No  ● Yes | |
| LUNC-PERP | 8,381,066,000.000000000 | ○ No  ● Yes | |
| MANA-PERP | 0.000000000 | ○ No  ● Yes | |
| MAPS | 0.000405000 | ○ No  ● Yes | |
| MAPS-PERP | 0.000000000 | ○ No  ● Yes | |
| MASK | 0.015290000 | ○ No  ● Yes | |
| MASK-PERP | 0.000000000 | ○ No  ● Yes | |
| MATIC | 1,628,104.4275100078 | ○ No  ● Yes | |
| MATIC-PERP | -108,825.000000000 | ○ No  ● Yes | |
| MINA-PERP | 0.000000000 | ○ No  ● Yes | |
| MKR | 0.0098924542047505 | ○ No  ● Yes | |
| MKR-PERP | -0.0000000000000266 | ○ No  ● Yes | |
| MNGO-PERP | 0.000000000 | ○ No  ● Yes | |
| MTA-PERP | 0.000000000 | ○ No  ● Yes | |
| MTL-PERP | 0.0000000000660521 | ○ No  ● Yes | |
| NEAR-PERP | 87,854.500000000 | ○ No  ● Yes | |
| NEO-PERP | -0.0000000000094929 | ○ No  ● Yes | |
| OKB-PERP | 9,850.29000000002 | ○ No  ● Yes | |
| OMG | 0.0000000062818111 | ○ No  ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| OMG-20211231 | 0.0000000000472937 | ○ No ● Yes | |
| OMG-PERP | -0.0000000008608367 | ○ No ● Yes | |
| ONE-PERP | -5,978,940.000000000 | ○ No ● Yes | |
| ONT-PERP | 0.000000000 | ○ No ● Yes | |
| OP-PERP | 2,532.000000000 | ○ No ● Yes | |
| OXY-PERP | 0.0000000000109139 | ○ No ● Yes | |
| PEOPLE-PERP | 0.000000000 | ○ No ● Yes | |
| PERP-PERP | 288,789.200000000 | ○ No ● Yes | |
| POLIS-PERP | 0.0000000000022737 | ○ No ● Yes | |
| PROM-PERP | -0.0000000000005116 | ○ No ● Yes | |
| PUNDIX-PERP | 0.0000000000572982 | ○ No ● Yes | |
| QTUM-PERP | 0.0000000001136868 | ○ No ● Yes | |
| RAMP-PERP | 0.000000000 | ○ No ● Yes | |
| RAY | 0.233475000 | ○ No ● Yes | |
| RAY-PERP | 0.000000000 | ○ No ● Yes | |
| REEF-PERP | -6,302,250.000000000 | ○ No ● Yes | |
| REN-PERP | 1,673,615.000000000 | ○ No ● Yes | |
| RNDR-PERP | -23,999.9999999999 | ○ No ● Yes | |
| RON-PERP | -0.000000000007276 | ○ No ● Yes | |
| ROOK-PERP | -0.0000000000002274 | ○ No ● Yes | |
| ROSE-PERP | -585,432.000000000 | ○ No ● Yes | |
| RSR-PERP | 0.000000000 | ○ No ● Yes | |
| RUNE-PERP | 220,162.899999999 | ○ No ● Yes | |
| RVN-PERP | 0.000000000 | ○ No ● Yes | |
| SAND-PERP | 0.000000000 | ○ No ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| SC-PERP | 0.000000000 | ○ No  ◉ Yes | |
| SCRT-PERP | 0.000000000 | ○ No  ◉ Yes | |
| SHIB | 1.328471830 | ○ No  ◉ Yes | |
| SHIB-PERP | -69,702,700,000.000000000 | ○ No  ◉ Yes | |
| SKL-PERP | -5,010,393.000000000 | ○ No  ◉ Yes | |
| SLP | 13,625.109000000 | ○ No  ◉ Yes | |
| SLP-PERP | -630,150.000000000 | ○ No  ◉ Yes | |
| SNX-PERP | 0.0000000001909939 | ○ No  ◉ Yes | |
| SOL | 30,344.95279059014 | ○ No  ◉ Yes | |
| SOL-PERP | -273,085.150000000 | ○ No  ◉ Yes | |
| SOS-PERP | 0.000000000 | ○ No  ◉ Yes | |
| SPELL-PERP | 100.000000000 | ○ No  ◉ Yes | |
| SRM | 1,684.398689700 | ○ No  ◉ Yes | |
| SRM_LOCKED | 35,547.508645300 | ○ No  ◉ Yes | |
| SRM-PERP | 0.000000000 | ○ No  ◉ Yes | |
| SRN-PERP | 0.000000000 | ○ No  ◉ Yes | |
| STEP-PERP | -0.0000000000454747 | ○ No  ◉ Yes | |
| STG-PERP | 0.000000000 | ○ No  ◉ Yes | |
| STMX-PERP | -13,045,520.000000000 | ○ No  ◉ Yes | |
| STORJ-PERP | -0.016049998778044 | ○ No  ◉ Yes | |
| STX-PERP | 0.000000000 | ○ No  ◉ Yes | |
| SUSHI | 236,411.70370014507 | ○ No  ◉ Yes | |
| SUSHI-PERP | 218,425.500000000 | ○ No  ◉ Yes | |
| SXP-PERP | 415,579.287650000 | ○ No  ◉ Yes | |
| THETA-PERP | -0.0000000002028173 | ○ No  ◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| TLM-PERP | 0.000000000 | ○ No  ● Yes | |
| TOMO-PERP | -170,659.700000000 | ○ No  ● Yes | |
| TONCOIN | 0.051240500 | ○ No  ● Yes | |
| TONCOIN-PERP | 0.0000000000205773 | ○ No  ● Yes | |
| TRU-PERP | 0.000000000 | ○ No  ● Yes | |
| TRX | -1,544,415.8438154415 | ● No  ○ Yes | -1,543,817.182940000 |
| TRX-0930 | 0.000000000 | ○ No  ● Yes | |
| TRX-PERP | -79,141,685.000000000 | ○ No  ● Yes | |
| UNI | 29,873.99357266344 | ○ No  ● Yes | |
| UNI-PERP | -0.0000000000682121 | ○ No  ● Yes | |
| USDT | 19,657.7364587629 | ○ No  ● Yes | |
| USDT-PERP | 261,250.000000000 | ○ No  ● Yes | |
| USTC | 0.0000000047416142 | ○ No  ● Yes | |
| USTC-PERP | -4,530.000000000 | ○ No  ● Yes | |
| VET-PERP | 0.000000000 | ○ No  ● Yes | |
| WAVES-PERP | 126,109.500000000 | ○ No  ● Yes | |
| WBTC | 0.0000000085814322 | ○ No  ● Yes | |
| XAUT-PERP | -0.0000000000000284 | ○ No  ● Yes | |
| XEM-PERP | -1,638,978.000000000 | ○ No  ● Yes | |
| XLM-PERP | -495,041.000000000 | ○ No  ● Yes | |
| XMR-PERP | 1,084.29999999999 | ○ No  ● Yes | |
| XRP | -2,048,471.3798664638 | ○ No  ● Yes | |
| XRP-0325 | 0.000000000 | ○ No  ● Yes | |
| XRP-0624 | 0.000000000 | ○ No  ● Yes | |
| XRP-0930 | 0.000000000 | ○ No  ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| XRP-20210625 | 0.000000000 | ○ No  ● Yes | |
| XRP-20210924 | 0.000000000 | ○ No  ● Yes | |
| XRP-20211231 | 0.000000000 | ○ No  ● Yes | |
| XRP-PERP | 94,810.000000000 | ○ No  ● Yes | |
| XTZ-PERP | 0.0000000023310349 | ○ No  ● Yes | |
| YFI | 0.0000000076024056 | ○ No  ● Yes | |
| YFII-PERP | -105.284000000 | ○ No  ● Yes | |
| YFI-PERP | -46.9870000000001 | ○ No  ● Yes | |
| ZEC-PERP | 0.000000000048999 | ○ No  ● Yes | |
| ZIL-PERP | 0.000000000 | ○ No  ● Yes | |
| ZRX-PERP | 0.000000000 | ○ No  ● Yes | |
| ATOM-PERP | 116,750.200000000 | ○ No  ● Yes | |
| AUDIO-PERP | 528,861.300000000 | ○ No  ● Yes | |
| AVAX | 0.0000000018481124 | ○ No  ● Yes | |
| AVAX-PERP | 1,818.19999999986 | ○ No  ● Yes | |
| BADGER-PERP | 0.0000000000218279 | ○ No  ● Yes | |
| BAL-PERP | 0.0000000000931095 | ○ No  ● Yes | |
| BAND-PERP | 376,509.700000000 | ○ No  ● Yes | |
| BAO | 15,100,003.870000000 | ○ No  ● Yes | |
| BAO-PERP | 0.000000000 | ○ No  ● Yes | |
| BAT-PERP | 175,995.000000000 | ○ No  ● Yes | |
| BCH | 361.1842852792193 | ○ No  ● Yes | |
| BCH-0325 | -0.0000000000003695 | ○ No  ● Yes | |
| BCH-0624 | 0.0000000000000515 | ○ No  ● Yes | |
| BCH-20210625 | 0.0000000000002205 | ○ No  ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| BCH-20210924 | -0.0000000000000888 | ○ No ● Yes | |
| BCH-20211231 | 0.0000000000008242 | ○ No ● Yes | |
| BCH-PERP | -4,644.99400000002 | ○ No ● Yes | |
| BIT-PERP | 0.000000000 | ○ No ● Yes | |
| BNB | 24.54294468872542 | ○ No ● Yes | |
| BNB-PERP | -4,724.90000000001 | ○ No ● Yes | |
| BNT-PERP | 11,297.3999999999 | ○ No ● Yes | |
| BOBA | 0.051910740 | ○ No ● Yes | |
| BOBA-PERP | 0.000000000 | ○ No ● Yes | |
| BSV-PERP | 1,205.98999999998 | ○ No ● Yes | |
| BTC | 845.6724897288684 | ● No ○ Yes | 895.6724897288684 |
| BTC-0325 | 0.0000000000006786 | ○ No ● Yes | |
| BTC-0331 | -17.900800000 | ○ No ● Yes | |
| BTC-0624 | -0.020299999999974 | ○ No ● Yes | |
| BTC-0930 | 0.000000000000178 | ○ No ● Yes | |
| BTC-1230 | -237.106100000 | ○ No ● Yes | |
| BTC-20210625 | -0.0000000000002238 | ○ No ● Yes | |
| BTC-20210924 | 0.000000000001819 | ○ No ● Yes | |
| BTC-20211231 | -0.0000000000000995 | ○ No ● Yes | |
| BTC-PERP | -9.92560000000036 | ○ No ● Yes | |
| BTT-PERP | 0.000000000 | ○ No ● Yes | |
| BTTPRE-PERP | 0.000000000 | ○ No ● Yes | |
| C98-PERP | 0.000000000 | ○ No ● Yes | |
| CAKE-PERP | -0.0000000000067146 | ○ No ● Yes | |
| CEL | -10.842436554344488 | ○ No ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| CELO-PERP | -344,508.800000000 | ○ No ◉ Yes | |
| CEL-PERP | -25,581.5999999999 | ○ No ◉ Yes | |
| CHR-PERP | 0.000000000 | ○ No ◉ Yes | |
| CHZ-PERP | 259,710.000000000 | ○ No ◉ Yes | |
| CLV-PERP | 0.0000000018771971 | ○ No ◉ Yes | |
| COMP | 0.000000003 | ○ No ◉ Yes | |
| COMP-PERP | 2,896.49030000004 | ○ No ◉ Yes | |
| CONV-PERP | 0.000000000 | ○ No ◉ Yes | |
| CREAM-PERP | -7,108.310000000 | ○ No ◉ Yes | |
| CRO-PERP | 7,499,150.000000000 | ○ No ◉ Yes | |
| CRV-PERP | 438,781.000000000 | ○ No ◉ Yes | |
| CVC-PERP | 0.000000000 | ○ No ◉ Yes | |
| CVX-PERP | -4,598.20000000001 | ○ No ◉ Yes | |
| DASH-PERP | 1,247.11000000001 | ○ No ◉ Yes | |
| DENT-PERP | -200.000000000 | ○ No ◉ Yes | |
| DODO-PERP | -26,391.0000000012 | ○ No ◉ Yes | |
| DOGE | 5,661,717.4484349545 | ○ No ◉ Yes | |
| DOGE-1230 | -576,184.000000000 | ○ No ◉ Yes | |
| DOGE-PERP | 54,837,580.000000000 | ○ No ◉ Yes | |
| DOT | 112,456.04536398273 | ○ No ◉ Yes | |
| DOT-0325 | 0.0000000000118234 | ○ No ◉ Yes | |
| DOT-0624 | -0.00000000002467 | ○ No ◉ Yes | |
| DOT-20210625 | 0.0000000000436557 | ○ No ◉ Yes | |
| DOT-20210924 | -0.0000000000411546 | ○ No ◉ Yes | |
| DOT-20211231 | -0.0000000000218279 | ○ No ◉ Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| DOT-PERP | 162,244.299999999 | ○ No  ● Yes | |
| DYDX | 4,631.642485500 | ○ No  ● Yes | |
| DYDX-PERP | -0.000000000170985 | ○ No  ● Yes | |
| EDEN-PERP | -0.0000000000090949 | ○ No  ● Yes | |
| EGLD-PERP | -0.0000000000064091 | ○ No  ● Yes | |
| ENJ-PERP | 0.000000000 | ○ No  ● Yes | |
| ENS-PERP | 21,037.540000000 | ○ No  ● Yes | |
| EOS-0325 | -0.0000000000778755 | ○ No  ● Yes | |
| EOS-PERP | 13,260.1999999924 | ○ No  ● Yes | |
| ETC-PERP | -2,755.00000000001 | ○ No  ● Yes | |
| ETH | -2,835.7698413579915 | ○ No  ● Yes | |
| ETH-0325 | -0.0000000000013358 | ○ No  ● Yes | |
| ETH-0331 | 2,415.524000000 | ○ No  ● Yes | |
| ETH-0624 | 0.0000000000006062 | ○ No  ● Yes | |
| ETH-0930 | -0.0000000000025899 | ○ No  ● Yes | |
| ETH-1230 | -209.751000000 | ○ No  ● Yes | |
| ETH-20210625 | -0.00000000000027 | ○ No  ● Yes | |
| ETH-20210924 | 0.0000000000036415 | ○ No  ● Yes | |
| ETH-20211231 | 0.0000000000060254 | ○ No  ● Yes | |
| ETH-PERP | 37.4730000000159 | ○ No  ● Yes | |
| ETHW | -3,007.39436060401 | ○ No  ● Yes | |
| LOOKS | 30.371865000 | ○ No  ● Yes | |
| ETHW-PERP | 25,873.600000000 | ○ No  ● Yes | |
| FIDA-PERP | 0.000000000 | ○ No  ● Yes | |
| FIL-PERP | 66,949.7000000002 | ○ No  ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| FLM-PERP | 138,716.500000000 | ○ No ● Yes | |
| FLOW-PERP | -14,465.6299999999 | ○ No ● Yes | |
| FLUX-PERP | 0.000000000 | ○ No ● Yes | |
| FTM | 1,054,397.628180005 | ○ No ● Yes | |
| FTM-PERP | -901,239.000000000 | ○ No ● Yes | |
| FTT | 115,748.396046540 | ○ No ● Yes | |
| FTT-PERP | -27,137.9999999999 | ○ No ● Yes | |
| FXS-PERP | -0.0000000000508891 | ○ No ● Yes | |
| GALA-PERP | 3,089,580.000000000 | ○ No ● Yes | |
| GAL-PERP | 0.0000000000600267 | ○ No ● Yes | |
| GLMR-PERP | 0.000000000 | ○ No ● Yes | |
| GMT-PERP | 54,064.000000000 | ○ No ● Yes | |
| GRT-PERP | -58,584.000000000 | ○ No ● Yes | |
| GST-PERP | 2,849,980.300000000 | ○ No ● Yes | |
| HBAR-PERP | 0.000000000 | ○ No ● Yes | |
| HNT-PERP | -2,758.10000000031 | ○ No ● Yes | |
| HOT-PERP | 0.000000000 | ○ No ● Yes | |
| HT | 19,262.34647417344 | ○ No ● Yes | |
| HT-PERP | 38,139.030000000 | ○ No ● Yes | |
| ICP-PERP | -7,143.24000000024 | ○ No ● Yes | |
| ICX-PERP | 0.000000000 | ○ No ● Yes | |
| IMX-PERP | -46,509.000000000 | ○ No ● Yes | |
| INJ-PERP | -91,386.000000000 | ○ No ● Yes | |
| IOST-PERP | 0.000000000 | ○ No ● Yes | |
| IOTA-PERP | 0.000000000 | ○ No ● Yes | |

Customer Claim Form

| | | | |
|---|---|---|---|
| JASMY-PERP | 0.000000000 | ○ No ● Yes | |
| KAVA-PERP | 69,288.4999999999 | ○ No ● Yes | |
| KLAY-PERP | 0.000000000 | ○ No ● Yes | |
| KLUNC-PERP | 175,381.000000000 | ○ No ● Yes | |
| KNC-PERP | 13,704.5000000003 | ○ No ● Yes | |
| KSHIB-PERP | 118,446,250.000000000 | ○ No ● Yes | |
| KSM-PERP | -0.0000000000172911 | ○ No ● Yes | |
| KSOS-PERP | -3,959,700.000000000 | ○ No ● Yes | |
| LDO | 348,525.130640000 | ○ No ● Yes | |
| LDO-PERP | -347,494.000000000 | ○ No ● Yes | |
| LEO-PERP | 0.000000000 | ○ No ● Yes | |
| LINA-PERP | 0.000000000 | ○ No ● Yes | |
| LINK | 12,408.327192638308 | ○ No ● Yes | |
| LINK-0325 | -0.0000000000304681 | ○ No ● Yes | |
| LINK-0624 | 0.0000000000047748 | ○ No ● Yes | |
| LINK-20210625 | -0.0000000000945874 | ○ No ● Yes | |
| AXS | 4.247103670414672 | ○ No ● Yes | |
| ADA-20210924 | 0.000000000 | ○ No ● Yes | |
| AXS-PERP | -51,152.7000000001 | ○ No ● Yes | |
| KIN-PERP | 0.000000000 | ○ No ● Yes | |
| 1INCH | 100.000000000 | ○ No ● Yes | |
| 1INCH-PERP | 76,426.000000000 | ○ No ● Yes | |
| AAVE-PERP | -3,887.16000000002 | ○ No ● Yes | |
| ADA-0325 | 0.000000000 | ○ No ● Yes | |
| ADA-0624 | 0.000000000 | ○ No ● Yes | |

Customer Claim Form

| Coin | Quantity | No / Yes | |
|---|---|---|---|
| ADA-0930 | 0.000000000 | ○ No ⦿ Yes | |
| ADA-20210625 | 0.000000000 | ○ No ⦿ Yes | |
| ADA-20211231 | 0.000000000 | ○ No ⦿ Yes | |
| ADA-PERP | 958,766.000000000 | ○ No ⦿ Yes | |
| AGLD-PERP | 111,932.500000000 | ○ No ⦿ Yes | |
| ALCX-PERP | -814.383999999999 | ○ No ⦿ Yes | |
| ALGO | 22.034220000 | ○ No ⦿ Yes | |
| ALGO-PERP | -100,030.000000000 | ○ No ⦿ Yes | |
| ALICE-PERP | 0.0000000000887894 | ○ No ⦿ Yes | |
| ALPHA-PERP | 0.000000000 | ○ No ⦿ Yes | |
| ALT-PERP | 0.000000000 | ○ No ⦿ Yes | |
| AMPL-PERP | 0.000000000 | ○ No ⦿ Yes | |
| ANC-PERP | 0.000000000 | ○ No ⦿ Yes | |
| APE | 0.0000000077760554 | ○ No ⦿ Yes | |
| APE-PERP | -35,195.7999999996 | ○ No ⦿ Yes | |
| APT-PERP | 139,012.000000000 | ○ No ⦿ Yes | |
| AR-PERP | -53,451.300000000 | ○ No ⦿ Yes | |
| ATLAS-PERP | 0.000000000 | ○ No ⦿ Yes | |
| ATOM | 74,001.39223324403 | ○ No ⦿ Yes | |
| EOS-20210924 | -0.0000000000109139 | ○ No ⦿ Yes | |
| EOS-20211231 | -0.0000000000254659 | ○ No ⦿ Yes | |

**Do you want to add any coin not previously listed?**

⦿ No
○ Yes

# Loaned Crypto

## Loaned Quantity of Crypto

**Do you want to add any coin not previously listed?**

◉ No
○ Yes

## NFTs

**NFTs (non-fungible tokens)**

| NFT Identifier | Do you agree with the data in NFT Identifier? | If you do not agree, please provide the NFT quantity here. |
|---|---|---|
| NFT (517546955390859235/Official Solana NFT) | ○ No<br>◉ Yes | |
| NFT (523763135021533639/Official Serum NFT) | ○ No<br>◉ Yes | |
| NFT (576242734354386359/Magic Eden Pass) | ○ No<br>◉ Yes | |

**Do you want to add any NFTs not previously listed?**

◉ No
○ Yes

## Customer Claims related to any Other Activity on the FTX Exchanges

**Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No
○ Yes

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

Auros Tech Limited

Email Address

ftx1@auros.tech

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM <u>MUST NOT CONTAIN</u> ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

<u>Submission of Claim Data</u>

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.
Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's/submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;
• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;
• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and
• shall not create liability for us or interfere with the operation of the Site.
All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

<u>Not Legal Advice</u>

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use.

Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

- ◉ I Agree
- ○ Reject

# Instructions

# Claim Information

## 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

- ◉ No
- ○ Yes

Creditor Name

| Auros Tech Limited |
|---|

Other names the creditor used with the debtor (if any)

| |
|---|

Do you know the creditor's FTX customer main account number?

- ○ No
- ◉ Yes

FTX customer main account number:

| 1270058 |
|---|

Do you know the creditor's FTX customer email address that was used at sign up?

- ○ No
- ◉ Yes

FTX customer email address used at account sign up:

ftx1@auros.tech

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Auros Tech Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

Unit 1005, 10/F The Centrium

Address 2:

60 Wyndham Street

Address 3:



Address 4:



City:

Central

State or Province (use 2-letter abbreviation if US or Canada):



Zip Code | Postal Code:



**Is the creditor address outside of the US?**

○ No
◉ Yes

Country (if outside of the US):

Hong Kong

Contact phone:

+852 3890 7000

Contact email:

legal@auros.global

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

○ No
◉ Yes

**Additional Address Block 1**

Name:

Auros Tech Limited

Address 1 (Street address, "Care of:", or "Attention To:"):

> OMC Chambers

Address 2:

> Wickhams Cay 1

Address 3:

> [ ]

Address 4:

> [ ]

City:

> Road Town

State or Province (use 2-letter abbreviation if US or Canada):

> Tortola

Zip Code | Postal Code:

> VG1110

Is the creditor address outside of the US?
○ No
◉ Yes

Country (if outside of the US):

> British Virgin Islands

Contact phone:

> [ ]

Contact email:

> david.adler@auros.global

**Would you like to add any additional addresses for receiving notices about this proof of claim?**
◉ No
○ Yes

**4. Does this claim amend one already filed?**
◉ No
○ Yes

> [ ]

**5. Do you know if anyone else has filed a proof of claim for this claim?**
◉ No
○ Yes

## Additional Claim Information

### 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

◉ No
○ Yes

### 7. Please refer to the 'Scheduled Claim Information' section above for information on question 7.

### 8. Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.

◉ No
○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

○ I am the creditor.
◉ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 09/26/2023 |

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

| David Anthony Adler |

E-Signature:

David Anthony Adler

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

| Chief Operating Officer / Auros Tech Limited |

Address 1:

| 2 Wanaka Place |

Address 2:

| |

City:

| Belrose |

State or Province (use 2-letter abbreviation if US or Canada):

| NSW |

Zip Code | Postal Code:

| 2085 |

Is this address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

| Australia |

Contact phone:

| +61 422 965 005 |

Contact email:

| david.adler@auros.global |

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
◉ I do not have supporting documentation

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

Customer Claim Form

DOCUMENT ID

0f4cf35ebdedb9076e6454bad452848c9f2d6e66

Submitted Date Time

2023-09-26T04:04:05.547Z

Status

Submitted

CONFIRMATION ID

3265-70-YKWDP-366802055