# Exhibit 3

| | |
|---|---|
| 891.519 LTC | https://blockchair.com/litecoin/transaction/06ad69a3ff419bf3e52b6181110e74 3d7143320e6f0b10b2fea04a5f6a5159c7 |
| 919.919 LTC | https://blockchair.com/litecoin/transaction/d3798231f7ec237143adb1cba7abc3 fd753c3704bc6e868d2b8155d0348a210b |

Both transactions were deposited in FTX after the
cutoff - 2022/11/11 1500 UTC









| Time | Type | Withdraw wallet | Coin | Amount | Destination | TxID | Status |
|---|---|---|---|---|---|---|---|
| 2022-11-15 14:20 | Withdraw | -- | LTC | 3249.9985 | 0xFF0C...6Ccaa6 | 0xd6da...b2b197 | Completed |
| 2022-11-14 16:29 | Withdraw | -- | LTC | 838.939 | MGoRbi...hddkrH | cc63eb...06de3a | Completed |
| 2022-11-14 15:59 | Withdraw | -- | LTC | 891.519 | MMi7CR...c7QJCU | 06ad69...5159c7 | Completed |
| 2022-11-14 15:33 | Withdraw | -- | LTC | 919.919 | MMi7CR...c7QJCU | d37982...8a210b | Completed |
| 2022-11-14 14:32 | Withdraw | -- | LTC | 872.859 | MGoRbi...hddkrH | a3d6d5...b82af4 | Completed |
| 2022-11-14 13:53 | Withdraw | -- | LTC | 869.579 | MGoRbi...hddkrH | ce3271...4d73ce | Completed |
| 2022-11-14 13:40 | Withdraw | -- | LTC | 965.149 | MGoRbi...hddkrH | 2aed3d...0ace41 | Completed |
| 2022-11-14 03:49 | Withdraw | -- | LTC | 1344.619 | MGoRbi...hddkrH | aab2e8...b6ae42 | Completed |

This is the BTC withdrawal record from FTX API endpoint.
   "coin": "BTC",
   "address": "171UsY7qXj5W5BCFE28oZMB8xZx7TMjzeH",
   "tag": null,
   "method": "btc",
   "txid": "02b88ac4ed91f103c8c5c40e7c9d09f1d478ab4d5218807c59cc6c28be01a6c1",
   "size": 50,
   "fee": 0,
   "status": "complete",
   "time": "2022-11-07T19:07:18.800031+00:00",
   "notes": null,
   "destinationName": "Binance BTC")

https://blockchair.com/bitcoin/transaction/02b88ac4ed91f103c8c5c40e7c9d09f1d478ab4d5218807c59cc6c28be01a6c1

Inflight: FTX provided wrong TxID, assuming transfer failed ("id": 29250149)


50 BTC missing


2022-11-08 03:07:18,730 INFO [tts.adapter.EFTX] Sending withdraw request (Transfer Group Id 5885164 From (EFTX:None:None:BTC=50.0) -> To (Binance:None:Spot:BTC=50.0). Fee (0). MinusFee (True). Address (Address 171UsY7qXj5W5BCFE28oZMB8xZx7TMjzeH. Tag None))