**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD) |

**CERTIFICATE OF SERVICE**

I, David M. Klauder, Esquire, hereby certify that on February 9, 2024, *Auros Tech Limited's Response to the Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claims (Customer Claims)* was served via CM/ECF on the relevant parties in this case and via electronic mail on the parties on the attached Service List.

Dated: February 9, 2024
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
Ryan M. Ernst, Esquire (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com
Email: rernst@bk-legal.com

*Counsel for Auros Tech Limited.*

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.