**IN THE UNITED STATES BANKRUPTCY COURT** 

**FOR THE DISTRICT OF DELAWARE**

2024 FEB -9 AM 10: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| | (Jointly Administered) |
| Debtors. | |

## CLAIMANT No. 65255's RESPONSE TO DEBTORS' OMNIBUS OBJECTION AND PROOF OF LIABILITY AND CLAIM

**COMES NOW** Claimant No. 65255, as identified in Debtors' Schedule 1 and pursuant to its instructions, and hereby files this, its proof of claim and protest of Debtor's objection (Doc 6284).

### Response to Objection

1. In contest of the Debtors' determination of the No Liability Claims included in its Objection (Doc 6284), this Response is electronically filed via PACER and with hard copies sent to the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, as well as counsel for Debtors': (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kransleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com).

## Identification of Creditor

2. The Creditor/Claimant, Jason Hansen, Hansen Family Trust c/o Jason Hansen, and Integrative LLC, known under the claim number 65255 for debts owed to Claimant identified as TFUEL: 42,605,822.8, THETA: 4,514,243.3, and USD: 3,598,600.

## Basis & Argument

3. This Response is supported by Exhibits A, B, C and D. At the time of filing the claim with Kroll Restructuring Administration, the instructions for uploading supporting documentation were vague, ambiguous, and non-descript as to the types of proof required to support the claim. Instead, the instructions were excessively restrictive, therefore, the supporting document identified as "FTX Claim Data 9-24-23" appeared to meet the restrictive criteria.

4. Further, given the radio button responses and limited "fill in the blank" did not allow for an accurate representation of the claim. See Exhibit A for a copy of the claim submission documents.

5. Exhibit B, documents from Caleb & Brown, identify and support the claims made for TFUEL: 42,605,822.8[1], THETA: 4,514,243.3. *See Exhibit B.*

6. Exhibit C, documents from Phillips Capital, identify and support the uncontested claim of the cash investment of $26,897.00. *See Exhibit C.*

7. Exhibit D, documents from TD Ameritrade, which identify and support the claims made for USD: 3,598,600. *See Exhibit D.*

---

[1] See Notice of Error (lines 8-10)

### Notice of Error

8.  Claimant states and reincorporates all above and forementioned paragraphs herein.

9.  The claim for TFUEL: 42,605,822.8 is an error in units.  The claim should be converted and read as follows: TFUEL: $6,605,881.90.  Please see the documents in Exhibit B to support this correction.

### Counsel

10. Upon acceptance of this Court's admission of Pro Hoc Vice Counsel for Claimant, please direct legal communications to the following: Joslyn R. Smith, Law Office of J.R. Smith, PLLC, 4805 Neptune Ct., Flower Mound, Texas 75022, 682-900-1799 (office); js@lojrs.com, who has been authorized to receive such communications, including authority to reconcile, settle, or otherwise resolve the Objection to the No Liability Claim as to which this Response has been deemed necessary.

### Prayer

Claimant prays that Debtors' Objection be overruled, that Claimant's claim is found to be supported in sufficient measure, and that any and all other such relief is so justly granted.

DATE: February 8, 2024

Respectfully Submitted,

:/s/ Joslyn. R. Smith
Joslyn R. Smith
Texas Bar: 24117080
Law Office of J.R. Smith, PLLC
4805 Neptune Ct., Flower Mound, Texas 75022
682-900-1799 (office and fax)
js@lojrs.com
Counsel for Claimant No. 65255

## Certification of Filing

The undersigned certifies that this document and its exhibits were electronically filed via PACER in accordance with this Courts rules.

:/s/ Joslyn R. Smith

## Certification of Mailing

The undersigned certifies that a physical copy of this document and its objections have been mailed via commercial carrier, FedEx, to the following locations and appointed receivers:

Office of the Clerk
of the United States Bankruptcy Court
for the District of Delaware:
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801,

Sullivan & Cromwell LLP,
Attn: Alexa J. Kranzley
125 Broad Street,
New York, New York 10004,
(kransleya@sullcrom.com)

Landis Rath & Cobb LLP,
Attn: Adam G. Landis &
Kimberly A. Brown
919 Market Street, Suite 1800,
Wilmington, Delaware 19801,
(landis@lrclaw.com) and
(brown@lrclaw.com)

:/s/ Joslyn R. Smith

**Exhibit A**

- TD Ameritrade
  Account Number: 455025325, 455025917, 455026299, 455849588, 455 595493, 494853224, 277258128
  Account Type: Investment    Cash $3, 598, 600.00

- Phillips Capital
  Account Number: 7DA8715
  Account Type: Investment    Cash $26, 897.00

- Caleb & Brown
  Account Number: CT00187296

- Theta Wallet    Blockfolio/FTX
  Account Number: 0x83204738133f86aa396CFa201E5b06ce50C95BF4
  Account Type: Crypto Theta (2221.3) and TFuel (1178)

- Theta Wallet    Blockfolio/FTX
  Account Number: 0x1601d9a45022aa672088673288ecfc8e22300b58 A
  count Type: Crypto Theta (12022) and TFuel (.999998)

- Theta Wallet    Blockfolio/FTX
  Account Number: 0x6e47dc186093eeb1710ba5fca645cfb2347b54b9
  Accout Type: Crypto Theta (2000000) and TFuel (2052386.8682)

11

- Theta Wallet  Blockfolio/FTX
  Account Number: 0xf9bef8565d0fc134f5dcb6601b686a2de45dfec6
  Account Type: Crypto Theta (2500000) and TFuel (40552316.9228)

- Theta Wallet Staked Validator    Blockfolio/FTX
  Account Number: 0xafcc901b0e8eac02f0e91bd12791888a0df8a252
  Account Type: Crypto Theta (13000000)

- Theta Paper Wallet  Blockfolio/FTX
  Account Number: 0x910375b8AC68d5d96edF499fd3999d99A7a525eD KEY
  bb6fc9712c379b6d6c8436ab6a76e5372644316267aca0c2e5b3694f5a6da4f2 A
  ccount Type: Crypto Theta (10) and TFuel (10)

Customer Claim Form

## File a Proof of Claim

To file a proof of claim electronically, please enter the creditor's name and an email address (where filing confirmation will be sent) in the fields below.

Creditor Name

Jason Hansen

Email Address

jasphansen929@gmail.com

## EPOC Agreement

The information requested on the proof of claim form is being collected for the purposes of facilitating a voluntary petition for relief under the Bankruptcy Code and processing any claim you may have against the Debtors.

**YOUR PROOF OF CLAIM FORM MUST NOT CONTAIN ANY OF THE FOLLOWING:** (i) medical records, (ii) complete social security numbers or tax identification numbers, (iii) a complete birth date, (iv) the name of a minor or (v) a financial account number. The information requested on the proof of claim form is being collected for the purposes of facilitating a debtor's voluntary petition for relief under the U.S. Bankruptcy Code and processing any claim you may have against such debtor. When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services to avoid the disclosure of confidential health care information.

**SOME OR ALL OF THE INFORMATION YOU PROVIDE ON THE PROOF OF CLAIM FORM WILL BE PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE DEBTOR'S CASE WEBSITE HOSTED BY KROLL RESTRUCTURING ADMINISTRATION (FORMERLY KNOWN AS PRIME CLERK) PURSUANT TO APPLICABLE LAW AND/OR COURT ORDER.** Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM.**

**ALL DOCUMENTS SUBMITTED, INCLUDING ANY MEDICAL RECORDS, WILL BE MADE PUBLICLY AVAILABLE ON THE DEBTOR'S CASE WEBSITE AND/OR THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

The information you provide on the proof of claim form will be retained by or on behalf of the Bankruptcy Court, the debtor and Kroll Restructuring Administration for as long as necessary for the purposes described above, as needed to resolve disputes or protect legal rights as they relate to such claim, or as otherwise required by law. Some or all of the information you provide on the proof of claim form will be displayed and/or accessible on the debtor's case website hosted by Kroll Restructuring Administration pursuant to applicable law and/or court order. Additionally, such information may be shared with certain third parties affiliated with this matter in furtherance of the bankruptcy case and process. Although you may have certain rights relating to the information provided on the proof of claim form under certain laws, applicable law or court order may prohibit the amendment or erasure of such information once it is submitted, including information displayed and/or accessible at the case website.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll Restructuring Administration and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll Restructuring Administration or the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll Restructuring Administration or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll Restructuring Administration and the Clerk of the Court are authorized but not obligated, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

## Submission of Claim Data

By using this Site and loading any information to the Site, you agree to release us from any claim or liability with respect to the public display of personal or private information, including but not limited to the types of information listed above.

Claims and creditor information ("Claim Data") must be submitted by a human being and not a script, program, or other method that may be construed as a "bot." Claim Data must be submitted by the creditor or someone authorized to submit such Claim Data on behalf of the creditor. Claim Data must be correct to the best of the creditor's /submitter's knowledge. Filing Claim Data on this Site grants no guarantee of payment.

You represent and warrant that Claim Data submitted by you:

• shall be true, accurate, and complete;

• shall not contain any personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) or other sensitive or potentially embarrassing information, including health care information;

• shall not violate the rights of any third party, including, but not limited to, other proprietary and/or intellectual property rights, or rights of publicity or privacy; shall not violate any law; shall not contain any viruses, Trojan horses, worms, time bombs, bots, or other computer programming routines that are intended to damage, interfere with, or expropriate any system or information; and

• shall not create liability for us or interfere with the operation of the Site.

All information, including information relating to your Claim Data, that is filed electronically, including through this Site, is subject to the same conditions and restrictions as paper based proofs of claim filed with a Bankruptcy Court and are subject to court orders, rules, procedures and applicable law relating to the bankruptcy case in which Claims Data are filed.

## Not Legal Advice

WE CANNOT PROVIDE ANY LEGAL ADVICE REGARDING CLAIM DATA OR ON ANY OTHER TOPIC. IF YOU REQUIRE ADVICE REGARDING YOUR RIGHTS OR ANY BANKRUPTCY CASE YOU MAY WISH TO SEEK LEGAL COUNSEL FROM A LICENSED ATTORNEY. USERS OF THIS SITE SHOULD NOT TAKE OR REFRAIN FROM TAKING ANY ACTION BASED UPON CONTENT INCLUDED IN THE SITE. KROLL RESTRUCTURING ADMINISTRATION IS NOT IN THE BUSINESS OF PROVIDING PROFESSIONAL OR LEGAL ADVICE AND INFORMATION CONTAINED ON THIS SITE SHOULD NOT BE RELIED ON AS A SUBSTITUTE FOR FINANCIAL, LEGAL OR OTHER PROFESSIONAL ADVICE. ANY RELIANCE ON THE INFORMATION CONTAINED ON THIS SITE IS SOLELY AT YOUR RISK.

## Electronic Signatures

When you submit Claim Data or other information to us, you may be asked to electronically "sign" a form that will set forth certain terms and conditions related to such submission. You hereby agree that your electronic signature in respect of any such submission complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as your original signature.

For our Terms of Use please click Terms of Use .

## Filing Fraudulent Claims

FILING A FRAUDULENT CLAIM IS PUNISHABLE BY A FINE UP TO $500,000 AND/OR IMPRISONMENT FOR UP TO 5 YEARS (18 U.S.C. 152, 157, AND 3571).

**BY SELECTING "I AGREE", YOU CONSENT TO ALL INFORMATION SUBMITTED BEING PUBLICLY DISPLAYED AND/OR ACCESSIBLE ON THE CASE WEBSITE AND THE BANKRUPTCY COURT'S CLAIMS REGISTER.**

**By selecting I agree below, I confirm that I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.**

◉ I Agree

○ Reject

## Instructions

## Claim Information

### 1. Who is the current Creditor?

Name of the current creditor (the person or entity to be paid for this claim)

Is the current Creditor an Individual?

◉ No

○ Yes

#### Creditor Name

Hansen Family Trust c/o Jason Hansen Trustee

Other names the creditor used with the debtor (if any)

Jason Hansen

Do you know the creditor's FTX customer main account number?

○ No

◉ Yes

FTX customer main account number:

D519S213-A6B3-465D-A0F3-A097740T0A8E

Do you know the creditor's FTX customer email address that was used at sign up?

○ No

◉ Yes

FTX customer email address used at account sign up:

jihanhansen72~3@gmail.com

Customer Claim Form

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

Name:

Hansen Family Trust c/o Jason Hansen Trustee

Address 1 (Street address, "Care of", or "Attention To"):

13395 Voyager Parkway

Address 2:

#381

Address 3:

Address 4:

City:

Colorado Springs

State or Province (use 2-letter abbreviation if US or Canada):

CO

Zip Code | Postal Code:

80921

**Is the creditor address outside of the US?**

◉ No
○ Yes

Contact phone:

7194920883

Contact email:

jasonhansen72@gmail.com

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

○ No
◉ Yes

## Additional Address Block 1

Name:

Hansen Family Trust c/o Jason Hansen Trustee

Address 1 (Street address, "Care of", or "Attention To:"):

4270 Promenade Way

Address 2:

#228

Address 3:

Address 4:

City:

Marina del Rey

State or Province (use 2-letter abbreviation if US or Canada):

CA

Zip Code | Postal Code:

90292

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

7194920883

Contact email:

jasonhansen52@gmail.com

**Would you like to add any additional addresses for receiving notices about this proof of claim?**

◉ No
○ Yes

## 4. Does this claim amend one already filed?

◉ No
○ Yes

## 5. Do you know if anyone else has filed a proof of claim for this claim?

◉ No
○ Yes

## Additional Claim Information

**Provide Information About the Customer Claim as of the Date the Case was Filed (as of November 11, 2022). Please identify the FTX Exchange with respect to where the below cryptocurrency and fiat in Question 7 is held. If you have accounts at more than one FTX Exchange, please file one proof of claim per FTX Exchange. Each such Customer Entitlement Claim pursuant to Question 7 below shall be deemed to have been filed as an identical Customer Entitlement Claim in the same amount against all other Debtors. Accordingly, you do not need to file separate proofs of claim against each Debtor for your Customer Entitlement Claim (Question 7). Please see Question 8 for additional instructions for asserting claims related to Other Activity.**

◉ FTX Trading Ltd. (d/b/a "FTX") (Case No. 22-11068)
○ FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd. d/b/a "FTX EU") (Case No. 22-11166)
○ FTX Japan K.K. (aka "FTX Japan") (Case No. 22-11102)
○ Quoine Pte Ltd (d/b/a Liquid Global) (Case No. 22-11161)
○ West Realm Shires Services Inc. (d/b/a "FTX US") (Case No. 22-11071)

## 6. Did you participate in the FTX Earn program (available via Blockfolio app) as of November 11, 2022?

○ No
◉ Yes

**7. List the quantity of each type of cryptocurrency ("Crypto") or fiat currency ("Fiat") held in your account(s) as of November 11, 2022. List any Non-Fungible Tokens ("NFTs") held in your account (s) along with the unique identification code.**

- Note that the "USD Rate" is the ratio of the Local Currency to U.S. Dollars.
- If your Crypto or Fiat were part of the peer-to-peer ("P2P") margin lending program, please populate the Loaned Quantity column.

### Fiat

#### ASSERTED QUANTITY FIAT

| Fiat (Ticker / Abbreviation) | USD Rate | Total Asserted Quantity of Fiat (Local Currency) | Total Asserted Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| US Dollar(USD) USD/USD = 1.00000 | 1.000000000 | 3,598,600.000000000 | 3,598,600.000000000 |

Customer Claim Form

| Fiat (Ticker / Abbreviation) | USD Rate | Loaned Quantity of Fiat (Local Currency) | Total Loaned Quantity of Fiat (Converted to USD) |
|---|---|---|---|
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | | |
| British Pound Sterling (GBP) GBP/ USD = 1.169200 | 1.169200000 | | |
| Canadian Dollar (CAD) CAD/USD = 0.750600 | 0.750600000 | | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | | |
| West African CFA franc (XOF) XOF/USD = 0.001531 | 0.001531000 | | |

**LOANED QUANTITY FIAT**

## Loaned Fiat

Do you want to add any other fiat not previously listed?

○ Yes
◉ No

Customer Claim Form

| | Asserted Crypto Tokens | Asserted Quantity of Crypto |
|---|---|---|
| US Dollar (USD) USD/USD = 1.00000 | 1.000000000 | |
| Argentinian Peso (ARS) ARS/USD = 0.006236 | 0.006236000 | |
| Australian Dollar (AUD) AUD/USD = 0.661900 | 0.661900000 | |
| Brazilian Real (BRL) BRL/USD = 0.187100 | 0.187100000 | |
| British Pound Sterling (GBP) GBP/USD = 1.169200 | 1.169200000 | |
| Canadian Dollar (CAD) CAD/USD = 0.759600 | 0.759600000 | |
| Euro (EUR) EUR/USD = 1.021000 | 1.021000000 | |
| Ghanaian cedi (GHS) GHS/USD = 0.069324 | 0.069324000 | |
| Hong Kong Dollar (HKD) HKD/USD = 0.127500 | 0.127500000 | |
| Japanese Yen (JPY) JPY/USD = 0.007093 | 0.007093000 | |
| Mexican Peso (MXN) MXN/USD = 0.051767 | 0.051767000 | |
| Singapore Dollar (SGD) SGD/USD = 0.723500 | 0.723500000 | |
| Swiss Franc (CHF) CHF/USD = 1.038000 | 1.038000000 | |
| Turkish Lira (TRY) TRY/USD = 0.054091 | 0.054091000 | |
| South African rand (ZAR) ZAR/USD = 0.057580 | 0.057580000 | |
| Vietnamese dong (VND) VND/USD = 0.000040 | 0.000040000 | |
| West African CFA franc (XOF) VXOF/USD = 0.001531 | 0.001531000 | |

**Asserted Crypto**

Do you want to add any other fiat not previously listed?
○ Yes
○ No

| Crypto (Ticker / Abbreviation) | |
|---|---|

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
◉ Yes
○ No

**Other Crypto not previously listed (please specify)**          **Please provide the Asserted Quantity of Crypto here.**

THETA                                                             4,514,243.300000000

TFUEL                                                             42,605,882.800000000

Step Finance (STEP)

SushiSwap (SUSHI)

Swipe (SXP)

Terra Classic USD (Wormhole) (USTC)

The Graph (GRT)

The Sandbox (SAND)

Thorchain (RUNE)

TON Coin (TONCOIN)

TRON (TRX)

Uniswap Protocol Token (UNI)

UpBots (UBXT)

USD Coin (USDC)

USD Tether (USDT)

XRP (XRP)

Do you want to add any coin not previously listed?
◉ Yes
○ No

**Other Crypto not previously listed (please specify)**

Theta    13,000,000.000000000    Please provide the Staked Quantity of Crypto here.

## NFTs

| NFT Description | NFT Identifier | NFTs (non-fungible tokens) Quantity of NFT |
|---|---|---|
| | | |

**8.  Do you have Customer Claims related to any Other Activity on the FTX Exchanges? Other Activity would not include quantities of crypto, fiat or NFTs listed in Box 7 above.**

◉ No

○ Yes

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

○ I am the creditor.

○ I am the creditor's attorney or authorized agent.

◉ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have **examined** the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

09/24/2023

**Name of the person who is completing and signing this claim:**

First Name/Middle Name/Last Name:

Jason Hansen

E-Signature:

Jason Hansen

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Title/Company:

Integrative LLC

Address 1:

13395 Voyager Parkway

Address 2:

City:

Colorado Springs

State or Province (use 2-letter abbreviation if US or Canada):

CO

Customer Claim Form

Zip Code | Postal Code:

80921

Is this address outside of the US?

◉ No
○ Yes

Contact phone:

7194920863

Contact email:

jonathanwolf27@gmail.com

## Attachments

Attach Support Documentation (limited to a single PDF
attachment that is less than 5 megabytes in size):

◉ I have supporting documentation
○ I do not have supporting documentation

Attach a single PDF attachment that is less than 5
megabytes in size

☑  FTX Claim Data 9-24-23.pdf

**File Name**

FTX Claim Data 9-24-23.pdf                                                              451 KB

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of
your claim filing (with your supporting documents as a separate attachment), as well as an identification number confirming receipt of your claim ("Confirmation ID").

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID                                              Submitted Date Time

478ec280cb00930d42c5be2927895a15f2ea9d1                  2023-09-24T18:08:43.513Z

Customer Claim Form

Status

Submitted

Customer Claim Form

**CONFIRMATION ID**

3265-70-UIFLU-465194771

**Exhibit B**

| Holdings | |
|---|---|
| Customer | CU008915 Jason Hansen |
| Date | 03/06/2022 |
| Portfolio Value | Cold Storage 7.3M |
| Displayed in Currency | US Dollar (USD) |

| Asset | Units | Current Price | Current Value |
|---|---|---|---|
| Total | | | 7.3M |

CB



CALEB AND BROWN PTY LTD
ABN: 66 619 023 559

# Account Distribution Statement

Client: CU008915**** Jason Hansen

Jason Hansen
3759 Oak Meadow Dr., Colorado
Springs, CO 80920
United States

## Holdings Summary

*All listed rates are approximate

| ASSET | UNITS | CURRENT PRICE (USD)* | CURRENT VALUE (USD)* |
|-------|-------|----------------------|----------------------|

## Transaction History

| DATE | ORDER TYPE | SIDE | CURRENCY | UNITS | PRICE | VALUE | FEE | TOTAL | QUOTE CURRENCY |
|------|-----------|------|----------|-------|-------|-------|-----|-------|----------------|
| 05-Apr-22 | Sell Order | Buy | USD | 547.8900 | $ 1.0000 | $ 547.89 | $ 16.95 | $ 564.84 | USD |
| 05-Apr-22 | Sell Order | Sell | TFUEL | 2,353.1000 | $ 0.2032 | $ 478.12 | $ - | $ 478.12 | USD |
| 05-Apr-22 | Sell Order | Sell | THETA | 22.0000 | $ 3.9418 | $ 86.72 | $ - | $ 86.72 | USD |
| 23-Mar-22 | Sell Order | Buy | USD | 3,044.8300 | $ 1.0000 | $ 3,044.83 | $ 94.17 | $ 3,139.00 | USD |
| 23-Mar-22 | Sell Order | Sell | THETA | 1,000.0000 | $ 3.1390 | $ 3,139.00 | $ - | $ 3,139.00 | USD |
| 20-Mar-22 | Target Order | Buy | USD | 2,929.4000 | $ 1.0000 | $ 2,929.40 | $ 90.60 | $ 3,020.00 | USD |
| 20-Mar-22 | Target Order | Sell | THETA | 1,000.0000 | $ 3.0200 | $ 3,020.00 | $ - | $ 3,020.00 | USD |
| 19-Mar-22 | Target Order | Sell | THETA | 1,500.0000 | $ 2.9400 | $ 4,410.00 | $ - | $ 4,410.00 | USD |
| 19-Mar-22 | Target Order | Buy | USD | 4,277.7000 | $ 1.0000 | $ 4,277.70 | $ 132.30 | $ 4,410.00 | USD |
| 09-Mar-22 | Sell Order | Sell | THETA | 2,500.0000 | $ 3.0931 | $ 7,732.75 | $ - | $ 7,732.75 | USD |
| 09-Mar-22 | Sell Order | Buy | USD | 7,500.7700 | $ 1.0000 | $ 7,500.77 | $ 231.98 | $ 7,732.75 | USD |
| 04-Mar-22 | Sell Order | Sell | THETA | 6,000.0000 | $ 3.0062 | $ 18,037.21 | $ - | $ 18,037.21 | USD |
| 04-Mar-22 | Sell Order | Buy | USD | 17,496.0900 | $ 1.0000 | $ 17,496.09 | $ 541.12 | $ 18,037.21 | USD |
| 10-Feb-22 | Target Order | Sell | THETA | 2,221.3000 | $ 3.4518 | $ 7,667.58 | $ - | $ 7,667.58 | USD |
| 10-Feb-22 | Target Order | Buy | USD | 7,437.5500 | $ 1.0000 | $ 7,437.55 | $ 230.03 | $ 7,667.58 | USD |
| 04-Nov-21 | Sell Order | Sell | THETA | 675.0000 | $ 7.4332 | $ 5,017.42 | $ - | $ 5,017.42 | USD |
| 04-Nov-21 | Sell Order | Buy | USD | 4,866.9000 | $ 1.0000 | $ 4,866.90 | $ 150.52 | $ 5,017.42 | USD |
| 04-Nov-21 | Sell Order | Sell | THETA | 824.7700 | $ 7.4814 | $ 6,170.47 | $ - | $ 6,170.47 | USD |
| 04-Nov-21 | Sell Order | Buy | USD | 5,985.3600 | $ 1.0000 | $ 5,985.36 | $ 185.11 | $ 6,170.47 | USD |
| 29-Oct-21 | Sell Order | Buy | USD | 4,945.7100 | $ 1.0000 | $ 4,945.71 | $ 152.96 | $ 5,098.67 | USD |
| 29-Oct-21 | Sell Order | Sell | THETA | 720.0000 | $ 7.0815 | $ 5,098.67 | $ - | $ 5,098.67 | USD |

| Date | Order | Side | Asset | Quantity | | Price | | Amount | | Fee | | Total | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27-Oct-21 | Sell Order | Sell | THETA | 710.0000 | $ | 7.2484 | $ | 5,146.38 | $ | - | $ | 5,146.38 | USD |
| 27-Oct-21 | Sell Order | Buy | USD | 4,991.9900 | $ | 1.0000 | $ | 4,991.99 | $ | 154.39 | $ | 5,146.38 | USD |
| 26-Oct-21 | Sell Order | Sell | THETA | 450.0000 | $ | 6.7047 | $ | 3,017.12 | $ | - | $ | 3,017.12 | USD |
| 26-Oct-21 | Sell Order | Buy | USD | 2,926.6100 | $ | 1.0000 | $ | 2,926.61 | $ | 90.51 | $ | 3,017.12 | USD |
| 24-Oct-21 | Sell Order | Buy | USD | 23,227.4600 | $ | 1.0000 | $ | 23,227.46 | $ | 718.37 | $ | 23,945.83 | USD |
| 24-Oct-21 | Sell Order | Sell | THETA | 3,575.0000 | $ | 6.6981 | $ | 23,945.83 | $ | - | $ | 23,945.83 | USD |
| 10-Oct-21 | Sell Order | Sell | THETA | 2,150.0000 | $ | 6.8488 | $ | 14,724.93 | $ | - | $ | 14,724.93 | USD |
| 10-Oct-21 | Sell Order | Buy | USD | 14,283.1800 | $ | 1.0000 | $ | 14,283.18 | $ | 441.75 | $ | 14,724.93 | USD |
| 04-Oct-21 | Sell Order | Buy | USD | 7,386.5600 | $ | 1.0000 | $ | 7,386.56 | $ | 228.45 | $ | 7,615.01 | USD |
| 04-Oct-21 | Sell Order | Sell | THETA | 1,250.0000 | $ | 6.0920 | $ | 7,615.01 | $ | - | $ | 7,615.01 | USD |
| 27-Sep-21 | Sell Order | Buy | USD | 18,830.1500 | $ | 1.0000 | $ | 18,830.15 | $ | 582.38 | $ | 19,412.53 | USD |
| 27-Sep-21 | Sell Order | Sell | THETA | 3,750.0000 | $ | 5.1767 | $ | 19,412.53 | $ | - | $ | 19,412.53 | USD |
| 23-Sep-21 | Sell Order | Sell | THETA | 1,700.0000 | $ | 5.4990 | $ | 9,348.30 | $ | - | $ | 9,348.30 | USD |
| 23-Sep-21 | Sell Order | Buy | USD | 9,067.8500 | $ | 1.0000 | $ | 9,067.85 | $ | 280.45 | $ | 9,348.30 | USD |
| 16-Sep-21 | Sell Order | Sell | THETA | 3,015.0000 | $ | 6.9048 | $ | 20,817.89 | $ | - | $ | 20,817.89 | USD |
| 16-Sep-21 | Sell Order | Buy | USD | 20,193.3500 | $ | 1.0000 | $ | 20,193.35 | $ | 624.54 | $ | 20,817.89 | USD |
| 03-Sep-21 | Sell Order | Sell | THETA | 3,000.0000 | $ | 7.0587 | $ | 21,176.15 | $ | - | $ | 21,176.15 | USD |
| 03-Sep-21 | Sell Order | Buy | USD | 20,540.8700 | $ | 1.0000 | $ | 20,540.87 | $ | 635.28 | $ | 21,176.15 | USD |
| 25-Aug-21 | Sell Order | Sell | THETA | 3,485.0000 | $ | 6.9783 | $ | 24,319.38 | $ | - | $ | 24,319.38 | USD |
| 25-Aug-21 | Sell Order | Buy | USD | 23,589.8000 | $ | 1.0000 | $ | 23,589.80 | $ | 729.58 | $ | 24,319.38 | USD |
| 17-Aug-21 | Sell Order | Buy | USD | 9,268.6200 | $ | 1.0000 | $ | 9,268.62 | $ | 286.66 | $ | 9,555.28 | USD |
| 17-Aug-21 | Sell Order | Sell | THETA | 1,265.0000 | $ | 7.5536 | $ | 9,555.28 | $ | - | $ | 9,555.28 | USD |
| 05-Aug-21 | Sell Order | Sell | THETA | 2,950.0000 | $ | 6.0683 | $ | 17,901.38 | $ | - | $ | 17,901.38 | USD |
| 05-Aug-21 | Sell Order | Buy | USD | 17,364.3400 | $ | 1.0000 | $ | 17,364.34 | $ | 537.04 | $ | 17,901.38 | USD |
| 03-Aug-21 | Sell Order | Sell | THETA | 2,600.0000 | $ | 5.7644 | $ | 14,987.35 | $ | - | $ | 14,987.35 | USD |
| 03-Aug-21 | Sell Order | Buy | USD | 14,537.7300 | $ | 1.0000 | $ | 14,537.73 | $ | 449.62 | $ | 14,987.35 | USD |
| 29-Jul-21 | Sell Order | Sell | THETA | 2,601.6970 | $ | 5.7853 | $ | 15,051.56 | $ | - | $ | 15,051.56 | USD |
| 29-Jul-21 | Sell Order | Buy | USD | 14,600.0100 | $ | 1.0000 | $ | 14,600.01 | $ | 451.55 | $ | 15,051.56 | USD |
| 29-Jul-21 | Sell Order | Sell | THETA | 548.3030 | $ | 5.7450 | $ | 3,150.00 | $ | - | $ | 3,150.00 | USD |
| 29-Jul-21 | Sell Order | Buy | USD | 3,055.5000 | $ | 1.0000 | $ | 3,055.50 | $ | 94.50 | $ | 3,150.00 | USD |
| 26-Jul-21 | Sell Order | Buy | USD | 14,284.9100 | $ | 1.0000 | $ | 14,284.91 | $ | 441.80 | $ | 14,726.71 | USD |
| 26-Jul-21 | Sell Order | Sell | THETA | 2,375.0000 | $ | 6.2007 | $ | 14,726.71 | $ | - | $ | 14,726.71 | USD |
| 23-Jun-21 | Buy Order | Buy | THETA | 37,634.7210 | $ | 7.0513 | $ | 265,375.00 | $ | 9,625.00 | $ | 275,000.00 | USD |
| 23-Jun-21 | Buy Order | Sell | USD | 275,000.0000 | $ | 1.0000 | $ | 275,000.00 | $ | - | $ | 275,000.00 | USD |
| 26-May-21 | Buy Order | Buy | THETA | 1,262.4280 | $ | 7.6440 | $ | 9,650.00 | $ | 350.00 | $ | 10,000.00 | USD |
| 26-May-21 | Buy Order | Sell | USD | 10,000.0000 | $ | 1.0000 | $ | 10,000.00 | $ | - | $ | 10,000.00 | USD |
| 30-Mar-21 | Buy Order | Buy | TFUEL | 1,178.0000 | $ | 0.4096 | $ | 482.50 | $ | 17.50 | $ | 500.00 | USD |
| 30-Mar-21 | Buy Order | Sell | USD | 34,000.0000 | $ | 1.0000 | $ | 34,000.00 | $ | - | $ | 34,000.00 | USD |
| 30-Mar-21 | Buy Order | Buy | THETA | 2,441.2000 | $ | 13.2420 | $ | 32,327.50 | $ | 1,172.50 | $ | 33,500.00 | USD |
| 21-Jan-21 | Buy Order | Buy | THETA | 51,756.9900 | $ | 2.0323 | $ | 105,185.00 | $ | 3,815.00 | $ | 109,000.00 | USD |
| 21-Jan-21 | Buy Order | Buy | TFUEL | 32,452.0000 | $ | 0.0297 | $ | 965.00 | $ | 35.00 | $ | 1,000.00 | USD |
| 21-Jan-21 | Buy Order | Sell | USD | 110,000.0000 | $ | 1.0000 | $ | 110,000.00 | $ | - | $ | 110,000.00 | USD |

## Fiat Deposit History

| DATE | ORDER TYPE | CURRENCY | UNITS |
|------|------------|----------|-------|
| 22-Jun-21 | Fiat Deposit | US Dollar (USD) | 275000 |
| 25-May-21 | Fiat Deposit | US Dollar (USD) | 10000 |
| 30-Mar-21 | Fiat Deposit | US Dollar (USD) | 34000 |
| 21-Jan-21 | Fiat Deposit | US Dollar (USD) | 110000 |

## Fiat Withdrawal History

| DATE | ORDER TYPE | CURRENCY | UNITS |
|------|------------|----------|-------|
| 05-Apr-22 | Fiat Withdrawal | US Dollar (USD) | 547.89 |
| 22-Mar-22 | Fiat Withdrawal | US Dollar (USD) | 3044.83 |
| 19-Mar-22 | Fiat Withdrawal | US Dollar (USD) | 4277.7 |
| 19-Mar-22 | Fiat Withdrawal | US Dollar (USD) | 2929.4 |
| 10-Mar-22 | Fiat Withdrawal | US Dollar (USD) | 7500.77 |
| 04-Mar-22 | Fiat Withdrawal | US Dollar (USD) | 17496.09 |
| 09-Feb-22 | Fiat Withdrawal | US Dollar (USD) | 7437.55 |
| 04-Nov-21 | Fiat Withdrawal | US Dollar (USD) | 4866.9 |
| 04-Nov-21 | Fiat Withdrawal | US Dollar (USD) | 5985.36 |
| 30-Oct-21 | Fiat Withdrawal | US Dollar (USD) | 9937.7 |
| 26-Oct-21 | Fiat Withdrawal | US Dollar (USD) | 2926.61 |
| 24-Oct-21 | Fiat Withdrawal | US Dollar (USD) | 23227.46 |
| 10-Oct-21 | Fiat Withdrawal | US Dollar (USD) | 14283.18 |
| 04-Oct-21 | Fiat Withdrawal | US Dollar (USD) | 7386.56 |
| 27-Sep-21 | Fiat Withdrawal | US Dollar (USD) | 18830.15 |
| 23-Sep-21 | Fiat Withdrawal | US Dollar (USD) | 9067.85 |
| 16-Sep-21 | Fiat Withdrawal | US Dollar (USD) | 20193.35 |
| 03-Sep-21 | Fiat Withdrawal | US Dollar (USD) | 20540.87 |
| 26-Aug-21 | Fiat Withdrawal | US Dollar (USD) | 23589.8 |
| 17-Aug-21 | Fiat Withdrawal | US Dollar (USD) | 9268.62 |
| 05-Aug-21 | Fiat Withdrawal | US Dollar (USD) | 17364.34 |
| 03-Aug-21 | Fiat Withdrawal | US Dollar (USD) | 14537.73 |
| 29-Jul-21 | Fiat Withdrawal | US Dollar (USD) | 17655.51 |
| 27-Jul-21 | Fiat Withdrawal | US Dollar (USD) | 14284.91 |

## Crypto Deposit History

| DATE | ORDER TYPE | CURRENCY | UNITS | TRANSACTION ID |
|------|------------|----------|-------|----------------|
| 04-Mar-22 | Crypto Deposit | Theta (THETA) | 12021.9 | 0x1f15879b64942d25fa7923c3cdddf6265083232fe84406391194d78a58ded68e |
| 04-Mar-22 | Crypto Deposit | TFuel (TFUEL) | 1.39 | 0xbb2529457e1ffbba9e4aee8308da503a75a5cb87d8a4aae6ba8fedffec14c2e4 |
| 04-Mar-22 | Crypto Deposit | TFuel (TFUEL) | 0.01 | 0x2da3cbd94ad30fa6a569b9c14da95292aa9beeb8d3fc68526f14dcf1a154f491 |
| 04-Mar-22 | Crypto Deposit | Theta (THETA) | 0.1 | 0x5fcb0b017786dd41e134d4edaf9ff7378f6995040f6c159f7da6a457636deda2 |
| 21-Feb-22 | Crypto Deposit | TFuel (TFUEL) | 1175.4 | 0xe2c8cf2419320890eafaa592d7744edfd3268bfbca60ee4bbf1d2d62103177da |

| 20-Feb-22 | Crypto Deposit | TFuel (TFUEL) | 1 | 0x923b70df86f9e9e6def8417fe5abd6d5faf676fa6f993c99b4b6c7ec073a6dab |
|---|---|---|---|---|
| 09-Feb-22 | Crypto Deposit | TFuel (TFUEL) | 0.3 | 0xea74090b916cd84704eaf8aecb2192d80a7f70c6f7c39006dcfc9b014931080b |
| 09-Feb-22 | Crypto Deposit | Theta (THETA) | 0.3 | 0x4afe0466f61e4bad6edb34b1de8df5210965faa0ab62452a5f8f6089115dee3a |
| 09-Feb-22 | Crypto Deposit | TFuel (TFUEL) | 1175 | 0xf7f3be8c97cd1f85b74a8f001754328329f08889a058156fbe288a7f3523ee63 |
| 09-Feb-22 | Crypto Deposit | Theta (THETA) | 2221 | 0x69c1eb0fb2030d6214dc01b917abda92b8f886e4a67aafadb5ecc347c0991a70 |
| 21-Oct-21 | Crypto Deposit | Theta (THETA) | 0.01 | 0x580bd4953f01f1d551a1a924f56c1a933af4b685cc23cd8e035ffac708d141aa |
| 21-Oct-21 | Crypto Deposit | Theta (THETA) | 9.99 | 0x69a6662dbe313d135b06b1ad66ac42fc116e7867ab6601f9984a09b147f4f810 |
| 05-Aug-21 | Crypto Deposit | Theta (THETA) | 29509.76 | 0x09f008d4358621c0328602cf97b04d2157c5ffe8fd42fa838f4c5cca198599f8 |
| 05-Aug-21 | Crypto Deposit | Theta (THETA) | 0.01 | 0x4d5a9eeb01c3ee32a4363fc2e52b86c8a6c223cbcf0db055f2148e0bdf5f4708 |

## Crypto Withdrawal History

| DATE | ORDER TYPE | CURRENCY | UNITS | ADDRESS |
|---|---|---|---|---|
| 04-Aug-21 | Crypto Withdrawal | Theta (THETA) | 29509.721 | 0x5d0CBbFF91548aC6C8C07ca00a5582FF6543B44e |
| 12-Jul-21 | Crypto Withdrawal | Theta (THETA) | 1262.428 | 0x077EDfFdEc5986321b88CE9837E7a40E86ad09d5 |
| 22-Apr-21 | Crypto Withdrawal | Theta (THETA) | 2221.2 | 0x27c6A143129B71B64e07fd0fa6b1AcAfe0f2A3B1 |
| 22-Apr-21 | Crypto Withdrawal | TFuel (TFUEL) | 1178 | 0x27c6A143129B71B64e07fd0fa6b1AcAfe0f2A3B1 |
| 20-Apr-21 | Crypto Withdrawal | Theta (THETA) | 220 | 0xB91e54e672BE94c8bbaC37419fb3eA16EA4E5d5F |
| 21-Jan-21 | Crypto Withdrawal | Theta (THETA) | 51756.9 | 0x41B9481A249D55e399E184c39B3c6aDFbe0Df9B9 |
| 21-Jan-21 | Crypto Withdrawal | TFuel (TFUEL) | 32452 | 0x41B9481A249D55e399E184c39B3c6aDFbe0Df9B9 |

**Exhibit C**



PhillipCapital

PO Box 2594 Chicago, IL 60690 USA
www.phillipcapital.com

Jason Hansen
3759 Oak Meadow Dr
Colorado Springs
CO 80920

INTRODUCED BY : NINJATRADER BROKERAGE

| | | | | |
|---|---|---|---|---|
| A/C NO | : | 7DA8715 | | |
| AE | : | PKH | | |
| RUN DATE | : | 04/01/2021 To 04/30/2021 | | |
| Page No | : | 1 | | |
| MONTHLY ACTIVITY STATEMENT | | | | |

MONTHLY STATEMENT OF CASH FLOW

| TradeDate | Description | COMBINED USD EQUITY | USD |
|---|---|---|---|
| | | | |
| 04/01/2021 | Beginning Balance | 27,805.90 | 27,805.90 |
| 04/05/2021 | Realised P&L | 1,000.00 | 1,000.00 |
| 04/05/2021 | Commission | -25.80 | -25.80 |
| 04/05/2021 | Clearing Fee | -31.00 | -31.00 |
| 04/05/2021 | NFA | -0.40 | -0.40 |
| 04/05/2021 | Routing Fee | -3.00 | -3.00 |
| 04/06/2021 | Realised P&L | -6,825.00 | -6,825.00 |
| 04/06/2021 | Commission | -25.80 | -25.80 |
| 04/06/2021 | Clearing Fee | -31.00 | -31.00 |
| 04/06/2021 | NFA | -0.40 | -0.40 |
| 04/06/2021 | Routing Fee | -3.00 | -3.00 |
| 04/06/2021 | Adjustments USDE | 0.00 | 0.00 |
| 04/08/2021 | Market Data Fee - March | -39.00 | -39.00 |
| 04/08/2021 | Realised P&L | 0.00 | 0.00 |
| 04/09/2021 | Commission | 125.00 | 125.00 |
| 04/09/2021 | Clearing Fee | -12.90 | -12.90 |
| 04/09/2021 | NFA | -1.20 | -1.20 |
| 04/09/2021 | Routing Fee | -1.50 | -1.50 |
| 04/12/2021 | Realised P&L | -1,125.00 | -1,125.00 |
| 04/12/2021 | Commission | -12.90 | -12.90 |
| 04/12/2021 | Clearing Fee | -15.00 | -15.00 |
| 04/12/2021 | NFA | -1.20 | -1.20 |
| 04/12/2021 | Routing Fee | -1.50 | -1.50 |
| 04/14/2021 | Realised P&L | 750.00 | 750.00 |
| 04/14/2021 | Commission | -25.80 | -25.80 |
| 04/14/2021 | Clearing Fee | -31.00 | -31.00 |
| 04/14/2021 | NFA | -0.40 | -0.40 |
| 04/14/2021 | Routing Fee | -3.00 | -3.00 |
| 04/15/2021 | Realised P&L | -3,600.00 | -3,600.00 |
| 04/15/2021 | Commission | -51.60 | -51.60 |
| 04/15/2021 | Clearing Fee | -62.00 | -62.00 |
| 04/15/2021 | NFA | -0.80 | -0.80 |
| 04/15/2021 | Routing Fee | -6.00 | -6.00 |
| 04/16/2021 | Realised P&L | -1,375.00 | -1,375.00 |
| 04/16/2021 | Commission | -38.70 | -38.70 |
| 04/16/2021 | Clearing Fee | -46.50 | -46.50 |



**PhillipCapital**

PO Box 2594, Chicago, IL 60690 USA
www.phillipcapital.com

Jason Hansen
3759 Oak Meadow Dr
Colorado Springs
CO 80920

INTRODUCED BY : NINJATRADER BROKERAGE

A/C NO      : 7DA8715
A8          : PKH
RUN DATE    : 04/01/2021 To 04/30/2021
Page NO     : 2
MONTHLY ACTIVITY STATEMENT

--------------------------------------------------------------------------------

| TradeDate | Description | | |
|---|---|---|---|
| MONTHLY STATEMENT OF CASH FLOW | | | |
| 04/16/2021 | NFA | -0.60 | -0.60 |
| 04/16/2021 | Routing Fee | -4.50 | -4.50 |
| 04/19/2021 | Realised P&L | -1,287.50 | -1,287.50 |
| 04/19/2021 | Commission | -164.50 | -164.50 |
| 04/19/2021 | Clearing Fee | -71.10 | -71.10 |
| 04/19/2021 | NFA | -1.50 | -1.50 |
| 04/19/2021 | Routing Fee | -7.50 | -7.50 |
| 04/20/2021 | Realised P&L | 1,025.00 | 1,025.00 |
| 04/20/2021 | Commission | -51.60 | -51.60 |
| 04/20/2021 | Clearing Fee | -49.20 | -49.20 |
| 04/20/2021 | NFA | -0.80 | -0.80 |
| 04/20/2021 | Routing Fee | -6.00 | -6.00 |
| 04/21/2021 | Realised P&L | 140.00 | 140.00 |
| 04/21/2021 | Commission | -25.80 | -25.80 |
| 04/21/2021 | Clearing Fee | -24.60 | -24.60 |
| 04/21/2021 | NFA | -0.40 | -0.40 |
| 04/21/2021 | Routing Fee | -2.00 | -2.00 |
| 04/22/2021 | Realised P&L | 150.00 | 150.00 |
| 04/22/2021 | Commission | -12.90 | -12.90 |
| 04/22/2021 | Clearing Fee | -15.50 | -15.50 |
| 04/22/2021 | NFA | -0.20 | -0.20 |
| 04/22/2021 | Routing Fee | -140.00 | -140.00 |
| 04/26/2021 | Realised P&L | 1,040.00 | 1,040.00 |
| 04/26/2021 | Commission | -116.10 | -116.10 |
| 04/26/2021 | Clearing Fee | -120.30 | -120.30 |
| 04/26/2021 | NFA | -1.80 | -1.80 |
| 04/26/2021 | Routing Fee | -13.50 | -13.50 |
| 04/27/2021 | Realised P&L | 557.50 | 557.50 |
| 04/27/2021 | Commission | -133.20 | -133.20 |
| 04/27/2021 | Clearing Fee | -124.00 | -124.00 |
| 04/27/2021 | NFA | -1.60 | -1.60 |
| 04/27/2021 | Routing Fee | -12.00 | -12.00 |
| 04/28/2021 | Realised P&L | 980.00 | 980.00 |
| 04/28/2021 | Commission | -51.00 | -51.00 |
| 04/28/2021 | Clearing Fee | -55.60 | -55.60 |
| 04/28/2021 | NFA | -0.80 | -0.80 |
| 04/28/2021 | Routing Fee | -6.00 | -6.00 |



PhillipCapital
PO Box 2594, Chicago, IL 60690 USA
www.phillipcapital.com

```
Jason Hansen                                                    A/C NO      : 7DA8715
3759 Oak Meadow Dr                                             AE          : PKH
Colorado Springs                                              RUN DATE     : 04/01/2021 To 04/30/2021
CO 80920                                                      Page No      : 3
                                                             MONTHLY ACTIVITY STATEMENT
        INTRODUCED BY : NINJATRADER BROKERAGE
```

```
TradeDate    Description                                               OrgValDate  Price US$/Swap Val   Traded Prem   Sett.Pr   P&L/Opt.Val Curr

***** MONTHLY STATEMENT OF CASH FLOW *****

04/29/2021  Realised P&L                                                  1,725.00        1,725.00
04/29/2021  Commission                                                      -51.60          -51.60
04/29/2021  Clearing Fee                                                    -62.00          -62.00
04/29/2021  NFA                                                              -0.80           -0.80
04/29/2021  Routing Fee                                                      -6.00           -6.00
04/30/2021  Realised P&L                                                 -4,456.00       -4,456.00
04/30/2021  Commission                                                      -51.60          -51.60
04/30/2021  Clearing Fee                                                    -62.00          -62.00
04/30/2021  NFA                                                              -0.80           -0.80
04/30/2021  Routing Fee                                                      -6.00           -6.00

04/30/2021  Ending Balance                                               14,962.50       14,962.50
04/30/2021  OTE                                                                0.00            0.00
04/30/2021  Equity Balance C/F                                           14,962.50       14,962.50
```

```
TradeDate    TradeType    Long    Short    Description

***** OPEN POSITION *****

*****                     *****   *****            *****
```

```
Exchange   Commodity   Buy    Sell

***** MONTHLY SUMMARY OF TRADES DONE *****

CBOT       YM           40     40
CME        ES           40     40
COMEX      GC           25     25
COMEX      HG           50     50
COMEX      SI          125    125
                       ---    ---
                       280    280
```



PhillipCapital

PO Box 2594 Chicago IL 60690 USA
www.phillipcapital.com

A/C NO        : 7DA8715
AE            : PKH
RUN DATE      : 04/01/2021 To 04/30/2021
Page No       : 4
MONTHLY ACTIVITY STATEMENT

Jason Hansen
3759 Oak Meadow Dr
Colorado Springs
CO 80920

INTRODUCED BY : NINJATRADER BROKERAGE

SUMMARY OF CUSTOMER'S FINANCIAL POSITION

|  | COMBINED USD EQUITY | SEG USD |
|---|---|---|
| Beginning Balance | 27,805.90 | 27,805.90 |
| Adjustments | -39.00 | -39.00 |
| Commission | -722.40 | -722.40 |
| Clearing Fee | -816.80 | -816.80 |
| Globex Fee | 0.00 | 0.00 |
| NFA Fee | -11.20 | -11.20 |
| Routing Fee | -84.00 | -84.00 |
| TT Licensing Fee | 0.00 | 0.00 |
| US4/Swap Val | 0.00 | 0.00 |
| Realised P/L | -11,170.00 | -11,170.00 |
| Option Premium | 0.00 | 0.00 |
| Ending Balance | 14,962.50 | 14,962.50 |
| Forward Value | 0.00 | 0.00 |
| Open Trade Equity | 0.00 | 0.00 |
| Open US4/Swap Val | 0.00 | 0.00 |
| Equity Balance | 14,962.50 | 14,962.50 |
| Long Option Value | 0.00 | 0.00 |
| Short Option Value | 0.00 | 0.00 |
| Net Option Value | 0.00 | 0.00 |
| Net Liquid. Value | 14,962.50 | 14,962.50 |
| Minus: Suspense USD | 0.00 | 0.00 |
| Collateral | 0.00 | 0.00 |
| Equity Collateral | 14,962.50 | 14,962.50 |
| Initial Margin | 0.00 | 0.00 |
| Maint.Margin | 0.00 | 0.00 |
| Margin Ex/Def | 14,962.50 | 14,962.50 |

**PhillipCapital**

PO Box 2594 Chicago IL 60690 USA
www.phillipcapital.com

Jason Hansen
3759 Oak Meadow Dr
Colorado Springs
CO 80920

A/C NO        : 7DA8715
AE            : PKH
RUN DATE      : 04/01/2022 to 04/30/2022
Page No       : 1
MONTHLY ACTIVITY STATEMENT

INTRODUCED BY : NINJATRADER BROKERAGE

| TradeDate | Description |
|---|---|

MONTHLY STATEMENT OF CASH FLOW

| | | COMBINED USD EQUIV |
|---|---|---|
| 04/01/2022 | Beginning Balance | 7,369,506.96 |
| | | 0.00 |
| 04/04/2022 | Market Data Fee | -39.00 |
| 04/30/2022 | Ending Balance | 7,369,467.96 |
| | | 0.00 |
| 04/30-2022 | Equity Balance | 7,369,467.96 |

| TradeDate | TradeType | Long | Short | Description | OrgValDate | Price | US$/Swap Val | Traded Prem | Sett.Pr | P&L/Opt.Val Curr |
|---|---|---|---|---|---|---|---|---|---|---|
| OPEN POSITION | | | | | | | | | | |
| ***** | ***** | ***** | ***** | ***** | | | | | | |

| Exchange | Commodity | Buy | Sell |
|---|---|---|---|
| MONTHLY SUMMARY OF TRADES DONE | ***** | ***** | ***** |

**Exhibit D**

5/26/22, 12:39 PM — TD Ameritrade - integrativellc



## Find Solutions Online

If you need help with anything, see our links below.



**Get answers**
- Ask Ted, our virtual agent
- See FAQs in our Help Center
- Learn about crucial trading rules

**Find it fast**
- Make a deposit or withdrawal
- Transfer an account from another firm
- Start learning in our Education Center

We have reopened our branches with a focus on health and safety. To learn more, visit our Top FAQs. To find your local branch, check the Branch Locator.

## My Account: Overview

**thinkorswim Web: A One-Stop Trading Platform**  Featured post
Monitor, chart, and trade in a fast, powerful web platform

Market commentary: Q1 GDP Revision Shows the Economy was Worse than Expected       ✕
Read more

ⓘ Help us keep your account jasonhansen527T-5325 up to date and secure by reviewing your contact information. Review now       ✕

ⓘ Help us keep your account integrativellc-3224 up to date and secure by reviewing your contact information. Review now       ✕

ⓘ Help us keep your account janaetrust-5917 up to date and secure by reviewing your contact information. Review now       ✕

ⓘ Help us keep your account jhansen527benet-9588 up to date and secure by reviewing your contact information. Review now       ✕

ⓘ Help us keep your account jhansen527ira-5493 up to date and secure by reviewing your contact information. Review now       ✕

ⓘ Help us keep your account mercedestrust-6299 up to date and secure by reviewing your contact information. Review now       ✕

| integrativellc | Combined accounts | mercedestrust | janaetrust | jasonhansen52 | jhansen527ira | jhansen! |

**Balances**

Account value
**$98,640.03**    **$98,740.00** (98769.63%)    + Add funds

Account: **integrativellc** # -----3224  Show

▪▪ Positions cards    ☑ Balance history

Export history

TD Ameritrade - jasonhansen527T

5/19/22, 4:47 PM



# My Account: Balances

| jasonhansen527T | Combined accounts | mercedestrust | janaetrust | integrativellc | jhansen527ira | jhansen527bene |

**jasonhansen527T**  Update                Account number: -----5325  Show

Summary   Details   Balance history

## Summary

| | Current value | Today's net change |
|---|---|---|
| **Account value**  Fund your account | $3,500,917.44 | $0.00 (0.00%) |
| Total cash | $3,500,917.44 | $0.00 (0.00%) |
| Positions | $0.00 | $0.00 (0.00%) |
| Margin balance | $0.00 | $0.00 (0.00%) |
| **Stock buying power** | $3,500,917.44 | |
| Cash available | $3,500,917.44 | |
| Margin available | $0.00 | |
| **Options buying power** | $3,500,917.44 | |
| Cash available | $3,500,917.44 | |
| Margin available | $0.00 | |

**Do You Have Enough Cash to Trade?**

Make sure you know how to avoid good faith violations.

**Related**

- Positions
- Latest transactions
- Transfer funds
- Cost Basis
- Order status
- About margin
- Income Estimator



The "cash alternatives" balance is the interest- or dividend-earning cash you hold in a sweep vehicle; this money can be withdrawn or used to buy securities. This balance also includes accrued interest that will be paid at month-end.

Interest rates on balances in the IDA and TD Ameritrade Cash are based on tiers. The previous day's closing balance determines eligibility for a particular tier each day. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance, and is credited to your account on the last business day of the month. In accordance with the Client Agreement, TD Ameritrade may change the tiers and rates at its discretion and without notice and is not obligated to pay different rates between tiers. Rate changes may vary by program, location or arrangement.

Before investing in a mutual fund or ETF, be sure to carefully consider the fund's or ETF's investing objectives, risks, charges and expenses. For a prospectus containing this and other important information, contact the fund or ETF sponsor, or a TD Ameritrade Client Services representative. Please read the prospectus carefully before investing.

Options are not suitable for all investors as the special risks inherent to options trading may expose investors to potentially rapid and substantial losses. Please read Characteristics and Risks of Standardized Options before investing in options.

Non-deposit investment products NOT FDIC INSURED/NO BANK GUARANTEE/MAY LOSE VALUE.

Open an account    Find a branch    Contact us    Screen :

   

**XE ZWIA**

Envelo
I'm recy

USMS
X-RAY

747  1  10:30  9093  02.09  C

ORIGIN ID:XIPA   (682) 900-1799
THE LAW OFFICE OF J.R. SMITH
4805 NEPTUNE CT
FLOWER MOUND, TX 75022
UNITED STATES US

SHIP DATE: 08FEB24
ACTWGT: 0.50 LB
CAD: 699142T/SSF02460

TO  OFFICE OF THE CLERK OF THE
    UNITED STATES BANKRUPTCY COU
    FOR THE DISTRICT OF DELAWARE
    824 MARKET ST/3RD FLOOR
    WILMINGTON DE 19801

REF:

DEPT:

PO:

BILL THIRD PARTY

TRK#  2707 6151 9093
0201

FRI - 09 FEB 10:30A
PRIORITY OVERNIGHT

19801
DE-US  PHL

FedEx
Express

E

J241024011001ev

Part 156297-436/8PB03/EXB-01/25