# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## STIPULATION AND AGREED SCHEDULING ORDER

This stipulation and agreed scheduling order (the "Stipulation") is made and entered into by and among (i) FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (ii) Boba Foundation, (iii) Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd (collectively, "Oxy"), (iv) Lavanda Sands L.L.C. ("LS"), (v) Maps Vault Limited ("Maps"), and (vi) TMSI SEZC Ltd. ("TMSI" and, together with Boba Foundation, Oxy, LS and Maps the "Objectors," and together with the Debtors, the "Parties"), by and through their respective undersigned counsel. In support of this Stipulation, the Parties respectfully state as follows:

WHEREAS, on December 27, 2023, the Debtors filed the *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202] (the "Motion");

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

WHEREAS, on January 11, 2024, Boba Foundation filed the *Opposition of Boba Foundation to Motion of Debtors to Estimate Claims Based on Digital Assets and Request for Continued Hearing* [D.I. 5601] (the "Boba Objection");

WHEREAS, on January 11, 2024, Oxy filed the *Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Networks Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* [D.I. 5617] (the "Oxy Objection");

WHEREAS, on January 11, 2024 LS filed the *Joinder in Preliminary Objection of Fondation Serendipity, Fondation Elements, Serendipity Networks Ltd and Liquidity Network Ltd to the FTX Debtors' Motion to Estimate Claims Based on Digital Assets* [D.I. 5624] (the "LS Joinder");

WHEREAS, on January 11, 2024, Maps filed the *Preliminary Objection of Maps Vault Limited to Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5620] (the "Maps Objection");

WHEREAS, on January 11, 2024, TMSI filed the *Limited Objection of TMSI SEZC Ltd. to Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5626] (the "TMSI Objection");

WHEREAS, on January 31, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") held a hearing (the "Hearing"), and granted the Motion as set forth on the record of the Hearing;

WHEREAS, on February 7, 2024, the Court entered the *Order Granting Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 7090] (the "Order"), which excluded

certain Digital Assets to be valued following further proceedings as set forth in paragraph 9 of the Order (the "Deferred Digital Assets");

WHEREAS the Parties have discussed in good faith a schedule with respect to the Deferred Digital Assets;

**NOW, THEREFORE,** it is hereby stipulated and agreed, and upon approval by the Court it shall be **SO ORDERED:**

1. Agreed Scheduling Order. The Parties agree to the following scheduling order (the "Agreed Scheduling Order"):

| EVENT | DEADLINE |
|---|---|
| Maps to issue document requests | January 5, 2024 |
| Debtors to respond to Maps' document requests and produce non-privileged, responsive documents | On or before January 12, 2024 |
| Deadline for Maps and Oxy to submit expert disclosures and report/rebuttal to Debtors' disclosures/report | January 26, 2024 |
| First Evidentiary Hearing | January 31, 2024 |
| Deadline for Debtors to submit expert rebuttal report to Maps and Oxy | February 9, 2024 |
| Deadline for Maps and Oxy to issue supplemental document requests and any interrogatories[2] | February 10, 2024 |
| Deadline for TMSI and/or Boba to submit expert disclosures and report/rebuttal to Debtors' disclosures/report | February 16, 2024 |
| Deadline for Debtors to respond to Maps' and Oxy's supplemental discovery requests and produce non-privileged, responsive documents in response to the supplemental document requests | February 17, 2024 |

---

[2] The Debtors rights and defenses with respect to any discovery served are fully reserved.

| | |
|---|---|
| Deadline for the Parties to Identify any Witnesses for the Evidentiary Hearing with Respect to the Deferred Digital Assets | February 21, 2024 |
| Deadline for Debtors to submit any expert rebuttal report to TMSI and/or Boba | February 24, 2024 |
| Deadline for Parties to complete expert depositions | March 1, 2024 |
| Deadline for Objectors to file response to the Motion | March 8, 2024 |
| Deadline for Debtors to file reply to Objectors' responses to Motion | March 17, 2024 |
| Deadline for Parties to submit Joint Pretrial Order | March 18, 2024 |
| Evidentiary Hearing on Motion with Respect to the Deferred Digital Assets | March 20, 2024 |

2.  Pending approval of this Stipulation by the Court, each of the Parties agrees that it is and will be bound by this Stipulation and waives any right to object to approval by the Court.

3.  If approved by the Court, the Agreed Scheduling Order shall be modified only by a writing signed by all Parties approved by the Court, or otherwise upon entry of an order of the Court entered upon notice to the Parties.

4.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Proposed Scheduling Order.

Dated: February 7, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kimberly A. Brown*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*

**DLA PIPER LLP (US)**

*/s/ Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email: aaron.applebaum@us.dlapiper.com

-and-

Dennis C. O'Donnell (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: dennis.odonnell@us.dlapiper.com

-and-

Jeffrey Torosian (admitted *pro hac vice*)
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Email: jeffrey.torosian@dlapiper.com

*Counsel to Maps Vault Ltd.*

**REED SMITH LLP**

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne, Esq.
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

-and-

Aaron Javian, Esq. (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: ajavian@reedsmith.com

*Counsel to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd*

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

-and-

**CROWELL & MORING LLP**
Frederick Hyman, Esquire (admitted *pro hac vice*)
590 Madison Ave.
New York, NY 10022
Wilmington, DE 19801-1163
Phone: (212) 803-4028
E-mail: fhyman@crowell.com

*Counsel for Lavanda Sands, L.L.C.*

By:    */s/ Mark Minuti*

**SAUL EWING LLP**
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
peter.siddiqui@katten.com
ethan.trotz@katten.com

*Attorneys for TMSI SEZC Ltd.*

**KELLER BENVENUTTI KIM LLP**

*/s/ Traci Shafroth*
Tobias S. Keller (*admitted pro hac vice*)
Traci Shafroth (*admitted pro hac vice*)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Email: tkeller@kbkllp.com
       tshafroth@kbkllp.com

-and-

**PASHMAN STEIN WALDER HAYDEN, P.C.**
John W. Weiss (Del. Bar 4160)
1007 North Orange Street, 4th Floor #183
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jweiss@pashmanstein.com

*Counsel for Boba Foundation*