12331052.2 - 12/30/22

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In re <u>FTX Trading Ltd., et al.,</u> Debtors            Chapter 11
Case No. <u>22-11068</u>
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name of Transferor</u>



<u>Name of Transferee</u>
**Phoenix Digital LLC**
**Attn: Tian Zeng**
Email: tzeng@nirvana-cap.com
42 W 33rd St, 27B
New York, NY 10001

An undivided interest in **100%** of Seller's right, title, interest and obligations to the following claims:

| Claim No./Schedule | Creditor Name | Amount(s) | Debtor | Case No. |
|---|---|---|---|---|
| Confirmation ID # [**3265-70-OUJYO-556034006**]<br><br>Schedule # [**6786345**]<br><br>Claim # [**14103**]<br><br>FTX ID [**7407058**]<br><br>Unique Customer Code: [**394600**] | Name on File | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

12331052.2 - 12/30/22

Date: Feb 3rd, 2024

                                          **TRANSFEREE [BUYER]**

By *[signature: Tian Zeng]*
Name: Tian Zeng
Title: Authorized Representative at Phoenix Digital LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM
TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, ▆▆▆▆▆▆▆▆▆▆ ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to [Phoenix Digital LLC] ("Purchaser") all of Seller's right, title, and interest in and to : **Unique Customer Code: [394600], FTX Customer ID [7407058], Claim # [14103], Schedule # [6786345], POC # [3265-70-OUJYO-556034006]** (the "Proof of Claim") filed against FTX Trading Ltd. and Alameda Research (the "Debtor") In re FTX Trading Ltd. (Case No. 22-bk-11068) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Proof of Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law.

Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Proof of Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on
**Date: [Feb 3rd, 2024]**



12331052.2 - 12/30/22

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                    _____
                                    Clerk of the Court

### Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.

---

**Customer Claim Form**

**Customer Claim Form**

**FTX Details**

| FTX Email | FTX AccountID | Scheduled ID |
|---|---|---|
| [redacted] | 7407058 | 221106806786345 |

**Scheduled Claim Information**

You have been redirected from FTX website. Please check your scheduled information below.

If you do NOT agree with any of 1) the amount or quantity of fiat, coins or NFT; 2) the FTX Exchange against whom the Customer Claim is asserted; or 3) the type or nature of the Customer Claim set forth below, assert the quantity of fiat or coins you held as of the date the case was filed in the rightmost column of the below charts.

You will also have an opportunity to add any NFTs not listed. Only complete this section where you DISAGREE with the component of your Scheduled Customer Claim. You will also have an opportunity to assert a Customer Claim arising out of or related to any other investment or trading activity.

**Schedule**

F-2

**Contingent, Unliquidated or Disputed Status**

Contingent

Debtor FTX Trading Ltd. has listed your claim on Schedule E/F, Part 2 as an Contingent General Unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from recovery.

12331052.2 - 12/30/22

**Name:**
robin lesage hoen

**Address 1 (Street address, "Care of:", or "Attention To:"):**
7b medley road

Customer Claim Form                                     11 / 16

Customer Claim Form

**Address 2:**

**Address 3:**

**Address 4:**

12331052.2 - 12/30/22

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**FTX TRADING LTD., et al.,**[1]

        Debtors,

Case No. 22-11068 (JTD)
(Jointly Administered)

### NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that ▮▮▮▮▮▮▮▮, **Unique Customer Code: [394600], FTX Customer ID [7407058], Claim # [14103], Schedule # [6786345], POC # [3265-70-OUJYO-556034006],** a creditor in these cases of the above-captioned debtors (the "Debtors"), has changed it address in connection with the Debtors' cases and hereby directs the Debtors and counsel for the Debtors (including any claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots, and distribution relating to such claims be sent to the New Address set forth below, effective as of the date hereof.



**New Address:**
**Phoenix Digital LLC**
**Attn: Tian Zeng**
Email: tzeng@nirvana-cap.com
42 W 33rd St, 27B
New York, NY 10001

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

12331052.2 - 12/30/22



# EXHIBIT A

████████████

████████████████████████████████████████████████████████████████████████

(the "Claim Amount").

| 00094930 | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER[0.00361878], BADGER-PERP[0], BAL[0.00031831], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BIT-PERP[0], BNB[0], BNB-PERP[0], BTC[3.68097535], BTC-PERP[0], C98-PERP[0], CAKE-PERP[0], CELO-PERP[0], CEL-PERP[0], CHZ-PERP[0], CLV-PERP[0], COMP-PERP[0], CREAM-PERP[0], CRO-PERP[0], CRV-PERP[0], CVX-PERP[0], DAI[0.07436505], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETC-PERP[0], ETH[12.20058596], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FLM-PERP[0], FLOW-PERP[0], FTM[0.00524], FTM-PERP[0], FTT[350.06946390], FTT-PERP[0], FXS-PERP[0], GLMR-PERP[0], GMT-PERP[0], GRT-PERP[0], HT-PERP[0], ICP-PERP[0], IMX-PERP[0], KAVA-PERP[0], KLAY-PERP[0], KSM-PERP[0], LDO-PERP[0], LINK[0.03678185], LINK-PERP[0], LOOKS-PERP[0], LTC-PERP[0], LUNA2[0.00530890], LUNA2_LOCKED[9.01238765], LUNC[0.00000001], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MINA-PERP[0], MKR-PERP[0], NEAR-PERP[0], NEO-PERP[0], OKB-PERP[0], OMG-PERP[0], OP-PERP[0], OXY[69.000345], OXY-PERP[0], PEOPLE-PERP[0], RNDR-PERP[0], ROOK[0.00033936], RSR-PERP[0], RVN-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SKL-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[1.39001190], SOL-PERP[0], SPELL-PERP[0], STETH[0], STG[0.0130], STG-PERP[0], STSOL[53.98167363], SUSHI-PERP[0], SXP-PERP[0], TLM-PERP[0], TRX[91.000011], TRX-PERP[0], UNI-PERP[0], USD[319.25], USDT[0.00798932], USDT-PERP[0], USTC[751514], VET-PERP[0], WAVES-PERP[0], XMR-PERP[0], XRP-PERP[0], YFI[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] |

## KROLL

### Creditor Data Details - Claim # 14103

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
07/17/2023

**Claim Number**
14103
**Schedule Number**
6786345
**Confirmation ID**
3265-70-OUJYO-556034006

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | AAVE-PERP | 0.0000000000000004 |
| CRYPTO | AR-PERP | 0.0000000000000036 |
| CRYPTO | AVAX-PERP | -0.0000000000000062 |
| CRYPTO | BADGER | 0.00381878 |
| CRYPTO | BAL | 0.00031831 |
| CRYPTO | BAL-PERP | 0.0000000000000071 |
| CRYPTO | BNB | 0.00000000303688 |
| CRYPTO | BNB-PERP | 0.0000000000000003 |
| CRYPTO | BTC | 3.68097535638111562 |
| CRYPTO | BTC-PERP | -0 |
| CRYPTO | CVX-PERP | 0.0000000000000036 |
| CRYPTO | DAI | 0.0743656555162934 |
| CRYPTO | DOT-PERP | -0.0000000000001563 |
| CRYPTO | DYDX-PERP | 0.0000000000000284 |
| CRYPTO | EGLD-PERP | 0.000000000000002 |
| CRYPTO | ENS-PERP | -0.0000000000000266 |
| CRYPTO | ETH | 12.20058598498447 |
| CRYPTO | ETH-PERP | -0.0000000000000021 |
| CRYPTO | FLOW-PERP | 0.0000000000000284 |

| CRYPTO | FTM | 0.005024 |
|---|---|---|
| CRYPTO | FTT | 350.06946399 |
| CRYPTO | FXS-PERP | 0.0000000000000107 |
| CRYPTO | KAVA-PERP | -0.0000000000000568 |
| CRYPTO | LINK | 0.0967818580765058 |
| CRYPTO | LINK-PERP | 0.0000000000000231 |
| CRYPTO | LTC-PERP | 0.0000000000000028 |
| CRYPTO | LUNA2 | 0.005308995691 |
| CRYPTO | LUNA2_LOCKED | 0.01238765661 |
| CRYPTO | LUNC | 0.00000001 |
| CRYPTO | LUNC-PERP | -0.0000000000465654 |
| CRYPTO | NEAR-PERP | 0.0000000000000107 |
| CRYPTO | OKB-PERP | 0.0000000000000018 |
| CRYPTO | OXY | 69.000345 |
| CRYPTO | ROOK | 0.000339395 |
| CRYPTO | SOL | 1.39001190653136 |
| CRYPTO | SOL-PERP | 0.0000000000000071 |
| CRYPTO | STETH | 0.00000000082634207 |
| CRYPTO | STG | 0.01301 |
| CRYPTO | STSOL | 53.98187363400083 |
| CRYPTO | TRX | 91.000011 |
| CRYPTO | USDT | 0.0079893268087395 |
| CRYPTO | USTC | 0.751514 |
| CRYPTO | YFI | 0.00000000229129 |
| FIAT | USD | 319.249323664416 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at

 Open in new window

12331052.2 - 12/30/22

POWER OF ATTORNEY

From and after the date hereof, the "Assignor" [redacted] hereby irrevocably appoints the "Assignee" **Phoenix Digital LLC** as its true and lawful attorney in fact solely with respect to that certain account designated as **Unique Customer Code: [394600], FTX Customer ID [7407058], Claim # [14103], Schedule # [6786345], POC # [3265-70-OUJYO-556034006],** and authorizes Assignee to act in Assignor's name, place and stead, to demand, sue for, compromise and recover all such property or amounts which are, or may hereafter become owing, due and payable for, or on account of the Account, whether by proofs of claim, adversary proceeding, motion or otherwise, with respect to the Account. Assignor hereby grants unto Assignee full authority to do all things necessary to enforce the Account and Assignor's rights thereunder. Assignor agrees that the powers granted in this Section are discretionary in nature and exercisable at the sole option of Assignee.

**Date: Feb 3rd, 2024**

[redacted]