**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 31, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Filing of Revised Order [Docket No. 6784]

- Amended Notice of Agenda of Matters Scheduled for Hearing on 1/31/2024 at 10:30 a.m. (ET), before the Honorable John T. Dorsey at the US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware [Docket No. 6797] (the ***"Amended Notice of Agenda"***)

On January 31, 2024, at my direction and under my supervision, employees of Kroll caused the Amended Norice of Agenda to be served via email on the Objecting Parties Service List attached hereto as **Exhibit B**.

On February 1, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Fee App Service List attached hereto as **Exhibit C**;

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Thirteenth Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-In-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from December 1, 2023, through December 31, 2023 [Docket No. 6852]

- Fourteenth Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from December 1, 2023, through and Including December 31, 2023 [Docket No. 6864]

- Thirteenth Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from December 1, 2023, through and Including December 31, 2023 [Docket No. 6868]

- Fourteenth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from December 1, 2023, through and Including December 31, 2023 [Docket No. 6869]

- Thirteenth Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the period from December 1, 2023, through and Including December 31, 2023 [Docket No. 6870]

Dated: February 9, 2024

*/s/ Melissa Diaz*
Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 9, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 76412

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CELSIUS NETWORK LLC AND ITS AFFILIATED DEBTORS | A. M. SACCULLO LEGAL, LLC | AMS@SACCULLOLEGAL.COM<br>MEG@SACCULLOLEGAL.COM |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | ASHBY & GEDDES, P.A. | MDEBAECKE@ASHBYGEDDES.COM |
| COUNSEL TO BITGO TRUST COMPANY, INC. & MERCEDES-BENZ GRAND PRIX LIMITED | ASHBY & GEDDES, P.A. | RPALACIO@ASHBYGEDDES.COM<br>GTAYLOR@ASHBYGEDDES.COM |
| COUNSEL TO THE CAROLINE DOROTHY JONES 2007 TRUST, THE CHRISTINE LOUISE JONES 2007 TRUST, THE JOHN PAUL JONES II 2007 TRUST, AND THE DOROTHY ANNE JONES 2007 TRUST | BALLARD SPAHR LLP | MASELLAJ@BALLARDSPAHR.COM |
| COUNSEL TO THE CAROLINE DOROTHY JONES 2007 TRUST, THE CHRISTINE LOUISE JONES 2007 TRUST, THE JOHN PAUL JONES II 2007 TRUST, AND THE DOROTHY ANNE JONES 2007 TRUST | BALLARD SPAHR LLP | BRANNICKN@BALLARDSPAHR.COM |
| COUNSEL TO LAVANDA SANDS, L.L.C. | BIELLI & KLAUDER, LLC | DKLAUDER@BK-LEGAL.COM |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | JOSEF.MINTZ@BLANKROME.COM |
| COUNSEL TO FULCRUM DISTRESSED PARTNERS LIMITED | BLANK ROME LLP | RICK.ANTONOFF@BLANKROME.COM |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | BOERSCH & ILLOVSKY LLP | SHARON@BOERSCH-ILLOVSKY.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | KAULET@BROWNRUDNICK.COM<br>JJONAS@BROWNRUDNICK.COM<br>MWINOGRAD@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | BROWN RUDNICK LLP | TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM |
| COUNSEL TO YUMOU WEI | BROWNELL LAW GROUP LLC | FBROWNELL@BROWNELLLAWGROUP.COM |
| COUNSEL FOR ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | JEB.BAILEY@BUTLERSNOW.COM<br>CAM.HILLYER@BUTLERSNOW.COM |
| COUNSEL TO EVOLVE BANK & TRUST | BUTLER SNOW LLP | MARTIN.SOSLAND@BUTLERSNOW.COM |
| COUNSEL TO SILICON VALLEY ACCOUNTANTS | CARR MALONEY P.C. | PETER.GLAWS@CARRMALONEY.COM |
| COUNSEL TO PI-CRYPTO LTD., PI 1.0 LP | CARTER LEDYARD & MILBURN LLP | BANKRUPTCY@CLM.COM |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | CHAMBERLAINS LAW FIRM | STIPE.VULETA@CHAMBERLAINS.COM.AU<br>LACHLAN.MCBRIDE@CHAMBERLAINS.COM.AU<br>SEBASTIAN.BRODOWSKI@CHAMBERLAINS.COM.AU<br>SAM.KEYSASGILL@CHAMBERLAINS.COM.AU |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO GEORGIAN PARTNERS, INC. | CLARK HILL PLC | KGRIVNER@CLARKHILL.COM |
| COUNSEL TO GEORGIAN PARTNERS, INC. | CLARK HILL PLC | KMORSE@CLARKHILL.COM |
| COUNSEL TO BITGO TRUST COMPANY, INC. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | JVANLARE@CGSH.COM<br>BHAMMER@CGSH.COM |
| COMMITTEE OF UNSECURED CREDITORS | COINCIDENT CAPITAL INTERNATIONAL, LTD | FTXCC@COINCIDENTCAPITAL.COM |
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | COLE SCHOTZ P.C. | NPERNICK@COLESCHOTZ.COM<br>AROTH-MOORE@COLESCHOTZ.COM |
| COUNSEL TO COMMODITY FUTURES TRADING COMMISSION, AN AGENCY OF THE UNITED STATES GOVERNMENT | COMMODITY FUTURES TRADING COMMISSION | MWHITE@CFTC.GOV |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | CSPECKHART@COOLEY.COM |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | COOLEY LLP | MKLEIN@COOLEY.COM<br>AHWU@COOLEY.COM<br>CPIGNATELLI@COOLEY.COM<br>ERICHARDS@COOLEY.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 2 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO AAVCF3 LP, ADAPT VC LLC, AKHIL PAUL, BAUDOIN, KIARA, CAROL H. DUGGAN REVOCABLE LIVING TRUST, CATHEXIS SUBSIDIARIES GP, LLC; CATHEXIS VENTURES, LP, CLARK, DEREK, DUARTE, JONATHAN, DWYER, JOHN, EM FUND I, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, EMBEDFI JUNE 2021, A SERIES OF PARTY ROUND LLC, FAIRCHILD FUND III, LLC, FERRARI, MICHAEL, FRANK, AARON, FUND I, A SERIES OF 20VC, LP, FUND I, A SERIES OF NOT BORING CAPITAL, LP, GARDNER, CLAYTON, GILES, MICHAEL, HARLAND GROUP LLC, HARPER, CHRISTOPHER, HARPER, STEPHEN, JABRE, PHILIPPE, JOHNSON, BRENT, KV5 PTY LTD ATF KV5 TRUST, KERR INVESTMENT HOLDINGS PTY LTD A/T/F THE KERR FAMILY TRUST, KICK THE HIVE LLC, LONDERGAN, BENJAMIN, LOVERO, JUSTIN, LYON, MATTHEW, MANN, BRANDON, MEENTS, DAVID, MOTIVATE VENTURES FUND I, LP, MOTIVATE VENTURES QP FUND I, LP, NICHOLS, JAMES, NORDBY, CHRISTIAN, OPERATOR PARTNERS, LLC, PERCOCO, JOE, PETER T. LAWLER LIVING TRUST, PRUVEN CAPITAL PARTNERS FUND I, LP, S20, A SERIES OF CHRIS GOLDA INVESTMENTS, LP, SWS HOLDING COMPANY, LLC STUART SOPP, SAUGSTAD, MONIQUE, SILVERSTONE VENTURE INVESTMENTS LIMITED, SLATE, JOSHUA ALLEN, SOMA CAPITAL FUND, III, LP, SOMA CAPITAL FUND III PARTNERS LLC, SOPP, STUART, THE GARDNER 2008 LIVING TRUST, THOMAS G. MIGLIS REVOCABLE TRUST, TRIPLEPOINT PRIVATE VENTURE CREDIT INC., TRIPLEPOINT VENTURE LENDING FUND, LLC, TRIPLEPOINT VENTURES 5 LLC, VENTURESOUQ CAPITAL SPC O/B/O VSQ SP 59 (YCS20), WEINER, JONATHAN, WEVER, DENA, YASELLERAPH FINANCE PTY LTD ATF YASELLERAPH FINANCE TRUST, YOUNG, CHRISTOPHER, Z PERRET TRUST, 9YARDS CAPITAL INVESTMENTS II LP AND WILLIAM HOCKEY LIVING TRUST | COOLEY LLP | PBOWMAN@COOLEY.COM |
| COUNSEL TO EVOLVE BANK & TRUST | COUSINS LAW LLC | SCOTT.JONES@COUSINS-LAW.COM |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | ESCHMIDT@COZEN.COM |
| COUNSEL TO BH TRADING LTD., GRANT KIM AND PETER KIM | COZEN O'CONNOR | TFRANCELLA@COZEN.COM |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | CROSS & SIMON LLC | KMANN@CROSSLAW.COM |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | CROSS & SIMON, LLC | CSIMON@CROSSLAW.COM |
| COUNSEL TO LAVANDA SANDS, L.L.C. | CROWELL & MORING LLP | FHYMAN@CROWELL.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 3 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO LIGHTSPEED STRATEGIC PARTNERS I L.P., LIGHTSPEED OPPORTUNITY FUND, L.P. | DEBEVOISE & PLIMPTON LLP | NLABOVITZ@DEBEVOISE.COM<br>EWORENKLEIN@DEBEVOISE.COM<br>MCGODBE@DEBEVOISE.COM |
| COUNSEL FOR PARADIGM OPERATIONS LP | DEBEVOISE & PLIMPTON LLP | SLEVINSON@DEBEVOISE.COM<br>JBALL@DEBEVOISE.COM |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| COUNSEL TO MAPS VAULT LTD. | DLA PIPER LLP | AARON.APPLEBAUM@US.DLAPIPER.COM |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | AARON.APPLEBAUM@US.DLAPIPER.COM |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | DENNIS.ODONNELL@DLAPIPER.COM |
| COUNSEL TO MAPS VAULT LTD. AND OXYGEN VAULT LTD. | DLA PIPER LLP (US) | JEFFREY.TOROSIAN@DLAPIPER.COM |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | AMISH@DOSHILEGAL.COM |
| COUNSEL TO CADIAN | EMMET, MARVIN & MARTIN, LLP | JSWARTZ@EMMETMARVIN.COM<br>TPITTA@EMMETMARVIN.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ANDREAGORDON@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | ERINBRODERICK@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | EVERSHEDS SUTHERLAND (US) LLP | PETERIVANICK@EVERSHEDS-SUTHERLAND.COM<br>SARAHPAUL@EVERSHEDS-SUTHERLAND.COM<br>PHILIPEHRLICH@EVERSHEDS-SUTHERLAND.COM<br>LYNNHOLBERT@EVERSHEDS-SUTHERLAND.COM |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | MSMALL@FOLEY.COM |
| COUNSEL TO MERCEDES-BENZ GRAND PRIX LIMITED | FOLEY & LARDNER LLP | SRUPPENTHAL@FOLEY.COM |
| COUNSEL TO BRANDON WILLIAMS | GEBHARDT & SMITH LLP | GARBOGAST@GEBSMITH.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | GELLERT SCALI BUSENKELL & BROWN, LLC | MBUSENKELL@GSBBLAW.COM |
| COUNSEL TO DR. MARCEL LÖTSCHER | GIBBONS P.C. | CVICECONTE@GIBBONSLAW.COM |
| COUNSEL TO DR. MARCEL LÖTSCHER | GIBBONS P.C. | RMALONE@GIBBONSLAW.COM<br>BTHEISEN@GIBBONSLAW.COM<br>KMCEVILLY@GIBBONSLAW.COM |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | GOETZ FITZPATRICK LLP | SSIMON@GOETZFITZ.COM |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | BDAVIDOFF@GREENBERGGLUSKER.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 4 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO BLOCKFI INC. AND AFFILIATES, BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | RICK.ANIGIAN@HAYNESBOONE.COM CHARLIE.JONES@HAYNESBOONE.COM |
| COUNSEL TO BLOCKFI INC. AND AFFILIATES, BLOCKFI INC. AND AFFILIATES AS WINDDOWN DEBTORS | HAYNES AND BOONE, LLP | RICHARD.KANOWITZ@HAYNESBOONE.COM |
| COUNSEL TO ROCKET INTERNET CAPITAL PARTNERS II SCS, ROCKET INTERNET CAPITAL PARTNERS (EURO) II SCS, GFC GLOBAL FOUNDERS CAPITAL GMBH AND GFC GLOBAL FOUNDERS CAPITAL GMBH & CO. BETEILIGUNGS KG NR. 1 | HOGAN LOVELLS US LLP | DENNIS.TRACEY@HOGANLOVELLS.COM DENNIS.TRACEY@HOGANLOVELLS.COM MAYA.JUMPER@HOGANLOVELLS.COM |
| COUNSEL TO JOINT PROVISIONAL LIQUIDATORS OF FTX | HOLLAND & KNIGHT LLP | WARREN.GLUCK@HKLAW.COM MARIE.LARSEN@HKLAW.COM DAVID.WIRT@HKLAW.COM JESSICA.MAGEE@HKLAW.COM SHARDUL.DESAI@HKLAW.COM |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | HUGH SMITH ESQUIRE | HUGH.SMITH@CHAMBERLAINS.COM.AU |
| COUNSEL TO LATONA BIOSCIENCES GROUP AND ROSS RHEINGANS-YOO | JOYCE, LLC | MJOYCE@MJLAWOFFICES.COM |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | BRIAN.KOOSED@KLGATES.COM |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | ROBERT.HONEYWELL@KLGATES.COM |
| COUNSEL TO ALUMNI VENTURES GROUP AND ALUMNI VENTURES GROUP - EMBEDDED FINANCIAL TECHNOLOGIES TRUST A | K&L GATES LLP | STEVEN.CAPONI@KLGATES.COM MATTHEW.GOELLER@KLGATES.COM |
| COUNSEL TO GABRIEL RECCHIA, CACENDISH LABS CO., BRADEN LEACH | KASHISHIAN LAW LLC | AMK@KASHISHIANLAW.COM |
| COUNSEL TO ISLAND CAPITAL AND PAUL F. ARANHA | KELLER BENVENUTTI KIM LLP | JKIM@KBKLLP.COM GALBERT@KBKLLP.COM |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | LOUIS.PHILLIPS@KELLYHART.COM |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | KELLY HART & HALLMAN LLP | MICHAEL.ANDERSON@KELLYHART.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | LANDIS RATH & COBB LLP | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM<br>PIERCE@LRCLAW.COM<br>JENNER@LRCLAW.COM<br>WILLIAMS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>ROBERTSON@LRCLAW.COM |
| COUNSEL TO EVOLVE BANK & TRUST | LEWIS BRISBOIS BISGAARD & SMITH LLP | SCOTT.COUSINS@LEWISBRISBOIS.COM |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | LEWIS ROCA ROTHGERBER CHRISTIE LLP | CCABY@LEWISROCA.COM |
| COUNSEL TO PHALA LTD. | LOCKE LORD LLP | IRA.GREENE@LOCKELORD.COM |
| COUNSEL TO LIQUIDITY SOLUTIONS GLOBAL LTD. (THE "LSG") | LOWENSTEIN SANDLER LLP | ABEHLMANN@LOWENSTEIN.COM<br>CRESTEL@LOWENSTEIN.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MANIER HEROD, P.C. | JPRICE@MANIERHEROD.COM<br>MLEE@MANIERHEROD.COM<br>SWILLIAMS@MANIERHEROD.COM |
| COUNSEL TO THE COMMISSIONER MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | DELAFOSCAC@DOR.STATE.MA.US |
| COUNSEL TO SUNIL KAVURI, AHMED ABD-EL-RAZEK NOIA CAPITAL SARL, PAT RABITTE | MCCARTER & ENGLISH LLP | DADLER@MCARTER.COM |
| COUNSEL TO LIGHTCONE INFRASTRUCTURE, CENTER FOR APPLIED RATIONALITY ("CFAR"), SUNIL KAVURI, AHMED ABD-EL-RAZEK NOIA CAPITAL SARL, PAT RABITTE, BIDDER 1 | MCCARTER & ENGLISH LLP | KBUCK@MCCARTER.COM<br>MRIFINO@MCCARTER.COM<br>SHUMISTON@MCCARTER.COM |
| COUNSEL TO BIDDER 1 | MCCARTER & ENGLISH LLP | LLBONSALL@MCCARTER.COM<br>PPAVLICK@MCCARTER.COM |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | DAZMAN@MWE.COM<br>JCALANDRA@MWE.COM<br>JBEVANS@MWE.COM<br>ERODD@MWE.COM |
| PLAN ADMINISTRATOR (THE "PLAN ADMINISTRATOR") AS MANAGER OF VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL LTD., AND VOYAGER DIGITAL, LLC, THE WIND-DOWN DEBTORS | MCDERMOTT WILL & EMERY LLP | MKANDESTIN@MWE.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY, NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | GBRESSLER@MDMC-LAW.COM<br>DPRIMACK@MDMC-LAW.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | JBERNSTEIN@MDMC-LAW.COM |
| COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE COMPANY | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | MMORANO@MDMC-LAW.COM |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | NLEONARD@MDMC-LAW.COM |
| GOVERNMENTAL | MIAMI-DADE OFFICE OF THE TAX COLLECTOR | PRISCILLA.WINDLEY@MIAMIDADE.GOV MDTCBKC@MIAMIDADE.GOV |
| MISSOURI DEPARTMENT OF REVENUE | MO BANKRUPTCY UNIT | DEECF@DOR.MO.GOV |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | JODY.BARILLARE@MORGANLEWIS.COM |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | JOHN.GOODCHILD@MORGANLEWIS.COM MATTHEW.ZIEGLER@MORGANLEWIS.COM |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | JOSHUA.DORCHAK@MORGANLEWIS.COM DAVID.SHIM@MORGANLEWIS.COM |
| COUNSEL TO MICHAEL BURGESS, HUY XUAN "KEVIN" NGUYEN, JING YU "DARREN" WONG, MATTHEW BURGESS, LESLEY BURGESS, 3TWELVE VENTURES LTD., AND BDK CONSULTING LTD | MORRIS JAMES LLP | EMONZO@MORRISJAMES.COM TPAKROUH@MORRISJAMES.COM |
| COUNSEL TO LAURENCE BEAL | MORRIS JAMES LLP | EMONZO@MORRISJAMES.COM SENNIS@MORRISJAMES.COM TPAKROUH@MORRISJAMES.COM |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DCULVER@MORRISNICHOLS.COM DBUTZ@MORRISNICHOLS.COM |
| COUNSEL TO THE AD HOC COMMITTEE OF NON US CUSTOMERS OF FTX.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MHARVEY@MORRISNICHOLS.COM |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | MORRISON COHEN LLP | JMOLDOVAN@MORRISONCOHEN.COM HROSENBLAT@MORRISONCOHEN.COM JGOTTLIEB@MORRISONCOHEN.COM MMIX@MORRISONCOHEN.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KCORDRY@NAAG.ORG |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 7 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COMMITTEE OF UNSECURED CREDITORS | OCTOPUS INFORMATION LTD | OCTOPUS_FTX@TEAMB.CN |
| COUNSEL TO THE GEORGIA DEPARTMENT OF BANKING AND FINANCE | OFFICE OF THE ATTORNEY GENERAL OF GEORGIA | APATTERSON@LAW.GA.GOV |
| COUNSEL TO THE TEXAS STATE SECURITIES BOARD AND THE TEXAS DEPARTMENT OF BANKING | OFFICE OF THE ATTORNEY GENERAL OF TEXAS, BANKRUPTCY & COLLECTIONS DIVISION | ROMA.DESAI@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ABIGAIL.RYAN@OAG.TEXAS.GOV |
| COUNSEL FOR THE WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | OFFICE OF THE ATTORNEY GENERAL OF WASHINGTON | STEPHEN.MANNING@ATG.WA.GOV |
| COUNSEL TO ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION | OFFICE OF THE ILLINOIS ATTORNEY GENERAL | JOHN.REDING@ILAG.GOV |
| COUNSEL TO THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE ("NYSTAX") | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ROBERT.ROCK@AG.NY.GOV |
| TN DEPT OF FINANCIAL INSTITUTIONS | OFFICE OF THE TN ATTORNEY GENERAL, BANKRUPTCY DIVISION | AGBANKDELAWARE@AG.TN.GOV |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | LINDA.RICHENDERFER@USDOJ.GOV |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | PACHULSKI STANG ZIEHL & JONES LLP | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM |
| COUNSEL TO D1 VENTURES | PACHULSKI STANG ZIEHL & JONES LLP | TKAPUR@PSZJLAW.COM<br>JROSELL@PSZJLAW.COM<br>CROBINSON@PSZJLAW.COM |
| COUNSEL TO THE MOSKOWITZ LAW FIRM, PLLC AND BOIES SCHILLER FLEXNER LLP ("FTX MDL CO-LEAD COUNSEL") | PACHULSKI STANG ZIEHL & JONES LLP | JROSELL@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PAUL HASTINGS | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | DMASON@PAULWEISS.COM EWANG@PAULWEISS.COM |
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | WCLAREMAN@PAULWEISS.COM GLAUFER@PAULWEISS.COM KZIMAN@PAULWEISS.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO EMBED SHAREHOLDER DEFENDANTS THE 2016 KARKAL FAMILY TRUST; ACREW CAPITAL FUND (A), L.P.; ACREW CAPITAL FUND, L.P.; ACREW CAPITAL MGP, LLC; BAIN CAPITAL VENTURE FUND 2019 LP; BCIP VENTURE ASSOCIATES II, L.P.; BCIP VENTURE ASSOCIATES II-B, L.P.; BCV 2019-MD PRIMARY, L.P.; BUCKLEY VENTURES GP, LLC; BUCKLEY VENTURES, LP; CORRELATION VENTURES II, LP; FIN VC REGATTA I, LP; HOMEBREW VENTURES III, LP; JONATHAN CHRISTODORO; KAMRAN ANSARI; LAUNCHPAD CAPITAL FUND I LP; LGF II, L.P.; LIQUID 2 VENTURES FUND II, L.P.; PROPEL VENTURE PARTNERS, LLC; PROPEL VENTURE PARTNERS US FUND I LP; PUTNAM (WARREN LOWELL PUTNAM & BRYNN JINNETT PUTNAM, TENANTS IN COMMON); SAMUEL JONES; TORCH CAPITAL II, LP; TRANSPOSE PLATFORM O/B/O TI PLATFORM FUND II; TI PLATFORM NLI VENTURE LIMITED II; TRANSPOSE PLATFORM FINTECH FUND II, L.P.; TI PLATFORM FUND II, LP; TREASURY FUND I, LP; Y COMBINATOR; Y COMBINATOR ES20, LLC; AND YCC20, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | RLUSKEY@PAULWEISS.COM |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | POTTER ANDERSON & CORROON LLP | BCLEARY@POTTERANDERSON.COM<br>RMCNEILL@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | PROSKAUER ROSE LLP | BROSEN@PROSKAUER.COM<br>DMARKER@PROSKAUER.COM |
| COUNSEL TO LAYERZERO LABS LTD., ARI LITAN AND SKIP & GOOSE, LLC | PROSKAUER ROSE LLP | JSAZANT@PROSKAUER.COM |
| PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | PROVISIONAL LIQUIDATOR OF FTX DIGITAL MARKETS LTD. | BSIMMS@LENNOXPATON.COM<br>KEVIN.CAMBRIDGE@PWC.COM<br>PETER.GREAVES@HK.PWC.COM |
| COMMITTEE OF UNSECURED CREDITORS | PULSAR GLOBAL LTD | MICHELE.WAN@PULSAR.COM<br>JACKY.YIP@PULSAR.COM |
| COUNSEL TO FOUNDATION SERENDIPITY, FOUNDATION ELEMENTS, SERENDIPITY NETWORK LTD, AND LIQDUITY NETWORK LTD | REED SMITH LLP | AJAVIAN@REEDSMITH.COM |
| COUNSEL TO FOUNDATION SERENDIPITY, FOUNDATION ELEMENTS, SERENDIPITY NETWORK LTD, AND LIQDUITY NETWORK LTD | REED SMITH LLP | KGWYNNE@REEDSMITH.COM |
| COUNSEL TO CHAINALYSIS INC. | REICH REICH & REICH, P.C. | NPASALIDES@REICHPC.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | RICHARDS, LAYTON & FINGER, P.A. | GROSS@RLF.COM HEATH@RLF.COM QUEROLI@RLF.COM SCHLAUCH@RLF.COM |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | FREDERICK.CHANG@RIMONLAW.COM |
| COUNSEL TO BASTION WORLDWIDE LIMITED | RIMON, P.C. | JACQUELYN.CHOI@RIMONLAW.COM |
| COUNSEL FOR NORTH AMERICAN LEAGUE OF LEGENDS CHAMPIONSHIP SERIES, LLC | ROBINSON & COLE LLP | JEDMONSON@RC.COM |
| COUNSEL TO THE DEFENDANT WILLIAM HOCKEY LIVING TRUST & DEFENDANTS LISTED ON EXHIBIT A | SAUL EWING LLP | LUKE.MURLEY@SAUL.COM |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | SCHULTE ROTH & ZABEL LLP | DOUGLAS.MINTZ@SRZ.COM |
| COUNSEL TO STEADVIEW CAPITAL MAURITIUS LIMITED | SCHULTE ROTH & ZABEL LLP | REUBEN.DIZENGOFF@SRZ.COM |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO DAVE INC. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | JOSEPH.LARKIN@SKADDEN.COM |
| COUNSEL TO DAVE INC. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | LISA.LAUKITIS@SKADDEN.COM ANGELINE.HWANG@SKADDEN.COM |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | DPEREIRA@STRADLEY.COM |
| COUNSEL TO NATHANIEL PARKE | STRADLEY RONON STEVENS & YOUNG, LLP | DREPEROWITZ@STRADLEY.COM |
| COUNSEL TO CLOUDFLARE, INC. | STREUSAND, LANDON, OZBURN & LEMMON, LLP | STREUSAND@SLOLLP.COM NGUYEN@SLOLLP.COM |

In re: FTX Trading Ltd., et al.
Case No. 22-11068 (JTD)

Page 11 of 13

# Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION AND MACLAURIN INVESTMENTS LTD. | SULLIVAN & CROMWELL LLP | DIETDERICHA@SULLCROM.COM<br>BROMLEYJ@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>KRANZLEYA@SULLCROM.COM<br>PETIFORDJ@SULLCROM.COM<br>HOLLEYS@SULLCROM.COM<br>EHRENBERGS@SULLCROM.COM<br>DUNNEC@SULLCROM.COM |
| COUNSEL FOR WORD OF GOD FELLOWSHIP, INC. | SULLIVAN HAZELTINE ALLINSON LLC | BSULLIVAN@SHA-LLC.COM |
| COUNSEL TO IKIGAI OPPORTUNITIES MASTER FUND, LTD. | TAFT, STETTINIUS & HOLLISTER, LLP | PHAGE@TAFTLAW.COM |
| COUNSEL TO LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, AND BRANDON WILLIAMS | THE DALEY LAW FIRM | DARRELL@DALEYLAWYERS.COM<br>SAMANTHA@DALEYLAWYERS.COM |
| COUNSEL TO CRAIG SHINDLEDECKER, ADAM BORYENACE, LINDSEY BOERNER, TANA A. LAWLER, STANTON CAMP, MICHAEL MCGEE AND TIM MILLAR | THE ROSNER LAW GROUP LLC | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM |
| THE SECURITIES COMMISSION OF THE BAHAMAS | THE SECURITIES COMMISSION OF THE BAHAMAS | INFO@SCB.GOV.BS |
| COUNSEL FOR PARADIGM OPERATIONS LP | TROUTMAN PEPPER HAMILTON SANDERS LLP | EVELYN.MELTZER@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE | U.S. DEPARTMENT OF JUSTICE | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE | WARD.W.BENSON@USDOJ.GOV |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION | STANTON.C.MCMANUS@USDOJ.GOV<br>SETH.SHAPIRO@USDOJ.GOV |
| COUNSEL TO THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, TAX DIVISION | ARI.D.KUNOFSKY@USDOJ.GOV |
| COUNSEL FOR THE UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE, THE INTERNAL REVENUE SERVICE | ELISABETH.M.BRUCE@USDOJ.GOV<br>STEPHANIE.A.SASARAK@USDOJ.GOV |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | AJCURRIE@VENABLE.COM |
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | DAOBRIEN@VENABLE.COM |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO DIGITAL AUGEAN, LLC, AD HOC COMMITTEE OF CUSTOMERS AND CREDITORS OF FTX TRADING LTD. AND OKC ENTITIES | VENABLE LLP | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM |
| COUNSEL TO OKC ENTITIES | VENABLE LLP | JSSABIN@VENABLE.COM<br>XSSTROHBEHN@VENABLE.COM<br>CWEINERLEVY@VENABLE.COM<br>AAPELED@VENABLE.COM |
| COUNSEL FOR THE STATE OF VERMONT | VERMONT DEPARTMENT OF FINANCIAL REGULATION | JENNIFER.ROOD@VERMONT.GOV |
| COUNSEL TO RIBOSCIENCE LLC AND 4J THERAPEUTICS INC. | VORYS, SATER, SEYMOUR AND PEASE LLP | TSCOBB@VORYS.COM |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), THE JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | WHITE & CASE LLP | JESSICA.LAURIA@WHITECASE.COM<br>CSHORE@WHITECASE.COM<br>BRIAN.PFEIFFER@WHITECASE.COM<br>MARK.FRANKE@WHITECASE.COM<br>BRETT.BAKEMEYER@WHITECASE.COM |
| COUNSEL TO THE JOINT PROVISIONAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN PROVISIONAL LIQUIDATION), THE JOINT OFFICIAL LIQUIDATORS OF FTX DIGITAL MARKETS LTD. (IN OFFICIAL LIQUIDATION) | WHITE & CASE LLP | TLAURIA@WHITECASE.COM<br>RKEBRDLE@WHITECASE.COM |
| COUNSEL TO DEFENDANT CAROLINE ELLISON | WILMER CUTLER PICKERING HALE AND DORR LLP | PETER.NEIMAN@WILMERHALE.COM<br>NICK.WERLE@WILMERHALE.COM |
| COMMITTEE OF UNSECURED CREDITORS | WINCENT INVESTMENT FUND PCC LTD | LEGAL@WINCENT.CO |
| COMMITTEE OF UNSECURED CREDITORS | WINTERMUTE ASIA PTE. LTD | LEGAL@WINTERMUTE.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | YOUNG CONAWAY STARGATT & TAYLOR, LLP | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |
| COMMITTEE OF UNSECURED CREDITORS | ZACHARY BRUCH | PPARTEE@HUNTONAK.COM |

**Exhibit B**

**Due to the confidential nature of the Debtor's records, the Objections Service List has been redacted. The Objections Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**

**Exhibit C**

Exhibit C
Fee Application Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | KSTADLER@GKLAW.COM |
| LANDIS RATH & COBB LLP | ATTENTION: ADAM G. LANDIS, KIMBERLY A. BROWN | LANDIS@LRCLAW.COM<br>BROWN@LRCLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JON LIPSHIE, BENJAMIN A. HACKMAN, DAVID GERARDI | BENJAMIN.A.HACKMAN@USDOJ.GOV<br>DAVID.GERARDI@USDOJ.GOV<br>JON.LIPSHIE@USDOJ.GOV |
| PAUL HASTINGS | ATTN: GABE E. SASSON, KRISTOPHER M. HANSEN, KENNETH PASQUALE, LUC A. DESPINS, AND EREZ E. GILAD | GABESASSON@PAULHASTINGS.COM<br>KRISHANSEN@PAULHASTINGS.COM<br>KENPASQUALE@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>LUCDESPINS@PAULHASTINGS.COM<br>SAMANTHAMARTIN@PAULHASTINGS.COM |
| SULLIVAN & CROMWELL LLP | ATTN: ALEXA J. KRANZLEY | KRANZLEYA@SULLCROM.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MATTHEW B. LUNN, ROBERT F. POPPITI, JR. | MLUNN@YCST.COM<br>RPOPPITI@YCST.COM |