IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on February 10, 2024, a copy of *Maps Vault Ltd.'s Second Set of Requests for the Production of Documents to the Debtors*, was served on behalf of Creditor Maps Vault Ltd. on the parties listed below via electronic mail: counsel for of the Debtors Adam G. Landis (landis@lrclaw.com), Kimberly A. Brown (brown@lrclaw.com); Andrew G. Dietderich (dietdericha@sullcrom.com), James L. Bromley (bromleyj@sullcrom.com), Brian D. Glueckstein (gluecksteinb@sullcrom.com); and Alexa J. Kranzley (kranzleya@sullcrom.com).

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Dated: February 12, 2024
       Wilmington, Delaware

**DLA PIPER LLP (US)**

/s/  *Aaron S. Applebaum*
Aaron S. Applebaum (DE # 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone:  (302) 468-5700
Email: aaron.applebaum@us.dlapiper.com

-and-

Dennis C. O'Donnell (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:  dennis.odonnell@us.dlapiper.com

-and-

Jeffrey Torosian (admitted *pro hac vice*)
DLA PIPER LLP (US)
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Email: jeffrey.torosian@dlapiper.com

*Counsel to Maps Vault Ltd.*