# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re FTX Trading Ltd., et al., | ) Chapter 11 |
| Debtors. | ) Case No. 22-11068 (JTD) <br> ) (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| DCP Master Investments XV LLC | Hudson Bay Claim Fund LLC |
| Name and Address where notices to transferee should be sent: | Last known address: |
| DCP Master Investments XV LLC <br> c/o Diameter Capital Partners, LP <br> 55 Hudson Yards, Suite 29B <br> New York, NY 10001 | Hudson Bay Claim Fund LLC <br> c/o Hudson Bay Capital Management LP <br> 28 Havemeyer Place, 2nd Floor <br> Greenwich, CT  06830  USA <br> Att'n:  Matthew Weinstein / Chad Flick <br> Email:  mweinstein@hudsonbaycapital.com <br> cflick@hudsonbaycapital.com |

**Unique Customer Code:  02158497**

**\*\*\* PORTION OF CLAIM TRANSFERRED:  50% \*\*\***

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code:  02158497 | [REDACTED] | As stated on Schedule F <br> \*\*\* 50% of Claim \*\*\* | FTX Trading Ltd. | 22-11068 |
| Proof of Claim No. 3265-70-HJGOW-355270361 | [REDACTED] | As stated in POC: <br> \*\*\* 50% of Claim \*\*\* | FTX Trading Ltd. | 22-11068 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

Local Form 138

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: February 9, 2024
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB1/ 144425436.1                2