

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX Trading Ltd.., *et al.*<br><br>               Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **Nexxus Participation Vehicle III LLC** |
| Transferor's Address: | Transferee's address for notices and payment: |
| [Address on File] | 800 Miramonte Drive, Suite 380 Santa Barbara, CA 93109<br><br>Attn: Tim Babich<br><br>Tim.babich@nexxus-holdings.com |

| Claim(s) | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Scheduled ID: 221106806719679<br>Customer Claim Confirmation ID: 3265-70-LCIDC-963265921; 3265-70-WWLOH-903237013<br>Unique Creditor ID: 04934450 | 100% of the Claim Amount As detailed on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_____     02/12/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

_____ Date: _____     _____

DocuSign Envelope ID: B63ABF2A-E2CA-435D-ABEC-AB82423F62FC



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals



**EXHIBIT A**

| | | |
|---|---|---|
| 04934450 | | ETH-PERP[0], USD[226646.64], USDT-PERP[0] |

To view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit https://restructuring.ra.kroll.com/FTX and navigate to the "Schedules & SOFA" page under "Quick Links." Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 04934450**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

**USD[226638.1220095600000000]**
**USDC[8.5178842400000000]**

FTX Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe