# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 9, 2024, true and correct copies of the *Rebuttal Expert Report of Sabrina T. Howell* and *Response of Kevin Lu to Expert Report of Fotios Konstantinidis* were caused to be served upon the following counsel via Electronic Mail.

Dennis C. O'Donnell
**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
E-mail: dennis.odonnell@us.dlapiper.com

Aaron G. Javian
**Reed Smith LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
E-mail: ajavian@reedsmith.com

Aaron S. Applebaum
**DLA Piper LLP (US)**
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email: aaron.applebaum@us.dlapiper.com

Kurt F. Gwynne
**Reed Smith LLP**
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: kgwynne@reedsmith.com

Jeff Torosian
**DLA Piper LLP (US)**
444 W. Lake Street, Suite 900
Chicago, IL 60606
Telephone: (312) 368-4000
Email: jeffrey.torosian@us.dlapiper.com

Virginia Callahan
**DLA Piper LLP (US)**
650 S. Exeter Street Suite 1100
Baltimore, MD 21202-4576
Telephone: (410) 580-3000
Email: virginia.callahan@us.dlapiper.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074437.2}

Dated: February 12, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ *Matthew R. Pierce*</u>
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE  19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*