

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: FTX TRADING LTD., et al.<br><br>Debtors | Chapter 11<br><br>Case No. Case No. 22-11068<br><br>(Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
|  | **The Canyon Value Realization Master Fund, L.P.** |

| Name and Current Address of Transferor | Name and Current Address of Transferee |
|---|---|
|  | **The Canyon Value Realization Master Fund, L.P.**<br>2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067<br>Attn: James Pagnam (jpagnam@canyonpartners.com) |

| | Debtor / Case No | Claim No./Schedule | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd.<br>22-11068 | Claim no: | 90879 (updated)<br>69128 (original) | 76.7% of the unliquidated (stated in crypto) |
| | FTX Trading Ltd.<br>22-11068 | Schedule Number. | N/A | 76.7% of the amounts described on Register (attached) |
| | FTX Trading Ltd.<br>22-11068 | Kroll Schedule<br><br>Assigned Confirmation ID | N/A (updated)<br>221106807637375 (original)<br>3265-70-AFPGY-762086320 (updated)<br>3265-70-YKWDP-366802055 (original) | 76.7% of the unliquidated (stated in crypto) |

| FTX Trading Ltd. 22-11068 | Customer Code No. | 00151274 | 76.7% of the amounts as described in Schedule F (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By *James Pagram* (DocuSigned by: 1EA99E9D203547F...)   Date: 2/9/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____

Clerk of the Court

**EVIDENCE OF TRANSFER OF CLAIM AND WAIVER OF NOTICE**

TO: Clerk, United States Bankruptcy Court, District of Delaware

███████████, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, do hereby certify that they have unconditionally and irrevocably sold, transferred and assigned to **The Canyon Value Realization Master Fund, L.P.** its successors and assigns, ("Buyer"), all right, title and interest in and to the claim(s) the ("Claim") of Seller, identified below, against FTX TRADING LTD et al., in the United States Bankruptcy Court, District of Delaware, Case No. 22-11068.

| | Debtor / Case No | Claim No./Schedule | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. 22-11068 | Claim no: | 90879 (updated) 69128 (original) | 76.7% of the unliquidated (stated in crypto) |
| | FTX Trading Ltd. 22-11068 | Schedule Number. | N/A | 76.7% of the amounts described on Register (attached) |
| | FTX Trading Ltd. 22-11068 | Kroll Schedule Assigned Confirmation ID | N/A (updated) 221106807637375 (original) 3265-70-AFPGY-762086320 (updated) 3265-70-YKWDP-366802055 (original) | 76.7% of the unliquidated (stated in crypto) |
| | FTX Trading Ltd. 22-11068 | Customer Code No. | 00151274 | 76.7% of the amounts as described in Schedule F (attached) |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the dates below.

**Buyer:**  **Seller:**

By: *James Pagnam* (DocuSigned by: 1EA99E9D203547F...)  By:

Name: James Pagnam  Name:

Title: Authorized Signatory  Title:

Email: Jpagnam@canyonpartners.com  Email:

Date: 2/9/2024  Date: 2/12/2024

DocuSign Envelope ID: A3372765-537B-48EB-94F4-564EE77046AD

FTX Trading Ltd.    Amended Schedule F-2: Non-priority Unsecured Customer Claims    22-11068 (JTD)

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00151274 | | 1INCH[100], 1INCH-PERP[76426], AAVE-PERP[ -3887.16000000], ADA-0325[0], ADA-0624[0], ADA-0930[0], ADA-20210625[0], ADA-20210924[0], ADA-20211231[0], ADA-PERP[958766], AGLD-PERP[111932.5], ALCX-PERP[ -814.38399999], ALGO[22.03422], ALGO-PERP[ -100030], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], ANC-PERP[0], APE-PERP[0], APE-PERP[ -35195.79999999], APT-PERP[139012], AR-PERP[ -53451.3], ATLAS-PERP[0], ATOM[74001.39223324], ATOM-PERP[116750.2], AUDIO-PERP[528861.3], AVAX[0], AVAX-PERP[1818.19999999], AXS[4.24710367], AXS-PERP[ -51152.70000000], BADGER-PERP[0], BAL-PERP[0], BAND-PERP[376509.7], BAO[15100003.87], BAO-PERP[0], BAT-PERP[175995], BCH-0325[0], BCH-0624[0], BCH-20210625[0], BCH-20210924[0], BCH-20211231[0], BCH-PERP[361.18428527], BCH-PERP[ -4644.99400000], BIT-PERP[0], BNB[24.54294468], BNB-PERP[ -4724.90000000], BNT-PERP[11297.39999999], BOBA[.05191074], BOBA-PERP[0], BSV-PERP[1205.98999999], BTC-0325[0], BTC-0331[ -17.9008], BTC-0624[ -0.02029999], BTC-0930[0], BTC-1230[ -237.1061], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC[845.67248972], BTC-PERP[ -9.92560000], BTT-PERP[0], BTTPRE-PERP[0], C98-PERP[0], CAKE-PERP[0], CEL[ -10.84243655], CELO-PERP[ -344508.8], CEL-PERP[ -25581.59999999], CHR-PERP[0], CHZ-PERP[259710], CLV-PERP[0], COMP[0], COMP-PERP[2896.49030000], CONV-PERP[0], CREAM-PERP[ -7108.31], CRO-PERP[7499150], CRV-PERP[438781], CVC-PERP[0], CVX-PERP[ -4598.20000000], DASH-PERP[1247.11000000], DENT-PERP[ -200], DODO-PERP[ -26391], DOGE-1230[ -576184], DOGE[5661717.44843495], DOGE-PERP[54837580], DOT-0325[0], DOT-0624[0], DOT[112456.04536398], DOT-20210625[0], DOT-20210924[0], DOT-20211231[0], DOT-PERP[162244.29999999], DYDX[4631.6424855], DYDX-PERP[0], EDEN-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[21037.54], EOS-0325[0], EOS-0624[0], EOS-20210924[0], EOS-20211231[0], EOS-PERP[13260.19999999], ETC-PERP[ -2755], ETH-0325[0], ETH-0331[2415.524], ETH-0624[0], ETH-0930[0], ETH-1230[ -209.751], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[ -2835.76984135], ETH-PERP[37.47300000], ETHW[ -3007.39436060], ETHW-PERP[25873.6], FIDA-PERP[0], FIL-PERP[66949.70000000], FLM-PERP[138716.5], FLOW-PERP[ -14465.62999999], FLUX-PERP[0], FTM[1054397.62818000], FTM-PERP[ -901239], FTT[115748.39604654], FTT-PERP[ -27137.99999999], FXS-PERP[0], GALA-PERP[3089580], GAL-PERP[0], GLMR-PERP[0], GMT-PERP[54064], GRT-PERP[ -58584], GST-PERP[2849980.3], HBAR-PERP[0], HNT-PERP[ -2758.10000000], HOT-PERP[0], HT[19262.34647417], HT-PERP[38139.03], ICP-PERP[ -7143.24000000], ICX-PERP[0], IMX-PERP[ -46509], INJ-PERP[ -91386], IOST-PERP[0], IOTA-PERP[0], JASMY-PERP[0], KAVA-PERP[69288.49999999], KIN-PERP[0], KLAY-PERP[0], KLUNC-PERP[175381], KNC-PERP[13704.50000000], KSHIB-PERP[118446250], KSM-PERP[0], KSOS-PERP[ -3959700], LDO[348525.13064], LDO-PERP[ -347494], LEO-PERP[0], LINA-PERP[0], LINK-0325[0], LINK-0624[0], LINK[12408.32719263], LINK-20210625[0], LINK-20210924[0], LINK-20211231[0], LINK-PERP[31961.90000000], LOOKS[30.371865], LOOKS-PERP[3522798], LRC-PERP[289650], LTC-0325[0], LTC-0624[0], LTC-1230[42.87999999], LTC-20210625[0], LTC-20210924[0], LTC-20211231[0], LTC[ -8923.66834318], LTC-PERP[54.68000000], LUNA2[.0000087], LUNA2_LOCKED[2154.06662], LUNA2-PERP[0], LUNC[26456.87654468], LUNC-PERP[8381066000], MANA-PERP[0], MAPS[.000405], MAPS-PERP[0], MASK[.01529], MASK-PERP[0], MATIC[1628104.42751000], MATIC-PERP[ -108825], MINA-PERP[0], MKR[0.00989245], MKR-PERP[0], MNGO-PERP[0], MTA-PERP[0], MTL-PERP[0], NEAR-PERP[87854.5], NEO-PERP[0], NFT (51754695539085923S/Official Solana NFT)[1], NFT (52376313S02153363G/Official Serum NFT)[1], NFT (57624273435438635G/Magic Eden Pass)[1], OKB-PERP[9850.29000000], OMG[0], OMG-20211231[0], OMG-PERP[0], ONE-PERP[ -5978940], ONT-PERP[0], OP-PERP[2532], OXY-PERP[0], PEOPLE-PERP[0], PERP-PERP[288789.2], POLIS-PERP[0], PROM-PERP[0], PUNDIX-PERP[0], QTUM-PERP[0], RAMP-PERP[0], RAY[.233475], RAY-PERP[0], REEF-PERP[ -6302250], REN-PERP[1673615], RNDR-PERP[ -23999.99999999], RON-PERP[0], ROOK-PERP[0], ROSE-PERP[ -585432], RSR-PERP[0], RUNE-PERP[220162.89999999], RVN-PERP[0], SAND-PERP[0], SC-PERP[0], SCRT-PERP[0], SHIB[1.32847183], SHIB-PERP[ -69702700000], SKL-PERP[ -5010393], SLP[13625.109], SLP-PERP[ -630150], SNX-PERP[0], SOL[30344.95279059], SOL-PERP[ -273085.15], SOS-PERP[0], SPELL-PERP[100], SRM[1684.3986897], SRM_LOCKED[35547.5086453], SRM-PERP[0], SRN-PERP[0], STEP-PERP[0], STG-PERP[0], STMX-PERP[ -13045520], STORJ-PERP[ -0.01604999], STX-PERP[0], SUSHI[236411.70370014], SUSHI-PERP[218425.5], SXP-PERP[415579.28765], THETA-PERP[0], TLM-PERP[0], TOMO-PERP[ -170659.7], TONCOIN[.0512405], TONCOIN-PERP[0], TRU-PERP[0], TRX-0930[0], TRX[ -1544415.84381544], TRX-PERP[ -79141685], UNI[29873.99357266], UNI-PERP[0], USD[8755082.67], USDT[19657.73645876], USDT-PERP[261250], USTC[0], USTC-PERP[ -4530], VET-PERP[0], WAVES-PERP[126109.5], WBTC[0], XAUT-PERP[0], XEM-PERP[ -1638978], XLM-PERP[ -495041], XMR-PERP[1084.29999999], XRP-0325[0], XRP-0624[0], XRP-0930[0], XRP-20210625[0], XRP-20210924[0], XRP-20211231[0], XRP[ -2048471.37986646], XRP-PERP[94810], XTZ-PERP[0], YFI[0], YFII-PERP[ -105.284], YFI-PERP[ -46.98700000], ZEC-PERP[0], ZIL-PERP[0], ZRX-PERP[0] | | |



## Creditor Data Details - Claim # 90879

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
01/25/2024

**Claim Number**
90879
**Schedule Number**
n/a
**Confirmation ID**
3265-70-AFPGY-762086320

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | 1INCH | 100.0 |
| CRYPTO | 1INCH-PERP | 76426.0 |
| CRYPTO | AAVE-PERP | -3887.16000000002 |
| CRYPTO | ADA-PERP | 958766.0 |
| CRYPTO | AGLD-PERP | 111932.5 |
| CRYPTO | ALCX-PERP | -814.383999999999 |
| CRYPTO | ALGO | 22.03422 |
| CRYPTO | ALGO-PERP | -100030.0 |
| CRYPTO | ALICE-PERP | 0.0000000000887894 |
| CRYPTO | APE | 0.0000000077760554 |

| | | |
|---|---|---|
| CRYPTO | APE-PERP | -35195.7999999996 |
| CRYPTO | APT-PERP | 139012.0 |
| CRYPTO | AR-PERP | -53451.3 |
| CRYPTO | ATOM | 74001.39223324403 |
| CRYPTO | ATOM-PERP | 116750.2 |
| CRYPTO | AUDIO-PERP | 528861.3 |
| CRYPTO | AVAX | 0.0000000018481124 |
| CRYPTO | AVAX-PERP | 1818.19999999986 |
| CRYPTO | AXS | 4.247103670414672 |
| CRYPTO | AXS-PERP | -51152.7000000001 |
| CRYPTO | BADGER-PERP | 0.0000000000218279 |
| CRYPTO | BAL-PERP | 0.0000000000931095 |
| CRYPTO | BAND-PERP | 376509.7 |
| CRYPTO | BAO | 15100003.87 |
| CRYPTO | BAT-PERP | 175995.0 |
| CRYPTO | BCH | 361.1842852792193 |
| CRYPTO | BCH-0325 | -0.0000000000003695 |
| CRYPTO | BCH-0624 | 0.0000000000000515 |
| CRYPTO | BCH-20210625 | 0.0000000000002205 |
| CRYPTO | BCH-20210924 | -0.0000000000000888 |
| CRYPTO | BCH-20211231 | 0.0000000000008242 |
| CRYPTO | BCH-PERP | -4644.99400000002 |
| CRYPTO | BNB | 24.54294468872542 |
| CRYPTO | BNB-PERP | -4724.90000000001 |
| CRYPTO | BNT-PERP | 11297.3999999999 |
| CRYPTO | BOBA | 0.05191074 |
| CRYPTO | BSV-PERP | 1205.98999999998 |
| CRYPTO | BTC | 895.6724897288684 |
| CRYPTO | BTC-0325 | 0.0000000000006786 |
| CRYPTO | BTC-0331 | -17.9008 |
| CRYPTO | BTC-0624 | -0.020299999999974 |
| CRYPTO | BTC-0930 | 0.000000000000178 |

| CRYPTO | BTC-1230 | -237.1061 |
|---|---|---|
| CRYPTO | BTC-20210625 | -0.0000000000002238 |
| CRYPTO | BTC-20210924 | 0.000000000001819 |
| CRYPTO | BTC-20211231 | -0.00000000000995 |
| CRYPTO | BTC-PERP | -9.92560000000036 |
| CRYPTO | CAKE-PERP | -0.0000000000067146 |
| CRYPTO | CEL | -10.842436554344488 |
| CRYPTO | CELO-PERP | -344508.8 |
| CRYPTO | CEL-PERP | -25581.5999999999 |
| CRYPTO | CHZ-PERP | 259710.0 |
| CRYPTO | CLV-PERP | 0.0000000018771971 |
| CRYPTO | COMP | 0.000000003 |
| CRYPTO | COMP-PERP | 2896.49030000004 |
| CRYPTO | CREAM-PERP | -7108.31 |
| CRYPTO | CRO-PERP | 7499150.0 |
| CRYPTO | CRV-PERP | 438781.0 |
| CRYPTO | CVX-PERP | -4598.20000000001 |
| CRYPTO | DASH-PERP | 1247.11000000001 |
| CRYPTO | DENT-PERP | -200.0 |
| CRYPTO | DODO-PERP | -26391.0000000012 |
| CRYPTO | DOGE | 5661717.4484349545 |
| CRYPTO | DOGE-1230 | -576184.0 |
| CRYPTO | DOGE-PERP | 54837580 |
| CRYPTO | DOT | 112456.04536398273 |
| CRYPTO | DOT-0325 | 0.0000000000118234 |
| CRYPTO | DOT-0624 | -0.00000000002467 |
| CRYPTO | DOT-20210625 | 0.0000000000436557 |
| CRYPTO | DOT-20210924 | -0.0000000000411546 |
| CRYPTO | DOT-20211231 | -0.0000000000218279 |
| CRYPTO | DOT-PERP | 162244.299999999 |
| CRYPTO | DYDX | 4631.6424855 |
| CRYPTO | DYDX-PERP | -0.000000000170985 |

| CRYPTO | EDEN-PERP | -0.0000000000090949 |
|---|---|---|
| CRYPTO | EGLD-PERP | -0.0000000000064091 |
| CRYPTO | ENS-PERP | 21037.54 |
| CRYPTO | EOS-0325 | -0.0000000000778755 |
| CRYPTO | EOS-0624 | -0.0000000000181899 |
| CRYPTO | EOS-20210924 | -0.0000000000109139 |
| CRYPTO | EOS-20211231 | -0.0000000000254659 |
| CRYPTO | EOS-PERP | 13260.1999999924 |
| CRYPTO | ETC-PERP | -2755.00000000001 |
| CRYPTO | ETH | -2835.7698413579915 |
| CRYPTO | ETH-0325 | -0.0000000000013358 |
| CRYPTO | ETH-0331 | 2415.524 |
| CRYPTO | ETH-0624 | 0.0000000000006062 |
| CRYPTO | ETH-0930 | -0.0000000000025899 |
| CRYPTO | ETH-1230 | -209.751 |
| CRYPTO | ETH-20210625 | -0.00000000000027 |
| CRYPTO | ETH-20210924 | 0.0000000000036415 |
| CRYPTO | ETH-20211231 | 0.0000000000060254 |
| CRYPTO | ETH-PERP | 37.4730000000159 |
| CRYPTO | ETHW | -3007.39436060401 |
| CRYPTO | ETHW-PERP | 25873.6 |
| CRYPTO | FIL-PERP | 66949.7000000002 |
| CRYPTO | FLM-PERP | 138716.5 |
| CRYPTO | FLOW-PERP | -14465.6299999999 |
| CRYPTO | FTM | 1054397.628180005 |
| CRYPTO | FTM-PERP | -901239.0 |
| CRYPTO | FTT | 115748.39604654 |
| CRYPTO | FTT-PERP | -27137.9999999999 |
| CRYPTO | FXS-PERP | -0.0000000000508891 |
| CRYPTO | GALA-PERP | 3089580.0 |
| CRYPTO | GAL-PERP | 0.0000000000600267 |
| CRYPTO | GMT-PERP | 54064.0 |

| | | |
|---|---|---|
| CRYPTO | GRT-PERP | -58584.0 |
| CRYPTO | GST-PERP | 2849980.3 |
| CRYPTO | HNT-PERP | -2758.10000000031 |
| CRYPTO | HT | 19262.34647417344 |
| CRYPTO | HT-PERP | 38139.03 |
| CRYPTO | ICP-PERP | -7143.24000000024 |
| CRYPTO | IMX-PERP | -46509.0 |
| CRYPTO | INJ-PERP | -91386.0 |
| CRYPTO | KAVA-PERP | 69288.4999999999 |
| CRYPTO | KLUNC-PERP | 175381.0 |
| CRYPTO | KNC-PERP | 13704.5000000003 |
| CRYPTO | KSHIB-PERP | 118446250 |
| CRYPTO | KSM-PERP | -0.0000000000172911 |
| CRYPTO | KSOS-PERP | -3959700.0 |
| CRYPTO | LDO | 348525.13064 |
| CRYPTO | LDO-PERP | -347494.0 |
| CRYPTO | LINK | 12408.327192638308 |
| CRYPTO | LINK-0325 | -0.0000000000304681 |
| CRYPTO | LINK-0624 | 0.0000000000047748 |
| CRYPTO | LINK-20210625 | -0.0000000000945874 |
| CRYPTO | LINK-20210924 | 0.0000000000022737 |
| CRYPTO | LINK-20211231 | -0.000000000007276 |
| CRYPTO | LINK-PERP | 31961.9000000003 |
| CRYPTO | LOOKS | 30.371865 |
| CRYPTO | LOOKS-PERP | 3522798.0 |
| CRYPTO | LRC-PERP | 289650.0 |
| CRYPTO | LTC | -7113.57317947 |
| CRYPTO | LTC-0325 | -0.0000000000055138 |
| CRYPTO | LTC-0624 | -0.0000000000001705 |
| CRYPTO | LTC-0930 | 0.0000000000001368 |
| CRYPTO | LTC-1230 | 42.8799999999999 |
| CRYPTO | LTC-20210625 | 0.0000000000045475 |
| CRYPTO | LTC-20210924 | 0.0000000000008491 |

| | | |
|---|---|---|
| CRYPTO | LTC-20211231 | 0.0000000000024443 |
| CRYPTO | LTC-PERP | 54.6800000000615 |
| CRYPTO | LUNA2 | 0.0000087 |
| CRYPTO | LUNA2_LOCKED | 2154.06662 |
| CRYPTO | LUNA2-PERP | 0.0000000000625278 |
| CRYPTO | LUNC | 26456.876544689454 |
| CRYPTO | LUNC-PERP | 8381066000 |
| CRYPTO | MAPS | 0.000405 |
| CRYPTO | MASK | 0.01529 |
| CRYPTO | MATIC | 1628104.4275100078 |
| CRYPTO | MATIC-PERP | -108825.0 |
| CRYPTO | MKR | 0.0098924542047505 |
| CRYPTO | MKR-PERP | -0.0000000000000266 |
| CRYPTO | MTL-PERP | 0.0000000000660521 |
| CRYPTO | NEAR-PERP | 87854.5 |
| CRYPTO | NEO-PERP | -0.0000000000094929 |
| CRYPTO | OKB-PERP | 9850.29000000002 |
| CRYPTO | OMG | 0.0000000062818111 |
| CRYPTO | OMG-20211231 | 0.0000000000472937 |
| CRYPTO | OMG-PERP | -0.0000000008608367 |
| CRYPTO | ONE-PERP | -5978940.0 |
| CRYPTO | OP-PERP | 2532.0 |
| CRYPTO | OXY-PERP | 0.0000000000109139 |
| CRYPTO | PERP-PERP | 288789.2 |
| CRYPTO | POLIS-PERP | 0.0000000000022737 |
| CRYPTO | PROM-PERP | -0.0000000000005116 |
| CRYPTO | PUNDIX-PERP | 0.0000000000572982 |
| CRYPTO | QTUM-PERP | 0.0000000001136868 |
| CRYPTO | RAY | 0.233475 |
| CRYPTO | REEF-PERP | -6302250.0 |
| CRYPTO | REN-PERP | 1673615.0 |
| CRYPTO | RNDR-PERP | -23999.9999999999 |

| CRYPTO | RON-PERP | -0.000000000007276 |
|---|---|---|
| CRYPTO | ROOK-PERP | -0.0000000000002274 |
| CRYPTO | ROSE-PERP | -585432.0 |
| CRYPTO | RUNE-PERP | 220162.899999999 |
| CRYPTO | SHIB | 1.32847183 |
| CRYPTO | SHIB-PERP | -69702700000 |
| CRYPTO | SKL-PERP | -5010393.0 |
| CRYPTO | SLP | 13625.109 |
| CRYPTO | SLP-PERP | -630150.0 |
| CRYPTO | SNX-PERP | 0.0000000001909939 |
| CRYPTO | SOL | 30344.95279059014 |
| CRYPTO | SOL-PERP | -273085.15 |
| CRYPTO | SPELL-PERP | 100.0 |
| CRYPTO | SRM | 1684.3986897 |
| CRYPTO | SRM_LOCKED | 35547.5086453 |
| CRYPTO | STEP-PERP | -0.00000000000454747 |
| CRYPTO | STMX-PERP | -13045520 |
| CRYPTO | STORJ-PERP | -0.016049998778044 |
| CRYPTO | SUSHI | 236411.70370014507 |
| CRYPTO | SUSHI-PERP | 218425.5 |
| CRYPTO | SXP-PERP | 415579.28765 |
| CRYPTO | THETA-PERP | -0.0000000002028173 |
| CRYPTO | TOMO-PERP | -170659.7 |
| CRYPTO | TONCOIN | 0.0512405 |
| CRYPTO | TONCOIN-PERP | 0.0000000000205773 |
| CRYPTO | TRX | -1543817.18294 |
| CRYPTO | TRX-PERP | -79141685 |
| CRYPTO | UNI | 29873.99357266344 |
| CRYPTO | UNI-PERP | -0.00000000000682121 |
| CRYPTO | USDT | 19657.7364587629 |
| CRYPTO | USDT-PERP | 261250.0 |
| CRYPTO | USTC | 0.0000000047416142 |

| | | |
|---|---|---|
| CRYPTO | USTC-PERP | -4530.0 |
| CRYPTO | WAVES-PERP | 126109.5 |
| CRYPTO | WBTC | 0.0000000085814322 |
| CRYPTO | XAUT-PERP | -0.0000000000000284 |
| CRYPTO | XEM-PERP | -1638978.0 |
| CRYPTO | XLM-PERP | -495041.0 |
| CRYPTO | XMR-PERP | 1084.29999999999 |
| CRYPTO | XRP | -2048471.3798664638 |
| CRYPTO | XRP-PERP | 94810.0 |
| CRYPTO | XTZ-PERP | 0.0000000023310349 |
| CRYPTO | YFI | 0.0000000076024056 |
| CRYPTO | YFII-PERP | -105.284 |
| CRYPTO | YFI-PERP | -46.9870000000001 |
| CRYPTO | ZEC-PERP | 0.000000000048999 |
| FIAT | USD | 8793937 |