# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF SERVICE OF TMSI SEZC LTD.'S DISCOVERY REQUESTS TO FTX TRADING LTD. AND ITS DEBTOR AFFILIATES

**TAKE NOTICE** that, on February 13, 2024, the undersigned counsel to TMSI SEZC Ltd. served the *TMSI SEZC Ltd.'s Discovery Requests to FTX Trading Ltd. and its Debtor Affiliates* on the following counsel of record via Electronic Mail.

| | |
|---|---|
| Andrew G. Dietderich, Esquire | Adam G. Landis, Esquire |
| James L. Bromley, Esquire | Kimberly A. Brown, Esquire |
| Brian D. Glueckstein, Esquire | Matthew R. Pierce, Esquire |
| Alexa J. Kranzley, Esquire | Landis Rath & Cobb LLP |
| Sullivan & Cromwell LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, DE 19801 |
| New York, NY 10004 | landis@lrclaw.com |
| dietdericha@sullcrom.com | brown@lrclaw.com |
| bromleyj@sullcrom.com | pierce@lrclaw.com |
| gluecksteinb@sullcrom.com | |
| kranzleya@sullcrom.com | |

Dated: February 13, 2024        **SAUL EWING LLP**

By:   */s/ Monique B. DiSabatino*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
ethan.trotz@katten.com

*Attorneys for TMSI SEZC Ltd.*