# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## *CERTIFICATE OF SERVICE*

I, Monique B. DiSabatino, hereby certify that on February 13, 2024, I did cause the foregoing *Notice of Service of TMSI SEZC Ltd.'s Discovery Requests to FTX Trading Ltd. and its Debtor Affiliates* to be served via Electronic Mail on the below parties.

| | |
|---|---|
| Andrew G. Dietderich, Esquire | Adam G. Landis, Esquire |
| James L. Bromley, Esquire | Kimberly A. Brown, Esquire |
| Brian D. Glueckstein, Esquire | Matthew R. Pierce, Esquire |
| Alexa J. Kranzley, Esquire | Landis Rath & Cobb LLP |
| Sullivan & Cromwell LLP | 919 Market Street, Suite 1800 |
| 125 Broad Street | Wilmington, DE 19801 |
| New York, NY 10004 | landis@lrclaw.com |
| dietdericha@sullcrom.com | brown@lrclaw.com |
| bromleyj@sullcrom.com | pierce@lrclaw.com |
| gluecksteinb@sullcrom.com | |
| kranzleya@sullcrom.com | |

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Dated: February 13, 2024