UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., *et al.*

Debtors

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claims referenced in this evidence and notice.

**CANYON BALANCED MASTER FUND, LTD.**
Names of Transferees
Phone: 214-253-6210
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

c/o Canyon Capital Advisors LLC
2728 N. Harwood Street, 2nd Floor
Dallas, Texas 75201-1516

Attn: James Pagnam; Legal
Email: jpagnam@canyonpartners.com;
Legal@canyonpartners.com

**HBK MASTER FUND L.P.**
Name of Transferor
Phone: (214) 758-6107
Last Four Digits of Acct #: N/A

**Claim No.: 49509**
**Case No.: 22-11068 (Jointly Administered)**

Date Filed: September 8, 2023

Original Face Amount of Claim:
USD$1,035,204.80
Allowed Claim Amount: USD $1,033,710.79
**Transferred Amount of Claim:** 53% of the Claim, including all associated assets.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent James Pagnam
Authorized Signatory

Date: Feb 13, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
District of Delaware
Attn: Clerk

AND TO: FTX Trading Ltd.
Case No. 22-11068

HBK MASTER FUND L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof (the "Agreement"), does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**CANYON BALANCED MASTER FUND, LTD.**

and their successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against FTX Trading Ltd. ("FTX"), docketed as Claim No. 49509 (the "Claim") in the United States Bankruptcy Court for the District of Delaware.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of FTX and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case, other than as expressly provided in the Agreement. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

5

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of Feb 13, 2024.

**HBK MASTER FUND L.P.**
By: HBK Services LLC
Its: Investment Advisor

By: _____
Name: Isaac S. Haas
Title: **Authorized Signatory**

**Canyon Balanced Master Fund, Ltd.**
By: Canyon Capital Advisors LLC, as Investment Advisor

By: _____
Name:
Title:
James Pagnam
Authorized Signatory