# Exhibit A

**Notice of Settlement(s)**

| Settling Party | Small Estate Claim Value | Settled Value | Adversary Number |
|---|---|---|---|
| Ought, Inc. | $3,000,000 to $5,000,000 | $3,500,000 | N/A |