## Exhibit B

**Disbursements**

| Transaction Date | Worker | Item | Amount to Invoice | Memo |
|---|---|---|---|---|
| 12/1/2023 | Emil Tu | Late night / weekend transportation | 20.92 | Taxi home, working late in office |
| 12/1/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 1,030.50 | For professional services rendered and related expenses incurred through October 2023 |
| 12/5/2023 | Emil Tu | Late night / weekend transportation | 19.73 | Taxi home, working late in office |
| 12/5/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/6/2023 | Emil Tu | Late night / weekend transportation | 19.73 | Taxi home, working late in office |
| 12/6/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/7/2023 | Emil Tu | Late night / weekend transportation | 16.79 | Taxi home, working late in office |
| 12/7/2023 | Rohan Mekala | Late night / weekend transportation | 26.40 | Taxi home, working late in office |
| 12/7/2023 | Ryan Moon | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/7/2023 | Ryan Moon | Late night / weekend transportation | 75.93 | Taxi home, working late in office |
| 12/7/2023 | Ryan Moon | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/7/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/8/2023 | Emil Tu | Late night / weekend transportation | 14.81 | Taxi home, working late in office |
| 12/8/2023 | Ryan Moon | Late night / weekend transportation | 99.60 | Taxi home, working late in office |
| 12/11/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/12/2023 | Emil Tu | Late night / weekend transportation | 16.43 | Taxi home, working late in office |
| 12/12/2023 | Rohan Mekala | Late night / weekend transportation | 22.52 | Taxi home, working late in office |
| 12/12/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/13/2023 | Legal Fees - Deal Related | Misc. expenses (supplies, wifi, etc.) | 1,665.00 | For professional services rendered and related expenses incurred through November 2023 |
| 12/13/2023 | Rohan Mekala | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/14/2023 | Ryan Moon | Late night / weekend transportation | 135.67 | Taxi home, working late in office |
| 12/14/2023 | Emil Tu | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/15/2023 | Emil Tu | Late night / weekend transportation | 43.40 | Taxi home, working late in office |
| 12/15/2023 | Ryan Moon | Late night / weekend meals | 20.00 | Meal working late in office |
| 12/15/2023 | Ryan Moon | Late night / weekend transportation | 115.36 | Taxi home, working late in office |
| **Total** | | | **$3,522.79** | |