**Exhibit C**

**Porter Hedges LLP Time and Expense Records**

**(October 1, 2023 to November 30, 2023)**

| **Name of Applicant** | *Porter Hedges LLP* |
|---|---|
| Authorized to Provide Professional Services to: | Perella Weinberg Partners LP (Investment Banker to the Debtors) |
| Date of Retention: | *nunc pro tunc* to November 16, 2022 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through November 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,695.50 |
| 80% of Compensation sought as actual, reasonable and necessary: | n/a |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a(n) **X** monthly ____ interim ____ final application.  No prior application has been filed with respect to this Fee Period.

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/23 | Nov. 16, 2022 – Nov. 30, 2022 | $16,178.00 | $0 | $16,178.00 | $0 |
| 03/06/23 | Dec. 1, 2022 – Dec. 31, 2022 | $19,659.00 | $0 | $19,659.00 | $0 |
| 04/04/23 | Jan. 1, 2023 – Jan. 31, 2023 | $59,185.50 | $0 | $59,185.50 | $0 |
| 05/04/23 | Feb. 1, 2023 – Feb. 28, 2023 | $17,667.50 | $21.50 | $59,185.50 | $0 |
| 06/05/23 | Mar. 1, 2023 – Mar. 31, 2023 | $10,369.00 | $0 | $59,185.50 | $0 |
| 09/12/23 | Apr. 1, 2023 – Apr. 30, 2023 | $8,484.00 | $0 | Pending | Pending |
| 09/14/23 | May 1, 2023 – May 31, 2023 | $5,626.50 | $0 | Pending | Pending |
| 09/14/23 | June 1, 2023 – June 30, 2023 | $7,521.50 | $4.30 | Pending | Pending |
| 12/06/23 | July 1, 2023 – July 31, 2023 | $3,484.50 | $0 | Pending | Pending |
| 12/06/23 | August 1, 2023 – August 31, 2023 | $5,784.00 | $0 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**OCTOBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023**

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| John F. Higgins | Partner | 1983 | 1983 | $945.00 | .9 | $850.50 |
| **Partner Total** | | | | | **.9** | **$850.50** |
| Megan N. Young-John | Associate | 2013 | 2013 | $615.00 | 3 | $1,845.00 |
| **Associate Total** | | | | | **3** | **$1,845.00** |
| **GRAND TOTAL** | | | | | **3.9** | **$2,695.50** |

**Blended Hourly Rate: $691.15**

15158250v1

# STATEMENT OF FEES BY PROJECT CATEGORY[1]
# OCTOBER 1, 2023 THROUGH AND INCLUDING NOVEMBER 30, 2023

| Project Name | Hours | Fee Amount |
|---|---|---|
| PWP Retention & Compensation | 3.9 | $2,695.50 |
| **Total** | **3.9** | **$2,695.50** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

15158250v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 556514  
Date 11/20/23  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

### Invoice Summary

| | |
|---|---:|
| Professional Services | $1,030.50 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,030.50 |
| **TOTAL AMOUNT DUE** | **$1,030.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  
_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 2  
Inv# 556514  
Date 11/20/23  
017741-0001  
JOHN F. HIGGINS

TAX ID# 74-2174193

For professional services rendered and related expenses incurred in the above-referenced matter through October 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 10/09/23 | MNY | Emails K. Flynn regarding CNOs for 7th, 8th and 9th fee statements (.1); check docket regarding same (.1). | 0.20 | 123.00 |
| 10/09/23 | JFH | Email regarding PWP seventh, eighth and ninth fee statement and CNOs. | 0.30 | 283.50 |
| 10/10/23 | MNY | Emails with client regarding CNOs for fee statements (.1); email debtors' counsel regarding same (.1). | 0.20 | 123.00 |
| 10/16/23 | MNY | Attention to email regarding timing of September fee statement and notify client of same. | 0.10 | 61.50 |
| 10/16/23 | JFH | Email N. Jenner, M. Young-John and K. Flinn regarding August and September fee statement. | 0.20 | 189.00 |
| 10/29/23 | MNY | Email client regarding August and September fee statements backup. | 0.10 | 61.50 |
| 10/29/23 | JFH | Email J. Darby and M. Young-John regarding August and September expenses. | 0.20 | 189.00 |
| **Total Services** | | | **1.30** | **$1,030.50** |

**Timekeeper Summary**

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.70 | 945.00 | 661.50 |
| MNY | Megan N. Young-John | Associate | 0.60 | 615.00 | 369.00 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 3
Inv# 556514
Date 11/20/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

| | |
|---|---:|
| Total Disbursements | $0.00 |
| **Invoice Total** | **$1,030.50** |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510  
P.O. BOX 4346  
HOUSTON, TEXAS 77210-4346  

_____

TELEPHONE (713) 226-6000  
TELECOPIER (713) 228-1331

Page 1  
Inv# 557585  
Date 12/13/23  
017741-0001  
JOHN F. HIGGINS

PERELLA WEINBERG PARTNERS \ TPH&CO.  
ATTN: JENNIE MILLER  
1111 BAGBY STREET, SUITE 4900  
HOUSTON, TX  77002

TAX ID# 74-2174193

**FTX Bankruptcy**

---

**Invoice Summary**

| | |
|---|---|
| Professional Services | $1,665.00 |
| Disbursements | 0.00 |
| Total Current Invoice | $1,665.00 |
| **TOTAL AMOUNT DUE** | **$1,665.00** |

## PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

_____

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

Page 2
Inv# 557585
Date 12/13/23
017741-0001
JOHN F. HIGGINS

TAX ID# 74-2174193

---

For professional services rendered and related expenses incurred in the above-referenced matter through November 2023, as follows:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/23 | MNY | Prepare August and September monthly fee statement drafts; email client with comments and requests related to expenses and invoices. | 2.40 | 1,476.00 |
| 11/29/23 | JFH | Email regarding PWP fee statement. | 0.20 | 189.00 |
| **Total Services** | | | **2.60** | **$1,665.00** |

### Timekeeper Summary

| Attorney/Legal Assistant | | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JFH | John F. Higgins | Partner | 0.20 | 945.00 | 189.00 |
| MNY | Megan N. Young-John | Associate | 2.40 | 615.00 | 1,476.00 |

Total Disbursements $0.00

**Invoice Total** **$1,665.00**