# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: FTX Trading Ltd, et al. | Chapter 11 |
| Debtor. | Case No. 22-11068 |

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cedar Glade LP | Ryan Hamilton |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cedar Glade LP
600 Madison Avenue, 17th Floor
New York, NY  10022
Attn: Robert K. Minkoff, President

Last known address:

520 Madison Avenue, 6th Floor
New York, NY  10022

Court Claim # (if known): 43617
Amount of Claim to Transfer: 100% of Claim
Date Claim Filed: August 23, 2023

Phone: (646) 979-4083
Last Four Digits of Acct #:

Phone: (929) 733-1853
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert K. Minkoff
    Transferee/Transferee's Agent

Date: February 13, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Local Form 138