# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## DEBTORS' STATEMENT OF PAYMENT OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on January 9, 2023, the Court entered the *Order Authorizing Procedures to Retain Compensate and Reimburse Professionals Utilized in the Ordinary Course of Business* [D.I. 432] (the "OCP Order").[2]

**PLEASE TAKE FURTHER NOTICE** that paragraph 3(h) of the OCP Order provides that, within 30 calendar days after the end of, and with respect to, each full three month period after the Petition Date, the Debtors shall file a statement that includes: (i) the name of the OCP; (ii) the amounts paid as compensation for services rendered and reimbursement of expenses by that OCP for each month during the reported quarter; and (iii) a general description of the services rendered by such OCP (the "Quarterly Statement").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statement for the period of November 1, 2023 through January 31, 2024 (the "Reporting Period") is attached hereto as Exhibit A.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the OCP Order.

4855-8554-2565 v.2

Dated: February 14, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Adam G. Landis (No. 3407)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       brown@lrclaw.com
       pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       bromleyj@sullcrom.com
       gluecksteinb@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Debtors and Debtors-in-Possession*