# <u>Exhibit A</u>

**Ordinary Course Professionals List Subject to Tier 1 OCP $200,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Abrams & Bayliss LLP | $4,455.50 | $320.08 | $4,775.58 | Delaware local counsel providing support in the Grayscale litigation | October 2023 - December 2023 |
| Anderson Mori & Tomotsune | $97,871.09 | $77.18 | $97,948.27 | Japanese local counsel providing support regarding Japanese local law | October 2023 - December 2023 |
| Antis Triantafyllides & Sons LLC | $13,866.00 | $0 | $13,866.00 | Cyprus local counsel providing support regarding Cyprus local law | October 2023 - December 2023 |
| Baker & Hostetler LLP | $146,957.00 | $14,753.06 | $161,710.06 | Legal advice regarding August 2023 Kroll security incident | September 2023 - December 2023 |
| BlackOak LLC | $21,051.36 | $95.74 | $21,147.10 | Singapore local counsel providing support regarding Singapore local law | October 2023 - November 2023 |
| Covington & Burling LLP | $252,746.00 | $5,609.62 | $258,355.62 | Pool counsel | September 2023 - November 2023 |
| David Allison KC | $0 | $0 | $0 | English law advice in connection with plan and adversary proceeding issues | |
| King & Wood Mallesons | $59,914.50 | $568.59 | $60,483.09 | Hong Kong local counsel providing support regarding Hong Kong local law | October 2023 - November 2023 |
| Lenz & Staehelin | $0 | $0 | $0 | Switzerland local counsel providing support regarding Switzerland local law | |
| Peter D. Maynard, Counsel & Attorneys | $582,030.00 | $70,158.80 | $652,188.80 | Bahamas local counsel providing support regarding Bahamas local law | October 2023 - December 2023 |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Walkers (Cayman) LLP | $0 | $0 | $0 | British Virgin Islands/Cayman Islands local counsel providing support regarding British Virgin Islands/Cayman Islands local law | |

**Ordinary Course Professionals List Subject to Tier 2 OCP $100,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| CDB Legal Services | $45,145.05 | $0 | $45,145.05 | Antigua local counsel providing support regarding Antigua local law | September 2023 - November 2023 |
| Clayton Utz | $73,335.38 | $3,247.28 | $76,582.66 | Australia local counsel providing support regarding Australia local law | October 2023 - November 2023 |
| Durukan Fadillioglu Attorney Partnership, DBA Durukan+Partners | $29,782.96 | $58.36 | $29,841.32 | Turkey local counsel providing support regarding Turkey local law | October 2023 - November 2023 |
| Hamel-Smith Caribbean | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| McCarthy Tétrault LLP | $0 | $0 | $0 | Canada local counsel providing support regarding Canada local law | |
| Peter Burgess | $0 | $0 | $0 | English law advice in connection with plan and adversary proceeding issues | |

**Ordinary Course Professionals List Subject to Tier 3 OCP $50,000 Cap Amount**

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Advokatur Sprenger+Partner | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Ali Budiardjo Nugroho Reksodiputro Counsellors at Law | $12,548.95 | $0 | $12,548.95 | Indonesia local counsel providing support regarding Indonesia local law | September 2023 |
| Anthony Waddy Astapahan | $0 | $0 | $0 | Antigua local counsel providing support regarding Antigua local law | |
| Appleby | $38,605.00 | $1,061.40 | $39,666.40 | Seychelles local counsel providing support regarding Seychelles local law | October 2023 - November 2023 |
| Arias, Fábrega & Fábrega | $0 | $0 | $0 | Panama local counsel providing support regarding Panama local law | |
| Arthur Cox LLP | $0 | $0 | $0 | Ireland local counsel providing support regarding Ireland local law | |
| Bowmans | $2,963.55 | $0 | $2,963.55 | South Africa local counsel providing support regarding South Africa local law | November 2023 |
| Gorriceta Africa Cauton & Saavedra | $0 | $0 | $0 | Philippines local counsel providing support regarding Philippines local law | |
| Grant Thornton | $5,168.54 | $399.81 | $5,568.35 | Accounting and tax advisor in Vietnam | October 2023 - December 2023 |
| Groom Law Group | $0 | $0 | $0 | ERISA advice | |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| Hadef & Partners LLC | $61,943.60 | $382.30 | $62,325.90 | United Arab Emirates local counsel providing support regarding United Arab Emirates local law | September 2023 - November 2023 |
| Harney Westwood & Riegels LLP | $0 | $0 | $0 | Cayman Islands local counsel providing support regarding Cayman Islands local law | |
| Harris Kyriakides | $0 | $0 | $0 | Cyprus local counsel providing support regarding Cyprus local law | |
| Kantenwein Zimmermann Spatscheck & Partner | $0 | $0 | $0 | Advise and represent Debtors in German litigation | |
| Kim & Chang | $572.00 | $0 | $572.00 | South Korea local counsel providing support regarding South Korea local law | October 2023 |
| Ladas & Parry LLP | $89,742.50 | $7,762.68 | $97,505.18 | Trademark portfolio maintenance and prosecution | September 2023 - December 2023 |
| Lane IP | $0 | $0 | $0 | Trademark maintenance and prosecution in the UK and EU | |
| Lexcomm Vietnam LLC | $0 | $0 | $0 | Vietnam local counsel providing support regarding Vietnam local law | |
| Link Partners Law Firm | $4,162.09 | $0 | $4,162.09 | Japanese local counsel providing support regarding Japan local law | October 2023 - December 2023 |
| Olaniwun Ajayi LP | $0 | $0 | $0 | Nigeria local counsel providing support regarding Nigeria local law | |

| ORDINARY COURSE PROFESSIONAL | FEES PAID DURING THE STATEMENT PERIOD | EXPENSES PAID DURING THE STATEMENT PERIOD | TOTAL AMOUNT PAID DURING THE STATEMENT PERIOD | DESCRIPTION OF SERVICES | SERVICE PERIODS PAID |
|---|---|---|---|---|---|
| S&N Partners | $1,825.05 | $0 | $1,825.05 | Japanese local counsel providing support regarding Japan local law | October 2023 - December 2023 |
| Schurti Partners Attorneys at Law Ltd | $0 | $0 | $0 | Liechtenstein local counsel providing support regarding Liechtenstein local law | |
| Shardul Amarchand Mangaldas & Co | $9,168.75 | $0 | $9,168.75 | India local counsel providing support regarding India local law | Septemberg 2023 - December 2023 |
| TSN Limited | $17,229.02 | $89.89 | $17,318.91 | Gibraltar local counsel providing support regarding Gibraltar local law | October 2023 - November 2023 |