UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

RECEIVED 2024 FEB 15 AM 9:21
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al,

    Debtors.

_____/

Chapter 11
Case No. 22-11068 (JTD)

(Jointly administered)

## RESPONSE TO DEBTOR'S TWELFTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN OVERSTAED PROOFS OF CLAIM (CUSTOMER CLAIMS) BY CLAIMANT #33150

Liam Ellmann, Creditor 33150 (Ellmann), by and through his counsel, Ellmann & Ellmann PC, responds to the Debtor's Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) (Docket #6283) as follows:

1. Ellmann objects to the inclusion of the short, BTC-Perp -11.000 in his account because he was foreclosed from closing out the short by the closure of the FTX exchange. He attempted to close out the short prior to the filing of the bankruptcy but was prevented from doing so.

2. If the Debtor keeps the short in Ellmann's claim, he requests that the value of the short should be the difference between the opening price of the short and the value set for the future position in Exhibit 1 to the Motion of Debtors to Estimate Claims Based on Digital Assets of $17,108.00 (Docket #5202). The short was purchased very close to the bankruptcy filing of the Debtor and this net value should not significantly affect the value of his claim.

**THEREFORE**, Liam Ellmann, respectfully requests that the Court deny or modify the objection to claim as stated above.

Dated: February 7, 2024

/s/Douglas S. Ellmann
Douglas S. Ellmann P34617
Ellmann & Ellmann P.C.
Attorneys and Counselors
2075 W. Stadium Blvd., #1088
Ann Arbor MI. 48106
734 668 4800
www.ellmannlaw.com
dse@ellmannlaw.com


/s/Liam Ellmann
Liam Ellmann
Claimant 33150

# UNITED STATES BANKRUPTCY COURT, IN THE DISTRICT OF DELAWARE

In re:

FTX TRADING LTD., et al,

Debtors.

Chapter 11
Case No. 22-11068 (JTD)

(Jointly administered)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date he served a copy of the attached Response to Objection to claim upon the following parties via email to:

Landis Roth & Cobb LLP, 919 Market St., Ste. 1800, Wilmington, Del. 19801
Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com)

Sullivan & Cromwell LLP, 125 Broad St., New York, New York 10004
Attn: Alexa J. Kranzley (kransleya@sullcrom.com)

Dated: Feb. 7, 2024

/s/ Douglas S. Ellmann
Douglas S. Ellmann P34617
Ellmann & Ellmann P.C.
Attorneys and Counselors
2075 W. Stadium Blvd., #1088
Ann Arbor MI. 48106
734 668 4800
www.ellmannlaw.com
dse@ellmannlaw.com






PRESS FIRMLY TO SEAL

Retail
U.S. POSTAGE PAID
PME 2-Day
ANN ARBOR 48103
SCAN ME



PRIORITY MAIL EXPRESS®



EI 505 551 882 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 734 ) 668-4800

DOUGLAS S. ELLMANN, ESQ.
4575 W. LOCH ALPINE DR.
ANN ARBOR, MI. 48103

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE ( 302 ) 252-2900

U.S. BANKRUPTCY COURT CLERK
824 NORTH MARKET ST.
3RD FLOOR
WILMINGTON, DE

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 - ___

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 48106
Scheduled Delivery Date: 2-9-24
Postage: $30.45
Date Accepted: 2-7-24
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 6:04 PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $30.45
Weight: ___ lbs. ___ ozs.  ☐ Flat Rate
Acceptance Employee Initials: KO

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

October 2023
12 x 9 1/2





PEEL FROM THIS CORNER

UNITED STATES POSTAL SERVICE®