Office of the Clerk of the United States Bankruptcy Court for the
District of Delaware:
824 Market Street, 3rd Floor,
Wilmington, Delaware 19801
USA

2024 FEB 15  AM 9:21

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Objection to amended claim served

Clerk of the United States Bankruptcy Court
FTX TRADING LTD
Case No. 22-11068 (JTD)
Objection to amended claim by debtor
Claim Number: 47840
Claimant Name: Griffiths, Colin

I disagree with the USD amount amended on my claim. The
amount should be minus 183239.51 USD and not what it
has been amended to, which is minus 200652.33
I attach the screenshots of my account after the date
accounts were frozen. This amount is correct and was also
the correct amount first submitted by the bankruptcy claim
paperwork emailed to me by Kroll on the 31st March 2023.
It is also attached. This should not be changed as there is
no basis to change this amount.

Colin Griffiths
1102 Impasse du Courbariuex
Saint Caprise d'Eymet
France
24500

Email. Colin@taurusuk.com
tel. +447837276962



14:52

Wallet Balance 👁

**US$42,866.70**

Portfolio

Account ▾

Deposit | Withdraw | Convert | History | More

All   Crypto   Stocks   Fiat

| Name | Balance | USD Value |
|------|---------|-----------|
| Avalanche | 81.6517 | 1164.89 |
| LOOKS LooksRare | 1940.9811 | 262.53 |
| ATOM Atom | 32.3347 | 375.44 |
| LUNC Luna Classic | 587785.8100 | 110.07 |
| APE ApeCoin | 318.5099 | 850.42 |
| GMT STEPN | 6133.1189 | 2355.12 |
| LUNA2 Luna 2.0 | 2.6993 | 4.54 |
| ETHW Ethereum (Proof of w... | 18.0606 | 48.76 |

Home | Markets | Trade | Wallet



14:52    📷 💬 🔀 •                    🔋 🔕 .ıll 🗝 ⭐ .ıll 64%🔋

Wallet Balance  👁                    ▣ Portfolio

US$42,822.40                          Account ▾

⬇        ⬆        🔄        🗐        ☰
Deposit   Withdraw  Convert   History   More

All    Crypto    Stocks    Fiat                    🔍

| Name | Balance | USD Value |
|---|---|---|
| Celsius Token | | |
| RSR — Reserve Rights | 79490.2161 | 336.89 |
| DOGE — Dogecoin | 10167.0000 | 845.35 |
| BNT — Bancor Network Token | 2316.8209 | 879.21 |
| SAND — SAND | 1302.9584 | 812.59 |
| CRO — Crypto.com Coin | 651.0534 | 57.42 |
| AXS — Axie Infinity | 2061.4940 | 14168.75 |
| DOT — Polkadot | 742.5456 | 4236.80 |

🏠        📈        🔁        🗝
Home      Markets    Trade     Wallet

|||        ◯        ‹







14:52    🔋 📶 64% 🔋

Wallet Balance 👁          📊 Portfolio

US$42,887.45                Account ▼

Deposit    Withdraw    Convert    History    More

All    Crypto    Stocks    Fiat                🔍

| Name | Balance | USD Value |
|------|---------|-----------|
| SRM_LOCKED<br>Locked Serum | 2.2887 | 0.67 |
| SOL<br>Solana | 172.6647 | 2850.24 |
| HNT<br>Helium | 54.4000 | 107.50 |
| TOMO<br>TomoChain | 815.7436 | 237.26 |
| AAPL<br>Apple | -4.9503 | -1089.06 |
| FB<br>Facebook | 15.0000 | 1770.00 |
| OMG<br>OMG Network | 0.1628 | 0.20 |
| MATIC<br>Matic | 1413.7854 | 1454.95 |

Home    Markets    Trade    Wallet



**YOUR UNIQUE CUSTOMER CODE(S) AND SCHEDULED CLAIM INFORMATION IS AT THE BOTTOM OF THIS EMAIL.**

**YOU ARE RECEIVING THIS EMAIL BECAUSE YOU HAVE BEEN IDENTIFIED AS A CUSTOMER WITH A NET POSITIVE ACCOUNT BALANCE AS OF NOVEMBER 11, 2022 OF ONE OR MORE OF THE DEBTORS IN THE CHAPTER 11 CASES OF FTX TRADING LTD. AND CERTAIN OF ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AND JOINTLY ADMINISTERED UNDER THE CASE NUMBER 22-11068.  YOU HAVE BEEN LISTED IN ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.**

On March 14 and 15, 2023, the FTX Trading Ltd. and certain of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed their schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements").

*Pursuant to the Final Order (I) Authorizing the Debtors to Maintain a Consolidated List of Creditors in Lieu of Submitting a Separate Matrix for Each Debtor, (II) Authorizing the Debtors to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals on a Final Basis and (III) Granting Certain Related Relief* [D.I. 545], customer names and addresses in the Schedules and Statements are redacted.  With respect to Schedules E/F – which identify creditors of the Debtors with non-priority unsecured claims (including customers with a net positive account balance as of November 11, 2022) – in an effort to redact customer names and addresses, the Debtors have identified each customer with a net positive account balance as of November 11, 2022 by a unique customer code (a "Unique Customer Code").  Your Unique Customer Code and an excerpt of your scheduled claim(s) are at the bottom of this email.

**PLEASE BE ADVISED THAT THE COURT HAS NOT YET SET A DEADLINE FOR SUBMITTING PROOFS OF CLAIMS OR INTERESTS AGAINST THE DEBTORS.  WHEN THE COURT SETS A DEADLINE, ALL KNOWN CREDITORS, INCLUDING ALL CUSTOMERS IDENTIFIED ON THE SCHEDULES AND STATEMENTS, WILL BE PROVIDED NOTICE OF THE DEADLINE AND INSTRUCTIONS ON HOW TO SUBMIT PROOFS OF CLAIM OR INTERESTS.**

**PLEASE BE FURTHER ADVISED THAT RECEIPT OF THIS EMAIL AND A UNIQUE CUSTOMER CODE ONLY INDICATES THAT YOU HAD ONE OR MORE CLAIM(S) LISTED ON ONE OR MORE OF THE DEBTORS' SCHEDULES AND STATEMENTS.  PROVISION OF A UNIQUE CUSTOMER CODE IS NOT AN ADMISSION BY THE DEBTORS OF THE VALIDITY OF SUCH CLAIM(S) OR A WAIVER OF ANY DEFENSES THERETO.  THE DEBTORS HEREBY INCORPORATE BY REFERENCE THE GLOBAL NOTES ATTACHED TO EACH OF THE DEBTORS' SCHEDULES AND STATEMENTS AND RESERVE ALL RIGHTS.**

To
view all of the Debtors' Schedules and Statements, as well as the Global Notes, please visit
https://restructuring.ra.kroll.com/FTX
and navigate to the "Schedules & SOFA" page under "Quick Links."  Standalone excerpts of the customer data can be found under "Customer Schedules."

**Your Unique Customer Code is 00962050**
**Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:**

AAPL[-4.9502821764265600]
ADABULL[1.4160000000000000]
APE[318.5098662508964300]
APT[80.0863032000000000]
ASD[10951.7937541931130914]
ATLAS[53460.0000000000000000]
ATOM[32.3347001902052000]
AVAX[81.6516763201436300]
AXS[2061.4940143223036710]
BCH[4.0496439332058300]
BNB[0.0000000060136686]
BNBBULL[0.4672000000000000]
BNT[2316.8209342225645868]
BTC[4.0091386325776020]



Despatch Pack CP72   Administration of Great Britain
*Administration de Grande Bretagne*

PARCEL FORCE WORLDWIDE

**From:** Name and Address of Sender *Nom et Adresse de l'expéditeur*

MR A.D. CRITTAS
1 WOODBURY, ST MARTINS
SHRODSHIRE
Postcode SY11 3BX ☎ 07940876874

VAT No / Exporters reference (optional)

IAG

**A barcoded service label must also be affixed to the parcel.**

**To:** Name and Address of Addressee *Nom et Adresse du destinataire*

OFFICE of the CLERK of the UNITED STATES
BANKRUPTCY COURT FOR the DISTRICT OF
DELAWARE, 824 MARKET STREET, 3rd
Floor WILMINGTON,

Post Town and Zip/Postcode DELAWARE 19801
Country USA ☎ +1 302 252 2900

Importers reference (if any) (tax code/VAT No/Importer code) (optional)    Senders Reference (if any)

Date of Despatch *Date de dépôt* 8/2/24

Gross weight *Poids brut*
kgs 0   grns 78

**CN23 Customs Declaration** (Itemised description of all goods contained in the parcel)

| Quantity *Quantité* | Detailed description of contents *Description détaillée de contenu* | HS tariff no. *N° tarifaire de SH* | Country of origin of goods *Pays d'origine des marchandises* | Net weight (Kg) *Poids net* | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| | Submission to the Court. | | U.K. | | £1 | £1 |
| | | | | | | |
| | | | | | Total Value | £1 |

Category of item *Catégorie de l'envoi*
☐ Gift *Cadeau*  ☐ Commercial sample *Echantillon commercial*  ☐ Other *Autre*
☐ Documents  ☐ Returned goods *Retour de marchandise*  Explanation *Explication*
☐ Merchandise *Marchandises*

Invoice number    Licence number(s)    Certificate number(s)

I hereby certify that this invoice shows the actual price of the goods described, that no other invoice has been or will be issued, that all details are true and correct, and that this item does not contain any dangerous article prohibited by legislation or by postal/customs regulations.

Signature of Sender   *Signature d'expéditeur*

Comments: (eg: goods subject to quarantine, sanitary/phytosanitary inspection or other restrictions)

Please report any damage quickly and retain packaging for later inspection.
*Veuillez déclarer tout incident ou dommage dans les plus brefs délais et conserver l'envoi pour inspection ou contrôle.*

**global priority**

CN23

Declaration CN23

Despatch Note

EE 585 220 564 GB   1

**Sender**
Insert invoices etc here and seal down by removing peel off strip.

Invoices etc enclosed. *Factures etc inclus.*

EMS

Recipient phone no. +1 302 252 2900