IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |
|  | ) Ref. Docket No. 6654 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Twelfth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2023 Through November 30, 2023* [D.I. 6654] (the "Application"), filed on January 25, 2024.

The undersigned further certifies that he has reviewed the Court's docket in these cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on February 14, 2024.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 435], the Debtors are now authorized to pay

---

[1] The last four digits of FTX Trading Ltd.'s tax identification number are 3288. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

30256325.11

80% ($55,602.40) of requested fees ($69,503.00) and 100% of requested expenses ($292.35) on an interim basis without further Court order.

| | |
|---|---|
| Dated: February 15, 2024<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>   rpoppiti@ycst.com<br>   jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>   erezgilad@paulhastings.com<br>   gabesasson@paulhastings.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel to the Official Committee*<br>*of Unsecured Creditors* |