IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Case No. 22-11068 |
|---|---|
| FTX TRADING LTD., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **CONTRARIAN FUNDS, LLC** | **[REDACTED] [CUSTOMER CODE 00307781]** |
|---|---|
| Name of Transferee | Name of Transferor |
| **Address:** | **Address:** |
| CONTRARIAN FUNDS, LLC | [Redacted / on file] |
| 411 WEST PUTNAM AVE., SUITE 425 | |
| GREENWICH, CT 06830 | |
| ATTN: TRADE CLAIMS GROUP | |
| Phone: 203-862-8259 | |
| Fax:    203-485-5910 | |
| Email: tradeclaimsgroup@contrariancapital.com | |

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Unique Customer Code: 00307781 | [Redacted] | [As stated on Schedule (below)] | FTX Trading Ltd. | **22-11068** |
| Claim # 36753 | [Redacted] | [As stated on Schedule (below)] | FTX Trading Ltd. | **22-11068** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alpa Jimenez*_____        Date: February 12, 2024
          Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer of Claim to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00307582 | | INDI_IEO_TICKET[1], SRM[2.79211771], SRM_LOCKED[21.32788229], YGG[.1] | | |
| 00307588 | | ADA-PERP[0], ALT-20210924[0], ALT-20211231[0], ATLAS-PERP[0], BNB[0], BTC[0.00000001], BTC-0325[0], BTC-0624[0], BTC-0930[0], BTC-20211231[0], BTC-PERP[0], DEFI-20210924[0], DOGE-20210625[0], DOGE-PERP[0], DOT-20211231[0], DOT-PERP[0], EOS-20210625[0], ETH[0.00000001], ETH-0325[0], ETH-0624[0], ETH-0930[0], ETH-20210924[0], ETH-20211231[0], ETH-PERP[0], ETHW[0], FTT[0.00658034], GRT-PERP[0], MATIC[0], RAY-PERP[0], SOL[0.00000001], SOL-0624[0], SOL-20210625[0], SOL-20211231[0], SOL-PERP[0], SRM[8.32153275], SRM_LOCKED[2316.28579804], SUSHI-20210625[0], USD[0.00], USDT[0.00000001], XRP-20210924[0], XRP-PERP[0] | Yes | |
| 00307596 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], APE-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAT-PERP[0], BCH[.11585495], BNB[0.01076847], BNB-PERP[0], BTC[1.06595636], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], DOGE[401414.70489340], DOGEBEAR2021[0.00057164], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETH[0.03184278], ETH-20210326[0], ETH-PERP[0], ETHW[31.13671721], EUR[36870.68], FIL-PERP[0], FTM-PERP[0], FTT[0.41772679], FTT-PERP[0], GME[.0359196], GMEPRE[0], GRT-PERP[0], GST-PERP[0], LTC[.01664355], LTC-PERP[0], LUNA2[2.27376281], LUNA2_LOCKED[5.30544656], LUNC[18411.75], LUNC-PERP[0], MANA-PERP[0], MATIC[5], MATIC-PERP[0], NEAR-PERP[0], NFT (343328585505636863/The Hill by FTX #44783)[1], OKB-PERP[0], OMG-PERP[0], OP-PERP[0], OXY[.1799885], OXY-PERP[0], QTUM-PERP[0], RAY[.9634915], RAY-PERP[0], ROOK-PERP[0], RUNE-PERP[0], SAND-PERP[0], SOL[20.96909049], SOL-PERP[0], SPELL-PERP[0], SRM[.00418167], SRM_LOCKED[.01590895], SRM-PERP[0], STEP-PERP[0], SUSHI[.45983875], SUSHI-PERP[0], TOMO[0.06248508], TRX[234400.841252], TRX-PERP[0], USD[11.26], USDT[3797.09409537], VET-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00307597 | | ADABEAR[1449214.285125], ATLAS[189060.0906], BB[0.07072812], BNBBULL[0.00000018], BTC[0.04912543], BTC-PERP[0], BULL[0.23499980], DOGE[3], DOGEBEAR[56615624.97], EOSBULL[921.209212], ETH[1.89512284], ETHBULL[11.60479861], ETH-PERP[0], ETHW[34.03559282], FIDA[1932.77296551], FIDA_LOCKED[20.75519837], FTT[1514.23798175], FTT-PERP[0], GME[.03129515], GMEPRE[0], LTCBULL[47.0904709], MAPS[1546.01546], OXY[208.638438], POLIS[2186.001542], RAY[3134.3674008], SAND[.00171], SHIB[27100121], SLRS[3200.01318], SOL[1046.85649749], SRM[7908.05832998], SRM_LOCKED[696.24841933], SRM-PERP[0], USD[53818.43], USDT[8716.62995377], XRP[2.021407], XRPBULL[0.09192312] | | |
| 00307603 | | BNB-PERP[0], BTC[0], BTC-PERP[0], CRV-PERP[0], ETH[0.00015654], ETH-PERP[0], ETHW[.0003906], FTT[150.06264579], SRM[9.16460679], SRM_LOCKED[46.76362025], USD[0.59], USDT[0] | Yes | |
| 00307614 | | ETH[.05474362], ETHW[.05444735], LUNA2[11.51852676], LUNA2_LOCKED[26.87656244], LUNC[999698.48591096], SOL[1.93880171], USD[0.49], USDT[ -0.02114276], USTC[980.62582492] | | ETH[.054078], SOL[1.89042] |
| 00307650 | | BTC[.0839], SRM[1.35568764], SRM_LOCKED[5.16565721], USD[0.00], USDT[1.85768696] | | |
| 00307657 | | ADA-PERP[0], ALGO-PERP[0], AR-PERP[1], ASD-PERP[0], ATOM-PERP[0], AUDIO[14.9895], AUDIO-PERP[0], AVAX-PERP[1.2], BCH-PERP[0], BNB[.00903599], BNB-PERP[0], BNT-PERP[0], BOBA[15], BSV-PERP[0], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], CEL-PERP[0], CHZ-PERP[0], COIN[.009916], CRO[9.97], DODO[3], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], EGLD-PERP[0], EOS-PERP[0], ETH[.0119125], ETH-PERP[0], ETHW[.0119125], FIL-PERP[0], FLOW-PERP[0], FTT[0.04324044], GALA[315], GRT[88], GRT-PERP[0], HNT[1], HNT-PERP[0], IMX[15], IOTA-PERP[70], JASMY-PERP[0], KIN-PERP[0], KNC-PERP[0], KSM-PERP[0], LINK[3.6991], LINK-PERP[0], LRC-PERP[0], LTC[.289755], LTC-PERP[0], LUNA2[2.09184756], LUNA2_LOCKED[0.21431097], LUNC[20000], LUNC-PERP[0], MANA-PERP[0], MATIC[58.958], MATIC-PERP[0], OMG-PERP[0], RAY-PERP[0], REEF-PERP[0], REN[162.93], REN-PERP[0], RUNE[3.9972], RUNE-PERP[0], SAND[23], SAND-PERP[0], SHIB-PERP[0], SLP[260], SOL[.0059], SOL-PERP[0], SRM-PERP[0], STORJ-PERP[0], THETA-PERP[9], UNI[1.8], UNISWAP-PERP[0], USD[13.16], USDT[5.00239966], VET-PERP[0], XLM-PERP[150], XMR-PERP[0], XRP[131.84112714], XRP-PERP[0], YFI[.0009993], YFI-PERP[0], ZIL-PERP[650] | | |
| 00307668 | | AMPL[0], ANC[30], ATLAS-PERP[0], BNB[0], BTC[0], COPE[0], DOGE[0], EMB[0], ETH[0], FTM[0], FTT[0], LOOKS[0], LUNA2[0.36434641], LUNA2_LOCKED[0.85014164], LUNC[79337.2], MTA[0], RAY[0], SHIB[637175.91483807], SLRS[0], SPELL[0], STEP[0], SUSHI[0], TRX[0], USD[0.24], USDT[0.00001127], XRP[0] | | |
| 00307672 | | DOGEBEAR[9758], FTT[0.00135237], GODS[.08244], LUA[.07062], LUNA2[0.00000001], LUNA2_LOCKED[0.00000003], LUNC[.002892], NFT (417764269580484881/FTX EU - we are here! #37425)[1], UBXT[.3938], USD[0.01], USDT[0] | | |
| 00307674 | | UBXT[246469.25991954], UBXT_LOCKED[1260.41701954] | Yes | |
| 00307687 | | ADABULL[0.00000004], ALGOBULL[67824.5], ATLAS[3079.639], ATOMBULL[6], AURY[4.99943], AVAX[1.19986700], BAND[0], BCH[5.56210787], BCHBULL[5], BNBBULL[0.00000001], BULL[0.00000002], DENT[40093.521], DOGEBULL[0], ETH[.049], ETHBULL[0.00000003], ETHW[.13813032], FTM[194.93559], GRTBULL[0.09865101], KNCBULL[0.00000001], LINK[.0981], LINKBEAR[692.4], LINKBULL[0.00000001], LTC[.00529933], LTCBULL[.0062], LUNA2[0.00047747], LUNA2_LOCKED[0.00111410], LUNC[103.9708385], MER[1601.799125], MTA[990.727095], POLIS[54.294661], SRM[181.9734], SUSHIBEAR[84933], SXPBULL[.0079632], THETABEAR[2.4336], THETABULL[0.00000004], TRX[.000006], USDT[0.00000001], VETBULL[0.00000002], ZECBULL[0.00000002] | | |
| 00307694 | | 1INCH[0], 1INCH-PERP[0], ATOM-PERP[0], AVAX[0], AVAX-PERP[0], BADGER[.00000001], BNT[0], BTC[0], BTC-PERP[0], CVX[.00000001], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX[.00000001], ETH[0], ETH-PERP[0], FTT[33.03435443], GRT-PERP[0], HXRO[0], KNC[0], LTC[0], LTC-PERP[0], MTA-PERP[0], ROOK[33.48750616], ROOK-PERP[0], SOL[0.07319994], SRM_LOCKED[.76065585], STEP[.00000001], SUSHI-PERP[0], THETA-PERP[0], UNI-PERP[0], USD[0.00], USDT[0.00000012], WAVES-PERP[0], WBTC[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00307702 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-20210326[0], ADABULL[0], ADA-PERP[0], ALGO-PERP[0], AMPL[0], AMPL-PERP[0], AVAX-PERP[0], BAO-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0.00977997], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0.10680000], BULL[0], CAKE-PERP[0], CEL[.00000002], CEL-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETC-PERP[0], ETH[ -0.00000001], ETH-PERP[0], EUR[0.00], FTM-PERP[0], FTT[0.00000001], FTT-PERP[0], GALA-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2_LOCKED[252.5912105], LUNC-PERP[0], MATIC-PERP[0], NEO-PERP[0], SHIB-PERP[0], SHIT-20210326[0], SOL-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TRX[.00001], USD[ -1701.08], USDT[0.00779940], USTC-PERP[0], VET-PERP[0], XLM-PERP[0], XRP[.00000002], XRP-PERP[0], YFI[.00000001], YFI-PERP[0] | | |
| 00307738 | | BTC[0.00000027], ETH[0], FTT[25], SRM[14.59405408], SRM_LOCKED[426.02799025], TRX[12376], USD[1.62], USDT[0.14047184] | Yes | |
| 00307776 | | FTT[.09831265], GODS[.09047396], MAPS[.4083], SRM[1.88125259], SRM_LOCKED[7.47874741], USD[1000.00], USDT[78.52386830] | | |
| 00307781 | | 1INCH-PERP[0], AAVE-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALT-PERP[0], APE-PERP[0], ATLAS-PERP[0], AURY[.00000001], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC[1.34391384], BTC-PERP[0], CHZ-PERP[0], COMP-PERP[0], CREAM-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], ETH[8.73816548], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT[0], FTT-PERP[0], ICP-PERP[0], LEO-PERP[0], LTC-PERP[0], LUNA2[0.06041512], LUNA2_LOCKED[0.14096861], LUNC-PERP[0], NEAR-PERP[0], RON-PERP[0], SOL[.00590266], SOL-PERP[0], SRM[.0904575], SRM_LOCKED[52.2542825], SRM-PERP[0], SUSHI-PERP[0], USD[31563.81], USDT[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00307782 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB[0], BNB-PERP[0], BTC[0.00009962], BTC-PERP[0], BULL[0.00000001], CAKE-PERP[0], CEL-PERP[0], CHZ-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.00000007], ETHBULL[0.00000001], ETH-PERP[0], ETHW[.00015018], FTM-PERP[0], FTT[0.00196386], FTT-PERP[0], GRT-PERP[0], HEDGE-PERP[0], HNT-PERP[0], HUM-PERP[0], KLUNC-PERP[0], KSHIB-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNA2[0.00000002], LUNA2_LOCKED[0.00000006], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], NEO-PERP[0], OMG-PERP[0], RUNE-PERP[0], SAND-PERP[0], SHIB-PERP[0], SOL-PERP[0], SRM[.48575822], SRM_LOCKED[2.69048391], SRN-PERP[0], SUSHI[0], SUSHI-THETA-PERP[0], TRX[.000778], UNI-PERP[0], USD[279.98], USDT[0.00000006], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI[0], YFI-PERP[0], ZIL-PERP[0] | | |
| 00307791 | | AAVE-20201225[0], AAVE-20210326[0], AAVE-20210625[0], AAVE-PERP[0], ADA-20210326[0], ADA-20210625[0], ADA-PERP[0], ALCX[.00000001], ALGO-20201225[0], ALGO-PERP[0], ALT-20201225[0], ALT-20210625[0], ALT-PERP[0], AMPL-PERP[0], ATOM-20210326[0], ATOM-20210625[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BAL-20210625[0], BAL-PERP[0], BAND-PERP[0], BCH-PERP[0], BNB-20210326[0], BNB-20210625[0], BNB-PERP[0], BNT-PERP[0], BSV-PERP[0], BTC[0], BTC-20201225[0], BTC-20210326[0], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-HASH-2020Q4[0], BTC-HASH-2021Q1[0], BTC-PERP[0], BULL[0], CARLSEN2021[0], COMP-20210326[0], COMP-PERP[0], CREAM-20210326[0], CREAM-PERP[0], CRV-PERP[0], DAI[0], DEFI-20201225[0], DEFI-20210326[0], DEFI-PERP[0], DEMSENATE[0], DOGE-20201225[0], DOGE-20210326[0], DOGE-PERP[0], DRGN-PERP[0], EOS-PERP[0], ETH[0.00000003], ETH-20210326[0], ETH-20210625[0], ETH-20211231[0], ETHHALF[0], ETH-PERP[0], EXCH-PERP[0], FIDA[5.53038904], FIDA_LOCKED[31.53147195], FIDA-PERP[0], FIL-PERP[0], FTM[0], FTT[0], IOTA-PERP[0], KSM-PERP[0], LEO-PERP[0], LINK-20210326[0], LINK-20210625[0], LINKBULL[0], LINK-PERP[0], LTC-20210326[0], LTC-20210625[0], LTC-PERP[0], LUNC-PERP[0], MKR-PERP[0], MTA-PERP[0], NEO-PERP[0], NFT (499198288222664035/Weird Friends PROMO)[1], OMG-20210326[0], OMG-PERP[0], ONE-PERP[0], REN[0], REN-PERP[0], RUNE-PERP[0], SECO-PERP[0], SHIB-PERP[0], SHIT-20201225[0], SNX-PERP[0], SOL[0], SOL-PERP[0], SUSHI-20210326[0], SUSHI-20210625[0], SUSHI-PERP[0], THETA-20210326[0], THETA-PERP[0], TOMO-PERP[0], TRUMPFEB[0], TRX-PERP[0], UNI-20210326[0], UNI-PERP[0], UNISWAP-20210326[0], UNISWAP-20210625[0], UNISWAP-PERP[0], USD[7773.79], USDT[0.00000001], USTC[0], WAVES-20210326[0], WBTC[0], XLM-PERP[0], XRP-PERP[0], YFI[0], YFI-20210326[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | USD[4886.59] |
| 00307807 | | ADA-PERP[0], AMPL[0], AMPL-PERP[0], ATLAS-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL[.038835], BAL-PERP[0], BCH-PERP[0], BTC[0], BTC-PERP[0], C98-PERP[0], CREAM-PERP[0], DOT-PERP[0], DYDX-PERP[0], EOS-PERP[0], ETH[0], ETH-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[155.0582316], FTT-PERP[0], GMT-PERP[0], ICP-PERP[0], KSHIB-PERP[0], LTC-PERP[0], LUA[.085717], LUNC-PERP[0], MATIC-PERP[0], OMG-20211231[0], OMG-PERP[0], POLIS-PERP[0], PRIV-PERP[0], RAY[.747705], SOL[0], SRM[1.51199269], SRM_LOCKED[8.01697931], SUSHI-20210326[0], UNI-PERP[0], USD[468.12], USDT[299.66], XRP-PERP[0], YFI-20210326[0], YFI-PERP[0] | | |
| 00307813 | | 1INCH-PERP[0], AAVE-PERP[0], ALGO-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BADGER-PERP[0], BAND-PERP[0], BNB-PERP[0], BTC-PERP[0], COMP-PERP[0], ETH-PERP[0], FTT-PERP[0], GRT-PERP[0], HNT-PERP[0], ICP-PERP[0], KNC-PERP[0], LINA-PERP[0], MTA-PERP[0], ONT-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], SOL-PERP[0], SRM-PERP[0], SXP-PERP[0], UBXT[16057.63669634], UBXT_LOCKED[83.8375553], USD[240.28], USDT[0.12601881], VET-PERP[0], XRP-PERP[0], YFI-PERP[0] | | |
| 00307816 | | AAVE-20210625[0], ADA-PERP[0], ALT-PERP[0], BNB-PERP[0], BTC[0], BTC-20211231[0], BTC-MOVE-20200904[0], BTC-PERP[0], DOGE-PERP[0], DOT-20211231[0], ETH[.00000001], ETH-20211231[0], ETH-PERP[0], FTT[0.09265549], LTC-PERP[0], MNGO-PERP[0], PEOPLE-PERP[0], SNX[0], SOL[0.00000001], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL-PERP[0], SRM[61.48270964], SRM_LOCKED[1.64675618], SRM-PERP[0], SUSHI-PERP[0], THETA-PERP[0], USD[0.00], USDT[0.09524146], XRP-PERP[0] | | |
| 00307823 | | ATOM[4.32471555], BTC[0.00006497], BTC-PERP[0], ETH[0.00055468], ETHW[0.00055468], FTT[.02763], GBP[0.09], LTC[0], REN[.9930691], SOL[1.10670592], SRM[1.15831145], SRM_LOCKED[1.94669983], SUSHI[0.27376803], USD[6.12], USDT[11.27645487] | | |
| 00307841 | | APE-PERP[0], BTC-PERP[0], DOGE-PERP[0], ETH-PERP[0], LUNA2[0.07064400], LUNA2_LOCKED[0.16483600], LUNA2-PERP[0], MATIC[.051935], USD[0.05], USDT[.02700911], USTC[10], XRP-PERP[0] | Yes | |
| 00307849 | | BTC[0], BTC-PERP[0], FIL-PERP[0], FLOW-PERP[0], FTT[0], NFT (320997366965655354/FTX Swag Pack #310)[1], SRM[1.25435996], SRM_LOCKED[7.70863435], SUSHI-PERP[0], USD[0.00] | | |