**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors | Chapter 11<br><br>No. 22-11068 (JTD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Lavanda Sands, L.L.C.**<br>Last Four Digits of Acct #: N/A | Name of Transferor<br>**Name (Redacted)**<br>Last Four Digits of Acct #: N/A |
| | Address:<br>On file with debtors. |
| Name and Address where notices and payments to transferee should be sent: | **Case No.**: 22-11068 et seq. |
| c/o Crowell & Moring LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Attention: Timothy Lin<br>tlin@crowell.com | |

| Claim No. | Claim Confirmation ID | Original Creditor Name | Transferred Amount of Claim | Debtor |
|---|---|---|---|---|
| 4919 | 3265-69-WMTLA-197537181 | [Redacted] | 100% of all claims | Alameda Research Ltd |
| 4935 | 3265-69-VXUPY-203124673 | [Redacted] | 100% of all claims | Cottonwood Grove Ltd |
| 4933<br>79481 | 3265-69-XPQUT-420190833<br>3265-70-MLUSW-172389988 | [Redacted] | 100% of all claims | FTX Trading Ltd. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_                                            Date: November 1, 2023
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, ▮▮▮▮▮▮▮▮▮▮ ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Lavanda Sands, L.L.C.** ("Buyer") all rights, title and interest in and to the claims of Seller identified below (the "Claim") against FTX Trading Ltd. and 101 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (as defined below) in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pending before the Honorable John T. Dorsey, and jointly administered under Case No. 22-11068 (the "Case"):

| Claim No. | Claim Confirmation ID | Original Creditor Name | Transferred Amount of Claim | Debtor |
|---|---|---|---|---|
| 4919 | 3265-69-WMTLA-197537181 | ▮ | 100% of all claims | Alameda Research Ltd |
| 4935 | 3265-69-VXUPY-203124673 | ▮ | 100% of all claims | Cottonwood Grove Ltd |
| 4933 | 3265-69-XPQUT-420190833 | ▮ | 100% of all claims | FTX Trading Ltd. |
| 79481 | 3265-70-MLUSW-172389988 | | | |

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 1st day of November, 2023.

**SELLER:**                                  **BUYER:**

                                             **LAVANDA SANDS, L.L.C.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮                              _/s/ Timothy Lin_____

                                             Name: Timothy Lin

                                             Title: Authorized Signatory



# Creditor Data Details - Claim # 4919

**Creditor**
Name on file
Address on file

**Debtor Name**
Alameda Research Ltd
**Date Filed**
06/30/2023

**Claim Number**
4919
**Schedule Number**
n/a
**Confirmation ID**
3265-69-WMTLA-197537181

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $64,640,000.00 | | $64,640,000.00 | Asserted |
| Priority | | | Unliquidated | U | $0.00 | Asserted |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $64,640,000.00 | | $64,640,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue...

 Open in new window



[Proof of Claim PDF]

# Creditor Data Details - Claim # 4935

**Creditor**
Liquidity Network Ltd.
c/o De Cerjat Associes
Rue Sautter 29
Case Postale 244
Geneve, 1205
Switzerland

**Debtor Name**
Cottonwood Grove Ltd

**Date Filed**
06/30/2023

**Claim Number**
4935

**Schedule Number**
n/a

**Confirmation ID**
3265-69-VXUPY-203124673

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $64,640,000.00 | | $64,640,000.00 | Asserted |
| Priority | | | Unliquidated | U | $0.00 | Asserted |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $64,640,000.00 | | $64,640,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue...



Open in new window



# Creditor Data Details - Claim # 4933

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
06/30/2023

**Claim Number**
4933
**Schedule Number**
n/a
**Confirmation ID**
3265-69-XPQUT-420190833

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $64,640,000.00 | | $64,640,000.00 | Asserted |
| Priority | | | Unliquidated | U | $0.00 | Asserted |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $64,640,000.00 | | $64,640,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances

 Open in new window



## Creditor Data Details - Claim # 79481

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/28/2023

**Claim Number**
79481
**Schedule Number**
n/a
**Confirmation ID**
3265-70-MLUSW-172389988

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | OXY | 358778625.95419838 |
| CRYPTO | OXY_LOCKED | 1641221374.04580162 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their

 Open in new window