**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al.*                    Case No. 22-11068 (JTD) (Jointly Administered)

**TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

Boway Holdings, LLC                                  Redacted
_____                     _____
Name of Transferee                                  Name of Transferor

Name and Address where notices to Transferee should be    Confidential Creditor with Unique Customer Code: 00180534
sent:
                                                    FTX  Account ID: 2194093
Boway Holdings, LLC
1301 Avenue of the Americas, 34th Floor             Name and Address where notices to Transferor should be sent:
New York, NY 10019                                  Address on file
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-1 Schedule No. 221106807637498 (See attached Excerpt) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 87886 (submitted on or about 10/23/2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No.: 3265-70-FXODS-201308024 and 3265-70-OWBNK-831525360 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Boway Holdings, LLC**

By:      Oaktree Fund GP, LLC
Its:      Manager

By:      Oaktree Fund GP I, L.P.
Its:      Managing Member

By: _____ Date: 2/1/2024
Name: Colin McLafferty
Title:  Vice President

By: _____ Date: 2/2/2024
Name:  Steven Tesoriere
Title:  Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted            (with Unique Customer Code: 00180534 and FTX Account ID 2194093)  ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Boway Holdings, LLC ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully  as follows (collectively, the "**Claim**"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-1 Schedule No. 221106807637498 (See attached Excerpt) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 87886 (submitted on or about 10/23/2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No.: 3265-70-FXODS-201308024 and 3265-70-OWBNK-831525360 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 2nd day of February, 2024.

**SELLER:**
Redacted            Redacted


By: ___          —            —
 Name: Redacted
 Title: Redacted

**BUYER**:
**Boway Holdings, LLC**

By:    Oaktree Fund GP, LLC
Its:    Manager
By:    Oaktree Fund GP I, L.P.
Its:    Managing Member

By: _____
Name: Colin McLafferty
Title:  Vice President

By: _____
Name:  Steven Tesoriere
Title:  Managing Director

DocuSign Envelope ID: 6C23A061-EF6E-475F-BCAA-2CB3A2A18DD1

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXCERPT   OF**

FTX Trading Ltd. Amended Customer Claim Schedule

Kroll Website Claim Entry

# Creditor Data Details - Claim # 87886

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
10/23/2023

**Claim Number**
87886
**Schedule Number**
7637498
**Confirmation ID**
3265-70-FXODS-201308024

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

## Claim Additional Info

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | 1INCH | -670.8489780955052 |
| CRYPTO | 1INCH-1230 | 82722.0 |
| CRYPTO | 1INCH-PERP | -62803.0 |
| CRYPTO | AAVE | 1.1727903699516664 |
| CRYPTO | AAVE-0325 | -0.0000000000001315 |
| CRYPTO | AAVE-0624 | -0.0000000000001528 |
| CRYPTO | AAVE-1230 | -141.99 |
| CRYPTO | AAVE-20210326 | -0.0000000000000213 |
| CRYPTO | AAVE-20210625 | 0.0000000000001812 |
| CRYPTO | AAVE-20210924 | 0.0000000000000142 |
| CRYPTO | AAVE-20211231 | -0.0000000000000142 |
| CRYPTO | AAVE-PERP | 110.040000000006 |
| CRYPTO | ABNB-20201225 | -0.0000000000000284 |
| CRYPTO | ADA-1230 | 22805.0 |
| CRYPTO | ADA-PERP | -17586.0 |
| CRYPTO | AGLD | 0.038598 |
| CRYPTO | AGLD-PERP | -0.0000000000218279 |
| CRYPTO | ALGO-1230 | -59521.0 |
| CRYPTO | ALGO-PERP | 53781.0 |
| CRYPTO | ALICE-PERP | -1442.09999999998 |
| CRYPTO | ALPHA | -1711.7989955590215 |
| CRYPTO | ALPHA-PERP | 6247.0 |
| CRYPTO | ALT-0325 | 0.0000000000000007 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | ALT-0624 | -0.0000000000000009 |
| CRYPTO | ALT-0930 | -0.0000000000000006 |
| CRYPTO | ALT-1230 | -1.447 |
| CRYPTO | ALT-20210326 | -0.0000000000000009 |
| CRYPTO | ALT-20210625 | 0.0000000000000022 |
| CRYPTO | ALT-20210924 | 0 |
| CRYPTO | ALT-20211231 | -0.0000000000000016 |
| CRYPTO | ALT-PERP | 1.46500000000002 |
| CRYPTO | AMPL | 579.3551309326059 |
| CRYPTO | ANC | 1195.61605 |
| CRYPTO | APE | 19381.639529192587 |
| CRYPTO | APE-PERP | -1985.49999999989 |
| CRYPTO | APT | 1444.6985504806553 |
| CRYPTO | APT-PERP | 1872.0 |
| CRYPTO | AR-PERP | 154.700000000038 |
| CRYPTO | ASD | 1.2387645702471957 |
| CRYPTO | ASD-20210625 | 0.000000000011994 |
| CRYPTO | ASD-PERP | 0.0000000002575007 |
| CRYPTO | ATLAS | 4.673 |
| CRYPTO | ATOM | 5379.252086655729 |
| CRYPTO | ATOM-0325 | 0.0000000000024158 |
| CRYPTO | ATOM-0624 | 0.000000000001819 |
| CRYPTO | ATOM-0930 | -0.0000000000001972 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | ATOM-1230 | 1994.3 |
| CRYPTO | ATOM-20210326 | -0.0000000000003979 |
| CRYPTO | ATOM-20210625 | 0.0000000000017621 |
| CRYPTO | ATOM-20210924 | 0.0000000000004832 |
| CRYPTO | ATOM-20211231 | -0.0000000000022027 |
| CRYPTO | ATOM-PERP | -1876.9300000005 |
| CRYPTO | AUDIO | 120.7115825 |
| CRYPTO | AUDIO-PERP | 108744.1 |
| CRYPTO | AVAX | -7.350747421925132 |
| CRYPTO | AVAX-0325 | -0.0000000000000227 |
| CRYPTO | AVAX-0624 | 0.0000000000005116 |
| CRYPTO | AVAX-0930 | -0.0000000000001252 |
| CRYPTO | AVAX-1230 | 7.79999999999995 |
| CRYPTO | AVAX-20210326 | 0.0000000000004086 |
| CRYPTO | AVAX-20210625 | 0.0000000000001137 |
| CRYPTO | AVAX-20210924 | 0.0000000000022737 |
| CRYPTO | AVAX-20211231 | 0.0000000000014779 |
| CRYPTO | AVAX-PERP | 52.6000000004545 |
| CRYPTO | AXS | -5.808973558827974 |
| CRYPTO | AXS-PERP | 46.299999999903 |
| CRYPTO | BABA | 0.09858 |
| CRYPTO | BABA-20210326 | -0.0000000000004547 |
| CRYPTO | BADGER | 0.0134667625 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | BADGER-PERP | 0.000000000003288 |
| CRYPTO | BAL | 2198.1469942172 |
| CRYPTO | BAL-20200925 | 0.0000000000014779 |
| CRYPTO | BAL-PERP | -315.340000000032 |
| CRYPTO | BAND | -200.2315147821978 |
| CRYPTO | BAND-PERP | 107159.2 |
| CRYPTO | BAT | 2140.07265875 |
| CRYPTO | BAT-PERP | -4850.0 |
| CRYPTO | BCH | 26.8427637250909 |
| CRYPTO | BCH-0325 | -0.0000000000000018 |
| CRYPTO | BCH-0624 | 0.0000000000000071 |
| CRYPTO | BCH-1230 | 13.221 |
| CRYPTO | BCH-20210326 | -0.0000000000000024 |
| CRYPTO | BCH-20210625 | -0.0000000000000062 |
| CRYPTO | BCH-20210924 | 0.0000000000000071 |
| CRYPTO | BCH-20211231 | 0.0000000000000027 |
| CRYPTO | BCHA | 8.68547869 |
| CRYPTO | BCH-PERP | -32.8540000000031 |
| CRYPTO | BNB | 245.55581112627274 |
| CRYPTO | BNB-0325 | 0.0000000000000093 |
| CRYPTO | BNB-0930 | -0.0000000000000013 |
| CRYPTO | BNB-1230 | -2.7 |
| CRYPTO | BNB-20200626 | 0.0000000000009095 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | BNB-20210326 | 0.0000000000000071 |
| CRYPTO | BNB-20210625 | -0.0000000000001386 |
| CRYPTO | BNB-20210924 | 0.0000000000000036 |
| CRYPTO | BNB-20211231 | -0.0000000000000213 |
| CRYPTO | BNB-PERP | -20.7000000000258 |
| CRYPTO | BNTX-20201225 | -0.0000000000000071 |
| CRYPTO | BOBA | 0.87530003 |
| CRYPTO | BOBA-PERP | 0.0000000000222826 |
| CRYPTO | BSV-0325 | 0.0000000000001137 |
| CRYPTO | BSV-0624 | -0.0000000000000381 |
| CRYPTO | BSV-1230 | 441.08 |
| CRYPTO | BSV-20210326 | 0.0000000000000071 |
| CRYPTO | BSV-20210625 | -0.0000000000000782 |
| CRYPTO | BSV-20210924 | 0.0000000000000036 |
| CRYPTO | BSV-20211231 | 0.0000000000001661 |
| CRYPTO | BSV-PERP | -440.140000000002 |
| CRYPTO | BTC | 0.8588884741023419 |
| CRYPTO | BTC-0325 | 0.0000000000000021 |
| CRYPTO | BTC-0331 | -0.00679999999999992 |
| CRYPTO | BTC-0624 | -0.0000000000000009 |
| CRYPTO | BTC-0930 | -0.0000000000000013 |
| CRYPTO | BTC-1230 | -0.00159999999999957 |
| CRYPTO | BTC-20200626 | 0.0000000000000002 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | BTC-20200925 | -0.0000000000000029 |
| CRYPTO | BTC-20201225 | 0.0000000000000093 |
| CRYPTO | BTC-20210326 | -0.0000000000000031 |
| CRYPTO | BTC-20210625 | 0.000000000000001 |
| CRYPTO | BTC-20210924 | -0.0000000000000009 |
| CRYPTO | BTC-20211231 | 0.0000000000000055 |
| CRYPTO | BTC-MOVE-1111 | 1.02659999999997 |
| CRYPTO | BTC-MOVE-WK-1111 | 0.0999 |
| CRYPTO | BTC-PERP | -0.981800000001771 |
| CRYPTO | BTMX-20210326 | -0.0000000000509317 |
| CRYPTO | C98-PERP | -1260.0 |
| CRYPTO | CELO-PERP | -0.90000000033865 |
| CRYPTO | CHR-PERP | 58079.0 |
| CRYPTO | CHZ | 46217.1499375 |
| CRYPTO | CHZ-PERP | 23060.0 |
| CRYPTO | COMP | 251.717691110829 |
| CRYPTO | COMP-0325 | -0.0000000000001137 |
| CRYPTO | COMP-0624 | -0.0000000000000293 |
| CRYPTO | COMP-0930 | 0.0000000000002263 |
| CRYPTO | COMP-1230 | -1229.5114 |
| CRYPTO | COMP-20200925 | -0.0000000000001013 |
| CRYPTO | COMP-20210625 | -0.0000000000000284 |
| CRYPTO | COMP-20210924 | -0.0000000000002842 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | COMP-20211231 | 0.0000000000005542 |
| CRYPTO | COMP-PERP | 1577.3744 |
| CRYPTO | CREAM | 0.006139625 |
| CRYPTO | CREAM-20210326 | 0.0000000000002274 |
| CRYPTO | CREAM-20210625 | 0.0000000000001889 |
| CRYPTO | CREAM-PERP | -0.000000000000743 |
| CRYPTO | CRV | 16712.12661375 |
| CRYPTO | CRV-PERP | 3363.0 |
| CRYPTO | CVC | 306.61214 |
| CRYPTO | CVC-PERP | -3886.0 |
| CRYPTO | DAI | -8316.940006822426 |
| CRYPTO | DASH-PERP | -41.8599999999964 |
| CRYPTO | DEFI-0325 | 0.0000000000000032 |
| CRYPTO | DEFI-0624 | -0.0000000000000003 |
| CRYPTO | DEFI-0930 | -0.0000000000000004 |
| CRYPTO | DEFI-1230 | 0.394 |
| CRYPTO | DEFI-20211231 | -0.0000000000000002 |
| CRYPTO | DEFI-PERP | -0.404000000000008 |
| CRYPTO | DENT-PERP | 293600.0 |
| CRYPTO | DMG | 15993.940524 |
| CRYPTO | DMG-PERP | 0.0000000000717364 |
| CRYPTO | DODO-PERP | 98964.2000000007 |
| CRYPTO | DOGE | -25418.339208996877 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | DOGE-1230 | 19012.0 |
| CRYPTO | DOGE-PERP | 92350.0 |
| CRYPTO | DOT | 609.0190468912367 |
| CRYPTO | DOT-0325 | -0.0000000000000568 |
| CRYPTO | DOT-0624 | -0.0000000000001812 |
| CRYPTO | DOT-0930 | 0.0000000000000114 |
| CRYPTO | DOT-1230 | -140.8 |
| CRYPTO | DOT-20210326 | 0.0000000000008953 |
| CRYPTO | DOT-20210625 | 0.0000000000013713 |
| CRYPTO | DOT-20210924 | 0.00000000000027 |
| CRYPTO | DOT-20211231 | -0.0000000000002274 |
| CRYPTO | DOT-PERP | 351.900000000037 |
| CRYPTO | DYDX | 8068.720209 |
| CRYPTO | DYDX-PERP | 1146.70000000001 |
| CRYPTO | EGLD-PERP | -72.139999999987 |
| CRYPTO | ENJ | 27062.849605 |
| CRYPTO | ENJ-PERP | -8154.0 |
| CRYPTO | ENS-PERP | 36.0100000000186 |
| CRYPTO | EOS-0325 | 0.0000000000003695 |
| CRYPTO | EOS-1230 | 411.7 |
| CRYPTO | EOS-20210625 | -0.0000000000002274 |
| CRYPTO | EOS-PERP | 1375.60000000112 |
| CRYPTO | ETC-PERP | -109.700000000099 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | ETH | -5.2688092325008276 |
| CRYPTO | ETH-0325 | -0.0000000000000497 |
| CRYPTO | ETH-0331 | 12.193 |
| CRYPTO | ETH-0624 | -0.000000000000032 |
| CRYPTO | ETH-0930 | 0.0000000000000435 |
| CRYPTO | ETH-1230 | 0.879 |
| CRYPTO | ETH-20201225 | 0.0000000000001137 |
| CRYPTO | ETH-20210326 | 0.0000000000000011 |
| CRYPTO | ETH-20210625 | 0.0000000000000084 |
| CRYPTO | ETH-20210924 | 0.0000000000000189 |
| CRYPTO | ETH-20211231 | -0.0000000000000318 |
| CRYPTO | ETH-PERP | -16.0800000000147 |
| CRYPTO | ETHW | 1.5523418725751679 |
| CRYPTO | EURT | 11180.603785 |
| CRYPTO | FIL-0325 | -0.0000000000006821 |
| CRYPTO | FIL-0624 | -0.000000000001819 |
| CRYPTO | FIL-0930 | 0.0000000000039847 |
| CRYPTO | FIL-1230 | 2628.2 |
| CRYPTO | FIL-20210326 | 0.0000000000005116 |
| CRYPTO | FIL-20210625 | -0.0000000000002842 |
| CRYPTO | FIL-20210924 | 0.0000000000003162 |
| CRYPTO | FIL-20211231 | 0.0000000000006395 |
| CRYPTO | FIL-PERP | -3493.60000000013 |

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | FLM-PERP | 19807.5999999997 |
| CRYPTO | FTM | 95040.2970056443 |
| CRYPTO | FTM-PERP | -2882.0 |
| CRYPTO | FTT | 1904.6413431308063 |
| CRYPTO | FTT-PERP | 225.699999999972 |
| CRYPTO | GAL | 7732.3905615 |
| CRYPTO | GALA | 304719.0474 |
| CRYPTO | GALA-PERP | 328340.0 |
| CRYPTO | GMT | 16358.980429769903 |
| CRYPTO | GMT-PERP | 42474.0 |
| CRYPTO | GRT | 12207.820460541772 |
| CRYPTO | GRT-1230 | -28394.0 |
| CRYPTO | GRT-PERP | 35009.0 |
| CRYPTO | GST | 2036.436498 |
| CRYPTO | HGET | 682.38154075 |
| CRYPTO | HNT | 14374.1024025 |
| CRYPTO | HNT-PERP | -1403.39999999991 |
| CRYPTO | HOLY | 0.7258025 |
| CRYPTO | HOLY-PERP | -100.0 |
| CRYPTO | HOT-PERP | 8631900.0 |
| CRYPTO | ICP-PERP | 1.34000000000214 |
| CRYPTO | ICX-PERP | 2883.0 |
| CRYPTO | IMX | 6125.5348225 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | IOST-PERP | 870.0 |
| CRYPTO | IOTA-PERP | 63929.0 |
| CRYPTO | KAVA-PERP | 3898.29999999983 |
| CRYPTO | KIN | 1146589.125 |
| CRYPTO | KNC | 3892.1852340379373 |
| CRYPTO | KNC-20200925 | 0.000000000003638 |
| CRYPTO | KNC-PERP | 687.100000000132 |
| CRYPTO | KSM-PERP | -75.10999999999 |
| CRYPTO | KSOS | 16198.2675 |
| CRYPTO | LEO | -37.129091020399194 |
| CRYPTO | LINA-PERP | -912740.0 |
| CRYPTO | LINK | 3331.815507725094 |
| CRYPTO | LINK-0325 | 0.0000000000003411 |
| CRYPTO | LINK-0624 | -0.0000000000001137 |
| CRYPTO | LINK-1230 | -3506.0 |
| CRYPTO | LINK-20200626 | -0.0000000000000924 |
| CRYPTO | LINK-20200925 | 0.0000000000004547 |
| CRYPTO | LINK-20210326 | -0.0000000000000426 |
| CRYPTO | LINK-20210625 | -0.0000000000003411 |
| CRYPTO | LINK-20210924 | 0.0000000000000853 |
| CRYPTO | LINK-20211231 | -0.0000000000001705 |
| CRYPTO | LINK-PERP | 3492.29999999955 |
| CRYPTO | LRC | 3347.004635 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | LRC-PERP | 4439.0 |
| CRYPTO | LTC | -152.2047174695264 |
| CRYPTO | LTC-0325 | 0.0000000000000142 |
| CRYPTO | LTC-0624 | -0.0000000000000071 |
| CRYPTO | LTC-1230 | 31.25 |
| CRYPTO | LTC-20210326 | -0.0000000000000142 |
| CRYPTO | LTC-20210625 | -0.000000000000023 |
| CRYPTO | LTC-20210924 | 0.0000000000000568 |
| CRYPTO | LTC-20211231 | -0.0000000000000142 |
| CRYPTO | LTC-PERP | 80.260000000008 |
| CRYPTO | LUNA2 | 71.1496826394 |
| CRYPTO | LUNA2_LOCKED | 18045.539659202 |
| CRYPTO | LUNA2-PERP | -87.8000000000304 |
| CRYPTO | LUNC | 79288.63511863521 |
| CRYPTO | LUNC-PERP | 380982999.999999 |
| CRYPTO | MANA | 17300.290785 |
| CRYPTO | MANA-PERP | -3685.0 |
| CRYPTO | MAPS | 53.08232875 |
| CRYPTO | MATH | 10759.930096125 |
| CRYPTO | MATIC | -4063.015318542484 |
| CRYPTO | MATIC-PERP | 2213.0 |
| CRYPTO | MID-0325 | 0.0000000000000073 |
| CRYPTO | MID-0624 | -0.0000000000000071 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | MID-0930 | -0.0000000000000071 |
| CRYPTO | MID-1230 | -1.443 |
| CRYPTO | MID-20210625 | 0.0000000000000001 |
| CRYPTO | MID-20210924 | -0.0000000000000023 |
| CRYPTO | MID-20211231 | 0.0000000000000022 |
| CRYPTO | MID-PERP | 1.44299999999998 |
| CRYPTO | MKR | 4.462114664421543 |
| CRYPTO | MKR-PERP | 10.459 |
| CRYPTO | MOB | 36.506423104410764 |
| CRYPTO | MTA | 794.34039375 |
| CRYPTO | MTL | 13904.2414515 |
| CRYPTO | MTL-PERP | 704.900000000047 |
| CRYPTO | NEAR | 10138.6378505 |
| CRYPTO | NEAR-PERP | 130.400000000036 |
| CRYPTO | NEO-PERP | 2.5000000000435 |
| CRYPTO | OMG | -572.0274757380212 |
| CRYPTO | OMG-0325 | -0.000000000001819 |
| CRYPTO | OMG-0624 | 0.0000000000029559 |
| CRYPTO | OMG-0930 | -0.0000000000007276 |
| CRYPTO | OMG-1230 | -175.7 |
| CRYPTO | OMG-20210326 | -0.0000000000022737 |
| CRYPTO | OMG-20210625 | 0.0000000000011369 |
| CRYPTO | OMG-20210924 | 0.0000000000005471 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | OMG-20211231 | 0.0000000000006821 |
| CRYPTO | OMG-PERP | -792.200000000048 |
| CRYPTO | ONE-PERP | -274370.0 |
| CRYPTO | ONT-PERP | -19388.0 |
| CRYPTO | OP-PERP | -806.0 |
| CRYPTO | OXY | 138.80203875 |
| CRYPTO | PAXG | 0.6691151499827113 |
| CRYPTO | PAXG-PERP | -0.000000000000024 |
| CRYPTO | PEOPLE | 1363958.9433 |
| CRYPTO | PEOPLE-PERP | -138700.0 |
| CRYPTO | PYPL-20201225 | -0.0000000000000002 |
| CRYPTO | QTUM-PERP | -434.200000000054 |
| CRYPTO | RAY | 98137.8398372092 |
| CRYPTO | RAY-PERP | 56483.0 |
| CRYPTO | REEF | 2264172.955375 |
| CRYPTO | REEF-PERP | 4059870.0 |
| CRYPTO | REN | -54900.70202675354 |
| CRYPTO | REN-PERP | 671.0 |
| CRYPTO | ROOK | 3.58829773375 |
| CRYPTO | RSR | 91712.63167752135 |
| CRYPTO | RSR-PERP | -436470.0 |
| CRYPTO | RUNE | 0.0801770926627195 |
| CRYPTO | RUNE-20200925 | -0.000000000001819 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | RUNE-PERP | 50460.3000000002 |
| CRYPTO | RVN-PERP | 61320.0 |
| CRYPTO | SAND | 16144.554895 |
| CRYPTO | SAND-PERP | -2245.0 |
| CRYPTO | SECO | 0.5665875 |
| CRYPTO | SHIB | 615506437.25 |
| CRYPTO | SHIB-PERP | -44200000 |
| CRYPTO | SKL-PERP | 34608.0 |
| CRYPTO | SNX | -13627.515452611757 |
| CRYPTO | SNX-PERP | -870.299999999944 |
| CRYPTO | SOL | 901.2804277126912 |
| CRYPTO | SOL-0325 | -0.0000000000000124 |
| CRYPTO | SOL-0624 | 0.0000000000000233 |
| CRYPTO | SOL-0930 | 0.0000000000000568 |
| CRYPTO | SOL-1230 | -240.42 |
| CRYPTO | SOL-20210924 | 0.0000000000006821 |
| CRYPTO | SOL-20211231 | -0.0000000000000355 |
| CRYPTO | SOL-PERP | 349.069999999941 |
| CRYPTO | SPELL | 10920881.7645 |
| CRYPTO | SRM | 352584.72989469 |
| CRYPTO | SRM_LOCKED | 11384.17776303 |
| CRYPTO | SRM-PERP | 253935.0 |
| CRYPTO | STG | 23358.94922 |

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | STG-PERP | 2048.0 |
| CRYPTO | STMX-PERP | -278190.0 |
| CRYPTO | STORJ | 1456.3991555 |
| CRYPTO | STORJ-PERP | -7552.13139999951 |
| CRYPTO | SUSHI | 19728.157612268653 |
| CRYPTO | SUSHI-1230 | -1918.0 |
| CRYPTO | SUSHI-PERP | 2493.0 |
| CRYPTO | SXP | 191973.25683347846 |
| CRYPTO | SXP-0325 | 0.0000000000011369 |
| CRYPTO | SXP-0624 | 0.0000000000094698 |
| CRYPTO | SXP-0930 | 0.0000000000116414 |
| CRYPTO | SXP-1230 | 76095.37955 |
| CRYPTO | SXP-20210326 | -0.000000000001819 |
| CRYPTO | SXP-20210625 | 0.0000000000013642 |
| CRYPTO | SXP-20210924 | 0.0000000000007248 |
| CRYPTO | SXP-20211231 | -0.000000000001819 |
| CRYPTO | SXP-PERP | 478232.181600001 |
| CRYPTO | THETA-0325 | -0.000000000001819 |
| CRYPTO | THETA-0624 | -0.0000000000020464 |
| CRYPTO | THETA-20200626 | -0.0000000000582077 |
| CRYPTO | THETA-20200925 | -0.000000000001819 |
| CRYPTO | THETA-20210326 | -0.0000000000011369 |
| CRYPTO | THETA-20210625 | -0.0000000000011369 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | THETA-20210924 | 0.0000000000045475 |
| CRYPTO | THETA-20211231 | 0.0000000000004547 |
| CRYPTO | THETA-PERP | -502.300000000213 |
| CRYPTO | TLM | 0.11756 |
| CRYPTO | TLM-PERP | -132262.0 |
| CRYPTO | TOMO | -2785.132313123367 |
| CRYPTO | TOMO-PERP | -1334.80000000023 |
| CRYPTO | TRU | 955.96539125 |
| CRYPTO | TRX | -4541128.076694118 |
| CRYPTO | TRX-1230 | -47753.0 |
| CRYPTO | TRX-PERP | 66704.0 |
| CRYPTO | TSLA-20210326 | -0.0000000000000006 |
| CRYPTO | UNI | 17903.822420781646 |
| CRYPTO | UNI-0325 | -0.0000000000002274 |
| CRYPTO | UNI-1230 | -8081.2 |
| CRYPTO | UNI-20210326 | -0.0000000000000853 |
| CRYPTO | UNI-20210625 | 0.0000000000008527 |
| CRYPTO | UNI-20210924 | -0.0000000000007034 |
| CRYPTO | UNI-20211231 | -0.0000000000010516 |
| CRYPTO | UNI-PERP | 7793.29999999982 |
| CRYPTO | UNISWAP-0325 | -0.0000000000000001 |
| CRYPTO | UNISWAP-0624 | -0.0000000000000001 |
| CRYPTO | UNISWAP-0930 | 0.0000000000000004 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | UNISWAP-1230 | 0.0001 |
| CRYPTO | UNISWAP-20210924 | 0.0000000000000002 |
| CRYPTO | UNISWAP-20211231 | -0.0000000000000001 |
| CRYPTO | UNISWAP-PERP | -0.0000000000000025 |
| CRYPTO | USDT | 1102110.4391123897 |
| CRYPTO | USTC | 10000.066776055082 |
| CRYPTO | VET-PERP | 26976.0 |
| CRYPTO | WAVES | 353.39698625 |
| CRYPTO | WAVES-1230 | 13253.0 |
| CRYPTO | WAVES-PERP | 66131.0 |
| CRYPTO | XAUT | -0.4021317326463782 |
| CRYPTO | XAUT-20200327 | 0.0000000000000036 |
| CRYPTO | XAUT-20200626 | -0.0000000000000002 |
| CRYPTO | XAUT-20200925 | -0.0000000000000004 |
| CRYPTO | XAUT-PERP | 0.0000000000000666 |
| CRYPTO | XEM-PERP | 20681.0 |
| CRYPTO | XLM-PERP | 77315.0 |
| CRYPTO | XMR-PERP | 14.3299999999987 |
| CRYPTO | XPLA | 1397.72715 |
| CRYPTO | XRP | 3201.3717444975578 |
| CRYPTO | XRP-1230 | 11591.0 |
| CRYPTO | XRP-PERP | -13878.0 |
| CRYPTO | XTZ-0325 | -0.0000000000007958 |

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | XTZ-0624 | -0.0000000000009603 |
| CRYPTO | XTZ-1230 | -17951.973 |
| CRYPTO | XTZ-20210326 | -0.0000000000003411 |
| CRYPTO | XTZ-20210625 | 0.0000000000005116 |
| CRYPTO | XTZ-20210924 | 0.0000000000004121 |
| CRYPTO | XTZ-20211231 | 0.000000000001819 |
| CRYPTO | XTZ-PERP | 18961.7789999995 |
| CRYPTO | YFI | -0.0721386558463644 |
| CRYPTO | YFI-0325 | 0.0000000000000003 |
| CRYPTO | YFI-0624 | 0.0000000000000001 |
| CRYPTO | YFI-0930 | 0.0000000000000004 |
| CRYPTO | YFI-1230 | 2.86 |
| CRYPTO | YFI-20210326 | -0.0000000000000002 |
| CRYPTO | YFI-20210625 | 0.0000000000000002 |
| CRYPTO | YFI-20210924 | 0.0000000000000001 |
| CRYPTO | YFI-20211231 | -0.000000000000001 |
| CRYPTO | YFII | 0.000578275 |
| CRYPTO | YFII-PERP | 0.0000000000001172 |
| CRYPTO | YFI-PERP | -2.9750000000001 |
| CRYPTO | ZEC-PERP | -6.50000000002493 |
| CRYPTO | ZIL-PERP | 95890.0 |
| CRYPTO | ZM-20201225 | 0.0000000000000013 |
| CRYPTO | ZRX | 2999.16069125 |

| Type | Name | Quantity |
|------|------|----------|
| CRYPTO | ZRX-PERP | -4206.0 |
| FIAT | AUD | 95.96738347698076 |
| FIAT | CHF | 82.75546178 |
| FIAT | EUR | 9253.606342809338 |
| FIAT | USD | 3059475.553 |

Amended Customer Claim Schedule F-1 (January 23, 2024)

| 00180534 | | SOL[815.757217] |
|---|---|---|