**United States Bankruptcy Court**
**District of Delaware**

In re: FTX Trading Ltd., *et al*.    Case No. 22-11068 (JTD) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| Boway Holdings, LLC | Redacted |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Boway Holdings, LLC
1301 Avenue of the Americas, 34th Floor
New York, NY 10019
Attention: Colin McLafferty
Email: cmclafferty@oaktreecapital.com

Confidential Creditor with Unique Customer Code: 02101876

FTX Account ID: 45118821

Name and Address where notices to Transferor should be sent:
Address on file

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-10 (See attached Excerpt) Schedule No. 221106806769020 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 46613 (submitted on or about August 31, 2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No.: 3265-70-MXSHX-306921953 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Boway Holdings, LLC**

By:     Oaktree Fund GP, LLC
Its:    Manager

By:     Oaktree Fund GP I, L.P.
Its:    Managing Member

By: _Colin McLafferty_   Date: 2/7/2024
Name: Colin McLafferty
Title: Vice President

By: _Steve Tesoriere_   Date: 2/7/2024
Name: Steven Tesoriere
Title: Managing Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

032-8181/6992030.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

Redacted (with Unique Customer Code: 02101876 and FTX Account ID 45118821) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Boway Holdings, LLC ("**Buyer**"), **100%** of all Seller's right, title and interest in and to the claims of Seller against FTX Trading Ltd. in the bankruptcy case entitled *In re: FTX Trading Ltd., et al.*, and pending in the United States Bankruptcy Court, District of Delaware, under Case No. 22-11068 (JTD) (Jointly Administered), which claims are described more fully as follows (collectively, the "**Claim**"):

| Schedule/Claim No. | Creditor Name | Claim Percentage Transferred | Debtor | Case No. |
|---|---|---|---|---|
| FTX Trading Ltd. Amended Customer Claim Schedule F-10 (See attached Excerpt) Schedule No. 221106806769020 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Claim No. 46613 (submitted on or about August 31, 2023) | Redacted | 100% | FTX Trading Ltd. | 22-11068 |
| Customer Claim Confirmation ID No.: 3265-70-MXSHX-306921953 | Redacted | 100% | FTX Trading Ltd. | 22-11068 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 8th day of February, 2024.

**SELLER:**

Redacted   Redacted

By: _____
Name: Redacted
Title: Redacted

**BUYER**:

**Boway Holdings, LLC**

By:       Oaktree Fund GP, LLC
Its:       Manager

By:       Oaktree Fund GP I, L.P.
Its:       Managing Member

By: _____ *Colin McLafferty* (DocuSigned by: 6CAA40B708FE400...)
Name: Colin McLafferty
Title: Vice President

By: _____ *Steve Tesoriere* (DocuSigned by: A401D35C3A124EC...)
Name: Steven Tesoriere
Title: Managing Director

032-8181/6992030.2

**Identity of Transferor/Seller**

Transferee/Buyer has in its possession an unredacted Transfer of Claim Other Than For Security and an executed Evidence of Transfer of Claim.

In order to protect the identity of the Transferor/Seller, Transferee/Buyer has not disclosed the Transferor's/Seller's name in the filed Transfer of Claim Other Than For Security and Evidence of Transfer of Claim.

Upon written request, Transferee/Buyer is prepared to provide a copy of the unredacted Transfer of Claim Other Than For Security and signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and related appropriate professionals.

**EXCERPT OF**

FTX Trading Ltd. Amended Customer Claim Schedule

Kroll Website Claim Entry

032-8181/6992030.2

# Creditor Data Details - Claim # 46613

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.

**Date Filed**
08/31/2023

**Claim Number**
46613

**Schedule Number**
6769020

**Confirmation ID**
3265-70-MXSHX-306921953

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

...lations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.

## Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | APE-PERP | -0.0000000000015632 |
| CRYPTO | AVAX-PERP | 0.0000000000001137 |
| CRYPTO | AXS-PERP | -0.0000000000000533 |
| CRYPTO | BAL-PERP | 0.0000000000006821 |
| CRYPTO | BAND-PERP | 0.0000000000009095 |
| CRYPTO | BNB-PERP | 0.0000000000000071 |
| CRYPTO | BTC | 10.5976845779212 |
| CRYPTO | BTC-PERP | 0.0000000000000032 |
| CRYPTO | DOT-PERP | 0.00000000000027 |
| CRYPTO | DYDX-PERP | -0.0000000000009095 |
| CRYPTO | EGLD-PERP | 0.0000000000000284 |
| CRYPTO | ENS-PERP | -0.0000000000005684 |
| CRYPTO | ETC-PERP | -0.0000000000000568 |
| CRYPTO | ETH-PERP | -0.0000000000000178 |
| CRYPTO | FTT | 0.0000033 |
| CRYPTO | FXS-PERP | 0.0000000000002274 |
| CRYPTO | GST-PERP | -0.0000000000002274 |
| CRYPTO | HNT-PERP | 0.0000000000000568 |
| CRYPTO | KNC-PERP | -0.00000000000027 |
| CRYPTO | LUNC-PERP | -0.000000009313226 |
| CRYPTO | MKR-PERP | 0.0000000000000018 |
| CRYPTO | NEO-PERP | -0.0000000000001137 |
| CRYPTO | PERP-PERP | -0.0000000000002274 |

| Type | Name | Quantity |
| --- | --- | --- |
| CRYPTO | RNDR-PERP | 0.0000000000013642 |
| CRYPTO | RUNE-PERP | -0.0000000000009095 |
| CRYPTO | SNX-PERP | 0.0000000000002274 |
| CRYPTO | SOL-PERP | -0.0000000000002842 |
| CRYPTO | SRM | 10.75469807 |
| CRYPTO | SRM_LOCKED | 173.68530193 |
| CRYPTO | THETA-PERP | 0.0000000000004547 |
| CRYPTO | TONCOIN | 9049.7 |
| CRYPTO | TONCOIN-PERP | -0.0000000000002274 |
| CRYPTO | UNI-PERP | 0.0000000000097771 |
| CRYPTO | USDT | 177752.493260451 |
| CRYPTO | XMR-PERP | -0.0000000000000142 |
| CRYPTO | ZEC-PERP | 0.0000000000000142 |
| FIAT | EUR | 133280.8013076735 |
| FIAT | USD | 0.04617949312987869 |

Amended Customer Claim Schedule F-10 (January 23, 2024)

| | | | |
|---|---|---|---|
| 02101876 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], AGLD-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], AR-PERP[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAL-PERP[0], BAND-PERP[0], BAT-PERP[0], BNB-PERP[0], BOBA-PERP[0], BTC[10.59768457], BTC-PERP[0], CHZ-PERP[0], COMP-PERP[0], CRO-PERP[0], CRV-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-PERP[0], EUR[133280.80], EXCH-PERP[0], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[.0000033], FTT-PERP[0], FXS-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], GST-PERP[0], HNT-PERP[0], HOLY-PERP[0], ICP-PERP[0], IMX-PERP[0], INJ-PERP[0], JASMY-PERP[0], KNC-PERP[0], KSHIB-PERP[0], KSM-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], MASK-PERP[0], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], NEO-PERP[0], OP-PERP[0], PEOPLE-PERP[0], PERP-PERP[0], RAY-PERP[0], REEF-PERP[0], REN-PERP[0], RNDR-PERP[0], RSR-PERP[0], RUNE-PERP[0], SAND-PERP[0], SKL-PERP[0], SNX-PERP[0], SOL-PERP[0], SRM[10.75469807], SRM_LOCKED[173.68530193], SRM-PERP[0], SRN-PERP[0], STORJ-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TONCOIN[9049.7], TONCOIN-PERP[0], TRX-PERP[0], UNI-PERP[0], USD[0.05], USDT[177752.49326045], USTC-PERP[0], WAVES-PERP[0], XEM-PERP[0], XMR-PERP[0], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |