## **CERTIFICATE OF SERVICE**

I, Shannon D. Humiston, certify that on February 16, 2024, I caused a true and correct copy of the foregoing *Limited Objection of Sunil Kavuri, Ahmed Abd El-Razek, Noia Capital Sàrl And Pat Rabbitte to the Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of such Equity Interests in Accordance with such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures* to be served on the parties via the Courts ECF system.

                                                              */s/ Shannon D. Humiston*
                                                              Shannon D. Humiston (No. 5740)