IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 15, 2024, a true and correct copy of the *Debtors' Responses and Objections to TMSI SEZC LTD.'s Discovery Requests* was caused to be served upon the following counsel via Electronic Mail.

| | |
|---|---|
| Monique B. DiSabatino<br>**Saul Ewing LLP**<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone:(302) 421-6800<br>E-mail: monique.disabatino@saul.com | Ethan Trotz<br>**Katten Muchin Rosenman LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>E-mail: ethan.trotz@katten.com |
| Mark Minuti<br>**Saul Ewing LLP**<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone:(302) 421-6800<br>E-mail: mark.minuti@saul.com | Peter A. Siddiqui<br>**Katten Muchin Rosenman LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>E-mail: peter.siddiqui@katten.com |

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074505.2}

Dated: February 16, 2024
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ *Matthew R. Pierce*</u>
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the Debtors and Debtors-in-Possession*