**Exhibit A**

**Proposed Form of Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br> (Jointly Administered) <br><br> **Re: D.I. 176** |

## ORDER DIRECTING APPOINTMENT OF EXAMINER

Andrew R. Vara, United States Trustee for Region 3, is hereby directed to appoint an examiner pursuant to 11 U.S.C. § 1104(c)(2). The scope, cost, degree, and duration of the examination shall be considered on notice to parties in interest at the appointment hearing, together with the application to appoint the examiner.