**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FTX Trading Ltd., *et al.*, Debtors. | ) | Case No. 22-11068 (JTD) |
| | ) | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**[Redacted]**

Name of Transferor

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**

Name of Transferee

Name and current address of transferor:

**[Redacted]**

Name and address where notices and payments to transferee should be sent:

**Olympus Peak Trade Claims Opportunities Fund I Non-ECI Master LP**
**Attn: Leah Silverman**
**c/o Olympus Peak Asset Management**
**177 West Putnam Ave. Suite 2622-S1**
**Greenwich, CT 06831**
**Email: lsilverman@opeaklp.com**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No.: 43159<br>Schedule No.: 6789239<br>Customer ID: 00680865 | [Redacted] | As stated on Debtors' Schedule F (below) | FTX Trading Ltd. | 22-11068 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Leah Silverman*
Transferee/Transferee's Agent

Date:____________________

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

FTX Trading Ltd. Case 22-11068-JTD Doc 6294 Filed 01/23/24 Page 150 of 344 22-11068 (JTD)
Amended Schedule F-4: Nonpriority Unsecured Customer Claims

| Customer Code | Contingent, Unliquidated, or Disputed Indicator | Total Crypto Token / Fiat / NFT [Quantity/NFT ID] | Earn Indicator | Token / Fiat in Lend |
|---|---|---|---|---|
| 00680558 | | LUNA2[0.07114916], LUNA2_LOCKED[0.16601471], LUNC[110], USTC[10] | | |
| 00680563 | | ATOM-PERP[0], AVAX[0], BTC[0], BTC-PERP[0], DAI[0], DOGE[0], DOGE-PERP[0], ETH[0], ETH-PERP[0], EUR[0.00], FTT[0.00000207], FTT-PERP[0], ICP-PERP[0], LTC-PERP[0], LUNC-PERP[0], SRM[0.00037062], SRM_LOCKED[.00302826], STG[0], UNI-PERP[0], USD[0.00], USDT[0], XRP[0] | | |
| 00680576 | | INDI_IEO_TICKET[1], NFT (368630385402959610/FTX AU - we are here! #48020)[1], NFT (399361200501440232/FTX EU - we are here! #91375)[1], NFT (505146901101604883/FTX AU - we are here! #5082)[1], NFT (522569628344624009/FTX EU - we are here! #91559)[1], NFT (533634012000957154/FTX AU - we are here! #6748)[1], NFT (534473425832736817/FTX EU - we are here! #91830)[1], SRM[3.14091432], SRM_LOCKED[23.97908568], USD[0.00] | | |
| 00680598 | | AAVE[0], AUD[0.00], AVAX[.09], BTC[0], ETH[0], ETHW[1.65546203], FTM[.7701312], FTT[25], LINK[0], RUNE[0.42287119], SOL[0.70082740], SRM[.90263309], SRM_LOCKED[.59193939], USD[0.00], USDT[2.49535800], YFI[0] | | |
| 00680604 | | ETH[0], LUNA2[0.00000003], LUNA2_LOCKED[0.00000008], LUNC[.0079584], MATIC[0.00005698], TRX[.000012], USD[0.00], USDT[0.00009111] | | |
| 00680609 | | AAVE[0], AURY[3.65214329], BTC[.00906939], DOGE[191330.28961327], ETH[3.00932640], ETHW[3.00932639], EUR[5.26], FTT[533.56352229], MANA[0], MATIC[0], OMG[0], ONE-PERP[0], RAY[2566.06293749], SAND[516.71544094], SNX[0], SOL[207.95974086], SRM[8696.59268001], SRM_LOCKED[157.64098588], USD[0.00], USDT[0.00036746], YFI[0.02331921] | | |
| 00680637 | | AAVE-20210625[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALPHA-PERP[0], ALT-PERP[0], AMPL-PERP[0], ASD-20210625[0], ATLAS-PERP[0], ATOM-20210924[0], ATOM-PERP[0], AUDIO-PERP[0], AVAX-PERP[0], BAL-PERP[0], BAND-PERP[0], BNB-PERP[0], BNT-PERP[0], BTC[0.02181645], BTC-20211231[0], BTC-MOVE-20210922[0], BTC-PERP[0], BTTPRE-PERP[0], CAKE-PERP[0], COMP-PERP[0], CRV-PERP[0], DEFI-20210625[0], DEFI-20210924[0], DEFI-PERP[0], DENT-PERP[0], DOGE-PERP[0], DOT-20210924[0], DOT-PERP[0], DYDX-PERP[0], EOS-20210924[0], ETH-PERP[0], FTT[0.16870532], FTT-PERP[0], GRT-PERP[0], HOLY-PERP[0], HT-PERP[0], ICP-PERP[0], KSM-PERP[0], LINK-PERP[0], LTC-PERP[0], LUNC-PERP[0], MATIC-PERP[0], MID-20210625[0], MID-20210924[0], NEAR-PERP[0], OMG-PERP[0], PERP-PERP[0], POLIS-PERP[0], RSR-PERP[0], SHIB-PERP[0], SHIT-20210625[0], SHIT-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0.00732114], SOL-20210924[0], SOL-PERP[0], SRM[7.62170733], SRM_LOCKED[2.69804278], SRM-PERP[0], STMX-PERP[0], SUSHI-PERP[0], THETA-PERP[0], TRX-PERP[0], TULIP[20.8], USD[ -41.23], USDT[0], USTC-PERP[0], VET-PERP[0], WAVES-PERP[0], XLM-PERP[0], XRP-PERP[0], XTZ-PERP[0], YFI-PERP[0], ZEC-PERP[0] | | |
| 00680678 | | ALGO-PERP[0], BCH-PERP[0], BTC-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], ETH[0], ETH-PERP[0], EUR[40.53], FIL-PERP[0], FLM-PERP[0], FTM-PERP[0], FTT[0], GRT-PERP[0], ICP-PERP[0], LTC-PERP[0], LUNA2[3.11869209], LUNA2_LOCKED[7.27694822], LUNC-PERP[0], NFLX-0624[0], SOL-PERP[0], SUSHIBULL[188782236], SUSHI-PERP[0], USD[ -29.34], USDT[5719.42276845], XRP-PERP[0], YFII-PERP[0], YFI-PERP[0] | | |
| 00680707 | | FLOW-PERP[0], INDI_IEO_TICKET[1], SRM[3.23804089], SRM_LOCKED[20.95525809], USD[0.00] | Yes | |
| 00680712 | | AAVE-PERP[0], AGLD-PERP[0], ALPHA-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX-PERP[0], BADGER-PERP[0], BNB-PERP[0], BTC-PERP[0], CEL-PERP[0], CHZ-PERP[0], CRO-PERP[0], DOGE-PERP[0], DOT-PERP[0], ENJ-PERP[0], ENS-PERP[0], ETH[0], ETH-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT[.00000001], FTT-PERP[0], GMT-PERP[0], GST-PERP[0], HBAR-PERP[0], INJ-PERP[0], KIN-PERP[0], KNC-PERP[0], LINK-PERP[0], LUA[.085993], LUNA2[0.00221950], LUNA2_LOCKED[0.00517884], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], NEAR-PERP[0], OP-PERP[0], RAMP-PERP[0], RAY-PERP[0], RNDR-PERP[0], ROSE-PERP[0], RSR-PERP[0], RUNE-PERP[0], SHIB-PERP[0], SLP-PERP[0], SOL-PERP[0], SPELL[95.16469], SPELL-PERP[0], SRM-PERP[0], STEP[.06789], STEP-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TRX[.000781], UNI-PERP[0], USD[14.34], USDT[2.11011276], USTC[.00000002], USTC-PERP[0], WAVES-PERP[0], YFII-PERP[0], ZIL-PERP[0] | | |
| 00680729 | | BAL[.0034697], FIDA[1.89349928], FIDA_LOCKED[4.43752856], FTT[0.01748058], USD[0.37], USDT[0] | | |
| 00680733 | | AR-PERP[0], ATLAS-PERP[0], AVAX-PERP[0], AXS-PERP[0], BTC[0.00009071], BTC-PERP[0], DOT-PERP[0], DYDX-PERP[0], ENJ-PERP[0], FTM[.92865], FTM-PERP[0], FTT[0.01928118], FTT-PERP[0], GBP[ -1.53], LUNC-PERP[0], MANA-PERP[0], MAPS-PERP[0], RAY[13.41509207], SOL-PERP[0], SRM[40.80066053], SRM_LOCKED[.94812167], TLM-PERP[0], USD[0.10], USDT[0] | | |
| 00680739 | | 1INCH[4.09319547], AAVE[0.00072596], ADA-PERP[0], ALICE[.09931906], ATOM-PERP[0], BNB[0], BTC[0.00094745], BTC-PERP[0], CAKE-PERP[0], DASH-PERP[0], DOT-PERP[0], ENJ[4], ENJ-PERP[0], ETH[0.01126918], ETH-PERP[0], ETHW[.01126918], FLOW-PERP[0], FTT[0.48032872], FTT-PERP[0], GALA-PERP[0], ICP-PERP[0], ICX-PERP[0], LINK[0.09463149], LTC[.0097165], LUNA2[0.53104478], LUNA2_LOCKED[1.23910449], LUNC[11.12], MANA-PERP[0], MATIC-PERP[0], SOL[0.00254473], SOL-PERP[0], USD[ -1.24], USDT[0.00905487], WAVES[.49181] | | 1INCH[3.99773] |
| 00680769 | | BNB[0], BTC[0], CAKE-PERP[0], EGLD-PERP[0], ETH[0], FIDA-PERP[0], FTT[0], HT[0], ICP-PERP[0], INDI_IEO_TICKET[1], MATIC[0], OKB-PERP[0], OMG-20211231[0], POLIS-PERP[0], SOL[0.00000001], SRM[3.22657149], SRM_LOCKED[20.96635647], USD[0.00], USDT[0] | Yes | |
| 00680776 | | AAVE[.00067265], AAVE-PERP[0], ADA-PERP[0], APE-PERP[0], ATLAS-PERP[0], BTC[0.00006205], BTC-PERP[0], COMP[.00000504], DOT-PERP[0], DYDX[.019252], ETH[.74], ETH-PERP[0], ETHW[127.226], FTM-PERP[0], FTT[.00462162], FTT-PERP[0], ICP-PERP[0], ICX-PERP[0], LINK[.081364], LINK-PERP[0], LUNA2[0.00184879], LUNA2_LOCKED[0.00431386], LUNC[402.58], LUNC-PERP[0], MATIC-PERP[0], MEDIA-PERP[0], MKR-PERP[0], NEAR[.0185], NEAR-PERP[0], OP-PERP[0], SHIB-PERP[0], SNX-PERP[0], SOL[33.8172028], SOL-PERP[0], SRM[29.06495476], SRM_LOCKED[196.39107444], SRM-PERP[0], SUSHI-PERP[0], TRX-PERP[0], UNI[.01054], UNI-PERP[0], USD[704.14], USDT[117.94659101], WBTC[.00000855], XTZ-PERP[0], YFI[.0007012] | | |
| 00680807 | | BTC[0], FTT[.076335], SRM[796.95088178], SRM_LOCKED[19.13015067], USD[2.39], USDT[0] | | |
| 00680814 | | AMPL[0], ETHW[.00000005], EUR[0.00], FTT[300.20435648], FTT-PERP[0], INDI_IEO_TICKET[1], LUNA2[0.00631383], LUNA2_LOCKED[0.01473229], LUNC[0], LUNC-PERP[0], MKR[.00000007], MSOL[.00000001], OP-PERP[0], RUNE[.00002726], SOL[0], SRM[.04920892], SRM_LOCKED[21.31977474], STETH[0], STSOL[.00000001], UNI[.00000003], USD[0.00], USDT[0], USTC[0], USTC-PERP[0] | | |
| 00680828 | | ADA-PERP[0], ALICE[31.69261442], ALICE-PERP[0], ATLAS[892.00089985], AVAX[0], BCH[.15097282], BNB[0.33972926], BRZ[0], BTC[0.01633492], CRO[49.95635], DOGE-PERP[0], ETC-PERP[0], ETH[0.28192804], ETHW[0.28192804], FTM[21.9926668], FTT[5.01336660], GENE[1.7], GMT-PERP[0], LUA[2109.03169876], LUNA2[1.37867611], LUNA2_LOCKED[3.21691092], LUNC[137650.28816202], LUNC-PERP[0], MATIC[32.95125955], MATIC-PERP[0], POLIS[15.08940178], PROM[3.60936969], PUNDIX[43.089236], RAY[6.08044082], SAND[75.9488422], SHIB[0], SNX[8.89690958], SOL[21.34560502], SOL-PERP[0], SPELL[18900], SPELL-PERP[0], SRM[8.257154], SRM_LOCKED[.2069291], STARS[3], USD[2.16], USDT[0], WAVES[6.9981667], WAVES-PERP[0], ZIL-PERP[0] | | |
| 00680855 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALCX-PERP[0], ALGO-PERP[0], ALICE-PERP[0], AR-PERP[0], ATLAS-PERP[0], ATOM-PERP[0], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BAO-PERP[0], BAT-PERP[0], BCH-PERP[0], BOBA-PERP[0], BSV-PERP[0], BTC[0.00249576], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC-PERP[0], CAKE-PERP[0], CHR-PERP[0], CRO-PERP[0], CRV-PERP[0], DASH-PERP[0], DODO-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENJ-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH[0.07977063], ETH-20210625[0], ETH-20210924[0], ETH-PERP[0], ETHW[0.00140322], FIL-PERP[0], FLOW-PERP[0], FTM-PERP[0], FTT-PERP[0], GALA-PERP[0], GRT-PERP[0], HNT-PERP[0], ICP-PERP[0], IOTA-PERP[0], KNC-PERP[0], KSHIB[29.99224], KSHIB-PERP[0], KSM-PERP[0], LINK-PERP[0], LRC-PERP[0], LTC-PERP[0], LUNA2[0.00660718], LUNA2_LOCKED[0.01541675], LUNC[0.40856084], LUNC-PERP[0], MANA-PERP[0], MATIC-PERP[0], MKR-PERP[0], NEAR-PERP[0], NFT (482619550010509118/FTX Punks Original #1)[1], OKB-PERP[0], OMG-PERP[0], ONE-PERP[0], RAY[9.41762390], RAY-PERP[0], SAND-PERP[0], SHIB-PERP[0], SHIT-PERP[0], SLP-PERP[0], SOL[0], SOL-20210625[0], SOL-PERP[0], SPELL-PERP[0], SRM[3.07056873], SRM_LOCKED[.0589007], SRM-PERP[0], STORJ-PERP[0], STX-PERP[0], SUSHI-PERP[0], SXP-PERP[0], THETA-PERP[0], TLM-PERP[0], TRX-PERP[0], UNI-20210625[0], UNI-PERP[0], USD[312.11], USDT[0], USTC[0.49504232], VET-PERP[0], XAUT[0.01912480], XLM-PERP[0], XRP[3.15752786], XRP-PERP[0], XTZ-PERP[0], ZEC-PERP[0] | | BTC[.002495], ETH[.069769], RAY[9.414345], XAUT[.019124], XRP[3.156467] |
| 00680865 | | ATLAS[6.42606968], ATLAS-PERP[0], ATOM[0.07110293], AVAX[.00000001], AVAX-PERP[0], AXS[0.01935753], AXS-PERP[0], BNB[0.01028763], BNB-PERP[0], BTC-PERP[0], CAKE-PERP[0], DOGE[1], ETH[34.52810000], ETH-PERP[0], ETHW[0.00010001], FTM[ -3092186.89807709], FTM-PERP[0], LOOKS[0.00528204], LUNA2[0.00353220], LUNA2_LOCKED[0.00824180], LUNC-PERP[0], MATIC[0.93448990], MATIC-PERP[0], MEDIA-PERP[0], POLIS[.02051236], POLIS-PERP[0], RAY[0.10151200], RAY-PERP[0], RON-PERP[0], SNX[0.08839268], SOL[ -24851.23999270], SOL-PERP[0], SRM[.877136], SRM-PERP[0], STEP[.0686385], STEP-PERP[0], SUSHI[0.36518880], USD[4860125.82], USDT[51.38304731], USTC[.5] | | |
| 00680903 | | ETH[.35324879], ETHW[.35324879], LUNA2[23.42621388], LUNA2_LOCKED[54.66116573], LUNC[5101107.394436], USDT[0.00001395] | | |
| 00680944 | | ETH[.00000001], FTM[9066], FTM-PERP[0], FTT[400.58739504], SOL[400.0855745], SRM[10.2567821], SRM_LOCKED[49.92520681], USD[0.51], USDT[0] | | |
| 00680994 | | FTT[0], SRM[.01974894], SRM_LOCKED[.07708456], TRX[ -0.20359049], USDT[1.34344541] | | |
| 00680996 | | ALCX[.00096957], BNB[0], BTC[0], CHF[0.00], CHZ[.84000131], CHZ-PERP[0], DOGE[3], FIDA[0], FTT[0.01072705], FTT-PERP[0], IOTA-PERP[0], LINK[0], OXY[.993], RAY[0], RAY-PERP[0], SOL[0], SRM[0.51479620], SRM_LOCKED[2.4852038], TRX[.000009], USD[0.23], USDT[0.00000002] | | |
| 00681059 | | 1INCH-PERP[0], AAVE-PERP[0], ADA-PERP[0], ALGO-PERP[0], ALICE-PERP[0], ALPHA-PERP[0], ALT-PERP[0], ANC-PERP[0], APE-PERP[0], APT-PERP[0], ATOM-PERP[0], AVAX[0.00290878], AVAX-PERP[0], AXS-PERP[0], BAND-PERP[0], BAT-PERP[0], BCH-PERP[0], BNB-PERP[0], BTC[0.00004343], BTC-MOVE-0420[0], BTC-MOVE-0707[0], BTC-MOVE-1012[0], BTC-PERP[0], CAKE-PERP[0], CHZ-PERP[0], CLV-PERP[0], CRO-PERP[0], CRV-PERP[0], DEFI-PERP[0], DOGE-PERP[0], DOT-PERP[0], DYDX-PERP[0], EGLD-PERP[0], ENS-PERP[0], EOS-PERP[0], ETC-PERP[0], ETH-0930[0], ETH-PERP[0], FIDA-PERP[0], FIL-PERP[0], FTM-PERP[0], FTT[65], FTT-PERP[0], GALA-PERP[0], GMT-PERP[0], GRT-PERP[0], HBAR-PERP[0], HNT-PERP[0], INJ-PERP[0], KIN-PERP[0], KNC-PERP[0], LINK-PERP[0], LOOKS-PERP[0], LTC[.002815], LTC-PERP[0], LUNA2[0.01127856], LUNA2_LOCKED[0.02631664], LUNC[1497.8], LUNC-PERP[0], MANA-PERP[0], MASK-PERP[0], MATIC[9.332], MATIC-PERP[0], MTL-PERP[0], NEAR-PERP[0], NEO-PERP[0], NFT (297002819376550323/Fractals #22)[1], ONE-PERP[0], RAY[89.70786531], RAY-PERP[0], RUNE[.091488], RUNE-PERP[0], SAND-PERP[0], SC-PERP[0], SHIB-PERP[0], SLP-PERP[0], SNX-PERP[0], SOL[0.00362202], SOL-PERP[0], SRM[102.57285309], SRM_LOCKED[2.08330795], SRM-PERP[0], SRN-PERP[0], STG-PERP[0], SUSHI-PERP[0], SXP-PERP[0], TRU-PERP[0], TRX-PERP[0], TSLA[.02894596], TSLAPRE[0], USD[13380.59], USDT[.007744], USTC[.622855], XLM-PERP[0], XRP-PERP[0], YFI-PERP[0], ZEC-PERP[0], ZRX-PERP[0] | | |
| 00681091 | | ALPHA[.60746], ALPHA-PERP[0], ATOM-PERP[0], BICO[.99373], BNB-PERP[0], BTC[0], BTC-PERP[0], BTTPRE-PERP[0], C98[.27019], C98-PERP[0], EOS-PERP[0], ETH-PERP[0], ETHW[.00170445], FTM-PERP[0], IMX[.05375015], LUNA2[0.00422327], LUNA2_LOCKED[0.00985430], LUNC-PERP[0], MER[.16502], NEAR-PERP[0], NFT (336489691114395949/Hello buy for me pls!)[1], OP-PERP[0], RAY-PERP[0], SNX-PERP[0], SOL-PERP[0], SUSHIBULL[38500], SUSHI-PERP[0], TRX[.000197], USD[0.00], USDT[0], USTC[.597825], USTC-PERP[0] | | |
| 00681126 | | DOGE[11], ETH[0], EUR[0.00], LUNA2[0.10462787], LUNA2_LOCKED[0.24413169], LUNC[22782.93899115], USD[255384.04], USDT[1000.00910757] | | |
| 00681128 | | BNB-PERP[0], EOS-PERP[0], ETH-PERP[0], FIDA[150.75893], FIDA-PERP[0], FTT[.00230803], FTT-PERP[0], OXY-PERP[0], RAY[.881], RAY-PERP[0], SOL[.97025], SOL-PERP[0], SRM[3.73437408], SRM_LOCKED[14.26562592], SRM-PERP[0], TRX[.000006], USD[0.00], USDT[16.47957655] | | |

Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

In order to protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.