# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 16, 2024, a true and correct copy of the *Debtors' Responses and Objections to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd and Liquidity Network Ltd.'s (i) First Set of Interrogatories and (ii) First Set of Requests for the Production of Documents* was caused to be served upon the following counsel via Electronic Mail.

Aaron G. Javian
**Reed Smith LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
E-mail: ajavian@reedsmith.com

Kurt F. Gwynne
**Reed Smith LLP**
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: kgwynne@reedsmith.com

Benjamin P. Chapple
**Reed Smith LLP**
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: bchapple@reedsmith.com

John T. Miraglia
**Reed Smith LLP**
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: jmiraglia@reedsmith.com

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074522.}

| | |
|---|---|
| Dated: February 20, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew R. Pierce*<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: pierce@lrclaw.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |