UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



In re:

    FTX Trading Ltd., *et al.*

        Debtors

Chapter 11
Case No. 22-11068
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferor**

[CONFIDENTIAL CREDITOR]

Transferor's Address:

[Address on File]

**Name of Transferee**

Xclaim Capital Holdings, LLC

Transferee's address for notices and payment:

2261 Market STE 4385

San Francisco, CA 94114

Attn: Matthew Sedigh
tradesupport@x-claim.com

| Claim | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| | FTX Trading Ltd. | 22-11068 | Claim Number: 85654<br>Customer Code / Schedule #: 00157130<br>Customer Claim Confirmation ID#: 3265-70-SQKAS-891593850 | 100% of the Claim as described on Schedule F (attached) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Matt Sedigh* (DocuSigned)    Date: 02/13/2024

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Annex A



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



# EXHIBIT A

## SCHEDULED CLAIM(S) / PROOF(S) OF CLAIM

00157130 | BNB[0.0000000058447124],BTC[32.0595633346571056],COIN[0.0000000114021838],ENS[100.3600000000000000],ETH[0.0000000183583800],FTT[2002.7575145849004178],LUNA2[0.0321466926200000],LUNA2_LOCKED[0.0750089494600000],MATIC[0.0000000064624100],MOB[0.0000000042524320],RUNE[0.0000000052552800],SRM[1.8024607000000000],SRM_LOCKED[581.4709595900000000],TRX[32.0000000000000000],USD[150049.3577009241979379000000000],USDT[0.0000000179603861]

Your Unique Customer Code is 00157130
Your claim(s) were scheduled on the Schedules and Statements of FTX Trading Ltd. as:

BNB[0.0000000058447124]
BTC[32.0595633346571056]
COIN[0.0000000114021838]
ENS[100.3600000000000000]
ETH[0.0000000183583800]
FTT[2002.7575145849004178]
LUNA2[0.0321466926200000]
LUNA2_LOCKED[0.0750089494600000]
MATIC[0.0000000064624100]
MOB[0.0000000042524320]
RUNE[0.0000000052552800]
SRM[1.8024607000000000]
SRM_LOCKED[581.4709595900000000]
TRX[32.0000000000000000]
USD[150049.3577009241979379000000000]
USDT[0.0000000179603861]

FTX Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe