# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In re FTX Trading Ltd., et al.,<br>Debtors. | Case No. 22-11068 (JTD)<br>(Jointly Administered) |

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| FC CAYMAN A, L.L.C.<br>Name of Transferee | <br>Name of Transferor |

Name and Address where notices to transferee should be sent:

FC Cayman A, L.L.C.
c/o Willkie Farr & Gallagher LLP
Attn: Joseph G. Minias, Esq.
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
jminias@willkie.com

Name and Address where notices to transferor should be sent:



Claim #: 85349 and 78076
Customer Code: 00225145
Amount of Claim Transferred: 50% of Transferor's Claim
Date Claim Filed: 09/28/2023
Debtor: FTX Trading Ltd.
Case Number: 22-11068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FC Cayman A, L.L.C.                                        Date: February 16, 2024

By: _____
Transferee/Transferee's Agent

**Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "Debtors")

In re FTX Trading Ltd., et al., Case No. 22-11068 (JTD) (the "Bankruptcy Cases")

For value received, the adequacy and sufficiency of which are hereby acknowledged, ▆▆▆▆▆▆ ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to FC Cayman A, L.L.C. ("Purchaser"), a 50% pro-rata share of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Cases as Claim No. 85349 and 78076, associated with unique customer code 00225145, and filed on September 28, 2023, that was asserted against the Debtors and its non-debtor affiliates (collectively, "FTX") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "Proof of Claim").

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owner and holder of the claim. Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

(Signatures on following page)

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 16, 2024.

SELLER:



PURCHASER:

FC CAYMAN A, L.L.C.

By: _____
Name: James David
Title: Authorized Person

| | |
|---|---|
| 00225145 | 1INCH-0325[0], 1INCH[61286.5598], 1INCH-PERP[0], AAVE[741.447458], AAVE-PERP[-3.78999999], ADA-0325[0], ADA-0624[0], ADA-0930[0], ADA-1230[0], ADA-20210625[0], ADA-20210924[0], ADA-20211231[0], ADA-PERP[520661], AGLD[146.7], AGLD-PERP[16.39999999], ALCX-PERP[-14.20899999], ALGO-0325[0], ALGO-20211231[0], ALGO[51322.8002], ALGO-PERP[-2872], ALICE-FERP[200.20000000], ALPHA[13.8], ALPHA-PERP[0], ALT-PERP[-1.65600000], ANC-PERP[0], APE[13144.11707168], APE-PERP[3582.80000000], APT[8792.0485], APT-PERP[0], AR-PERP[0], ASD[0], ASD-PERP[0], ATLAS[854923.412], ATLAS-PERP[-358850], ATOM-0325[0], ATOM[7889.36119], ATOM-PERP[-101.09000000], AUDIO-PERP[1068.90000000], AURY[9841], AVAX-0325[0], AVAX-0930[0], AVAX-1230[0], AVAX[12665.73249033], AVAX-PERP[67673.20000000], AXS[5149.33369329], AXS-PERP[31.99999999], BADGER-PERP[-4.66000000], BAL-PERP[-45.11000000], BAND-PERP[-2302.90000000], BAO-PERP[0], BAT-PERP[0], BCH-0325[0], BCH-20211231[0], BCH[367.5214316], BCH-PERP[-78.59099999], BIT[0.77], BIT-PERP[0], BNB-0325[0], BNB-0624[0], BNB-0930[0], BNB-1230[0], BNB-20210924[0], BNB-20211231[0], BNB[6295.70297305], BNB-PERP[2.39999999], BNT-PERP[-972.30000000], BOBA[69361.59838], BOBA-PERP[-8684.40000000], BRZ[549948.494170911], BRZ-PERP[0], BSV-0325[0], BSV-PERP[-0.33999999], BTC-0325[0], BTC-0331[0], BTC-0624[0], BTC-0930[0], BTC-1230[-0.00699999], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], B*C[304.29722912], BTC-MOVE-20220[0], BTC-PERP[5390.31499999], BTTPRE-PERP[0], BULL[528.66213442], C98-PERP[2934], CAKE-PERP[-2.39999999], CEL-0930[0], CEL-1230[0], CEL[18371.74935], CELO-PERP[2213.19999999], CEL-PERP[0], CHR-PERP[-2399], CHZ-0325[0], CHZ[107494.994], CHZ-PERP[-10], CLV-PERP[1322.50000000], COMP-0325[0], COMP[83.61574915], COMP-PERP[-6.18129999], CONV-PERP[0], COPE[6562], CREAM-PERP[17.530000000], CRO[379.06], CRO-PERP[-21490], CRV[84327.721], CRV-PERP[6266], CVC-PERP[0], CVX-PERP[651.40000000], DASH-PERP[0], DAWN-PERP[-622.80000000], DEFI-0325[0], DEFI-PERP[0], DENT-PERP[933100], DKNG-0624[0], DODO-PERP[-295.50000000], DOGE-0325[0], DOGE-0624[0], DOGE-0930[0], DOGE-1230[2214], DOGE-2022-1231[0], DOGE[3412726.68719679], DOGEBEAR202[1.071137], DOGEBULL[388250.272], DOGE-PERP[39808814], DOT-0325[0], DOT-0624[0], DOT-0930[0], DOT-1230[0], DOT[19000.225.1], DOT-20210924[0], DOT-20211231[0], DOT-PERP[88487.50000000], DRGN-PERP[0], DYDX[53202.2958], DYDX-PERP[-674.89999999], EDEN-0325[0], EDEN-PERP[0], EGLD-PERP[0.52000000], ENJ[4537], ENJ-PERP[-1], ENS-PERP[67.18000000], EOS-0325[0], EOS-0930[0], EOS-1230[0], EOS-PERP[2614.30000000], ETC-PERP[9.19999999], ETH-0325[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[1.00900000], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[634.58371877], ETHBULL[12395.46135317], ETH-PERP[50918.40999999], ETHW[8649.1959464], ETHW-PERP[0], EUR[5035.27], EURT[27104], EXCH-PERP[-0.04499999], FIDA-PERP[64.1], FIL-0325[0], FIL-PERP[-87.60000000], FLM-PERP[-0.00000000.1], FLOW-PERP[-0.00999999], FLUX-PERP[0], FTM-PERP[174], FTT[203674.09003182], FTT-PERP[27742.19999999], FXS[5805.12475], FXS-PERP[321.29999999], GALA[818724.011], GALA-PERP[-560], GAL-PERP[0], GLMR-PERP[37158], GMT[64285.2216], GMT-PERP[-1416], GRT-0325[0], GRT[76975.4905], GRT-PERP[-993], GST-PERP[0.00000001], HBAR-PERP[-1], HNT-PERP[0], HOT-PERP[0], HT[2359.31221], HT-PERP[6378.22999999], HUM-PERP[0], ICP-PERP[26.58000000], ICX-PERP[0], IMX-PERP[3282], INJ-PERP[0], IOST-PERP[0], IOTA-PERP[1748.1], JASMY-PERP[5800], JPY[17409983.10], JST[3.428], KAVA-PERP[-2810.19999999], KLAY-PERP[0], KNC[6291.73548000], KNC-PERP[-842.50000000], KSHIB[10.001], KSMB-PERP[1605215], KSM-PERP[-789.32999999], KSOS-PERP[0], LDO[23666.8094], LDO-PERP[0], LEO-PERP[-37], LINA-PERP[2999920], LINK-0325[0], LINK-0624[0], LINK-0930[0], LINK-1230[0], LINK[126.19.99473125], LINK-20210625[0], LINK-20210924[0], LINK-20211231[0], LINK-PERP[-1455.60000000], LOOKS[57108.2983], LOOKS-PERP[171323], LRC-PERP[1800], LTC-0325[0], LTC-0624[0], LTC-0930[0], LTC-1230[0], LTC-20211231[0], LTC[4177.02109865], LTC-PERP[16651.68000000], LUNA2[1210.35015537], LUNA2_LOCKED[2824.24369584], LUNA2-PERP[0], LUNC[15837.22239123], LUNC-PERP[0.00900196], MANA[66449.1972], MANA-PERP[749], MAPS[12675], MATIC[224751.6541], MATICBULL[1408161.06894], MATIC-PERP[9344], MID-0325[0], MID-PERP[0.20299999], MINA-PERP[4681], MKR-PERP[-1.01999999], MNGO-PERP[0], MO6[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[-402.80000000], NEAR[44341.00553], NEAR-PERP[330.70000000], NEO-PERP[-129.50000000], OKB-0325[0], OKB-PERP[0], OMG-0325[0], OMG-0624[0], OMG-0930[0], OMG-1230[0], OMG-20211231[0], OMG[31.2635], OMG-PERP[270.10000000], ONE-PERP[0], ONT-PERP[13645], OP-PERP[0], OXY-PERP[-21553.60000000], PAXG[1416], PAXG-PERP[0.00999999], PEOPLE-PERP[-9580], PERP[07634], PERP-PERP[5318.79999999], POLIS[15447.61515], POLIS-PERP[-718.70000000], PRIV-PERP[0], PROM-PERP[979.08999999], PUNDIX-PERP[-5783.20000000], PYTH_LOCKED[58233.333], QTUM-PERF[47.80000000], RAMP-PERP[0], RAY[99692.2318], RAY-PERP[291], REEF-0325[0], REEF-PERP[-826240], REN-PERP[-2105], RNDR[5175.82226], RNDR-PERP[-3.14160000000], RON-PERP[-2902.39999999], ROOK-PERP[0], ROSE-PERP[-147433], RSR[9076218], RSR-PERP[-10], RUNE[9716.20561875], RUNE-PERP[2896.69999999], RVN-PERP[0], SAND[58512.6156], SAND-PERP[0], SC-PERP[000], SCRT-PERP[5856], SHIT-0325[0], SHIT-PERP[0], SKL-PERP[0], SLP[1.345], SLF-PERP[24280], SNX[12705.1326], SNX-PERP[124.60000000], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL[30520.36840643], SOL-PERP[-906.32999999], SPELL[1780670.165], SPELL-PERF[-171800], SRM[135450.16944107], SRM_LOCKED[36173.18210893], SRM-PERP[667115], STEP[78082.47862], STEP-PERF[-101332.80000000], STETH[60.50347383], STG[80689-0099], STG-PERP[0], STMX-PERP[0], STORJ-PERP[-0.03955000], STX-PERP[0], SUN[372267.5756788], SUSHI-0325[0], SUSHI[9168.448375], SUSHI-PERP[49.5], SXP[.0047], SXP-0325[0], SXP-PERP[-0.00030000], THETA-0325[0], THETA-PERP[588.90000000], TLM-PERP[-154], TOMO[8114.51314], TOMO-PERP[-21101.49999999], TONCOIN[8308.49009], TONCOIN-PERP[63112.89999999], TRU[2406], TRU-PERP[5529059], TRX-0325[0], TRX-0624[0], TRX-0930[0], TRX-1230[0], TRX-20210924[0], TRX-20211231[0], TRX[610378.659503], TRX-PERP[-91562], TRYB[12878.79414], TRYB-PERP[172711], TULIP-PERF[0], UNI-0325[0], UNI-0624[0], UNI-0930[0], UNI-1230[0], UNI[19328.04979], UNI-20210924[0], UNI-20211231[0], UNI-PERP[36.19999999], UNISWAP-PERP[0], USD[-39028051.90], USDT[1294856.47562837], USDT-PERP[0], USTC[101.61278128], USTC-PERP[0], VET-PERP[4864.1], WAVES-0325[0], WAVES-PERP[25.5], WBTC[19.68996024], XAUT-PERP[0], XEM-PERP[0], XLM-PERP[-5946], XMR-PERP[1.32000000], XRP-0325[0], XRP-0624[0], XRP-0930[0], XRP-1230[0], XRP-20210924[0], XRP-20211231[0], XRP[607588.888439], XRP-PERP[5132481], XTZ-0325[0], XTZ-PERP[-214.80700000], YFI-0325[0], YFI[7.24731865], YFII-PERP[0], YFI-PERP[-0.12100000], ZEC-PERP[-119.96000000], ZIL-PERP[5860], ZRX-PERP[0] |

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 16, 2024.

SELLER:



PURCHASER:

FC CAYMAN A, L.L.C.

By: _____ DocuSigned by: [signature]
Name: James David
Title: Authorized Person

00225145

1INCH-0325[0], 1INCH[61286.5598], 1INCH-PERP[0], AAVE[741.447458], AAVE-PERP[-3.78999999], ADA-0325[0], ADA-0624[0], ADA-0930[0], ADA-1230[0], ADA-20210625[0], ADA-20210924[0], ADA-20211231[0], ADA-PERP[520651], AGLD[146.7], AGLD-PERP[16.39999999], ALCX-PERP[-44.20899999], ALGO-0325[0], ALGO-20211231[0], ALGO[51322.8002], ALGO-PERP[-2872], ALICE-PERP[200.20000000], ALPHA[1318], ALPHA-PERP[0], ALT-PERP[-1.65600000], ANC-PERP[0], APE[13144.11707168], APE-PERP[3582.80000000], APT[8792.0485], APT-PERP[0], AR-PERP[0], ASD[0], ASD-PERP[0], ATLAS[854923.412], ATLAS-PERP[-358850], ATOM-0325[0], ATOM[7889.36119], ATOM-PERP[-101.09000000], AUDIO-PERP[11068.90000000], AURY[9841], AVAX-0325[0], AVAX-0930[0], AVAX-1230[0], AVAX[2665.73249033], AVAX-PERP[67573.20000000], AXS[5149.33359328], AXS-PERP[31.99999999], BADGER-PERP[-41.66000000], BAL-PERP[-45.11000000], BAND-PERP[-2302.90000000], BAO-PERP[0], BAT-PERP[0], BCH-0325[0], BCH-20211231[0], BCH[367.5214316], BCH-PERP[-78.59099999], BIT[.0177], BIT-PERP[0], BNB-0325[0], BNB-0624[0], BNB-0930[0], BNB-1230[0], BNB-20210924[0], BNB-20211231[0], BNB[8295.70297305], BNB-PERP[2.39999999], BNT-PERP[-972.30000000], BOBA[69361.59838], BOBA-PERP[-8684.40000000], BRZ[549948.49417091], BRZ-PERP[0], BSV-0325[0], BSV-PERP[-0.39999999], BTC-0325[0], BTC-0331[0], BTC-0624[0], BTC-0930[0], BTC-1230[-003699999], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC[304.29722812], BTC-MOVE-2022C1[0], BTC-PERP[5390.31499999], BTTPRE-PERP[0], BULL[528.66213442], C98-PERP[2934], CAKE-PERP[-2.39999999], CEL-0930[0], CEL-1230[0], CEL[18371.74935], CELO-PERP[2213.19999999], CEL-PERP[0], CHR-PERP[-2389], CHZ-0325[0], CHZ[107494.994], CHZ-PERP[-10], CLV-PERP[1322.50000000], COMP-0325[0], COMP[83.61674915], COMP-PERP[-6.18129999], CONV-PERP[0], COPE[.6562], CREAM-PERP[17.53000000], CRO[379.06], CRO-PERP[-21490], CRV[84827.721], CRV-PERP[5266], CVC-PERP[0], CVX-PERP[851.40000000], DASH-PERP[0], DAWN-PERP[-622.80000000], DEFI-0125[0], DEFI-PERP[0], DENT-PERP[833100], DKNG-0624[0], DODO-PERP[-295.50000000], DOGE-0325[0], DOGE-0624[0], DOGE-0930[0], DOGE-1230[2214], DOGE-20211231[0], DOGE[3412726.68719879], DOGEBEAR2021[071137], DOGEBULL[388250.272], DOGE-PERP[39808814], DOT-0325[0], DOT-0624[0], DOT-0930[0], DOT-1230[0], DOT[19000.2251], DOT-20210924[0], DOT-20211231[0], DOT-PERP[88487.50000000], DRGN-PERP[0], DYDX[53202.2998], DYDX-PERP[-674.89999999], EDEN-0325[0], EDEN-PERP[0], EGLD-PERP[0.52000000], ENJ[4537], ENJ-PERP[-1], ENS-PERP[67.18000000], EOS-0325[0], EOS-0930[0], EOS-1230[0], EOS-PERP[2614.30000000], ETC-PERP[9.19999999], ETH-0325[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[1.00900000], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[634.58371877], ETHBULL[12395.46138317], ETH-PERP[50918.40999999], ETHW[6649.19594464], ETHW-PERP[0], EUR[5035.27], EURT[27104], EXCH-PERP[-0.04499999], FIDA-PERP[641], FIL-0325[0], FIL-PERP[-87.60000000], FLM-PERP[-0.00000001], FLOW-PERP[-0.00999999], FLUX-PERP[0], FTM[252313.98452406], FTM-PERP[174], FTT[203674.09003182], FTT-PERP[27742.19999999], FXS[5805.12475], FXS-PERP[321.89999999], GALA[818724.011], GALA-PERP[-560], GAL-PERP[0], GLMR-PERP[37158], GMT[64285.2216], GMT-PERP[-1416], GRT-0325[0], GRT[78975.4905], GRT-PERP[-993], GST-PERP[0.00000001], HBAR-PERP[-1], HNT-PERP[0], HOT-PERP[0], HT[2359.31221], HT-PERP[26.58000000], HUM-PERP[0], ICP-PERP[26.58000000], ICX-PERP[0], IMX-PERP[3282], INJ-PERP[0], IOST-PERP[0], IOTA-PERP[17481], JASMY-PERP[5800], JPY[17409983.10], JST[3.428], KAVA-PERP[-2810.19999999], KLAY-PERP[0], KNC[6291.73548000], KNC-PERP[-842.50000000], KSHIB[10.001], KSHIB-PERP[1606215], KSM-PERP[-789.32999999], KSOS-PERP[0], LDO[23666.8094], LDO-PERP[-37], LEO-PERP[0], LINA-PERP[2999920], LINK-0325[0], LINK-0624[0], LINK-0930[0], LINK-1230[0], LINK[12619.99473125], LINK-20210625[0], LINK-20210924[0], LINK-20211231[0], LINK-PERP[-1455.60000000], LOOKS[57108.2983], LOOKS-PERP[171323], LRC-PERP[1800], LTC-0325[0], LTC-0624[0], LTC-0930[0], LTC-1230[0], LTC-20211231[0], LTC[4177.02109805], LTC-PERP[16651.68000000], LUNA[1210.39015537], LUNA2_LOCKED[2824.24369684], LUNA2-PERP[0], LUNC[1593722.238123], LUNC-PERP[0.00000196], MANA[66449.1972], MANA-PERP[749], MAPS-PERP[12875], MATIC[224751.6541], MATICBULL[1408161.06894], MATIC-PERP[9344], MID-0325[0], MD-PERP[0.20299999], MINA-PERP[4881], MKR-PERP[-1.01999999], MNGO-PERP[0], MOB[0], MOB-PERP[0], MTA-PERP[0], MTL-PERP[-402.80000000], NEAR[44341.00533], NEAR-PERP[330.70000000], NEO-PERP[-129.50000000], OKB-0325[0], OKB-PERP[0], OMG-0325[0], OMG-0624[0], OMG-0930[0], OMG-1230[0], OMG-20211231[0], OMG[331.2635], OMG-PERP[270.10000000], ONE-PERP[0], ONT-PERP[13645], OP-PERP[0], OXY-PERP[-21553.60000000], PAXG[1416], PAXG-PERP[0.00999999], PEOPLE-PERP[-9580], PERP[.07634], PERP-PERP[5318.79999999], POLIS[15447.61515], POLIS-PERP[-718.70000000], PRIV-PERP[0], PROM-PERP[079.08999999], PUNDIX-PERP[-5783.20000000], PYTH_LOCKED[58333333], QTUM-PERP[47.80000000], RAMP-PERP[0], RAY[99692.2318], RAY-PERP[291], REEF-0325[0], REEF-PERP[-626240], REN-PERP[-2105], RNDR[5175.82226], RNDR-PERP[-3141.60000000], RON-PERP[-2902.39999999], ROOK-PERP[0], ROSE-PERP[-147433], RSR[9076210], RSR-PERP[-10], RUNE[9716.20561875], RUNE-PERP[2896.69999999], RVN-PERP[0], SAND[58512.5156], SAND-PERP[0], SC-PERP[300], SCRT-PERP[5856], SHIT-0325[0], SHIT-PERP[0], SKL-PERP[0], SLP[1.345], SLP-PERP[24280], SNX[12705.1326], SNX-PERP[124.60000000], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL[30520.36840643], SOL-PERP[-906.32999999], SPELL[17806701.65], SPELL-PERP[-171800], SRM[135450.16944107], SRM_LOCKED[36173.18210893], SRM-PERP[667115], STEP[78082.47882], STEP-PERP[-101332.80000000], STETH[60.60347383], STG[80689.0099], STG-PERP[0], STMX-PERP[0], STORJ-PERP[-0.03955000], STX-PERP[0], SUN[373267.5756788], SUSHI-0325[0], SUSHI[19168.448375], SUSHI-PERP[49.5], SXP[.0047], SXP-0325[0], SXP-PERP[-0.00000000], THETA-0325[0], THETA-PERP[589.90000000], TLM-PERP[-154], TOMO[8114.51314], TOMO-PERP[-21101.49999999], TONCOIN[8308.49009], TONCOIN-PERP[63112.89999999], TRU[2406], TRU-FERP[5529059], TRX-0325[0], TRX-0624[0], TRX-0930[0], TRX-1230[0], TRX-20210924[0], TRX-20211231[0], TRX[610378.659603], TRX-PERP[-91562], TRYB[112878.79414], TRYB-PERP[172711], TULIP-PERP[0], UNI-0325[0], UNI-0624[0], UNI-0930[0], UNI-1230[0], UNI[19328.04979], UNI-20210924[0], UNI-20211231[0], UNI-PERP[36.19999999], UNISWAP-PERP[0], USD[-39328051.90], USDT[1294856.47952837], USDT-PERP[0], USTC[101.61278828], USTC-PERP[0], VET-PERP[18841], WAVES-0325[0], WAVES-PERP[25.5], WBTC[19.68995024], XAUT-PERP[0], XEM-PERP[0], XLM-PERP[-5946], XMR-PERP[1.32000000], XRP-0325[0], XRP-0624[0], XRP-0930[0], XRP-1230[0], XRP-20210924[0], XRP-20211231[0], XRP[607588.888439], XRP-PERP[5132481], XTZ-0325[0], XTZ-PERP[-214.80700000], YFI-0325[0], YFI[7.24731865], YFII-PERP[0], YFI-PERP[-0.12100000], ZEC-PERP[-119.90000000], ZIL-PERP[5860], ZRX-PERP[0]

| 00225145 | 1INCH-0325[0], 1INCH[61286.5598], 1INCH-PERP[0], AAVE[741.447458], AAVE-PERP[-3.78999999], ADA-0325[0], ADA-0624[0], ADA-0930[0], ADA-1230[0], ADA-20210625[0], ADA-20210924[0], ADA-20211231[0], ADA-PERP[520651], AGLD[146.7], AGLD-PERP[16.39999999], ALCX-PERP[-44.20899999], ALGO-0325[0], ALGO-20211231[0], ALGO[51322.8002], ALGO-PERP[-2872], ALICE-PERP[0.20000000], ALPHA[1318], ALPHA-PERP[0], ALT-PERP[-1.65600000], ANC-PERP[0], APE[13144.11707168], APE-PERP[3582.80000000], APT[8792.0485], APT-PERP[0], AR-PERP[0], ASD[0], ASD-PERP[0], ATLAS[854923.412], ATLAS-PERP[-358850], ATOM-0325[0], ATOM[7889.36119], ATOM-PERP[-101.09000000], AUDIO-PERP[11068.90000000], AURY[.9841], AVAX-0325[0], AVAX-0930[0], AVAX-1230[0], AVAX[12665.73249033], AVAX-PERP[67673.20000000], AXS[5149.33359328], AXS-PERP[31.99999999], BADGER-PERP[-41.66000000], BAL-PERP[-45.11000000], BAND-PERP[-2302.90000000], BAO-PERP[0], BAT-PERP[0], BCH-0325[0], BCH-20211231[0], BCH[367.5214316], BCH-PERP[-78.59099999], BIT[.0177], BIT-PERP[0], BNB-0325[0], BNB-0624[0], BNB-0930[0], BNB-1230[0], BNB-20210924[0], BNB-20211231[0], BNB[8295.70297305], BNB-PERP[2.39999999], BNT-PERP[-972.30000000], BOBA[69361.59838], BOBA-PERP[-8684.40000000], BRZ[549948.49417091], BRZ-PERP[0], BSV-0325[0], BSV-PERP[-0.33999999], BTC-0325[0], BTC-0331[0], BTC-0624[0], BTC-0930[0], BTC-1230[-0.03699999], BTC-20210625[0], BTC-20210924[0], BTC-20211231[0], BTC[304.29722812], BTC-MOVE-2022Q1[0], BTC-PERP[5390.31499999], BTTPRE-PERP[0], BULL[528.66213442], C98-PERP[2934], CAKE-PERP[-2.39999999], CEL-0930[0], CEL-1230[0], CEL[18371.74935], CELO-PERP[2213.19999999], CEL-PERP[-2389], CHR-PERP[-2389], CHZ-0325[0], CHZ[107494.994], CHZ-PERP[-10], CLV-PERP[1322.50000000], COMP-0325[0], COMP[83.61674915], COMP-PERP[-6.18129999], CONV-PERP[0], COPE[.6562], CREAM-PERP[17.53000000], CRO[379.06], CRO-PERP[-21490], CRV[84827.721], CRV-PERP[5266], CVC-PERP[0], CVX-PERP[851.40000000], DASH-PERP[0], DAWN-PERP[-622.80000000], DEFI-0325[0], DEFI-PERP[0], DENT-PERP[833100], DKNG-0624[0], DODO-PERP[-295.50000000], DOGE-0325[0], DOGE-0624[0], DOGE-0930[0], DOGE-1230[2214], DOGE-20211231[0], DOGE[3412726.68719879], DOGEBEAR2021[.071137], DOGEBULL[388250.272], DOGE-PERP[39808814], DOT-0325[0], DOT-0624[0], DOT-0930[0], DOT-1230[0], DOT[19000.2251], DOT-20210924[0], DOT-20211231[0], DOT-PERP[88487.50000000], DRGN-PERP[0], DYDX[53202.2998], DYDX-PERP[-674.89999999], EDEN-0325[0], EGLD-PERP[0.52000000], ENJ.[.4537], ENJ-PERP[-1], ENS-PERP[67.18000000], EOS-0325[0], EOS-0930[0], EOS-1230[0], EOS-PERP[2614.30000000], ETC-PERP[9.19999999], ETH-0325[0], ETH-0331[0], ETH-0624[0], ETH-0930[0], ETH-1230[1.00900000], ETH-20210326[0], ETH-20210625[0], ETH-20210924[0], ETH-20211231[0], ETH[634.58371877], ETHBULL[12395.46138317], ETH-PERP[50918.40999999], ETHW[6649.19594464], ETHW-PERP[0], EUR[5035.27], EURT[27104], EXCH-PERP[-0.04499999], FIDA-PERP[641], FIL-0325[0], FIL-PERP[-87.60000000], FLM-PERP[-0.00000001], FLOW-PERP[-0.00999999], FLUX-PERP[0], FTM[252313.98452406], FTM-PERP[174], FTT[203674.09003182], FTT-PERP[27742.19999999], FXS[5805.12475], FXS-PERP[321.89999999], GALA[818724.011], GALA-PERP[-560], GAL-PERP[0], GLMR-PERP[37158], GMT[64285.2216], GMT-PERP[-1416], GRT-0325[0], GRT[78975.4905], GRT-PERP[-993], GST-PERP[0.00000001], HBAR-PERP[-1], HNT-PERP[0], HOT-PERP[0], HT[2359.31221], HT-PERP[6378.22999999], HUM-PERP[0], ICP-PERP[26.58000000], ICX-PERP[0], IMX-PERP[3282], INJ-PERP[0], IOST-PERP[0], IOTA-PERP[17481], JASMY-PERP[5800], JPY[17409983.10], JST[3.428], KAVA-PERP[-2810.19999999], KLAY-PERP[0], KNC[6291.73548000], KNC-PERP[-842.50000000], KSHIB[10.001], KSHIB-PERP[1606215], KSM-PERP[-789.32999999], KSOS-PERP[0], LDO[23666.8094], LDO-PERP[-37], LEO-PERP[0], LINA-PERP[2999920], LINK-0325[0], LINK-0624[0], LINK-0930[0], LINK-1230[0], LINK[12619.99473125], LINK-20210625[0], LINK-20210924[0], LINK-20211231[0], LINK-PERP[-1455.60000000], LOOKS[57108.2983], LOOKS-PERP[171323], LRC-PERP[1800], LTC-0325[0], LTC-0624[0], LTC-0930[0], LTC-1230[0], LTC-20211231[0], LTC[4177.02109805], LTC-PERP[16651.68000000], LUNA2[1210.39015537], LUNA2_LOCKED[2824.24369584], LUNA2-PERP[0], LUNC[1583722.238123], LUNC-PERP[0.00000198], MANA[66449.1972], MANA-PERP[749], MAPS-PERP[12875], MATIC[224751.6541], MATICBULL[1408161.06894], MATIC-PERP[9344], MID-0325[0], MID-PERP[0.20299999], MINA-PERP[4881], MKR-PERP[-1.01999999], MNGO-PERP[0], MOB[0], MOB-PERP[0], MTA-PERP[-402.80000000], MTL-PERP[-402.80000000], NEAR[44341.00533], NEAR-PERP[330.70000000], NEO-PERP[-129.50000000], OKB-0325[0], OKB-PERP[0], OMG-0325[0], OMG-0624[0], OMG-0930[0], OMG-1230[0], OMG-20211231[0], OMG[331.2635], OMG-PERP[270.10000000], ONE-PERP[0], ONT-PERP[13645], OP-PERP[0], OXY-PERP[-21553.60000000], PAXG[.1416], PAXG-PERP[0.00999999], PEOPLE-PERP[-9580], PERP[.07634], PERP-PERP[5318.79999999], POLIS[15447.61515], POLIS-PERP[-718.70000000], PRIV-PERP[0], PROM-PERP[979.08999999], PUNDIX-PERP[-5783.20000000], PYTH_LOCKED[58333333], QTUM-PERP[47.80000000], RAMP-PERP[0], RAY[99692.2318], RAY-PERP[291], REEF-0325[0], REEF-PERP[-826240], REN-PERP[-2105], RNDR[5175.82226], RNDR-PERP[-3141.60000000], RON-PERP[-2902.39999999], ROOK-PERP[0], ROSE-PERP[-147433], RSR[9076210], RSR-PERP[-10], RUNE[9716.20561875], RUNE-PERP[2896.69999999], RVN-PERP[0], SAND[58512.6156], SAND-PERP[0], SC-PERP[300], SCRT-PERP[5856], SHIT-0325[0], SHIT-PERP[0], SKL-PERP[0], SLP[1.345], SLP-PERP[24280], SNX[12705.1326], SNX-PERP[124.60000000], SOL-0325[0], SOL-0624[0], SOL-0930[0], SOL-1230[0], SOL-20210625[0], SOL-20210924[0], SOL-20211231[0], SOL[30520.36840643], SOL-PERP[-906.32999999], SPELL[17806701.65], SPELL-PERP[-171800], SRM[135450.16944107], SRM_LOCKED[36173.18210893], SRM-PERP[667115], STEP[78082.47882], STEP-PERP[-101332.80000000], STETH[60.60347383], STG[80689.0099], STG-PERP[0], STMX-PERP[0], STORJ-PERP[-0.03965000], STX-PERP[0], SUN[373267.5756788], SUSHI-0325[0], SUSHI[19168.448375], SUSHI-PERP[49.5], SXP[.0047], SXP-0325[0], SXP-PERP[-0.00030000], THETA-0325[0], THETA-PERP[588.90000000], TLM-PERP[-154], TOMO[8114.51314], TOMO-PERP[-21101.49999999], TONCOIN[8308.49009], TONCOIN-PERP[63112.89999999], TRU[2406], TRU-PERP[5529059], TRX-0325[0], TRX-0624[0], TRX-0930[0], TRX-1230[0], TRX-20210924[0], TRX-20211231[0], TRX[610378.659503], TRX-PERP[-91562], TRYB[112878.79414], TRYB-PERP[172711], TULIP-PERP[0], UNI-0325[0], UNI-0624[0], UNI-0930[0], UNI-1230[0], UNI[19328.04979], UNI-20210924[0], UNI-20211231[0], UNI-PERP[36.19999999], UNISWAP-PERP[0], USD[-39328051.90], USDT[1294856.47952837], USDT-PERP[0], USTC[101.61278828], USTC-PERP[0], VET-PERP[18841], WAVES-0325[0], WAVES-PERP[25.5], WBTC[19.68995024], XAUT-PERP[0], XEM-PERP[0], XLM-PERP[-5946], XMR-PERP[1.32000000], XRP-0325[0], XRP-0624[0], XRP-0930[0], XRP-1230[0], XRP-20210924[0], XRP-20211231[0], XRP[607588.888439], XRP-PERP[5132481], XTZ-0325[0], XTZ-PERP[-214.80700000], YFI-0325[0], YFI[7.24731865], YFII-PERP[0], YFI-PERP[-0.12100000], ZEC-PERP[-119.90000000], ZIL-PERP[5860], ZRX-PERP[0] |

**Name of Transferor**

Transferee has in its possession an Evidence of Transfer of Claim signed by the Transferor. To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and the Evidence of Transfer of Claim attached to this Notice of Transfer of Claim has been redacted to protect the identity of the Transferor. Upon written request, Transferee is prepared to provide a copy of the original signed Evidence of Transfer of Claim to the Bankruptcy Court, the Debtors, and appropriate professionals.