**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF WITNESS LIST FOR TMSI SEZC LTD.**
**IN CONNECTION WITH LIMITED OBJECTION OF TMSI SEZC LTD. TO**
**MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS**

**PLESAE TAKE NOTICE** that TMSI SEZC Ltd. ("TMSI") hereby provides the

following information regarding the witnesses TMSI intends to present at the hearing scheduled

for March 20, 2024 at 10:00 a.m. ET the ("Hearing") on the *Motion of Debtors to Estimate*

*Claims Based on Digital Assets* [Docket No. 5202] (the "Motion").

**List of Witnesses**

1. Ioannis Gkatzimas;

2. Sabrina Howell; and

3. Any witness proffered by any other party at the Hearing.

**Reservation of Rights**

TMSI reserves all rights to: (i) amend and supplement this witness list at any time prior to

the Hearing; (ii) cross examine all witnesses proffered at the Hearing; and (iii) call any rebuttal

witnesses as TMSI may deem necessary at the Hearing.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: February 21, 2024     **SAUL EWING LLP**

       By: */s/ Mark Minuti*
          Mark Minuti (DE Bar No.  659)
          Monique B. DiSabatino (DE Bar No. 6027)
          1201 N. Market Street, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6800
          Fax: (302) 421-6813
          mark.minuti@saul.com
          monique.disabatino@saul.com

           -and-

          **KATTEN MUCHIN ROSENMAN LLP**
          Peter A. Siddiqui (admitted *pro hac vice*)
          Ethan D. Trotz (admitted *pro hac vice*)
          525 W. Monroe Street
          Chicago, IL 60661
          Telephone: (312) 902-5200
          peter.siddiui@katten.com
          ethan.trotz@katten.com

          *Attorneys for TMSI SEZC Ltd.*

2