**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Ref. No. 7691** |

**CERTIFICATE OF SERVICE OF WITNESS LIST OF
FONDATION SERENDIPITY, FONDATION ELEMENTS,
SERENDIPITY NETWORK LTD, AND LIQUIDITY NETWORK LTD
FOR EVIDENTIARY HEARING ON MARCH 20, 2024, AT 10:00 A.M. (ET)**

I, Kurt F. Gwynne, hereby certify that on February 21, 2024, I caused to be served copies of the *Witness List of Fondation Serendipity, Fondation Elements, Serendipity Network Ltd, and Liquidity Network Ltd for the Evidentiary Hearing on March 20, 2024, at 10:00 a.m. (ET)* [Docket No. 7691] to all parties consenting to service through the Court's CM/ECF system.

Dated: February 21, 2024
Wilmington, Delaware

**REED SMITH LLP**

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
1201 North Market Street, Suite 1500
Wilmington, DE 19801-1163
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

*Counsel to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd, and Liquidity Network Ltd*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.