# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEPOSITION OF KEVIN LU

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Maps Vault Ltd. (the "Creditor"), by and through its undersigned counsel, will take the deposition by oral examination of Kevin Lu. The deposition will take place in connection with the *Motion of the Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202].

**PLEASE TAKE FURTHER NOTICE** that the deposition will commence at 9:00 a.m. (ET) on March 1, 2024 at the offices of Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, or at such other place and/or date and time to be agreed. The deposition will be taken before a notary public or other official authorized to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed. The deposition will be conducted pursuant to the applicable rules and may be used for any purpose permitted under those rules or other applicable law.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

| | |
|---|---|
| Dated: February 21, 2024<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>*/s/ Aaron S. Applebaum*<br>Aaron S. Applebaum (DE # 5587)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Email: aaron.applebaum@us.dlapiper.com<br><br>-and-<br><br>Dennis C. O'Donnell, Esq. (*admitted pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: dennis.odonnell@us.dlapiper.com<br><br>-and-<br><br>Jeffrey Torosian, Esq. (*admitted pro hac vice*)<br>DLA PIPER LLP (US)<br>444 W. Lake Street, Suite 900<br>Chicago, IL 60606<br>Telephone: (312) 368-4000<br>Email: jeffrey.torosian@dlapiper.com<br><br>*Counsel to Maps Vault Ltd.* |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing was electronically filed on this 21st day of February 2024 and accordingly was served upon all parties currently registered to receive electronic notice via this Court's CM/ECF notification system.

>*/s/ Aaron S. Applebaum*
>Aaron S. Applebaum (DE # 5587)

Active\1607602765.2