# EXHIBIT A

**Fees**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

TAX I.D. NO. 51-0082644

(302) 571-6600

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6646

Writer's E-Mail
mlunn@ycst.com

Official Committee of Unsecured Creditors
200 Park Avenue
New York, NY 10166

Invoice Date:          January 12, 2024
Invoice Number:              50048467
Matter Number:            102750.1001

Re:  FTX
     Billing Period through December 31, 2023

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 80,956.00 |
| Disbursements | $ | 281.30 |
| Total Due This Invoice | $ | 81,237.30 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date:          January 12, 2024
Invoice Number:        50048467
Matter Number:         102750.1001

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/01/23 | DLASK | Draft updated critical dates memorandum | B001 | 0.20 | 73.00 |
| 12/01/23 | MLUNN | Review ad hoc 2019 statement | B001 | 0.10 | 102.50 |
| 12/06/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 12/06/23 | DLASK | Draft updated critical dates memorandum | B001 | 0.20 | 73.00 |
| 12/07/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/08/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/11/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/11/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/11/23 | RFPOP | Review and analyze debtors objection to Ipsum motion to dismiss chapter 11 cases and declarations in support of same (1.5) and revise and finalize for filing joinder to same (.7) and emails to and from D. Laskin, Paul Hastings (Ken Pasquale and Jack Iaffaldano) and counsel for debtors (Matt Pierce and Brian Glueckstein) re: same (.4) | B001 | 2.60 | 2,314.00 |
| 12/12/23 | DLASK | Draft updated critical dates memorandum | B001 | 0.20 | 73.00 |
| 12/15/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/19/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 12/20/23 | DLASK | Communications with the Court regarding correcting representations on the electronic docket | B001 | 0.30 | 109.50 |

| Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024 |
|---|---|---|
| Billing Period through December 31, 2023 | Invoice Number: | 50048467 |
| | Matter Number: | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/21/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/22/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.10 | 36.50 |
| 12/26/23 | DLASK | Draft updated critical dates memorandum | B001 | 0.40 | 146.00 |
| 12/26/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/28/23 | DLASK | Review and evaluate incoming pleadings and correspondence for distribution to co-counsel | B001 | 0.20 | 73.00 |
| 12/11/23 | DLASK | Prepare hearing binder for Emergent debtor hearing | B002 | 0.40 | 146.00 |
| 12/11/23 | DLASK | Assemble pleadings, prepare binder for main debtors hearing | B002 | 0.30 | 109.50 |
| 12/11/23 | MLUNN | Review agenda re: December 12th hearing in Emergent and related correspondence with R. Poppiti and J. Kochenash | B002 | 0.10 | 102.50 |
| 12/11/23 | MLUNN | Review December 13th omnibus hearing agenda and correspondence with R. Poppiti re: same | B002 | 0.20 | 205.00 |
| 12/11/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) re: December 13th omnibus hearing | B002 | 0.10 | 89.00 |
| 12/11/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Ken Pasquale and Jack Iaffaldano) re: December 12th hearing in Emergent debtor chapter 11 case | B002 | 0.20 | 178.00 |
| 12/12/23 | JKOCH | Attend Emergent DIP hearing | B002 | 3.50 | 1,960.00 |
| 12/12/23 | MLUNN | Work with R. Poppiti and J. Kochenash re: preparation for Emergent DIP hearing and follow-up with R. Poppiti and J. Kochenash re: hearing results and issues; and correspondence with J. Kochenash re: adjourned hearing | B002 | 0.50 | 512.50 |
| 12/12/23 | RFPOP | Call with M. Lunn and J. Kochenash and emails to and preparation for and follow-up from Paul Hastings (Ken Pasquale) re: hearing on Emergent debtor financing motion | B002 | 0.50 | 445.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date: January 12, 2024
Invoice Number: 50048467
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/13/23 | MLUNN | Meet with R. Poppiti re: strategize for December 13 hearing (.4); work with K. Pasquale and R. Poppiti re: preparation for hearing and strategy on other related matters (.8); call with R. Poppiti re: hearing outcome and open issues (.2) | B002 | 1.40 | 1,435.00 |
| 12/13/23 | RFPOP | Prepare for (1.6), meet and strategize with M. Lunn (.4) and with M. Lunn and Ken Pasquale (.8) re: and attend (2.3) hearing and follow-up with M. Lunn (.2) | B002 | 5.30 | 4,717.00 |
| 12/11/23 | JKOCH | Review pleadings re: Emergent debtor in preparation for DIP hearing | B003 | 3.00 | 1,680.00 |
| 12/12/23 | JKOCH | Meet with R. Poppiti and M. Lunn re: Emergent DIP hearing | B003 | 0.20 | 112.00 |
| 12/12/23 | JKOCH | Review pleadings and prepare hearing outline re: Emergent DIP hearing | B003 | 0.50 | 280.00 |
| 12/12/23 | JKOCH | Email correspondence (multiple) with M. Ziegler re: adjourned hearing | B003 | 0.10 | 56.00 |
| 12/12/23 | JKOCH | Provide summary of Emergent DIP hearing to M. Lunn and R. Poppiti | B003 | 0.20 | 112.00 |
| 12/01/23 | MLUNN | Review cash statement report | B004 | 0.20 | 205.00 |
| 12/01/23 | RFPOP | Review and analyze cash flow update from FTI, and email from FTI (Max Dawson) re: same | B004 | 0.20 | 178.00 |
| 12/04/23 | JKOCH | Review Debtor's interim financial report | B004 | 0.20 | 112.00 |
| 12/01/23 | MLUNN | Review summary of proposed de minimis asset sale | B006 | 0.10 | 102.50 |
| 12/04/23 | MLUNN | Call with R. Poppiti re: status of FTX 2.0 issues and update on plan timing | B006 | 0.20 | 205.00 |
| 12/04/23 | MLUNN | Analysis of revised plan and sale timeline in connection with 2.0 sale process | B006 | 0.20 | 205.00 |
| 12/04/23 | MLUNN | Review revised FTX 2.0 offer | B006 | 0.20 | 205.00 |
| 12/14/23 | MLUNN | Correspondence with E. Gilad and R. Poppiti re: notice issues for FTX bid pro and DS hearing | B006 | 0.30 | 307.50 |
| 12/14/23 | MLUNN | Review proposed amendment to de minimis sale order | B006 | 0.10 | 102.50 |
| 12/14/23 | RFPOP | Email from counsel for debtors (Brad Harsch) re: proposed small estate claim settlements, and review and analyze summary of settlements re: same | B006 | 0.10 | 89.00 |
| 12/14/23 | RFPOP | Email from Jefferies (Lars Hultgren) re: venture portfolio issues | B006 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date:          January 12, 2024
Invoice Number:              50048467
Matter Number:           102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/15/23 | MLUNN | Review summary of proposed de minimis asset sales | B006 | 0.10 | 102.50 |
| 12/15/23 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio, and review and analyze summary from PWP re: same | B006 | 0.10 | 89.00 |
| 12/20/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: FTX 2.0 | B006 | 0.10 | 89.00 |
| 12/21/23 | MLUNN | Review revised purchase agreement (.5); correspondence from E. Gilad re: same (.1); and attend call with UCC members re: FTX 2.0 (.5) | B006 | 1.10 | 1,127.50 |
| 12/21/23 | RFPOP | Email from PWP (Emil Tu) re: de minimis asset sale offers for venture portfolio, and review and analyze summary from PWP re: same | B006 | 0.10 | 89.00 |
| 12/21/23 | RFPOP | Email from Paul Hastings (Erez Gilad) re: FTX 2.0 sale process, and briefly review redline of form APA from prospective bidder re: same | B006 | 0.30 | 267.00 |
| 12/22/23 | MLUNN | Review proposed de minimis asset sale | B006 | 0.10 | 102.50 |
| 12/22/23 | RFPOP | Review and analyze debtors motion for FDIC account | B006 | 0.20 | 178.00 |
| 12/26/23 | MLUNN | Review proposed IEX sale proposal | B006 | 0.10 | 102.50 |
| 12/26/23 | RFPOP | Email from Jefferies (Daniel Homrich) re: IEX sale process | B006 | 0.10 | 89.00 |
| 12/28/23 | RFPOP | Email from PWP (Emil Tu) re: venture portfolio de minimis asset sales | B006 | 0.10 | 89.00 |
| 12/07/23 | DLASK | Finalize for filing and coordinate service of statement in support of motion estimating IRS claims | B007 | 0.40 | 146.00 |
| 12/07/23 | MLUNN | Review draft statement in support of Debtors re: IRS estimation motion | B007 | 0.10 | 102.50 |
| 12/07/23 | MLUNN | Correspondence from N. Jenner and review revised orders approving 3rd and 5th claim objection | B007 | 0.20 | 205.00 |
| 12/07/23 | RFPOP | Review, comment on and finalize for filing committee statement re: debtors motion to estimate IRS claim and consider related issues (.4), and emails to and from Paul Hastings (Ken Pasquale and Jack Iaffaldano) (.2), call with Jack Iaffaldano (.3) and review and analyze IRS objection to motion (.4) re: same | B007 | 1.30 | 1,157.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | January 12, 2024 |
| Billing Period through December 31, 2023 | | | Invoice Number: | | 50048467 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Nick Jenner) re: proposed orders for debtors second, third, fourth and fifth omnibus claims objections, and review revised proposed orders for third and fifth omnibus claims objections and certifications of counsel for second, third, fourth and fifth omnibus claims objections | B007 | 0.40 | 356.00 |
| 12/08/23 | MLUNN | Review IRS objection to estimation procedures motion | B007 | 0.30 | 307.50 |
| 12/11/23 | MLUNN | Review reply and declaration re: IRS objection to estimation procedures | B007 | 0.30 | 307.50 |
| 12/11/23 | RFPOP | Review and analyze debtors reply to IRS objection to debtors motion to estimate IRS claim and declaration in support of same | B007 | 0.40 | 356.00 |
| 12/13/23 | JKOCH | Review briefing on estimation of IRS claim | B007 | 0.60 | 336.00 |
| 12/13/23 | MLUNN | Review pleadings in connection with hearing on IRS claim (.3); work with R. Poppiti re: preparation for hearing on IRS claim estimation issues (.2); | B007 | 0.20 | 205.00 |
| 12/14/23 | MLUNN | Review proposed claim settlements | B007 | 0.10 | 102.50 |
| 12/14/23 | RFPOP | Emails from UST and Paul Hastings (Ken Pasquale) re: committee member claim holdings | B007 | 0.10 | 89.00 |
| 12/20/23 | MLUNN | Review settlement agreement with JPL | B007 | 0.50 | 512.50 |
| 12/20/23 | MLUNN | Review revised scheduling order re: IRS estimation proceeding | B007 | 0.10 | 102.50 |
| 12/20/23 | RFPOP | Emails to and from Paul Hastings (Ken Pasquale) and counsel for debtors (Matt Pierce) re: draft revised proposed order for debtors motion to estimate IRS claim, and review and analyze draft order re: same | B007 | 0.20 | 178.00 |
| 12/26/23 | MLUNN | Review settlement agreement and motion with SBF (.3); review settlement agreement and motion with Wang (.2); review settlement agreement and motion with Singh (.2); and related correspondence from K. Catalano (.1) re: same | B007 | 0.80 | 820.00 |
| 12/26/23 | MLUNN | Review 6th, 7th and 8th omnibus objections to claims | B007 | 0.40 | 410.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | January 12, 2024 |
| Billing Period through December 31, 2023 | | | Invoice Number: | | 50048467 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/28/23 | RFPOP | Review and analyze debtors sixth (.3), seventh (.2) and eighth (.2) omnibus claims objections | B007 | 0.70 | 623.00 |
| 12/04/23 | RFPOP | Call with Paul Hastings, FTI and Jefferies teams re: FTX 2.0 sale process (1.1), and review and analyze materials from Jefferies and email from Jefferies (Ryan Hamilton) in preparation for same (.1) | B008 | 1.20 | 1,068.00 |
| 12/06/23 | MLUNN | Review materials in preparation for meeting with UCC members (.4); and attend meeting with UCC members and advisors re: various issues and updates (1.6) | B008 | 2.00 | 2,050.00 |
| 12/06/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams and committee re: case update and strategy and upcoming deadlines and tasks (1.6), and review materials from Paul Hastings, FTI and Jefferies and emails from Leonie Koch and Jefferies (Sebastian Carri) in preparation for same (.3) | B008 | 1.90 | 1,691.00 |
| 12/13/23 | MLUNN | Review materials in preparation for meeting with UCC members and advisors (.4) and call with UCC members, PH, Jefferies and FTI re: various case updates and strategy related to same (1.8) | B008 | 2.20 | 2,255.00 |
| 12/13/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.8), and review materials from Paul Hastings, FTI and Jefferies and emails from Paul Hastings (Leonie Koch) and Jefferies (Lars Hultgren) (.4) re: same | B008 | 2.20 | 1,958.00 |
| 12/20/23 | MLUNN | Review materials in preparation for call with UCC members (.3) and call with UCC members, FTI, PH, and Jefferies re: various updates and strategy discussions on various case issues (1.7) | B008 | 2.00 | 2,050.00 |
| 12/20/23 | RFPOP | Call with M. Lunn, Paul Hastings, FTI and Jefferies teams, and committee re: case update and strategy and upcoming deadlines and tasks (1.7), and review and analyze materials from Paul Hastings, FTI and Jefferies teams and emails from Paul Hastings (Jack Iaffaldano) (.3) re: same | B008 | 2.00 | 1,780.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date:              January 12, 2024
Invoice Number:                   50048467
Matter Number:              102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/05/23 | RFPOP | Review and comment on draft proposed order permitting committee to intervene in Burgess adversary proceeding, and email from Paul Hastings (Jack Iaffaldano) re: same | B011 | 0.10 | 89.00 |
| 12/07/23 | RFPOP | Review and finalize for execution revised draft confidentiality and protective order for Lorem Ipsum adversary proceeding, and email to and from Paul Hastings (Ken Pasquale) re: same | B011 | 0.40 | 356.00 |
| 12/07/23 | RFPOP | Emails to and from J. Kochenash, Paul Hastings (Jack Iaffaldano) and counsel for defendants (Tara Pakrouh) re: proposed order permitting committee to intervene in Burgess adversary proceeding, and review comments from counsel for defendants re: same | B011 | 0.20 | 178.00 |
| 12/08/23 | DLASK | File certification of counsel in Burgess adversary, prepare electronic order | B011 | 0.40 | 146.00 |
| 12/08/23 | RFPOP | Emails to and from J. Kochenash and Paul Hastings (Jack Iaffaldano) re: certification of counsel for proposed order permitting committee to intervene in Burgess adversary proceeding | B011 | 0.10 | 89.00 |
| 12/11/23 | DLASK | Finalize for filing and coordinate service of joinder to objection to motions to dismiss | B011 | 0.70 | 255.50 |
| 12/11/23 | MLUNN | Review joinder to Debtors' objection to Guhn motion to dismiss | B011 | 0.20 | 205.00 |
| 12/12/23 | MLUNN | Review Debtors' objection to Lorem Ipsum motion to dismiss (.5); review declaration of M. Moller in support of same (.1); review S. Mosely declaration in support of same (.2); review declaration of S. Houseman in support of same (.1) | B011 | 0.90 | 922.50 |
| 12/13/23 | JKOCH | Review briefing on motion to dismiss Lorem Ipsum adversary | B011 | 0.50 | 280.00 |
| 12/14/23 | RFPOP | Review and analyze K5 reply in support of motion to dismiss adversary proceeding | B011 | 0.90 | 801.00 |
| 12/15/23 | DLASK | Finalize for filing and coordinate service of joinder to plaintiffs' opposition to motion to dismiss in Lorem Ipsum adversary | B011 | 0.60 | 219.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date: January 12, 2024
Invoice Number: 50048467
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/15/23 | RFPOP | Revise and finalize for filing joinder to debtors objection to defendants motion to dismiss/for summary judgment in Ipsum adversary proceeding, and emails to and from D. Laskin, Paul Hastings (Jack Iaffaldano) and counsel for debtors (Howard Robertson) and review and analyze debtors objection re: same | B011 | 3.80 | 3,382.00 |
| 12/18/23 | RFPOP | Review and analyze debtors foreign law declaration in support of debtors objection to defendants motion to dismiss and for summary judgment in Ipsum adversary proceeding | B011 | 0.70 | 623.00 |
| 12/18/23 | RFPOP | Review and analyze debtors and defendants initial disclosures and debtors first request for production of documents in Burgess adversary proceeding | B011 | 0.20 | 178.00 |
| 12/19/23 | JKOCH | Review press release re: FTX DM settlement | B011 | 0.20 | 112.00 |
| 12/22/23 | DLASK | Review and update electronic adversary dockets | B011 | 0.30 | 109.50 |
| 12/22/23 | MLUNN | Review turnover motion re: FDIC | B011 | 0.10 | 102.50 |
| 12/22/23 | RFPOP | Review and analyze debtors motions to settle certain adversary issues with Bankman-Fried (.2), Wang (.2) and Singh (.2), and email from Paul Hastings (Kristin Catalano)(.1) re: same | B011 | 0.70 | 623.00 |
| 12/28/23 | RFPOP | Review and analyze defendants notice of supplemental authority in further support of defendants motions to dismiss in Giles and Rocket adversary proceedings | B011 | 0.10 | 89.00 |
| 12/28/23 | RFPOP | Review and analyze defendants answer in LayerZero adversary proceeding | B011 | 0.20 | 178.00 |
| 12/06/23 | RFPOP | Review and analyze debtors motion to further extend exclusivity deadline, and emails from Paul Hastings (Ken Pasquale) and committee re: same | B012 | 0.40 | 356.00 |
| 12/07/23 | MLUNN | Analysis of exclusivity extension motion and related correspondence with K. Pasquale and UCC | B012 | 0.40 | 410.00 |
| 12/07/23 | RFPOP | Email from Paul Hastings (Isaac Sasson) re: draft amended plan | B012 | 0.10 | 89.00 |
| 12/08/23 | MLUNN | Review and comment on draft amended chapter 11 plan | B012 | 2.20 | 2,255.00 |
| 12/08/23 | RFPOP | Begin to review and comment on draft amended chapter 11 plan | B012 | 1.30 | 1,157.00 |

Official Committee of Unsecured Creditors    Invoice Date:    January 12, 2024
Billing Period through December 31, 2023    Invoice Number:    50048467
Matter Number:    102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/11/23 | RFPOP | Review and revise draft fourth interim fee application for committee professionals and draft YCST supplement to same, and email to D. Laskin and J. Kochenash re: same | B012 | 0.50 | 445.00 |
| 12/11/23 | RFPOP | Further review and comment on draft chapter 11 plan | B012 | 0.60 | 534.00 |
| 12/12/23 | RFPOP | Further review and comment on draft chapter 11 plan, and email to Paul Hastings (Isaac Sasson) re: same | B012 | 0.80 | 712.00 |
| 12/13/23 | RFPOP | Review and comment on revised draft amended chapter 11 plan | B012 | 0.70 | 623.00 |
| 12/14/23 | MLUNN | Analysis of revised draft chapter 11 plan (2.3) and call with R. Poppiti re: plan issues and comments (.7) | B012 | 3.00 | 3,075.00 |
| 12/14/23 | RFPOP | Review and comment on draft disclosure statement (2.3), and call with M. Lunn re: same and related plan issues (.7) | B012 | 3.00 | 2,670.00 |
| 12/14/23 | RFPOP | Emails to and from M. Lunn and Paul Hastings (Erez Gilad) re: plan solicitation and FTX 2.0 timeline, and consider related issues re: same | B012 | 0.30 | 267.00 |
| 12/15/23 | MLUNN | Review portions of draft disclosure statement | B012 | 2.30 | 2,357.50 |
| 12/18/23 | MLUNN | Review draft statement re: exclusivity motion and related correspondence | B012 | 0.40 | 410.00 |
| 12/18/23 | MLUNN | Analysis of solicitation procedures motion | B012 | 1.40 | 1,435.00 |
| 12/18/23 | RFPOP | Review and comment on draft committee statement re: debtors motion to further extend exclusivity deadline, and emails from Paul Hastings (Ken Pasquale) and committee and consider related issues re: same | B012 | 0.30 | 267.00 |
| 12/19/23 | MLUNN | Review revised statement re: exclusivity motion | B012 | 0.10 | 102.50 |
| 12/19/23 | RFPOP | Review revised draft committee statement re: debtors motion to extent exclusivity deadline, and emails from Paul Hastings (Ken Pasquale) and committee re: same | B012 | 0.10 | 89.00 |
| 12/19/23 | RFPOP | Review and analyze debtors solicitation procedures motion | B012 | 1.00 | 890.00 |
| 12/20/23 | DLASK | Finalize for filing and coordinate service of Committee's response to 3rd motion to extend exclusivity | B012 | 0.40 | 146.00 |
| 12/20/23 | JKOCH | Review statement re: exclusivity | B012 | 0.20 | 112.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date: January 12, 2024
Invoice Number: 50048467
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/20/23 | MLUNN | Correspondence with K. Pasquale and R. Poppiti re: statement to exclusivity motion | B012 | 0.10 | 102.50 |
| 12/20/23 | RFPOP | Review and finalize for filing committee statement re: debtors motion to further extend exclusivity deadline, and emails to and from D. Laskin and Paul Hastings (Ken Pasquale and Jack Iaffaldano) re: same | B012 | 0.30 | 267.00 |
| 12/20/23 | RFPOP | Email from Paul Hastings (Isaac Sasson) re: post-effective date governance issues | B012 | 0.10 | 89.00 |
| 12/22/23 | MLUNN | Analyze Voyager statement and BlockFi statement re: exclusivity | B012 | 0.40 | 410.00 |
| 12/22/23 | RFPOP | Review and analyze Voyager and BlockFi responses to debtors motion to further extend exclusivity deadline, and email to and from counsel for debtors (Ben Beller) and consider related issues re: same | B012 | 0.40 | 356.00 |
| 12/22/23 | RFPOP | Review and analyze court's letter ruling denying defendants motion to dismiss for lack of personal jurisdiction in Platform adversary proceeding | B012 | 0.20 | 178.00 |
| 12/26/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: debtors coin estimation/valuation motion | B012 | 0.10 | 89.00 |
| 12/27/23 | RFPOP | Review and analyze debtors amended ordinary course professionals list and declarations for related additional ordinary course professionals | B012 | 0.30 | 267.00 |
| 12/28/23 | JKOCH | Review Debtors' estimation motion of Digital Assets in connection with Plan | B012 | 0.60 | 336.00 |
| 12/28/23 | MLUNN | Review estimation motion re: digital assets (.7); review S. Howell declaration in support of same (.9); review declaration of K. Lu in support of same (.6) | B012 | 2.20 | 2,255.00 |
| 12/28/23 | RFPOP | Review and analyze debtors coin valuation motion and related declarations, and email from Leonie Koch re: same | B012 | 1.10 | 979.00 |
| 12/01/23 | DLASK | Finalize for filing and coordinate service of supplemental declaration in support of FTI retention | B017 | 0.30 | 109.50 |
| 12/01/23 | MLUNN | Review correspondence from fee examiner and correspondence with R. Poppiti | B017 | 0.20 | 205.00 |

| | | | | | |
|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | | | Invoice Date: | | January 12, 2024 |
| Billing Period through December 31, 2023 | | | Invoice Number: | | 50048467 |
| | | | Matter Number: | | 102750.1001 |

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 12/01/23 | RFPOP | Email from fee examiner re: proposed resolution of informal response to YCST third interim fee application, and consider related issues re: same | B017 | 0.20 | 178.00 |
| 12/01/23 | RFPOP | Review and finalize for filing FTI third supplement declaration, and emails to and from UST re: same | B017 | 0.20 | 178.00 |
| 12/04/23 | MLUNN | Call with R. Poppiti re: responding to fee examiner proposal (.3) and review response email (.1) | B017 | 0.40 | 410.00 |
| 12/04/23 | RFPOP | Call with M. Lunn (.3) and emails to and from fee examiner (.3) re: proposed resolution of fee examiner informal response to YCST third interim fee application | B017 | 0.60 | 534.00 |
| 12/05/23 | MLUNN | Review fee examiner report | B017 | 0.20 | 205.00 |
| 12/05/23 | RFPOP | Review and analyze fee examiner report for third interim fee applications | B017 | 0.20 | 178.00 |
| 12/06/23 | MLUNN | Review draft interim fee order | B017 | 0.10 | 102.50 |
| 12/08/23 | MLUNN | Review draft of 4th interim fee request | B017 | 0.10 | 102.50 |
| 12/12/23 | DLASK | Finalize for filing and coordinate service of Young Conaway's October fee application | B017 | 0.30 | 109.50 |
| 12/12/23 | DLASK | Update notice, finalize for filing and coordinate service of FTI's October fee application | B017 | 0.40 | 146.00 |
| 12/12/23 | DLASK | Update interim fee application of debtors' professionals | B017 | 0.40 | 146.00 |
| 12/12/23 | DLASK | Update notice, finalize for filing and coordinate service of Paul Hastings' October fee application | B017 | 0.30 | 109.50 |
| 12/12/23 | JKOCH | Review and comment on Paul Hastings October fee application | B017 | 0.60 | 336.00 |
| 12/12/23 | JKOCH | Review and comment on FTI's October fee application | B017 | 0.90 | 504.00 |
| 12/14/23 | JKOCH | Email correspondence (multiple) with committee professionals re: fourth interim fee application | B017 | 0.10 | 56.00 |
| 12/14/23 | RFPOP | Emails to and from J. Kochenash re: interim fee application and notice of rate change issues | B017 | 0.10 | 89.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date: January 12, 2024
Invoice Number: 50048467
Matter Number: 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/15/23 | DLASK | Finalize for filing and coordinate service of Jefferies's fee applications for August, September and October | B017 | 0.90 | 328.50 |
| 12/15/23 | DLASK | Finalize for filing and coordinate service of 4th interim fee request for committee professionals and related supplements | B017 | 0.70 | 255.50 |
| 12/15/23 | JKOCH | Review Jefferies' monthly fee applications and supplement to the Committee's 4th Interim Fee request | B017 | 0.60 | 336.00 |
| 12/15/23 | MLUNN | Review fee examiner interim fee application | B017 | 0.10 | 102.50 |
| 12/15/23 | MLUNN | Review PH 4th interim fee request | B017 | 0.10 | 102.50 |
| 12/18/23 | DLASK | Prepare certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.50 | 182.50 |
| 12/18/23 | JKOCH | Draft notice of annual rate increase | B017 | 0.40 | 224.00 |
| 12/18/23 | JKOCH | Review CNO for FTI's September fee application and email correspondence with M. Gray re: same | B017 | 0.10 | 56.00 |
| 12/18/23 | JKOCH | Review CNO for Paul Hastings' September fee application and email correspondence with L. Koch re: same | B017 | 0.20 | 112.00 |
| 12/19/23 | DLASK | Finalize for filing, file certificates of no objection for fee applications of Young Conaway, Paul Hastings and FTI | B017 | 0.60 | 219.00 |
| 12/21/23 | DLASK | Finalize for filing and coordinate service of notice of change in hourly rates for Paul Hastings | B017 | 0.30 | 109.50 |
| 12/21/23 | RFPOP | Email to and from Paul Hastings (Jack Iaffaldano) re: Paul Hastings and Young Conaway rate increase notices | B017 | 0.10 | 89.00 |
| 12/28/23 | DLASK | Finalize for filing and coordinate service of notice of annual rate change for Young Conaway | B017 | 0.30 | 109.50 |
| 12/05/23 | JKOCH | Review draft interim fee request and YCST supplement thereto | B018 | 1.00 | 560.00 |
| 12/06/23 | DLASK | Update to supplement to interim fee application | B018 | 0.30 | 109.50 |
| 12/06/23 | JKOCH | Revise interim fee request and YCST supplement | B018 | 0.50 | 280.00 |
| 12/12/23 | JKOCH | Further review and revision to Committee's interim fee application and YCST's supplement thereto | B018 | 0.50 | 280.00 |

Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024
Billing Period through December 31, 2023 | Invoice Number: | 50048467
| Matter Number: | 102750.1001

| Date | Initials | Description | Task | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 12/12/23 | MLUNN | Review YCST October fee application | B018 | 0.20 | 205.00 |
| 12/12/23 | MLUNN | Confidentiality review of November fee statement | B018 | 0.60 | 615.00 |
| 12/12/23 | RFPOP | Emails to and from D. Laskin re: YCST October 2023 fee application | B018 | 0.10 | 89.00 |
| 12/13/23 | MLUNN | Review and provide comments to 4th interim fee request of UCC professionals and supplement | B018 | 0.30 | 307.50 |
| 12/13/23 | RFPOP | Review invoice for YCST November 2023 fee application re: confidentiality and local rule compliance | B018 | 0.20 | 178.00 |
| 12/22/23 | DLASK | Draft November fee application | B018 | 1.00 | 365.00 |
| 12/15/23 | RFPOP | Email from Paul Hastings (Ken Pasquale) re: proposed JPL settlement, and review and analyze materials from debtors re: same | BN014 | 0.40 | 356.00 |
| | | | **Total** | **99.50** | **$80,956.00** |

Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024
Billing Period through December 31, 2023 | Invoice Number: | 50048467
 | Matter Number: | 102750.1001

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| DLASK | Debbie Laskin | Paralegal | 13.00 | 365.00 | 4,745.00 |
| JKOCH | Jared W. Kochenash | Associate | 14.70 | 560.00 | 8,232.00 |
| MLUNN | Matthew B. Lunn | Partner | 30.20 | 1,025.00 | 30,955.00 |
| RFPOP | Robert F. Poppiti | Partner | 41.60 | 890.00 | 37,024.00 |
| **Total** | | | **99.50** | | **$80,956.00** |

| Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024 |
|---|---|---|
| Billing Period through December 31, 2023 | Invoice Number: | 50048467 |
| | Matter Number: | 102750.1001 |

## Task Summary

### Task Code:B001      Case Administration

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.10 | 1,025.00 | 102.50 |
| Robert F. Poppiti | Partner | 2.60 | 890.00 | 2,314.00 |
| Debbie Laskin | Paralegal | 3.20 | 365.00 | 1,168.00 |
| **Total** | | **5.90** | | **3,584.50** |

### Task Code:B002      Court Hearings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.20 | 1,025.00 | 2,255.00 |
| Robert F. Poppiti | Partner | 6.10 | 890.00 | 5,429.00 |
| Jared W. Kochenash | Associate | 3.50 | 560.00 | 1,960.00 |
| Debbie Laskin | Paralegal | 0.70 | 365.00 | 255.50 |
| **Total** | | **12.50** | | **9,899.50** |

### Task Code:B003      Cash Collateral/DIP Financing

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jared W. Kochenash | Associate | 4.00 | 560.00 | 2,240.00 |
| **Total** | | **4.00** | | **2,240.00** |

### Task Code:B004      Schedules & Statements, U.S. Trustee Reports

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 0.20 | 1,025.00 | 205.00 |
| Robert F. Poppiti | Partner | 0.20 | 890.00 | 178.00 |
| Jared W. Kochenash | Associate | 0.20 | 560.00 | 112.00 |
| **Total** | | **0.60** | | **495.00** |

### Task Code:B006      Use, Sale or Lease of Property (363 issues)

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 2.50 | 1,025.00 | 2,562.50 |
| Robert F. Poppiti | Partner | 1.20 | 890.00 | 1,068.00 |
| **Total** | | **3.70** | | **3,630.50** |

### Task Code:B007          Claims Analysis, Objections and Resolutions

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 3.00 | 1,025.00 | 3,075.00 |
| Robert F. Poppiti | Partner | 3.10 | 890.00 | 2,759.00 |
| Jared W. Kochenash | Associate | 0.60 | 560.00 | 336.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **7.10** | | **6,316.00** |

### Task Code:B008          Meetings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 6.20 | 1,025.00 | 6,355.00 |
| Robert F. Poppiti | Partner | 7.30 | 890.00 | 6,497.00 |
| **Total** | | **13.50** | | **12,852.00** |

### Task Code:B011          Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.20 | 1,025.00 | 1,230.00 |
| Robert F. Poppiti | Partner | 7.40 | 890.00 | 6,586.00 |
| Jared W. Kochenash | Associate | 0.70 | 560.00 | 392.00 |
| Debbie Laskin | Paralegal | 2.00 | 365.00 | 730.00 |
| **Total** | | **11.30** | | **8,938.00** |

### Task Code:B012          Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 12.50 | 1,025.00 | 12,812.50 |
| Robert F. Poppiti | Partner | 11.60 | 890.00 | 10,324.00 |
| Jared W. Kochenash | Associate | 0.80 | 560.00 | 448.00 |
| Debbie Laskin | Paralegal | 0.40 | 365.00 | 146.00 |
| **Total** | | **25.30** | | **23,730.50** |

### Task Code:B017          Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Matthew B. Lunn | Partner | 1.20 | 1,025.00 | 1,230.00 |
| Robert F. Poppiti | Partner | 1.40 | 890.00 | 1,246.00 |
| Jared W. Kochenash | Associate | 2.90 | 560.00 | 1,624.00 |
| Debbie Laskin | Paralegal | 5.00 | 365.00 | 1,825.00 |
| **Total** | | **10.50** | | **5,925.00** |

| Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024 |
|---|---|---|
| Billing Period through December 31, 2023 | Invoice Number: | 50048467 |
| | Matter Number: | 102750.1001 |

**Task Code:B018**               **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Matthew B. Lunn | Partner | 1.10 | 1,025.00 | 1,127.50 |
| Robert F. Poppiti | Partner | 0.30 | 890.00 | 267.00 |
| Jared W. Kochenash | Associate | 2.00 | 560.00 | 1,120.00 |
| Debbie Laskin | Paralegal | 1.30 | 365.00 | 474.50 |
| **Total** | | **4.70** | | **2,989.00** |

**Task Code:BN014**               **FTX Digital Chapter 15 Proceeding**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert F. Poppiti | Partner | 0.40 | 890.00 | 356.00 |
| **Total** | | **0.40** | | **356.00** |

**<u>EXHIBIT B</u>**

**Expenses**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors | Invoice Date: | January 12, 2024 |
| Billing Period through December 31, 2023 | Invoice Number: | 50048467 |
| | Matter Number: | 102750.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 10/04/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/05/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/06/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/06/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/09/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 10/10/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/10/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 10/11/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 10/18/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/18/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/18/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/20/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/20/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 10/20/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/23/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/23/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/23/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/23/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/24/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/24/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/26/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 10/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 10/27/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 10/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 10/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 10/27/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/27/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 10/27/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 10/30/23 | Docket Retrieval / Search | 10.00 | 1.00 |

| | | | |
|---|---|---|---|
| Official Committee of Unsecured Creditors | | Invoice Date: | January 12, 2024 |
| Billing Period through December 31, 2023 | | Invoice Number: | 50048467 |
| | | Matter Number: | 102750.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---|---|
| 11/03/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/03/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/03/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/07/23 | Docket Retrieval / Search | 11.00 | 1.10 |
| 11/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/07/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/07/23 | Docket Retrieval / Search | 160.00 | 16.00 |
| 11/07/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 11/07/23 | Docket Retrieval / Search | 213.00 | 21.30 |
| 11/09/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 11/09/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/09/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/09/23 | Docket Retrieval / Search | 4.00 | 0.40 |
| 11/10/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 11/13/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/14/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/14/23 | Docket Retrieval / Search | 26.00 | 2.60 |
| 11/15/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 11/15/23 | Docket Retrieval / Search | 10.00 | 1.00 |
| 11/21/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/21/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/27/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 11/27/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 11/27/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 11/30/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 11/30/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/06/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/07/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/07/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/07/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/08/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/10/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/11/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 12/11/23 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 12/11/23 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 12/11/23 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 12/11/23 | Photocopy Charges Duplication BW | 21.00 | 2.10 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

| | Invoice Date: | January 12, 2024 |
|---|---|---|
| | Invoice Number: | 50048467 |
| | Matter Number: | 102750.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 12/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 12/11/23 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 12/11/23 | Docket Retrieval / Search | 6.00 | 0.60 |
| 12/11/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/11/23 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 12/11/23 | Photocopy Charges Duplication BW | 141.00 | 14.10 |
| 12/11/23 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 12/12/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/13/23 | Color Photocopy Charges Duplication Color | 87.00 | 43.50 |
| 12/13/23 | Parcels, Inc. - DiMeo's Pizza 1056744 - Working meal for co-counsel and YCST team in for FTX hearing (3 people) | 1.00 | 63.00 |
| 12/13/23 | Color Photocopy Charges Duplication Color | 62.00 | 31.00 |
| 12/13/23 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 5.00 | 0.50 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 2.00 | 0.20 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/15/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/18/23 | Docket Retrieval / Search | 16.00 | 1.60 |
| 12/18/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/19/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/20/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| 12/20/23 | Docket Retrieval / Search | 8.00 | 0.80 |
| 12/20/23 | Docket Retrieval / Search | 1.00 | 0.10 |
| 12/20/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/21/23 | Docket Retrieval / Search | 12.00 | 1.20 |
| 12/21/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/21/23 | Docket Retrieval / Search | 9.00 | 0.90 |
| 12/22/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/26/23 | Docket Retrieval / Search | 7.00 | 0.70 |
| 12/28/23 | Docket Retrieval / Search | 3.00 | 0.30 |
| 12/28/23 | Docket Retrieval / Search | 10.00 | 1.00 |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

Invoice Date:                    January 12, 2024
Invoice Number:                       50048467
Matter Number:                      102750.1001

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 12/28/23 | Docket Retrieval / Search | 30.00 | 3.00 |
| | **Total** | | **$281.30** |

Official Committee of Unsecured Creditors
Billing Period through December 31, 2023

| Invoice Date: | January 12, 2024 |
| Invoice Number: | 50048467 |
| Matter Number: | 102750.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Docket Retrieval / Search | 109.40 |
| Reproduction Charges | 108.90 |
| Working Meals | 63.00 |
| | |
| **Total** | **$281.30** |