IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,* [1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 22-11068 (JTD)<br>)<br>) (Jointly Administered)<br>)<br>) **Obj. Deadline: March 12, 2024 at 4:00 pm (ET)**<br>) |

**NOTICE OF THIRTEENTH MONTHLY FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**PLEASE TAKE NOTICE** that FTI Consulting, Inc. has filed its *Thirteenth Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period December 1, 2023 to December 31, 2023* (the "**Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Fee Application seeks the allowance of fees in the amount of $2,013,980.00 (and the payment of eighty percent (80%) of such fees in the amount of $1,611,184.00 as well as the reimbursement of actual and necessary expenses in the amount of $1,000.00 incurred by FTI professionals during the period referenced in the Fee Application.

**PLEASE TAKE FURTHER NOTICE** that objections to the Fee Application, if any, are required to be filed on or before **March 12, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the Court, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline by:

(i) counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), (a) Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Alexa J. Kranzley (kranzleya@sullcrom.com) and (b) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn: Adam G. Landis (landis@lrclaw.com) and Kimberly A. Brown (brown@lrclaw.com);

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

31331516.1

(ii) counsel to the Official Committee of Unsecured Creditors, (a) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn: Kristopher M. Hansen (krishansen@paulhastings.com), Erez E. Gilad (erezgilad@paulhastings.com), and Gabriel Sasson (gabesasson@paulhastings.com), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com) and Robert F. Poppiti, Jr. (rpoppiti@ycst.com);

(iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richenderfer@usdoj.gov); and

(iv) counsel to Katherine Stadler, the fee examiner appointed in the Debtors' chapter 11 cases, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, Wisconsin 53703 Attn: Mark Hancock (mhancock@gklaw.com).

**PLEASE TAKE FURTHER NOTICE THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS* [DOCKET NO. 435], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF TOTAL FEES AND 100% OF REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE THAT A HEARING WILL BE HELD ON THE FEE APPLICATION ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AND CANNOT BE CONSENSUALLY RESOLVED**.

| | |
|---|---|
| Dated: February 21, 2024<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>          rpoppiti@ycst.com<br>          jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br><br>Kristopher M. Hansen*<br>Erez E. Gilad*<br>Gabriel E. Sasson*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:  (212) 318-6000<br>Facsimile:  (212) 319-4090<br>Email: krishansen@paulhastings.com<br>          erezgilad@paulhastings.com<br>          gabesasson@paulhastings.com<br><br><br>* *Admitted pro hac vice*<br><br>*Counsel to the Official Committee of Unsecured Creditors* |