# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEBTORS' INTENT TO OFFER WITNESS TESTIMONY IN CONNECTION WITH THE FURTHER HEARING ON MOTION OF DEBTORS TO ESTIMATE CLAIMS BASED ON DIGITAL ASSETS

**PLEASE TAKE NOTICE** that FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") hereby provide the following information regarding the witnesses they may present at the further hearing scheduled on March 20, 2024 (the "Hearing") on the *Motion of the Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202]:

### WITNESSES THE DEBTORS INTEND TO CALL

- Kevin Lu, Director of Data Science & Product at Coin Metrics, Inc.

- Sabrina T. Howell, Associate Professor of Finance at the New York University Stern School of Business.

### WITNESSES THE DEBTORS MAY CALL

- Edgar W. Mosley II, Managing Director at Alvarez & Marsal North America, LLC, financial advisors to the Debtors.

- Any witness proffered by any other party at the Hearing.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

**RESERVATION OF RIGHTS**

The Debtors reserve all rights to: (i) amend and supplement this witness list at any time at or prior to the Hearing; (ii) cross examine any and all witnesses proffered at the Hearing; and (iii) call any rebuttal witnesses as the Debtors may deem necessary at the Hearing.

| | |
|---|---|
| Dated: February 21, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ Kimberly A. Brown<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors and Debtors-in-Possession* |