# **<u>EXHIBIT 1</u>**

{1368.002-W0074579.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, [1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | Ref. Nos. 176 & ____ |

### ORDER GRANTING MOTION FOR THE APPOINTMENT OF EXAMINER

The *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] is hereby granted.  Andrew R. Vara, United States Trustee for Regions 3 & 9, is hereby directed to file a motion, on notice to parties in interest, seeking the appointment of a disinterested person to serve as examiner setting forth the proposed scope, cost, degree, and duration of the examination to be conducted by such person.

Dated: February __, 2024
        Wilmington, Delaware

                                                                        _____
                                                                        THE HONORABLE JOHN T. DORSEY
                                                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074581.}