# **EXHIBIT 2**

{1368.002-W0074579.}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| FTX TRADING LTD., *et al.*, | : | Case No. 22-11068 (JTD) |
|  | : |  |
|  | : | (Jointly Administered) |
|  | : |  |
| [1] | : | ~~Re: D.I~~ |
|  | : |  |
| Debtors. | : | **Ref. Nos**. 176 & ____ |

**ORDER ~~DIRECTING~~ GRANTING MOTION FOR THE APPOINTMENT OF EXAMINER**

_____ The *Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner* [D.I. 176] is hereby granted. Andrew R. Vara, United States Trustee for ~~Region 3,~~ Regions 3 & 9, is hereby directed to ~~appoint an examiner pursuant to 11 U.S.C. § 1104(c)(2). The~~ file a motion, on notice to parties in interest, seeking the appointment of a disinterested person to serve as examiner setting forth the proposed scope, cost, degree, and duration of the examination ~~shall be considered~~ on notice to parties in interest ~~at the appointment hearing, together with the application to appoint the examiner.~~ to be conducted by such person.

Dated: February ___, 2024
           Wilmington, Delaware

                                    _____
                                    THE HONORABLE JOHN T. DORSEY
                                    UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074581.}

{1368.002-W0074583.0074581.}

Document comparison by Workshare 9.5 on Wednesday, February 21, 2024 2:17:54 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\wdox\LRCDocs\1368\002\PLED\W0074583.RTF |
| Description | W0074583 |
| Document 2 ID | file://S:\wdox\LRCDocs\1368\002\ORD\W0074581.DOCX |
| Description | W0074581 |
| Rendering set | Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 22 |
| Deletions | 16 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 40 |