## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| ALAMEDA RESEARCH LLC, FTX TRADING LTD., WEST REALM SHIRES, INC., AND WEST REALM SHIRES SERVICES INC. (D/B/A FTX.US), | |
| Plaintiffs, | Adv. Pro. No. 23-50419 (JTD) |
| v. | |
| DANIEL FRIEDBERG, | |
| Defendant. | |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 22, 2024 AT 1:00 P.M. (ET), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**ALL PARTICIPANTS, INCLUDING ATTORNEYS INTENDING TO PRESENT AT THE HEARING AND WITNESSES, MUST BE PHYSICALLY PRESENT IN THE COURTROOM. ANY NON-PARTICIPANT MAY OBSERVE THE HEARING REMOTELY BY REGISTERING IN ADVANCE AT THE LINK BELOW NO LATER THAN FEBRUARY 21, 2024 AT 4:00 P.M. (ET)**

**To attend this hearing remotely, please register using the eCourt Appearances tool on the Court's website at www.deb.uscourts.gov.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

[2] **Amended items appear in bold.**

**ADJOURNED MATTERS:**

1.  Joint Omnibus Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 for an Order Authorizing the Issuance of Subpoenas for Discovery from Silicon Valley Accountants, Silvergate Bank, and Evolve Bank & Trust [D.I. 1874, filed on July 17, 2023]

    Status: This matter is resolved with regard to Silicon Valley Accountants and is being adjourned with regard to Silvergate Bank and Evolve Bank & Trust to the hearing scheduled for March 20, 2024 at 10:00 a.m. (ET).

2.  Notice of Pretrial Conference in an Adversary Proceeding [*Alameda Research LLC et al. v. Friedberg*, Adv. No. 23-50419 (JTD) – Adv. D.I. 7, filed on July 26, 2023]

    Status: This matter is adjourned to the hearing scheduled for March 20, 2024 at 10:00 a.m. (ET).

3.  Motion of Island Air Capital and Paul F. Aranha for Relief from the Automatic Stay, to the Extent Applicable, and Related Relief [D.I. 2664, filed on September 21, 2023]

    Status: This matter is adjourned to the hearing scheduled for March 20, 2024 at 10:00 a.m. (ET).

4.  Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination [D.I. 3329, filed on October 20, 2023]

    Status: This matter is adjourned to the hearing scheduled for March 20, 2024 at 10:00 a.m. (ET).

5.  Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of Maclaurin Investments, Ltd. [D.I. 3399, filed on October 27, 2023]

    Status: This matter is adjourned to a hearing on a date to be determined.

6.  Motion of Patrick Gruhn, Robin Matzke, and Lorem Ipsum UG to Dismiss Bankruptcy Case of FTX Trading Ltd. [D.I. 3400, filed on October 27, 2023]

    Status: This matter is adjourned to a hearing on a date to be determined.

7.  Debtors' Objection to Proof of Claim Filed by Ross Rheingans-Yoo [D.I. 3409, filed on October 30, 2023]

    Status: This matter is adjourned to the hearing scheduled for March 20, 2024 at 10:00 a.m. (ET).

{1368.002-W0074559.2}

8.    Motion of Debtors for Entry of an Order (I) Authorizing and Approving (A) Entry Into, and Performance Under, the Share Purchase Agreement and (B) the Purchase and Sale of Certain Shares Free and Clear of Liens, Claims and Encumbrances and (II) Dismissing the Chapter 11 Cases of Certain Debtors Effective Upon the Earlier of the Closing or the Termination of the Share Purchase Agreement [D.I. 5378, filed on January 4, 2024]

Status: This matter is adjourned to a hearing on a date to be determined.

9.    Motion of Debtors for Entry of an Order Establishing a Schedule for the FTX Europe Motions [D.I. 6520, filed on January 24, 2024]

Status: This matter is adjourned to a hearing on a date to be determined.

**WITHDRAWN MATTER:**

10.    Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Allowed Claim in the Genesis Cases; and (II) Sale(s) of Such Claim in Accordance with Such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances [D.I. 6896, filed February 1, 2024]

Status: On February 15, 2024, this matter was withdrawn.

**RESOLVED MATTERS:**

11.    Third Joint Motion of the Debtors and the Official Committee of Unsecured Creditors for an Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers [D.I. 6153, filed on January 22, 2024]

Status: On February 13, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

12.    Debtors' Ninth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 6280 & 6285, filed on January 23, 2024]

Status: The omnibus claim objection is being adjourned or withdrawn without prejudice as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments or withdrawals under certification of counsel prior to the hearing.   Accordingly, a hearing regarding this matter is not required unless the Court has questions.

13.    Debtors' Tenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 6281 & 6286, filed on January 23, 2024]

Status: **On February 21, 2024, the Court entered an Order granting the relief requested.  Accordingly, a hearing regarding this matter is not required**.

{1368.002-W0074559.2}

14.   Debtors' Eleventh (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Customer Claims) [D.I. 6282 & 6287, filed on January 23, 2024]

      Status: The omnibus claim objection is being adjourned or withdrawn without prejudice as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments or withdrawals under certification of counsel prior to the hearing.  Accordingly, a hearing regarding this matter is not required unless the Court has questions.

15.   Debtors' Twelfth (Substantive) Omnibus Objection to Certain Overstated Proofs of Claim (Customer Claims) [D.I. 6283 & 6288, filed on January 23, 2024]

      Status: The omnibus claim objection is being adjourned or withdrawn without prejudice as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments or withdrawals under certification of counsel prior to the hearing.   Accordingly, a hearing regarding this matter is not required unless the Court has questions.

16.   Debtors' Thirteenth (Non-Substantive) Omnibus Objection to Certain No Liability Proofs of Claim (Customer Claims) [D.I. 6284 & 6289, filed on January 23, 2024]

      Status: The omnibus claim objection is being adjourned or withdrawn without prejudice as it relates to certain claims for which the Debtors received responses.  The Debtors intend to file a revised form of order to reflect such adjournments or withdrawals under certification of counsel prior to the hearing.   Accordingly, a hearing regarding this matter is not required unless the Court has questions.

17.   Motion of Plaintiffs for Entry of an Order (A) Authorizing the Plaintiffs to Enter into Stipulation with Platform Life Sciences, Inc., (B) Approving the Stipulation, and (C) Granting Related Relief [D.I. 6676, filed on January 26, 2024]

      Status: On February 13, 2024, the Court entered an Order granting the relief requested.  Accordingly, a hearing regarding this matter is not required.

18.   Fourth Motion of Debtors for Entry of an Order Extending Deadline to File a Complaint to Determine Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 1141(d)(6) [D.I. 6698, filed on January 26, 2024]

      Status: On February 14, 2024, the Court entered an Order granting the relief requested.  Accordingly, a hearing regarding this matter is not required.

19.   Motion of Debtors for Entry of an Order Amending the Order (I) Authorizing and Approving Procedures for the Sale or Transfer of Certain De Minimis Assets and Fund Assets, (II) Approving Assumption, Assignment and Rejection Procedures and (III) Granting Related Relief [D.I. 6874, filed on February 1, 2024]

{1368.002-W0074559.2}

Status: On February 16, 2024, the Court entered an Order granting the relief requested. Accordingly, a hearing regarding this matter is not required.

20. Motion of Debtors for Entry of an Order Further Extending the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 7000, filed on February 5, 2024]

   **Status: On February 20, 2024, the Court entered an Order granting the relief requested.  Accordingly, a hearing regarding this matter is not required**.

## MATTER GOING FORWARD:

21. [SEALED] Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of Any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 6950, filed on February 2, 2024]

   Response Deadline: February 16, 2024 at 4:00 p.m. (ET)

   Responses Received:

   A.   Informal comments from the Office of the United States Trustee, the Official Committee of Unsecured Creditors appointed in the FTX Debtors' Chapter 11 Cases and the Ad Hoc Committee of Non-US Customers of FTX.com.

   B.   Limited Objection of Sunil Kavuri, Ahmed Abd-El-Razek, Noia Capital SÀRL and Pat Rabitte to Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors Equity Interests in Anthropic, PBC; (II) Sale(s) of such Equity Interests in Accordance with such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 7549, filed on February 16, 2024]

   C.   Objection to Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of Any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 7552, filed on February 16, 2024]

   Related Documents:

   A.   [REDACTED] Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC;

{1368.002-W0074559.2}

(II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of Any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 6952, filed on February 3, 2024]

B.      Motion for Entry of an Order Shortening the Time for Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of Any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 6954, filed February 3, 2024]

C.      Order Granting Motion for Entry of an Order Shortening the Time for Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of Any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 6976, entered on February 5, 2024]

D.      Notice of Hearing [D.I. 7026, filed on February 5, 2024]

E.      Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 7580, filed on February 19, 2024]

F.      Declaration of Alexa J. Kranzley in Support of  Debtors' Reply in Support of Motion of Debtors for Entry of an Order Authorizing and Approving (I) Procedures for Sale of Debtors' Equity Interests in Anthropic, PBC; (II) Sale(s) of Such Equity Interests in Accordance with Such Procedures Free and Clear of any Liens, Claims, Interests and Encumbrances; and (III) Redaction and Filing Under Seal of Certain Confidential Commercial Information in the Sale Procedures [D.I. 7590, filed on February 19, 2024]

G.      **Notice of Filing of Revised Order [D.I. 7782, filed on February 21, 2024]**

Status: This matter is going forward.

**STATUS CONFERENCE**:

22.    Motion of the United States Trustee for Entry of an Order Directing the Appointment of an Examiner [D.I. 176, filed on December 1, 2022]

      Related Documents:

      A.    Notice of Submission of Proposed Form of Order Directing the U.S. Trustee to Appoint an Examiner [D.I. 7597, filed on February 20, 2024]

      B.    **Debtors' Notice of Submission of Proposed Order [D.I. 7830, filed on February 22, 2024]**

      Status: This matter is going forward as a status conference.

Dated: February 22, 2024          **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

                                     */s/ Matthew R. Pierce*
                                       Adam G. Landis (No. 3407)
                                       Kimberly A. Brown (No. 5138)
                                       Matthew R. Pierce (No. 5946)
                                       919 Market Street, Suite 1800
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 467-4400
                                       Facsimile: (302) 467-4450
                                       E-mail: landis@lrclaw.com
                                             brown@lrclaw.com
                                             pierce@lrclaw.com

                                     -and-

                         **SULLIVAN & CROMWELL LLP**
                         Andrew G. Dietderich (admitted *pro hac vice*)
                         James L. Bromley (admitted *pro hac vice*)
                         Brian D. Glueckstein (admitted *pro hac vice*)
                         Alexa J. Kranzley (admitted *pro hac vice*)
                         125 Broad Street
                         New York, NY 10004
                         Telephone: (212) 558-4000
                         Facsimile: (212) 558-3588
                         E-mail: dietdericha@sullcrom.com
                                           bromleyj@sullcrom.com
                                           glueckstein b@sullcrom.com
                                           kranzleya@sullcrom.com

                         *Counsel for the Debtors*
                         *and Debtors-in-Possession*