**CASE NAME:** *FTX Trading Ltd., et al.,*  
**CASE NO: 22-11068 (JTD)**

**SIGN-IN SHEET**

**COURTROOM LOCATION: 5**  
**DATE: February 22, 2024 at 1:00 p.m. (ET)**

| Name | Law Firm/Company | Client Representing |
|---|---|---|
| Adam G. Landis | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |
| Andrew G. Dietderich | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| James L. Bromley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Alexa J. Kranzley | Sullivan & Cromwell LLP | FTX Trading Ltd. *et al.* |
| Matthew R. Pierce | Landis Rath & Cobb LLP | FTX Trading Ltd. *et al.* |

# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER(S):** 22-11068   **CASE NAME:** FTX Trading Ltd.   **DATE:** 2/22/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathon Lipshie | UST | UST |
| Ken Pasquale | Paul Hastings | Official Committee |
| Isaac Sasson | Paul Hastings | Official Committee |
| Rob Poppiti | Young Conaway | Official Committee |
| Brendan Schlauch | RLF | Joint Official Liquidators |
| Brett Bakemeyer | White & Case | " |
| Ryan Beil | White & Case | " |
| Shannon Humiston | McCarter & English | Certain Account Holders of FTX.com |
| David Adler | McCarter & English | " " |
| Linda Richenderfer | | U.S. Trustee |
| Benjamin Hackman | | U.S. Trustee |
| Marc Phillips | Montgomery McCracken | Samuel Bankman-Fried |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee of Non-US Cust of FTX.com |
| Erin Broderick | Eversheds Sutherland | " " " |
| Mary Caloway | Pachulski Stang Ziehl & Jones | Co-Lead Counsel to MDL Plaintiffs |

**FTX Trading Ltd. (22-11068) – February 22, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Thomas | Braziel | | 117 Partners LLC |
| Steven | Church | | non party |
| Deniz | Irgi | Latham & Watkins LLP | Interested Party |
| Bryan | Kotliar | Togut, Segal & Segal LLP | Party in interest |
| Grace | Mooney | Cravath | |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | self |
| Mark | Salzberg | Squire Patton Boggs (US) LLP | N/A |
| Arush | Sehgal | | |
| J. Christopher | Shore | White | Foreign Representatives of FTX Digital Markets Ltd |
| Katherine | Stadler | Godfrey & Kahn, S.C. | Fee Examiner |
| Suzzanne | Uhland | Latham & Watkins LLP | K5 Global |
| Alexandra | Zablocki | Latham & Watkins LLP | K5 Global |
| Rafael | Zahralddin-Aravena | Lewis Brisbois | Daniel Friedberg |
| Paul | Zumbro | Cravath | |
| Fabio | Ames | Ames & Company, Inc. | Ames & Company, Inc. |
| Thomas | Braziel | | 117 Partners LLC |
| Steven | Church | | non party |
| Bryan | Kotliar | Togut, Segal & Segal LLP | Party in interest |
| Grace | Mooney | Cravath | |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | self |
| Arush | Sehgal | | |
| Katherine | Stadler | Godfrey & Kahn, S.C. | Fee Examiner |
| Paul | Zumbro | Cravath | |
| Ahmed | Abd El-Razek | | |
| David | Adler | McCarter & English, LLP | Sunil Kavuri, Ahmed Abd-el-Razek, et al. |
| Sally | Aldous | | |
| Vanya | Amed | | Creditor |
| Fabio | Ames | Ames & Company, Inc. | Ames & Company, Inc. |
| Fabio | Ames Windsor | Fabio Krishna Ames & Company, Inc. | Ames & Company, d/b/a AmesWindsor |
| Carla | Andres | Godfrey & Kahn, S.C. | Fee Examiner |
| Rick | Anigian | Haynes & Boone | BlockFi |

| | | | |
|---|---|---|---|
| Kwame | Anthony | New York State Office of the Attorney General | |
| Tristan | Axelrod | Brown Rudnick LLP | BlockFi |
| ALEJANDRO | BASCOY | Weil, Gotshal & Manges LLP | N/A |
| Brett | Bakemeyer | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Ellen | Bardash | ALM | |
| Jonathan | Barzideh | | |
| Anne | Beaumont | | |
| Ryan | Beil | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Matthew | Benz | Sheppard Mullin | |
| Philip | Berg | Otterbourg P.C. | |
| Kimberly | Black | | |
| Eitan | Blander | Togut, Segal & Segall LLP | Interested Party |
| Laura | Bloxham | | |
| Thomas | Braziel | | 117 Partners LLC |
| Thomas | Braziel | | Creditor - 117 Partners |
| Philip | Brendel | Bloomberg Intelligence | self |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-U.S. Customers |
| Erin | Broderick | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers |
| Kimberly | Brown | Landis Rath & Cobb LLP | FTX Trading LTD., et al. |
| Robert | Brown | Schulte Roth & Zabel LLP | n/a |
| Denise | Cahir | Cooley LLP | Michael Giles, et al. |
| Daniel | Carrigan | Baker Donelson Bearman Caldwell & Berkowitz PC | Farmington State Bank |
| Marjorie | Carter | Arnold & Porter | Interested Party |
| Simon | Carter | | pro se |
| David | Castleman | Otterbourg P.C. | Potential Examiner |
| Nikolaos | Chagias | Shearman & Sterling LLP | |
| Ding | Chun | | |
| Steven | Church | | non party |
| Steven | Church | | non party |
| Ben | Clarke | Global Restructuring Review | N/A - MEDIA |
| Robert | Cook | | |
| Scott | Cousins | Lewis Brisbois | Evolve Bank & Trust |
| Sean | Crotty | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Melanie | Cyganowski | Otterbourg P.C. | |

| First | Last | Firm | Party |
|---|---|---|---|
| Philip | Dalgarno | Willkie Farr & Gallagher LLP | FC Cayman A, LLC |
| Grenville | Day | Cantor | Cantor |
| Nathaniel | DeLoatch | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers |
| Nathaniel | DeLoatch | Eversheds Sutherland | Ad Hoc Committee of Non-U.S. Customers |
| Mathis | Dehez | | |
| Charles | Delo | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Luc | Despins | Paul Hastings | Official Committee of Unsecured Creditors |
| Chun | Ding | | |
| Reuben | Dizengoff | Schulte Roth & Zabel LLP | Steadview Capital Maritius Limited |
| Brenna | Dolphin | Morris, Nichols, Arsht & Tunnell LLP | Ad Hoc Committee of Non-U.S. Customers |
| Gregory | Donilon | Montgomery McCracken Walker & Rhoads LLP | Samuel Bankman-Fried |
| Jamie | Edmonson | Robinson+Cole LLP | |
| Patrick | Ekeruo | | |
| Patrick | Ekeruo | Anthropic | |
| Douglas | Ellmann | Ellmann & Ellmann | |
| Muhammad | Erliyanto | | |
| Muhammad | Erliyanto | | |
| Hussein | Faraj | | Nugenesis OU and Nugenesis Pty Ltd |
| Chad | Flick | | |
| Carolyn | Fox | DLA Piper LLP (US) | Maps Vault |
| David | Gerardi | Office of the United States Trustee | DOJ-UST |
| Erez | Gilad | Stroock & Stroock & Lavan LLP | Official Committee of Unsecured Creditors |
| Brian | Glueckstein | Sullivan & Cromwell LLP | Debtors |
| Robert | Grattan | Bracewell LLP | Interested Party |
| Alex | Grebnev | | |
| Christopher | Guth | Attestor Capital | Attestor Capital |
| Drew | Hainline | Alvarez and Marsal | |
| Mark | Hancock | Godfrey & Kahn, S.C. | Fee Examiner |
| Kristopher | Hansen | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Taylor | Harrison | | |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Committee of Non-US Customers of FTX.com |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Committee |
| Alaina | Heine | | |

| First | Last | Firm | Representing |
|---|---|---|---|
| Blake | Hekmatpour | Canyon Partners, LLC | |
| Roman | Hemetsberger | | Momentum Trading GmbH |
| Dennis | Hilkins | Attestor Capital | Attestor Capital |
| Bart | Hoyng | Attestor Capital | Attestor Capital |
| Shannon | Humiston | McCarter & English, LLP | Sunil Kavuri, Ahmed Abd-el-Razek, et al. |
| Seijiro | Ikeda | | Myself |
| Brian | Israel | | |
| Kevin | Jacobs | Alvarez & Marsal Tax, LLC | FTX Trading Ltd. |
| Gihoon | Jung | | Creditor |
| MUHAMMED | KARAKAYA | | |
| Kevin | Kearney | Alvarez & Marsal | Alvarez & Marsal |
| Amol | Kendre | | |
| David | Klauder | Bielli & Klauder, LLC | Auros Tech Limited |
| Dietrich | Knauth | | media, Reuters |
| Dietrich | Knauth | | media, non-participant |
| Leonie | Koch | Paul Hastings | |
| Bryan | Kotliar | Togut, Segal & Segal LLP | Party in interest |
| Maximiliano Serafn | Larriba Herranz | | Customer |
| Mathew | Laskowski | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Mike | Legge | Reorg | |
| Sidney | Levinson | Debevoise & Plimpton LLP | Paradigm Operations LP |
| Amanda | Lindner | Cooley LLP | Certain Defendants in Multiple Adv. Pros. |
| Jonathan | Lipson | Temple University--Beasley School of Law | None--Public |
| Kenneth | Listwak | Troutman Pepper Hamilton Sanders LLP | Paradigm Operations LP |
| Brian | Lohan | | |
| Jonathan | Lozano | Bracewell LLP | Interested Party |
| Jason | Lu | | creditor |
| Katherine | Lynn | Hogan Lovells US LLP | Hogan Lovells |
| Emily | MacKay | | |
| Anthony | Maurin | | |
| Keith | McCormack | | |
| Colin | McLafferty | Oaktree Capital Management | |
| Robert | McLellarn | Sheppard Mullin Richter & Hampton | |
| Michael | Mccarney | | |

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Barry | Meloen | | |
| Evelyn | Meltzer | Troutman Pepper Hamilton Sanders, LLP | Paradigm Operations LP |
| Alejandro | Mendoza | | Observer |
| Laura | Metzger | | |
| Anais | Mitra | White & Case LLP | Foreign Representatives of FTX Digital Markets Ltd |
| Grace | Mooney | Cravath | |
| Andrew | Morley | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Michael | Morris | Wisconsin Department of Justice | State of Wisconsin Dept of Financial Instutions |
| Lorenzo | Munoz | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Madelyn | Nicolini | | |
| Dennis | O'Donnell | DLA Piper LLP US | Maps Vault |
| Kenneth | Pasquale | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Joshua | Porter | Entwistle & Cappucci LLP | Certain Customers |
| Mr. | Purple | | Creditors |
| Mr. | Purple | | Creditors |
| Pat | Rabbitte | | self |
| Sascha | Rand | Quinn Emanuel | FTX Trading, Ltd. et al. |
| Craig | Rasile | Winston & Strawn LLP | Bitcoin Suisse AG |
| Timothy | Reilly | | |
| Robert | Robinson | | |
| Samantha | Rodriguez | Morris James LLP | Clawback Defendants |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers |
| Michael | Rogers | Eversheds Sutherland | Ad Hoc Committee of Non-US Customers |
| Nathan | Rosenblum | | |
| Nathan | Rosenblum | | |
| Anthony | Saccullo | A M Saccullo Legal, LLC | Celsius |
| Caroline | Salls | | BankruptcyData - media |
| Gabriel | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Isaac | Sasson | Paul Hastings LLP | Official Committee of Unsecured Creditors |
| Krisztian | Sebestyen | | |
| Arush | Sehgal | | Self |
| Arush | Sehgal | | |
| Daniel | Shamah | O'Melveny & Myers | Bybit Fintech Ltd. |
| Yuhan | Shao | n/a | |

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| David | Shim | Morgan, Lewis & Bockius LLP | |
| J. Christopher | Shore | White | Foreign Representatives of FTX Digital Markets Ltd |
| Ian | Silverbrand | | |
| Ryan | Sims | Jones Day | |
| Lauren | Sisson | Haynes and Boone | BlockFi |
| Peter | Sprofera | | Self |
| Peter | Sprofera | | Self |
| Arun Kumar | Srinivasan | | |
| Katherine | Stadler | Godfrey & Kahn, S.C. | Fee Examiner |
| Alexander | Steiger | Richards, Layton & Finger, P.A. | Joint Official Liquidators of FTX Digital Markets |
| Nicolas | Streschinsky | | |
| Vince | Sullivan | Law360 | |
| Tony | Sun | | |
| Cathy | Ta | Reorg | |
| Bruce | Tan | | |
| Kate | Thomas | Reorg | |
| Maude | Tipton | | |
| Jeffrey | Torosian | DLA Piper LLP US | Maps Vault |
| Michael | Trentin | | |
| Miles | Trevelyan | | |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Ethan | Trotz | Katten Muchin Rosenman LLP | Creditor |
| Stephen | Venuto | | |
| Austin | Viny | n/a | vonwin |
| Julia | Walters | Rothschild and Co | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jonathan | Weyand | | Ad Hoc Committee of Non-US Customers of FTX.com |
| Jonathan | Weyand | Morris, Nichols, Arsht and Tunnell | Ad Hoc Committee of Non-US Customers |
| Sam | White | CRCM | CRCM |
| Sean | Whitney | | |
| Tom | Whitten | | |
| Grayson | Williams | McDermott Will & Emery LLP | Voyager Digital Holdings, Inc., et al. |
| Justin | Wise | Bloomberg Industry Group | |
| Elie | Worenklein | Debevoise & Plimpton LLP | Lightspeed |
| Sarah | Wynn | | |

| | | | |
|---|---|---|---|
| Charles | Yang | | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Zachary | Zabib | | |
| Ali | Zablocki | Latham & Watkins LLP | |
| Rafael | Zahralddin-Aravena | Lewis Brisbois | Daniel J. Friedberg |
| Paul | Zumbro | Cravath | |
| james | cheung | Manager | |
| romain | davis | | |
| vicky | lee | | |
| jeffrey | sabin | Venable, LLp | self |
| Mark | salzberg | Squire Patton Boggs LLP | |
| e f f y | shi | | |