**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | ) Case No. 22-11068 (JTD) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF DEPOSITION OF SABRINA T. HOWELL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, TMSI SEZC Ltd. ("TMSI"), by and through its undersigned counsel, will take the deposition by oral examination of Sabrina T. Howell.  The deposition will take place in connection with the *Motion of Debtors to Estimate Claims Based on Digital Assets* [Docket No. 5202].

**PLEASE TAKE NOTICE** that the deposition will commence at 9:00 a.m. (ET) on February 26, 2024 at the offices of Sullivan & Cromwell LLP, 1700 New York Avenue, Suite 700, Washington, D.C., or at such other place and/or date and time to be agreed.  The deposition will be taken before a notary public or other official authorized to administer oaths, will be recorded by audio, video, and/or stenographic means, and will continue from day to day until completed.  The deposition will be conducted pursuant to the applicable rules and may be used for any purpose permitted under those rules or other applicable law.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

51811347.1 02/22/2024

| | |
|---|---|
| Dated: February 22, 2024 | **SAUL EWING LLP** |
| By: | */s/ Mark Minuti* |

Mark Minuti (DE Bar No. 659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Fax: (302) 421-6813
mark.minuti@saul.com
monique.disabatino@saul.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Peter A. Siddiqui (admitted *pro hac vice*)
Ethan D. Trotz (admitted *pro hac vice*)
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
peter.siddiui@katten.com
ethan.trotz@katten.com

*Attorneys for TMSI SEZC Ltd.*