## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| FTX TRADING LTD., *et al.*, | ) ) Case No. 22-11068 (JTD) |
| Debtors. | ) ) (Jointly Administered) ) |

### CERTIFICATE OF SERVICE

I, Mark Minuti, hereby certify that on February 22, 2024, I did cause the foregoing *Notice of Deposition of Sabrina T. Howell* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record, and via electronic mail on the parties on the attached service list.

        **SAUL EWING LLP**

        */s/ Mark Minuti*
        Mark Minuti (DE Bar No. 2659)
        1201 North Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        (302) 421-6840

51811347.1 02/22/2024

## SERVICE LIST

Adam G. Landis, Esquire
Kimberly A. Brown, Esquire
Matthew R. Pierce, Esquire
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
brown@lrclaw.com
pierce@lrclaw.com

Andrew G. Dietderich, Esquire
James L. Bromley, Esquire
Brian D. Glueckstein, Esquire
Alexa J. Kranzley, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
bromleyj@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com