IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEPOSITION OF KEVIN LU

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 26 and 30, as made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Fondation Serendipity, Fondation Elements, Serendipity Network Ltd, and Liquidity Network Ltd (collectively, the "Creditors"), by and through their undersigned counsel, will take the oral deposition of Kevin Lu in connection with the hearing to consider the *Motion of Debtors to Estimate Claims Based on Digital Assets* [D.I. 5202] (the "Claims Estimation Motion").

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place on **March 1, 2024, at 9:00 a.m. (Eastern)** at the law offices of Sullivan & Cromwell LLP, located at 125 Broad Street, New York, NY 10004. The deposition will be recorded via audio, video, and/or stenographic means and will be taken before an officer authorized to administer oaths by the laws of the United States or by a person appointed by the Court.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

- 2 -

| | |
|---|---|
| Dated: February 22, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>*/s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Benjamin P. Chapple (No. 5871)<br>John T. Miraglia (No. 6682)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801-1163<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: bchapple@reedsmith.com<br>E-mail: jmiraglia@reedsmith.com<br><br>-and-<br><br>Aaron Javian, Esq. (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: ajavian@reedsmith.com<br><br>*Counsel to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd, and Liquidity Network Ltd* |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, hereby certify that on February 22, 2024, I caused to be served copies of the foregoing *Notice of Deposition of Kevin Lu* to all parties consenting to service through the Court's CM/ECF system.

Dated: February 22, 2024
       Wilmington, Delaware

**REED SMITH LLP**

*/s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801-1163
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com

*Counsel to Fondation Serendipity, Fondation Elements, Serendipity Network Ltd, and Liquidity Network Ltd*