# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re FTX Trading Ltd., et al.,  
Debtors.

Case No. 22-11068 (JTD)  
(Jointly Administered)

## TRANSFER OF PARTIAL CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Svalbard Holdings Limited  
Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:

Svalbard Holdings Limited  
c/o Attestor Limited  
7 Seymour Street  
London, United Kingdom  
W1H7JW  
Attn: Steve Gillies  
Email: settlements@attestorcapital.com  
+44(0)20 7074 9653

Name and Address where notices to transferor should be sent:



Claim #: 80022  
Customer Code: 06925347  
Date Claim Filed: 09/20/2023  
Debtor: FTX Trading Ltd.  
Case Number: 22-11068

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Svalbard Holdings Limited

By: _____  
Transferee/Transferee's Agent

Date: February 21, 2024

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and FTX Trading Ltd. and its affiliated debtors and debtors in possession (the "<u>Debtors</u>")

<u>In re FTX Trading Ltd., et al.</u>, Case No. 22-11068 (JTD) (the "<u>Bankruptcy Cases</u>")

     For value received, the adequacy and sufficiency of which are hereby acknowledged, ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Svalbard Holdings Limited ("<u>Purchaser</u>") a 50% pro-rata share of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), designated on the Claims Registry in the Bankruptcy Cases as Claim No. 80022, associated with unique customer code 06925347, and filed on September 20, 2023, that was asserted or as may be asserted against the Debtors and their non-debtor affiliates (collectively, "<u>FTX</u>") and any and all other proofs of claim filed by Seller with the Bankruptcy Court in respect of the foregoing claim (collectively, the "<u>Proof of Claim</u>").

     Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as might be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim and recognizing Purchaser as the sole owner and holder of the claim.  Seller further directs the Debtors, the Bankruptcy Court, and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, are to be delivered or made to Purchaser.

                        (Signatures on following page)

Doc ID: 0bb5f373b303cc0f4d8b4238a856e8220650a35b

- 3 -

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 21, 2024.

SELLER



PURCHASER

Svalbard Holdings Limited

By: _____
Name: Christopher Guth
Title: Authorized Person