**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 22, 2024, a true and correct copy of the

*Rebuttal Expert Report of Sabrina T. Howell in Response to Ioannis Gkatzimas* was caused to be

served upon the following counsel via Electronic Mail.

Ethan Trotz
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
E-mail: ethan.trotz@katten.com

Elliott M. Bacon
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
E-mail: elliott.bacon@katten.com

Peter A. Siddiqui
**Katten Muchin Rosenman LLP**
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
E-mail: peter.siddiqui@katten.com

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

{1368.002-W0074611.}

Dated: February 23, 2024
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: pierce@lrclaw.com

*Counsel for the Debtors and
Debtors-in-Possession*