**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX TRADING LTD. and MACLAURIN INVESTMENTS LTD., | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 23-50437 (JTD) |
| LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, and BRANDON WILLIAMS, | |
| Defendants. | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO MOTION OF PLAINTIFFS FOR ENTRY OF AN ORDER (I) AUTHORIZING PLAINTIFFS TO ENTER INTO STIPULATION WITH LOREM IPSUM UG, PATRICK GRUHN, ROBIN MATZKE, BRANDON WILLIAMS, MARTHA LAMBRIANOU, AND MARCEL LOETSCHER, (II) APPROVING THE STIPULATION, AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the

chapter 11 cases of the above-captioned debtors and debtors-in-possession, as Plaintiff-Intervenor

in the above-captioned adversary proceeding, by and through its undersigned counsel, hereby

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.  The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

submits this joinder (this "Joinder") to the Debtor-Plaintiffs' *Motion of Plaintiffs for Entry of an Order (I) Authorizing Plaintiffs to Enter into Stipulation with Lorem Ipsum UG, Patrick Gruhn, Robin Matzke, Brandon Williams, Martha Lambrianou, and Marcel Loetscher, (II) Approving the Stipulation, and (III) Granting Related Relief* [Docket No. 7853 and Adv. Pro. Docket No. 87] (the "Motion"),[2] and in support hereof, respectfully states as follows:

## JOINDER

1.      The Committee respectfully supports and joins in the Motion and incorporates it as if fully set forth herein. As set forth in the Motion, the Committee supports the Global Settlement reflected in the Stipulation.  Subject to the Court issuing an order granting the Motion, and although the Committee is not a direct party to the Stipulation, the Committee agrees, subject to the terms of the Stipulation, to voluntarily dismiss the Adversary Proceeding following the Effective Date.

2.      Nothing contained herein shall constitute a waiver of any rights or remedies of the Committee, including, without limitation, the right to amend, modify, or supplement this Joinder.

**WHEREFORE** the Committee, as Plaintiff-Intervenor, respectfully requests that the Court grant the Motion and such other and further relief as the Court finds just and appropriate.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion or Stipulation, as applicable.

Dated: February 23, 2024
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert F. Poppiti, Jr.
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: mlunn@ycst.com
       rpoppiti@ycst.com

-and-

PAUL HASTINGS LLP
Kristopher M. Hansen*
Kenneth Pasquale*
Isaac S. Sasson*
John F. Iaffaldano*
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090
Email: krishansen@paulhastings.com
       kenpasquale@paulhastings.com
       isaacsasson@paulhastings.com
       jackiaffaldano@paulhastings.com

*Admitted pro hac vice

Counsel to Plaintiff-Intervenor The Official Committee of Unsecured Creditors