IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | :<br>:<br>: Chapter 11<br>:<br>: Case No. 22-11068 (JTD)<br>: (Jointly Administered)<br>:<br>:<br>: |

**CERTIFICATION OF COUNSEL**

Undersigned counsel for the United States Trustee certifies:

1.  On February 22, 2024, the Court held a status conference on the *Notice of Submission of Proposed Form of Order Directing the U.S. Trustee To Appoint an Examiner* [D.I. 7597].

2.  At the end of the status conference, the Court asked the parties to submit a form of order under certification of counsel.

3.  Attached as **Exhibit A** is a proposed form of order, which has been circulated to counsel for the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Committee of Non-US Customers of FTX.com, the Joint Official Liquidators of FTX Digital Markets Ltd., and the U.S. Trustee. Counsel for each of the parties has confirmed that their respective client either consents to entry of, has no comments, is fine with, or is signed off on the proposed form of

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

order.

      WHEREFORE, the U.S. Trustee respectfully requests entry of the proposed form of order.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 23, 2024 | Respectfully submitted,<br><br>ANDREW R. VARA<br>UNITED STATES TRUSTEE<br>REGIONS 3 AND 9<br><br>By: */s/ Benjamin Hackman*<br>Benjamin A. Hackman<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>(302) 573-6491<br>benjamin.a.hackman@usdoj.gov |