IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br>(Jointly Administered)<br><br>Re: D.I. 176 |

**ORDER DIRECTING APPOINTMENT OF EXAMINER**

Andrew R. Vara, United States Trustee for Region 3, is hereby directed to appoint an examiner pursuant to 11 U.S.C. § 1104(d), subject to approval of the Court. The U.S. Trustee shall file an application pursuant to Rule 2007.1(c) of the Federal Rules of Bankruptcy Procedure that identifies the examiner and, pursuant to 11 U.S.C. § 1104(c)(2), sets forth the requested scope, duration, degree, and cost of the examination (the "Application"). The Court shall consider the Application after notice to and an opportunity for parties in interest to be heard.

Dated: February 23rd, 2024
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

{1368.002-W0074610.2}