

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

| In re:<br>FTX Trading, *et al..*<br>            Debtors | Chapter 11<br>Case No. 22-11068<br>(Jointly Administered) |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]**<br>Transferor's Address:<br><br>[Address on File] | **FTX CLAIMS SPV LLC**<br>Transferee's address for notices and payment:<br><br>475 Sansome St, Suite 730<br>San Francisco, CA 94111<br>Anh Le |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount |
|---|---|---|---|---|
| Claim(s) | FTX Trading Ltd. | 22-11068 | Unique Customer Code: 00270303<br>Schedule # (Kroll): 5574732<br>Proof of Claim #: 74749<br>Confirmation ID #: 3265-70-ZACTM-717296982 | As described on Schedule F |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___    Date: February 13, 2024
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                              Clerk of the Court



Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



### EXHIBIT A

### SCHEDULED CLAIM(S)

**Excerpt from Kroll Website:**



## Creditor Data Details - Claim # 74749

**Creditor**
Name on file
Address on file

**Debtor Name**
FTX Trading Ltd.
**Date Filed**
09/01/2023

**Claim Number**
74749
**Schedule Number**
5574732
**Confirmation ID**
3265-70-ZACTM-717296982

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | | | $0.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

*Transfers, objections, stipulations, withdrawals and/or orders for this claim (if any) are not displayed to protect claimant privacy.*

### Claim Additional Info

| Type | Name | Quantity |
|---|---|---|
| CRYPTO | ETH | 0.0000000006695408 |
| CRYPTO | FTM | 0.81816421 |
| CRYPTO | FTT | 0.0000000042372184 |
| CRYPTO | LUNC-PERP | -0.0000000037252903 |
| CRYPTO | USDT | 0.0021967161674045 |
| FIAT | USD | 10000.000000016198 |

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the

Open in new window

**Excerpt from March Schedule F:**

| 00270303 | ETH[0.0000000006695408],FTM[0.8181642100000000],FTT[0.0000000042372184],USD[0.0000000161970855],USDC[10000.0000000000000000],USDT[0.0021967161674045] |
|---|---|

**Excerpt from June Schedule F:**

| 00270303 | AGLD-PERP[0], BADGER-PERP[0], CRO-PERP[0], ETH[0], FTM[.81816421], FTT[0], FTT-PERP[0], LDO-PERP[0], LUNC-PERP[0], OP-PERP[0], ROOK-PERP[0], SLP-PERP[0], SUSHI-PERP[0], USD[10000.00], USDT[0.00219671], XRP-PERP[0] | | |
|---|---|---|---|